**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

In re                                                                    Case No. 24-13609

Smokecraft Clarendon, LLC                                 Chapter 11

    Debtor.
_____/

**ORDER GRANTING FIRST DAY MOTION TO
PAY PRE-PETITION WAGES OF NON-INSIDER EMPLOYEES**

Upon consideration of the First Day Motion to Pay Pre-Petition Wages of Non-Insider Employees (the "Motion") filed by Smokecraft Clarendon, LLC (the "Debtor"), any opposition thereto, the arguments set forth therein, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the Debtor is authorized to pay the pre-petition wages of any non-insider employees, in an aggregate sum not to exceed $15,000.00.

1

Copies:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Email: mac@mbvesq.com