**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| In re | Case No. 24-13609 |
| Smokecraft Clarendon, LLC | Chapter 11 |
|     Debtor. | |
| _____/ | |

**ORDER GRANTING FIRST DAY MOTION TO MAINTAIN
AND ADMINISTER GIFT CARDS ON AN INTERIM AND FINAL BASIS**

Upon consideration of the First Day Motion to Maintain and Administer Gift Cards on an Interim and Final Basis (the "Motion") filed by Smokecraft Clarendon, LLC (the "Debtor"), any opposition thereto, the arguments set forth therein, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the Debtor is authorized to honor pre-petition gift cards, and to continue issuing gift cards, on an interim basis until such a time, if any, as the Motion is brought on for further hearing; and it is further

1

ORDERED, that should no objections be filed to the Motion within twenty-one days of the date of the Motion's filing, the relief set forth herein shall become final in nature, subject to revision by this Honorable Court *sua sponte* or upon the motion of any party in interest at any time during the duration of the above-referenced Chapter 11 case.

Copies:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Email: mac@mbvesq.com