**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| In re | Case No. 24-13609 |
| Smokecraft Clarendon, LLC | Chapter 11 |
|     Debtor. | |
| _____/ | |

**ORDER GRANTING MOTION TO SHORTEN TIME**

Upon consideration of the Motion to Shorten Time (the "Motion") filed by Smokecraft Clarendon, LLC (the "Debtor"), any opposition thereto, the arguments set forth therein, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that a hearing on the First Day Motions (as that term is defined in the Motion) shall be held at the date and time indicated in the upper left hand of the first page of this order; and it is further

ORDERED, that the Debtor shall promptly serve this order via e-mail, on all parties in interest for whom the Debtor has an e-mail address.

1

Copies:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Email: mac@mbvesq.com