IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re                                                               Case No. 24-13609-MCR

Smokecraft Clarendon, LLC                          Chapter 11

     Debtor.
_____/

**STATEMENT PURSUANT TO LOCAL RULE 2015-1**

    Comes now Smokecraft Clarendon, LLC d/b/a Smokecraft Modern Barbecue. ("Smokecraft" or the "Debtor"), by and through undersigned proposed counsel, pursuant to Local Rule 2015-1, and discloses as follows:

    1.    The equity holders of Smokecraft are as set forth on the List of Equity Security Holders (DE #1 at p. 66).

    2.    None of the equity holders of Smokecraft are compensated by Smokecraft on an hourly or salaried basis.

    3.    The foregoing notwithstanding, Andrew Darneille ("Mr. Darneille"), the principal of Smokecraft Holdings, LLC, is employed by the Debtor.

    4.    Mr. Darneille operates Smokecraft's restaurant on a full-time basis and is compensated for his work at the rate of $4,230.77 per biweekly pay period, resulting in an annualized salary of $110,000.00.

    5.    The foregoing rate of compensation was applicable to Mr. Darneille for the entirety of the ninety (90) days preceding the filing of this case and remained applicable at the time of the filing of this case as well as at the time of the filing of this statement.

*[Signature on Following Page]*

1

Respectfully submitted,

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
THE BELMONT FIRM
1050 Connecticut Avenue NW,
Suite 500
Washington, DC 20036
Phone: (301) 444-4600
E-mail: mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of April 2024, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.