IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**SMOKECRAFT CLARENDON, LLC**<br><br>**Debtor** | **Case No. 24-13609-MCR**<br>**Chapter 11** |

**NOTICE OF APPEARANCE OF COUNSEL FOR**
**UNITED STATES TRUSTEE FOR REGION 4**

To the Clerk of the Court:

Kindly enter the appearance of Lynn A. Kohen as counsel for the United States Trustee for Region 4 in this case.

Dated: April 30, 2024

                                      **GERARD R. VETTER**
                                      Acting United States Trustee for Region 4
                                      By Counsel:


                                      *By: /s/ Lynn A. Kohen*
                                      Lynn A. Kohen, Bar No. 10025
                                      Trial Attorney
                                      Office of United States Trustee
                                      6305 Ivy Lane, Suite 600
                                      Greenbelt, MD 20770
                                      (301) 344-6216
                                      Lynn.a.kohen@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 30, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Appearance of Counsel for United States Trustee will be served electronically by the Court's CM/ECF system on the following:

- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

 

        */s/ Lynn A. Kohen*
        Lynn A. Kohen