IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**SMOKECRAFT CLARENDON, LLC,**<br><br>Debtor. | Case No. 24-13609-MCR<br><br>(Chapter 11 – Subchapter V) |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

>Angela L. Shortall Bar No: 26397
>111 S. Calvert Street
>Suite 1400
>Baltimore, MD 21202
>Phone: (410) 783-6385
>Email: ashortall@3cubed-as.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: April 30, 2024

**GERARD R. VETTER**
Acting United States Trustee for Region 4

**By Counsel:**
*/s/L. Jeanette Rice*
L. Jeanette Rice, Bar No.: 12933
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(301) 344-6216
Fax: (301) 344-8431
E-mail: jeanette.rice@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on April 30, 2024, a copy of the Notice of Appointment of Subchapter V Trustee was served via ECF notification to:

- **US Trustee - Greenbelt**  USTPRegion04.GB.ECF@USDOJ.GOV

- **Lynn A. Kohen** Lynn.A.Kohen@usdoj.gov
- **Maurice Belmont VerStandig** mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com; verstandiglaw@recap.email

*/s/L. Jeanette Rice*
L. Jeanette Rice