Entered: May 1st, 2024
Signed: April 30th, 2024

**SO ORDERED**

The Court will hold the hearing by video on May 1, 2024 at 2:00 p.m.



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

In re                                              Case No. 24-13609

Smokecraft Clarendon, LLC                          Chapter 11

    Debtor.
_____/

### ORDER GRANTING MOTION TO SHORTEN TIME

Upon consideration of the Motion to Shorten Time (the "Motion") filed by Smokecraft Clarendon, LLC (the "Debtor"), the arguments set forth therein, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that a hearing on the First Day Motions (as that term is defined in the Motion) shall be held at the date and time indicated in the upper left hand of the first page of this order; and it is further

ORDERED, that the Debtor shall promptly serve this order via e-mail, on all parties in interest for whom the Debtor has an e-mail address.

1

2

Copies:

Counsel for the Debtor - Maurice B. VerStandig
United States Trustee - Lynn A. Kohen
Subchapter V Trustee - Angela Shortall

**END OF ORDER**