Entered: May 7th, 2024
Signed: May 6th, 2024

**SO ORDERED**

The Debtor shall serve a copy of this order on any creditor who may claim to have a lien on the Debtor's cash and shall file a certificate of service by May 13, 2024.



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

In re                                                    Case No. 24-13609-MCR

Smokecraft Clarendon, LLC                                Chapter 11

    Debtor.
_____/

### ORDER GRANTING FIRST DAY MOTION TO
### PAY PRE-PETITION WAGES OF NON-INSIDER EMPLOYEES

Upon consideration of the First Day Motion to Pay Pre-Petition Wages of Non-Insider Employees (the "Motion") filed by Smokecraft Clarendon, LLC (the "Debtor"), any opposition thereto, the arguments set forth therein, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the Debtor is authorized to pay the pre-petition wages of any non-insider employees, in an aggregate sum not to exceed $15,000.00, provided that no single employee shall receive pre-petition wages in a sum in excess of the priority sum set forth in Section 507(a)(4) of Title 11 of the United States Code; and it is further

1

2

ORDERED, that to the extent there occurs a post-petition diminution of the collateral of any secured creditor(s), said creditor(s) are hereby granted an automatically perfected replacement lien on the post-petition assets of the Debtor.

Copies:

Counsel for the Debtor - Maurice B. VerStandig
United States Trustee - Lynn A. Kohen
Subchapter V Trustee - Angela Shortall

**END OF ORDER**