Entered: May 7th, 2024
Signed: May 6th, 2024

**SO ORDERED**

The Debtor shall serve a copy of this order on any creditor who may claim to have a lien on the Debtor's cash and shall file a certificate of service by May 13, 2024.



*Maria Ellena Chavez-Ruark*

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

In re                                                            Case No. 24-13609-MCR

Smokecraft Clarendon, LLC                            Chapter 11

    Debtor.
_____/

**ORDER GRANTING FIRST DAY MOTION TO MAINTAIN**
**AND ADMINISTER GIFT CARDS ON AN INTERIM AND FINAL BASIS**

Upon consideration of the First Day Motion to Maintain and Administer Gift Cards on an Interim and Final Basis (the "Motion") filed by Smokecraft Clarendon, LLC (the "Debtor"), any opposition thereto, the arguments set forth therein, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the Debtor is authorized to honor pre-petition gift cards, and to continue issuing gift cards, on an interim basis until such a time, if any, as the Motion is brought on for further hearing; and it is further

1

ORDERED, that should no objections be filed to the Motion within twenty-one days of the date of the Motion's filing, the relief set forth herein shall become final in nature, subject to revision by this Honorable Court *sua sponte* or upon the motion of any party in interest at any time during the duration of the above-referenced Chapter 11 case; and it is further

ORDERED, that to the extent there occurs a post-petition diminution of the collateral of any secured creditor(s), said creditor(s) are hereby granted an automatically perfected replacement lien on the post-petition assets of the Debtor.

Copies:

Counsel for the Debtor - Maurice B. VerStandig
United States Trustee - Lynn A. Kohen
Subchapter V Trustee - Angela Shortall

**END OF ORDER**