United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 24-13609-MCR |
| Smokecraft Clarendon, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: May 07, 2024 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Smokecraft Clarendon, LLC, 7104 Loch Lomond Drive, Bethesda, MD 20817-4760 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 09, 2024 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela L. Shortall | ashortall@3cubed-as.com md70@ecfcbis.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV |
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 5

Entered: May 7th, 2024
Signed: May 6th, 2024
**SO ORDERED**

The Debtor shall serve a copy of this order on any creditor who may claim to have a lien on the Debtor's cash and shall file a certificate of service by May 13, 2024.



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

In re                                          Case No. 24-13609-MCR

Smokecraft Clarendon, LLC                      Chapter 11

    Debtor.
_____/

### ORDER GRANTING FIRST DAY MOTION TO MAINTAIN
### AND ADMINISTER GIFT CARDS ON AN INTERIM AND FINAL BASIS

Upon consideration of the First Day Motion to Maintain and Administer Gift Cards on an Interim and Final Basis (the "Motion") filed by Smokecraft Clarendon, LLC (the "Debtor"), any opposition thereto, the arguments set forth therein, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the Debtor is authorized to honor pre-petition gift cards, and to continue issuing gift cards, on an interim basis until such a time, if any, as the Motion is brought on for further hearing; and it is further

1

ORDERED, that should no objections be filed to the Motion within twenty-one days of the date of the Motion's filing, the relief set forth herein shall become final in nature, subject to revision by this Honorable Court *sua sponte* or upon the motion of any party in interest at any time during the duration of the above-referenced Chapter 11 case; and it is further

ORDERED, that to the extent there occurs a post-petition diminution of the collateral of any secured creditor(s), said creditor(s) are hereby granted an automatically perfected replacement lien on the post-petition assets of the Debtor.

Copies:

Counsel for the Debtor - Maurice B. VerStandig
United States Trustee - Lynn A. Kohen
Subchapter V Trustee - Angela Shortall

**END OF ORDER**