IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re                                                    Case No. 24-13609-MCR

Smokecraft Clarendon, LLC                                Chapter 11

     Debtor.
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 13th day of May, 2024, I caused a copy of the (i) Order Granting First Day Motion to Maintain and Administer Gift Cards on an Interim and Final Basis (DE #21); and (ii) Order Granting First Day Motion to Pay Pre-Petition Wages of Non-Insider Employees (DE #20) to be served, via first class mail, postage prepaid, upon:

    Capita Bank, National Association
    Attn: Chris Mullings
    1776 Eye Street, NW
    Washington, DC 20006

                                                  Respectfully Submitted,

                                                <u>/s/ Maurice B. VerStandig</u>
                                                Maurice B. VerStandig, Esq.
                                                Bar No. 18071
                                                THE BELMONT FIRM
                                                1050 Connecticut Avenue NW,
                                                Suite 500
                                                Washington, DC 20036
                                                Phone: (301) 444-4600
                                                E-mail: mac@dcbankruptcy.com
                                                *Proposed Counsel for the Debtor*

*[Certificate of Service on Following Page]*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of May 2024, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Lynn A. Kohen    lynn.a.kohen@usdoj.gov
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Angela L. Shortall    ashortall@3cubed-as.com, md70@ecfcbis.com
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

                                              /s/ Maurice B. VerStandig
                                              Maurice B. VerStandig, Esq.