**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

In re                                                                    Case No. 24-13609-MCR

Smokecraft Clarendon, LLC                                     Chapter 11

      Debtor.
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 15th day of May, 2024, I caused a copy of the Initial Scheduling Order (DE #15) to be served, via first class mail, postage prepaid, upon all parties on the attached mailing matrix.

    Respectfully Submitted,

    /s/ Maurice B. VerStandig
    Maurice B. VerStandig, Esq.
    Bar No. 18071
    THE BELMONT FIRM
    1050 Connecticut Avenue NW,
    Suite 500
    Washington, DC 20036
    Phone: (301) 444-4600
    E-mail: mac@dcbankruptcy.com
    *Proposed Counsel for the Debtor*

*[Certificate of Service on Following Page]*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of May 2024, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Lynn A. Kohen     lynn.a.kohen@usdoj.gov
- L. Jeanette Rice     Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Angela L. Shortall     ashortall@3cubed-as.com, md70@ecfcbis.com
- US Trustee - Greenbelt     USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig     mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
