USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | DEBTOR | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-13609<br>DISTRICT OF MARYLAND<br>WED MAY 15 7-16-33 PST 2024 | SMOKECRAFT CLARENDON  LLC<br>7104 LOCH LOMOND DRIVE<br>BETHESDA  MD 20817-4760 | ADAMSBURCH  LLC<br>DBA TRIMARK ADAMSBURCH<br>1901 STANFORD COURT<br>HYATTSVILLE  MD 20785-3219 |
| ALSCO  INC<br>505 E 200 S<br>SALT LAKE CITY  UT 84102-2007 | ANDREW DARNEILLE<br>7104 LOCH LOMOND DRIVE<br>BETHESDA  MD 20817-4760 | (P)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 |
| BRYAN J PELINO<br>ROSENBERG PELINO LLC<br>6031 UNIVERSITY BOULEVARD SUITE 300<br>ELLICOTT CITY  MD 21043-6151 | BUCKHEAD MEAT  SEAFOOD MIDATLANTIC  IN<br>DBA METROPOLITAN MEAT  SEAFOOD  POULT<br>1920 STANFORD CT<br>HYATTSVILLE  MD 20785-3219 | CGC HOLDINGS  INC<br>DBA CAPITAL SEABOARD<br>7540 ASSATEAGUE DRIVE<br>JESSUP  MD 20794-3271 |
| CAPITAL BANK  NATIONAL ASSOCIATION<br>ATTN CHRIS MULLINGS  SENIOR VICE PRESID<br>1776 EYE STREET  NW<br>WASHINGTON  DC 20006-3759 | CHILLCRAFT COMPANY<br>2600 CABOVER DRIVE SUITE K<br>HANOVER  MD 21076-1734 | CHRISTOPHER L CAMARRA  ESQUIRE<br>HOLLAND  KNIGHT LLP<br>800 17TH STREET NW SUITE 1100<br>WASHINGTON  DC 20006-3962 |
| COMCAST BUSINESS<br>1701 JOHN F KENNEDY BLVD<br>PHILADELPHIA  PA 19103-2838 | COMMONWEALTH OF VIRGINIA<br>1957 WESTMORELAND STREET<br>RICHMOND  VA 23230-3225 | COMPTROLLER OF MARYLAND<br>REVENUE ADMINISTRATION DIVISION<br>PO BOX 549<br>ANNAPOLIS  MD 21404-0549 |
| CRYSTAL COMMERCIAL CLEANING SERVICES LL<br>9403 GRANT AVE STE 300<br>MANASSAS  VA 20110-2568 | CRYSTAL COMMERCIAL CLEANING SERVICES LLC<br>PO BOX 41147<br>ARLINGTON  VA 22204-8147 | DAISY  COLLINS LLP<br>20130 LAKEVIEW CENTER PLAZA SUITE 400<br>ASHBURN  VA 20147-5905 |
| DOORDASH  INC<br>303 2ND ST SUITE 800<br>SAN FRANCISCO  CA 94107-1366 | FINANCE A LA CARTE<br>316 GOLF COURSE PKWY<br>DAVENPORT  FL 33837-5522 | (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | KBSIII 3003 WASHINGTON  LLC<br>CO KBS<br>3003 WASHINGTON BOULEVARD SUITE 95<br>ARLINGTON  VA 22201-2194 | LYON BAKERY  INC<br>1900 CLARKSON WAY<br>HYATTSVILLE  MD 20785-3221 |
| MAGNOLIA PLUMBING  INC<br>600 GALLATIN ST NE<br>WASHINGTON  DC 20017-2359 | MYZENTEK LLC<br>46812 VERMONT MAPLE TER<br>STERLING  VA 20164-2236 | OFFICE OF THE COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET  2ND FLOOR<br>BALTIMORE  MD 21202-1689 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| OPENTABLE  INC<br>1 MONTGOMERY STREET SUITE 500<br>SAN FRANCISCO  CA 94104-4535 | PEPSICOLA COMPANY<br>8550 TERMINAL ROAD<br>LORTON  VA 22079-1428 | PEST MANAGEMENT SERVICES  INC<br>19980 HIGHLAND VISTA DRIVE SUITE 180<br>ASHBURN  VA 20147-5998 |
