

**TD Bank**
America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC
3003 WASHINGTON BLVD
ARLINGTON VA  22201

| | |
|---|---|
| Page: | 1 of 10 |
| Statement Period: | Apr 01 2024-Apr 30 2024 |
| Cust Ref #: | 4365290398-719-E-*** |
| Primary Account #: | 0398 |

## TD Business Premier Checking

SMOKECRAFT CLARENDON LLC                                     Account # 0398

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 9,597.71 | Average Collected Balance | 19,695.48 |
| Deposits | 9,567.56 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 161,296.05 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 15,547.77 | Days in Period | 30 |
| Electronic Payments | 149,943.66 | | |
| Other Withdrawals | 4,000.00 | | |
| Ending Balance | 10,969.89 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $140.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | DEPOSIT | 429.00 |
| 04/01 | DEPOSIT | 309.00 |
| 04/01 | DEPOSIT | 113.00 |
| 04/01 | DEPOSIT | 86.00 |
| 04/02 | DEPOSIT | 148.00 |
| 04/05 | DEPOSIT | 825.67 |
| 04/05 | DEPOSIT | 121.00 |
| 04/05 | DEPOSIT | 24.00 |
| 04/08 | DEPOSIT | 919.73 |
| 04/08 | DEPOSIT | 306.00 |
| 04/08 | DEPOSIT | 140.00 |
| 04/12 | DEPOSIT | 176.00 |
| 04/12 | DEPOSIT | 123.00 |
| 04/12 | DEPOSIT | 23.00 |
| 04/22 | DEPOSIT | 3,711.14 |
| 04/24 | DEPOSIT | 218.00 |
| 04/24 | DEPOSIT | 182.00 |
| 04/24 | DEPOSIT | 106.00 |
| 04/24 | DEPOSIT | 95.00 |
| 04/24 | DEPOSIT | 72.00 |
| 04/24 | DEPOSIT | 55.00 |
| 04/24 | DEPOSIT | 24.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page:    2 of 10

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance    10,969.89

❷ Total Deposits    +

❸ Sub Total

❹ Total Withdrawals    -

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**TD Bank**
America's Most Convenient Bank®

SMOKECRAFT CLARENDON LLC

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 3 of 10 |
| Statement Period: | Apr 01 2024-Apr 30 2024 |
| Cust Ref #: | 4365290398-719-E-*** |
| Primary Account #: | ▮▮▮▮0398 |

