SMALL BUSINESS MOR – SMOKECRAFT CLARENDON LLC
APRIL 2024
EXHIBIT A

5. DIP account has yet to be set up as of 4/30/24 due to 4/29/24 petition filing. Account has now been set up.