SMALL BUSINESS MOR – SMOKECRAFT CLARENDON LLC
APRIL 2024
EXHIBIT B

10. Initial petition filed on 4/29/24 and no DIP account has been established as of 4/30/24. Accounts as of 4/30/24 include:

1. TD Bank Ending in: 0398
2. Eagle Bank Ending in: 6313
3. Capital Bank MD Ending in: 5611