SMALL BUSINESS MOR – SMOKECRAFT CLARENDON LLC
Apr-24
EXHIBIT C

**Cash Receipts**

| | | |
|---|---|---|
| UberEats | $ | 3,080.15 |
| Toast CC Transactions | $ | 5,636.53 |
| **Total** | **$** | **8,716.68** |