SMALL BUSINESS MOR – SMOKECRAFT CLARENDON LLC
Apr-24
EXHIBIT E

**Payables**

| | | |
|---|---|---|
| Meal Tax | $ | 200.58 |
| Tips | $ | 251.65 |
| **Total** | **$** | **452.23** |