SMALL BUSINESS MOR – SMOKECRAFT CLARENDON LLC
Apr-24
EXHIBIT F

**Receivables**

| | | |
|---|---|---|
| ezCater | $ | 744.47 |
| DoorDash | $ | 3,811.92 |
| Toast CC Transactions | $ | 2,248.62 |
| **Total** | **$** | **6,805.01** |