# Smokecraft Clarendon LLC

Balance Sheet

As of April 30, 2024

|  | TOTAL |
|---|---:|
| **ASSETS** |  |
|   **Current Assets** |  |
|     **Bank Accounts** |  |
|       1000 Main Checking Eagle | 228.52 |
|       1010 Capital Bank MD | 55.00 |
|       1020 TD Bank Operating | 17,467.27 |
|       1050 TD Bank CD | 65,000.00 |
|       1060 Petty Cash | 2,000.00 |
|     **Total Bank Accounts** | **$84,750.79** |
|     **Accounts Receivable** |  |
|       1200 Accounts Receivable (A/R) | 0.00 |
|     **Total Accounts Receivable** | **$0.00** |
|     **Other Current Assets** |  |
|       1201 DoorDash | 760.57 |
|       1202 UberEats | 1,037.14 |
|       1203 Square | 0.00 |
|       1204 ERC Receivable | 0.00 |
|       1205 Tripleseat (Stripe) | 0.00 |
|       1206 EZCater | 0.00 |
|       1300 Prepaid Other | 9,650.58 |
|       1340 Prepaid Insurance | 2,165.69 |
|       1350 Food Inventory | 0.00 |
|       1352 Liquor Inventory | 0.00 |
|       1354 Wine Inventory | 0.00 |
|       1356 Beer Inventory | 0.00 |
|       1358 NA Bev Inventory | 0.00 |
|       6600 Employee Advance | 0.00 |
|     **Total Other Current Assets** | **$13,613.98** |
|   **Total Current Assets** | **$98,364.77** |
|   **Fixed Assets** |  |
|     1400 Leasehold Improvements | 943,020.03 |
|     1410 Machinery & Equipment | 303,297.90 |
|     1420 Design & Architechtural Fees | 104,783.93 |
|     1430 Furniture & Fixtures | 83,469.68 |
|     Accumulated Depreciation | -1,414,894.00 |
|   **Total Fixed Assets** | **$19,677.54** |
|   **Other Assets** |  |
|     1360 Prepaid Rent | 0.00 |
|     1500 Security Deposits | 0.00 |

# Smokecraft Clarendon LLC

Balance Sheet

As of April 30, 2024

|  | TOTAL |
|---|---:|
| 1620 Pre-opening costs | |
|   1620.1 Legal Fees | 30,512.53 |
|   1620.2 PR/Advertising/Website | 56,444.66 |
|   1620.3 Bank Fees | 64,488.85 |
|   1620.4 LIcenses and Permits | 8,266.39 |
|   1620.5 Other Costs | 39,775.33 |
|   1620.6 Pre-Opening Payroll | 38,218.87 |
|   1620.7 Lease Payments | 12,432.84 |
|   Accumulated Amortization | -40,300.00 |
| **Total 1620 Pre-opening costs** | **209,839.47** |
| **Total Other Assets** | **$209,839.47** |
| **TOTAL ASSETS** | **$327,881.78** |
| LIABILITIES AND EQUITY | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         Accounts Payable (A/P) | 160,223.54 |
|       **Total Accounts Payable** | **$160,223.54** |
|       Credit Cards | |
|         2300 SMB TD Bank Credit Card | 18,794.11 |
|         2350 ACD Personal Credit Card | 528.55 |
|       **Total Credit Cards** | **$19,322.66** |
|       Other Current Liabilities | |
|         2000 Sales Tax Payable | 12,680.53 |
|         2100 Accrued Expenses | 0.00 |
|         2200 Gift Cards | 19,045.89 |
|         2240 Due to/from Holdings | 0.00 |
|         2250 Due to/from A.Darneille | 0.00 |
|         2255 Due to/from R. Darneille | 0.00 |
|         2256 Loan from Parents | 0.00 |
|         2300 Prepaid Sales | 10,635.73 |
|         2310 Loan Payable-Toast | 114,147.78 |
|         2312 Stale Checks | 539.92 |
|         2540 Tips Payable | 5,591.79 |
|         2541 Catering Tips Payable | 1,105.26 |
|       **Total Other Current Liabilities** | **$163,746.90** |
|     **Total Current Liabilities** | **$343,293.10** |
|     Long-Term Liabilities | |
|       2500 Capital Bank SBA Loan | 911,880.18 |
|     **Total Long-Term Liabilities** | **$911,880.18** |
| **Total Liabilities** | **$1,255,173.28** |

# Smokecraft Clarendon LLC

Balance Sheet

As of April 30, 2024

|  | TOTAL |
|---|---:|
| Equity | |
|   3110 Contribution - A Darneille | 346,044.47 |
|   3120 Contribution - H. Darneille | 253,528.00 |
|   3130 Contribution - R. Darneille | 125,000.00 |
|   3140 Contribution - J.Smith | 50,000.00 |
|   3150 Contribution- Smoke Holdings | 119,592.04 |
|   DIANE DAVENNY DARNEILLE | 40,000.00 |
|   Retained Earnings | -1,695,532.04 |
|   Net Income | -165,923.97 |
| **Total Equity** | **$ -927,291.50** |
| **TOTAL LIABILITIES AND EQUITY** | **$327,881.78** |