# Smokecraft Clarendon LLC

Profit and Loss

April 30, 2024

|  | TOTAL |
|---|---:|
| **Income** | |
|   All Sales, Comps and Discounts | |
|     5100 Food Sales | 1,737.00 |
|     5180 NA Beverage | 17.00 |
|     5210 Liquor Sales | 52.00 |
|     5220 Wine Sales | 23.00 |
|     5230 Bottled Beer Sales | 37.00 |
|     5240 Draft Beer Sales | 136.00 |
|   **Total All Sales, Comps and Discounts** | **2,002.00** |
| **Total Income** | **$2,002.00** |
| **Cost of Goods Sold** | |
|   Cost of Sales | |
|     6160 Bakery Cost | 45.96 |
|     6170 Grocery Cost | 111.88 |
|   **Total Cost of Sales** | **157.84** |
| **Total Cost of Goods Sold** | **$157.84** |
| **GROSS PROFIT** | **$1,844.16** |
| **Expenses** | |
|   B. Controllable Expenses | |
|     6500 3rd Party Delivery Expense | -95.41 |
|     6710 Operating Lease/Rentals | 153.56 |
|     7000 Register Over/Short | 119.51 |
|     7060 Linens | 253.27 |
|   **Total B. Controllable Expenses** | **430.93** |
|   C. General & Administrative | |
|     7190 Other Contracted Services-Admin | 18.83 |
|     7250 Credit Card Commissions | 228.59 |
|   **Total C. General & Administrative** | **247.42** |
|   E. Repair & Maintenance | |
|     7710 Maint Contract - HVAC & Refrigeration | 625.00 |
|     7720 Maint Contract - Other Equipment | 255.00 |
|   **Total E. Repair & Maintenance** | **880.00** |
|   Melio Credit card fee | 3.00 |
| **Total Expenses** | **$1,561.35** |
| **NET OPERATING INCOME** | **$282.81** |
| **NET INCOME** | **$282.81** |