## Cash Flow Projection
## Smokecraft Clarendon

Starting date: 4/28/2024

**NO AP payments for any invocies prior to 4/29**

Main Account Capital One

| | Beginning | 5/5/2024 | 5/12/2024 | 5/19/2024 | 5/26/2024 | 6/2/2024 | 6/9/2024 | 6/16/2024 | 6/23/2024 | 6/30/2024 | 7/7/2024 | 7/14/2024 | 7/21/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bank Balance - TD Operating** | 17,966 | | | | | | | | | | | | |
| **Bank Balance - Capital Bank** | 978 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **Cash on hand** | 18,944 | 11,186 | 6,291 | 31,660 | 8,925 | 23,110 | 18,715 | 44,880 | 19,862 | 54,617 | 31,977 | 66,732 | 61,291 |
| **ANTICIPATED CASH RECEIPTS** | | | | | | | | | | | | | |
| Sales | 7,500 | 35,000 | 35,000 | 35,000 | 38,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 |
| Tax | 750 | 3,500 | 3,500 | 3,500 | 3,800 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Gratuity | 1,350 | 5,250 | 5,250 | 5,250 | 5,700 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 7,200 | 7,200 |
| **Less 10.34% Toast loan fees** | | | | | | | | | | | | | |
| **TOTAL CASH RECEIPTS** | 9,600 | 43,750 | 43,750 | 43,750 | 47,500 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 51,200 | 51,200 |
| **Total cash available** | 28,544 | 54,936 | 50,041 | 75,410 | 56,425 | 73,110 | 68,715 | 94,880 | 69,862 | 104,617 | 81,977 | 117,932 | 112,491 |
| **CASH PAID OUT** | | | | | | | | | | | | | |
| Payroll | | 22,400 | | 22,400 | | 25,600 | | 25,600 | | 25,600 | | 25,600 | |
| gratuity | | 10,000 | | 10,000 | | 10,000 | | 10,000 | | 10,000 | | 10,000 | |
| Sales Tax | | | | 16,340 | | | | 16,340 | | | | | 17,200 |
| Accounts Payable | | | | | | | | | | | | | |
|   Food + Beverage @ 35% | | 10,500 | 10,500 | 10,500 | 11,400 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 |
|   Sysco | 112 | | | | | | | | | | | | |
|   credit card payments | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|   **Rent** | 16,814 | | | | 18,170 | | | | | 18,170 | | | |
|   OpenTable | 432 | | | | 500 | | | | | 500 | | | |
|   Doordash 22nd | | | | | | | | | | | | | |
|   Utilities/wood | | | | | 4,000 | | | 4,000 | | | | 4,000 | |
|   Hood cleaning | | | | | | 1,050 | | | | 625 | | | |
|   Cleaning | | 995 | 995 | 995 | 995 | 995 | 995 | 995 | 995 | 995 | 995 | 995 | 995 |
|   Late Night Expenses | | | | | | | | | | | | | |
|   FAC/Cohn Reznick | | 2,500 | | | | 2,500 | 5,250 | | | 2,500 | | | |
|   Insurance | | | 1,796 | | | | | 1,796 | | | | 1,796 | |
|   Other/Trimark/Alsco/etc | | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
|   Legal | | | 2,840 | | | | | 1,360 | | | | | |
|   Misc Repairs | | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 |
|   Property Taxes | | | | | | | | | | | | | |
|   **Business License** | | | | | | | 1,980 | 2,037 | | | | | |
| | | | | | | | | | | | | | |
| **Capital Bank Payments (1st)** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **TOTAL CASH PAID OUT** | 17,358 | 48,645 | 18,381 | 66,485 | 33,315 | 54,395 | 23,835 | 75,018 | 15,245 | 72,640 | 15,245 | 56,641 | 32,445 |
| **Cash on hand (end of week)** | 11,186 | 6,291 | 31,660 | 8,925 | 23,110 | 18,715 | 44,880 | 19,862 | 54,617 | 31,977 | 66,732 | 61,291 | 80,046 |

**OTHER OPERATING DATA**