IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| SMOKECRAFT CLARENDON, LLC | * | Case No: 24-13609-MCR |
| | | (Chapter 11) |
| Debtor | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), Capital Bank N.A. ("Capital Bank"), by counsel, requests that all notices and pleadings given or required to be served in the above-captioned case be given to and served upon:

> Catherine Keller Hopkin, Esquire
> YVS Law, LLC
> 185 Admiral Cochrane Drive, Suite 130
> Annapolis, Maryland  21401

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notice and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure statement, plan of reorganization, plan of liquidation, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by the United States Postal Service, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise pertaining to the above-captioned case.

The filing of this Notice of Appearance and Request for Service of Papers is not: (a) a waiver or release of Capital Bank's rights against any person, entity or property; (b) a waiver or release of Capital Bank's right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge; (c) a consent by Capital Bank to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice of Appearance and Request for Service of Papers and Capital Bank does not

waive, and specifically preserves, all of its procedural and substantive defenses to any claim that may be asserted against Capital Bank by the Debtor, including any defense based on the lack of jurisdiction of this Bankruptcy Court to entertain such claim and Capital Bank's entitlement under Amendment VII of the Constitution of the United States to trial by jury; (d) an election of remedy; (e) a waiver or release of Capital Bank's right to a jury trial in any proceeding as to any and all matters so triable therein, whether or not the same be designated legal or private rights or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b), and whether such jury trial right is pursuant to statute or the United States Constitution; or (f) a waiver of the right to move to withdraw the reference, and objection thereto, or any other proceedings, if any, which may be commenced in this case against or otherwise involving Capital Bank.

          /s/ Catherine Keller Hopkin
Catherine Keller Hopkin, 28257
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401
(443) 569-0788
chopkin@yvslaw.com

Counsel for Capital Bank N.A.

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 21st day of May 2024, notice of filing the Notice of Appearance and Request for Service of Papers was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list.

          /s/ Catherine Keller Hopkin
Catherine Keller Hopkin

**The following parties received
CM/ECF notice of the filing:**

Catherine Keller Hopkin, Esquire
(chopkin@yvslaw.com)
Counsel for Capital Bank N.A.
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Lynn A. Kohen, Esquire
(lynn.a.kohen@usdoj.gov)
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland  20770

L. Jeanette Rice, Esquire
(jeanette.rice@usdoj.gov)
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland  20770

Angela L. Shortall, Subchapter V Trustee
(ashortall@3cubed-as.com)
111 South Calvert Street, Suite 1400
Baltimore, Maryland  21202

U.S. Trustee – Greenbelt
(ustpregion04.gb.ecf@usdoj.gov)
6305 Ivy Lane, Suite 600
Greenbelt, Maryland  20770

Maurice Belmont VerStandig, Esquire
(mac@mbvesq.com)
Counsel for Debtor
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland  20854