**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| In re | Case No. 24-13609 |
| Smokecraft Clarendon, LLC | Chapter 11 |
| Debtor. | |

_____/

**LINE SUPPLEMENTING MONTHLY OPERATING REPORT FOR APRIL 2024**

Comes now Smokecraft Clarendon, LLC d/b/a Smokecraft Modern Barbecue. ("Smokecraft" or the "Debtor"), by and through undersigned proposed counsel, and supplements the Debtor's previously-filed monthly operating report for April 2024, DE #30, by filing the following documents:

1.      A ledger for the TD Bank certificate of deposit serving as security for a letter of creditor that, in turn, acts as a security deposit on a non-residential lease, attached hereto as Exhibit A;

2.      A summary of sales by the Debtor after 6:00 pm on April 29, 2024 (with the petition for relief herein having been docketed at approximately 5:55 pm on the same date), attached hereto as Exhibit B;

3.      A summary of sales by the Debtor on April 30, 2024, attached hereto as Exhibit C; and

4.      An itemization of bills paid by the Debtor between the time of filing of the petition for relief and the close of April 2024, attached hereto as Exhibit D.

*[Signature on Following Page]*

Respectfully submitted,

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
THE BELMONT FIRM
1050 Connecticut Avenue NW,
Suite 500
Washington, DC 20036
Phone: (301) 444-4600
E-mail: mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of June 2024, a copy of the foregoing was served

electronically upon filing via the ECF system on all counsel who have entered an appearance

herein, including:

- Catherine Keller Hopkin chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
- Lynn A. Kohen     lynn.a.kohen@usdoj.gov
- L. Jeanette Rice     Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Angela L. Shortall     ashortall@3cubed-as.com, md70@ecfcbis.com
- US Trustee - Greenbelt     USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.