

Available Balance

# $0.00

Today's Beginning Balance  **$65,000.00**

Pending

| Date | Type | Description | Credit | Balance |
|---|---|---|---|---|
| PENDING | | | | |
| 8/1/2019 | DEBIT | Pending Verification | -$65,000.00 | Pending |
| ACCOUNT HISTORY | | | | |
| 4/22/2024 | DEBIT | CD EARLY WD PEN | -$33.70 | $65,000.00 |
| 4/22/2024 | DEBIT | CD WITHDRAWAL | -$3,711.14 | $65,033.70 |
| 4/11/2024 | INT | INTEREST CREDIT | $219.40 | $68,744.84 |