# Sales summary

Data as of May 23, 2024, 12:44 PM (EDT)

**DATE RANGE:**
April 29, 2024 - April 29, 2024

**SELECTED LOCATIONS:**
Smokecraft Modern Barbecue

**SELECTED FILTERS:**
6:00 PM - 12:00 AM

### SALES TRENDS

Time of day (totals)



| REVENUE SUMMARY | |
|---|---|
| Net sales | $1,502.22 |
| Gratuity | $7.50 |
| Tax amount | $150.49 |
| Tips | $192.61 |
| Paid in total | $418.92 |
| **Total amount** | **$2,271.74** |

| CASH SUMMARY | |
|---|---|
| Expected closeout cash | $300.00 |
| Actual closeout cash | $300.00 |
| Cash overage/shortage | $0.00 |
| Expected deposit | $0.00 |
| Actual deposit | — |
| Deposit overage/shortage | — |

| NET SALES SUMMARY | |
|---|---|
| Gross sales | $1,560.15 |
| Sales discounts | -$57.93 |
| Sales refunds | $0.00 |
| **Net sales** | **$1,502.22** |

| CASH ACTIVITY | |
|---|---|
| Total cash payments | -$24.75 |
| Cash adjustments | $0.00 |
| Cash refunds | $0.00 |
| Cash before tipouts | -$24.75 |
| Tipouts tips withheld | $0.00 |
| **Total cash** | **-$24.75** |

| TIP SUMMARY | |
|---|---|
| Tips collected | $192.61 |
| Tips refunded | $0.00 |
| **Total tips** | **$192.61** |

### PAYMENTS SUMMARY

| Payment type | Amount | Tips | Grat | Refunds | Total |
|---|---:|---:|---:|---:|---:|
| Credit | $1,418.49 | $260.02 | $7.50 | $0.00 | $1,686.01 |
| Amex | $323.75 | $41.45 | $7.50 | $0.00 | $372.70 |
| Discover | $21.86 | $4.37 | $0.00 | $0.00 | $26.23 |
| Mastercard | $369.46 | $63.58 | $0.00 | $0.00 | $433.04 |
| Visa | $703.42 | $150.62 | $0.00 | $0.00 | $854.04 |
| Gift Card | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cash | -$24.75 | $0.00 | $0.00 | $0.00 | -$24.75 |
| Other | $610.48 | $0.00 | $0.00 | $0.00 | $610.48 |
| Doordash | $324.17 | $0.00 | $0.00 | $0.00 | $324.17 |
| Ubereats | $286.31 | $0.00 | $0.00 | $0.00 | $286.31 |
| **Total** | **$2,004.22** | **$260.02** | **$7.50** | **$0.00** | **$2,271.74** |

| UNPAID ORDERS SUMMARY | |
|---|---|
| Unpaid amount | $0.00 |

### SALES CATEGORY SUMMARY

| Sales category | Items | Net sales | Gross sales |
|---|---:|---:|---:|
| Bottled Beer | 1 | $6.50 | $6.50 |
| Draft Beer | 12 | $76.00 | $102.00 |
| Food | 81 | $1,350.47 | $1,382.40 |
| Liquor | 4 | $56.00 | $56.00 |
| NA Beverage | 4 | $13.25 | $13.25 |
| **Total** | **102** | **$1,502.22** | **$1,560.15** |

### SERVICE MODE SUMMARY

| | Quick Service | Table Service | Total |
|---|---:|---:|---:|
| Net sales | $800.77 | $701.45 | $1,502.22 |
| Total guests | 21 | 27 | 48 |
| Avg/Guest | $38.13 | $25.98 | $31.30 |
| Total payments | 20 | 13 | 33 |
| Avg/Payment | $44.05 | $59.36 | $50.08 |
| Total orders | 21 | 11 | 32 |
| Avg/Order | $38.13 | $63.77 | $46.94 |
| Turn time | 14:59 | 38:30 | 23:04 |

### REVENUE CENTER SUMMARY

| Revenue center | Items | Net sales | Gross sales |
|---|---|---|---|
| Bar | 8 | $79.80 | $105.80 |
| Dining Room | 44 | $696.47 | $728.40 |
| Carryout/Delivery | 50 | $725.95 | $725.95 |
| **Total** | **102** | **$1,502.22** | **$1,560.15** |

### DINING OPTION SUMMARY

| Dining option | Orders | Net sales | Gross sales |
|---|---|---|---|
| Delivery by DoorDash | 1 | $46.90 | $46.90 |
| Dine In | 16 | $776.27 | $834.20 |
| Take Out | 15 | $679.05 | $679.05 |
| **Total** | **32** | **$1,502.22** | **$1,560.15** |

### SERVICE / DAYPART SUMMARY

| Service / day part | Orders | Net sales | Gross sales |
|---|---|---|---|
| Dinner | 32 | $1,502.22 | $1,560.15 |
| **Total** | **32** | **$1,502.22** | **$1,560.15** |

### TAX SUMMARY

| Tax rate | Taxable amount | Tax amount |
|---|---|---|
| State Tax | $1,455.32 | $87.45 |
| Local Tax | $1,455.32 | $58.34 |
| Non Taxable | $0.00 | — |
| Toast Marketplace Facilitator Taxes Paid | $46.90 | $4.70 |

### SERVICE CHARGE SUMMARY

| Service charge | Count | Amount |
|---|---|---|
| Delivery Fee | 1 | $7.50 |
| **Total service charges** | **1** | **$7.50** |

### DISCOUNT SUMMARY

| Discount | Count | Amount |
|---|---|---|
| Bar Promo | 1 | $26.00 |
| Employee Discount - Check | 1 | $9.98 |
| Manager Meal | 1 | $21.95 |
| **Total discounts** | **3** | **$57.93** |

### VOID SUMMARY

| | |
|---|---|
| Void amount | $55.20 |
| Void order count | 2 |
| Void item count | 3 |
| Void amount % | 3.7% |