# Sales summary

Data as of May 23, 2024, 12:40 PM (EDT)

**DATE RANGE:**
April 30, 2024 - April 30, 2024

**SELECTED LOCATIONS:**
Smokecraft Modern Barbecue

### SALES TRENDS



Time of day (totals)

| REVENUE SUMMARY | |
|---|---|
| Net sales | $2,002.00 |
| Gratuity | $0.00 |
| Tax amount | $200.58 |
| Tips | $251.65 |
| Paid in total | $0.00 |
| **Total amount** | **$2,454.23** |

| NET SALES SUMMARY | |
|---|---|
| Gross sales | $2,002.00 |
| Sales discounts | $0.00 |
| Sales refunds | $0.00 |
| **Net sales** | **$2,002.00** |

| TIP SUMMARY | |
|---|---|
| Tips collected | $251.65 |
| Tips refunded | $0.00 |
| **Total tips** | **$251.65** |
| Tips withheld | -$5.92 |
| **Tips after withholding** | **$245.73** |

| CASH SUMMARY | |
|---|---|
| Expected closeout cash | $0.00 |
| Actual closeout cash | $0.00 |
| Cash overage/shortage | $0.00 |
| Expected deposit | $0.00 |
| Actual deposit | — |
| Deposit overage/shortage | — |

| CASH ACTIVITY | |
|---|---|
| Total cash payments | $0.00 |
| Cash adjustments | $0.00 |
| Cash refunds | $0.00 |
| Cash before tipouts | $0.00 |
| Tipouts tips withheld | $0.00 |
| **Total cash** | **$0.00** |

### PAYMENTS SUMMARY

| Payment type | Amount | Tips | Grat | Refunds | Total |
|---|---:|---:|---:|---:|---:|
| Credit | $1,481.35 | $251.65 | $0.00 | $0.00 | $1,733.00 |
|   Amex | $205.80 | $25.64 | $0.00 | $0.00 | $231.44 |
|   Mastercard | $163.60 | $22.41 | $0.00 | $0.00 | $186.01 |
|   Visa | $1,111.95 | $203.60 | $0.00 | $0.00 | $1,315.55 |
| Gift Card | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cash | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other | $721.23 | $0.00 | $0.00 | $0.00 | $721.23 |
|   Doordash | $307.35 | $0.00 | $0.00 | $0.00 | $307.35 |
|   Ubereats | $413.88 | $0.00 | $0.00 | $0.00 | $413.88 |
| **Total** | **$2,202.58** | **$251.65** | **$0.00** | **$0.00** | **$2,454.23** |

| UNPAID ORDERS SUMMARY | |
|---|---:|
| Unpaid amount | $0.00 |

### SALES CATEGORY SUMMARY

| Sales category | Items | Net sales | Gross sales |
|---|---:|---:|---:|
| Bottled Beer | 4 | $37.00 | $37.00 |
| Draft Beer | 18 | $136.00 | $136.00 |
| Food | 96 | $1,737.00 | $1,737.00 |
| Liquor | 4 | $52.00 | $52.00 |
| NA Beverage | 5 | $17.00 | $17.00 |
| Wine | 3 | $23.00 | $23.00 |
| **Total** | **130** | **$2,002.00** | **$2,002.00** |

### SERVICE MODE SUMMARY

| | Quick Service | Table Service | Total |
|---|---:|---:|---:|
| Net sales | $911.45 | $1,090.55 | $2,002.00 |
| Total guests | 20 | 34 | 54 |
| Avg/Guest | $45.57 | $32.08 | $37.07 |
| Total payments | 20 | 21 | 41 |
| Avg/Payment | $50.14 | $57.13 | $53.72 |
| Total orders | 20 | 17 | 37 |
| Avg/Order | $45.57 | $64.15 | $54.11 |
| Turn time | 2:17:29 | 49:22 | 1:37 |

### REVENUE CENTER SUMMARY

| Revenue center | Items | Net sales | Gross sales |
|---|---|---|---|
| Bar | 18 | $210.10 | $210.10 |
| Dining Room | 64 | $1,004.65 | $1,004.65 |
| Carryout/Delivery | 48 | $787.25 | $787.25 |
| **Total** | **130** | **$2,002.00** | **$2,002.00** |

### DINING OPTION SUMMARY

| Dining option | Orders | Net sales | Gross sales |
|---|---|---|---|
| Dine In | 19 | $1,163.90 | $1,163.90 |
| Take Out | 18 | $838.10 | $838.10 |
| **Total** | **37** | **$2,002.00** | **$2,002.00** |

### SERVICE / DAYPART SUMMARY

| Service / day part | Orders | Net sales | Gross sales |
|---|---|---|---|
| Lunch | 10 | $547.35 | $547.35 |
| Dinner | 27 | $1,454.65 | $1,454.65 |
| **Total** | **37** | **$2,002.00** | **$2,002.00** |

### TAX SUMMARY

| Tax rate | Taxable amount | Tax amount |
|---|---|---|
| State Tax | $1,934.15 | $116.26 |
| Local Tax | $1,934.15 | $77.52 |
| Toast Marketplace Facilitator Taxes Paid | $67.85 | $6.80 |

### VOID SUMMARY

| | |
|---|---|
| Void amount | $0.00 |
| Void order count | — |
| Void item count | 0 |
| Void amount % | 0.0% |