# Smokecraft Clarendon LLC

Bill Payment List

April 30, 2024

| DATE | NUM | VENDOR | AMOUNT |
|---|---|---|---:|
| 1020 TD Bank Operating | | | |
| 04/30/2024 | | Melio | -1.50 |
| 04/30/2024 | | Melio | -1.50 |
| **Total for 1020 TD Bank Operating** | | | **$ -3.00** |