United States Bankruptcy Court

District of Maryland

| | |
|---|---|
| In re: | Case No. 24-13609-MCR |
| Smokecraft Clarendon, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 27, 2024 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Smokecraft Clarendon, LLC, 7104 Loch Lomond Drive, Bethesda, MD 20817-4760 |
| cr | + | Capital Bank, N.A., c/o Catherine Keller Hopkin, Esquire, YVS Law, LLC, 185 Admiral Cochrane Drive, Suite 130, Annapolis, MD 21401-7582 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: arbankruptcy@uline.com | Jun 27 2024 19:12:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 29, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela L. Shortall | ashortall@3cubed-as.com md70@ecfcbis.com |
| Catherine Keller Hopkin | chopkin@yvslaw.com pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com |
| L. Jeanette Rice | |

District/off: 0416-0 | User: admin | Page 2 of 2
Date Rcvd: Jun 27, 2024 | Form ID: pdfparty | Total Noticed: 3

    Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

Lynn A. Kohen
    lynn.a.kohen@usdoj.gov

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

US Trustee - Greenbelt
    USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 6



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| In re | Case No. 24-13609 |
| Smokecraft Clarendon, LLC | Chapter 11 |
| Debtor. | |
| _____/ | |

**ORDER APPROVING APPLICATION TO APPROVE EMPLOYMENT OF MAURICE VERSTANDIG, ESQ. AND THE VERSTANDIG LAW FIRM AS GENERAL REORGANIZATION COUNSEL TO SMOKECRAFT CLARENDON, LLC**

Upon consideration of the Application to Approve Employment of Maurice VerStandig, Esq. and The VerStandig Firm, LLC as General Reorganization Counsel to Smokecraft Clarendon, LLC (the "Application," with the debtor herein being known as the "Debtor"), any objections thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

FOUND, that Maurice VerStandig, Esq. is an attorney duly authorized to practice in the United States Bankruptcy Court for the District of Maryland; and it is further

FOUND, that Maurice VerStandig, Esq. and the VerStandig Law Firm, LLC do not hold any interest adverse to the Debtor or the estate; and it is further

1

FOUND, that Maurice VerStandig, Esq. and the VerStandig Law Firm, LLC are disinterested persons within the meaning set forth in Section 101(14) of Title 11 of the United States Code; and it is further

ORDERED, the Debtor be, and is hereby authorized to, employ under general retainer Maurice VerStandig, Esq. and The VerStandig Law Firm, LLC as general reorganization counsel to the Debtor; and it is further

ORDERED, that any compensation paid to Maurice VerStandig, Esq. and The VerStandig Law Firm, LLC is subject to the review of this Honorable Court, in conformity with governing law.

Copies:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Email: mac@mbvesq.com