SMALL BUSINESS MOR – SMOKECRAFT CLARENDON LLC
JUNE 2024
EXHIBIT B

10. Accounts as of 6/30/24 include:

   1. TD Bank Ending in: 0398 (Remains open as a "lockbox" account for cash collateral) and was converted to a DIP account by TD Bank mid-June.
   2. TD Bank CD Ending in: 0387 (secured letter of credit for lease)
   3. Capital Bank MD Ending in: 5611 (Capital Bank refused to close the account when attempted)