**Smokecraft Clarendon LLC**
**MOR Exhibit C - Deposit Transaction Report**

| Date | Transaction Type | Num | Adj | Name | Memo/Description | Split | Amount |
|---|---|---|---|---|---|---|---|
| 06/01/2024 | Journal Entry | sales | No | | Cash | -Split- | 274.80 |
| 06/01/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 9,167.47 |
| 06/02/2024 | Journal Entry | sales | No | | Cash | -Split- | 168.69 |
| 06/02/2024 | Deposit | | No | UberEats | | -Split- | 5,415.97 |
| 06/02/2024 | Deposit | | No | DoorDash Inc | | -Split- | 5,773.65 |
| 06/02/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 7,339.61 |
| 06/03/2024 | Deposit | | No | | | 7000 B. Controllable Expenses:Register Over/Short | 0.37 |
| 06/03/2024 | Deposit | | No | | | 7000 B. Controllable Expenses:Register Over/Short | 0.60 |
| 06/03/2024 | Journal Entry | sales | No | | Cash | -Split- | 112.45 |
| 06/03/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 2,648.87 |
| 06/04/2024 | Journal Entry | sales | No | | Cash | -Split- | 94.88 |
| 06/04/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 3,064.88 |
| 06/05/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 4,639.88 |
| 06/06/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 3,701.60 |
| 06/07/2024 | Journal Entry | sales | No | | Cash | -Split- | 210.60 |
| 06/07/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 7,465.21 |
| 06/08/2024 | Journal Entry | sales | No | | Cash | -Split- | 120.66 |
| 06/08/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 11,682.23 |
| 06/09/2024 | Journal Entry | bank adj | No | | | -Split- | 52.69 |
| 06/09/2024 | Journal Entry | sales | No | | Cash | -Split- | 464.40 |
| 06/09/2024 | Deposit | | No | UberEats | | -Split- | 3,936.68 |
| 06/09/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 4,000.71 |
| 06/09/2024 | Deposit | | No | DoorDash Inc | | -Split- | 4,029.23 |
| 06/10/2024 | Deposit | | No | | | 7000 B. Controllable Expenses:Register Over/Short | 0.12 |
| 06/10/2024 | Deposit | | No | | | 7000 B. Controllable Expenses:Register Over/Short | 4.36 |
| 06/10/2024 | Journal Entry | sales | No | | Cash | -Split- | 17.55 |
| 06/10/2024 | Deposit | | No | Amazon | VISA DDA REF - 401134   AMAZON RET  114 609084   WWW AMAZON CO * WA | 7110 B. Controllable Expenses:Operating Supplies F&B | 19.33 |
| 06/10/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 3,714.63 |
| 06/11/2024 | Journal Entry | sales | No | | Cash | -Split- | 192.48 |
| 06/11/2024 | Deposit | | No | | INTEREST CREDIT | 8101 Interest Income | 208.76 |
| 06/11/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 3,677.74 |
| 06/12/2024 | Deposit | | No | Toast Inc. | TOAST, INC.    20240531-3 | 7250 C. General &  Administrative:Credit Card Commissions | 1.71 |
| 06/12/2024 | Journal Entry | sales | No | | Cash | -Split- | 223.00 |
| 06/12/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 1,975.59 |
| 06/13/2024 | Journal Entry | sales | No | | Cash | -Split- | 75.75 |
| 06/13/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 3,585.65 |
| 06/14/2024 | Deposit | | No | | | 7000 B. Controllable Expenses:Register Over/Short | 0.25 |
| 06/14/2024 | Deposit | | No | | | 7000 B. Controllable Expenses:Register Over/Short | 0.45 |
| 06/14/2024 | Journal Entry | sales | No | | Cash | -Split- | 105.53 |
| 06/14/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 5,632.08 |
| 06/15/2024 | Journal Entry | sales | No | | Cash | -Split- | 209.87 |
| 06/15/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 6,511.96 |
| 06/16/2024 | Journal Entry | sales | No | | Cash | -Split- | 424.67 |
| 06/16/2024 | Deposit | | No | DoorDash Inc | | -Split- | 2,842.83 |
| 06/16/2024 | Deposit | | No | UberEats | | -Split- | 4,852.50 |
| 06/16/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 15,516.07 |
| 06/17/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 4,319.11 |
| 06/18/2024 | Journal Entry | sales | No | | Cash | -Split- | 142.65 |
| 06/18/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 3,755.03 |
| 06/19/2024 | Journal Entry | sales | No | | Cash | -Split- | 48.00 |

| Date | Type | Memo | Clr | Name | Description | Account | Amount | Total |
|---|---|---|---|---|---|---|---|---|
| 06/19/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 4,857.63 | |
| 06/20/2024 | Deposit | | No | ez Cater | PAYONEER 7362   EDI PAYMNT | -Split- | 975.53 | |
| 06/20/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 2,318.45 | |
| 06/21/2024 | Journal Entry | sales | No | | Cash | -Split- | 27.44 | |
| 06/21/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 4,712.27 | |
| 06/22/2024 | Journal Entry | sales | No | | Cash | -Split- | 232.60 | |
| 06/22/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 5,406.95 | |
| 06/23/2024 | Journal Entry | W/O checks | No | | | -Split- | 24.75 | |
| 06/23/2024 | Journal Entry | sales | No | | Cash | -Split- | 146.23 | |
| 06/23/2024 | Journal Entry | W/O checks | No | | check 9/4/22 Douglas Hill | -Split- | 250.00 | |
| 06/23/2024 | Journal Entry | W/O checks | No | | check 7/1/22 Jeremy Remy Green | -Split- | 350.00 | |
| 06/23/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 3,406.08 | |
| 06/23/2024 | Deposit | | No | DoorDash Inc | | -Split- | 4,255.62 | |
| 06/23/2024 | Deposit | | No | UberEats | | -Split- | 5,176.43 | |
| 06/24/2024 | Journal Entry | sales | No | | Cash | -Split- | 46.43 | |
| 06/24/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 2,584.87 | |
| 06/25/2024 | Journal Entry | sales | No | | Cash | -Split- | 175.14 | |
| 06/25/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 3,681.56 | |
| 06/26/2024 | Deposit | | No | ez Cater | PAYONEER 7362   EDI PAYMNT | -Split- | 641.98 | |
| 06/26/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 1,735.04 | |
| 06/27/2024 | Deposit | | No | | | 7000 B. Controllable Expenses:Register Over/Short | 0.86 | |
| 06/27/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 3,782.89 | |
| 06/27/2024 | Deposit | | No | Smokecraft Holding | DEPOSIT | -Split- | 6,169.22 | |
| 06/28/2024 | Journal Entry | sales | No | | Cash | -Split- | 348.52 | |
| 06/28/2024 | Deposit | | No | | DEPOSIT | 6314 A. Payroll Expenses:Direct Labor - BOH | 2,559.28 | |
| 06/28/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 4,599.33 | |
| 06/29/2024 | Journal Entry | sales | No | | Cash | -Split- | 147.17 | |
| 06/29/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 6,174.31 | |
| 06/30/2024 | Journal Entry | sales | No | | Cash | -Split- | 99.60 | |
| 06/30/2024 | Journal Entry | bank adj | No | | | -Split- | 102.96 | |
| 06/30/2024 | Deposit | | No | DoorDash Inc | | -Split- | 3,273.82 | |
| 06/30/2024 | Deposit | | No | UberEats | | -Split- | 4,943.00 | |
| 06/30/2024 | Journal Entry | sales | No | | Credit Cards | -Split- | 5,056.29 | 210,686.05 |