**Smokecraft Clarendon LLC**
**MOR Exhibit D - Withdrawal Transaction Report**

| Date | Transaction Type | Num | Adj | Name | Memo/Description | Split | Amount |
|---|---|---|---|---|---|---|---|
| 06/02/2024 | Journal Entry | Payroll JE 05/20-6/2 | No | | DD+ payroll fee | -Split- | -22,870.24 |
| 06/02/2024 | Journal Entry | Payroll JE 05/20-6/2 | No | | taxes - GL Report Summary | -Split- | -7,633.62 |
| 06/02/2024 | Journal Entry | Payroll JE 05/20-6/2 | No | | Shane Conton | -Split- | -1,372.47 |
| 06/02/2024 | Journal Entry | Payroll JE 05/20-6/2 | No | | Genesis Gonzales | -Split- | -1,240.23 |
| 06/02/2024 | Journal Entry | Payroll JE 05/20-6/2 | No | | Sindy lopez | -Split- | -1,214.14 |
| 06/02/2024 | Journal Entry | Payroll JE 05/20-6/2 | No | | Delmy Perez | -Split- | -988.97 |
| 06/02/2024 | Journal Entry | Payroll JE 05/20-6/2 | No | | Miguel Sanchez | -Split- | -853.28 |
| 06/02/2024 | Journal Entry | Payroll JE 05/20-6/2 | No | | Trinidad Hernandez | -Split- | -575.87 |
| 06/02/2024 | Journal Entry | Payroll JE 05/20-6/2 | No | | Sabino Lopez | -Split- | -238.04 |
| 06/02/2024 | Journal Entry | Payroll JE 05/20-6/2 | No | | Sandy Contreras | -Split- | -222.60 |
| 06/02/2024 | Journal Entry | Payroll JE 05/20-6/2 | No | | Urias Okeefe | -Split- | -183.79 |
| 06/03/2024 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -2,494.76 |
| 06/03/2024 | Bill Payment (Check) | 5001 | No | TriMark Adams-Burch | 20286 | Accounts Payable (A/P) | -677.96 |
| 06/03/2024 | Bill Payment (Check) | | No | marginedge | | Accounts Payable (A/P) | -300.00 |
| 06/03/2024 | Bill Payment (Check) | To print | No | Virginia Alcoholic Beverage Control Authority | 752511 | Accounts Payable (A/P) | -83.97 |
| 06/03/2024 | Expense | | No | Commonwealth Of Virginia-State Corporation Commission | Payment For Vendor Commonwealth Of Virginia-State Corporation Commission For Invoice 202406035059144 | 7230 C. General & Administrative:Licenses & Permits | -50.00 |
| 06/03/2024 | Bill Payment (Check) | | No | Google LLC | | Accounts Payable (A/P) | -15.26 |
| 06/03/2024 | Expense | | No | | | 7000 B. Controllable Expenses:Register Over/Short | -0.29 |
| 06/04/2024 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -2,963.75 |
| 06/04/2024 | Expense | | No | Restaurant Depot | Payment For Vendor Restaurant Depot | -Split- | -1,169.59 |
| 06/04/2024 | Bill Payment (Check) | 5007 | No | ALSCO | Invoice Numbers: LALE1096050 | Accounts Payable (A/P) | -217.27 |
| 06/04/2024 | Expense | | No | | | 7000 B. Controllable Expenses:Register Over/Short | -2.80 |
| 06/05/2024 | Expense | | No | Amazon | VISA DDA PUR AP - 469216    AMZN MKTP US 5O34N8LX3    AMZN COM BILL * WA | 7110 B. Controllable Expenses:Operating Supplies F&B | -162.34 |
| 06/05/2024 | Expense | | No | Amazon | VISA DDA PUR AP - 469216    AMAZON COM XX6C856M3    AMZN COM BILL * WA | 7110 B. Controllable Expenses:Operating Supplies F&B | -98.34 |
| 06/05/2024 | Expense | | No | Amazon | VISA DDA PUR AP - 401134    AMAZON RET  114 609084    WWW AMAZON CO * WA | 7110 B. Controllable Expenses:Operating Supplies F&B | -72.72 |
| 06/06/2024 | Bill Payment (Check) | ACH | No | Arlington County Treasurer | BTN-1000987092-03 | Accounts Payable (A/P) | -2,037.49 |
| 06/06/2024 | Bill Payment (Check) | 5006 | No | TriMark Adams-Burch | Invoice Numbers: 6429022-00 | Accounts Payable (A/P) | -140.72 |
| 06/06/2024 | Journal Entry | VA ABC | No | | Vendor: Virginia ABC | -Split- | -89.99 |
