**Smokecraft Clarendon LLC**
**MOR EXHIBIT E - Vendor Balance Detail**
As of June 30, 2024

| | Date | Transaction Type | Num | Due Date | Amount | Open Balance | | | |
|---|---|---|---|---|---|---|---|---|---|
| **KBS III 3003 Washington LLC** | | | | | | | | | |
| | 6/22/2024 | Bill | | 7/1/2024 | 18,111.14 | 18,111.14 | $ 18,111.14 | Payment Scheduled for 7/1/24 | |
| **Total for KBS III 3003 Washington LLC** | | | | | $ 18,111.14 | $ 18,111.14 | | | |
| **Toast Inc.** | | | | | | | | | |
| | 05/10/2024 | Bill | INV4562080 | 05/10/2024 | 389.75 | 389.75 | $ 389.75 | Auto-Draw | Contacting Toast as to why this has yet to be drawn |
| **Total for Toast Inc.** | | | | | $ 389.75 | $ 389.75 | | | |
| **Washington Gas** | | | | | | | | | |
| | 06/28/2024 | Bill | | 7/22/2024 | 753.41 | 753.41 | $ 753.41 | Payment Scheduled for 7/22/24 | |
| **Total for Washington Gas** | | | | | $ 753.41 | $ 753.41 | | | |
| **Virginia Meals Tax** | | | | | | | | | |
| | 6/30/2024 | | | 7/22/2024 | 16,940.16 | 16,940.16 | $ 16,940.16 | | |
| **Total for Virginia Meals Tax** | | | | | $ 16,940.16 | $ 16,940.16 | | | |
| **Employee Tips** | | | | 7/5/2024 | | | | | |
| | | | | | 9,172.66 | 9,172.66 | $ 9,172.66 | | |
| **Total for Employee Tips** | | | | | $ 9,172.66 | $ 9,172.66 | | | |
| **TOTAL** | | | | | $ 45,367.12 | $ 45,367.12 | $ 45,367.12 | | |