SMALL BUSINESS MOR – SMOKECRAFT CLARENDON LLC
Jun-24
EXHIBIT F

**Receivables**

| | | |
|---|---|---:|
| UberEats | $ | 4,943.00 |
| DoorDash | $ | 3,273.82 |
| ezCater | $ | 2,040.99 |
| Toast CC Transactions | $ | 19,612.82 |
| Daily Cash Deposits | $ | 538.00 |
| **Total** | **$** | **30,408.63** |