Smokecraft Clarendon LLC

**1010 Capital Bank MD, Period Ending 06/30/2024**

**RECONCILIATION REPORT**

Reconciled on: 07/08/2024

Reconciled by: Marcelena Jarrouj

Any changes made to transactions after this date aren't included in this report.

| **Summary** | **USD** |
| --- | --- |
| Statement beginning balance | 8.05 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 8.05 |
| | |
| Uncleared transactions as of 06/30/2024 | -48.00 |
| Register balance as of 06/30/2024 | -39.95 |

**Additional Information**

Uncleared checks and payments as of 06/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 06/07/2024 | Expense | | Arlington Chamber of Comme… | -48.00 |
| Total | | | | -48.00 |