
America's Most Convenient Bank®

STATEMENT OF ACCOUNT



SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G
3003 WASHINGTON BLVD STE 101
ARLINGTON VA  22201-2194

| | |
|---|---|
| Page: | 1 of 10 |
| Statement Period: | Jun 01 2024-Jun 30 2024 |
| Cust Ref #: | 4441471664-039-T-### |
| Primary Account #: | 1664 |

## Chapter 11 Checking

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Account # 1664

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 20,686.63 | Average Collected Balance | 26,670.53 |
| Deposits | 12,964.51 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 176,117.51 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 20,297.14 | Days in Period | 30 |
| Electronic Payments | 150,023.27 | | |
| Other Withdrawals | 14,664.52 | | |
| Ending Balance | 24,783.72 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/03 | DEPOSIT | 215.00 |
| 06/03 | DEPOSIT | 140.00 |
| 06/03 | DEPOSIT | 65.70 |
| 06/03 | DEPOSIT | 27.00 |
| 06/04 | DEPOSIT | 272.00 |
| 06/04 | DEPOSIT | 154.00 |
| 06/10 | DEPOSIT | 449.00 |
| 06/10 | DEPOSIT | 206.00 |
| 06/10 | DEPOSIT | 112.00 |
| 06/10 | DEPOSIT | 104.00 |
| 06/10 | DEPOSIT | 95.00 |
| 06/14 | DEPOSIT | 223.00 |
| 06/14 | DEPOSIT | 192.00 |
| 06/14 | DEPOSIT | 76.00 |
| 06/14 | DEPOSIT | 18.00 |
| 06/18 | DEPOSIT | 386.00 |
| 06/18 | DEPOSIT | 188.00 |
| 06/18 | DEPOSIT | 96.00 |
| 06/21 | DEPOSIT | 142.00 |
| 06/21 | DEPOSIT | 48.00 |
| 06/27 | DEPOSIT | 6,169.22 |
| 06/27 | DEPOSIT | 411.38 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

# How to Balance your Account

Page: 2 of 10

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance   24,783.72

❷ Total Deposits   +

❸ Sub Total

❹ Total Withdrawals   -

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

Case 24-13609   Doc 43-8   Filed 07/22/24   Page 3 of 10



SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

STATEMENT OF ACCOUNT

| Page: | 3 of 10 |
|---|---|
| Statement Period: | Jun 01 2024-Jun 30 2024 |
| Cust Ref #: | 4441471664-039-T-### |
| Primary Account #: | 1664 |

