

Available Balance

# $414.02

| Today's Beginning Balance | | | | $65,414.02 | |

Pending

| Date | Type | Description | Credit | Balance |
|------|------|-------------|--------|---------|
| **PENDING** | | | | |
| 8/1/2019 | DEBIT | Pending Verification | -$65,000.00 | Pending |
| **ACCOUNT HISTORY** | | | | |
| 6/11/2024 | INT | INTEREST CREDIT | $208.76 | $65,414.02 |