## Smokecraft Clarendon LLC

### 1020 TD Bank Operating, Period Ending 06/30/2024

#### RECONCILIATION REPORT

Reconciled on: 07/03/2024

Reconciled by: Marcus Greene

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 7,500.00 |
| Checks and payments cleared (1) | -9,404.42 |
| Deposits and other credits cleared (1) | 9,404.42 |
| Statement ending balance | 7,500.00 |
| | |
| Uncleared transactions as of 06/30/2024 | -566.25 |
| Register balance as of 06/30/2024 | 6,933.75 |
| Cleared transactions after 06/30/2024 | 0.00 |
| Uncleared transactions after 06/30/2024 | 399.64 |
| Register balance as of 07/03/2024 | 7,333.39 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/24/2024 | Expense | | VA Department of Taxation | -9,404.42 |
| Total | | | | -9,404.42 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/24/2024 | Transfer | | | 9,404.42 |
| Total | | | | 9,404.42 |

**Additional Information**

Uncleared checks and payments as of 06/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/17/2022 | Journal | payroll 7/4-7/17 | | -388.33 |
| 08/27/2023 | Journal | Payroll JE 8/14-8/27 | | -12.10 |
| 03/24/2024 | Journal | Payroll 3/11-3/24 | | -141.07 |
| 05/31/2024 | Journal | bank rec adj | | -24.75 |
| Total | | | | -566.25 |

Uncleared deposits and other credits after 06/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/02/2024 | Journal | sales | | 399.64 |
| Total | | | | 399.64 |