## Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 06/02/2024**

### RECONCILIATION REPORT

Reconciled on: 06/05/2024

Reconciled by: Marcelena Jarrouj

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 20,686.63 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 20,686.63 |
| | |
| Uncleared transactions as of 06/02/2024 | 33,842.73 |
| Register balance as of 06/02/2024 | 54,529.36 |
| Cleared transactions after 06/02/2024 | 0.00 |
| Uncleared transactions after 06/02/2024 | -5,033.89 |
| Register balance as of 06/05/2024 | 49,495.47 |

**Additional Information**

Uncleared checks and payments as of 06/02/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/31/2024 | Bill Payment | | Logan Food Company | -127.50 |
| 05/31/2024 | Bill Payment | | GWWC, LLC | -750.00 |
| 05/31/2024 | Bill Payment | | Bowie Produce | -1,166.00 |
| 05/31/2024 | Bill Payment | | Lyon Bakery | -506.94 |
| **Total** | | | | **-2,550.44** |

Uncleared deposits and other credits as of 06/02/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/19/2024 | Journal | sales | | 444.64 |
| 05/29/2024 | Journal | sales | | 139.40 |
| 05/29/2024 | Deposit | | Reinhart Food Service (PFG) | 300.00 |
| 05/30/2024 | Journal | sales | | 2,198.69 |
| 05/30/2024 | Journal | sales | | 26.63 |
| 05/31/2024 | Journal | sales | | 4,896.19 |
| 05/31/2024 | Journal | sales | | 215.29 |
| 06/01/2024 | Journal | sales | | 274.80 |
| 06/01/2024 | Journal | sales | | 9,167.47 |
| 06/02/2024 | Journal | sales | | 7,339.61 |
| 06/02/2024 | Journal | sales | | 168.69 |
| 06/02/2024 | Deposit | | UberEats | 5,415.97 |
| 06/02/2024 | Deposit | | DoorDash Inc | 5,805.79 |
| **Total** | | | | **36,393.17** |

Uncleared checks and payments after 06/02/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/03/2024 | Transfer | | | -5,260.10 |
| 06/03/2024 | Bill Payment | | marginedge | -300.00 |
| 06/03/2024 | Bill Payment | | Reinhart Food Service (PFG) | -2,494.76 |
| 06/03/2024 | Bill Payment | | Google LLC | -15.26 |
| 06/04/2024 | Bill Payment | | Reinhart Food Service (PFG) | -2,963.75 |
| **Total** | | | | **-11,033.87** |

Uncleared deposits and other credits after 06/02/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 06/03/2024 | Journal | sales | | 112.45 |
| 06/03/2024 | Deposit | | | 0.37 |
| 06/03/2024 | Journal | sales | | 2,648.87 |
| 06/04/2024 | Journal | sales | | 94.88 |
| 06/04/2024 | Journal | sales | | 3,143.41 |
| Total | | | | 5,999.98 |