## Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 06/09/2024**

### RECONCILIATION CHANGE REPORT

Since this reconciliation on 06/12/2024, changes were made to the reconciled transactions in this report.

| DATE | TYPE | REF NO. | PAYEE | ORIGINAL AMT (USD) | CURRENT AMT (USD) | CHANGE | AMOUNT CHANGE (USD) |
|---|---|---|---|---|---|---|---|
| 05/30/2024 | Expense | | | 1,548.10 | 0.00 | Deleted | 1,548.10 |
| 06/03/2024 | Expense | | | 550.22 | 0.00 | Deleted | 550.22 |
| 06/03/2024 | Deposit | | | 65.70 | 0.00 | Deleted | -65.70 |
| 06/04/2024 | Deposit | | | 154.00 | 0.00 | Deleted | -154.00 |
| | | | | | | **Total** | **1,878.62** |

### RECONCILIATION REPORT

Reconciled on: 06/12/2024

Reconciled by: Marcus Greene

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                                    USD

| | |
|---|---:|
| Statement beginning balance | 22,234.73 |
| Checks and payments cleared (28) | -48,975.51 |
| Deposits and other credits cleared (19) | 46,374.69 |
| Statement ending balance | 19,633.91 |
| | |
| Uncleared transactions as of 06/09/2024 | 18,067.78 |
| Register balance as of 06/09/2024 | 37,701.69 |
| Cleared transactions after 06/09/2024 | 0.00 |
| Uncleared transactions after 06/09/2024 | -6,008.01 |
| Register balance as of 06/12/2024 | 31,693.68 |

**Details**

Checks and payments cleared (28)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 05/29/2024 | Bill Payment | | ALSCO | -236.48 |
| 05/30/2024 | Expense | | | -1,548.10 |
| 05/31/2024 | Bill Payment | | Bowie Produce | -1,166.00 |
| 05/31/2024 | Bill Payment | | GWWC, LLC | -750.00 |
| 05/31/2024 | Bill Payment | | Lyon Bakery | -506.94 |
| 05/31/2024 | Bill Payment | | Logan Food Company | -127.50 |
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -22,870.24 |
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -7,633.62 |
| 06/03/2024 | Expense | | Commonwealth Of Virginia-St… | -50.00 |
| 06/03/2024 | Bill Payment | | marginedge | -300.00 |
| 06/03/2024 | Expense | | | -0.29 |
| 06/03/2024 | Expense | | | -550.22 |
| 06/03/2024 | Bill Payment | | Reinhart Food Service (PFG) | -2,494.76 |
| 06/03/2024 | Bill Payment | | Google LLC | -15.26 |
| 06/03/2024 | Transfer | | | -5,260.10 |
| 06/04/2024 | Expense | | Restaurant Depot | -1,169.59 |
| 06/04/2024 | Expense | | | -2.80 |
| 06/04/2024 | Bill Payment | | Reinhart Food Service (PFG) | -2,963.75 |
| 06/05/2024 | Expense | | Amazon | -162.34 |
| 06/05/2024 | Expense | | Amazon | -72.72 |
| 06/05/2024 | Expense | | Amazon | -98.34 |
| 06/06/2024 | Journal | VA ABC | | -89.99 |
| 06/07/2024 | Bill Payment | | Premium Distributors | -121.10 |
| 06/07/2024 | Bill Payment | | Virginia Alcoholic Beverage C… | -335.97 |
| 06/07/2024 | Journal | MI13105ME | | -5.03 |
| 06/07/2024 | Bill Payment | | Spiceology | -57.24 |
| 06/07/2024 | Bill Payment | | ULINE INC. | -187.13 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/07/2024 | Expense | | | -200.00 |
| Total | | | | -48,975.51 |

Deposits and other credits cleared (19)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/29/2024 | Deposit | | Reinhart Food Service (PFG) | 300.00 |
| 05/29/2024 | Journal | sales | | 139.40 |
| 05/30/2024 | Journal | sales | | 2,198.69 |
| 05/30/2024 | Journal | sales | | 26.63 |
| 05/31/2024 | Journal | sales | | 215.29 |
| 05/31/2024 | Journal | sales | | 4,896.19 |
| 06/01/2024 | Journal | sales | | 9,167.47 |
| 06/01/2024 | Journal | sales | | 274.80 |
| 06/02/2024 | Journal | sales | | 7,339.61 |
| 06/02/2024 | Deposit | | UberEats | 5,415.97 |
| 06/02/2024 | Deposit | | DoorDash Inc | 5,773.65 |
| 06/03/2024 | Deposit | | | 0.60 |
| 06/03/2024 | Deposit | | | 0.37 |
| 06/03/2024 | Deposit | | | 65.70 |
| 06/03/2024 | Journal | sales | | 2,648.87 |
| 06/04/2024 | Journal | sales | | 3,064.88 |
| 06/04/2024 | Deposit | | | 154.00 |
| 06/05/2024 | Journal | sales | | 4,639.88 |
| 06/09/2024 | Journal | bank adj | | 52.69 |
| Total | | | | 46,374.69 |

