## Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 06/16/2024**

### RECONCILIATION CHANGE REPORT

Since this reconciliation on 06/19/2024, changes were made to the reconciled transactions in this report.

| DATE | TYPE | REF NO. | PAYEE | ORIGINAL AMT (USD) | CURRENT AMT (USD) | CHANGE | AMOUNT CHANGE (USD) |
|---|---|---|---|---|---|---|---|
| 06/10/2024 | Check | | | 448.89 | 0.00 | Deleted | 448.89 |
| 06/10/2024 | Deposit | | | 104.00 | 0.00 | Deleted | -104.00 |
| | | | | | | **Total** | **344.89** |

### RECONCILIATION REPORT

Reconciled on: 06/19/2024

Reconciled by: Marcus Greene

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                                   USD

| | |
|---|---|
| Statement beginning balance | 19,633.91 |
| Checks and payments cleared (46) | -31,200.95 |
| Deposits and other credits cleared (29) | 46,035.79 |
| Statement ending balance | 34,468.75 |
| | |
| Uncleared transactions as of 06/16/2024 | 27,163.79 |
| Register balance as of 06/16/2024 | 61,632.54 |
| Cleared transactions after 06/16/2024 | 0.00 |
| Uncleared transactions after 06/16/2024 | 1,536.44 |
| Register balance as of 06/19/2024 | 63,168.98 |

**Details**

Checks and payments cleared (46)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/26/2024 | Bill Payment | | Trader Joe's | -12.08 |
| 05/28/2024 | Bill Payment | 5013 | Giant Food | -85.86 |
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -222.60 |
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -1,240.23 |
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -183.79 |
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -1,372.47 |
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -988.97 |
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -575.87 |
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -853.28 |
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -1,214.14 |
| 06/04/2024 | Bill Payment | 5007 | ALSCO | -217.27 |
| 06/06/2024 | Bill Payment | ACH | Arlington County Treasurer | -2,037.49 |
| 06/07/2024 | Bill Payment | | MtoM Consulting, LLC | -30.00 |
| 06/07/2024 | Journal | CC | | -17.00 |
| 06/07/2024 | Bill Payment | 5003 | Restaurant Depot | -2,026.90 |
| 06/07/2024 | Journal | CC | | -35.26 |
| 06/07/2024 | Bill Payment | | Lyon Bakery | -453.06 |
| 06/07/2024 | Bill Payment | | Fourth Enterprises, LLC | -128.60 |
| 06/07/2024 | Bill Payment | | Chill-Craft Company Inc. | -1,236.00 |
| 06/07/2024 | Bill Payment | | Bowie Produce | -187.25 |
| 06/08/2024 | Journal | CC | | -31.93 |
| 06/09/2024 | Journal | CC | | -30.30 |
| 06/10/2024 | Bill Payment | 5004 | TriMark Adams-Burch | -707.51 |
| 06/10/2024 | Journal | CC | | -242.00 |
| 06/10/2024 | Journal | CC | | -1,293.74 |
| 06/10/2024 | Bill Payment | | AM Briggs INC dba Metropolit… | -1,089.49 |
| 06/10/2024 | Bill Payment | 5005 | TriMark Adams-Burch | -17.22 |
| 06/10/2024 | Expense | | | -0.45 |
| 06/10/2024 | Expense | | | -4.60 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/10/2024 | Check | | | -448.89 |
| 06/10/2024 | Bill Payment | | Reinhart Food Service (PFG) | -1,471.81 |
| 06/11/2024 | Journal | CC | | -54.79 |
| 06/11/2024 | Bill Payment | 5009 | ALSCO | -204.93 |
| 06/11/2024 | Bill Payment | | Reinhart Food Service (PFG) | -4,084.69 |
| 06/11/2024 | Bill Payment | | Reinhart Food Service (PFG) | -4,330.58 |
| 06/12/2024 | Journal | CC | | -37.55 |
| 06/12/2024 | Bill Payment | | Republic National | -556.56 |
| 06/12/2024 | Bill Payment | 5010 | Comcast (EFT) | -643.85 |
| 06/12/2024 | Journal | CC | | -285.00 |
| 06/12/2024 | Journal | CC | | -1,605.45 |
| 06/14/2024 | Bill Payment | | VA Eagle Distributing | -268.49 |
| 06/14/2024 | Journal | CC | | -128.17 |
| 06/14/2024 | Journal | CC | | -262.42 |
| 06/14/2024 | Expense | | | -0.48 |
| 06/14/2024 | Bill Payment | | Premium Distributors | -213.06 |
| 06/16/2024 | Journal | bank adj | | -68.87 |

