## Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 06/23/2024**

### RECONCILIATION CHANGE REPORT

Since this reconciliation on 06/26/2024, changes were made to the reconciled transactions in this report.

| DATE | TYPE | REF NO. | PAYEE | ORIGINAL AMT (USD) | CURRENT AMT (USD) | CHANGE | AMOUNT CHANGE (USD) |
|---|---|---|---|---|---|---|---|
| 06/18/2024 | Deposit | | | 386.00 | 0.00 | Deleted | -386.00 |
| 06/18/2024 | Deposit | | | 96.00 | 0.00 | Deleted | -96.00 |
| 06/18/2024 | Deposit | | | 188.00 | 0.00 | Deleted | -188.00 |
| | | | | | | **Total** | **-670.00** |

### RECONCILIATION REPORT

Reconciled on: 06/26/2024

Reconciled by: Marcus Greene

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---:|
| Statement beginning balance | 34,468.75 |
| Checks and payments cleared (33) | -63,846.37 |
| Deposits and other credits cleared (15) | 53,709.04 |
| Statement ending balance | 24,331.42 |
| | |
| Uncleared transactions as of 06/23/2024 | 4,791.34 |
| Register balance as of 06/23/2024 | 29,122.76 |
| Cleared transactions after 06/23/2024 | 0.00 |
| Uncleared transactions after 06/23/2024 | -19,221.40 |
| Register balance as of 06/26/2024 | 9,901.36 |

**Details**

Checks and payments cleared (33)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 06/03/2024 | Bill Payment | 5001 | TriMark Adams-Burch | -677.96 |
| 06/06/2024 | Bill Payment | 5006 | TriMark Adams-Burch | -140.72 |
| 06/13/2024 | Journal | CC | | -20.00 |
| 06/14/2024 | Bill Payment | | Virginia Alcoholic Beverage C… | -3,970.00 |
| 06/14/2024 | Bill Payment | 5010 | TriMark Adams-Burch | -959.03 |
| 06/14/2024 | Journal | Debit card | | -1,253.38 |
| 06/14/2024 | Bill Payment | | Bowie Produce | -738.25 |
| 06/14/2024 | Bill Payment | | Lyon Bakery | -471.96 |
| 06/14/2024 | Bill Payment | | Chill-Craft Company Inc. | -573.01 |
| 06/14/2024 | Bill Payment | | Logan Food Company | -127.50 |
| 06/15/2024 | Journal | CC | | -26.05 |
| 06/15/2024 | Journal | CC | | -9.06 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -23,704.04 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -7,578.54 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -1,665.05 |
| 06/17/2024 | Bill Payment | | Reinhart Food Service (PFG) | -61.47 |
| 06/17/2024 | Journal | CC | | -54.00 |
| 06/17/2024 | Journal | CC | | -1,982.62 |
| 06/17/2024 | Bill Payment | | Toast Inc. | -389.75 |
| 06/17/2024 | Bill Payment | | The Collection at Chevy Chase | -6.00 |
| 06/17/2024 | Expense | | Amazon | -37.09 |
| 06/18/2024 | Bill Payment | 5012 | ALSCO | -209.94 |
| 06/18/2024 | Expense | | Amazon | -20.77 |
| 06/18/2024 | Journal | CC | | -4.94 |
| 06/18/2024 | Journal | CC | | -100.91 |
| 06/20/2024 | Journal | VA ABC | | -593.58 |
| 06/20/2024 | Bill Payment | | Washington Gas | -841.68 |
| 06/20/2024 | Bill Payment | | Reinhart Food Service (PFG) | -9,066.19 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/20/2024 | Journal | Uline | | -187.02 |
| 06/21/2024 | Expense | | Amazon | -29.87 |
| 06/21/2024 | Expense | | Arlington County Treasurer | -7,209.89 |
| 06/21/2024 | Expense | | AM Briggs INC dba Metropolit… | -1,135.45 |
| 06/21/2024 | Expense | | | -0.65 |
| Total | | | | -63,846.37 |

