## Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 06/30/2024**

### RECONCILIATION REPORT

Reconciled on: 07/03/2024

Reconciled by: Marcus Greene

Any changes made to transactions after this date aren't included in this report.

### Summary USD

| | |
|---|---:|
| Statement beginning balance | 18,614.50 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (1) | 6,169.22 |
| Statement ending balance | 24,783.72 |
| | |
| Uncleared transactions as of 06/30/2024 | -16,200.60 |
| Register balance as of 06/30/2024 | 8,583.12 |
| Cleared transactions after 06/30/2024 | 0.00 |
| Uncleared transactions after 06/30/2024 | -11,113.36 |
| Register balance as of 07/03/2024 | -2,530.24 |

### Details

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 06/27/2024 | Deposit | | Smokecraft Holding | 6,169.22 |
| **Total** | | | | **6,169.22** |

### Additional Information

Uncleared checks and payments as of 06/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -238.04 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage C… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -738.54 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 06/28/2024 | Bill Payment | | Logan Food Company | -212.50 |
| 06/28/2024 | Journal | Uline | | -187.13 |
| 06/28/2024 | Bill Payment | | Bowie Produce | -325.50 |
| 06/28/2024 | Bill Payment | | Safety First Services | -1,050.00 |
| 06/28/2024 | Bill Payment | | Lyon Bakery | -1,096.16 |
| 06/30/2024 | Journal | Payroll JE 6.17-6.30 | | -19,603.42 |
| 06/30/2024 | Journal | Payroll JE 6.17-6.30 | | -7,367.93 |
| 06/30/2024 | Journal | Payroll JE 6.17-6.30 | | -4,102.51 |
| 06/30/2024 | Journal | Payroll JE 6.17-6.30 | | -1,572.39 |
| 06/30/2024 | Journal | Payroll JE 6.17-6.30 | | -1,009.10 |
| 06/30/2024 | Journal | Payroll JE 6.17-6.30 | | -971.75 |
| 06/30/2024 | Journal | Payroll JE 6.17-6.30 | | -730.30 |
| 06/30/2024 | Journal | Payroll JE 6.17-6.30 | | -598.34 |
| 06/30/2024 | Journal | Payroll JE 6.17-6.30 | | -571.07 |
| **Total** | | | | **-41,351.71** |

Uncleared deposits and other credits as of 06/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 06/27/2024 | Journal | sales | | 3,782.89 |
| 06/28/2024 | Journal | sales | | 4,599.33 |
| 06/28/2024 | Journal | sales | | 348.52 |
| 06/29/2024 | Journal | sales | | 147.17 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/29/2024 | Journal | sales | | 6,174.31 |
| 06/30/2024 | Deposit | | UberEats | 4,943.00 |
| 06/30/2024 | Journal | sales | | 5,056.29 |
| 06/30/2024 | Journal | sales | | 99.60 |
| Total | | | | 25,151.11 |

Uncleared checks and payments after 06/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/01/2024 | Expense | | | -0.52 |
| 07/01/2024 | Bill Payment | | KBS III 3003 Washington LLC | -18,111.14 |
| 07/01/2024 | Journal | MarginEdge | | -300.00 |
| 07/01/2024 | Journal | VA ABC | | -78.42 |
| 07/01/2024 | Expense | | Trader Joe's | -14.10 |
| 07/02/2024 | Expense | | Google LLC | -15.26 |
| 07/02/2024 | Expense | | Toast Inc. | -16.24 |
| 07/02/2024 | Expense | | Trader Joe's | -14.10 |
| Total | | | | -18,549.78 |

Uncleared deposits and other credits after 06/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/01/2024 | Journal | sales | | 3,291.25 |
| 07/01/2024 | Deposit | | | 2.40 |
| 07/02/2024 | Journal | sales | | 4,142.77 |
| Total | | | | 7,436.42 |