# Smokecraft Clarendon LLC

Profit and Loss

June 2024

|  | TOTAL | |
|---|---:|---:|
|  | JUN 2024 | % OF INCOME |
| **Income** | | |
|   All Sales, Comps and Discounts | | |
|     5100 Food Sales | 147,033.92 | 87.30 % |
|     5110 Goodwill Comps | -709.60 | -0.42 % |
|     5115 Goodwill Bar Comps | -174.00 | -0.10 % |
|     5120 Guest Complaint Comps | -385.35 | -0.23 % |
|     5131 50% Employee Discounts | -605.75 | -0.36 % |
|     5150 Discounts Marketing | -259.90 | -0.15 % |
|     5160 Dining Privileges (mgr/chef) | -671.85 | -0.40 % |
|     5180 NA Beverage | 2,982.88 | 1.77 % |
|     5210 Liquor Sales | 10,152.00 | 6.03 % |
|     5220 Wine Sales | 1,966.00 | 1.17 % |
|     5230 Bottled Beer Sales | 657.00 | 0.39 % |
|     5240 Draft Beer Sales | 6,923.00 | 4.11 % |
|   **Total All Sales, Comps and Discounts** | **166,908.35** | **99.10 %** |
|   Other Income and Expense | | |
|     5300 Sundry Sales | 540.00 | 0.32 % |
|     5910 Service Charge Revenue - Catering | 974.28 | 0.58 % |
|   **Total Other Income and Expense** | **1,514.28** | **0.90 %** |
| **Total Income** | **$168,422.63** | **100.00 %** |
| **Cost of Goods Sold** | | |
|   Cost of Sales | | |
|     6110 Meat Cost | 17,738.89 | 10.53 % |
|     6120 Poultry Cost | 2,584.11 | 1.53 % |
|     6130 Seafood Cost | 259.79 | 0.15 % |
|     6140 Dairy Cost | 3,125.03 | 1.86 % |
|     6150 Produce Cost | 2,473.42 | 1.47 % |
|     6160 Bakery Cost | 2,313.82 | 1.37 % |
|     6170 Grocery Cost | 221.14 | 0.13 % |
|     6180 NA Beverage | -311.08 | -0.18 % |
|     6210 Liquor Cost | -3,017.80 | -1.79 % |
|     6220 Wine Cost | -339.91 | -0.20 % |
|     6230 Bottled Beer Cost | -118.77 | -0.07 % |
|     6240 Draft Beer Cost | -2,271.00 | -1.35 % |
|   **Total Cost of Sales** | **22,657.64** | **13.45 %** |
| **Total Cost of Goods Sold** | **$22,657.64** | **13.45 %** |
| **GROSS PROFIT** | **$145,764.99** | **86.55 %** |

