| | **2024/5 Budget - Smokecraft** | PERIOD 7 | | PERIOD 7 | |
|---|---|---|---|---|---|
| | Start Date: 05/27/2024 | 7/3/2023 | | 7/1/2024 | |
| | End Date: 05/25/2025 | 7/30/2023 | | 7/28/2024 | |
| | LY Start: 05/29/2023 | | | | |
| | LY End: 05/26/2024 | | | | |
| | | **2023 Actual** | **% of Sales** | **2024 Budget** | **% of Sales** |
| | **Gross Sales** | | | | |
| 5100 | Food Sales | $ 133,631.03 | 86.52% | $ 128,350.89 | 84.98% |
| 5180 | NA Beverage | $ 1,596.50 | 1.03% | $ 1,533.42 | 1.02% |
| | **Total Food Sales** | **$ 135,227.53** | **87.55%** | **$ 129,884.31** | **86.00%** |
| | | | | | |
| 5210 | Liquor Sales | $ 9,621.00 | 6.23% | $ 12,467.28 | 8.25% |
| 5220 | Wine Sales | $ 2,170.00 | 1.40% | $ 2,811.97 | 1.86% |
| 5230 | Bottled Beer Sales | $ 1,262.50 | 0.82% | $ 1,636.00 | 1.08% |
| 5240 | Draft Beer Sales | $ 6,177.00 | 4.00% | $ 8,004.41 | 5.30% |
| | **Total Beverage Sales** | **$ 19,230.50** | **12.45%** | **$ 24,919.66** | **16.50%** |
| | | | | | |
| | **Gross F&B Sales** | **$ 154,458.03** | **102.27%** | **$ 154,803.98** | **102.50%** |
| | | | | | |
| | **Deductions** | | | | |
| 5110 | Goodwill Comps | $ 834.70 | 0.55% | $ 1,057.20 | 0.70% |
| 5120 | Guest Recovery Comps | $ 548.35 | 0.36% | $ 604.11 | 0.40% |
| 5131 | 50% Employee Discounts | $ 587.77 | 0.39% | $ 604.11 | 0.40% |
| 5132 | Manager Meal Discounts | $ 494.75 | 0.33% | $ 604.11 | 0.40% |
| 5150 | Discounts Marketing | $ 142.80 | 0.09% | $ 528.60 | 0.35% |
| 5250 | Goodwill Bar Comps | $ 1,115.50 | 0.74% | $ 377.57 | 0.25% |
| | **Total Deductions** | **$ 3,723.87** | **2.47%** | **$ 3,775.71** | **2.50%** |
| | | | | | |
| | **Other Income and Expense** | | | | |
| 5300 | Sundry Sales | $ 150.76 | | $ - | 0.00% |
| 5910 | Service Charge Revenue - Catering | $ 143.35 | | $ - | 0.00% |
| | | | | | |
| | **Total Other Income and Expense** | **$ 294.11** | | **$ -** | **0.00%** |
| | | | | | |
| | **Net Sales** | **$ 151,028.27** | **100.00%** | **$ 151,028.27** | **100.00%** |
| | | | | | |
| | **Food Costs** | | | | |
| 6110 | Meat Cost | $ 19,930.49 | 14.91% | $ 18,482.53 | 14.40% |
| 6120 | Poultry Cost | $ 2,801.27 | 2.10% | $ 3,208.77 | 2.50% |
| 6130 | Seafood Cost | $ 700.96 | 0.52% | $ 770.11 | 0.60% |
| 6140 | Dairy Cost | $ 5,271.05 | 3.94% | $ 4,235.58 | 3.30% |
| 6150 | Produce Cost | $ 4,467.30 | 3.34% | $ 4,107.23 | 3.20% |
| 6160 | Bakery Cost | $ 1,895.79 | 1.42% | $ 1,796.91 | 1.40% |
| 6170 | Grocery Cost | $ 9,517.20 | 7.12% | $ 7,957.76 | 6.20% |
| 6180 | NA Beverage | $ 472.48 | 0.35% | $ 513.40 | 0.40% |
| | **Total Food Cost** | **$ 45,056.54** | **33.32%** | **$ 41,072.29** | **32.00%** |

| | **Beverage Costs** | | | | | |
|---|---|---|---|---|---|---|
| 6210 | Liquor Cost | $ | 1,702.56 | 9.40% $ | 2,510.85 | 10.08% |
| 6220 | Wine Cost | $ | 474.09 | 2.62% $ | 699.16 | 2.81% |
| 6230 | Bottled Beer Cost | $ | 302.36 | 1.67% $ | 445.91 | 1.79% |
| 6240 | Draft Beer Cost | $ | 900.50 | 4.97% $ | 1,328.01 | 5.33% |
| | **Total Bev Cost** | $ | 3,379.51 | 18.66% $ | 4,983.93 | 20.00% |
| | | | | | | |
| | **Total F&B Costs** | $ | 48,436.05 | 32.07% $ | 46,056.22 | 30.50% |
| | | | | | | |
| | **Gross Profit** | $ | 102,592.22 | 67.93% $ | 104,972.05 | 69.50% |
| | | | | | | |
| | **Payroll Costs** | | | | | |
