## Cash Flow Projection
## Smokecraft Clarendon

Starting date    6/30/2024
Main Account Capital One

**NO AP payments for any invocies prior to 4/29**

| | Beginning | 7/7/2024 | 7/14/2024 | 7/21/2024 | 7/28/2024 | 8/4/2024 | 8/11/2024 | 8/18/2024 | 8/25/2024 | 9/1/2024 | 9/8/2024 | 9/15/2024 | 9/22/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bank Balance - DIP Checking** | 33,996 | | | | | | | | | | | | |
| **Bank Balance - Capital Bank** | | | | | | | | | | | | | |
| **Bank Balance -TD Lockbox** | 7,500 | | | | | | | | | | | | |
| **Cash on hand** | 41,496 | 12,213 | 38,313 | 26,366 | 29,350 | -150 | 21,663 | 13,775 | 22,337 | 5,632 | 13,017 | -5,078 | 23,361 |

| **ANTICIPATED CASH RECEIPTS** | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| Sales | 18,000 | 32,000 | 32,000 | 32,000 | 32,000 | 30,000 | 30,000 | 30,000 | 30,000 | 35,000 | 35,000 | 35,000 | 35,000 |
| Tax | 1,800 | 3,200 | 3,200 | 3,200 | 3,200 | 3,000 | 3,000 | 3,000 | 3,000 | 3,500 | 3,500 | 3,500 | 3,500 |
| Gratuity | 3,240 | 4,800 | 4,800 | 4,800 | 4,800 | 4,500 | 4,500 | 4,500 | 5,400 | 6,300 | 6,300 | 6,300 | 6,300 |
| Third Party fees | -810 | -1,440 | -1,440 | -1,440 | -1,440 | -1,350 | -1,350 | -1,350 | -1,350 | -1,575 | -1,575 | -1,575 | -1,575 |
| CC fees | -576 | -1,000 | -1,000 | -1,000 | -1,000 | -938 | -938 | -938 | -960 | -1,120 | -1,120 | -1,120 | -1,120 |
| **TOTAL CASH RECEIPTS** | 21,654 | 37,560 | 37,560 | 37,560 | 37,560 | 35,213 | 35,213 | 35,213 | 36,090 | 42,105 | 42,105 | 42,105 | 42,105 |
| **Total cash available** | 63,150 | 49,773 | 75,873 | 63,926 | 66,910 | 35,063 | 56,875 | 48,988 | 58,427 | 47,737 | 55,122 | 37,027 | 65,466 |

| **CASH PAID OUT** | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| Payroll | 27,354 | | 23,680 | | 23,680 | | 22,200 | | 22,200 | | 25,900 | | 25,900 |
| gratuity | 9,173 | | 10,000 | | 10,000 | | 10,000 | | 10,000 | | 10,000 | | 10,000 |
| | | | | | | | | | | | | | |
| Sales Tax | | | | 15,236 | | | | 13,760 | | | | | 15,050 |
| | | | | | | | | | | | | | |
| Accounts Payable | | | | | | | | | | | | | |
| Food + Beverage @ 30% | 3,025 | 8,960 | 8,960 | 8,960 | 8,960 | 8,400 | 8,400 | 8,400 | 8,400 | 9,800 | 9,800 | 9,800 | 9,800 |
| PFG | 5,298 | | | | | | | | | | | | |
| credit card payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent | | | | | 18,870 | | | | | | 18,870 | | |
| OpenTable | | | | | 500 | | | | | 500 | | | |
| Fintech | 891 | | | | | | | | | | | | |
| Toast | 999 | | | | | | | | | | | | |
| Utilities/wood | | | | 4,184 | | | | | 4,000 | | | | 4,000 |
| Hood cleaning | | | | | 1,050 | | | 625 | | 1,050 | | | 625 |
| Cleaning | | | | 3,695 | | | | | 3,695 | | | | |
| Late Night Expenses | | | | | | | | | | | | | |
| FAC/Cohn Reznick | 2,500 | | | | | 2,500 | | | | 2,500 | | | |
| Insurance | | | 1,367 | | | | | 1,366 | | | | 1,366 | |
| Other/Trimark/Alsco/etc | 1,135 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Legal | | | | | | | | | | | | | |
| Misc Repairs | 562 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Property Taxes | | | | | | | | | | | 12,000 | | |
| ABC Lincense | | | | | | | | | | | | | |
| Capital Bank Payments (1st) | | | 3,000 | | 1,500 | | | | 1,500 | | | | |
| | | | | | | | | | | | | | |
| **TOTAL CASH PAID OUT** | 50,938 | 11,460 | 49,507 | 34,575 | 67,060 | 13,400 | 43,100 | 26,651 | 52,795 | 34,720 | 60,200 | 13,666 | 67,875 |
| | | | | | | | | | | | | | |
| **Cash on hand (end of week)** | 12,213 | 38,313 | 26,366 | 29,350 | (150) | 21,663 | 13,775 | 22,337 | 5,632 | 13,017 | (5,078) | 23,361 | (2,409) |