SalesSummary_2024-06-01_2024-06-30
-Smokecraft Modern Barbecue

**Revenue summary**

| | |
|---|---|
| Net sales | 168470.64 |
| Gratuity | 1227.82 |
| Tax amount | 16940.16 |
| Fundraising Contributions | |
| Fundraising Contribution Refunds | |
| Tips | 21845.8 |
| Deferred (gift cards) | 75 |
| Deferred (house accounts) | |
| Deferred (other) | |
| deferredTaxAmount | 0 |
| Paid in total | 1583.8 |
| Total | 210143.22 |

**Net sales summary**

| | |
|---|---|
| Gross sales | 170800.65 |
| Sales discounts | -2330.01 |
| Sales refunds | 0 |
| Net sales | 168470.64 |

**Tip summary**

| | |
|---|---|
| Tips collected | 21845.8 |
| Tips refunded | 0 |
| Total tips | 21845.8 |
| Tips withheld | -511.3 |
| Tips after withholding | 21334.5 |

**Service mode summary**

| Service mode | Quick Service | Table Service | Total |
|---|---|---|---|
| Net sales | 71488.01 | 96982.63 | 168470.64 |
| Total guests | 1212 | 3035 | 4247 |
| Avg/Guest | 58.98 | 31.95 | 39.67 |
| Total payments | 1177 | 1571 | 2748 |
| Avg/Payment | 66.81 | 68 | 67.49 |
| Total orders | 1190 | 1242 | 2432 |
| Avg/Order | 60.07 | 78.09 | 69.27 |
| Turn time (minutes) | 108.04 | 58.37 | 82.41 |

**Payments summary**

| Payment type | Payment sub type | Count | Amount | Tips | Grat | Tax amount | Refunds | Tip refunds | Legacy tips | Total | Tips/Grat % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | 88 | 3899.31 | 183 | 31.55 | 357.97 | 0 | 0 | 183 | 4113.86 | 5.9 |
| Credit/debit | | 1790 | 131956.47 | 21693.33 | 1175.97 | 12066.4 | 0 | 0 | 21693.33 | 154825.77 | 19 |
| Credit/debit | AMEX | 237 | 19122.29 | 3015.94 | 83.68 | 1743.01 | 0 | 0 | 3015.94 | 22221.91 | 17.8 |
| Credit/debit | DINERS | 1 | 50.55 | 10.11 | 0 | 4.6 | 0 | 0 | 10.11 | 60.66 | 22 |
| Credit/debit | DISCOVER | 45 | 2980.34 | 594.53 | 0 | 270.57 | 0 | 0 | 594.53 | 3574.87 | 21.9 |
| Credit/debit | MASTERCARD | 348 | 24529.57 | 4137.74 | 276.61 | 2252.97 | 0 | 0 | 4137.74 | 28943.92 | 19.7 |
| Credit/debit | VISA | 1159 | 85273.72 | 13935.01 | 815.68 | 7795.25 | 0 | 0 | 13935.01 | 100024.41 | 19 |
| Gift Card | | 9 | 580.23 | 0 | 0 | 52.87 | 0 | 0 | | 580.23 | 0 |
| Other | | 862 | 48701.93 | 0 | 0 | 4431.33 | 0 | 0 | | 48701.93 | 0 |
| Other | DoorDash | 392 | 19339.5 | 0 | 0 | 1760.25 | 0 | 0 | | 19339.5 | 0 |
| Other | Square | 1 | 38.45 | 0 | 0 | 3.5 | 0 | 0 | | 38.45 | 0 |
| Other | UBEREATS | 463 | 24865.88 | 0 | 0 | 2264.48 | 0 | 0 | | 24865.88 | 0 |
| Other | ezCater | 6 | 4458.1 | 0 | 0 | 403.1 | 0 | 0 | | 4458.1 | 0 |
| Subtotal | | 2749 | 185137.94 | 21876.33 | 1207.52 | 16908.57 | 0 | 0 | 21876.33 | 208221.79 | 13.7 |
| Deposit Sales Collected | | | | | | | | | | 1891.43 | |
| Total | | | | | | | | | | 210113.22 | |

