| Creditor | Creditor Class | Claim Number | Secured Portion of Claim | Priority Portion of Claim | Non-Priority, Unsecured Portion of Claim | Disputed |
|---|---|---|---|---|---|---|
| Uline | 4 | 1 | $0.00 | $0.00 | $0.00 | No |
| Crystal Commercial Cleaning Services, LLC | 4 | 2 | $0.00 | $0.00 | $11,877.14 | Yes |
| TD Bank, N.A. | 1 & 4 | 3 | $65,000.00 | $0.00 | $18,822.57 | No |
| Adams Burch LLC d/b/a Trimark Adams Burch | 4 | 4 | $0.00 | $0.00 | $21,541.32 | No |
| The Pels Law Firm | 4 | 5 | $0.00 | $0.00 | $122,459.49 | Yes |
| Daisy & Collins LLP | 4 | 6 | $0.00 | $0.00 | $5,500.00 | Yes |
| Capital Bank, NA | 2 & 4 | 7 | $64,456.85 | $0.00 | $852,669.76 | No |
| The Chefs Warehouse Mid-Atlantic, LLC | 3 & 4 | 8 | $0.00 | $2,793.60 | $964.50 | Yes |
| The Chefs Warehouse Mid-Atlantic, LLC | 3 & 4 | 9 | $0.00 | $8,760.21 | $36,083.18 | Yes |
| WebBank | n/a | n/a | $0.00 | $0.00 | $0.00 | Disputed on schedules; no proof of claim filed by bar date |
| Andrew Darneille | 3 | n/a | $0.00 | $2,115.39 | $0.00 | No |
| Alsco, Inc. | 4 | n/a | $0.00 | $0.00 | $1,637.17 | No |
| Buckhead Meat & Seafood Mid-Atlantic, Inc. d/b/a Metropolitan Meat, Seafood & Poultry | 4 | n/a | $0.00 | $0.00 | $23,155.58 | No |
| Lyon Bakery, Inc. | 4 | n/a | $0.00 | $0.00 | $5,225.98 | No |
| Myzentek LLC | n/a | n/a | $0.00 | $0.00 | $0.00 | Disputed on schedules; no proof of claim filed by bar date |
| Sysco Baltimore, LLC | 4 | n/a | $0.00 | $0.00 | $10,424.20 | No |
| Toast Tab of Delaware, Inc. | n/a | n/a | $0.00 | $0.00 | $0.00 | Disputed on schedules; no proof of claim filed by bar date |
| Washington Gas Light Company d/b/a Washington Gas | 4 | n/a | $0.00 | $0.00 | $799.62 | No |