| Date | EBITDA | Plan Payments | Cash on Hand | Class 2 Accrued Interest | Class 2 Payment | Remaining Class 2 Claim | Class 3 Payment | Class 4 Payment | Admin Payment |
|---|---|---|---|---|---|---|---|---|---|
| October-24 | -$3,592.30 | $0.00 | $10,821.21 | n/a | $0.00 | $56,956.00 | $0.00 | $0.00 | $0.00 |
| November-24 | -$17,259.55 | $0.00 | -$6,438.34 | $386.99 | $0.00 | $57,342.99 | $0.00 | $0.00 | $0.00 |
| December-24 | $15,012.96 | $0.00 | $8,574.62 | $377.05 | $0.00 | $57,720.04 | $0.00 | $0.00 | $0.00 |
| January-25 | -$4,405.50 | $0.00 | $4,169.12 | $392.18 | $0.00 | $58,112.22 | $0.00 | $0.00 | $0.00 |
| February-25 | -$2,933.20 | $0.00 | $1,235.92 | $394.84 | $0.00 | $58,507.06 | $0.00 | $0.00 | $0.00 |
| March-25 | $3,060.69 | $0.00 | $4,296.61 | $359.06 | $0.00 | $58,866.12 | $0.00 | $0.00 | $0.00 |
| April-25 | -$5,372.62 | $0.00 | -$1,076.01 | $399.97 | $0.00 | $59,266.09 | $0.00 | $0.00 | $0.00 |
| May-25 | $9,094.22 | $3,500.00 | $4,518.21 | $389.69 | $1,500.00 | $58,155.78 | $0.00 | $0.00 | $2,000.00 |
| June-25 | $19,463.60 | $0.00 | $23,981.81 | $395.14 | $0.00 | $58,550.92 | $0.00 | $0.00 | $0.00 |
| July-25 | -$7,512.33 | $0.00 | $16,469.48 | $384.99 | $0.00 | $58,935.92 | $0.00 | $0.00 | $0.00 |
| August-25 | $6,116.46 | $3,500.00 | $19,085.94 | $400.44 | $1,500.00 | $57,836.36 | $0.00 | $0.00 | $2,000.00 |
| September-25 | $6,533.97 | $0.00 | $25,619.91 | $392.97 | $0.00 | $58,229.33 | $0.00 | $0.00 | $0.00 |
| October-25 | -$3,248.69 | $0.00 | $22,371.22 | $382.88 | $0.00 | $58,612.20 | $0.00 | $0.00 | $0.00 |
| November-25 | -$17,513.18 | $3,500.00 | $1,358.04 | $398.24 | $1,500.00 | $57,510.45 | $0.00 | $0.00 | $2,000.00 |
| December-25 | $16,936.63 | $0.00 | $18,294.67 | $378.15 | $0.00 | $57,888.60 | $0.00 | $0.00 | $0.00 |
| January-26 | -$3,046.25 | $0.00 | $15,248.42 | $393.33 | $0.00 | $58,281.92 | $0.00 | $0.00 | $0.00 |
| February-26 | -$2,564.58 | $4,500.00 | $8,183.84 | $396.00 | $2,500.00 | $56,177.92 | $0.00 | $0.00 | $2,000.00 |
| March-26 | $3,732.43 | $0.00 | $11,916.27 | $344.76 | $0.00 | $56,522.68 | $0.00 | $0.00 | $0.00 |
| April-26 | -$5,017.62 | $0.00 | $6,898.65 | $384.04 | $0.00 | $56,906.73 | $0.00 | $0.00 | $0.00 |
| May-26 | $10,038.09 | $7,500.00 | $9,436.74 | $374.18 | $2,500.00 | $54,780.91 | $0.00 | $0.00 | $5,000.00 |
| June-26 | $20,930.05 | $0.00 | $30,366.79 | $372.21 | $0.00 | $55,153.12 | $0.00 | $0.00 | $0.00 |
| July-26 | -$7,147.99 | $0.00 | $23,218.80 | $362.65 | $0.00 | $55,515.77 | $0.00 | $0.00 | $0.00 |
| August-26 | $7,125.76 | $7,500.00 | $22,844.56 | $377.20 | $2,500.00 | $53,392.97 | $0.00 | $0.00 | $5,000.00 |
| September-26 | $7,571.76 | $0.00 | $30,416.32 | $362.78 | $0.00 | $53,755.75 | $0.00 | $0.00 | $0.00 |
| October-26 | -$2,708.78 | $0.00 | $27,707.54 | $353.46 | $0.00 | $54,109.21 | $0.00 | $0.00 | $0.00 |
| November-26 | -$17,629.40 | $9,000.00 | $1,078.14 | $367.65 | $4,000.00 | $50,476.86 | $0.00 | $0.00 | $5,000.00 |
| December-26 | $18,539.87 | $0.00 | $19,618.01 | $331.90 | $0.00 | $50,808.76 | $0.00 | $0.00 | $0.00 |
| January-27 | -$1,292.87 | $0.00 | $18,325.14 | $345.22 | $0.00 | $51,153.98 | $0.00 | $0.00 | $0.00 |
| February-27 | -$1,992.22 | $9,000.00 | $7,332.92 | $347.57 | $4,000.00 | $47,501.55 | $0.00 | $0.00 | $5,000.00 |
