United States Bankruptcy Court
District of Maryland

In re:                                                                                                       Case No. 24-13609-MCR
Smokecraft Clarendon, LLC                                                                    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0             User: admin             Page 1 of 2
Date Rcvd: Aug 01, 2024        Form ID: defntc         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2024:**

**Recip ID**             **Recipient Name and Address**
db                 +   Smokecraft Clarendon, LLC, 7104 Loch Lomond Drive, Bethesda, MD 20817-4760

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 03, 2024                  Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela L. Shortall | ashortall@3cubed-as.com md70@ecfcbis.com |
| Catherine Keller Hopkin | chopkin@yvslaw.com<br>pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV |
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 01, 2024 | Form ID: defntc | Total Noticed: 1 |

US Trustee - Greenbelt

ndiglaw@recap.email

USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.: **24−13609 − MCR**   Chapter: **11**

**Smokecraft Clarendon, LLC**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 46 − Chapter 11 Plan Small Business Subchapter V Filed by Smokecraft Clarendon, LLC (related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Smokecraft Clarendon, LLC). (Attachments: # 1 Exhibit A − Liquidation Analysis # 2 Exhibit B − Projections # 3 Exhibit C − List of Creditors and Their Respective Classes # 4 Exhibit D − Schedule of Payments to be Made and Amortization of Class 2 Claim)(VerStandig, Maurice)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by \*\*8/8/24\*\*. See Cure Box Below.**

CURE: (1) the Debtor did not file proof that it served the plan on all parties in interest as required by paragraph 10 of the Initial Scheduling Order [Dkt. No. 15] and (2) pages 15−23 of the plan are not readable because the font is too small.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 8/1/24

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shannon McKenna
301−344−3390

cc: Debtor
Attorney for Debtor − Maurice Belmont VerStandig

defntc (rev. 12/12/2016)