USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | | DEBTOR |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-13609<br>DISTRICT OF MARYLAND<br>THU AUG 8 15-13-36 PST 2024 | CAPITAL BANK  NA<br>CO CATHERINE KELLER HOPKIN  ESQUIRE<br>YVS LAW  LLC<br>185 ADMIRAL COCHRANE DRIVE  SUITE 130<br>ANNAPOLIS  MD 21401-7582 | SMOKECRAFT CLARENDON  LLC<br>7104 LOCH LOMOND DRIVE<br>BETHESDA  MD 20817-4760 |
| ULINE<br>12575 ULINE DRIVE<br>PLEASANT PRAIRIE  WI 53158-3686 | ADAMS BURCH LLC DBA TRIMARK ADAMS BURCH<br>ATTN KRIS RICH<br>2901 STANFORD CT<br>LANDOVER  MD 20785 | ADAMSBURCH  LLC<br>DBA TRIMARK ADAMSBURCH<br>1901 STANFORD COURT<br>HYATTSVILLE  MD 20785-3219 |
| ALSCO  INC<br>505 E 200 S<br>SALT LAKE CITY  UT 84102-2007 | ANDREW DARNEILLE<br>7104 LOCH LOMOND DRIVE<br>BETHESDA  MD 20817-4760 | (P)U S SECURITIES AND EXCHANGE<br>COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 |
| BRYAN J PELINO<br>ROSENBERG PELINO LLC<br>6031 UNIVERSITY BOULEVARD SUITE 300<br>ELLICOTT CITY  MD 21043-6151 | BUCKHEAD MEAT  SEAFOOD MIDATLANTIC  IN<br>DBA METROPOLITAN MEAT  SEAFOOD  POULT<br>1920 STANFORD CT<br>HYATTSVILLE  MD 20785-3219 | CGC HOLDINGS  INC<br>DBA CAPITAL SEABOARD<br>7540 ASSATEAGUE DRIVE<br>JESSUP  MD 20794-3271 |
| CAPITAL BANK NA<br>CATHERINE KELLER HOPKIN<br>YVS LAW  LLC<br>185 ADMIRAL COCHRANE DRIVE  SUITE 130<br>ANNAPOLIS  MARYLAND 21401-7582 | EXCLUDE<br>(U)CAPITAL BANK  NATIONAL ASSOCIATION<br>INVALID ADDRESS PROVIDED | CHILLCRAFT COMPANY<br>2600 CABOVER DRIVE SUITE K<br>HANOVER  MD 21076-1734 |
| CHRISTOPHER L CAMARRA  ESQUIRE<br>HOLLAND  KNIGHT LLP<br>800 17TH STREET NW SUITE 1100<br>WASHINGTON  DC 20006-3962 | COMCAST BUSINESS<br>1701 JOHN F KENNEDY BLVD<br>PHILADELPHIA  PA 19103-2838 | COMMONWEALTH OF VIRGINIA<br>1957 WESTMORELAND STREET<br>RICHMOND  VA 23230-3225 |
| COMPTROLLER OF MARYLAND<br>REVENUE ADMINISTRATION DIVISION<br>PO BOX 549<br>ANNAPOLIS  MD 21404-0549 | CRYSTAL COMMERCIAL CLEANING SERVICES<br>LL<br>9403 GRANT AVE STE 300<br>MANASSAS  VA 20110-2568 | CRYSTAL COMMERCIAL CLEANING SERVICES<br>LLC<br>PO BOX 41147<br>ARLINGTON  VA 22204-8147 |
| DAISY  COLLINS LLP<br>20130 LAKEVIEW CENTER PLAZA SUITE 400<br>ASHBURN  VA 20147-5905 | DOORDASH  INC<br>303 2ND ST SUITE 800<br>SAN FRANCISCO  CA 94107-1366 | FINANCE A LA CARTE<br>316 GOLF COURSE PKWY<br>DAVENPORT  FL 33837-5522 |
| (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | KBSIII 3003 WASHINGTON  LLC<br>CO KBS<br>3003 WASHINGTON BOULEVARD SUITE 95<br>ARLINGTON  VA 22201-2194 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| LYON BAKERY   INC<br>1900 CLARKSON WAY<br>HYATTSVILLE   MD 20785-3221 | MAGNOLIA PLUMBING   INC<br>600 GALLATIN ST NE<br>WASHINGTON   DC 20017-2359 | MYZENTEK LLC<br>46812 VERMONT MAPLE TER<br>STERLING   VA 20164-2236 |
