Entered: August 15th, 2024
Signed: August 14th, 2024
**SO ORDERED**



_____
**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re:<br><br>SMOKECRAFT CLARENDON, LLC,<br><br>      Debtor. | Case Number: 24-13609-MCR<br>Chapter 11 (Subchapter V) |

## SECOND SCHEDULING ORDER

The above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). On May 2, 2024, the Court entered an Initial Scheduling Order [Dkt. No. 15] setting forth certain deadlines and requirements. On June 27, 2024, the Court held a preliminary status conference under Section 1188 of the Bankruptcy Code.

On August 8, 2024, the Debtor filed its Chapter 11, Subchapter V Plan [Dkt. No. 49] (the "Plan").

Based on the record and for good cause appearing, IT IS ORDERED:

1. Service of Plan Documents. On or before **August 21, 2024**, the Debtor shall (a) serve a copy of this Second Scheduling Order, the Plan (with all exhibits and attachments) and a ballot conforming to Official Form 314 on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d), and (b) file a certificate of service with the Court.

2. Objections to Confirmation. **September 18, 2024** is the deadline for filing and serving written objections to confirmation of the Plan pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1). Any party in interest objecting to the Plan, including

        the proposed treatment of any claim or interest under the Plan, must file and serve a timely objection in accordance with this Second Scheduling Order and the applicable rules.

3.     <u>Voting on Plan</u>. **September 18, 2024** is the deadline for submitting written acceptances or rejections of the Plan. Acceptances and rejections must be submitted to the Debtor's attorney at the following address:

> Maurice Belmont VerStandig
> The VerStandig Law Firm, LLC
> 9812 Falls Road, #114-160
> Potomac, MD 20854

4.     <u>Tally of Ballots</u>. The Debtor shall file a tally of ballots pursuant to Local Bankruptcy Rule 3018-1 no later than **September 30, 2024.**

5.     <u>Confirmation Hearing</u>. The Court shall hold a hearing on confirmation of the Plan on **October 7, 2024 at 1:00 p.m.** at the United States Courthouse, 6500 Cherrywood Lane, Courtroom 3-C, Greenbelt, MD 20770.

6.     <u>Administrative Claims Escrow</u>. At the preliminary status conference held on June 27, 2024, the Debtor represented to the Court that its counsel is holding $9,262 in escrow, that $4,000 of that amount is earmarked for the administrative expense claim of the Subchapter V Trustee, and that the remaining $5,262 is earmarked for the administrative expense claim of the Debtor's counsel. The Debtor's counsel shall continue to hold the funds in escrow subject to further order of the Court.

cc:     Debtor
        Debtor's Counsel
        Subchapter V Trustee
        United States Trustee
        All Creditors and Parties in Interest

**END OF ORDER**