**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Smokecraft Clarendon, LLC** | **Case No. 24-13609** |
| **Debtor.** | |

NOTICE OF SUBMISSION OF PROPOSED SECOND CONSENT ORDER
AUTHORIZING INTERIM USE OF CASH COLLATERAL
AND REDLINED VERSION OF SAME

Capital Bank, National Association ("Capital Bank"), hereby submits the attached proposed Second Consent Order Granting (I) Interim Use of Cash Collateral from September 1, 2024, through October 31, 2024, and (II) Granting Adequate Protection (the "Proposed Order"). Also attached is a redlined version of the Proposed Order that tracks changes against the Court's Order (I) Authorizing the Debtor's Interim Use of Cash Collateral Pursuant to 11 U.S.C. Sections 361, 363 and 552; (II) Granting Adequate Protection; And (III) Scheduling Final Hearing Pursuant to 11 U.S.C. Section 363(C)(2) and Fed.R.Bankr.P. 4001 [Dkt. # 44] entered July 23, 2024.  A copy of the Proposed Order will also be uploaded for the Court's consideration.

The Debtor consents to the terms of the Proposed Order.

Respectfully submitted,

August 28, 2024

*/s/ Catherine K. Hopkin*
Catherine Keller Hopkin, 28257
John Rott, 22129
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
chopkin@yvslaw.com
jrott@yvslaw.com
(443) 569-0778

Counsel for Capital Bank, National Association

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August 2024, a copy of the foregoing Notice was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list.

*/s/ Catherine K. Hopkin*
Catherine Keller Hopkin

**The following parties received CM/ECF notice of the filing:**

Catherine Keller Hopkin, Esquire
(chopkin@yvslaw.com)
Counsel for Capital Bank N.A.
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401

Lynn A. Kohen, Esquire
(lynn.a.kohen@usdoj.gov)
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770

L. Jeanette Rice, Esquire
(jeanette.rice@usdoj.gov)
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770

Angela L. Shortall, Subchapter V Trustee
(ashortall@3cubed-as.com)
111 South Calvert Street, Suite 1400
Baltimore, Maryland 21202

U.S. Trustee – Greenbelt
(ustpregion04.gb.ecf@usdoj.gov)
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770

Maurice Belmont VerStandig, Esquire
(mac@mbvesq.com)
Counsel for Debtor
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854