**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| In re | Case No. 24-13609-MCR |
| Smokecraft Clarendon, LLC | Chapter 11 |
| Debtor. | |
| _____/ | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 21, 2024, I transmitted to a third party mailing vendor a copy the Second Scheduling Order (DE #52) and Smokecraft Clarendon, LLC's Subchapter V Plan of Reorganization together with the various exhibits thereto (DE #49), to be sent via First Class Mail, postage prepaid, to all parties on the attached mailing matrix, with those parties denoted as classified under the foregoing plan also being sent a correlative ballot.

    Respectfully submitted,

    /s/ Maurice B. VerStandig
    Maurice B. VerStandig, Esq.
    Bar No. 18071
    THE BELMONT FIRM
    1050 Connecticut Avenue NW,
    Suite 500
    Washington, DC 20036
    Phone: (301) 444-4600
    E-mail: mac@dcbankruptcy.com
    *Counsel for the Debtor*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of September, 2024, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Catherine Keller Hopkin    chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
- Lynn A. Kohen    lynn.a.kohen@usdoj.gov
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Angela L. Shortall    ashortall@3cubed-as.com, md70@ecfcbis.com
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.