USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | | DEBTOR |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-13609<br>DISTRICT OF MARYLAND<br>THU AUG 8 15-13-36 PST 2024 | CAPITAL BANK  NA<br>CO CATHERINE KELLER HOPKIN  ESQUIRE<br>YVS LAW  LLC<br>185 ADMIRAL COCHRANE DRIVE  SUITE 130<br>ANNAPOLIS  MD 21401-7582 | SMOKECRAFT CLARENDON  LLC<br>7104 LOCH LOMOND DRIVE<br>BETHESDA  MD 20817-4760 |
| ULINE<br>12575 ULINE DRIVE<br>PLEASANT PRAIRIE  WI 53158-3686 | ADAMS BURCH LLC DBA TRIMARK ADAMS BURCH<br>ATTN KRIS RICH<br>2901 STANFORD CT<br>LANDOVER  MD 20785 | ADAMSBURCH  LLC<br>DBA TRIMARK ADAMSBURCH<br>1901 STANFORD COURT<br>HYATTSVILLE  MD 20785-3219 |
| ALSCO  INC<br>505 E 200 S<br>SALT LAKE CITY  UT 84102-2007 | ANDREW DARNEILLE<br>7104 LOCH LOMOND DRIVE<br>BETHESDA  MD 20817-4760 | (P)U S SECURITIES AND EXCHANGE<br>COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 |
| BRYAN J PELINO<br>ROSENBERG PELINO LLC<br>6031 UNIVERSITY BOULEVARD SUITE 300<br>ELLICOTT CITY  MD 21043-6151 | BUCKHEAD MEAT  SEAFOOD MIDATLANTIC  IN<br>DBA METROPOLITAN MEAT  SEAFOOD  POULT<br>1920 STANFORD CT<br>HYATTSVILLE  MD 20785-3219 | CGC HOLDINGS  INC<br>DBA CAPITAL SEABOARD<br>7540 ASSATEAGUE DRIVE<br>JESSUP  MD 20794-3271 |
| CAPITAL BANK NA<br>CATHERINE KELLER HOPKIN<br>YVS LAW  LLC<br>185 ADMIRAL COCHRANE DRIVE  SUITE 130<br>ANNAPOLIS  MARYLAND 21401-7582 | ~~EXCLUDE~~<br>~~(U)CAPITAL BANK  NATIONAL ASSOCIATION~~<br>~~INVALID ADDRESS PROVIDED~~ | CHILLCRAFT COMPANY<br>2600 CABOVER DRIVE SUITE K<br>HANOVER  MD 21076-1734 |
| CHRISTOPHER L CAMARRA  ESQUIRE<br>HOLLAND  KNIGHT LLP<br>800 17TH STREET NW SUITE 1100<br>WASHINGTON  DC 20006-3962 | COMCAST BUSINESS<br>1701 JOHN F KENNEDY BLVD<br>PHILADELPHIA  PA 19103-2838 | COMMONWEALTH OF VIRGINIA<br>1957 WESTMORELAND STREET<br>RICHMOND  VA 23230-3225 |
| COMPTROLLER OF MARYLAND<br>REVENUE ADMINISTRATION DIVISION<br>PO BOX 549<br>ANNAPOLIS  MD 21404-0549 | CRYSTAL COMMERCIAL CLEANING SERVICES<br>LL<br>9403 GRANT AVE STE 300<br>MANASSAS  VA 20110-2568 | CRYSTAL COMMERCIAL CLEANING SERVICES<br>LLC<br>PO BOX 41147<br>ARLINGTON  VA 22204-8147 |
| DAISY  COLLINS LLP<br>20130 LAKEVIEW CENTER PLAZA SUITE 400<br>ASHBURN  VA 20147-5905 | DOORDASH  INC<br>303 2ND ST SUITE 800<br>SAN FRANCISCO  CA 94107-1366 | FINANCE A LA CARTE<br>316 GOLF COURSE PKWY<br>DAVENPORT  FL 33837-5522 |
| (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | KBSIII 3003 WASHINGTON  LLC<br>CO KBS<br>3003 WASHINGTON BOULEVARD SUITE 95<br>ARLINGTON  VA 22201-2194 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| LYON BAKERY   INC<br>1900 CLARKSON WAY<br>HYATTSVILLE  MD 20785-3221 | MAGNOLIA PLUMBING   INC<br>600 GALLATIN ST NE<br>WASHINGTON  DC 20017-2359 | MYZENTEK LLC<br>46812 VERMONT MAPLE TER<br>STERLING  VA 20164-2236 |
