SMALL BUSINESS MOR – SMOKECRAFT CLARENDON LLC
JUNE 2024
EXHIBIT B

10. Accounts as of 7/31/24 include:

1. TD Bank CD Ending in: 0387 (secured letter of credit for lease)
2. Capital Bank MD Ending in: 5611 (Capital Bank refused to close the account when attempted)