**Smokecraft Clarendon LLC**
**MOR Exhibit C - Deposit Transaction Report**

| Date | Transaction Type | Num | Adj | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/01/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 3,291.25 |
| 07/01/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | $ 2.40 |
| 07/02/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 4,006.54 |
| 07/02/2024 | Journal Entry | sales | No | | Check | 1021 TD Bank-DIP Checking | -Split- | $ 399.64 |
| 07/03/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 4,930.49 |
| 07/03/2024 | Deposit | | No | Melio | | 1020 TD Bank Operating | 7840 F. Utilities:Firewood | $ 500.00 |
| 07/03/2024 | Journal Entry | sales | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 136.87 |
| 07/03/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | $ 1.16 |
| 07/04/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 10,147.30 |
| 07/04/2024 | Journal Entry | sales | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 341.07 |
| 07/05/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 3,699.51 |
| 07/05/2024 | Deposit | | No | Payoneer | PAYONEER 7362   EDI PAYMNT | 1021 TD Bank-DIP Checking | 1206 EZCater | $ 2,040.99 |
| 07/05/2024 | Journal Entry | sales | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 129.30 |
| 07/06/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 3,987.26 |
| 07/06/2024 | Journal Entry | sales | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 199.79 |
| 07/07/2024 | Deposit | | No | UberEats | | 1021 TD Bank-DIP Checking | -Split- | $ 6,621.44 |
| 07/07/2024 | Deposit | | No | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | $ 6,408.12 |
| 07/07/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 3,247.87 |
| 07/07/2024 | Journal Entry | sales | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 211.35 |
| 07/08/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 3,998.92 |
| 07/08/2024 | Journal Entry | sales | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 107.65 |
| 07/09/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 3,039.21 |
| 07/09/2024 | Journal Entry | sales | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 73.58 |
| 07/10/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 3,366.77 |
| 07/10/2024 | Deposit | | No | Payoneer | PAYONEER 7362   EDI PAYMNT | 1021 TD Bank-DIP Checking | 1206 EZCater | $ 2,511.74 |
| 07/10/2024 | Journal Entry | sales | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 224.65 |
| 07/10/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | $ 1.35 |
| 07/11/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 3,103.15 |
| 07/11/2024 | Deposit | | No | | INTEREST CREDIT | 1050 TD Bank CD | 6180 Cost of Sales:NA Beverage | $ 195.92 |
| 07/12/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 5,029.35 |
| 07/12/2024 | Journal Entry | sales | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 385.40 |
| 07/13/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 6,833.39 |
| 07/13/2024 | Journal Entry | sales | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 97.70 |
| 07/14/2024 | Deposit | | No | UberEats | | 1021 TD Bank-DIP Checking | -Split- | $ 4,512.09 |
| 07/14/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 3,550.22 |
| 07/14/2024 | Deposit | | No | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | $ 3,481.63 |
| 07/14/2024 | Journal Entry | sales | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 86.00 |
| 07/15/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 4,201.72 |
| 07/15/2024 | Journal Entry | sales | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 48.30 |
| 07/15/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 1340 Prepaid Insurance | $ 12.92 |
| 07/16/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 2,926.89 |
| 07/16/2024 | Journal Entry | sales | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 113.95 |
| 07/17/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 3,511.15 |
| 07/17/2024 | Deposit | | No | Payoneer | PAYONEER 7362   EDI PAYMNT | 1021 TD Bank-DIP Checking | 1206 EZCater | $ 1,860.82 |
| 07/17/2024 | Journal Entry | sales | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 95.53 |
| 07/18/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 3,642.47 |
| 07/18/2024 | Deposit | | No | Reverie Distribution Co. | REVERIE DISTRIBU FINTECHEFT | 1021 TD Bank-DIP Checking | 6240 Cost of Sales:Draft Beer Cost | $ 50.00 |
| 07/18/2024 | Journal Entry | sales | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 25.00 |
| 07/19/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 4,788.61 |
| 07/19/2024 | Deposit | | No | Square | Please credit meat cost with this deposit. This is our new Braveheart loyalty credit for buying their briskets. They send gift cards for $0.15/lb purchased monthly. Only way to redeem without tax is swiping through square. No tip, only way to max out card. Total is meat credit. This is May, Junes credit due imminently. | 1021 TD Bank-DIP Checking | 6110 Cost of Sales:Meat Cost | $ 272.96 |
| 07/19/2024 | Journal Entry | sales | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 126.52 |
| 07/19/2024 | Deposit | | No | Square | SQUARE INC     ACCTVERIFY | 1021 TD Bank-DIP Checking | 7250 C. General &  Administrative:Credit Card Commissions | $ 0.01 |
| 07/20/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 5,811.71 |
| 07/20/2024 | Journal Entry | sales | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 318.46 |
| 07/21/2024 | Deposit | | No | UberEats | | 1021 TD Bank-DIP Checking | -Split- | $ 4,199.14 |
| 07/21/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 3,903.64 |
| 07/21/2024 | Deposit | | No | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | $ 3,695.29 |
| 07/21/2024 | Journal Entry | sales | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 136.69 |
| 07/22/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 2,238.19 |
| 07/22/2024 | Journal Entry | sales | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 57.65 |
| 07/23/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 2,140.49 |
| 07/23/2024 | Journal Entry | sales | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 152.50 |
| 07/24/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 2,651.50 |
| 07/24/2024 | Deposit | | No | Payoneer | PAYONEER 7362   EDI PAYMNT | 1021 TD Bank-DIP Checking | 1206 EZCater | $ 659.86 |
| 07/24/2024 | Journal Entry | sales | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 55.15 |

