## Smokecraft Clarendon LLC
## MOR Exhibit D - Withdrawal Transaction Report

| Date | Transaction Type | Num | Adj | Name | Memo/Description | Split | Amount | |
|---|---|---|---|---|---|---|---|---|
| 07/01/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | Controllable | $ (0.52) |
| 07/01/2024 | Expense | | No | Trader Joe's | DDA PURCHASE AP - 314188   TRADER JOE S  64 TRADER    ARLINGTON    * VA | 1021 TD Bank-DIP Checking | Sales:Produce | $ (14.10) |
| 07/01/2024 | Journal Entry | VA ABC | No | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | $ (78.42) |
| 07/01/2024 | Journal Entry | MarginEdge | No | | Vendor: MarginEdge | 1021 TD Bank-DIP Checking | -Split- | $ (300.00) |
| 07/01/2024 | Bill Payment (Check) | | No | KBS III 3003 Washington LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (18,111.14) |
| 07/02/2024 | Journal Entry | Trader Joes | No | | Vendor: Trader Joe's | 1021 TD Bank-DIP Checking | -Split- | $ (14.10) |
| 07/02/2024 | Expense | | No | Trader Joe's | DDA PURCHASE AP - 314188   TRADER JOE S  64 TRADER    ARLINGTON    * VA | 1021 TD Bank-DIP Checking | Sales:Produce | $ (14.10) |
| 07/02/2024 | Expense | | No | Google LLC | VISA DDA PUR AP - 480394    GOOGLE GSUITE SMOKECRA    CC GOOGLE COM * CA | 1021 TD Bank-DIP Checking | & | $ (15.26) |
| 07/02/2024 | Expense | | No | Toast Inc. | TOAST, INC    TOAST, INC | 1021 TD Bank-DIP Checking | & | $ (16.24) |
| 07/02/2024 | Journal Entry | Amazon | No | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | $ (153.85) |
| 07/02/2024 | Bill Payment (Check) | 5017 | No | ALSCO | Invoice Numbers: LALE1100303 | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (247.92) |
| 07/03/2024 | Journal Entry | Giant | No | | Vendor: Giant | 1021 TD Bank-DIP Checking | -Split- | $ (1.69) |
| 07/03/2024 | Journal Entry | Network Solutions | No | | Vendor: Network Solutions | 1021 TD Bank-DIP Checking | -Split- | $ (44.99) |
| 07/03/2024 | Journal Entry | Amazon | No | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | $ (48.98) |
| 07/03/2024 | Bill Payment (Check) | | No | Parkx Master Merchant, LC | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (200.00) |
| 07/03/2024 | Bill Payment (Check) | | No | Republic National | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (279.72) |
| 07/03/2024 | Bill Payment (Check) | EFT98719253 | No | Hop & Wine | Invoice Numbers: 263782 | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (522.00) |
| 07/03/2024 | Bill Payment (Check) | 5018 | No | TriMark Adams-Burch | Invoice Numbers: 6438670-00 | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (745.39) |
| 07/03/2024 | Journal Entry | Buckhead | No | | Vendor: Buckhead Meat & Seafood/Metropolitan Meats | 1021 TD Bank-DIP Checking | -Split- | $ (1,827.73) |
| 07/03/2024 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | 1020 TD Bank Operating | Payable (A/P) | $ (5,298.79) |
| 07/04/2024 | Journal Entry | Giant | No | | Vendor: Giant | 1021 TD Bank-DIP Checking | -Split- | $ (10.15) |
| 07/04/2024 | Journal Entry | CVS | No | | Vendor: CVS Pharmacy | 1021 TD Bank-DIP Checking | -Split- | $ (18.01) |
| 07/04/2024 | Journal Entry | Amazon | No | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | $ (47.89) |
| 07/05/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | Controllable | $ (0.87) |
| 07/05/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | Controllable | $ (10.07) |
| 07/05/2024 | Bill Payment (Check) | | No | Toast Inc. | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (389.75) |
| 07/05/2024 | Bill Payment (Check) | | No | Toast Inc. | TOAST, INC    TOAST, INC | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (988.53) |
| 07/05/2024 | Journal Entry | Restaurant Depot | No | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | $ (1,910.31) |
| 07/07/2024 | Journal Entry | bank adj | No | | | 1021 TD Bank-DIP Checking | -Split- | $ (25.71) |
| 07/08/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | Controllable | $ (2.30) |
| 07/08/2024 | Journal Entry | Craigslist | No | | Vendor: Craigslist | 1021 TD Bank-DIP Checking | -Split- | $ (45.00) |
| 07/08/2024 | Bill Payment (Check) | | No | Corporate Filings LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (49.00) |
