# Smokecraft Clarendon LLC
## MOR EXHIBIT E - Vendor Balance Detail
### As of July 31, 2024

| | Date | Transaction Type | Num | Due Date | Amount | Open Balance | |
|---|---|---|---|---|---|---|---|
| **AM Briggs INC dba Metropolitan Meat, Seafood & Poulty** | | | | | | | |
| | 7/31/2024 | Bill | 1842132 | 7/31/2024 | 835.46 | 835.46 | |
| **Total for AM Briggs INC dba Metropolitan Meat, Seafood & Poulty** | | | | | $ 835.46 | $ 835.46 | $ 835.46 |
| **ALSCO** | | | | | | | |
| | 7/30/2024 | Bill | LALE1104426 | 7/30/2024 | 205.95 | 205.95 | |
| **Total for ALSCO** | | | | | $ 205.95 | $ 205.95 | $ 205.95 |
| **Arlington County Permit Office** | | | | | | | |
| | 07/30/2024 | Bill | 710095 | 07/30/2024 | 540.10 | 540.10 | |
| **Total for Arlington County Permit Office** | | | | | $ 540.10 | $ 540.10 | $ 540.10 |
| **Bowie Produce** | | | | | | | |
| | 7/31/2024 | Bill | 5418690 | 8/31/2024 | 323.75 | 323.75 | |
| **Total for Bowie Produce** | | | | | $ 323.75 | $ 323.75 | $ 323.75 |
| **Brant Williams Design** | | | | | | | |
| | 07/18/2024 | Bill | 202367 | 8/18/2024 | 1,064.00 | 1,064.00 | |
| **Total for Brant Williams Design** | | | | | $ 1,064.00 | $ 1,064.00 | $ 1,064.00 |
| **Clarendon Alliance (ACH)** | | | | | | | |
| | 07/25/2024 | Bill | CD24-128 | 8/1/2024 | 1,200.00 | 1,200.00 | |
| **Total for Clarendon Alliance (ACH)** | | | | | $ 1,200.00 | $ 1,200.00 | $ 1,200.00 |
| **Finanace A La Carte** | | | | | | | |
| | 7/31/2024 | Bill | | 7/31/2024 | 2,500.00 | 2,500.00 | |
| **Total for Finance A La Carte** | | | | | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 |
| **KBS III 3003 Washington LLC** | | | | | | | |
| | 7/25/2024 | Bill | | 8/1/2024 | 18,349.64 | 18,349.64 | |
| **Total for KBS III 3003 Washington LLC** | | | | | $ 18,349.64 | $ 18,349.64 | $ 18,349.64 |
| **Lyon Bakery** | | | | | | | |
| | 07/30/2024 | Bill | 1831173 | 08/15/2024 | 45.96 | 45.96 | |
| | 7/31/2024 | Bill | 1831735 | 8/15/2024 | 45.68 | 45.68 | |
| **Total for Lyon Bakery** | | | | | $ 91.64 | $ 91.64 | $ 91.64 |
| **Reinhart Food Service / Performance Food Group** | | | | | | | |
| | 7/31/2024 | Bill | 4996474 | 8/7/2024 | 6,249.68 | 6,249.68 | |
| **Total for Reinhart Food Service / Performance Food Group** | | | | | $ 6,249.68 | $ 6,249.68 | $ 6,249.68 |

# Smokecraft Clarendon LLC
## MOR EXHIBIT E - Vendor Balance Detail
### As of July 31, 2024

| | Date | Transaction Type | Num | Due Date | Amount | Open Balance | |
|---|---|---|---|---|---|---|---|
| **TriMark Adams-Burch** | | | | | | | |
| | 7/31/2024 | Bill | 6446700-00 | 7/31/2024 | 816.30 | 816.30 | |
| **Total for TriMark Adams-Burch** | | | | | $ 816.30 | $ 816.30 | $ 816.30 |
| **Toast Inc.** | | | | | | | |
| | 05/10/2024 | Bill | INV4562080 | 05/10/2024 | 389.75 | 389.75 | |
| **Total for Toast Inc.** | | | | | $ 389.75 | $ 389.75 | $ 389.75 |
| **Virginia Meals Tax** | | | | | | | |
| | 7/31/2024 | | | 8/22/2024 | 15,459.58 | 15,459.58 | |
| **Total for Virginia Meals Tax** | | | | | $ 15,459.58 | $ 15,459.58 | $ 15,459.58 |
| **Employee Tips** | | | | | | | |
| | | | | 8/16/2024 | 1,072.60 | 1,072.60 | |
| **Total for Employee Tips** | | | | | $ 1,072.60 | $ 1,072.60 | $ 1,072.60 |
| **Employee Payroll** | | | | | | | |
| | | | | 8/1/2024 | 6,676.31 | 6,676.31 | |
| | | | | 8/2/2024 | 3,618.42 | 3,618.42 | |
| **Total for Employee Payroll** | | | | | $ 10,294.73 | $ 10,294.73 | $ 10,294.73 |
| **TOTAL** | | | | | $ 59,393.18 | $ 59,393.18 | $ 59,393.18 |