SMALL BUSINESS MOR – SMOKECRAFT CLARENDON LLC
Jul-24
EXHIBIT F

**Receivables**

| | | |
|---|---|---|
| UberEats | $ | - |
| DoorDash | $ | 4,534.09 |
| ezCater | $ | - |
| Toast CC Transactions | $ | 4,038.28 |
| Daily Cash Deposits | $ | 9.00 |
| | | |
| **Total** | **$** | **8,581.37** |