

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G
3003 WASHINGTON BLVD STE 101
ARLINGTON VA  22201-2194

| | |
|---|---|
| Page: | 1 of 9 |
| Statement Period: | Jul 01 2024-Jul 31 2024 |
| Cust Ref #: | 4441471664-039-T-### |
| Primary Account #: | 1664 |

## Chapter 11 Checking

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Account # 1664

### ACCOUNT SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | 24,783.72 | | Average Collected Balance | 22,312.71 |
| Deposits | 5,661.19 | | Interest Earned This Period | 0.00 |
| Electronic Deposits | 192,813.78 | | Interest Paid Year-to-Date | 0.00 |
| | | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 19,458.48 | | Days in Period | 31 |
| Electronic Payments | 193,133.87 | | | |
| Ending Balance | 10,666.34 | | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | DEPOSIT | 348.00 |
| 07/01 | DEPOSIT | 102.00 |
| 07/01 | DEPOSIT | 88.00 |
| 07/03 | DEPOSIT | 400.80 |
| 07/05 | DEPOSIT | 331.00 |
| 07/05 | DEPOSIT | 136.00 |
| 07/08 | DEPOSIT | 173.00 |
| 07/08 | DEPOSIT | 140.00 |
| 07/08 | DEPOSIT | 127.00 |
| 07/10 | DEPOSIT | 109.00 |
| 07/10 | DEPOSIT | 38.00 |
| 07/16 | DEPOSIT | 385.00 |
| 07/16 | DEPOSIT | 224.00 |
| 07/16 | DEPOSIT | 83.00 |
| 07/16 | DEPOSIT | 73.00 |
| 07/16 | DEPOSIT | 55.00 |
| 07/22 | DEPOSIT | 126.00 |
| 07/22 | DEPOSIT | 113.00 |
| 07/22 | DEPOSIT | 95.00 |
| 07/24 | DEPOSIT | 318.00 |
| 07/24 | DEPOSIT | 141.00 |
| 07/24 | DEPOSIT | 137.00 |

# How to Balance your Account

Page: 2 of 9

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance  10,666.34
❷ Total Deposits  +
❸ Sub Total
❹ Total Withdrawals  −
❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**TD Bank**
America's Most Convenient Bank®

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 3 of 9 |
| Statement Period: | Jul 01 2024-Jul 31 2024 |
| Cust Ref #: | 4441471664-039-T-### |
| Primary Account #: | ▮▮▮▮1664 |

## DAILY ACCOUNT ACTIVITY

### Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/24 | DEPOSIT | 53.00 |
| 07/30 | DEPOSIT | 270.00 |
| 07/30 | DEPOSIT | 241.00 |
| 07/30 | DEPOSIT | 101.00 |
| 07/30 | DEPOSIT | 65.00 |
| 07/30 | DEPOSIT | 55.00 |
| 07/30 | DEPOSIT | 20.00 |
| 07/31 | DEPOSIT | 490.05 |
| 07/31 | DEPOSIT | 462.98 |
| 07/31 | DEPOSIT | 131.00 |
| 07/31 | DEPOSIT | 29.36 |
| | Subtotal: | 5,661.19 |

### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | CCD DEPOSIT, TOAST DEP JUN 30 ****395300MEUQA | 6,174.31 |
| 07/01 | CCD DEPOSIT, TOAST DEP JUN 29 ****395300MDGBI | 4,599.33 |
| 07/01 | CCD DEPOSIT, TOAST DEP JUN 28 ****395300MC22O | 3,782.89 |
| 07/02 | CCD DEPOSIT, TOAST DEP JUL 01 ****395300MG5X9 | 5,056.29 |
| 07/02 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT 6T5W4E2L5OGZAZU | 4,943.00 |
| 07/03 | CCD DEPOSIT, TOAST DEP JUL 02 ****395300MHBWM | 3,291.25 |
| 07/05 | CCD DEPOSIT, TOAST DEP JUL 04 ****395300MJRKP | 4,930.49 |
| 07/05 | CCD DEPOSIT, TOAST DEP JUL 03 ****395300MII20 | 4,006.54 |
| 07/05 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-G3R3B1T6K7I3 | 3,273.82 |
| 07/05 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84500869870 | 2,040.99 |
| 07/08 | CCD DEPOSIT, TOAST DEP JUL 05 ****395300MKXWU | 10,147.30 |
| 07/08 | CCD DEPOSIT, TOAST DEP JUL 07 ****395300MNBGA | 3,987.26 |
| 07/08 | CCD DEPOSIT, TOAST DEP JUL 06 ****395300MLZBQ | 3,699.51 |
| 07/09 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT 1BDRYSSC1W5R26T | 6,621.44 |
| 07/09 | CCD DEPOSIT, TOAST DEP JUL 08 ****395300MOL49 | 3,247.87 |
| 07/10 | CCD DEPOSIT, TOAST DEP JUL 09 ****395300MPQI0 | 3,998.92 |
| 07/10 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84510417443 | 2,511.74 |
| 07/11 | CCD DEPOSIT, TOAST DEP JUL 10 ****395300MQWAB | 3,039.21 |
| 07/12 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-D9O4W1U6M6M3 | 6,408.12 |
| 07/12 | CCD DEPOSIT, TOAST DEP JUL 11 ****395300MS6JN | 3,366.77 |
| 07/15 | CCD DEPOSIT, TOAST DEP JUL 14 ****395300MWB69 | 6,833.39 |
| 07/15 | CCD DEPOSIT, TOAST DEP JUL 13 ****395300MUX42 | 5,029.35 |
| 07/15 | CCD DEPOSIT, TOAST DEP JUL 12 ****395300MTJ6J | 3,103.15 |
| 07/16 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT CBJACY0AHEBK98V | 4,512.09 |



**America's Most Convenient Bank®**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

STATEMENT OF ACCOUNT

Page: 4 of 9
Statement Period: Jul 01 2024-Jul 31 2024
Cust Ref #: 4441471664-039-T-###
Primary Account #: 1664

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/16 | CCD DEPOSIT, TOAST DEP JUL 15 ****395300MXM28 | 3,550.22 |
| 07/17 | CCD DEPOSIT, TOAST DEP JUL 16 ****395300MYSDM | 4,201.72 |
| 07/17 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84519250392 | 1,860.82 |
| 07/18 | CCD DEPOSIT, TOAST DEP JUL 17 ****395300MZYRT | 2,926.89 |
| 07/18 | CCD DEPOSIT, REVERIE DISTRIBU FINTECHEFT **-**43479 | 50.00 |
| 07/19 | CCD DEPOSIT, TOAST DEP JUL 18 ****395300N19YF | 3,511.15 |
| 07/19 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-S8Z0J7P1O8C1 | 3,481.63 |
| 07/19 | CCD DEPOSIT, SQUARE INC 240719P2 L****4984264 | 272.96 |
| 07/19 | CCD DEPOSIT, SQUARE INC ACCTVERIFY T388PK1HNQRZ9JP | 0.01 |
| 07/22 | CCD DEPOSIT, TOAST DEP JUL 21 ****395300N5F2J | 5,811.71 |
| 07/22 | CCD DEPOSIT, TOAST DEP JUL 20 ****395300N4119 | 4,788.61 |
| 07/22 | CCD DEPOSIT, TOAST DEP JUL 19 ****395300N2MZ1 | 3,642.47 |
| 07/23 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT ZEMNN9UCJVD30CB | 4,199.14 |
| 07/23 | CCD DEPOSIT, TOAST DEP JUL 22 ****395300N6PXN | 3,903.64 |
| 07/24 | CCD DEPOSIT, TOAST DEP JUL 23 ****395300N7VZR | 2,238.19 |
| 07/24 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84528913506 | 659.86 |
| 07/25 | CCD DEPOSIT, INTUIT REFUND | 3,680.00 |
| 07/25 | CCD DEPOSIT, TOAST DEP JUL 24 ****395300N92L9 | 2,140.49 |
| 07/26 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-K8E3D6Y5R2F6 | 3,695.29 |
| 07/26 | CCD DEPOSIT, TOAST DEP JUL 25 ****395300NADDH | 2,651.50 |
| 07/26 | CCD DEPOSIT, STRATEGY EXECUTI TAX COL | 0.01 |
| 07/29 | CCD DEPOSIT, TOAST DEP JUL 28 ****395300NEITC | 5,604.19 |
| 07/29 | CCD DEPOSIT, TOAST DEP JUL 27 ****395300ND47J | 4,582.62 |
| 07/29 | CCD DEPOSIT, TOAST DEP JUL 26 ****395300NBQBB | 3,979.24 |
| 07/29 | CCD DEPOSIT, TOAST CBW JUL 26 ****395300NBBJ1 | 72.50 |
| 07/30 | CCD DEPOSIT, TOAST DEP JUL 29 ****395300NFTYI | 4,692.07 |
| 07/30 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT BKAP3X0FZQ1Z0G9 | 4,087.23 |
| 07/31 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84538496492 | 2,356.50 |
| 07/31 | CCD DEPOSIT, TOAST DEP JUL 30 ****395300NH02Q | 1,568.09 |
| | Subtotal: | 192,813.78 |

