

**CAPITAL BANK**
PARTNERS IN YOUR VISION

*Statement Ending 07/31/2024*

2275 Research Blvd.
**Suite 600**
**Rockville, MD 20850**

**RETURN SERVICE REQUESTED**

SMOKECRAFT CLARENDON LLC    Page 1 of 2
*Customer Number: XXXXXXXX5611*

SMOKECRAFT CLARENDON LLC
7104 LOCH LOMOND DR
BETHESDA MD 20817-4760

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | Main Branch |
| 📱 | Phone | (301) 468-8848 |
| 💻 | Website | www.capitalbankmd.com |

## Our NEW Florida Branch Opening in August



We are thrilled to announce that our new Florida Branch located at **550 S Andrews Ave Suite 640, Fort Lauderdale, FL 33301** is currently scheduled to open to serve our customers on August 5th, 2024.

Our team is excited to welcome you to our new location and are committed to providing the exceptional service and solutions that you have come to expect from Capital Bank.

Thank you for your continued trust and loyalty. We are grateful for the opportunity to serve you and are excited to embark on this new chapter together.

 To see all branch locations, visit **capitalbankmd.com/locations**

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | XXXXXXXX5611 | $492.05 |

## BUSINESS CHECKING-XXXXXXXX5611

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/29/2024 | **Beginning Balance** | **$8.05** |
| | 1 Credit(s) This Period | $532.00 |
| | 1 Debit(s) This Period | $48.00 |
| 07/31/2024 | **Ending Balance** | **$492.05** |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 07/02/2024 | PEPSI BEVERAGES PAYMENTS XXXXX0163 | $532.00 |
| | | 1 item(s) totaling $532.00 |

**WASHINGTON, DC**
1400 W St NW, Suite 170
Washington, DC 20009
202.861.2265
©2017 CAPITAL BANK, N.A. | WWW.CAPITALBANKMD.COM

**RESTON, VA**
10700 Parkridge Blvd., Suite 180
Reston, VA, 20191
540.227.8088

**ROCKVILLE, MD**
One Church Street, Suite 100
Rockville, MD, 20850
240.283.0416

**COLUMBIA, MD**
6711 Columbia Gateway Drive, Suite 170
Columbia, MD 21046
443.221.6866



**Member FDIC**
EQUAL HOUSING LENDER

SMOKECRAFT CLARENDON LLC          XXXXXXXX5611          Statement Ending 07/31/2024          Page 2 of 2

## BUSINESS CHECKING-XXXXXXXX5611 (continued)

### Electronic Debits

| Date | Description | Amount |
|------|-------------|--------|
| 07/03/2024 | ARLINGTON CHAMBE ACH | $48.00 |
| | | 1 item(s) totaling $48.00 |

### Daily Balances

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| 07/02/2024 | $540.05 | 07/03/2024 | $492.05 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

**BEFORE YOU START-**

WITHDRAWLS OUTSTANDING-
NOT CHARGED TO ACCOUNT

| NO. | $ | |
|-----|---|--|
|     |   |  |
|     |   |  |
|     |   |  |
|     |   |  |
|     |   |  |
|     |   |  |
|     |   |  |
|     |   |  |
|     |   |  |
|     |   |  |
|     |   |  |
|     |   |  |
|     |   |  |
|     |   |  |
|     |   |  |
| TOTAL | $ | |

PLEASE MAKE SURE YOU HAVE ENTERED IN YOUR REGISTER ALL AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF YOUR STATEMENT.

YOU SHOULD HAVE ADDED IF ANY OCCURRED:
1. Loan advances
2. Credit memos
3. Other automatic deposit

YOU SHOULD HAVE SUB-TRACTED IF ANY OCCURRED:
1. Automatic loan payments
2. Automatic savings transfers
3. Service charges
4. Debit memos
5. Other automatic deductions and payments

BALANCE SHOWN ON THIS STATEMENT  $ _____

ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT *(IF ANY)*  $ _____

$ _____

$ _____

$ _____

TOTAL:  $ _____

SUBTRACT --

WITHDRAWALS OUTSTANDINGS  $ _____

BALANCE  $ _____

SHOULD AGREE WITH YOUR REGISTER BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

**THE FOLLOWING DISCLOSURES APPLY TO CONSUMER ACCOUNTS ONLY**

Please examine immediately and report if incorrect. If no reply is received within **30** days the account will be considered correct.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt please call us at the number listed on the front of this statement as soon as possible. You may also contact us on the Web at the website also listed on the reverse side of this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need the following information:
(1) Your name and account number (if any)
(2) A description of the error or the transfer about which you are unsure. Please explain clearly why you believe there is an error or why you need additional information.
(3) The dollar amount of the suspected error

If you inform us by phone, we may require that you send us your complaint or question in writing within 10 business days.

We will determine within 10 business days after we hear from you whether an error occurred and will correct any error promptly. However, if we need more time, we may take up to 45 days to investigate your complaint or question. We may take up to 90 days if this is a point of sale or foreign transaction. If this is a new account (within 30 days of opening), we may take up to 20 business days to determine whether an error has occurred and, if we need more time, we may take up to 90 days. If we decide to extend our investigation, we will credit your account within 10 business days (20 business days if a new account) for the amount you think is in error, so that you have use of this money during the time it takes to complete our investigation. If we ask you to submit your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

We will let you know the results within three business days after completing our investigation. If we determine that there was no error, we will send you a written explanation. You may ask for copies of documents that we used in our investigation.

**YOUR LINE OF CREDIT ACCOUNTS SUMMARY OF RIGHTS IS OUTLINED BELOW:**

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing notice error.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNTS**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address noted on the reverse side of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:
(1) Your name and account number
(2) The dollar amount of the suspected error
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item about which you are unsure

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take ant action to collect the amount in question.

A daily finance charge will be imposed on all credit advances made under your credit line imposed from the date of each credit advance based upon the "Daily Balance" method. We figure the finance charge on your credit line by applying the daily periodic rate(s) on the "Daily Balance" of your account for the billing cycle. To get the "Daily Balance" we take the beginning balance of your account each day, add new advances, and subtract any payments or credits and unpaid finance charges. This gives us the "Daily Balance".

The minimum periodic payment required is shown on the front of this billing statement. You may pay off your credit line account at any time, or make voluntary additional payments. Payments shall be applied, first to any unpaid finance charges, and second to the principal outstanding balance outstanding on the credit line account. Periodic statements may be sent to you at the end of each billing cycle showing your credit line transactions.

Send payments and inquiries to the address noted on the reverse side of this form. Payments received after the close of business shall be deemed received on the following business day for the purposes of crediting your account.

This page left intentionally blank