

Available Balance

# $609.94

| | |
|---|---|
| Today's Beginning Balance | **$65,609.94** |

Pending

| Date | Type | Description | Credit | Balance |
|---|---|---|---|---|
| PENDING | | | | |
| 8/1/2019 | DEBIT | Pending Verification | -$65,000.00 | Pending |
| ACCOUNT HISTORY | | | | |
| 7/11/2024 | INT | INTEREST CREDIT | $195.92 | $65,609.94 |