# Smokecraft Clarendon LLC

Profit and Loss

July 2024

|  | TOTAL | |
| --- | ---: | ---: |
|  | JUL 2024 | % OF INCOME |
| Income | | |
|   All Sales, Comps and Discounts | | |
|     5100 Food Sales | 138,142.55 | 88.26 % |
|     5110 Goodwill Comps | -603.29 | -0.39 % |
|     5115 Goodwill Bar Comps | -205.50 | -0.13 % |
|     5120 Guest Complaint Comps | -404.75 | -0.26 % |
|     5131 50% Employee Discounts | -583.29 | -0.37 % |
|     5150 Discounts Marketing | -141.50 | -0.09 % |
|     5160 Dining Privileges (mgr/chef) | -477.26 | -0.30 % |
|     5180 NA Beverage | 2,964.75 | 1.89 % |
|     5210 Liquor Sales | 10,095.00 | 6.45 % |
|     5220 Wine Sales | 1,336.00 | 0.85 % |
|     5230 Bottled Beer Sales | 452.50 | 0.29 % |
|     5240 Draft Beer Sales | 5,247.50 | 3.35 % |
|   **Total All Sales, Comps and Discounts** | **155,822.71** | **99.55 %** |
|   Other Income and Expense | | |
|     5300 Sundry Sales | 365.00 | 0.23 % |
|     5910 Service Charge Revenue - Catering | 338.66 | 0.22 % |
|   **Total Other Income and Expense** | **703.66** | **0.45 %** |
| **Total Income** | **$156,526.37** | **100.00 %** |
| Cost of Goods Sold | | |
|   Cost of Sales | | |
|     6110 Meat Cost | 30,737.12 | 19.64 % |
|     6120 Poultry Cost | 4,835.97 | 3.09 % |
|     6130 Seafood Cost | 927.59 | 0.59 % |
|     6140 Dairy Cost | 7,485.52 | 4.78 % |
|     6150 Produce Cost | 5,554.57 | 3.55 % |
|     6160 Bakery Cost | 2,374.72 | 1.52 % |
|     6170 Grocery Cost | 17,172.32 | 10.97 % |
|     6180 NA Beverage | 1,505.09 | 0.96 % |
|     6210 Liquor Cost | 6,000.80 | 3.83 % |
|     6220 Wine Cost | 1,176.19 | 0.75 % |
|     6230 Bottled Beer Cost | 241.42 | 0.15 % |
|     6240 Draft Beer Cost | 3,868.00 | 2.47 % |
|   **Total Cost of Sales** | **81,879.31** | **52.31 %** |
| **Total Cost of Goods Sold** | **$81,879.31** | **52.31 %** |
| **GROSS PROFIT** | **$74,647.06** | **47.69 %** |
| Expenses | | |
|   A. Payroll Expenses | | |
|     6310 Management Salaries | 14,461.54 | 9.24 % |

# Smokecraft Clarendon LLC

## Profit and Loss
### July 2024

|  | TOTAL | |
| --- | ---: | ---: |
|  | JUL 2024 | % OF INCOME |
| 6311 Direct Labor - FOH | 4,579.51 | 2.93 % |
| 6312 Overtime Labor - FOH | 0.00 | 0.00 % |
| 6313 Training Labor | 486.00 | 0.31 % |
| 6314 Direct Labor - BOH | 25,899.48 | 16.55 % |
| 6315 Overtime Labor - BOH | 594.96 | 0.38 % |
| 6510 Payroll Taxes | 4,860.70 | 3.11 % |
| 6530 Vacation Pay | 0.00 | 0.00 % |
| 6540 Parking | 200.00 | 0.13 % |
| 6550 Uniform Allowance | -35.00 | -0.02 % |
| 6570 Group Insurance | 390.80 | 0.25 % |
| 6580 Workers Compensation | 431.33 | 0.28 % |
| 6615 Payroll Processing Fees | 278.00 | 0.18 % |
| **Total A. Payroll Expenses** | **52,147.32** | **33.32 %** |
| B. Controllable Expenses | | |
| 6500 3rd Party Delivery Expense | 6,950.53 | 4.44 % |
| 6710 Operating Lease/Rentals | 543.64 | 0.35 % |
| 6750 Trash Removal | -29.36 | -0.02 % |
| 6790 Other Contracted Services | 300.00 | 0.19 % |
| 7000 Register Over/Short | -8.11 | -0.01 % |
| 7010 China/Glassware/Silver | 69.65 | 0.04 % |
| 7040 Cleaning Supplies | 439.04 | 0.28 % |
| 7045 Dish Chemicals | 1,155.84 | 0.74 % |
| 7050 Decorations | 74.04 | 0.05 % |
| 7060 Linens | 1,155.66 | 0.74 % |
| 7105 To Go Supplies | 2,971.19 | 1.90 % |
| 7106 Catering Supplies | 1,076.03 | 0.69 % |
| 7110 Operating Supplies F&B | 2,056.80 | 1.31 % |
| 7120 Uniforms | 1,064.00 | 0.68 % |
| **Total B. Controllable Expenses** | **17,818.95** | **11.38 %** |
| C. General & Administrative | | |
| 7190 Other Contracted Services-Admin | 1,858.06 | 1.19 % |
| 7195 Accounting Services | 2,500.00 | 1.60 % |
| 7220 Bank Charges & Fees | 600.00 | 0.38 % |
| 7230 Licenses & Permits | 1,735.42 | 1.11 % |
| 7250 Credit Card Commissions | 3,414.75 | 2.18 % |
| 7256 Employment Ads | 135.00 | 0.09 % |
| 7270 Dues & Subscriptions | 48.00 | 0.03 % |
| 7285 Gen. Liab Insur/Key Man | 1,083.59 | 0.69 % |
| 7320 Office Supplies & Postage | 24.41 | 0.02 % |
| 7350 Tele/internet/cable | 0.00 | 0.00 % |
| 7360 Travel | 584.44 | 0.37 % |
| **Total C. General & Administrative** | **11,983.67** | **7.66 %** |

# Smokecraft Clarendon LLC

## Profit and Loss
### July 2024

|  | TOTAL | |
|---|---:|---:|
|  | JUL 2024 | % OF INCOME |
| D. Advertising and Promotion | | |
|   7435 Advertising & Marketing | 1,289.98 | 0.82 % |
| **Total D. Advertising and Promotion** | **1,289.98** | **0.82 %** |
| E. Repair & Maintenance | | |
|   7500 Repairs & Maintenance | 861.55 | 0.55 % |
|   7620 R&M HVAC & Refrigeration | 431.80 | 0.28 % |
|   7630 R&M - Plumbing | 45.58 | 0.03 % |
|   7695 Cleaning Service | 3,680.00 | 2.35 % |
|   7710 Maint Contract - HVAC & Refrigeration | 625.00 | 0.40 % |
|   7720 Maint Contract - Other Equipment | 2,026.50 | 1.29 % |
|   7750 Pest Control | 85.00 | 0.05 % |
| **Total E. Repair & Maintenance** | **7,755.43** | **4.95 %** |
| F. Utilities | | |
|   7810 Electricity | 1,759.68 | 1.12 % |
|   7820 Gas | 589.68 | 0.38 % |
|   7830 Water & Sewer | 452.00 | 0.29 % |
|   7840 Firewood | 9.50 | 0.01 % |
| **Total F. Utilities** | **2,810.86** | **1.80 %** |
| G. Facility Expense | | |
|   8010 Rent & Lease | 12,730.64 | 8.13 % |
|   8015 Common Area Maintenance | 2,315.00 | 1.48 % |
|   8020 Property Insurance | 132.00 | 0.08 % |
|   8030 Property Taxes | 3,671.46 | 2.35 % |
| **Total G. Facility Expense** | **18,849.10** | **12.04 %** |
| **Total Expenses** | **$112,655.31** | **71.97 %** |
| **NET OPERATING INCOME** | **$ -38,008.25** | **-24.28 %** |
| **NET INCOME** | **$ -38,008.25** | **-24.28 %** |