## RECONCILIATION CHANGE REPORT

Since this reconciliation on 07/09/2024, changes were made to the reconciled transactions in this report.

| DATE | TYPE | REF NO. | PAYEE | ORIGINAL AMT (USD) | CURRENT AMT (USD) | CHANGE | AMOUNT CHANGE (USD) |
|---|---|---|---|---|---|---|---|
| 07/03/2024 | Deposit | | | 400.80 | 0.00 | Deleted | -400.80 |
| | | | | | | **Total** | **-400.80** |

## RECONCILIATION REPORT

Reconciled on: 07/09/2024

Reconciled by: Marcus Greene

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---|
| Statement beginning balance | 24,783.72 |
| Checks and payments cleared (35) | -59,722.43 |
| Deposits and other credits cleared (17) | 43,575.34 |
| Statement ending balance | 8,636.63 |
| | |
| Uncleared transactions as of 07/07/2024 | 13,926.30 |
| Register balance as of 07/07/2024 | 22,562.93 |
| Cleared transactions after 07/07/2024 | 0.00 |
| Uncleared transactions after 07/07/2024 | -4,019.16 |
| Register balance as of 07/09/2024 | 18,543.77 |

### Details

Checks and payments cleared (35)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -738.54 |
| 06/28/2024 | Bill Payment | | Bowie Produce | -325.50 |
| 06/28/2024 | Journal | Uline | | -187.13 |
| 06/28/2024 | Bill Payment | | Safety First Services | -1,050.00 |
| 06/28/2024 | Bill Payment | | Logan Food Company | -212.50 |
| 06/28/2024 | Bill Payment | | Lyon Bakery | -1,096.16 |
| 06/29/2024 | Journal | Trader Joes | | -14.10 |
| 06/30/2024 | Journal | Payroll JE 6.17-6.30 | | -7,367.93 |
| 06/30/2024 | Journal | Google | | -15.26 |
| 06/30/2024 | Journal | Payroll JE 6.17-6.30 | | -4,102.51 |
| 06/30/2024 | Journal | Payroll JE 6.17-6.30 | | -19,603.42 |
| 06/30/2024 | Journal | Payroll JE 6.17-6.30 | | -1,572.39 |
| 07/01/2024 | Journal | MarginEdge | | -300.00 |
| 07/01/2024 | Bill Payment | | KBS III 3003 Washington LLC | -18,111.14 |
| 07/01/2024 | Expense | | | -0.52 |
| 07/01/2024 | Journal | VA ABC | | -78.42 |
| 07/01/2024 | Expense | | Trader Joe's | -14.10 |
| 07/02/2024 | Expense | | Google LLC | -15.26 |
| 07/02/2024 | Journal | Trader Joes | | -14.10 |
| 07/02/2024 | Bill Payment | 5017 | ALSCO | -247.92 |
| 07/02/2024 | Expense | | Trader Joe's | -14.10 |
| 07/02/2024 | Expense | | Toast Inc. | -16.24 |
| 07/03/2024 | Journal | Giant | | -1.69 |
| 07/03/2024 | Bill Payment | 5018 | TriMark Adams-Burch | -745.39 |
| 07/03/2024 | Journal | Network Solutions | | -44.99 |
| 07/03/2024 | Bill Payment | | Parkx Master Merchant, LC | -200.00 |
| 07/03/2024 | Bill Payment | | Republic National | -279.72 |
| 07/04/2024 | Journal | Giant | | -10.15 |
| 07/04/2024 | Journal | CVS | | -18.01 |
| 07/05/2024 | Bill Payment | | Toast Inc. | -988.53 |
| 07/05/2024 | Expense | | | -0.87 |
| 07/05/2024 | Expense | | | -10.07 |
| 07/05/2024 | Journal | Restaurant Depot | | -1,910.31 |
| 07/05/2024 | Bill Payment | | Toast Inc. | -389.75 |
| 07/07/2024 | Journal | bank adj | | -25.71 |

| Total | | | | -59,722.43 |

**Deposits and other credits cleared (17)**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/27/2024 | Journal | sales | | 3,782.89 |
| 06/28/2024 | Journal | sales | | 4,599.33 |
| 06/28/2024 | Journal | sales | | 348.52 |
| 06/29/2024 | Journal | sales | | 147.17 |
| 06/29/2024 | Journal | sales | | 6,174.31 |
| 06/30/2024 | Deposit | | UberEats | 4,943.00 |
| 06/30/2024 | Deposit | | DoorDash Inc | 3,273.82 |
| 06/30/2024 | Journal | sales | | 5,056.29 |
| 06/30/2024 | Journal | sales | | 99.60 |
| 07/01/2024 | Journal | sales | | 3,291.25 |
| 07/01/2024 | Deposit | | | 2.40 |
| 07/02/2024 | Journal | sales | | 4,006.54 |
| 07/03/2024 | Journal | sales | | 4,930.49 |
| 07/03/2024 | Journal | sales | | 136.87 |
| 07/03/2024 | Deposit | | | 400.80 |
| 07/04/2024 | Journal | sales | | 341.07 |
| 07/05/2024 | Deposit | | Payoneer | 2,040.99 |

| Total | | | | 43,575.34 |

**Additional Information**

Uncleared checks and payments as of 07/07/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -238.04 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 06/30/2024 | Journal | Payroll JE 6.17-6.30 | | -971.75 |
| 06/30/2024 | Journal | Payroll JE 6.17-6.30 | | -730.30 |
| 06/30/2024 | Journal | Payroll JE 6.17-6.30 | | -598.34 |
| 06/30/2024 | Journal | Payroll JE 6.17-6.30 | | -1,009.10 |
| 06/30/2024 | Journal | Payroll JE 6.17-6.30 | | -571.07 |
| 07/02/2024 | Journal | Amazon | | -153.85 |
| 07/03/2024 | Bill Payment | EFT98719253 | Hop & Wine | -522.00 |
| 07/03/2024 | Journal | Buckhead | | -1,827.73 |
| 07/03/2024 | Journal | Amazon | | -48.98 |
| 07/04/2024 | Journal | Amazon | | -47.89 |

| Total | | | | -7,696.08 |

Uncleared deposits and other credits as of 07/07/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/04/2024 | Journal | sales | | 10,147.30 |
| 07/05/2024 | Journal | sales | | 3,699.51 |
| 07/05/2024 | Journal | sales | | 129.30 |
| 07/06/2024 | Journal | sales | | 3,987.26 |
| 07/06/2024 | Journal | sales | | 199.79 |
| 07/07/2024 | Journal | sales | | 211.35 |
| 07/07/2024 | Journal | sales | | 3,247.87 |

| Total | | | | 21,622.38 |

Uncleared checks and payments after 07/07/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/08/2024 | Bill Payment | | Roberts Oxygen Company, Inc. | -153.56 |
| 07/08/2024 | Bill Payment | | Corporate Filings LLC | -49.00 |
| 07/08/2024 | Bill Payment | | Toast Inc. | -389.75 |
| 07/08/2024 | Expense | | | -2.30 |
| 07/08/2024 | Bill Payment | | Chill-Craft Company Inc. | -561.54 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 07/08/2024 | Bill Payment | | Finance A La Carte LLC | -2,500.00 |
| 07/08/2024 | Bill Payment | | Lyon Bakery | -548.32 |
| 07/08/2024 | Expense | | Amazon | -127.69 |

| Total | | | | -4,332.16 |
|-------|--|--|--|-----------|

Uncleared deposits and other credits after 07/07/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 07/08/2024 | Deposit | | | 173.00 |
| 07/08/2024 | Deposit | | | 140.00 |

| Total | | | | 313.00 |
|-------|--|--|--|---------|

## RECONCILIATION CHANGE REPORT

Since this reconciliation on 07/16/2024, changes were made to the reconciled transactions in this report.

| DATE | TYPE | REF NO. | PAYEE | ORIGINAL AMT (USD) | CURRENT AMT (USD) | CHANGE | AMOUNT CHANGE (USD) |
|---|---|---|---|---|---|---|---|
| 07/08/2024 | Deposit | | | 173.00 | 0.00 | Deleted | -173.00 |
| 07/08/2024 | Deposit | | | 140.00 | 0.00 | Deleted | -140.00 |
| 07/10/2024 | Deposit | | | 38.00 | 0.00 | Deleted | -38.00 |
| | | | | | | **Total** | **-351.00** |

## RECONCILIATION REPORT

Reconciled on: 07/16/2024

Reconciled by: Marcus Greene

Any changes made to transactions after this date aren't included in this report.

### Summary

|  | USD |
|---|---|
| Statement beginning balance | 8,636.63 |
| Checks and payments cleared (34) | -23,069.63 |
| Deposits and other credits cleared (16) | 47,617.44 |
| Statement ending balance | 33,184.44 |
| | |
| Uncleared transactions as of 07/14/2024 | 14,933.69 |
| Register balance as of 07/14/2024 | 48,118.13 |
| Cleared transactions after 07/14/2024 | 0.00 |
| Uncleared transactions after 07/14/2024 | 1,645.86 |
| Register balance as of 07/16/2024 | 49,763.99 |

### Details

Checks and payments cleared (34)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/30/2024 | Journal | Payroll JE 6.17-6.30 | | -730.30 |
| 06/30/2024 | Journal | Payroll JE 6.17-6.30 | | -598.34 |
| 06/30/2024 | Journal | Payroll JE 6.17-6.30 | | -571.07 |
| 06/30/2024 | Journal | Payroll JE 6.17-6.30 | | -1,009.10 |
| 06/30/2024 | Journal | Payroll JE 6.17-6.30 | | -971.75 |
| 07/03/2024 | Journal | Amazon | | -48.98 |
| 07/03/2024 | Bill Payment | EFT98719253 | Hop & Wine | -522.00 |
| 07/04/2024 | Journal | Amazon | | -47.89 |
| 07/08/2024 | Expense | | Amazon | -127.69 |
| 07/08/2024 | Bill Payment | | Toast Inc. | -389.75 |
| 07/08/2024 | Expense | | | -2.30 |
| 07/08/2024 | Journal | Stickermule | | -495.55 |
| 07/08/2024 | Journal | Craigslist | | -45.00 |
| 07/08/2024 | Bill Payment | | Roberts Oxygen Company, Inc. | -153.56 |
| 07/08/2024 | Bill Payment | | Lyon Bakery | -548.32 |
| 07/08/2024 | Bill Payment | | Finance A La Carte LLC | -2,500.00 |
| 07/08/2024 | Bill Payment | | Chill-Craft Company Inc. | -561.54 |
| 07/08/2024 | Journal | Restaurant Depot | | -1,260.21 |
| 07/08/2024 | Bill Payment | | Corporate Filings LLC | -49.00 |
| 07/09/2024 | Bill Payment | | Reinhart Food Service (PFG) | -7,080.77 |
| 07/09/2024 | Journal | VA ABC | | -349.46 |
| 07/09/2024 | Journal | Uline | | -301.92 |
| 07/09/2024 | Bill Payment | | Reinhart Food Service (PFG) | -61.47 |
| 07/09/2024 | Bill Payment | 5020 | ALSCO | -247.92 |
| 07/10/2024 | Journal | Amazon | | -47.95 |
| 07/10/2024 | Journal | Amazon | | -74.04 |
| 07/10/2024 | Bill Payment | | VRA Cleaning Services LLC | -3,680.00 |
| 07/10/2024 | Journal | Giant | | -38.22 |
| 07/10/2024 | Journal | Uline | | -185.27 |
| 07/10/2024 | Journal | Amazon | | -24.37 |
| 07/10/2024 | Journal | Amazon | | -18.01 |
| 07/11/2024 | Journal | Giant | | -17.33 |
| 07/12/2024 | Bill Payment | | Premium Distributors | -149.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------|
| 07/12/2024 | Bill Payment | | KaHom Restaurant Supply | -161.55 |

| | | | | |
|------|------|---------|-------|-------------|
| **Total** | | | | **-23,069.63** |

### Deposits and other credits cleared (16)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------|
| 07/04/2024 | Journal | sales | | 10,147.30 |
| 07/05/2024 | Journal | sales | | 3,699.51 |
| 07/05/2024 | Journal | sales | | 129.30 |
| 07/06/2024 | Journal | sales | | 3,987.26 |
| 07/07/2024 | Deposit | | DoorDash Inc | 6,408.12 |
| 07/07/2024 | Deposit | | UberEats | 6,621.44 |
| 07/07/2024 | Journal | sales | | 3,247.87 |
| 07/08/2024 | Deposit | | | 173.00 |
| 07/08/2024 | Deposit | | | 140.00 |
| 07/08/2024 | Journal | sales | | 107.65 |
| 07/08/2024 | Journal | sales | | 3,998.92 |
| 07/09/2024 | Journal | sales | | 3,039.21 |
| 07/10/2024 | Deposit | | | 38.00 |
| 07/10/2024 | Journal | sales | | 3,366.77 |
| 07/10/2024 | Deposit | | Payoneer | 2,511.74 |
| 07/10/2024 | Deposit | | | 1.35 |

| | | | | |
|------|------|---------|-------|-------------|
| **Total** | | | | **47,617.44** |

**Additional Information**

Uncleared checks and payments as of 07/14/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -238.04 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/02/2024 | Journal | Amazon | | -153.85 |
| 07/03/2024 | Journal | Buckhead | | -1,827.73 |
| 07/11/2024 | Journal | Restaurant Depot | | -1,545.15 |
| 07/12/2024 | Bill Payment | | Chill-Craft Company Inc. | -431.80 |
| 07/12/2024 | Bill Payment | | Lyon Bakery | -494.20 |
| 07/12/2024 | Bill Payment | | Fourth Enterprises, LLC | -128.60 |
| 07/12/2024 | Bill Payment | | Bowie Produce | -1,843.50 |
| 07/12/2024 | Bill Payment | 5021 | TriMark Adams-Burch | -606.88 |
| 07/12/2024 | Journal | Buckhead | | -1,096.20 |
| 07/12/2024 | Bill Payment | | MtoM Consulting, LLC | -30.00 |

| | | | | |
|------|------|---------|-------|-------------|
| **Total** | | | | **-9,372.98** |

Uncleared deposits and other credits as of 07/14/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------|
| 07/06/2024 | Journal | sales | | 199.79 |
| 07/07/2024 | Journal | sales | | 211.35 |
| 07/09/2024 | Journal | sales | | 73.58 |
| 07/10/2024 | Journal | sales | | 224.65 |
| 07/11/2024 | Journal | sales | | 3,103.15 |
| 07/12/2024 | Journal | sales | | 5,029.35 |
| 07/12/2024 | Journal | sales | | 385.40 |
| 07/13/2024 | Journal | sales | | 6,833.39 |
| 07/13/2024 | Journal | sales | | 97.70 |
| 07/14/2024 | Journal | sales | | 86.00 |
| 07/14/2024 | Deposit | | UberEats | 4,512.09 |
| 07/14/2024 | Journal | sales | | 3,550.22 |

| | | | | |
|------|------|---------|-------|-------------|
| **Total** | | | | **24,306.67** |

Uncleared checks and payments after 07/14/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/15/2024 | Bill Payment | | Comcast (Elec) | -684.41 |
| 07/15/2024 | Bill Payment | | TriMark Adams-Burch | -390.08 |
| 07/15/2024 | Bill Payment | | Erie Insurance Group | -1,366.19 |
| 07/15/2024 | Expense | | Mail Chimp | -285.00 |

**Total**        -2,725.68

Uncleared deposits and other credits after 07/14/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/15/2024 | Deposit | | | 12.92 |
| 07/15/2024 | Journal | sales | | 48.30 |
| 07/15/2024 | Journal | sales | | 4,310.32 |

**Total**        4,371.54

**1021 TD Bank-DIP Checking, Period Ending 07/21/2024**

### RECONCILIATION CHANGE REPORT

Since this reconciliation on 07/24/2024, changes were made to the reconciled transactions in this report.

| DATE | TYPE | REF NO. | PAYEE | ORIGINAL AMT (USD) | CURRENT AMT (USD) | CHANGE | AMOUNT CHANGE (USD) |
|---|---|---|---|---|---|---|---|
| 07/16/2024 | Deposit | | | 83.00 | 0.00 | Deleted | -83.00 |
| 07/16/2024 | Deposit | | | 55.00 | 0.00 | Deleted | -55.00 |
| | | | | | | **Total** | **-138.00** |

### RECONCILIATION REPORT

Reconciled on: 07/24/2024

Reconciled by: Marcus Greene

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                                 USD

| | |
|---|---:|
| Statement beginning balance | 33,184.44 |
| Checks and payments cleared (34) | -52,891.51 |
| Deposits and other credits cleared (19) | 40,167.93 |
| Statement ending balance | 20,460.86 |
| | |
| Uncleared transactions as of 07/21/2024 | 19,655.99 |
| Register balance as of 07/21/2024 | 70,910.14 |
| Cleared transactions after 07/21/2024 | -30,793.29 |
| Uncleared transactions after 07/21/2024 | -24,049.36 |
| Register balance as of 07/24/2024 | 16,067.49 |

**Details**

Checks and payments cleared (34)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 07/03/2024 | Journal | Buckhead | | -1,827.73 |
| 07/11/2024 | Journal | Restaurant Depot | | -1,545.15 |
| 07/12/2024 | Bill Payment | | Fourth Enterprises, LLC | -128.60 |
| 07/12/2024 | Bill Payment | | Lyon Bakery | -494.20 |
| 07/12/2024 | Bill Payment | | MtoM Consulting, LLC | -30.00 |
| 07/12/2024 | Bill Payment | | Chill-Craft Company Inc. | -431.80 |
| 07/12/2024 | Journal | Buckhead | | -1,096.20 |
| 07/12/2024 | Bill Payment | 5021 | TriMark Adams-Burch | -606.88 |
| 07/12/2024 | Bill Payment | | Bowie Produce | -1,843.50 |
| 07/15/2024 | Bill Payment | | Comcast (EFT) | -684.41 |
| 07/15/2024 | Expense | | Mail Chimp | -285.00 |
| 07/15/2024 | Bill Payment | | Erie Insurance Group | -1,366.19 |
| 07/15/2024 | Bill Payment | | TriMark Adams-Burch | -390.08 |
| 07/16/2024 | Expense | | | -0.40 |
| 07/16/2024 | Expense | | | -0.65 |
| 07/16/2024 | Bill Payment | | TriMark Adams-Burch | -701.63 |
| 07/16/2024 | Bill Payment | 5022 | ALSCO | -247.92 |
| 07/16/2024 | Expense | | Reinhart Food Service (PFG) | -156.63 |
| 07/16/2024 | Bill Payment | | Reinhart Food Service (PFG) | -7,025.61 |
| 07/16/2024 | Expense | | | -0.58 |
| 07/16/2024 | Journal | VA ABC | | -614.83 |
| 07/16/2024 | Bill Payment | | Reinhart Food Service (PFG) | -21.77 |
| 07/17/2024 | Expense | | Amazon | -67.50 |
| 07/17/2024 | Bill Payment | EFT62232366 | Hop & Wine | -195.00 |
| 07/17/2024 | Expense | | Amazon | -15.89 |
| 07/18/2024 | Bill Payment | | Dropbox | -54.00 |
| 07/18/2024 | Expense | | Amazon | -9.50 |
| 07/19/2024 | Journal | Restaurant Depot | | -2,166.56 |
| 07/19/2024 | Bill Payment | | Craigslist | -45.00 |
| 07/19/2024 | Expense | | Square | -0.01 |
| 07/19/2024 | Bill Payment | | Craigslist | -45.00 |
| 07/22/2024 | Journal | Payroll JE 7.01-7.14 | | -576.50 |
| 07/22/2024 | Journal | Payroll JE 7.01-7.14 | | -23,278.62 |
| 07/22/2024 | Journal | Payroll JE 7.01-7.14 | | -6,938.17 |

| | | | | Total |
|---|---|---|---|---|---:|
| | | | | | -52,891.51 |

Case 24-13609     Doc 58-12     Filed 09/02/24     Page 8 of 18

Deposits and other credits cleared (19)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 07/09/2024 | Journal | sales | | 73.58 |
| 07/10/2024 | Journal | sales | | 224.65 |
| 07/11/2024 | Journal | sales | | 3,103.15 |
| 07/12/2024 | Journal | sales | | 385.40 |
| 07/12/2024 | Journal | sales | | 5,029.35 |
| 07/13/2024 | Journal | sales | | 6,833.39 |
| 07/14/2024 | Deposit | | UberEats | 4,512.09 |
| 07/14/2024 | Journal | sales | | 3,550.22 |
| 07/14/2024 | Deposit | | DoorDash Inc | 3,481.63 |
| 07/15/2024 | Deposit | | | 12.92 |
| 07/15/2024 | Journal | sales | | 4,201.72 |
| 07/16/2024 | Deposit | | | 83.00 |
| 07/16/2024 | Deposit | | | 55.00 |
| 07/16/2024 | Journal | sales | | 2,926.89 |
| 07/17/2024 | Deposit | | Payoneer | 1,860.82 |
| 07/17/2024 | Journal | sales | | 3,511.15 |
| 07/18/2024 | Deposit | | Reverie Distribution Co. | 50.00 |
| 07/19/2024 | Deposit | | Square | 0.01 |
| 07/19/2024 | Deposit | | Square | 272.96 |

| | | | | Total |
|---|---|---|---|---:|
| | | | | 40,167.93 |

**Additional Information**

Uncleared checks and payments as of 07/21/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -238.04 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/02/2024 | Journal | Amazon | | -153.85 |
| 07/18/2024 | Journal | Trader Joes | | -6.03 |
| 07/19/2024 | Journal | Buckhead | | -1,110.26 |
| 07/19/2024 | Journal | Smoke N Dudes | | -323.92 |
| 07/19/2024 | Bill Payment | 5023 | TriMark Adams-Burch | -856.97 |
| 07/20/2024 | Journal | Giant | | -17.33 |
| 07/20/2024 | Journal | Restaurant Depot | | -435.47 |
| 07/20/2024 | Journal | VA ABC | | -29.97 |

| | | | | Total |
|---|---|---|---|---:|
| | | | | -4,148.87 |

Uncleared deposits and other credits as of 07/21/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 07/06/2024 | Journal | sales | | 199.79 |
| 07/07/2024 | Journal | sales | | 211.35 |
| 07/13/2024 | Journal | sales | | 97.70 |
| 07/14/2024 | Journal | sales | | 86.00 |
| 07/15/2024 | Journal | sales | | 48.30 |
| 07/16/2024 | Journal | sales | | 113.95 |
| 07/17/2024 | Journal | sales | | 95.53 |
| 07/18/2024 | Journal | sales | | 25.00 |
| 07/18/2024 | Journal | sales | | 3,642.47 |
| 07/19/2024 | Journal | sales | | 126.52 |
| 07/19/2024 | Journal | sales | | 4,788.61 |
| 07/20/2024 | Journal | sales | | 5,811.71 |
| 07/20/2024 | Journal | sales | | 318.46 |
| 07/21/2024 | Journal | sales | | 3,903.64 |
| 07/21/2024 | Journal | sales | | 136.69 |
| 07/21/2024 | Deposit | | UberEats | 4,199.14 |

| | | | | Total |
|---|---|---|---|---:|
| | | | | 23,804.86 |

Uncleared checks and payments after 07/21/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/22/2024 | Journal | Canva | | -14.99 |
| 07/22/2024 | Bill Payment | | Magnolia Plumbing | -1,771.50 |
| 07/22/2024 | Bill Payment | | Pest Management Services, Inc. | -85.00 |
| 07/22/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 07/22/2024 | Journal | Payroll JE 7.01-7.14 | | -695.38 |
| 07/22/2024 | Journal | Payroll JE 7.01-7.14 | | -579.70 |
| 07/22/2024 | Expense | | | -0.95 |
| 07/22/2024 | Expense | | Amazon | -34.97 |
| 07/22/2024 | Journal | Buckhead | | -899.03 |
| 07/22/2024 | Bill Payment | | Lyon Bakery | -413.16 |
| 07/22/2024 | Bill Payment | | Logan Food Company | -127.50 |
| 07/22/2024 | Bill Payment | | Bowie Produce | -432.50 |
| 07/22/2024 | Expense | | | -0.53 |
| 07/22/2024 | Expense | | | -0.52 |
| 07/22/2024 | Journal | Payroll JE 7.01-7.14 | | -1,294.18 |
| 07/22/2024 | Journal | Payroll JE 7.01-7.14 | | -1,092.80 |
| 07/22/2024 | Journal | Payroll JE 7.01-7.14 | | -337.78 |
| 07/23/2024 | Bill Payment | 5024 | ALSCO | -205.95 |
| 07/23/2024 | Expense | | Arlington County Treasurer | -6,668.56 |
| 07/23/2024 | Expense | | Reinhart Food Service (PFG) | -106.76 |
| 07/23/2024 | Bill Payment | | Reinhart Food Service (PFG) | -5,330.66 |
| 07/23/2024 | Expense | | VA Department of Taxation | -8,482.74 |

| Total | | | | -28,692.24 |
|---|---|---|---|---|

Uncleared deposits and other credits after 07/21/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/22/2024 | Journal | sales | | 57.65 |
| 07/22/2024 | Journal | sales | | 2,238.19 |
| 07/23/2024 | Journal | sales | | 152.50 |
| 07/23/2024 | Journal | sales | | 2,194.54 |

| Total | | | | 4,642.88 |
|---|---|---|---|---|

Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 07/28/2024**

**RECONCILIATION REPORT**

Reconciled on: 08/01/2024

Reconciled by: Marcus Greene

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 21,224.19 |
| Checks and payments cleared (5) | -281.71 |
| Deposits and other credits cleared (9) | 964.71 |
| Statement ending balance | 21,907.19 |
| | |
| Uncleared transactions as of 07/28/2024 | -17,885.74 |
| Register balance as of 07/28/2024 | 4,021.45 |
| Cleared transactions after 07/28/2024 | 0.00 |
| Uncleared transactions after 07/28/2024 | -17,381.27 |
| Register balance as of 08/01/2024 | -13,359.82 |

**Details**

Checks and payments cleared (5)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/02/2024 | Journal | Amazon | | -153.85 |
| 07/15/2024 | Journal | Amazon | | -67.50 |
| 07/15/2024 | Journal | Amazon | | -15.89 |
| 07/17/2024 | Journal | Amazon | | -9.50 |
| 07/21/2024 | Journal | Amazon | | -34.97 |
| **Total** | | | | **-281.71** |

Deposits and other credits cleared (9)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/06/2024 | Journal | sales | | 199.79 |
| 07/07/2024 | Journal | sales | | 211.35 |
| 07/13/2024 | Journal | sales | | 97.70 |
| 07/14/2024 | Journal | sales | | 86.00 |
| 07/15/2024 | Journal | sales | | 48.30 |
| 07/18/2024 | Journal | sales | | 25.00 |
| 07/22/2024 | Journal | sales | | 57.65 |
| 07/23/2024 | Journal | sales | | 152.50 |
| 07/28/2024 | Journal | bank adj | | 86.42 |
| **Total** | | | | **964.71** |

**Additional Information**

Uncleared checks and payments as of 07/28/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -238.04 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/22/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 07/26/2024 | Bill Payment | | TriMark Adams-Burch | -390.08 |
| 07/26/2024 | Bill Payment | | Roberts Oxygen Company, Inc. | -172.25 |
| 07/26/2024 | Bill Payment | | Bowie Produce | -591.50 |
| 07/26/2024 | Bill Payment | | VRA Cleaning Services LLC | -3,680.00 |
| 07/26/2024 | Journal | Buckhead | | -635.74 |
| 07/26/2024 | Bill Payment | 5026 | TriMark Adams-Burch | -489.52 |
| 07/26/2024 | Bill Payment | | Lyon Bakery | -586.81 |
| 07/28/2024 | Journal | Payroll JE 07.15-7.28 | | -588.10 |
| 07/28/2024 | Journal | Payroll JE 07.15-7.28 | | -582.30 |
| 07/28/2024 | Journal | Payroll JE 07.15-7.28 | | -22,768.18 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/28/2024 | Journal | Payroll JE 07.15-7.28 | | -6,676.31 |
| 07/28/2024 | Journal | Payroll JE 07.15-7.28 | | -1,211.93 |
| 07/28/2024 | Journal | Payroll JE 07.15-7.28 | | -650.94 |
| 07/28/2024 | Journal | Payroll JE 07.15-7.28 | | -585.15 |

| Total | | | | -40,940.96 |
|---|---|---|---|---|

Uncleared deposits and other credits as of 07/28/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/24/2024 | Journal | sales | | 55.15 |
| 07/25/2024 | Journal | sales | | 64.29 |
| 07/25/2024 | Journal | sales | | 3,979.24 |
| 07/26/2024 | Journal | sales | | 270.66 |
| 07/26/2024 | Journal | sales | | 4,582.62 |
| 07/27/2024 | Journal | sales | | 5,604.19 |
| 07/27/2024 | Journal | sales | | 101.00 |
| 07/28/2024 | Journal | sales | | 241.23 |
| 07/28/2024 | Deposit | | UberEats | 4,087.23 |
| 07/28/2024 | Journal | sales | | 4,069.61 |

| Total | | | | 23,055.22 |
|---|---|---|---|---|

Uncleared checks and payments after 07/28/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/29/2024 | Expense | | 7-Eleven | -11.29 |
| 07/29/2024 | Expense | | Adobe Inc. | -21.19 |
| 07/29/2024 | Bill Payment | | Capital Bank | -4,500.00 |
| 07/30/2024 | Expense | | | -0.23 |
| 07/30/2024 | Expense | | | -0.66 |
| 07/30/2024 | Bill Payment | | Open Table Inc. ACH | -369.00 |
| 07/30/2024 | Expense | | | -0.15 |
| 07/31/2024 | Expense | | VA ABC (CC) | -216.22 |
| 07/31/2024 | Expense | | Reinhart Food Service (PFG) | -5,378.86 |
| 08/02/2024 | Bill Payment | | KBS III 3003 Washington LLC | -18,349.64 |

| Total | | | | -28,847.24 |
|---|---|---|---|---|

Uncleared deposits and other credits after 07/28/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/29/2024 | Deposit | | toast | 72.50 |
| 07/29/2024 | Journal | MJ13533ME | | 20.00 |
| 07/29/2024 | Journal | MJ13533ME | | 1,609.76 |
| 07/30/2024 | Deposit | | | 0.71 |
| 07/30/2024 | Journal | MJ13539ME | | 4,156.48 |
| 07/30/2024 | Journal | MJ13539ME | | 146.28 |
| 07/31/2024 | Journal | MJ13550ME | | 3,058.59 |
| 07/31/2024 | Deposit | | Payoneer | 2,356.50 |
| 07/31/2024 | Journal | MJ13550ME | | 45.15 |

| Total | | | | 11,465.97 |
|---|---|---|---|---|

Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 07/31/2024**

## RECONCILIATION CHANGE REPORT

Since this reconciliation on 08/08/2024, changes were made to the reconciled transactions in this report.

| DATE | TYPE | REF NO. | PAYEE | ORIGINAL AMT (USD) | CURRENT AMT (USD) | CHANGE | AMOUNT CHANGE (USD) |
|---|---|---|---|---|---|---|---|
| 07/31/2024 | Deposit | | | 131.00 | 0.00 | Deleted | -131.00 |
| | | | | | | **Total** | **-131.00** |

## RECONCILIATION REPORT

Reconciled on: 08/08/2024

Reconciled by: Marcus Greene

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---|
| Statement beginning balance | 21,907.19 |
| Checks and payments cleared (18) | -40,049.72 |
| Deposits and other credits cleared (19) | 28,808.87 |
| Statement ending balance | 10,666.34 |
| | |
| Uncleared transactions as of 07/31/2024 | -1,497.75 |
| Register balance as of 07/31/2024 | 9,168.59 |
| Cleared transactions after 07/31/2024 | 0.00 |
| Uncleared transactions after 07/31/2024 | -399.42 |
| Register balance as of 08/08/2024 | 8,769.17 |

### Details

Checks and payments cleared (18)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/02/2024 | Journal | Payroll JE 05/20-6/2 | | -238.04 |
| 07/26/2024 | Journal | Buckhead | | -635.74 |
| 07/26/2024 | Bill Payment | | VRA Cleaning Services LLC | -3,680.00 |
| 07/26/2024 | Bill Payment | | Lyon Bakery | -586.81 |
| 07/26/2024 | Bill Payment | | TriMark Adams-Burch | -390.08 |
| 07/26/2024 | Bill Payment | 5026 | TriMark Adams-Burch | -489.52 |
| 07/26/2024 | Bill Payment | | Roberts Oxygen Company, Inc. | -172.25 |
| 07/26/2024 | Bill Payment | | Bowie Produce | -591.50 |
| 07/28/2024 | Journal | Payroll JE 07.15-7.28 | | -22,768.18 |
| 07/29/2024 | Bill Payment | | Capital Bank | -4,500.00 |
| 07/29/2024 | Expense | | 7-Eleven | -11.29 |
| 07/29/2024 | Expense | | Adobe Inc. | -21.19 |
| 07/30/2024 | Bill Payment | | Open Table Inc. ACH | -369.00 |
| 07/30/2024 | Expense | | | -0.66 |
| 07/30/2024 | Expense | | | -0.15 |
| 07/30/2024 | Expense | | | -0.23 |
| 07/31/2024 | Bill Payment | To print | Reinhart Food Service (PFG) | -5,378.86 |
| 07/31/2024 | Expense | | VA ABC (CC) | -216.22 |

| Total | | | | -40,049.72 |
|---|---|---|---|---|

Deposits and other credits cleared (19)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/24/2024 | Journal | sales | | 55.15 |
| 07/25/2024 | Journal | sales | | 64.29 |
| 07/25/2024 | Journal | sales | | 3,979.24 |
| 07/26/2024 | Journal | sales | | 4,582.62 |
| 07/26/2024 | Journal | sales | | 270.66 |
| 07/27/2024 | Journal | sales | | 101.00 |
| 07/27/2024 | Journal | sales | | 5,604.19 |
| 07/28/2024 | Deposit | | UberEats | 4,087.23 |
| 07/28/2024 | Journal | sales | | 4,692.07 |
| 07/28/2024 | Journal | sales | | 241.23 |
| 07/29/2024 | Journal | Sales 7.29 | | 20.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/29/2024 | Deposit | | Toast | 72.50 |
| 07/29/2024 | Journal | Sales 7.29 | | 1,568.09 |
| 07/30/2024 | Deposit | | | 0.71 |
| 07/31/2024 | Deposit | | Payoneer | 2,356.50 |
| 07/31/2024 | Deposit | | | 29.36 |
| 07/31/2024 | Deposit | | | 462.98 |
| 07/31/2024 | Transfer | | | 490.05 |
| 07/31/2024 | Deposit | | | 131.00 |

**Total**      28,808.87

**Additional Information**

Uncleared checks and payments as of 07/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/22/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 07/28/2024 | Journal | Payroll JE 07.15-7.28 | | -585.15 |
| 07/28/2024 | Journal | Payroll JE 07.15-7.28 | | -588.10 |
| 07/28/2024 | Journal | Payroll JE 07.15-7.28 | | -650.94 |
| 07/28/2024 | Journal | Payroll JE 07.15-7.28 | | -582.30 |
| 07/28/2024 | Journal | Payroll JE 07.15-7.28 | | -6,676.31 |
| 07/28/2024 | Journal | Payroll JE 07.15-7.28 | | -1,211.93 |
| 07/30/2024 | Bill Payment | 5027 | ALSCO | -205.95 |
| 07/31/2024 | Journal | MI13555ME | | -835.46 |
| 07/31/2024 | Bill Payment | 5028 | TriMark Adams-Burch | -816.30 |

**Total**      -13,246.55

Uncleared deposits and other credits as of 07/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/28/2024 | Deposit | | DoorDash Inc | 4,534.09 |
| 07/30/2024 | Journal | Sales 7.30 | | 4,038.28 |
| 07/30/2024 | Journal | Sales 7.30 | | 146.28 |
| 07/31/2024 | Journal | Sales 7.31 | | 45.15 |
| 07/31/2024 | Journal | Sales 7.31 | | 2,985.00 |

**Total**      11,748.80

Uncleared checks and payments after 07/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/01/2024 | Journal | MI13585ME | | -797.65 |
| 08/01/2024 | Expense | | Toast Inc. | -42.85 |
| 08/02/2024 | Bill Payment | | Logan Food Company | -127.50 |
| 08/02/2024 | Bill Payment | | KBS III 3003 Washington LLC | -18,349.64 |
| 08/02/2024 | Bill Payment | | Magnolia Plumbing | -255.00 |
| 08/02/2024 | Bill Payment | | Roberts Oxygen Company, Inc. | -153.56 |
| 08/02/2024 | Bill Payment | | Ferrari Enterprises | -575.00 |
| 08/02/2024 | Bill Payment | | Bowie Produce | -137.00 |
| 08/02/2024 | Bill Payment | | GWWC, LLC | -500.00 |
| 08/02/2024 | Bill Payment | | Safety First Services | -625.00 |
| 08/02/2024 | Bill Payment | | Lyon Bakery | -413.18 |
| 08/02/2024 | Journal | MI13567ME | | -21.18 |
| 08/02/2024 | Journal | MI13570ME | | -247.33 |
| 08/02/2024 | Bill Payment | | marginedge | -300.00 |
| 08/02/2024 | Bill Payment | | Google LLC | -15.26 |
| 08/02/2024 | Expense | | Toast Inc. | -16.24 |
| 08/03/2024 | Journal | MI13571ME | | -4.63 |
| 08/03/2024 | Journal | MI13572ME | | -13.61 |
| 08/04/2024 | Journal | MI13589ME | | -196.95 |
| 08/04/2024 | Journal | MI13590ME | | -254.94 |
| 08/05/2024 | Bill Payment | | Parkx Master Merchant, LC | -200.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/05/2024 | Journal | MJ13578ME | | -121.79 |
| 08/05/2024 | Journal | MI13596ME | | -209.64 |
| 08/05/2024 | Bill Payment | | Spiceology | -90.84 |
| 08/05/2024 | Expense | | Arlington Chamber of Commerce | -48.00 |
| 08/06/2024 | Bill Payment | | Reinhart Food Service (PFG) | -62.80 |
| 08/06/2024 | Bill Payment | | Reinhart Food Service (PFG) | -6,249.68 |
| 08/06/2024 | Bill Payment | 5029 | M.A. Stockstill Co. | -330.00 |
| 08/06/2024 | Bill Payment | 5030 | ALSCO | -205.95 |

**Total**      -30,565.22

Uncleared deposits and other credits after 07/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/01/2024 | Journal | Sales 8.1 | | 12.05 |
| 08/01/2024 | Journal | Sales 8.1 | | 2,630.51 |
| 08/02/2024 | Journal | Sales 8.2 | | 5,999.70 |
| 08/02/2024 | Journal | Sales 8.2 | | 558.48 |
| 08/03/2024 | Journal | Sales 8.3 | | 6,305.98 |
| 08/03/2024 | Journal | Sales 8.3 | | 310.28 |
| 08/04/2024 | Deposit | | UberEats | 3,522.56 |
| 08/04/2024 | Journal | Sales 8.4 | | 3,744.09 |
| 08/05/2024 | Journal | MJ13592ME | | 3,711.77 |
| 08/05/2024 | Journal | MJ13592ME | | 47.97 |
| 08/06/2024 | Journal | MJ13601ME | | 124.62 |
| 08/06/2024 | Journal | MJ13601ME | | 3,197.79 |

**Total**      30,165.80

Smokecraft Clarendon LLC

**1020 TD Bank Operating, Period Ending 07/07/2024**

**RECONCILIATION REPORT**

Reconciled on: 07/09/2024

Reconciled by: Marcus Greene

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 7,500.00 |
| Checks and payments cleared (1) | -5,298.79 |
| Deposits and other credits cleared (1) | 500.00 |
| Statement ending balance | 2,701.21 |
| | |
| Uncleared transactions as of 07/07/2024 | -566.25 |
| Register balance as of 07/07/2024 | 2,134.96 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/03/2024 | Bill Payment | | Reinhart Food Service (PFG) | -5,298.79 |
| **Total** | | | | **-5,298.79** |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/03/2024 | Deposit | | Melio | 500.00 |
| **Total** | | | | **500.00** |

**Additional Information**

Uncleared checks and payments as of 07/07/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/17/2022 | Journal | payroll 7/4-7/17 | | -388.33 |
| 08/27/2023 | Journal | Payroll JE 8/14-8/27 | | -12.10 |
| 03/24/2024 | Journal | Payroll 3/11-3/24 | | -141.07 |
| 05/31/2024 | Journal | bank rec adj | | -24.75 |
| **Total** | | | | **-566.25** |

Smokecraft Clarendon LLC

**1020 TD Bank Operating, Period Ending 07/21/2024**

**RECONCILIATION REPORT**

Reconciled on: 07/24/2024

Reconciled by: Marcus Greene

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 2,701.21 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 2,701.21 |
| | |
| Uncleared transactions as of 07/21/2024 | -651.25 |
| Register balance as of 07/21/2024 | 2,049.96 |

**Additional Information**

Uncleared checks and payments as of 07/21/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/17/2022 | Journal | payroll 7/4-7/17 | | -388.33 |
| 08/27/2023 | Journal | Payroll JE 8/14-8/27 | | -12.10 |
| 03/24/2024 | Journal | Payroll 3/11-3/24 | | -141.07 |
| 05/31/2024 | Journal | bank rec adj | | -24.75 |
| 07/20/2024 | Expense | | Intuit Inc. | -85.00 |

| Total | -651.25 |
|---|---|

Smokecraft Clarendon LLC

**1020 TD Bank Operating, Period Ending 07/31/2024**

**RECONCILIATION REPORT**

Reconciled on: 08/06/2024

Reconciled by: Marcelena Jarrouj

Any changes made to transactions after this date aren't included in this report.

| **Summary** | **USD** |
|---|---|
| Statement beginning balance | 2,701.21 |
| Checks and payments cleared (2) | -600.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 2,101.21 |
| | |
| Uncleared transactions as of 07/31/2024 | -651.25 |
| Register balance as of 07/31/2024 | 1,449.96 |

**Details**

Checks and payments cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/26/2024 | Expense | | TD Bank | -250.00 |
| 07/26/2024 | Expense | | TD Bank | -350.00 |
| Total | | | | -600.00 |

**Additional Information**

Uncleared checks and payments as of 07/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/17/2022 | Journal | payroll 7/4-7/17 | | -388.33 |
| 08/27/2023 | Journal | Payroll JE 8/14-8/27 | | -12.10 |
| 03/24/2024 | Journal | Payroll 3/11-3/24 | | -141.07 |
| 05/31/2024 | Journal | bank rec adj | | -24.75 |
| 07/20/2024 | Expense | | Intuit Inc. | -85.00 |
| Total | | | | -651.25 |

Smokecraft Clarendon LLC

**1020 TD Bank Operating, Period Ending 07/14/2024**

**RECONCILIATION REPORT**

Reconciled on: 07/24/2024

Reconciled by: Marcus Greene

Any changes made to transactions after this date aren't included in this report.

| **Summary** | **USD** |
|---|---|
| Statement beginning balance | 2,701.21 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 2,701.21 |
| | |
| Uncleared transactions as of 07/14/2024 | -566.25 |
| Register balance as of 07/14/2024 | 2,134.96 |
| Cleared transactions after 07/14/2024 | 0.00 |
| Uncleared transactions after 07/14/2024 | -85.00 |
| Register balance as of 07/24/2024 | 2,049.96 |

**Additional Information**

Uncleared checks and payments as of 07/14/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/17/2022 | Journal | payroll 7/4-7/17 | | -388.33 |
| 08/27/2023 | Journal | Payroll JE 8/14-8/27 | | -12.10 |
| 03/24/2024 | Journal | Payroll 3/11-3/24 | | -141.07 |
| 05/31/2024 | Journal | bank rec adj | | -24.75 |

| Total | | | | -566.25 |
|---|---|---|---|---|

Uncleared checks and payments after 07/14/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/20/2024 | Expense | | Intuit Inc. | -85.00 |

| Total | | | | -85.00 |
|---|---|---|---|---|