SalesSummary_2024-07-01_2024-07-31
-Smokecraft Modern Barbecue

**Revenue summary**

| | |
|---|---|
| Net sales | 156903.56 |
| Gratuity | 613.34 |
| Tax amount | 15459.58 |
| Fundraising Contributions | |
| Fundraising Contribution Refunds | |
| Tips | 18379.28 |
| Deferred (gift cards) | 150 |
| Deferred (house accounts) | |
| Deferred (other) | |
| deferredTaxAmount | 0 |
| Paid in total | 2335.08 |
| Total | 193840.84 |

**Net sales summary**

| | |
|---|---|
| Gross sales | 160089.32 |
| Sales discounts | -2460.46 |
| Sales refunds | -725.3 |
| Net sales | 156903.56 |

**Tip summary**

| | |
|---|---|
| Tips collected | 18404.28 |
| Tips refunded | -25 |
| Total tips | 18379.28 |
| Tips withheld | -406.89 |
| Tips after withholding | 17972.39 |

**Service mode summary**

| Service mode | Quick Service | Table Service | Total |
|---|---|---|---|
| Net sales | 79362.03 | 77541.53 | 156903.56 |
| Total guests | 1446 | 2342 | 3788 |
| Avg/Guest | 54.88 | 33.11 | 41.42 |
| Total payments | 1332 | 1315 | 2647 |
| Avg/Payment | 65.44 | 64.88 | 65.16 |
| Total orders | 1343 | 1056 | 2399 |
| Avg/Order | 59.09 | 73.43 | 65.4 |
| Turn time (minutes) | 117.91 | 52.32 | 88.71 |

**Payments summary**

| Payment type | Payment sub type | Count | Amount | Tips | Grat | Tax amount | Refunds | Tip refunds | Legacy tips | Total | Tips/Grat % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | 85 | 3750.33 | 245 | 16.39 | 342.09 | 0 | 0 | 245 | 4011.72 | 7.5 |
| Credit/debit | | 1618 | 110837.47 | 18068.75 | 972.25 | 9919.45 | -750.3 | -25 | 18043.75 | 129128.17 | 18.8 |
| Credit/debit | AMEX | 213 | 17629.79 | 2547.24 | 315.5 | 1520.97 | 0 | 0 | 2547.24 | 20492.53 | 17.8 |
| Credit/debit | DISCOVER | 41 | 2029.69 | 396.27 | 0 | 184.92 | 0 | 0 | 396.27 | 2425.96 | 21.5 |
| Credit/debit | MASTERCARD | 326 | 21845.72 | 3528.05 | 174.69 | 2001.3 | 0 | 0 | 3528.05 | 25548.46 | 18.6 |
| Credit/debit | VISA | 1038 | 69332.27 | 11597.19 | 482.06 | 6212.26 | -750.3 | -25 | 11572.19 | 80661.22 | 19 |
| Gift Card | | 16 | 659.52 | 0 | 7.5 | 60.06 | 0 | 0 | 0 | 667.02 | 1.3 |
| Other | | 925 | 58410.61 | 0 | 0 | 5210.92 | 0 | 0 | 0 | 58410.61 | 0 |
| Other | Check | 1 | 399.64 | 0 | 0 | 0 | 0 | 0 | 0 | 399.64 | 0 |
| Other | DoorDash | 427 | 22644.98 | 0 | 0 | 2062.73 | 0 | 0 | 0 | 22644.98 | 0 |
| Other | UBEREATS | 483 | 26298.79 | 0 | 0 | 2394.99 | 0 | 0 | 0 | 26298.79 | 0 |
| Other | ezCater | 14 | 9067.2 | 0 | 0 | 753.2 | 0 | 0 | 0 | 9067.2 | 0 |
| Subtotal | | 2644 | 173657.93 | 18313.75 | 996.14 | 15532.52 | -750.3 | -25 | 18288.75 | 192217.52 | 12.2 |
| Deposit Sales Collected | | | | | | | | | | 1598.07 | |
| Total | | | | | | | | | | 193815.59 | |

**Sales category summary**

| Sales category | Items | Net sales | Discount amount | Refund amount | Gross sales | Tax amount |
|---|---|---|---|---|---|---|
| Bottled Beer | 83 | 436 | 16.5 | 0 | 452.5 | 43.6 |
| Custom Amount Refunds | 0 | -725.3 | 0 | 725.3 | 0 | 0 |
| Draft Beer | 616 | 5160.86 | 131.64 | 0 | 5292.5 | 515.19 |
| Food | 6993 | 137880.67 | 1896.24 | 0 | 139776.91 | 13456.64 |
| Liquor | 698 | 9751.97 | 343.03 | 0 | 10095 | 973.9 |
| NA Beverage | 729 | 2411.7 | 21.05 | 0 | 2432.75 | 243.48 |
| Non-Grat Svc Charges | 27 | 338.66 | 0 | 0 | 338.66 | 32.72 |
| Retail | 19 | 365 | 0 | 0 | 365 | 20.1 |
| Wine | 117 | 1284 | 52 | 0 | 1336 | 128.4 |
| Total | 9282 | 156903.56 | 2460.46 | 725.3 | 160089.32 | 15414.03 |

**Revenue center summary**

| Revenue center | Items | Net sales | Discount amount | Refund amount | Gross sales | Tax amount |
|---|---|---|---|---|---|---|
| Bar | 1169 | 16665.07 | 822.89 | 0 | 17487.96 | 1664.88 |
| Dining Room | 3570 | 58610.74 | 1082.6 | 0 | 59693.34 | 5861.01 |
| Carryout/Delivery | 3502 | 56524.93 | 478.17 | 0 | 57003.1 | 5664 |
| Patio | 337 | 5360.09 | 76.8 | 0 | 5436.89 | 537.09 |
| Catering | 704 | 19742.73 | 0 | 725.3 | 20468.03 | 1687.05 |
| Total | 9282 | 156903.56 | 2460.46 | 725.3 | 160089.32 | 15414.03 |

**Dining options summary**

| Dining option | Orders | Net sales | Discount amount | Gross sales | Tax amount |
|---|---|---|---|---|---|
| Online Ordering | 1 | 11.97 | 11.98 | 23.95 | 1.2 |
| Toast Delivery Services | 21 | 1015.45 | 37.5 | 1052.95 | 101.73 |
| Dine In | 1157 | 80315.29 | 2066.2 | 82381.49 | 8030.85 |
| Take Out | 1213 | 70072.78 | 344.78 | 70417.56 | 6900.52 |
| No Dining Option | 2 | 0 | 0 | 0 | 0 |
| Delivery | 5 | 5488.07 | 0 | 6213.37 | 379.73 |
| Total | 2399 | 156903.56 | 2460.46 | 160089.32 | 15414.03 |

**Tax summary**

| Tax rate | Tax amount | Taxable amount |
|---|---|---|
| State Tax | 9224.81 | 153471.36 |
| Local Tax | 6149.67 | 153471.36 |
| Arlington Retail Tax | 15.6 | 260 |
| Non Taxable | 0 | 3648.1 |
| Toast marketplace facilitator tax - Remitted by Toast | 69.5 | 693.6 |

**Service charge summary**

| Service charge | Count | Amount |
|---|---|---|
| Large Party Service Charge | 27 | 455.84 |
| Delivery Fee | 21 | 157.5 |
| Catering Delivery Fee | 3 | 150 |
| Catering Service Charge | 24 | 188.66 |
| Total | 75 | 952 |

**Menu Item Discounts**

| Discount | Count | Orders | Amount |
|---|---|---|---|
| Employee Discount - Item | 19 | 17 | 265.59 |
| Manager Meal | 24 | 19 | 456.3 |
| Recovery | 27 | 24 | 419.7 |
| Manager Comp - Item | 2 | 1 | 38.9 |
| Open $ Item | 1 | 1 | 4 |
| Total | 73 | 62 | 1184.49 |

**Check Discounts**

| Discount | Count | Orders | Amount |
|---|---|---|---|
| Nudge 15% Off | 1 | 1 | 9.13 |
| Employee Discount - Check | 27 | 27 | 342.14 |
| Bar Promo | 15 | 15 | 250.5 |
| Manager Comp - Check | 7 | 7 | 381.06 |
| Open % Check | 2 | 2 | 170.2 |
| Spin Wheel Promo Card | 3 | 3 | 24 |
| Make The Switch 1st Order Free Delivery | 5 | 5 | 37.5 |
| $10 Off $40 Purchase Dine In Card | 3 | 3 | 30 |
| Marketing | 1 | 1 | 50 |
| Investor/Family 50% | 3 | 3 | 31.44 |
| Promo GC 100% Off | 1 | 1 | 15 |
| Total | 68 | 68 | 1340.97 |

**Service Daypart summary**

| Service / day part | Orders | Net sales | Discount amount | Refund amount | Gross sales | Tax amount |
|---|---|---|---|---|---|---|
| Lunch | 779 | 56075.63 | 756.45 | 725.3 | 57557.38 | 5566.41 |
| Dinner | 1576 | 99159.05 | 1657.53 | 0 | 100816.58 | 9680.48 |
| Late Night | 42 | 1668.88 | 46.48 | 0 | 1715.36 | 167.14 |
| No Service | 2 | 0 | 0 | 0 | 0 | 0 |
| Total | 2399 | 156903.56 | 2460.46 | 725.3 | 160089.32 | 15414.03 |

**Deferred summary**

| Deferred type | Gross amount | Discounts | Refunds | Net amount |
|---|---|---|---|---|
| Deferred (gift cards) | 215 | 65 | 0 | 150 |

**Unpaid orders summary**

| | |
|---|---|
| Unpaid amount | 25.25 |

**Void summary**

| | |
|---|---|
| Void amount | 1951.85 |
| Void order count | 54 |
| Void item count | 105 |
| Void amount % | 1.2 |

**Cash activity**

| | |
|---|---|
| Total cash payments | 3766.72 |
| Cash adjustments | -48.35 |
| Cash refunds | 0 |
| Cash before tipouts | 3718.37 |
| Tipouts tips withheld | 0 |
| Total cash | 3718.37 |

**Cash summary**

| | |
|---|---|
| Expected closeout cash | 13055.7 |
| Actual closeout cash | 13060.82 |
| Cash overage/shortage | 5.12 |
| Expected deposit | 4632.82 |
| Actual deposit | |
| Deposit overage/shortage | |

| Net sales | Gratuity | Tax amount | Fundraising Contributions | Fundraising Contribution Refunds | Tips | Deferred (gift cards) | Deferred (house accounts) | Deferred (other) | deferredTaxAmount | Paid in total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 156903.56 | 613.34 | 15459.58 | | | 18379.28 | | 150 | | | 0 | 2335.08 | 193840.84 |

| Gross sales | Sales discounts | Sales refunds | Net sales |
|---|---|---|---|
| 160089.32 | -2460.46 | -725.3 | 156903.56 |

| Tips collected | Tips refunded | Total tips | Tips withheld | Tips after withholding |
|---|---|---|---|---|
| 18404.28 | -25 | 18379.28 | -406.89 | 17972.39 |

| Service mode | Net sales | Total guests | Avg/Guest | Total payments | Avg/Payment | Total orders | Avg/Order | Turn time (minutes) |
|---|---|---|---|---|---|---|---|---|
| Quick Service | 79362.03 | 1446 | 54.88 | 1332 | 65.44 | 1343 | 59.09 | 117.91 |
| Table Service | 77541.53 | 2342 | 33.11 | 1315 | 64.88 | 1056 | 73.43 | 52.32 |
| Total | 156903.56 | 3788 | 41.42 | 2647 | 65.16 | 2399 | 65.4 | 88.71 |

| Payment type | Payment sub type | Count | Amount | Tips | Grat | Tax amount | Refunds | Tip refunds | Legacy tips | Total | Tips/Grat % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | 85 | 3750.33 | 245 | 16.39 | 342.09 | 0 | 0 | 245 | 4011.72 | 7.5 |
| Credit/debit | | 1618 | 110837.47 | 18068.75 | 972.25 | 9919.45 | -750.3 | -25 | 18043.75 | 129128.17 | 18.8 |
| Credit/debit | AMEX | 213 | 17629.79 | 2547.24 | 315.5 | 1520.97 | 0 | 0 | 2547.24 | 20492.53 | 17.8 |
| Credit/debit | DISCOVER | 41 | 2029.69 | 396.27 | 0 | 184.92 | 0 | 0 | 396.27 | 2425.96 | 21.5 |
| Credit/debit | MASTERCARD | 326 | 21845.72 | 3528.05 | 174.69 | 2001.3 | 0 | 0 | 3528.05 | 25548.46 | 18.6 |
| Credit/debit | VISA | 1038 | 69332.27 | 11597.19 | 482.06 | 6212.26 | -750.3 | -25 | 11572.19 | 80661.22 | 19 |
| Gift Card | | 16 | 659.52 | 0 | 7.5 | 60.06 | 0 | 0 | 0 | 667.02 | 1.3 |
| Other | | 925 | 58410.61 | 0 | 0 | 5210.92 | 0 | 0 | 0 | 58410.61 | 0 |
| Other | Check | 1 | 399.64 | 0 | 0 | 0 | 0 | 0 | 0 | 399.64 | 0 |
| Other | DoorDash | 427 | 22644.98 | 0 | 0 | 2062.73 | 0 | 0 | 0 | 22644.98 | 0 |
| Other | UBEREATS | 483 | 26298.79 | 0 | 0 | 2394.99 | 0 | 0 | 0 | 26298.79 | 0 |
| Other | ezCater | 14 | 9067.2 | 0 | 0 | 753.2 | 0 | 0 | 0 | 9067.2 | 0 |
| Subtotal | | 2644 | 173657.93 | 18313.75 | 996.14 | 15532.52 | -750.3 | -25 | 18288.75 | 192217.52 | 12.2 |
| Deposit Sales Collected | | | | | | | | | | 1598.07 | |
| Total | | | | | | | | | | 193815.59 | |

| Sales category | Items | Net sales | Discount amount | Refund amount | Gross sales | Tax amount |
|---|---|---|---|---|---|---|
| Bottled Beer | 83 | 436 | 16.5 | 0 | 452.5 | 43.6 |
| Custom Amount Refunds | 0 | -725.3 | 0 | 725.3 | 0 | 0 |
| Draft Beer | 616 | 5160.86 | 131.64 | 0 | 5292.5 | 515.19 |
| Food | 6993 | 137880.67 | 1896.24 | 0 | 139776.91 | 13456.64 |
| Liquor | 698 | 9751.97 | 343.03 | 0 | 10095 | 973.9 |
| NA Beverage | 729 | 2411.7 | 21.05 | 0 | 2432.75 | 243.48 |
| Non-Grat Svc Charges | 27 | 338.66 | 0 | 0 | 338.66 | 32.72 |
| Retail | 19 | 365 | 0 | 0 | 365 | 20.1 |
| Wine | 117 | 1284 | 52 | 0 | 1336 | 128.4 |
| Total | 9282 | 156903.56 | 2460.46 | 725.3 | 160089.32 | 15414.03 |

| Revenue center | Items | Net sales | Discount amount | Refund amount | Gross sales | Tax amount |
|---|---|---|---|---|---|---|
| Bar | 1169 | 16665.07 | 822.89 | 0 | 17487.96 | 1664.88 |
| Dining Room | 3570 | 58610.74 | 1082.6 | 0 | 59693.34 | 5861.01 |
| Carryout/Delivery | 3502 | 56524.93 | 478.17 | 0 | 57003.1 | 5664 |
| Patio | 337 | 5360.09 | 76.8 | 0 | 5436.89 | 537.09 |
| Catering | 704 | 19742.73 | 0 | 725.3 | 20468.03 | 1687.05 |
| Total | 9282 | 156903.56 | 2460.46 | 725.3 | 160089.32 | 15414.03 |

| Dining option | Orders | Net sales | Discount amount | Gross sales | Tax amount |
|---|---|---|---|---|---|
| Online Ordering | 1 | 11.97 | 11.98 | 23.95 | 1.2 |
| Toast Delivery Services | 21 | 1015.45 | 37.5 | 1052.95 | 101.73 |
| Dine In | 1157 | 80315.29 | 2066.2 | 82381.49 | 8030.85 |
| Take Out | 1213 | 70072.78 | 344.78 | 70417.56 | 6900.52 |
| No Dining Option | 2 | 0 | 0 | 0 | 0 |
| Delivery | 5 | 5488.07 | 0 | 6213.37 | 379.73 |
| Total | 2399 | 156903.56 | 2460.46 | 160089.32 | 15414.03 |

| Tax rate | Tax amount | Taxable amount |
|---|---|---|
| State Tax | 9224.81 | 153471.36 |
| Local Tax | 6149.67 | 153471.36 |
| Arlington Retail Tax | 15.6 | 260 |
| Non Taxable | 0 | 3648.1 |
| Toast marketplace facilitator tax - Remitted by Toast | 69.5 | 693.6 |

| Service charge | Count | Amount |
|---|---|---|
| Large Party Service Charge | 27 | 455.84 |
| Delivery Fee | 21 | 157.5 |
| Catering Delivery Fee | 3 | 150 |
| Catering Service Charge | 24 | 188.66 |
| Total | 75 | 952 |

| Discount | Count | Orders | Amount |
|---|---|---|---|
| Employee Discount - Item | 19 | 17 | 265.59 |
| Manager Meal | 24 | 19 | 456.3 |
| Recovery | 27 | 24 | 419.7 |
| Manager Comp - Item | 2 | 1 | 38.9 |
| Open $ Item | 1 | 1 | 4 |
| Total | 73 | 62 | 1184.49 |

| Discount | Count | Orders | Amount |
|---|---|---|---|
| Nudge 15% Off | 1 | 1 | 9.13 |
| Employee Discount - Check | 27 | 27 | 342.14 |
| Bar Promo | 15 | 15 | 250.5 |
| Manager Comp - Check | 7 | 7 | 381.06 |
| Open % Check | 2 | 2 | 170.2 |
| Spin Wheel Promo Card | 3 | 3 | 24 |
| Make The Switch 1st Order Free Delivery | 5 | 5 | 37.5 |
| $10 Off $40 Purchase Dine In Card | 3 | 3 | 30 |
| Marketing | 1 | 1 | 50 |
| Investor/Family 50% | 3 | 3 | 31.44 |
| Promo GC 100% Off | 1 | 1 | 15 |
| Total | 68 | 68 | 1340.97 |

| Service / day part | Orders | Net sales | Discount amount | Refund amount | Gross sales | Tax amount |
|---|---|---|---|---|---|---|
| Lunch | 779 | 56075.63 | 756.45 | 725.3 | 57557.38 | 5566.41 |
| Dinner | 1576 | 99159.05 | 1657.53 | 0 | 100816.58 | 9680.48 |
| Late Night | 42 | 1668.88 | 46.48 | 0 | 1715.36 | 167.14 |
| No Service | 2 | 0 | 0 | 0 | 0 | 0 |
| Total | 2399 | 156903.56 | 2460.46 | 725.3 | 160089.32 | 15414.03 |

| Deferred type | Gross amount | Discounts | Refunds | Net amount |
|---|---|---|---|---|
| Deferred (gift cards) | 215 | 65 | 0 | 150 |

| Unpaid amount |
| --- |
| 25.25 |

| Void amount | Void order count | Void item count | Void amount % |
|---|---|---|---|
| 1951.85 | 54 | 105 | 1.2 |

| Total cash payments | Cash adjustments | Cash refunds | Cash before tipouts | Tipouts tips withheld | Total cash |
|---|---|---|---|---|---|
| 3766.72 | -48.35 | 0 | 3718.37 | 0 | 3718.37 |

| Expected closeout cash | Actual closeout cash | Cash overage/shortage | Expected deposit | Actual deposit | Deposit overage/shortage |
|---|---|---|---|---|---|
| 13055.7 | 13060.82 | | 5.12 | 4632.82 | |

| yyyyMMdd | Net sales | Total orders | Total guests |
|---|---|---|---|
| 20240701 | 2856.8 | 59 | 95 |
| 20240702 | 4118.09 | 63 | 92 |
| 20240703 | 5946.64 | 71 | 106 |
| 20240704 | 19795.3 | 245 | 364 |
| 20240705 | 3544.31 | 64 | 101 |
| 20240706 | 5479.51 | 91 | 132 |
| 20240707 | 4294.55 | 78 | 120 |
| 20240708 | 3934.89 | 67 | 111 |
| 20240709 | 4387.23 | 69 | 105 |
| 20240710 | 5274.87 | 61 | 90 |
| 20240711 | 3170.4 | 55 | 76 |
| 20240712 | 4882.75 | 83 | 136 |
| 20240713 | 7939.71 | 112 | 179 |
| 20240714 | 4489.6 | 84 | 124 |
| 20240715 | 3066.67 | 58 | 90 |
| 20240716 | 4575.4 | 52 | 86 |
| 20240717 | 3457.64 | 53 | 74 |
| 20240718 | 4650.77 | 81 | 120 |
| 20240719 | 5004.66 | 108 | 173 |
| 20240720 | 7987.06 | 97 | 167 |
| 20240721 | 5112.46 | 88 | 137 |
| 20240722 | 2923.2 | 52 | 75 |
| 20240723 | 5335.02 | 53 | 85 |
| 20240724 | 2671.93 | 50 | 72 |
| 20240725 | 2676.82 | 55 | 80 |
| 20240726 | 8127.74 | 89 | 223 |
| 20240727 | 6747.5 | 99 | 175 |
| 20240728 | 5874.35 | 91 | 168 |
| 20240729 | 2622.42 | 57 | 70 |
| 20240730 | 2763.29 | 59 | 75 |
| 20240731 | 3191.98 | 55 | 87 |

| Day of week | Net sales | Total orders | Total guests |
|---|---|---|---|
| Tue | 21179.03 | 296 | 443 |
| Sun | 19770.96 | 341 | 549 |
| Mon | 15403.98 | 293 | 441 |
| Thu | 30293.29 | 436 | 640 |
| Fri | 21559.46 | 344 | 633 |
| Sat | 28153.78 | 399 | 653 |
| Wed | 20543.06 | 290 | 429 |

| Hour of day | Net sales | Total orders | Total guests |
|---|---|---|---|
| 21 | 9004.3 | 194 | 254 |
| 11 | 13766.34 | 133 | 195 |
| 20 | 13603.53 | 242 | 368 |
| 12 | 12236.6 | 207 | 362 |
| 16 | 13168.28 | 153 | 282 |
| 15 | 7817.62 | 136 | 185 |
| 18 | 25239.37 | 380 | 626 |
| 19 | 21436.89 | 349 | 557 |
| 17 | 15981.38 | 259 | 400 |
| 10 | 3791.17 | 23 | 35 |
| 14 | 9858.69 | 124 | 206 |
| 13 | 9330.51 | 156 | 257 |
| 23 | 72 | 3 | 3 |
| 0 | 110 | 5 | 6 |
| 22 | 1486.88 | 35 | 52 |