**2024/5 Budget - Smokecraft**
Start Date: 05/27/2024
End Date: 05/25/2025
LY Start: 05/29/2023
LY End: 05/26/2024

| | | PERIOD 8 | | PERIOD 8 | |
|---|---|---|---|---|---|
| | | 7/31/2023 | | 7/29/2024 | |
| | | 8/27/2023 | | 8/25/2024 | |
| | | 2023 Actual | % of Sales | 2024 Budget | % of Sales |
| | **Gross Sales** | | | | |
| 5100 | Food Sales | $ 117,627.35 | 85.87% | $ 152,516.83 | 88.89% |
| 5180 | NA Beverage | $ 1,471.75 | 1.07% | $ 1,908.29 | 1.11% |
| | **Total Food Sales** | **$ 119,099.10** | **86.94%** | **$ 154,425.11** | **90.00%** |
| 5210 | Liquor Sales | $ 9,437.00 | 6.89% | $ 11,089.40 | 6.46% |
| 5220 | Wine Sales | $ 1,876.99 | 1.37% | $ 2,205.65 | 1.29% |
| 5230 | Bottled Beer Sales | $ 1,334.50 | 0.97% | $ 1,568.17 | 0.91% |
| 5240 | Draft Beer Sales | $ 5,238.50 | 3.82% | $ 6,155.75 | 3.59% |
| | **Total Beverage Sales** | **$ 17,886.99** | **13.06%** | **$ 21,018.97** | **12.25%** |
| | **Gross F&B Sales** | **$ 136,986.09** | **104.11%** | **$ 175,444.09** | **102.25%** |
| | **Deductions** | | | | |
| 5110 | Goodwill Comps | $ 1,200.73 | 0.91% | $ 943.71 | 0.55% |
| 5120 | Guest Recovery Comps | $ 546.70 | 0.42% | $ 514.75 | 0.30% |
| 5131 | 50% Employee Discounts | $ 694.39 | 0.53% | $ 772.13 | 0.45% |
| 5132 | Manager Meal Discounts | $ 678.55 | 0.52% | $ 600.54 | 0.35% |
| 5150 | Discounts Marketing | $ 1,138.70 | 0.87% | $ 600.54 | 0.35% |
| 5250 | Goodwill Bar Comps | $ 1,378.50 | 1.05% | $ 428.96 | 0.25% |
| | **Total Deductions** | **$ 5,637.57** | **4.28%** | **$ 3,860.63** | **2.25%** |
| | **Other Income and Expense** | | | | |
| 5300 | Sundry Sales | $ 137.51 | 0.10% | $ - | 0.00% |
| 5910 | Service Charge Revenue - Catering | $ 97.43 | 0.07% | $ - | 0.00% |
| | **Total Other Income and Expense** | **$ 234.94** | **0.18%** | **$ -** | **0.00%** |
| | **Net Sales** | **$ 131,583.46** | **100.00%** | **$ 171,583.46** | **100.00%** |
| | **Food Costs** | | | | |
| 6110 | Meat Cost | $ 17,744.61 | 14.90% | $ 22,546.07 | 14.60% |
| 6120 | Poultry Cost | $ 2,594.84 | 2.18% | $ 4,015.05 | 2.60% |
| 6130 | Seafood Cost | $ 445.40 | 0.37% | $ 772.13 | 0.50% |
| 6140 | Dairy Cost | $ 4,290.56 | 3.60% | $ 6,177.00 | 4.00% |
| 6150 | Produce Cost | $ 3,669.27 | 3.08% | $ 4,941.60 | 3.20% |
| 6160 | Bakery Cost | $ 1,671.05 | 1.40% | $ 2,161.95 | 1.40% |
| 6170 | Grocery Cost | $ 8,507.18 | 7.14% | $ 9,574.36 | 6.20% |
| 6180 | NA Beverage | $ 691.32 | 0.58% | $ 772.13 | 0.50% |
| | **Total Food Cost** | **$ 39,614.23** | **33.26%** | **$ 50,960.29** | **33.00%** |

| Code | Item | | Amount | % | | Amount | % |
|---|---|---|---:|---:|---|---:|---:|
| | **Beverage Costs** | | | | | | |
| 6210 | Liquor Cost | $ | 1,850.61 | 11.21% | $ | 2,119.65 | 10.08% |
| 6220 | Wine Cost | $ | 391.07 | 2.37% | $ | 447.92 | 2.13% |
| 6230 | Bottled Beer Cost | $ | 299.44 | 1.81% | $ | 342.97 | 1.63% |
| 6240 | Draft Beer Cost | $ | 1,129.10 | 6.84% | $ | 1,293.25 | 6.15% |
| | **Total Bev Cost** | $ | 3,670.22 | 22.23% | $ | 4,203.79 | 20.00% |
| | | | | | | | |
| | **Total F&B Costs** | $ | 43,284.45 | 32.90% | $ | 55,164.08 | 32.15% |
| | | | | | | | |
| | **Gross Profit** | $ | 88,299.01 | 67.10% | $ | 116,419.38 | 67.85% |
| | | | | | | | |
| | **Payroll Costs** | | | | | | |
| 6310 | Management Salaries | $ | 18,807.74 | 14.29% | $ | 14,461.54 | 8.43% |
| 6311 | Direct Labor - FOH | $ | 3,256.86 | 2.48% | $ | 3,431.67 | 2.00% |
| 6312 | Overtime Labor - FOH | $ | - | 0.00% | $ | - | 0.00% |
| 6313 | Training Labor | $ | 620.52 | 0.47% | $ | 257.38 | 0.15% |
| 6314 | Direct Labor - BOH | $ | 26,650.80 | 20.25% | $ | 28,311.27 | 16.50% |
| 6315 | Overtime Labor - BOH | $ | 25.52 | 0.02% | $ | - | 0.00% |
| | **Total Labor** | $ | 49,361.44 | 37.51% | $ | 46,461.86 | 27.08% |
| | | | | | | | |
| 6510 | Payroll Taxes | $ | 5,356.49 | 4.07% | $ | 6,434.38 | 3.75% |
| 6530 | Vacation Pay | $ | 423.12 | | $ | - | 0.00% |
| 6540 | Parking | $ | 300.00 | 0.23% | $ | 200.00 | 0.12% |
| 6550 | Uniform Allowance | $ | (70.00) | | $ | - | 0.00% |
| 6560 | Continuing Education | $ | - | | $ | - | 0.00% |
| 6570 | Group Insurance | $ | 620.53 | 0.47% | $ | 600.00 | 0.35% |
| 6580 | Workers Compensation | $ | 859.90 | 0.65% | $ | 510.00 | 0.30% |
| 6610 | Other Benefits | $ | - | 0.00% | $ | 55.00 | 0.03% |
| 6615 | Payroll Processing Fees | $ | 287.00 | 0.22% | $ | 300.00 | 0.25% |
| | **Total Payroll Expenses** | $ | 7,777.04 | 5.91% | $ | 8,099.38 | 4.72% |
| | | | | | | | |
| | **Total Payroll Costs** | $ | 57,138.48 | 43.42% | $ | 54,561.24 | 31.80% |
| | | | | | | | |
| | **Controllable Expenses** | | | | | | |
| 6500 | 3rd Party Delivery Expense | $ | 4,033.03 | 3.06% | $ | 5,147.50 | 3.00% |
| 6710 | Operating Lease/Rentals-Kitchen/Bar | $ | 390.08 | 0.30% | $ | 550.00 | 0.32% |
| 6740 | Security | $ | - | 0.00% | $ | - | 0.00% |
| 6750 | Trash Removal | $ | (76.48) | -0.06% | $ | - | 0.00% |
| 6790 | Other Contracted Services | $ | 300.00 | 0.23% | $ | 300.00 | 0.17% |
| 7010 | Register Over/Short | $ | 73.56 | 0.06% | $ | - | 0.00% |
| 7010 | China/Glassware/Silverware | $ | - | 0.00% | $ | 343.17 | 0.20% |
| 7040 | Cleaning Supplies | $ | 267.10 | 0.20% | $ | 343.17 | 0.20% |
| 7045 | Dish Chemicals | $ | 606.20 | 0.46% | $ | 514.75 | 0.30% |
| 7050 | Decorations | $ | - | 0.00% | $ | - | 0.00% |
| 7060 | Linens | $ | 445.35 | 0.34% | $ | 943.71 | 0.55% |
| 7080 | New Menus/Printing | $ | - | 0.00% | $ | - | 0.00% |
| 7090 | Menu/Guest Check/POS Supplies | $ | 2.99 | 0.00% | $ | - | 0.00% |
| 7105 | To Go Supplies | $ | 2,291.20 | 1.74% | $ | 2,059.00 | 1.20% |
| 7106 | Catering Supplies | $ | 45.18 | 0.03% | $ | 2,916.92 | 1.70% |
| 7110 | Operating Supplies F&B | $ | 3,113.89 | 2.37% | $ | 2,402.17 | 1.40% |

| Code | Description | Amount | % | Amount | % |
|---|---|---:|---:|---:|---:|
| 7120 | Uniforms | $ - | 0.00% | $ - | 0.00% |
| 7470 | Live Entertainment | $ - | 0.00% | $ - | 0.00% |
| | **Total Controllable Expenses** | **$ 11,492.10** | **8.73%** | **$ 15,520.39** | **9.05%** |
| | **General & Administrative** | | | | |
| 7190 | Other Contracted Services-Admin | $ 2,015.40 | 1.53% | $ 1,500.00 | 0.87% |
| 7195 | Accounting Services | $ 2,500.00 | 1.90% | $ 2,500.00 | 1.46% |
| 7220 | Bank Charges & Fees | $ 135.39 | 0.10% | $ 100.00 | 0.06% |
| 7230 | Licenses & Permits | $ 712.95 | 0.54% | $ 600.00 | 0.35% |
| 7250 | Credit Card Commissions | $ 3,286.38 | 2.50% | $ 3,860.63 | 2.25% |
| 7256 | Employment Ads | $ - | 0.00% | $ 90.00 | 0.05% |
| 7270 | Dues & Subscriptions | $ 36.95 | 0.03% | $ 50.00 | 0.03% |
| 7285 | Key Man/General Liability Insurance | $ 3,817.80 | 2.90% | $ 1,275.00 | 0.74% |
| 7290 | Legal & Professional Services | $ 1,400.00 | 1.06% | $ - | 0.00% |
| 7320 | Office Supplies & Postage | $ 47.78 | 0.04% | $ 171.58 | 0.10% |
| 7350 | Telephone/Internet/Cable | $ 594.66 | 0.45% | $ 650.00 | 0.38% |
| 7360 | Travel | $ - | 0.00% | $ 125.00 | 0.07% |
| 7370 | Meals & Entertainment | $ - | 0.00% | $ - | 0.00% |
| | **Total General & Administrative** | **$ 14,547.31** | **11.06%** | **$ 10,922.21** | **6.37%** |
| | **Advertising & Promotion** | | | | |
| 7400 | Local Charitable Donations | $ - | 0.00% | $ - | 0.00% |
| 7430 | Local Advertising & Promotion | $ 1,800.00 | 1.37% | $ - | 0.00% |
| 7435 | Advertising & Marketing | $ 1,120.64 | 0.85% | $ 500.00 | 0.29% |
| 7460 | Special Promotions | $ - | 0.00% | $ - | 0.00% |
| | **Total Advertising & Promotion** | **$ 2,920.64** | **2.22%** | **$ 500.00** | **0.29%** |
| | **Repairs & Maintenance** | | | | |
| 7500 | Repairs & Maintenance | $ 591.80 | 0.45% | $ 1,715.83 | 1.00% |
| 7620 | R&M HVAC & Refrigeration | $ 1,090.00 | 0.83% | $ - | 0.00% |
| 7630 | R&M - Plumbing | $ 42.39 | 0.03% | $ - | 0.00% |
| 7640 | R&M - Electric | $ 186.86 | 0.14% | $ - | 0.00% |
| 7650 | R&M - Exterior/Structure | $ - | 0.00% | $ - | 0.00% |
| 7660 | R&M - POS Systems | $ - | 0.00% | $ - | 0.00% |
| 7695 | Cleaning Service | $ 4,232.86 | 3.22% | $ 3,680.00 | 2.14% |
| 7710 | MC-HVAC & Refrigeration | $ - | 0.00% | $ 625.00 | 0.36% |
| 7720 | MC-Other Equipment | $ 255.00 | 0.19% | $ 255.00 | 0.15% |
| 7750 | Pest Control | $ - | 0.00% | $ 85.00 | 0.05% |
| 7785 | Carpet/Rug/Floor Cleaning | $ - | 0.00% | $ - | 0.00% |
| | **Total Repairs & Maintenance** | **$ 6,398.91** | **4.86%** | **$ 6,360.83** | **3.71%** |
| | **Utilities** | | | | |
| 7810 | Electricity | $ 1,853.10 | 1.41% | $ 2,059.00 | 1.20% |
| 7820 | Natural Gas | $ 996.03 | 0.76% | $ 1,029.50 | 0.60% |
| 7830 | Water & Sewer | $ 411.00 | 0.31% | $ 514.75 | 0.30% |
| 7840 | Firewood | $ 500.00 | 0.38% | $ 750.00 | 0.44% |
| | **Total Utilities** | **$ 3,760.13** | **2.86%** | **$ 4,353.25** | **2.54%** |
| | **Total Operating Expenses** | **$ 39,119.09** | **29.73%** | **$ 37,656.68** | **21.95%** |

|      | **Other Income (Expenses)**        |    |           |         |    |           |         |
|------|------------------------------------|----|-----------|---------|----|-----------|---------|
| 5500 | Door Revenue                       | $  | -         | 0.00%   | $  | -         | 0.00%   |
| 5800 | Commission Income                  | $  | -         | 0.00%   | $  | -         | 0.00%   |
|      | **Total Other Income**             | $  | -         | 0.00%   | $  | -         | 0.00%   |
|      |                                    |    |           |         |    |           |         |
|      | **Operating Income Before Bonus**  | $  | (7,958.56)| -6.05%  | $  | 24,201.46 | 14.10%  |
|      |                                    |    |           |         |    |           |         |
| 6455 | Management Bonuses                 | $  | -         | 0.00%   | $  | -         | 0.00%   |
|      |                                    |    |           |         |    |           |         |
|      | **Restaurant Operating Income**    | $  | (7,958.56)| -6.05%  | $  | 24,201.46 | 14.10%  |
|      |                                    |    |           |         |    |           |         |
|      | **Facility Expenses**              |    |           |         |    |           |         |
| 8010 | Rents                              | $  | 12,420.14 | 9.44%   | $  | 12,730.64 | 7.42%   |
| 8015 | Common Area Maintenance            | $  | 2,368.00  | 1.80%   | $  | 2,315.00  | 1.35%   |
| 8020 | Property Insurance                 | $  | 94.00     | 0.07%   | $  | 132.00    | 0.08%   |
| 8030 | Property Taxes                     | $  | 2,714.00  | 2.06%   | $  | 3,671.46  | 2.14%   |
|      | **Total Facility Expenses**        | $  | 17,596.14 | 13.37%  | $  | 18,849.10 | 10.99%  |
|      |                                    |    |           |         |    |           |         |
|      | **Restaurant EBDIT**               | $  | (25,554.70)| -19.42%| $  | 5,352.36  | 3.12%   |