Cash Flow Projection
Smokecraft Clarendon

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Starting date | | 7/28/2024 | | | | **NO AP payments for any invoices prior to 4/29** | | | | | | | |

| | Beginning | 8/4/2024 | 8/11/2024 | 8/18/2024 | 8/25/2024 | 9/1/2024 | 9/8/2024 | 9/15/2024 | 9/22/2024 | 9/29/2024 | 10/6/2024 | 10/13/2024 | 10/20/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bank Balance - DIP Checking** | 44,309 | | | | | | | | | | | | |
| **Bank Balance - Capital Bank** | | | | | | | | | | | | | |
| **Bank Balance -TD Lockbox** | 2,050 | | | | | | | | | | | | |
| **Cash on hand** | 46,359 | 7,331 | 29,144 | 53,640 | 66,213 | 39,705 | 47,117 | 30,152 | 58,591 | 42,076 | 42,766 | 36,671 | 65,110 |
| **ANTICIPATED CASH RECEIPTS** | | | | | | | | | | | | | |
| Sales | 18,000 | 30,000 | 70,000 | 30,000 | 30,000 | 35,000 | 35,000 | 35,000 | 45,000 | 35,000 | 35,000 | 35,000 | 35,000 |
| Tax | 1,800 | 3,000 | 7,000 | 3,000 | 3,000 | 3,500 | 3,500 | 3,500 | 4,500 | 3,500 | 3,500 | 3,500 | 3,500 |
| Gratuity | 3,240 | 4,500 | 10,500 | 4,500 | 4,500 | 5,250 | 5,250 | 6,300 | 8,100 | 6,300 | 6,300 | 6,300 | 6,300 |
| Third Party fees | -810 | -1,350 | -3,150 | -1,350 | -1,350 | -1,575 | -1,575 | -1,575 | -2,025 | -1,575 | -1,575 | -1,575 | -1,575 |
| CC fees | -576 | -938 | -2,188 | -938 | -938 | -1,094 | -1,094 | -1,120 | -1,440 | -1,120 | -1,120 | -1,120 | -1,120 |
| **TOTAL CASH RECEIPTS** | 21,654 | 35,213 | 82,163 | 35,213 | 35,213 | 41,081 | 41,081 | 42,105 | 54,135 | 42,105 | 42,105 | 42,105 | 42,105 |
| **Total cash available** | 68,013 | 42,544 | 111,306 | 88,853 | 101,425 | 80,787 | 88,198 | 72,257 | 112,726 | 84,181 | 84,871 | 78,776 | 107,215 |
| **CASH PAID OUT** | | | | | | | | | | | | | |
| Payroll | 25,210 | | 22,200 | | 29,500 | | 25,900 | | 26,500 | | 25,900 | | 25,900 |
| gratuity | 8,095 | | 10,000 | | 15,000 | | 10,000 | | 10,000 | | 10,000 | | 10,000 |
| Sales Tax | | | | | 7,740 | | | | | 15,050 | | | 15,050 |
| Accounts Payable | | | | | | | | | | | | | |
| Food + Beverage @ 30% | 3,013 | 8,400 | 19,600 | 8,400 | 8,400 | 9,800 | 9,800 | 9,800 | 12,600 | 9,800 | 9,800 | 9,800 | 9,800 |
| PFG | 5,379 | | | | | | | | | | | | |
| credit card payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Rent** | 18,360 | | | | | 18,870 | | | | 18,870 | | | |
| OpenTable | | | | | 500 | | | | | 500 | | | |
| Fintech | | | | | | | | | | | | | |
| Toast | | | | | | | | | | | | | |
| Utilities/wood | | | | 4,000 | | | | | 4,000 | | | | 4,000 |
| Hood cleaning | 625 | | | | 625 | | | | | 1,050 | | | |
| Cleaning | | | | | 3,695 | | | | | 3,695 | | | |
| Late Night Expenses | | | | | | | | | | | | | |
| FAC/Cohn Reznick | | 2,500 | | | | 2,500 | | | | 2,500 | | | |
| Insurance | | | 1,366 | | | | | 1,366 | | | | 1,366 | |
| Other/Trimark/Alsco/etc | | 1,500 | 3,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Legal | | | | | | | | | | | | | |
| Misc Repairs | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Property Taxes | | | | | | | | | 9,846 | | | | |
| ABC Lincense | | | | | | | | | | | | | |
| Capital Bank Payments (1st) | | | | | 1,500 | | | | | 2,500 | | | |
| **TOTAL CASH PAID OUT** | 60,681 | 13,400 | 57,666 | 22,640 | 61,720 | 33,670 | 58,046 | 13,666 | 70,650 | 41,415 | 48,200 | 13,666 | 67,250 |
| **Cash on hand (end of week)** | 7,331 | 29,144 | 53,640 | 66,213 | 39,705 | 47,117 | 30,152 | 58,591 | 42,076 | 42,766 | 36,671 | 65,110 | 39,965 |