**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| In re | Case No. 24-13609 |
| Smokecraft Clarendon, LLC | Chapter 11 |
| Debtor. | |
| _____/ | |

## ORDER CONTINUING CONFIRMATION HEARING

Upon consideration of the Consent Motion to Continue Confirmation Hearing (the "Motion"), the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the confirmation hearing in this matter be, and hereby is, CONTINUED, from October 7, 2024 to the date and time indicated in the upper left of the first page of this order.

cc: All Counsel of Record

All Parties-In-Interest

**-END OF ORDER-**

1