**Smokecraft Clarendon LLC**
**MOR Exhibit C - Deposit Transaction Report**

| Date | Transaction Type | Num | Adj | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/01/2024 | Journal Entry | Sales 8.1 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 12.05 |
| 08/01/2024 | Journal Entry | Sales 8.1 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,630.51 |
| 08/02/2024 | Journal Entry | Sales 8.2 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 558.48 |
| 08/02/2024 | Journal Entry | Sales 8.2 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 5,999.70 |
| 08/03/2024 | Journal Entry | Sales 8.3 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 310.28 |
| 08/03/2024 | Journal Entry | Sales 8.3 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 6,305.98 |
| 08/04/2024 | Deposit | | No | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | 3,473.41 |
| 08/04/2024 | Deposit | | No | UberEats | | 1021 TD Bank-DIP Checking | -Split- | 3,522.56 |
| 08/04/2024 | Journal Entry | Sales 8.4 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,591.86 |
| 08/05/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 4.47 |
| 08/05/2024 | Journal Entry | Sales 8.05 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 47.97 |
| 08/05/2024 | Journal Entry | Sales 8.05 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,603.66 |
| 08/06/2024 | Journal Entry | Sales 8.06 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 124.62 |
| 08/06/2024 | Journal Entry | Sales 8.06 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,121.94 |
| 08/07/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.03 |
| 08/07/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.38 |
| 08/07/2024 | Journal Entry | Sales 8.7 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,179.19 |
| 08/08/2024 | Journal Entry | Sales 8.08 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 55.95 |
| 08/08/2024 | Journal Entry | Sales 8.08 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,887.83 |
| 08/09/2024 | Deposit | | No | toast | TOAST, INC.   20240731-3 | 1021 TD Bank-DIP Checking | 7250 C. General & Administrative:Credit Card Commissions | 4.72 |
| 08/09/2024 | Journal Entry | Sales 8.09 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 285.53 |
| 08/09/2024 | Journal Entry | Sales 8.09 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 4,879.96 |
| 08/10/2024 | Journal Entry | Sales 8.10 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 30.00 |
| 08/10/2024 | Journal Entry | Sales 8.10 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 6,870.44 |
| 08/11/2024 | Deposit | | No | | INTEREST CREDIT | 1050 TD Bank CD | 8101 Interest Income | 217.43 |
| 08/11/2024 | Deposit | | No | UberEats | | 1021 TD Bank-DIP Checking | -Split- | 3,112.67 |
| 08/11/2024 | Deposit | | No | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | 3,158.81 |
| 08/11/2024 | Journal Entry | MJ13630ME | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 4,726.08 |
| 08/12/2024 | Deposit | | No | | DEPOSIT | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 56.00 |
| 08/12/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 191.05 |
| 08/12/2024 | Deposit | | No | | VISA DDA REF - 469216   METRO MEAT SEA   888 264 7647 * MD | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 1,025.88 |
| 08/12/2024 | Journal Entry | Sales 8.12 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,064.21 |
| 08/13/2024 | Journal Entry | Sales 8.13 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 18.77 |
| 08/13/2024 | Journal Entry | MI13658ME | No | | Vendor: Buckhead Meat & Seafood/Metropolitan Meats | 1021 TD Bank-DIP Checking | -Split- | 269.51 |
| 08/13/2024 | Journal Entry | Sales 8.13 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 1,890.97 |
| 08/14/2024 | Journal Entry | Sales 8.14 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 858.35 |
| 08/14/2024 | Journal Entry | Sales 8.14 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,433.42 |
| 08/14/2024 | Journal Entry | Sales 8.14 | No | | Square | 1021 TD Bank-DIP Checking | -Split- | 2,718.24 |
| 08/15/2024 | Deposit | | No | | DEPOSIT | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 27.00 |
| 08/15/2024 | Journal Entry | Sales 8.15 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 1,161.76 |
| 08/15/2024 | Journal Entry | Sales 8.15 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,053.81 |
| 08/15/2024 | Journal Entry | Sales 8.15 | No | | Square | 1021 TD Bank-DIP Checking | -Split- | 5,337.77 |
| 08/16/2024 | Journal Entry | Sales 8.16 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 1,464.00 |
| 08/16/2024 | Journal Entry | Sales 8.16 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 4,564.05 |
| 08/16/2024 | Journal Entry | Sales 8.16 | No | | Square | 1021 TD Bank-DIP Checking | -Split- | 9,567.46 |
| 08/17/2024 | Journal Entry | Sales 8.17 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 2,127.52 |
| 08/17/2024 | Journal Entry | Sales 8.17 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 5,765.15 |
| 08/17/2024 | Journal Entry | Sales 8.17 | No | | Square | 1021 TD Bank-DIP Checking | -Split- | 17,023.71 |
| 08/18/2024 | Journal Entry | Sales 8.18 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 1,216.00 |
| 08/18/2024 | Deposit | | No | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | 3,100.68 |
| 08/18/2024 | Journal Entry | Sales 8.18 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,383.76 |
| 08/18/2024 | Deposit | | No | UberEats | | 1021 TD Bank-DIP Checking | -Split- | 4,190.91 |
| 08/18/2024 | Journal Entry | Sales 8.18 | No | | square | 1021 TD Bank-DIP Checking | -Split- | 12,580.08 |
| 08/19/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 4.48 |
| 08/19/2024 | Journal Entry | MJ13705ME | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 10.00 |
| 08/19/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 25.23 |
| 08/19/2024 | Journal Entry | MJ13705ME | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,433.46 |
| 08/19/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 3,150.43 |
| 08/20/2024 | Deposit | | No | Square | SQUARE INC   SQ240820 | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 1,200.39 |
| 08/20/2024 | Journal Entry | MJ13715ME | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 1,980.11 |
| 08/21/2024 | Journal Entry | Sales 8/21/24 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 6.00 |
| 08/21/2024 | Deposit | | No | | Rebate form Blue Bunny for ice cream | 1021 TD Bank-DIP Checking | 6140 Cost of Sales:Dairy Cost | 60.00 |
| 08/21/2024 | Journal Entry | Sales 8/21/24 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,339.91 |
| 08/22/2024 | Journal Entry | Sales 8/22/24 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 19.00 |
| 08/22/2024 | Deposit | | No | | Braveheart meat credit | 1021 TD Bank-DIP Checking | 6110 Cost of Sales:Meat Cost | 339.13 |
| 08/22/2024 | Journal Entry | Sales 8/22/24 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,276.97 |
| 08/22/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | -Split- | 2,309.11 |
| 08/23/2024 | Journal Entry | MJ13740ME | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 270.38 |
| 08/23/2024 | Journal Entry | MJ13740ME | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 5,589.76 |
| 08/24/2024 | Journal Entry | Sales 8/24/24 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 69.00 |
| 08/24/2024 | Journal Entry | Sales 8/24/24 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 4,968.05 |
| 08/25/2024 | Journal Entry | Sales 8.25 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 72.38 |
| 08/25/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | -Split- | 2,166.78 |
| 08/25/2024 | Deposit | | No | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | 3,144.86 |
| 08/25/2024 | Deposit | | No | UberEats | | 1021 TD Bank-DIP Checking | -Split- | 3,151.92 |
| 08/25/2024 | Journal Entry | Sales 8.25 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,771.64 |
| 08/26/2024 | Journal Entry | Sales 8.26 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 22.50 |
| 08/26/2024 | Deposit | | No | Darling Ingredients Inc. | DEPOSIT | 1021 TD Bank-DIP Checking | 6750 B. Controllable Expenses:Trash Removal | 33.91 |
| 08/26/2024 | Journal Entry | Sales 8.26 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,697.79 |
| 08/27/2024 | Journal Entry | sales 8.27 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 1,386.52 |
| 08/28/2024 | Journal Entry | Sales 8.28 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 32.95 |
| 08/28/2024 | Deposit | | No | The Home Depot | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | 152.38 |
| 08/28/2024 | Journal Entry | Sales 8.28 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,081.11 |
| 08/29/2024 | Journal Entry | Sales 8.29 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 78.50 |
| 08/29/2024 | Journal Entry | Sales 8.29 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,887.19 |
| 08/30/2024 | Journal Entry | Sales 8.30 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 84.58 |
| 08/30/2024 | Journal Entry | Sales 8.30 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,674.35 |
| 08/31/2024 | Journal Entry | Sales 8.31 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 456.84 |
| 08/31/2024 | Journal Entry | Sales 8.31 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 5,184.56 |

$ 209,938.68