**Smokecraft Clarendon LLC**
**MOR Exhibit D - Withdrawal Transaction Report**

| Date | Transaction Type | Num | Adj | Name | Memo/Description | Split | | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/01/2024 | Journal Entry | MI13585ME | No | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | -797.65 |
| 08/01/2024 | Expense | | No | Toast Inc. | TOAST    CHB JUL 31 | 1021 TD Bank-DIP Checking | Controllable | -42.85 |
| 08/02/2024 | Bill Payment (Check) | | No | KBS III 3003 Washington LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -18,349.64 |
| 08/02/2024 | Bill Payment (Check) | | No | Safety First Services | | 1021 TD Bank-DIP Checking | Payable (A/P) | -625.00 |
| 08/02/2024 | Bill Payment (Check) | | No | Ferrari Enterprises | | 1021 TD Bank-DIP Checking | Payable (A/P) | -575.00 |
| 08/02/2024 | Bill Payment (Check) | | No | GWWC, LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -500.00 |
| 08/02/2024 | Bill Payment (Check) | | No | Lyon Bakery | | 1021 TD Bank-DIP Checking | Payable (A/P) | -413.18 |
| 08/02/2024 | Bill Payment (Check) | | No | marginedge | | 1021 TD Bank-DIP Checking | Payable (A/P) | -300.00 |
| 08/02/2024 | Bill Payment (Check) | | No | Magnolia Plumbing | | 1021 TD Bank-DIP Checking | Payable (A/P) | -255.00 |
| 08/02/2024 | Journal Entry | MI13570ME | No | | Vendor: Buckhead Meat & Seafood/Metropolitan Meats | 1021 TD Bank-DIP Checking | -Split- | -247.33 |
| 08/02/2024 | Bill Payment (Check) | | No | Roberts Oxygen Company, Inc. | | 1021 TD Bank-DIP Checking | Payable (A/P) | -153.56 |
| 08/02/2024 | Bill Payment (Check) | | No | Bowie Produce | | 1021 TD Bank-DIP Checking | Payable (A/P) | -137.00 |
| 08/02/2024 | Bill Payment (Check) | | No | Logan Food Company | | 1021 TD Bank-DIP Checking | Payable (A/P) | -127.50 |
| 08/02/2024 | Journal Entry | MI13567ME | No | | Vendor: 7-Eleven | 1021 TD Bank-DIP Checking | -Split- | -21.18 |
| 08/02/2024 | Expense | | No | Toast Inc. | TOAST, INC    TOAST, INC | 1021 TD Bank-DIP Checking | General & | -16.24 |
| 08/02/2024 | Bill Payment (Check) | | No | Google LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -15.26 |
| 08/03/2024 | Journal Entry | MI13572ME | No | | Vendor: CVS Pharmacy | 1021 TD Bank-DIP Checking | -Split- | -13.61 |
| 08/03/2024 | Journal Entry | MI13571ME | No | | Vendor: Trader Joe's | 1021 TD Bank-DIP Checking | -Split- | -4.63 |
| 08/04/2024 | Journal Entry | MI13590ME | No | | Vendor: Webstaurant Store | 1021 TD Bank-DIP Checking | -Split- | -254.94 |
| 08/04/2024 | Journal Entry | MI13589ME | No | | Vendor: Boost Your BBQ | 1021 TD Bank-DIP Checking | -Split- | -196.95 |
| 08/05/2024 | Journal Entry | MI13596ME | No | | Vendor: VistaPrint | 1021 TD Bank-DIP Checking | -Split- | -209.64 |
| 08/05/2024 | Bill Payment (Check) | | No | Parkx Master Merchant, LC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -200.00 |
| 08/05/2024 | Journal Entry | MI13578ME | No | | Vendor: ULINE | 1021 TD Bank-DIP Checking | -Split- | -121.79 |
| 08/05/2024 | Expense | | No | Arlington Chamber of Commerce | ARLINGTON CHAMBE ACH | 1021 TD Bank-DIP Checking | General & | -48.00 |
| 08/05/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | Controllable | -26.48 |
| 08/05/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | Controllable | -0.05 |
| 08/06/2024 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -6,249.68 |
| 08/06/2024 | Bill Payment (Check) | 5029 | No | M.A. Stockstill Co. | Invoice Numbers: 24781 | 1021 TD Bank-DIP Checking | Payable (A/P) | -330.00 |
| 08/06/2024 | Bill Payment (Check) | 5030 | No | ALSCO | Invoice Numbers: LALE1105458 | 1021 TD Bank-DIP Checking | Payable (A/P) | -205.95 |
| 08/06/2024 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -62.80 |
| 08/06/2024 | Expense | | No | Middleton Mixology | Payment For Vendor Middleton Mixology For Invoice 46672 | 1021 TD Bank-DIP Checking | Sales:Liquor | -41.54 |
| 08/07/2024 | Journal Entry | MI13633ME | No | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | -2,463.95 |
| 08/07/2024 | Journal Entry | MI13611ME | No | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | -808.10 |
| 08/07/2024 | Bill Payment (Check) | 5031 | No | TriMark Adams-Burch | Invoice Numbers: 6448705-00 | 1021 TD Bank-DIP Checking | Payable (A/P) | -481.10 |
| 08/07/2024 | Bill Payment (Check) | ACH | No | VA Eagle Distributing | | 1021 TD Bank-DIP Checking | Payable (A/P) | -304.27 |
| 08/07/2024 | Bill Payment (Check) | EFT49655579 | No | Hop & Wine | Invoice Numbers: 266292 | 1021 TD Bank-DIP Checking | Payable (A/P) | -157.00 |
| 08/08/2024 | Bill Payment (Check) | To print | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | 56070 | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,025.88 |
| 08/08/2024 | Expense | | No | Reinhart Food Service (PFG) | Drop Ship per Andrew | 1021 TD Bank-DIP Checking | Sales:Meat | -158.87 |
| 08/08/2024 | Bill Payment (Check) | ACH | No | Spiceology | | 1021 TD Bank-DIP Checking | Payable (A/P) | -90.84 |
| 08/09/2024 | Expense | | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | VISA DDA PUR AP - 469216    METRO MEAT SEA    888 264 7647 * MD | 1021 TD Bank-DIP Checking | Controllable | -1,025.88 |
| 08/09/2024 | Bill Payment (Check) | ACH | No | Premium Distributors | | 1021 TD Bank-DIP Checking | Payable (A/P) | -262.05 |
| 08/09/2024 | Bill Payment (Check) | ach | No | Republic National | | 1021 TD Bank-DIP Checking | Payable (A/P) | -209.88 |
| 08/11/2024 | Journal Entry | Payroll JE 7.29-8.11 | No | | DD+ payroll fee | 1021 TD Bank-DIP Checking | -Split- | -18,495.39 |
| 08/11/2024 | Journal Entry | Payroll JE 7.29-8.11 | No | | taxes - GL Report Summary | 1021 TD Bank-DIP Checking | -Split- | -6,745.48 |
| 08/11/2024 | Journal Entry | Payroll JE 7.29-8.11 | No | | Andrew Darneille | 1021 TD Bank-DIP Checking | -Split- | -4,297.88 |
| 08/11/2024 | Journal Entry | Payroll JE 7.29-8.11 | No | | Genesis Gonzales | 1021 TD Bank-DIP Checking | -Split- | -889.95 |
| 08/11/2024 | Journal Entry | Payroll JE 7.29-8.11 | No | | Delmy Perez | 1021 TD Bank-DIP Checking | -Split- | -800.87 |
| 08/11/2024 | Journal Entry | Payroll JE 7.29-8.11 | No | | Sindy lopez | 1021 TD Bank-DIP Checking | -Split- | -730.77 |
| 08/11/2024 | Journal Entry | Payroll JE 7.29-8.11 | No | | Joshua Vanegas | 1021 TD Bank-DIP Checking | -Split- | -700.30 |
| 08/11/2024 | Journal Entry | Payroll JE 7.29-8.11 | No | | Trinidad Hernantan | 1021 TD Bank-DIP Checking | -Split- | -578.84 |
| 08/12/2024 | Bill Payment (Check) | ACH | No | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -6,642.62 |
| 08/12/2024 | Bill Payment (Check) | | No | Bowie Produce | | 1021 TD Bank-DIP Checking | Payable (A/P) | -678.00 |
| 08/12/2024 | Bill Payment (Check) | | No | Lyon Bakery | | 1021 TD Bank-DIP Checking | Payable (A/P) | -362.54 |
| 08/12/2024 | Journal Entry | MI13643ME | No | | Vendor: Mailchimp | 1021 TD Bank-DIP Checking | -Split- | -285.00 |
| 08/12/2024 | Bill Payment (Check) | EFT | No | Virginia Alcoholic Beverage Control Authority | 752511 | 1021 TD Bank-DIP Checking | Payable (A/P) | -226.22 |
| 08/12/2024 | Bill Payment (Check) | | No | Fourth Enterprises, LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -128.60 |
| 08/12/2024 | Bill Payment (Check) | | No | MtoM Consulting, LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -30.00 |
| 08/13/2024 | Bill Payment (Check) | 5033 | No | TriMark Adams-Burch | Invoice Numbers: 6450381-00 | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,586.90 |
| 08/13/2024 | Journal Entry | MI13658ME | No | | Vendor: Buckhead Meat & Seafood/Metropolitan Meats | 1021 TD Bank-DIP Checking | -Split- | -995.61 |
| 08/13/2024 | Journal Entry | MI13640ME | No | | Vendor: DC Rental | 1021 TD Bank-DIP Checking | -Split- | -632.73 |
| 08/13/2024 | Bill Payment (Check) | 5032 | No | ALSCO | Invoice Numbers: LALE1106506 | 1021 TD Bank-DIP Checking | Payable (A/P) | -205.95 |
| 08/14/2024 | Expense | | No | Comcast (EFT) | COMCAST 8299610 252892194 | 1021 TD Bank-DIP Checking | General & | -687.91 |
| 08/14/2024 | Bill Payment (Check) | ACH | No | Toast Inc. | | 1021 TD Bank-DIP Checking | Payable (A/P) | -389.75 |
| 08/14/2024 | Bill Payment (Check) | ACH | No | Smoke'n Dudes Smokehouse BBQ (CC) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -162.59 |
| 08/14/2024 | Bill Payment (Check) | | No | Craigslist | | 1021 TD Bank-DIP Checking | Payable (A/P) | -45.00 |
| 08/15/2024 | Bill Payment (Check) | EFT | No | Erie Insurance Group | 3251278 | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,359.48 |
| 08/15/2024 | Journal Entry | MI13751ME | No | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -109.17 |
| 08/15/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | Controllable | -28.35 |
| 08/16/2024 | Expense | | No | Restaurant Depot | Payment For Vendor Restaurant Depot For Invoice MI13634 | 1021 TD Bank-DIP Checking | -Split- | -1,861.85 |
| 08/16/2024 | Journal Entry | MI13688ME | No | | Vendor: Buckhead Meat & Seafood/Metropolitan Meats | 1021 TD Bank-DIP Checking | -Split- | -1,023.28 |
| 08/16/2024 | Bill Payment (Check) | 5034 | No | TriMark Adams-Burch | Invoice Numbers: 6451535-00 | 1021 TD Bank-DIP Checking | Payable (A/P) | -516.01 |
| 08/16/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | Controllable | -18.76 |
| 08/17/2024 | Journal Entry | MI13641ME | No | | Vendor: Maurice Electric Supply LLC | 1021 TD Bank-DIP Checking | -Split- | -186.86 |
| 08/17/2024 | Journal Entry | MI13692ME | No | | Vendor: The Home Depot | 1021 TD Bank-DIP Checking | -Split- | -177.78 |
| 08/17/2024 | Journal Entry | MI13679ME | No | | Vendor: The Home Depot | 1021 TD Bank-DIP Checking | -Split- | -152.39 |
| 08/17/2024 | Journal Entry | MI13678ME | No | | Vendor: The Home Depot | 1021 TD Bank-DIP Checking | -Split- | -25.40 |
| 08/19/2024 | Bill Payment (Check) | | No | Finance A La Carte LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -2,500.00 |
| 08/19/2024 | Bill Payment (Check) | | No | Bowie Produce | | 1021 TD Bank-DIP Checking | Payable (A/P) | -791.00 |
| 08/19/2024 | Bill Payment (Check) | | No | Lyon Bakery | | 1021 TD Bank-DIP Checking | Payable (A/P) | -406.50 |
| 08/19/2024 | Expense | | No | Amazon | VISA DDA PUR AP - 469216    AMAZON MKTPL RU8JW2NC1    AMZN COM BILL * WA | 1021 TD Bank-DIP Checking | Controllable | -109.17 |
| 08/19/2024 | Bill Payment (Check) | | No | Dropbox | | 1021 TD Bank-DIP Checking | Payable (A/P) | -54.00 |
| 08/20/2024 | Bill Payment (Check) | EFT | No | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -8,127.16 |
| 08/20/2024 | Bill Payment (Check) | ACH | No | Brant Williams Design | | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,064.00 |
| 08/20/2024 | Bill Payment (Check) | ACH | No | Arlington County Permit Office | | 1021 TD Bank-DIP Checking | Payable (A/P) | -540.10 |
| 08/20/2024 | Journal Entry | MI13717ME | No | | Vendor: ULINE | 1021 TD Bank-DIP Checking | -Split- | -316.41 |
| 08/20/2024 | Bill Payment (Check) | 5035 | No | ALSCO | Invoice Numbers: LALE1107537 | 1021 TD Bank-DIP Checking | Payable (A/P) | -205.95 |
| 08/21/2024 | Expense | | No | Arlington County Treasurer | ARLINGTON COUNTY ARLCO PMT | 1021 TD Bank-DIP Checking | Payable | -5,930.13 |
| 08/21/2024 | Journal Entry | MI13719ME | No | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | -1,541.18 |
| 08/21/2024 | Bill Payment (Check) | ACH | No | Clarendon Alliance (ACH) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,200.00 |
| 08/21/2024 | Journal Entry | MI13728ME | No | | Vendor: Stickermule | 1021 TD Bank-DIP Checking | -Split- | -495.55 |
| 08/21/2024 | Journal Entry | MI13766ME | No | | Vendor: Budget Truck Rental, LLC | 1021 TD Bank-DIP Checking | -Split- | -209.50 |
| 08/22/2024 | Expense | | No | VA Department of Taxation | VA DEPT TAXATION TAX PAYMEN | 1021 TD Bank-DIP Checking | Payable | -7,559.94 |
| 08/22/2024 | Bill Payment (Check) | 5037 | No | Andrew Darneille | | 1021 TD Bank-DIP Checking | Payable (A/P) | -5,944.63 |
| 08/22/2024 | Journal Entry | MI13744ME | No | | Vendor: Canva | 1021 TD Bank-DIP Checking | -Split- | -14.99 |
| 08/22/2024 | Journal Entry | MI13731ME | No | | Vendor: Trader Joe's | 1021 TD Bank-DIP Checking | -Split- | -7.06 |
| 08/23/2024 | Bill Payment (Check) | EFT | No | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -8,172.89 |
| 08/23/2024 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -4,688.82 |
| 08/23/2024 | Check | 5036 | No | Smokecraft Holding | CHECK 5036 | 1021 TD Bank-DIP Checking | Advertising and | -3,350.00 |
| 08/23/2024 | Bill Payment (Check) | 5038 | No | TriMark Adams-Burch | Invoice Numbers: 6453926-00 | 1021 TD Bank-DIP Checking | Payable (A/P) | -955.06 |
| 08/23/2024 | Journal Entry | MI13738ME | No | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | -610.29 |
| 08/23/2024 | Journal Entry | MI13742ME | No | | Vendor: Intuit | 1021 TD Bank-DIP Checking | -Split- | -113.75 |
| 08/25/2024 | Journal Entry | Payroll JE 8.12-8.25 | No | | DD+ payroll fee | 1021 TD Bank-DIP Checking | -Split- | -28,720.83 |
| 08/25/2024 | Journal Entry | Payroll JE 8.12-8.25 | No | | taxes - GL Report Summary | 1021 TD Bank-DIP Checking | -Split- | -9,029.02 |
| 08/25/2024 | Journal Entry | Payroll JE 8.12-8.25 | No | | Genesis Gonzales | 1021 TD Bank-DIP Checking | -Split- | -1,703.31 |
| 08/25/2024 | Journal Entry | Payroll JE 8.12-8.25 | No | | Delmy Perez | 1021 TD Bank-DIP Checking | -Split- | -1,210.63 |

**Smokecraft Clarendon LLC**
**MOR Exhibit D - Withdrawal Transaction Report**

| Date | Transaction Type | Num | Adj | Name | Memo/Description | Split | Amount |
|---|---|---|---|---|---|---|---|
| 08/25/2024 | Journal Entry | Payroll JE 8.12-8.25 | No | | Sindy lopez | 1021 TD Bank-DIP Checking | -Split- | -788.08 |
| 08/25/2024 | Journal Entry | Payroll JE 8.12-8.25 | No | | Trinidad Hernandez | 1021 TD Bank-DIP Checking | -Split- | -613.39 |
| 08/25/2024 | Journal Entry | Payroll JE 8.12-8.25 | No | | Joshua Vanegas | 1021 TD Bank-DIP Checking | -Split- | -568.27 |
| 08/25/2024 | Expense | | No | Open Table Inc. ACH | OPENTABLE PAYMENTS | 1021 TD Bank-DIP Checking | General & | -340.50 |
| 08/25/2024 | Expense | | No | Adobe Inc. | VISA DDA PUR AP - 403629  ADOBE  ADOBE  408 536 6000 * CA | 1021 TD Bank-DIP Checking | General & | -21.19 |
| 08/25/2024 | Journal Entry | MI13813ME | No | | Vendor: Google LLC | 1021 TD Bank-DIP Checking | -Split- | -15.26 |
| 08/26/2024 | Bill Payment (Check) | | No | VRA Cleaning Services LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -3,680.00 |
| 08/26/2024 | Bill Payment (Check) | | No | Lyon Bakery | | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,790.81 |
| 08/26/2024 | Bill Payment (Check) | EFT | No | Dominion Energy Virginia | | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,759.68 |
| 08/26/2024 | Bill Payment (Check) | | No | Capital Bank | | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,500.00 |
| 08/26/2024 | Bill Payment (Check) | | No | Bowie Produce | | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,205.25 |
| 08/26/2024 | Bill Payment (Check) | | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,086.82 |
| 08/26/2024 | Bill Payment (Check) | | No | Jo-Jo The Barkeep LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -440.00 |
| 08/26/2024 | Bill Payment (Check) | | No | TriMark Adams-Burch | | 1021 TD Bank-DIP Checking | Payable (A/P) | -390.08 |
| 08/26/2024 | Bill Payment (Check) | | No | Magnolia Plumbing | | 1021 TD Bank-DIP Checking | Payable (A/P) | -255.00 |
| 08/26/2024 | Expense | | No | State Farm | VISA DDA PUR AP - 494300  STATE FARM INSURANCE  800 956 6310 * IL | 1021 TD Bank-DIP Checking | General & | -182.34 |
| 08/26/2024 | Bill Payment (Check) | | No | Logan Food Company | | 1021 TD Bank-DIP Checking | Payable (A/P) | -127.50 |
| 08/26/2024 | Bill Payment (Check) | | No | Pest Management Services, Inc. | | 1021 TD Bank-DIP Checking | Payable (A/P) | -85.00 |
| 08/26/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | Controllable | -1.38 |
| 08/26/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | Controllable | -0.38 |
| 08/27/2024 | Expense | | No | Intuit Inc. | INTUIT 10199508 BILL_PAY | 1021 TD Bank-DIP Checking | & | -255.00 |
| 08/27/2024 | Bill Payment (Check) | 5039 | No | ALSCO | Invoice Numbers: LALE1108612 | 1021 TD Bank-DIP Checking | Payable (A/P) | -205.95 |
| 08/27/2024 | Journal Entry | MI13764ME | No | | Vendor: Craigslist | 1021 TD Bank-DIP Checking | -Split- | -45.00 |
| 08/28/2024 | Bill Payment (Check) | EFT66319693 | No | Hop & Wine | Invoice Numbers: 267560 | 1021 TD Bank-DIP Checking | Payable (A/P) | -615.00 |
| 08/28/2024 | Bill Payment (Check) | EFT | No | Washington Gas | | 1021 TD Bank-DIP Checking | Payable (A/P) | -336.63 |
| 08/28/2024 | Bill Payment (Check) | EFT95579849 | No | Specialty Beverage | Invoice Numbers: 334123 | 1021 TD Bank-DIP Checking | Payable (A/P) | -145.00 |
| 08/30/2024 | Bill Payment (Check) | | No | KBS III 3003 Washington LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -18,286.64 |
| 08/30/2024 | Journal Entry | MI13795ME | No | | Vendor: Buckhead Meat & Seafood/Metropolitan Meats | 1021 TD Bank-DIP Checking | -Split- | -1,006.43 |
| 08/30/2024 | Bill Payment (Check) | 5040 | No | TriMark Adams-Burch | Invoice Numbers: 6456068-00 | 1021 TD Bank-DIP Checking | Payable (A/P) | -742.16 |
| 08/30/2024 | Bill Payment (Check) | | No | Safety First Services | | 1021 TD Bank-DIP Checking | Payable (A/P) | -625.00 |
| 08/30/2024 | Bill Payment (Check) | | No | VA Eagle Distributing | | 1021 TD Bank-DIP Checking | Payable (A/P) | -381.83 |
| 08/30/2024 | Bill Payment (Check) | | No | Lyon Bakery | | 1021 TD Bank-DIP Checking | Payable (A/P) | -296.90 |
| 08/30/2024 | Bill Payment (Check) | | No | Bowie Produce | | 1021 TD Bank-DIP Checking | Payable (A/P) | -267.75 |
| 08/30/2024 | Bill Payment (Check) | | No | Premium Distributors | | 1021 TD Bank-DIP Checking | Payable (A/P) | -256.35 |
| 08/31/2024 | Journal Entry | MI13793ME | No | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | -248.67 |
| 08/31/2024 | Journal Entry | MI13794ME | No | | Vendor: Giant | 1021 TD Bank-DIP Checking | -Split- | -18.01 |
| | | | | | | | $ | (223,443.62) |