## Smokecraft Clarendon LLC
## MOR EXHIBIT E - Vendor Balance Detail
### As of August 31, 2024

| | Date | Transaction Type | Num | Due Date | Amount | Open Balance | |
|---|---|---|---|---|---|---|---|
| **Bowie Produce** | | | | | | | |
| | 08/28/2024 | Bill | 5420952 | 09/18/2024 | 188.75 | 188.75 | $ 188.75 |
| | 08/28/2024 | Bill | 5420953 | 09/18/2024 | 17.50 | 17.50 | $ 17.50 |
| | 08/30/2024 | Bill | 5421206 | 09/20/2024 | 514.75 | 514.75 | $ 514.75 |
| **Total for Bowie Produce** | | | | | $ 721.00 | $ 721.00 | |
| **Dominion Energy Virginia** | | | | | | | |
| | 08/27/2024 | Bill | 800840470105 | 9/23/2024 | 1,719.23 | 1,719.23 | $ 1,719.23 |
| **Total for Dominion Energy Virginia** | | | | | $ 1,719.23 | $ 1,719.23 | |
| **Finance A La Carte LLC** | | | | | | | |
| | 08/31/2024 | Bill | 2556 | 08/31/2024 | 2,500.00 | 2,500.00 | $ 2,500.00 |
| **Total for Finance A La Carte LLC** | | | | | $ 2,500.00 | $ 2,500.00 | |
| **Lyon Bakery** | | | | | | | |
| | 08/27/2024 | Bill | 1844584 | 09/15/2024 | 45.17 | 45.17 | $ 45.17 |
| | 08/28/2024 | Bill | 1851989 | 09/15/2024 | 101.57 | 101.57 | $ 101.57 |
| | 08/29/2024 | Bill | 1852471 | 09/15/2024 | 107.18 | 107.18 | $ 107.18 |
| | 08/30/2024 | Bill | 1846165 | 09/15/2024 | 66.10 | 66.10 | $ 66.10 |
| | 08/31/2024 | Bill | 1846745 | 09/15/2024 | 103.21 | 103.21 | $ 103.21 |
| **Total for Lyon Bakery** | | | | | $ 5,649.21 | $ 5,649.21 | |
| **M.A. Stockstill Co.** | | | | | | | |
| | 8/31/2024 | Bill | 24783 | 8/31/2024 | 2,140.46 | 2,140.46 | $ 2,140.46 |
| **Total for M.A. Stockstill Co.** | | | | | $ 2,140.46 | $ 2,140.46 | |
| **Reinhart Food Service (PFG)** | | | | | | | |
| | 08/28/2024 | Bill | 5018589 | 9/4/2024 | 4,811.27 | 4,811.27 | $ 4,811.27 |
| **Total for Reinhart Food Service (PFG)** | | | | | $ 4,811.27 | $ 4,811.27 | |
| **Toast Inc.** | | | | | | | |
| | 05/10/2024 | Bill | INV4562080 | 05/10/2024 | 389.75 | 389.75 | $ 389.75 |
| **Total for Toast Inc.** | | | | | $ 389.75 | $ 389.75 | |
| **Washington Gas** | | | | | | | |
| | 08/27/2024 | Bill | | 9/18/2024 | 634.91 | 634.91 | $ 634.91 |
| **Total for Washington Gas** | | | | | $ 1,434.53 | $ 1,434.53 | |
| **Arlington County Business Tangible Tax** | | | | | | | |
| | 7/24/2024 | | | 9/5/2024 | 9,846.80 | 9,/46.80 | |
| **Total for Arlington County Business Tangible Tax** | | | | | $ 9,846.80 | $ 9,/46.80 | $ 9,846.80 |
| **Virginia Meals Tax** | | | | | | | |
| | 7/31/2024 | | | 9/20/2024 | 18,517.07 | 18,517.07 | |
| **Total for Virginia Meals Tax** | | | | | $ 18,517.07 | $ 18,517.07 | $ 18,517.07 |
| **Employee Tips** | | | | | | | |
| | | | | 9/13/2024 | 2,557.27 | 2,557.27 | |
| **Total for Employee Tips** | | | | | $ 2,557.27 | $ 2,557.27 | $ 2,557.27 |
| **TOTAL** | | | | | $ 134,255.85 | $ 133,835.70 | $ 44,260.99 |

Sunday, Sep 01, 2024 11:24:23 AM GMT-7