SMALL BUSINESS MOR – SMOKECRAFT CLARENDON LLC
Aug-24
EXHIBIT F

**Receivables**

| | | |
|---|---|---:|
| Smokecraft Holdings | $ | 437.43 |
| Arlington District Court | $ | 1,383.00 |
| UberEats | $ | 3,477.45 |
| DoorDash | $ | 3,144.86 |
| ezCater | $ | 1,057.36 |
| Toast CC Transactions | $ | 6,561.54 |
| Daily Cash Deposits | $ | 517.00 |
| **Total** | **$** | **16,578.64** |