# Smokecraft Clarendon LLC

## Profit and Loss
### August 2024

|  | TOTAL | |
| --- | ---: | ---: |
|  | AUG 2024 | % OF INCOME |
| Income | | |
|   All Sales, Comps and Discounts | | |
|     5100 Food Sales | 164,978.15 | 89.07 % |
|     5110 Goodwill Comps | -149.07 | -0.08 % |
|     5115 Goodwill Bar Comps | -422.95 | -0.23 % |
|     5120 Guest Complaint Comps | -138.70 | -0.07 % |
|     5131 50% Employee Discounts | -462.66 | -0.25 % |
|     5150 Discounts Marketing | -47.50 | -0.03 % |
|     5160 Dining Privileges (mgr/chef) | -182.25 | -0.10 % |
|     5180 NA Beverage | 4,265.62 | 2.30 % |
|     5210 Liquor Sales | 9,073.00 | 4.90 % |
|     5220 Wine Sales | 1,594.00 | 0.86 % |
|     5230 Bottled Beer Sales | 455.50 | 0.25 % |
|     5240 Draft Beer Sales | 5,746.00 | 3.10 % |
|   **Total All Sales, Comps and Discounts** | **184,709.14** | **99.72 %** |
|   Other Income and Expense | | |
|     5300 Sundry Sales | 335.00 | 0.18 % |
|     5910 Service Charge Revenue - Catering | 178.19 | 0.10 % |
|   **Total Other Income and Expense** | **513.19** | **0.28 %** |
| **Total Income** | **$185,222.33** | **100.00 %** |
| Cost of Goods Sold | | |
|   Cost of Sales | | |
|     6110 Meat Cost | 24,542.68 | 13.25 % |
|     6120 Poultry Cost | 4,645.02 | 2.51 % |
|     6130 Seafood Cost | 598.20 | 0.32 % |
|     6140 Dairy Cost | 5,128.15 | 2.77 % |
|     6150 Produce Cost | 4,734.35 | 2.56 % |
|     6160 Bakery Cost | 3,206.82 | 1.73 % |
|     6170 Grocery Cost | 9,167.07 | 4.95 % |
|     6180 NA Beverage | 2,005.41 | 1.08 % |
|     6210 Liquor Cost | 1,751.27 | 0.95 % |
|     6220 Wine Cost | 209.88 | 0.11 % |
|     6230 Bottled Beer Cost | 438.18 | 0.24 % |
|     6240 Draft Beer Cost | 1,547.00 | 0.84 % |
|   **Total Cost of Sales** | **57,974.03** | **31.30 %** |
| **Total Cost of Goods Sold** | **$57,974.03** | **31.30 %** |
| **GROSS PROFIT** | **$127,248.30** | **68.70 %** |
| Expenses | | |
|   A. Payroll Expenses | | |
|     6310 Management Salaries | 14,461.54 | 7.81 % |

# Smokecraft Clarendon LLC

Profit and Loss

August 2024

|  | TOTAL | |
|---|---:|---:|
|  | AUG 2024 | % OF INCOME |
| 6311 Direct Labor - FOH | 3,408.46 | 1.84 % |
| 6312 Overtime Labor - FOH | 1,118.57 | 0.60 % |
| 6313 Training Labor | 2,513.64 | 1.36 % |
| 6314 Direct Labor - BOH | 27,142.03 | 14.65 % |
| 6315 Overtime Labor - BOH | 2,582.55 | 1.39 % |
| 6510 Payroll Taxes | 5,445.22 | 2.94 % |
| 6530 Vacation Pay | 0.00 | 0.00 % |
| 6540 Parking | 200.00 | 0.11 % |
| 6550 Uniform Allowance | -70.00 | -0.04 % |
| 6560 Continuing Education | 440.00 | 0.24 % |
| 6570 Group Insurance | 195.40 | 0.11 % |
| 6580 Workers Compensation | 431.33 | 0.23 % |
| 6615 Payroll Processing Fees | 60.00 | 0.03 % |
| **Total A. Payroll Expenses** | **57,928.74** | **31.28 %** |
| B. Controllable Expenses | | |
| 6500 3rd Party Delivery Expense | 5,061.15 | 2.73 % |
| 6710 Operating Lease/Rentals | 390.08 | 0.21 % |
| 6750 Trash Removal | -33.91 | -0.02 % |
| 6790 Other Contracted Services | 300.00 | 0.16 % |
| 7000 Register Over/Short | -96.17 | -0.05 % |
| 7010 China/Glassware/Silver | 370.09 | 0.20 % |
| 7040 Cleaning Supplies | 294.66 | 0.16 % |
| 7045 Dish Chemicals | 332.29 | 0.18 % |
| 7060 Linens | 823.80 | 0.44 % |
| 7090 Menu/Guest Check/POS Supplies | 9.90 | 0.01 % |
| 7105 To Go Supplies | 2,296.24 | 1.24 % |
| 7106 Catering Supplies | 3,479.94 | 1.88 % |
| 7110 Operating Supplies F&B | 1,939.76 | 1.05 % |
| **Total B. Controllable Expenses** | **15,167.83** | **8.19 %** |
| C. General & Administrative | | |
| 7190 Other Contracted Services-Admin | 1,063.05 | 0.57 % |
| 7195 Accounting Services | 2,500.00 | 1.35 % |
| 7230 Licenses & Permits | 1,111.48 | 0.60 % |
| 7250 Credit Card Commissions | 4,116.64 | 2.22 % |
| 7256 Employment Ads | 90.00 | 0.05 % |
| 7270 Dues & Subscriptions | 0.00 | 0.00 % |
| 7285 Gen. Liab Insur/Key Man | 2,443.07 | 1.32 % |
| 7290 Legal & Professional Services | 1,600.00 | 0.86 % |
| 7350 Tele/internet/cable | 1,375.82 | 0.74 % |
| 7360 Travel | 432.74 | 0.23 % |
| **Total C. General & Administrative** | **14,732.80** | **7.95 %** |

# Smokecraft Clarendon LLC

Profit and Loss

August 2024

|  | TOTAL | |
| --- | ---: | ---: |
|  | AUG 2024 | % OF INCOME |
| D. Advertising and Promotion | | |
|     7430 Local Advertising & Promotion | 3,350.00 | 1.81 % |
|     7435 Advertising & Marketing | 725.26 | 0.39 % |
| **Total D. Advertising and Promotion** | **4,075.26** | **2.20 %** |
| E. Repair & Maintenance | | |
|     7500 Repairs & Maintenance | 2,906.38 | 1.57 % |
|     7640 R&M - Electric | 186.86 | 0.10 % |
|     7695 Cleaning Service | 3,680.00 | 1.99 % |
|     7710 Maint Contract - HVAC & Refrigeration | 625.00 | 0.34 % |
|     7750 Pest Control | 85.00 | 0.05 % |
| **Total E. Repair & Maintenance** | **7,483.24** | **4.04 %** |
| F. Utilities | | |
|     7810 Electricity | 1,719.23 | 0.93 % |
|     7820 Gas | 381.86 | 0.21 % |
|     7830 Water & Sewer | 389.00 | 0.21 % |
|     7840 Firewood | 330.61 | 0.18 % |
| **Total F. Utilities** | **2,820.70** | **1.52 %** |
| G. Facility Expense | | |
|     8010 Rent & Lease | 12,730.64 | 6.87 % |
|     8015 Common Area Maintenance | 2,315.00 | 1.25 % |
|     8020 Property Insurance | 132.00 | 0.07 % |
|     8030 Property Taxes | 3,671.46 | 1.98 % |
| **Total G. Facility Expense** | **18,849.10** | **10.18 %** |
| **Total Expenses** | **$121,057.67** | **65.36 %** |
| **NET OPERATING INCOME** | **$6,190.63** | **3.34 %** |
| Other Expenses | | |
|     8101 Interest Income | -217.43 | -0.12 % |
| **Total Other Expenses** | **$ -217.43** | **-0.12 %** |
| **NET OTHER INCOME** | **$217.43** | **0.12 %** |
| **NET INCOME** | **$6,408.06** | **3.46 %** |