# Smokecraft Clarendon LLC

## Balance Sheet
As of August 31, 2024

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       1010 Capital Bank MD | 2.00 |
|       1020 TD Bank Operating | 1,449.96 |
|       1021 TD Bank-DIP Checking | -4,736.21 |
|       1050 TD Bank CD | 65,827.37 |
|       1060 Petty Cash | 2,000.00 |
|     **Total Bank Accounts** | **$64,543.12** |
|     Accounts Receivable | |
|       1200 Accounts Receivable (A/R) | 0.00 |
|     **Total Accounts Receivable** | **$0.00** |
|     Other Current Assets | |
|       1201 DoorDash | 3,045.89 |
|       1202 UberEats | 4,448.00 |
|       1203 Square | 0.00 |
|       1204 ERC Receivable | 0.00 |
|       1205 Tripleseat (Stripe) | 0.00 |
|       1206 EZCater | 1,293.60 |
|       1300 Prepaid Other | 7,737.97 |
|       1340 Prepaid Insurance | 47.59 |
|       1350 Food Inventory | 0.00 |
|       1352 Liquor Inventory | 0.00 |
|       1354 Wine Inventory | 0.00 |
|       1356 Beer Inventory | 0.00 |
|       1358 NA Bev Inventory | 0.00 |
|       6600 Employee Advance | 0.00 |
|     **Total Other Current Assets** | **$16,573.05** |
|   **Total Current Assets** | **$81,116.17** |
|   Fixed Assets | |
|     1400 Leasehold Improvements | 943,020.03 |
|     1410 Machinery & Equipment | 303,297.90 |
|     1420 Design & Architechtural Fees | 104,783.93 |
|     1430 Furniture & Fixtures | 83,469.68 |
|     Accumulated Depreciation | -1,414,894.00 |
|   **Total Fixed Assets** | **$19,677.54** |
|   Other Assets | |
|     1360 Prepaid Rent | 0.00 |
|     1500 Security Deposits | 0.00 |

# Smokecraft Clarendon LLC

## Balance Sheet
### As of August 31, 2024

|  | TOTAL |
|---|---:|
| 1620 Pre-opening costs | |
|   1620.1 Legal Fees | 30,512.53 |
|   1620.2 PR/Advertising/Website | 56,444.66 |
|   1620.3 Bank Fees | 64,488.85 |
|   1620.4 LIcenses and Permits | 8,266.39 |
|   1620.5 Other Costs | 39,775.33 |
|   1620.6 Pre-Opening Payroll | 38,218.87 |
|   1620.7 Lease Payments | 12,432.84 |
|   Accumulated Amortization | -40,300.00 |
| **Total 1620 Pre-opening costs** | **209,839.47** |
| **Total Other Assets** | **$209,839.47** |
| **TOTAL ASSETS** | **$310,633.18** |
| LIABILITIES AND EQUITY | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         Accounts Payable (A/P) | 137,426.74 |
|       **Total Accounts Payable** | **$137,426.74** |
|       Credit Cards | |
|         2300 SMB TD Bank Credit Card | 19,399.64 |
|         2350 ACD Personal Credit Card | 1,981.45 |
|       **Total Credit Cards** | **$21,381.09** |
|       Other Current Liabilities | |
|         2000 Sales Tax Payable | 17,250.25 |
|         2100 Accrued Expenses | 0.00 |
|         2200 Gift Cards | 16,698.81 |
|         2240 Due to/from Holdings | -411.38 |
|         2250 Due to/from A.Darneille | 0.00 |
|         2255 Due to/from R. Darneille | 0.00 |
|         2256 Loan from Parents | 0.00 |
|         2300 Prepaid Sales | 5,620.89 |
|         2310 Loan Payable-Toast | 114,147.78 |
|         2312 Stale Checks | 539.92 |
|         2540 Tips Payable | 3,023.13 |
|         2541 Catering Tips Payable | 892.56 |
|       **Total Other Current Liabilities** | **$157,761.96** |
|     **Total Current Liabilities** | **$316,569.79** |
|     Long-Term Liabilities | |
|       2500 Capital Bank SBA Loan | 905,880.18 |
|     **Total Long-Term Liabilities** | **$905,880.18** |
| **Total Liabilities** | **$1,222,449.97** |

# Smokecraft Clarendon LLC

## Balance Sheet
### As of August 31, 2024

|  | TOTAL |
|---|---:|
| **Equity** | |
| 3110 Contribution - A Darneille | 361,044.47 |
| 3120 Contribution - H. Darneille | 253,528.00 |
| 3130 Contribution - R. Darneille | 125,000.00 |
| 3140 Contribution - J.Smith | 50,000.00 |
| 3150 Contribution- Smoke Holdings | 119,592.04 |
| DIANE DAVENNY DARNEILLE | 40,000.00 |
| Retained Earnings | -1,695,532.04 |
| Net Income | -165,449.26 |
| **Total Equity** | **$ -911,816.79** |
| **TOTAL LIABILITIES AND EQUITY** | **$310,633.18** |