Cash Flow Projection
Smokecraft Clarendon

Starting date: 9/1/2024

**NO AP payments for any invocies prior to 4/29**

| | Beginning | 9/8/2024 | 9/15/2024 | 9/22/2024 | 9/29/2024 | 10/6/2024 | 10/13/2024 | 10/20/2024 | 10/27/2024 | 11/3/2024 | 11/10/2024 | 11/17/2024 | 11/24/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank Balance - DIP Checking | 14,456 | | | | | | | | | | | | |
| Bank Balance - Capital Bank | | | | | | | | | | | | | |
| Bank Balance -TD Lockbox | 1,896 | | | | | | | | | | | | |
| **Cash on hand** | 16,352 | 5,031 | 1,256 | 24,268 | 11,301 | 12,799 | 4,382 | 32,204 | 5,331 | 3,178 | -3,954 | 20,642 | 455 |
| | | | | | | | | | | | | | |
| **ANTICIPATED CASH RECEIPTS** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Sales | 7,500 | 35,000 | 35,000 | 50,000 | 36,250 | 36,250 | 36,250 | 36,250 | 32,500 | 32,500 | 32,500 | 32,500 | 70,000 |
| Tax | 750 | 3,500 | 3,500 | 5,000 | 3,625 | 3,625 | 3,625 | 3,625 | 3,250 | 3,250 | 3,250 | 3,250 | 7,000 |
| Gratuity | 938 | 4,375 | 4,375 | 6,250 | 4,531 | 4,531 | 4,531 | 4,531 | 4,063 | 4,063 | 4,063 | 4,063 | 8,750 |
| Third Party fees | -405 | -1,890 | -1,890 | -2,700 | -1,958 | -1,958 | -1,958 | -1,958 | -1,755 | -1,755 | -1,755 | -1,755 | -3,780 |
| CC fees | -230 | -1,072 | -1,072 | -1,531 | -1,110 | -1,110 | -1,110 | -1,110 | -995 | -995 | -995 | -995 | -2,144 |
| **TOTAL CASH RECEIPTS** | 8,553 | 39,913 | 39,913 | 57,019 | 41,339 | 41,339 | 41,339 | 41,339 | 37,062 | 37,062 | 37,062 | 37,062 | 79,826 |
| **Total cash available** | 24,905 | 44,944 | 41,169 | 81,287 | 52,639 | 54,138 | 45,720 | 73,543 | 42,393 | 40,240 | 33,108 | 57,705 | 80,281 |
| | | | | | | | | | | | | | |
| **CASH PAID OUT** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Payroll | | 24,500 | | 24,500 | | 26,825 | | 24,500 | | 24,500 | | 24,050 | |
| gratuity | | 8,000 | | 8,750 | | 10,781 | | 9,063 | | 8,594 | | 8,125 | |
| | | | | | | | | | | | | | |
| Sales Tax | | | | 18,517 | | | | 18,500 | | | | 13,975 | |
| | | | | | | | | | | | | | |
| Accounts Payable | | | | | | | | | | | | | |
| Food + Beverage @ 30% | 1,477 | 6,000 | 4,500 | 14,000 | 10,150 | 10,150 | 10,150 | 10,150 | 9,100 | 9,100 | 9,100 | 9,100 | 19,600 |
| PFG | 4,811 | | 6,800 | | | | | | | | | | |
| Rent | | | | | 18,870 | | | | 18,870 | | | | |
| OpenTable | | | | | 500 | | | | 500 | | | | |
| Fintech | | | | | | | | | | | | | |
| Toast | | | | | | | | | | | | | |
| Utilities/wood | | 688 | 635 | 1,719 | | | | 4,000 | | | | | 4,000 |
| Hood cleaning | | | | | 625 | | | | 1,050 | | | | |
| Cleaning | | | | | 3,695 | | | | 3,695 | | | | 3,695 |
| Late Night Expenses | | | | | | | | | | | | | |
| FAC/Cohn Reznick | | 2,500 | | | 2,500 | | | | 2,500 | | | | |
| Insurance | | | 1,366 | | | | 1,366 | | | | 1,366 | | |
| Other/Trimark/Alsco/etc | | 1,000 | 1,000 | 1,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Legal | 1,600 | | 1,600 | | | | | | | | | | |
| Misc Repairs | 2,140 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Property Taxes | 9,846 | | | | | | | | | | | | |
| Capital Bank Payments (1st) | | | | | 1,500 | | | | 1,500 | | | | 1,500 |
| | | | | | | | | | | | | | |
| **TOTAL CASH PAID OUT** | 19,874 | 43,688 | 16,901 | 69,986 | 39,840 | 49,756 | 13,516 | 68,213 | 39,215 | 44,194 | 12,466 | 57,250 | 30,795 |
| | | | | | | | | | | | | | |
| **Cash on hand (end of week)** | 5,031 | 1,256 | 24,268 | 11,301 | 12,799 | 4,382 | 32,204 | 5,331 | 3,178 | (3,954) | 20,642 | 455 | 49,486 |