| | **2024/5 Budget - Smokecraft** | PERIOD 9 | | PERIOD 9 | |
|---|---|---|---|---|---|
| | Start Date: 05/27/2024 | 8/28/2023 | | 8/26/2024 | |
| | End Date: 05/25/2025 | 10/1/2023 | | 9/29/2024 | |
| | LY Start: 05/29/2023 | | | | |
| | LY End: 05/26/2024 | | | | |
| | | **2023 Actual** | **% of Sales** | **2024 Budget** | **% of Sales** |
| | **Gross Sales** | | | | |
| 5100 | Food Sales | $ 148,196.33 | 85.14% | $ 156,431.93 | 84.50% |
| 5180 | NA Beverage | $ 2,629.25 | 1.51% | $ 2,775.36 | 1.50% |
| | **Total Food Sales** | **$ 150,825.58** | **86.65%** | **$ 159,207.30** | **86.00%** |
| 5210 | Liquor Sales | $ 10,959.00 | 6.30% | $ 14,185.15 | 7.66% |
| 5220 | Wine Sales | $ 2,631.00 | 1.51% | $ 3,405.52 | 1.84% |
| 5230 | Bottled Beer Sales | $ 2,020.00 | 1.16% | $ 2,614.66 | 1.41% |
| 5240 | Draft Beer Sales | $ 7,631.00 | 4.38% | $ 9,877.44 | 5.34% |
| | **Total Beverage Sales** | **$ 23,241.00** | **13.35%** | **$ 30,082.77** | **16.25%** |
| | **Gross F&B Sales** | **$ 174,066.58** | **103.43%** | **$ 189,290.07** | **102.25%** |
| | **Deductions** | | | | |
| 5110 | Goodwill Comps | $ 978.75 | 0.58% | $ 1,018.19 | 0.55% |
| 5120 | Guest Recovery Comps | $ 542.05 | 0.32% | $ 555.37 | 0.30% |
| 5131 | 50% Employee Discounts | $ 1,014.65 | 0.60% | $ 833.06 | 0.45% |
| 5132 | Manager Meal Discounts | $ 758.15 | 0.45% | $ 647.94 | 0.35% |
| 5150 | Discounts Marketing | $ 2,178.40 | 1.29% | $ 647.94 | 0.35% |
| 5250 | Goodwill Bar Comps | $ 1,219.15 | 0.72% | $ 462.81 | 0.25% |
| | **Total Deductions** | **$ 6,691.15** | **3.98%** | **$ 4,165.31** | **2.25%** |
| | **Other Income and Expense** | | | | |
| 5300 | Sundry Sales | $ 802.50 | 0.48% | $ - | 0.00% |
| 5910 | Service Charge Revenue - Catering | $ 117.31 | 0.07% | $ - | 0.00% |
| | **Total Other Income and Expense** | **$ 919.81** | **0.55%** | **$ -** | **0.00%** |
| | **Net Sales** | **$ 168,295.24** | **100.00%** | **$ 185,124.76** | **100.00%** |
| | **Food Costs** | | | | |
| 6110 | Meat Cost | $ 22,286.03 | 14.78% | $ 23,244.27 | 14.60% |
| 6120 | Poultry Cost | $ 3,419.31 | 2.27% | $ 4,139.39 | 2.60% |
| 6130 | Seafood Cost | $ 603.27 | 0.40% | $ 796.04 | 0.50% |
| 6140 | Dairy Cost | $ 5,849.32 | 3.88% | $ 6,368.29 | 4.00% |
| 6150 | Produce Cost | $ 4,496.60 | 2.98% | $ 5,094.63 | 3.20% |
| 6160 | Bakery Cost | $ 2,533.72 | 1.68% | $ 2,228.90 | 1.40% |
| 6170 | Grocery Cost | $ 10,142.81 | 6.72% | $ 9,870.85 | 6.20% |
| 6180 | NA Beverage | $ 803.57 | 0.53% | $ 796.04 | 0.50% |
| | **Total Food Cost** | **$ 50,134.63** | **33.24%** | **$ 52,538.41** | **33.00%** |

| | **Beverage Costs** | | | | | |
|---|---|---|---|---|---|---|
| 6210 | Liquor Cost | $ | 1,948.30 | 8.85% $ | 2,643.35 | 8.79% |
| 6220 | Wine Cost | $ | 916.60 | 4.16% $ | 1,243.60 | 4.13% |
| 6230 | Bottled Beer Cost | $ | 496.54 | 2.25% $ | 673.68 | 2.24% |
| 6240 | Draft Beer Cost | $ | 1,073.10 | 4.87% $ | 1,455.93 | 4.84% |
| | **Total Bev Cost** | $ | 4,434.54 | 20.14% $ | 6,016.55 | 20.00% |
| | **Total F&B Costs** | $ | 54,569.17 | 32.42% $ | 58,554.96 | 31.63% |
| | **Gross Profit** | $ | 113,726.07 | 67.58% $ | 126,569.80 | 68.37% |
| | **Payroll Costs** | | | | | |
| 6310 | Management Salaries | $ | 21,903.68 | 13.02% $ | 18,076.92 | 9.76% |
| 6311 | Direct Labor - FOH | $ | 4,433.27 | 2.63% $ | 5,090.93 | 2.75% |
| 6312 | Overtime Labor - FOH | $ | 8.78 | 0.01% $ | - | 0.00% |
| 6313 | Training Labor | $ | 268.17 | 0.16% $ | 277.69 | 0.15% |
| 6314 | Direct Labor - BOH | $ | 32,792.29 | 19.48% $ | 32,396.83 | 17.50% |
| 6315 | Overtime Labor - BOH | $ | 24.90 | 0.01% $ | - | 0.00% |
| | **Total Labor** | $ | 59,431.09 | 35.31% $ | 55,842.37 | 30.16% |
| 6510 | Payroll Taxes | $ | 6,379.32 | 3.79% $ | 6,942.18 | 3.75% |
| 6530 | Vacation Pay | $ | 846.24 | 0.50% $ | - | 0.00% |
| 6540 | Parking | $ | 6.00 | 0.00% $ | 200.00 | 0.11% |
| 6550 | Uniform Allowance | $ | (30.00) | -0.02% $ | - | 0.00% |
| 6560 | Continuing Education | $ | - | 0.00% $ | - | 0.00% |
| 6570 | Group Insurance | $ | 549.24 | 0.33% $ | 600.00 | 0.32% |
| 6580 | Workers Compensation | $ | 445.08 | 0.26% $ | 510.00 | 0.28% |
| 6610 | Other Benefits | $ | - | 0.00% $ | - | 0.00% |
| 6615 | Payroll Processing Fees | $ | - | 0.00% $ | 300.00 | 0.25% |
| | **Total Payroll Expenses** | $ | 8,195.88 | 4.87% $ | 8,552.18 | 4.62% |
| | **Total Payroll Costs** | $ | 67,626.97 | 40.18% $ | 64,394.55 | 34.78% |
| | **Controllable Expenses** | | | | | |
| 6500 | 3rd Party Delivery Expense | $ | 2,755.14 | 1.64% $ | 5,461.18 | 2.95% |
| 6710 | Operating Lease/Rentals-Kitchen/Bar | $ | 535.32 | 0.32% $ | 550.00 | 0.30% |
| 6740 | Security | $ | - | 0.00% $ | - | 0.00% |
| 6750 | Trash Removal | $ | - | 0.00% $ | - | 0.00% |
| 6790 | Other Contracted Services | $ | 300.00 | 0.18% $ | 300.00 | 0.16% |
| 7010 | Register Over/Short | $ | 129.76 | 0.08% $ | - | 0.00% |
| 7010 | China/Glassware/Silverware | $ | 574.74 | 0.34% $ | 370.25 | 0.20% |
| 7040 | Cleaning Supplies | $ | 296.17 | 0.18% $ | 555.37 | 0.30% |
| 7045 | Dish Chemicals | $ | 556.24 | 0.33% $ | 462.81 | 0.25% |
| 7050 | Decorations | $ | - | 0.00% $ | - | 0.00% |
| 7060 | Linens | $ | 1,305.49 | 0.78% $ | 1,295.87 | 0.70% |
| 7080 | New Menus/Printing | $ | - | 0.00% $ | - | 0.00% |
| 7090 | Menu/Guest Check/POS Supplies | $ | - | 0.00% $ | - | 0.00% |
| 7105 | To Go Supplies | $ | 2,362.90 | 1.40% $ | 2,591.75 | 1.40% |
| 7106 | Catering Supplies | $ | 1,157.91 | 0.69% $ | 925.62 | 0.50% |
| 7110 | Operating Supplies F&B | $ | 1,739.05 | 1.03% $ | 1,851.25 | 1.00% |

| Code | Account | Amount | % | Amount | % |
|---|---|---:|---:|---:|---:|
| 7120 | Uniforms | $ - | 0.00% | $ - | 0.00% |
| 7470 | Live Entertainment | $ 400.00 | 0.24% | $ - | 0.00% |
| | **Total Controllable Expenses** | **$ 12,112.72** | **7.20%** | **$ 14,364.11** | **7.76%** |
| | **General & Administrative** | | | | |
| 7190 | Other Contracted Services-Admin | $ 2,308.18 | 1.37% | $ 1,500.00 | 0.81% |
| 7195 | Accounting Services | $ 2,500.00 | 1.49% | $ 2,500.00 | 1.35% |
| 7220 | Bank Charges & Fees | $ 20.00 | 0.01% | $ 100.00 | 0.05% |
| 7230 | Licenses & Permits | $ 547.95 | 0.33% | $ 600.00 | 0.32% |
| 7250 | Credit Card Commissions | $ 3,935.95 | 2.34% | $ 4,165.31 | 2.25% |
| 7256 | Employment Ads | $ 45.00 | 0.03% | $ 90.00 | 0.05% |
| 7270 | Dues & Subscriptions | $ 623.58 | 0.37% | $ 50.00 | 0.03% |
| 7285 | Key Man/General Liability Insurance | $ 2,825.87 | 1.68% | $ 1,275.00 | 0.69% |
| 7290 | Legal & Professional Services | $ - | 0.00% | $ - | 0.00% |
| 7320 | Office Supplies & Postage | $ 270.59 | 0.16% | $ 185.12 | 0.10% |
| 7350 | Telephone/Internet/Cable | $ 594.66 | 0.35% | $ 650.00 | 0.35% |
| 7360 | Travel | $ 249.82 | 0.15% | $ 125.00 | 0.07% |
| 7370 | Meals & Entertainment | $ - | 0.00% | $ - | 0.00% |
| | **Total General & Administrative** | **$ 13,921.60** | **8.27%** | **$ 11,240.43** | **6.07%** |
| | **Advertising & Promotion** | | | | |
| 7400 | Local Charitable Donations | $ - | 0.00% | $ - | 0.00% |
| 7430 | Local Advertising & Promotion | $ 3,075.00 | 1.83% | $ - | 0.00% |
| 7435 | Advertising & Marketing | $ 4,669.14 | | $ 500.00 | 0.27% |
| 7460 | Special Promotions | $ - | 0.00% | $ - | 0.00% |
| | **Total Advertising & Promotion** | **$ 7,744.14** | **4.60%** | **$ 500.00** | **0.27%** |
| | **Repairs & Maintenance** | | | | |
| 7500 | Repairs & Maintenance | $ 2,109.22 | 1.25% | $ 1,851.25 | 1.00% |
| 7620 | R&M HVAC & Refrigeration | $ 340.92 | 0.20% | $ - | 0.00% |
| 7630 | R&M - Plumbing | $ 205.19 | 0.12% | $ - | 0.00% |
| 7640 | R&M - Electric | $ - | 0.00% | $ - | 0.00% |
| 7650 | R&M - Exterior/Structure | $ - | 0.00% | $ - | 0.00% |
| 7660 | R&M - POS Systems | $ - | 0.00% | $ - | 0.00% |
| 7695 | Cleaning Service | $ 4,772.00 | 2.84% | $ 3,680.00 | 1.99% |
| 7710 | MC-HVAC & Refrigeration | $ 625.00 | 0.37% | $ 1,050.00 | 0.57% |
| 7720 | MC-Other Equipment | $ - | 0.00% | $ 255.00 | 0.14% |
| 7750 | Pest Control | $ 170.00 | 0.10% | $ 85.00 | 0.05% |
| 7785 | Carpet/Rug/Floor Cleaning | $ - | 0.00% | $ - | 0.00% |
| | **Total Repairs & Maintenance** | **$ 8,222.33** | **4.89%** | **$ 6,921.25** | **3.74%** |
| | **Utilities** | | | | |
| 7810 | Electricity | $ 1,819.15 | 1.08% | $ 2,036.37 | 1.10% |
| 7820 | Natural Gas | $ 920.47 | 0.55% | $ 1,110.75 | 0.60% |
| 7830 | Water & Sewer | $ 692.00 | 0.41% | $ 647.94 | 0.35% |
| 7840 | Firewood | $ 500.00 | 0.30% | $ 750.00 | 0.41% |
| | **Total Utilities** | **$ 3,931.62** | **2.34%** | **$ 4,545.06** | **2.46%** |
| | **Total Operating Expenses** | **$ 45,932.41** | **27.29%** | **$ 37,570.85** | **20.29%** |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | **Other Income (Expenses)** |  |  |  |  |
| 5500 | Door Revenue | $ - | 0.00% | $ - | 0.00% |
| 5800 | Commission Income | $ - | 0.00% | $ - | 0.00% |
|  | **Total Other Income** | $ - | 0.00% | $ - | 0.00% |
|  |  |  |  |  |  |
|  | **Operating Income Before Bonus** | $ 166.69 | 0.10% | $ 24,604.41 | 13.29% |
|  |  |  |  |  |  |
| 6455 | Management Bonuses | $ - | 0.00% | $ - | 0.00% |
|  |  |  |  |  |  |
|  | **Restaurant Operating Income** | $ 166.69 | 0.10% | $ 24,604.41 | 13.29% |
|  |  |  |  |  |  |
|  | **Facility Expenses** |  |  |  |  |
| 8010 | Rents | $ 12,420.14 | 7.38% | $ 12,730.64 | 6.88% |
| 8015 | Common Area Maintenance | $ 2,368.00 | 1.41% | $ 2,315.00 | 1.25% |
| 8020 | Property Insurance | $ 94.00 | 0.06% | $ 132.00 | 0.07% |
| 8030 | Property Taxes | $ 3,665.46 | 2.18% | $ 3,671.46 | 1.98% |
|  | **Total Facility Expenses** | $ 18,547.60 | 11.02% | $ 18,849.10 | 10.18% |
|  |  |  |  |  |  |
|  | **Restaurant EBDIT** | $ (18,380.91) | -10.92% | $ 5,755.31 | 3.11% |