


**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G
3003 WASHINGTON BLVD STE 101
ARLINGTON VA  22201-2194

| | |
|---|---|
| Page: | 1 of 9 |
| Statement Period: | Aug 01 2024-Aug 31 2024 |
| Cust Ref #: | 664-039-T-### |
| Primary Account #: | 1664 |

## Chapter 11 Checking

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Account # 1664

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 10,666.34 | Average Collected Balance | 21,030.68 |
| Deposits | 8,733.91 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 199,736.56 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 29,540.72 | Days in Period | 31 |
| Electronic Payments | 181,997.59 | | |
| Ending Balance | 7,598.50 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/05 | DEPOSIT | 532.00 |
| 08/05 | DEPOSIT | 290.00 |
| 08/05 | DEPOSIT | 12.00 |
| 08/05 | DEPOSIT | 9.00 |
| 08/07 | DEPOSIT | 125.00 |
| 08/07 | DEPOSIT | 48.00 |
| 08/12 | DEPOSIT | 277.00 |
| 08/12 | DEPOSIT | 56.00 |
| 08/15 | DEPOSIT | 830.00 |
| 08/15 | DEPOSIT | 27.00 |
| 08/16 | DEPOSIT | 1,143.00 |
| 08/19 | DEPOSIT | 2,132.00 |
| 08/19 | DEPOSIT | 1,464.00 |
| 08/19 | DEPOSIT | 1,216.00 |
| 08/19 | DEPOSIT | 44.00 |
| 08/21 | DEPOSIT | 60.00 |
| 08/26 | DEPOSIT | 270.00 |
| 08/26 | DEPOSIT | 71.00 |
| 08/26 | DEPOSIT | 69.00 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance    7,598.50
❷ Total Deposits    +
❸ Sub Total
❹ Total Withdrawals    -
❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 3 of 9
Statement Period: Aug 01 2024-Aug 31 2024
Cust Ref #: 664-039-T-###
Primary Account #: 664

## DAILY ACCOUNT ACTIVITY

### Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/26 | DEPOSIT | 33.91 |
| 08/26 | DEPOSIT | 19.00 |
| 08/26 | DEPOSIT | 6.00 |
| | Subtotal: | 8,733.91 |

### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | CCD DEPOSIT, TOAST DEP JUL 31 ****395300NI6S2 | 4,038.28 |
| 08/02 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-X7L7B3V0A0I7 | 4,534.09 |
| 08/02 | CCD DEPOSIT, TOAST DEP AUG 01 ****395300NJHKZ | 2,985.00 |
| 08/05 | CCD DEPOSIT, TOAST DEP AUG 04 ****395300NNMY1 | 6,305.98 |
| 08/05 | CCD DEPOSIT, TOAST DEP AUG 03 ****395300NM8AD | 5,999.70 |
| 08/05 | CCD DEPOSIT, TOAST DEP AUG 02 ****395300NKUMD | 2,630.51 |
| 08/06 | CCD DEPOSIT, TOAST DEP AUG 05 ****395300NOXUD | 3,591.86 |
| 08/06 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT VTK70E31V5N3VQD | 3,522.56 |
| 08/07 | CCD DEPOSIT, TOAST DEP AUG 06 ****395300NQ3PR | 3,603.66 |
| 08/08 | CCD DEPOSIT, TOAST DEP AUG 07 ****395300NRA4Y | 3,121.94 |
| 08/09 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-J3H1G4N6E8M6 | 3,473.41 |
| 08/09 | CCD DEPOSIT, TOAST DEP AUG 08 ****395300NSKM7 | 3,179.19 |
| 08/09 | CCD DEPOSIT, TOAST, INC. 20240731-3 ***-*82-0225 | 4.72 |
| 08/12 | CCD DEPOSIT, TOAST DEP AUG 11 ****395300NWP1U | 6,870.44 |
| 08/12 | CCD DEPOSIT, TOAST DEP AUG 10 ****395300NVB4Z | 4,879.96 |
| 08/12 | CCD DEPOSIT, TOAST DEP AUG 09 ****395300NTXE5 | 3,887.83 |
| 08/12 | DEBIT CARD CREDIT, *****04036545477, AUT 080824 VISA DDA REF METRO MEAT SEA    888 264 7647  * MD | 1,025.88 |
| 08/13 | CCD DEPOSIT, TOAST DEP AUG 12 ****395300NXZTZ | 4,726.08 |
| 08/13 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT DW3B02SI0LQUWYK | 3,112.67 |
| 08/14 | CCD DEPOSIT, TOAST DEP AUG 13 ****395300NZ5WS | 2,064.21 |
| 08/15 | CCD DEPOSIT, SQUARE INC SQ240815 T3C1Q9VJJ0FN57E | 2,718.24 |
| 08/15 | CCD DEPOSIT, TOAST DEP AUG 14 ****395300O0CB1 | 1,890.97 |
| 08/16 | CCD DEPOSIT, SQUARE INC SQ240816 T3605SCTSXTNEBG | 5,337.77 |
| 08/16 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-M1W2E8O8D0U2 | 3,158.81 |
| 08/16 | CCD DEPOSIT, TOAST DEP AUG 15 ****395300O1MV0 | 2,433.42 |
| 08/16 | DEBIT CARD CREDIT, *****04036545477, AUT 081524 VISA DDA REF METRO MEAT SEA    888 264 7647  * MD | 269.51 |
| 08/19 | CCD DEPOSIT, SQUARE INC SQ240819 T3AHGG84EM1HD8P | 32,754.22 |
| 08/19 | CCD DEPOSIT, SQUARE INC SQ240819 T3M2PND98E0KHK9 | 9,567.46 |
| 08/19 | CCD DEPOSIT, TOAST DEP AUG 18 ****395300O5S9H | 5,765.15 |
| 08/19 | CCD DEPOSIT, TOAST DEP AUG 17 ****395300O4DXR | 4,564.05 |





SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

STATEMENT OF ACCOUNT

Page: 4 of 9
Statement Period: Aug 01 2024-Aug 31 2024
Cust Ref #: 1664-039-T-###
Primary Account #: 1664

## DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/19 | CCD DEPOSIT, TOAST DEP AUG 16 ****395300O2ZQ0 | 3,053.81 |
| 08/19 | POS CREDIT, *****04036545477, AUT 081724 DDA PURCH REF THE HOME DEPOT 4608 FALLS CHURCH * VA | 152.38 |
| 08/20 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT R0CWIJPI6KUA5OM | 4,190.91 |
| 08/20 | CCD DEPOSIT, TOAST DEP AUG 19 ****395300O73BO | 3,383.76 |
| 08/20 | CCD DEPOSIT, SQUARE INC SQ240820 T3TF9WNQYA61XZJ | 1,200.39 |
| 08/21 | CCD DEPOSIT, TOAST DEP AUG 20 ****395300O89BV | 2,433.46 |
| 08/21 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84577122538 | 2,309.11 |
| 08/22 | CCD DEPOSIT, TOAST DEP AUG 21 ****395300O9GHQ | 1,980.11 |
| 08/22 | CCD DEPOSIT, SQUARE INC SQ240822 T3KSBSC0B047H45 | 339.13 |
| 08/23 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-G7B8S3P0G7Q1 | 3,100.68 |
| 08/23 | CCD DEPOSIT, TOAST DEP AUG 22 ****395300OARGM | 2,339.91 |
| 08/26 | CCD DEPOSIT, TOAST DEP AUG 24 ****395300ODI7W | 5,589.76 |
| 08/26 | CCD DEPOSIT, TOAST DEP AUG 25 ****395300OEWM6 | 4,968.05 |
| 08/26 | CCD DEPOSIT, TOAST DEP AUG 23 ****395300OC4MX | 2,276.91 |
| 08/27 | CCD DEPOSIT, TOAST DEP AUG 26 ****395300OG7UA | 3,771.64 |
| 08/27 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT 8A44HITUCSUKQ8A | 3,151.92 |
| 08/28 | CCD DEPOSIT, TOAST DEP AUG 27 ****395300OHE3T | 3,697.79 |
| 08/28 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84586365890 | 2,166.78 |
| 08/29 | CCD DEPOSIT, TOAST DEP AUG 28 ****395300OIKQ4 | 1,386.52 |
| 08/30 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-J0N8H6R3B7L2 | 3,144.86 |
| 08/30 | CCD DEPOSIT, TOAST DEP AUG 29 ****395300OJVK7 | 3,081.11 |
| | Subtotal: | 199,736.56 |

**Checks Paid**   No. Checks: 26   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/01 | 5027 | 205.95 | 08/22 | 5037 | 5,944.63 |
| 08/01 | 5028 | 816.30 | 08/26 | 5038 | 955.06 |
| 08/07 | 5029 | 330.00 | 08/28 | 5039 | 205.95 |
| 08/07 | 5030 | 205.95 | 08/02 | 10856* | 585.15 |
| 08/09 | 5031 | 481.10 | 08/05 | 10857 | 582.30 |
| 08/14 | 5032 | 205.95 | 08/05 | 10858 | 1,211.93 |
| 08/14 | 5033 | 1,586.90 | 08/05 | 10859 | 588.10 |
| 08/20 | 5034 | 516.01 | 08/05 | 10860 | 650.94 |
| 08/21 | 5035 | 205.95 | 08/20 | 10861 | 4,297.88 |
| 08/23 | 5036 | 3,350.00 | 08/19 | 10862 | 700.30 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**TD Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 5 of 9
Statement Period: Aug 01 2024-Aug 31 2024
Cust Ref #: 1664-039-T-###
Primary Account #: 1664

## DAILY ACCOUNT ACTIVITY

**Checks Paid (continued)**    †Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/19 | 10863 | 889.95 | 08/19 | 10866 | 730.77 |
| 08/19 | 10864 | 800.87 | 08/30 | 10868* | 1,703.31 |
| 08/20 | 10865 | 578.84 | 08/30 | 10869 | 1,210.63 |
|  |  |  |  | Subtotal: | 29,540.72 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 6,676.31 |
| 08/01 | DEBIT POS AP, *****04036545477, AUT 080124 DDA PURCHASE AP<br>RESTAURANT DEPOT       ALEXANDRIA  * VA | 797.65 |
| 08/01 | CCD DEBIT, TOAST CHB JUL 31 ****395300NHSZ4 | 42.85 |
| 08/02 | DBCRD PUR AP, *****04036545477, AUT 080124 VISA DDA PUR AP<br>METRO MEAT SEA       888 264 7647 * MD | 835.46 |
| 08/02 | CCD DEBIT, MARGINEDGE CO SALE | 300.00 |
| 08/02 | CCD DEBIT, TOAST, INC TOAST, INC ST-M8N2V2B1B3Y8 | 16.24 |
| 08/02 | DBCRD PMT AP, *****04036545477, AUT 080124 VISA DDA PUR AP<br>GOOGLE GSUITE SMOKECR    CC GOOGLE COM * CA | 15.26 |
| 08/05 | CCD DEBIT, INTUIT 06631098 BILL_PAY KBS III 3003 WA | 18,349.64 |
| 08/05 | CCD DEBIT, INTUIT 98461230 BILL_PAY SAFETY FIRST SE | 625.00 |
| 08/05 | CCD DEBIT, INTUIT 78844182 BILL_PAY FERRARI ENTERPR | 575.00 |
| 08/05 | CCD DEBIT, INTUIT 52673093 BILL_PAY GWWC, LLC | 500.00 |
| 08/05 | CCD DEBIT, INTUIT 96718358 BILL_PAY LYON BAKERY | 413.18 |
| 08/05 | CCD DEBIT, INTUIT 93518466 BILL_PAY MAGNOLIA PLUMBI | 255.00 |
| 08/05 | DBCRD PUR AP, *****04036545477, AUT 080524 VISA DDA PUR AP<br>PARKX 3003 WASHINGTON BL   703 2301285  * VA | 200.00 |
| 08/05 | DBCRD PUR AP, *****04036545477, AUT 080424 VISA DDA PUR AP<br>BOOST YOUR BBQ        HTTPSBOOSTYOU * PA | 196.95 |
| 08/05 | CCD DEBIT, INTUIT 32609513 BILL_PAY ROBERTS OXYGEN | 153.56 |
| 08/05 | CCD DEBIT, INTUIT 56230662 BILL_PAY BOWIE PRODUCE | 137.00 |
| 08/05 | CCD DEBIT, INTUIT 71697522 BILL_PAY LOGAN FOOD COMP | 127.50 |
| 08/05 | DBCRD PUR AP, *****04036545477, AUT 080424 VISA DDA PUR AP<br>SPICEOLOGY           509 241 3040  * WA | 90.84 |
| 08/05 | ACH DEBIT, ARLINGTON CHAMBE ACH | 48.00 |
| 08/05 | DEBIT POS AP, *****04036545477, AUT 080224 DDA PURCHASE AP<br>7 ELEVEN             ARLINGTON   * VA | 21.18 |
| 08/05 | DEBIT POS AP, *****04036545477, AUT 080324 DDA PURCHASE AP<br>CVS PHARM 02274  3141    ARLINGTON   * VA | 13.61 |
| 08/05 | DEBIT POS AP, *****04036545477, AUT 080324 DDA PURCHASE AP<br>TRADER JOE S 64 TRADER   ARLINGTON   * VA | 4.63 |
| 08/06 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 6,312.48 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 6 of 9
Statement Period: Aug 01 2024-Aug 31 2024
Cust Ref #: 1664-039-T-###
Primary Account #: 664

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/06 | DBCRD PUR AP, *****04036545477, AUT 080424 VISA DDA PUR AP THE WEBSTAURANT STORE IN   717 392 7472  * PA | 254.94 |
| 08/06 | DBCRD PUR AP, *****04036545477, AUT 080524 VISA DDA PUR AP METRO MEAT SEA       888 264 7647  * MD | 247.33 |
| 08/06 | DBCRD PUR AP, *****04036545477, AUT 080524 VISA DDA PUR AP VISTAPRINT        866 207 4955  * MA | 209.64 |
| 08/06 | DBCRD PUR AP, *****04036545477, AUT 080324 VISA DDA PUR AP ULINE   SHIP SUPPLIES     800 295 5510  * WI | 121.79 |
| 08/07 | DEBIT POS AP, *****04036545477, AUT 080724 DDA PURCHASE AP VA ABC STORE 168     ARLINGTON   * VA | 808.10 |
| 08/07 | CCD DEBIT, REPUBLIC NATIONA FINTECHEFT **-**43479 | 209.88 |
| 08/07 | DBCRD PUR AP, *****04036545477, AUT 080624 VISA DDA PUR AP MIDDLETONMIXOLOGY     HTTPSMIDDLETO * FL | 41.54 |
| 08/08 | DBCRD PUR AP, *****04036545477, AUT 080724 VISA DDA PUR AP METRO MEAT SEA       888 264 7647  * MD | 1,025.88 |
| 08/08 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 158.87 |
| 08/09 | DBCRD PUR AP, *****04036545477, AUT 080724 VISA DDA PUR AP RESTAURANT DEPOT     ALEXANDRIA   * VA | 2,463.95 |
| 08/09 | DBCRD PUR AP, *****04036545477, AUT 080824 VISA DDA PUR AP METRO MEAT SEA       888 264 7647  * MD | 1,025.88 |
| 08/09 | CCD DEBIT, TOAST, INC TOAST, INC ST-D3Q1V0L2X3H5 | 389.75 |
| 08/09 | CCD DEBIT, VIRGINIA EAGLE D FINTECHEFT **-**43479 | 304.27 |
| 08/09 | CCD DEBIT, PREMIUM DIST OF FINTECHEFT **-**43479 | 262.05 |
| 08/09 | DBCRD PUR AP, *****04036545477, AUT 080824 VISA DDA PUR AP SMOKEN DUDES BBQ     215 752 5500  * PA | 162.59 |
| 08/09 | CCD DEBIT, HOP & WINE BEVER FINTECHEFT **-**43479 | 157.00 |
| 08/12 | DBCRD PUR AP, *****04036545477, AUT 080924 VISA DDA PUR AP DC PARTY RENTALS     703 9799400  * VA | 632.73 |
| 08/12 | DBCRD PUR AP, *****04036545477, AUT 080824 VISA DDA PUR AP MAURICE ELEC WASH INSIDE   202 6759400  * DC | 186.86 |
| 08/13 | CCD DEBIT, INTUIT 71325274 BILL_PAY BOWIE PRODUCE | 678.00 |
| 08/13 | CCD DEBIT, INTUIT 73017161 BILL_PAY LYON BAKERY | 362.54 |
| 08/13 | DBCRD PMT AP, *****04036545477, AUT 081224 VISA DDA PUR AP MAILCHIMP         678 9990141  * GA | 285.00 |
| 08/13 | CCD DEBIT, INTUIT 67040880 BILL_PAY FOURTH ENTERPRI | 128.60 |
| 08/13 | CCD DEBIT, INTUIT 25557053 BILL_PAY MTOM CONSULTING | 30.00 |
| 08/14 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR ****630473 | 18,495.39 |
| 08/14 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 6,642.62 |
| 08/14 | ACH DEBIT, COMCAST 8299610 252892194 6728889 | 687.91 |
| 08/15 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 6,745.48 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 7 of 9
Statement Period: Aug 01 2024-Aug 31 2024
Cust Ref #: 664-039-T-###
Primary Account #: 1664

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/15 | DBCRD PUR AP, *****04036545477, AUT 081424 VISA DDA PUR AP METRO MEAT SEA       888 264 7647  * MD | 995.61 |
| 08/16 | DEBIT POS AP, *****04036545477, AUT 081624 DDA PURCHASE AP RESTAURANT DEPOT       ALEXANDRIA   * VA | 1,861.85 |
| 08/16 | CCD DEBIT, ERIEINSURANCEWEB PAYMENT ****20018188200 | 1,359.48 |
| 08/19 | DBCRD PUR AP, *****04036545477, AUT 081624 VISA DDA PUR AP METRO MEAT SEA       888 264 7647  * MD | 1,023.28 |
| 08/19 | DEBIT POS AP, *****04036545477, AUT 081724 DDA PURCHASE AP THE HOME DEPOT  4640    ALEXANDRIA   * VA | 177.78 |
| 08/19 | DEBIT POS AP, *****04036545477, AUT 081724 DDA PURCHASE AP THE HOME DEPOT  4608    FALLS CHURCH  * VA | 152.39 |
| 08/19 | DBCRD PUR AP, *****04036545477, AUT 081524 VISA DDA PUR AP AMAZON MKTPL RU8JW2NC1    AMZN COM BILL * WA | 109.17 |
| 08/19 | DBCRD PMT AP, *****04036545477, AUT 081724 VISA DDA PUR AP DROPBOX 6H5HVTYGTTKH     DROPBOX COM   * CA | 54.00 |
| 08/20 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 8,127.16 |
| 08/20 | CCD DEBIT, INTUIT 75816496 BILL_PAY FINANCE A LA CA | 2,500.00 |
| 08/20 | CCD DEBIT, INTUIT 53120631 BILL_PAY BOWIE PRODUCE | 791.00 |
| 08/20 | CCD DEBIT, INTUIT 49208547 BILL_PAY LYON BAKERY | 406.50 |
| 08/21 | CCD DEBIT, ARLINGTON COUNTY ARLCO PMT ****71936 | 5,930.13 |
| 08/21 | DEBIT POS AP, *****04036545477, AUT 082124 DDA PURCHASE AP RESTAURANT DEPOT       ALEXANDRIA   * VA | 1,541.18 |
| 08/21 | DBCRD PUR AP, *****04036545477, AUT 082024 VISA DDA PUR AP ULINE  SHIP SUPPLIES    800 295 5510  * WI | 316.41 |
| 08/21 | DBCRD PUR AP, *****04036545477, AUT 082124 VISA DDA PUR AP BUDGET1808384758748     ALEXANDRIA   * VA | 209.50 |
| 08/21 | DBCRD PUR AP, *****04036545477, AUT 082024 VISA DDA PUR AP CRAIGSLIST ORG       415 399 5200  * CA | 45.00 |
| 08/22 | CCD DEBIT, VA DEPT TAXATION TAX PAYMEN *****3479 | 7,559.94 |
| 08/22 | CCD DEBIT, THREADZONE, LLC SALE | 1,064.00 |
| 08/22 | ACH DEBIT, ARLINGTON COUNTY ARLINGTON 2T2SRNYGZ8GB4AT | 540.10 |
| 08/22 | DBCRD PUR AP, *****04036545477, AUT 082124 VISA DDA PUR AP STICKER MULE       STICKERMULE C * NY | 495.55 |
| 08/22 | DEBIT POS AP, *****04036545477, AUT 082224 DDA PURCHASE AP TRADER JOE S 64 TRADER    ARLINGTON   * VA | 7.06 |
| 08/23 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 8,172.89 |
| 08/23 | DBCRD PUR AP, *****04036545477, AUT 082024 VISA DDA PUR AP PAYPAL  CLRNDN ALLI    4029357733   * VA | 1,200.00 |
| 08/23 | DEBIT POS AP, *****04036545477, AUT 082324 DDA PURCHASE AP VA ABC STORE 168     ARLINGTON   * VA | 610.29 |
| 08/23 | DBCRD PMT AP, *****04036545477, AUT 082224 VISA DDA PUR AP CANVA I04251 60492940    HTTPSCANVA CO * DE | 14.99 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 8 of 9
Statement Period: Aug 01 2024-Aug 31 2024
Cust Ref #: 1664-039-T-###
Primary Account #: 1664

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 08/26 | DBCRD PUR AP, *****04036545477, AUT 082324 VISA DDA PUR AP METRO MEAT SEA    888 264 7647 * MD | 1,086.82 |
| 08/26 | DBCRD PUR AP, *****04036545477, AUT 082224 VISA DDA PUR AP PAYPAL ARLCOFAIR    4029357733 * VA | 255.00 |
| 08/26 | DBCRD PUR AP, *****04036545477, AUT 082324 VISA DDA PUR AP STATE FARM INSURANCE    800 956 6310 * IL | 182.34 |
| 08/26 | CCD DEBIT, INTUIT * QBOOKS ONL 0241336 | 113.75 |
| 08/27 | CCD DEBIT, INTUIT 06134036 BILL_PAY VRA CLEANING SE | 3,680.00 |
| 08/27 | CCD DEBIT, INTUIT 90230095 BILL_PAY LYON BAKERY | 1,790.81 |
| 08/27 | ELECTRONIC PMT-WEB, DOMINION ENERGY BILLPAY ****55711631 | 1,759.68 |
| 08/27 | CCD DEBIT, INTUIT 65715895 BILL_PAY CAPITAL BANK | 1,500.00 |
| 08/27 | CCD DEBIT, INTUIT 43628628 BILL_PAY BOWIE PRODUCE | 1,205.25 |
| 08/27 | CCD DEBIT, INTUIT 65601066 BILL_PAY JO-JO THE BARKE | 440.00 |
| 08/27 | CCD DEBIT, INTUIT 82535980 BILL_PAY TRIMARK ADAMS-B | 390.08 |
| 08/27 | CCD DEBIT, INTUIT 10199508 BILL_PAY MAGNOLIA PLUMBI | 255.00 |
| 08/27 | CCD DEBIT, INTUIT 60900032 BILL_PAY LOGAN FOOD COMP | 127.50 |
| 08/27 | CCD DEBIT, INTUIT 22089098 BILL_PAY PEST MANAGEMENT | 85.00 |
| 08/28 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR ****630473 | 28,720.83 |
| 08/28 | DBCRD PUR AP, *****04036545477, AUT 082724 VISA DDA PUR AP CRAIGSLIST ORG    415 399 5200 * CA | 45.00 |
| 08/28 | DBCRD PMT AP, *****04036545477, AUT 082724 VISA DDA PUR AP ADOBE ADOBE    408 536 6000 * CA | 21.19 |
| 08/29 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 9,029.02 |
| 08/29 | CCD DEBIT, OPENTABLE PAYMENTS DDD773747 | 340.50 |
| 08/29 | CCD DEBIT, WASHINGTON GAS PAYMENT ****07002275 | 336.63 |
| 08/30 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 4,688.82 |
| 08/30 | CCD DEBIT, HOP & WINE BEVER FINTECHEFT **-**43479 | 615.00 |
| 08/30 | CCD DEBIT, VIRGINIA EAGLE D FINTECHEFT **-**43479 | 381.83 |
| 08/30 | CCD DEBIT, PREMIUM DIST OF FINTECHEFT **-**43479 | 256.35 |
| | Subtotal: | 181,997.59 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---:|---|---:|
| 07/31 | 10,666.34 | 08/16 | 12,288.59 |
| 08/01 | 6,165.56 | 08/19 | 68,363.15 |
| 08/02 | 11,932.54 | 08/20 | 59,920.82 |
| 08/05 | 2,967.37 | 08/21 | 56,475.22 |
| 08/06 | 2,935.61 | 08/22 | 43,183.18 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 9 of 9
Statement Period: Aug 01 2024-Aug 31 2024
Cust Ref #: ▓▓▓▓1664-039-T-###
Primary Account #: ▓▓▓▓▓664

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
| --- | --- | --- | --- |
| 08/07 | 5,116.80 | 08/23 | 35,275.60 |
| 08/08 | 7,053.99 | 08/26 | 45,986.26 |
| 08/09 | 8,464.72 | 08/27 | 41,676.50 |
| 08/12 | 24,642.24 | 08/28 | 18,548.10 |
| 08/13 | 30,996.85 | 08/29 | 10,228.47 |
| 08/14 | 5,442.29 | 08/30 | 7,598.50 |
| 08/15 | 3,167.41 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender