1021 TD Bank-DIP Checking, Period Ending 08/11/2024

## RECONCILIATION CHANGE REPORT

Since this reconciliation on 08/14/2024, changes were made to the reconciled transactions in this report.

| DATE | TYPE | REF NO. | PAYEE | ORIGINAL AMT (USD) | CURRENT AMT (USD) | CHANGE | AMOUNT CHANGE (USD) |
|---|---|---|---|---|---|---|---|
| 08/05/2024 | Deposit | | | 9.00 | 0.00 | Deleted | -9.00 |
| 08/05/2024 | Deposit | | | 532.00 | 0.00 | Deleted | -532.00 |
| | | | | | | **Total** | **-541.00** |

## RECONCILIATION REPORT

Reconciled on: 08/14/2024

Reconciled by: Marcelena Jarrouj

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---|
| Statement beginning balance | 11,932.54 |
| Checks and payments cleared (42) | -39,917.40 |
| Deposits and other credits cleared (19) | 36,449.58 |
| Statement ending balance | 8,464.72 |
| | |
| Uncleared transactions as of 08/11/2024 | 24,059.94 |
| Register balance as of 08/11/2024 | 33,077.00 |
| Cleared transactions after 08/11/2024 | -552.34 |
| Uncleared transactions after 08/11/2024 | 2,798.70 |
| Register balance as of 08/14/2024 | 35,323.36 |

### Details

Checks and payments cleared (42)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/28/2024 | Journal | Payroll JE 07.15-7.28 | | -650.94 |
| 07/28/2024 | Journal | Payroll JE 07.15-7.28 | | -1,211.93 |
| 07/28/2024 | Journal | Payroll JE 07.15-7.28 | | -582.30 |
| 07/28/2024 | Journal | Payroll JE 07.15-7.28 | | -588.10 |
| 08/02/2024 | Bill Payment | | GWWC, LLC | -500.00 |
| 08/02/2024 | Bill Payment | | Bowie Produce | -137.00 |
| 08/02/2024 | Journal | MI13567ME | | -21.18 |
| 08/02/2024 | Journal | MI13570ME | | -247.33 |
| 08/02/2024 | Bill Payment | | KBS III 3003 Washington LLC | -18,349.64 |
| 08/02/2024 | Bill Payment | | Magnolia Plumbing | -255.00 |
| 08/02/2024 | Bill Payment | | Roberts Oxygen Company, Inc. | -153.56 |
| 08/02/2024 | Bill Payment | | Logan Food Company | -127.50 |
| 08/02/2024 | Bill Payment | | Ferrari Enterprises | -575.00 |
| 08/02/2024 | Bill Payment | | Lyon Bakery | -413.18 |
| 08/02/2024 | Bill Payment | | Safety First Services | -625.00 |
| 08/03/2024 | Journal | MI13571ME | | -4.63 |
| 08/03/2024 | Journal | MI13572ME | | -13.61 |
| 08/04/2024 | Journal | MI13590ME | | -254.94 |
| 08/04/2024 | Journal | MI13589ME | | -196.95 |
| 08/05/2024 | Journal | MI13578ME | | -121.79 |
| 08/05/2024 | Journal | MI13596ME | | -209.64 |
| 08/05/2024 | Expense | | | -0.05 |
| 08/05/2024 | Bill Payment | | Parkx Master Merchant, LC | -200.00 |
| 08/05/2024 | Expense | | Arlington Chamber of Commerce | -48.00 |
| 08/06/2024 | Bill Payment | | Reinhart Food Service (PFG) | -6,249.68 |
| 08/06/2024 | Bill Payment | 5030 | ALSCO | -205.95 |
| 08/06/2024 | Bill Payment | 5029 | M.A. Stockstill Co. | -330.00 |
| 08/06/2024 | Bill Payment | | Reinhart Food Service (PFG) | -62.80 |
| 08/06/2024 | Expense | | Middleton Mixology | -41.54 |
| 08/07/2024 | Journal | MI13633ME | | -2,463.95 |
| 08/07/2024 | Journal | MI13611ME | | -808.10 |
| 08/07/2024 | Bill Payment | 5031 | TriMark Adams-Burch | -481.10 |
| 08/07/2024 | Bill Payment | EFT49655579 | Hop & Wine | -157.00 |
| 08/07/2024 | Bill Payment | ACH | VA Eagle Distributing | -304.27 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/08/2024 | Bill Payment | ACH | Spiceology | -90.84 |
| 08/08/2024 | Expense | | Reinhart Food Service (PFG) | -158.87 |
| 08/08/2024 | Bill Payment | To print | AM Briggs INC dba Metropolitan … | -1,025.88 |
| 08/09/2024 | Expense | | AM Briggs INC dba Metropolitan … | -1,025.88 |
| 08/09/2024 | Bill Payment | ach | Republic National | -209.88 |
| 08/09/2024 | Bill Payment | ACH | Premium Distributors | -262.05 |
| 08/14/2024 | Bill Payment | ACH | Toast Inc. | -389.75 |
| 08/14/2024 | Bill Payment | ACH | Smoke'n Dudes Smokehouse BB… | -162.59 |

| | | | | |
|---|---|---|---|---|
| Total | | | | -39,917.40 |

## Deposits and other credits cleared (19)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/01/2024 | Journal | Sales 8.1 | | 12.05 |
| 08/01/2024 | Journal | Sales 8.1 | | 2,630.51 |
| 08/02/2024 | Journal | Sales 8.2 | | 5,999.70 |
| 08/03/2024 | Journal | Sales 8.3 | | 6,305.98 |
| 08/04/2024 | Deposit | | UberEats | 3,522.56 |
| 08/04/2024 | Journal | Sales 8.4 | | 3,591.86 |
| 08/04/2024 | Deposit | | DoorDash Inc | 3,473.41 |
| 08/05/2024 | Deposit | | | 9.00 |
| 08/05/2024 | Deposit | | | 532.00 |
| 08/05/2024 | Deposit | | | 4.47 |
| 08/05/2024 | Journal | Sales 8.05 | | 47.97 |
| 08/05/2024 | Journal | Sales 8.05 | | 3,603.66 |
| 08/06/2024 | Journal | Sales 8.06 | | 3,121.94 |
| 08/06/2024 | Journal | Sales 8.06 | | 124.62 |
| 08/07/2024 | Deposit | | | 0.38 |
| 08/07/2024 | Deposit | | | 0.03 |
| 08/07/2024 | Journal | Sales 8.7 | | 3,179.19 |
| 08/09/2024 | Journal | Sales 8.09 | | 285.53 |
| 08/09/2024 | Deposit | | toast | 4.72 |

| | | | | |
|---|---|---|---|---|
| Total | | | | 36,449.58 |

## Additional Information

Uncleared checks and payments as of 08/11/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |

| | | | | |
|---|---|---|---|---|
| Total | | | | -1,094.11 |

Uncleared deposits and other credits as of 08/11/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/30/2024 | Journal | Sales 7.30 | | 146.28 |
| 07/31/2024 | Journal | Sales 7.31 | | 45.15 |
| 08/02/2024 | Journal | Sales 8.2 | | 558.48 |
| 08/03/2024 | Journal | Sales 8.3 | | 310.28 |
| 08/04/2024 | Deposit | | UberEats | 3,522.56 |
| 08/08/2024 | Journal | Sales 8.08 | | 55.95 |
| 08/08/2024 | Journal | Sales 8.08 | | 3,887.83 |
| 08/09/2024 | Journal | Sales 8.09 | | 4,879.96 |
| 08/10/2024 | Journal | Sales 8.10 | | 6,870.44 |
| 08/10/2024 | Journal | Sales 8.10 | | 30.00 |
| 08/11/2024 | Journal | MJ13630ME | | 4,847.12 |

| | | | | |
|---|---|---|---|---|
| Total | | | | 25,154.05 |

Uncleared checks and payments after 08/11/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/12/2024 | Bill Payment | | Fourth Enterprises, LLC | -128.60 |
| 08/12/2024 | Bill Payment | | Bowie Produce | -678.00 |
| 08/12/2024 | Journal | MI13643ME | | -285.00 |
| 08/12/2024 | Bill Payment | | MtoM Consulting, LLC | -30.00 |
| 08/12/2024 | Bill Payment | | Lyon Bakery | -362.54 |
| 08/13/2024 | Journal | MI13640ME | | -632.73 |
| 08/17/2024 | Journal | MI13641ME | | -186.86 |

| | | | | |
|---|---|---|---|---|
| Total | | | | -2,303.73 |

Uncleared deposits and other credits after 08/11/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/12/2024 | Deposit | | | 1,025.88 |
| 08/12/2024 | Journal | MJ13639ME | | 2,119.78 |
| 08/13/2024 | Journal | MJ13650ME | | 1,938.00 |
| 08/13/2024 | Journal | MJ13650ME | | 18.77 |

| | | | | |
|---|---|---|---|---|
| Total | | | | 5,102.43 |