1021 TD Bank-DIP Checking, Period Ending 08/18/2024

**RECONCILIATION CHANGE REPORT**

Since this reconciliation on 08/22/2024, changes were made to the reconciled transactions in this report.

| DATE | TYPE | REF NO. | PAYEE | ORIGINAL AMT (USD) | CURRENT AMT (USD) | CHANGE | AMOUNT CHANGE (USD) |
|---|---|---|---|---|---|---|---|
| 08/16/2024 | Expense | | Restaurant Depot | 1,861.85 | 0.00 | Deleted | 1,861.85 |
| | | | | | | **Total** | **1,861.85** |

**RECONCILIATION REPORT**

Reconciled on: 08/22/2024

Reconciled by: Marcelena Jarrouj

Any changes made to transactions after this date aren't included in this report.

## Summary

| | USD |
|---|---|
| Statement beginning balance | 8,491.20 |
| Checks and payments cleared (19) | -40,958.51 |
| Deposits and other credits cleared (20) | 44,755.90 |
| Statement ending balance | 12,288.59 |
| | |
| Uncleared transactions as of 08/18/2024 | 57,696.62 |
| Register balance as of 08/18/2024 | 69,985.21 |
| Cleared transactions after 08/18/2024 | 0.00 |
| Uncleared transactions after 08/18/2024 | -11,336.48 |
| Register balance as of 08/22/2024 | 58,648.73 |

## Details

Checks and payments cleared (19)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/05/2024 | Expense | | | -26.48 |
| 08/11/2024 | Journal | Payroll JE 7.29-8.11 | | -18,495.39 |
| 08/11/2024 | Journal | Payroll JE 7.29-8.11 | | -6,745.48 |
| 08/12/2024 | Bill Payment | | Bowie Produce | -678.00 |
| 08/12/2024 | Bill Payment | | Fourth Enterprises, LLC | -128.60 |
| 08/12/2024 | Bill Payment | | Lyon Bakery | -362.54 |
| 08/12/2024 | Bill Payment | | MtoM Consulting, LLC | -30.00 |
| 08/12/2024 | Journal | MI13643ME | | -285.00 |
| 08/12/2024 | Bill Payment | ACH | Reinhart Food Service (PFG) | -6,642.62 |
| 08/13/2024 | Bill Payment | 5033 | TriMark Adams-Burch | -1,586.90 |
| 08/13/2024 | Bill Payment | 5032 | ALSCO | -205.95 |
| 08/13/2024 | Journal | MI13658ME | | -995.61 |
| 08/13/2024 | Journal | MI13640ME | | -632.73 |
| 08/14/2024 | Expense | | Comcast (EFT) | -687.91 |
| 08/15/2024 | Bill Payment | EFT | Erie Insurance Group | -1,359.48 |
| 08/15/2024 | Expense | | | -28.35 |
| 08/16/2024 | Expense | | Restaurant Depot | -1,861.85 |
| 08/16/2024 | Expense | | | -18.76 |
| 08/17/2024 | Journal | MI13641ME | | -186.86 |
| **Total** | | | | **-40,958.51** |

Deposits and other credits cleared (20)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/08/2024 | Journal | Sales 8.08 | | 3,887.83 |
| 08/08/2024 | Journal | Sales 8.08 | | 55.95 |
| 08/09/2024 | Journal | Sales 8.09 | | 4,879.96 |
| 08/10/2024 | Journal | Sales 8.10 | | 30.00 |
| 08/10/2024 | Journal | Sales 8.10 | | 6,870.44 |
| 08/11/2024 | Deposit | | UberEats | 3,158.81 |
| 08/11/2024 | Journal | MJ13630ME | | 4,726.08 |
| 08/11/2024 | Deposit | | UberEats | 3,112.67 |
| 08/12/2024 | Journal | Sales 8.12 | | 2,064.21 |
| 08/12/2024 | Deposit | | | 1,025.88 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/12/2024 | Deposit | | | 191.05 |
| 08/12/2024 | Deposit | | | 56.00 |
| 08/13/2024 | Journal | Ml13658ME | | 269.51 |
| 08/13/2024 | Journal | Sales 8.13 | | 1,890.97 |
| 08/14/2024 | Journal | Sales 8.14 | | 2,433.42 |
| 08/14/2024 | Journal | Sales 8.14 | | 858.35 |
| 08/14/2024 | Journal | Sales 8.14 | | 2,718.24 |
| 08/15/2024 | Deposit | | | 27.00 |
| 08/15/2024 | Journal | Sales 8.15 | | 1,161.76 |
| 08/15/2024 | Journal | Sales 8.15 | | 5,337.77 |

| Total | | | | 44,755.90 |
|---|---|---|---|---|

**Additional Information**

Uncleared checks and payments as of 08/18/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/11/2024 | Journal | Payroll JE 7.29-8.11 | | -730.77 |
| 08/11/2024 | Journal | Payroll JE 7.29-8.11 | | -889.95 |
| 08/11/2024 | Journal | Payroll JE 7.29-8.11 | | -4,297.88 |
| 08/11/2024 | Journal | Payroll JE 7.29-8.11 | | -700.30 |
| 08/11/2024 | Journal | Payroll JE 7.29-8.11 | | -578.84 |
| 08/11/2024 | Journal | Payroll JE 7.29-8.11 | | -800.87 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage Contr… | -226.22 |
| 08/14/2024 | Bill Payment | | Craigslist | -45.00 |
| 08/16/2024 | Journal | Ml13688ME | | -1,023.28 |
| 08/16/2024 | Bill Payment | 5034 | TriMark Adams-Burch | -516.01 |
| 08/17/2024 | Journal | Ml13679ME | | -152.39 |
| 08/17/2024 | Journal | Ml13678ME | | -25.40 |
| 08/17/2024 | Journal | Ml13692ME | | -177.78 |

| Total | | | | -11,258.80 |
|---|---|---|---|---|

Uncleared deposits and other credits as of 08/18/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/03/2024 | Journal | Sales 8.3 | | 310.28 |
| 08/04/2024 | Deposit | | UberEats | 3,522.56 |
| 08/13/2024 | Journal | Sales 8.13 | | 18.77 |
| 08/15/2024 | Journal | Sales 8.15 | | 3,069.32 |
| 08/16/2024 | Journal | Sales 8.16 | | 4,598.27 |
| 08/16/2024 | Journal | Sales 8.16 | | 1,464.00 |
| 08/16/2024 | Journal | Sales 8.16 | | 9,567.46 |
| 08/17/2024 | Journal | Sales 8.17 | | 17,023.71 |
| 08/17/2024 | Journal | Sales 8.17 | | 5,882.78 |
| 08/17/2024 | Journal | Sales 8.17 | | 2,127.52 |
| 08/18/2024 | Journal | Sales 8.18 | | 3,383.76 |
| 08/18/2024 | Journal | Sales 8.18 | | 12,580.08 |
| 08/18/2024 | Deposit | | UberEats | 4,190.91 |
| 08/18/2024 | Journal | Sales 8.18 | | 1,216.00 |

| Total | | | | 68,955.42 |
|---|---|---|---|---|

Uncleared checks and payments after 08/18/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/19/2024 | Bill Payment | | Finance A La Carte LLC | -2,500.00 |
| 08/19/2024 | Bill Payment | | Dropbox | -54.00 |
| 08/19/2024 | Expense | | Amazon | -109.17 |
| 08/19/2024 | Bill Payment | | Lyon Bakery | -406.50 |
| 08/19/2024 | Bill Payment | | Bowie Produce | -791.00 |
| 08/20/2024 | Bill Payment | ACH | Arlington County Permit Office | -540.10 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/20/2024 | Bill Payment | ACH | Grant Williams Design | -1,064.00 |
| 08/20/2024 | Journal | MI13717ME | | -316.41 |
| 08/20/2024 | Bill Payment | EFT | Reinhart Food Service (PFG) | -8,127.16 |
| 08/20/2024 | Bill Payment | 5035 | ALSCO | -205.95 |
| 08/21/2024 | Journal | MI13728ME | | -495.55 |
| 08/23/2024 | Bill Payment | EFT | Reinhart Food Service (PFG) | -8,172.89 |
| 08/28/2024 | Bill Payment | EFT | Washington Gas | -336.63 |

| | | | | |
|---|---|---|---|---|
| Total | | | | -23,119.36 |

Uncleared deposits and other credits after 08/18/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/19/2024 | Deposit | | | 3,150.43 |
| 08/19/2024 | Journal | MJ13705ME | | 10.00 |
| 08/19/2024 | Journal | MJ13705ME | | 2,536.88 |
| 08/19/2024 | Deposit | | | 25.23 |
| 08/19/2024 | Deposit | | | 4.48 |
| 08/20/2024 | Deposit | | Square | 1,200.39 |
| 08/20/2024 | Journal | MJ13715ME | | 2,053.10 |
| 08/21/2024 | Journal | MJ13723ME | | 43.80 |
| 08/21/2024 | Journal | MJ13723ME | | 2,419.44 |
| 08/22/2024 | Deposit | | | 339.13 |

| | | | | |
|---|---|---|---|---|
| Total | | | | 11,782.88 |

Case 24-13609    Doc 62-14    Filed 09/30/24    Page 3 of 3