Smokecraft Clarendon LLC

1021 TD Bank-DIP Checking, Period Ending 08/31/2024

## RECONCILIATION REPORT

Reconciled on: 09/04/2024

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---:|
| Statement beginning balance | 35,275.61 |
| Checks and payments cleared (31) | -61,535.50 |
| Deposits and other credits cleared (17) | 33,858.39 |
| Statement ending balance | 7,598.50 |
| | |
| Uncleared transactions as of 08/31/2024 | -8,812.15 |
| Register balance as of 08/31/2024 | -1,213.65 |
| Cleared transactions after 08/31/2024 | 0.00 |
| Uncleared transactions after 08/31/2024 | 10,171.69 |
| Register balance as of 09/04/2024 | 8,958.04 |

### Details

Checks and payments cleared (31)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 08/17/2024 | Journal | MI13679ME | | -152.39 |
| 08/23/2024 | Bill Payment | | Reinhart Food Service (PFG) | -4,688.82 |
| 08/23/2024 | Bill Payment | 5038 | TriMark Adams-Burch | -955.06 |
| 08/23/2024 | Journal | MI13742ME | | -113.75 |
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | -9,029.02 |
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | -28,720.83 |
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | -1,703.31 |
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | -1,210.63 |
| 08/26/2024 | Bill Payment | | Lyon Bakery | -1,790.81 |
| 08/26/2024 | Bill Payment | | Capital Bank | -1,500.00 |
| 08/26/2024 | Bill Payment | | Pest Management Services, Inc. | -85.00 |
| 08/26/2024 | Bill Payment | | Magnolia Plumbing | -255.00 |
| 08/26/2024 | Bill Payment | | TriMark Adams-Burch | -390.08 |
| 08/26/2024 | Bill Payment | | Logan Food Company | -127.50 |
| 08/26/2024 | Expense | | | -1.38 |
| 08/26/2024 | Expense | | | -0.38 |
| 08/26/2024 | Bill Payment | | Bowie Produce | -1,205.25 |
| 08/26/2024 | Bill Payment | | Jo-Jo The Barkeep LLC | -440.00 |
| 08/26/2024 | Bill Payment | | VRA Cleaning Services LLC | -3,680.00 |
| 08/26/2024 | Expense | | State Farm | -182.34 |
| 08/26/2024 | Bill Payment | | AM Briggs INC dba Metropolitan … | -1,086.82 |
| 08/26/2024 | Bill Payment | EFT | Dominion Energy Virginia | -1,759.68 |
| 08/27/2024 | Journal | MI13764ME | | -45.00 |
| 08/27/2024 | Bill Payment | 5039 | ALSCO | -205.95 |
| 08/27/2024 | Expense | | Intuit Inc. | -255.00 |
| 08/28/2024 | Bill Payment | EFT66319693 | Hop & Wine | -615.00 |
| 08/28/2024 | Expense | | Adobe Inc. | -21.19 |
| 08/28/2024 | Bill Payment | EFT | Washington Gas | -336.63 |
| 08/29/2024 | Expense | | Open Table Inc. ACH | -340.50 |
| 08/30/2024 | Bill Payment | | Premium Distributors | -256.35 |
| 08/30/2024 | Bill Payment | | VA Eagle Distributing | -381.83 |
| **Total** | | | | **-61,535.50** |

Deposits and other credits cleared (17)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 08/18/2024 | Deposit | | UberEats | 3,151.92 |
| 08/21/2024 | Journal | Sales 8/21/24 | | 6.00 |
| 08/22/2024 | Journal | Sales 8/22/24 | | 19.00 |
| 08/22/2024 | Journal | Sales 8/22/24 | | 2,276.91 |
| 08/23/2024 | Journal | MJ13740ME | | 270.38 |
| 08/23/2024 | Journal | MJ13740ME | | 5,589.76 |
| 08/24/2024 | Journal | Sales 8/24/24 | | 4,968.05 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/24/2024 | Journal | Sales 8/24/24 | | 69.00 |
| 08/25/2024 | Journal | Sales 8.25 | | 3,771.64 |
| 08/25/2024 | Deposit | | DoorDash Inc | 3,144.86 |
| 08/25/2024 | Deposit | | | 2,166.78 |
| 08/25/2024 | Journal | Sales 8.25 | | 72.38 |
| 08/26/2024 | Journal | Sales 8.26 | | 3,697.79 |
| 08/26/2024 | Deposit | | Darling Ingredients Inc. | 33.91 |
| 08/27/2024 | Journal | sales 8.27 | | 1,386.52 |
| 08/28/2024 | Deposit | | The Home Depot | 152.38 |
| 08/28/2024 | Journal | Sales 8.28 | | 3,081.11 |

**Total** 33,858.39

**Additional Information**

Uncleared checks and payments as of 08/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage Contr… | -226.22 |
| 08/15/2024 | Journal | MI13751ME | | -109.17 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | -568.27 |
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | -788.08 |
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | -613.39 |
| 08/28/2024 | Bill Payment | EFT95579849 | Specialty Beverage | -145.00 |
| 08/30/2024 | Journal | MI13795ME | | -1,006.43 |
| 08/30/2024 | Bill Payment | | Bowie Produce | -267.75 |
| 08/30/2024 | Bill Payment | | Safety First Services | -625.00 |
| 08/30/2024 | Bill Payment | | Lyon Bakery | -296.90 |
| 08/30/2024 | Bill Payment | | KBS III 3003 Washington LLC | -18,286.64 |
| 08/30/2024 | Bill Payment | 5040 | TriMark Adams-Burch | -742.16 |
| 08/31/2024 | Journal | MI13793ME | | -248.67 |
| 08/31/2024 | Journal | MI13813ME | | -15.26 |
| 08/31/2024 | Journal | MI13794ME | | -18.01 |

**Total** -25,076.46

Uncleared deposits and other credits as of 08/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/03/2024 | Journal | Sales 8.3 | | 310.28 |
| 08/04/2024 | Deposit | | UberEats | 3,522.56 |
| 08/19/2024 | Journal | MJ13705ME | | 10.00 |
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | 0.00 |
| 08/26/2024 | Journal | Sales 8.26 | | 22.50 |
| 08/28/2024 | Journal | Sales 8.28 | | 32.95 |
| 08/29/2024 | Journal | Sales 8.29 | | 78.50 |
| 08/29/2024 | Journal | Sales 8.29 | | 2,887.19 |
| 08/30/2024 | Journal | Sales 8.30 | | 84.58 |
| 08/30/2024 | Journal | Sales 8.30 | | 3,674.35 |
| 08/31/2024 | Journal | Sales 8.31 | | 5,184.56 |
| 08/31/2024 | Journal | Sales 8.31 | | 456.84 |

**Total** 16,264.31

Uncleared checks and payments after 08/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/01/2024 | Journal | MI13805ME | | -204.80 |
| 09/02/2024 | Journal | MI13810ME | | -14.59 |
| 09/02/2024 | Journal | MI13809ME | | -2.01 |
| 09/03/2024 | Expense | | Amazon | -24.91 |
| 09/03/2024 | Expense | | Amazon | -52.87 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/03/2024 | Bill Payment | | Motleys Asset Disposition Group | -1,600.00 |
| 09/03/2024 | Bill Payment | | marginedge | -300.00 |
| 09/04/2024 | Bill Payment | ACH | Reinhart Food Service (PFG) | -4,811.27 |
| 09/05/2024 | Bill Payment | EFT | Parkx Master Merchant, LC | -200.00 |
| 09/11/2024 | Bill Payment | EFT | Comcast (EFT) | -687.91 |

| Total | | | | -7,898.36 |
|---|---|---|---|---|

Uncleared deposits and other credits after 08/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/01/2024 | Deposit | | UberEats | 4,125.14 |
| 09/01/2024 | Journal | MJ13806ME | | 302.04 |
| 09/01/2024 | Journal | MJ13806ME | | 5,942.53 |
| 09/02/2024 | Journal | MJ13812ME | | 5,756.49 |
| 09/03/2024 | Journal | MJ13817ME | | 1,917.95 |
| 09/03/2024 | Journal | MJ13817ME | | 25.90 |

| Total | | | | 18,070.05 |
|---|---|---|---|---|