Smokecraft Clarendon LLC

**1050 TD Bank CD, Period Ending 08/31/2024**

**RECONCILIATION REPORT**

Reconciled on: 09/04/2024

Reconciled by: Marcelena Jarrouj

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 65,609.94 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (1) | 217.43 |
| Statement ending balance | 65,827.37 |
| | |
| Register balance as of 08/31/2024 | 65,827.37 |

**Details**

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/11/2024 | Deposit | | | 217.43 |
| Total | | | | 217.43 |