Smokecraft Clarendon LLC

1021 TD Bank-DIP Checking, Period Ending 08/04/2024

## RECONCILIATION REPORT

Reconciled on: 08/08/2024

Reconciled by: Marcus Greene

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 10,666.34 |
| Checks and payments cleared (10) | -10,291.17 |
| Deposits and other credits cleared (3) | 11,557.37 |
| Statement ending balance | 11,932.54 |
| | |
| Uncleared transactions as of 08/04/2024 | -2,726.82 |
| Register balance as of 08/04/2024 | 9,205.72 |
| Cleared transactions after 08/04/2024 | 0.00 |
| Uncleared transactions after 08/04/2024 | -436.55 |
| Register balance as of 08/08/2024 | 8,769.17 |

### Details

Checks and payments cleared (10)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/28/2024 | Journal | Payroll JE 07.15-7.28 | | -6,676.31 |
| 07/28/2024 | Journal | Payroll JE 07.15-7.28 | | -585.15 |
| 07/30/2024 | Bill Payment | 5027 | ALSCO | -205.95 |
| 07/31/2024 | Journal | MI13555ME | | -835.46 |
| 07/31/2024 | Bill Payment | 5028 | TriMark Adams-Burch | -816.30 |
| 08/01/2024 | Expense | | Toast Inc. | -42.85 |
| 08/01/2024 | Journal | MI13585ME | | -797.65 |
| 08/02/2024 | Bill Payment | | marginedge | -300.00 |
| 08/02/2024 | Bill Payment | | Google LLC | -15.26 |
| 08/02/2024 | Expense | | Toast Inc. | -16.24 |
| **Total** | | | | **-10,291.17** |

Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/28/2024 | Deposit | | DoorDash Inc | 4,534.09 |
| 07/30/2024 | Journal | Sales 7.30 | | 4,038.28 |
| 07/31/2024 | Journal | Sales 7.31 | | 2,985.00 |
| **Total** | | | | **11,557.37** |

### Additional Information

Uncleared checks and payments as of 08/04/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/22/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 07/28/2024 | Journal | Payroll JE 07.15-7.28 | | -582.30 |
| 07/28/2024 | Journal | Payroll JE 07.15-7.28 | | -588.10 |
| 07/28/2024 | Journal | Payroll JE 07.15-7.28 | | -650.94 |
| 07/28/2024 | Journal | Payroll JE 07.15-7.28 | | -1,211.93 |
| 08/02/2024 | Bill Payment | | GWWC, LLC | -500.00 |
| 08/02/2024 | Journal | MI13567ME | | -21.18 |
| 08/02/2024 | Journal | MI13570ME | | -247.33 |
| 08/02/2024 | Bill Payment | | KBS III 3003 Washington LLC | -18,349.64 |
| 08/02/2024 | Bill Payment | | Magnolia Plumbing | -255.00 |
| 08/02/2024 | Bill Payment | | Roberts Oxygen Company, Inc. | -153.56 |
| 08/02/2024 | Bill Payment | | Logan Food Company | -127.50 |
| 08/02/2024 | Bill Payment | | Ferrari Enterprises | -575.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/02/2024 | Bill Payment | | Lyon Bakery | -413.18 |
| 08/02/2024 | Bill Payment | | Safety First Services | -625.00 |
| 08/02/2024 | Bill Payment | | Bowie Produce | -137.00 |
| 08/03/2024 | Journal | MI13571ME | | -4.63 |
| 08/03/2024 | Journal | MI13572ME | | -13.61 |
| 08/04/2024 | Journal | MI13590ME | | -254.94 |
| 08/04/2024 | Journal | MI13589ME | | -196.95 |
| **Total** | | | | **-26,001.90** |

Uncleared deposits and other credits as of 08/04/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/30/2024 | Journal | Sales 7.30 | | 146.28 |
| 07/31/2024 | Journal | Sales 7.31 | | 45.15 |
| 08/01/2024 | Journal | Sales 8.1 | | 2,630.51 |
| 08/01/2024 | Journal | Sales 8.1 | | 12.05 |
| 08/02/2024 | Journal | Sales 8.2 | | 558.48 |
| 08/02/2024 | Journal | Sales 8.2 | | 5,999.70 |
| 08/03/2024 | Journal | Sales 8.3 | | 310.28 |
| 08/03/2024 | Journal | Sales 8.3 | | 6,305.98 |
| 08/04/2024 | Deposit | | UberEats | 3,522.56 |
| 08/04/2024 | Journal | Sales 8.4 | | 3,744.09 |
| **Total** | | | | **23,275.08** |

Uncleared checks and payments after 08/04/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/05/2024 | Bill Payment | | Parkx Master Merchant, LC | -200.00 |
| 08/05/2024 | Journal | MI13578ME | | -121.79 |
| 08/05/2024 | Journal | MI13596ME | | -209.64 |
| 08/05/2024 | Bill Payment | | Spiceology | -90.84 |
| 08/05/2024 | Expense | | Arlington Chamber of Commerce | -48.00 |
| 08/06/2024 | Bill Payment | | Reinhart Food Service (PFG) | -62.80 |
| 08/06/2024 | Bill Payment | | Reinhart Food Service (PFG) | -6,249.68 |
| 08/06/2024 | Bill Payment | 5029 | M.A. Stockstill Co. | -330.00 |
| 08/06/2024 | Bill Payment | 5030 | ALSCO | -205.95 |
| **Total** | | | | **-7,518.70** |

Uncleared deposits and other credits after 08/04/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/05/2024 | Journal | MJ13592ME | | 47.97 |
| 08/05/2024 | Journal | MJ13592ME | | 3,711.77 |
| 08/06/2024 | Journal | MJ13601ME | | 3,197.79 |
| 08/06/2024 | Journal | MJ13601ME | | 124.62 |
| **Total** | | | | **7,082.15** |