Smokecraft Clarendon LLC

**1020 TD Bank Operating, Period Ending 08/31/2024**

**RECONCILIATION REPORT**

Reconciled on: 09/04/2024

Reconciled by: Marcelena Jarrouj

Any changes made to transactions after this date aren't included in this report.

## Summary

| | USD |
|---|---:|
| Statement beginning balance | 2,101.21 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 2,101.21 |
| | |
| Uncleared transactions as of 08/31/2024 | -736.25 |
| Register balance as of 08/31/2024 | 1,364.96 |
| Cleared transactions after 08/31/2024 | 0.00 |
| Uncleared transactions after 08/31/2024 | 531.89 |
| Register balance as of 09/04/2024 | 1,896.85 |

## Additional Information

Uncleared checks and payments as of 08/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 07/17/2022 | Journal | payroll 7/4-7/17 | | -388.33 |
| 08/27/2023 | Journal | Payroll JE 8/14-8/27 | | -12.10 |
| 03/24/2024 | Journal | Payroll 3/11-3/24 | | -141.07 |
| 05/31/2024 | Journal | bank rec adj | | -24.75 |
| 07/20/2024 | Expense | | Intuit Inc. | -85.00 |
| 08/20/2024 | Expense | | Intuit Inc. | -85.00 |
| **Total** | | | | **-736.25** |

Uncleared deposits and other credits after 08/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 09/03/2024 | Deposit | | Venmo | 531.89 |
| **Total** | | | | **531.89** |