Smokecraft Clarendon LLC

**1020 TD Bank Operating, Period Ending 08/11/2024**

**RECONCILIATION REPORT**

Reconciled on: 08/14/2024

Reconciled by: Marcelena Jarrouj

Any changes made to transactions after this date aren't included in this report.

## Summary USD

| | |
|---|---|
| Statement beginning balance | 2,101.21 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 2,101.21 |
| | |
| Uncleared transactions as of 08/11/2024 | -651.25 |
| Register balance as of 08/11/2024 | 1,449.96 |

## Additional Information

Uncleared checks and payments as of 08/11/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/17/2022 | Journal | payroll 7/4-7/17 | | -388.33 |
| 08/27/2023 | Journal | Payroll JE 8/14-8/27 | | -12.10 |
| 03/24/2024 | Journal | Payroll 3/11-3/24 | | -141.07 |
| 05/31/2024 | Journal | bank rec adj | | -24.75 |
| 07/20/2024 | Expense | | Intuit Inc. | -85.00 |
| **Total** | | | | **-651.25** |