SalesSummary_2024-08-01_2024-08-31
-Smokecraft Modern Barbecue

**Revenue summary**

| | |
|---|---|
| Net sales | 184005.6 |
| Gratuity | 1899.08 |
| Tax amount | 18570.07 |
| Fundraising Contributions | |
| Fundraising Contribution Refunds | |
| Tips | 20194.99 |
| Deferred (gift cards) | 95 |
| Deferred (house accounts) | |
| Deferred (other) | |
| deferredTaxAmount | 0 |
| Paid in total | 3142.2 |
| Total | 227906.94 |

**Net sales summary**

| | |
|---|---|
| Gross sales | 185792.83 |
| Sales discounts | -1745.23 |
| Sales refunds | -42 |
| Net sales | 184005.6 |

**Tip summary**

| | |
|---|---|
| Tips collected | 20194.99 |
| Tips refunded | 0 |
| Total tips | 20194.99 |
| Tips withheld | -388.31 |
| Tips after withholding | 19806.68 |

**Service mode summary**

| Service mode | Quick Service | Table Service | Total |
|---|---|---|---|
| Net sales | 110919.36 | 73086.24 | 184005.6 |
| Total guests | 3626 | 2291 | 5917 |
| Avg/Guest | 30.59 | 31.9 | 31.1 |
| Total payments | 1065 | 1266 | 2331 |
| Avg/Payment | 114.75 | 63.55 | 86.95 |
| Total orders | 1075 | 990 | 2065 |
| Avg/Order | 103.18 | 73.82 | 89.11 |
| Turn time (minutes) | 124.71 | 60.01 | 93.53 |

**Payments summary**

| Payment type | Payment sub type | Count | Amount | Tips | Grat | Tax amount | Refunds | Tip refunds | Legacy tips | Total | Tips/Grat % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | 54 | 9302.1 | 351 | 24.12 | 848.1 | 0 | 0 | 351 | 9677.22 | 4.4 |
| Credit/debit | | 1518 | 99929.83 | 16921.84 | 1836.15 | 9215.51 | -42 | 0 | 16921.84 | 118645.82 | 20.6 |
| Credit/debit | AMEX | 218 | 17591.4 | 3019.96 | 650.46 | 1650.39 | 0 | 0 | 3019.96 | 21219.82 | 23 |
| Credit/debit | DISCOVER | 34 | 2081.84 | 392.7 | 0 | 189.6 | 0 | 0 | 392.7 | 2474.54 | 20.8 |
| Credit/debit | MASTERCARD | 280 | 17547.89 | 2966.19 | 218.85 | 1610.66 | 0 | 0 | 2966.19 | 20732.93 | 19.8 |
| Credit/debit | VISA | 986 | 62708.7 | 10542.99 | 966.84 | 5764.86 | 0 | 0 | 10542.99 | 74218.53 | 20.1 |
| Gift Card | | 4 | 186.2 | 0 | 0 | 16.96 | 0 | 0 | 0 | 186.2 | 0 |
| Other | | 759 | 94140.47 | 2922.15 | 0 | 8562.89 | 0 | 0 | 2922.15 | 97062.62 | 3.4 |
| Other | DoorDash | 351 | 16981.97 | 0 | 0 | 1546.97 | 0 | 0 | 0 | 16981.97 | 0 |
| Other | Square | 5 | 50241.43 | 2922.15 | 0 | 4565.8 | 0 | 0 | 2922.15 | 53163.58 | 6.4 |
| Other | UBEREATS | 390 | 20140.52 | 0 | 0 | 1834.07 | 0 | 0 | 0 | 20140.52 | 0 |
| Other | ezCater | 13 | 6776.55 | 0 | 0 | 616.05 | 0 | 0 | 0 | 6776.55 | 0 |
| Subtotal | | 2335 | 203558.6 | 20194.99 | 1860.27 | 18643.46 | -42 | 0 | 20194.99 | 225571.86 | 11.9 |
| Deposit Sales Collected | | | | | | | | | | 2335.08 | |
| Total | | | | | | | | | | 227906.94 | |

**Sales category summary**

| Sales category | Items | Net sales | Discount amount | Refund amount | Gross sales | Tax amount |
|---|---|---|---|---|---|---|
| Bottled Beer | 83 | 450.5 | 5 | 0 | 455.5 | 45.05 |
| Custom Amount Refunds | 0 | -42 | | 42 | 0 | 0 |
| Draft Beer | 670 | 5635.88 | 136.12 | 0 | 5772 | 562.78 |
| Food | 9696 | 162811.2 | 1132.95 | 0 | 163944.15 | 16285.25 |
| Liquor | 607 | 8771.79 | 403.21 | 0 | 9175 | 875.68 |
| NA Beverage | 1334 | 4233.61 | 33.38 | 0 | 4266.99 | 425.2 |
| Non-Grat Svc Charges | 11 | 178.19 | 0 | 0 | 178.19 | 17.82 |
| Retail | 18 | 382.36 | 2.64 | 0 | 385 | 24.94 |
| Wine | 136 | 1584.07 | 31.93 | 0 | 1616 | 158.4 |
| Total | 12555 | 184005.6 | 1745.23 | 42 | 185792.83 | 18395.12 |

**Revenue center summary**

| Revenue center | Items | Net sales | Discount amount | Refund amount | Gross sales | Tax amount |
|---|---|---|---|---|---|---|
| Private Events | 407 | 4775 | 0 | 0 | 4775 | 477.5 |
| Bar | 1134 | 15840.53 | 1026.92 | 0 | 16867.45 | 1583.64 |
| Dining Room | 3240 | 53523.65 | 470.29 | 0 | 53993.94 | 5339.9 |
| Carryout/Delivery | 2674 | 42869.31 | 228.54 | 0 | 43097.85 | 4295.8 |
| Patio | 332 | 5162.12 | 19.48 | 0 | 5181.6 | 516.18 |
| Catering | 4768 | 61834.99 | 0 | 42 | 61876.99 | 6182.1 |
| Total | 12555 | 184005.6 | 1745.23 | 42 | 185792.83 | 18395.12 |

**Dining options summary**

| Dining option | Orders | Net sales | Discount amount | Gross sales | Tax amount |
|---|---|---|---|---|---|
| Toast Delivery Services | 20 | 1246.3 | | 1246.3 | 124.91 |
| Dine In | 1063 | 78966.25 | 1517.69 | 80485.94 | 7883.83 |
| Take Out | 979 | 102229.87 | 227.54 | 102499.41 | 10233.27 |
| Delivery | 2 | 1561.18 | 0 | 1561.18 | 153.11 |
| No Dining Option | 1 | 0 | 0 | 0 | 0 |
| Total | 2065 | 184005.6 | 1745.23 | 185792.83 | 18395.12 |

### Tax summary

| Tax rate | Tax amount | Taxable amount |
|---|---|---|
| State Tax | 11098.52 | 184736.37 |
| Local Tax | 7396.61 | 184736.37 |
| Arlington Retail Tax | 19.94 | 332.36 |
| Non Taxable | 0 | 199.1 |
| Toast marketplace facilitator tax - Remitted by Toast | 53 | 528.85 |

### Service charge summary

| Service charge | Count | Amount |
|---|---|---|
| Large Party Service Charge | 58 | 753.58 |
| Delivery Fee | 20 | 150 |
| Catering Delivery Fee | 1 | 50 |
| Catering Service Charge | 10 | 128.19 |
| Event Admin Fee | 3 | 995.5 |
| Total | 92 | 2077.27 |

### Menu Item Discounts

| Discount | Count | Orders | Amount |
|---|---|---|---|
| Employee Discount - Item | 15 | 14 | 178.67 |
| Manager Comp - Item | 3 | 3 | 43.9 |
| Recovery | 10 | 8 | 174.6 |
| Manager Meal | 17 | 12 | 230.15 |
| Total | 45 | 37 | 627.32 |

### Check Discounts

| Discount | Count | Orders | Amount |
|---|---|---|---|
| Employee Discount - Check | 27 | 27 | 379.34 |
| Bar Promo | 21 | 21 | 559.95 |
| $10 Off $40 Purchase Dine In Card | 5 | 5 | 50 |
| Manager Comp - Check | 4 | 4 | 96.55 |
| Open % Check | 2 | 2 | 24.57 |
| Make The Switch 1st Order Free Delivery | 1 | 1 | 7.5 |
| Total | 60 | 60 | 1117.91 |

### Service Daypart summary

| Service / day part | Orders | Net sales | Discount amount | Refund amount | Gross sales | Tax amount |
|---|---|---|---|---|---|---|
| No Service | 1 | 0 | 0 | 0 | 0 | 0 |
| Lunch | 644 | 41778.54 | 449.08 | 42 | 42269.62 | 4186.65 |
| Dinner | 1355 | 87385.5 | 1205.15 | 0 | 88590.65 | 8726.87 |
| Late Night | 65 | 54841.56 | 91 | 0 | 54932.56 | 5481.6 |
| Total | 2065 | 184005.6 | 1745.23 | 42 | 185792.83 | 18395.12 |

### Deferred summary

| Deferred type | Gross amount | Discounts | Refunds | Net amount |
|---|---|---|---|---|
| Deferred (gift cards) | 95 | 0 | 0 | 95 |

### Unpaid orders summary

| | |
|---|---|
| Unpaid amount | 0 |

### Void summary

| | |
|---|---|
| Void amount | 1646.85 |
| Void order count | 56 |
| Void item count | 132 |
| Void amount % | 0.9 |

### Cash activity

| | |
|---|---|
| Total cash payments | 9326.22 |
| Cash adjustments | -2159.04 |
| Cash refunds | 0 |
| Cash before tipouts | 7167.18 |
| Tipouts tips withheld | 0 |
| Total cash | 7167.18 |

### Cash summary

| | |
|---|---|
| Expected closeout cash | 13177.24 |
| Actual closeout cash | 11079.43 |
| Cash overage/shortage | -2097.81 |
| Expected deposit | 4792.93 |
| Actual deposit | |
| Deposit overage/shortage | |

| Net sales | Gratuity | Tax amount | Fundraising Contributions | Fundraising Contribution Refunds | Tips | Deferred (gift cards) | Deferred (house accounts) | Deferred (other) | deferredTaxAmount | Paid in total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 184005.6 | 1899.08 | 18570.07 | | | 20194.99 | | 95 | | | 0 | 3142.2 | 227906.94 |

| Gross sales | Sales discounts | Sales refunds | Net sales |
|---|---|---|---|
| 185792.83 | -1745.23 | -42 | 184005.6 |

| Tips collected | Tips refunded | Total tips | Tips withheld | Tips after withholding |
|---|---|---|---|---|
| 20194.99 | 0 | 20194.99 | -388.31 | 19806.68 |

| Service mode | Net sales | Total guests | Avg/Guest | Total payments | Avg/Payment | Total orders | Avg/Order | Turn time (minutes) |
|---|---|---|---|---|---|---|---|---|
| Quick Service | 110919.36 | 3626 | 30.59 | 1065 | 114.75 | 1075 | 103.18 | 124.71 |
| Table Service | 73086.24 | 2291 | 31.9 | 1266 | 63.55 | 990 | 73.82 | 60.01 |
| Total | 184005.6 | 5917 | 31.1 | 2331 | 86.95 | 2065 | 89.11 | 93.53 |

| Payment type | Payment sub type | Count | Amount | Tips | Grat | Tax amount | Refunds | Tip refunds | Legacy tips | Total | Tips/Grat % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | 54 | 9302.1 | 351 | 24.12 | 848.1 | 0 | 0 | 351 | 9677.22 | 4.4 |
| Credit/debit | | 1518 | 99929.83 | 16921.84 | 1836.15 | 9215.51 | -42 | 0 | 16921.84 | 118645.82 | 20.6 |
| Credit/debit | AMEX | 218 | 17591.4 | 3019.96 | 650.46 | 1650.39 | -42 | 0 | 3019.96 | 21219.82 | 23 |
| Credit/debit | DISCOVER | 34 | 2081.84 | 392.7 | 0 | 189.6 | 0 | 0 | 392.7 | 2474.54 | 20.8 |
| Credit/debit | MASTERCARD | 280 | 17547.89 | 2966.19 | 218.85 | 1610.66 | 0 | 0 | 2966.19 | 20732.93 | 19.8 |
| Credit/debit | VISA | 986 | 62708.7 | 10542.99 | 966.84 | 5764.86 | 0 | 0 | 10542.99 | 74218.53 | 20.1 |
| Gift Card | | 4 | 186.2 | 0 | 0 | 16.96 | 0 | 0 | 0 | 186.2 | 0 |
| Other | | 759 | 94140.47 | 2922.15 | 0 | 8562.89 | 0 | 0 | 2922.15 | 97062.62 | 3.4 |
| Other | DoorDash | 351 | 16981.97 | 0 | 0 | 1546.97 | 0 | 0 | 0 | 16981.97 | 0 |
| Other | Square | 5 | 50241.43 | 2922.15 | 0 | 4565.8 | 0 | 0 | 2922.15 | 53163.58 | 6.4 |
| Other | UBEREATS | 390 | 20140.52 | 0 | 0 | 1834.07 | 0 | 0 | 0 | 20140.52 | 0 |
| Other | ezCater | 13 | 6776.55 | 0 | 0 | 616.05 | 0 | 0 | 0 | 6776.55 | 0 |
| Subtotal | | 2335 | 203558.6 | 20194.99 | 1860.27 | 18643.46 | -42 | 0 | 20194.99 | 225571.86 | 11.9 |
| Deposit Sales Collected | | | | | | | | | | 2335.08 | |
| Total | | | | | | | | | | 227906.94 | |

| Sales category | Items | Net sales | Discount amount | Refund amount | Gross sales | Tax amount |
|---|---|---|---|---|---|---|
| Bottled Beer | 83 | 450.5 | 5 | 0 | 455.5 | 45.05 |
| Custom Amount Refunds | 0 | -42 | 0 | 42 | 0 | 0 |
| Draft Beer | 670 | 5635.88 | 136.12 | 0 | 5772 | 562.78 |
| Food | 9696 | 162811.2 | 1132.95 | 0 | 163944.15 | 16285.25 |
| Liquor | 607 | 8771.79 | 403.21 | 0 | 9175 | 875.68 |
| NA Beverage | 1334 | 4233.61 | 33.38 | 0 | 4266.99 | 425.2 |
| Non-Grat Svc Charges | 11 | 178.19 | 0 | 0 | 178.19 | 17.82 |
| Retail | 18 | 382.36 | 2.64 | 0 | 385 | 24.94 |
| Wine | 136 | 1584.07 | 31.93 | 0 | 1616 | 158.4 |
| Total | 12555 | 184005.6 | 1745.23 | 42 | 185792.83 | 18395.12 |

| Revenue center | Items | Net sales | Discount amount | Refund amount | Gross sales | Tax amount |
|---|---|---|---|---|---|---|
| Private Events | 407 | 4775 | 0 | 0 | 4775 | 477.5 |
| Bar | 1134 | 15840.53 | 1026.92 | 0 | 16867.45 | 1583.64 |
| Dining Room | 3240 | 53523.65 | 470.29 | 0 | 53993.94 | 5339.9 |
| Carryout/Delivery | 2674 | 42869.31 | 228.54 | 0 | 43097.85 | 4295.8 |
| Patio | 332 | 5162.12 | 19.48 | 0 | 5181.6 | 516.18 |
| Catering | 4768 | 61834.99 | 0 | 42 | 61876.99 | 6182.1 |
| Total | 12555 | 184005.6 | 1745.23 | 42 | 185792.83 | 18395.12 |

| Dining option | Orders | Net sales | Discount amount | Gross sales | Tax amount |
|---|---|---|---|---|---|
| Toast Delivery Services | 20 | 1246.3 | 0 | 1246.3 | 124.91 |
| Dine In | 1063 | 78968.25 | 1517.69 | 80485.94 | 7883.83 |
| Take Out | 979 | 102229.87 | 227.54 | 102499.41 | 10233.27 |
| Delivery | 2 | 1561.18 | 0 | 1561.18 | 153.11 |
| No Dining Option | 1 | 0 | 0 | 0 | 0 |
| Total | 2065 | 184005.6 | 1745.23 | 185792.83 | 18395.12 |

| Tax rate | Tax amount | Taxable amount |
|---|---|---|
| State Tax | 11098.52 | 184736.37 |
| Local Tax | 7398.61 | 184736.37 |
| Arlington Retail Tax | 19.94 | 332.36 |
| Non Taxable | 0 | 199.1 |
| Toast marketplace facilitator tax - Remitted by Toast | 53 | 528.85 |

| Service charge | Count | Amount |
|---|---|---|
| Large Party Service Charge | 58 | 753.58 |
| Delivery Fee | 20 | 150 |
| Catering Delivery Fee | 1 | 50 |
| Catering Service Charge | 10 | 128.19 |
| Event Admin Fee | 3 | 995.5 |
| Total | 92 | 2077.27 |

| Discount | Count | Orders | Amount |
|---|---|---|---|
| Employee Discount - Item | 15 | 14 | 178.67 |
| Manager Comp - Item | 3 | 3 | 43.9 |
| Recovery | 10 | 8 | 174.6 |
| Manager Meal | 17 | 12 | 230.15 |
| Total | 45 | 37 | 627.32 |

| Discount | Count | Orders | Amount |
|---|---|---|---|
| Employee Discount - Check | 27 | 27 | 379.34 |
| Bar Promo | 21 | 21 | 559.95 |
| $10 Off $40 Purchase Dine In Card | 5 | 5 | 50 |
| Manager Comp - Check | 4 | 4 | 96.55 |
| Open % Check | 2 | 2 | 24.57 |
| Make The Switch 1st Order Free Delivery | 1 | 1 | 7.5 |
| Total | 60 | 60 | 1117.91 |

| Service / day part | Orders | Net sales | Discount amount | Refund amount | Gross sales | Tax amount |
|---|---|---|---|---|---|---|
| No Service | 1 | 0 | 0 | 0 | 0 | 0 |
| Lunch | 644 | 41778.54 | 449.08 | 42 | 42269.62 | 4186.65 |
| Dinner | 1355 | 87385.5 | 1205.15 | 0 | 88590.65 | 8726.87 |
| Late Night | 65 | 54841.56 | 91 | 0 | 54932.56 | 5481.6 |
| Total | 2065 | 184005.6 | 1745.23 | 42 | 185792.83 | 18395.12 |

| Deferred type | Gross amount | Discounts | Refunds | Net amount |
|---|---|---|---|---|
| Deferred (gift cards) | 95 | 0 | 0 | 95 |

| Unpaid amount |
|---|
| 0 |

| Void amount | Void order count | Void item count | Void amount % |
|---|---|---|---|
| 1646.85 | 56 | 132 | 0.9 |

| Total cash payments | Cash adjustments | Cash refunds | Cash before tipouts | Tipouts tips withheld | Total cash |
|---|---|---|---|---|---|
| 9326.22 | -2159.04 | 0 | 7167.18 | 0 | 7167.18 |

| Expected closeout cash | Actual closeout cash | Cash overage/shortage | Expected deposit | Actual deposit | Deposit overage/shortage |
|---|---|---|---|---|---|
| 13177.24 | 11079.43 | -2097.81 | 4792.93 | | |

| yyyyMMdd | Net sales | Total orders | Total guests |
|---|---|---|---|
| 20240801 | 2381.35 | 46 | 72 |
| 20240802 | 5556.19 | 82 | 149 |
| 20240803 | 7925.64 | 102 | 177 |
| 20240804 | 3605.29 | 63 | 101 |
| 20240805 | 3223.18 | 50 | 92 |
| 20240806 | 3389.04 | 50 | 114 |
| 20240807 | 5393.26 | 48 | 95 |
| 20240808 | 2469.87 | 44 | 67 |
| 20240809 | 4788.37 | 76 | 149 |
| 20240810 | 6360.3 | 91 | 147 |
| 20240811 | 5701.21 | 95 | 163 |
| 20240812 | 2573.42 | 50 | 73 |
| 20240813 | 2013.27 | 41 | 60 |
| 20240814 | 9884.54 | 67 | 359 |
| 20240815 | 11035.67 | 65 | 481 |
| 20240816 | 16618.89 | 94 | 590 |
| 20240817 | 23298.86 | 95 | 862 |
| 20240818 | 16209.07 | 67 | 671 |
| 20240819 | 3327.22 | 48 | 102 |
| 20240820 | 3055.95 | 48 | 114 |
| 20240821 | 2442.32 | 49 | 83 |
| 20240822 | 2549.72 | 43 | 76 |
| 20240823 | 7082.01 | 88 | 217 |
| 20240824 | 5503.42 | 95 | 153 |
| 20240825 | 4616.57 | 81 | 128 |
| 20240826 | 2775.7 | 56 | 82 |
| 20240827 | 2245.12 | 45 | 56 |
| 20240828 | 2609.57 | 45 | 89 |
| 20240829 | 4663.89 | 59 | 104 |
| 20240830 | 4500.54 | 85 | 125 |
| 20240831 | 6206.15 | 97 | 166 |

| Day of week | Net sales | Total orders | Total guests |
|---|---|---|---|
| Thu | 23100.5 | 257 | 800 |
| Wed | 20329.69 | 209 | 626 |
| Sat | 49294.37 | 480 | 1505 |
| Fri | 38546 | 425 | 1230 |
| Tue | 10703.38 | 184 | 344 |
| Sun | 30132.14 | 306 | 1063 |
| Mon | 11899.52 | 204 | 349 |

| Hour of day | Net sales | Total orders | Total guests |
|---|---|---|---|
| 17 | 14913.8 | 216 | 385 |
| 12 | 11405.89 | 174 | 353 |
| 13 | 6593.67 | 141 | 220 |
| 14 | 5717.74 | 99 | 187 |
| 16 | 8392.69 | 144 | 203 |
| 21 | 7035.9 | 137 | 200 |
| 11 | 6209.43 | 110 | 197 |
| 15 | 7558.51 | 92 | 198 |
| 19 | 21179.34 | 317 | 580 |
| 18 | 24048.76 | 331 | 570 |
| 20 | 11815.01 | 210 | 316 |
| 10 | 4293.3 | 29 | 204 |
| 23 | 51689.3 | 7 | 2209 |
| 22 | 3152.26 | 58 | 95 |