Entered: October 2nd, 2024
Signed: October 1st, 2024

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:     Case No.: **24–13609 – MCR**     Chapter: **11**     Doc No.: **61**

**Smokecraft Clarendon, LLC**
Debtor

## ORDER CONTINUING CONFIRMATION HEARING

Upon consideration of the motion for continuance filed in the above−captioned matter by Debtor and it appearing that the relief requested is justified, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the confirmation hearing scheduled for October 7, 2024 is continued to **October 29, 2024 at 10:00 a.m.** in Courtroom 3-C of the United States Bankruptcy Court, United States Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

cc:     Debtor
        Debtor's Attorney
        Subchapter V Trustee
        United States Trustee
        All creditors and other parties in interest

### END OF ORDER

12x01 (rev. 05/21/2012) – ShannonMcKenna