SMALL BUSINESS MOR – SMOKECRAFT CLARENDON LLC
September 2024
EXHIBIT B

10. Accounts as of 9/30/24 include:

   1. TD Bank CD Ending in: 0387 (secured letter of credit for lease)
   2. Capital Bank MD Ending in: 5611 (Capital Bank refused to close the account when attempted)

14. Did you have any unusual or significant unanticipated expenses?

   1. $3,200 for a liquidation value equipment appraisal for this ongoing bankruptcy filing prompted by Capital Bank's seemingly errant appraisal.