**Smokecraft Clarendon LLC**
**MOR Exhibit C - Deposit Transaction Report**

| Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|
| 09/01/2024 | Journal Entry | Sales 9.1 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 273.00 |
| 09/01/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | -Split- | 1,057.36 |
| 09/01/2024 | Deposit | | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | 3,348.48 |
| 09/01/2024 | Deposit | | UberEats | | 1021 TD Bank-DIP Checking | -Split- | 4,125.14 |
| 09/01/2024 | Journal Entry | Sales 9.1 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 5,792.15 |
| 09/02/2024 | Journal Entry | Sales 9.2 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 5,597.88 |
| 09/03/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.16 |
| 09/03/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 5.50 |
| 09/03/2024 | Journal Entry | Sales 9.3 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 22.00 |
| 09/03/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 27.05 |
| 09/03/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 33.50 |
| 09/03/2024 | Deposit | | Venmo | Fwd: Jerry Evans paid your $531.89 request Inbox Start timer Andrew Darneille Fri, Aug 30, 11:17 PM (5 days ago) to Marcelena Transferred to TD Operating account. Credit meat cost. Team meat purchase. | 1020 TD Bank Operating | 6110 Cost of Sales:Meat Cost | 531.89 |
| 09/03/2024 | Journal Entry | Sales 9.3 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 1,866.71 |
| 09/04/2024 | Journal Entry | Sales 9.4 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 38.50 |
| 09/04/2024 | Deposit | | | DEPOSIT | 1021 TD Bank-DIP Checking | -Split- | 437.43 |
| 09/04/2024 | Journal Entry | Sales 9.4 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 1,925.28 |
| 09/05/2024 | Journal Entry | Sales 9.5 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 23.00 |
| 09/05/2024 | Journal Entry | Sales 9.5 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,408.70 |
| 09/06/2024 | Journal Entry | Sales 9.6 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 54.90 |
| 09/06/2024 | Deposit | | | Hi Marcelena, See the attached from ACPD regarding our robbery recovery. We were able to recover $1,383 in cash yesterday of the total cash loss of $2,512.00. Due to the insurance deductible being $1000, it is not worth it to pursue the $129 difference. I deposited the recovery yesterday into our TD DIP account and we should credit it to the cash over/under account, which is where we took the cash loss in April. Please let me know if you have any questions. | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 1,383.00 |
| 09/06/2024 | Journal Entry | Sales 9.6 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,646.06 |
| 09/07/2024 | Journal Entry | Sales 9.7 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 40.00 |
| 09/07/2024 | Journal Entry | Sales 9.7 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 6,979.65 |
| 09/08/2024 | Journal Entry | Sales 9.8 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 297.84 |
| 09/08/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | -Split- | 855.06 |
| 09/08/2024 | Journal Entry | Sales 9.8 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,057.61 |
| 09/08/2024 | Deposit | | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | 3,910.05 |
| 09/08/2024 | Deposit | | UberEats | | 1021 TD Bank-DIP Checking | -Split- | 5,093.47 |
| 09/09/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.16 |
| 09/09/2024 | Journal Entry | Sales 9.9 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 108.98 |
| 09/09/2024 | Journal Entry | Sales 9.9 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 8,769.51 |
| 09/10/2024 | Journal Entry | Sales 9.10 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 5.85 |
| 09/10/2024 | Journal Entry | Sales 9.10 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 33.00 |
| 09/10/2024 | Journal Entry | Sales 9.10 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,178.49 |
| 09/11/2024 | Journal Entry | Sales 9.11 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 15.30 |
| 09/11/2024 | Deposit | | | INTEREST CREDIT | 1050 TD Bank CD | 8101 Interest Income | 211.33 |
| 09/11/2024 | Journal Entry | Sales 9.11 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 500.00 |
| 09/11/2024 | Journal Entry | Sales 9.11 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,227.78 |
| 09/12/2024 | Journal Entry | Sales 9.12 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 2,000.00 |
| 09/12/2024 | Journal Entry | Sales 9.12 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,625.44 |
| 09/13/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.02 |
| 09/13/2024 | Journal Entry | Sales 9.13 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 174.00 |
| 09/13/2024 | Journal Entry | Sales 9.13 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 5,031.80 |
| 09/14/2024 | Journal Entry | Sales 9.14 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 235.00 |
| 09/14/2024 | Journal Entry | Sales 9.14 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 6,656.30 |
| 09/15/2024 | Journal Entry | Sales 9.15 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 47.00 |
| 09/15/2024 | Journal Entry | Sales 9.15 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,480.20 |
| 09/15/2024 | Deposit | | UberEats | | 1021 TD Bank-DIP Checking | -Split- | 3,567.27 |
| 09/15/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | -Split- | 3,695.49 |
| 09/15/2024 | Deposit | | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | 3,942.25 |
| 09/16/2024 | Journal Entry | Sales 9.16 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 83.00 |
| 09/16/2024 | Journal Entry | Sales 9.16 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,078.26 |
| 09/17/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 1.00 |
| 09/17/2024 | Journal Entry | Sales 9.17 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 23.00 |
| 09/17/2024 | Journal Entry | Sales 9.17 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,002.25 |
| 09/18/2024 | Journal Entry | Sales 9.18 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 118.00 |
| 09/18/2024 | Journal Entry | Sales 9.18 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,593.95 |
| 09/19/2024 | Journal Entry | Sales 9.19 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 50.00 |
| 09/19/2024 | Journal Entry | Sales 9.19 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,565.04 |
| 09/20/2024 | Journal Entry | Sales 9.20 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 91.00 |
| 09/20/2024 | Journal Entry | Sales 9.20 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 4,265.26 |
| 09/21/2024 | Journal Entry | Sales 9.21 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 166.00 |
| 09/21/2024 | Journal Entry | Sales 9.21 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 6,990.50 |
| 09/22/2024 | Journal Entry | Sales 9.22 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 130.00 |
| 09/22/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | -Split- | 2,477.78 |
| 09/22/2024 | Deposit | | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | 2,711.66 |
| 09/22/2024 | Journal Entry | Sales 9.22 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 4,496.58 |
| 09/23/2024 | Journal Entry | Sales 9.23 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 25.30 |
| 09/23/2024 | Deposit | | Square | SQUARE INC   SQ240923 | 1021 TD Bank-DIP Checking | 6110 Cost of Sales:Meat Cost | 300.07 |
| 09/23/2024 | Journal Entry | Sales 9.23 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 1,734.22 |
| 09/24/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.70 |
| 09/24/2024 | Journal Entry | Sales 9.24 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 17.00 |
| 09/24/2024 | Deposit | | UberEats | | 1021 TD Bank-DIP Checking | -Split- | 2,854.31 |
| 09/24/2024 | Journal Entry | Sales 9.24 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,882.54 |
| 09/25/2024 | Deposit | | | VISA DDA REF - 469216  METRO MEAT SEA       888 264 7647 * MD | 1021 TD Bank-DIP Checking | 6230 Cost of Sales:Bottled Beer Cost | 848.40 |
| 09/25/2024 | Journal Entry | Sales 9.25 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,247.38 |
| 09/26/2024 | Journal Entry | Sales 9.26 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 101.10 |
| 09/26/2024 | Journal Entry | Sales 9.26 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,525.14 |
| 09/27/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 19.90 |
| 09/27/2024 | Deposit | | Amazon | VISA DDA REF - 401134  AMAZON MARK RK2D32PU1  HTTPSAMAZON C * WA | 1021 TD Bank-DIP Checking | 7110 B. Controllable Expenses:Operating Supplies F&B | 24.91 |
| 09/27/2024 | Journal Entry | Sales 9.27 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 42.85 |
| 09/27/2024 | Journal Entry | Sales 9.27 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,821.96 |
| 09/28/2024 | Journal Entry | Sales 9.28 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 1,041.27 |
| 09/28/2024 | Journal Entry | Sales 9.28 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 8,446.80 |
| 09/28/2024 | Journal Entry | Sales 9.28 | | Square | 1021 TD Bank-DIP Checking | -Split- | 13,957.09 |
| 09/29/2024 | Journal Entry | Sales 9.29 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 26.35 |
| 09/29/2024 | Journal Entry | JE 9.29 clr bank rec | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | 61.86 |
| 09/29/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | -Split- | 1,382.85 |
| 09/29/2024 | Deposit | | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | 3,130.97 |
| 09/29/2024 | Deposit | | UberEats | | 1021 TD Bank-DIP Checking | -Split- | 3,379.53 |
| 09/29/2024 | Journal Entry | Sales 9.29 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 4,754.46 |
| 09/30/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.15 |
| 09/30/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 2.73 |
| 09/30/2024 | Journal Entry | Sales 9.30 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,843.37 |
| | | | | | | | $ 189,653.03 |