**Smokecraft Clarendon LLC**
**MOR Exhibit D - Withdrawal Transaction Report**

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount |
|------|------------------|-----|------|------------------|-------|--------|
| 09/01/2024 | Journal Entry | MI13805ME | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | -204.80 |
| 09/01/2024 | Journal Entry | MI13877ME | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -52.87 |
| 09/01/2024 | Expense | | Network Solutions | FL | 1021 TD Bank-DIP Checking | Advertising and | -11.99 |
| 09/02/2024 | Journal Entry | MI13810ME | | Vendor: Trader Joe's | 1021 TD Bank-DIP Checking | -Split- | -14.59 |
| 09/02/2024 | Journal Entry | MI13809ME | | Vendor: Trader Joe's | 1021 TD Bank-DIP Checking | -Split- | -2.01 |
| 09/03/2024 | Bill Payment (Check) | | Motleys Asset Disposition Group | | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,600.00 |
| 09/03/2024 | Expense | | marginedge | | 1021 TD Bank-DIP Checking | Payable (A/P) | -300.00 |
| 09/03/2024 | Bill Payment (Check) | 5041 | ALSCO | Invoice Numbers: LALE1109646 | 1021 TD Bank-DIP Checking | Payable (A/P) | -205.95 |
| 09/03/2024 | Expense | | Amazon | VISA DDA PUR AP - 401134   AMAZON MARK  RK2D32PU1   HTTPSAMAZON C * WA | 1021 TD Bank-DIP Checking | Controllable | -24.91 |
| 09/03/2024 | Expense | | Toast Inc. | TOAST, INC   TOAST, INC | 1021 TD Bank-DIP Checking | & | -16.24 |
| 09/04/2024 | Bill Payment (Check) | ACH | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -4,831.27 |
| 09/05/2024 | Bill Payment (Check) | EFT | Parlxx Master Merchant, LC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -200.00 |
| 09/06/2024 | Expense | | Arlington County Treasurer | ARLINGTON COUNTY ARLCO PMT | 1021 TD Bank-DIP Checking | Other | -9,846.60 |
| 09/06/2024 | Journal Entry | metro Meats | | Vendor: Buckhead Meat & Seafood/Metropolitan Meats | 1021 TD Bank-DIP Checking | -Split- | -972.61 |
| 09/06/2024 | Bill Payment (Check) | 5042 | TriMark Adams-Burch | Invoice Numbers: 6457831-00 | 1021 TD Bank-DIP Checking | Payable (A/P) | -971.97 |
| 09/06/2024 | Journal Entry | MI13878ME | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | -639.78 |
| 09/06/2024 | Expense | | Arlington Chamber of Commerce | ARLINGTON CHAMBE ACH | 1021 TD Bank-DIP Checking | & | -48.00 |
| 09/06/2024 | Journal Entry | MI13878ME | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -28.28 |
| 09/06/2024 | Expense | | Toast Inc. | TOAST, INC.   20240831-3 | 1021 TD Bank-DIP Checking | & | -14.83 |
| 09/06/2024 | Expense | | | | 1021 TD Bank-DIP Checking | -Split- | -1.89 |
| 09/07/2024 | Journal Entry | MI13880ME | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | Controllable | -0.50 |
| 09/08/2024 | Journal Entry | Payroll 8.26-9-08 | | DD+ payroll fee | 1021 TD Bank-DIP Checking | -Split- | -15.85 |
| 09/08/2024 | Journal Entry | Payroll 8.26-9-08 | | taxes - GL Report Summary | 1021 TD Bank-DIP Checking | -Split- | -16,242.57 |
| 09/08/2024 | Journal Entry | Payroll 8.26-9-08 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -6,268.18 |
| 09/08/2024 | Journal Entry | Payroll 8.26-9-08 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -4,493.28 |
| 09/08/2024 | Journal Entry | Payroll 8.26-9-08 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -1,310.06 |
| 09/08/2024 | Journal Entry | Payroll 8.26-9-08 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -936.56 |
| 09/08/2024 | Journal Entry | Payroll 8.26-9-08 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -722.30 |
| 09/08/2024 | Journal Entry | Payroll 8.26-9-08 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -635.11 |
| 09/08/2024 | Journal Entry | Payroll 8.26-9-08 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -630.72 |
| 09/08/2024 | Journal Entry | Payroll 8.26-9-08 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -540.83 |
| 09/08/2024 | Journal Entry | Payroll 8.26-9-08 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -372.44 |
| 09/08/2024 | Journal Entry | MI13879ME | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -10.59 |
| 09/09/2024 | Bill Payment (Check) | 5043 | M.A. Stockstill Co. | Smokecraft | 1021 TD Bank-DIP Checking | Payable (A/P) | -2,140.46 |
| 09/09/2024 | Journal Entry | MI13844ME | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | -923.60 |
| 09/09/2024 | Bill Payment (Check) | | Bowie Produce | | 1021 TD Bank-DIP Checking | Payable (A/P) | -721.00 |
| 09/09/2024 | Expense | | Lyon Bakery | | 1021 TD Bank-DIP Checking | Payable (A/P) | -619.19 |
| 09/09/2024 | Expense | | Toast Inc. | TOAST, INC   TOAST, INC | 1021 TD Bank-DIP Checking | & | -389.75 |
| 09/09/2024 | Bill Payment (Check) | | Fourth Enterprises, LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -136.96 |
| 09/09/2024 | Expense | | Amazon | VISA DDA PUR AP - 401134   AMAZON RETA  Z70JM56W0   WWW.AMAZON CO * WA | 1021 TD Bank-DIP Checking | Controllable | -43.34 |
| 09/09/2024 | Journal Entry | MI13879ME | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -33.36 |
| 09/09/2024 | Expense | | Amazon | VISA DDA PUR AP - 401134   AMAZON MARK  ZT1X21WW2   HTTPSAMAZON C * WA | 1021 TD Bank-DIP Checking | Controllable | -19.81 |
| 09/10/2024 | Bill Payment (Check) | | ULINE INC. | | 1021 TD Bank-DIP Checking | Payable (A/P) | -316.41 |
| 09/10/2024 | Bill Payment (Check) | 5044 | ALSCO | Invoice Numbers: LALE1110713 | 1021 TD Bank-DIP Checking | Payable (A/P) | -205.95 |
| 09/10/2024 | Journal Entry | MI13862ME | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | -78.42 |
| 09/10/2024 | Journal Entry | MI13881ME | | Vendor: Craigslist | 1021 TD Bank-DIP Checking | -Split- | -45.00 |
| 09/10/2024 | Journal Entry | MI13870ME | | Vendor: Christophers Glen Echo | 1021 TD Bank-DIP Checking | -Split- | -41.41 |
| 09/10/2024 | Journal Entry | MI13879ME | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -38.58 |
| 09/10/2024 | Expense | | Amazon | VISA DDA PUR AP - 401134   AMAZON MARK  ZT9AE6WY1   HTTPSAMAZON C * WA | 1021 TD Bank-DIP Checking | Controllable | -38.58 |
| 09/11/2024 | Bill Payment (Check) | EFT | Comcast (EFT) | 8299610252892194 | 1021 TD Bank-DIP Checking | Payable (A/P) | -687.91 |
| 09/11/2024 | Bill Payment (Check) | | Republic National | | 1021 TD Bank-DIP Checking | Payable (A/P) | -439.56 |
| 09/11/2024 | Bill Payment (Check) | EFT06450340 | Specialty Beverage | Invoice Numbers: 341401 | 1021 TD Bank-DIP Checking | Payable (A/P) | -200.00 |
| 09/11/2024 | Bill Payment (Check) | EFT610322568 | Specialty Beverage | Invoice Numbers: 341400 | 1021 TD Bank-DIP Checking | Payable (A/P) | -189.00 |
| 09/11/2024 | Journal Entry | MI13922ME | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -26.45 |
| 09/12/2024 | Bill Payment (Check) | AM briggs | Andrew Darnelle | Expense Report | 1021 TD Bank-DIP Checking | Payable (A/P) | -2,327.37 |
| 09/12/2024 | Journal Entry | AM briggs | | Vendor: Buckhead Meat & Seafood/Metropolitan Meats | 1021 TD Bank-DIP Checking | -Split- | -1,320.65 |
| 09/12/2024 | Journal Entry | MI13666ME | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | -853.90 |
| 09/12/2024 | Journal Entry | MI13891ME | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | -313.91 |
| 09/12/2024 | Journal Entry | MI13906ME | | Vendor: Matchimg | 1021 TD Bank-DIP Checking | -Split- | -285.00 |
| 09/12/2024 | Bill Payment (Check) | | Maya Loney | Invoice Numbers: ME5047 | 1021 TD Bank-DIP Checking | Payable (A/P) | -246.00 |
| 09/13/2024 | Expense | | AM Briggs INC dba Metropolitan Meat, Seafood & Poultry | VISA DDA PUR AP - 469216   METRO MEAT SEA   888 264 7647 * MD | 1021 TD Bank-DIP Checking | Sales Meat Cost | -1,429.85 |
| 09/13/2024 | Bill Payment (Check) | 5048 | TriMark Adams-Burch | Invoice Numbers: 6460194-00 | 1021 TD Bank-DIP Checking | Payable (A/P) | -852.47 |
| 09/13/2024 | Journal Entry | MI13921ME | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -31.78 |
| 09/13/2024 | Journal Entry | MI13920ME | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -24.37 |
| 09/15/2024 | Bill Payment (Check) | EFT06450341 | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -6,800.28 |
| 09/15/2024 | Journal Entry | MI13919ME | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -52.87 |
| 09/16/2024 | Bill Payment (Check) | | Finance A La Carte LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -2,500.00 |
| 09/16/2024 | Bill Payment (Check) | ACH | Erie Insurance Group | 3251278 | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,016.48 |
| 09/16/2024 | Bill Payment (Check) | | Bowie Produce | | 1021 TD Bank-DIP Checking | Payable (A/P) | -953.75 |
| 09/16/2024 | Bill Payment (Check) | 5049 | AM Briggs INC dba Metropolitan Meat, Seafood & Poultry | Invoice Numbers: 1854405 | 1021 TD Bank-DIP Checking | Payable (A/P) | -780.05 |
| 09/16/2024 | Bill Payment (Check) | | Lyon Bakery | | 1021 TD Bank-DIP Checking | Payable (A/P) | -408.60 |
| 09/16/2024 | Bill Payment (Check) | | Logan Food Company | | 1021 TD Bank-DIP Checking | Payable (A/P) | -127.50 |
| 09/17/2024 | Bill Payment (Check) | 5050 | ALSCO | Invoice Numbers: LALE1111758 | 1021 TD Bank-DIP Checking | Payable (A/P) | -205.95 |
| 09/17/2024 | Expense | | Toast Inc. | TOAST        CHB SEP 16 | 1021 TD Bank-DIP Checking | Controllable | -91.30 |
| 09/17/2024 | Check | 5045 | Employee Payroll | hostile work environment around other staff. I've written a manual check for his work this week | 1021 TD Bank-DIP Checking | Other | -69.81 |
| 09/17/2024 | Journal Entry | MI13942ME | | Vendor: Dropbox | 1021 TD Bank-DIP Checking | -Split- | -54.00 |
| 09/17/2024 | Journal Entry | MI13035ME | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -26.42 |
| 09/18/2024 | Bill Payment (Check) | ACH | Washington Gas | | 1021 TD Bank-DIP Checking | Payable (A/P) | -634.91 |
| 09/19/2024 | Journal Entry | MI13945ME | | Vendor: ULINE | 1021 TD Bank-DIP Checking | -Split- | -316.41 |
| 09/19/2024 | Expense | | Network Solutions | VISA DDA PUR AP - 490641   WEB NETWORKSOLUTION   888 6429675   * FL | 1021 TD Bank-DIP Checking | Advertising and | -58.16 |
| 09/19/2024 | Expense | | Toast Inc. | | 1021 TD Bank-DIP Checking | & | -21.70 |
| 09/20/2024 | Bill Payment (Check) | 5052 | AM Briggs INC dba Metropolitan Meat, Seafood & Poultry | Invoice Numbers: 1856082 | 1021 TD Bank-DIP Checking | Payable (A/P) | -827.71 |
| 09/20/2024 | Bill Payment (Check) | 5051 | TriMark Adams-Burch | Invoice Numbers: 6462108-00 | 1021 TD Bank-DIP Checking | Payable (A/P) | -518.78 |
| 09/20/2024 | Journal Entry | MI13960ME | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | -390.90 |
| 09/20/2024 | Expense | | Intuit Inc. | | 1020 TD Bank Operating | & | -85.20 |
| 09/20/2024 | Journal Entry | MI14079ME | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -10.06 |
| 09/21/2024 | Expense | | Amazon | VISA DDA PUR AP - 469216   AMAZON MKTPL T23XY9VY3   AMZN COM BILL * WA | 1021 TD Bank-DIP Checking | Controllable | -8.47 |
| 09/21/2024 | Journal Entry | MI13961ME | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | -626.00 |
| 09/21/2024 | Bill Payment (Check) | 5053 | Emily Rankin | Invoice Numbers: ME5053 | 1021 TD Bank-DIP Checking | Payable (A/P) | -540.00 |
| 09/22/2024 | Journal Entry | Payroll JE 9-9-22 | | DD+ payroll fee | 1021 TD Bank-DIP Checking | -Split- | -17,797.69 |
| 09/22/2024 | Journal Entry | Payroll JE 9-9-22 | | taxes - GL Report Summary | 1021 TD Bank-DIP Checking | & | -6,824.06 |
| 09/22/2024 | Journal Entry | Payroll JE 9-9-22 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -4,297.88 |
| 09/22/2024 | Journal Entry | Payroll JE 9-9-22 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -1,253.37 |
| 09/22/2024 | Journal Entry | Payroll JE 9-9-22 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -845.53 |
| 09/22/2024 | Journal Entry | Payroll JE 9-9-22 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -680.29 |
| 09/22/2024 | Journal Entry | Payroll JE 9-9-22 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -638.93 |
| 09/22/2024 | Journal Entry | Payroll JE 9-9-22 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -553.29 |
| 09/22/2024 | Journal Entry | Payroll JE 9-9-22 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -362.56 |
| 09/22/2024 | Journal Entry | MI13973ME | | Vendor: TheBBQSuperStore | 1021 TD Bank-DIP Checking | -Split- | -92.98 |
| 09/22/2024 | Journal Entry | MI13974ME | | Vendor: Canva | 1021 TD Bank-DIP Checking | -Split- | -14.99 |
| 09/22/2024 | Journal Entry | MI13967ME | | Vendor: Trader Joe's | 1021 TD Bank-DIP Checking | -Split- | -9.06 |
| 09/23/2024 | Expense | | Arlington County Treasurer | ARLINGTON COUNTY ARLCO PMT | 1021 TD Bank-DIP Checking | Payable | -7,356.52 |
| 09/23/2024 | Bill Payment (Check) | ACH | Dominion Energy Virginia | | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,719.23 |

| Date | Transaction Type | Num | Name | Memo/Description | | | Account | Split | Amount |
|------|------------------|-----|------|-----------------|---|---|---------|-------|--------|
| 09/23/2024 | Journal Entry | M13975ME | | Vendor: Restaurant Depot | | | 1021 TD Bank-DIP Checking | -Split- | -806.49 |
| 09/23/2024 | Bill Payment (Check) | | Lyon Bakery | | | | 1021 TD Bank-DIP Checking | Payable (A/P) | -534.71 |
| 09/23/2024 | Bill Payment (Check) | | Magnolia Plumbing | | | | 1021 TD Bank-DIP Checking | Payable (A/P) | -487.00 |
| 09/23/2024 | Bill Payment (Check) | | Bowie Produce | | | | 1021 TD Bank-DIP Checking | Payable (A/P) | -429.00 |
| 09/23/2024 | Bill Payment (Check) | | Roberts Oxygen Company, Inc. | | | | 1021 TD Bank-DIP Checking | Payable (A/P) | -153.56 |
| 09/23/2024 | Journal Entry | M13980ME | | Vendor: Quick Books | | | 1021 TD Bank-DIP Checking | -Split- | -93.75 |
| 09/23/2024 | Expense | | Amazon | VISA DDA PUR AP - 469216 | AMAZON MKTPL N45W95VN3 | AMZN COM BILL * WA | 1021 TD Bank-DIP Checking | Controllable | -10.06 |
| 09/24/2024 | Expense | | VA Department of Taxation | VA DEPT TAXATION TAX PAYMEN | | | 1021 TD Bank-DIP Checking | Payable | -9,834.39 |
| 09/24/2024 | Bill Payment (Check) | ACH | Reinhart Food Service (PFG) | | | | 1021 TD Bank-DIP Checking | Payable (A/P) | -5,162.52 |
| 09/24/2024 | Expense | | AM Briggs INC dba Metropolitan Meat, Seafood & Poultry | VISA DDA PUR AP - 469216   METRO MEAT SEA | 888 264 7647 * MD | | 1021 TD Bank-DIP Checking | Sales Bottled | -848.40 |
| 09/24/2024 | Bill Payment (Check) | 5054 | ALSCO | Invoice Numbers: LALE1112814 | | | 1021 TD Bank-DIP Checking | Payable (A/P) | -205.95 |
| 09/25/2024 | Journal Entry | M13998ME | | Vendor: DC Rental | | | 1021 TD Bank-DIP Checking | -Split- | -190.14 |
| 09/25/2024 | Expense | | State Farm | VISA DDA PUR AP - 494300   STATE FARM  INSURANCE | 800 956 6310 * IL | | 1021 TD Bank-DIP Checking | & | -182.34 |
| 09/25/2024 | Journal Entry | M13997ME | | Vendor: Giant | | | 1021 TD Bank-DIP Checking | -Split- | -4.94 |
| 09/26/2024 | Journal Entry | M14080ME | | Vendor: Amazon.com | | | 1021 TD Bank-DIP Checking | -Split- | -43.34 |
| 09/26/2024 | Journal Entry | M14078ME | | Vendor: Amazon.com | | | 1021 TD Bank-DIP Checking | -Split- | -40.35 |
| 09/27/2024 | Bill Payment (Check) | | Reinhart Food Service (PFG) | | | | 1021 TD Bank-DIP Checking | Payable (A/P) | -3,971.58 |
| 09/27/2024 | Bill Payment (Check) | | Motleys Asset Disposition Group | | | | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,600.00 |
| 09/27/2024 | Bill Payment (Check) | | Capital Bank | | | | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,500.00 |
| 09/27/2024 | Bill Payment (Check) | 5056 | TriMark Adams-Burch | Invoice Numbers: 6464192-00 | | | 1021 TD Bank-DIP Checking | Payable (A/P) | -951.02 |
| 09/27/2024 | Journal Entry | M14008ME | | Vendor: Restaurant Depot | | | 1021 TD Bank-DIP Checking | -Split- | -816.58 |
| 09/27/2024 | Bill Payment (Check) | 5057 | AM Briggs INC dba Metropolitan Meat, Seafood & Poultry | Invoice Numbers: 1858262 | | | 1021 TD Bank-DIP Checking | Payable (A/P) | -809.85 |
| 09/27/2024 | Bill Payment (Check) | | Premium Distributors | | | | 1021 TD Bank-DIP Checking | Payable (A/P) | -703.11 |
| 09/27/2024 | Journal Entry | M14009ME | | Vendor: Virginia ABC | | | 1021 TD Bank-DIP Checking | -Split- | -598.78 |
| 09/27/2024 | Bill Payment (Check) | | Lyon Bakery | | | | 1021 TD Bank-DIP Checking | Payable (A/P) | -471.04 |
| 09/27/2024 | Bill Payment (Check) | | Open Table Inc. ACH | | | | 1021 TD Bank-DIP Checking | Payable (A/P) | -360.00 |
| 09/27/2024 | Expense | | Amazon | VISA DDA PUR AP - 401134   AMAZON RETA  RP2IO04R3 | WWW AMAZON CO * WA | | 1021 TD Bank-DIP Checking | Controllable | -43.34 |
| 09/27/2024 | Expense | | Amazon | VISA DDA PUR AP - 469216   AMAZON MKTPL 298XL7QT3 | AMZN COM BILL * WA | | 1021 TD Bank-DIP Checking | Controllable | -40.35 |
| 09/28/2024 | Journal Entry | M14011ME | | Vendor: Giant | | | 1021 TD Bank-DIP Checking | -Split- | -44.97 |
| 09/30/2024 | Bill Payment (Check) | | KBS III 3003 Washington LLC | | | | 1021 TD Bank-DIP Checking | Payable (A/P) | -18,357.64 |
| 09/30/2024 | Expense | | Amazon | VISA DDA PUR AP - 469216   AMZN MKTP US H77R1BC3 | AMZN COM BILL * WA | | 1021 TD Bank-DIP Checking | Controllable | -82.22 |
| 09/30/2024 | Expense | | Adobe Inc. | VISA DDA PUR AP - 403629   ADOBE   ADOBE | 408 536 6000 * CA | | 1021 TD Bank-DIP Checking | & | -21.19 |
| 09/30/2024 | Expense | | | | | | 1021 TD Bank-DIP Checking | Controllable | -0.35 |
| 08/30/2024 | Bill Payment (Check) | | Lyon Bakery | | | | 1021 TD Bank-DIP Checking | Payable (A/P) | -296.90 |
| 08/30/2024 | Bill Payment (Check) | | Bowie Produce | | | | 1021 TD Bank-DIP Checking | Payable (A/P) | -267.75 |
| 08/30/2024 | Bill Payment (Check) | | Premium Distributors | | | | 1021 TD Bank-DIP Checking | Payable (A/P) | -256.35 |
| 08/31/2024 | Journal Entry | M13793ME | | Vendor: Restaurant Depot | | | 1021 TD Bank-DIP Checking | -Split- | -248.67 |
| 08/31/2024 | Journal Entry | M13794ME | | Vendor: Giant | | | 1021 TD Bank-DIP Checking | -Split- | -18.01 |

$ (176,982.06)