## Smokecraft Clarendon LLC
### Vendor Balance Detail
As of September 30, 2024

| | Date | Transaction Type | Num | Due Date | Amount | Open Balance | |
|---|---|---|---|---|---|---|---|
| **AM Briggs INC dba Metropolitan Meat, Seafood & Poulty** | | | | | | | |
| | 09/27/2024 | Bill | 1858437 | 10/18/2024 | 125.53 | 125.53 | Paid Ck 5058; Cleared 10/1/24 |
| **Total for AM Briggs INC dba Metropolitan Meat, Seafood & Poulty** | | | | | $ 125.53 | $ 125.53 | |
| **BFPE International** | | | | | | | |
| | 09/24/2024 | Bill | 3114556 | 10/04/2024 | 505.80 | 505.80 | |
| **Total for BFPE International** | | | | | $ 505.80 | $ 505.80 | |
| **Bowie Produce** | | | | | | | |
| | 09/20/2024 | Bill | 5423404 | 10/11/2024 | 500.75 | 500.75 | |
| | 09/21/2024 | Bill | 5423574 | 10/12/2024 | 24.00 | 24.00 | |
| | 09/25/2024 | Bill | 5423975 | 10/16/2024 | 346.00 | 346.00 | |
| | 09/27/2024 | Bill | 5424211 | 10/18/2024 | 671.75 | 671.75 | |
| **Total for Bowie Produce** | | | | | $ 1,542.50 | $ 1,542.50 | |
| **Comcast (EFT)** | | | | | | | |
| | 09/19/2024 | Bill | | 10/11/2024 | 687.91 | 687.91 | Auto Pay; Drawn 10/11/24 |
| **Total for Comcast (EFT)** | | | | | $ 687.91 | $ 687.91 | |
| **Dominion Energy Virginia** | | | | | | | |
| | 09/26/2024 | Bill | 800890527868 | 10/22/2024 | 2,160.28 | 2,160.28 | Scheduled |
| **Total for Dominion Energy Virginia** | | | | | $ 2,160.28 | $ 2,160.28 | |
| **Erie Insurance Group** | | | | | | | |
| | 09/24/2024 | Bill | | 10/15/2024 | 1,359.48 | 1,359.48 | |
| **Total for Erie Insurance Group** | | | | | $ 1,359.48 | $ 1,359.48 | |
| **Finance A La Carte LLC** | | | | | | | |
| | 09/29/2024 | Bill | 2621 | 09/29/2024 | 2,500.00 | 2,500.00 | |
| **Total for Finance A La Carte LLC** | | | | | $ 2,500.00 | $ 2,500.00 | |
| **Google LLC** | | | | | | | |
| | 09/30/2024 | Bill | 5075196681 | 09/30/2024 | 15.26 | 15.26 | |
| **Total for Google LLC** | | | | | $ 15.26 | $ 15.26 | |
| **GWWC, LLC** | | | | | | | |
| | 09/18/2024 | Bill | 10509 | 09/18/2024 | 1,000.00 | 1,000.00 | |
| **Total for GWWC, LLC** | | | | | $ 1,000.00 | $ 1,000.00 | |
| **Logan Food Company** | | | | | | | |
| | 09/21/2024 | Bill | 152272 | 10/21/2024 | 127.50 | 127.50 | |
| **Total for Logan Food Company** | | | | | $ 127.50 | $ 127.50 | |
| **Lyon Bakery** | | | | | | | |
| | 09/25/2024 | Bill | 1858653 | 10/15/2024 | 46.71 | 8.41 | |
| | 09/26/2024 | Bill | 1859345 | 10/15/2024 | 51.01 | 51.01 | |
| | 09/27/2024 | Bill | 1859995 | 10/15/2024 | 47.78 | 47.78 | |
| | 09/28/2024 | Bill | 1860168 | 10/15/2024 | 470.16 | 470.16 | |
| | 09/28/2024 | Bill | 1860614 | 10/15/2024 | 113.20 | 113.20 | |
| | 09/30/2024 | Bill | 1861268 | 10/15/2024 | 47.66 | 47.66 | |
| **Total for Lyon Bakery** | | | | | $ 776.52 | $ 738.22 | |
| **M.A. Stockstill Co.** | | | | | | | |
| | 09/14/2024 | Bill | 25021 | 09/14/2024 | 220.00 | 220.00 | Paid Ck 5055; Cleared 10/1/24 |
| **Total for M.A. Stockstill Co.** | | | | | $ 220.00 | $ 220.00 | |
| **Magnolia Plumbing** | | | | | | | |
| | 08/31/2024 | Bill | 346540 | 9/30/2024 | 487.00 | 487.00 | |
| | 08/31/2024 | Bill | 346196 | 9/30/2024 | 255.00 | 255.00 | |
| | 09/30/2024 | Bill | 347170 | 10/30/2024 | 632.84 | 632.84 | |
| | 09/30/2024 | Bill | 347301 | 10/30/2024 | 524.42 | 524.42 | |
| **Total for Magnolia Plumbing** | | | | | $ 1,899.26 | $ 1,899.26 | |
| **MtoM Consulting, LLC** | | | | | | | |
| | 09/01/2024 | Bill | 4638 | 09/16/2024 | 30.00 | 30.00 | |
| **Total for MtoM Consulting, LLC** | | | | | $ 30.00 | $ 30.00 | |
| **Parkx Master Merchant, LC** | | | | | | | |
| | 09/18/2024 | Bill | 122891 | 10/1/2024 | 200.00 | 200.00 | Auto Pay; Drawn 10/7/24 |
| **Total for Parkx Master Merchant, LC** | | | | | $ 200.00 | $ 200.00 | |
| **Pest Management Services, Inc.** | | | | | | | |
| | 09/27/2024 | Bill | 41579812 | 10/27/2024 | 85.00 | 85.00 | |
| **Total for Pest Management Services, Inc.** | | | | | $ 85.00 | $ 85.00 | |
| **Reinhart Food Service (PFG)** | | | | | | | |
| | 09/20/2024 | Bill | 5037892 | 10/05/2024 | 5,907.81 | 5,907.81 | |
| | 09/25/2024 | Bill | 5041079 | 10/10/2024 | 7,610.91 | 7,610.91 | |
| **Total for Reinhart Food Service (PFG)** | | | | | $ 13,518.72 | $ 13,518.72 | |
| **Roberts Oxygen Company, Inc.** | | | | | | | |
| | 09/23/2024 | Bill | 129651 | 09/23/2024 | 130.08 | 130.08 | |
| | 09/30/2024 | Bill | L59977 | 09/30/2024 | 221.96 | 221.96 | |
| | 09/30/2024 | Bill | L72877 | 09/30/2024 | 153.56 | 153.56 | |
| **Total for Roberts Oxygen Company, Inc.** | | | | | $ 505.60 | $ 505.60 | |
| **Safety First Services** | | | | | | | |
| | 09/30/2024 | Bill | 12461805 | 09/30/2024 | 1,050.00 | 1,050.00 | |
| **Total for Safety First Services** | | | | | $ 1,050.00 | $ 1,050.00 | |
| **Toast Inc.** | | | | | | | |
| | 05/10/2024 | Bill | INV4562080 | 05/10/2024 | 389.75 | 389.75 | Auto-draw - no reply from Toast as to why this bill remains undrawn |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 09/30/2024 | Bill | INV5336770 | 09/30/2024 | 11.84 | 11.84 | Auto Draw; Drawn 10/3/24 |
| **Total for Toast Inc.** | | | | | $ 401.59 | $ 401.59 | |
| **TriMark Adams-Burch** | | | | | | | |
| | 09/27/2024 | Bill | 5942121-53 | 10/27/2024 | 274.54 | 274.54 | |
| | 09/27/2024 | Bill | 5952957-52 | 10/27/2024 | 115.54 | 115.54 | |
| **Total for TriMark Adams-Burch** | | | | | $ 390.08 | $ 390.08 | |
| **VRA Cleaning Services LLC** | | | | | | | |
| | 09/12/2024 | Bill | 1301 | 09/26/2024 | 3,680.00 | 3,680.00 | |
| **Total for VRA Cleaning Services LLC** | | | | | $ 3,680.00 | $ 3,680.00 | |
| **Washington Gas** | | | | | | | |
| | 09/27/2024 | Bill | | 10/21/2024 | 667.62 | 667.62 | Scheduled |
| **Total for Washington Gas** | | | | | $ 667.62 | $ 667.62 | |
| **Virginia Meals Tax** | | | | | | | |
| | 9/30/2024 | | | 10/21/2024 | 15,745.53 | 15,745.53 | |
| **Total for Virginia Meals Tax** | | | | | $ 15,745.53 | $ 15,745.53 | |
| **Employee Tips** | | | | | | | |
| | | | | 10/11/2024 | 6,074.14 | 6,074.14 | |
| **Total for Employee Tips** | | | | | $ 6,074.14 | $ 6,074.14 | |
| **TOTAL** | | | | | $ 55,268.32 | $ 55,230.02 | |

Saturday, Oct 19, 2024 10:00:33 AM GMT-7