SMALL BUSINESS MOR – SMOKECRAFT CLARENDON LLC
Sep-24
EXHIBIT F

**Receivables**

| | | |
|---|---|---|
| UberEats | $ | 3,379.53 |
| DoorDash | $ | 3,130.97 |
| ezCater | $ | 1,382.85 |
| Toast CC Transactions | $ | 4,754.46 |
| Daily Cash Deposits | $ | - |
| **Total** | **$** | **12,647.81** |