

Available Balance

## $1,038.70

Today's Beginning Balance         **$66,038.70**

Pending

| Date | Type | Description | Credit | Balance |
|---|---|---|---|---|
| PENDING | | | | |
| 8/1/2019 | DEBIT | Pending Verification | -$65,000.00 | Pending |
| ACCOUNT HISTORY | | | | |
| 9/11/2024 | INT | INTEREST CREDIT | $211.33 | $66,038.70 |