

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G
3003 WASHINGTON BLVD STE 101
ARLINGTON VA  22201-2194

Page: 1 of 9
Statement Period: Sep 01 2024-Sep 30 2024
Cust Ref #: 1664-039-T-###
Primary Account #: 1664

## Chapter 11 Checking

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Account # 1664

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 7,598.50 | Average Collected Balance | 14,069.91 |
| Deposits | 8,128.43 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 177,408.33 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 25,939.83 | Days in Period | 30 |
| Electronic Payments | 145,388.85 | | |
| Ending Balance | 21,806.58 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | DEPOSIT | 457.00 |
| 09/03 | DEPOSIT | 273.00 |
| 09/03 | DEPOSIT | 112.00 |
| 09/03 | DEPOSIT | 60.00 |
| 09/03 | DEPOSIT | 28.00 |
| 09/04 | DEPOSIT | 1,383.00 |
| 09/04 | DEPOSIT | 437.43 |
| 09/04 | DEPOSIT | 22.00 |
| 09/06 | DEPOSIT | 38.00 |
| 09/06 | DEPOSIT | 23.00 |
| 09/09 | DEPOSIT | 298.00 |
| 09/09 | DEPOSIT | 10.00 |
| 09/13 | DEPOSIT | 2,000.00 |
| 09/13 | DEPOSIT | 500.00 |
| 09/13 | DEPOSIT | 109.00 |
| 09/13 | DEPOSIT | 33.00 |
| 09/17 | DEPOSIT | 235.00 |
| 09/17 | DEPOSIT | 174.00 |
| 09/17 | DEPOSIT | 83.00 |
| 09/17 | DEPOSIT | 48.00 |
| 09/23 | DEPOSIT | 118.00 |
| 09/23 | DEPOSIT | 91.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 9

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance    21,806.58
② Total Deposits    +
③ Sub Total
④ Total Withdrawals    -
⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**



STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

| | |
|---|---|
| Page: | 3 of 9 |
| Statement Period: | Sep 01 2024-Sep 30 2024 |
| Cust Ref #: | 1664-039-T-### |
| Primary Account #: | 1664 |

## DAILY ACCOUNT ACTIVITY

**Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/23 | DEPOSIT | 23.00 |
| 09/24 | DEPOSIT | 166.00 |
| 09/24 | DEPOSIT | 130.00 |
| 09/24 | DEPOSIT | 26.00 |
| 09/27 | DEPOSIT | 121.00 |
| 09/27 | DEPOSIT | 17.00 |
| 09/30 | DEPOSIT | 1,044.00 |
| 09/30 | DEPOSIT | 43.00 |
| 09/30 | DEPOSIT | 26.00 |
| | Subtotal: | 8,128.43 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | CCD DEPOSIT, TOAST DEP SEP 02 ****395300OP9UV | 5,792.15 |
| 09/03 | CCD DEPOSIT, TOAST DEP SEP 01 ****395300ONZV6 | 5,184.56 |
| 09/03 | CCD DEPOSIT, TOAST DEP AUG 31 ****395300OMM6J | 3,674.35 |
| 09/03 | CCD DEPOSIT, TOAST DEP AUG 30 ****395300OL8BA | 2,887.19 |
| 09/04 | CCD DEPOSIT, TOAST DEP SEP 03 ****395300OQDCR | 5,597.88 |
| 09/04 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT 04UCO7IQVRVM98G | 4,125.14 |
| 09/04 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84606198368 | 1,057.36 |
| 09/05 | CCD DEPOSIT, TOAST DEP SEP 04 ****395300ORFUP | 1,866.71 |
| 09/06 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-K7J2Y7U6N8S5 | 3,348.48 |
| 09/06 | CCD DEPOSIT, TOAST DEP SEP 05 ****395300OSPIB | 1,925.28 |
| 09/09 | CCD DEPOSIT, TOAST DEP SEP 08 ****395300OWT28 | 6,979.65 |
| 09/09 | CCD DEPOSIT, TOAST DEP SEP 07 ****395300OVFB6 | 3,646.06 |
| 09/09 | CCD DEPOSIT, TOAST DEP SEP 06 ****395300OU1V4 | 2,408.70 |
| 09/10 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT 68PUEUUFZSD7W9B | 5,093.47 |
| 09/10 | CCD DEPOSIT, TOAST DEP SEP 09 ****395300OY3HQ | 3,057.61 |
| 09/11 | CCD DEPOSIT, TOAST DEP SEP 10 ****395300OZ9IA | 8,769.51 |
| 09/11 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84616374293 | 855.06 |
| 09/12 | CCD DEPOSIT, TOAST DEP SEP 11 ****395300P0FMV | 3,178.49 |
| 09/13 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-K3E6W5R5A2F5 | 3,910.05 |
| 09/13 | CCD DEPOSIT, TOAST DEP SEP 12 ****395300P1PHQ | 3,227.78 |
| 09/16 | CCD DEPOSIT, TOAST DEP SEP 15 ****395300P5SOC | 6,656.30 |
| 09/16 | CCD DEPOSIT, TOAST DEP SEP 14 ****395300P4F1F | 5,031.80 |
| 09/16 | CCD DEPOSIT, TOAST DEP SEP 13 ****395300P31VW | 3,625.44 |
| 09/17 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT 2G0EXGDY43A6YXJ | 3,567.27 |
| 09/17 | CCD DEPOSIT, TOAST DEP SEP 16 ****395300P73A4 | 3,480.20 |
| 09/18 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84626091473 | 3,695.49 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

STATEMENT OF ACCOUNT

Page: 4 of 9
Statement Period: Sep 01 2024-Sep 30 2024
Cust Ref #: ▉▉▉▉664-039-T-###
Primary Account #: ▉▉▉▉1664

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/18 | CCD DEPOSIT, TOAST DEP SEP 17 ****395300P893E | 2,078.26 |
| 09/19 | CCD DEPOSIT, TOAST DEP SEP 18 ****395300P9FCT | 2,002.25 |
| 09/20 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-U9H1K8W8P3Q3 | 3,942.25 |
| 09/20 | CCD DEPOSIT, TOAST DEP SEP 19 ****395300PAPFI | 2,593.95 |
| 09/23 | CCD DEPOSIT, TOAST DEP SEP 22 ****395300PESKO | 6,990.50 |
| 09/23 | CCD DEPOSIT, TOAST DEP SEP 21 ****395300PDEL5 | 4,265.26 |
| 09/23 | CCD DEPOSIT, TOAST DEP SEP 20 ****395300PC1DG | 2,565.04 |
| 09/23 | CCD DEPOSIT, SQUARE INC SQ240923 T305D0HC3AF95G2 | 300.07 |
| 09/24 | CCD DEPOSIT, TOAST DEP SEP 23 ****395300PG2XL | 4,496.58 |
| 09/24 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT WM7DX18K9LB73EO | 2,854.31 |
| 09/25 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84635545368 | 2,477.78 |
| 09/25 | CCD DEPOSIT, TOAST DEP SEP 24 ****395300PH8RE | 1,734.22 |
| 09/25 | DEBIT CARD CREDIT, *****04036545477, AUT 092424 VISA DDA REF METRO MEAT SEA    888 264 7647  * MD | 848.40 |
| 09/26 | CCD DEPOSIT, TOAST DEP SEP 25 ****395300PIERL | 2,882.54 |
| 09/27 | CCD DEPOSIT, TOAST DEP SEP 26 ****395300PJOV3 | 3,247.38 |
| 09/27 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-L2Z9N5N8F1R6 | 2,711.66 |
| 09/27 | DEBIT CARD CREDIT, *****04036545477, AUT 092524 VISA DDA REF AMAZON MARK  RK2D32PU1    HTTPSAMAZON C * WA | 24.91 |
| 09/30 | CCD DEPOSIT, SQUARE INC SQ240930 T3XE9BBTKTR4F40 | 13,957.09 |
| 09/30 | CCD DEPOSIT, TOAST DEP SEP 29 ****395300PNOKT | 8,446.80 |
| 09/30 | CCD DEPOSIT, TOAST DEP SEP 28 ****395300PMC9Q | 3,821.96 |
| 09/30 | CCD DEPOSIT, TOAST DEP SEP 27 ****395300PL0E2 | 2,525.14 |
| | Subtotal: | 177,408.33 |

### Checks Paid

No. Checks: 30    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 09/03 | 5040 | 742.16 | 09/18 | 5050 | 205.95 |
| 09/04 | 5041 | 205.95 | 09/23 | 5051 | 516.78 |
| 09/09 | 5042 | 971.97 | 09/26 | 5052 | 827.71 |
| 09/13 | 5043 | 2,140.46 | 09/24 | 5053 | 300.00 |
| 09/11 | 5044 | 205.95 | 09/25 | 5054 | 205.95 |
| 09/17 | 5045 | 69.81 | 09/30 | 5056* | 951.02 |
| 09/12 | 5046 | 2,327.37 | 09/27 | 10533* | 845.53 |
| 09/13 | 5047 | 246.00 | 09/09 | 10867* | 568.27 |
| 09/16 | 5048 | 852.47 | 09/03 | 10870* | 613.39 |
| 09/17 | 5049 | 780.05 | 09/03 | 10871 | 788.08 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 5 of 9
Statement Period: Sep 01 2024-Sep 30 2024
Cust Ref #: ████1664-039-T-###
Primary Account #: ████1664



## DAILY ACCOUNT ACTIVITY

### Checks Paid (continued)

†Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 09/17 | 10872 | 4,493.28 | 09/16 | 10877 | 722.30 |
| 09/16 | 10873 | 635.11 | 09/13 | 10878 | 630.72 |
| 09/17 | 10874 | 1,310.06 | 09/17 | 10879 | 372.44 |
| 09/13 | 10875 | 936.56 | 09/30 | 10882* | 1,253.37 |
| 09/17 | 10876 | 540.83 | 09/30 | 10885* | 680.29 |
| | | | | Subtotal: | 25,939.83 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | CCD DEBIT, INTUIT 07859931 BILL_PAY KBS III 3003 WA | 18,286.64 |
| 09/03 | DBCRD PUR AP, *****04036545477, AUT 083024 VISA DDA PUR AP METRO MEAT SEA    888 264 7647  * MD | 1,006.43 |
| 09/03 | CCD DEBIT, INTUIT 75397156 BILL_PAY SAFETY FIRST SE | 625.00 |
| 09/03 | CCD DEBIT, MARGINEDGE CO SALE | 300.00 |
| 09/03 | CCD DEBIT, INTUIT 81308207 BILL_PAY LYON BAKERY | 296.90 |
| 09/03 | CCD DEBIT, INTUIT 07591683 BILL_PAY BOWIE PRODUCE | 267.75 |
| 09/03 | DEBIT POS AP, *****04036545477, AUT 083124 DDA PURCHASE AP RESTAURANT DEPOT    ALEXANDRIA   * VA | 248.67 |
| 09/03 | DEBIT POS AP, *****04036545477, AUT 090124 DDA PURCHASE AP RESTAURANT DEPOT    ALEXANDRIA   * VA | 204.80 |
| 09/03 | CCD DEBIT, SPECIALTY BEVERA FINTECHEFT **-**43479 | 145.00 |
| 09/03 | DBCRD PUR AP, *****04036545477, AUT 083124 VISA DDA PUR AP AMAZON MARK ZT7VC8FD2    HTTPSAMAZON C * WA | 52.87 |
| 09/03 | DBCRD PUR AP, *****04036545477, AUT 082924 VISA DDA PUR AP AMAZON MARK RK2D32PU1    HTTPSAMAZON C * WA | 24.91 |
| 09/03 | DEBIT POS AP, *****04036545477, AUT 083124 DDA PURCHASE AP GIANT 0743 3450 WASHIN    ARLINGTON   * VA | 18.01 |
| 09/03 | CCD DEBIT, TOAST, INC TOAST, INC ST-B2B2M1E5V6C7 | 16.24 |
| 09/03 | DBCRD PMT AP, *****04036545477, AUT 090124 VISA DDA PUR AP GOOGLE GSUITE SMOKECRA    CC GOOGLE COM * CA | 15.26 |
| 09/03 | DEBIT POS AP, *****04036545477, AUT 090224 DDA PURCHASE AP TRADER JOE S 64 TRADER    ARLINGTON   * VA | 14.59 |
| 09/03 | DBCRD PUR AP, *****04036545477, AUT 090124 VISA DDA PUR AP WEB NETWORKSOLUTIONS    888 6429675   * FL | 11.99 |
| 09/03 | DEBIT POS AP, *****04036545477, AUT 090224 DDA PURCHASE AP TRADER JOE S 64 TRADER    ARLINGTON   * VA | 2.01 |
| 09/04 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 4,811.27 |
| 09/05 | DBCRD PUR AP, *****04036545477, AUT 090524 VISA DDA PUR AP PARKX 3003 WASHINGTON BL    703 2301285   * VA | 200.00 |
| 09/06 | CCD DEBIT, ARLINGTON COUNTY ARLCO PMT ****064768 | 9,846.80 |





**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 6 of 9
Statement Period: Sep 01 2024-Sep 30 2024
Cust Ref #: 1664-039-T-###
Primary Account #: 1664

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/06 | DEBIT POS AP, *****04036545477, AUT 090624 DDA PURCHASE AP VA ABC STORE 168    ARLINGTON    * VA | 639.78 |
| 09/06 | ACH DEBIT, ARLINGTON CHAMBE ACH | 48.00 |
| 09/06 | CCD DEBIT, TOAST, INC. 20240831-3 ***-*82-0225 | 14.83 |
| 09/09 | DBCRD PUR AP, *****04036545477, AUT 090624 VISA DDA PUR AP METRO MEAT SEA    888 264 7647  * MD | 972.61 |
| 09/09 | DEBIT POS AP, *****04036545477, AUT 090924 DDA PURCHASE AP RESTAURANT DEPOT    ALEXANDRIA   * VA | 923.60 |
| 09/09 | CCD DEBIT, TOAST, INC TOAST, INC ST-K2C3M5L1O8R1 | 389.75 |
| 09/09 | DBCRD PUR AP, *****04036545477, AUT 090624 VISA DDA PUR AP AMAZON RETA ZT0JM56W0    WWW AMAZON CO * WA | 43.34 |
| 09/09 | DBCRD PUR AP, *****04036545477, AUT 090624 VISA DDA PUR AP AMAZON MARK ZT1X21WW2    HTTPSAMAZON C * WA | 19.81 |
| 09/09 | DBCRD PUR AP, *****04036545477, AUT 090724 VISA DDA PUR AP AMAZON COM ZT61M67S0    AMZN COM BILL * WA | 15.85 |
| 09/09 | DBCRD PUR AP, *****04036545477, AUT 090824 VISA DDA PUR AP AMAZON RETA Z846P9JQ2    WWW AMAZON CO * WA | 10.59 |
| 09/10 | CCD DEBIT, INTUIT 72561962 BILL_PAY BOWIE PRODUCE | 721.00 |
| 09/10 | CCD DEBIT, INTUIT 35074378 BILL_PAY LYON BAKERY | 619.19 |
| 09/10 | DBCRD PUR AP, *****04036545477, AUT 090924 VISA DDA PUR AP ULINE   SHIP SUPPLIES    800 295 5510 * WI | 316.41 |
| 09/10 | CCD DEBIT, INTUIT 61743315 BILL_PAY FOURTH ENTERPRI | 136.96 |
| 09/10 | DEBIT POS AP, *****04036545477, AUT 091024 DDA PURCHASE AP VA ABC STORE 168    ARLINGTON    * VA | 78.42 |
| 09/10 | DEBIT POS AP, *****04036545477, AUT 091024 DDA PURCHASE AP GLEN ECHO HARDWARE    BETHESDA   * MD | 41.41 |
| 09/10 | DBCRD PUR AP, *****04036545477, AUT 090924 VISA DDA PUR AP AMAZON MARK ZT9AE6WY1    HTTPSAMAZON C * WA | 38.58 |
| 09/10 | DBCRD PUR AP, *****04036545477, AUT 090924 VISA DDA PUR AP AMAZON RETA OT8Y31XO3    WWW AMAZON CO * WA | 33.36 |
| 09/11 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR ****630473 | 16,242.57 |
| 09/11 | CCD DEBIT, REPUBLIC NATIONA FINTECHEFT **-**43479 | 439.56 |
| 09/12 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 6,268.18 |
| 09/12 | DEBIT POS AP, *****04036545477, AUT 091224 DDA PURCHASE AP RESTAURANT DEPOT    ALEXANDRIA   * VA | 853.90 |
| 09/12 | DEBIT POS AP, *****04036545477, AUT 091224 DDA PURCHASE AP VA ABC STORE 168    ARLINGTON    * VA | 313.91 |
| 09/12 | DBCRD PUR AP, *****04036545477, AUT 091024 VISA DDA PUR AP CRAIGSLIST ORG    415 399 5200 * CA | 45.00 |
| 09/12 | DBCRD PUR AP, *****04036545477, AUT 091024 VISA DDA PUR AP AMAZON MKTPL 5I48869M3    AMZN COM BILL * WA | 26.45 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 7 of 9
Statement Period: Sep 01 2024-Sep 30 2024
Cust Ref #: 1664-039-T-###
Primary Account #: 664

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/13 | DBCRD PUR AP, *****04036545477, AUT 091224 VISA DDA PUR AP METRO MEAT SEA 888 264 7647 * MD | 1,429.85 |
| 09/13 | DBCRD PMT AP, *****04036545477, AUT 091224 VISA DDA PUR AP MAILCHIMP 678 9990141 * GA | 285.00 |
| 09/16 | CCD DEBIT, ERIEINSURANCEWEB PAYMENT ****20018427177 | 1,016.48 |
| 09/16 | ACH DEBIT, COMCAST 8299610 252892194 7119292 | 687.91 |
| 09/16 | CCD DEBIT, SPECIALTY BEVERA FINTECHEFT **-**43479 | 389.00 |
| 09/16 | DBCRD PUR AP, *****04036545477, AUT 091524 VISA DDA PUR AP AMAZON MKTPL HP9Q38ZX3 AMZN COM BILL * WA | 52.87 |
| 09/16 | DBCRD PUR AP, *****04036545477, AUT 091224 VISA DDA PUR AP AMAZON MKTPL 5C52X8XC3 AMZN COM BILL * WA | 31.78 |
| 09/16 | DBCRD PUR AP, *****04036545477, AUT 091224 VISA DDA PUR AP AMAZON MKTPL UR9DZ9VR3 AMZN COM BILL * WA | 24.37 |
| 09/17 | CCD DEBIT, INTUIT 41907708 BILL_PAY FINANCE A LA CA | 2,500.00 |
| 09/17 | CCD DEBIT, INTUIT 52750983 BILL_PAY BOWIE PRODUCE | 953.75 |
| 09/17 | CCD DEBIT, INTUIT 75011829 BILL_PAY LYON BAKERY | 408.60 |
| 09/17 | CCD DEBIT, INTUIT 73471355 BILL_PAY LOGAN FOOD COMP | 127.50 |
| 09/17 | CCD DEBIT, TOAST CHB SEP 16 ****395300P6R10 | 91.30 |
| 09/18 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 6,800.28 |
| 09/18 | DBCRD PMT AP, *****04036545477, AUT 091724 VISA DDA PUR AP DROPBOX 9ZVG5L5J5LDK DROPBOX COM * CA | 54.00 |
| 09/19 | CCD DEBIT, WASHINGTON GAS PAYMENT ****07002275 | 634.91 |
| 09/19 | DBCRD PMT AP, *****04036545477, AUT 091824 VISA DDA PUR AP WEB NETWORKSOLUTIONS 888 6429675 * FL | 58.16 |
| 09/19 | CCD DEBIT, TOAST, INC TOAST, INC ST-U1E0O1Z3U6O9 | 21.70 |
| 09/20 | DBCRD PUR AP, *****04036545477, AUT 091924 VISA DDA PUR AP ULINE SHIP SUPPLIES 800 295 5510 * WI | 316.41 |
| 09/20 | DBCRD PUR AP, *****04036545477, AUT 091824 VISA DDA PUR AP AMAZON COM FC3DJ3ZQ3 AMZN COM BILL * WA | 26.42 |
| 09/20 | DBCRD PUR AP, *****04036545477, AUT 091724 VISA DDA PUR AP AMAZON MKTPL T23XY9VY3 AMZN COM BILL * WA | 8.47 |
| 09/23 | CCD DEBIT, ARLINGTON COUNTY ARLCO PMT ****638400 | 7,356.52 |
| 09/23 | DEBIT POS AP, *****04036545477, AUT 092324 DDA PURCHASE AP RESTAURANT DEPOT ALEXANDRIA * VA | 806.49 |
| 09/23 | DEBIT POS AP, *****04036545477, AUT 092124 DDA PURCHASE AP RESTAURANT DEPOT ALEXANDRIA * VA | 626.00 |
| 09/23 | DEBIT POS AP, *****04036545477, AUT 092024 DDA PURCHASE AP VA ABC STORE 168 ARLINGTON * VA | 390.90 |
| 09/23 | DBCRD PUR AP, *****04036545477, AUT 092224 VISA DDA PUR AP THEBBQSUPERSTORE COM HTTPSWWW THEB * MI | 92.98 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 8 of 9
Statement Period: Sep 01 2024-Sep 30 2024
Cust Ref #: ▮1664-039-T-###
Primary Account #: ▮664

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/23 | DBCRD PMT AP, *****04036545477, AUT 092224 VISA DDA PUR AP CANVA I04282 38618602  HTTPSCANVA CO * DE | 14.99 |
| 09/23 | DBCRD PUR AP, *****04036545477, AUT 092024 VISA DDA PUR AP AMAZON MKTPL N45W95VN3  AMZN COM BILL * WA | 10.06 |
| 09/23 | DEBIT POS AP, *****04036545477, AUT 092224 DDA PURCHASE AP TRADER JOE S 64 TRADER  ARLINGTON  * VA | 9.06 |
| 09/24 | CCD DEBIT, VA DEPT TAXATION TAX PAYMEN *****3479 | 9,834.39 |
| 09/24 | ELECTRONIC PMT-WEB, DOMINION ENERGY BILLPAY ****55711631 | 1,719.23 |
| 09/24 | DBCRD PUR AP, *****04036545477, AUT 092324 VISA DDA PUR AP METRO MEAT SEA  888 264 7647 * MD | 848.40 |
| 09/24 | CCD DEBIT, INTUIT 14503246 BILL_PAY LYON BAKERY | 534.71 |
| 09/24 | CCD DEBIT, INTUIT 31597469 BILL_PAY MAGNOLIA PLUMBI | 487.00 |
| 09/24 | CCD DEBIT, INTUIT 93484521 BILL_PAY BOWIE PRODUCE | 429.00 |
| 09/24 | CCD DEBIT, INTUIT 16546492 BILL_PAY ROBERTS OXYGEN | 153.56 |
| 09/24 | CCD DEBIT, INTUIT * QBOOKS ONL 0478253 | 93.75 |
| 09/25 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 5,162.52 |
| 09/25 | DBCRD PMT AP, *****04036545477, AUT 092424 VISA DDA PUR AP STATE FARM INSURANCE  800 956 6310 * IL | 182.34 |
| 09/25 | DEBIT POS AP, *****04036545477, AUT 092524 DDA PURCHASE AP GIANT 0743 3450 WASHIN  ARLINGTON  * VA | 4.94 |
| 09/26 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR ****630473 | 17,797.69 |
| 09/27 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 6,824.06 |
| 09/27 | DEBIT POS AP, *****04036545477, AUT 092724 DDA PURCHASE AP RESTAURANT DEPOT  ALEXANDRIA  * VA | 816.58 |
| 09/27 | CCD DEBIT, PREMIUM DIST OF FINTECHEFT **-**43479 | 703.11 |
| 09/27 | DEBIT POS AP, *****04036545477, AUT 092724 DDA PURCHASE AP VA ABC STORE 168  ARLINGTON  * VA | 598.78 |
| 09/27 | CCD DEBIT, OPENTABLE PAYMENTS DDD800978 | 360.00 |
| 09/27 | DBCRD PUR AP, *****04036545477, AUT 092524 VISA DDA PUR AP DC PARTY RENTALS  703 9799400 * VA | 190.14 |
| 09/27 | DBCRD PUR AP, *****04036545477, AUT 092624 VISA DDA PUR AP AMAZON RETA RP2IO04R3  WWW AMAZON CO * WA | 43.34 |
| 09/27 | DBCRD PUR AP, *****04036545477, AUT 092524 VISA DDA PUR AP AMAZON MKTPL 299XL7QT3  AMZN COM BILL * WA | 40.35 |
| 09/30 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 3,971.58 |
| 09/30 | CCD DEBIT, INTUIT 15505665 BILL_PAY MOTLEYS ASSET D | 1,600.00 |
| 09/30 | CCD DEBIT, INTUIT 33165283 BILL_PAY CAPITAL BANK | 1,500.00 |
| 09/30 | CCD DEBIT, INTUIT 38973774 BILL_PAY LYON BAKERY | 471.04 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 9 of 9
Statement Period: Sep 01 2024-Sep 30 2024
Cust Ref #: 1664-039-T-###
Primary Account #: 1664

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/30 | DBCRD PUR AP, *****04036545477, AUT 092624 VISA DDA PUR AP AMZN MKTP US H77RI1BC3    AMZN COM BILL * WA | 82.22 |
| 09/30 | DEBIT POS AP, *****04036545477, AUT 092824 DDA PURCHASE AP GIANT 0748 2901 11 S G    ARLINGTON   * VA | 44.97 |
| 09/30 | DBCRD PMT AP, *****04036545477, AUT 092724 VISA DDA PUR AP ADOBE   ADOBE         408 536 6000  * CA | 21.19 |

Subtotal: 145,388.85

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 7,598.50 | 09/17 | 19,068.58 |
| 09/03 | 2,386.05 | 09/18 | 17,782.10 |
| 09/04 | 9,991.64 | 09/19 | 19,069.58 |
| 09/05 | 11,658.35 | 09/20 | 25,254.48 |
| 09/06 | 6,443.70 | 09/23 | 29,783.57 |
| 09/09 | 15,870.32 | 09/24 | 23,056.42 |
| 09/10 | 22,036.07 | 09/25 | 22,561.07 |
| 09/11 | 14,772.56 | 09/26 | 6,818.21 |
| 09/12 | 8,116.24 | 09/27 | 2,518.27 |
| 09/13 | 12,227.48 | 09/30 | 21,806.58 |
| 09/16 | 23,128.73 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

Case 24-13609   Doc 65-8   Filed 10/21/24   Page 10 of 10