# Smokecraft Clarendon LLC

## Balance Sheet
As of September 30, 2024

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       1010 Capital Bank MD | 2.00 |
|       1020 TD Bank Operating | 296.85 |
|       1021 TD Bank-DIP Checking | 10,073.39 |
|       1050 TD Bank CD | 66,038.70 |
|       1060 Petty Cash | 2,000.00 |
|     **Total Bank Accounts** | **$78,410.94** |
|     Accounts Receivable | |
|       1200 Accounts Receivable (A/R) | 0.00 |
|     **Total Accounts Receivable** | **$0.00** |
|     Other Current Assets | |
|       1201 DoorDash | 652.69 |
|       1202 UberEats | 612.80 |
|       1203 Square | 0.00 |
|       1204 ERC Receivable | 0.00 |
|       1205 Tripleseat (Stripe) | 0.00 |
|       1206 EZCater | 0.00 |
|       1300 Prepaid Other | 15,652.72 |
|       1340 Prepaid Insurance | 1,433.97 |
|       1350 Food Inventory | 0.00 |
|       1352 Liquor Inventory | 0.00 |
|       1354 Wine Inventory | 0.00 |
|       1356 Beer Inventory | 0.00 |
|       1358 NA Bev Inventory | 0.00 |
|       6600 Employee Advance | 0.00 |
|     **Total Other Current Assets** | **$18,352.18** |
|   **Total Current Assets** | **$96,763.12** |
|   Fixed Assets | |
|     1400 Leasehold Improvements | 943,020.03 |
|     1410 Machinery & Equipment | 303,297.90 |
|     1420 Design & Architechtural Fees | 104,783.93 |
|     1430 Furniture & Fixtures | 83,469.68 |
|     Accumulated Depreciation | -1,414,894.00 |
|   **Total Fixed Assets** | **$19,677.54** |
|   Other Assets | |
|     1360 Prepaid Rent | 0.00 |
|     1500 Security Deposits | 0.00 |

# Smokecraft Clarendon LLC

## Balance Sheet
### As of September 30, 2024

|  | TOTAL |
|---|---:|
| 1620 Pre-opening costs | |
|   1620.1 Legal Fees | 30,512.53 |
|   1620.2 PR/Advertising/Website | 56,444.66 |
|   1620.3 Bank Fees | 64,488.85 |
|   1620.4 LIcenses and Permits | 8,266.39 |
|   1620.5 Other Costs | 39,775.33 |
|   1620.6 Pre-Opening Payroll | 38,218.87 |
|   1620.7 Lease Payments | 12,432.84 |
|   Accumulated Amortization | -40,300.00 |
| **Total 1620 Pre-opening costs** | **209,839.47** |
| **Total Other Assets** | **$209,839.47** |
| **TOTAL ASSETS** | **$326,280.13** |
| LIABILITIES AND EQUITY | |
|   Liabilities | |
|   Current Liabilities | |
|   Accounts Payable | |
|     Accounts Payable (A/P) | 154,526.66 |
| **Total Accounts Payable** | **$154,526.66** |
|   Credit Cards | |
|     2300 SMB TD Bank Credit Card | 19,410.31 |
|     2350 ACD Personal Credit Card | 2,041.56 |
| **Total Credit Cards** | **$21,451.87** |
|   Other Current Liabilities | |
|     2000 Sales Tax Payable | 14,447.79 |
|     2100 Accrued Expenses | 0.00 |
|     2200 Gift Cards | 16,010.76 |
|     2240 Due to/from Holdings | -411.38 |
|     2250 Due to/from A.Darneille | 0.00 |
|     2255 Due to/from R. Darneille | 0.00 |
|     2256 Loan from Parents | 0.00 |
|     2300 Prepaid Sales | 2,246.33 |
|     2310 Loan Payable-Toast | 114,147.78 |
|     2312 Stale Checks | 539.92 |
|     2540 Tips Payable | 6,361.37 |
|     2541 Catering Tips Payable | 1,566.59 |
| **Total Other Current Liabilities** | **$154,909.16** |
| **Total Current Liabilities** | **$330,887.69** |
|   Long-Term Liabilities | |
|     2500 Capital Bank SBA Loan | 904,380.18 |
| **Total Long-Term Liabilities** | **$904,380.18** |
| **Total Liabilities** | **$1,235,267.87** |

# Smokecraft Clarendon LLC

## Balance Sheet
As of September 30, 2024

|  | TOTAL |
|---|---:|
| **Equity** | |
| 3110 Contribution - A Darneille | 361,044.47 |
| 3120 Contribution - H. Darneille | 253,528.00 |
| 3130 Contribution - R. Darneille | 125,000.00 |
| 3140 Contribution - J.Smith | 50,000.00 |
| 3150 Contribution- Smoke Holdings | 119,592.04 |
| DIANE DAVENNY DARNEILLE | 40,000.00 |
| Retained Earnings | -1,695,532.04 |
| Net Income | -162,620.21 |
| **Total Equity** | **$ -908,987.74** |
| **TOTAL LIABILITIES AND EQUITY** | **$326,280.13** |