# Smokecraft Clarendon LLC

## Profit and Loss
### September 2024

|  | TOTAL | |
| --- | ---: | ---: |
|  | SEP 2024 | % OF INCOME |
| **Income** | | |
|   All Sales, Comps and Discounts | | |
|     5100 Food Sales | 138,678.15 | 86.53 % |
|     5110 Goodwill Comps | -347.90 | -0.22 % |
|     5115 Goodwill Bar Comps | -639.50 | -0.40 % |
|     5120 Guest Complaint Comps | -251.45 | -0.16 % |
|     5131 50% Employee Discounts | -393.70 | -0.25 % |
|     5150 Discounts Marketing | -75.00 | -0.05 % |
|     5160 Dining Privileges (mgr/chef) | -498.08 | -0.31 % |
|     5180 NA Beverage | 3,087.84 | 1.93 % |
|     5210 Liquor Sales | 10,002.00 | 6.24 % |
|     5220 Wine Sales | 2,884.50 | 1.80 % |
|     5230 Bottled Beer Sales | 869.50 | 0.54 % |
|     5240 Draft Beer Sales | 6,202.51 | 3.87 % |
|   **Total All Sales, Comps and Discounts** | **159,518.87** | **99.54 %** |
|   Other Income and Expense | | |
|     5300 Sundry Sales | 362.50 | 0.23 % |
|     5910 Service Charge Revenue - Catering | 381.73 | 0.24 % |
|   **Total Other Income and Expense** | **744.23** | **0.46 %** |
| **Total Income** | **$160,263.10** | **100.00 %** |
| **Cost of Goods Sold** | | |
|   Cost of Sales | | |
|     6110 Meat Cost | 21,453.70 | 13.39 % |
|     6120 Poultry Cost | 3,693.30 | 2.30 % |
|     6130 Seafood Cost | 430.39 | 0.27 % |
|     6140 Dairy Cost | 5,011.97 | 3.13 % |
|     6150 Produce Cost | 4,355.18 | 2.72 % |
|     6160 Bakery Cost | 2,353.47 | 1.47 % |
|     6170 Grocery Cost | 6,962.62 | 4.34 % |
|     6180 NA Beverage | 529.63 | 0.33 % |
|     6210 Liquor Cost | 2,173.44 | 1.36 % |
|     6220 Wine Cost | 439.56 | 0.27 % |
|     6230 Bottled Beer Cost | 76.11 | 0.05 % |
|     6240 Draft Beer Cost | 1,016.00 | 0.63 % |
|   **Total Cost of Sales** | **48,495.37** | **30.26 %** |
| **Total Cost of Goods Sold** | **$48,495.37** | **30.26 %** |
| **GROSS PROFIT** | **$111,767.73** | **69.74 %** |

# Smokecraft Clarendon LLC

## Profit and Loss
### September 2024

|  | TOTAL | |
|---|---:|---:|
|  | SEP 2024 | % OF INCOME |
| **Expenses** | | |
|   A. Payroll Expenses | | |
|     6310 Management Salaries | 14,461.54 | 9.02 % |
|     6311 Direct Labor - FOH | 3,303.21 | 2.06 % |
|     6312 Overtime Labor - FOH | 23.09 | 0.01 % |
|     6313 Training Labor | 526.92 | 0.33 % |
|     6314 Direct Labor - BOH | 25,931.05 | 16.18 % |
|     6315 Overtime Labor - BOH | 50.15 | 0.03 % |
|     6510 Payroll Taxes | 4,660.24 | 2.91 % |
|     6530 Vacation Pay | 0.00 | 0.00 % |
|     6540 Parking | 201.32 | 0.13 % |
|     6550 Uniform Allowance | 0.00 | 0.00 % |
|     6570 Group Insurance | 586.20 | 0.37 % |
|     6580 Workers Compensation | 88.33 | 0.06 % |
|     6615 Payroll Processing Fees | 249.00 | 0.16 % |
|   **Total A. Payroll Expenses** | **50,081.05** | **31.25 %** |
|   B. Controllable Expenses | | |
|     6500 3rd Party Delivery Expense | 8,883.23 | 5.54 % |
|     6710 Operating Lease/Rentals | 753.27 | 0.47 % |
|     6790 Other Contracted Services | 600.00 | 0.37 % |
|     7000 Register Over/Short | -1,216.19 | -0.76 % |
|     7010 China/Glassware/Silver | 185.72 | 0.12 % |
|     7040 Cleaning Supplies | 208.93 | 0.13 % |
|     7045 Dish Chemicals | 800.35 | 0.50 % |
|     7060 Linens | 823.80 | 0.51 % |
|     7105 To Go Supplies | 1,666.94 | 1.04 % |
|     7106 Catering Supplies | 1,783.57 | 1.11 % |
|     7110 Operating Supplies F&B | 1,930.51 | 1.20 % |
|   **Total B. Controllable Expenses** | **16,420.13** | **10.25 %** |
|   C. General & Administrative | | |
|     7190 Other Contracted Services-Admin | 1,189.45 | 0.74 % |
|     7195 Accounting Services | 2,500.00 | 1.56 % |
|     7230 Licenses & Permits | 1,111.48 | 0.69 % |
|     7250 Credit Card Commissions | 3,176.31 | 1.98 % |
|     7256 Employment Ads | 45.00 | 0.03 % |
|     7270 Dues & Subscriptions | 48.00 | 0.03 % |
|     7285 Gen. Liab Insur/Key Man | 1,083.59 | 0.68 % |
|     7290 Legal & Professional Services | 1,600.00 | 1.00 % |
|     7320 Office Supplies & Postage | 58.93 | 0.04 % |
|     7350 Tele/internet/cable | 687.91 | 0.43 % |
|     7360 Travel | 60.11 | 0.04 % |
|   **Total C. General & Administrative** | **11,560.78** | **7.21 %** |

# Smokecraft Clarendon LLC

## Profit and Loss
### September 2024

|  | TOTAL | |
|---|---:|---:|
|  | SEP 2024 | % OF INCOME |
| D. Advertising and Promotion | | |
|   7435 Advertising & Marketing | 412.13 | 0.26 % |
| **Total D. Advertising and Promotion** | **412.13** | **0.26 %** |
| E. Repair & Maintenance | | |
|   7500 Repairs & Maintenance | 725.80 | 0.45 % |
|   7630 R&M - Plumbing | 1,208.96 | 0.75 % |
|   7695 Cleaning Service | 3,680.00 | 2.30 % |
|   7710 Maint Contract - HVAC & Refrigeration | 1,050.00 | 0.66 % |
|   7750 Pest Control | 190.74 | 0.12 % |
| **Total E. Repair & Maintenance** | **6,855.50** | **4.28 %** |
| F. Utilities | | |
|   7810 Electricity | 2,160.28 | 1.35 % |
|   7820 Gas | 667.62 | 0.42 % |
|   7830 Water & Sewer | 460.00 | 0.29 % |
|   7840 Firewood | 1,000.00 | 0.62 % |
| **Total F. Utilities** | **4,287.90** | **2.68 %** |
| G. Facility Expense | | |
|   8010 Rent & Lease | 12,730.64 | 7.94 % |
|   8015 Common Area Maintenance | 2,315.00 | 1.44 % |
|   8020 Property Insurance | 132.00 | 0.08 % |
|   8030 Property Taxes | 3,540.57 | 2.21 % |
| **Total G. Facility Expense** | **18,718.21** | **11.68 %** |
| **Total Expenses** | **$108,335.70** | **67.60 %** |
| NET OPERATING INCOME | $3,432.03 | 2.14 % |
| Other Expenses | | |
|   8101 Interest Income | -211.33 | -0.13 % |
| **Total Other Expenses** | **$ -211.33** | **-0.13 %** |
| NET OTHER INCOME | $211.33 | 0.13 % |
| NET INCOME | $3,643.36 | 2.27 % |