## Cash Flow Projection
## Smokecraft Clarendon

Starting date: 9/29/2024
Main Account Capital One

**NO AP payments for any invoices prior to 4/29**

| | Beginning | 10/6/2024 | 10/13/2024 | 10/20/2024 | 10/27/2024 | 11/3/2024 | 11/10/2024 | 11/17/2024 | 11/24/2024 | 12/1/2024 | 12/8/2024 | 12/15/2024 | 12/22/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank Balance - DIP Checking | 22,106 | | | | | | | | | | | | |
| Bank Balance - Capital Bank | | | | | | | | | | | | | |
| Bank Balance -TD Lockbox | 1,033 | | | | | | | | | | | | |
| **Cash on hand** | 23,139 | 7,836 | -6,666 | 19,733 | -3,985 | 8,543 | -744 | 23,978 | 1,291 | 47,538 | 15,940 | 42,028 | 31,877 |
| | | | | | | | | | | | | | |
| **ANTICIPATED CASH RECEIPTS** | | | | | | | | | | | | | |
| Sales | 15,000 | 36,500 | 36,500 | 38,000 | 48,000 | 35,000 | 35,000 | 35,000 | 70,000 | 32,000 | 35,000 | 40,000 | 45,000 |
| Deposits/paid ins on Catering Orders | -941 | -1,198 | -179 | -870 | 0 | 0 | 0 | | | | | | |
| Tax | 1,500 | 3,650 | 3,650 | 3,800 | 4,800 | 3,500 | 3,500 | 3,500 | 7,000 | 3,200 | 3,500 | 4,000 | 4,500 |
| Gratuity | 1,875 | 4,563 | 4,563 | 4,750 | 6,000 | 4,375 | 4,375 | 4,375 | 8,750 | 4,000 | 4,375 | 5,000 | 5,625 |
| Third Party fees | -675 | -1,971 | -1,971 | -2,052 | -2,592 | -1,890 | -1,890 | -1,890 | -3,780 | -1,728 | -1,890 | -2,160 | -2,430 |
| CC fees | -459 | -1,118 | -1,118 | -1,164 | -1,470 | -1,072 | -1,072 | -1,072 | -2,144 | -980 | -1,072 | -1,225 | -1,378 |
| **TOTAL CASH RECEIPTS** | 16,300 | 40,426 | 41,445 | 42,464 | 54,738 | 39,913 | 39,913 | 39,913 | 79,826 | 36,492 | 39,913 | 45,615 | 51,317 |
| **Total cash available** | 39,439 | 48,262 | 34,779 | 62,197 | 50,753 | 48,456 | 39,169 | 63,891 | 81,118 | 84,030 | 55,853 | 87,643 | 83,194 |
| | | | | | | | | | | | | | |
| **CASH PAID OUT** | | | | | | | | | | | | | |
| Payroll | | 27,010 | | 24,500 | | 24,500 | | 24,500 | | 23,680 | | 29,600 | |
| gratuity | | 10,000 | | 9,000 | | 9,000 | | 9,000 | | 10,000 | | 10,000 | |
| Sales Tax | | | | | 15,695 | | | 15,900 | | | | | 13,760 |
| Accounts Payable | | | | | | | | | | | | | |
| Food + Beverage @ 32% | 2,508 | 11,680 | 11,680 | 12,160 | 15,360 | 11,200 | 11,200 | 11,200 | 22,400 | 10,240 | 11,200 | 12,800 | 14,400 |
| PFG | 5,908 | | | | | | | | | | | | |
| **Rent** | 18,358 | | | | 18,870 | | | | | 18,870 | | | |
| OpenTable | | | | | 350 | | | | | 350 | | | |
| Fintech | 759 | | | | | | | | | | | | |
| Toast | | | | | 450 | | | | | 450 | | | |
| Utilities/wood | | 688 | | 2,827 | | | | | 4,000 | | | | 4,000 |
| Hood cleaning | | 1,050 | | | | | 625 | | | | 625 | | |
| Cleaning | 3,680 | | | | 3,680 | | | | 3,680 | | | | |
| Late Night Expenses | | | | | | | | | | | | | |
| FAC/Cohn Reznick | | 2,500 | | | | 2,500 | | | | 2,500 | | | |
| Insurance | | | 1,366 | | | | 1,366 | | | | | 1,366 | |
| Other/Trimark/Alsco/etc | 390 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Legal | | | | | | | | | | | | | |
| Misc Repairs | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Property Taxes | | | | | | | | | | | | | |
| **Capital Bank Payments (1st)** | | | | | 1,500 | | | | | 1,500 | | | |
| | | | | | | | | | | | | | |
| **TOTAL CASH PAID OUT** | 31,602 | 54,928 | 15,046 | 66,182 | 42,210 | 49,200 | 15,191 | 62,600 | 33,580 | 68,090 | 13,825 | 55,766 | 34,160 |
| | | | | | | | | | | | | | |
| **Cash on hand (end of week)** | 7,836 | (6,666) | 19,733 | (3,985) | 8,543 | (744) | 23,978 | 1,291 | 47,538 | 15,940 | 42,028 | 31,877 | 49,034 |