|  |  | PERIOD 10 | | PERIOD 10 | |
|---|---|---|---|---|---|
| **2024/5 Budget - Smokecraft** | | 10/2/2023 | | 9/30/2024 | |
| Start Date: 05/27/2024 | | 10/29/2023 | | 10/27/2024 | |
| End Date: 05/25/2025 | | | | | |
| LY Start: 05/29/2023 | | | | | |
| LY End: 05/26/2024 | | | | | |
| | | **2023 Actual** | **% of Sales** | **2024 Budget** | **% of Sales** |
| | **Gross Sales** | | | | |
| 5100 | Food Sales | $ 110,620.30 | 85.49% | $ 123,849.38 | 84.89% |
| 5180 | NA Beverage | $ 1,443.50 | 1.12% | $ 1,616.13 | 1.11% |
| | **Total Food Sales** | **$ 112,063.80** | **86.60%** | **$ 125,465.51** | **86.00%** |
| 5210 | Liquor Sales | $ 8,629.00 | 6.67% | $ 11,798.03 | 8.09% |
| 5220 | Wine Sales | $ 1,776.00 | 1.37% | $ 2,428.24 | 1.66% |
| 5230 | Bottled Beer Sales | $ 1,025.75 | 0.79% | $ 1,402.46 | 0.96% |
| 5240 | Draft Beer Sales | $ 5,908.50 | 4.57% | $ 8,078.42 | 5.54% |
| | **Total Beverage Sales** | **$ 17,339.25** | **13.40%** | **$ 23,707.15** | **16.25%** |
| | **Gross F&B Sales** | **$ 129,403.05** | **102.00%** | **$ 149,172.65** | **102.25%** |
| | **Deductions** | | | | |
| 5110 | Goodwill Comps | $ 429.13 | 0.34% | $ 802.40 | 0.55% |
| 5120 | Guest Recovery Comps | $ 356.40 | 0.28% | $ 437.67 | 0.30% |
| 5131 | 50% Employee Discounts | $ 787.90 | 0.62% | $ 656.51 | 0.45% |
| 5132 | Manager Meal Discounts | $ 795.20 | 0.63% | $ 510.62 | 0.35% |
| 5150 | Discounts Marketing | $ 665.35 | 0.52% | $ 510.62 | 0.35% |
| 5250 | Goodwill Bar Comps | $ 297.00 | 0.23% | $ 364.73 | 0.25% |
| | **Total Deductions** | **$ 3,330.98** | **2.63%** | **$ 3,282.53** | **2.25%** |
| | **Other Income and Expense** | | | | |
| 5300 | Sundry Sales | $ 559.22 | 0.44% | $ - | 0.00% |
| 5910 | Service Charge Revenue - Catering | $ 229.69 | 0.18% | $ - | 0.00% |
| | **Total Other Income and Expense** | **$ 788.91** | **0.62%** | **$ -** | **0.00%** |
| | **Net Sales** | **$ 126,860.98** | **100.00%** | **$ 145,890.13** | **100.00%** |
| | **Food Costs** | | | | |
| 6110 | Meat Cost | $ 16,682.06 | 14.89% | $ 18,317.96 | 14.60% |
| 6120 | Poultry Cost | $ 2,611.38 | 2.33% | $ 3,262.10 | 2.60% |
| 6130 | Seafood Cost | $ 461.70 | 0.41% | $ 627.33 | 0.50% |
| 6140 | Dairy Cost | $ 5,088.03 | 4.54% | $ 5,018.62 | 4.00% |
| 6150 | Produce Cost | $ 3,844.57 | 3.43% | $ 4,014.90 | 3.20% |
| 6160 | Bakery Cost | $ 1,182.55 | 1.06% | $ 1,756.52 | 1.40% |
| 6170 | Grocery Cost | $ 8,508.48 | 7.59% | $ 7,778.86 | 6.20% |
| 6180 | NA Beverage | $ 466.67 | 0.42% | $ 627.33 | 0.50% |
| | **Total Food Cost** | **$ 38,845.44** | **34.66%** | **$ 41,403.62** | **33.00%** |

| | **Beverage Costs** | | | | | |
|---|---|---|---|---|---|---|
| 6210 | Liquor Cost | $ | 2,064.96 | 12.12% | $ 2,859.16 | 12.06% |
| 6220 | Wine Cost | $ | 77.33 | 0.45% | $ 107.07 | 0.45% |
| 6230 | Bottled Beer Cost | $ | 167.24 | 0.98% | $ 231.56 | 0.98% |
| 6240 | Draft Beer Cost | $ | 1,114.85 | 6.54% | $ 1,543.63 | 6.51% |
| | **Total Bev Cost** | $ | **3,424.38** | **20.09%** | **$ 4,741.43** | **20.00%** |
| | | | | | | |
| | **Total F&B Costs** | $ | **42,269.82** | **33.32%** | **$ 46,145.05** | **31.63%** |
| | | | | | | |
| | **Gross Profit** | $ | **84,591.16** | **66.68%** | **$ 99,745.08** | **68.37%** |
| | | | | | | |
| | **Payroll Costs** | | | | | |
| 6310 | Management Salaries | $ | 15,827.14 | 12.48% | $ 14,461.54 | 9.91% |
| 6311 | Direct Labor - FOH | $ | 4,218.45 | 3.33% | $ 4,011.98 | 2.75% |
| 6312 | Overtime Labor - FOH | $ | 5.61 | 0.00% | $ - | 0.00% |
| 6313 | Training Labor | $ | 168.48 | 0.13% | $ 218.84 | 0.15% |
| 6314 | Direct Labor - BOH | $ | 29,346.23 | 23.13% | $ 25,530.77 | 17.50% |
| 6315 | Overtime Labor - BOH | $ | 448.44 | 0.35% | $ - | 0.00% |
| | **Total Labor** | $ | **50,014.35** | **39.42%** | **$ 44,223.13** | **30.31%** |
| | | | | | | |
| 6510 | Payroll Taxes | $ | 5,739.78 | 4.52% | $ 5,470.88 | 3.75% |
| 6530 | Vacation Pay | $ | 1,692.48 | 1.33% | $ - | 0.00% |
| 6540 | Parking | $ | 300.00 | 0.24% | $ 200.00 | 0.14% |
| 6550 | Uniform Allowance | $ | - | 0.00% | $ - | 0.00% |
| 6560 | Continuing Education | $ | - | 0.00% | $ - | 0.00% |
| 6570 | Group Insurance | $ | 549.24 | 0.43% | $ 600.00 | 0.41% |
| 6580 | Workers Compensation | $ | 445.08 | 0.35% | $ 510.00 | 0.35% |
| 6610 | Other Benefits | $ | - | 0.00% | $ - | 0.00% |
| 6615 | Payroll Processing Fees | $ | 356.00 | 0.28% | $ 300.00 | 0.25% |
| | **Total Payroll Expenses** | $ | **9,082.58** | **7.16%** | **$ 7,080.88** | **4.85%** |
| | | | | | | |
| | **Total Payroll Costs** | $ | **59,096.93** | **46.58%** | **$ 51,304.01** | **35.17%** |
| | | | | | | |
| | **Controllable Expenses** | | | | | |
| 6500 | 3rd Party Delivery Expense | $ | 2,560.03 | 2.02% | $ 4,303.76 | 2.95% |
| 6710 | Operating Lease/Rentals-Kitchen/Bar | $ | 535.32 | 0.42% | $ 550.00 | 0.38% |
| 6740 | Security | $ | - | 0.00% | $ - | 0.00% |
| 6750 | Trash Removal | $ | (36.96) | -0.03% | $ - | 0.00% |
| 6790 | Other Contracted Services | $ | 300.00 | 0.24% | $ 300.00 | 0.21% |
| 7010 | Register Over/Short | $ | (171.48) | -0.14% | $ - | 0.00% |
| 7010 | China/Glassware/Silverware | $ | 322.99 | 0.25% | $ 583.56 | 0.40% |
| 7040 | Cleaning Supplies | $ | 246.79 | 0.19% | $ 291.78 | 0.20% |
| 7045 | Dish Chemicals | $ | 461.10 | 0.36% | $ 364.73 | 0.25% |
| 7050 | Decorations | $ | - | 0.00% | $ - | 0.00% |
| 7060 | Linens | $ | 956.98 | 0.75% | $ 1,021.23 | 0.70% |
| 7080 | New Menus/Printing | $ | - | 0.00% | $ - | 0.00% |
| 7090 | Menu/Guest Check/POS Supplies | $ | - | 0.00% | $ - | 0.00% |
| 7105 | To Go Supplies | $ | 1,772.81 | 1.40% | $ 2,042.46 | 1.40% |
| 7106 | Catering Supplies | $ | 58.84 | 0.05% | $ 729.45 | 0.50% |
| 7110 | Operating Supplies F&B | $ | 2,259.97 | 1.78% | $ 1,823.63 | 1.25% |

| Code | Description | Amount | % | Amount | % |
|---|---|---|---|---|---|
| 7120 | Uniforms | $ - | 0.00% | $ - | 0.00% |
| 7470 | Live Entertainment | $ - | 0.00% | $ - | 0.00% |
| | **Total Controllable Expenses** | **$ 9,266.39** | **7.30%** | **$ 12,010.59** | **8.23%** |
| | **General & Administrative** | | | | |
| 7190 | Other Contracted Services-Admin | $ 1,803.12 | 1.42% | $ 1,500.00 | 1.03% |
| 7195 | Accounting Services | $ 2,500.00 | 1.97% | $ 2,500.00 | 1.71% |
| 7220 | Bank Charges & Fees | $ 208.77 | 0.16% | $ 100.00 | 0.07% |
| 7230 | Licenses & Permits | $ 547.95 | 0.43% | $ 600.00 | 0.41% |
| 7250 | Credit Card Commissions | $ 3,484.56 | 2.75% | $ 3,282.53 | 2.25% |
| 7256 | Employment Ads | $ - | 0.00% | $ 90.00 | 0.06% |
| 7270 | Dues & Subscriptions | $ 46.95 | 0.04% | $ 50.00 | 0.03% |
| 7285 | Key Man/General Liability Insurance | $ 1,237.10 | 0.98% | $ 1,275.00 | 0.87% |
| 7290 | Legal & Professional Services | $ - | 0.00% | $ - | 0.00% |
| 7320 | Office Supplies & Postage | $ 6.60 | 0.01% | $ 145.89 | 0.10% |
| 7350 | Telephone/Internet/Cable | $ 595.56 | 0.47% | $ 650.00 | 0.45% |
| 7360 | Travel | $ 169.98 | 0.13% | $ 125.00 | 0.09% |
| 7370 | Meals & Entertainment | $ 3.22 | 0.00% | $ - | 0.00% |
| | **Total General & Administrative** | **$ 10,603.81** | **8.36%** | **$ 10,318.42** | **7.07%** |
| | **Advertising & Promotion** | | | | |
| 7400 | Local Charitable Donations | $ - | 0.00% | $ - | 0.00% |
| 7430 | Local Advertising & Promotion | $ 1,800.00 | 1.42% | $ - | 0.00% |
| 7435 | Advertising & Marketing | $ 4,259.58 | 3.36% | $ 500.00 | 0.34% |
| 7460 | Special Promotions | $ - | 0.00% | $ - | 0.00% |
| | **Total Advertising & Promotion** | **$ 6,059.58** | **4.78%** | **$ 500.00** | **0.34%** |
| | **Repairs & Maintenance** | | | | |
| 7500 | Repairs & Maintenance | $ 712.47 | 0.56% | $ 1,458.90 | 1.00% |
| 7620 | R&M HVAC & Refrigeration | $ 346.68 | 0.27% | $ - | 0.00% |
| 7630 | R&M - Plumbing | $ - | 0.00% | $ - | 0.00% |
| 7640 | R&M - Electric | $ - | 0.00% | $ - | 0.00% |
| 7650 | R&M - Exterior/Structure | $ - | 0.00% | $ - | 0.00% |
| 7660 | R&M - POS Systems | $ - | 0.00% | $ - | 0.00% |
| 7695 | Cleaning Service | $ 4,182.00 | 3.30% | $ 3,680.00 | 2.52% |
| 7710 | MC-HVAC & Refrigeration | $ 1,737.50 | 1.37% | $ 625.00 | 0.43% |
| 7720 | MC-Other Equipment | $ 765.00 | 0.60% | $ 255.00 | 0.17% |
| 7750 | Pest Control | $ 85.00 | 0.07% | $ 85.00 | 0.06% |
| 7785 | Carpet/Rug/Floor Cleaning | $ - | 0.00% | $ - | 0.00% |
| | **Total Repairs & Maintenance** | **$ 7,828.65** | **6.17%** | **$ 6,103.90** | **4.18%** |
| | **Utilities** | | | | |
| 7810 | Electricity | $ 1,795.80 | 1.42% | $ 1,896.57 | 1.30% |
| 7820 | Natural Gas | $ 1,000.00 | 0.79% | $ 1,021.23 | 0.70% |
| 7830 | Water & Sewer | $ 530.00 | 0.42% | $ 583.56 | 0.40% |
| 7840 | Firewood | $ 103.30 | 0.08% | $ 750.00 | 0.51% |
| | **Total Utilities** | **$ 3,429.10** | **2.70%** | **$ 4,251.36** | **2.91%** |
| | **Total Operating Expenses** | **$ 37,187.53** | **29.31%** | **$ 33,184.28** | **22.75%** |

|  |  |  |  |  |  |  |  |
|---|---|---|---:|---:|---:|---:|---:|
|  | **Other Income (Expenses)** |  |  |  |  |  |  |
| 5500 | Door Revenue | $ | - | 0.00% | $ | - | 0.00% |
| 5800 | Commission Income | $ | - | 0.00% | $ | - | 0.00% |
|  | **Total Other Income** | $ | - | 0.00% | $ | - | 0.00% |
|  |  |  |  |  |  |  |  |
|  | **Operating Income Before Bonus** | $ | (11,693.30) | -9.22% | $ | 15,256.80 | 10.46% |
|  |  |  |  |  |  |  |  |
| 6455 | Management Bonuses | $ | - | 0.00% | $ | - | 0.00% |
|  |  |  |  |  |  |  |  |
|  | **Restaurant Operating Income** | $ | (11,693.30) | -9.22% | $ | 15,256.80 | 10.46% |
|  |  |  |  |  |  |  |  |
|  | **Facility Expenses** |  |  |  |  |  |  |
| 8010 | Rents | $ | 12,420.14 | 9.79% | $ | 12,730.64 | 8.73% |
| 8015 | Common Area Maintenance | $ | 2,368.00 | 1.87% | $ | 2,315.00 | 1.59% |
| 8020 | Property Insurance | $ | 94.00 | 0.07% | $ | 132.00 | 0.09% |
| 8030 | Property Taxes | $ | 3,665.46 | 2.89% | $ | 3,671.46 | 2.52% |
|  | **Total Facility Expenses** | $ | 18,547.60 | 14.62% | $ | 18,849.10 | 12.92% |
|  |  |  |  |  |  |  |  |
|  | **Restaurant EBDIT** | $ | (30,240.90) | -23.84% | $ | (3,592.30) | -2.46% |