**RECONCILIATION CHANGE REPORT**

Since this reconciliation on 09/11/2024, changes were made to the reconciled transactions in this report.

| DATE | TYPE | REF NO. | PAYEE | ORIGINAL AMT (USD) | CURRENT AMT (USD) | CHANGE | AMOUNT CHANGE (USD) |
|---|---|---|---|---|---|---|---|
| 09/03/2024 | Expense | | Amazon | 52.87 | 0.00 | Deleted | 52.87 |
| | | | | | | **Total** | **52.87** |

**RECONCILIATION REPORT**

Reconciled on: 09/11/2024

Reconciled by: Marcelena Jarrouj

Any changes made to transactions after this date aren't included in this report.

## Summary

| | USD |
|---|---|
| Statement beginning balance | 7,598.50 |
| Checks and payments cleared (28) | -39,447.83 |
| Deposits and other credits cleared (24) | 38,293.03 |
| Statement ending balance | 6,443.70 |
| | |
| Uncleared transactions as of 09/08/2024 | -15,625.43 |
| Register balance as of 09/08/2024 | -9,181.73 |
| Cleared transactions after 09/08/2024 | 0.00 |
| Uncleared transactions after 09/08/2024 | 3,991.55 |
| Register balance as of 09/11/2024 | -5,190.18 |

## Details

Checks and payments cleared (28)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | -788.08 |
| 08/25/2024 | Journal | MI13813ME | | -15.26 |
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | -613.39 |
| 08/28/2024 | Bill Payment | EFT95579849 | Specialty Beverage | -145.00 |
| 08/30/2024 | Journal | MI13795ME | | -1,006.43 |
| 08/30/2024 | Bill Payment | | Bowie Produce | -267.75 |
| 08/30/2024 | Bill Payment | | Safety First Services | -625.00 |
| 08/30/2024 | Bill Payment | | Lyon Bakery | -296.90 |
| 08/30/2024 | Bill Payment | | KBS III 3003 Washington LLC | -18,286.64 |
| 08/30/2024 | Bill Payment | 5040 | TriMark Adams-Burch | -742.16 |
| 08/31/2024 | Journal | MI13794ME | | -18.01 |
| 08/31/2024 | Journal | MI13793ME | | -248.67 |
| 09/01/2024 | Journal | MI13805ME | | -204.80 |
| 09/01/2024 | Expense | | Network Solutions | -11.99 |
| 09/02/2024 | Journal | MI13809ME | | -2.01 |
| 09/02/2024 | Journal | MI13810ME | | -14.59 |
| 09/03/2024 | Expense | | Amazon | -24.91 |
| 09/03/2024 | Expense | | Toast Inc. | -16.24 |
| 09/03/2024 | Bill Payment | 5041 | ALSCO | -205.95 |
| 09/03/2024 | Bill Payment | | marginedge | -300.00 |
| 09/03/2024 | Expense | | Amazon | -52.87 |
| 09/04/2024 | Bill Payment | ACH | Reinhart Food Service (PFG) | -4,811.27 |
| 09/05/2024 | Bill Payment | EFT | Parkx Master Merchant, LC | -200.00 |
| 09/06/2024 | Expense | | Arlington County Treasurer | -9,846.80 |
| 09/06/2024 | Expense | | Toast Inc. | -14.83 |
| 09/06/2024 | Expense | | | -0.50 |
| 09/06/2024 | Journal | MI13829ME | | -639.78 |
| 09/06/2024 | Expense | | Arlington Chamber of Commerce | -48.00 |
| **Total** | | | | **-39,447.83** |

Deposits and other credits cleared (24)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/26/2024 | Journal | Sales 8.26 | | 22.50 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 08/28/2024 | Journal | Sales 8.28 | | 32.95 |
| 08/29/2024 | Journal | Sales 8.29 | | 2,887.19 |
| 08/29/2024 | Journal | Sales 8.29 | | 78.50 |
| 08/30/2024 | Journal | Sales 8.30 | | 3,674.35 |
| 08/31/2024 | Journal | Sales 8.31 | | 5,184.56 |
| 08/31/2024 | Journal | Sales 8.31 | | 456.84 |
| 09/01/2024 | Deposit | | UberEats | 4,125.14 |
| 09/01/2024 | Journal | Sales 9.1 | | 5,792.15 |
| 09/01/2024 | Deposit | | DoorDash Inc | 3,348.48 |
| 09/01/2024 | Journal | Sales 9.1 | | 273.00 |
| 09/02/2024 | Journal | Sales 9.2 | | 5,597.88 |
| 09/03/2024 | Deposit | | | 0.16 |
| 09/03/2024 | Deposit | | | 5.50 |
| 09/03/2024 | Deposit | | | 27.05 |
| 09/03/2024 | Journal | Sales 9.3 | | 22.00 |
| 09/03/2024 | Journal | Sales 9.3 | | 1,866.71 |
| 09/03/2024 | Deposit | | | 33.50 |
| 09/04/2024 | Journal | Sales 9.4 | | 38.50 |
| 09/04/2024 | Deposit | | | 437.43 |
| 09/04/2024 | Journal | Sales 9.4 | | 1,925.28 |
| 09/05/2024 | Journal | Sales 9.5 | | 23.00 |
| 09/06/2024 | Deposit | | | 1,383.00 |
| 09/08/2024 | Deposit | | | 1,057.36 |

**Total**  38,293.03

## Additional Information

Uncleared checks and payments as of 09/08/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage Contr… | -226.22 |
| 08/15/2024 | Journal | MI13751ME | | -109.17 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | -568.27 |
| 09/03/2024 | Bill Payment | | Motleys Asset Disposition Group | -1,600.00 |
| 09/06/2024 | Bill Payment | 5042 | TriMark Adams-Burch | -971.97 |
| 09/06/2024 | Journal | metro Meats | | -972.61 |
| 09/08/2024 | Journal | Payroll 8.26-9.08 | | -1,310.06 |
| 09/08/2024 | Journal | Payroll 8.26-9.08 | | -722.30 |
| 09/08/2024 | Journal | Payroll 8.26-9.08 | | -630.72 |
| 09/08/2024 | Journal | Payroll 8.26-9.08 | | -540.83 |
| 09/08/2024 | Journal | Payroll 8.26-9.08 | | -372.44 |
| 09/08/2024 | Journal | Payroll 8.26-9.08 | | -635.11 |
| 09/08/2024 | Journal | Payroll 8.26-9.08 | | -16,242.57 |
| 09/08/2024 | Journal | Payroll 8.26-9.08 | | -6,268.18 |
| 09/08/2024 | Journal | Payroll 8.26-9.08 | | -4,493.28 |
| 09/08/2024 | Journal | Payroll 8.26-9.08 | | -936.56 |

**Total**  -37,719.80

Uncleared deposits and other credits as of 09/08/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 08/03/2024 | Journal | Sales 8.3 | | 310.28 |
| 08/19/2024 | Journal | MJ13705ME | | 10.00 |
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | 0.00 |
| 08/30/2024 | Journal | Sales 8.30 | | 84.58 |
| 09/05/2024 | Journal | Sales 9.5 | | 2,408.70 |
| 09/06/2024 | Journal | Sales 9.6 | | 3,646.06 |
| 09/06/2024 | Journal | Sales 9.6 | | 54.90 |
| 09/07/2024 | Journal | Sales 9.7 | | 6,979.65 |
| 09/07/2024 | Journal | Sales 9.7 | | 40.00 |

Case 24-13609    Doc 65-14    Filed 10/21/24    Page 3 of 3

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/08/2024 | Journal | MJ13840ME | | 3,168.89 |
| 09/08/2024 | Deposit | | UberEats | 5,093.47 |
| 09/08/2024 | Journal | MJ13840ME | | 297.84 |
| **Total** | | | | **22,094.37** |

Uncleared checks and payments after 09/08/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/09/2024 | Bill Payment | 5043 | M.A. Stockstill Co. | -2,140.46 |
| 09/09/2024 | Bill Payment | | Fourth Enterprises, LLC | -136.96 |
| 09/09/2024 | Bill Payment | | Lyon Bakery | -619.19 |
| 09/09/2024 | Bill Payment | | Bowie Produce | -721.00 |
| 09/09/2024 | Expense | | Amazon | -10.59 |
| 09/09/2024 | Expense | | Toast Inc. | -389.75 |
| 09/09/2024 | Journal | MI13844ME | | -923.60 |
| 09/09/2024 | Expense | | Amazon | -15.85 |
| 09/09/2024 | Expense | | Amazon | -43.34 |
| 09/09/2024 | Expense | | Amazon | -19.81 |
| 09/10/2024 | Expense | | Amazon | -33.36 |
| 09/10/2024 | Expense | | Amazon | -38.58 |
| 09/10/2024 | Bill Payment | | ULINE INC. | -316.41 |
| 09/11/2024 | Bill Payment | EFT | Comcast (EFT) | -687.91 |
| 09/18/2024 | Bill Payment | ACH | Washington Gas | -634.91 |
| 09/23/2024 | Bill Payment | ACH | Dominion Energy Virginia | -1,719.23 |
| **Total** | | | | **-8,450.95** |

Uncleared deposits and other credits after 09/08/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/09/2024 | Journal | MJ13846ME | | 9,032.87 |
| 09/09/2024 | Deposit | | | 0.16 |
| 09/09/2024 | Journal | MJ13846ME | | 108.98 |
| 09/10/2024 | Journal | MJ13871ME | | 38.85 |
| 09/10/2024 | Journal | MJ13871ME | | 3,261.64 |
| **Total** | | | | **12,442.50** |