1021 TD Bank-DIP Checking, Period Ending 09/15/2024

**RECONCILIATION CHANGE REPORT**

Since this reconciliation on 09/18/2024, changes were made to the reconciled transactions in this report.

| DATE | TYPE | REF NO. | PAYEE | ORIGINAL AMT (USD) | CURRENT AMT (USD) | CHANGE | AMOUNT CHANGE (USD) |
|---|---|---|---|---|---|---|---|
| 09/09/2024 | Expense | | Amazon | 15.85 | 0.00 | Deleted | 15.85 |
| 09/09/2024 | Expense | | Amazon | 10.59 | 0.00 | Deleted | 10.59 |
| 09/10/2024 | Expense | | Amazon | 33.36 | 0.00 | Deleted | 33.36 |
| 09/12/2024 | Expense | | Amazon | 26.45 | 0.00 | Deleted | 26.45 |
| | | | | | | **Total** | **86.25** |

**RECONCILIATION REPORT**

Reconciled on: 09/18/2024

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

### Summary                                                                                              USD

| | |
|---|---|
| Statement beginning balance | 6,443.70 |
| Checks and payments cleared (32) | -38,292.60 |
| Deposits and other credits cleared (18) | 44,076.38 |
| Statement ending balance | 12,227.48 |
| | |
| Uncleared transactions as of 09/15/2024 | 1,583.22 |
| Register balance as of 09/15/2024 | 13,810.70 |
| Cleared transactions after 09/15/2024 | 0.00 |
| Uncleared transactions after 09/15/2024 | -3,840.54 |
| Register balance as of 09/18/2024 | 9,970.16 |

### Details

Checks and payments cleared (32)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | -568.27 |
| 09/06/2024 | Journal | metro Meats | | -972.61 |
| 09/06/2024 | Bill Payment | 5042 | TriMark Adams-Burch | -971.97 |
| 09/08/2024 | Journal | Payroll 8.26-9.08 | | -630.72 |
| 09/08/2024 | Journal | Payroll 8.26-9.08 | | -16,242.57 |
| 09/08/2024 | Journal | Payroll 8.26-9.08 | | -6,268.18 |
| 09/08/2024 | Journal | Payroll 8.26-9.08 | | -936.56 |
| 09/09/2024 | Expense | | Amazon | -19.81 |
| 09/09/2024 | Expense | | Amazon | -15.85 |
| 09/09/2024 | Expense | | Amazon | -10.59 |
| 09/09/2024 | Bill Payment | 5043 | M.A. Stockstill Co. | -2,140.46 |
| 09/09/2024 | Expense | | Amazon | -43.34 |
| 09/09/2024 | Journal | MI13844ME | | -923.60 |
| 09/09/2024 | Expense | | Toast Inc. | -389.75 |
| 09/09/2024 | Bill Payment | | Lyon Bakery | -619.19 |
| 09/09/2024 | Bill Payment | | Fourth Enterprises, LLC | -136.96 |
| 09/09/2024 | Bill Payment | | Bowie Produce | -721.00 |
| 09/10/2024 | Bill Payment | | ULINE INC. | -316.41 |
| 09/10/2024 | Expense | | Amazon | -38.58 |
| 09/10/2024 | Bill Payment | 5044 | ALSCO | -205.95 |
| 09/10/2024 | Journal | MI13881ME | | -45.00 |
| 09/10/2024 | Journal | MI13862ME | | -78.42 |
| 09/10/2024 | Expense | | Amazon | -33.36 |
| 09/10/2024 | Journal | MI13870ME | | -41.41 |
| 09/11/2024 | Bill Payment | | Republic National | -439.56 |
| 09/12/2024 | Bill Payment | 5047 | Maya Loney | -246.00 |
| 09/12/2024 | Journal | MI13906ME | | -285.00 |
| 09/12/2024 | Journal | MI13886ME | | -853.90 |
| 09/12/2024 | Journal | MI13891ME | | -313.91 |
| 09/12/2024 | Bill Payment | | Andrew Darneille | -2,327.37 |
| 09/12/2024 | Expense | | Amazon | -26.45 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/13/2024 | Expense | | AM Briggs INC dba Metropolitan … | -1,429.85 |
| **Total** | | | | **-38,292.60** |

Deposits and other credits cleared (18)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/19/2024 | Journal | MJ13705ME | | 10.00 |
| 09/05/2024 | Journal | Sales 9.5 | | 2,408.70 |
| 09/06/2024 | Journal | Sales 9.6 | | 3,646.06 |
| 09/07/2024 | Journal | Sales 9.7 | | 6,979.65 |
| 09/08/2024 | Journal | Sales 9.8 | | 297.84 |
| 09/08/2024 | Deposit | | UberEats | 5,093.47 |
| 09/08/2024 | Deposit | | | 855.06 |
| 09/08/2024 | Journal | Sales 9.8 | | 3,057.61 |
| 09/08/2024 | Deposit | | DoorDash Inc | 3,910.05 |
| 09/09/2024 | Deposit | | | 0.16 |
| 09/09/2024 | Journal | Sales 9.9 | | 108.98 |
| 09/09/2024 | Journal | Sales 9.9 | | 8,769.51 |
| 09/10/2024 | Journal | Sales 9.10 | | 33.00 |
| 09/10/2024 | Journal | Sales 9.10 | | 3,178.49 |
| 09/11/2024 | Journal | Sales 9.11 | | 3,227.78 |
| 09/11/2024 | Journal | Sales 9.11 | | 500.00 |
| 09/12/2024 | Journal | Sales 9.12 | | 2,000.00 |
| 09/13/2024 | Deposit | | | 0.02 |
| **Total** | | | | **44,076.38** |

**Additional Information**

Uncleared checks and payments as of 09/15/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage Contr… | -226.22 |
| 08/15/2024 | Journal | MI13751ME | | -109.17 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 09/01/2024 | Journal | MI13877ME | | -52.87 |
| 09/03/2024 | Bill Payment | | Motleys Asset Disposition Group | -1,600.00 |
| 09/06/2024 | Journal | MI13878ME | | -28.28 |
| 09/07/2024 | Journal | MI13880ME | | -15.85 |
| 09/08/2024 | Journal | MI13875ME | | -10.59 |
| 09/08/2024 | Journal | Payroll 8.26-9.08 | | -4,493.28 |
| 09/08/2024 | Journal | Payroll 8.26-9.08 | | -1,310.06 |
| 09/08/2024 | Journal | Payroll 8.26-9.08 | | -722.30 |
| 09/08/2024 | Journal | Payroll 8.26-9.08 | | -635.11 |
| 09/08/2024 | Journal | Payroll 8.26-9.08 | | -540.83 |
| 09/08/2024 | Journal | Payroll 8.26-9.08 | | -372.44 |
| 09/09/2024 | Journal | MI13861ME | | -316.41 |
| 09/09/2024 | Journal | MI13879ME | | -33.36 |
| 09/10/2024 | Journal | MI13876ME | | -38.58 |
| 09/11/2024 | Journal | MI13922ME | | -26.45 |
| 09/11/2024 | Bill Payment | EFT06450340 | Specialty Beverage | -200.00 |
| 09/11/2024 | Bill Payment | EFT | Comcast (EFT) | -687.91 |
| 09/11/2024 | Bill Payment | EFT61032568 | Specialty Beverage | -189.00 |
| 09/12/2024 | Journal | MI13905ME | | -1,320.65 |
| 09/13/2024 | Bill Payment | 5048 | TriMark Adams-Burch | -852.47 |
| 09/13/2024 | Journal | MI13920ME | | -24.37 |
| 09/13/2024 | Journal | MI13921ME | | -31.78 |
| 09/15/2024 | Bill Payment | EFT06450341 | Reinhart Food Service (PFG) | -6,800.28 |
| 09/15/2024 | Journal | MI13919ME | | -52.87 |
| **Total** | | | | **-21,810.64** |

## Uncleared deposits and other credits as of 09/15/2024
| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/03/2024 | Journal | Sales 8.3 | | 310.28 |
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | 0.00 |
| 08/30/2024 | Journal | Sales 8.30 | | 84.58 |
| 09/06/2024 | Journal | Sales 9.6 | | 54.90 |
| 09/07/2024 | Journal | Sales 9.7 | | 40.00 |
| 09/10/2024 | Journal | Sales 9.10 | | 5.85 |
| 09/11/2024 | Journal | Sales 9.11 | | 15.30 |
| 09/12/2024 | Journal | Sales 9.12 | | 3,625.44 |
| 09/13/2024 | Journal | Sales 9.13 | | 5,031.80 |
| 09/13/2024 | Journal | Sales 9.13 | | 190.89 |
| 09/14/2024 | Journal | Sales 9.14 | | 282.75 |
| 09/14/2024 | Journal | Sales 9.14 | | 6,656.30 |
| 09/15/2024 | Journal | Sales 9.15 | | 3,480.20 |
| 09/15/2024 | Journal | Sales 9.15 | | 48.30 |
| 09/15/2024 | Deposit | | UberEats | 3,567.27 |

**Total** 23,393.86

## Uncleared checks and payments after 09/15/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/16/2024 | Bill Payment | | Logan Food Company | -127.50 |
| 09/16/2024 | Bill Payment | 5049 | AM Briggs INC dba Metropolitan … | -780.05 |
| 09/16/2024 | Bill Payment | ACH | Erie Insurance Group | -1,016.48 |
| 09/16/2024 | Bill Payment | | Bowie Produce | -953.75 |
| 09/16/2024 | Bill Payment | | Lyon Bakery | -408.60 |
| 09/16/2024 | Bill Payment | | Finance A La Carte LLC | -2,500.00 |
| 09/18/2024 | Bill Payment | ACH | Washington Gas | -634.91 |
| 09/23/2024 | Bill Payment | ACH | Dominion Energy Virginia | -1,719.23 |

**Total** -8,140.52

## Uncleared deposits and other credits after 09/15/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/16/2024 | Journal | MJ13928ME | | 2,131.74 |
| 09/16/2024 | Journal | MJ13928ME | | 83.45 |
| 09/17/2024 | Journal | MJ13934ME | | 30.05 |
| 09/17/2024 | Journal | MJ13934ME | | 2,054.74 |

**Total** 4,299.98