# Smokecraft Clarendon LLC

### 1021 TD Bank-DIP Checking, Period Ending 09/22/2024

## RECONCILIATION REPORT

Reconciled on: 09/25/2024

Reconciled by: Marcelena Jarrouj

Any changes made to transactions after this date aren't included in this report.

## Summary

| | USD |
|---|---|
| Statement beginning balance | 25,254.48 |
| Checks and payments cleared (1) | -1,600.00 |
| Deposits and other credits cleared (1) | 1,600.00 |
| Statement ending balance | 25,254.48 |
| | |
| Uncleared transactions as of 09/22/2024 | 13,629.93 |
| Register balance as of 09/22/2024 | 38,884.41 |
| Cleared transactions after 09/22/2024 | 0.00 |
| Uncleared transactions after 09/22/2024 | -9,687.01 |
| Register balance as of 09/25/2024 | 29,197.40 |

## Details

### Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/03/2024 | Bill Payment | | Motleys Asset Disposition Group | -1,600.00 |
| **Total** | | | | **-1,600.00** |

### Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/03/2024 | Journal | re-class | | 1,600.00 |
| **Total** | | | | **1,600.00** |

## Additional Information

### Uncleared checks and payments as of 09/22/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage Contr… | -226.22 |
| 08/15/2024 | Journal | MI13751ME | | -109.17 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 09/01/2024 | Journal | MI13877ME | | -52.87 |
| 09/06/2024 | Journal | MI13878ME | | -28.28 |
| 09/07/2024 | Journal | MI13880ME | | -15.85 |
| 09/08/2024 | Journal | MI13875ME | | -10.59 |
| 09/09/2024 | Journal | MI13861ME | | -316.41 |
| 09/09/2024 | Journal | MI13879ME | | -33.36 |
| 09/10/2024 | Journal | MI13876ME | | -38.58 |
| 09/11/2024 | Journal | MI13922ME | | -26.45 |
| 09/12/2024 | Journal | AM briggs | | -1,320.65 |
| 09/20/2024 | Bill Payment | 5051 | TriMark Adams-Burch | -516.78 |
| 09/20/2024 | Journal | MI13960ME | | -390.90 |
| 09/20/2024 | Bill Payment | 5052 | AM Briggs INC dba Metropolitan … | -827.71 |
| 09/21/2024 | Journal | MI13961ME | | -626.00 |
| 09/22/2024 | Journal | MI13967ME | | -9.06 |
| 09/22/2024 | Journal | MI13973ME | | -92.98 |
| 09/22/2024 | Journal | MI13974ME | | -14.99 |
| **Total** | | | | **-5,776.36** |

Uncleared deposits and other credits as of 09/22/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/03/2024 | Journal | Sales 8.3 | | 310.28 |
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | 0.00 |
| 08/30/2024 | Journal | Sales 8.30 | | 84.58 |
| 09/06/2024 | Journal | Sales 9.6 | | 54.90 |
| 09/07/2024 | Journal | Sales 9.7 | | 40.00 |
| 09/10/2024 | Journal | Sales 9.10 | | 5.85 |
| 09/11/2024 | Journal | Sales 9.11 | | 15.30 |
| 09/17/2024 | Journal | Sales 9.17 | | 23.00 |
| 09/18/2024 | Journal | Sales 9.18 | | 118.00 |
| 09/19/2024 | Journal | Sales 9.19 | | 50.00 |
| 09/19/2024 | Journal | Sales 9.19 | | 2,565.04 |
| 09/20/2024 | Journal | Sales 9.20 | | 4,265.26 |
| 09/20/2024 | Journal | Sales 9.20 | | 91.00 |
| 09/21/2024 | Journal | Sales 9.21 | | 166.00 |
| 09/21/2024 | Journal | Sales 9.21 | | 6,990.50 |
| 09/22/2024 | Journal | Sales 9.22 | | 4,496.58 |
| 09/22/2024 | Journal | Sales 9.22 | | 130.00 |

Total    19,406.29

### Uncleared checks and payments after 09/22/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/23/2024 | Expense | | Amazon | -10.06 |
| 09/23/2024 | Bill Payment | ACH | Dominion Energy Virginia | -1,719.23 |
| 09/23/2024 | Expense | | Arlington County Treasurer | -7,356.52 |
| 09/23/2024 | Journal | MI13975ME | | -806.49 |
| 09/23/2024 | Journal | MI13980ME | | -93.75 |
| 09/23/2024 | Bill Payment | | Roberts Oxygen Company, Inc. | -153.56 |
| 09/23/2024 | Bill Payment | | Magnolia Plumbing | -487.00 |
| 09/23/2024 | Bill Payment | | Lyon Bakery | -534.71 |
| 09/23/2024 | Bill Payment | | Bowie Produce | -429.00 |
| 09/24/2024 | Bill Payment | ACH | Reinhart Food Service (PFG) | -5,162.52 |
| 09/24/2024 | Bill Payment | 5054 | ALSCO | -205.95 |
| 10/11/2024 | Bill Payment | | Comcast (EFT) | -687.91 |

Total    -17,646.70

### Uncleared deposits and other credits after 09/22/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/23/2024 | Journal | MJ13976ME | | 1,783.42 |
| 09/23/2024 | Deposit | | Square | 300.07 |
| 09/23/2024 | Journal | MJ13976ME | | 25.30 |
| 09/24/2024 | Journal | MJ13982ME | | 2,970.49 |
| 09/24/2024 | Deposit | | UberEats | 2,854.31 |
| 09/24/2024 | Journal | MJ13982ME | | 26.10 |

Total    7,959.69