1021 TD Bank-DIP Checking, Period Ending 09/30/2024

## RECONCILIATION CHANGE REPORT

Since this reconciliation on 10/03/2024, changes were made to the reconciled transactions in this report.

| DATE | TYPE | REF NO. | PAYEE | ORIGINAL AMT (USD) | CURRENT AMT (USD) | CHANGE | AMOUNT CHANGE (USD) |
|---|---|---|---|---|---|---|---|
| 09/30/2024 | Expense | | Amazon | 82.22 | 0.00 | Deleted | 82.22 |
| | | | | | | **Total** | **82.22** |

## RECONCILIATION REPORT

Reconciled on: 10/03/2024

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---|
| Statement beginning balance | 2,518.27 |
| Checks and payments cleared (11) | -10,576.03 |
| Deposits and other credits cleared (9) | 29,864.34 |
| Statement ending balance | 21,806.58 |
| | |
| Uncleared transactions as of 09/30/2024 | -13,084.15 |
| Register balance as of 09/30/2024 | 8,722.43 |
| Cleared transactions after 09/30/2024 | 0.00 |
| Uncleared transactions after 09/30/2024 | -362.61 |
| Register balance as of 10/03/2024 | 8,359.82 |

### Details

Checks and payments cleared (11)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/22/2024 | Journal | Payroll JE 9.9-9.22 | | -680.29 |
| 09/22/2024 | Journal | Payroll JE 9.9-9.22 | | -1,253.37 |
| 09/27/2024 | Bill Payment | | Capital Bank | -1,500.00 |
| 09/27/2024 | Bill Payment | 5056 | TriMark Adams-Burch | -951.02 |
| 09/27/2024 | Bill Payment | | Reinhart Food Service (PFG) | -3,971.58 |
| 09/27/2024 | Bill Payment | | Lyon Bakery | -471.04 |
| 09/27/2024 | Bill Payment | | Motleys Asset Disposition Group | -1,600.00 |
| 09/28/2024 | Journal | MI14011ME | | -44.97 |
| 09/30/2024 | Expense | | Adobe Inc. | -21.19 |
| 09/30/2024 | Expense | | Amazon | -82.22 |
| 09/30/2024 | Expense | | | -0.35 |
| **Total** | | | | **-10,576.03** |

Deposits and other credits cleared (9)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/26/2024 | Journal | Sales 9.26 | | 2,525.14 |
| 09/27/2024 | Journal | Sales 9.27 | | 3,821.96 |
| 09/27/2024 | Journal | Sales 9.27 | | 42.85 |
| 09/28/2024 | Journal | Sales 9.28 | | 13,957.09 |
| 09/28/2024 | Journal | Sales 9.28 | | 8,446.80 |
| 09/28/2024 | Journal | Sales 9.28 | | 1,041.27 |
| 09/29/2024 | Journal | Sales 9.29 | | 26.35 |
| 09/30/2024 | Deposit | | | 2.73 |
| 09/30/2024 | Deposit | | | 0.15 |
| **Total** | | | | **29,864.34** |

### Additional Information

Uncleared checks and payments as of 09/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage Contr… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 09/06/2024 | Journal | MI13878ME | | -28.28 |
| 09/10/2024 | Journal | MI13876ME | | -38.58 |
| 09/12/2024 | Journal | AM briggs | | -1,320.65 |
| 09/22/2024 | Journal | Payroll JE 9.9-9.22 | | -638.93 |
| 09/22/2024 | Journal | Payroll JE 9.9-9.22 | | -4,297.88 |
| 09/22/2024 | Journal | Payroll JE 9.9-9.22 | | -362.56 |
| 09/22/2024 | Journal | Payroll JE 9.9-9.22 | | -553.29 |
| 09/27/2024 | Bill Payment | 5057 | AM Briggs INC dba Metropolitan … | -809.85 |
| 09/30/2024 | Bill Payment | | KBS III 3003 Washington LLC | -18,357.64 |

**Total** -27,753.39

## Uncleared deposits and other credits as of 09/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/03/2024 | Journal | Sales 8.3 | | 310.28 |
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | 0.00 |
| 08/30/2024 | Journal | Sales 8.30 | | 84.58 |
| 09/06/2024 | Journal | Sales 9.6 | | 54.90 |
| 09/07/2024 | Journal | Sales 9.7 | | 40.00 |
| 09/10/2024 | Journal | Sales 9.10 | | 5.85 |
| 09/11/2024 | Journal | Sales 9.11 | | 15.30 |
| 09/19/2024 | Journal | Sales 9.19 | | 50.00 |
| 09/29/2024 | Deposit | | DoorDash Inc | 3,130.97 |
| 09/29/2024 | Deposit | | UberEats | 3,379.53 |
| 09/29/2024 | Journal | Sales 9.29 | | 4,754.46 |
| 09/30/2024 | Journal | Sales 9.30 | | 2,843.37 |

**Total** 14,669.24

## Uncleared checks and payments after 09/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/01/2024 | Bill Payment | | Reinhart Food Service (PFG) | -5,907.81 |
| 10/02/2024 | Journal | MI14050ME | | -45.17 |
| 10/11/2024 | Bill Payment | | Comcast (EFT) | -687.91 |

**Total** -6,640.89

## Uncleared deposits and other credits after 09/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/01/2024 | Journal | MJ14030ME | | 70.00 |
| 10/01/2024 | Journal | MJ14030ME | | 2,948.03 |
| 10/02/2024 | Journal | MJ14038ME | | 110.94 |
| 10/02/2024 | Journal | MJ14038ME | | 3,149.31 |

**Total** 6,278.28