Smokecraft Clarendon LLC

1020 TD Bank Operating, Period Ending 09/30/2024

**RECONCILIATION REPORT**

Reconciled on: 10/07/2024

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

## Summary USD

| | |
|---|---|
| Statement beginning balance | 1,033.10 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 1,033.10 |
| | |
| Uncleared transactions as of 09/30/2024 | -736.25 |
| Register balance as of 09/30/2024 | 296.85 |
| Cleared transactions after 09/30/2024 | 0.00 |
| Uncleared transactions after 09/30/2024 | 7,042.81 |
| Register balance as of 10/07/2024 | 7,339.66 |

## Additional Information

Uncleared checks and payments as of 09/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/17/2022 | Journal | payroll 7/4-7/17 | | -388.33 |
| 08/27/2023 | Journal | Payroll JE 8/14-8/27 | | -12.10 |
| 03/24/2024 | Journal | Payroll 3/11-3/24 | | -141.07 |
| 05/31/2024 | Journal | bank rec adj | | -24.75 |
| 07/20/2024 | Expense | | Intuit Inc. | -85.00 |
| 09/20/2024 | Expense | | Intuit Inc. | -85.00 |
| **Total** | | | | **-736.25** |

Uncleared deposits and other credits after 09/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/03/2024 | Journal | MJ14051ME | | 7,042.81 |
| **Total** | | | | **7,042.81** |