Entered: October 25th, 2024
Signed: October 24th, 2024
**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

In re                                           Case No. 24-13609

Smokecraft Clarendon, LLC                       Chapter 11

    Debtor.
_____/

### ORDER CONTINUING CONFIRMATION HEARING

Upon consideration of the Consent Motion to Continue Confirmation Hearing (the "Motion"), the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the confirmation hearing scheduled for October 29, 2024 is cancelled and will be continued to a date set by the Court in a separate hearing notice or Court order; and it is further

ORDERED, that the Court will hold a status conference on **November 20, 2024 at 11:00 a.m.** by videoconference (for videoconference hearing information, go to https://www.mdb.uscourts.gov/judges-info/judge/maria-ellena-chavez-ruark).

cc: All Counsel of Record

All Parties-In-Interest

-END OF ORDER-

1