SMALL BUSINESS MOR – SMOKECRAFT CLARENDON LLC
OCTOBER 2024
EXHIBIT B

10. Accounts as of 10/31/24 include:

   1. TD Bank CD Ending in: 0387 (secured letter of credit for lease)
   2. Capital Bank MD Ending in: 5611 (Capital Bank refused to close the account when attempted)

14. Did you have any unusual or significant unanticipated expenses?

   1. $3,200 for an emergency grease trap replacement after existing unit began leaking and we were unable to repair.