**Smokecraft Clarendon LLC**
**MOR Exhibit C - Deposit Transaction Report**

| Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|
| 10/01/2024 | Journal Entry | Sales 10.1 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 70.00 |
| 10/01/2024 | Deposit | | | VISA DDA REF - 469216   AMZN MKTP US   AMZN COM BILL * WA | 1021 TD Bank-DIP Checking | 6170 Cost of Sales:Grocery Cost | 82.22 |
| 10/01/2024 | Journal Entry | | AM Briggs | Reverse to clear off bank rec | 1021 TD Bank-DIP Checking | -Split- | 1,320.65 |
| 10/01/2024 | Journal Entry | Sales 10.1 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,869.32 |
| 10/02/2024 | Journal Entry | Sales 10.2 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 76.00 |
| 10/02/2024 | Journal Entry | Sales 10.2 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,049.48 |
| 10/03/2024 | Journal Entry | Sales 10.3 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 60.00 |
| 10/03/2024 | Journal Entry | Sales 10.3 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,214.22 |
| 10/03/2024 | Deposit | | | 10/31 event | 1021 TD Bank-DIP Checking | 2300 Prepaid Sales | 7,042.81 |
| 10/04/2024 | Journal Entry | Sales 10.4 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 75.00 |
| 10/04/2024 | Journal Entry | Sales 10.4 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 4,410.18 |
| 10/05/2024 | Journal Entry | Sales 10.5 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 340.86 |
| 10/05/2024 | Journal Entry | Sales 10.5 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 5,767.37 |
| 10/06/2024 | Journal Entry | Sales 10.6 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 222.08 |
| 10/06/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | -Split- | 775.36 |
| 10/06/2024 | Deposit | | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | 3,717.36 |
| 10/06/2024 | Journal Entry | Sales 10.6 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 4,307.59 |
| 10/06/2024 | Deposit | | UberEats | | 1021 TD Bank-DIP Checking | -Split- | 4,518.49 |
| 10/07/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 1.14 |
| 10/07/2024 | Journal Entry | Sales 10.7 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 7.00 |
| 10/07/2024 | Journal Entry | Sales 10.7 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 1,685.36 |
| 10/08/2024 | Journal Entry | Sales 10.8 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,431.11 |
| 10/09/2024 | Deposit | | | VISA DDA REF - 469216   AMAZON MKTPLACE PMTS   AMZN COM BILL * WA | 1021 TD Bank-DIP Checking | 6170 Cost of Sales:Grocery Cost | 45.93 |
| 10/09/2024 | Journal Entry | Sales 10.9 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,863.45 |
| 10/10/2024 | Journal Entry | Sales 10.10 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 24.80 |
| 10/10/2024 | Journal Entry | Sales 10.10 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 4,342.20 |
| 10/11/2024 | Journal Entry | Sales 10.11 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 20.03 |
| 10/11/2024 | Journal Entry | Sales 10.11 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 46.00 |
| 10/11/2024 | Deposit | | | INTEREST CREDIT | 1050 TD Bank CD | 8101 Interest Income | 205.18 |
| 10/11/2024 | Journal Entry | Sales 10.11 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 6,250.33 |
| 10/12/2024 | Journal Entry | Sales 10.12 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 235.00 |
| 10/12/2024 | Journal Entry | Sales 10.12 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 7,704.20 |
| 10/13/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | -Split- | 2,635.82 |
| 10/13/2024 | Deposit | | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | 3,125.12 |
| 10/13/2024 | Deposit | | UberEats | | 1021 TD Bank-DIP Checking | -Split- | 3,204.05 |
| 10/13/2024 | Journal Entry | Sales 10.13 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 5,655.26 |
| 10/14/2024 | Journal Entry | Sales 10.14 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 31.00 |
| 10/14/2024 | Journal Entry | Sales 10.14 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,659.10 |
| 10/15/2024 | Journal Entry | Sales 10.15 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 42.00 |
| 10/15/2024 | Journal Entry | Sales 10.15 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,914.95 |
| 10/16/2024 | Journal Entry | Sales 10.16 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 86.00 |
| 10/16/2024 | Journal Entry | Sales 10.16 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 4,920.73 |
| 10/17/2024 | Journal Entry | Sales 10.17 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 59.00 |
| 10/17/2024 | Journal Entry | Sales 10.17 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,378.64 |
| 10/18/2024 | Journal Entry | Sales 10.18 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 110.00 |
| 10/18/2024 | Deposit | | Square | SQUARE INC   SQ241018 | 1021 TD Bank-DIP Checking | 6110 Cost of Sales:Meat Cost | 311.49 |
| 10/18/2024 | Journal Entry | Sales 10.18 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 5,602.76 |
| 10/19/2024 | Journal Entry | Sales 10.19 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 6,516.88 |
| 10/20/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | -Split- | 357.13 |
| 10/20/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | -Split- | 670.96 |
| 10/20/2024 | Deposit | | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | 2,571.31 |
| 10/20/2024 | Deposit | | UberEats | | 1021 TD Bank-DIP Checking | -Split- | 3,249.53 |
| 10/20/2024 | Journal Entry | Sales 10.20 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 6,957.29 |
| 10/21/2024 | Journal Entry | Sales 10.21 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 57.00 |
| 10/21/2024 | Journal Entry | Sales 10.21 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,262.65 |
| 10/22/2024 | Journal Entry | Sales 10.22 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 37.87 |
| 10/22/2024 | Deposit | | | VISA DDA REF - 475542   VA ABC STORE 168   ARLINGTON  * VA | 1021 TD Bank-DIP Checking | 6210 Cost of Sales:Liquor Cost | 89.98 |
| 10/22/2024 | Journal Entry | Sales 10.22 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,440.20 |
| 10/23/2024 | Journal Entry | Sales 10.23 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 58.00 |
| 10/23/2024 | Journal Entry | Sales 10.23 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,911.11 |
| 10/24/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.13 |
| 10/24/2024 | Journal Entry | Sales 10.24 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 193.00 |
| 10/24/2024 | Journal Entry | Sales 10.24 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,260.54 |
| 10/25/2024 | Journal Entry | Sales 10.25 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 65.00 |
| 10/25/2024 | Journal Entry | Sales 10.25 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 4,022.68 |
| 10/26/2024 | Journal Entry | Sales 10.26 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 179.61 |
| 10/26/2024 | Journal Entry | Sales 10.26 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 6,755.08 |
| 10/27/2024 | Journal Entry | Sales 10.27 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 15.00 |
| 10/27/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | -Split- | 398.95 |
| 10/27/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | -Split- | 899.12 |
| 10/27/2024 | Deposit | | | DEPOSIT | 1021 TD Bank-DIP Checking | -Split- | 987.40 |
| 10/27/2024 | Deposit | | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | 2,505.63 |
| 10/27/2024 | Deposit | | UberEats | | 1021 TD Bank-DIP Checking | -Split- | 3,445.14 |
| 10/27/2024 | Journal Entry | Sales 10.27 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 4,578.42 |
| 10/28/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.39 |
| 10/28/2024 | Journal Entry | Sales 10.28 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 12.07 |
| 10/28/2024 | Journal Entry | Sales 10.28 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 4,387.01 |
| 10/29/2024 | Deposit | | | DEPOSIT | 1021 TD Bank-DIP Checking | 6750 B. Controllable Expenses:Trash Removal | 43.96 |
| 10/29/2024 | Journal Entry | Sales 10.29 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 4,317.59 |
| 10/30/2024 | Journal Entry | Sales 10.30 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 1,622.38 |
| 10/30/2024 | Journal Entry | Sales 10.30 | | Check | 1021 TD Bank-DIP Checking | -Split- | 1,843.89 |
| 10/31/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | -Split- | 332.38 |
| 10/31/2024 | Journal Entry | Sales 10.31 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,813.88 |
| | | | | | | | $ 174,375.80 |