**Smokecraft Clarendon LLC**
**MOR Exhibit D - Withdrawal Transaction Report**

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount | |
|---|---|---|---|---|---|---|---|
| 10/01/2024 | Bill Payment (Check) | | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -5,907.81 |
| 10/01/2024 | Journal Entry | MI14187ME | | Cash | 1021 TD Bank-DIP Checking | -Split- | -622.77 |
| 10/01/2024 | Bill Payment (Check) | | M.A. Stockstill Co. | | 1021 TD Bank-DIP Checking | Payable (A/P) | -220.00 |
| 10/01/2024 | Bill Payment (Check) | 5059 | ALSCO | Invoice Numbers: LALE1113859 | 1021 TD Bank-DIP Checking | Payable (A/P) | -205.95 |
| 10/01/2024 | Bill Payment (Check) | | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | | 1021 TD Bank-DIP Checking | Payable (A/P) | -125.53 |
| 10/02/2024 | Bill Payment (Check) | EFT80501958 | Hop & Wine | Invoice Numbers: 270298 | 1021 TD Bank-DIP Checking | Payable (A/P) | -332.00 |
| 10/02/2024 | Bill Payment (Check) | | marginedge | | 1021 TD Bank-DIP Checking | Payable (A/P) | -300.00 |
| 10/02/2024 | Bill Payment (Check) | EFT09862115 | Specialty Beverage | Invoice Numbers: 352529 | 1021 TD Bank-DIP Checking | Payable (A/P) | -175.00 |
| 10/02/2024 | Journal Entry | MI14050ME | | Vendor: Network Solutions | 1021 TD Bank-DIP Checking | -Split- | -45.17 |
| 10/02/2024 | Journal Entry | MI14077ME | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -20.14 |
| 10/02/2024 | Expense | | Toast Inc. | TOAST, INC   TOAST, INC | 1021 TD Bank-DIP Checking | & | -16.24 |
| 10/02/2024 | Bill Payment (Check) | | Google LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -15.26 |
| 10/03/2024 | Bill Payment (Check) | 5060 | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1859226 | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,114.51 |
| 10/03/2024 | Bill Payment (Check) | | Toast Inc. | | 1021 TD Bank-DIP Checking | Payable (A/P) | -11.84 |
| 10/04/2024 | Expense | | Restaurant Depot | Payment For Vendor Restaurant Depot For Invoice 000406149 | 1021 TD Bank-DIP Checking | -Split- | -1,154.65 |
| 10/04/2024 | Bill Payment (Check) | 5061 | TriMark Adams-Burch | Invoice Numbers: 6466435-00 | 1021 TD Bank-DIP Checking | Payable (A/P) | -707.93 |
| 10/04/2024 | Bill Payment (Check) | | VA Eagle Distributing | | 1021 TD Bank-DIP Checking | Payable (A/P) | -276.77 |
| 10/04/2024 | Journal Entry | MI14053ME | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | -269.92 |
| 10/06/2024 | Journal Entry | Payroll JE 9.23-10.6 | | DD+ payroll fee | 1021 TD Bank-DIP Checking | -Split- | -19,738.36 |
| 10/06/2024 | Journal Entry | Payroll JE 9.23-10.6 | | taxes - GL Report Summary | 1021 TD Bank-DIP Checking | -Split- | -7,064.16 |
| 10/06/2024 | Journal Entry | Payroll JE 9.23-10.6 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -4,297.88 |
| 10/06/2024 | Journal Entry | Payroll JE 9.23-10.6 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -1,243.17 |
| 10/06/2024 | Journal Entry | Payroll JE 9.23-10.6 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -935.94 |
| 10/06/2024 | Journal Entry | Payroll JE 9.23-10.6 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -743.18 |
| 10/06/2024 | Journal Entry | Payroll JE 9.23-10.6 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -648.33 |
| 10/06/2024 | Journal Entry | Payroll JE 9.23-10.6 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -616.03 |
| 10/06/2024 | Journal Entry | MI14094ME | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -140.60 |
| 10/07/2024 | Bill Payment (Check) | | VRA Cleaning Services LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -3,680.00 |
| 10/07/2024 | Bill Payment (Check) | | Lyon Bakery | | 1021 TD Bank-DIP Checking | Payable (A/P) | -738.22 |
| 10/07/2024 | Bill Payment (Check) | | Bowie Produce | | 1021 TD Bank-DIP Checking | Payable (A/P) | -524.75 |
| 10/07/2024 | Bill Payment (Check) | 5063 | BFPE International | 519626 | 1021 TD Bank-DIP Checking | Payable (A/P) | -505.80 |
| 10/07/2024 | Bill Payment (Check) | | Magnolia Plumbing | | 1021 TD Bank-DIP Checking | Payable (A/P) | -487.00 |
| 10/07/2024 | Bill Payment (Check) | | TriMark Adams-Burch | | 1021 TD Bank-DIP Checking | Payable (A/P) | -390.08 |
| 10/07/2024 | Bill Payment (Check) | | Parkx Master Merchant, LC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -200.00 |
| 10/07/2024 | Bill Payment (Check) | | Logan Food Company | | 1021 TD Bank-DIP Checking | Payable (A/P) | -127.50 |
| 10/07/2024 | Expense | | Arlington Chamber of Commerce | ARLINGTON CHAMBE ACH | 1021 TD Bank-DIP Checking | & | -48.00 |
| 10/07/2024 | Expense | | | | 1021 TD Bank-DIP Checking | Controllable | -0.08 |
| 10/08/2024 | Bill Payment (Check) | 5064 | ALSCO | Invoice Numbers: LALE1114941 | 1021 TD Bank-DIP Checking | Payable (A/P) | -205.95 |
| 10/08/2024 | Expense | | Toast Inc. | TOAST, INC.   20240930-3 | 1021 TD Bank-DIP Checking | & | -14.72 |
| 10/09/2024 | Bill Payment (Check) | 5062 | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -7,610.91 |
| 10/09/2024 | Journal Entry | MI14123ME | | Vendor: Network Solutions | 1021 TD Bank-DIP Checking | -Split- | -63.16 |
| 10/10/2024 | Bill Payment (Check) | | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -5,161.87 |
| 10/10/2024 | Bill Payment (Check) | Check 5066 | Juarez's HVAC LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -3,200.00 |
| 10/10/2024 | Bill Payment (Check) | | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | | 1021 TD Bank-DIP Checking | Payable (A/P) | -824.40 |
| 10/10/2024 | Expense | | Amazon | Payment For Vendor Amazon.com For Invoice 112-4417999-0184254 | 1021 TD Bank-DIP Checking | & | -20.61 |
| 10/11/2024 | Bill Payment (Check) | 5067 | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1862360 | 1021 TD Bank-DIP Checking | Payable (A/P) | -797.27 |
| 10/11/2024 | Bill Payment (Check) | | Comcast (EFT) | 8299610252892194 | 1021 TD Bank-DIP Checking | Payable (A/P) | -687.91 |
| 10/11/2024 | Bill Payment (Check) | 5065 | TriMark Adams-Burch | Invoice Numbers: 6468513-00 | 1021 TD Bank-DIP Checking | Payable (A/P) | -434.05 |
| 10/11/2024 | Journal Entry | MI14120ME | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | -312.72 |
| 10/11/2024 | Expense | | Harland Clarke | HARLAND CLARKE   CHK ORDERS | 1021 TD Bank-DIP Checking | & | -53.25 |
| 10/12/2024 | Journal Entry | MI14131ME | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | -484.56 |
| 10/12/2024 | Journal Entry | MI14124ME | | Vendor: Mailchimp | 1021 TD Bank-DIP Checking | -Split- | -285.00 |
| 10/14/2024 | Journal Entry | MI14119ME | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | -433.64 |
| 10/15/2024 | Bill Payment (Check) | | Finance A La Carte LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -2,500.00 |
| 10/15/2024 | Bill Payment (Check) | 5066 | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,661.60 |
| 10/15/2024 | Bill Payment (Check) | | Erie Insurance Group | 3251278 | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,359.48 |
| 10/15/2024 | Bill Payment (Check) | | Safety First Services | | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,050.00 |
| 10/15/2024 | Bill Payment (Check) | | Restaurant Depot | | 1021 TD Bank-DIP Checking | Payable (A/P) | -769.51 |
| 10/15/2024 | Bill Payment (Check) | | Lyon Bakery | | 1021 TD Bank-DIP Checking | Payable (A/P) | -478.40 |
| 10/15/2024 | Bill Payment (Check) | | Bowie Produce | | 1021 TD Bank-DIP Checking | Payable (A/P) | -346.00 |
| 10/15/2024 | Bill Payment (Check) | | Magnolia Plumbing | | 1021 TD Bank-DIP Checking | Payable (A/P) | -255.00 |
| 10/15/2024 | Bill Payment (Check) | | Roberts Oxygen Company, Inc. | | 1021 TD Bank-DIP Checking | Payable (A/P) | -130.08 |
| 10/15/2024 | Bill Payment (Check) | | MtoM Consulting, LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -30.00 |
| 10/16/2024 | Bill Payment (Check) | 5070 | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1863557 | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,183.39 |
| 10/16/2024 | Bill Payment (Check) | 5076 | TriMark Adams-Burch | Invoice Numbers: 6469743-00 | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,053.77 |
| 10/16/2024 | Bill Payment (Check) | 5068 | ALSCO | Invoice Numbers: LALE1115988 | 1021 TD Bank-DIP Checking | Payable (A/P) | -205.95 |
| 10/16/2024 | Journal Entry | MI14135ME | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | -174.43 |
| 10/17/2024 | Bill Payment (Check) | 5069 | Dominion Energy Virginia | | 1021 TD Bank-DIP Checking | Payable (A/P) | -2,160.28 |
| 10/17/2024 | Journal Entry | MI14155ME | | Vendor: Dropbox | 1021 TD Bank-DIP Checking | -Split- | -54.00 |
| 10/17/2024 | Journal Entry | MI14156ME | | Vendor: Craigslist | 1021 TD Bank-DIP Checking | -Split- | -45.00 |
| 10/18/2024 | Expense | | Restaurant Depot | So add the difference to grocery and process at full price. | 1021 TD Bank-DIP Checking | -Split- | -1,279.09 |
| 10/18/2024 | Expense | | VA ABC (CC) | DDA PURCHASE AP - 476930   VA ABC STORE 168        ARLINGTON   * VA | 1021 TD Bank-DIP Checking | -Split- | -408.87 |
| 10/18/2024 | Expense | | Amazon | VISA DDA PUR AP - 469216   AMAZON COM N15GO0JX3       AMZN COM BILL * WA | 1021 TD Bank-DIP Checking | & | -26.74 |
| 10/19/2024 | Journal Entry | MI14164ME | | Vendor: Trader Joe's | 1021 TD Bank-DIP Checking | -Split- | -7.06 |
| 10/20/2024 | Journal Entry | Payroll JE 10.7-10.20 | | DD+ payroll fee | 1021 TD Bank-DIP Checking | -Split- | -17,973.26 |
| 10/20/2024 | Journal Entry | Payroll JE 10.7-10.20 | | taxes - GL Report Summary | 1021 TD Bank-DIP Checking | -Split- | -6,606.75 |
| 10/20/2024 | Journal Entry | Payroll JE 10.7-10.20 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -4,297.88 |
| 10/20/2024 | Journal Entry | Payroll JE 10.7-10.20 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -1,309.97 |
| 10/20/2024 | Journal Entry | Payroll JE 10.7-10.20 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -967.85 |
| 10/20/2024 | Journal Entry | Payroll JE 10.7-10.20 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -741.79 |
| 10/20/2024 | Journal Entry | Payroll JE 10.7-10.20 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -557.24 |
| 10/20/2024 | Journal Entry | Payroll JE 10.7-10.20 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -518.95 |
| 10/20/2024 | Journal Entry | Payroll JE 10.7-10.20 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -373.96 |
| 10/20/2024 | Journal Entry | MI14171ME | | Vendor: Thermo Works | 1021 TD Bank-DIP Checking | -Split- | -145.58 |
| 10/20/2024 | Expense | | Intuit Inc. | | 1020 TD Bank Operating | & | -85.00 |
| 10/20/2024 | Journal Entry | MI14205ME | | Vendor: Craigslist | 1021 TD Bank-DIP Checking | -Split- | -45.00 |
| 10/21/2024 | Journal Entry | MI14186ME | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | -1,077.04 |
| 10/21/2024 | Bill Payment (Check) | | GWWC, LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,000.00 |
| 10/21/2024 | Bill Payment (Check) | | Bowie Produce | | 1021 TD Bank-DIP Checking | Payable (A/P) | -788.25 |
| 10/21/2024 | Bill Payment (Check) | | Washington Gas | | 1021 TD Bank-DIP Checking | Payable (A/P) | -667.62 |
| 10/21/2024 | Bill Payment (Check) | | Magnolia Plumbing | | 1021 TD Bank-DIP Checking | Payable (A/P) | -524.42 |
| 10/21/2024 | Bill Payment (Check) | | Lyon Bakery | | 1021 TD Bank-DIP Checking | Payable (A/P) | -341.14 |
| 10/21/2024 | Journal Entry | MI14172ME | | Vendor: ULINE | 1021 TD Bank-DIP Checking | -Split- | -316.41 |
| 10/21/2024 | Bill Payment (Check) | | Roberts Oxygen Company, Inc. | | 1021 TD Bank-DIP Checking | Payable (A/P) | -221.96 |
| 10/21/2024 | Bill Payment (Check) | | Logan Food Company | | 1021 TD Bank-DIP Checking | Payable (A/P) | -127.50 |
| 10/21/2024 | Expense | | Amazon | VISA DDA PUR AP - 469216   AMAZON MKTPL II1905LT3   AMZN COM BILL * WA | 1021 TD Bank-DIP Checking | Controllable | -74.20 |
| 10/21/2024 | Bill Payment (Check) | | Premium Distributors | | 1021 TD Bank-DIP Checking | Payable (A/P) | -47.61 |
| 10/21/2024 | Bill Payment (Check) | | MtoM Consulting, LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -30.00 |
| 10/21/2024 | Expense | | Amazon | VISA DDA PUR AP - 469216   AMAZON COM QC2RM97T3     AMZN COM BILL * WA | 1021 TD Bank-DIP Checking | Controllable | -14.79 |
| 10/22/2024 | Expense | | Arlington County Treasurer | ARLINGTON COUNTY ARLCO PMT | 1021 TD Bank-DIP Checking | Payable | -6,262.69 |
| 10/22/2024 | Bill Payment (Check) | 5071 | ALSCO | Invoice Numbers: LALE1117034 | 1021 TD Bank-DIP Checking | Payable (A/P) | -205.95 |
| 10/22/2024 | Journal Entry | MI14185ME | | Vendor: Canva | 1021 TD Bank-DIP Checking | -Split- | -14.99 |

| Date | Type | Num | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|
| 10/22/2024 | Journal Entry | MI14202ME | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -12.79 |
| 10/23/2024 | Expense | | VA Department of Taxation | VA DEPT TAXATION TAX PAYMEN | 1021 TD Bank-DIP Checking | Payable | -8,136.00 |
| 10/23/2024 | Bill Payment (Check) | | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -4,318.53 |
| 10/23/2024 | Bill Payment (Check) | EFT76465016 | Hop & Wine | Invoice Numbers: 271787 | 1021 TD Bank-DIP Checking | Payable (A/P) | -320.00 |
| 10/23/2024 | Bill Payment (Check) | | Republic National | | 1021 TD Bank-DIP Checking | Payable (A/P) | -295.92 |
| 10/23/2024 | Journal Entry | MI14204ME | | Vendor: Quick Books | 1021 TD Bank-DIP Checking | -Split- | -94.48 |
| 10/24/2024 | Expense | | State Farm | VISA DDA PUR AP - 494300   STATE FARM  INSURANCE      800 956 6310  * IL | 1021 TD Bank-DIP Checking | & | -182.34 |
| 10/24/2024 | Journal Entry | MI14200ME | | Vendor: Giant | 1021 TD Bank-DIP Checking | -Split- | -36.02 |
| 10/24/2024 | Journal Entry | MI14208ME | | Vendor: Giant | 1021 TD Bank-DIP Checking | -Split- | -31.13 |
| 10/25/2024 | Bill Payment (Check) | 5072 | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1866653 | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,215.28 |
| 10/25/2024 | Bill Payment (Check) | 5073 | M.A. Stockstill Co. | Invoice Numbers: 25099 | 1021 TD Bank-DIP Checking | Payable (A/P) | -526.52 |
| 10/25/2024 | Journal Entry | MI14212ME | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | -414.91 |
| 10/25/2024 | Journal Entry | MI14225ME | | Vendor: Stickermule | 1021 TD Bank-DIP Checking | -Split- | -184.44 |
| 10/26/2024 | Journal Entry | MI14228ME | | Vendor: Giant | 1021 TD Bank-DIP Checking | -Split- | -28.59 |
| 10/28/2024 | Expense | | Restaurant Depot | Payment For Vendor Restaurant Depot For Invoice 000415458 | 1021 TD Bank-DIP Checking | -Split- | -1,344.34 |
| 10/28/2024 | Expense | | Restaurant Depot | VISA DDA PUR AP - 403629   RESTAURANT DEPOT          718 762 8700  * NY | 1021 TD Bank-DIP Checking | -Split- | -1,249.98 |
| 10/28/2024 | Bill Payment (Check) | | Bowie Produce | | 1021 TD Bank-DIP Checking | Payable (A/P) | -554.25 |
| 10/28/2024 | Bill Payment (Check) | | TriMark Adams-Burch | | 1021 TD Bank-DIP Checking | Payable (A/P) | -505.77 |
| 10/28/2024 | Bill Payment (Check) | | Lyon Bakery | | 1021 TD Bank-DIP Checking | Payable (A/P) | -415.57 |
| 10/28/2024 | Journal Entry | MI14247ME | | Vendor: Spiceology | 1021 TD Bank-DIP Checking | -Split- | -156.32 |
| 10/28/2024 | Bill Payment (Check) | | Roberts Oxygen Company, Inc. | | 1021 TD Bank-DIP Checking | Payable (A/P) | -153.56 |
| 10/28/2024 | Bill Payment (Check) | | Logan Food Company | | 1021 TD Bank-DIP Checking | Payable (A/P) | -127.50 |
| 10/28/2024 | Journal Entry | MI14248ME | | Vendor: Craigslist | 1021 TD Bank-DIP Checking | -Split- | -45.00 |
| 10/28/2024 | Expense | | Adobe Inc. | VISA DDA PUR AP - 403629   ADOBE     ADOBE           408 536 6000  * CA | 1021 TD Bank-DIP Checking | & | -21.19 |
| 10/28/2024 | Expense | | Amazon | VISA DDA PUR AP - 469216   AMAZON MKTPL EC1801CI3    AMZN COM BILL * WA | 1021 TD Bank-DIP Checking | & | -6.67 |
| 10/29/2024 | Bill Payment (Check) | 5074 | ALSCO | Invoice Numbers: LALE1118067 | 1021 TD Bank-DIP Checking | Payable (A/P) | -205.95 |
| 10/29/2024 | Journal Entry | MI14249ME | | Vendor: Giant | 1021 TD Bank-DIP Checking | -Split- | -17.35 |
| 10/29/2024 | Expense | | 7-Eleven | VISA DDA PUR AP - 403454   7 ELEVEN 33679            ARLINGTON     * VA | 1021 TD Bank-DIP Checking | Sales:Grocery | -5.11 |
| 10/29/2024 | Expense | | | | 1021 TD Bank-DIP Checking | Controllable | -0.07 |
| 10/30/2024 | Bill Payment (Check) | | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -6,382.56 |
| 10/30/2024 | Bill Payment (Check) | | Capital Bank | | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,500.00 |
| 10/30/2024 | Bill Payment (Check) | | Toast Inc. | | 1021 TD Bank-DIP Checking | Payable (A/P) | -787.75 |
| 10/30/2024 | Bill Payment (Check) | | Open Table Inc. ACH | | 1021 TD Bank-DIP Checking | Payable (A/P) | -318.00 |
| 10/31/2024 | Journal Entry | MI14281ME | | Vendor: Google LLC | 1021 TD Bank-DIP Checking | -Split- | -15.26 |
| | | | | | | $ | (164,366.19) |