# Smokecraft Clarendon LLC
## Vendor Balance Detail
### As of October 31, 2024

| | Date | Transaction Type | Num | Due Date | Amount | Open Balance |
|---|---|---|---|---|---|---|
| **Bowie Produce** | | | | | | |
| | 10/28/2024 | Bill | 5427559 | 11/18/2024 | 288.50 | 288.50 |
| | 10/30/2024 | Bill | 5427855 | 11/20/2024 | 183.25 | 183.25 |
| **Total for Bowie Produce** | | | | | $ 471.75 | $ 471.75 |
| **Checkr (Auto)** | | | | | | |
| | 10/31/2024 | Bill | 1470204 | 10/31/2024 | 72.49 | 72.49 |
| **Total for Checkr (Auto)** | | | | | $ 72.49 | $ 72.49 |
| **Comcast (EFT)** | | | | | | |
| | 10/18/2024 | Bill | | 10/18/2024 | 688.31 | 688.31 |
| **Total for Comcast (EFT)** | | | | | $ 688.31 | $ 688.31 |
| **Dominion Energy Virginia** | | | | | | |
| | 10/25/2024 | Bill | 800740519714 | 11/22/2024 | 2,246.78 | 2,246.78 |
| **Total for Dominion Energy Virginia** | | | | | $ 2,246.78 | $ 2,246.78 |
| **Erie Insurance Group** | | | | | | |
| | 10/25/2024 | Bill | | 11/15/2024 | 1,359.48 | 1,359.48 |
| **Total for Erie Insurance Group** | | | | | $ 1,359.48 | $ 1,359.48 |
| **Magnolia Plumbing** | | | | | | |
| | 10/7/2024 | Bill | 347170 | 11/7/2024 | 632.84 | 632.84 |
| **Total for Magnolia Plumbing** | | | | | $ 632.84 | $ 632.84 |
| **Pest Management Services, Inc.** | | | | | | |
| | 10/25/2024 | Bill | 41589843 | 11/24/2024 | 85.00 | 85.00 |
| **Total for Pest Management Services, Inc.** | | | | | $ 85.00 | $ 85.00 |
| **Platform Business Advisors** | | | | | | |
| | 10/27/2024 | Bill | PFL0018 | 10/27/2024 | 2,500.00 | 2,500.00 |
| **Total for Platform Business Advisors** | | | | | $ 2,500.00 | $ 2,500.00 |
| **Reinhart Food Service (PFG)** | | | | | | |
| | 10/23/2024 | Bill | 5064104 | 11/07/2024 | 6,758.70 | 6,758.70 |
| **Total for Reinhart Food Service (PFG)** | | | | | $ 6,758.70 | $ 6,758.70 |
| **Roberts Oxygen Company, Inc.** | | | | | | |
| | 10/31/2024 | Bill | M01208 | 10/31/2024 | 153.56 | 153.56 |
| **Total for Roberts Oxygen Company, Inc.** | | | | | $ 153.56 | $ 153.56 |
| **Washington Gas** | | | | | | |
| | 10/25/2024 | Bill | | 11/18/2024 | 715.87 | 715.87 |
| **Total for Washington Gas** | | | | | $ 715.87 | $ 715.87 |
| **Virginia Meals Tax** | | | | | | |
| | 10/31/2024 | | | 11/21/2024 | 14,739.34 | 14,739.34 |
| **Total for Virginia Meals Tax** | | | | | $ 14,739.34 | $ 14,739.34 |
| **Employee Tips** | | | | | | |
| | | | | 11/8/2024 | 6,677.98 | 6,677.98 |
| **Total for Employee Tips** | | | | | $ 6,677.98 | $ 6,677.98 |
| **TOTAL** | | | | | $ 37,102.10 | $ 37,102.10 |

Sunday, Nov 10, 2024 11:32:11 AM GMT-8