SMALL BUSINESS MOR – SMOKECRAFT CLARENDON LLC
Oct-24
EXHIBIT F

**Receivables**

| | | |
|---|---|---:|
| Grubhub | $ | 398.95 |
| DoorDash | $ | 2,505.63 |
| ezCater | $ | - |
| Toast CC Transactions | $ | 4,436.26 |
| Daily Cash Deposits | $ | - |
| **Total** | **$** | **7,340.84** |