# Smokecraft Clarendon LLC

## Profit and Loss
### October 2024

|  | TOTAL | |
| --- | ---: | ---: |
|  | OCT 2024 | % OF INCOME |
| Income | | |
|   All Sales, Comps and Discounts | | |
|     5100 Food Sales | 128,854.95 | 88.24 % |
|     5110 Goodwill Comps | -172.65 | -0.12 % |
|     5115 Goodwill Bar Comps | -437.50 | -0.30 % |
|     5120 Guest Complaint Comps | -508.00 | -0.35 % |
|     5131 50% Employee Discounts | -324.28 | -0.22 % |
|     5150 Discounts Marketing | -674.75 | -0.46 % |
|     5160 Dining Privileges (mgr/chef) | -419.46 | -0.29 % |
|     5180 NA Beverage | 2,075.48 | 1.42 % |
|     5210 Liquor Sales | 8,616.20 | 5.90 % |
|     5220 Wine Sales | 1,407.05 | 0.96 % |
|     5230 Bottled Beer Sales | 660.00 | 0.45 % |
|     5240 Draft Beer Sales | 6,407.79 | 4.39 % |
|   **Total All Sales, Comps and Discounts** | **145,484.83** | **99.63 %** |
|   Other Income and Expense | | |
|     5300 Sundry Sales | 255.00 | 0.17 % |
|     5910 Service Charge Revenue - Catering | 286.52 | 0.20 % |
|   **Total Other Income and Expense** | **541.52** | **0.37 %** |
| **Total Income** | **$146,026.35** | **100.00 %** |
| Cost of Goods Sold | | |
|   Cost of Sales | | |
|     6110 Meat Cost | 15,705.45 | 10.76 % |
|     6120 Poultry Cost | 2,841.13 | 1.95 % |
|     6130 Seafood Cost | 479.48 | 0.33 % |
|     6140 Dairy Cost | 4,755.17 | 3.26 % |
|     6150 Produce Cost | 4,232.88 | 2.90 % |
|     6160 Bakery Cost | 1,862.64 | 1.28 % |
|     6170 Grocery Cost | 7,828.99 | 5.36 % |
|     6180 NA Beverage | 689.41 | 0.47 % |
|     6210 Liquor Cost | 1,532.59 | 1.05 % |
|     6220 Wine Cost | 295.92 | 0.20 % |
|     6230 Bottled Beer Cost | 73.88 | 0.05 % |
|     6240 Draft Beer Cost | 983.00 | 0.67 % |
|   **Total Cost of Sales** | **41,280.54** | **28.27 %** |
| **Total Cost of Goods Sold** | **$41,280.54** | **28.27 %** |
| **GROSS PROFIT** | **$104,745.81** | **71.73 %** |
| Expenses | | |
|   A. Payroll Expenses | | |
|     6310 Management Salaries | 14,461.54 | 9.90 % |

# Smokecraft Clarendon LLC

Profit and Loss

October 2024

|  | TOTAL | |
|---|---:|---:|
|  | OCT 2024 | % OF INCOME |
| 6311 Direct Labor - FOH | 3,593.16 | 2.46 % |
| 6312 Overtime Labor - FOH | 15.45 | 0.01 % |
| 6313 Training Labor | 444.60 | 0.30 % |
| 6314 Direct Labor - BOH | 25,975.00 | 17.79 % |
| 6315 Overtime Labor - BOH | 124.07 | 0.08 % |
| 6510 Payroll Taxes | 4,915.64 | 3.37 % |
| 6530 Vacation Pay | 0.00 | 0.00 % |
| 6540 Parking | 198.68 | 0.14 % |
| 6550 Uniform Allowance |  | 0.00 % |
| 6570 Group Insurance | 390.80 | 0.27 % |
| 6580 Workers Compensation | 431.33 | 0.30 % |
| 6615 Payroll Processing Fees | 269.00 | 0.18 % |
| **Total A. Payroll Expenses** | **50,819.27** | **34.80 %** |
| B. Controllable Expenses |  |  |
| 6500 3rd Party Delivery Expense | 7,372.53 | 5.05 % |
| 6710 Operating Lease/Rentals | 543.64 | 0.37 % |
| 6750 Trash Removal | -43.96 | -0.03 % |
| 6790 Other Contracted Services | 372.49 | 0.26 % |
| 7000 Register Over/Short | 285.58 | 0.20 % |
| 7010 China/Glassware/Silver | 24.16 | 0.02 % |
| 7040 Cleaning Supplies | 274.06 | 0.19 % |
| 7045 Dish Chemicals | 369.33 | 0.25 % |
| 7060 Linens | 1,029.75 | 0.71 % |
| 7090 Menu/Guest Check/POS Supplies | 112.85 | 0.08 % |
| 7105 To Go Supplies | 1,816.54 | 1.24 % |
| 7106 Catering Supplies | 519.64 | 0.36 % |
| 7110 Operating Supplies F&B | 1,960.71 | 1.34 % |
| **Total B. Controllable Expenses** | **14,637.32** | **10.02 %** |
| C. General & Administrative |  |  |
| 7190 Other Contracted Services-Admin | 985.93 | 0.68 % |
| 7195 Accounting Services | 2,500.00 | 1.71 % |
| 7230 Licenses & Permits | 1,111.48 | 0.76 % |
| 7250 Credit Card Commissions | 2,895.71 | 1.98 % |
| 7256 Employment Ads | 135.00 | 0.09 % |
| 7270 Dues & Subscriptions | 48.00 | 0.03 % |
| 7285 Gen. Liab Insur/Key Man | 1,083.59 | 0.74 % |
| 7320 Office Supplies & Postage | 100.60 | 0.07 % |
| 7350 Tele/internet/cable | 688.31 | 0.47 % |
| 7360 Travel | 195.64 | 0.13 % |
| **Total C. General & Administrative** | **9,744.26** | **6.67 %** |

# Smokecraft Clarendon LLC

## Profit and Loss
### October 2024

|  | TOTAL | |
| --- | ---: | ---: |
|  | OCT 2024 | % OF INCOME |
| D. Advertising and Promotion | | |
|   7435 Advertising & Marketing | 1,246.00 | 0.85 % |
| **Total D. Advertising and Promotion** | **1,246.00** | **0.85 %** |
| E. Repair & Maintenance | | |
|   7500 Repairs & Maintenance | 559.45 | 0.38 % |
|   7630 R&M - Plumbing | 31.58 | 0.02 % |
|   7695 Cleaning Service | 3,680.00 | 2.52 % |
|   7710 Maint Contract - HVAC & Refrigeration | 625.00 | 0.43 % |
|   7750 Pest Control | 85.00 | 0.06 % |
| **Total E. Repair & Maintenance** | **4,981.03** | **3.41 %** |
| F. Utilities | | |
|   7810 Electricity | 2,246.78 | 1.54 % |
|   7820 Gas | 715.87 | 0.49 % |
|   7830 Water & Sewer | 828.00 | 0.57 % |
|   7840 Firewood | 158.87 | 0.11 % |
| **Total F. Utilities** | **3,949.52** | **2.70 %** |
| G. Facility Expense | | |
|   8010 Rent & Lease | 12,730.64 | 8.72 % |
|   8015 Common Area Maintenance | 2,315.00 | 1.59 % |
|   8020 Property Insurance | 132.00 | 0.09 % |
|   8030 Property Taxes | 3,540.57 | 2.42 % |
| **Total G. Facility Expense** | **18,718.21** | **12.82 %** |
| **Total Expenses** | **$104,095.61** | **71.29 %** |
| **NET OPERATING INCOME** | **$650.20** | **0.45 %** |
| Other Expenses | | |
|   8101 Interest Income | -205.18 | -0.14 % |
| **Total Other Expenses** | **$ -205.18** | **-0.14 %** |
| **NET OTHER INCOME** | **$205.18** | **0.14 %** |
| **NET INCOME** | **$855.38** | **0.59 %** |