# Smokecraft Clarendon LLC

Balance Sheet

As of October 31, 2024

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       1010 Capital Bank MD | 2.00 |
|       1020 TD Bank Operating | 211.85 |
|       1021 TD Bank-DIP Checking | 19,962.82 |
|       1050 TD Bank CD | 66,243.88 |
|       1060 Petty Cash | 2,000.00 |
|     **Total Bank Accounts** | **$88,420.55** |
|     Accounts Receivable | |
|       1200 Accounts Receivable (A/R) | 0.00 |
|     **Total Accounts Receivable** | **$0.00** |
|     Other Current Assets | |
|       1201 DoorDash | 2,218.12 |
|       1202 UberEats | 2,751.72 |
|       1203 Square | 0.00 |
|       1204 ERC Receivable | 0.00 |
|       1205 Tripleseat (Stripe) | 0.00 |
|       1206 EZCater | 0.00 |
|       1207 Grubhub | 0.93 |
|       1300 Prepaid Other | 13,720.67 |
|       1340 Prepaid Insurance | 1,460.87 |
|       1350 Food Inventory | 0.00 |
|       1352 Liquor Inventory | 0.00 |
|       1354 Wine Inventory | 0.00 |
|       1356 Beer Inventory | 0.00 |
|       1358 NA Bev Inventory | 0.00 |
|       6600 Employee Advance | 0.00 |
|     **Total Other Current Assets** | **$20,152.31** |
|   **Total Current Assets** | **$108,572.86** |
|   Fixed Assets | |
|     1400 Leasehold Improvements | 946,220.03 |
|     1410 Machinery & Equipment | 303,297.90 |
|     1420 Design & Architechtural Fees | 104,783.93 |
|     1430 Furniture & Fixtures | 83,469.68 |
|     Accumulated Depreciation | -1,414,894.00 |
|   **Total Fixed Assets** | **$22,877.54** |
|   Other Assets | |
|     1360 Prepaid Rent | 0.00 |
|     1500 Security Deposits | 0.00 |

# Smokecraft Clarendon LLC

Balance Sheet

As of October 31, 2024

|  | TOTAL |
|---|---:|
| 1620 Pre-opening costs | |
|    1620.1 Legal Fees | 30,512.53 |
|    1620.2 PR/Advertising/Website | 56,444.66 |
|    1620.3 Bank Fees | 64,488.85 |
|    1620.4 LIcenses and Permits | 8,266.39 |
|    1620.5 Other Costs | 39,775.33 |
|    1620.6 Pre-Opening Payroll | 38,218.87 |
|    1620.7 Lease Payments | 12,432.84 |
|    Accumulated Amortization | -40,300.00 |
| **Total 1620 Pre-opening costs** | **209,839.47** |
| **Total Other Assets** | **$209,839.47** |
| **TOTAL ASSETS** | **$341,289.87** |
| LIABILITIES AND EQUITY | |
|   Liabilities | |
|     Current Liabilities | |
|      Accounts Payable | |
|       Accounts Payable (A/P) | 162,728.64 |
|      **Total Accounts Payable** | **$162,728.64** |
|      Credit Cards | |
|       2300 SMB TD Bank Credit Card | 19,590.46 |
|       2350 ACD Personal Credit Card | 2,237.20 |
|      **Total Credit Cards** | **$21,827.66** |
|      Other Current Liabilities | |
|       2000 Sales Tax Payable | 13,299.33 |
|       2100 Accrued Expenses | 0.00 |
|       2200 Gift Cards | 15,658.93 |
|       2240 Due to/from Holdings | -411.38 |
|       2250 Due to/from A.Darneille | 0.00 |
|       2255 Due to/from R. Darneille | 0.00 |
|       2256 Loan from Parents | 0.00 |
|       2300 Prepaid Sales | 9,311.11 |
|       2310 Loan Payable-Toast | 114,147.78 |
|       2312 Stale Checks | 539.92 |
|       2540 Tips Payable | 7,734.17 |
|       2541 Catering Tips Payable | 1,987.48 |
|      **Total Other Current Liabilities** | **$162,267.34** |
|     **Total Current Liabilities** | **$346,823.64** |
|     Long-Term Liabilities | |
|      2500 Capital Bank SBA Loan | 902,880.18 |
|     **Total Long-Term Liabilities** | **$902,880.18** |
|   **Total Liabilities** | **$1,249,703.82** |

# Smokecraft Clarendon LLC

Balance Sheet

As of October 31, 2024

|  | TOTAL |
|---|---:|
| **Equity** |  |
| 3110 Contribution - A Darneille | 361,044.47 |
| 3120 Contribution - H. Darneille | 253,528.00 |
| 3130 Contribution - R. Darneille | 125,000.00 |
| 3140 Contribution - J.Smith | 50,000.00 |
| 3150 Contribution- Smoke Holdings | 119,592.04 |
| DIANE DAVENNY DARNEILLE | 40,000.00 |
| Retained Earnings | -1,695,532.04 |
| Net Income | -162,046.42 |
| **Total Equity** | **$ -908,413.95** |
| **TOTAL LIABILITIES AND EQUITY** | **$341,289.87** |