## Cash Flow Projection
## Smokecraft Clarendon

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Starting date | | 11/3/2024 | | | | **NO AP payments for any invoices prior to 4/29** | | | | | | | |
| Main Account Capital One | | | | | | | | | | | | | |

| | Beginning | 11/10/2024 | 11/17/2024 | 11/24/2024 | 12/1/2024 | 12/8/2024 | 12/15/2024 | 12/22/2024 | 12/29/2024 | 1/5/2025 | 1/12/2025 | 1/19/2025 | 1/26/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bank Balance - DIP Checking** | **15,257** | | | | | | | | | | | | |
| **Bank Balance - Capital Bank** | | | | | | | | | | | | | |
| **Bank Balance -TD Lockbox** | **1,033** | | | | | | | | | | | | |
| **Cash on hand** | 16,290 | 2,663 | 10,927 | -10,019 | 28,168 | -5,450 | 18,763 | 17,994 | 31,411 | -291 | 19,820 | 9,432 | 17,095 |
| | | | | | | | | | | | | | |
| **ANTICIPATED CASH RECEIPTS** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Sales | 15,000 | 35,000 | 35,000 | 70,000 | 32,000 | 35,000 | 40,000 | 45,000 | 35,000 | 30,000 | 30,000 | 35,000 | 35,000 |
| Deposits/paid ins on Catering Orders | | -884 | 0 | -9,083 | | | 2,416 | | | | | | |
| Tax | 1,500 | 3,500 | 3,500 | 7,000 | 3,200 | 3,500 | 4,000 | 4,500 | 3,500 | 3,000 | 3,000 | 3,500 | 3,500 |
| Gratuity | 1,875 | 4,375 | 4,375 | 8,750 | 4,000 | 4,375 | 5,000 | 5,625 | 4,375 | 3,750 | 3,750 | 4,375 | 4,375 |
| Third Party fees | -675 | -1,890 | -1,890 | -3,780 | -1,728 | -1,890 | -2,160 | -2,430 | -1,890 | -1,620 | -1,620 | -1,890 | -1,890 |
| CC fees | -459 | -1,072 | -1,072 | -2,144 | -980 | -1,072 | -1,225 | -1,378 | -1,072 | -919 | -919 | -1,072 | -1,072 |
| **TOTAL CASH RECEIPTS** | 17,241 | 39,029 | 39,913 | 70,744 | 36,492 | 39,913 | 48,031 | 51,317 | 39,913 | 34,211 | 34,211 | 39,913 | 39,913 |
| **Total cash available** | 33,530 | 41,693 | 50,840 | 60,724 | 64,660 | 34,463 | 66,794 | 69,311 | 71,324 | 33,920 | 54,032 | 49,345 | 57,008 |
| | | | | | | | | | | | | | |
| **CASH PAID OUT** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Payroll | **22,045** | 15,066 | 24,000 | | 25,600 | | 24,000 | | 24,000 | | 24,000 | | 24,000 |
| gratuity | | | 9,000 | | 12,000 | | 10,000 | | 10,000 | | 9,000 | | 9,000 |
| | | | | | | | | | | | | | |
| Sales Tax | | | 13,300 | | | | | 17,500 | | | | 15,050 | |
| | | | | | | | | | | | | | |
| Accounts Payable | | | | | | | | | | | | | |
|     Food + Beverage @ 32% | **1,138** | 11,200 | 11,200 | 22,400 | 10,240 | 11,200 | 12,800 | 14,400 | 11,200 | 9,600 | 9,600 | 11,200 | 11,200 |
|     PFG | **3,379** | | | | | | | | | | | | |
|     Rent | | | | | 18,870 | | | | 18,870 | | | | 18,870 |
|     OpenTable | | | | | 350 | | | | 350 | | | | 350 |
|     Fintech | | | | | | | | | | | | | |
|     Toast | | | | | | | | | | | | | |
|     Utilities/wood | | | | | 2,961 | | | | 4,000 | | | | 4,000 |
|     Hood cleaning | | 625 | | | 1,050 | | | | | | | | |
|     Cleaning | **3,680** | | | 3,695 | | | | | 3,695 | | | | 3,695 |
|     Late Night Expenses | | | | | | | | | | | | | |
|     Platform Bus Advisors/Cohn Reznick | | 2,500 | | | | 2,500 | | | | 2,500 | | | |
|     Insurance | | | 1,359 | | | | | | | | | | |
|     Other/Trimark/Alsco/etc | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
|     Legal | | | | | | | | | | | | | |
|     Misc Repairs | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
|     Property Taxes | | | | | | | | | | | | | |
| **Capital Bank Payments (1st)** | | | | | 1,500 | | | | 1,500 | | | | |
| | | | | | | | | | | | | | |
| **TOTAL CASH PAID OUT** | 30,867 | 30,766 | 60,859 | 32,556 | 70,110 | 15,700 | 48,800 | 37,900 | 71,615 | 14,100 | 44,600 | 32,250 | 69,115 |
| | | | | | | | | | | | | | |
| **Cash on hand (end of week)** | 2,663 | 10,927 | (10,019) | 28,168 | (5,450) | 18,763 | 17,994 | 31,411 | (291) | 19,820 | 9,432 | 17,095 | (12,107) |