| | **2024/5 Budget - Smokecraft** | PERIOD 11 | | PERIOD 11 | |
|---|---|---|---|---|---|
| | Start Date: 05/27/2024 | 10/30/2023 | | 10/28/2024 | |
| | End Date: 05/25/2025 | 11/26/2023 | | 12/1/2024 | |
| | LY Start: 05/29/2023 | | | | |
| | LY End: 05/26/2024 | | | | |
| | | **2023 Actual** | **% of Sales** | **2024 Budget** | **% of Sales** |
| | **Gross Sales** | | | | |
| 5100 | Food Sales | $ 157,355.17 | 88.89% | $ 182,055.70 | 85.31% |
| 5180 | NA Beverage | $ 1,271.75 | 0.72% | $ 1,471.38 | 0.69% |
| | **Total Food Sales** | $ 158,626.92 | 89.61% | $ 183,527.08 | **86.00%** |
| 5210 | Liquor Sales | $ 9,626.01 | 5.44% | $ 18,142.41 | 8.50% |
| 5220 | Wine Sales | $ 2,074.50 | 1.17% | $ 3,909.87 | 1.83% |
| 5230 | Bottled Beer Sales | $ 1,278.50 | 0.72% | $ 2,409.62 | 1.13% |
| 5240 | Draft Beer Sales | $ 5,420.51 | 3.06% | $ 10,216.18 | 4.79% |
| | **Total Beverage Sales** | $ 18,399.52 | 10.39% | $ 34,678.08 | **16.25%** |
| | **Gross F&B Sales** | $ 177,026.44 | 102.47% | $ 218,205.17 | 102.25% |
| | **Deductions** | | | | |
| 5110 | Goodwill Comps | $ 651.53 | 0.38% | $ 1,173.72 | 0.55% |
| 5120 | Guest Recovery Comps | $ 328.30 | 0.19% | $ 640.21 | 0.30% |
| 5131 | 50% Employee Discounts | $ 877.46 | 0.51% | $ 960.32 | 0.45% |
| 5132 | Manager Meal Discounts | $ 632.75 | 0.37% | $ 746.91 | 0.35% |
| 5150 | Discounts Marketing | $ 3,522.65 | 2.04% | $ 746.91 | 0.35% |
| 5250 | Goodwill Bar Comps | $ 332.30 | 0.19% | $ 533.51 | 0.25% |
| | **Total Deductions** | $ 6,344.99 | 3.67% | $ 4,801.58 | 2.25% |
| | **Other Income and Expense** | | | | |
| 5300 | Sundry Sales | $ 375.00 | 0.22% | $ - | 0.00% |
| 5910 | Service Charge Revenue - Catering | $ 1,708.87 | 0.99% | $ - | 0.00% |
| | **Total Other Income and Expense** | $ 2,083.87 | 1.21% | $ - | 0.00% |
| | **Net Sales** | $ 172,765.32 | 100.00% | $ 213,403.59 | 100.00% |
| | **Food Costs** | | | | |
| 6110 | Meat Cost | $ 17,692.64 | 11.15% | $ 26,794.95 | 14.60% |
| 6120 | Poultry Cost | $ 6,907.58 | 4.35% | $ 4,771.70 | 2.60% |
| 6130 | Seafood Cost | $ 573.96 | 0.36% | $ 917.64 | 0.50% |
| 6140 | Dairy Cost | $ 6,168.77 | 3.89% | $ 7,341.08 | 4.00% |
| 6150 | Produce Cost | $ 5,382.20 | 3.39% | $ 5,872.87 | 3.20% |
| 6160 | Bakery Cost | $ 2,860.27 | 1.80% | $ 2,569.38 | 1.40% |
| 6170 | Grocery Cost | $ 10,396.43 | 6.55% | $ 11,378.68 | 6.20% |
| 6180 | NA Beverage | $ 362.81 | 0.23% | $ 917.64 | 0.50% |
| | **Total Food Cost** | $ 50,344.66 | 31.74% | $ 60,563.94 | 33.00% |

| | **Beverage Costs** | | | | | |
|---|---|---|---|---|---|---|
| 6210 | Liquor Cost | $ | 1,296.40 | 7.18% $ | 3,085.08 | 8.90% |
| 6220 | Wine Cost | $ | 453.43 | 2.51% $ | 1,079.04 | 3.11% |
| 6230 | Bottled Beer Cost | $ | 298.73 | 1.65% $ | 710.90 | 2.05% |
| 6240 | Draft Beer Cost | $ | 865.90 | 4.79% $ | 2,060.60 | 5.94% |
| | **Total Bev Cost** | $ | 2,914.46 | 16.13% $ | 6,935.62 | 20.00% |
| | | | | | | |
| | **Total F&B Costs** | $ | 53,259.12 | 30.83% $ | 67,499.55 | 31.63% |
| | | | | | | |
| | **Gross Profit** | $ | 119,506.20 | 69.17% $ | 145,904.03 | 68.37% |
| | | | | | | |
| | **Payroll Costs** | | | | | |
| 6310 | Management Salaries | $ | 18,980.32 | 10.99% $ | 14,461.54 | 6.78% |
| 6311 | Direct Labor - FOH | $ | 5,436.61 | 3.15% $ | 7,469.13 | 3.50% |
| 6312 | Overtime Labor - FOH | $ | - | 0.00% $ | - | 0.00% |
| 6313 | Training Labor | $ | 253.44 | 0.15% $ | 320.11 | 0.15% |
| 6314 | Direct Labor - BOH | $ | 27,899.07 | 16.15% $ | 39,479.66 | 18.50% |
| 6315 | Overtime Labor - BOH | $ | 502.49 | 0.29% $ | - | 0.00% |
| | **Total Labor** | $ | 53,071.93 | 30.72% $ | 61,730.43 | 28.93% |
| | | | | | | |
| 6510 | Payroll Taxes | $ | 5,416.82 | 3.14% $ | 8,002.63 | 3.75% |
| 6530 | Vacation Pay | $ | 423.12 | 0.24% $ | - | 0.00% |
| 6540 | Parking | $ | 600.00 | 0.35% $ | 200.00 | 0.09% |
| 6550 | Uniform Allowance | $ | - | 0.00% $ | - | 0.00% |
| 6560 | Continuing Education | $ | - | 0.00% $ | - | 0.00% |
| 6570 | Group Insurance | $ | 549.24 | 0.32% $ | 600.00 | 0.28% |
| 6580 | Workers Compensation | $ | 445.08 | 0.26% $ | 510.00 | 0.24% |
| 6610 | Other Benefits | $ | - | 0.00% $ | - | 0.00% |
| 6615 | Payroll Processing Fees | $ | 256.00 | 0.15% $ | 300.00 | 0.25% |
| | **Total Payroll Expenses** | $ | 7,690.26 | 4.45% $ | 9,612.63 | 4.50% |
| | | | | | | |
| | **Total Payroll Costs** | $ | 60,762.19 | 35.17% $ | 71,343.07 | 33.43% |
| | | | | | | |
| | **Controllable Expenses** | | | | | |
| 6500 | 3rd Party Delivery Expense | $ | 3,433.53 | 1.99% $ | 6,402.11 | 3.00% |
| 6710 | Operating Lease/Rentals-Kitchen/Bar | $ | 145.24 | 0.08% $ | 550.00 | 0.26% |
| 6740 | Security | $ | - | 0.00% $ | - | 0.00% |
| 6750 | Trash Removal | $ | - | 0.00% $ | - | 0.00% |
| 6790 | Other Contracted Services | $ | 300.00 | 0.17% $ | 300.00 | 0.14% |
| 7010 | Register Over/Short | $ | (171.83) | -0.10% $ | - | 0.00% |
| 7010 | China/Glassware/Silverware | $ | 101.54 | 0.06% $ | 426.81 | 0.20% |
| 7040 | Cleaning Supplies | $ | 210.04 | 0.12% $ | 426.81 | 0.20% |
| 7045 | Dish Chemicals | $ | 303.47 | 0.18% $ | 640.21 | 0.30% |
| 7050 | Decorations | $ | - | 0.00% $ | - | 0.00% |
| 7060 | Linens | $ | 1,024.59 | 0.59% $ | 1,600.53 | 0.75% |
| 7080 | New Menus/Printing | $ | - | 0.00% $ | - | 0.00% |
| 7090 | Menu/Guest Check/POS Supplies | $ | - | 0.00% $ | - | 0.00% |
| 7105 | To Go Supplies | $ | 2,603.33 | 1.51% $ | 2,987.65 | 1.40% |
| 7106 | Catering Supplies | $ | 4,040.93 | 2.34% $ | 853.61 | 0.40% |
| 7110 | Operating Supplies F&B | $ | 2,693.40 | 1.56% $ | 2,987.65 | 1.40% |

| Code | Description | Amount | % | Amount | % |
|---|---|---:|---:|---:|---:|
| 7120 | Uniforms | $ - | 0.00% | $ - | 0.00% |
| 7470 | Live Entertainment | $ 1,200.00 | 0.69% | $ - | 0.00% |
| | **Total Controllable Expenses** | **$ 15,884.24** | **9.19%** | **$ 17,175.37** | **8.05%** |
| | **General & Administrative** | | | | |
| 7190 | Other Contracted Services-Admin | $ 1,221.50 | 0.71% | $ 1,500.00 | 0.70% |
| 7195 | Accounting Services | $ 2,500.00 | 1.45% | $ 2,500.00 | 1.17% |
| 7220 | Bank Charges & Fees | $ 292.94 | 0.17% | $ 100.00 | 0.05% |
| 7230 | Licenses & Permits | $ 432.19 | 0.25% | $ 600.00 | 0.28% |
| 7250 | Credit Card Commissions | $ 5,229.36 | 3.03% | $ 4,801.58 | 2.25% |
| 7256 | Employment Ads | $ - | 0.00% | $ 90.00 | 0.04% |
| 7270 | Dues & Subscriptions | $ 46.95 | 0.03% | $ 50.00 | 0.02% |
| 7285 | Key Man/General Liability Insurance | $ 1,119.59 | 0.65% | $ 1,275.00 | 0.60% |
| 7290 | Legal & Professional Services | $ 680.00 | 0.39% | $ - | 0.00% |
| 7320 | Office Supplies & Postage | $ 236.39 | 0.14% | $ 213.40 | 0.10% |
| 7350 | Telephone/Internet/Cable | $ 595.56 | 0.34% | $ 650.00 | 0.30% |
| 7360 | Travel | $ 914.46 | 0.53% | $ 125.00 | 0.06% |
| 7370 | Meals & Entertainment | $ 37.40 | 0.02% | $ - | 0.00% |
| | **Total General & Administrative** | **$ 13,306.34** | **7.70%** | **$ 11,904.98** | **5.58%** |
| | **Advertising & Promotion** | | | | |
| 7400 | Local Charitable Donations | $ - | 0.00% | $ - | 0.00% |
| 7430 | Local Advertising & Promotion | $ 1,800.00 | 1.04% | $ - | 0.00% |
| 7435 | Advertising & Marketing | $ 4,680.94 | | $ 1,500.00 | 0.70% |
| 7460 | Special Promotions | $ - | 0.00% | $ - | 0.00% |
| | **Total Advertising & Promotion** | **$ 6,480.94** | **3.75%** | **$ 1,500.00** | **0.70%** |
| | **Repairs & Maintenance** | | | | |
| 7500 | Repairs & Maintenance | $ 152.00 | 0.09% | $ 2,134.04 | 1.00% |
| 7620 | R&M HVAC & Refrigeration | $ - | 0.00% | $ - | 0.00% |
| 7630 | R&M - Plumbing | $ 612.50 | 0.35% | $ - | 0.00% |
| 7640 | R&M - Electric | $ - | 0.00% | $ - | 0.00% |
| 7650 | R&M - Exterior/Structure | $ - | 0.00% | $ - | 0.00% |
| 7660 | R&M - POS Systems | $ - | 0.00% | $ - | 0.00% |
| 7695 | Cleaning Service | $ 4,436.00 | 2.57% | $ 3,680.00 | 1.72% |
| 7710 | MC-HVAC & Refrigeration | $ 2,396.50 | 1.39% | $ 2,396.50 | 1.12% |
| 7720 | MC-Other Equipment | $ - | 0.00% | $ 255.00 | 0.12% |
| 7750 | Pest Control | $ 85.00 | 0.05% | $ 85.00 | 0.04% |
| 7785 | Carpet/Rug/Floor Cleaning | $ - | 0.00% | $ - | 0.00% |
| | **Total Repairs & Maintenance** | **$ 7,682.00** | **4.45%** | **$ 8,550.54** | **4.01%** |
| | **Utilities** | | | | |
| 7810 | Electricity | $ 2,678.10 | 1.55% | $ 4,268.07 | 2.00% |
| 7820 | Natural Gas | $ 968.69 | 0.56% | $ 1,920.63 | 0.90% |
| 7830 | Water & Sewer | $ 354.00 | 0.20% | $ 853.61 | 0.40% |
| 7840 | Firewood | $ 1,000.00 | 0.58% | $ 750.00 | 0.35% |
| | **Total Utilities** | **$ 5,000.79** | **2.89%** | **$ 7,792.32** | **3.65%** |
| | **Total Operating Expenses** | **$ 48,354.31** | **27.99%** | **$ 46,923.21** | **21.99%** |

| | **Other Income (Expenses)** | | | | | |
|---|---|---|---|---|---|---|
| 5500 | Door Revenue | $ | - | 0.00% $ | - | 0.00% |
| 5800 | Commission Income | $ | - | 0.00% $ | - | 0.00% |
| | **Total Other Income** | $ | - | 0.00% $ | - | 0.00% |
| | | | | | | |
| | **Operating Income Before Bonus** | $ | 10,389.70 | 6.01% $ | 27,637.75 | 12.95% |
| | | | | | | |
| 6455 | Management Bonuses | $ | 163.34 | 0.09% $ | - | 0.00% |
| | | | | | | |
| | **Restaurant Operating Income** | $ | 10,226.36 | 5.92% $ | 27,637.75 | 12.95% |
| | | | | | | |
| | **Facility Expenses** | | | | | |
| 8010 | Rents | $ | 12,420.14 | 7.19% $ | 12,730.64 | 5.97% |
| 8015 | Common Area Maintenance | $ | 3,473.00 | 2.01% $ | 2,315.00 | 1.08% |
| 8020 | Property Insurance | $ | 94.00 | 0.05% $ | 132.00 | 0.06% |
| 8030 | Property Taxes | $ | 3,665.46 | 2.12% $ | 3,671.46 | 1.72% |
| | **Total Facility Expenses** | $ | 19,652.60 | 11.38% $ | 18,849.10 | 8.83% |
| | | | | | | |
| | **Restaurant EBDIT** | $ | (9,426.24) | -5.46% $ | 8,788.65 | 4.12% |