

Available Balance

# $1,243.88

Today's Beginning Balance          **$66,243.88**

Pending

| Date | Type | Description | Credit | Balance |
|---|---|---|---|---|
| PENDING TRANSACTIONS | | | | |
| 8/1/2019 | DEBIT | Pending Verification | -$65,000.00 | Pending |
| ACCOUNT HISTORY | | | | |
| 10/11/2024 | INT | INTEREST CREDIT | $205.18 | $66,243.88 |