

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G
3003 WASHINGTON BLVD STE 101
ARLINGTON VA  22201-2194

Page: 1 of 9
Statement Period: Oct 01 2024-Oct 31 2024
Cust Ref #: 1664-039-T-###
Primary Account #: 1664

## Chapter 11 Checking

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Account # 1664

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 21,806.58 | Average Collected Balance | 16,542.88 |
| Deposits | 11,997.06 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 168,625.89 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 33,060.77 | Days in Period | 31 |
| Electronic Payments | 151,304.51 | | |
| Ending Balance | 18,064.25 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/03 | DEPOSIT | 7,042.81 |
| 10/03 | DEPOSIT | 76.00 |
| 10/03 | DEPOSIT | 70.00 |
| 10/07 | DEPOSIT | 342.00 |
| 10/07 | DEPOSIT | 222.00 |
| 10/07 | DEPOSIT | 75.00 |
| 10/07 | DEPOSIT | 60.00 |
| 10/17 | DEPOSIT | 235.00 |
| 10/17 | DEPOSIT | 86.00 |
| 10/17 | DEPOSIT | 46.00 |
| 10/17 | DEPOSIT | 42.00 |
| 10/17 | DEPOSIT | 31.00 |
| 10/17 | DEPOSIT | 7.00 |
| 10/18 | DEPOSIT | 59.00 |
| 10/21 | DEPOSIT | 110.00 |
| 10/24 | DEPOSIT | 58.00 |
| 10/24 | DEPOSIT | 57.00 |
| 10/24 | DEPOSIT | 38.00 |
| 10/25 | DEPOSIT | 193.00 |
| 10/28 | DEPOSIT | 180.00 |
| 10/28 | DEPOSIT | 65.00 |
| 10/28 | DEPOSIT | 15.00 |

# How to Balance your Account

Page: 2 of 9

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance  18,064.25
❷ Total Deposits  +
❸ Sub Total
❹ Total Withdrawals  -
❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

| | |
|---|---|
| Page: | 3 of 9 |
| Statement Period: | Oct 01 2024-Oct 31 2024 |
| Cust Ref #: | ▮1664-039-T-### |
| Primary Account #: | ▮1664 |

## DAILY ACCOUNT ACTIVITY

### Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/29 | DEPOSIT | 987.40 |
| 10/29 | DEPOSIT | 43.96 |
| 10/29 | DEPOSIT | 12.00 |
| 10/31 | DEPOSIT | 1,843.89 |
| | Subtotal: | 11,997.06 |

### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | CCD DEPOSIT, TOAST DEP SEP 30 ****395300POYEA | 4,754.46 |
| 10/01 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT 4509XFLKPE4TZL9 | 3,379.53 |
| 10/01 | DEBIT CARD CREDIT, *****04036545477, AUT 093024 VISA DDA REF AMZN MKTP US     AMZN COM BILL * WA | 82.22 |
| 10/02 | CCD DEPOSIT, TOAST DEP OCT 01 ****395300PQ3R3 | 2,843.37 |
| 10/02 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84646173280 | 1,382.85 |
| 10/03 | CCD DEPOSIT, TOAST DEP OCT 02 ****395300PR9GD | 2,869.32 |
| 10/04 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-X4F3Z7D3Q8T4 | 3,130.97 |
| 10/04 | CCD DEPOSIT, TOAST DEP OCT 03 ****395300PSIVB | 3,049.48 |
| 10/07 | CCD DEPOSIT, TOAST DEP OCT 06 ****395300PWJMT | 5,767.37 |
| 10/07 | CCD DEPOSIT, TOAST DEP OCT 05 ****395300PV6ND | 4,410.18 |
| 10/07 | CCD DEPOSIT, TOAST DEP OCT 04 ****395300PTUJS | 3,214.22 |
| 10/08 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT M6TS477GL7MWRVC | 4,518.49 |
| 10/08 | CCD DEPOSIT, TOAST DEP OCT 07 ****395300PXTQF | 4,307.59 |
| 10/09 | CCD DEPOSIT, TOAST DEP OCT 08 ****395300PYYSJ | 1,685.36 |
| 10/09 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84663948527 | 775.36 |
| 10/09 | DEBIT CARD CREDIT, *****04036545477, AUT 100824 VISA DDA REF AMAZON MKTPLACE PMTS     AMZN COM BILL * WA | 45.93 |
| 10/10 | CCD DEPOSIT, TOAST DEP OCT 09 ****395300Q045V | 2,431.11 |
| 10/11 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-M6A1C5O2F9I7 | 3,717.36 |
| 10/11 | CCD DEPOSIT, TOAST DEP OCT 10 ****395300Q1COY | 2,863.45 |
| 10/15 | CCD DEPOSIT, TOAST DEP OCT 13 ****395300Q5AUC | 7,704.20 |
| 10/15 | CCD DEPOSIT, TOAST DEP OCT 12 ****395300Q3YJN | 6,250.33 |
| 10/15 | CCD DEPOSIT, TOAST DEP OCT 14 ****395300Q6KH1 | 5,655.26 |
| 10/15 | CCD DEPOSIT, TOAST DEP OCT 11 ****395300Q2MZ4 | 4,342.20 |
| 10/16 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT A3VO07CH6FTCYO4 | 3,204.05 |
| 10/16 | CCD DEPOSIT, TOAST DEP OCT 15 ****395300Q7PFI | 2,659.10 |
| 10/16 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84673365969 | 2,635.82 |
| 10/17 | CCD DEPOSIT, TOAST DEP OCT 16 ****395300Q8UTQ | 3,914.95 |
| 10/18 | CCD DEPOSIT, TOAST DEP OCT 17 ****395300QA40W | 4,920.73 |
| 10/18 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-A0D7W0X0G0K4 | 3,125.12 |



SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

**STATEMENT OF ACCOUNT**



| | |
|---|---|
| Page: | 4 of 9 |
| Statement Period: | Oct 01 2024-Oct 31 2024 |
| Cust Ref #: | 1664-039-T-### |
| Primary Account #: | 1664 |

## DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/18 | CCD DEPOSIT, SQUARE INC SQ241018 T3BZ81AR29RXBCH | 311.49 |
| 10/21 | CCD DEPOSIT, TOAST DEP OCT 20 ****395300QE3ZN | 6,516.88 |
| 10/21 | CCD DEPOSIT, TOAST DEP OCT 19 ****395300QCRF6 | 5,602.76 |
| 10/21 | CCD DEPOSIT, TOAST DEP OCT 18 ****395300QBFIX | 2,378.64 |
| 10/22 | CCD DEPOSIT, TOAST DEP OCT 21 ****395300QFDRO | 6,957.29 |
| 10/22 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT SXIQBXX2Q7HVMTF | 3,249.53 |
| 10/22 | DEBIT CARD CREDIT, *****04036545477, AUT 102224 VISA DDA REF VA ABC STORE 168     ARLINGTON   * VA | 89.98 |
| 10/23 | CCD DEPOSIT, TOAST DEP OCT 22 ****395300QGIP1 | 2,262.65 |
| 10/23 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84682417858 | 670.96 |
| 10/24 | CCD DEPOSIT, TOAST DEP OCT 23 ****395300QHO1T | 3,440.20 |
| 10/25 | CCD DEPOSIT, TOAST DEP OCT 24 ****395300QIX1Z | 2,911.11 |
| 10/25 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-P9A1A7K6J1K8 | 2,571.31 |
| 10/25 | CCD DEPOSIT, GRUBHUB INC OCT ACTVTY ****2523dKHGk50 | 357.13 |
| 10/28 | CCD DEPOSIT, TOAST DEP OCT 27 ****395300QMX5F | 6,755.08 |
| 10/28 | CCD DEPOSIT, TOAST DEP OCT 26 ****395300QLKHI | 4,022.68 |
| 10/28 | CCD DEPOSIT, TOAST DEP OCT 25 ****395300QK8OM | 3,260.54 |
| 10/29 | CCD DEPOSIT, TOAST DEP OCT 28 ****395300QO6Y1 | 4,578.42 |
| 10/29 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT 3L38Y4R0UL18KF0 | 3,445.14 |
| 10/30 | CCD DEPOSIT, TOAST DEP OCT 29 ****395300QPBJY | 4,387.01 |
| 10/30 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84691657511 | 899.12 |
| 10/31 | CCD DEPOSIT, TOAST DEP OCT 30 ****395300QQH27 | 4,317.59 |
| | Subtotal: | 168,625.89 |

**Checks Paid**   No. Checks: 36   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/01 | 5055 | 220.00 | 10/15 | 5067 | 797.27 |
| 10/01 | 5057* | 809.85 | 10/23 | 5068 | 205.95 |
| 10/01 | 5058 | 125.53 | 10/28 | 5069 | 505.77 |
| 10/02 | 5059 | 205.95 | 10/18 | 5070 | 1,183.39 |
| 10/08 | 5060 | 1,114.51 | 10/23 | 5071 | 205.95 |
| 10/07 | 5061 | 707.93 | 10/29 | 5072 | 1,215.28 |
| 10/10 | 5062 | 824.40 | 10/28 | 5073 | 526.52 |
| 10/15 | 5063 | 505.80 | 10/30 | 5074 | 205.95 |
| 10/09 | 5064 | 205.95 | 10/18 | 5076* | 1,053.77 |
| 10/15 | 5065 | 434.05 | 10/01 | 10880* | 4,297.88 |
| 10/15 | 5066 | 3,200.00 | 10/04 | 10881 | 638.93 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

Case 24-13609   Doc 71-12   Filed 11/19/24   Page 5 of 10



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 5 of 9
Statement Period: Oct 01 2024-Oct 31 2024
Cust Ref #: ████1664-039-T-###
Primary Account #: ████1664

## DAILY ACCOUNT ACTIVITY

**Checks Paid (continued)**   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/01 | 10884* | 553.29 | 10/15 | 10892 | 743.18 |
| 10/03 | 10886* | 362.56 | 10/31 | 10894* | 518.95 |
| 10/29 | 10887 | 4,297.88 | 10/28 | 10895 | 1,309.97 |
| 10/15 | 10888 | 616.03 | 10/28 | 10896 | 967.85 |
| 10/15 | 10889 | 1,243.17 | 10/29 | 10897 | 557.24 |
| 10/15 | 10890 | 935.94 | 10/28 | 10898 | 741.79 |
| 10/16 | 10891 | 648.33 | 10/31 | 10899 | 373.96 |
| | | | | Subtotal: | 33,060.77 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | CCD DEBIT, INTUIT 34341411 BILL_PAY KBS III 3003 WA | 18,357.64 |
| 10/02 | CCD DEBIT, MARGINEDGE CO SALE | 300.00 |
| 10/02 | CCD DEBIT, TOAST, INC TOAST, INC ST-P3B7A0Q3E0M3 | 16.24 |
| 10/02 | DBCRD PUR AP, *****04036545477, AUT 100124 VISA DDA PUR AP GOOGLE GSUITE SMOKECRA    CC GOOGLE COM * CA | 15.26 |
| 10/03 | DBCRD PMT AP, *****04036545477, AUT 100224 VISA DDA PUR AP WEB NETWORKSOLUTIONS    888 6429675   * FL | 45.17 |
| 10/03 | CCD DEBIT, TOAST, INC TOAST, INC ST-Y2F3B3B7K7G5 | 11.84 |
| 10/04 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 5,907.81 |
| 10/04 | CCD DEBIT, HOP & WINE BEVER FINTECHEFT **-**43479 | 332.00 |
| 10/04 | CCD DEBIT, VIRGINIA EAGLE D FINTECHEFT **-**43479 | 276.77 |
| 10/04 | DEBIT POS AP, *****04036545477, AUT 100424 DDA PURCHASE AP VA ABC STORE 168    ARLINGTON   * VA | 269.92 |
| 10/04 | DBCRD PUR AP, *****04036545477, AUT 100224 VISA DDA PUR AP AMAZON MKTPL 1K6D84623    AMZN COM BILL * WA | 20.14 |
| 10/07 | DBCRD PUR AP, *****04036545477, AUT 100324 VISA DDA PUR AP RESTAURANT DEPOT    718 762 8700   * NY | 1,154.65 |
| 10/07 | DBCRD PUR AP, *****04036545477, AUT 100524 VISA DDA PUR AP PARKX 3003 WASHINGTON BL    703 2301285   * VA | 200.00 |
| 10/07 | CCD DEBIT, SPECIALTY BEVERA FINTECHEFT **-**43479 | 175.00 |
| 10/07 | ACH DEBIT, ARLINGTON CHAMBE ACH | 48.00 |
| 10/08 | CCD DEBIT, INTUIT 53576150 BILL_PAY VRA CLEANING SE | 3,680.00 |
| 10/08 | CCD DEBIT, INTUIT 34446846 BILL_PAY LYON BAKERY | 738.22 |
| 10/08 | CCD DEBIT, INTUIT 69703552 BILL_PAY BOWIE PRODUCE | 524.75 |
| 10/08 | CCD DEBIT, INTUIT 31572722 BILL_PAY MAGNOLIA PLUMBI | 487.00 |
| 10/08 | CCD DEBIT, INTUIT 48307458 BILL_PAY TRIMARK ADAMS-B | 390.08 |
| 10/08 | DBCRD PUR AP, *****04036545477, AUT 100624 VISA DDA PUR AP AMAZON MKTPL NC9HU7L63    AMZN COM BILL * WA | 140.60 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 6 of 9
Statement Period: Oct 01 2024-Oct 31 2024
Cust Ref #: ▮1664-039-T-###
Primary Account #: ▮1664

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/08 | CCD DEBIT, INTUIT 05744818 BILL_PAY LOGAN FOOD COMP | 127.50 |
| 10/08 | CCD DEBIT, TOAST, INC. 20240930-3 ***-*82-0225 | 14.72 |
| 10/09 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 7,610.91 |
| 10/10 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR ****630473 | 19,738.36 |
| 10/10 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 7,064.16 |
| 10/10 | DBCRD PMT AP, *****04036545477, AUT 100924 VISA DDA PUR AP WEB NETWORKSOLUTIONS  888 6429675  * FL | 63.16 |
| 10/10 | DBCRD PUR AP, *****04036545477, AUT 100924 VISA DDA PUR AP AMAZON MKTPL K582I27Y3  AMZN COM BILL * WA | 20.61 |
| 10/11 | ACH DEBIT, HARLAND CLARKE CHK ORDERS **T**5380221200 | 53.25 |
| 10/15 | DBCRD PUR AP, *****04036545477, AUT 101324 VISA DDA PUR AP RESTAURANT DEPOT  718 762 8700  * NY | 769.51 |
| 10/15 | ACH DEBIT, COMCAST 8299610 252892194 7323367 | 687.91 |
| 10/15 | DBCRD PUR AP, *****04036545477, AUT 101124 VISA DDA PUR AP RESTAURANT DEPOT  718 762 8700  * NY | 484.56 |
| 10/15 | DBCRD PUR AP, *****04036545477, AUT 101324 VISA DDA PUR AP VA ABC STORE 168  ARLINGTON  * VA | 433.64 |
| 10/15 | DBCRD PUR AP, *****04036545477, AUT 101024 VISA DDA PUR AP RESTAURANT DEPOT  718 762 8700  * NY | 312.72 |
| 10/15 | DBCRD PMT AP, *****04036545477, AUT 101224 VISA DDA PUR AP MAILCHIMP  678 9990141  * GA | 285.00 |
| 10/15 | DEBIT POS AP, *****04036545477, AUT 101524 DDA PURCHASE AP VA ABC STORE 168  ARLINGTON  * VA | 174.43 |
| 10/16 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 5,161.87 |
| 10/16 | CCD DEBIT, INTUIT 17556411 BILL_PAY FINANCE A LA CA | 2,500.00 |
| 10/16 | CCD DEBIT, ERIEINSURANCEWEB PAYMENT ****20018680225 | 1,359.48 |
| 10/16 | CCD DEBIT, INTUIT 88896432 BILL_PAY SAFETY FIRST SE | 1,050.00 |
| 10/16 | CCD DEBIT, INTUIT 09950775 BILL_PAY LYON BAKERY | 478.40 |
| 10/16 | CCD DEBIT, INTUIT 25639888 BILL_PAY BOWIE PRODUCE | 346.00 |
| 10/16 | CCD DEBIT, INTUIT 03200319 BILL_PAY MAGNOLIA PLUMBI | 255.00 |
| 10/16 | CCD DEBIT, INTUIT 76010255 BILL_PAY ROBERTS OXYGEN | 130.08 |
| 10/16 | CCD DEBIT, INTUIT 29715978 BILL_PAY MTOM CONSULTING | 30.00 |
| 10/18 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 1,661.60 |
| 10/18 | DBCRD PUR AP, *****04036545477, AUT 101524 VISA DDA PUR AP RESTAURANT DEPOT  718 762 8700  * NY | 1,279.09 |
| 10/18 | DEBIT POS AP, *****04036545477, AUT 101824 DDA PURCHASE AP VA ABC STORE 168  ARLINGTON  * VA | 408.87 |
| 10/18 | DBCRD PMT AP, *****04036545477, AUT 101724 VISA DDA PUR AP DROPBOX 1G758Y7LCRNC  DROPBOX COM  * CA | 54.00 |
| 10/18 | DBCRD PUR AP, *****04036545477, AUT 101724 VISA DDA PUR AP AMAZON COM N15GO0JX3  AMZN COM BILL * WA | 26.74 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 7 of 9
Statement Period: Oct 01 2024-Oct 31 2024
Cust Ref #: ████1664-039-T-###
Primary Account #: ████1664

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/21 | CCD DEBIT, WASHINGTON GAS PAYMENT ****07002275 | 667.62 |
| 10/21 | DBCRD PUR AP, *****04036545477, AUT 101824 VISA DDA PUR AP AMAZON MKTPL II1905LT3    AMZN COM BILL * WA | 74.20 |
| 10/21 | CCD DEBIT, PREMIUM DIST OF FINTECHEFT **-**43479 | 47.61 |
| 10/21 | DBCRD PUR AP, *****04036545477, AUT 101724 VISA DDA PUR AP CRAIGSLIST ORG    415 399 5200  * CA | 45.00 |
| 10/21 | DBCRD PUR AP, *****04036545477, AUT 101724 VISA DDA PUR AP AMAZON COM QC2RM97T3    AMZN COM BILL * WA | 14.79 |
| 10/21 | DBCRD PUR AP, *****04036545477, AUT 101924 VISA DDA PUR AP TRADER JOE S 640    ARLINGTON   * VA | 7.06 |
| 10/22 | CCD DEBIT, ARLINGTON COUNTY ARLCO PMT ****003840 | 6,262.69 |
| 10/22 | DBCRD PUR AP, *****04036545477, AUT 102024 VISA DDA PUR AP RESTAURANT DEPOT    718 762 8700  * NY | 1,077.04 |
| 10/22 | CCD DEBIT, INTUIT 01320701 BILL_PAY GWWC, LLC | 1,000.00 |
| 10/22 | CCD DEBIT, INTUIT 35102276 BILL_PAY BOWIE PRODUCE | 788.25 |
| 10/22 | CCD DEBIT, INTUIT 06611982 BILL_PAY MAGNOLIA PLUMBI | 524.42 |
| 10/22 | CCD DEBIT, INTUIT 80284180 BILL_PAY LYON BAKERY | 341.14 |
| 10/22 | CCD DEBIT, INTUIT 09615347 BILL_PAY ROBERTS OXYGEN | 221.96 |
| 10/22 | DBCRD PUR AP, *****04036545477, AUT 102024 VISA DDA PUR AP THERMOWORKS INC    801 756 7705  * UT | 145.58 |
| 10/22 | CCD DEBIT, INTUIT 34518894 BILL_PAY LOGAN FOOD COMP | 127.50 |
| 10/22 | DBCRD PUR AP, *****04036545477, AUT 102024 VISA DDA PUR AP CRAIGSLIST ORG    415 399 5200  * CA | 45.00 |
| 10/22 | CCD DEBIT, INTUIT 70524191 BILL_PAY MTOM CONSULTING | 30.00 |
| 10/23 | CCD DEBIT, VA DEPT TAXATION TAX PAYMEN *****3479 | 8,136.00 |
| 10/23 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 4,318.53 |
| 10/23 | ELECTRONIC PMT-WEB, DOMINION ENERGY BILLPAY ****55711631 | 2,160.28 |
| 10/23 | DBCRD PUR AP, *****04036545477, AUT 102024 VISA DDA PUR AP ULINE   SHIP SUPPLIES    800 295 5510  * WI | 316.41 |
| 10/23 | CCD DEBIT, REPUBLIC NATIONA FINTECHEFT **-**43479 | 295.92 |
| 10/23 | DBCRD PMT AP, *****04036545477, AUT 102224 VISA DDA PUR AP CANVA I04312 62628662    HTTPSCANVA CO * DE | 14.99 |
| 10/23 | DBCRD PUR AP, *****04036545477, AUT 102224 VISA DDA PUR AP AMAZON MKTPL EL8L61B03    AMZN COM BILL * WA | 12.79 |
| 10/24 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR ****630473 | 17,973.26 |
| 10/24 | DBCRD PMT AP, *****04036545477, AUT 102324 VISA DDA PUR AP STATE FARM INSURANCE    800 956 6310  * IL | 182.34 |
| 10/24 | CCD DEBIT, INTUIT * QBOOKS ONL 0685993 | 94.48 |
| 10/24 | DEBIT POS AP, *****04036545477, AUT 102424 DDA PURCHASE AP GIANT 0748 2901 11 S G    ARLINGTON   * VA | 36.02 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

| Page: | 8 of 9 |
|---|---|
| Statement Period: | Oct 01 2024-Oct 31 2024 |
| Cust Ref #: | 1664-039-T-### |
| Primary Account #: | 1664 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/24 | DEBIT POS AP, *****04036545477, AUT 102424 DDA PURCHASE AP GIANT 0743 3450 WASHIN    ARLINGTON   * VA | 31.13 |
| 10/25 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 6,606.75 |
| 10/25 | DEBIT POS AP, *****04036545477, AUT 102524 DDA PURCHASE AP VA ABC STORE 168    ARLINGTON    * VA | 414.91 |
| 10/25 | CCD DEBIT, HOP & WINE BEVER FINTECHEFT **-**43479 | 320.00 |
| 10/28 | DBCRD PUR AP, *****04036545477, AUT 102424 VISA DDA PUR AP RESTAURANT DEPOT    718 762 8700  * NY | 1,249.98 |
| 10/28 | DBCRD PUR AP, *****04036545477, AUT 102524 VISA DDA PUR AP STICKER MULE    STICKERMULE C * NY | 184.44 |
| 10/28 | DEBIT POS AP, *****04036545477, AUT 102624 DDA PURCHASE AP GIANT 0743 3450 WASHIN    ARLINGTON   * VA | 28.59 |
| 10/28 | DBCRD PMT AP, *****04036545477, AUT 102724 VISA DDA PUR AP ADOBE   ADOBE    408 536 6000  * CA | 21.19 |
| 10/28 | DBCRD PUR AP, *****04036545477, AUT 102424 VISA DDA PUR AP AMAZON MKTPL EC1801CI3    AMZN COM BILL * WA | 6.67 |
| 10/29 | DBCRD PUR AP, *****04036545477, AUT 102724 VISA DDA PUR AP RESTAURANT DEPOT    718 762 8700  * NY | 1,344.34 |
| 10/29 | CCD DEBIT, INTUIT 71950893 BILL_PAY BOWIE PRODUCE | 554.25 |
| 10/29 | CCD DEBIT, INTUIT 22016701 BILL_PAY LYON BAKERY | 415.57 |
| 10/29 | DBCRD PUR AP, *****04036545477, AUT 102824 VISA DDA PUR AP SP SPICEOLOGY    SPICEOLOGY CO * WA | 156.32 |
| 10/29 | CCD DEBIT, INTUIT 92593757 BILL_PAY ROBERTS OXYGEN | 153.56 |
| 10/29 | CCD DEBIT, INTUIT 76298475 BILL_PAY LOGAN FOOD COMP | 127.50 |
| 10/29 | DEBIT POS AP, *****04036545477, AUT 102924 DDA PURCHASE AP GIANT 0743 3450 WASHIN    ARLINGTON   * VA | 17.35 |
| 10/29 | DBCRD PUR AP, *****04036545477, AUT 102724 VISA DDA PUR AP 7 ELEVEN 33679    ARLINGTON   * VA | 5.11 |
| 10/30 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 6,382.56 |
| 10/30 | CCD DEBIT, TOAST, INC INVOICE # ST-G9J5I3Q7J8O5 | 787.75 |
| 10/30 | CCD DEBIT, OPENTABLE PAYMENTS DDD813562 | 318.00 |
| 10/30 | DBCRD PUR AP, *****04036545477, AUT 102824 VISA DDA PUR AP CRAIGSLIST ORG    415 399 5200  * CA | 45.00 |
| 10/31 | CCD DEBIT, INTUIT 41106328 BILL_PAY CAPITAL BANK | 1,500.00 |
| | Subtotal: | 151,304.51 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 9 of 9
Statement Period: Oct 01 2024-Oct 31 2024
Cust Ref #: 1664-039-T-###
Primary Account #: 1664

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
| --- | --- | --- | --- |
| 09/30 | 21,806.58 | 10/17 | 20,303.01 |
| 10/01 | 5,658.60 | 10/18 | 23,051.89 |
| 10/02 | 9,347.37 | 10/21 | 36,803.89 |
| 10/03 | 18,985.93 | 10/22 | 36,537.11 |
| 10/04 | 17,720.81 | 10/23 | 23,803.90 |
| 10/07 | 29,526.00 | 10/24 | 9,079.87 |
| 10/08 | 31,134.70 | 10/25 | 7,770.76 |
| 10/09 | 25,824.49 | 10/28 | 16,526.29 |
| 10/10 | 544.91 | 10/29 | 16,748.81 |
| 10/11 | 7,072.47 | 10/30 | 14,295.68 |
| 10/15 | 19,401.25 | 10/31 | 18,064.25 |
| 10/16 | 15,941.06 | | |

