# Sales summary

Data as of Nov 10, 2024, 2:33 PM (EST)

DATE RANGE:
October 1, 2024 - October 31, 2024

SELECTED LOCATIONS:
Smokecraft Modern Barbecue

### SALES TRENDS



| REVENUE SUMMARY | |
|---|---:|
| Net sales | $146,428.98 |
| Gratuity | $3,195.05 |
| Tax amount | $14,739.34 |
| Tips | $17,806.92 |
| Paid in total | $9,311.11 |
| **Total amount** | **$191,481.40** |

| CASH SUMMARY | |
|---|---:|
| Expected closeout cash | $9,136.47 |
| Actual closeout cash | $9,139.39 |
| Cash overage/shortage | $2.92 |
| Expected deposit | $3,461.39 |
| Actual deposit | — |
| Deposit overage/shortage | — |

| NET SALES SUMMARY | |
|---|---:|
| Gross sales | $149,139.30 |
| Sales discounts | -$2,650.32 |
| Sales refunds | -$60.00 |
| **Net sales** | **$146,428.98** |

| CASH ACTIVITY | |
|---|---:|
| Total cash payments | $2,131.41 |
| Cash adjustments | $540.67 |
| Cash refunds | $0.00 |
| Cash before tipouts | $2,672.08 |
| Tipouts tips withheld | $0.00 |
| **Total cash** | **$2,672.08** |

| TIP SUMMARY | |
|---|---:|
| Tips collected | $17,806.92 |
| Tips refunded | $0.00 |
| **Total tips** | **$17,806.92** |
| Tips withheld | -$423.86 |
| **Tips after withholding** | **$17,383.06** |

### PAYMENTS SUMMARY

| Payment type | Amount | Tips | Grat | Refunds | Total |
|---|---:|---:|---:|---:|---:|
| Credit/debit | $111,687.55 | $18,008.00 | $1,870.00 | -$66.00 | $131,499.55 |
|   Amex | $18,888.00 | $2,849.82 | $908.33 | $0.00 | $22,646.15 |
|   Discover | $1,843.25 | $325.22 | $0.00 | $0.00 | $2,168.47 |
|   Mastercard | $25,392.65 | $4,355.78 | $212.98 | $0.00 | $29,961.41 |
|   Visa | $65,563.65 | $10,477.18 | $748.69 | -$66.00 | $76,723.52 |
| Gift Card | $351.83 | $0.00 | $0.00 | $0.00 | $351.83 |
| Cash | $2,131.41 | $182.00 | $0.00 | $0.00 | $2,313.41 |
| Other | $53,604.18 | $18.28 | $1,447.82 | $0.00 | $55,070.28 |
|   Check | $7,438.88 | $0.00 | $1,447.82 | $0.00 | $8,886.70 |
|   Doordash | $16,403.59 | $0.00 | $0.00 | $0.00 | $16,403.59 |
|   Ezcater | $6,099.30 | $0.00 | $0.00 | $0.00 | $6,099.30 |
|   Grubhub | $1,480.68 | $18.28 | $0.00 | $0.00 | $1,498.96 |
|   Ubereats | $22,181.73 | $0.00 | $0.00 | $0.00 | $22,181.73 |
| **Subtotal** | **$167,774.97** | **$18,208.28** | **$3,317.82** | **-$66.00** | **$189,235.07** |
| Deposit sales collected | | | | | $2,246.33 |
| **Total** | | | | | **$191,481.40** |

### UNPAID ORDERS SUMMARY

| | |
|---|---|
| Unpaid amount | $0.00 |

### SALES CATEGORY SUMMARY

| Sales category | Items | Net sales | Gross sales |
|---|---|---|---|
| Bottled Beer | 124 | $623.50 | $665.00 |
| | 1.32% | 0.43% | 0.45% |
| Draft Beer | 751 | $6,250.29 | $6,411.00 |
| | 8.00% | 4.27% | 4.30% |
| Food | 7,122 | $127,357.64 | $129,364.29 |
| | 75.90% | 86.98% | 86.74% |
| Liquor | 591 | $8,234.87 | $8,644.00 |
| | 6.30% | 5.62% | 5.80% |
| NA Beverage | 639 | $2,011.11 | $2,075.48 |
| | 6.81% | 1.37% | 1.39% |
| No Sales Category Assigned | 1 | $25.00 | $25.00 |
| | 0.01% | 0.02% | 0.02% |
| Non-Grat Svc Charges | 12 | $286.52 | $286.52 |
| | 0.13% | 0.20% | 0.19% |
| Retail | 15 | $255.00 | $255.00 |
| | 0.16% | 0.17% | 0.17% |
| Wine | 129 | $1,385.05 | $1,413.01 |
| | 1.37% | 0.95% | 0.95% |
| **Total** | **9,384** | **$146,428.98** | **$149,139.30** |

### REVENUE CENTER SUMMARY

| Revenue center | Items | Net sales | Gross sales |
|---|---|---|---|
| Private Events | 279 | $2,511.00 | $2,511.00 |
| | 2.97% | 1.71% | 1.68% |
| Bar | 1,161 | $16,567.67 | $17,482.37 |
| | 12.37% | 11.31% | 11.72% |
| Dining Room | 3,565 | $55,535.15 | $57,166.69 |
| | 37.99% | 37.93% | 38.33% |
| Carryout/Delivery | 638 | $11,190.32 | $11,286.40 |
| | 6.80% | 7.64% | 7.57% |
| Patio | 476 | $7,310.16 | $7,318.16 |
| | 5.07% | 4.99% | 4.91% |
| Catering | 1,552 | $21,600.82 | $21,660.82 |
| | 16.54% | 14.75% | 14.52% |
| Grubhub | 62 | $1,346.08 | $1,346.08 |
| | 0.66% | 0.92% | 0.90% |
| DoorDash | 530 | $10,060.00 | $10,060.00 |
| | 5.65% | 6.87% | 6.75% |
| Uber Eats | 1,121 | $20,307.78 | $20,307.78 |
| | 11.95% | 13.87% | 13.62% |
| **Total** | **9,384** | **$146,428.98** | **$149,139.30** |

### SERVICE MODE SUMMARY

| | Quick Service | Table Service | Total |
|---|---|---|---|
| Net sales | $68,918.93 | $77,510.05 | $146,428.98 |
| | 47.07% | 52.93% | |
| Total guests | 2,077 | 2,367 | 4,444 |
| | 46.74% | 53.26% | |
| Avg/Guest | $33.18 | $32.75 | $32.95 |
| Total payments | 967 | 1,317 | 2,284 |
| | 42.34% | 57.66% | |
| Avg/Payment | $78.39 | $64.82 | $70.56 |
| Total orders | 971 | 1,047 | 2,018 |
| | 48.12% | 51.88% | |
| Avg/Order | $70.98 | $74.03 | $72.56 |
| Turn time | 1:06:41 | 1:01:02 | 1:03:44 |

### SERVICE CHARGE SUMMARY

| Service charge | Count | Amount |
|---|---|---|
| Large Party Service Charge | 59 | $1,089.81 |
| | 66.29% | 31.30% |
| Delivery Fee | 14 | $105.00 |
| | 15.73% | 3.02% |
| Catering Delivery Fee | 4 | $200.00 |
| | 4.49% | 5.74% |
| Catering Service Charge | 8 | $86.52 |
| | 8.99% | 2.49% |
| Event Admin Fee | 4 | $2,000.24 |
| | 4.49% | 57.45% |
| **Total service charges** | **89** | **$3,481.57** |

### DISCOUNT SUMMARY

| Discount | Count | Amount |
|---|---|---|
| $10 Off $40 Purchase Dine In Card | 6 | $60.00 |
| Bar Promo | 19 | $468.50 |
| Birthday Rewards | 1 | $10.00 |
| Employee Discount - Check | 18 | $187.55 |
| Employee Discount - Item | 14 | $167.19 |
| Investor | 2 | $51.08 |
| Manager Comp - Check | 3 | $61.75 |
| Manager Comp - Item | 3 | $69.85 |
| Manager Meal | 25 | $392.80 |
| Marketing | 5 | $577.15 |
| Open $ Check | 3 | $19.00 |
| Recovery | 25 | $546.95 |
| Reward Dollars | 5 | $38.50 |
| **Total discounts** | **129** | **$2,650.32** |

### VOID SUMMARY

| | |
|---|---|
| Void amount | $1,309.75 |
| Void order count | 61 |
| Void item count | 91 |
| Void amount % | 0.9% |

### DINING OPTION SUMMARY

| Dining option | Orders | Net sales | Gross sales |
|---|---|---|---|
| Uber Eats - Delivery | 354<br>17.54% | $19,635.28<br>13.41% | $19,635.28<br>13.17% |
| Grubhub - Takeout | 36<br>1.78% | $1,346.08<br>0.92% | $1,346.08<br>0.90% |
| DoorDash - Delivery | 177<br>8.77% | $9,488.77<br>6.48% | $9,488.77<br>6.36% |
| Delivery | 5<br>0.25% | $13,361.05<br>9.12% | $13,361.05<br>8.96% |
| Dine In | 1,095<br>54.26% | $80,605.91<br>55.05% | $82,808.37<br>55.52% |
| Uber Eats - Takeout | 18<br>0.89% | $672.50<br>0.46% | $672.50<br>0.45% |
| Take Out | 304<br>15.06% | $19,903.46<br>13.59% | $20,349.42<br>13.64% |
| Toast Delivery Services | 15<br>0.74% | $844.70<br>0.58% | $906.60<br>0.61% |
| DoorDash - Takeout | 14<br>0.69% | $571.23<br>0.39% | $571.23<br>0.38% |
| **Total** | **2,018** | **$146,428.98** | **$149,139.30** |

### SERVICE / DAYPART SUMMARY

| Service / day part | Orders | Net sales | Gross sales |
|---|---|---|---|
| Lunch | 657<br>32.56% | $54,719.26<br>37.37% | $55,388.74<br>37.14% |
| Dinner | 1,313<br>65.06% | $89,588.61<br>61.18% | $91,569.04<br>61.40% |
| No Service | 1<br>0.05% | $0.86<br>0.00% | $0.86<br>0.00% |
| Late Night | 47<br>2.33% | $2,120.25<br>1.45% | $2,180.66<br>1.46% |
| **Total** | **2,018** | **$146,428.98** | **$149,139.30** |

### TAX SUMMARY

| Tax rate | Taxable amount | Tax amount |
|---|---|---|
| State Tax | $117,396.22 | $7,054.61 |
| Local Tax | $117,396.22 | $4,701.83 |
| Arlington Retail Tax | $195.00 | $11.70 |
| Marketplace facilitator tax | — | $2,879.98 |
|     Remitted by 3rd Party | $20,307.78 | $1,349.14 |
|     Remitted by Restaurant | $23,683.29 | $1,530.84 |
| Toast marketplace facilitator tax | — | $91.22 |
|     Remitted by Toast | $910.50 | $91.22 |
| Non Taxable | $649.53 | — |