# Smokecraft Clarendon LLC
### 1021 TD Bank-DIP Checking, Period Ending 10/06/2024
## RECONCILIATION REPORT

Reconciled on: 10/09/2024

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

## Summary USD

| | |
|---|---:|
| Statement beginning balance | 21,888.80 |
| Checks and payments cleared (20) | -32,849.00 |
| Deposits and other credits cleared (11) | 28,681.01 |
| Statement ending balance | 17,720.81 |
| | |
| Uncleared transactions as of 10/06/2024 | -17,805.97 |
| Register balance as of 10/06/2024 | -85.16 |
| Cleared transactions after 10/06/2024 | 0.00 |
| Uncleared transactions after 10/06/2024 | -10,923.86 |
| Register balance as of 10/09/2024 | -11,009.02 |

## Details

### Checks and payments cleared (20)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 09/22/2024 | Journal | Payroll JE 9.9-9.22 | | -4,297.88 |
| 09/22/2024 | Journal | Payroll JE 9.9-9.22 | | -362.56 |
| 09/22/2024 | Journal | Payroll JE 9.9-9.22 | | -553.29 |
| 09/22/2024 | Journal | Payroll JE 9.9-9.22 | | -638.93 |
| 09/27/2024 | Bill Payment | 5057 | AM Briggs INC dba Metropolitan … | -809.85 |
| 09/30/2024 | Bill Payment | | KBS III 3003 Washington LLC | -18,357.64 |
| 09/30/2024 | Expense | | Amazon | -82.22 |
| 10/01/2024 | Bill Payment | | Reinhart Food Service (PFG) | -5,907.81 |
| 10/01/2024 | Bill Payment | | AM Briggs INC dba Metropolitan … | -125.53 |
| 10/01/2024 | Bill Payment | | M.A. Stockstill Co. | -220.00 |
| 10/01/2024 | Bill Payment | 5059 | ALSCO | -205.95 |
| 10/02/2024 | Journal | MI14077ME | | -20.14 |
| 10/02/2024 | Expense | | Toast Inc. | -16.24 |
| 10/02/2024 | Bill Payment | | marginedge | -300.00 |
| 10/02/2024 | Bill Payment | | Google LLC | -15.26 |
| 10/02/2024 | Journal | MI14050ME | | -45.17 |
| 10/02/2024 | Bill Payment | EFT80501958 | Hop & Wine | -332.00 |
| 10/03/2024 | Bill Payment | | Toast Inc. | -11.84 |
| 10/04/2024 | Bill Payment | | VA Eagle Distributing | -276.77 |
| 10/04/2024 | Journal | MI14053ME | | -269.92 |
| **Total** | | | | **-32,849.00** |

### Deposits and other credits cleared (11)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 09/29/2024 | Deposit | | UberEats | 3,379.53 |
| 09/29/2024 | Deposit | | DoorDash Inc | 3,130.97 |
| 09/29/2024 | Journal | Sales 9.29 | | 4,754.46 |
| 09/29/2024 | Deposit | | | 1,382.85 |
| 09/30/2024 | Journal | Sales 9.30 | | 2,843.37 |
| 10/01/2024 | Journal | Sales 10.1 | | 2,869.32 |
| 10/01/2024 | Journal | Sales 10.1 | | 70.00 |
| 10/01/2024 | Deposit | | | 82.22 |
| 10/02/2024 | Journal | Sales 10.2 | | 76.00 |
| 10/02/2024 | Journal | Sales 10.2 | | 3,049.48 |
| 10/03/2024 | Deposit | | | 7,042.81 |
| **Total** | | | | **28,681.01** |

## Additional Information

Uncleared checks and payments as of 10/06/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT03985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage Contr… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 09/06/2024 | Journal | MI13878ME | | -28.28 |
| 09/10/2024 | Journal | MI13876ME | | -38.58 |
| 09/12/2024 | Journal | AM briggs | | -1,320.65 |
| 09/20/2024 | Journal | MI14079ME | | -10.06 |
| 09/26/2024 | Journal | MI14078ME | | -40.35 |
| 09/26/2024 | Journal | MI14080ME | | -43.34 |
| 10/02/2024 | Bill Payment | EFT09862115 | Specialty Beverage | -175.00 |
| 10/03/2024 | Bill Payment | 5060 | AM Briggs INC dba Metropolitan … | -1,114.51 |
| 10/04/2024 | Expense | | Restaurant Depot | -1,154.65 |
| 10/04/2024 | Bill Payment | 5061 | TriMark Adams-Burch | -707.93 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -935.94 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -19,738.36 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -1,243.17 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -7,064.16 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -4,297.88 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -616.03 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -648.33 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -743.18 |
| 10/06/2024 | Journal | MI14094ME | | -140.60 |

**Total**     -41,406.73

Uncleared deposits and other credits as of 10/06/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/03/2024 | Journal | Sales 8.3 | | 310.28 |
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | 0.00 |
| 08/30/2024 | Journal | Sales 8.30 | | 84.58 |
| 09/06/2024 | Journal | Sales 9.6 | | 54.90 |
| 09/07/2024 | Journal | Sales 9.7 | | 40.00 |
| 09/10/2024 | Journal | Sales 9.10 | | 5.85 |
| 09/11/2024 | Journal | Sales 9.11 | | 15.30 |
| 09/19/2024 | Journal | Sales 9.19 | | 50.00 |
| 09/29/2024 | Journal | JE 9.29 clr bank rec | | 61.86 |
| 10/02/2024 | Journal | Sales 10.2 | | 34.94 |
| 10/03/2024 | Journal | Sales 10.3 | | 3,214.22 |
| 10/03/2024 | Journal | Sales 10.3 | | 80.45 |
| 10/04/2024 | Journal | Sales 10.4 | | 81.81 |
| 10/04/2024 | Journal | Sales 10.4 | | 4,410.18 |
| 10/05/2024 | Journal | Sales 10.5 | | 340.86 |
| 10/05/2024 | Journal | Sales 10.5 | | 5,767.37 |
| 10/06/2024 | Journal | Sales 10.6 | | 4,307.59 |
| 10/06/2024 | Journal | Sales 10.6 | | 222.08 |
| 10/06/2024 | Deposit | | UberEats | 4,518.49 |

**Total**     23,600.76

Uncleared checks and payments after 10/06/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/07/2024 | Bill Payment | | Parkx Master Merchant, LC | -200.00 |
| 10/07/2024 | Expense | | | -0.08 |
| 10/07/2024 | Bill Payment | 5063 | BFPE International | -505.80 |
| 10/07/2024 | Bill Payment | | Bowie Produce | -524.75 |
| 10/07/2024 | Bill Payment | | VRA Cleaning Services LLC | -3,680.00 |
| 10/07/2024 | Bill Payment | | Magnolia Plumbing | -487.00 |
| 10/07/2024 | Bill Payment | | TriMark Adams-Burch | -390.08 |
| 10/07/2024 | Bill Payment | | Lyon Bakery | -738.22 |
| 10/07/2024 | Bill Payment | | Logan Food Company | -127.50 |
| 10/08/2024 | Bill Payment | 5064 | ALSCO | -205.95 |
| 10/09/2024 | Bill Payment | 5062 | Reinhart Food Service (PFG) | -7,610.91 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/11/2024 | Bill Payment | | Comcast (EFT) | -687.91 |

**Total**     -15,158.20

Case 24-13609    Doc 71-15    Filed 11/19/24    Page 3 of 3

Uncleared deposits and other credits after 10/06/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/07/2024 | Journal | MJ14089ME | | 1,727.47 |
| 10/07/2024 | Journal | MJ14089ME | | 7.15 |
| 10/07/2024 | Deposit | | | 1.14 |
| 10/08/2024 | Journal | MJ14098ME | | 2,498.58 |

**Total**     4,234.34