Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 10/13/2024**

## RECONCILIATION REPORT

Reconciled on: 10/14/2024

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

**Summary** | USD
--- | ---
Statement beginning balance | 17,720.81
Checks and payments cleared (23) | -45,083.84
Deposits and other credits cleared (16) | 34,435.50
Statement ending balance | 7,072.47
| |
Uncleared transactions as of 10/13/2024 | 14,855.26
Register balance as of 10/13/2024 | 21,927.73
Cleared transactions after 10/13/2024 | 0.00
Uncleared transactions after 10/13/2024 | -5,223.12
Register balance as of 10/14/2024 | 16,704.61

**Details**

Checks and payments cleared (23)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 10/02/2024 | Bill Payment | EFT09862115 | Specialty Beverage | -175.00 |
| 10/03/2024 | Bill Payment | 5060 | AM Briggs INC dba Metropolitan … | -1,114.51 |
| 10/04/2024 | Expense | | Restaurant Depot | -1,154.65 |
| 10/04/2024 | Bill Payment | 5061 | TriMark Adams-Burch | -707.93 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -19,738.36 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -7,064.16 |
| 10/06/2024 | Journal | MI14094ME | | -140.60 |
| 10/07/2024 | Bill Payment | | Parkx Master Merchant, LC | -200.00 |
| 10/07/2024 | Bill Payment | | TriMark Adams-Burch | -390.08 |
| 10/07/2024 | Expense | | Arlington Chamber of Commerce | -48.00 |
| 10/07/2024 | Bill Payment | | Lyon Bakery | -738.22 |
| 10/07/2024 | Bill Payment | | Bowie Produce | -524.75 |
| 10/07/2024 | Bill Payment | | VRA Cleaning Services LLC | -3,680.00 |
| 10/07/2024 | Bill Payment | | Magnolia Plumbing | -487.00 |
| 10/07/2024 | Expense | | | -0.08 |
| 10/07/2024 | Bill Payment | | Logan Food Company | -127.50 |
| 10/08/2024 | Expense | | Toast Inc. | -14.72 |
| 10/08/2024 | Bill Payment | 5064 | ALSCO | -205.95 |
| 10/09/2024 | Bill Payment | 5062 | Reinhart Food Service (PFG) | -7,610.91 |
| 10/09/2024 | Journal | MI14123ME | | -63.16 |
| 10/10/2024 | Bill Payment | | AM Briggs INC dba Metropolitan … | -824.40 |
| 10/10/2024 | Expense | | Amazon | -20.61 |
| 10/11/2024 | Expense | | Harland Clarke | -53.25 |

| Total | | | | -45,083.84 |
| --- | --- | --- | --- | --- |

Deposits and other credits cleared (16)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 10/03/2024 | Journal | Sales 10.3 | | 3,214.22 |
| 10/03/2024 | Journal | Sales 10.3 | | 60.00 |
| 10/04/2024 | Journal | Sales 10.4 | | 75.00 |
| 10/04/2024 | Journal | Sales 10.4 | | 4,410.18 |
| 10/05/2024 | Journal | Sales 10.5 | | 340.86 |
| 10/05/2024 | Journal | Sales 10.5 | | 5,767.37 |
| 10/06/2024 | Deposit | | | 775.36 |
| 10/06/2024 | Journal | Sales 10.6 | | 222.08 |
| 10/06/2024 | Journal | Sales 10.6 | | 4,307.59 |
| 10/06/2024 | Deposit | | UberEats | 4,518.49 |
| 10/06/2024 | Deposit | | DoorDash Inc | 3,717.36 |
| 10/07/2024 | Deposit | | | 1.14 |
| 10/07/2024 | Journal | Sales 10.7 | | 1,685.36 |
| 10/08/2024 | Journal | Sales 10.8 | | 2,431.11 |
| 10/09/2024 | Deposit | | | 45.93 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 10/09/2024 | Journal | Sales 10.9 | | 2,863.45 |

| | | | | |
|------|------|---------|-------|-------------:|
| **Total** | | | | **34,435.50** |

**Additional Information**

Uncleared checks and payments as of 10/13/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage Contr… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 09/06/2024 | Journal | MI13878ME | | -28.28 |
| 09/10/2024 | Journal | MI13876ME | | -38.58 |
| 09/12/2024 | Journal | AM briggs | | -1,320.65 |
| 09/20/2024 | Journal | MI14079ME | | -10.06 |
| 09/26/2024 | Journal | MI14080ME | | -43.34 |
| 09/26/2024 | Journal | MI14078ME | | -40.35 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -935.94 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -648.33 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -743.18 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -1,243.17 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -616.03 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -4,297.88 |
| 10/07/2024 | Bill Payment | 5063 | BFPE International | -505.80 |
| 10/11/2024 | Bill Payment | 5067 | AM Briggs INC dba Metropolitan … | -797.27 |
| 10/11/2024 | Bill Payment | | Comcast (EFT) | -687.91 |
| 10/11/2024 | Bill Payment | 5065 | TriMark Adams-Burch | -434.05 |
| 10/11/2024 | Journal | MI14120ME | | -312.72 |

| | | | | |
|------|------|---------|-------|-------------:|
| **Total** | | | | **-14,049.27** |

Uncleared deposits and other credits as of 10/13/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 08/03/2024 | Journal | Sales 8.3 | | 310.28 |
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | 0.00 |
| 08/30/2024 | Journal | Sales 8.30 | | 84.58 |
| 09/06/2024 | Journal | Sales 9.6 | | 54.90 |
| 09/07/2024 | Journal | Sales 9.7 | | 40.00 |
| 09/10/2024 | Journal | Sales 9.10 | | 5.85 |
| 09/11/2024 | Journal | Sales 9.11 | | 15.30 |
| 09/19/2024 | Journal | Sales 9.19 | | 50.00 |
| 09/29/2024 | Journal | JE 9.29 clr bank rec | | 61.86 |
| 10/02/2024 | Journal | Sales 10.2 | | 34.94 |
| 10/03/2024 | Journal | Sales 10.3 | | 20.45 |
| 10/04/2024 | Journal | Sales 10.4 | | 6.81 |
| 10/07/2024 | Journal | Sales 10.7 | | 7.00 |
| 10/07/2024 | Journal | Sales 10.7 | | 0.15 |
| 10/10/2024 | Journal | MJ14103ME | | 24.80 |
| 10/10/2024 | Journal | MJ14103ME | | 4,478.08 |
| 10/11/2024 | Journal | MJ14113ME | | 6,450.59 |
| 10/11/2024 | Journal | MJ14113ME | | 66.03 |
| 10/12/2024 | Journal | MJ14114ME | | 7,898.68 |
| 10/12/2024 | Journal | MJ14114ME | | 235.00 |
| 10/12/2024 | Journal | MJ14114ME | | 39.05 |
| 10/13/2024 | Journal | MJ14117ME | | 5,816.13 |
| 10/13/2024 | Deposit | | UberEats | 3,204.05 |

| | | | | |
|------|------|---------|-------|-------------:|
| **Total** | | | | **28,904.53** |

Uncleared checks and payments after 10/13/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/14/2024 | Journal | Case 24-13609   Doc 71-16   Filed 11/19/24   Page 3 of 3 | | -433.64 |
| 10/15/2024 | Bill Payment | | Magnolia Plumbing | -255.00 |
| 10/15/2024 | Bill Payment | | Safety First Services | -1,050.00 |
| 10/15/2024 | Bill Payment | | Bowie Produce | -346.00 |
| 10/15/2024 | Bill Payment | | Finance A La Carte LLC | -2,500.00 |
| 10/15/2024 | Bill Payment | | MtoM Consulting, LLC | -30.00 |
| 10/15/2024 | Bill Payment | | Roberts Oxygen Company, Inc. | -130.08 |
| 10/15/2024 | Bill Payment | | Lyon Bakery | -478.40 |
| **Total** | | | | **-5,223.12** |