Smokecraft Clarendon LLC

1021 TD Bank-DIP Checking, Period Ending 10/20/2024

## RECONCILIATION REPORT

Reconciled on: 10/21/2024

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

### Summary USD

| | |
|---|---:|
| Statement beginning balance | 7,072.47 |
| Checks and payments cleared (32) | -29,249.83 |
| Deposits and other credits cleared (18) | 45,229.25 |
| Statement ending balance | 23,051.89 |
| | |
| Uncleared transactions as of 10/20/2024 | 16,355.64 |
| Register balance as of 10/20/2024 | 39,407.53 |
| Cleared transactions after 10/20/2024 | 0.00 |
| Uncleared transactions after 10/20/2024 | -3,349.68 |
| Register balance as of 10/21/2024 | 36,057.85 |

### Details

Checks and payments cleared (32)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -1,243.17 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -616.03 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -648.33 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -743.18 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -935.94 |
| 10/07/2024 | Bill Payment | 5063 | BFPE International | -505.80 |
| 10/10/2024 | Bill Payment | 5077 | Reinhart Food Service (PFG) | -5,161.87 |
| 10/10/2024 | Bill Payment | Check | Juarez's HVAC LLC | -3,200.00 |
| 10/11/2024 | Bill Payment | | Comcast (EFT) | -687.91 |
| 10/11/2024 | Bill Payment | 5065 | TriMark Adams-Burch | -434.05 |
| 10/11/2024 | Journal | MI14120ME | | -312.72 |
| 10/11/2024 | Bill Payment | 5067 | AM Briggs INC dba Metropolitan … | -797.27 |
| 10/12/2024 | Journal | MI14124ME | | -285.00 |
| 10/12/2024 | Journal | MI14131ME | | -484.56 |
| 10/14/2024 | Journal | MI14119ME | | -433.64 |
| 10/15/2024 | Bill Payment | | Restaurant Depot | -769.51 |
| 10/15/2024 | Bill Payment | 5066 | Reinhart Food Service (PFG) | -1,661.60 |
| 10/15/2024 | Bill Payment | | Erie Insurance Group | -1,359.48 |
| 10/15/2024 | Bill Payment | | MtoM Consulting, LLC | -30.00 |
| 10/15/2024 | Bill Payment | | Roberts Oxygen Company, Inc. | -130.08 |
| 10/15/2024 | Bill Payment | | Lyon Bakery | -478.40 |
| 10/15/2024 | Bill Payment | | Magnolia Plumbing | -255.00 |
| 10/15/2024 | Bill Payment | | Safety First Services | -1,050.00 |
| 10/15/2024 | Bill Payment | | Bowie Produce | -346.00 |
| 10/15/2024 | Bill Payment | | Finance A La Carte LLC | -2,500.00 |
| 10/16/2024 | Journal | MI14135ME | | -174.43 |
| 10/16/2024 | Bill Payment | 5076 | TriMark Adams-Burch | -1,053.77 |
| 10/16/2024 | Bill Payment | 5070 | AM Briggs INC dba Metropolitan … | -1,183.39 |
| 10/17/2024 | Journal | MI14155ME | | -54.00 |
| 10/18/2024 | Expense | | Restaurant Depot | -1,279.09 |
| 10/18/2024 | Expense | | VA ABC (CC) | -408.87 |
| 10/18/2024 | Expense | | Amazon | -26.74 |
| **Total** | | | | **-29,249.83** |

Deposits and other credits cleared (18)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 10/07/2024 | Journal | Sales 10.7 | | 7.00 |
| 10/10/2024 | Journal | Sales 10.10 | | 4,342.20 |
| 10/11/2024 | Journal | Sales 10.11 | | 6,250.33 |
| 10/11/2024 | Journal | Sales 10.11 | | 46.00 |
| 10/12/2024 | Journal | Sales 10.12 | | 235.00 |
| 10/12/2024 | Journal | Sales 10.12 | | 7,704.20 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/13/2024 | Deposit | | DoorDash Inc | 3,125.12 |
| 10/13/2024 | Journal | Sales 10.13 | | 5,655.26 |
| 10/13/2024 | Deposit | | UberEats | 3,204.05 |
| 10/13/2024 | Deposit | | | 2,635.82 |
| 10/14/2024 | Journal | Sales 10.14 | | 31.00 |
| 10/14/2024 | Journal | Sales 10.14 | | 2,659.10 |
| 10/15/2024 | Journal | Sales 10.15 | | 3,914.95 |
| 10/15/2024 | Journal | Sales 10.15 | | 42.00 |
| 10/16/2024 | Journal | Sales 10.16 | | 86.00 |
| 10/16/2024 | Journal | Sales 10.16 | | 4,920.73 |
| 10/17/2024 | Journal | Sales 10.17 | | 59.00 |
| 10/18/2024 | Deposit | | Square | 311.49 |

**Total**  45,229.25

**Additional Information**

Uncleared checks and payments as of 10/20/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage Contr… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 09/06/2024 | Journal | MI13878ME | | -28.28 |
| 09/10/2024 | Journal | MI13876ME | | -38.58 |
| 09/12/2024 | Journal | AM briggs | | -1,320.65 |
| 09/20/2024 | Journal | MI14079ME | | -10.06 |
| 09/26/2024 | Journal | MI14078ME | | -40.35 |
| 09/26/2024 | Journal | MI14080ME | | -43.34 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -4,297.88 |
| 10/16/2024 | Bill Payment | 5068 | ALSCO | -205.95 |
| 10/17/2024 | Journal | MI14162ME | | -1,252.00 |
| 10/17/2024 | Journal | MI14156ME | | -45.00 |
| 10/17/2024 | Bill Payment | 5069 | Dominion Energy Virginia | -2,160.28 |
| 10/19/2024 | Journal | MI14164ME | | -7.06 |
| 10/20/2024 | Journal | MI14171ME | | -145.58 |

**Total**  -10,940.74

Uncleared deposits and other credits as of 10/20/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/03/2024 | Journal | Sales 8.3 | | 310.28 |
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | 0.00 |
| 08/30/2024 | Journal | Sales 8.30 | | 84.58 |
| 09/06/2024 | Journal | Sales 9.6 | | 54.90 |
| 09/07/2024 | Journal | Sales 9.7 | | 40.00 |
| 09/10/2024 | Journal | Sales 9.10 | | 5.85 |
| 09/11/2024 | Journal | Sales 9.11 | | 15.30 |
| 09/19/2024 | Journal | Sales 9.19 | | 50.00 |
| 09/29/2024 | Journal | JE 9.29 clr bank rec | | 61.86 |
| 10/01/2024 | Journal | AM Briggs | | 1,320.65 |
| 10/02/2024 | Journal | Sales 10.2 | | 34.94 |
| 10/03/2024 | Journal | Sales 10.3 | | 20.45 |
| 10/04/2024 | Journal | Sales 10.4 | | 6.81 |
| 10/07/2024 | Journal | Sales 10.7 | | 0.15 |
| 10/10/2024 | Journal | Sales 10.10 | | 24.80 |
| 10/11/2024 | Journal | Sales 10.11 | | 20.03 |
| 10/12/2024 | Journal | Sales 10.12 | | 39.05 |
| 10/17/2024 | Journal | Sales 10.17 | | 2,378.64 |
| 10/18/2024 | Journal | Sales 10.18 | | 110.00 |
| 10/18/2024 | Journal | Sales 10.18 | | 5,602.76 |
| 10/19/2024 | Journal | MJ14165ME | | 6,717.32 |
| 10/20/2024 | Journal | MJ14170ME | | 7,148.48 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/20/2024 | Deposit | | UberEats | 3,249.53 |

| | | | | |
|---|---|---|---|---|
| Total | | | | 27,296.38 |

Uncleared checks and payments after 10/20/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/21/2024 | Bill Payment | | GWWC, LLC | -1,000.00 |
| 10/21/2024 | Journal | MI14172ME | | -316.41 |
| 10/21/2024 | Bill Payment | | Logan Food Company | -127.50 |
| 10/21/2024 | Bill Payment | | MtoM Consulting, LLC | -30.00 |
| 10/21/2024 | Bill Payment | | Roberts Oxygen Company, Inc. | -221.96 |
| 10/21/2024 | Bill Payment | | Magnolia Plumbing | -524.42 |
| 10/21/2024 | Bill Payment | | Lyon Bakery | -341.14 |
| 10/21/2024 | Bill Payment | | Bowie Produce | -788.25 |

| | | | | |
|---|---|---|---|---|
| Total | | | | -3,349.68 |