Smokecraft Clarendon LLC

1021 TD Bank-DIP Checking, Period Ending 10/27/2024

## RECONCILIATION REPORT

Reconciled on: 10/29/2024

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---:|
| Statement beginning balance | 23,051.89 |
| Checks and payments cleared (36) | -54,688.99 |
| Deposits and other credits cleared (27) | 39,407.86 |
| Statement ending balance | 7,770.76 |
| | |
| Uncleared transactions as of 10/27/2024 | 4,703.03 |
| Register balance as of 10/27/2024 | 12,473.79 |
| Cleared transactions after 10/27/2024 | 0.00 |
| Uncleared transactions after 10/27/2024 | 2,536.31 |
| Register balance as of 10/29/2024 | 15,010.10 |

### Details

Checks and payments cleared (36)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 09/12/2024 | Journal | AM briggs | | -1,320.65 |
| 10/01/2024 | Journal | MI14187ME | | -622.77 |
| 10/16/2024 | Bill Payment | 5068 | ALSCO | -205.95 |
| 10/17/2024 | Bill Payment | 5069 | Dominion Energy Virginia | -2,160.28 |
| 10/17/2024 | Journal | MI14156ME | | -45.00 |
| 10/19/2024 | Journal | MI14164ME | | -7.06 |
| 10/20/2024 | Journal | MI14171ME | | -145.58 |
| 10/20/2024 | Journal | MI14205ME | | -45.00 |
| 10/20/2024 | Journal | Payroll JE 10.7-10.20 | | -6,606.75 |
| 10/20/2024 | Journal | Payroll JE 10.7-10.20 | | -17,973.26 |
| 10/21/2024 | Bill Payment | | Washington Gas | -667.62 |
| 10/21/2024 | Bill Payment | | MtoM Consulting, LLC | -30.00 |
| 10/21/2024 | Expense | | Amazon | -74.20 |
| 10/21/2024 | Bill Payment | | Premium Distributors | -47.61 |
| 10/21/2024 | Bill Payment | | Roberts Oxygen Company, Inc. | -221.96 |
| 10/21/2024 | Journal | MI14172ME | | -316.41 |
| 10/21/2024 | Bill Payment | | Magnolia Plumbing | -524.42 |
| 10/21/2024 | Bill Payment | | Lyon Bakery | -341.14 |
| 10/21/2024 | Expense | | Amazon | -14.79 |
| 10/21/2024 | Bill Payment | | Bowie Produce | -788.25 |
| 10/21/2024 | Bill Payment | | Logan Food Company | -127.50 |
| 10/21/2024 | Journal | MI14186ME | | -1,077.04 |
| 10/21/2024 | Bill Payment | | GWWC, LLC | -1,000.00 |
| 10/22/2024 | Bill Payment | 5071 | ALSCO | -205.95 |
| 10/22/2024 | Expense | | Arlington County Treasurer | -6,262.69 |
| 10/22/2024 | Journal | MI14202ME | | -12.79 |
| 10/22/2024 | Journal | MI14185ME | | -14.99 |
| 10/23/2024 | Journal | MI14204ME | | -94.48 |
| 10/23/2024 | Bill Payment | | Republic National | -295.92 |
| 10/23/2024 | Bill Payment | | Reinhart Food Service (PFG) | -4,318.53 |
| 10/23/2024 | Bill Payment | EFT76465016 | Hop & Wine | -320.00 |
| 10/23/2024 | Expense | | VA Department of Taxation | -8,136.00 |
| 10/24/2024 | Journal | MI14200ME | | -36.02 |
| 10/24/2024 | Expense | | State Farm | -182.34 |
| 10/24/2024 | Journal | MI14208ME | | -31.13 |
| 10/25/2024 | Journal | MI14212ME | | -414.91 |
| **Total** | | | | **-54,688.99** |

Deposits and other credits cleared (27)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 08/03/2024 | Journal | Sales 8.3 | | 310.28 |
| 08/30/2024 | Journal | Sales 8.30 | | 84.58 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/06/2024 | Journal | Sales 9.6 | | 54.90 |
| 09/07/2024 | Journal | Sales 9.7 | | 40.00 |
| 09/10/2024 | Journal | Sales 9.10 | | 5.85 |
| 09/11/2024 | Journal | Sales 9.11 | | 15.30 |
| 09/19/2024 | Journal | Sales 9.19 | | 50.00 |
| 09/29/2024 | Journal | JE 9.29 clr bank rec | | 61.86 |
| 10/01/2024 | Journal | AM Briggs | | 1,320.65 |
| 10/17/2024 | Journal | Sales 10.17 | | 2,378.64 |
| 10/18/2024 | Journal | Sales 10.18 | | 5,602.76 |
| 10/18/2024 | Journal | Sales 10.18 | | 110.00 |
| 10/19/2024 | Journal | Sales 10.19 | | 6,516.88 |
| 10/20/2024 | Deposit | | DoorDash Inc | 2,571.31 |
| 10/20/2024 | Deposit | | | 357.13 |
| 10/20/2024 | Deposit | | | 670.96 |
| 10/20/2024 | Journal | Sales 10.20 | | 6,957.29 |
| 10/20/2024 | Deposit | | UberEats | 3,249.53 |
| 10/21/2024 | Journal | Sales 10.21 | | 2,262.65 |
| 10/21/2024 | Journal | Sales 10.21 | | 57.00 |
| 10/22/2024 | Journal | Sales 10.22 | | 37.87 |
| 10/22/2024 | Deposit | | | 89.98 |
| 10/22/2024 | Journal | Sales 10.22 | | 3,440.20 |
| 10/23/2024 | Journal | Sales 10.23 | | 2,911.11 |
| 10/23/2024 | Journal | Sales 10.23 | | 58.00 |
| 10/24/2024 | Deposit | | | 0.13 |
| 10/24/2024 | Journal | Sales 10.24 | | 193.00 |

**Total**   39,407.86

## Additional Information

Uncleared checks and payments as of 10/27/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage Contr… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 09/06/2024 | Journal | MI13878ME | | -28.28 |
| 09/10/2024 | Journal | MI13876ME | | -38.58 |
| 09/20/2024 | Journal | MI14079ME | | -10.06 |
| 09/26/2024 | Journal | MI14080ME | | -43.34 |
| 09/26/2024 | Journal | MI14078ME | | -40.35 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -4,297.88 |
| 10/17/2024 | Journal | MI14162ME | | -1,252.00 |
| 10/20/2024 | Journal | Payroll JE 10.7-10.20 | | -518.95 |
| 10/20/2024 | Journal | Payroll JE 10.7-10.20 | | -4,297.88 |
| 10/20/2024 | Journal | Payroll JE 10.7-10.20 | | -967.85 |
| 10/20/2024 | Journal | Payroll JE 10.7-10.20 | | -373.96 |
| 10/20/2024 | Journal | Payroll JE 10.7-10.20 | | -741.79 |
| 10/20/2024 | Journal | Payroll JE 10.7-10.20 | | -557.24 |
| 10/20/2024 | Journal | Payroll JE 10.7-10.20 | | -1,309.97 |
| 10/25/2024 | Bill Payment | 5072 | AM Briggs INC dba Metropolitan … | -1,215.28 |
| 10/25/2024 | Bill Payment | 5073 | M.A. Stockstill Co. | -526.52 |
| 10/25/2024 | Journal | MI14225ME | | -184.44 |
| 10/26/2024 | Journal | MI14228ME | | -28.59 |

**Total**   -17,778.69

Uncleared deposits and other credits as of 10/27/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | 0.00 |
| 10/10/2024 | Journal | Sales 10.10 | | 24.80 |
| 10/11/2024 | Journal | Sales 10.11 | | 20.03 |
| 10/24/2024 | Journal | Sales 10.24 | | 3,260.54 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/25/2024 | Journal | Sales 10.25 | | 4,022.68 |
| 10/25/2024 | Journal | Sales 10.25 | | 65.00 |
| 10/26/2024 | Journal | Sales 10.26 | | 179.61 |
| 10/26/2024 | Journal | Sales 10.26 | | 6,755.08 |
| 10/27/2024 | Deposit | | UberEats | 3,445.14 |
| 10/27/2024 | Journal | MJ14236ME | | 4,693.84 |
| 10/27/2024 | Journal | MJ14236ME | | 15.00 |

**Total**    22,481.72

Uncleared checks and payments after 10/27/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/28/2024 | Bill Payment | | Lyon Bakery | -415.57 |
| 10/28/2024 | Bill Payment | | Bowie Produce | -554.25 |
| 10/28/2024 | Bill Payment | | Roberts Oxygen Company, Inc. | -153.56 |
| 10/28/2024 | Bill Payment | | Logan Food Company | -127.50 |
| 10/28/2024 | Expense | | Adobe Inc. | -21.19 |
| 10/28/2024 | Bill Payment | | TriMark Adams-Burch | -505.77 |
| 10/28/2024 | Journal | MI14248ME | | -45.00 |
| 10/28/2024 | Journal | MI14247ME | | -156.32 |

**Total**    -1,979.16

Uncleared deposits and other credits after 10/27/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/28/2024 | Deposit | | | 0.39 |
| 10/28/2024 | Journal | MJ14245ME | | 4,503.01 |
| 10/28/2024 | Journal | MJ14245ME | | 12.07 |

**Total**    4,515.47