1021 TD Bank-DIP Checking, Period Ending 10/31/2024

## RECONCILIATION CHANGE REPORT

Since this reconciliation on 11/04/2024, changes were made to the reconciled transactions in this report.

| DATE | TYPE | REF NO. | PAYEE | ORIGINAL AMT (USD) | CURRENT AMT (USD) | CHANGE | AMOUNT CHANGE (USD) |
|---|---|---|---|---|---|---|---|
| 10/31/2024 | Deposit | | | 1,843.89 | 0.00 | Deleted | -1,843.89 |
| | | | | | | **Total** | **-1,843.89** |

## RECONCILIATION REPORT

Reconciled on: 11/04/2024

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---|
| Statement beginning balance | 7,770.76 |
| Checks and payments cleared (30) | -24,519.41 |
| Deposits and other credits cleared (16) | 34,812.90 |
| Statement ending balance | 18,064.25 |
| | |
| Uncleared transactions as of 10/31/2024 | 1,898.57 |
| Register balance as of 10/31/2024 | 19,962.82 |
| Cleared transactions after 10/31/2024 | 0.00 |
| Uncleared transactions after 10/31/2024 | -5,816.89 |
| Register balance as of 11/04/2024 | 14,145.93 |

### Details

Checks and payments cleared (30)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/20/2024 | Journal | Payroll JE 10.7-10.20 | | -4,297.88 |
| 10/20/2024 | Journal | Payroll JE 10.7-10.20 | | -373.96 |
| 10/20/2024 | Journal | Payroll JE 10.7-10.20 | | -518.95 |
| 10/20/2024 | Journal | Payroll JE 10.7-10.20 | | -557.24 |
| 10/20/2024 | Journal | Payroll JE 10.7-10.20 | | -741.79 |
| 10/20/2024 | Journal | Payroll JE 10.7-10.20 | | -967.85 |
| 10/20/2024 | Journal | Payroll JE 10.7-10.20 | | -1,309.97 |
| 10/25/2024 | Journal | MI14225ME | | -184.44 |
| 10/25/2024 | Bill Payment | 5072 | AM Briggs INC dba Metropolitan … | -1,215.28 |
| 10/25/2024 | Bill Payment | 5073 | M.A. Stockstill Co. | -526.52 |
| 10/26/2024 | Journal | MI14228ME | | -28.59 |
| 10/28/2024 | Journal | MI14248ME | | -45.00 |
| 10/28/2024 | Expense | | Amazon | -6.67 |
| 10/28/2024 | Bill Payment | | Logan Food Company | -127.50 |
| 10/28/2024 | Expense | | Restaurant Depot | -1,249.98 |
| 10/28/2024 | Journal | MI14247ME | | -156.32 |
| 10/28/2024 | Bill Payment | | Bowie Produce | -554.25 |
| 10/28/2024 | Bill Payment | | Lyon Bakery | -415.57 |
| 10/28/2024 | Bill Payment | | Roberts Oxygen Company, Inc. | -153.56 |
| 10/28/2024 | Bill Payment | | TriMark Adams-Burch | -505.77 |
| 10/28/2024 | Expense | | Adobe Inc. | -21.19 |
| 10/28/2024 | Expense | | Restaurant Depot | -1,344.34 |
| 10/29/2024 | Journal | MI14249ME | | -17.35 |
| 10/29/2024 | Expense | | | -0.07 |
| 10/29/2024 | Expense | | 7-Eleven | -5.11 |
| 10/29/2024 | Bill Payment | 5074 | ALSCO | -205.95 |
| 10/30/2024 | Bill Payment | | Reinhart Food Service (PFG) | -6,382.56 |
| 10/30/2024 | Bill Payment | | Capital Bank | -1,500.00 |
| 10/30/2024 | Bill Payment | | Open Table Inc. ACH | -318.00 |
| 10/30/2024 | Bill Payment | | Toast Inc. | -787.75 |
| **Total** | | | | **-24,519.41** |

Deposits and other credits cleared (16)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/24/2024 | Journal | Sales 10.24 | | 3,260.54 |
| 10/25/2024 | Journal | Sales 10.25 | | 65.00 |
| 10/25/2024 | Journal | Sales 10.25 | | 4,022.68 |
| 10/26/2024 | Journal | Sales 10.26 | | 179.61 |
| 10/26/2024 | Journal | Sales 10.26 | | 6,755.08 |
| 10/27/2024 | Journal | Sales 10.27 | | 4,578.42 |
| 10/27/2024 | Deposit | | | 899.12 |
| 10/27/2024 | Journal | Sales 10.27 | | 15.00 |
| 10/27/2024 | Deposit | | UberEats | 3,445.14 |
| 10/28/2024 | Journal | Sales 10.28 | | 12.07 |
| 10/28/2024 | Journal | Sales 10.28 | | 4,387.01 |
| 10/28/2024 | Deposit | | | 0.39 |
| 10/29/2024 | Deposit | | | 43.96 |
| 10/29/2024 | Deposit | | | 987.40 |
| 10/29/2024 | Journal | Sales 10.29 | | 4,317.59 |
| 10/31/2024 | Deposit | | | 1,843.89 |
| **Total** | | | | **34,812.90** |

## Additional Information

Uncleared checks and payments as of 10/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage Contr… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 09/06/2024 | Journal | MI13878ME | | -28.28 |
| 09/10/2024 | Journal | MI13876ME | | -38.58 |
| 09/20/2024 | Journal | MI14079ME | | -10.06 |
| 09/26/2024 | Journal | MI14080ME | | -43.34 |
| 09/26/2024 | Journal | MI14078ME | | -40.35 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -4,297.88 |
| 10/31/2024 | Journal | MI14281ME | | -15.26 |
| **Total** | | | | **-5,819.48** |

Uncleared deposits and other credits as of 10/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | 0.00 |
| 10/10/2024 | Journal | Sales 10.10 | | 24.80 |
| 10/11/2024 | Journal | Sales 10.11 | | 20.03 |
| 10/27/2024 | Deposit | | | 398.95 |
| 10/27/2024 | Deposit | | DoorDash Inc | 2,505.63 |
| 10/30/2024 | Journal | Sales 10.30 | | 1,622.38 |
| 10/31/2024 | Deposit | | | 332.38 |
| 10/31/2024 | Journal | Sales 10.31 | | 2,813.88 |
| **Total** | | | | **7,718.05** |

Uncleared checks and payments after 10/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/01/2024 | Expense | | Amazon | -180.15 |
| 11/01/2024 | Bill Payment | | KBS III 3003 Washington LLC | -18,725.64 |
| 11/01/2024 | Journal | MI14273ME | | -712.88 |
| 11/01/2024 | Bill Payment | 5075 | TriMark Adams-Burch | -675.19 |
| 11/04/2024 | Bill Payment | | Pest Management Services, Inc. | -85.00 |
| 11/04/2024 | Bill Payment | | Lyon Bakery | -403.61 |
| 11/04/2024 | Bill Payment | | Magnolia Plumbing | -255.00 |
| 11/04/2024 | Bill Payment | | TriMark Adams-Burch | -390.08 |
| 11/04/2024 | Bill Payment | | Bowie Produce | -409.75 |

| | | | | |
|---|---|---|---|---:|
| Total | | | | -21,837.30 |

Uncleared deposits and other credits after 10/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 11/01/2024 | Journal | MJ14278ME | | 219.65 |
| 11/01/2024 | Journal | MJ14278ME | | 4,696.79 |
| 11/02/2024 | Journal | MJ14284ME | | 7,683.69 |
| 11/02/2024 | Journal | MJ14284ME | | 169.00 |
| 11/03/2024 | Journal | MJ14287ME | | 3,191.26 |
| 11/03/2024 | Journal | MJ14287ME | | 60.02 |
| Total | | | | 16,020.41 |