Smokecraft Clarendon LLC

**1050 TD Bank CD, Period Ending 10/31/2024**

**RECONCILIATION REPORT**

Reconciled on: 11/03/2024

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

## Summary USD

| | |
|---|---|
| Statement beginning balance | 66,038.70 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (1) | 205.18 |
| Statement ending balance | 66,243.88 |
| | |
| Register balance as of 10/31/2024 | 66,243.88 |

## Details

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/11/2024 | Deposit | | | 205.18 |
| Total | | | | 205.18 |