Smokecraft Clarendon LLC

**1020 TD Bank Operating, Period Ending 10/31/2024**

**RECONCILIATION REPORT**

Reconciled on: 11/03/2024

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 1,033.10 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 1,033.10 |
| | |
| Uncleared transactions as of 10/31/2024 | 8,065.45 |
| Register balance as of 10/31/2024 | 9,098.55 |

**Additional Information**

Uncleared checks and payments as of 10/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/17/2022 | Journal | payroll 7/4-7/17 | | -388.33 |
| 08/27/2023 | Journal | Payroll JE 8/14-8/27 | | -12.10 |
| 03/24/2024 | Journal | Payroll 3/11-3/24 | | -141.07 |
| 05/31/2024 | Journal | bank rec adj | | -24.75 |
| 07/20/2024 | Expense | | Intuit Inc. | -85.00 |
| 09/20/2024 | Expense | | Intuit Inc. | -85.00 |
| 10/20/2024 | Expense | | Intuit Inc. | -85.00 |
| **Total** | | | | **-821.25** |

Uncleared deposits and other credits as of 10/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/03/2024 | Journal | Sales 10.3 | | 7,042.81 |
| 10/30/2024 | Journal | MJ14259ME | | 1,843.89 |
| **Total** | | | | **8,886.70** |