| Asset | Scheduled Value | Liquidation Discount | Liquidation Value |
|---|---|---|---|
| Cash & Cash Equivalents | $69,073.70 | 0.00% | $69,073.70 |
| Food and Beverage | $26,511.65 | 80.00% | $5,302.33 |
| Kitchen Equipment & Personal Property | $33,871.50 | Per Appraisal | $29,435.00 |
| Professional Negligence Claim | $0.00 | 0.00% | $0.00 |
|  |  |  | $0.00 |
| Total | $129,456.85 |  | $103,811.03 |