# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **24–13609 – MCR**    Chapter: **11**

**Smokecraft Clarendon, LLC**
Debtor

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 72 – Chapter 11 Plan Small Business Subchapter V Filed by Smokecraft Clarendon, LLC. (Attachments: # 1 Exhibit A – Liquidation Analysis # 2 Exhibit B – Projections # 3 Exhibit C – Schedule of Classes # 4 Exhibit D – Schedule of Payments)(VerStandig, Maurice) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 12/4/24. Certificate of Service not filed.** |
| CURE: | A Certificate of Service on the above pleading must be filed. (Local Bankruptcy Rule 9013–4). Include the names and addresses of all parties served or attach a copy of the mailing matrix. |
| CONSEQUENCE: | Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution. |

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS–COS.pdf.**
**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 11/20/24

                                                 Mark A. Neal, Clerk of Court
                                                 by Deputy Clerk, Shannon McKenna
                                                 301–344–3390

cc:    Debtor
      Attorney for Debtor – Maurice Belmont VerStandig

defntc (rev. 12/12/2016)