**MARIA ELLENA CHAVEZ-RUARK, U.S. BANKRUPTCY JUDGE**

Evidentiary Hearing:  NO
Exhibits Filed:  NO

PROCEEDING MEMO − CHAPTER 11

**Case: 24-13609-MCR**  Date: 11/20/2024 at 11:00 a.m.
**Smokecraft Clarendon, LLC**

Appearances:   Maurice Belmont VerStandig, counsel for Debtor
Corinne Donohue Adams, counsel for Capital Bank, N.A.
Angela L. Shortall, Subchapter V Trustee
Lynn A. Kohen, Office of the United States Trustee

Also present:   Andrew Darnielle, Debtor's representative

[49] Chapter 11 Plan Small Business Subchapter V Filed by Smokecraft Clarendon, LLC. (Attachments: # 1 Exhibit A - Liquidation Analysis # 2 Exhibit B - Projections # 3 Exhibit C - Schedule of Creditor Classes and Claims # 4 Exhibit D - Schedule of Payments)

   [51] Objection on behalf of US Trustee - Greenbelt Filed by Lynn A. Kohen (related document(s)49 Chapter 11 Plan Small Business Subchapter V filed by Debtor Smokecraft Clarendon, LLC).

   [60] Objection on behalf of Capital Bank, N.A. Filed by Catherine Keller Hopkin (related document(s)49 Chapter 11 Plan Small Business Subchapter V filed by Debtor Smokecraft Clarendon, LLC).

| | |
|---|---|
| COMMENTS: | Counsel for the Debtor reported that Capital Bank and the Debtor both procured appraisals and that the appraisals have a wide variance in value.  The UST noted that AP has increased and the proposed amended plan (filed last night) provides worse treatment than the original plan for holders of general unsecured claims (who will receive nothing while certain "critical vendors" are paid). |
| | The Court authorized the Debtor to make the projections in Exhibit B a one-page insert with a website where parties in interest can view the 184-page projections. |
| DISPOSITION: | Status conference held.  Debtor to serve plan, scheduling order, and ballots by 11/22/24.  Objections to confirmation and ballots due by 12/23/24.  Tally of ballots due 1/22/25.  Confirmation hearing 1/29/25 at 10:30 a.m. in person.  Court will prepare and issue scheduling order. |