# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **24–13609 – MCR**   Chapter: **11**

**Smokecraft Clarendon, LLC**
Debtor

## NOTICE

Virtual hearing – For hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688.

PLEASE TAKE NOTICE that a hearing will be held

on 1/2/25 at 11:00 AM

to consider and act upon the following:

36 – Consent Motion to Use Cash Collateral for Order (I) Authorizing the Debtors Interim Use of Cash Collateral (II) Granting Adequate Protection & (III) Scheduling Final Hearing Filed by Capital Bank, N.A.. (Attachments: # 1 Proposed Order) (Hopkin, Catherine)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 11/20/24

Mark A. Neal, Clerk of Court
by Deputy Clerk, Jennifer Whitfield
301–344–0585

Form ntchrgmdb (rev. 08/13/2024)