Entered: November 21st, 2024
Signed: November 20th, 2024
**SO ORDERED**



_____
**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re:<br><br>SMOKECRAFT CLARENDON, LLC,<br><br>    Debtor. | Case Number: 24-13609-MCR<br>Chapter 11 (Subchapter V) |

## THIRD SCHEDULING ORDER

The above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). On May 2, 2024, the Court entered an Initial Scheduling Order [Dkt. No. 15] setting forth certain deadlines and requirements, and on June 27, 2024, the Court held a preliminary status conference under Section 1188 of the Bankruptcy Code. On August 8, 2024, the Debtor filed its Subchapter V Plan of Reorganization [Dkt. No. 49] (the "Plan"), and on August 15, 2024, the Court entered a Second Scheduling Order [Dkt. No. 52] setting forth certain deadlines and requirements related to the Plan [Dkt. No. 49]. On November 19, 2024, the Debtor filed an Amended Subchapter V Plan of Reorganization [Dkt. No. 72] (the "Amended Plan"), and on November 20, 2024, the Court held a status conference (the "Status Conference") at which the parties agreed to various deadlines and requirements related to the Amended Plan.

Based on the record and for good cause appearing, IT IS ORDERED:

1.     Service of Plan Documents. On or before **November 22, 2024**, the Debtor shall (a) serve a copy of this Third Scheduling Order, the Amended Plan (with all exhibits and attachments except as set forth in the following paragraph) and a ballot conforming to Official Form 314 on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d), and (b) file a certificate of service with the Court.

2. Due to the voluminous size of Exhibit B to the Amended Plan, the Debtor is authorized to include a one-page insert in lieu of the complete Exhibit B that informs all parties served pursuant to the preceding paragraph that the Debtor has established a website whereby parties in interest can view the financial projections set forth in Exhibit B.

3. <u>Objections to Confirmation</u>.  **December 23, 2024** is the deadline for filing and serving written objections to confirmation of the Amended Plan pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1).  Any party in interest objecting to the Amended Plan, including the proposed treatment of any claim or interest under the Amended Plan, must file and serve a timely objection in accordance with this Third Scheduling Order and the applicable rules.

4. <u>Voting on Plan</u>.  **December 23, 2024** is the deadline for submitting written acceptances or rejections of the Amended Plan.  Acceptances and rejections must be submitted to the Debtor's attorney at the following address:

    Maurice Belmont VerStandig
    The VerStandig Law Firm, LLC
    9812 Falls Road
    #114-160
    Potomac, MD 20854

5. <u>Tally of Ballots</u>.  The Debtor shall file a tally of ballots pursuant to Local Bankruptcy Rule 3018-1 no later than **January 22, 2025.**

6. <u>Confirmation Hearing</u>.  The Court shall hold a hearing on confirmation of the Amended Plan on **January 29, 2025 at 10:30 a.m.** at the United States Courthouse, Courtroom 3-C, 6500 Cherrywood Lane, Greenbelt, Maryland 20770 (for in person hearing information, go to https://www.mdb.uscourts.gov/judges-info/judge/maria-ellena-chavez-ruark).

cc:  Debtor
    Debtor's Counsel
    Subchapter V Trustee
    Office of the United States Trustee
    All Creditors and Parties in Interest

**END OF ORDER**