SMALL BUSINESS MOR – SMOKECRAFT CLARENDON LLC
November 2024
EXHIBIT B

10. Accounts as of 11/30/24 include:

   1. TD Bank CD Ending in: 0387 (secured letter of credit for lease)
   2. Capital Bank MD Ending in: 5611 (Capital Bank refused to close the account when attempted)