**Smokecraft Clarendon LLC**
**MOR Exhibit C - Deposit Transaction Report**

| Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|
| 11/01/2024 | Journal Entry | Rvrs Intuit 10.24 | | to clear off from bank rec | 1020 TD Bank Operating | -Split- | 85.00 |
| 11/01/2024 | Journal Entry | Rvrs Intuit 7.24 | | | 1020 TD Bank Operating | -Split- | 85.00 |
| 11/01/2024 | Journal Entry | Rvrs Intuit 9.24 | | | 1020 TD Bank Operating | -Split- | 85.00 |
| 11/01/2024 | Journal Entry | Sales 11.1 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 219.65 |
| 11/01/2024 | Journal Entry | Sales 11.1 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 4,581.19 |
| 11/02/2024 | Journal Entry | Sales 11.2 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 169.00 |
| 11/02/2024 | Journal Entry | Sales 11.2 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 7,488.19 |
| 11/03/2024 | Journal Entry | Sales 11.3 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 60.02 |
| 11/03/2024 | Journal Entry | Sales 11.3 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,105.73 |
| 11/03/2024 | Deposit | | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | 3,337.08 |
| 11/03/2024 | Deposit | | UberEats | | 1021 TD Bank-DIP Checking | -Split- | 3,956.64 |
| 11/04/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.35 |
| 11/04/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.98 |
| 11/04/2024 | Journal Entry | Sales 11.4 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 43.29 |
| 11/04/2024 | Journal Entry | Sales 11.4 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,831.30 |
| 11/05/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.71 |
| 11/05/2024 | Journal Entry | Sales 11.5 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 49.44 |
| 11/05/2024 | Journal Entry | Sales 11.5 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,717.60 |
| 11/06/2024 | Journal Entry | Sales 11.6 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 49.42 |
| 11/06/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | -Split- | 302.36 |
| 11/06/2024 | Journal Entry | Sales 11.6 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 5,400.23 |
| 11/07/2024 | Journal Entry | Sales 11.7 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 9.90 |
| 11/07/2024 | Journal Entry | Sales 11.7 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 4,548.61 |
| 11/08/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.10 |
| 11/08/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.58 |
| 11/08/2024 | Journal Entry | Sales 11.8 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 194.94 |
| 11/08/2024 | Journal Entry | Sales 11.8 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 6,236.11 |
| 11/09/2024 | Journal Entry | Sales 11.9 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 170.26 |
| 11/09/2024 | Journal Entry | Sales 11.9 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 8,111.40 |
| 11/10/2024 | Journal Entry | Sales 11.10 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 146.00 |
| 11/10/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | -Split- | 587.12 |
| 11/10/2024 | Deposit | | UberEats | | 1021 TD Bank-DIP Checking | -Split- | 2,617.12 |
| 11/10/2024 | Deposit | | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | 3,149.26 |
| 11/10/2024 | Journal Entry | Sales 11.10 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 5,138.01 |
| 11/11/2024 | Journal Entry | Sales 11.11 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 74.93 |
| 11/11/2024 | Deposit | | | INTEREST CREDIT | 1050 TD Bank CD | 8101 Interest Income | 212.67 |
| 11/11/2024 | Journal Entry | Sales 11.11 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,876.27 |
| 11/12/2024 | Journal Entry | Sales 11.12 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 118.74 |
| 11/12/2024 | Journal Entry | Sales 11.12 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 4,234.39 |
| 11/13/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.06 |
| 11/13/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.07 |
| 11/13/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 1.26 |
| 11/13/2024 | Journal Entry | Sales 11.13 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 7.67 |
| 11/13/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | -Split- | 519.09 |
| 11/13/2024 | Journal Entry | Sales 11.13 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 4,276.97 |
| 11/14/2024 | Journal Entry | Sales 11.14 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 20.85 |
| 11/14/2024 | Journal Entry | Sales 11.14 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,778.44 |
| 11/15/2024 | Journal Entry | Sales 11.15 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 104.35 |
| 11/15/2024 | Journal Entry | Sales 11.15 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 7,365.99 |
| 11/16/2024 | Journal Entry | Sales 11.16 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 155.94 |
| 11/16/2024 | Journal Entry | Sales 11.16 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 7,379.84 |
| 11/17/2024 | Journal Entry | Sales 11.17 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 106.30 |
| 11/17/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | -Split- | 414.08 |
| 11/17/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | -Split- | 1,233.14 |
| 11/17/2024 | Deposit | | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | 2,219.64 |
| 11/17/2024 | Deposit | | UberEats | | 1021 TD Bank-DIP Checking | -Split- | 4,116.01 |
| 11/17/2024 | Journal Entry | Sales 11.17 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 6,791.32 |
| 11/18/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.06 |
| 11/18/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.15 |
| 11/18/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.33 |
| 11/18/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.70 |
| 11/18/2024 | Journal Entry | Sales 11.18 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 191.05 |
| 11/18/2024 | Deposit | | Square | Meat cost per Andrew | 1021 TD Bank-DIP Checking | 6110 Cost of Sales:Meat Cost | 267.96 |
| 11/18/2024 | Journal Entry | Sales 11.18 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 4,434.53 |
| 11/19/2024 | Journal Entry | Sales 11.19 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 4,609.41 |
| 11/20/2024 | Journal Entry | Sales 11.20 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 313.62 |
| 11/20/2024 | Journal Entry | Sales 11.20 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 4,434.42 |
| 11/21/2024 | Journal Entry | Sales 11.21 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 90.00 |
| 11/21/2024 | Journal Entry | Sales 11.21 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 6,286.07 |
| 11/22/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.38 |
| 11/22/2024 | Journal Entry | Sales 11.22 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 180.66 |
| 11/22/2024 | Journal Entry | Sales 11.22 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 8,867.93 |
| 11/23/2024 | Journal Entry | Sales 11.23 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 84.55 |
| 11/23/2024 | Journal Entry | Sales 11.23 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 14,265.14 |
| 11/24/2024 | Journal Entry | bank rec adjR | | to clear off from bank rec | 1020 TD Bank Operating | -Split- | 24.75 |
| 11/24/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | -Split- | 80.59 |
| 11/24/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | -Split- | 981.16 |
| 11/24/2024 | Deposit | | UberEats | | 1021 TD Bank-DIP Checking | -Split- | 2,890.94 |
| 11/24/2024 | Journal Entry | Sales 11.24 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 8,528.46 |
| 11/25/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.34 |
| 11/25/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.45 |
| 11/25/2024 | Journal Entry | Sales 11.25 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 86.20 |
| 11/25/2024 | Deposit | | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | 2,022.87 |
| 11/25/2024 | Journal Entry | Sales 11.25 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 5,288.12 |
| 11/26/2024 | Journal Entry | Sales 11.26 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,446.83 |
| 11/27/2024 | Journal Entry | Sales 11.27 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 223.65 |
| 11/27/2024 | Deposit | | toast | Toast Billing Activity | 1021 TD Bank-DIP Checking | 7190 C. General & Administrative:Other Contracted Services-Admin | 396.97 |
| 11/27/2024 | Journal Entry | Sales 11.27 | | Credit Cards 4296.5 | 1021 TD Bank-DIP Checking | -Split- | 5,925.36 |
| 11/28/2024 | Journal Entry | Sales 11.28 | | Credit Cards 1652.94 | 1021 TD Bank-DIP Checking | -Split- | 24.08 |
| 11/28/2024 | Journal Entry | Sales 11.28 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 54.55 |
| 11/29/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 5.45 |
| 11/29/2024 | Deposit | | | DEPOSIT | 1021 TD Bank-DIP Checking | 6750 B. Controllable Expenses:Trash Removal | 29.24 |
| 11/29/2024 | Journal Entry | Sales 11.29 | | Cash | 1021 TD Bank-DIP Checking | -Split- | 105.40 |
| 11/29/2024 | Journal Entry | Sales 11.29 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 4,174.63 |
| 11/30/2024 | Deposit | | | | 1021 TD Bank-DIP Checking | -Split- | 195.15 |
| 11/30/2024 | Journal Entry | Sales 11.30 | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,626.84 |
| | | | | | | | $ 194,624.60 |