**Smokecraft Clarendon LLC**
**MOR Exhibit D - Withdrawal Transaction Report**

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount |
|---|---|---|---|---|---|---|
| 11/01/2024 | Bill Payment (Check) | | KBS III 3003 Washington LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -18,725.64 |
| 11/01/2024 | Journal Entry | MI14273ME | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | -712.88 |
| 11/01/2024 | Bill Payment (Check) | 5075 | TriMark Adams-Burch | Invoice Numbers: 6474804-00 | 1021 TD Bank-DIP Checking | Payable (A/P) | -675.19 |
| 11/01/2024 | Expense | | Amazon | VISA DDA PUR AP - 469216   AMAZON MKTPL XG6254WC3   AMZN COM BILL * WA | 1021 TD Bank-DIP Checking | & | -180.15 |
| 11/03/2024 | Journal Entry | Payroll JE 10.21-11.3 | | DD+ payroll fee | 1021 TD Bank-DIP Checking | -Split- | -15,111.56 |
| 11/03/2024 | Journal Entry | Payroll JE 10.21-11.3 | | taxes - GL Report Summary | 1021 TD Bank-DIP Checking | -Split- | -6,933.78 |
| 11/03/2024 | Journal Entry | Payroll JE 10.21-11.3 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -4,297.88 |
| 11/03/2024 | Journal Entry | Payroll JE 10.21-11.3 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -3,075.75 |
| 11/03/2024 | Journal Entry | Payroll JE 10.21-11.3 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -1,277.40 |
| 11/03/2024 | Journal Entry | Payroll JE 10.21-11.3 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -973.20 |
| 11/03/2024 | Journal Entry | Payroll JE 10.21-11.3 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -642.94 |
| 11/03/2024 | Journal Entry | Payroll JE 10.21-11.3 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -606.83 |
| 11/03/2024 | Journal Entry | Payroll JE 10.21-11.3 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -551.56 |
| 11/03/2024 | Journal Entry | Payroll JE 10.21-11.3 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -397.34 |
| 11/03/2024 | Journal Entry | Payroll JE 10.21-11.3 | | Taylor Lewis | 1021 TD Bank-DIP Checking | -Split- | -168.47 |
| 11/03/2024 | Journal Entry | MI14332ME | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -31.79 |
| 11/03/2024 | Journal Entry | MI14331ME | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -18.01 |
| 11/04/2024 | Bill Payment (Check) | | Bowie Produce | | 1021 TD Bank-DIP Checking | Payable (A/P) | -409.75 |
| 11/04/2024 | Bill Payment (Check) | | Lyon Bakery | | 1021 TD Bank-DIP Checking | Payable (A/P) | -403.61 |
| 11/04/2024 | Bill Payment (Check) | | TriMark Adams-Burch | | 1021 TD Bank-DIP Checking | Payable (A/P) | -390.08 |
| 11/04/2024 | Bill Payment (Check) | | marginedge | | 1021 TD Bank-DIP Checking | Payable (A/P) | -300.00 |
| 11/04/2024 | Bill Payment (Check) | | Magnolia Plumbing | | 1021 TD Bank-DIP Checking | Payable (A/P) | -255.00 |
| 11/04/2024 | Bill Payment (Check) | | Pest Management Services, Inc. | | 1021 TD Bank-DIP Checking | Payable (A/P) | -85.00 |
| 11/04/2024 | Expense | | Toast Inc. | TOAST, INC   TOAST, INC | 1021 TD Bank-DIP Checking | & | -16.24 |
| 11/05/2024 | Bill Payment (Check) | | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | | 1021 TD Bank-DIP Checking | Payable (A/P) | -898.68 |
| 11/05/2024 | Journal Entry | MI14293ME | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | -460.85 |
| 11/05/2024 | Bill Payment (Check) | | Parkx Master Merchant, LC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -200.00 |
| 11/06/2024 | Bill Payment (Check) | | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -3,379.35 |
| 11/06/2024 | Bill Payment (Check) | EFT89457446 | Hop & Wine | Invoice Numbers: 272802 | 1021 TD Bank-DIP Checking | Payable (A/P) | -427.00 |
| 11/06/2024 | Bill Payment (Check) | EFT39561597 | Specialty Beverage | Invoice Numbers: 371320 | 1021 TD Bank-DIP Checking | Payable (A/P) | -219.00 |
| 11/06/2024 | Bill Payment (Check) | | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -158.87 |
| 11/06/2024 | Bill Payment (Check) | EFT68821753 | Specialty Beverage | Invoice Numbers: 371319 | 1021 TD Bank-DIP Checking | Payable (A/P) | -145.00 |
| 11/06/2024 | Journal Entry | MI14330ME | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -110.39 |
| 11/06/2024 | Expense | | Arlington Chamber of Commerce | ARLINGTON CHAMBE ACH | 1021 TD Bank-DIP Checking | & | -48.00 |
| 11/06/2024 | Journal Entry | MI14303ME | | Vendor: Webstaurant Store | 1021 TD Bank-DIP Checking | -Split- | -41.77 |
| 11/06/2024 | Expense | | | | 1021 TD Bank-DIP Checking | Controllable | -0.44 |
| 11/08/2024 | Journal Entry | MI14314ME | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | -1,700.92 |
| 11/08/2024 | Bill Payment (Check) | 5080 | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1870746 | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,003.35 |
| 11/08/2024 | Bill Payment (Check) | 5079 | TriMark Adams-Burch | Invoice Numbers: 6476858-00 | 1021 TD Bank-DIP Checking | Payable (A/P) | -666.98 |
| 11/08/2024 | Bill Payment (Check) | | VA Eagle Distributing | | 1021 TD Bank-DIP Checking | Payable (A/P) | -424.77 |
| 11/08/2024 | Bill Payment (Check) | EFT68821754 | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -188.40 |
| 11/08/2024 | Journal Entry | MI14312ME | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | -168.96 |
| 11/09/2024 | Journal Entry | MI14333ME | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -52.87 |
| 11/09/2024 | Journal Entry | MI14334ME | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -7.58 |
| 11/09/2024 | Journal Entry | MI14335ME | | Vendor: Parkx Master Merchant, LC | 1021 TD Bank-DIP Checking | -Split- | -5.00 |
| 11/12/2024 | Bill Payment (Check) | | VRA Cleaning Services LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -3,680.00 |
| 11/12/2024 | Journal Entry | MI14342ME | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | -993.65 |
| 11/12/2024 | Bill Payment (Check) | | Toast Inc. | | 1021 TD Bank-DIP Checking | Payable (A/P) | -767.75 |
| 11/12/2024 | Bill Payment (Check) | | Safety First Services | | 1021 TD Bank-DIP Checking | Payable (A/P) | -625.00 |
| 11/12/2024 | Bill Payment (Check) | | Bowie Produce | | 1021 TD Bank-DIP Checking | Payable (A/P) | -599.00 |
| 11/12/2024 | Bill Payment (Check) | | Toast Inc. | | 1021 TD Bank-DIP Checking | Payable (A/P) | -417.11 |
| 11/12/2024 | Bill Payment (Check) | | Lyon Bakery | | 1021 TD Bank-DIP Checking | Payable (A/P) | -411.67 |
| 11/12/2024 | Journal Entry | MI14347ME | | Vendor: Mailchimp | 1021 TD Bank-DIP Checking | -Split- | -285.00 |
| 11/12/2024 | Bill Payment (Check) | | Logan Food Company | | 1021 TD Bank-DIP Checking | Payable (A/P) | -127.50 |
| 11/12/2024 | Bill Payment (Check) | | Checkr (Auto) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -72.49 |
| 11/12/2024 | Expense | | Toast Inc. | Chargeback-O/S per MJ | 1021 TD Bank-DIP Checking | Controllable | -21.90 |
| 11/12/2024 | Expense | | Amazon | VISA DDA PUR AP - 469216   AMAZON MKTPL OK2A616N3   AMZN COM BILL * WA | 1021 TD Bank-DIP Checking | Controllable | -14.82 |
| 11/13/2024 | Bill Payment (Check) | | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -3,379.35 |
| 11/13/2024 | Bill Payment (Check) | 5081 | ALSCO | 24002628 | 1021 TD Bank-DIP Checking | Payable (A/P) | -411.90 |
| 11/13/2024 | Journal Entry | MI14348ME | | Vendor: Trader Joe's | 1021 TD Bank-DIP Checking | -Split- | -13.47 |
| 11/13/2024 | Expense | | | | 1021 TD Bank-DIP Checking | Controllable | -0.26 |
| 11/14/2024 | Bill Payment (Check) | | Comcast (EFT) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -688.31 |
| 11/14/2024 | Journal Entry | MI14363ME | | Vendor: Webstaurant Store | 1021 TD Bank-DIP Checking | -Split- | -118.84 |
| 11/14/2024 | Expense | | Amazon | VISA DDA PUR AP - 469216   AMAZON MKTPL Z91MI93U3   AMZN COM BILL * WA | 1021 TD Bank-DIP Checking | Controllable | -51.94 |
| 11/15/2024 | Bill Payment (Check) | | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -6,894.63 |
| 11/15/2024 | Bill Payment (Check) | 5082 | TriMark Adams-Burch | Invoice Numbers: 6478866-00 | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,702.66 |
| 11/15/2024 | Journal Entry | MI14370ME | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | -1,617.66 |
| 11/15/2024 | Bill Payment (Check) | | ULINE INC. | | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,455.94 |
| 11/15/2024 | Bill Payment (Check) | | Erie Insurance Group | 3251278 | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,359.48 |
| 11/15/2024 | Bill Payment (Check) | 5083 | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1872810 | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,271.43 |
| 11/15/2024 | Bill Payment (Check) | | Premium Distributors | | 1021 TD Bank-DIP Checking | Payable (A/P) | -405.66 |
| 11/16/2024 | Journal Entry | MI14372ME | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | -178.95 |
| 11/17/2024 | Journal Entry | Payroll JE 11.4-11.17 | | DD+ payroll fee | 1021 TD Bank-DIP Checking | -Split- | -17,534.41 |
| 11/17/2024 | Journal Entry | Payroll JE 11.4-11.17 | | taxes - GL Report Summary | 1021 TD Bank-DIP Checking | -Split- | -6,666.51 |
| 11/17/2024 | Journal Entry | Payroll JE 11.4-11.17 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -4,297.88 |
| 11/17/2024 | Journal Entry | Payroll JE 11.4-11.17 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -1,307.01 |
| 11/17/2024 | Journal Entry | Payroll JE 11.4-11.17 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -785.46 |
| 11/17/2024 | Journal Entry | Payroll JE 11.4-11.17 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -753.62 |
| 11/17/2024 | Journal Entry | Payroll JE 11.4-11.17 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -544.16 |
| 11/17/2024 | Journal Entry | Payroll JE 11.4-11.17 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -537.05 |
| 11/17/2024 | Journal Entry | Payroll JE 11.4-11.17 | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -421.70 |
| 11/17/2024 | Journal Entry | MI14383ME | | Vendor: Stickermule | 1021 TD Bank-DIP Checking | -Split- | -231.61 |
| 11/17/2024 | Journal Entry | MI14387ME | | Vendor: Dropbox | 1021 TD Bank-DIP Checking | -Split- | -54.00 |
| 11/18/2024 | Bill Payment (Check) | | Platform Business Advisors | | 1021 TD Bank-DIP Checking | Payable (A/P) | -2,500.00 |
| 11/18/2024 | Bill Payment (Check) | | Washington Gas | | 1021 TD Bank-DIP Checking | Payable (A/P) | -715.87 |
| 11/18/2024 | Bill Payment (Check) | | Magnolia Plumbing | | 1021 TD Bank-DIP Checking | Payable (A/P) | -632.84 |
| 11/18/2024 | Bill Payment (Check) | | Bowie Produce | | 1021 TD Bank-DIP Checking | Payable (A/P) | -471.75 |
| 11/18/2024 | Bill Payment (Check) | | Lyon Bakery | | 1021 TD Bank-DIP Checking | Payable (A/P) | -423.45 |
| 11/18/2024 | Bill Payment (Check) | | Roberts Oxygen Company, Inc. | | 1021 TD Bank-DIP Checking | Payable (A/P) | -153.56 |
| 11/18/2024 | Expense | | Amazon | VISA DDA PUR AP - 401134   AMAZON MARK J07UK4M53   HTTPSAMAZON C * WA | 1021 TD Bank-DIP Checking | Controllable | -63.58 |
| 11/18/2024 | Bill Payment (Check) | | MtoM Consulting, LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -30.00 |
| 11/18/2024 | Expense | | | | 1021 TD Bank-DIP Checking | Controllable | -0.35 |
| 11/19/2024 | Journal Entry | MI14392ME | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | -1,708.08 |
| 11/19/2024 | Bill Payment (Check) | 5084 | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1873738 | 1021 TD Bank-DIP Checking | Payable (A/P) | -828.41 |
| 11/19/2024 | Bill Payment (Check) | 5086 | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1873796 | 1021 TD Bank-DIP Checking | Payable (A/P) | -329.47 |
| 11/19/2024 | Journal Entry | MI14391ME | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | -149.98 |
| 11/21/2024 | Expense | | Arlington County Treasurer | ARLINGTON COUNTY ARLCO PMT | 1021 TD Bank-DIP Checking | Payable | -5,793.41 |
| 11/22/2024 | Expense | | VA Department of Taxation | VA DEPT TAXATION TAX PAYMEN | 1021 TD Bank-DIP Checking | Payable | -7,460.90 |
| 11/22/2024 | Bill Payment (Check) | | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -4,209.25 |
| 11/22/2024 | Bill Payment (Check) | 5087 | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1875025 | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,448.82 |
| 11/22/2024 | Journal Entry | MI14423ME | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | -531.85 |
| 11/22/2024 | Bill Payment (Check) | | ALSCO | 24002628 | 1021 TD Bank-DIP Checking | Payable (A/P) | -129.11 |

| Date | Type | Num | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|
| 11/22/2024 | Bill Payment (Check) | | ULINE INC. | | 1021 TD Bank-DIP Checking | Payable (A/P) | -121.79 |
| 11/22/2024 | Bill Payment (Check) | | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -77.47 |
| 11/22/2024 | Bill Payment (Check) | 5088 | TriMark Adams-Burch | 20286 | 1021 TD Bank-DIP Checking | Payable (A/P) | -55.87 |
| 11/22/2024 | Journal Entry | MI14418ME | | Vendor: Canva | 1021 TD Bank-DIP Checking | -Split- | -14.99 |
| 11/22/2024 | Expense | | | | 1021 TD Bank-DIP Checking | Controllable | -0.05 |
| 11/23/2024 | Journal Entry | MI14426ME | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | -2,697.76 |
| 11/23/2024 | Journal Entry | MI14455ME | | Vendor: Quick Books | 1021 TD Bank-DIP Checking | -Split- | -144.00 |
| 11/23/2024 | Journal Entry | MI14421ME | | Vendor: Giant | 1021 TD Bank-DIP Checking | -Split- | -36.02 |
| 11/24/2024 | Journal Entry | MI14429ME | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | -2,007.66 |
| 11/24/2024 | Journal Entry | MI14440ME | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -57.12 |
| 11/25/2024 | Bill Payment (Check) | | Dominion Energy Virginia | | 1021 TD Bank-DIP Checking | Payable (A/P) | -2,246.78 |
| 11/25/2024 | Bill Payment (Check) | 5089 | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1875504 | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,316.07 |
| 11/25/2024 | Journal Entry | MI14451ME | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | -1,023.72 |
| 11/25/2024 | Bill Payment (Check) | | TriMark Adams-Burch | | 1021 TD Bank-DIP Checking | Payable (A/P) | -545.09 |
| 11/25/2024 | Bill Payment (Check) | | GWWC, LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -500.00 |
| 11/25/2024 | Bill Payment (Check) | | Bowie Produce | | 1021 TD Bank-DIP Checking | Payable (A/P) | -449.00 |
| 11/25/2024 | Bill Payment (Check) | | Lyon Bakery | | 1021 TD Bank-DIP Checking | Payable (A/P) | -413.47 |
| 11/25/2024 | Bill Payment (Check) | | TriMark Adams-Burch | | 1021 TD Bank-DIP Checking | Payable (A/P) | -390.08 |
| 11/25/2024 | Expense | | State Farm | VISA DDA PUR AP - 494300    STATE FARM INSURANCE    800 956 6310 * IL | 1021 TD Bank-DIP Checking | & | -182.34 |
| 11/25/2024 | Bill Payment (Check) | | Pest Management Services, Inc. | | 1021 TD Bank-DIP Checking | Payable (A/P) | -85.00 |
| 11/25/2024 | Journal Entry | MI14446ME | | Vendor: Trader Joe's | 1021 TD Bank-DIP Checking | -Split- | -12.06 |
| 11/26/2024 | Bill Payment (Check) | | Capital Bank | | 1021 TD Bank-DIP Checking | Payable (A/P) | -1,500.00 |
| 11/26/2024 | Journal Entry | MI14461ME | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | -896.67 |
| 11/26/2024 | Bill Payment (Check) | 5090 | ALSCO | Invoice Numbers: LALE1122265 | 1021 TD Bank-DIP Checking | Payable (A/P) | -205.95 |
| 11/26/2024 | Expense | | Amazon | That's a single Amazon, already uploaded and processed. Inv 114-7650426-2858639 | 1021 TD Bank-DIP Checking | Sales:Grocery | -42.71 |
| 11/27/2024 | Bill Payment (Check) | 5091 | TriMark Adams-Burch | Invoice Numbers: 6482392-00 | 1021 TD Bank-DIP Checking | Payable (A/P) | -580.72 |
| 11/27/2024 | Journal Entry | MI14467ME | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | -474.31 |
| 11/27/2024 | Bill Payment (Check) | | Republic National | | 1021 TD Bank-DIP Checking | Payable (A/P) | -208.68 |
| 11/27/2024 | Journal Entry | MI14470ME | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | -171.63 |
| 11/27/2024 | Journal Entry | MI14474ME | | Vendor: Network Solutions | 1021 TD Bank-DIP Checking | -Split- | -17.99 |
| 11/27/2024 | Expense | | Amazon | That's a single Amazon, already uploaded and processed. Inv 114-7650426-2858639 | 1021 TD Bank-DIP Checking | Sales:Grocery | -5.00 |
| 11/29/2024 | Bill Payment (Check) | | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -6,484.51 |
| 11/29/2024 | Bill Payment (Check) | | VRA Cleaning Services LLC | | 1021 TD Bank-DIP Checking | Payable (A/P) | -3,680.00 |
| 11/29/2024 | Bill Payment (Check) | | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Payable (A/P) | -3,665.62 |
| 11/29/2024 | Bill Payment (Check) | | Magnolia Plumbing | | 1021 TD Bank-DIP Checking | Payable (A/P) | -2,026.50 |
| 11/29/2024 | Bill Payment (Check) | | Lyon Bakery | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -1,155.76 |
| 11/29/2024 | Bill Payment (Check) | 5092 | M.A. Stockstill Co. | Smokecraft | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -778.54 |
| 11/29/2024 | Bill Payment (Check) | | Bowie Produce | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -449.50 |
| 11/29/2024 | Journal Entry | MI14476ME | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | -346.64 |
| 11/29/2024 | Bill Payment (Check) | | Open Table Inc. ACH | | 1021 TD Bank-DIP Checking | Payable (A/P) | -330.00 |
| 11/29/2024 | Bill Payment (Check) | | VA Eagle Distributing | | 1021 TD Bank-DIP Checking | Payable (A/P) | -246.00 |
| 11/29/2024 | Bill Payment (Check) | | Logan Food Company | | 1021 TD Bank-DIP Checking | Payable (A/P) | -127.50 |
| 11/29/2024 | Expense | | Adobe Inc. | VISA DDA PUR AP - 403629    ADOBE  ADOBE    408 536 6000 * CA | 1021 TD Bank-DIP Checking | & | -21.19 |
| 11/29/2024 | Expense | | | | 1021 TD Bank-DIP Checking | Controllable | -1.65 |
| 11/30/2024 | Journal Entry | MI14494ME | | Vendor: Google LLC | 1021 TD Bank-DIP Checking | -Split- | -15.34 |
| | | | | | | | -190,637.44 |