# Smokecraft Clarendon LLC
## Vendor Balance Detail
### As of November 30, 2024

| Date | Transaction Type | Num | Due Date | Amount | Open Balance |
|---|---|---|---|---:|---:|
| **Bowie Produce** | | | | | |
| 11/20/2024 | Bill | 5429949 | 12/11/2024 | 122.75 | 122.75 |
| 11/22/2024 | Bill | 5430211 | 12/13/2024 | 139.75 | 139.75 |
| 11/25/2024 | Bill | 5430428 | 12/16/2024 | 240.75 | 240.75 |
| 11/27/2024 | Bill | 5430576 | 12/18/2024 | 383.50 | 383.50 |
| 11/29/2024 | Bill | 5430621 | 12/20/2024 | 166.00 | 166.00 |
| **Total for Bowie Produce** | | | | $ 1,052.75 | $ 1,052.75 |
| **Comcast (EFT)** | | | | | |
| 11/18/2024 | Bill | | 12/11/2024 | 688.31 | 688.31 |
| **Total for Comcast (EFT)** | | | | $ 688.31 | $ 688.31 |
| **Dominion Energy Virginia** | | | | | |
| 11/26/2024 | Bill | 800330563187 | 12/23/2024 | 2,482.48 | 2,482.48 |
| **Total for Dominion Energy Virginia** | | | | $ 2,482.48 | $ 2,482.48 |
| **Erie Insurance Group** | | | | | |
| 11/25/2024 | Bill | | 12/15/2024 | 1,359.48 | 1,359.48 |
| **Total for Erie Insurance Group** | | | | $ 1,359.48 | $ 1,359.48 |
| **Lyon Bakery** | | | | | |
| 11/27/2024 | Bill | 1889941 | 12/15/2024 | 75.55 | 75.55 |
| 11/29/2024 | Bill | 1890516 | 12/15/2024 | 45.17 | 45.17 |
| 11/30/2024 | Bill | 1890942 | 12/15/2024 | 108.52 | 108.52 |
| **Total for Lyon Bakery** | | | | $ 229.24 | $ 229.24 |
| **Parkx Master Merchant, LC** | | | | | |
| 11/15/2024 | Bill | 124905 | 12/1/2024 | 200.00 | 200.00 |
| **Total for Parkx Master Merchant, LC** | | | | $ 200.00 | $ 200.00 |
| **Pest Management Services, Inc.** | | | | | |
| 11/22/2024 | Bill | 41598063 | 12/22/2024 | 85.00 | 85.00 |
| **Total for Pest Management Services, Inc.** | | | | $ 85.00 | $ 85.00 |
| **Platform Business Advisors** | | | | | |
| 11/30/2024 | Bill | PFL0105 | 11/30/2024 | 2,500.00 | 2,500.00 |
| **Total for Platform Business Advisors** | | | | $ 2,500.00 | $ 2,500.00 |
| **Reinhart Food Service (PFG)** | | | | | |
| 11/22/2024 | Bill | 5089531 | 12/07/2024 | 2,862.14 | 2,862.14 |
| 11/22/2024 | Bill | 5089532 | 12/07/2024 | 81.81 | 81.81 |
| 11/25/2024 | Bill | 5090791 | 12/10/2024 | 3,954.94 | 3,954.94 |
| 11/27/2024 | Bill | 5093231 | 12/12/2024 | 368.94 | 368.94 |
| **Total for Reinhart Food Service (PFG)** | | | | $ 7,267.83 | $ 7,267.83 |
| **Roberts Oxygen Company, Inc.** | | | | | |
| 11/01/2024 | Vendor Credit | OA6709 | | -68.40 | -68.40 |
| **Total for Roberts Oxygen Company, Inc.** | | | | -$ 68.40 | -$ 68.40 |
| **Toast Inc.** | | | | | |
| 11/21/2024 | Vendor Credit | | | -396.97 | -396.97 |
| **Total for Toast Inc.** | | | | -$ 396.97 | -$ 396.97 |
| **TriMark Adams-Burch** | | | | | |
| 11/26/2024 | Vendor Credit | 6479759-00 | | -38.56 | -38.56 |
| **Total for TriMark Adams-Burch** | | | | -$ 38.56 | -$ 38.56 |
| **Washington Gas** | | | | | |
| 11/30/2024 | Bill | | 12/23/2024 | 944.55 | 944.55 |
| **Total for Washington Gas** | | | | $ 944.55 | $ 944.55 |
| **Virginia Meals Tax** | | | | | |
| 11/30/2024 | | | 12/21/2024 | 17,416.67 | 17,416.67 |
| **Total for Virginia Meals Tax** | | | | $ 17,416.67 | $ 17,416.67 |
| **Employee Tips** | | | | | |
| 11/30/2024 | | | 12/6/2024 | 8,888.97 | 8,888.97 |
| **Total for Employee Tips** | | | | $ 8,888.97 | $ 8,888.97 |
| **TOTAL** | | | | $ 42,611.35 | $ 42,611.35 |

Sunday, Dec 01, 2024 07:42:02 AM GMT-8