SMALL BUSINESS MOR – SMOKECRAFT CLARENDON LLC
Nov-24
EXHIBIT F

**Receivables**

| | | |
|---|---|---:|
| Grubhub | $ | 195.15 |
| UberEats | $ | 1,537.16 |
| DoorDash | $ | 1,713.73 |
| ezCater | $ | 459.36 |
| Toast CC Transactions | $ | 6,825.55 |
| Daily Cash Deposits | $ | 105.00 |
| **Total** | **$** | **10,835.95** |