# Smokecraft Clarendon LLC

## Balance Sheet

As of November 30, 2024

| | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| 1010 Capital Bank MD | 2.00 |
| 1020 TD Bank Operating | 491.60 |
| 1021 TD Bank-DIP Checking | 23,618.17 |
| 1050 TD Bank CD | 66,456.55 |
| 1060 Petty Cash | 2,000.00 |
| **Total Bank Accounts** | **$92,568.32** |
| Accounts Receivable | |
| 1200 Accounts Receivable (A/R) | 0.00 |
| **Total Accounts Receivable** | **$0.00** |
| Other Current Assets | |
| 1201 DoorDash | 3,585.67 |
| 1202 UberEats | 3,873.65 |
| 1203 Square | 0.00 |
| 1204 ERC Receivable | 0.00 |
| 1205 Tripleseat (Stripe) | 0.00 |
| 1206 EZCater | 542.50 |
| 1207 Grubhub | 3.33 |
| 1300 Prepaid Other | 13,720.67 |
| 1340 Prepaid Insurance | 1,460.87 |
| 1350 Food Inventory | 0.00 |
| 1352 Liquor Inventory | 0.00 |
| 1354 Wine Inventory | 0.00 |
| 1356 Beer Inventory | 0.00 |
| 1358 NA Bev Inventory | 0.00 |
| 6600 Employee Advance | 0.00 |
| **Total Other Current Assets** | **$23,186.69** |
| **Total Current Assets** | **$115,755.01** |
| Fixed Assets | |
| 1400 Leasehold Improvements | 946,220.03 |
| 1410 Machinery & Equipment | 303,297.90 |
| 1420 Design & Architechtural Fees | 104,783.93 |
| 1430 Furniture & Fixtures | 83,469.68 |
| Accumulated Depreciation | -1,414,894.00 |
| **Total Fixed Assets** | **$22,877.54** |
| Other Assets | |
| 1360 Prepaid Rent | 0.00 |
| 1500 Security Deposits | 0.00 |

# Smokecraft Clarendon LLC

## Balance Sheet

### As of November 30, 2024

|  | TOTAL |
|---|---|
| 1620 Pre-opening costs |  |
| 1620.1 Legal Fees | 30,512.53 |
| 1620.2 PR/Advertising/Website | 56,444.66 |
| 1620.3 Bank Fees | 64,488.85 |
| 1620.4 LIcenses and Permits | 8,266.39 |
| 1620.5 Other Costs | 39,775.33 |
| 1620.6 Pre-Opening Payroll | 38,218.87 |
| 1620.7 Lease Payments | 12,432.84 |
| Accumulated Amortization | -40,300.00 |
| **Total 1620 Pre-opening costs** | **209,839.47** |
| **Total Other Assets** | **$209,839.47** |
| **TOTAL ASSETS** | **$348,472.02** |
| LIABILITIES AND EQUITY |  |
| Liabilities |  |
| Current Liabilities |  |
| Accounts Payable |  |
| Accounts Payable (A/P) | 155,154.30 |
| **Total Accounts Payable** | **$155,154.30** |
| Credit Cards |  |
| 2300 SMB TD Bank Credit Card | 19,410.31 |
| 2350 ACD Personal Credit Card | 2,447.47 |
| **Total Credit Cards** | **$21,857.78** |
| Other Current Liabilities |  |
| 2000 Sales Tax Payable | 16,302.56 |
| 2100 Accrued Expenses | 0.00 |
| 2200 Gift Cards | 16,696.98 |
| 2240 Due to/from Holdings | -411.38 |
| 2250 Due to/from A.Darneille | 0.00 |
| 2255 Due to/from R. Darneille | 0.00 |
| 2256 Loan from Parents | 0.00 |
| 2300 Prepaid Sales | 2,415.61 |
| 2310 Loan Payable-Toast | 114,147.78 |
| 2312 Stale Checks | 539.92 |
| 2540 Tips Payable | 11,032.17 |
| 2541 Catering Tips Payable | 2,890.29 |
| **Total Other Current Liabilities** | **$163,613.93** |
| **Total Current Liabilities** | **$340,626.01** |
| Long-Term Liabilities |  |
| 2500 Capital Bank SBA Loan | 901,380.18 |
| **Total Long-Term Liabilities** | **$901,380.18** |
| **Total Liabilities** | **$1,242,006.19** |

# Smokecraft Clarendon LLC

## Balance Sheet

As of November 30, 2024

|  | TOTAL |
|---|---|
| Equity |  |
| 3110 Contribution - A Darneille | 361,044.47 |
| 3120 Contribution - H. Darneille | 253,528.00 |
| 3130 Contribution - R. Darneille | 125,000.00 |
| 3140 Contribution - J.Smith | 50,000.00 |
| 3150 Contribution- Smoke Holdings | 119,592.04 |
| DIANE DAVENNY DARNEILLE | 40,000.00 |
| Retained Earnings | -1,695,532.04 |
| Net Income | -147,166.64 |
| **Total Equity** | **$ -893,534.17** |
| **TOTAL LIABILITIES AND EQUITY** | **$348,472.02** |