# Smokecraft Clarendon LLC

Profit and Loss

November 2024

|  | TOTAL | |
| --- | ---: | ---: |
|  | NOV 2024 | % OF INCOME |
| **Income** | | |
|   All Sales, Comps and Discounts | | |
|     5100 Food Sales | 155,037.97 | 89.10 % |
|     5180 NA Beverage | 1,808.15 | 1.04 % |
|     5210 Liquor Sales | 8,050.49 | 4.63 % |
|     5220 Wine Sales | 1,412.00 | 0.81 % |
|     5230 Bottled Beer Sales | 517.10 | 0.30 % |
|     5240 Draft Beer Sales | 4,903.14 | 2.82 % |
|   **Total All Sales, Comps and Discounts** | **171,728.85** | **98.69 %** |
|   Other Income and Expense | | |
|     5300 Sundry Sales | 332.34 | 0.19 % |
|     5910 Service Charge Revenue - Catering | 1,947.21 | 1.12 % |
|   **Total Other Income and Expense** | **2,279.55** | **1.31 %** |
| **Total Income** | **$174,008.40** | **100.00 %** |
| **Cost of Goods Sold** | | |
|   Cost of Sales | | |
|     6110 Meat Cost | 19,222.79 | 11.05 % |
|     6120 Poultry Cost | 7,349.98 | 4.22 % |
|     6130 Seafood Cost | 458.71 | 0.26 % |
|     6140 Dairy Cost | 6,713.80 | 3.86 % |
|     6150 Produce Cost | 5,672.98 | 3.26 % |
|     6160 Bakery Cost | 2,428.00 | 1.40 % |
|     6170 Grocery Cost | 9,840.13 | 5.65 % |
|     6180 NA Beverage | 680.49 | 0.39 % |
|     6210 Liquor Cost | 1,444.12 | 0.83 % |
|     6220 Wine Cost | 208.68 | 0.12 % |
|     6230 Bottled Beer Cost | 110.93 | 0.06 % |
|     6240 Draft Beer Cost | 1,662.00 | 0.96 % |
|   **Total Cost of Sales** | **55,792.61** | **32.06 %** |
| **Total Cost of Goods Sold** | **$55,792.61** | **32.06 %** |
| **GROSS PROFIT** | **$118,215.79** | **67.94 %** |
| **Expenses** | | |
|   A. Payroll Expenses | | |
|     6310 Management Salaries | 14,471.34 | 8.32 % |
|     6311 Direct Labor - FOH | 3,162.42 | 1.82 % |
|     6312 Overtime Labor - FOH | 156.91 | 0.09 % |
|     6313 Training Labor | 933.96 | 0.54 % |
|     6314 Direct Labor - BOH | 24,948.56 | 14.34 % |
|     6315 Overtime Labor - BOH | 0.00 | 0.00 % |

# Smokecraft Clarendon LLC

## Profit and Loss
### November 2024

|  | TOTAL | |
|---|---:|---:|
|  | NOV 2024 | % OF INCOME |
| 6510 Payroll Taxes | 4,818.56 | 2.77 % |
| 6530 Vacation Pay | 1,717.90 | 0.99 % |
| 6540 Parking | 205.00 | 0.12 % |
| 6550 Uniform Allowance | -105.00 | -0.06 % |
| 6570 Group Insurance | 390.80 | 0.22 % |
| 6615 Payroll Processing Fees | 242.00 | 0.14 % |
| **Total A. Payroll Expenses** | **50,942.45** | **29.28 %** |
| B. Controllable Expenses | | |
| 6500 3rd Party Delivery Expense | 4,433.52 | 2.55 % |
| 6710 Operating Lease/Rentals | 475.24 | 0.27 % |
| 6750 Trash Removal | -29.24 | -0.02 % |
| 6790 Other Contracted Services | 300.00 | 0.17 % |
| 7000 Register Over/Short | -32.11 | -0.02 % |
| 7010 China/Glassware/Silver | 121.79 | 0.07 % |
| 7040 Cleaning Supplies | 323.94 | 0.19 % |
| 7045 Dish Chemicals | 948.42 | 0.55 % |
| 7060 Linens | 746.96 | 0.43 % |
| 7105 To Go Supplies | 2,169.51 | 1.25 % |
| 7106 Catering Supplies | 2,772.51 | 1.59 % |
| 7110 Operating Supplies F&B | 2,380.20 | 1.37 % |
| **Total B. Controllable Expenses** | **14,610.74** | **8.40 %** |
| C. General & Administrative | | |
| 7190 Other Contracted Services-Admin | 680.31 | 0.39 % |
| 7195 Accounting Services | 2,500.00 | 1.44 % |
| 7250 Credit Card Commissions | 3,964.03 | 2.28 % |
| 7270 Dues & Subscriptions | 48.00 | 0.03 % |
| 7285 Gen. Liab Insur/Key Man | 182.34 | 0.10 % |
| 7320 Office Supplies & Postage | 77.22 | 0.04 % |
| 7350 Tele/internet/cable | 688.31 | 0.40 % |
| 7360 Travel | 210.27 | 0.12 % |
| **Total C. General & Administrative** | **8,350.48** | **4.80 %** |
| D. Advertising and Promotion | | |
| 7435 Advertising & Marketing | 347.98 | 0.20 % |
| **Total D. Advertising and Promotion** | **347.98** | **0.20 %** |
| E. Repair & Maintenance | | |
| 7500 Repairs & Maintenance | 1,375.80 | 0.79 % |
| 7630 R&M - Plumbing | 20.56 | 0.01 % |
| 7695 Cleaning Service | 3,680.00 | 2.11 % |
| 7750 Pest Control | 145.45 | 0.08 % |
| **Total E. Repair & Maintenance** | **5,221.81** | **3.00 %** |

# Smokecraft Clarendon LLC

## Profit and Loss
### November 2024

|  | TOTAL | |
| --- | ---: | ---: |
|  | NOV 2024 | % OF INCOME |
| F. Utilities |  |  |
|    7810 Electricity | 2,482.48 | 1.43 % |
|    7820 Gas | 944.55 | 0.54 % |
|    7830 Water & Sewer | 545.00 | 0.31 % |
|    7840 Firewood | 500.00 | 0.29 % |
| **Total F. Utilities** | **4,472.03** | **2.57 %** |
| G. Facility Expense |  |  |
|    8010 Rent & Lease | 12,730.64 | 7.32 % |
|    8015 Common Area Maintenance | 2,315.00 | 1.33 % |
|    8020 Property Insurance | 132.00 | 0.08 % |
|    8030 Property Taxes | 2,720.00 | 1.56 % |
| **Total G. Facility Expense** | **17,897.64** | **10.29 %** |
| **Total Expenses** | **$101,843.13** | **58.53 %** |
| NET OPERATING INCOME | $16,372.66 | 9.41 % |
| Other Expenses |  |  |
|    8101 Interest Income | -212.67 | -0.12 % |
| **Total Other Expenses** | **$ -212.67** | **-0.12 %** |
| NET OTHER INCOME | $212.67 | 0.12 % |
| NET INCOME | $16,585.33 | 9.53 % |