## Cash Flow Projection
## Smokecraft Clarendon

Starting date: 12/1/2024

**NO AP payments for any invoicies prior to 4/29**

Main Account Capital One

| | Beginning | 12/8/2024 | 12/15/2024 | 12/22/2024 | 12/29/2024 | 1/5/2025 | 1/12/2025 | 1/19/2025 | 1/26/2025 | 2/2/2025 | 2/9/2025 | 2/16/2025 | 2/23/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank Balance - DIP Checking | 16,493 | | | | | | | | | | | | |
| Bank Balance - Capital Bank | | | | | | | | | | | | | |
| Bank Balance - TD Lockbox | 33 | | | | | | | | | | | | |
| **Cash on hand** | 16,526 | 2,661 | 8,670 | 4,524 | 9,617 | -8,288 | 13,274 | 1,026 | 5,044 | -16,963 | 9,125 | 9,081 | 10,549 |
| | | | | | | | | | | | | | |
| **ANTICIPATED CASH RECEIPTS** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Sales | 10,000 | 38,000 | 35,000 | 40,000 | 40,000 | 30,000 | 30,000 | 35,000 | 35,000 | 35,000 | 40,000 | 35,000 | 35,000 |
| Deposits/paid ins on Catering Orders | | -2,416 | | | | | | | | | | | |
| Tax | 1,000 | 3,800 | 3,500 | 4,000 | 4,000 | 3,000 | 3,000 | 3,500 | 3,500 | 3,500 | 4,000 | 3,500 | 3,500 |
| Gratuity | 1,250 | 4,750 | 4,375 | 5,000 | 5,000 | 3,750 | 3,750 | 4,375 | 4,375 | 4,375 | 5,000 | 4,375 | 4,375 |
| Third Party fees | -450 | -2,052 | -1,890 | -2,160 | -2,160 | -1,620 | -1,620 | -1,890 | -1,890 | -1,890 | -2,160 | -1,890 | -1,890 |
| CC fees | -306 | -1,164 | -1,072 | -1,225 | -1,225 | -919 | -919 | -1,072 | -1,072 | -1,072 | -1,225 | -1,072 | -1,072 |
| **TOTAL CASH RECEIPTS** | 11,494 | 40,918 | 39,913 | 45,615 | 45,615 | 34,211 | 34,211 | 39,913 | 39,913 | 39,913 | 45,615 | 39,913 | 39,913 |
| **Total cash available** | 28,020 | 43,579 | 48,583 | 50,139 | 55,232 | 25,924 | 47,485 | 40,939 | 44,957 | 22,950 | 54,740 | 48,994 | 50,463 |
| | | | | | | | | | | | | | |
| **CASH PAID OUT** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Payroll | 21,165 | 18,249 | 21,500 | | 21,500 | | 21,000 | | 21,500 | | 21,500 | | 23,500 |
| gratuity | | | 8,000 | | 8,000 | | 10,000 | | 8,000 | | 8,000 | | 10,000 |
| | | | | | | | | | | | | | |
| Sales Tax | | | | 17,100 | | | | 15,000 | | | | 15,050 | |
| | | | | | | | | | | | | | |
| Accounts Payable | | | | | | | | | | | | | |
| Food + Beverage @ 32% | 625 | 12,160 | 11,200 | 12,800 | 12,800 | 9,600 | 9,600 | 11,200 | 11,200 | 11,200 | 12,800 | 11,200 | 11,200 |
| PFG | 2,944 | | | | | | | | | | | | |
| Rent | | | | | 18,870 | | | | 18,870 | | | | 18,870 |
| OpenTable | | | | | 350 | | | | 350 | | | | 350 |
| Fintech | | | | | | | | | | | | | |
| Toast | | | | | | | | | | | | | |
| Utilities/wood | | | | 3,427 | | | | 4,000 | | | | 4,000 | |
| Hood cleaning | 625 | | | | | 1,050 | | | 625 | | | | |
| Cleaning | | | | 3,695 | | | | 3,695 | | | | 3,695 | |
| Late Night Expenses | | | | | | | | | | | | | |
| Platform Bus Advisors/Cohn Reznick | | 2,500 | | | | | 2,500 | | | | | 2,500 | |
| Insurance | | | 1,359 | | | | 1,359 | | | | 1,359 | | |
| Other/Trimark/Alsco/etc | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Legal | | | | | | | | | | | | | |
| Misc Repairs | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Property Taxes | | | | | | | | | | | | | |
| **Capital Bank Payments (1st)** | | | | | 1,500 | | | | | | | | |
| | | | | | | | | | | | | | |
| **TOTAL CASH PAID OUT** | 25,359 | 34,909 | 44,059 | 40,522 | 63,520 | 12,650 | 46,459 | 35,895 | 61,920 | 13,825 | 45,659 | 38,445 | 65,920 |
| | | | | | | | | | | | | | |
| **Cash on hand (end of week)** | 2,661 | 8,670 | 4,524 | 9,617 | (8,288) | 13,274 | 1,026 | 5,044 | (16,963) | 9,125 | 9,081 | 10,549 | (15,457) |