|  |  | PERIOD 12 | | PERIOD 12 | |
|---|---|---|---|---|---|
| **2024/5 Budget - Smokecraft** | | 11/27/2023 | | 12/2/2024 | |
| Start Date: 05/27/2024 | | 12/31/2023 | | 12/29/2024 | |
| End Date: 05/25/2025 | | | | | |
| LY Start: 05/29/2023 | | | | | |
| LY End: 05/26/2024 | | | | | |
| | | **2023 Actual** | **% of Sales** | **2024 Budget** | **% of Sales** |
| | **Gross Sales** | | | | |
| 5100 | Food Sales | $ 141,774.10 | 83.52% | $ 115,508.23 | 85.11% |
| 5180 | NA Beverage | $ 1,482.25 | 0.87% | $ 1,207.64 | 0.89% |
| | **Total Food Sales** | **$ 143,256.35** | **84.39%** | **$ 116,715.87** | **86.00%** |
| 5210 | Liquor Sales | $ 14,848.82 | 8.75% | $ 12,356.45 | 9.10% |
| 5220 | Wine Sales | $ 2,329.00 | 1.37% | $ 1,938.08 | 1.43% |
| 5230 | Bottled Beer Sales | $ 1,693.00 | 1.00% | $ 1,408.83 | 1.04% |
| 5240 | Draft Beer Sales | $ 7,631.45 | 4.50% | $ 6,350.51 | 4.68% |
| | **Total Beverage Sales** | **$ 26,502.27** | **15.61%** | **$ 22,053.87** | **16.25%** |
| | **Gross F&B Sales** | **$ 169,758.62** | **100.07%** | **$ 138,769.74** | **102.25%** |
| | **Deductions** | | | | |
| 5110 | Goodwill Comps | $ 816.32 | 0.48% | $ 746.44 | 0.55% |
| 5120 | Guest Recovery Comps | $ 460.65 | 0.27% | $ 407.15 | 0.30% |
| 5131 | 50% Employee Discounts | $ 651.21 | 0.38% | $ 610.72 | 0.45% |
| 5132 | Manager Meal Discounts | $ 576.65 | 0.34% | $ 475.01 | 0.35% |
| 5150 | Discounts Marketing | $ 1,039.10 | 0.61% | $ 475.01 | 0.35% |
| 5250 | Goodwill Bar Comps | $ 276.45 | 0.16% | $ 339.29 | 0.25% |
| | | $ - | | 0 | |
| | **Total Deductions** | **$ 3,820.38** | **2.25%** | **$ 3,053.61** | **2.25%** |
| | **Other Income and Expense** | | | | |
| 5300 | Sundry Sales | $ 177.50 | 0.10% | $ - | 0.00% |
| 5910 | Service Charge Revenue - Catering | $ 3,529.42 | 2.08% | $ - | 0.00% |
| | **Total Other Income and Expense** | **$ 3,706.92** | **2.19%** | **$ -** | **0.00%** |
| | **Net Sales** | **$ 169,645.16** | **100.00%** | **$ 135,716.13** | **100.00%** |
| | **Food Costs** | | | | |
| 6110 | Meat Cost | $ 25,805.80 | 18.01% | $ 17,040.52 | 14.60% |
| 6120 | Poultry Cost | $ 4,686.60 | 3.27% | $ 3,034.61 | 2.60% |
| 6130 | Seafood Cost | $ 790.55 | 0.55% | $ 583.58 | 0.50% |
| 6140 | Dairy Cost | $ 6,658.17 | 4.65% | $ 4,668.63 | 4.00% |
| 6150 | Produce Cost | $ 4,160.38 | 2.90% | $ 3,734.91 | 3.20% |
| 6160 | Bakery Cost | $ 1,934.94 | 1.35% | $ 1,634.02 | 1.40% |
| 6170 | Grocery Cost | $ 9,016.22 | 6.29% | $ 7,236.38 | 6.20% |
| 6180 | NA Beverage | $ 1,099.74 | 0.77% | $ 583.58 | 0.50% |
| | **Total Food Cost** | **$ 54,152.40** | **37.80%** | **$ 38,516.24** | **33.00%** |

| | **Beverage Costs** | | | | | |
|---|---|---|---|---|---|---|
| 6210 | Liquor Cost | $ | 2,095.71 | 7.99% | $ 1,848.27 | 8.38% |
| 6220 | Wine Cost | $ | 317.23 | 1.21% | $ 279.77 | 1.27% |
| 6230 | Bottled Beer Cost | $ | 633.79 | 2.42% | $ 558.96 | 2.53% |
| 6240 | Draft Beer Cost | $ | 1,954.54 | 7.45% | $ 1,723.77 | 7.82% |
| | **Total Bev Cost** | $ | 5,001.27 | 19.07% | $ 4,410.77 | 20.00% |
| | | | | | | |
| | **Total F&B Costs** | $ | 59,153.67 | 34.87% | $ 42,927.01 | 31.63% |
| | | | | | | |
| | **Gross Profit** | $ | 110,491.49 | 65.13% | $ 92,789.12 | 68.37% |
| | | | | | | |
| | **Payroll Costs** | | | | | |
| 6310 | Management Salaries | $ | 17,711.13 | 10.44% | $ 18,076.92 | 13.32% |
| 6311 | Direct Labor - FOH | $ | 4,639.82 | 2.74% | $ 3,053.61 | 2.25% |
| 6312 | Overtime Labor - FOH | $ | 1.14 | 0.00% | $ - | 0.00% |
| 6313 | Training Labor | $ | 100.56 | 0.06% | $ 203.57 | 0.15% |
| 6314 | Direct Labor - BOH | $ | 33,526.86 | 19.76% | $ 21,036.00 | 15.50% |
| 6315 | Overtime Labor - BOH | $ | 1,852.67 | 1.09% | $ - | 0.00% |
| | **Total Labor** | $ | 57,832.18 | 34.09% | $ 42,370.11 | 31.22% |
| | | | | | | |
| 6510 | Payroll Taxes | $ | 6,758.72 | 3.98% | $ 5,089.35 | 3.75% |
| 6530 | Vacation Pay | $ | 807.60 | 0.48% | $ - | 0.00% |
| 6540 | Parking | $ | 600.00 | 0.35% | $ 200.00 | 0.15% |
| 6550 | Uniform Allowance | $ | - | 0.00% | $ - | 0.00% |
| 6560 | Continuing Education | $ | - | 0.00% | $ - | 0.00% |
| 6570 | Group Insurance | $ | 90.37 | 0.05% | $ 600.00 | 0.44% |
| 6580 | Workers Compensation | $ | 445.08 | 0.26% | $ 510.00 | 0.38% |
| 6610 | Other Benefits | $ | - | 0.00% | $ - | 0.00% |
| 6615 | Payroll Processing Fees | $ | 592.00 | 0.35% | $ 300.00 | 0.25% |
| | **Total Payroll Expenses** | $ | 9,293.77 | 5.48% | $ 6,699.35 | 4.94% |
| | | | | | | |
| | **Total Payroll Costs** | $ | 67,125.95 | 39.57% | $ 49,069.46 | 36.16% |
| | | | | | | |
| | **Controllable Expenses** | | | | | |
| 6500 | 3rd Party Delivery Expense | $ | 2,941.25 | 1.73% | $ 2,714.32 | 2.00% |
| 6710 | Operating Lease/Rentals-Kitchen/Bar | $ | 688.88 | 0.41% | $ 550.00 | 0.41% |
| 6740 | Security | $ | 300.00 | 0.18% | $ - | 0.00% |
| 6750 | Trash Removal | $ | - | 0.00% | $ - | 0.00% |
| 6790 | Other Contracted Services | $ | 300.00 | 0.18% | $ 300.00 | 0.22% |
| 7010 | Register Over/Short | $ | 25.62 | 0.02% | $ - | 0.00% |
| 7010 | China/Glassware/Silverware | $ | (212.45) | -0.13% | $ 271.43 | 0.20% |
| 7040 | Cleaning Supplies | $ | 477.09 | 0.28% | $ 271.43 | 0.20% |
| 7045 | Dish Chemicals | $ | 608.68 | 0.36% | $ 407.15 | 0.30% |
| 7050 | Decorations | $ | 492.40 | 0.29% | $ - | 0.00% |
| 7060 | Linens | $ | 1,244.05 | 0.73% | $ 1,017.87 | 0.75% |
| 7080 | New Menus/Printing | $ | - | 0.00% | $ - | 0.00% |
| 7090 | Menu/Guest Check/POS Supplies | $ | 42.60 | 0.03% | $ - | 0.00% |
| 7105 | To Go Supplies | $ | 2,237.31 | 1.32% | $ 2,171.46 | 1.60% |
| 7106 | Catering Supplies | $ | (243.81) | -0.14% | $ 2,714.32 | 2.00% |
| 7110 | Operating Supplies F&B | $ | 2,043.29 | 1.20% | $ 1,696.45 | 1.25% |

| Code | Account | Amount | % | Amount | % |
|---|---|---:|---:|---:|---:|
| 7120 | Uniforms | $ 1,252.30 | 0.74% | $ - | 0.00% |
| 7470 | Live Entertainment | $ 3,200.00 | 1.89% | $ - | 0.00% |
| | **Total Controllable Expenses** | **$ 15,397.21** | **9.08%** | **$ 12,114.44** | **8.93%** |
| | **General & Administrative** | | | | |
| 7190 | Other Contracted Services-Admin | $ 1,292.87 | 0.76% | $ 1,500.00 | 1.11% |
| 7195 | Accounting Services | $ 2,500.00 | 1.47% | $ 2,500.00 | 1.84% |
| 7220 | Bank Charges & Fees | $ 259.81 | 0.15% | $ 100.00 | 0.07% |
| 7230 | Licenses & Permits | $ 701.48 | 0.41% | $ 600.00 | 0.44% |
| 7250 | Credit Card Commissions | $ 4,596.71 | 2.71% | $ 3,053.61 | 2.25% |
| 7256 | Employment Ads | $ - | 0.00% | $ 90.00 | 0.07% |
| 7270 | Dues & Subscriptions | $ 89.33 | 0.05% | $ 50.00 | 0.04% |
| 7285 | Key Man/General Liability Insurance | $ 1,119.59 | 0.66% | $ 1,275.00 | 0.94% |
| 7290 | Legal & Professional Services | $ 3,184.84 | 1.88% | $ - | 0.00% |
| 7320 | Office Supplies & Postage | $ 50.20 | 0.03% | $ 135.72 | 0.10% |
| 7350 | Telephone/Internet/Cable | $ 595.56 | 0.35% | $ 650.00 | 0.48% |
| 7360 | Travel | $ 42.42 | 0.03% | $ 125.00 | 0.09% |
| 7370 | Meals & Entertainment | $ - | 0.00% | $ - | 0.00% |
| | **Total General & Administrative** | **$ 14,432.81** | **8.51%** | **$ 10,079.33** | **7.43%** |
| | **Advertising & Promotion** | | | | |
| 7400 | Local Charitable Donations | $ - | 0.00% | $ - | 0.00% |
| 7430 | Local Advertising & Promotion | $ - | 0.00% | $ - | 0.00% |
| 7435 | Advertising & Marketing | $ 7,754.65 | | $ 1,500.00 | 1.11% |
| 7460 | Special Promotions | $ - | 0.00% | $ - | 0.00% |
| | **Total Advertising & Promotion** | **$ 7,754.65** | **4.57%** | **$ 1,500.00** | **1.11%** |
| | **Repairs & Maintenance** | | | | |
| 7500 | Repairs & Maintenance | $ 475.93 | 0.28% | $ 1,357.16 | 1.00% |
| 7620 | R&M HVAC & Refrigeration | $ - | 0.00% | $ - | 0.00% |
| 7630 | R&M - Plumbing | $ 759.50 | 0.45% | $ - | 0.00% |
| 7640 | R&M - Electric | $ - | 0.00% | $ - | 0.00% |
| 7650 | R&M - Exterior/Structure | $ - | 0.00% | $ - | 0.00% |
| 7660 | R&M - POS Systems | $ - | 0.00% | $ - | 0.00% |
| 7695 | Cleaning Service | $ 4,628.00 | 2.73% | $ 3,680.00 | 2.71% |
| 7710 | MC-HVAC & Refrigeration | $ 3,130.00 | 1.85% | $ 2,250.00 | 1.66% |
| 7720 | MC-Other Equipment | $ 255.00 | 0.15% | $ 255.00 | 0.19% |
| 7750 | Pest Control | $ 85.00 | 0.05% | $ 85.00 | 0.06% |
| 7785 | Carpet/Rug/Floor Cleaning | $ - | 0.00% | $ - | 0.00% |
| | **Total Repairs & Maintenance** | **$ 9,333.43** | **5.50%** | **$ 7,627.16** | **5.62%** |
| | **Utilities** | | | | |
| 7810 | Electricity | $ 2,732.69 | 1.61% | $ 1,900.03 | 1.40% |
| 7820 | Natural Gas | $ 1,070.59 | 0.63% | $ 678.58 | 0.50% |
| 7830 | Water & Sewer | $ 453.00 | 0.27% | $ 339.29 | 0.25% |
| 7840 | Firewood | $ - | 0.00% | $ 750.00 | 0.55% |
| | **Total Utilities** | **$ 4,256.28** | **2.51%** | **$ 3,667.90** | **2.70%** |
| | **Total Operating Expenses** | **$ 51,174.38** | **30.17%** | **$ 34,988.83** | **25.78%** |

|  |  |  |  |  |  |
|---|---|---|---:|---:|---:|
|  | **Other Income (Expenses)** |  |  |  |  |
| 5500 | Door Revenue | $ - | 0.00% | $ - | 0.00% |
| 5800 | Commission Income | $ - | 0.00% | $ - | 0.00% |
|  | **Total Other Income** | $ - | 0.00% | $ - | 0.00% |
|  |  |  |  |  |  |
|  | **Operating Income Before Bonus** | $ (7,808.84) | -4.60% | $ 8,730.83 | 6.43% |
|  |  |  |  |  |  |
| 6455 | Management Bonuses | $ - | 0.00% | $ - | 0.00% |
|  |  |  |  |  |  |
|  | **Restaurant Operating Income** | $ (7,808.84) | -4.60% | $ 8,730.83 | 6.43% |
|  |  |  |  |  |  |
|  | **Facility Expenses** |  |  |  |  |
| 8010 | Rents | $ 12,420.14 | 7.32% | $ 12,730.64 | 9.38% |
| 8015 | Common Area Maintenance | $ 2,315.00 | 1.36% | $ 2,315.00 | 1.71% |
| 8020 | Property Insurance | $ 132.00 | 0.08% | $ 132.00 | 0.10% |
| 8030 | Property Taxes | $ 3,671.46 | 2.16% | $ 3,671.46 | 2.71% |
|  | **Total Facility Expenses** | $ 18,538.60 | 10.93% | $ 18,849.10 | 13.89% |
|  |  |  |  |  |  |
|  | **Restaurant EBDIT** | $ (26,347.44) | -15.53% | $ (10,118.27) | -7.46% |