



**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G
3003 WASHINGTON BLVD STE 101
ARLINGTON VA  22201-2194

| | |
|---|---|
| Page: | 1 of 9 |
| Statement Period: | Nov 01 2024-Nov 30 2024 |
| Cust Ref #: | 664-039-T-### |
| Primary Account #: | 1664 |

## Chapter 11 Checking

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Account # 1664

### ACCOUNT SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | 18,064.25 | | Average Collected Balance | 19,091.05 |
| Deposits | 2,877.24 | | Interest Earned This Period | 0.00 |
| Electronic Deposits | 191,713.11 | | Interest Paid Year-to-Date | 0.00 |
| | | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 31,421.71 | | Days in Period | 30 |
| Electronic Payments | 149,708.86 | | | |
| Ending Balance | 31,524.03 | | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/04 | DEPOSIT | 220.00 |
| 11/04 | DEPOSIT | 169.00 |
| 11/04 | DEPOSIT | 61.00 |
| 11/05 | DEPOSIT | 44.00 |
| 11/06 | DEPOSIT | 49.00 |
| 11/08 | DEPOSIT | 50.00 |
| 11/08 | DEPOSIT | 10.00 |
| 11/13 | DEPOSIT | 195.00 |
| 11/13 | DEPOSIT | 170.00 |
| 11/13 | DEPOSIT | 146.00 |
| 11/13 | DEPOSIT | 120.00 |
| 11/13 | DEPOSIT | 75.00 |
| 11/18 | DEPOSIT | 156.00 |
| 11/18 | DEPOSIT | 107.00 |
| 11/18 | DEPOSIT | 104.00 |
| 11/18 | DEPOSIT | 21.00 |
| 11/18 | DEPOSIT | 8.00 |
| 11/22 | DEPOSIT | 314.00 |
| 11/22 | DEPOSIT | 191.00 |
| 11/22 | DEPOSIT | 90.00 |
| 11/25 | DEPOSIT | 181.00 |
| 11/25 | DEPOSIT | 85.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 9

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance  31,524.03
② Total Deposits  +
③ Sub Total
④ Total Withdrawals  -
⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 3 of 9
Statement Period: Nov 01 2024-Nov 30 2024
Cust Ref #: 664-039-T-###
Primary Account #: 664

## DAILY ACCOUNT ACTIVITY

### Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/29 | DEPOSIT | 222.00 |
| 11/29 | DEPOSIT | 60.00 |
| 11/29 | DEPOSIT | 29.24 |
| | Subtotal: | 2,877.24 |

### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-O5Y3Y0T9S1Y0 | 2,505.63 |
| 11/01 | CCD DEPOSIT, TOAST DEP OCT 31 ****395300QRQ5Z | 1,622.38 |
| 11/01 | CCD DEPOSIT, GRUBHUB INC OCT ACTVTY ****0130dKHGk50 | 398.95 |
| 11/04 | CCD DEPOSIT, TOAST DEP NOV 04 ****395300QVNX8 | 7,488.19 |
| 11/04 | CCD DEPOSIT, TOAST DEP NOV 02 ****395300QUC65 | 4,581.19 |
| 11/04 | CCD DEPOSIT, TOAST DEP NOV 01 ****395300QT14H | 2,813.88 |
| 11/05 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT 10SSRXWCW6YUM7X | 3,956.64 |
| 11/05 | CCD DEPOSIT, TOAST DEP NOV 04 ****395300QWX1P | 3,105.73 |
| 11/06 | CCD DEPOSIT, TOAST DEP NOV 05 ****395300QY1FR | 2,831.30 |
| 11/07 | CCD DEPOSIT, TOAST DEP NOV 06 ****395300QZ692 | 3,717.60 |
| 11/08 | CCD DEPOSIT, TOAST DEP NOV 07 ****395300R0EL3 | 5,400.23 |
| 11/08 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-E7H3Y6T2S2S6 | 3,337.08 |
| 11/08 | CCD DEPOSIT, GRUBHUB INC OCT ACTVTY ****0801dKHGk50 | 332.38 |
| 11/08 | CCD DEPOSIT, GRUBHUB INC NOV ACTVTY ****0806dKHGk50 | 302.36 |
| 11/12 | CCD DEPOSIT, TOAST DEP NOV 10 ****395300R4DB1 | 8,111.40 |
| 11/12 | CCD DEPOSIT, TOAST DEP NOV 10 ****395300R31CK | 6,236.11 |
| 11/12 | CCD DEPOSIT, TOAST DEP NOV 11 ****395300R5M8H | 5,138.01 |
| 11/12 | CCD DEPOSIT, TOAST DEP NOV 08 ****395300R1PNH | 4,548.61 |
| 11/13 | CCD DEPOSIT, TOAST DEP NOV 12 ****395300R6QFB | 3,876.27 |
| 11/13 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT 8SY4GW7CLMXHTCI | 2,617.12 |
| 11/13 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84719128958 | 587.12 |
| 11/14 | CCD DEPOSIT, TOAST DEP NOV 13 ****395300R7V9P | 4,234.39 |
| 11/15 | CCD DEPOSIT, TOAST DEP NOV 14 ****395300R942W | 4,276.97 |
| 11/15 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-K5F7Q6W0V5R2 | 3,149.26 |
| 11/15 | CCD DEPOSIT, GRUBHUB INC NOV ACTVTY ****1513dKHGk50 | 519.09 |
| 11/18 | CCD DEPOSIT, TOAST DEP NOV 17 ****395300RD2EJ | 7,379.84 |
| 11/18 | CCD DEPOSIT, TOAST DEP NOV 16 ****395300RBQBG | 7,365.99 |
| 11/18 | CCD DEPOSIT, TOAST DEP NOV 15 ****395300RAEUD | 3,778.44 |
| 11/18 | CCD DEPOSIT, SQUARE INC SQ241118 T3AEMYBAX5F4E11 | 267.96 |
| 11/19 | CCD DEPOSIT, TOAST DEP NOV 18 ****395300REBCS | 6,791.32 |
| 11/19 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT 23139R2EJDSOWO9 | 4,116.01 |
| 11/20 | CCD DEPOSIT, TOAST DEP NOV 19 ****395300RFFUL | 4,434.53 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank** — America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

| | |
|---|---|
| Page: | 4 of 9 |
| Statement Period: | Nov 01 2024-Nov 30 2024 |
| Cust Ref #: | ████664-039-T-### |
| Primary Account #: | ████1664 |

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/20 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84728591050 | 1,233.14 |
| 11/21 | CCD DEPOSIT, TOAST DEP NOV 20 ****395300RGKUY | 4,609.41 |
| 11/22 | CCD DEPOSIT, TOAST DEP NOV 21 ****395300RHTIL | 4,434.42 |
| 11/22 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-J0F0B0U6Y7F7 | 2,219.64 |
| 11/22 | CCD DEPOSIT, GRUBHUB INC NOV ACTVTY ****2220dKHGk50 | 414.08 |
| 11/25 | CCD DEPOSIT, TOAST DEP NOV 24 ****395300RLRIS | 14,265.14 |
| 11/25 | CCD DEPOSIT, TOAST DEP NOV 23 ****395300RKFHU | 8,867.93 |
| 11/25 | CCD DEPOSIT, TOAST DEP NOV 22 ****395300RJ3XS | 6,286.07 |
| 11/26 | CCD DEPOSIT, TOAST DEP NOV 25 ****395300RN0BI | 8,528.46 |
| 11/26 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT CA9YT34NUEPGDAL | 2,890.94 |
| 11/26 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84737519171 | 981.16 |
| 11/27 | CCD DEPOSIT, TOAST DEP NOV 26 ****395300RO4SB | 5,288.12 |
| 11/27 | CCD DEPOSIT, TOAST INC ACH ***-*82-0225 | 396.97 |
| 11/29 | CCD DEPOSIT, TOAST DEP NOV 28 ****395300RQGRU | 5,925.36 |
| 11/29 | CCD DEPOSIT, TOAST DEP NOV 27 ****395300RP9LP | 3,446.83 |
| 11/29 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-X6Z3A9Z4N1O4 | 2,022.87 |
| 11/29 | CCD DEPOSIT, GRUBHUB INC NOV ACTVTY ****2927dKHGk50 | 80.59 |
| | Subtotal: | 191,713.11 |

### Checks Paid

No. Checks: 28

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 11/04 | 5075 | 675.19 | 11/26 | 5090 | 205.95 |
| 11/05 | 5077* | 898.68 | 11/12 | 10893* | 4,297.88 |
| 11/04 | 5078 | 3,075.75 | 11/25 | 10900* | 4,297.88 |
| 11/19 | 5079 | 666.98 | 11/12 | 10901 | 606.83 |
| 11/13 | 5080 | 1,003.35 | 11/12 | 10902 | 1,277.40 |
| 11/13 | 5081 | 411.90 | 11/12 | 10903 | 973.20 |
| 11/18 | 5082 | 1,702.66 | 11/12 | 10904 | 551.56 |
| 11/20 | 5083 | 1,271.43 | 11/12 | 10905 | 642.94 |
| 11/22 | 5084 | 828.41 | 11/12 | 10906 | 397.34 |
| 11/20 | 5085 | 129.11 | 11/25 | 10910* | 1,307.01 |
| 11/26 | 5086 | 329.47 | 11/25 | 10911 | 785.46 |
| 11/26 | 5087 | 1,448.82 | 11/26 | 10912 | 544.16 |
| 11/25 | 5088 | 600.96 | 11/25 | 10913 | 753.62 |
| 11/26 | 5089 | 1,316.07 | 11/25 | 10914 | 421.70 |
| | | | | Subtotal: | 31,421.71 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender





**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 5 of 9
Statement Period: Nov 01 2024-Nov 30 2024
Cust Ref #: 1664-039-T-###
Primary Account #: 1664

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | DEBIT POS AP, *****04036545477, AUT 110124 DDA PURCHASE AP RESTAURANT DEPOT ALEXANDRIA * VA | 712.88 |
| 11/01 | DBCRD PUR AP, *****04036545477, AUT 103124 VISA DDA PUR AP AMAZON MKTPL XG6254WC3 AMZN COM BILL * WA | 180.15 |
| 11/04 | CCD DEBIT, INTUIT 70401076 BILL_PAY KBS III 3003 WA | 18,725.64 |
| 11/04 | CCD DEBIT, MARGINEDGE CO SALE | 300.00 |
| 11/04 | DBCRD PUR AP, *****04036545477, AUT 110324 VISA DDA PUR AP AMAZON GROCE IB6N00NL3 SEATTLE * WA | 31.79 |
| 11/04 | DBCRD PUR AP, *****04036545477, AUT 110324 VISA DDA PUR AP AMAZON COM 4P0XF3AO3 AMZN COM BILL * WA | 18.01 |
| 11/04 | CCD DEBIT, TOAST, INC TOAST, INC ST-B8R6N1P4Z2M2 | 16.24 |
| 11/04 | DBCRD PMT AP, *****04036545477, AUT 110124 VISA DDA PUR AP GOOGLE GSUITE SMOKECR CC GOOGLE COM * CA | 15.26 |
| 11/05 | DEBIT POS AP, *****04036545477, AUT 110524 DDA PURCHASE AP VA ABC STORE 168 ARLINGTON * VA | 460.85 |
| 11/05 | CCD DEBIT, INTUIT 26956402 BILL_PAY BOWIE PRODUCE | 409.75 |
| 11/05 | CCD DEBIT, INTUIT 79725236 BILL_PAY LYON BAKERY | 403.61 |
| 11/05 | CCD DEBIT, INTUIT 77327368 BILL_PAY TRIMARK ADAMS-B | 390.08 |
| 11/05 | CCD DEBIT, INTUIT 05318024 BILL_PAY MAGNOLIA PLUMBI | 255.00 |
| 11/05 | DBCRD PUR AP, *****04036545477, AUT 110524 VISA DDA PUR AP PARKX 3003 WASHINGTON BL 703 2301285 * VA | 200.00 |
| 11/05 | CCD DEBIT, INTUIT 82396858 BILL_PAY PEST MANAGEMENT | 85.00 |
| 11/06 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 3,379.35 |
| 11/06 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 158.87 |
| 11/06 | ACH DEBIT, ARLINGTON CHAMBE ACH | 48.00 |
| 11/07 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR ****630473 | 15,111.56 |
| 11/08 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 6,933.78 |
| 11/08 | DEBIT POS AP, *****04036545477, AUT 110824 DDA PURCHASE AP RESTAURANT DEPOT ALEXANDRIA * VA | 1,700.92 |
| 11/08 | CCD DEBIT, HOP & WINE BEVER FINTECHEFT **-**43479 | 427.00 |
| 11/08 | CCD DEBIT, VIRGINIA EAGLE D FINTECHEFT **-**43479 | 424.77 |
| 11/08 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 188.40 |
| 11/08 | DEBIT POS AP, *****04036545477, AUT 110824 DDA PURCHASE AP VA ABC STORE 168 ARLINGTON * VA | 168.96 |
| 11/08 | DBCRD PUR AP, *****04036545477, AUT 110624 VISA DDA PUR AP AMAZON MKTPL 039I49Q23 AMZN COM BILL * WA | 110.39 |
| 11/08 | DBCRD PUR AP, *****04036545477, AUT 110624 VISA DDA PUR AP THE WEBSTAURANT STORE IN 717 392 7472 * PA | 41.77 |
| 11/12 | DEBIT POS AP, *****04036545477, AUT 111224 DDA PURCHASE AP RESTAURANT DEPOT ALEXANDRIA * VA | 993.65 |
| 11/12 | CCD DEBIT, TOAST, INC TOAST, INC ST-T3E5F0Y6X3D9 | 767.75 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

**STATEMENT OF ACCOUNT**

Page: 6 of 9
Statement Period: Nov 01 2024-Nov 30 2024
Cust Ref #: ▇1664-039-T-###
Primary Account #: ▇1664

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/12 | CCD DEBIT, TOAST, INC TOAST, INC ST-Q8I1B7E5J3P4 | 417.11 |
| 11/12 | CCD DEBIT, SPECIALTY BEVERA FINTECHEFT **-**43479 | 364.00 |
| 11/12 | DBCRD PMT AP, *****04036545477, AUT 111224 VISA DDA PUR AP MAILCHIMP  678 9990141  * GA | 285.00 |
| 11/12 | DBCRD PMT AP, *****04036545477, AUT 110924 VISA DDA PUR AP CHECKR INC CHECKR COM  CHECKR COM  * CA | 72.49 |
| 11/12 | DBCRD PUR AP, *****04036545477, AUT 110924 VISA DDA PUR AP AMAZON MKTPL P37UM3V83  AMZN COM BILL * WA | 52.87 |
| 11/12 | CCD DEBIT, TOAST CHB NOV 10 ****395300R3ZRE | 21.90 |
| 11/12 | DBCRD PUR AP, *****04036545477, AUT 111024 VISA DDA PUR AP AMAZON MKTPL OK2A616N3  AMZN COM BILL * WA | 14.82 |
| 11/12 | DBCRD PUR AP, *****04036545477, AUT 110924 VISA DDA PUR AP AMAZON COM DC9DK3063  AMZN COM BILL * WA | 7.58 |
| 11/12 | DBCRD PUR AP, *****04036545477, AUT 110924 VISA DDA PUR AP PARKX 3003 WASHINGTON BL  ARLINGTON  * VA | 5.00 |
| 11/13 | CCD DEBIT, INTUIT TU7M09J2 BILL_PAY VRA CLEANING SE | 3,680.00 |
| 11/13 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 3,379.35 |
| 11/13 | CCD DEBIT, INTUIT XTM97Y8K BILL_PAY SAFETY FIRST SE | 625.00 |
| 11/13 | CCD DEBIT, INTUIT XT6M28OO BILL_PAY BOWIE PRODUCE | 599.00 |
| 11/13 | CCD DEBIT, INTUIT XT63M67I BILL_PAY LYON BAKERY | 411.67 |
| 11/13 | CCD DEBIT, INTUIT 8XT8M83K BILL_PAY LOGAN FOOD COMP | 127.50 |
| 11/13 | DEBIT POS AP, *****04036545477, AUT 111324 DDA PURCHASE AP TRADER JOE S 64 TRADER  ARLINGTON  * VA | 13.47 |
| 11/14 | ACH DEBIT, COMCAST 8299610 252892194 7496755 | 688.31 |
| 11/14 | DBCRD PUR AP, *****04036545477, AUT 111024 VISA DDA PUR AP AMAZON MKTPL Z91MI93U3  AMZN COM BILL * WA | 51.94 |
| 11/15 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 6,894.63 |
| 11/15 | DEBIT POS AP, *****04036545477, AUT 111524 DDA PURCHASE AP RESTAURANT DEPOT  ALEXANDRIA  * VA | 1,617.66 |
| 11/15 | DBCRD PUR AP, *****04036545477, AUT 111424 VISA DDA PUR AP ULINE SHIP SUPPLIES  800 295 5510 * WI | 1,455.94 |
| 11/15 | CCD DEBIT, PREMIUM DIST OF FINTECHEFT **-**43479 | 405.66 |
| 11/18 | CCD DEBIT, ERIEINSURANCEWEB PAYMENT ****20018928476 | 1,359.48 |
| 11/18 | CCD DEBIT, WASHINGTON GAS PAYMENT ****07002275 | 715.87 |
| 11/18 | DBCRD PUR AP, *****04036545477, AUT 111724 VISA DDA PUR AP STICKER MULE  STICKERMULE C * NY | 231.61 |
| 11/18 | DEBIT POS AP, *****04036545477, AUT 111624 DDA PURCHASE AP VA ABC STORE 168  ARLINGTON  * VA | 178.95 |
| 11/18 | DBCRD PUR AP, *****04036545477, AUT 111424 VISA DDA PUR AP THE WEBSTAURANT STORE IN  717 392 7472 * PA | 118.84 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 





**America's Most Convenient Bank®**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Page: | 7 of 9 |
| Statement Period: | Nov 01 2024-Nov 30 2024 |
| Cust Ref #: | ▮1664-039-T-### |
| Primary Account #: | ▮1664 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/18 | DBCRD PUR AP, *****04036545477, AUT 111624 VISA DDA PUR AP AMAZON MARK J07UK4M53    HTTPSAMAZON C * WA | 63.58 |
| 11/18 | DBCRD PMT AP, *****04036545477, AUT 111724 VISA DDA PUR AP DROPBOX BLZRWQYBCKBQ    DROPBOX COM * CA | 54.00 |
| 11/19 | CCD DEBIT, INTUIT 2C3H6V0W BILL_PAY PLATFORM BUSINE | 2,500.00 |
| 11/19 | DEBIT POS AP, *****04036545477, AUT 111924 DDA PURCHASE AP RESTAURANT DEPOT    ALEXANDRIA * VA | 1,708.08 |
| 11/19 | CCD DEBIT, INTUIT U10CND48 BILL_PAY MAGNOLIA PLUMBI | 632.84 |
| 11/19 | CCD DEBIT, INTUIT C9H0Y2O8 BILL_PAY BOWIE PRODUCE | 471.75 |
| 11/19 | CCD DEBIT, INTUIT 758UCMWQ BILL_PAY LYON BAKERY | 423.45 |
| 11/19 | CCD DEBIT, INTUIT 1XUCEQ03 BILL_PAY ROBERTS OXYGEN | 153.56 |
| 11/19 | DEBIT POS AP, *****04036545477, AUT 111924 DDA PURCHASE AP VA ABC STORE 168    ARLINGTON * VA | 149.98 |
| 11/19 | CCD DEBIT, INTUIT UCN35E43 BILL_PAY MTOM CONSULTING | 30.00 |
| 11/21 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR ****630473 | 17,534.41 |
| 11/21 | CCD DEBIT, ARLINGTON COUNTY ARLCO PMT ****875328 | 5,793.41 |
| 11/22 | CCD DEBIT, VA DEPT TAXATION TAX PAYMEN *****3479 | 7,460.90 |
| 11/22 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 6,666.51 |
| 11/22 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 4,286.72 |
| 11/22 | DBCRD PUR AP, *****04036545477, AUT 112124 VISA DDA PUR AP ULINE    SHIP SUPPLIES    800 295 5510 * WI | 121.79 |
| 11/25 | DEBIT POS AP, *****04036545477, AUT 112324 DDA PURCHASE AP RESTAURANT DEPOT    ALEXANDRIA * VA | 2,697.76 |
| 11/25 | ELECTRONIC PMT-WEB, DOMINION ENERGY BILLPAY ****55711631 | 2,246.78 |
| 11/25 | DEBIT POS AP, *****04036545477, AUT 112424 DDA PURCHASE AP RESTAURANT DEPOT    ALEXANDRIA * VA | 2,007.66 |
| 11/25 | DEBIT POS AP, *****04036545477, AUT 112524 DDA PURCHASE AP RESTAURANT DEPOT    ALEXANDRIA * VA | 1,023.72 |
| 11/25 | DBCRD PUR AP, *****04036545477, AUT 112324 VISA DDA PUR AP VA ABC STORE 168    ARLINGTON * VA | 531.85 |
| 11/25 | DBCRD PMT AP, *****04036545477, AUT 112324 VISA DDA PUR AP STATE FARM INSURANCE    800 956 6310 * IL | 182.34 |
| 11/25 | CCD DEBIT, INTUIT * QUICKBOOKS 1067654 | 144.00 |
| 11/25 | DBCRD PUR AP, *****04036545477, AUT 112324 VISA DDA PUR AP AMAZON COM HE4MO08M3    AMZN COM BILL * WA | 57.12 |
| 11/25 | DEBIT POS AP, *****04036545477, AUT 112324 DDA PURCHASE AP GIANT 0748 2901 11 S G    ARLINGTON * VA | 36.02 |
| 11/25 | DBCRD PMT AP, *****04036545477, AUT 112224 VISA DDA PUR AP CANVA I04343 58577922    HTTPSCANVA CO * DE | 14.99 |
| 11/25 | DEBIT POS AP, *****04036545477, AUT 112524 DDA PURCHASE AP TRADER JOE S 64 TRADER    ARLINGTON * VA | 12.06 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 8 of 9
Statement Period: Nov 01 2024-Nov 30 2024
Cust Ref #: 1664-039-T-###
Primary Account #: 664

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/26 | DEBIT POS AP, *****04036545477, AUT 112624 DDA PURCHASE AP RESTAURANT DEPOT  ALEXANDRIA  * VA | 896.67 |
| 11/26 | CCD DEBIT, INTUIT 93745500 BILL_PAY GWWC, LLC | 500.00 |
| 11/26 | CCD DEBIT, INTUIT 93395420 BILL_PAY BOWIE PRODUCE | 449.00 |
| 11/26 | CCD DEBIT, INTUIT 96769450 BILL_PAY LYON BAKERY | 413.47 |
| 11/26 | CCD DEBIT, INTUIT 80172820 BILL_PAY TRIMARK ADAMS-B | 390.08 |
| 11/26 | CCD DEBIT, INTUIT 81575170 BILL_PAY PEST MANAGEMENT | 85.00 |
| 11/26 | DBCRD PUR AP, *****04036545477, AUT 112524 VISA DDA PUR AP AMAZON GROCE HA8F73TO3  SEATTLE  * WA | 42.71 |
| 11/27 | CCD DEBIT, INTUIT 11356540 BILL_PAY CAPITAL BANK | 1,500.00 |
| 11/27 | DEBIT POS AP, *****04036545477, AUT 112724 DDA PURCHASE AP RESTAURANT DEPOT  ALEXANDRIA  * VA | 474.31 |
| 11/27 | CCD DEBIT, REPUBLIC NATIONA FINTECHEFT **-**43479 | 208.68 |
| 11/27 | DEBIT POS AP, *****04036545477, AUT 112724 DDA PURCHASE AP RESTAURANT DEPOT  ALEXANDRIA  * VA | 171.63 |
| 11/27 | DBCRD PUR AP, *****04036545477, AUT 112624 VISA DDA PUR AP AMAZON TIPS BK3KX1VW3  AMZN COM BILL * WA | 5.00 |
| 11/29 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 10,150.13 |
| 11/29 | DEBIT POS AP, *****04036545477, AUT 112924 DDA PURCHASE AP RESTAURANT DEPOT  ALEXANDRIA  * VA | 346.64 |
| 11/29 | CCD DEBIT, OPENTABLE PAYMENTS DDD836358 | 330.00 |
| 11/29 | CCD DEBIT, VIRGINIA EAGLE D FINTECHEFT **-**43479 | 246.00 |
| 11/29 | DBCRD PMT AP, *****04036545477, AUT 112724 VISA DDA PUR AP ADOBE  ADOBE  408 536 6000  * CA | 21.19 |
| 11/29 | DBCRD PMT AP, *****04036545477, AUT 112724 VISA DDA PUR AP WEB NETWORKSOLUTIONS  888 6429675  * FL | 17.99 |
|  | Subtotal: | 149,708.86 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---:|---|---:|
| 10/31 | 18,064.25 | 11/15 | 16,398.79 |
| 11/01 | 21,698.18 | 11/18 | 31,162.03 |
| 11/04 | 14,173.56 | 11/19 | 35,332.72 |
| 11/05 | 18,176.96 | 11/20 | 39,599.85 |
| 11/06 | 17,471.04 | 11/21 | 20,881.44 |
| 11/07 | 6,077.08 | 11/22 | 9,180.25 |
| 11/08 | 5,513.14 | 11/25 | 21,744.46 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 9 of 9
Statement Period: Nov 01 2024-Nov 30 2024
Cust Ref #: ▮▮▮▮▮1664-039-T-###
Primary Account #: ▮▮▮▮▮1664

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/12 | 17,797.95 | 11/26 | 27,523.62 |
| 11/13 | 15,333.22 | 11/27 | 30,849.09 |
| 11/14 | 18,827.36 | 11/29 | 31,524.03 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

Case 24-13609    Doc 85-10    Filed 01/21/25    Page 10 of 10