

Available Balance

# $1,456.55

Today's Beginning Balance        $66,456.55

Pending

| Date | Type | Description | Credit | Balance |
|---|---|---|---|---|
| PENDING TRANSACTIONS | | | | |
| 8/1/2019 | DEBIT | Pending Verification | -$65,000.00 | Pending |
| ACCOUNT HISTORY | | | | |
| 11/11/2024 | INT | INTEREST CREDIT | $212.67 | $66,456.55 |