# Sales summary

Data as of Dec 16, 2024, 1:32 PM (EST)

**DATE RANGE:**
November 1, 2024 - November 30, 2024

**SELECTED LOCATIONS:**
Smokecraft Modern Barbecue

### SALES TRENDS



| REVENUE SUMMARY | |
|---|---|
| Net sales | $174,104.81 |
| Gratuity | $1,022.27 |
| Tax amount | $17,416.67 |
| Tips | $20,217.43 |
| Deferred (gift cards) | $1,724.00 |
| Paid in total | $0.00 |
| **Total amount** | **$214,485.18** |

| NET SALES SUMMARY | |
|---|---|
| Gross sales | $176,349.38 |
| Sales discounts | -$2,244.57 |
| Sales refunds | $0.00 |
| **Net sales** | **$174,104.81** |

| TIP SUMMARY | |
|---|---|
| Tips collected | $20,217.43 |
| Tips refunded | $0.00 |
| **Total tips** | **$20,217.43** |
| Tips withheld | -$377.77 |
| **Tips after withholding** | **$19,839.66** |

| CASH SUMMARY | |
|---|---|
| Expected closeout cash | $11,372.17 |
| Actual closeout cash | $11,384.61 |
| Cash overage/shortage | $12.44 |
| Expected deposit | $4,484.61 |
| Actual deposit | — |
| Deposit overage/shortage | — |

| CASH ACTIVITY | |
|---|---|
| Total cash payments | $3,003.59 |
| Cash adjustments | -$93.56 |
| Cash refunds | $0.00 |
| Cash before tipouts | $2,910.03 |
| Tipouts tips withheld | $0.00 |
| **Total cash** | **$2,910.03** |

### PAYMENTS SUMMARY

| Payment type | Amount | Tips | Grat | Refunds | Total |
|---|---|---|---|---|---|
| Credit/debit | $145,693.89 | $19,738.16 | $1,017.23 | $0.00 | $166,449.28 |
|   Amex | $28,852.94 | $3,724.92 | $260.78 | $0.00 | $32,838.64 |
|   Discover | $2,788.24 | $410.36 | $8.34 | $0.00 | $3,206.94 |
|   Mastercard | $23,033.79 | $3,232.40 | $198.28 | $0.00 | $26,464.47 |
|   Visa | $91,018.92 | $12,370.48 | $549.83 | $0.00 | $103,939.23 |
| Gift Card | $685.95 | $0.00 | $0.00 | $0.00 | $685.95 |
| Cash | $2,998.55 | $30.00 | $5.04 | $0.00 | $3,033.59 |
| Other | $37,407.95 | $12.91 | $0.00 | $0.00 | $37,420.86 |
|   Doordash | $13,975.89 | $0.00 | $0.00 | $0.00 | $13,975.89 |
|   Ezcater | $3,991.20 | $0.00 | $0.00 | $0.00 | $3,991.20 |
|   Grubhub | $2,044.56 | $12.91 | $0.00 | $0.00 | $2,057.47 |
|   Ubereats | $17,396.30 | $0.00 | $0.00 | $0.00 | $17,396.30 |
| **Subtotal** | **$186,786.34** | **$19,781.07** | **$1,022.27** | **$0.00** | **$207,589.68** |
| Deposit sales collected | | | | | $6,895.50 |
| **Total** | | | | | **$214,485.18** |

### UNPAID ORDERS SUMMARY

| | |
|---|---|
| Unpaid amount | $0.00 |

### SALES CATEGORY SUMMARY

| Sales category | Items | Net sales | Gross sales |
|---|---|---|---|
| Bottled Beer | 102 | $517.10 | $550.00 |
| Draft Beer | 597 | $4,903.14 | $4,949.50 |
| Food | 6,587 | $153,128.38 | $155,055.14 |
| Liquor | 602 | $8,050.49 | $8,270.00 |
| NA Beverage | 548 | $1,808.15 | $1,813.03 |
| No Sales Category Assigned | 50 | $2,006.00 | $2,006.00 |
| Non-Grat Svc Charges | 271 | $1,947.21 | $1,947.21 |
| Retail | 18 | $332.34 | $335.50 |
| Wine | 125 | $1,412.00 | $1,423.00 |
| **Total** | **8,900** | **$174,104.81** | **$176,349.38** |

### REVENUE CENTER SUMMARY

| Revenue center | Items | Net sales | Gross sales |
|---|---|---|---|
| Bar | 1,047 | $14,664.40 | $15,152.40 |
| Dining Room | 3,524 | $57,210.78 | $58,360.81 |
| Carryout/Delivery | 508 | $9,432.64 | $9,569.05 |
| Patio | 84 | $1,134.97 | $1,168.60 |
| Catering | 2,011 | $61,255.91 | $61,692.41 |
| Grubhub | 90 | $1,858.68 | $1,858.68 |
| DoorDash | 708 | $12,705.35 | $12,705.35 |
| Uber Eats | 928 | $15,842.08 | $15,842.08 |
| **Total** | **8,900** | **$174,104.81** | **$176,349.38** |

### DINING OPTION SUMMARY

| Dining option | Orders | Net sales | Gross sales |
|---|---|---|---|
| Uber Eats - Delivery | 294 | $15,185.33 | $15,185.33 |
| Toast Delivery Services | 15 | $977.75 | $1,000.25 |
| Grubhub - Takeout | 39 | $1,858.68 | $1,858.68 |
| DoorDash - Delivery | 242 | $12,363.01 | $12,363.01 |
| Delivery | 2 | $1,049.00 | $1,049.00 |
| DoorDash - Takeout | 9 | $342.34 | $342.34 |
| Dine In | 981 | $71,824.30 | $73,478.01 |
| Uber Eats - Takeout | 14 | $656.75 | $656.75 |
| Take Out | 491 | $69,847.65 | $70,416.01 |
| Online Ordering | 2 | $0.00 | $0.00 |
| No Dining Option | 26 | $0.00 | $0.00 |
| **Total** | **2,115** | **$174,104.81** | **$176,349.38** |

### SERVICE / DAYPART SUMMARY

| Service / day part | Orders | Net sales | Gross sales |
|---|---|---|---|
| No Service | 59 | $7,423.14 | $7,423.14 |
| Lunch | 811 | $79,971.05 | $80,861.73 |
| Dinner | 1,209 | $85,316.45 | $86,616.46 |
| Late Night | 36 | $1,394.17 | $1,448.05 |
| **Total** | **2,115** | **$174,104.81** | **$176,349.38** |

### SERVICE MODE SUMMARY

| | Quick Service | Table Service | Total |
|---|---|---|---|
| Net sales | $103,423.98 | $70,680.83 | $174,104.81 |
| Total guests | 2,014 | 2,160 | 4,174 |
| Avg/Guest | $51.35 | $32.72 | $41.71 |
| Total payments | 1,180 | 1,201 | 2,381 |
| Avg/Payment | $97.79 | $64.82 | $81.16 |
| Total orders | 1,178 | 937 | 2,115 |
| Avg/Order | $87.80 | $75.43 | $82.32 |
| Turn time | 9:05:09 | 1:07:08 | 5:02:54 |

### SERVICE CHARGE SUMMARY

| Service charge | Count | Amount |
|---|---|---|
| Large Party Service Charge | 52 | $909.77 |
| Delivery Fee | 15 | $112.50 |
| Catering Delivery Fee | 3 | $150.00 |
| Catering Service Charge | 268 | $1,797.21 |
| **Total service charges** | **338** | **$2,969.48** |

### DISCOUNT SUMMARY

| Discount | Count | Amount |
|---|---|---|
| Bar Promo | 4 | $143.00 |
| Black Friday GC 30% Off | 24 | $696.00 |
| Election Night 25% Off Apps | 16 | $64.84 |
| Employee Discount - Check | 16 | $410.38 |
| Employee Discount - Item | 27 | $273.90 |
| Investor | 1 | $28.30 |
| Investor/Family 50% | 2 | $130.02 |
| Make The Switch 1st Order Free Delivery | 3 | $22.50 |
| Manager Comp - Check | 6 | $253.85 |
| Manager Comp - Item | 5 | $69.85 |
| Manager Meal | 19 | $376.55 |
| Marketing | 1 | $226.00 |
| Open % Item | 1 | $14.98 |
| Open $ Check | 1 | $5.00 |
| Open $ Item | 2 | $3.00 |
| Recovery | 12 | $167.60 |
| Reward Dollars | 8 | $54.80 |
| **Total discounts** | **148** | **$2,940.57** |

### DEFERRED SUMMARY

| Deferred type | Gross amount | Discounts | Refunds | Net amount |
|---|---|---|---|---|
| Deferred (gift cards) | $2,420.00 | $696.00 | $0.00 | $1,724.00 |

### VOID SUMMARY

| | |
|---|---|
| Void amount | $980.90 |
| Void order count | 30 |
| Void item count | 43 |
| Void amount % | 0.6% |

| TAX SUMMARY | | |
| --- | --- | --- |
| Tax rate | Taxable amount | Tax amount |
| State Tax | $144,223.89 | $8,663.81 |
| Local Tax | $144,223.89 | $5,774.54 |
| Arlington Retail Tax | $164.34 | $9.87 |
| Marketplace facilitator tax | — | $2,824.76 |
|     Remitted by 3rd Party | $15,842.08 | $1,073.81 |
|     Remitted by Restaurant | $24,712.98 | $1,750.95 |
| Toast marketplace facilitator tax | — | $143.69 |
|     Remitted by Toast | $1,433.90 | $143.69 |
| Non Taxable | $645.02 | — |