Smokecraft Clarendon LLC

1021 TD Bank-DIP Checking, Period Ending 11/03/2024

## RECONCILIATION REPORT

Reconciled on: 11/05/2024

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---:|
| Statement beginning balance | 18,064.25 |
| Checks and payments cleared (2) | -893.03 |
| Deposits and other credits cleared (3) | 4,526.96 |
| Statement ending balance | 21,698.18 |
| | |
| Uncleared transactions as of 11/03/2024 | -4,476.02 |
| Register balance as of 11/03/2024 | 17,222.16 |
| Cleared transactions after 11/03/2024 | 0.00 |
| Uncleared transactions after 11/03/2024 | 1,109.42 |
| Register balance as of 11/05/2024 | 18,331.58 |

### Details

Checks and payments cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 11/01/2024 | Journal | MI14273ME | | -712.88 |
| 11/01/2024 | Expense | | Amazon | -180.15 |
| **Total** | | | | **-893.03** |

Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 10/27/2024 | Deposit | | DoorDash Inc | 2,505.63 |
| 10/27/2024 | Deposit | | | 398.95 |
| 10/30/2024 | Journal | Sales 10.30 | | 1,622.38 |
| **Total** | | | | **4,526.96** |

### Additional Information

Uncleared checks and payments as of 11/03/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage Contr… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 09/06/2024 | Journal | MI13878ME | | -28.28 |
| 09/10/2024 | Journal | MI13876ME | | -38.58 |
| 09/20/2024 | Journal | MI14079ME | | -10.06 |
| 09/26/2024 | Journal | MI14080ME | | -43.34 |
| 09/26/2024 | Journal | MI14078ME | | -40.35 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -4,297.88 |
| 10/31/2024 | Journal | MI14281ME | | -15.26 |
| 11/01/2024 | Bill Payment | | KBS III 3003 Washington LLC | -18,725.64 |
| 11/01/2024 | Bill Payment | 5075 | TriMark Adams-Burch | -675.19 |
| **Total** | | | | **-25,220.31** |

Uncleared deposits and other credits as of 11/03/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | 0.00 |
| 10/10/2024 | Journal | Sales 10.10 | | 24.80 |
| 10/11/2024 | Journal | Sales 10.11 | | 20.03 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/30/2024 | Journal | Sales 10.30 | | 1,843.89 |
| 10/31/2024 | Journal | Sales 10.31 | | 2,813.88 |
| 10/31/2024 | Deposit | | | 332.38 |
| 11/01/2024 | Journal | Sales 11.1 | | 219.65 |
| 11/01/2024 | Journal | Sales 11.1 | | 4,581.19 |
| 11/02/2024 | Journal | Sales 11.2 | | 169.00 |
| 11/02/2024 | Journal | Sales 11.2 | | 7,488.19 |
| 11/03/2024 | Journal | MJ14287ME | | 3,191.26 |
| 11/03/2024 | Journal | MJ14287ME | | 60.02 |

**Total**     20,744.29

---

Uncleared checks and payments after 11/03/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/04/2024 | Bill Payment | | Bowie Produce | -409.75 |
| 11/04/2024 | Bill Payment | | marginedge | -300.00 |
| 11/04/2024 | Bill Payment | | TriMark Adams-Burch | -390.08 |
| 11/04/2024 | Bill Payment | | Magnolia Plumbing | -255.00 |
| 11/04/2024 | Bill Payment | | Lyon Bakery | -403.61 |
| 11/04/2024 | Bill Payment | | Pest Management Services, Inc. | -85.00 |

**Total**     -1,843.44

---

Uncleared deposits and other credits after 11/03/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/04/2024 | Journal | MJ14290ME | | 2,909.57 |
| 11/04/2024 | Journal | MJ14290ME | | 43.29 |

**Total**     2,952.86