1021 TD Bank-DIP Checking, Period Ending 11/10/2024

## RECONCILIATION REPORT

Reconciled on: 11/12/2024

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

### Summary | USD

| | |
|---|---|
| Statement beginning balance | 19,854.29 |
| Checks and payments cleared (34) | -54,815.67 |
| Deposits and other credits cleared (25) | 40,474.52 |
| **Statement ending balance** | **5,513.14** |
| | |
| Uncleared transactions as of 11/10/2024 | 9,783.99 |
| Register balance as of 11/10/2024 | 15,297.13 |
| Cleared transactions after 11/10/2024 | 0.00 |
| Uncleared transactions after 11/10/2024 | -1,382.97 |
| Register balance as of 11/12/2024 | 13,914.16 |

### Details

Checks and payments cleared (34)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/06/2024 | Journal | MI13878ME | | -28.28 |
| 09/10/2024 | Journal | MI13876ME | | -38.58 |
| 09/20/2024 | Journal | MI14079ME | | -10.06 |
| 09/26/2024 | Journal | MI14080ME | | -43.34 |
| 09/26/2024 | Journal | MI14078ME | | -40.35 |
| 10/31/2024 | Journal | MI14281ME | | -15.26 |
| 11/01/2024 | Bill Payment | 5075 | TriMark Adams-Burch | -675.19 |
| 11/01/2024 | Bill Payment | | KBS III 3003 Washington LLC | -18,725.64 |
| 11/03/2024 | Journal | Payroll JE 10/21-11/3 | | -3,075.75 |
| 11/03/2024 | Journal | Payroll JE 10/21-11/3 | | -6,933.78 |
| 11/03/2024 | Journal | MI14332ME | | -31.79 |
| 11/03/2024 | Journal | MI14331ME | | -18.01 |
| 11/03/2024 | Journal | Payroll JE 10/21-11/3 | | -15,111.56 |
| 11/04/2024 | Expense | | Toast Inc. | -16.24 |
| 11/04/2024 | Bill Payment | | marginedge | -300.00 |
| 11/04/2024 | Bill Payment | | TriMark Adams-Burch | -390.08 |
| 11/04/2024 | Bill Payment | | Magnolia Plumbing | -255.00 |
| 11/04/2024 | Bill Payment | | Lyon Bakery | -403.61 |
| 11/04/2024 | Bill Payment | | Pest Management Services, Inc. | -85.00 |
| 11/04/2024 | Bill Payment | | Bowie Produce | -409.75 |
| 11/05/2024 | Bill Payment | | AM Briggs INC dba Metropolitan … | -898.68 |
| 11/05/2024 | Journal | MI14293ME | | -460.85 |
| 11/05/2024 | Bill Payment | | Parkx Master Merchant, LC | -200.00 |
| 11/06/2024 | Journal | MI14330ME | | -110.39 |
| 11/06/2024 | Expense | | | -0.44 |
| 11/06/2024 | Expense | | Arlington Chamber of Commerce | -48.00 |
| 11/06/2024 | Bill Payment | | Reinhart Food Service (PFG) | -158.87 |
| 11/06/2024 | Bill Payment | | Reinhart Food Service (PFG) | -3,379.35 |
| 11/06/2024 | Bill Payment | EFT89457446 | Hop & Wine | -427.00 |
| 11/06/2024 | Journal | MI14303ME | | -41.77 |
| 11/08/2024 | Bill Payment | | VA Eagle Distributing | -424.77 |
| 11/08/2024 | Journal | MI14312ME | | -168.96 |
| 11/08/2024 | Bill Payment | EFT68821754 | Reinhart Food Service (PFG) | -188.40 |
| 11/08/2024 | Journal | MI14314ME | | -1,700.92 |
| **Total** | | | | **-54,815.67** |

Deposits and other credits cleared (25)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/28/2024 | Journal | Cln Amzn from rec | | 160.61 |
| 10/30/2024 | Journal | Sales 10.30 | | 1,843.89 |
| 10/31/2024 | Journal | Sales 10.31 | | 2,813.88 |
| 10/31/2024 | Deposit | | | 332.38 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 11/01/2024 | Journal | Sales 11.1 | | 4,581.19 |
| 11/01/2024 | Journal | Sales 11.1 | | 219.65 |
| 11/02/2024 | Journal | Sales 11.2 | | 169.00 |
| 11/02/2024 | Journal | Sales 11.2 | | 7,488.19 |
| 11/03/2024 | Journal | Sales 11.3 | | 60.02 |
| 11/03/2024 | Deposit | | DoorDash Inc | 3,337.08 |
| 11/03/2024 | Journal | Sales 11.3 | | 3,105.73 |
| 11/03/2024 | Deposit | | UberEats | 3,956.64 |
| 11/04/2024 | Journal | Sales 11.4 | | 43.29 |
| 11/04/2024 | Deposit | | | 0.98 |
| 11/04/2024 | Deposit | | | 0.35 |
| 11/04/2024 | Journal | Sales 11.4 | | 2,831.30 |
| 11/05/2024 | Deposit | | | 0.71 |
| 11/05/2024 | Journal | Sales 11.5 | | 49.44 |
| 11/05/2024 | Journal | Sales 11.5 | | 3,717.60 |
| 11/06/2024 | Deposit | | | 302.36 |
| 11/06/2024 | Journal | Sales 11.6 | | 5,400.23 |
| 11/06/2024 | Journal | Sales 11.6 | | 49.42 |
| 11/07/2024 | Journal | Sales 11.7 | | 9.90 |
| 11/08/2024 | Deposit | | | 0.58 |
| 11/08/2024 | Deposit | | | 0.10 |
| **Total** | | | | **40,474.52** |

## Additional Information

Uncleared checks and payments as of 11/10/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage Contr… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -4,297.88 |
| 11/01/2024 | Bill Payment | 5077 | AM Briggs INC dba Metropolitan … | -898.68 |
| 11/03/2024 | Journal | Payroll JE 10/21-11/3 | | -4,297.88 |
| 11/03/2024 | Journal | Payroll JE 10/21-11/3 | | -606.83 |
| 11/03/2024 | Journal | Payroll JE 10/21-11/3 | | -642.94 |
| 11/03/2024 | Journal | Payroll JE 10/21-11/3 | | -973.20 |
| 11/03/2024 | Journal | Payroll JE 10/21-11/3 | | -1,277.40 |
| 11/03/2024 | Journal | Payroll JE 10/21-11/3 | | -551.56 |
| 11/03/2024 | Journal | Payroll JE 10/21-11/3 | | -168.47 |
| 11/03/2024 | Journal | Payroll JE 10/21-11/3 | | -397.34 |
| 11/06/2024 | Bill Payment | EFT68821753 | Specialty Beverage | -145.00 |
| 11/06/2024 | Bill Payment | EFT39561597 | Specialty Beverage | -219.00 |
| 11/08/2024 | Bill Payment | 5079 | TriMark Adams-Burch | -666.98 |
| 11/08/2024 | Bill Payment | 5080 | AM Briggs INC dba Metropolitan … | -1,003.35 |
| 11/09/2024 | Journal | MI14333ME | | -52.87 |
| 11/09/2024 | Journal | MI14335ME | | -5.00 |
| 11/09/2024 | Journal | MI14334ME | | -7.58 |
| **Total** | | | | **-17,557.69** |

Uncleared deposits and other credits as of 11/10/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | 0.00 |
| 10/10/2024 | Journal | Sales 10.10 | | 24.80 |
| 10/11/2024 | Journal | Sales 10.11 | | 20.03 |
| 11/07/2024 | Journal | Sales 11.7 | | 4,548.61 |
| 11/08/2024 | Journal | Sales 11.8 | | 6,236.11 |
| 11/08/2024 | Journal | Sales 11.8 | | 194.94 |
| 11/09/2024 | Journal | Sales 11.9 | | 8,111.40 |
| 11/09/2024 | Journal | Sales 11.9 | | 170.26 |
| 11/10/2024 | Deposit | | UberEats | 2,617.12 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/10/2024 | Journal | MJ14328ME | | 146.00 |
| 11/10/2024 | Journal | MJ14328ME | | 5,272.41 |

| | | | | |
|---|---|---|---|---|
| **Total** | | | | **27,341.68** |

### Uncleared checks and payments after 11/10/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/12/2024 | Bill Payment | | VRA Cleaning Services LLC | -3,680.00 |
| 11/12/2024 | Bill Payment | | Logan Food Company | -127.50 |
| 11/12/2024 | Bill Payment | | Lyon Bakery | -411.67 |
| 11/12/2024 | Bill Payment | | Safety First Services | -625.00 |
| 11/12/2024 | Bill Payment | | Bowie Produce | -599.00 |

| | | | | |
|---|---|---|---|---|
| **Total** | | | | **-5,443.17** |

### Uncleared deposits and other credits after 11/10/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/11/2024 | Journal | MJ14336ME | | 3,985.27 |
| 11/11/2024 | Journal | MJ14336ME | | 74.93 |

| | | | | |
|---|---|---|---|---|
| **Total** | | | | **4,060.20** |