Smokecraft Clarendon LLC

1021 TD Bank-DIP Checking, Period Ending 11/17/2024

## RECONCILIATION REPORT

Reconciled on: 11/18/2024

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

### Summary USD

| | |
|---|---:|
| Statement beginning balance | 5,513.14 |
| Checks and payments cleared (35) | -33,114.96 |
| Deposits and other credits cleared (19) | 44,000.61 |
| Statement ending balance | 16,398.79 |
| | |
| Uncleared transactions as of 11/17/2024 | 18,911.54 |
| Register balance as of 11/17/2024 | 35,310.33 |
| Cleared transactions after 11/17/2024 | 0.00 |
| Uncleared transactions after 11/17/2024 | -4,211.60 |
| Register balance as of 11/18/2024 | 31,098.73 |

### Details

Checks and payments cleared (35)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 11/03/2024 | Journal | Payroll JE 10/21-11/3 | | -1,277.40 |
| 11/03/2024 | Journal | Payroll JE 10/21-11/3 | | -973.20 |
| 11/03/2024 | Journal | Payroll JE 10/21-11/3 | | -4,297.88 |
| 11/03/2024 | Journal | Payroll JE 10/21-11/3 | | -397.34 |
| 11/03/2024 | Journal | Payroll JE 10/21-11/3 | | -551.56 |
| 11/03/2024 | Journal | Payroll JE 10/21-11/3 | | -606.83 |
| 11/03/2024 | Journal | Payroll JE 10/21-11/3 | | -642.94 |
| 11/06/2024 | Bill Payment | EFT68821753 | Specialty Beverage | -145.00 |
| 11/06/2024 | Bill Payment | EFT39561597 | Specialty Beverage | -219.00 |
| 11/08/2024 | Bill Payment | 5080 | AM Briggs INC dba Metropolitan … | -1,003.35 |
| 11/09/2024 | Journal | MI14334ME | | -7.58 |
| 11/09/2024 | Journal | MI14333ME | | -52.87 |
| 11/09/2024 | Journal | MI14335ME | | -5.00 |
| 11/12/2024 | Expense | | Toast Inc. | -21.90 |
| 11/12/2024 | Bill Payment | | VRA Cleaning Services LLC | -3,680.00 |
| 11/12/2024 | Expense | | Amazon | -14.82 |
| 11/12/2024 | Bill Payment | | Logan Food Company | -127.50 |
| 11/12/2024 | Journal | MI14347ME | | -285.00 |
| 11/12/2024 | Bill Payment | | Safety First Services | -625.00 |
| 11/12/2024 | Bill Payment | | Toast Inc. | -767.75 |
| 11/12/2024 | Bill Payment | | Checkr (Auto) | -72.49 |
| 11/12/2024 | Journal | MI14342ME | | -993.65 |
| 11/12/2024 | Bill Payment | | Lyon Bakery | -411.67 |
| 11/12/2024 | Bill Payment | | Toast Inc. | -417.11 |
| 11/12/2024 | Bill Payment | | Bowie Produce | -599.00 |
| 11/13/2024 | Journal | MI14348ME | | -13.47 |
| 11/13/2024 | Bill Payment | 5081 | ALSCO | -411.90 |
| 11/13/2024 | Expense | | | -0.26 |
| 11/13/2024 | Bill Payment | | Reinhart Food Service (PFG) | -3,379.35 |
| 11/14/2024 | Bill Payment | | Comcast (EFT) | -688.31 |
| 11/14/2024 | Expense | | Amazon | -51.94 |
| 11/15/2024 | Bill Payment | | Reinhart Food Service (PFG) | -6,894.63 |
| 11/15/2024 | Journal | MI14370ME | | -1,617.66 |
| 11/15/2024 | Bill Payment | | Premium Distributors | -405.66 |
| 11/15/2024 | Bill Payment | | ULINE INC. | -1,455.94 |
| **Total** | | | | **-33,114.96** |

Deposits and other credits cleared (19)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 11/07/2024 | Journal | Sales 11.7 | | 4,548.61 |
| 11/08/2024 | Journal | Sales 11.8 | | 194.94 |
| 11/08/2024 | Journal | Sales 11.8 | | 6,236.11 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/09/2024 | Journal | Sales 11.9 | | 170.26 |
| 11/09/2024 | Journal | Sales 11.9 | | 8,111.40 |
| 11/10/2024 | Journal | Sales 11.10 | | 146.00 |
| 11/10/2024 | Deposit | | UberEats | 2,617.12 |
| 11/10/2024 | Deposit | | DoorDash Inc | 3,149.26 |
| 11/10/2024 | Deposit | | | 587.12 |
| 11/10/2024 | Journal | Sales 11.10 | | 5,138.01 |
| 11/11/2024 | Journal | Sales 11.11 | | 74.93 |
| 11/11/2024 | Journal | Sales 11.11 | | 3,876.27 |
| 11/12/2024 | Journal | Sales 11.12 | | 118.74 |
| 11/12/2024 | Journal | Sales 11.12 | | 4,234.39 |
| 11/13/2024 | Deposit | | | 1.26 |
| 11/13/2024 | Deposit | | | 0.07 |
| 11/13/2024 | Deposit | | | 519.09 |
| 11/13/2024 | Journal | Sales 11.13 | | 4,276.97 |
| 11/13/2024 | Deposit | | | 0.06 |

**Total** 44,000.61

### Additional Information

Uncleared checks and payments as of 11/17/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage Contr… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -4,297.88 |
| 11/03/2024 | Journal | Payroll JE 10/21-11/3 | | -168.47 |
| 11/08/2024 | Bill Payment | 5079 | TriMark Adams-Burch | -666.98 |
| 11/14/2024 | Journal | MI14363ME | | -118.84 |
| 11/15/2024 | Bill Payment | 5082 | TriMark Adams-Burch | -1,702.66 |
| 11/15/2024 | Bill Payment | | Erie Insurance Group | -1,359.48 |
| 11/15/2024 | Bill Payment | 5083 | AM Briggs INC dba Metropolitan … | -1,271.43 |
| 11/16/2024 | Journal | MI14372ME | | -178.95 |
| 11/17/2024 | Journal | MI14383ME | | -231.61 |

**Total** -11,342.03

Uncleared deposits and other credits as of 11/17/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | 0.00 |
| 10/10/2024 | Journal | Sales 10.10 | | 24.80 |
| 10/11/2024 | Journal | Sales 10.11 | | 20.03 |
| 11/13/2024 | Journal | Sales 11.13 | | 7.67 |
| 11/14/2024 | Journal | Sales 11.14 | | 20.85 |
| 11/14/2024 | Journal | Sales 11.14 | | 3,778.44 |
| 11/15/2024 | Journal | Sales 11.15 | | 7,365.99 |
| 11/15/2024 | Journal | Sales 11.15 | | 104.35 |
| 11/16/2024 | Journal | MJ14376ME | | 155.94 |
| 11/16/2024 | Journal | MJ14376ME | | 7,575.65 |
| 11/17/2024 | Deposit | | UberEats | 4,116.01 |
| 11/17/2024 | Journal | MJ14381ME | | 6,977.54 |
| 11/17/2024 | Journal | MJ14381ME | | 106.30 |

**Total** 30,253.57

Uncleared checks and payments after 11/17/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/18/2024 | Bill Payment | | Platform Business Advisors | -2,500.00 |
| 11/18/2024 | Bill Payment | | MtoM Consulting, LLC | -30.00 |
| 11/18/2024 | Bill Payment | | Roberts Oxygen Company, Inc. | -153.56 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/18/2024 | Bill Payment | | Lyon Bakery | -423.45 |
| 11/18/2024 | Bill Payment | | Magnolia Plumbing | -632.84 |
| 11/18/2024 | Bill Payment | | Bowie Produce | -471.75 |
| Total | | | | -4,211.60 |