Smokecraft Clarendon LLC

1021 TD Bank-DIP Checking, Period Ending 11/24/2024

## RECONCILIATION REPORT

Reconciled on: 11/26/2024

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

### Summary USD

| | |
|---|---:|
| Statement beginning balance | 16,398.79 |
| Checks and payments cleared (29) | -55,254.72 |
| Deposits and other credits cleared (25) | 48,036.18 |
| Statement ending balance | 9,180.25 |
| | |
| Uncleared transactions as of 11/24/2024 | 16,677.00 |
| Register balance as of 11/24/2024 | 25,857.25 |
| Cleared transactions after 11/24/2024 | 0.00 |
| Uncleared transactions after 11/24/2024 | -2,812.67 |
| Register balance as of 11/26/2024 | 23,044.58 |

### Details

Checks and payments cleared (29)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 11/08/2024 | Bill Payment | 5079 | TriMark Adams-Burch | -666.98 |
| 11/14/2024 | Journal | MI14363ME | | -118.84 |
| 11/15/2024 | Bill Payment | | Erie Insurance Group | -1,359.48 |
| 11/15/2024 | Bill Payment | 5083 | AM Briggs INC dba Metropolitan … | -1,271.43 |
| 11/15/2024 | Bill Payment | 5082 | TriMark Adams-Burch | -1,702.66 |
| 11/16/2024 | Journal | MI14372ME | | -178.95 |
| 11/17/2024 | Journal | MI14383ME | | -231.61 |
| 11/17/2024 | Journal | Payroll JE 11.4-11.17 | | -17,534.41 |
| 11/17/2024 | Journal | Payroll JE 11.4-11.17 | | -6,666.51 |
| 11/17/2024 | Journal | MI14387ME | | -54.00 |
| 11/18/2024 | Expense | | Amazon | -63.58 |
| 11/18/2024 | Bill Payment | | Washington Gas | -715.87 |
| 11/18/2024 | Bill Payment | | Platform Business Advisors | -2,500.00 |
| 11/18/2024 | Bill Payment | | Bowie Produce | -471.75 |
| 11/18/2024 | Bill Payment | | Magnolia Plumbing | -632.84 |
| 11/18/2024 | Bill Payment | | Lyon Bakery | -423.45 |
| 11/18/2024 | Bill Payment | | Roberts Oxygen Company, Inc. | -153.56 |
| 11/18/2024 | Bill Payment | | MtoM Consulting, LLC | -30.00 |
| 11/18/2024 | Expense | | | -0.35 |
| 11/19/2024 | Journal | MI14391ME | | -149.98 |
| 11/19/2024 | Journal | MI14392ME | | -1,708.08 |
| 11/19/2024 | Bill Payment | 5084 | AM Briggs INC dba Metropolitan … | -828.41 |
| 11/21/2024 | Expense | | Arlington County Treasurer | -5,793.41 |
| 11/22/2024 | Expense | | VA Department of Taxation | -7,460.90 |
| 11/22/2024 | Bill Payment | | ALSCO | -129.11 |
| 11/22/2024 | Bill Payment | | Reinhart Food Service (PFG) | -4,209.25 |
| 11/22/2024 | Bill Payment | | ULINE INC. | -121.79 |
| 11/22/2024 | Expense | | | -0.05 |
| 11/22/2024 | Bill Payment | | Reinhart Food Service (PFG) | -77.47 |
| **Total** | | | | **-55,254.72** |

Deposits and other credits cleared (25)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 11/13/2024 | Journal | Sales 11.13 | | 7.67 |
| 11/14/2024 | Journal | Sales 11.14 | | 3,778.44 |
| 11/14/2024 | Journal | Sales 11.14 | | 20.85 |
| 11/15/2024 | Journal | Sales 11.15 | | 104.35 |
| 11/15/2024 | Journal | Sales 11.15 | | 7,365.99 |
| 11/16/2024 | Journal | Sales 11.16 | | 155.94 |
| 11/16/2024 | Journal | Sales 11.16 | | 7,379.84 |
| 11/17/2024 | Journal | Sales 11.17 | | 6,791.32 |
| 11/17/2024 | Journal | Sales 11.17 | | 106.30 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 11/17/2024 | Deposit | | UberEats | 4,116.01 |
| 11/17/2024 | Deposit | | DoorDash Inc | 2,219.64 |
| 11/17/2024 | Deposit | | | 414.08 |
| 11/17/2024 | Deposit | | | 1,233.14 |
| 11/18/2024 | Deposit | | | 0.33 |
| 11/18/2024 | Journal | Sales 11.18 | | 4,434.53 |
| 11/18/2024 | Deposit | | | 0.15 |
| 11/18/2024 | Journal | Sales 11.18 | | 191.05 |
| 11/18/2024 | Deposit | | Square | 267.96 |
| 11/18/2024 | Deposit | | | 0.70 |
| 11/18/2024 | Deposit | | | 0.06 |
| 11/19/2024 | Journal | Sales 11.19 | | 4,609.41 |
| 11/20/2024 | Journal | Sales 11.20 | | 4,434.42 |
| 11/20/2024 | Journal | Sales 11.20 | | 313.62 |
| 11/21/2024 | Journal | Sales 11.21 | | 90.00 |
| 11/22/2024 | Deposit | | | 0.38 |

**Total**  48,036.18

## Additional Information

Uncleared checks and payments as of 11/24/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage Contr… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -4,297.88 |
| 11/03/2024 | Journal | Payroll JE 10/21-11/3 | | -168.47 |
| 11/17/2024 | Journal | Payroll JE 11.4-11.17 | | -544.16 |
| 11/17/2024 | Journal | Payroll JE 11.4-11.17 | | -421.70 |
| 11/17/2024 | Journal | Payroll JE 11.4-11.17 | | -537.05 |
| 11/17/2024 | Journal | Payroll JE 11.4-11.17 | | -4,297.88 |
| 11/17/2024 | Journal | Payroll JE 11.4-11.17 | | -1,307.01 |
| 11/17/2024 | Journal | Payroll JE 11.4-11.17 | | -785.46 |
| 11/17/2024 | Journal | Payroll JE 11.4-11.17 | | -753.62 |
| 11/19/2024 | Bill Payment | 5086 | AM Briggs INC dba Metropolitan … | -329.47 |
| 11/22/2024 | Journal | MI14418ME | | -14.99 |
| 11/22/2024 | Bill Payment | 5087 | AM Briggs INC dba Metropolitan … | -1,448.82 |
| 11/22/2024 | Journal | MI14423ME | | -531.85 |
| 11/22/2024 | Bill Payment | 5088 | TriMark Adams-Burch | -55.87 |
| 11/23/2024 | Journal | MI14426ME | | -2,697.76 |
| 11/23/2024 | Journal | MI14455ME | | -144.00 |
| 11/23/2024 | Journal | MI14421ME | | -36.02 |
| 11/24/2024 | Journal | MI14440ME | | -57.12 |
| 11/24/2024 | Journal | MI14443ME | | -47.71 |
| 11/24/2024 | Journal | MI14429ME | | -2,007.66 |

**Total**  -21,830.23

Uncleared deposits and other credits as of 11/24/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | 0.00 |
| 10/10/2024 | Journal | Sales 10.10 | | 24.80 |
| 10/11/2024 | Journal | Sales 10.11 | | 20.03 |
| 11/21/2024 | Journal | Sales 11.21 | | 6,286.07 |
| 11/22/2024 | Journal | Sales 11.22 | | 8,867.93 |
| 11/22/2024 | Journal | Sales 11.22 | | 180.66 |
| 11/23/2024 | Journal | Sales 11.23 | | 84.55 |
| 11/23/2024 | Journal | Sales 11.23 | | 14,265.14 |
| 11/24/2024 | Journal | MJ14438ME | | 8,778.05 |

**Total**  38,507.23

Uncleared checks and payments after 11/24/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/25/2024 | Bill Payment | | Lyon Bakery | -413.47 |
| 11/25/2024 | Bill Payment | | GWWC, LLC | -500.00 |
| 11/25/2024 | Bill Payment | 5089 | AM Briggs INC dba Metropolitan … | -1,316.07 |
| 11/25/2024 | Bill Payment | | Bowie Produce | -449.00 |
| 11/25/2024 | Bill Payment | | Dominion Energy Virginia | -2,246.78 |
| 11/25/2024 | Expense | | State Farm | -182.34 |
| 11/25/2024 | Journal | MI14451ME | | -1,023.72 |
| 11/25/2024 | Journal | MI14446ME | | -12.06 |
| 11/25/2024 | Bill Payment | | TriMark Adams-Burch | -390.08 |
| 11/25/2024 | Bill Payment | | Pest Management Services, Inc. | -85.00 |
| 11/26/2024 | Bill Payment | | Capital Bank | -1,500.00 |
| 11/26/2024 | Bill Payment | 5090 | ALSCO | -205.95 |

Total -8,324.47

Uncleared deposits and other credits after 11/24/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/25/2024 | Journal | MJ14456ME | | 5,425.60 |
| 11/25/2024 | Journal | MJ14456ME | | 86.20 |

Total 5,511.80