**1021 TD Bank-DIP Checking, Period Ending 11/30/2024**

**RECONCILIATION REPORT**

Reconciled on: 12/03/2024

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 9,180.25 |
| Checks and payments cleared (43) | -37,215.55 |
| Deposits and other credits cleared (20) | 59,559.33 |
| Statement ending balance | 31,524.03 |
| | |
| Uncleared transactions as of 11/30/2024 | -7,953.57 |
| Register balance as of 11/30/2024 | 23,570.46 |
| Cleared transactions after 11/30/2024 | 0.00 |
| Uncleared transactions after 11/30/2024 | -8,422.47 |
| Register balance as of 12/03/2024 | 15,147.99 |

**Details**

Checks and payments cleared (43)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/17/2024 | Journal | Payroll JE 11.4-11.17 | | -544.16 |
| 11/17/2024 | Journal | Payroll JE 11.4-11.17 | | -421.70 |
| 11/17/2024 | Journal | Payroll JE 11.4-11.17 | | -4,297.88 |
| 11/17/2024 | Journal | Payroll JE 11.4-11.17 | | -1,307.01 |
| 11/17/2024 | Journal | Payroll JE 11.4-11.17 | | -785.46 |
| 11/17/2024 | Journal | Payroll JE 11.4-11.17 | | -753.62 |
| 11/19/2024 | Bill Payment | 5086 | AM Briggs INC dba Metropolitan … | -329.47 |
| 11/22/2024 | Journal | MI14418ME | | -14.99 |
| 11/22/2024 | Bill Payment | 5087 | AM Briggs INC dba Metropolitan … | -1,448.82 |
| 11/22/2024 | Bill Payment | 5088 | TriMark Adams-Burch | -55.87 |
| 11/22/2024 | Journal | MI14423ME | | -531.85 |
| 11/23/2024 | Journal | MI14455ME | | -144.00 |
| 11/23/2024 | Journal | MI14421ME | | -36.02 |
| 11/23/2024 | Journal | MI14426ME | | -2,697.76 |
| 11/24/2024 | Journal | MI14429ME | | -2,007.66 |
| 11/24/2024 | Journal | MI14440ME | | -57.12 |
| 11/25/2024 | Bill Payment | | GWWC, LLC | -500.00 |
| 11/25/2024 | Bill Payment | | TriMark Adams-Burch | -545.09 |
| 11/25/2024 | Bill Payment | | TriMark Adams-Burch | -390.08 |
| 11/25/2024 | Bill Payment | | Lyon Bakery | -413.47 |
| 11/25/2024 | Bill Payment | 5089 | AM Briggs INC dba Metropolitan … | -1,316.07 |
| 11/25/2024 | Bill Payment | | Dominion Energy Virginia | -2,246.78 |
| 11/25/2024 | Expense | | State Farm | -182.34 |
| 11/25/2024 | Journal | MI14451ME | | -1,023.72 |
| 11/25/2024 | Journal | MI14446ME | | -12.06 |
| 11/25/2024 | Bill Payment | | Bowie Produce | -449.00 |
| 11/25/2024 | Bill Payment | | Pest Management Services, Inc. | -85.00 |
| 11/26/2024 | Expense | | Amazon | -42.71 |
| 11/26/2024 | Bill Payment | | Capital Bank | -1,500.00 |
| 11/26/2024 | Journal | MI14461ME | | -896.67 |
| 11/26/2024 | Bill Payment | 5090 | ALSCO | -205.95 |
| 11/27/2024 | Bill Payment | | Republic National | -208.68 |
| 11/27/2024 | Expense | | Amazon | -5.00 |
| 11/27/2024 | Journal | MI14470ME | | -171.63 |
| 11/27/2024 | Journal | MI14467ME | | -474.31 |
| 11/27/2024 | Journal | MI14474ME | | -17.99 |
| 11/29/2024 | Bill Payment | | Reinhart Food Service (PFG) | -3,665.62 |
| 11/29/2024 | Bill Payment | | Open Table Inc. ACH | -330.00 |
| 11/29/2024 | Bill Payment | | Reinhart Food Service (PFG) | -6,484.51 |
| 11/29/2024 | Journal | MI14476ME | | -346.64 |
| 11/29/2024 | Bill Payment | | VA Eagle Distributing | -246.00 |
| 11/29/2024 | Expense | | | -1.65 |
| 11/29/2024 | Expense | | Adobe Inc. | -21.19 |

**Total** -37,215.55

Deposits and other credits cleared (20)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/21/2024 | Journal | Sales 11.21 | | 6,286.07 |
| 11/22/2024 | Journal | Sales 11.22 | | 180.66 |
| 11/22/2024 | Journal | Sales 11.22 | | 8,867.93 |
| 11/23/2024 | Journal | Sales 11.23 | | 14,265.14 |
| 11/23/2024 | Journal | Sales 11.23 | | 84.55 |
| 11/24/2024 | Deposit | | | 981.16 |
| 11/24/2024 | Journal | Sales 11.24 | | 8,528.46 |
| 11/24/2024 | Deposit | | UberEats | 2,890.94 |
| 11/24/2024 | Deposit | | | 80.59 |
| 11/25/2024 | Deposit | | | 0.34 |
| 11/25/2024 | Deposit | | | 0.45 |
| 11/25/2024 | Deposit | | DoorDash Inc | 2,022.87 |
| 11/25/2024 | Journal | Sales 11.25 | | 5,288.12 |
| 11/26/2024 | Journal | Sales 11.26 | | 3,446.83 |
| 11/27/2024 | Deposit | | toast | 396.97 |
| 11/27/2024 | Journal | Sales 11.27 | | 223.65 |
| 11/27/2024 | Journal | Sales 11.27 | | 5,925.36 |
| 11/28/2024 | Journal | Sales 11.28 | | 54.55 |
| 11/29/2024 | Deposit | | | 29.24 |
| 11/29/2024 | Deposit | | | 5.45 |

**Total**          59,559.33

**Additional Information**

Uncleared checks and payments as of 11/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage Contr… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -4,297.88 |
| 11/03/2024 | Journal | Payroll JE 10/21-11/3 | | -168.47 |
| 11/17/2024 | Journal | Payroll JE 11.4-11.17 | | -537.05 |
| 11/24/2024 | Journal | MI14443ME | | -47.71 |
| 11/27/2024 | Bill Payment | 5091 | TriMark Adams-Burch | -580.72 |
| 11/29/2024 | Bill Payment | | Bowie Produce | -449.50 |
| 11/29/2024 | Bill Payment | | VRA Cleaning Services LLC | -3,680.00 |
| 11/29/2024 | Bill Payment | | Magnolia Plumbing | -2,026.50 |
| 11/29/2024 | Bill Payment | | Lyon Bakery | -1,155.76 |
| 11/29/2024 | Bill Payment | 5092 | M.A. Stockstill Co. | -778.54 |
| 11/29/2024 | Bill Payment | | Logan Food Company | -127.50 |
| 11/30/2024 | Journal | MI14494ME | | -15.34 |

**Total**          -15,210.70

Uncleared deposits and other credits as of 11/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | 0.00 |
| 10/10/2024 | Journal | Sales 10.10 | | 24.80 |
| 10/11/2024 | Journal | Sales 10.11 | | 20.03 |
| 11/25/2024 | Journal | Sales 11.25 | | 86.20 |
| 11/28/2024 | Journal | Sales 11.28 | | 24.08 |
| 11/29/2024 | Journal | Sales 11.29 | | 105.40 |
| 11/29/2024 | Journal | Sales 11.29 | | 4,174.63 |
| 11/30/2024 | Deposit | | | 195.15 |
| 11/30/2024 | Journal | Sales 11.30 | | 2,626.84 |

**Total**          7,257.13

Uncleared checks and payments after 11/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 12/01/2024 | Journal | MI14493ME | | -300.00 |
| 12/02/2024 | Expense | | | -0.40 |
| 12/02/2024 | Bill Payment | | KBS III 3003 Washington LLC | -18,517.64 |
| 12/02/2024 | Journal | MI14503ME | | -104.07 |

| Total | | | | -18,922.11 |
|-------|--|--|--|-----------|

Uncleared deposits and other credits after 11/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 12/01/2024 | Deposit | | UberEats | 1,990.47 |
| 12/01/2024 | Journal | MJ14490ME | | 3,268.14 |
| 12/02/2024 | Journal | MJ14501ME | | 4,241.03 |
| 12/02/2024 | Transfer | | | 1,000.00 |

| Total | | | | 10,499.64 |
|-------|--|--|--|-----------|