Smokecraft Clarendon LLC

**1020 TD Bank Operating, Period Ending 11/30/2024**

**RECONCILIATION REPORT**

Reconciled on: 12/04/2024

Reconciled by: Marcelena Jarrouj

Any changes made to transactions after this date aren't included in this report.

## Summary

| | USD |
|---|---|
| Statement beginning balance | 1,033.10 |
| Checks and payments cleared (1) | -24.75 |
| Deposits and other credits cleared (1) | 24.75 |
| Statement ending balance | 1,033.10 |
| Uncleared transactions as of 11/30/2024 | -541.50 |
| Register balance as of 11/30/2024 | 491.60 |
| Cleared transactions after 11/30/2024 | 0.00 |
| Uncleared transactions after 11/30/2024 | -1,000.00 |
| Register balance as of 12/04/2024 | -508.40 |

## Details

**Checks and payments cleared (1)**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/31/2024 | Journal | bank rec adj | | -24.75 |
| Total | | | | -24.75 |

**Deposits and other credits cleared (1)**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/24/2024 | Journal | bank rec adjR | | 24.75 |
| Total | | | | 24.75 |

## Additional Information

**Uncleared checks and payments as of 11/30/2024**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/17/2022 | Journal | payroll 7/4-7/17 | | -388.33 |
| 08/27/2023 | Journal | Payroll JE 8/14-8/27 | | -12.10 |
| 03/24/2024 | Journal | Payroll 3/11-3/24 | | -141.07 |
| Total | | | | -541.50 |

**Uncleared checks and payments after 11/30/2024**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/02/2024 | Transfer | | | -1,000.00 |
| Total | | | | -1,000.00 |