| ROBERTS OXYGEN COMPANY  INC<br>15830 REDLAND ROAD<br>DERWOOD  MD 20855-2292 | SAFETY FIRST SERVICES  INC<br>6722B INDUSTRIAL DRIVE<br>BELTSVILLE  MD 20705-1237 | SEAN T MORRIS  ESQUIRE<br>THE MORRIS LAW FIRM LLC<br>4845 RUGBY AVENUE SUITE 302<br>BETHESDA  MD 20814-3018 |
| SECRETARY OF THE TREASURY<br>15TH AND PENNSYLVANIA AVE  NW<br>WASHINGTON  DC 20220-0001 | SMOKECRAFT HOLDINGS LLC<br>7104 LOCH LOMOND DRIVE<br>BETHESDA  MD 20817-4760 | STATE OF MARYLAND DLLR<br>DIVISION OF UNEMPLOYMENT INSURANCE<br>1100 N EUTAW STREET  ROOM 401<br>BALTIMORE  MD 21201-2226 |
| STRATEX HOLDCO  LLC<br>1521 CONCORD PIKE SUITE 201<br>WILMINGTON  DE 19803-3645 | SYSCO BALTIMORE  LLC<br>615 S DUPONT HIGHWAY<br>DOVER  DE 19901-4517 | TD BANK  NATIONAL ASSOCIATION<br>1701 MARLTON PIKE E<br>CHERRY HILL  NJ 08003-2335 |
| TD BANK  NATIONAL ASSOCIATION<br>LEGAL DEPARTMENT TWO PORTLAND SQUARE<br>PORTLAND  ME 04101 | TAXING AUTHORITY OF MONTGOMERY COUNTY<br>DIVISION OF TREASURY<br>255 ROCKVILLE PIKE  STE  L-15<br>ROCKVILLE  MD 20850-4188 | THE CHEFS WAREHOUSE MIDATLANTIC  LLC<br>CO DAIRYLAND US CORPORATION<br>1300 VIELE AVE<br>BRONX  NY 10474-7134 |
| THE PELS LAW FIRM<br>4845 RUGBY AVE 3RD FLOOR<br>BETHESDA  MD 20814-3018 | TOAST CAPITAL LLC<br>401 PARK DRIVE<br>BOSTON  MA 02215-3325 | TOAST TAB OF DELAWARE INC<br>DBA TOAST INC 401 PARK DR SUITE 801<br>BOSTON  MA 02215-3372 |
| TOAST  INC<br>401 PARK DRIVE<br>BOSTON  MA 02215-3372 | (P)US ATTORNEYS OFFICE FOR THE DISTRICT OF MARYLAND<br>36 S CHARLES STREET FOURTH FLOOR<br>BALTIMORE MD 21201-3020 | US TRUSTEE  GREENBELT<br>6305 IVY LANE  SUITE 600<br>GREENBELT  MD 20770-6305 |
| ULINE<br>12575 ULINE DRIVE<br>PLEASANT PRAIRIE  WI 53158-3686 | EXCLUDE<br>~~(U)VARIOUS CUSTOMERS~~ | VEND LEASE COMPANY  INC<br>8100 SANDPIPER CIR SUITE 300<br>NOTTINGHAM  MD 21236-4992 |
| WASHINGTON GAS LIGHT COMPANY<br>DBA WASHINGTON GAS 1000 MAINE AVE  SW<br>WASHINGTON  DC 20024-3496 | WEBBANK<br>215 SOUTH STATE STREET SUITE 1000<br>SALT LAKE CITY  UT 84111-2336 | ANGELA L SHORTALL<br>111 S CALVERT STREET<br>SUITE 1400<br>BALTIMORE  MD 21202-6127 |

Case 24-13609    Doc 26-1    Filed 05/16/24    Page 3 of 3

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.


MAURICE BELMONT VERSTANDIG
THE VERSTANDIG LAW FIRM  LLC
9812 FALLS ROAD
114-160
POTOMAC  MD 20854-3976
```

Case 24-13609    Doc 26-1    Filed 05/16/24    Page 3 of 3
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.