## DAILY ACCOUNT ACTIVITY

**Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/24 | DEPOSIT | 8.00 |
| 04/26 | DEPOSIT | 100.00 |
| 04/26 | DEPOSIT | 30.00 |
| 04/29 | DEPOSIT | 923.02 |
| 04/29 | DEPOSIT | 178.00 |
| 04/29 | DEPOSIT | 72.00 |
| 04/29 | DEPOSIT | 50.00 |
| | Subtotal: | 9,567.56 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | CCD DEPOSIT, TOAST DEP MAR 31 0004395300IY4ZP | 7,213.80 |
| 04/01 | CCD DEPOSIT, TOAST DEP MAR 30 0004395300IWTEA | 4,717.41 |
| 04/01 | CCD DEPOSIT, TOAST DEP MAR 29 0004395300IVH82 | 2,780.57 |
| 04/01 | ACH DEPOSIT, VENMO CASHOUT 1033447704278 | 158.10 |
| 04/02 | CCD DEPOSIT, TOAST DEP APR 01 0004395300IZAQH | 4,259.47 |
| 04/02 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT F6X8PHCIO7IG8WM | 3,245.70 |
| 04/03 | CCD DEPOSIT, TOAST DEP APR 02 0004395300J097L | 1,229.18 |
| 04/04 | CCD DEPOSIT, TOAST DEP APR 03 0004395300J1DPP | 1,954.81 |
| 04/05 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-K3O5C3F0H2S0 | 3,958.24 |
| 04/05 | CCD DEPOSIT, TOAST DEP APR 04 0004395300J2M86 | 1,893.86 |
| 04/08 | CCD DEPOSIT, TOAST DEP APR 07 0004395300J6L8C | 8,166.89 |
| 04/08 | CCD DEPOSIT, TOAST DEP APR 06 0004395300J58SR | 6,119.40 |
| 04/08 | CCD DEPOSIT, TOAST DEP APR 05 0004395300J3X03 | 3,406.88 |
| 04/09 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT SQDYGAYV4TGR3I0 | 3,621.93 |
| 04/09 | CCD DEPOSIT, TOAST DEP APR 08 0004395300J7UI5 | 3,531.23 |
| 04/10 | CCD DEPOSIT, TOAST DEP APR 09 0004395300J8YTK | 2,065.68 |
| 04/11 | CCD DEPOSIT, TOAST DEP APR 10 0004395300JABKF | 2,515.04 |
| 04/11 | CCD DEPOSIT, LIQUID DISTRO FINTECHEFT 83-1543479 | 30.00 |
| 04/12 | CCD DEPOSIT, TOAST DEP APR 11 0004395300JBTQ9 | 2,785.39 |
| 04/12 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-Z0F2M6U7X1Y5 | 2,746.23 |
| 04/12 | CCD DEPOSIT, REVERIE DISTRIBU FINTECHEFT 83-1543479 | 200.00 |
| 04/15 | CCD DEPOSIT, TOAST DEP APR 14 0004395300JGQDF | 6,934.63 |
| 04/15 | CCD DEPOSIT, TOAST DEP APR 13 0004395300JF1UW | 5,041.28 |
| 04/15 | CCD DEPOSIT, TOAST DEP APR 12 0004395300JDERD | 3,914.54 |
| 04/16 | CCD DEPOSIT, TOAST DEP APR 15 0004395300JIBDZ | 5,406.63 |
| 04/16 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT 9MF2FUWXR2ABO7L | 3,443.33 |
| 04/16 | CCD DEPOSIT, LIQUID DISTRO FINTECHEFT 83-1543479 | 75.00 |
| 04/17 | CCD DEPOSIT, TOAST DEP APR 16 0004395300JJPD5 | 2,020.83 |



**America's Most Convenient Bank®**

SMOKECRAFT CLARENDON LLC

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 4 of 10 |
| Statement Period: | Apr 01 2024-Apr 30 2024 |
| Cust Ref #: | 4365290398-719-E-*** |
| Primary Account #: | 0398 |

## DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/18 | CCD DEPOSIT, TOAST DEP APR 17 0004395300JL33W | 3,176.12 |
| 04/19 | CCD DEPOSIT, TOAST DEP APR 18 0004395300JMMF9 | 5,225.77 |
| 04/19 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-M1O0R4C9Y5C0 | 4,055.80 |
| 04/19 | CCD DEPOSIT, I.N.I.S. LLC 11012021 e45039975 | 192.42 |
| 04/22 | CCD DEPOSIT, TOAST DEP APR 20 0004395300JPWEC | 5,617.77 |
| 04/22 | CCD DEPOSIT, TOAST DEP APR 21 0004395300JRKZG | 4,992.00 |
| 04/22 | CCD DEPOSIT, TOAST DEP APR 19 0004395300JO8RU | 3,225.98 |
| 04/23 | CCD DEPOSIT, TOAST DEP APR 22 0004395300JT60X | 3,903.60 |
| 04/23 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT Y4000C3H7NZCYL7 | 3,873.59 |
| 04/24 | ACH DEPOSIT, CITIZENS NET SETLMT 4445034320333 | 1,907.77 |
| 04/24 | CCD DEPOSIT, TOAST DEP APR 23 0004395300JUI1L | 1,408.16 |
| 04/25 | ACH DEPOSIT, CITIZENS NET SETLMT 4445034320333 | 57.30 |
| 04/26 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-Q2F6M9I9Z9B3 | 3,642.35 |
| 04/26 | CCD DEPOSIT, TOAST DEP APR 25 0004395300JW8D8 | 2,074.67 |
| 04/26 | ACH DEPOSIT, VENMO CASHOUT 1033991491858 | 413.26 |
| 04/29 | CCD DEPOSIT, TOAST DEP APR 28 0004395300K13IK | 7,945.20 |
| 04/29 | CCD DEPOSIT, TOAST DEP APR 27 0004395300JZFY3 | 4,688.85 |
| 04/29 | CCD DEPOSIT, TOAST DEP APR 26 0004395300JXT4N | 2,742.71 |
| 04/30 | CCD DEPOSIT, TOAST DEP APR 29 0004395300K2NK1 | 5,636.53 |
| 04/30 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT ZB014MFX3GPIU5I | 3,080.15 |
| | Subtotal: | 161,296.05 |

**Checks Paid**   No. Checks: 15   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 04/05 | 2250 | 300.00 | 04/15 | 10783 | 966.47 |
| 04/04 | 10766* | 768.72 | 04/18 | 10784 | 548.86 |
| 04/01 | 10775* | 1,214.61 | 04/15 | 10785 | 743.96 |
| 04/01 | 10776 | 578.22 | 04/29 | 10786 | 3,907.11 |
| 04/01 | 10778* | 400.25 | 04/29 | 10787 | 1,332.28 |
| 04/01 | 10779 | 1,102.13 | 04/30 | 10788 | 946.35 |
| 04/01 | 10781* | 583.87 | 04/29 | 10790* | 814.65 |
| 04/15 | 10782 | 1,340.29 | | | |
| | | | | Subtotal: | 15,547.77 |


**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC

| | |
|---|---|
| Page: | 5 of 10 |
| Statement Period: | Apr 01 2024-Apr 30 2024 |
| Cust Ref #: | 4365290398-719-E-*** |
| Primary Account #: | 0398 |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/02 | CCD DEBIT, CHEF'S WAREHOUSE 3 BILLS e43792119 | 3,667.27 |
| 04/02 | CCD DEBIT, REINHART FOOD SE 4882612 e43773260 | 2,367.49 |
| 04/02 | CCD DEBIT, SYSCO CORPORATIO PAYMENT USBL012223313SB | 1,463.38 |
| 04/02 | CCD DEBIT, AM BRIGGS INC DB 2 BILLS e43783195 | 1,391.12 |
| 04/02 | CCD DEBIT, TRIMARK ADAMS-BU 2 BILLS e43783132 | 998.51 |
| 04/02 | CCD DEBIT, CRYSTAL COMMERCI 17850 e43775822 | 995.00 |
| 04/02 | CCD DEBIT, BOWIE PRODUCE 5402747 e43779110 | 544.75 |
| 04/02 | CCD DEBIT, CAPITAL SEABOARD 03320478 e43781827 | 492.40 |
| 04/02 | CCD DEBIT, LYON BAKERY 7 BILLS e43774230 | 441.62 |
| 04/02 | CCD DEBIT, MARGINEDGE CO SALE | 300.00 |
| 04/02 | CCD DEBIT, LOGAN FOOD COMPA 0144262 e43784845 | 127.50 |
| 04/03 | CCD DEBIT, MELIO 4203270 e43916032 | 1.50 |
| 04/04 | eTransfer Debit, Online Xfer<br>Transfer to CC 4847381245915726 | 1,500.00 |
| 04/05 | CCD DEBIT, HOP & WINE BEVER FINTECHEFT 83-1543479 | 182.00 |
| 04/05 | CCD DEBIT, TOAST, INC. 20240331-3 617-682-0225 | 14.34 |
| 04/08 | CCD DEBIT, REINHART FOOD SE 2 BILLS e44237564 | 3,506.15 |
| 04/08 | CCD DEBIT, CHEF'S WAREHOUSE 63054052 e44236512 | 1,945.99 |
| 04/08 | CCD DEBIT, CHEF'S WAREHOUSE 63036158 e44245770 | 1,625.66 |
| 04/08 | CCD DEBIT, AM BRIGGS INC DB 1787744 e44210256 | 997.56 |
| 04/08 | CCD DEBIT, CRYSTAL COMMERCI 17868 e44219083 | 995.00 |
| 04/08 | CCD DEBIT, TRIMARK ADAMS-BU 2 BILLS e44231928 | 936.45 |
| 04/08 | CCD DEBIT, CAPITAL SEABOARD 2 BILLS e44185699 | 585.40 |
| 04/08 | CCD DEBIT, BFPE INTERNATION 3033712 e44227810 | 579.26 |
| 04/08 | CCD DEBIT, LYON BAKERY 7 BILLS e44238487 | 460.52 |
| 04/08 | CCD DEBIT, BOWIE PRODUCE 5403376 e44242792 | 401.25 |
| 04/08 | CCD DEBIT, SPECIALTY BEVERA FINTECHEFT 83-1543479 | 175.00 |
| 04/09 | CCD DEBIT, MELIO 4239494 e44309872 | 1.50 |
| 04/09 | CCD DEBIT, MELIO 4239215 e44312686 | 1.50 |
| 04/10 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR 1161630473 | 23,021.96 |
| 04/10 | eTransfer Debit, Online Xfer<br>Transfer to CC 4847381245915726 | 1,500.00 |
| 04/11 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 6,717.79 |
| 04/11 | CCD DEBIT, SYSCO CORPORATIO PAYMENT USBL012223313SB | 59.50 |
| 04/12 | CCD DEBIT, HOP & WINE BEVER FINTECHEFT 83-1543479 | 385.00 |
| 04/12 | CCD DEBIT, PREMIUM DIST OF FINTECHEFT 83-1543479 | 320.00 |
| 04/15 | CCD DEBIT, REINHART FOOD SE 2 BILLS e44643898 | 3,886.69 |
| 04/15 | CCD DEBIT, CAPITAL SEABOARD 3 BILLS e44649880 | 698.55 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC

| | |
|---|---|
| Page: | 6 of 10 |
| Statement Period: | Apr 01 2024-Apr 30 2024 |
| Cust Ref #: | 4365290398-719-E-*** |
| Primary Account #: | 0398 |

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/15 | ACH DEBIT, COMCAST 8299610 252892194 7724510 | 650.49 |
| 04/15 | CCD DEBIT, LYON BAKERY 7 BILLS e44662549 | 486.73 |
| 04/15 | CCD DEBIT, TOAST, INC TOAST, INC ST-O7K1N9C6J4Y1 | 462.75 |
| 04/16 | CCD DEBIT, CHEF'S WAREHOUSE 2 BILLS e44756427 | 3,500.53 |
| 04/16 | CCD DEBIT, PECKAR & ABRAMSO 460186 e44748608 | 2,736.00 |
| 04/16 | CCD DEBIT, SYSCO CORPORATIO PAYMENT USBL012223313SB | 1,582.25 |
| 04/16 | CCD DEBIT, CRYSTAL COMMERCI 17882 e44761762 | 995.00 |
| 04/16 | CCD DEBIT, AM BRIGGS INC DB 1789368 e44745876 | 615.47 |
| 04/16 | CCD DEBIT, TRIMARK ADAMS-BU 2 BILLS e44744244 | 377.82 |
| 04/16 | CCD DEBIT, ARLINGTON COUNTY ARL-INV-20 e44761957 | 315.00 |
| 04/16 | CCD DEBIT, ALSCO LALE108317 e44760325 | 206.84 |
| 04/16 | CCD DEBIT, ROBERTS OXYGEN C K05543 e44746093 | 153.56 |
| 04/17 | eTransfer Debit, Online Xfer<br>Transfer to CC 4847381245915726 | 1,500.00 |
| 04/18 | CCD DEBIT, MELIO 4293987 e44863738 | 1.50 |
| 04/19 | CCD DEBIT, ARLINGTON COUNTY ARLCO PMT 1410394624 | 6,005.73 |
| 04/19 | CCD DEBIT, CAPITAL SEABOARD 03330020 e45092197 | 526.35 |
| 04/19 | CCD DEBIT, PREMIUM DIST OF FINTECHEFT 83-1543479 | 221.00 |
| 04/19 | CCD DEBIT, HOP & WINE BEVER FINTECHEFT 83-1543479 | 135.00 |
| 04/22 | CCD DEBIT, REINHART FOOD SE 2 BILLS e45111986 | 1,696.00 |
| 04/22 | ELECTRONIC PMT-WEB, WASHINGTON GAS PAYMENT 310003392126 | 1,032.23 |
| 04/22 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 0.03 |
| 04/23 | CCD DEBIT, VA DEPT TAXATION TAX PAYMEN *****3479 | 8,085.17 |
| 04/23 | CCD DEBIT, COHNREZNICK LLP 3453274 e45204844 | 5,250.00 |
| 04/23 | CCD DEBIT, FINANCE A LA CAR 2185 e45203748 | 2,507.98 |
| 04/23 | CCD DEBIT, SPECIALTY BEVERA FINTECHEFT 83-1543479 | 379.00 |
| 04/23 | CCD DEBIT, BROWN DISTRIBUTI FINTECHEFT 83-1543479 | 183.00 |
| 04/24 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR 1161630473 | 19,391.04 |
| 04/24 | CCD DEBIT, REPUBLIC NATIONA FINTECHEFT 83-1543479 | 256.68 |
| 04/25 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 6,970.17 |
| 04/29 | CCD DEBIT, MAGNOLIA PLUMBIN 4 BILLS e45581827 | 4,879.00 |
| 04/29 | CCD DEBIT, PECKAR & ABRAMSO 3 BILLS e45577889 | 4,200.00 |
| 04/29 | ELECTRONIC PMT-WEB, DOMINION ENERGY BILLPAY 002955711631 | 2,791.12 |
| 04/29 | CCD DEBIT, REINHART FOOD SE 2 BILLS e45585024 | 2,732.68 |
| 04/29 | CCD DEBIT, REINHART FOOD SE 4909783 e45562330 | 1,512.95 |
| 04/29 | CCD DEBIT, SAFETY FIRST SER 12460261 e45582038 | 1,050.00 |
| 04/29 | CCD DEBIT, GWWC, LLC 10342 e45583958 | 750.00 |
| 04/29 | CCD DEBIT, CHILL-CRAFT COMP 0000053009 e45585442 | 685.24 |



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC

| | |
|---|---|
| Page: | 7 of 10 |
| Statement Period: | Apr 01 2024-Apr 30 2024 |
| Cust Ref #: | 4365290398-719-E-*** |
| Primary Account #: | 4▇▇▇▇▇0398 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 04/29 | CCD DEBIT, ULINE INC. 3 BILLS e45575993 | 465.75 |
| 04/29 | CCD DEBIT, OPENTABLE PAYMENTS DDD698045 | 432.00 |
| 04/29 | CCD DEBIT, CHILL-CRAFT COMP 0000053123 e45581012 | 327.50 |
| 04/29 | CCD DEBIT, PEST MANAGEMENT 2 BILLS e45584551 | 170.00 |
| 04/29 | CCD DEBIT, ROBERTS OXYGEN C 2 BILLS e45561910 | 150.39 |
| 04/29 | CCD DEBIT, FOURTH ENTERPRIS 10712067 e45563919 | 128.60 |
| 04/29 | CCD DEBIT, LOGAN FOOD COMPA 0145307 e45580256 | 127.50 |
| 04/29 | CCD DEBIT, MTOM CONSULTING, 4505 e45560843 | 30.00 |
| | Subtotal: | 149,943.66 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 04/15 | DEBIT | 2,000.00 |
| 04/26 | DEBIT | 2,000.00 |
| | Subtotal: | 4,000.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---:|---|---:|
| 03/31 | 9,597.71 | 04/16 | 19,387.76 |
| 04/01 | 21,525.51 | 04/17 | 19,908.59 |
| 04/02 | 16,389.64 | 04/18 | 22,534.35 |
| 04/03 | 17,617.32 | 04/19 | 25,120.26 |
| 04/04 | 17,303.41 | 04/22 | 39,938.89 |
| 04/05 | 23,629.84 | 04/23 | 31,310.93 |
| 04/08 | 30,480.50 | 04/24 | 15,739.14 |
| 04/09 | 37,630.66 | 04/25 | 8,826.27 |
| 04/10 | 15,174.38 | 04/26 | 13,086.55 |
| 04/11 | 10,942.13 | 04/29 | 3,199.56 |
| 04/12 | 16,290.75 | 04/30 | 10,969.89 |
| 04/15 | 20,945.27 | | |




America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC

| | |
|---|---|
| Page: | 8 of 10 |
| Statement Period: | Apr 01 2024-Apr 30 2024 |
| Cust Ref #: | 4365290398-719-E-*** |
| Primary Account #: | 0398 |

## Overdraft Notifications Are Going Digital

Beginning **June 1, 2024, you'll no longer receive** Overdraft Notifications via mail if you have insufficient funds or overdraw your account.  But don't worry, they are available digitally in TD Online Banking.

To access the notifications:

1. Log into TD Online Banking.
2. Select Account Options ➡ Bank Account Statement Settings.
3. Select applicable account from Eligible Accounts dropdown.
4. Click on Overdraft Notices.

**Want to be notified immediately?** Ensure your push notifications for TD Alerts are turned on.
Here's how to set up alerts:

  **Online Banking**:
1. Log into TD Online Banking.
2. Select Account Options.
3. Select TD Alerts.
4. Turn on Overdraft Threshold and Overdraft Grace Periods.

  **Mobile App:**
1. Log into the TD Mobile Banking app.
2. Select Menu.
3. Select TD Alerts.
4. Select Bank Accounts.
5. Turn on Overdraft Threshold and Overdraft Grace Periods.

**As a reminder,** you will receive an Overdraft Threshold email if you overdraw your account by more than $50 if you have an email address on file with us. You'll also receive an Overdraft Grace Period email communicating the timeframe in which you can add funds to your account to reverse the overdraft fee. Visit https://www.td.com/overdraftservices  to learn more.

Not enrolled in Online Banking? Sign up at **tdbank.com** .

**Questions?**

Visit a TD Bank location or give us a call anytime.

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



SMOKECRAFT CLARENDON LLC

STATEMENT OF ACCOUNT

Page: 9 of 10
Statement Period: Apr 01 2024-Apr 30 2024
Cust Ref #: 4365290398-719-E-***
Primary Account #: 0398



#2250    04/05    $300.00



#10775    04/01    $1,214.61



#10778    04/01    $400.25



#10781    04/01    $583.87



#10783    04/15    $966.47



#10766    04/04    $768.72



#10776    04/01    $578.22



#10779    04/01    $1,102.13



#10782    04/15    $1,340.29



#10784    04/18    $548.86



**TD Bank**
America's Most Convenient Bank®

SMOKECRAFT CLARENDON LLC

**STATEMENT OF ACCOUNT**

Page: 10 of 10
Statement Period: Apr 01 2024-Apr 30 2024
Cust Ref #: 4365290398-719-E-***
Primary Account #: 0398



#10785    04/15    $743.96

#10787    04/29    $1,332.28



#10786    04/29    $3,907.11

#10788    04/30    $946.35



#10790    04/29    $814.65