| 06/07/2024 | Bill Payment (Check) | 5003 | No | Restaurant Depot | Invoice Numbers: I2748 | Accounts Payable (A/P) | -2,026.90 |
| 06/07/2024 | Bill Payment (Check) | | No | Chill-Craft Company Inc. | | Accounts Payable (A/P) | -1,236.00 |
| 06/07/2024 | Bill Payment (Check) | | No | Lyon Bakery | | Accounts Payable (A/P) | -453.06 |
| 06/07/2024 | Bill Payment (Check) | 5002 | No | TriMark Adams-Burch | Invoice Numbers: 6430758-00 | Accounts Payable (A/P) | -448.89 |
| 06/07/2024 | Bill Payment (Check) | | No | Virginia Alcoholic Beverage Control Authority | | Accounts Payable (A/P) | -335.97 |
| 06/07/2024 | Expense | | No | | VISA DDA PUR AP - 474455    PARKX 3003 WASHINGTON BL    ARLINGTON    * VA | 6540 A. Payroll Expenses:Parking | -200.00 |
| 06/07/2024 | Bill Payment (Check) | | No | Bowie Produce | | Accounts Payable (A/P) | -187.25 |
| 06/07/2024 | Bill Payment (Check) | | No | ULINE INC. | | Accounts Payable (A/P) | -187.13 |
| 06/07/2024 | Bill Payment (Check) | | No | Fourth Enterprises, LLC | | Accounts Payable (A/P) | -128.60 |
| 06/07/2024 | Bill Payment (Check) | | No | Premium Distributors | | Accounts Payable (A/P) | -121.10 |
| 06/07/2024 | Bill Payment (Check) | | No | Spiceology | | Accounts Payable (A/P) | -57.24 |
| 06/07/2024 | Expense | | No | Arlington Chamber of Commerce | ARLINGTON CHAMBE ACH | 7270 C. General & Administrative:Dues & Subscriptions | -48.00 |
| 06/07/2024 | Journal Entry | CC | No | | Vendor: Amazon.com | -Split- | -35.26 |
| 06/07/2024 | Bill Payment (Check) | | No | MtoM Consulting, LLC | | Accounts Payable (A/P) | -30.00 |
| 06/07/2024 | Journal Entry | CC | No | | Vendor: Flash Parking | -Split- | -17.00 |
| 06/07/2024 | Journal Entry | CC | No | | Vendor: Safeway | -Split- | -5.03 |
| 06/08/2024 | Journal Entry | CC | No | | Vendor: Giant | -Split- | -31.93 |
| 06/09/2024 | Journal Entry | CC | No | | Vendor: Giant | -Split- | -30.30 |
| 06/10/2024 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -1,471.81 |
| 06/10/2024 | Journal Entry | Debit card | No | | Vendor: Buckhead Meat & Seafood/Metropolitan Meats | -Split- | -1,293.74 |
| 06/10/2024 | Bill Payment (Check) | | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | | Accounts Payable (A/P) | -1,089.49 |
| 06/10/2024 | Bill Payment (Check) | 5004 | No | TriMark Adams-Burch | Invoice Numbers: 6431264-00 | Accounts Payable (A/P) | -707.51 |

| Date | Type | Num | | Name | Memo/Description | Account | Amount |
|---|---|---|---|---|---|---|---|
| 06/10/2024 | Journal Entry | CC | No | | Vendor: ULINE | -Split- | -242.00 |
| 06/10/2024 | Bill Payment (Check) | 5005 | No | TriMark Adams-Burch | Invoice Numbers: 6431280-00 | Accounts Payable (A/P) | -17.22 |
| 06/10/2024 | Expense | | No | | | 7000 B. Controllable Expenses:Register Over/Short | -4.60 |
| 06/10/2024 | Expense | | No | | | 7000 B. Controllable Expenses:Register Over/Short | -0.45 |
| 06/11/2024 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -4,330.58 |
| 06/11/2024 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -4,084.69 |
| 06/11/2024 | Bill Payment (Check) | 5009 | No | ALSCO | Invoice Numbers: LALE1097113 | Accounts Payable (A/P) | -204.93 |
| 06/11/2024 | Journal Entry | CC | No | | Vendor: Amazon.com | -Split- | -54.79 |
| 06/12/2024 | Journal Entry | CC | No | | Vendor: Restaurant Depot | -Split- | -1,605.45 |
| 06/12/2024 | Bill Payment (Check) | 5010 | No | Comcast (EFT) | 8299610252892194 | Accounts Payable (A/P) | -643.85 |
| 06/12/2024 | Bill Payment (Check) | | No | Republic National | | Accounts Payable (A/P) | -556.56 |
| 06/12/2024 | Journal Entry | CC | No | | Vendor: Mailchimp | -Split- | -285.00 |
| 06/12/2024 | Journal Entry | CC | No | | Vendor: Amazon.com | -Split- | -37.55 |
| 06/13/2024 | Bill Payment (Check) | | No | ULINE INC. | 18624230 | Accounts Payable (A/P) | -516.27 |
| 06/13/2024 | Journal Entry | CC | No | | Vendor: Flash Parking | -Split- | -20.00 |
| 06/14/2024 | Bill Payment (Check) | | No | Virginia Alcoholic Beverage Control Authority | 752511 | Accounts Payable (A/P) | -3,970.00 |
| 06/14/2024 | Journal Entry | Debit card | No | | Vendor: Buckhead Meat & Seafood/Metropolitan Meats | -Split- | -1,253.38 |
| 06/14/2024 | Bill Payment (Check) | 5010 | No | TriMark Adams-Burch | 20286 | Accounts Payable (A/P) | -959.03 |
| 06/14/2024 | Bill Payment (Check) | | No | Bowie Produce | | Accounts Payable (A/P) | -738.25 |
| 06/14/2024 | Bill Payment (Check) | | No | Chill-Craft Company Inc. | | Accounts Payable (A/P) | -573.01 |
| 06/14/2024 | Bill Payment (Check) | | No | Lyon Bakery | | Accounts Payable (A/P) | -471.96 |
| 06/14/2024 | Bill Payment (Check) | | No | VA Eagle Distributing | | Accounts Payable (A/P) | -268.49 |
| 06/14/2024 | Journal Entry | CC | No | | Vendor: Virginia ABC | -Split- | -262.42 |
| 06/14/2024 | Bill Payment (Check) | | No | Premium Distributors | | Accounts Payable (A/P) | -213.06 |
| 06/14/2024 | Journal Entry | CC | No | | Vendor: Restaurant Depot | -Split- | -128.17 |
| 06/14/2024 | Bill Payment (Check) | | No | Logan Food Company | | Accounts Payable (A/P) | -127.50 |
| 06/14/2024 | Expense | | No | | | 7000 B. Controllable Expenses:Register Over/Short | -0.48 |
| 06/15/2024 | Journal Entry | CC | No | | Vendor: Giant | -Split- | -26.05 |
| 06/15/2024 | Journal Entry | CC | No | | Vendor: Trader Joe's | -Split- | -9.06 |
| 06/16/2024 | Journal Entry | Payroll JE 06.3-06.16 | No | | DD+ payroll fee | -Split- | -23,704.04 |
| 06/16/2024 | Journal Entry | Payroll JE 06.3-06.16 | No | | taxes - GL Report Summary | -Split- | -7,578.54 |
| 06/16/2024 | Journal Entry | Payroll JE 06.3-06.16 | No | | Urias Okeefe | -Split- | -1,665.05 |
| 06/16/2024 | Journal Entry | Payroll JE 06.3-06.16 | No | | Genesis Gonzales | -Split- | -1,201.73 |
| 06/16/2024 | Journal Entry | Payroll JE 06.3-06.16 | No | | Miguel Sanchez | -Split- | -763.19 |
| 06/16/2024 | Journal Entry | Payroll JE 06.3-06.16 | No | | Delmy Perez | -Split- | -761.32 |
| 06/16/2024 | Journal Entry | Payroll JE 06.3-06.16 | No | | Sindy lopez | -Split- | -738.54 |
| 06/16/2024 | Journal Entry | Payroll JE 06.3-06.16 | No | | Trinidad Hernandez | -Split- | -677.71 |
| 06/16/2024 | Journal Entry | Payroll JE 06.3-06.16 | No | | Ever Cardona | -Split- | -123.52 |
| 06/16/2024 | Journal Entry | bank adj | No | | | -Split- | -68.87 |
| 06/16/2024 | Journal Entry | CC | No | | Vendor: Trader Joe's | -Split- | -6.03 |
| 06/17/2024 | Journal Entry | CC | No | | Vendor: Restaurant Depot | -Split- | -1,982.62 |
| 06/17/2024 | Bill Payment (Check) | 5011 | No | TriMark Adams-Burch | 20286 | Accounts Payable (A/P) | -585.18 |
| 06/17/2024 | Bill Payment (Check) | | No | Toast Inc. | | Accounts Payable (A/P) | -389.75 |
| 06/17/2024 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -61.47 |
| 06/17/2024 | Journal Entry | CC | No | | Vendor: Dropbox | -Split- | -54.00 |
| 06/17/2024 | Expense | | No | Amazon | VISA DDA PUR AP - 469216    AMAZON MKTPL 1C4I52GH3    AMZN COM BILL * WA | 7110 B. Controllable Expenses:Operating Supplies F&B | -37.09 |
| 06/17/2024 | Bill Payment (Check) | | No | The Collection at Chevy Chase | | Accounts Payable (A/P) | -6.00 |
| 06/18/2024 | Bill Payment (Check) | 5012 | No | ALSCO | 24002628 | Accounts Payable (A/P) | -209.94 |
| 06/18/2024 | Journal Entry | CC | No | | Vendor: Spiceology | -Split- | -100.91 |
| 06/18/2024 | Expense | | No | Amazon | VISA DDA PUR AP - 401134    AMAZON MAR 112 610101    HTTPSAMAZON C * WA | 7110 B. Controllable Expenses:Operating Supplies F&B | -20.77 |
| 06/18/2024 | Journal Entry | CC | No | | Vendor: Giant | -Split- | -4.94 |
| 06/19/2024 | Bill Payment (Check) | EFT38332447 | No | Specialty Beverage | Invoice Numbers: 296488 | Accounts Payable (A/P) | -205.00 |
| 06/19/2024 | Bill Payment (Check) | EFT13985084 | No | Specialty Beverage | Invoice Numbers: 296489 | Accounts Payable (A/P) | -159.00 |
| 06/20/2024 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -9,066.19 |
| 06/20/2024 | Bill Payment (Check) | | No | Washington Gas | | Accounts Payable (A/P) | -841.68 |
| 06/20/2024 | Journal Entry | VA ABC | No | | Vendor: Virginia ABC | -Split- | -593.58 |
| 06/20/2024 | Journal Entry | Uline | No | | Vendor: ULINE | -Split- | -187.02 |

| Date | Type | Num | Posted | Name | Memo/Description | Account | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 06/21/2024 | Expense | | No | Arlington County Treasurer | ARLINGTON COUNTY ARLCO PMT | 2000 Sales Tax Payable | -7,209.89 | |
| 06/21/2024 | Bill Payment (Check) | | No | VRA Cleaning Services LLC | | Accounts Payable (A/P) | -3,680.00 | |
| 06/21/2024 | Bill Payment (Check) | | No | Finance A La Carte LLC | | Accounts Payable (A/P) | -2,500.00 | |
| 06/21/2024 | Bill Payment (Check) | | No | Magnolia Plumbing | | Accounts Payable (A/P) | -2,210.71 | |
| 06/21/2024 | Expense | | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | VISA DDA PUR AP - 469216    METRO MEAT SEA    888 264 7647  * MD | 6110 Cost of Sales:Meat Cost | -1,135.45 | |
| 06/21/2024 | Bill Payment (Check) | | No | GWWC, LLC | | Accounts Payable (A/P) | -750.00 | |
| 06/21/2024 | Journal Entry | Buckhead | No | | Vendor: Buckhead Meat & Seafood/Metropolitan Meats | -Split- | -652.88 | |
| 06/21/2024 | Bill Payment (Check) | | No | Lyon Bakery | | Accounts Payable (A/P) | -646.26 | |
| 06/21/2024 | Bill Payment (Check) | | No | Bowie Produce | | Accounts Payable (A/P) | -448.50 | |
| 06/21/2024 | Bill Payment (Check) | | No | Logan Food Company | | Accounts Payable (A/P) | -127.50 | |
| 06/21/2024 | Expense | | No | Amazon | VISA DDA PUR AP - 469216    AMAZON MKTPL RG4RF9B10    AMZN COM BILL * WA | 7110 B. Controllable Expenses:Operating Supplies F&B | -29.87 | |
| 06/21/2024 | Expense | | No | | | 7000 B. Controllable Expenses:Register Over/Short | -0.65 | |
| 06/22/2024 | Journal Entry | Canva | No | | Vendor: Canva | -Split- | -14.99 | |
| 06/23/2024 | Journal Entry | Intuit | No | | Vendor: Intuit | -Split- | -98.25 | |
| 06/24/2024 | Expense | | No | VA Department of Taxation | VA DEPT TAXATION TAX PAYMEN | 2000 Sales Tax Payable | -9,404.42 | |
| 06/24/2024 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -5,856.15 | |
| 06/24/2024 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -5,303.47 | |
| 06/24/2024 | Bill Payment (Check) | | No | TriMark Adams-Burch | CHECK 5013 | Accounts Payable (A/P) | -1,025.75 | |
| 06/24/2024 | Journal Entry | VA ABC | No | | Vendor: Virginia ABC | -Split- | -410.88 | |
| 06/24/2024 | Expense | | No | Canva (CC) | VISA DDA PUR AP - 401134    CANVA I04190 38819119    HTTPSCANVA CO * DE | 7190 C. General &  Administrative:Other Contracted Services-Admin | -14.99 | |
| 06/25/2024 | Bill Payment (Check) | 5014 | No | ALSCO | Invoice Numbers: LALE1099238 | Accounts Payable (A/P) | -247.92 | |
| 06/26/2024 | Journal Entry | Buckhead | No | | Vendor: Buckhead Meat & Seafood/Metropolitan Meats | -Split- | -1,308.89 | |
| 06/26/2024 | Bill Payment (Check) | 5015 | No | TriMark Adams-Burch | Invoice Numbers: 6436462-00 | Accounts Payable (A/P) | -1,107.57 | |
| 06/26/2024 | Expense | | No | State Farm | VISA DDA PUR AP - 494300    STATE FARM  INSURANCE    800 956 6310  * IL | 7285 C. General &  Administrative:Gen. Liab Insur/Key Man | -182.34 | |
| 06/27/2024 | Bill Payment (Check) | ACH | No | Dominion Energy Virginia | | Accounts Payable (A/P) | -2,234.62 | |
| 06/27/2024 | Bill Payment (Check) | | No | Open Table Inc. | | Accounts Payable (A/P) | -595.50 | |
| 06/27/2024 | Journal Entry | Giant | No | | Vendor: Giant | -Split- | -37.03 | |
| 06/27/2024 | Journal Entry | Adobe | No | | Vendor: Adobe Inc. | -Split- | -21.19 | |
| 06/27/2024 | Expense | | No | | | 7000 B. Controllable Expenses:Register Over/Short | -13.29 | |
| 06/27/2024 | Journal Entry | Trader Joes | No | | Vendor: Trader Joe's | -Split- | -4.81 | |
| 06/27/2024 | Expense | | No | | | 7000 B. Controllable Expenses:Register Over/Short | -0.60 | |
| 06/27/2024 | Expense | | No | | | 7000 B. Controllable Expenses:Register Over/Short | -0.44 | |
| 06/27/2024 | Expense | | No | | | 7000 B. Controllable Expenses:Register Over/Short | -0.43 | |
| 06/28/2024 | Bill Payment (Check) | | No | Lyon Bakery | | Accounts Payable (A/P) | -1,096.16 | |
| 06/28/2024 | Bill Payment (Check) | | No | Safety First Services | | Accounts Payable (A/P) | -1,050.00 | |
| 06/28/2024 | Bill Payment (Check) | | No | Bowie Produce | | Accounts Payable (A/P) | -325.50 | |
| 06/28/2024 | Bill Payment (Check) | | No | Logan Food Company | | Accounts Payable (A/P) | -212.50 | |
| 06/28/2024 | Journal Entry | Uline | No | | Vendor: ULINE | -Split- | -187.13 | |
| 06/29/2024 | Journal Entry | Trader Joes | No | | Vendor: Trader Joe's | -Split- | -14.10 | |
| 06/30/2024 | Journal Entry | Payroll JE 6.17-6.30 | No | | DD+ payroll fee | -Split- | -19,603.42 | |
| 06/30/2024 | Journal Entry | Payroll JE 6.17-6.30 | No | | taxes - GL Report Summary | -Split- | -7,367.93 | |
| 06/30/2024 | Journal Entry | Payroll JE 6.17-6.30 | No | | Andrew Darneille | -Split- | -4,102.51 | |
| 06/30/2024 | Journal Entry | Payroll JE 6.17-6.30 | No | | Urias Okeefe | -Split- | -1,572.39 | |
| 06/30/2024 | Journal Entry | Payroll JE 6.17-6.30 | No | | Genesis Gonzales | -Split- | -1,009.10 | |
| 06/30/2024 | Journal Entry | Payroll JE 6.17-6.30 | No | | Delmy Perez | -Split- | -971.75 | |
| 06/30/2024 | Journal Entry | Payroll JE 6.17-6.30 | No | | Sindy lopez | -Split- | -730.30 | |
| 06/30/2024 | Journal Entry | Payroll JE 6.17-6.30 | No | | Miguel Sanchez | -Split- | -598.34 | |
| 06/30/2024 | Journal Entry | Payroll JE 6.17-6.30 | No | | Trinidad Hernandez | -Split- | -571.07 | |
| 06/30/2024 | Journal Entry | Google | No | | Vendor: Google LLC | -Split- | -15.26 | -218,213.89 |