## DAILY ACCOUNT ACTIVITY

**Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/27 | DEPOSIT | 232.00 |
| 06/27 | DEPOSIT | 176.00 |
| 06/27 | DEPOSIT | 134.93 |
| 06/27 | DEPOSIT | 46.00 |
| 06/27 | DEPOSIT | 27.00 |
| 06/28 | DEPOSIT | 2,559.28 |
| | Subtotal: | 12,964.51 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/03 | CCD DEPOSIT, TOAST DEP JUN 02 ****395300LDUOI | 9,167.47 |
| 06/03 | CCD DEPOSIT, TOAST DEP JUN 01 ****395300LCE9M | 4,896.19 |
| 06/03 | CCD DEPOSIT, TOAST DEP MAY 31 ****395300LAYZ7 | 2,198.69 |
| 06/04 | CCD DEPOSIT, TOAST DEP JUN 03 ****395300LF8UA | 7,339.61 |
| 06/04 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT NSQW0X5W67OOQB8 | 5,415.97 |
| 06/05 | CCD DEPOSIT, TOAST DEP JUN 04 ****395300LGR6V | 2,648.87 |
| 06/06 | CCD DEPOSIT, TOAST DEP JUN 05 ****395300LHXOZ | 3,064.88 |
| 06/07 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-A2W0O6Q1B2L4 | 5,773.65 |
| 06/07 | CCD DEPOSIT, TOAST DEP JUN 06 ****395300LJ8J4 | 4,639.88 |
| 06/10 | CCD DEPOSIT, TOAST DEP JUN 09 ****395300LNDZ2 | 11,682.23 |
| 06/10 | CCD DEPOSIT, TOAST DEP JUN 08 ****395300LLZTM | 7,465.21 |
| 06/10 | CCD DEPOSIT, TOAST DEP JUN 07 ****395300LKLNU | 3,701.60 |
| 06/10 | DEBIT CARD CREDIT, *****04036545477, AUT 060624 VISA DDA REF AMAZON RET  114 609084     WWW AMAZON CO * WA | 19.33 |
| 06/11 | CCD DEPOSIT, TOAST DEP JUN 10 ****395300LOPDI | 4,000.71 |
| 06/11 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT Z8VJN4WZ5XREFEA | 3,936.68 |
| 06/12 | CCD DEPOSIT, TOAST DEP JUN 11 ****395300LPVYI | 3,714.63 |
| 06/12 | CCD DEPOSIT, TOAST, INC. 20240531-3 ***-*82-0225 | 1.71 |
| 06/13 | CCD DEPOSIT, TOAST DEP JUN 12 ****395300LR2O7 | 3,677.74 |
| 06/14 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-B0Z3D7A2R8E1 | 4,029.23 |
| 06/14 | CCD DEPOSIT, TOAST DEP JUN 13 ****395300LSDM9 | 1,975.59 |
| 06/17 | CCD DEPOSIT, TOAST DEP JUN 16 ****395300LWJM9 | 6,511.96 |
| 06/17 | CCD DEPOSIT, TOAST DEP JUN 15 ****395300LV50K | 5,632.08 |
| 06/17 | CCD DEPOSIT, TOAST DEP JUN 14 ****395300LTQRK | 3,585.65 |
| 06/18 | CCD DEPOSIT, TOAST DEP JUN 17 ****395300LXV0Y | 15,516.07 |
| 06/18 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT RWTHPGLQ9DCV16T | 4,852.50 |
| 06/20 | CCD DEPOSIT, TOAST DEP JUN 18 ****395300LZ0YJ | 4,319.11 |
| 06/20 | CCD DEPOSIT, TOAST DEP JUN 19 ****395300M06ZQ | 3,755.03 |
| 06/20 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84478622841 | 975.53 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 4 of 10
Statement Period: Jun 01 2024-Jun 30 2024
Cust Ref #: 4441471664-039-T-###
Primary Account #: ▮▮▮▮1664

## DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/21 | CCD DEPOSIT, TOAST DEP JUN 20 ****395300M1I0G | 4,857.63 |
| 06/21 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-L9A3U8S8V4O5 | 2,842.83 |
| 06/24 | CCD DEPOSIT, TOAST DEP JUN 23 ****395300M5OFC | 5,406.95 |
| 06/24 | CCD DEPOSIT, TOAST DEP JUN 22 ****395300M49F2 | 4,712.27 |
| 06/24 | CCD DEPOSIT, TOAST DEP JUN 21 ****395300M2VJ7 | 2,318.45 |
| 06/25 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT 2VDOB4FKX1KF2PV | 5,176.43 |
| 06/25 | CCD DEPOSIT, TOAST DEP JUN 24 ****395300M6ZVW | 3,406.08 |
| 06/26 | CCD DEPOSIT, TOAST DEP JUN 25 ****395300M868Z | 2,584.87 |
| 06/26 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84488503479 | 641.98 |
| 06/27 | CCD DEPOSIT, TOAST DEP JUN 26 ****395300M9D3W | 3,681.56 |
| 06/28 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-I7Y9L5H1Y3X5 | 4,255.62 |
| 06/28 | CCD DEPOSIT, TOAST DEP JUN 27 ****395300MAO8Q | 1,735.04 |
| | Subtotal: | 176,117.51 |

**Checks Paid**  No. Checks: 27  *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 06/20 | 5001 | 677.96 | 06/10 | 10826* | 1,240.23 |
| 06/10 | 5002 | 448.89 | 06/11 | 10827 | 988.97 |
| 06/10 | 5003 | 2,026.90 | 06/11 | 10828 | 575.87 |
| 06/14 | 5004 | 707.51 | 06/10 | 10829 | 1,214.14 |
| 06/14 | 5005 | 17.22 | 06/10 | 10830 | 1,372.47 |
| 06/20 | 5006 | 140.72 | 06/12 | 10831 | 853.28 |
| 06/13 | 5007 | 217.27 | 06/10 | 10832 | 222.60 |
| 06/12 | 5009* | 204.93 | 06/07 | 10834* | 183.79 |
| 06/18 | 5010 | 959.03 | 06/24 | 10835 | 1,201.73 |
| 06/24 | 5011 | 585.18 | 06/24 | 10836 | 761.32 |
| 06/20 | 5012 | 209.94 | 06/25 | 10837 | 677.71 |
| 06/24 | 5013 | 1,025.75 | 06/24 | 10839* | 763.19 |
| 06/26 | 5014 | 247.92 | 06/21 | 10840 | 1,665.05 |
| 06/27 | 5015 | 1,107.57 | | | |
| | | | | Subtotal: | 20,297.14 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/03 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 2,194.76 |
| 06/03 | CCD DEBIT, INTUIT 81625202 BILL_PAY BOWIE PRODUCE | 1,166.00 |
| 06/03 | CCD DEBIT, INTUIT 38378012 BILL_PAY GWWC, LLC | 750.00 |



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 5 of 10
Statement Period: Jun 01 2024-Jun 30 2024
Cust Ref #: 4441471664-039-T-###
Primary Account #: 1664

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 06/03 | DBCRD PUR AP, *****04036545477, AUT 053124 VISA DDA PUR AP METRO MEAT SEA  888 264 7647  * MD | 550.22 |
| 06/03 | CCD DEBIT, INTUIT 79653543 BILL_PAY LYON BAKERY | 506.94 |
| 06/03 | CCD DEBIT, MARGINEDGE CO SALE | 300.00 |
| 06/03 | CCD DEBIT, INTUIT 84503786 BILL_PAY LOGAN FOOD COMP | 127.50 |
| 06/03 | DBCRD PMT AP, *****04036545477, AUT 060124 VISA DDA PUR AP GOOGLE GSUITE SMOKECR  CC GOOGLE COM * CA | 15.26 |
| 06/04 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 2,963.75 |
| 06/04 | DEBIT POS AP, *****04036545477, AUT 060424 DDA PURCHASE AP RESTAURANT DEPOT  ALEXANDRIA  * VA | 1,169.59 |
| 06/04 | DBCRD PUR AP, *****04036545477, AUT 060324 VISA DDA PUR AP VCN VIRGINIASCC  866 255 1857  * VA | 50.00 |
| 06/05 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR ****630473 | 22,870.24 |
| 06/05 | DBCRD PUR AP, *****04036545477, AUT 060324 VISA DDA PUR AP AMZN MKTP US 5O34N8LX3  AMZN COM BILL * WA | 162.34 |
| 06/05 | DBCRD PUR AP, *****04036545477, AUT 060324 VISA DDA PUR AP AMAZON COM XX6C856M3  AMZN COM BILL * WA | 98.34 |
| 06/05 | DBCRD PUR AP, *****04036545477, AUT 060124 VISA DDA PUR AP AMAZON RET 114 609084  WWW AMAZON CO * WA | 72.72 |
| 06/06 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 7,633.62 |
| 06/06 | DEBIT POS AP, *****04036545477, AUT 060624 DDA PURCHASE AP VA ABC STORE 168  ARLINGTON  * VA | 89.99 |
| 06/07 | DEBIT POS AP, *****04036545477, AUT 060724 DDA PURCHASE AP VA ABC STORE 168  ARLINGTON  * VA | 335.97 |
| 06/07 | DBCRD PUR AP, *****04036545477, AUT 060624 VISA DDA PUR AP PARKX 3003 WASHINGTON BL  ARLINGTON  * VA | 200.00 |
| 06/07 | DBCRD PUR AP, *****04036545477, AUT 060624 VISA DDA PUR AP ULINE  SHIP SUPPLIES  800 295 5510  * WI | 187.13 |
| 06/07 | CCD DEBIT, PREMIUM DIST OF FINTECHEFT **-**43479 | 121.10 |
| 06/07 | DBCRD PUR AP, *****04036545477, AUT 060624 VISA DDA PUR AP SPICEOLOGY  509 241 3040  * WA | 57.24 |
| 06/07 | DEBIT POS AP, *****04036545477, AUT 060724 DDA PURCHASE AP SAFEWAY 4832  WASHINGTON  * DC | 5.03 |
| 06/10 | CCD DEBIT, ARLINGTON COUNTY ARLCO PMT ****12512 | 2,037.49 |
| 06/10 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 1,471.81 |
| 06/10 | CCD DEBIT, INTUIT 54764671 BILL_PAY CHILL-CRAFT COM | 1,236.00 |
| 06/10 | DBCRD PUR AP, *****04036545477, AUT 060724 VISA DDA PUR AP METRO MEAT SEA  888 264 7647  * MD | 1,089.49 |
| 06/10 | CCD DEBIT, INTUIT 29129166 BILL_PAY LYON BAKERY | 453.06 |
| 06/10 | CCD DEBIT, INTUIT 78858938 BILL_PAY BOWIE PRODUCE | 187.25 |
| 06/10 | CCD DEBIT, INTUIT 78883160 BILL_PAY FOURTH ENTERPRI | 128.60 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**America's Most Convenient Bank®**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

STATEMENT OF ACCOUNT

Page: 6 of 10
Statement Period: Jun 01 2024-Jun 30 2024
Cust Ref #: 4441471664-039-T-###
Primary Account #: ████1664

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 06/10 | DBCRD PUR AP, *****04036545477, AUT 060724 VISA DDA PUR AP AMAZON COM HC40U7HG3  SEATTLE  * WA | 35.26 |
| 06/10 | DEBIT POS AP, *****04036545477, AUT 060824 DDA PURCHASE AP GIANT 0743 3450 WASHIN  ARLINGTON  * VA | 31.93 |
| 06/10 | DEBIT POS AP, *****04036545477, AUT 060924 DDA PURCHASE AP GIANT 0743 3450 WASHIN  ARLINGTON  * VA | 30.30 |
| 06/10 | CCD DEBIT, INTUIT 96633999 BILL_PAY MTOM CONSULTING | 30.00 |
| 06/10 | DBCRD PUR AP, *****04036545477, AUT 060724 VISA DDA PUR AP OP 724 INC  BETHESDA  * MD | 17.00 |
| 06/11 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 4,330.58 |
| 06/11 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 4,084.69 |
| 06/11 | DBCRD PUR AP, *****04036545477, AUT 060824 VISA DDA PUR AP ULINE  SHIP SUPPLIES  800 295 5510 * WI | 242.00 |
| 06/12 | DEBIT POS AP, *****04036545477, AUT 061224 DDA PURCHASE AP RESTAURANT DEPOT  ALEXANDRIA  * VA | 1,605.45 |
| 06/12 | DBCRD PUR AP, *****04036545477, AUT 061124 VISA DDA PUR AP METRO MEAT SEA  888 264 7647 * MD | 1,293.74 |
| 06/12 | CCD DEBIT, REPUBLIC NATIONA FINTECHEFT **-**43479 | 556.56 |
| 06/12 | DBCRD PUR AP, *****04036545477, AUT 061124 VISA DDA PUR AP AMZN MKTP US BG8042YA3  AMZN COM BILL * WA | 54.79 |
| 06/13 | DBCRD PMT AP, *****04036545477, AUT 061224 VISA DDA PUR AP MAILCHIMP  678 9990141  * GA | 285.00 |
| 06/13 | DBCRD PUR AP, *****04036545477, AUT 061224 VISA DDA PUR AP AMZN MKTP US OR5IT1LI3  AMZN COM BILL * WA | 37.55 |
| 06/14 | ACH DEBIT, COMCAST 8299610 252892194 6863556 | 643.85 |
| 06/14 | CCD DEBIT, VIRGINIA EAGLE D FINTECHEFT **-**43479 | 268.49 |
| 06/14 | DEBIT POS AP, *****04036545477, AUT 061424 DDA PURCHASE AP VA ABC STORE 168  ARLINGTON  * VA | 262.42 |
| 06/14 | CCD DEBIT, PREMIUM DIST OF FINTECHEFT **-**43479 | 213.06 |
| 06/14 | DEBIT POS AP, *****04036545477, AUT 061424 DDA PURCHASE AP RESTAURANT DEPOT  ALEXANDRIA  * VA | 128.17 |
| 06/17 | DBCRD PUR AP, *****04036545477, AUT 061424 VISA DDA PUR AP VIRGINIA ABC LICENSING V  800 7671176  * VA | 3,970.00 |
| 06/17 | DEBIT POS AP, *****04036545477, AUT 061724 DDA PURCHASE AP RESTAURANT DEPOT  ALEXANDRIA  * VA | 1,982.62 |
| 06/17 | CCD DEBIT, INTUIT 19945557 BILL_PAY BOWIE PRODUCE | 738.25 |
| 06/17 | CCD DEBIT, INTUIT 54793623 BILL_PAY CHILL-CRAFT COM | 573.01 |
| 06/17 | CCD DEBIT, INTUIT 94740643 BILL_PAY LYON BAKERY | 471.96 |
| 06/17 | CCD DEBIT, TOAST, INC TOAST, INC ST-V5D3E2G0E6P9 | 389.75 |
| 06/17 | CCD DEBIT, INTUIT 68025960 BILL_PAY LOGAN FOOD COMP | 127.50 |
| 06/17 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 61.47 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 7 of 10
Statement Period: Jun 01 2024-Jun 30 2024
Cust Ref #: 4441471664-039-T-###
Primary Account #: 1664

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/17 | DBCRD PUR AP, *****04036545477, AUT 061524 VISA DDA PUR AP AMAZON MKTPL 1C4I52GH3    AMZN COM BILL * WA | 37.09 |
| 06/17 | DEBIT POS AP, *****04036545477, AUT 061524 DDA PURCHASE AP GIANT 0743 3450 WASHIN    ARLINGTON   * VA | 26.05 |
| 06/17 | DBCRD PUR AP, *****04036545477, AUT 061324 VISA DDA PUR AP OP 724 INC           BETHESDA    * MD | 20.00 |
| 06/17 | DEBIT POS AP, *****04036545477, AUT 061524 DDA PURCHASE AP TRADER JOE S 64 TRADER   ARLINGTON   * VA | 9.06 |
| 06/17 | DBCRD PUR AP, *****04036545477, AUT 061524 VISA DDA PUR AP COLPARK LOC 628       CHEVY CHASE * MD | 6.00 |
| 06/18 | DBCRD PUR AP, *****04036545477, AUT 061724 VISA DDA PUR AP SPICEOLOGY           509 241 3040  * WA | 100.91 |
| 06/18 | DBCRD PMT AP, *****04036545477, AUT 061724 VISA DDA PUR AP DROPBOX J74DPMGBD8P7    415 8576933  * CA | 54.00 |
| 06/18 | DBCRD PUR AP, *****04036545477, AUT 061624 VISA DDA PUR AP AMAZON MAR 112 610101    HTTPSAMAZON C * WA | 20.77 |
| 06/18 | DEBIT POS AP, *****04036545477, AUT 061824 DDA PURCHASE AP GIANT 0743 3450 WASHIN    ARLINGTON   * VA | 4.94 |
| 06/20 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR ****630473 | 23,704.04 |
| 06/20 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 9,066.19 |
| 06/20 | ELECTRONIC PMT-WEB, WASHINGTON GAS PAYMENT ****03392126 | 841.68 |
| 06/20 | DEBIT POS AP, *****04036545477, AUT 062024 DDA PURCHASE AP VA ABC STORE 168       ARLINGTON   * VA | 593.58 |
| 06/21 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 7,578.54 |
| 06/21 | CCD DEBIT, ARLINGTON COUNTY ARLCO PMT ****46912 | 7,209.89 |
| 06/21 | DBCRD PUR AP, *****04036545477, AUT 062024 VISA DDA PUR AP METRO MEAT SEA        888 264 7647  * MD | 1,253.38 |
| 06/21 | DBCRD PUR AP, *****04036545477, AUT 062024 VISA DDA PUR AP METRO MEAT SEA        888 264 7647  * MD | 1,135.45 |
| 06/21 | DBCRD PUR AP, *****04036545477, AUT 061924 VISA DDA PUR AP ULINE   SHIP SUPPLIES    800 295 5510  * WI | 187.02 |
| 06/21 | DBCRD PUR AP, *****04036545477, AUT 061924 VISA DDA PUR AP AMAZON MKTPL RG4RF9B10    AMZN COM BILL * WA | 29.87 |
| 06/24 | CCD DEBIT, INTUIT 93398362 BILL_PAY VRA CLEANING SE | 3,680.00 |
| 06/24 | CCD DEBIT, INTUIT 34897142 BILL_PAY FINANCE A LA CA | 2,500.00 |
| 06/24 | CCD DEBIT, INTUIT 05689203 BILL_PAY MAGNOLIA PLUMBI | 2,210.71 |
| 06/24 | CCD DEBIT, INTUIT 73170940 BILL_PAY GWWC, LLC | 750.00 |
| 06/24 | CCD DEBIT, INTUIT 14357316 BILL_PAY LYON BAKERY | 646.26 |
| 06/24 | CCD DEBIT, INTUIT 64082599 BILL_PAY BOWIE PRODUCE | 448.50 |
| 06/24 | CCD DEBIT, SPECIALTY BEVERA FINTECHEFT **-**43479 | 364.00 |
| 06/24 | CCD DEBIT, INTUIT 75945532 BILL_PAY LOGAN FOOD COMP | 127.50 |



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

| | |
|---|---|
| Page: | 8 of 10 |
| Statement Period: | Jun 01 2024-Jun 30 2024 |
| Cust Ref #: | 4441471664-039-T-### |
| Primary Account #: | 664 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/24 | CCD DEBIT, INTUIT * QBOOKS ONL 0136134 | 98.25 |
| 06/24 | DBCRD PMT AP, *****04036545477, AUT 062224 VISA DDA PUR AP CANVA I04190 38819119    HTTPSCANVA CO * DE | 14.99 |
| 06/25 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 5,303.47 |
| 06/26 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 5,856.15 |
| 06/26 | DBCRD PUR AP, *****04036545477, AUT 062524 VISA DDA PUR AP STATE FARM INSURANCE    800 956 6310  * IL | 182.34 |
| 06/27 | CCD DEBIT, OPENTABLE PAYMENTS DDD737622 | 595.50 |
| 06/27 | DEBIT POS AP, *****04036545477, AUT 062724 DDA PURCHASE AP TRADER JOE S 64 TRADER    ARLINGTON    * VA | 4.81 |
| 06/28 | ELECTRONIC PMT-WEB, DOMINION ENERGY BILLPAY ****55711631 | 2,234.62 |
| 06/28 | DBCRD PUR AP, *****04036545477, AUT 062724 VISA DDA PUR AP METRO MEAT SEA    888 264 7647  * MD | 1,308.89 |
| 06/28 | DBCRD PUR AP, *****04036545477, AUT 062724 VISA DDA PUR AP METRO MEAT SEA    888 264 7647  * MD | 652.88 |
| 06/28 | DEBIT POS AP, *****04036545477, AUT 062824 DDA PURCHASE AP VA ABC STORE 168    ARLINGTON    * VA | 410.88 |
| 06/28 | DEBIT POS AP, *****04036545477, AUT 062724 DDA PURCHASE AP GIANT 0743 3450 WASHIN    ARLINGTON    * VA | 37.03 |
| 06/28 | DBCRD PMT AP, *****04036545477, AUT 062724 VISA DDA PUR AP ADOBE   ADOBE    408 536 6000  * CA | 21.19 |
| | Subtotal: | 150,023.27 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/03 | DEBIT | 5,260.10 |
| 06/24 | DEBIT | 9,404.42 |
| | Subtotal: | 14,664.52 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 20,686.63 | 06/14 | 34,468.75 |
| 06/03 | 26,525.90 | 06/17 | 41,785.68 |
| 06/04 | 35,524.14 | 06/18 | 61,684.60 |
| 06/05 | 14,969.37 | 06/20 | 35,500.16 |
| 06/06 | 10,310.64 | 06/21 | 24,331.42 |
| 06/07 | 19,633.91 | 06/24 | 12,187.29 |
| 06/10 | 30,194.86 | 06/25 | 14,788.62 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**TD Bank**
America's Most Convenient Bank®

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 9 of 10 |
| Statement Period: | Jun 01 2024-Jun 30 2024 |
| Cust Ref #: | 4441471664-039-T-### |
| Primary Account #: | 1664 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/11 | 27,910.14 | 06/26 | 11,729.06 |
| 06/12 | 27,057.73 | 06/27 | 20,899.27 |
| 06/13 | 30,195.65 | 06/28 | 24,783.72 |

Please see important information on the back page

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com
Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 10 of 10
Statement Period: Jun 01 2024-Jun 30 2024
Cust Ref #: 4441471664-039-T-###
Primary Account #: 1664

## Important Notice About Your Account

We're committed to keeping you informed when it comes to your banking. Effective immediately, we're updating our Business Deposit Account Agreement (BDAA) for our business, commercial and government banking accounts. Here's a summary of the changes:

- **Eliminating the Non-Sufficient Funds (NSF) Fee.** We will no longer be charging you a Non-Sufficient Funds Fee for returned checks or other unpaid items when your available account balance is not sufficient to pay the item. If an item returned unpaid is re-presented to us for payment, we may, in our sole discretion, pay the re-presented item (creating an overdraft).
- **Withdrawal Policy.** We may require advance notice or place reasonable restrictions on when and how you make any large cash withdrawal or cash checks.
- **Visa Debit Cards and Preventing Misuse.** We can issue up to five Visa Debit Cards per account. Please contact us immediately when a signer or cardholder no longer has authority to use your account so we can remove their access to your account.
- **Disputes, Account Restrictions, Legal Process.** If we are notified of a dispute or suspect improper account activity, we can restrict your account until it is resolved to our satisfaction. We may accept legal process electronically.
- **TD Early Pay.** ACH credits coded as direct deposits may be credited to your account and funds made available up to two business days early, subject to these terms.
- **Zelle®.** Small Business customers may send or receive funds using Zelle subject to eligibility criteria and limitations, and the Zelle service terms.
- **Miscellaneous.** You are responsible for ensuring that any person who conducts transactions on your account is aware of and complies with the BDAA. We have added terms and conditions for receiving certain bonuses and promotions.

All updates and the full details mentioned above are included in the updated BDAA that can be viewed anytime at tdbank.com/exc/pdf/business-deposit-agreement.pdf. If you have any questions, call us at **1-800-493-7562** or visit a TD Bank near you.