**Additional Information**

Uncleared checks and payments as of 06/09/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -853.28 |
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -183.79 |
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -1,372.47 |
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -1,240.23 |
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -1,214.14 |
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -988.97 |
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -575.87 |
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -238.04 |
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -222.60 |
| 06/03/2024 | Bill Payment | 5001 | TriMark Adams-Burch | -677.96 |
| 06/06/2024 | Bill Payment | ACH | Arlington County Treasurer | -2,037.49 |
| 06/06/2024 | Bill Payment | 5006 | TriMark Adams-Burch | -140.72 |
| 06/07/2024 | Bill Payment | 5003 | Restaurant Depot | -2,026.90 |
| 06/07/2024 | Bill Payment | | MtoM Consulting, LLC | -30.00 |
| 06/07/2024 | Bill Payment | 5002 | TriMark Adams-Burch | -448.37 |
| 06/07/2024 | Journal | MI13121ME | | -17.00 |
| 06/07/2024 | Bill Payment | | Chill-Craft Company Inc. | -1,236.00 |
| 06/07/2024 | Bill Payment | | Bowie Produce | -187.25 |
| 06/07/2024 | Bill Payment | | Lyon Bakery | -453.06 |
| 06/07/2024 | Bill Payment | | Fourth Enterprises, LLC | -128.60 |
| 06/08/2024 | Journal | MI13123ME | | -31.93 |
| 06/09/2024 | Journal | MI13126ME | | -30.30 |
| Total | | | | -14,334.97 |

Uncleared deposits and other credits as of 06/09/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/19/2024 | Journal | sales | | 444.64 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/02/2024 | Journal | sales | | 168.69 |
| 06/03/2024 | Journal | sales | | 112.45 |
| 06/04/2024 | Journal | sales | | 94.88 |
| 06/06/2024 | Journal | sales | | 3,701.60 |
| 06/07/2024 | Journal | sales | | 210.60 |
| 06/07/2024 | Journal | sales | | 7,465.21 |
| 06/08/2024 | Journal | sales | | 11,682.23 |
| 06/08/2024 | Journal | sales | | 120.66 |
| 06/09/2024 | Journal | sales | | 4,000.71 |
| 06/09/2024 | Deposit | | UberEats | 3,936.68 |
| 06/09/2024 | Journal | sales | | 464.40 |
| Total | | | | 32,402.75 |

Uncleared checks and payments after 06/09/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/10/2024 | Bill Payment | 5004 | TriMark Adams-Burch | -707.51 |
| 06/10/2024 | Check | | | -448.89 |
| 06/10/2024 | Expense | | Amazon | -35.26 |
| 06/10/2024 | Expense | | | -0.45 |
| 06/10/2024 | Expense | | | -4.60 |
| 06/10/2024 | Bill Payment | | AM Briggs INC dba Metropolit… | -1,089.49 |
| 06/10/2024 | Bill Payment | | Reinhart Food Service (PFG) | -1,471.81 |
| 06/10/2024 | Bill Payment | 5005 | TriMark Adams-Burch | -17.22 |
| 06/10/2024 | Journal | MI13128ME | | -242.00 |
| 06/10/2024 | Journal | MI13146ME | | -1,293.74 |
| 06/11/2024 | Bill Payment | | Reinhart Food Service (PFG) | -4,330.58 |
| 06/11/2024 | Bill Payment | | Reinhart Food Service (PFG) | -4,084.69 |
| Total | | | | -13,726.24 |

Uncleared deposits and other credits after 06/09/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/10/2024 | Journal | sales | | 3,714.63 |
| 06/10/2024 | Deposit | | | 0.12 |
| 06/10/2024 | Deposit | | | 4.36 |
| 06/10/2024 | Deposit | | Amazon | 19.33 |
| 06/10/2024 | Journal | sales | | 17.55 |
| 06/11/2024 | Journal | sales | | 192.48 |
| 06/11/2024 | Journal | sales | | 3,769.76 |
| Total | | | | 7,718.23 |