| Total | | | | -31,200.95 |
|---|---|---|---|---|

Deposits and other credits cleared (29)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/19/2024 | Journal | sales | | 444.64 |
| 05/26/2024 | Journal | paidouts | | 6.04 |
| 05/26/2024 | Journal | paidouts | | 6.04 |
| 05/26/2024 | Journal | paid out | | 83.97 |
| 05/28/2024 | Journal | Giant | | 85.86 |
| 06/02/2024 | Journal | sales | | 168.69 |
| 06/03/2024 | Journal | sales | | 112.45 |
| 06/04/2024 | Journal | sales | | 94.88 |
| 06/06/2024 | Journal | sales | | 3,701.60 |
| 06/07/2024 | Journal | sales | | 7,465.21 |
| 06/07/2024 | Journal | sales | | 210.60 |
| 06/08/2024 | Journal | sales | | 11,682.23 |
| 06/09/2024 | Journal | sales | | 4,000.71 |
| 06/09/2024 | Deposit | | UberEats | 3,936.68 |
| 06/09/2024 | Deposit | | DoorDash Inc | 4,029.23 |
| 06/10/2024 | Deposit | | Amazon | 19.33 |
| 06/10/2024 | Deposit | | | 104.00 |
| 06/10/2024 | Deposit | | | 4.36 |
| 06/10/2024 | Deposit | | | 0.12 |
| 06/10/2024 | Journal | sales | | 17.55 |
| 06/10/2024 | Journal | sales | | 3,714.63 |
| 06/11/2024 | Journal | sales | | 192.48 |
| 06/11/2024 | Journal | sales | | 3,677.74 |
| 06/12/2024 | Deposit | | Toast Inc. | 1.71 |
| 06/12/2024 | Journal | sales | | 1,975.59 |
| 06/12/2024 | Journal | sales | | 223.00 |
| 06/13/2024 | Journal | sales | | 75.75 |
| 06/14/2024 | Deposit | | | 0.45 |
| 06/14/2024 | Deposit | | | 0.25 |

| Total | | | | 46,035.79 |
|---|---|---|---|---|

### Additional Information

Uncleared checks and payments as of 06/16/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -238.04 |
| 06/03/2024 | Bill Payment | 5001 | TriMark Adams-Burch | -677.96 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage C… | -83.97 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/06/2024 | Bill Payment | 5006 | TriMark Adams-Burch | -140.72 |
| 06/07/2024 | Bill Payment | 5002 | TriMark Adams-Burch | -448.37 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/13/2024 | Journal | CC | | -20.00 |
| 06/14/2024 | Bill Payment | 5010 | TriMark Adams-Burch | -959.03 |
| 06/14/2024 | Bill Payment | | Virginia Alcoholic Beverage C… | -3,970.00 |
| 06/14/2024 | Journal | CC | | -1,253.38 |
| 06/14/2024 | Bill Payment | | Logan Food Company | -127.50 |
| 06/14/2024 | Bill Payment | | Chill-Craft Company Inc. | -573.01 |
| 06/14/2024 | Bill Payment | | Lyon Bakery | -471.96 |
| 06/14/2024 | Bill Payment | | Bowie Produce | -738.25 |
| 06/15/2024 | Journal | CC | | -9.06 |
| 06/15/2024 | Journal | CC | | -26.05 |
| 06/16/2024 | Journal | CC | | -6.03 |
| Total | | | | -10,259.60 |

Uncleared deposits and other credits as of 06/16/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/08/2024 | Journal | sales | | 120.66 |
| 06/09/2024 | Journal | sales | | 464.40 |
| 06/13/2024 | Journal | sales | | 3,585.65 |
| 06/14/2024 | Journal | sales | | 5,632.08 |
| 06/14/2024 | Journal | sales | | 105.53 |
| 06/15/2024 | Journal | sales | | 6,511.96 |
| 06/15/2024 | Journal | sales | | 209.87 |
| 06/16/2024 | Deposit | | UberEats | 4,852.50 |
| 06/16/2024 | Journal | sales | | 424.67 |
| 06/16/2024 | Journal | sales | | 15,516.07 |
| Total | | | | 37,423.39 |

Uncleared checks and payments after 06/16/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/17/2024 | Bill Payment | 5011 | TriMark Adams-Burch | -585.18 |
| 06/17/2024 | Bill Payment | | The Collection at Chevy Chase | -6.00 |
| 06/17/2024 | Bill Payment | | Toast Inc. | -389.75 |
| 06/17/2024 | Journal | CC | | -54.00 |
| 06/17/2024 | Journal | CC | | -1,982.62 |
| 06/17/2024 | Bill Payment | | Reinhart Food Service (PFG) | -61.47 |
| 06/17/2024 | Expense | | Amazon | -37.09 |
| 06/18/2024 | Bill Payment | 5012 | ALSCO | -209.94 |
| 06/18/2024 | Journal | CC | | -4.94 |
| 06/18/2024 | Expense | | Amazon | -20.77 |
| 06/18/2024 | Journal | CC | | -100.91 |
| Total | | | | -3,452.67 |

Uncleared deposits and other credits after 06/16/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/17/2024 | Journal | sales | | 4,319.11 |
| 06/18/2024 | Deposit | | | 386.00 |
| 06/18/2024 | Deposit | | | 96.00 |
| 06/18/2024 | Deposit | | | 188.00 |
| Total | | | | 4,989.11 |