Deposits and other credits cleared (15)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/13/2024 | Journal | sales | | 3,585.65 |
| 06/14/2024 | Journal | sales | | 5,632.08 |
| 06/15/2024 | Journal | sales | | 6,511.96 |
| 06/16/2024 | Deposit | | UberEats | 4,852.50 |
| 06/16/2024 | Deposit | | DoorDash Inc | 2,842.83 |
| 06/16/2024 | Journal | sales | | 15,516.07 |
| 06/17/2024 | Journal | sales | | 4,319.11 |
| 06/18/2024 | Journal | sales | | 142.65 |
| 06/18/2024 | Deposit | | | 386.00 |
| 06/18/2024 | Deposit | | | 96.00 |
| 06/18/2024 | Journal | sales | | 3,755.03 |
| 06/18/2024 | Deposit | | | 188.00 |
| 06/19/2024 | Journal | sales | | 4,857.63 |
| 06/19/2024 | Journal | sales | | 48.00 |
| 06/20/2024 | Deposit | | Payoneer | 975.53 |
| Total | | | | 53,709.04 |

## Additional Information

Uncleared checks and payments as of 06/23/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -238.04 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage C… | -83.97 |
| 06/07/2024 | Bill Payment | 5002 | TriMark Adams-Burch | -448.37 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -763.19 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -761.32 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -1,201.73 |
| 06/16/2024 | Journal | CC | | -6.03 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -738.54 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -677.71 |
| 06/17/2024 | Bill Payment | 5011 | TriMark Adams-Burch | -585.18 |
| 06/19/2024 | Bill Payment | EFT13985084 | Specialty Beverage | -159.00 |
| 06/19/2024 | Bill Payment | EFT38332447 | Specialty Beverage | -205.00 |
| 06/20/2024 | Expense | | Intuit Inc. | -85.00 |
| 06/21/2024 | Bill Payment | | Magnolia Plumbing | -2,210.71 |
| 06/21/2024 | Journal | Buckhead | | -652.88 |
| 06/21/2024 | Bill Payment | | Logan Food Company | -127.50 |
| 06/21/2024 | Bill Payment | | Finance A La Carte LLC | -2,500.00 |
| 06/21/2024 | Bill Payment | | Lyon Bakery | -646.26 |
| 06/21/2024 | Bill Payment | | GWWC, LLC | -750.00 |
| 06/21/2024 | Bill Payment | | Bowie Produce | -448.50 |
| 06/21/2024 | Bill Payment | | VRA Cleaning Services LLC | -3,680.00 |
| 06/23/2024 | Journal | Intuit | | -98.25 |
| Total | | | | -17,960.24 |

Uncleared deposits and other credits as of 06/23/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/08/2024 | Journal | sales | | 120.66 |
| 06/09/2024 | Journal | sales | | 464.40 |
| 06/14/2024 | Journal | sales | | 105.53 |
| 06/15/2024 | Journal | sales | | 209.87 |
| 06/16/2024 | Journal | sales | | 424.67 |
| 06/20/2024 | Journal | sales | | 2,318.45 |
| 06/21/2024 | Journal | sales | | 4,712.27 |
| 06/21/2024 | Journal | sales | | 27.44 |
| 06/22/2024 | Journal | sales | | 232.60 |
| 06/22/2024 | Journal | sales | | 5,406.95 |
| 06/23/2024 | Deposit | | UberEats | 5,176.43 |
| 06/23/2024 | Journal | sales | | 146.23 |
| 06/23/2024 | Journal | sales | | 3,406.08 |
| Total | | | | 22,751.58 |

Uncleared checks and payments after 06/23/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/24/2024 | Bill Payment | | Reinhart Food Service (PFG) | -5,856.15 |
| 06/24/2024 | Check | | | -1,025.75 |
| 06/24/2024 | Expense | | Canva (CC) | -14.99 |
| 06/24/2024 | Transfer | | | -9,404.42 |
| 06/24/2024 | Bill Payment | | Reinhart Food Service (PFG) | -5,303.47 |
| 06/25/2024 | Bill Payment | 5014 | ALSCO | -247.92 |
| Total | | | | -21,852.70 |

Uncleared deposits and other credits after 06/23/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/24/2024 | Journal | sales | | 46.43 |
| 06/24/2024 | Journal | sales | | 2,584.87 |
| Total | | | | 2,631.30 |