# Smokecraft Clarendon LLC

Profit and Loss

June 2024

|  | TOTAL | |
|---|---:|---:|
|  | JUN 2024 | % OF INCOME |
| Expenses | | |
|   A. Payroll Expenses | | |
|     6310 Management Salaries | 21,057.69 | 12.50 % |
|     6311 Direct Labor - FOH | 7,291.38 | 4.33 % |
|     6312 Overtime Labor - FOH | 233.66 | 0.14 % |
|     6313 Training Labor | 1,208.16 | 0.72 % |
|     6314 Direct Labor - BOH | 38,441.78 | 22.82 % |
|     6315 Overtime Labor - BOH | 1,090.47 | 0.65 % |
|     6510 Payroll Taxes | 7,977.86 | 4.74 % |
|     6530 Vacation Pay | 0.00 | 0.00 % |
|     6540 Parking | 400.00 | 0.24 % |
|     6550 Uniform Allowance | -15.00 | -0.01 % |
|     6570 Group Insurance | 390.80 | 0.23 % |
|     6580 Workers Compensation | 445.08 | 0.26 % |
|     6615 Payroll Processing Fees | 516.00 | 0.31 % |
|   **Total A. Payroll Expenses** | **79,037.88** | **46.93 %** |
|   B. Controllable Expenses | | |
|     6500 3rd Party Delivery Expense | 9,144.85 | 5.43 % |
|     6710 Operating Lease/Rentals | 390.08 | 0.23 % |
|     6740 Security | -600.00 | -0.36 % |
|     6790 Other Contracted Services | 300.00 | 0.18 % |
|     7000 Register Over/Short | 21.77 | 0.01 % |
|     7010 China/Glassware/Silver | 420.23 | 0.25 % |
|     7040 Cleaning Supplies | 977.12 | 0.58 % |
|     7045 Dish Chemicals | 95.66 | 0.06 % |
|     7060 Linens | 880.06 | 0.52 % |
|     7105 To Go Supplies | 2,721.17 | 1.62 % |
|     7106 Catering Supplies | 926.58 | 0.55 % |
|     7110 Operating Supplies F&B | 1,751.55 | 1.04 % |
|   **Total B. Controllable Expenses** | **17,029.07** | **10.11 %** |
|   C. General & Administrative | | |
|     7190 Other Contracted Services-Admin | 927.79 | 0.55 % |
|     7195 Accounting Services | 2,500.00 | 1.48 % |
|     7230 Licenses & Permits | 995.65 | 0.59 % |
|     7250 Credit Card Commissions | 3,360.73 | 2.00 % |
|     7270 Dues & Subscriptions | 48.00 | 0.03 % |
|     7285 Gen. Liab Insur/Key Man | 520.62 | 0.31 % |
|     7320 Office Supplies & Postage | 10.51 | 0.01 % |
|     7350 Tele/internet/cable | 697.47 | 0.41 % |
|     7360 Travel | 137.13 | 0.08 % |
|   **Total C. General & Administrative** | **9,197.90** | **5.46 %** |

# Smokecraft Clarendon LLC

## Profit and Loss
### June 2024

|  | TOTAL | |
|---|---:|---:|
|  | JUN 2024 | % OF INCOME |
| D. Advertising and Promotion | | |
|   7435 Advertising & Marketing | 372.99 | 0.22 % |
| **Total D. Advertising and Promotion** | **372.99** | **0.22 %** |
| E. Repair & Maintenance | | |
|   7620 R&M HVAC & Refrigeration | 1,134.55 | 0.67 % |
|   7660 R&M - POS Systems | 988.53 | 0.59 % |
|   7695 Cleaning Service | 3,680.00 | 2.18 % |
|   7710 Maint Contract - HVAC & Refrigeration | 2,286.00 | 1.36 % |
| **Total E. Repair & Maintenance** | **8,089.08** | **4.80 %** |
| F. Utilities | | |
|   7810 Electricity | 1,907.01 | 1.13 % |
|   7820 Gas | 753.41 | 0.45 % |
|   7830 Water & Sewer | 524.00 | 0.31 % |
|   7840 Firewood | 1,500.00 | 0.89 % |
| **Total F. Utilities** | **4,684.42** | **2.78 %** |
| G. Facility Expense | | |
|   8010 Rent & Lease | 12,420.14 | 7.37 % |
|   8015 Common Area Maintenance | 2,315.00 | 1.37 % |
|   8020 Property Insurance | 132.00 | 0.08 % |
|   8030 Property Taxes | 3,671.46 | 2.18 % |
| **Total G. Facility Expense** | **18,538.60** | **11.01 %** |
| **Total Expenses** | **$136,949.94** | **81.31 %** |
| **NET OPERATING INCOME** | **$8,815.05** | **5.23 %** |
| Other Expenses | | |
|   8101 Interest Income | -208.76 | -0.12 % |
| **Total Other Expenses** | **$ -208.76** | **-0.12 %** |
| **NET OTHER INCOME** | **$208.76** | **0.12 %** |
| **NET INCOME** | **$9,023.81** | **5.36 %** |