| 6310 | Management Salaries | $ | 17,961.66 | 11.89% $ | 14,461.54 | 9.58% |
| 6311 | Direct Labor - FOH | $ | 5,080.38 | 3.36% $ | 5,285.99 | 3.50% |
| 6312 | Overtime Labor - FOH | $ | - | 0.00% $ | - | 0.00% |
| 6313 | Training Labor | $ | - | 0.00% $ | 755.14 | 0.50% |
| 6314 | Direct Labor - BOH | $ | 27,636.29 | 18.30% $ | 27,940.23 | 18.50% |
| 6315 | Overtime Labor - BOH | $ | 34.38 | 0.02% $ | - | 0.00% |
| | **Total Labor** | $ | 50,712.71 | 33.58% $ | 48,442.90 | 32.08% |
| | | | | | | |
| 6510 | Payroll Taxes | $ | 5,678.50 | 3.76% $ | 5,739.07 | 3.80% |
| 6530 | Vacation Pay | $ | 1,269.36 | 0.84% $ | - | 0.00% |
| 6540 | Parking | $ | 300.00 | 0.20% $ | 200.00 | 0.13% |
| 6550 | Uniform Allowance | $ | - | 0.00% $ | - | 0.00% |
| 6560 | Continuing Education | $ | - | 0.00% $ | - | 0.00% |
| 6570 | Group Insurance | $ | 368.50 | 0.24% $ | 600.00 | 0.40% |
| 6580 | Workers Compensation | $ | 416.00 | 0.28% $ | 510.00 | 0.34% |
| 6610 | Other Benefits | $ | - | 0.00% $ | 55.00 | 0.04% |
| 6615 | Payroll Processing Fees | $ | 314.00 | 0.21% $ | 300.00 | 0.25% |
| | **Total Payroll Expenses** | $ | 8,346.36 | 5.53% $ | 7,404.07 | 4.90% |
| | | | | | | |
| | **Total Payroll Costs** | $ | 59,059.07 | 39.10% $ | 55,846.98 | 36.98% |
| | | | | | | |
| | **Controllable Expenses** | | | | | |
| 6500 | 3rd Party Delivery Expense | $ | 6,066.52 | 4.02% $ | 4,530.85 | 3.00% |
| 6710 | Operating Lease/Rentals-Kitchen/Bar | $ | 535.32 | 0.35% $ | 2,250.00 | 1.49% |
| 6740 | Security | $ | - | 0.00% $ | - | 0.00% |
| 6750 | Trash Removal | $ | - | 0.00% $ | - | 0.00% |
| 6790 | Other Contracted Services | $ | 300.00 | 0.20% $ | 300.00 | 0.20% |
| 7010 | Register Over/Short | $ | 149.35 | 0.10% $ | - | 0.00% |
| 7010 | China/Glassware/Silverware | $ | 1,033.09 | 0.68% $ | 604.11 | 0.40% |
| 7040 | Cleaning Supplies | $ | 316.72 | 0.21% $ | 302.06 | 0.20% |
| 7045 | Dish Chemicals | $ | 620.80 | 0.41% $ | 453.08 | 0.30% |
| 7050 | Decorations | $ | - | 0.00% $ | - | 0.00% |
| 7060 | Linens | $ | 1,651.19 | 1.09% $ | 1,208.23 | 0.80% |
| 7080 | New Menus/Printing | $ | - | 0.00% $ | - | 0.00% |
| 7090 | Menu/Guest Check/POS Supplies | $ | - | 0.00% $ | 200.00 | 0.00% |
| 7105 | To Go Supplies | $ | 3,153.85 | 2.09% $ | 2,567.48 | 1.70% |
| 7106 | Catering Supplies | $ | 179.78 | 0.12% $ | 604.11 | 0.40% |
| 7110 | Operating Supplies F&B | $ | 1,967.63 | 1.30% $ | 2,114.40 | 1.40% |

| Code | Account | Amount | % | Amount | % |
|---|---|---:|---:|---:|---:|
| 7120 | Uniforms | $ - | 0.00% | $ - | 0.00% |
| 7470 | Live Entertainment | $ - | 0.00% | $ - | 0.00% |
| | **Total Controllable Expenses** | **$ 15,974.25** | **10.58%** | **$ 15,134.32** | **10.02%** |
| | **General & Administrative** | | | | |
| 7190 | Other Contracted Services-Admin | $ 1,864.82 | 1.23% | $ 1,500.00 | 0.99% |
| 7195 | Accounting Services | $ 2,500.00 | 1.66% | $ 2,500.00 | 1.66% |
| 7220 | Bank Charges & Fees | $ 610.00 | 0.40% | $ 100.00 | 0.07% |
| 7230 | Licenses & Permits | $ 547.95 | 0.36% | $ 600.00 | 0.40% |
| 7250 | Credit Card Commissions | $ 3,422.36 | 2.27% | $ 3,398.14 | 2.25% |
| 7256 | Employment Ads | $ - | 0.00% | $ 135.00 | 0.09% |
| 7270 | Dues & Subscriptions | $ 62.24 | 0.04% | $ 100.00 | 0.07% |
| 7285 | Key Man/General Liability Insurance | $ (79.50) | -0.05% | $ 1,275.00 | 0.84% |
| 7290 | Legal & Professional Services | $ 14,160.25 | 9.38% | $ - | 0.00% |
| 7320 | Office Supplies & Postage | $ 127.82 | 0.08% | $ 151.03 | 0.10% |
| 7350 | Telephone/Internet/Cable | $ 594.66 | 0.39% | $ 650.00 | 0.43% |
| 7360 | Travel | $ - | 0.00% | $ 125.00 | 0.08% |
| 7370 | Meals & Entertainment | $ - | 0.00% | $ - | 0.00% |
| | **Total General & Administrative** | **$ 23,810.60** | **15.77%** | **$ 10,534.16** | **6.97%** |
| | **Advertising & Promotion** | | | | |
| 7400 | Local Charitable Donations | $ - | 0.00% | $ - | 0.00% |
| 7430 | Local Advertising & Promotion | $ 1,800.00 | 1.19% | $ - | 0.00% |
| 7435 | Advertising & Marketing | $ 407.84 | | $ 500.00 | 0.33% |
| 7460 | Special Promotions | $ - | 0.00% | $ - | 0.00% |
| | **Total Advertising & Promotion** | **$ 2,207.84** | **1.46%** | **$ 500.00** | **0.33%** |
| | **Repairs & Maintenance** | | | | |
| 7500 | Repairs & Maintenance | $ 90.17 | 0.06% | $ 1,510.28 | 1.00% |
| 7620 | R&M HVAC & Refrigeration | $ - | 0.00% | $ - | 0.00% |
| 7630 | R&M - Plumbing | $ 601.38 | 0.40% | $ - | 0.00% |
| 7640 | R&M - Electric | $ - | 0.00% | $ - | 0.00% |
| 7650 | R&M - Exterior/Structure | $ - | 0.00% | $ - | 0.00% |
| 7660 | R&M - POS Systems | $ - | 0.00% | $ - | 0.00% |
| 7695 | Cleaning Service | $ 4,375.00 | 2.90% | $ 3,680.00 | 2.44% |
| 7710 | MC-HVAC & Refrigeration | $ 1,771.50 | 1.17% | $ 2,396.50 | 1.59% |
| 7720 | MC-Other Equipment | $ 255.00 | 0.17% | $ 255.00 | 0.17% |
| 7750 | Pest Control | $ 85.00 | 0.06% | $ 85.00 | 0.06% |
| 7785 | Carpet/Rug/Floor Cleaning | $ - | 0.00% | $ - | 0.00% |
| | **Total Repairs & Maintenance** | **$ 7,178.05** | **4.75%** | **$ 7,926.78** | **5.25%** |
| | **Utilities** | | | | |
| 7810 | Electricity | $ 2,006.46 | 1.33% | $ 2,265.42 | 1.50% |
| 7820 | Natural Gas | $ 674.07 | 0.45% | $ 906.17 | 0.60% |
| 7830 | Water & Sewer | $ 492.00 | 0.33% | $ 453.08 | 0.30% |
| 7840 | Firewood | $ 1,000.00 | 0.66% | $ 750.00 | 0.50% |
| | **Total Utilities** | **$ 4,172.53** | **2.76%** | **$ 4,374.68** | **2.90%** |
| | **Total Operating Expenses** | **$ 53,343.27** | **35.32%** | **$ 38,469.94** | **25.47%** |

|  | **Other Income (Expenses)** |  |  |  |  |
|---|---|---|---|---|---|
| **5500** | Door Revenue | $ - | 0.00% | $ - | 0.00% |
| **5800** | Commission Income | $ - | 0.00% | $ - | 0.00% |
|  | **Total Other Income** | $ - | 0.00% | $ - | 0.00% |
|  |  |  |  |  |  |
|  | **Operating Income Before Bonus** | $ (9,810.12) | -6.50% | $ 10,655.13 | 7.06% |
|  |  |  |  |  |  |
| **6455** | Management Bonuses | $ - | 0.00% | $ - | 0.00% |
|  |  |  |  |  |  |
|  | **Restaurant Operating Income** | $ (9,810.12) | -6.50% | $ 10,655.13 | 7.06% |
|  |  |  |  |  |  |
|  | **Facility Expenses** |  |  |  |  |
| **8010** | Rents | $ 12,420.14 | 8.22% | $ 12,420.14 | 8.22% |
| **8015** | Common Area Maintenance | $ 2,368.00 |  | $ 2,315.00 | 1.53% |
| **8020** | Property Insurance | $ 94.00 | 0.06% | $ 132.00 | 0.09% |
| **8030** | Property Taxes | $ 3,794.52 | 2.51% | $ 2,720.00 | 1.80% |
|  | **Total Facility Expenses** | $ 18,676.66 | 12.37% | $ 17,587.14 | 11.64% |
|  |  |  |  |  |  |
|  | **Restaurant EBDIT** | $ (28,486.78) | -18.86% | $ (6,932.01) | -4.59% |