**Sales category summary**

| Sales category | Items | Net sales | Discount amount | Refund amount | Gross sales | Tax amount |
|---|---|---|---|---|---|---|
| Bottled Beer | 118 | 631.5 | 25.5 | 0 | 657 | 63.16 |
| Draft Beer | 797 | 6826.55 | 88.45 | 0 | 6915 | 680.95 |
| Food | 7188 | 145059.98 | 1957.29 | 0 | 147017.27 | 14514.23 |
| Liquor | 739 | 9911.06 | 226.94 | 0 | 10138 | 988.2 |
| NA Beverage | 896 | 2980.05 | 2.83 | 0 | 2982.88 | 300.98 |
| Non-Grat Svc Charges | 27 | 584.5 | 0 | 0 | 584.5 | 58.46 |
| Retail | 33 | 525 | 15 | 0 | 540 | 31.5 |
| Wine | 165 | 1952 | 14 | 0 | 1966 | 195.2 |
| Total | 9963 | 168470.64 | 2330.01 | 0 | 170800.65 | 16832.68 |

**Revenue center summary**

| Revenue center | Items | Net sales | Discount amount | Refund amount | Gross sales | Tax amount |
|---|---|---|---|---|---|---|
| Bar | 1217 | 16773.49 | 751.68 | 0 | 17525.17 | 1680.05 |
| Dining Room | 4084 | 65687.55 | 620.78 | 0 | 66308.33 | 6555.49 |
| Carryout/Delivery | 3066 | 49139.63 | 359.22 | 0 | 49498.85 | 4922.55 |
| Patio | 986 | 16002.47 | 73.33 | 0 | 16075.8 | 1603.43 |
| Catering | 587 | 20315.5 | 525 | 0 | 20840.5 | 2015.96 |
| No Revenue Center | 23 | 552 | 0 | 0 | 552 | 55.2 |
| Total | 9963 | 168470.64 | 2330.01 | 0 | 170800.65 | 16832.68 |

**Dining options summary**

| Dining option | Orders | Net sales | Discount amount | Gross sales | Tax amount |
|---|---|---|---|---|---|
| Toast Delivery Services | 14 | 820.1 | 0 | 820.1 | 82.19 |
| Dine In | 1289 | 97111.19 | 1436.31 | 98547.5 | 9703.44 |
| Take Out | 1123 | 64732.17 | 893.7 | 65625.87 | 6478.33 |
| Online Ordering | 1 | 18.95 | 0 | 18.95 | 1.9 |
| Delivery | 5 | 5788.23 | 0 | 5788.23 | 566.82 |
| Total | 2432 | 168470.64 | 2330.01 | 170800.65 | 16832.68 |

**Tax summary**

| Tax rate | Tax amount | Taxable amount |
|---|---|---|
| State Tax | 10104.98 | 168101.85 |
| Local Tax | 6735.78 | 168101.85 |
| Arlington Retail Tax | 31.5 | 525 |
| Non Taxable | 0 | 240.97 |
| Toast marketplace facilitator tax - Remitted by Toast | 67.9 | 677.45 |

**Service charge summary**

| Service charge | Count | Amount |
|---|---|---|
| Large Party Service Charge | 54 | 1102.52 |
| Delivery Fee | 14 | 105 |
| Catering Delivery Fee | 5 | 250 |
| Catering Service Charge | 22 | 334.5 |
| Catering Service Charge | 1 | 20.3 |
| Total | 96 | 1812.32 |

**Menu Item Discounts**

| Discount | Count | Orders | Amount |
|---|---|---|---|
| Employee Discount - Item | 21 | 17 | 237.58 |
| Manager Meal | 35 | 26 | 503.25 |
| Recovery | 16 | 13 | 261.6 |
| Comp % Item | 1 | 1 | 9 |
| Manager Comp - Item | 3 | 1 | 15 |
| Open $ Item | 1 | 1 | 4 |
| Open % Item | 2 | 1 | 515 |
| Total | 79 | 60 | 1545.43 |

**Check Discounts**

| Discount | Count | Orders | Amount |
|---|---|---|---|
| Employee Discount - Check | 23 | 23 | 270.88 |
| Bar Promo | 8 | 8 | 174 |
| Spin Wheel Promo Card | 1 | 1 | 32.95 |
| $10 Off $40 Purchase Dine In Card | 1 | 1 | 10 |
| Open $ Check | 3 | 3 | 15 |
| Open % Check | 7 | 2 | 173.05 |
| Manager Comp - Check | 1 | 1 | 79.8 |
| Investor/Family 50% | 1 | 1 | 10 |
| Discover Arlington | 1 | 1 | 11.4 |
| Make The Switch 1st Order Free Delivery | 1 | 1 | 7.5 |
| Total | 47 | 42 | 784.58 |

**Service Daypart summary**

| Service / day part | Orders | Net sales | Discount amount | Refund amount | Gross sales | Tax amount |
|---|---|---|---|---|---|---|
| Lunch | 775 | 55156.6 | 1197.52 | 0 | 56354.12 | 5511.49 |
| Dinner | 1594 | 110670.86 | 1047.07 | 0 | 111717.93 | 11056.44 |
| Late Night | 63 | 2643.18 | 85.42 | 0 | 2728.6 | 264.75 |
| Total | 2432 | 168470.64 | 2330.01 | 0 | 170800.65 | 16832.68 |

**Deferred summary**

| Deferred type | Gross amount | Discounts | Refunds | Net amount |
|---|---|---|---|---|
| Deferred (gift cards) | 75 | 0 | 0 | 75 |

**Unpaid orders summary**

| Unpaid amount | 30 |
|---|---|

**Void summary**

| Void amount | 1787.11 |
|---|---|
| Void order count | 74 |
| Void item count | 133 |
| Void amount % | 1.1 |

**Cash activity**

| Total cash payments | 3930.86 |
|---|---|
| Cash adjustments | 601.59 |
| Cash refunds | 0 |
| Cash before tipouts | 4532.45 |
| Tipouts tips withheld | 0 |
| Total cash | 4532.45 |

**Cash summary**

| Expected closeout cash | 11897.68 |
|---|---|
| Actual closeout cash | 12517.36 |
| Cash overage/shortage | 619.68 |
| Expected deposit | 5617.36 |
| Actual deposit | |
| Deposit overage/shortage | |

| Net sales | Gratuity | Tax amount | Fundraising Contributions | Fundraising Contribution Refunds | Tips | Deferred (gift cards) | Deferred (house accounts) | Deferred (other) | deferredTaxAmount | Paid in total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 168470.64 | 1227.82 | 16940.16 | | | 21845.8 | | 75 | | | 0 | 1583.8 | 210143.22 |

| Gross sales | Sales discounts | Sales refunds | Net sales |
|---|---|---|---|
| 170800.65 | -2330.01 | 0 | 168470.64 |

| Tips collected | Tips refunded | Total tips | Tips withheld | Tips after withholding |
|---|---|---|---|---|
| 21845.8 | 0 | 21845.8 | -511.3 | 21334.5 |

| Service mode | Net sales | Total guests | Avg/Guest | Total payments | Avg/Payment | Total orders | Avg/Order | Turn time (minutes) |
|---|---|---|---|---|---|---|---|---|
| Quick Service | 71488.01 | 1212 | 58.98 | 1177 | 66.81 | 1190 | 60.07 | 108.04 |
| Table Service | 96982.63 | 3035 | 31.95 | 1571 | 68 | 1242 | 78.09 | 58.37 |
| Total | 168470.64 | 4247 | 39.67 | 2748 | 67.49 | 2432 | 69.27 | 82.41 |

| Payment type | Payment sub type | Count | Amount | Tips | Grat | Tax amount | Refunds | Tip refunds | Legacy tips | Total | Tips/Grat % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | 88 | 3899.31 | 183 | 31.55 | 357.97 | 0 | 0 | 183 | 4113.86 | 5.9 |
| Credit/debit | | 1790 | 131956.47 | 21693.33 | 1175.97 | 12066.4 | 0 | 0 | 21693.33 | 154825.77 | 19 |
| Credit/debit | AMEX | 237 | 19122.29 | 3015.94 | 83.68 | 1743.01 | 0 | 0 | 3015.94 | 22221.91 | 17.8 |
| Credit/debit | DINERS | 1 | 50.55 | 10.11 | 0 | 4.6 | 0 | 0 | 10.11 | 60.66 | 22 |
| Credit/debit | DISCOVER | 45 | 2980.34 | 594.53 | 0 | 270.57 | 0 | 0 | 594.53 | 3574.87 | 21.9 |
| Credit/debit | MASTERCARD | 348 | 24529.57 | 4137.74 | 276.61 | 2252.97 | 0 | 0 | 4137.74 | 28943.92 | 19.7 |
| Credit/debit | VISA | 1159 | 85273.72 | 13935.01 | 815.68 | 7795.25 | 0 | 0 | 13935.01 | 100024.41 | 19 |
| Gift Card | | 9 | 580.23 | 0 | 0 | 52.87 | 0 | 0 | 0 | 580.23 | 0 |
| Other | | 862 | 48701.93 | 0 | 0 | 4431.33 | 0 | 0 | 0 | 48701.93 | 0 |
| Other | DoorDash | 392 | 19339.5 | 0 | 0 | 1760.25 | 0 | 0 | 0 | 19339.5 | 0 |
| Other | Square | 1 | 38.45 | 0 | 0 | 3.5 | 0 | 0 | 0 | 38.45 | 0 |
| Other | UBEREATS | 463 | 24865.88 | 0 | 0 | 2264.48 | 0 | 0 | 0 | 24865.88 | 0 |
| Other | ezCater | 6 | 4458.1 | 0 | 0 | 403.1 | 0 | 0 | 0 | 4458.1 | 0 |
| Subtotal | | 2749 | 185137.94 | 21876.33 | 1207.52 | 16908.57 | 0 | 0 | 21876.33 | 208221.79 | 13.7 |
| Deposit Sales Collected | | | | | | | | | | 1891.43 | |
| Total | | | | | | | | | | 210113.22 | |

| Sales category | Items | Net sales | Discount amount | Refund amount | Gross sales | Tax amount |
|---|---|---|---|---|---|---|
| Bottled Beer | 118 | 631.5 | 25.5 | 0 | 657 | 63.16 |
| Draft Beer | 797 | 6826.55 | 88.45 | 0 | 6915 | 680.95 |
| Food | 7188 | 145059.98 | 1957.29 | 0 | 147017.27 | 14514.23 |
| Liquor | 739 | 9911.06 | 226.94 | 0 | 10138 | 988.2 |
| NA Beverage | 896 | 2980.05 | 2.83 | 0 | 2982.88 | 300.98 |
| Non-Grat Svc Charges | 27 | 584.5 | 0 | 0 | 584.5 | 58.46 |
| Retail | 33 | 525 | 15 | 0 | 540 | 31.5 |
| Wine | 165 | 1952 | 14 | 0 | 1966 | 195.2 |
| Total | 9963 | 168470.64 | 2330.01 | 0 | 170800.65 | 16832.68 |

| Revenue center | Items | Net sales | Discount amount | Refund amount | Gross sales | Tax amount |
|---|---|---|---|---|---|---|
| Bar | 1217 | 16773.49 | 751.68 | 0 | 17525.17 | 1680.05 |
| Dining Room | 4084 | 65687.55 | 620.78 | 0 | 66308.33 | 6555.49 |
| Carryout/Delivery | 3066 | 49139.63 | 359.22 | 0 | 49498.85 | 4922.55 |
| Patio | 986 | 16002.47 | 73.33 | 0 | 16075.8 | 1603.43 |
| Catering | 587 | 20315.5 | 525 | 0 | 20840.5 | 2015.96 |
| No Revenue Center | 23 | 552 | 0 | 0 | 552 | 55.2 |
| Total | 9963 | 168470.64 | 2330.01 | 0 | 170800.65 | 16832.68 |

| Dining option | Orders | Net sales | Discount amount | Gross sales | Tax amount |
|---|---|---|---|---|---|
| Toast Delivery Services | 14 | 820.1 | 0 | 820.1 | 82.19 |
| Dine In | 1289 | 97111.19 | 1436.31 | 98547.5 | 9703.44 |
| Take Out | 1123 | 64732.17 | 893.7 | 65625.87 | 6478.33 |
| Online Ordering | 1 | 18.95 | 0 | 18.95 | 1.9 |
| Delivery | 5 | 5788.23 | 0 | 5788.23 | 566.82 |
| Total | 2432 | 168470.64 | 2330.01 | 170800.65 | 16832.68 |

| Tax rate | Tax amount | Taxable amount |
|---|---:|---:|
| State Tax | 10104.98 | 168101.85 |
| Local Tax | 6735.78 | 168101.85 |
| Arlington Retail Tax | 31.5 | 525 |
| Non Taxable | 0 | 240.97 |
| Toast marketplace facilitator tax - Remitted by Toast | 67.9 | 677.45 |

| Service charge | Count | Amount |
|---|---|---|
| Large Party Service Charge | 54 | 1102.52 |
| Delivery Fee | 14 | 105 |
| Catering Delivery Fee | 5 | 250 |
| Catering Service Charge | 22 | 334.5 |
| Catering Service Charge | 1 | 20.3 |
| Total | 96 | 1812.32 |

| Discount | Count | Orders | Amount |
|---|---|---|---|
| Employee Discount - Item | 21 | 17 | 237.58 |
| Manager Meal | 35 | 26 | 503.25 |
| Recovery | 16 | 13 | 261.6 |
| Comp % Item | 1 | 1 | 9 |
| Manager Comp - Item | 3 | 1 | 15 |
| Open $ Item | 1 | 1 | 4 |
| Open % Item | 2 | 1 | 515 |
| Total | 79 | 60 | 1545.43 |

| Discount | Count | Orders | Amount |
|---|---|---|---|
| Employee Discount - Check | 23 | 23 | 270.88 |
| Bar Promo | 8 | 8 | 174 |
| Spin Wheel Promo Card | 1 | 1 | 32.95 |
| $10 Off $40 Purchase Dine In Card | 1 | 1 | 10 |
| Open $ Check | 3 | 3 | 15 |
| Open % Check | 7 | 2 | 173.05 |
| Manager Comp - Check | 1 | 1 | 79.8 |
| Investor/Family 50% | 1 | 1 | 10 |
| Discover Arlington | 1 | 1 | 11.4 |
| Make The Switch 1st Order Free Delivery | 1 | 1 | 7.5 |
| Total | 47 | 42 | 784.58 |

| Service / day part | Orders | Net sales | Discount amount | Refund amount | Gross sales | Tax amount |
|---|---|---|---|---|---|---|
| Lunch | 775 | 55156.6 | 1197.52 | 0 | 56354.12 | 5511.49 |
| Dinner | 1594 | 110670.86 | 1047.07 | 0 | 111717.93 | 11056.44 |
| Late Night | 63 | 2643.18 | 85.42 | 0 | 2728.6 | 264.75 |
| Total | 2432 | 168470.64 | 2330.01 | 0 | 170800.65 | 16832.68 |

| Deferred type | Gross amount | Discounts | Refunds | Net amount |
|---|---|---|---|---|
| Deferred (gift cards) | 75 | 0 | 0 | 75 |

| Unpaid amount |
| --- |
| 30 |

| Void amount | Void order count | Void item count | Void amount % |
|---|---|---|---|
| 1787.11 | 74 | 133 | 1.1 |

| Total cash payments | Cash adjustments | Cash refunds | Cash before tipouts | Tipouts tips withheld | Total cash |
|---|---|---|---|---|---|
| 3930.86 | 601.59 | 0 | 4532.45 | 0 | 4532.45 |

| Expected closeout cash | Actual closeout cash | Cash overage/shortage | Expected deposit | Actual deposit | Deposit overage/shortage |
|---|---|---|---|---|---|
| 11897.68 | 12517.36 | 619.68 | 5617.36 | | |

| yyyyMMdd | Net sales | Total orders | Total guests |
|---|---|---|---|
| 20240601 | 7881.61 | 115 | 227 |
| 20240602 | 7770.01 | 132 | 242 |
| 20240603 | 2796.87 | 52 | 79 |
| 20240604 | 3585.77 | 56 | 89 |
| 20240605 | 3319.7 | 62 | 115 |
| 20240606 | 4646.04 | 72 | 107 |
| 20240607 | 5996.6 | 102 | 161 |
| 20240608 | 9847.79 | 109 | 198 |
| 20240609 | 7360.46 | 98 | 159 |
| 20240610 | 3404.5 | 54 | 88 |
| 20240611 | 7017.3 | 48 | 140 |
| 20240612 | 2942.04 | 56 | 83 |
| 20240613 | 3765.62 | 69 | 114 |
| 20240614 | 5431.52 | 88 | 148 |
| 20240615 | 9187.23 | 105 | 183 |
| 20240616 | 17154.47 | 193 | 427 |
| 20240617 | 3066.88 | 58 | 85 |
| 20240618 | 3842.48 | 55 | 96 |
| 20240619 | 6223.89 | 86 | 153 |
| 20240620 | 2843.05 | 59 | 77 |
| 20240621 | 5704.94 | 83 | 138 |
| 20240622 | 7119.07 | 99 | 182 |
| 20240623 | 5021.51 | 87 | 131 |
| 20240624 | 3418.95 | 57 | 100 |
| 20240625 | 3599.39 | 64 | 97 |
| 20240626 | 3931.55 | 46 | 68 |
| 20240627 | 2806.9 | 45 | 89 |
| 20240628 | 6703.99 | 102 | 150 |
| 20240629 | 6507.32 | 96 | 169 |
| 20240630 | 5573.19 | 84 | 152 |

| Day of week | Net sales | Total orders | Total guests |
|---|---|---|---|
| Thu | 14061.61 | 245 | 387 |
| Wed | 16417.18 | 250 | 419 |
| Tue | 18044.94 | 223 | 422 |
| Sun | 42879.64 | 594 | 1111 |
| Mon | 12687.2 | 221 | 352 |
| Fri | 23837.05 | 375 | 597 |
| Sat | 40543.02 | 524 | 959 |

| Hour of day | Net sales | Total orders | Total guests |
|---|---|---|---|
| 11 | 8531.67 | 117 | 260 |
| 13 | 10297.33 | 162 | 306 |
| 15 | 8043.31 | 119 | 191 |
| 12 | 12791.56 | 200 | 391 |
| 18 | 25303.52 | 359 | 682 |
| 20 | 13159.52 | 245 | 375 |
| 21 | 9859.81 | 208 | 284 |
| 17 | 21691.04 | 259 | 472 |
| 16 | 15530.49 | 158 | 251 |
| 19 | 25126.48 | 365 | 653 |
| 14 | 10167.23 | 134 | 208 |
| 10 | 5325.5 | 43 | 93 |
| 23 | 140 | 8 | 12 |
| 0 | 20 | 1 | 1 |
| 22 | 2483.18 | 54 | 68 |