| March-27 | $4,664.88 | $0.00 | $11,997.80 | $291.52 | $0.00 | $47,793.07 | $0.00 | $0.00 | $0.00 |
| April-27 | -$4,454.61 | $0.00 | $7,543.19 | $324.73 | $0.00 | $48,117.80 | $0.00 | $0.00 | $0.00 |
| May-27 | $11,240.58 | $7,500.00 | $11,283.77 | $316.39 | $5,000.00 | $43,434.19 | $2,500.00 | $0.00 | $0.00 |
| June-27 | $22,632.25 | $0.00 | $33,916.02 | $295.11 | $0.00 | $43,729.30 | $0.00 | $0.00 | $0.00 |
| July-27 | -$6,743.22 | $0.00 | $27,172.80 | $287.54 | $0.00 | $44,016.84 | $0.00 | $0.00 | $0.00 |
| August-27 | $8,206.62 | $7,500.00 | $27,879.42 | $299.07 | $5,000.00 | $39,315.91 | $2,500.00 | $0.00 | $0.00 |
| September-27 | $8,682.77 | $0.00 | $36,562.19 | $267.13 | $0.00 | $39,583.05 | $0.00 | $0.00 | $0.00 |
| October-27 | -$2,120.81 | $0.00 | $34,441.38 | $260.27 | $0.00 | $39,843.32 | $0.00 | $0.00 | $0.00 |
| November-27 | -$17,728.66 | $8,500.00 | $8,212.72 | $270.72 | $6,000.00 | $34,114.03 | $2,500.00 | $0.00 | $0.00 |
| December-27 | $20,245.97 | $0.00 | $28,458.69 | $224.31 | $0.00 | $34,338.35 | $0.00 | $0.00 | $0.00 |
| January-28 | -$1,871.92 | $0.00 | $26,586.77 | $233.31 | $0.00 | $34,571.66 | $0.00 | $0.00 | $0.00 |
| February-28 | -$1,370.23 | $8,500.00 | $16,716.54 | $234.90 | $6,000.00 | $28,806.56 | $2,500.00 | $0.00 | $0.00 |
| March-28 | $5,666.34 | $0.00 | $22,382.88 | $183.10 | $0.00 | $28,989.66 | $0.00 | $0.00 | $0.00 |
| April-28 | -$3,839.04 | $0.00 | $18,543.84 | $196.97 | $0.00 | $29,186.63 | $0.00 | $0.00 | $0.00 |
| May-28 | $12,524.22 | $8,500.00 | $22,568.06 | $191.91 | $6,000.00 | $23,378.54 | $2,500.00 | $0.00 | $0.00 |
| June-28 | $24,485.46 | $0.00 | $47,053.52 | $158.85 | $0.00 | $23,537.38 | $0.00 | $0.00 | $0.00 |
| July-28 | -$6,295.35 | $0.00 | $40,758.17 | $154.77 | $0.00 | $23,692.15 | $0.00 | $0.00 | $0.00 |
| August-28 | $9,363.26 | $9,669.20 | $40,452.23 | $160.98 | $6,000.00 | $17,853.13 | $1,169.20 | $2,500.00 | $0.00 |

| Date | EBITDA | Plan Payments | Cash on Hand | Class 2 Accrued Interest | Class 2 Payment | Remaining Class 2 Claim | Class 3 Payment | Class 4 Payment | Admin Payment |
|---|---|---|---|---|---|---|---|---|---|
| September-28 | $9,871.31 | $0.00 | $50,323.54 | $121.30 | $0.00 | $17,974.43 | $0.00 | $0.00 | $0.00 |
| October-28 | -$1,481.74 | $0.00 | $48,841.80 | $118.19 | $0.00 | $18,092.62 | $0.00 | $0.00 | $0.00 |
| November-28 | -$17,809.41 | $8,500.00 | $22,532.39 | $122.93 | $6,000.00 | $12,215.55 | $0.00 | $2,500.00 | $0.00 |
| December-28 | $22,060.75 | $0.00 | $44,593.14 | $80.32 | $0.00 | $12,295.87 | $0.00 | $0.00 | $0.00 |
| January-29 | -$1,207.30 | $0.00 | $43,385.84 | $83.54 | $0.00 | $12,379.42 | $0.00 | $0.00 | $0.00 |
| February-29 | -$695.49 | $9,000.00 | $33,690.35 | $84.11 | $6,500.00 | $5,963.53 | $0.00 | $2,500.00 | $0.00 |
| March-29 | $6,740.91 | $0.00 | $40,431.26 | $36.60 | $0.00 | $6,000.13 | $0.00 | $0.00 | $0.00 |
| April-29 | -$3,167.54 | $0.00 | $37,263.72 | $40.77 | $0.00 | $6,040.89 | $0.00 | $0.00 | $0.00 |
| May-29 | $13,893.68 | $8,580.61 | $42,576.79 | $39.72 | $6,080.61 | $0.00 | $0.00 | $2,500.00 | $0.00 |
| Total | $155,597.49 | $124,249.81 | n/a | $15,624.61 | $72,580.61 | n/a | $13,669.20 | $10,000.00 | $28,000.00 |