| OFFICE OF THE COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET   2ND FLOOR<br>BALTIMORE   MD 21202-1689 | OPENTABLE   INC<br>1 MONTGOMERY STREET SUITE 500<br>SAN FRANCISCO   CA 94104-4535 | PEPSICOLA COMPANY<br>8550 TERMINAL ROAD<br>LORTON   VA 22079-1428 |
| PEST MANAGEMENT SERVICES   INC<br>19980 HIGHLAND VISTA DRIVE SUITE 180<br>ASHBURN   VA 20147-5998 | ROBERTS OXYGEN COMPANY   INC<br>15830 REDLAND ROAD<br>DERWOOD   MD 20855-2292 | SAFETY FIRST SERVICES   INC<br>6722B INDUSTRIAL DRIVE<br>BELTSVILLE   MD 20705-1237 |
| SEAN T MORRIS   ESQUIRE<br>THE MORRIS LAW FIRM LLC<br>4845 RUGBY AVENUE SUITE 302<br>BETHESDA   MD 20814-3018 | SECRETARY OF THE TREASURY<br>15TH AND PENNSYLVANIA AVE   NW<br>WASHINGTON   DC 20220-0001 | SMOKECRAFT HOLDINGS LLC<br>7104 LOCH LOMOND DRIVE<br>BETHESDA   MD 20817-4760 |
| STATE OF MARYLAND DLLR<br>DIVISION OF UNEMPLOYMENT INSURANCE<br>1100 N EUTAW STREET   ROOM 401<br>BALTIMORE   MD 21201-2226 | STRATEX HOLDCO   LLC<br>1521 CONCORD PIKE SUITE 201<br>WILMINGTON   DE 19803-3645 | ~~EXCLUDE~~<br>~~(U)SYSCO BALTIMORE   LLC~~<br>~~INVALID ADDRESS PROVIDED~~ |
| TD BANK   NA<br>PO BOX 1931<br>BURLINGAME   CA 94011-1931 | TD BANK   NATIONAL ASSOCIATION<br>1701 MARLTON PIKE E<br>CHERRY HILL   NJ 08003-2335 | TD BANK   NATIONAL ASSOCIATION<br>LEGAL DEPARTMENT TWO PORTLAND SQUARE<br>PORTLAND   ME 04101 |
| TAXING AUTHORITY OF MONTGOMERY COUNTY<br>DIVISION OF TREASURY<br>255 ROCKVILLE PIKE   STE   L-15<br>ROCKVILLE   MD 20850-4188 | THE CHEFS WAREHOUSE MIDATLANTIC   LLC<br>REED SMITH LLP CO ALEXIS A LEVENTHAL<br>225 FIFTH AVENUE<br>PITTSBURGH   PA 15222-2724 | THE CHEFS WAREHOUSE MIDATLANTIC   LLC<br>CO DAIRYLAND US CORPORATION<br>1300 VIELE AVE<br>BRONX   NY 10474-7134 |
| THE PELS LAW FIRM<br>4845 RUGBY AVE 3RD FLOOR<br>BETHESDA   MD 20814-3018 | TOAST CAPITAL LLC<br>401 PARK DRIVE<br>BOSTON   MA 02215-3325 | TOAST TAB OF DELAWARE INC<br>DBA TOAST INC 401 PARK DR SUITE 801<br>BOSTON   MA 02215-3372 |
| TOAST   INC<br>401 PARK DRIVE<br>BOSTON   MA 02215-3372 | (P)US ATTORNEYS OFFICE FOR THE DISTRICT<br>OF MARYLAND<br>36 S CHARLES STREET FOURTH FLOOR<br>BALTIMORE MD 21201-3020 | US TRUSTEE   GREENBELT<br>6305 IVY LANE   SUITE 600<br>GREENBELT   MD 20770-6305 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE
(D)ULINE
12575 ULINE DRIVE
PLEASANT PRAIRIE, WI 53158-3686

EXCLUDE
(U)VARIOUS CUSTOMERS

VEND LEASE COMPANY, INC
8100 SANDPIPER CIR SUITE 300
NOTTINGHAM, MD 21236-4992

WASHINGTON GAS LIGHT COMPANY
DBA WASHINGTON GAS 1000 MAINE AVE, SW
WASHINGTON, DC 20024-3496

WEBBANK
215 SOUTH STATE STREET SUITE 1000
SALT LAKE CITY, UT 84111-2336

ANGELA L SHORTALL
348 THOMPSON CREEK MALL
SUITE 339
STEVENSVILLE, MD 21666-2500

MAURICE BELMONT VERSTANDIG
THE VERSTANDIG LAW FIRM, LLC
9812 FALLS ROAD
114-160
POTOMAC, MD 20854-3976