| OFFICE OF THE COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET  2ND FLOOR<br>BALTIMORE  MD 21202-1689 | OPENTABLE   INC<br>1 MONTGOMERY STREET SUITE 500<br>SAN FRANCISCO   CA 94104-4535 | PEPSICOLA COMPANY<br>8550 TERMINAL ROAD<br>LORTON  VA 22079-1428 |
| PEST MANAGEMENT SERVICES   INC<br>19980 HIGHLAND VISTA DRIVE SUITE 180<br>ASHBURN  VA 20147-5998 | ROBERTS OXYGEN COMPANY   INC<br>15830 REDLAND ROAD<br>DERWOOD  MD 20855-2292 | SAFETY FIRST SERVICES   INC<br>6722B INDUSTRIAL DRIVE<br>BELTSVILLE  MD 20705-1237 |
| SEAN T MORRIS  ESQUIRE<br>THE MORRIS LAW FIRM LLC<br>4845 RUGBY AVENUE SUITE 302<br>BETHESDA  MD 20814-3018 | SECRETARY OF THE TREASURY<br>15TH AND PENNSYLVANIA AVE  NW<br>WASHINGTON  DC 20220-0001 | SMOKECRAFT HOLDINGS LLC<br>7104 LOCH LOMOND DRIVE<br>BETHESDA  MD 20817-4760 |
| STATE OF MARYLAND DLLR<br>DIVISION OF UNEMPLOYMENT INSURANCE<br>1100 N EUTAW STREET  ROOM 401<br>BALTIMORE  MD 21201-2226 | STRATEX HOLDCO   LLC<br>1521 CONCORD PIKE SUITE 201<br>WILMINGTON  DE 19803-3645 | ~~EXCLUDE~~<br>~~(U)SYSCO BALTIMORE  LLC~~<br>~~INVALID ADDRESS PROVIDED~~ |
| TD BANK  NA<br>PO BOX 1931<br>BURLINGAME  CA 94011-1931 | TD BANK  NATIONAL ASSOCIATION<br>1701 MARLTON PIKE E<br>CHERRY HILL  NJ 08003-2335 | TD BANK  NATIONAL ASSOCIATION<br>LEGAL DEPARTMENT TWO PORTLAND SQUARE<br>PORTLAND  ME 04101 |
| TAXING AUTHORITY OF MONTGOMERY COUNTY<br>DIVISION OF TREASURY<br>255 ROCKVILLE PIKE  STE  L-15<br>ROCKVILLE  MD 20850-4188 | THE CHEFS WAREHOUSE MIDATLANTIC  LLC<br>REED SMITH LLP CO ALEXIS A LEVENTHAL<br>225 FIFTH AVENUE<br>PITTSBURGH  PA 15222-2724 | THE CHEFS WAREHOUSE MIDATLANTIC  LLC<br>CO DAIRYLAND US CORPORATION<br>1300 VIELE AVE<br>BRONX  NY 10474-7134 |
| THE PELS LAW FIRM<br>4845 RUGBY AVE 3RD FLOOR<br>BETHESDA  MD 20814-3018 | TOAST CAPITAL LLC<br>401 PARK DRIVE<br>BOSTON  MA 02215-3325 | TOAST TAB OF DELAWARE INC<br>DBA TOAST INC 401 PARK DR SUITE 801<br>BOSTON  MA 02215-3372 |
| TOAST  INC<br>401 PARK DRIVE<br>BOSTON  MA 02215-3372 | (P)US ATTORNEYS OFFICE FOR THE DISTRICT<br>OF MARYLAND<br>36 S CHARLES STREET FOURTH FLOOR<br>BALTIMORE MD 21201-3020 | US TRUSTEE  GREENBELT<br>6305 IVY LANE  SUITE 600<br>GREENBELT  MD 20770-6305 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE                                EXCLUDE
(D)ULINE                               (U)VARIOUS CUSTOMERS           VEND LEASE COMPANY, INC
12575 ULINE DRIVE                                                     8100 SANDPIPER CIR SUITE 300
PLEASANT PRAIRIE, WI 53158-3686                                       NOTTINGHAM, MD 21236-4992




WASHINGTON GAS LIGHT COMPANY           WEBBANK                        ANGELA L SHORTALL
DBA WASHINGTON GAS 1000 MAINE AVE, SW  215 SOUTH STATE STREET SUITE 1000   348 THOMPSON CREEK MALL
WASHINGTON, DC 20024-3496              SALT LAKE CITY, UT 84111-2336  SUITE 339
                                                                      STEVENSVILLE, MD 21666-2500




MAURICE BELMONT VERSTANDIG
THE VERSTANDIG LAW FIRM, LLC
9812 FALLS ROAD
114-160
POTOMAC, MD 20854-3976
```