**Smokecraft Clarendon LLC**
**MOR Exhibit C - Deposit Transaction Report**

| Date | Transaction Type | Num | Adj | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/24/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | $ 0.31 |
| 07/25/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 3,979.24 |
| 07/25/2024 | Deposit | | No | VRA Cleaning Services LLC | INTUIT       REFUND | 1021 TD Bank-DIP Checking | 1300 Prepaid Other | $ 3,680.00 |
| 07/25/2024 | Journal Entry | sales | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 64.29 |
| 07/26/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 4,582.62 |
| 07/26/2024 | Journal Entry | sales | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 270.66 |
| 07/26/2024 | Deposit | | No | | STRATEGY EXECUTI TAX COL | 1021 TD Bank-DIP Checking | 6510 A. Payroll Expenses:Payroll Taxes | $ 0.01 |
| 07/27/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 5,604.19 |
| 07/27/2024 | Journal Entry | sales | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 101.00 |
| 07/28/2024 | Journal Entry | sales | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 4,692.07 |
| 07/28/2024 | Deposit | | No | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | $ 4,534.09 |
| 07/28/2024 | Deposit | | No | UberEats | | 1021 TD Bank-DIP Checking | -Split- | $ 4,087.23 |
| 07/28/2024 | Deposit | | No | Payoneer | PAYONEER 7362  EDI PAYMNT | 1021 TD Bank-DIP Checking | 1206 EZCater | $ 2,356.50 |
| 07/28/2024 | Journal Entry | sales | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 241.23 |
| 07/28/2024 | Journal Entry | bank adj | No | | | 1021 TD Bank-DIP Checking | -Split- | $ 86.42 |
| 07/29/2024 | Journal Entry | Sales 7.29 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 1,568.09 |
| 07/29/2024 | Deposit | | No | toast | TOAST        CBW JUL 26 | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | $ 72.50 |
| 07/29/2024 | Journal Entry | Sales 7.29 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 20.00 |
| 07/30/2024 | Journal Entry | Sales 7.30 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 4,038.28 |
| 07/30/2024 | Journal Entry | Sales 7.30 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 131.00 |
| 07/30/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | $ 0.71 |
| 07/31/2024 | Journal Entry | Sales 7.31 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | $ 2,985.00 |
| 07/31/2024 | Deposit | | No | | DEPOSIT | 1021 TD Bank-DIP Checking | -Split- | $ 462.98 |
| 07/31/2024 | Deposit | | No | | DEPOSIT | 1021 TD Bank-DIP Checking | 6750 B. Controllable Expenses:Trash Removal | $ 29.36 |
| 07/31/2024 | Journal Entry | Sales 7.31 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | $ 9.00 |
| | | | | | | | | $ 182,194.97 |