| 07/08/2024 | Expense | | No | Amazon | VISA DDA PUR AP - 469216    AMAZON MKTPL R79QK5PO1    AMZN COM BILL * WA | 1021 TD Bank-DIP Checking | Controllable | $ (127.69) |
| 07/08/2024 | Bill Payment (Check) | | No | Roberts Oxygen Company, Inc. | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (153.56) |
| 07/08/2024 | Bill Payment (Check) | | No | Toast Inc. | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (389.75) |
| 07/08/2024 | Journal Entry | Stickermule | No | | Vendor: Stickermule | 1021 TD Bank-DIP Checking | -Split- | $ (495.55) |
| 07/08/2024 | Bill Payment (Check) | | No | Lyon Bakery | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (548.32) |
| 07/08/2024 | Bill Payment (Check) | | No | Chill-Craft Company Inc. | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (561.54) |
| 07/08/2024 | Journal Entry | Restaurant Depot | No | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | $ (1,260.21) |
| 07/08/2024 | Bill Payment (Check) | | No | Finance A La Carte LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (2,500.00) |
| 07/09/2024 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (61.47) |
| 07/09/2024 | Bill Payment (Check) | 5020 | No | ALSCO | Invoice Numbers: LALE1101337 | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (247.92) |
| 07/09/2024 | Journal Entry | Uline | No | | Vendor: ULINE | 1021 TD Bank-DIP Checking | -Split- | $ (301.92) |
| 07/09/2024 | Journal Entry | VA ABC | No | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | $ (349.46) |
| 07/09/2024 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (7,080.77) |
| 07/10/2024 | Journal Entry | Amazon | No | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | $ (18.01) |
| 07/10/2024 | Journal Entry | Amazon | No | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | $ (24.37) |
| 07/10/2024 | Journal Entry | Giant | No | | Vendor: Giant | 1021 TD Bank-DIP Checking | -Split- | $ (38.22) |
| 07/10/2024 | Journal Entry | Amazon | No | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | $ (47.95) |
| 07/10/2024 | Journal Entry | Amazon | No | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | $ (74.04) |
| 07/10/2024 | Journal Entry | Uline | No | | Vendor: ULINE | 1021 TD Bank-DIP Checking | -Split- | $ (185.27) |
| 07/10/2024 | Bill Payment (Check) | | No | VRA Cleaning Services LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (3,680.00) |
| 07/11/2024 | Journal Entry | Giant | No | | Vendor: Giant | 1021 TD Bank-DIP Checking | -Split- | $ (17.33) |
| 07/11/2024 | Journal Entry | Restaurant Depot | No | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | $ (1,545.15) |
| 07/12/2024 | Bill Payment (Check) | | No | MtoM Consulting, LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (30.00) |

## Smokecraft Clarendon LLC
## MOR Exhibit D - Withdrawal Transaction Report

| Date | Transaction Type | Num | Adj | Name | Memo/Description | Split | | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| 07/12/2024 | Bill Payment (Check) | | No | Fourth Enterprises, LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ | (128.60) |
| 07/12/2024 | Bill Payment (Check) | | No | Premium Distributors | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ | (149.00) |
| 07/12/2024 | Bill Payment (Check) | | No | KaTom Restaurant Supply | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ | (161.55) |
| 07/12/2024 | Bill Payment (Check) | | No | Chill-Craft Company Inc. | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ | (431.80) |
| 07/12/2024 | Bill Payment (Check) | | No | Lyon Bakery | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ | (494.20) |
| 07/12/2024 | Bill Payment (Check) | 5021 | No | TriMark Adams-Burch | Invoice Numbers: 6441221-00 | 1021 TD Bank-DIP Checking | Payable (A/P) | $ | (606.88) |
| 07/12/2024 | Journal Entry | Buckhead | No | | Vendor: Buckhead Meat & Seafood/Metropolitan Meats | 1021 TD Bank-DIP Checking | -Split- | $ | (1,096.20) |
| 07/12/2024 | Bill Payment (Check) | | No | Bowie Produce | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ | (1,843.50) |
| 07/14/2024 | Journal Entry | Payroll JE 7.01-7.14 | No | | Marciela Ramirez | 1021 TD Bank-DIP Checking | -Split- | $ | (117.08) |
| 07/14/2024 | Journal Entry | Payroll JE 7.01-7.14 | No | | Joshua Vanegas | 1021 TD Bank-DIP Checking | -Split- | $ | (337.78) |
| 07/14/2024 | Journal Entry | Payroll JE 7.01-7.14 | No | | Miguel Sanchez | 1021 TD Bank-DIP Checking | -Split- | $ | (576.50) |
| 07/14/2024 | Journal Entry | Payroll JE 7.01-7.14 | No | | Trinidad Hernandez | 1021 TD Bank-DIP Checking | -Split- | $ | (579.70) |
| 07/14/2024 | Journal Entry | Payroll JE 7.01-7.14 | No | | Sindy lopez | 1021 TD Bank-DIP Checking | -Split- | $ | (695.38) |
| 07/14/2024 | Journal Entry | Payroll JE 7.01-7.14 | No | | Delmy Perez | 1021 TD Bank-DIP Checking | -Split- | $ | (1,092.80) |
| 07/14/2024 | Journal Entry | Payroll JE 7.01-7.14 | No | | Genesis Gonzales | 1021 TD Bank-DIP Checking | -Split- | $ | (1,294.18) |
| 07/14/2024 | Journal Entry | Payroll JE 7.01-7.14 | No | | taxes - GL Report Summary | 1021 TD Bank-DIP Checking | -Split- | $ | (6,938.17) |
| 07/14/2024 | Journal Entry | Payroll JE 7.01-7.14 | No | | DD+ payroll fee | 1021 TD Bank-DIP Checking | -Split- | $ | (23,278.62) |
| 07/15/2024 | Journal Entry | Amazon | No | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | $ | (15.89) |
| 07/15/2024 | Journal Entry | Amazon | No | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | $ | (67.50) |
| 07/15/2024 | Expense | | No | Mail Chimp | VISA DDA PUR AP - 479338   MAILCHIMP        678 9990141  * GA | 1021 TD Bank-DIP Checking | & | $ | (285.00) |
| 07/15/2024 | Bill Payment (Check) | | No | TriMark Adams-Burch | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ | (390.08) |
| 07/15/2024 | Bill Payment (Check) | | No | Comcast (EFT) | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ | (684.41) |
| 07/15/2024 | Bill Payment (Check) | | No | Erie Insurance Group | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ | (1,366.19) |
| 07/16/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | Controllable | $ | (0.40) |
| 07/16/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | Controllable | $ | (0.58) |
| 07/16/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | Controllable | $ | (0.65) |
| 07/16/2024 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ | (21.77) |
| 07/16/2024 | Expense | | No | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Sales:Grocery | $ | (156.63) |
| 07/16/2024 | Bill Payment (Check) | 5022 | No | ALSCO | Invoice Numbers: LALE1102389 | 1021 TD Bank-DIP Checking | Payable (A/P) | $ | (247.92) |
| 07/16/2024 | Journal Entry | VA ABC | No | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | $ | (614.83) |
| 07/16/2024 | Bill Payment (Check) | | No | TriMark Adams-Burch | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ | (701.63) |
| 07/16/2024 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ | (7,025.61) |
| 07/17/2024 | Journal Entry | Amazon | No | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | $ | (9.50) |
| 07/17/2024 | Expense | | No | Amazon | VISA DDA PUR AP - 469216   AMAZON MKTPL RS1T97FZ2    AMZN COM BILL * WA | 1021 TD Bank-DIP Checking | Controllable | $ | (15.89) |
| 07/17/2024 | Expense | | No | Amazon | VISA DDA PUR AP - 469216   AMAZON MKTPL RS6CY6P70    AMZN COM BILL * WA | 1021 TD Bank-DIP Checking | Controllable | $ | (67.50) |
| 07/17/2024 | Bill Payment (Check) | EFT62232366 | No | Hop & Wine | Invoice Numbers: 264754 | 1021 TD Bank-DIP Checking | Payable (A/P) | $ | (195.00) |
| 07/18/2024 | Journal Entry | Trader Joes | No | | Vendor: Trader Joe's | 1021 TD Bank-DIP Checking | -Split- | $ | (6.03) |
| 07/18/2024 | Expense | | No | Amazon | VISA DDA PUR AP - 469216   AMAZON COM RS4HP5E11    AMZN COM BILL * WA | 1021 TD Bank-DIP Checking | Controllable | $ | (9.50) |
| 07/18/2024 | Bill Payment (Check) | | No | Dropbox | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ | (54.00) |
| 07/19/2024 | Expense | | No | Square | SQUARE INC      ACCTVERIFY | 1021 TD Bank-DIP Checking | & | $ | (0.01) |
| 07/19/2024 | Bill Payment (Check) | | No | Craigslist | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ | (45.00) |
| 07/19/2024 | Bill Payment (Check) | | No | Craigslist | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ | (45.00) |
| 07/19/2024 | Journal Entry | Smoke N Dudes | No | | Vendor: Smoke'n Dudes BBQ Co | 1021 TD Bank-DIP Checking | -Split- | $ | (323.92) |
| 07/19/2024 | Bill Payment (Check) | 5023 | No | TriMark Adams-Burch | Invoice Numbers: 6443481-00 | 1021 TD Bank-DIP Checking | Payable (A/P) | $ | (856.97) |
| 07/19/2024 | Journal Entry | Buckhead | No | | Vendor: Buckhead Meat & Seafood/Metropolitan Meats | 1021 TD Bank-DIP Checking | -Split- | $ | (1,110.26) |
| 07/19/2024 | Journal Entry | Restaurant Depot | No | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | $ | (2,166.56) |
| 07/20/2024 | Journal Entry | Giant | No | | Vendor: Giant | 1021 TD Bank-DIP Checking | -Split- | $ | (17.33) |
| 07/20/2024 | Journal Entry | VA ABC | No | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | $ | (29.97) |
| 07/20/2024 | Expense | | No | Intuit Inc. | | 1020 TD Bank Operating | & | $ | (85.00) |
| 07/20/2024 | Journal Entry | Restaurant Depot | No | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | $ | (435.47) |
| 07/21/2024 | Journal Entry | Amazon | No | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | $ | (34.97) |
| 07/22/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | Controllable | $ | (0.52) |
| 07/22/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | Controllable | $ | (0.53) |
| 07/22/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | Controllable | $ | (0.95) |
| 07/22/2024 | Journal Entry | Canva | No | | Vendor: Canva | 1021 TD Bank-DIP Checking | -Split- | $ | (14.99) |

## Smokecraft Clarendon LLC
## MOR Exhibit D - Withdrawal Transaction Report

| Date | Transaction Type | Num | Adj | Name | Memo/Description | Split | Amount | |
|---|---|---|---|---|---|---|---|---|
| 07/22/2024 | Expense | | No | Amazon | VISA DDA PUR AP - 401134  AMAZON RET 112 651610  WWW AMAZON CO * WA | 1021 TD Bank-DIP Checking | Controllable | $ (34.97) |
| 07/22/2024 | Bill Payment (Check) | | No | Pest Management Services, Inc. | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (85.00) |
| 07/22/2024 | Bill Payment (Check) | | No | Logan Food Company | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (127.50) |
| 07/22/2024 | Bill Payment (Check) | | No | Lyon Bakery | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (413.16) |
| 07/22/2024 | Bill Payment (Check) | | No | Bowie Produce | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (432.50) |
| 07/22/2024 | Journal Entry | Buckhead | No | | Vendor: Buckhead Meat & Seafood/Metropolitan Meats | 1021 TD Bank-DIP Checking | -Split- | $ (899.03) |
| 07/22/2024 | Bill Payment (Check) | | No | Magnolia Plumbing | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (1,771.50) |
| 07/23/2024 | Bill Payment (Check) | | No | Intuit Inc. | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (105.25) |
| 07/23/2024 | Expense | | No | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Sales:Grocery | $ (106.76) |
| 07/23/2024 | Bill Payment (Check) | 5024 | No | ALSCO | Invoice Numbers: LALE1103391 | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (205.95) |
| 07/23/2024 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (5,330.66) |
| 07/23/2024 | Expense | | No | Arlington County Treasurer | ARLINGTON COUNTY ARLCO PMT | 1021 TD Bank-DIP Checking | Payable | $ (6,668.56) |
| 07/23/2024 | Expense | | No | VA Department of Taxation | VA DEPT TAXATION TAX PAYMEN | 1021 TD Bank-DIP Checking | Payable | $ (8,482.74) |
| 07/24/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | Controllable | $ (0.46) |
| 07/24/2024 | Bill Payment (Check) | | No | Washington Gas | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (753.41) |
| 07/24/2024 | Bill Payment (Check) | | No | Dominion Energy Virginia | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (1,907.01) |
| 07/24/2024 | Journal Entry | MI13498ME | No | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | $ (2,130.27) |
| 07/25/2024 | Journal Entry | MI13503ME | No | | Vendor: Trader Joe's | 1021 TD Bank-DIP Checking | -Split- | $ (6.04) |
| 07/25/2024 | Bill Payment (Check) | | No | Arlington County Permit Office | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (83.84) |
| 07/25/2024 | Expense | | No | State Farm | VISA DDA PUR AP - 494300  STATE FARM INSURANCE  800 956 6310 * IL | 1021 TD Bank-DIP Checking | & | $ (182.34) |
| 07/25/2024 | Journal Entry | MI13497ME | No | | Vendor: ULINE | 1021 TD Bank-DIP Checking | -Split- | $ (187.38) |
| 07/25/2024 | Journal Entry | MI13508ME | No | | Vendor: Spiceology | 1021 TD Bank-DIP Checking | -Split- | $ (238.93) |
| 07/26/2024 | Bill Payment (Check) | | No | Roberts Oxygen Company, Inc. | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (172.25) |
| 07/26/2024 | Expense | | No | TD Bank | STB #20009026, Annual Globe Trade Fee | 1020 TD Bank Operating | & | $ (250.00) |
| 07/26/2024 | Expense | | No | TD Bank | STB #20009026 Renewal fee for LOC | 1020 TD Bank Operating | & | $ (350.00) |
| 07/26/2024 | Bill Payment (Check) | | No | TriMark Adams-Burch | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (390.08) |
| 07/26/2024 | Bill Payment (Check) | 5026 | No | TriMark Adams-Burch | Invoice Numbers: 6445469-00 | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (489.52) |
| 07/26/2024 | Bill Payment (Check) | | No | Lyon Bakery | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (586.81) |
| 07/26/2024 | Bill Payment (Check) | | No | Bowie Produce | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (591.50) |
| 07/26/2024 | Journal Entry | Buckhead | No | | Vendor: Buckhead Meat & Seafood/Metropolitan Meats | 1021 TD Bank-DIP Checking | -Split- | $ (635.74) |
| 07/26/2024 | Bill Payment (Check) | | No | VRA Cleaning Services LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (3,680.00) |
| 07/28/2024 | Journal Entry | Payroll JE 07.15-7.28 | No | | Genesis Gonzales | 1021 TD Bank-DIP Checking | -Split- | $ (582.30) |
| 07/28/2024 | Journal Entry | Payroll JE 07.15-7.28 | No | | Joshua Vanegas | 1021 TD Bank-DIP Checking | -Split- | $ (585.15) |
| 07/28/2024 | Journal Entry | Payroll JE 07.15-7.28 | No | | Trinidad Hernandez | 1021 TD Bank-DIP Checking | -Split- | $ (588.10) |
| 07/28/2024 | Journal Entry | Payroll JE 07.15-7.28 | No | | Sindy lopez | 1021 TD Bank-DIP Checking | -Split- | $ (650.94) |
| 07/28/2024 | Journal Entry | Payroll JE 07.15-7.28 | No | | Delmy Perez | 1021 TD Bank-DIP Checking | -Split- | $ (1,211.93) |
| 07/28/2024 | Journal Entry | Payroll JE 07.15-7.28 | No | | taxes - GL Report Summary | 1021 TD Bank-DIP Checking | -Split- | $ (6,676.31) |
| 07/28/2024 | Journal Entry | Payroll JE 07.15-7.28 | No | | DD+ payroll fee | 1021 TD Bank-DIP Checking | -Split- | $ (22,768.18) |
| 07/29/2024 | Expense | | No | 7-Eleven | VISA DDA PUR AP - 403454  7 ELEVEN 33679  ARLINGTON * VA | 1021 TD Bank-DIP Checking | Controllable | $ (11.29) |
| 07/29/2024 | Expense | | No | Adobe Inc. | VISA DDA PUR AP - 403629  ADOBE ADOBE  408 536 6000 * CA | 1021 TD Bank-DIP Checking | & | $ (21.19) |
| 07/29/2024 | Bill Payment (Check) | | No | Capital Bank | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (4,500.00) |
| 07/30/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | Controllable | $ (0.15) |
| 07/30/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | Controllable | $ (0.23) |
| 07/30/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | Controllable | $ (0.66) |
| 07/30/2024 | Bill Payment (Check) | 5027 | No | ALSCO | Invoice Numbers: LALE1104426 | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (205.95) |
| 07/30/2024 | Bill Payment (Check) | | No | Open Table Inc. ACH | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (369.00) |
| 07/31/2024 | Expense | | No | VA ABC (CC) | DDA PURCHASE AP - 476930  VA ABC STORE 168  ARLINGTON * VA | 1021 TD Bank-DIP Checking | Sales:Liquor | $ (216.22) |
| 07/31/2024 | Bill Payment (Check) | 5028 | No | TriMark Adams-Burch | Invoice Numbers: 6446700-00 | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (816.30) |
| 07/31/2024 | Journal Entry | MI13555ME | No | | Vendor: Buckhead Meat & Seafood/Metropolitan Meats | 1021 TD Bank-DIP Checking | -Split- | $ (835.46) |
| 07/31/2024 | Bill Payment (Check) | To print | No | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | $ (5,378.86) |
| | | | | | | | | $ (190,814.31) |