### Checks Paid    No. Checks: 24

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/01 | 5016 | 738.54 | 07/16 | 5021 | 606.88 |
| 07/03 | 5017 | 247.92 | 07/17 | 5022 | 247.92 |
| 07/05 | 5018 | 745.39 | 07/22 | 5023 | 856.97 |
| 07/16 | 5019 | 701.63 | 07/24 | 5024 | 205.95 |
| 07/10 | 5020 | 247.92 | 07/30 | 5026* | 489.52 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

| | |
|---|---|
| Page: | 5 of 9 |
| Statement Period: | Jul 01 2024-Jul 31 2024 |
| Cust Ref #: | 4441471664-039-T-### |
| Primary Account #: | ▇▇▇▇1664 |

## DAILY ACCOUNT ACTIVITY

### Checks Paid (continued)

†Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/30 | 10833* | 238.04 | 07/05 | 10848 | 1,572.39 |
| 07/05 | 10842* | 4,102.51 | 07/22 | 10849 | 337.78 |
| 07/08 | 10843 | 1,009.10 | 07/25 | 10850 | 1,294.18 |
| 07/08 | 10844 | 971.75 | 07/22 | 10852* | 1,092.80 |
| 07/09 | 10845 | 571.07 | 07/22 | 10853 | 579.70 |
| 07/08 | 10846 | 730.30 | 07/22 | 10854 | 695.38 |
| 07/09 | 10847 | 598.34 | 07/19 | 10855 | 576.50 |
| | | | | Subtotal: | 19,458.48 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | CCD DEBIT, INTUIT 68786727 BILL_PAY LYON BAKERY | 1,096.16 |
| 07/01 | CCD DEBIT, INTUIT 44009051 BILL_PAY SAFETY FIRST SE | 1,050.00 |
| 07/01 | CCD DEBIT, INTUIT 66811190 BILL_PAY BOWIE PRODUCE | 325.50 |
| 07/01 | CCD DEBIT, INTUIT 45914634 BILL_PAY LOGAN FOOD COMP | 212.50 |
| 07/01 | DBCRD PUR AP, *****04036545477, AUT 062824 VISA DDA PUR AP<br>    ULINE   SHIP SUPPLIES      800 295 5510  * WI | 187.13 |
| 07/01 | DEBIT POS AP, *****04036545477, AUT 062924 DDA PURCHASE AP<br>    TRADER JOE S  64 TRADER     ARLINGTON    * VA | 14.10 |
| 07/02 | CCD DEBIT, INTUIT 27923717 BILL_PAY KBS III 3003 WA | 18,111.14 |
| 07/02 | CCD DEBIT, MARGINEDGE CO SALE | 300.00 |
| 07/02 | DEBIT POS AP, *****04036545477, AUT 070124 DDA PURCHASE AP<br>    VA ABC STORE 168       ARLINGTON    * VA | 78.42 |
| 07/02 | CCD DEBIT, TOAST, INC TOAST, INC ST-D1M7T3Q8X3S7 | 16.24 |
| 07/02 | DBCRD PUR AP, *****04036545477, AUT 070124 VISA DDA PUR AP<br>    GOOGLE GSUITE SMOKECRA    CC GOOGLE COM * CA | 15.26 |
| 07/02 | DEBIT POS AP, *****04036545477, AUT 070224 DDA PURCHASE AP<br>    TRADER JOE S  64 TRADER     ARLINGTON    * VA | 14.10 |
| 07/03 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR ****630473 | 19,603.42 |
| 07/03 | CCD DEBIT, REPUBLIC NATIONA FINTECHEFT **-**43479 | 279.72 |
| 07/05 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 7,367.93 |
| 07/05 | DEBIT POS AP, *****04036545477, AUT 070524 DDA PURCHASE AP<br>    RESTAURANT DEPOT       ALEXANDRIA   * VA | 1,910.31 |
| 07/05 | CCD DEBIT, TOAST, INC TOAST, INC ST-R1H0U7D8J2O6 | 998.53 |
| 07/05 | CCD DEBIT, TOAST, INC TOAST, INC ST-G1E6S1W7K0E5 | 389.75 |
| 07/05 | DBCRD PUR AP, *****04036545477, AUT 070324 VISA DDA PUR AP<br>    PARKX 3003 WASHINGTON BL   ARLINGTON    * VA | 200.00 |
| 07/05 | DBCRD PMT AP, *****04036545477, AUT 070324 VISA DDA PUR AP<br>    WEB NETWORKSOLUTIONS     888 6429675   * FL | 44.99 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

| | |
|---|---|
| Page: | 6 of 9 |
| Statement Period: | Jul 01 2024-Jul 31 2024 |
| Cust Ref #: | 4441471664-039-T-### |
| Primary Account #: | 1664 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/05 | DEBIT POS AP, *****04036545477, AUT 070424 DDA PURCHASE AP CVS PHARM 02274 3141    ARLINGTON    * VA | 18.01 |
| 07/05 | DEBIT POS AP, *****04036545477, AUT 070424 DDA PURCHASE AP GIANT 0743 3450 WASHIN    ARLINGTON    * VA | 10.15 |
| 07/05 | DEBIT POS AP, *****04036545477, AUT 070324 DDA PURCHASE AP GIANT 0743 3450 WASHIN    ARLINGTON    * VA | 1.69 |
| 07/08 | CCD DEBIT, HOP & WINE BEVER FINTECHEFT **-**43479 | 522.00 |
| 07/08 | CCD DEBIT, TOAST, INC TOAST, INC ST-G4Z4O0N9O9M1 | 389.75 |
| 07/08 | DBCRD PUR AP, *****04036545477, AUT 070424 VISA DDA PUR AP AMAZON MKTPL R79QK5PO1    AMZN COM BILL * WA | 127.69 |
| 07/08 | DBCRD PUR AP, *****04036545477, AUT 070424 VISA DDA PUR AP AMAZON COM R77QZ1PX2    AMZN COM BILL * WA | 48.98 |
| 07/08 | DBCRD PUR AP, *****04036545477, AUT 070424 VISA DDA PUR AP AMZN MKTP US R785Z2K50    AMZN COM BILL * WA | 47.89 |
| 07/09 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 7,080.77 |
| 07/09 | CCD DEBIT, INTUIT 51186654 BILL_PAY FINANCE A LA CA | 2,500.00 |
| 07/09 | CCD DEBIT, INTUIT 27494583 BILL_PAY CHILL-CRAFT COM | 561.54 |
| 07/09 | CCD DEBIT, INTUIT 90980402 BILL_PAY LYON BAKERY | 548.32 |
| 07/09 | DBCRD PUR AP, *****04036545477, AUT 070824 VISA DDA PUR AP STICKER MULE    STICKERMULE C * NY | 495.55 |
| 07/09 | DEBIT POS AP, *****04036545477, AUT 070924 DDA PURCHASE AP VA ABC STORE 168    ARLINGTON    * VA | 349.46 |
| 07/09 | CCD DEBIT, INTUIT 36578312 BILL_PAY ROBERTS OXYGEN | 153.56 |
| 07/09 | CCD DEBIT, INTUIT 29587837 BILL_PAY CORPORATE FILIN | 49.00 |
| 07/10 | DBCRD PUR AP, *****04036545477, AUT 070824 VISA DDA PUR AP RESTAURANT DEPOT    ALEXANDRIA    * VA | 1,260.21 |
| 07/10 | DBCRD PUR AP, *****04036545477, AUT 070824 VISA DDA PUR AP ULINE   SHIP SUPPLIES    800 295 5510 * WI | 301.92 |
| 07/10 | DBCRD PUR AP, *****04036545477, AUT 070824 VISA DDA PUR AP CRAIGSLIST ORG    415 399 5200 * CA | 45.00 |
| 07/10 | DEBIT POS AP, *****04036545477, AUT 071024 DDA PURCHASE AP GIANT 0748 2901 11 S G    ARLINGTON    * VA | 38.22 |
| 07/11 | CCD DEBIT, INTUIT 25451548 BILL_PAY VRA CLEANING SE | 3,680.00 |
| 07/11 | DBCRD PUR AP, *****04036545477, AUT 071024 VISA DDA PUR AP ULINE   SHIP SUPPLIES    800 295 5510 * WI | 185.27 |
| 07/11 | DBCRD PUR AP, *****04036545477, AUT 071024 VISA DDA PUR AP AMAZON MKTPL RY6V17JO1    AMZN COM BILL * WA | 74.04 |
| 07/11 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 61.47 |
| 07/11 | DBCRD PUR AP, *****04036545477, AUT 070924 VISA DDA PUR AP AMAZON MKTPL RY4RY4V60    AMZN COM BILL * WA | 47.95 |
| 07/11 | DBCRD PUR AP, *****04036545477, AUT 070924 VISA DDA PUR AP AMAZON MKTPL RY5KA3N31    AMZN COM BILL * WA | 18.01 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC  
DIP CASE 24-13609 MD-G

| | |
|---|---|
| Page: | 7 of 9 |
| Statement Period: | Jul 01 2024-Jul 31 2024 |
| Cust Ref #: | 4441471664-039-T-### |
| Primary Account #: | 1664 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/11 | DEBIT POS AP, *****04036545477, AUT 071124 DDA PURCHASE AP GIANT 0743 3450 WASHIN ARLINGTON * VA | 17.33 |
| 07/12 | DBCRD PUR AP, *****04036545477, AUT 071024 VISA DDA PUR AP KATOMRESTAU 800 541 8683 * TN | 161.55 |
| 07/12 | CCD DEBIT, PREMIUM DIST OF FINTECHEFT **-**43479 | 149.00 |
| 07/12 | DBCRD PUR AP, *****04036545477, AUT 071024 VISA DDA PUR AP AMAZON MKTPL RY5RY20P1 AMZN COM BILL * WA | 24.37 |
| 07/15 | CCD DEBIT, INTUIT 89519620 BILL_PAY BOWIE PRODUCE | 1,843.50 |
| 07/15 | DBCRD PUR AP, *****04036545477, AUT 071124 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,545.15 |
| 07/15 | CCD DEBIT, ERIEINSURANCEWEB PAYMENT ****20017913312 | 1,353.27 |
| 07/15 | ACH DEBIT, COMCAST 8299610 252892194 6570736 | 684.41 |
| 07/15 | CCD DEBIT, INTUIT 84799229 BILL_PAY LYON BAKERY | 494.20 |
| 07/15 | CCD DEBIT, INTUIT 64152899 BILL_PAY CHILL-CRAFT COM | 431.80 |
| 07/15 | DBCRD PMT AP, *****04036545477, AUT 071224 VISA DDA PUR AP MAILCHIMP 678 9990141 * GA | 285.00 |
| 07/15 | CCD DEBIT, INTUIT 02197465 BILL_PAY FOURTH ENTERPRI | 128.60 |
| 07/15 | CCD DEBIT, INTUIT 03407953 BILL_PAY MTOM CONSULTING | 30.00 |
| 07/16 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 7,204.01 |
| 07/16 | DBCRD PUR AP, *****04036545477, AUT 071524 VISA DDA PUR AP METRO MEAT SEA 888 264 7647 * MD | 1,827.73 |
| 07/16 | DBCRD PUR AP, *****04036545477, AUT 071524 VISA DDA PUR AP METRO MEAT SEA 888 264 7647 * MD | 1,096.20 |
| 07/16 | CCD DEBIT, INTUIT 22533950 BILL_PAY TRIMARK ADAMS-B | 390.08 |
| 07/17 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR ****630473 | 23,278.62 |
| 07/17 | DEBIT POS AP, *****04036545477, AUT 071724 DDA PURCHASE AP VA ABC STORE 168 ARLINGTON * VA | 614.83 |
| 07/17 | DBCRD PUR AP, *****04036545477, AUT 071524 VISA DDA PUR AP AMAZON MKTPL RS6CY6P70 AMZN COM BILL * WA | 67.50 |
| 07/17 | DBCRD PUR AP, *****04036545477, AUT 071524 VISA DDA PUR AP AMAZON MKTPL RS1T97FZ2 AMZN COM BILL * WA | 15.89 |
| 07/18 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 6,938.17 |
| 07/18 | DBCRD PMT AP, *****04036545477, AUT 071724 VISA DDA PUR AP DROPBOX J4VQGHJ1F7Q3 415 8576933 * CA | 54.00 |
| 07/18 | DBCRD PUR AP, *****04036545477, AUT 071624 VISA DDA PUR AP AMAZON COM RS4HP5E11 AMZN COM BILL * WA | 9.50 |
| 07/19 | DEBIT POS AP, *****04036545477, AUT 071924 DDA PURCHASE AP RESTAURANT DEPOT ALEXANDRIA * VA | 2,166.56 |
| 07/19 | CCD DEBIT, HOP & WINE BEVER FINTECHEFT **-**43479 | 195.00 |
| 07/19 | DBCRD PUR AP, *****04036545477, AUT 071724 VISA DDA PUR AP CRAIGSLIST ORG 415 399 5200 * CA | 45.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

| | |
|---|---|
| Page: | 8 of 9 |
| Statement Period: | Jul 01 2024-Jul 31 2024 |
| Cust Ref #: | 4441471664-039-T-### |
| Primary Account #: | 1664 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/19 | DBCRD PUR AP, *****04036545477, AUT 071724 VISA DDA PUR AP CRAIGSLIST ORG      415 399 5200  * CA | 45.00 |
| 07/19 | CCD DEBIT, SQUARE INC ACCTVERIFY T3ZRHV1Q0F648JS | 0.01 |
| 07/22 | DBCRD PUR AP, *****04036545477, AUT 071924 VISA DDA PUR AP METRO MEAT SEA       888 264 7647  * MD | 1,110.26 |
| 07/22 | DEBIT POS AP, *****04036545477, AUT 072024 DDA PURCHASE AP RESTAURANT DEPOT      ALEXANDRIA  * VA | 435.47 |
| 07/22 | DBCRD PUR AP, *****04036545477, AUT 071924 VISA DDA PUR AP SMOKEN DUDES BBQ      215 752 5500  * PA | 323.92 |
| 07/22 | DBCRD PUR AP, *****04036545477, AUT 072024 VISA DDA PUR AP AMAZON RET  112 651610     WWW AMAZON CO * WA | 34.97 |
| 07/22 | DBCRD PUR AP, *****04036545477, AUT 072024 VISA DDA PUR AP VA ABC STORE 049      ARLINGTON   * VA | 29.97 |
| 07/22 | DEBIT POS AP, *****04036545477, AUT 072024 DDA PURCHASE AP GIANT 0743 3450 WASHIN     ARLINGTON  * VA | 17.33 |
| 07/22 | DBCRD PUR AP, *****04036545477, AUT 071824 VISA DDA PUR AP TRADER JOE S  640      ARLINGTON   * VA | 6.03 |
| 07/23 | CCD DEBIT, VA DEPT TAXATION TAX PAYMEN *****3479 | 8,482.74 |
| 07/23 | CCD DEBIT, ARLINGTON COUNTY ARLCO PMT ****84224 | 6,668.56 |
| 07/23 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 5,437.42 |
| 07/23 | CCD DEBIT, INTUIT 47231357 BILL_PAY MAGNOLIA PLUMBI | 1,771.50 |
| 07/23 | CCD DEBIT, INTUIT 40942369 BILL_PAY BOWIE PRODUCE | 432.50 |
| 07/23 | CCD DEBIT, INTUIT 29383390 BILL_PAY LYON BAKERY | 413.16 |
| 07/23 | CCD DEBIT, INTUIT 73379691 BILL_PAY LOGAN FOOD COMP | 127.50 |
| 07/23 | CCD DEBIT, INTUIT 13623145 BILL_PAY PEST MANAGEMENT | 85.00 |
| 07/23 | DBCRD PMT AP, *****04036545477, AUT 072224 VISA DDA PUR AP CANVA I04220 55823485    HTTPSCANVA CO * DE | 14.99 |
| 07/24 | DEBIT POS AP, *****04036545477, AUT 072424 DDA PURCHASE AP RESTAURANT DEPOT      ALEXANDRIA  * VA | 2,130.27 |
| 07/24 | ELECTRONIC PMT-WEB, DOMINION ENERGY BILLPAY ****55711631 | 1,907.01 |
| 07/24 | DBCRD PUR AP, *****04036545477, AUT 072324 VISA DDA PUR AP METRO MEAT SEA       888 264 7647  * MD | 899.03 |
| 07/24 | ELECTRONIC PMT-WEB, WASHINGTON GAS PAYMENT ****03392126 | 753.41 |
| 07/24 | CCD DEBIT, INTUIT * QBOOKS ONL 0051144 | 105.25 |
| 07/25 | DBCRD PUR AP, *****04036545477, AUT 072424 VISA DDA PUR AP STATE FARM INSURANCE   800 956 6310  * IL | 182.34 |
| 07/25 | DEBIT POS AP, *****04036545477, AUT 072524 DDA PURCHASE AP TRADER JOE S  64 TRADER    ARLINGTON  * VA | 6.04 |
| 07/26 | DBCRD PUR AP, *****04036545477, AUT 072524 VISA DDA PUR AP SPICEOLOGY         509 241 3040  * WA | 238.93 |





**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

| Page: | 9 of 9 |
|---|---|
| Statement Period: | Jul 01 2024-Jul 31 2024 |
| Cust Ref #: | 4441471664-039-T-### |
| Primary Account #: | ████ 664 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/26 | DBCRD PUR AP, *****04036545477, AUT 072424 VISA DDA PUR AP ULINE   SHIP SUPPLIES    800 295 5510  * WI | 187.38 |
| 07/26 | CCD DEBIT, ARLINGTON COUNTY ARLINGTON 2SXZOFZUD17ICGR | 83.84 |
| 07/29 | CCD DEBIT, INTUIT 49469394 BILL_PAY VRA CLEANING SE | 3,680.00 |
| 07/29 | DBCRD PUR AP, *****04036545477, AUT 072624 VISA DDA PUR AP METRO MEAT SEA    888 264 7647  * MD | 635.74 |
| 07/29 | CCD DEBIT, INTUIT 76219510 BILL_PAY BOWIE PRODUCE | 591.50 |
| 07/29 | CCD DEBIT, INTUIT 73091238 BILL_PAY LYON BAKERY | 586.81 |
| 07/29 | CCD DEBIT, INTUIT 57134342 BILL_PAY TRIMARK ADAMS-B | 390.08 |
| 07/29 | CCD DEBIT, INTUIT 43601953 BILL_PAY ROBERTS OXYGEN | 172.25 |
| 07/29 | DBCRD PMT AP, *****04036545477, AUT 072724 VISA DDA PUR AP ADOBE   ADOBE    408 536 6000  * CA | 21.19 |
| 07/29 | DBCRD PUR AP, *****04036545477, AUT 072824 VISA DDA PUR AP 7 ELEVEN 33679    ARLINGTON    * VA | 11.29 |
| 07/30 | CCD DEBIT, INTUIT 01180111 BILL_PAY CAPITAL BANK | 4,500.00 |
| 07/30 | CCD DEBIT, OPENTABLE PAYMENTS DDD763058 | 369.00 |
| 07/31 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR ****630473 | 22,768.18 |
| 07/31 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 5,378.86 |
| 07/31 | DEBIT POS AP, *****04036545477, AUT 073124 DDA PURCHASE AP VA ABC STORE 168    ARLINGTON    * VA | 216.22 |
| | Subtotal: | 193,133.87 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 24,783.72 | 07/17 | 20,247.96 |
| 07/01 | 36,254.32 | 07/18 | 16,223.18 |
| 07/02 | 27,718.45 | 07/19 | 20,460.86 |
| 07/03 | 11,279.44 | 07/22 | 29,517.07 |
| 07/05 | 8,636.63 | 07/23 | 14,186.48 |
| 07/08 | 23,063.24 | 07/24 | 11,732.61 |
| 07/09 | 20,024.94 | 07/25 | 16,070.54 |
| 07/10 | 24,789.33 | 07/26 | 21,907.19 |
| 07/11 | 23,744.47 | 07/29 | 30,056.88 |
| 07/12 | 33,184.44 | 07/30 | 33,991.62 |
| 07/15 | 41,354.40 | 07/31 | 10,666.34 |
| 07/16 | 38,410.18 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender