**Smokecraft Clarendon LLC**
**MOR Exhibit C - Deposit Transaction Report**

| Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount | |
|---|---|---|---|---|---|---|---|---|
| 12/01/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | -Split- | 459.36 |
| 12/01/2024 | Deposit | | No | UberEats | | 1021 TD Bank-DIP Checking | -Split- | 1,990.47 |
| 12/01/2024 | Deposit | | No | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | 2,162.39 |
| 12/01/2024 | Journal Entry | Sales 12.1 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,156.77 |
| 12/02/2024 | Journal Entry | Sales 10.2 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 4,127.18 |
| 12/03/2024 | Journal Entry | Sales 12.3 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 19.80 |
| 12/03/2024 | Journal Entry | Sales 12.3 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 834.79 |
| 12/04/2024 | Journal Entry | Sales 12.4 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 26.80 |
| 12/04/2024 | Journal Entry | Sales 12.4 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 1,809.64 |
| 12/05/2024 | Deposit | | No | Eventbrite | WWW.SMOKECRAFTBB 112311493 | 1021 TD Bank-DIP Checking | 1208 Eventbrite | 224.00 |
| 12/05/2024 | Journal Entry | Sales 12.5 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,275.94 |
| 12/06/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.20 |
| 12/06/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.20 |
| 12/06/2024 | Journal Entry | Sales 12.6 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 334.00 |
| 12/06/2024 | Journal Entry | Sales 12.6 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 4,341.52 |
| 12/07/2024 | Journal Entry | Sales 12.7 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 168.05 |
| 12/07/2024 | Journal Entry | Sales 12.7 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 7,961.30 |
| 12/08/2024 | Journal Entry | Sales 12.8 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 142.75 |
| 12/08/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | -Split- | 246.91 |
| 12/08/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | -Split- | 780.40 |
| 12/08/2024 | Deposit | | No | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | 3,177.99 |
| 12/08/2024 | Deposit | | No | UberEats | | 1021 TD Bank-DIP Checking | -Split- | 3,220.58 |
| 12/08/2024 | Journal Entry | Sales 12.8 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,774.74 |
| 12/09/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.25 |
| 12/09/2024 | Journal Entry | Sales 12.9 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 4.92 |
| 12/09/2024 | Deposit | | No | Venmo | Credit meat cost | 1021 TD Bank-DIP Checking | 6110 Cost of Sales:Meat Cost | 500.00 |
| 12/09/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 1060 Petty Cash | 1,000.00 |
| 12/09/2024 | Journal Entry | Sales 12.9 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,136.87 |
| 12/10/2024 | Journal Entry | Sales 12.10 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 93.42 |
| 12/10/2024 | Journal Entry | Sales 12.10 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,689.91 |
| 12/11/2024 | Journal Entry | Sales 12.11 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 90.00 |
| 12/11/2024 | Deposit | | No | | INTEREST CREDIT | 1050 TD Bank CD | 8101 Interest Income | 206.01 |
| 12/11/2024 | Journal Entry | Sales 12.11 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,599.27 |
| 12/12/2024 | Journal Entry | Sales 12.12 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 133.68 |
| 12/12/2024 | Journal Entry | Sales 12.12 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 9,985.17 |
| 12/13/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.08 |
| 12/13/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.32 |
| 12/13/2024 | Journal Entry | Sales 12.13 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 30.77 |
| 12/13/2024 | Journal Entry | Sales 12.13 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 5,190.49 |
| 12/14/2024 | Journal Entry | Sales 12.14 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 605.08 |
| 12/14/2024 | Journal Entry | Sales 12.14 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 7,525.43 |
| 12/15/2024 | Journal Entry | Sales 12.15 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 15.59 |
| 12/15/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | -Split- | 209.34 |
| 12/15/2024 | Deposit | | No | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | 2,389.10 |
| 12/15/2024 | Journal Entry | Sales 12.15 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,562.41 |
| 12/15/2024 | Deposit | | No | UberEats | | 1021 TD Bank-DIP Checking | -Split- | 3,665.51 |
| 12/15/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | -Split- | 6,620.89 |
| 12/16/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.23 |
| 12/16/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.41 |
| 12/16/2024 | Journal Entry | Sales 12.16 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 32.95 |
| 12/16/2024 | Deposit | | No | Square | Braveheart rebate. Please credit meat cost | 1021 TD Bank-DIP Checking | 6110 Cost of Sales:Meat Cost | 234.56 |
| 12/16/2024 | Journal Entry | Sales 12.16 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,142.87 |
| 12/17/2024 | Journal Entry | Sales 12.17 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 31.85 |
| 12/17/2024 | Journal Entry | Sales 12.17 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 5,066.58 |
| 12/18/2024 | Journal Entry | Sales 12.18 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 66.92 |
| 12/18/2024 | Journal Entry | Sales 12.18 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 6,264.88 |
| 12/19/2024 | Journal Entry | Sales 12.19 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 228.14 |
| 12/19/2024 | Journal Entry | Sales 12.19 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 9,427.48 |
| 12/20/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.05 |
| 12/20/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.15 |
| 12/20/2024 | Journal Entry | Sales 12.20 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 59.52 |
| 12/20/2024 | Journal Entry | Sales 12.20 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 7,946.18 |
| 12/21/2024 | Journal Entry | Sales 12.21 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 135.62 |
| 12/21/2024 | Journal Entry | Sales 12.21 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 5,601.85 |
| 12/22/2024 | Journal Entry | Sales 12.22 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 75.00 |
| 12/22/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | -Split- | 1,166.32 |
| 12/22/2024 | Deposit | | No | UberEats | | 1021 TD Bank-DIP Checking | -Split- | 2,710.44 |
| 12/22/2024 | Deposit | | No | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | 2,888.17 |
| 12/22/2024 | Journal Entry | Sales 12.22 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,482.80 |
| 12/23/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.48 |
| 12/23/2024 | Journal Entry | Sales 12.23 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 12.07 |
| 12/23/2024 | Deposit | | No | | VISA DDA REF - 469216  AMAZON RETAIL PARTNERS  AMZN COM BILL * WA | 1021 TD Bank-DIP Checking | 7110 B. Controllable Expenses:Operating Supplies F&B | 20.88 |
| 12/23/2024 | Journal Entry | Sales 12.23 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,332.37 |
| 12/24/2024 | Journal Entry | Sales 12.24 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 92.30 |
| 12/24/2024 | Journal Entry | Sales 12.24 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,792.23 |
| 12/25/2024 | Journal Entry | Sales 12.25 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 97.48 |
| 12/26/2024 | Journal Entry | Sales 12.26 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 12.32 |
| 12/26/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 136.02 |
| 12/26/2024 | Deposit | | No | | WWW.SMOKECRAFTBB 114101913 | 1021 TD Bank-DIP Checking | 1208 Eventbrite | 736.00 |
| 12/26/2024 | Journal Entry | Sales 12.26 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 1,652.17 |
| 12/27/2024 | Journal Entry | Sales 12.27 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 100.75 |
| 12/27/2024 | Journal Entry | Sales 12.27 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 2,423.81 |
| 12/28/2024 | Journal Entry | Sales 12.28 | No | | Cash | 1020 TD Bank Operating | -Split- | 63.00 |
| 12/28/2024 | Journal Entry | Sales 12.28 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 3,747.42 |
| 12/29/2024 | Journal Entry | Sales 12.29 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 127.77 |
| 12/29/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | -Split- | 396.06 |
| 12/29/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | -Split- | 767.85 |
| 12/29/2024 | Deposit | | No | DoorDash Inc | | 1021 TD Bank-DIP Checking | -Split- | 1,385.80 |
| 12/29/2024 | Deposit | | No | UberEats | | 1021 TD Bank-DIP Checking | -Split- | 1,583.63 |
| 12/29/2024 | Journal Entry | Sales 12.29 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 5,167.71 |
| 12/30/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.25 |
| 12/30/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.68 |
| 12/30/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.70 |
| 12/30/2024 | Deposit | | No | | DEPOSIT | 1020 TD Bank Operating | 6750 B. Controllable Expenses:Trash Removal | 32.63 |
| 12/30/2024 | Journal Entry | Sales 12.30 | No | | Cash | 1021 TD Bank-DIP Checking | -Split- | 206.33 |
| 12/30/2024 | Journal Entry | Sales 12.30 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 1,691.12 |
| 12/31/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | 0.23 |
| 12/31/2024 | Deposit | | No | | | 1021 TD Bank-DIP Checking | -Split- | 274.20 |
| 12/31/2024 | Journal Entry | Sales 12.31 | No | | Credit Cards | 1021 TD Bank-DIP Checking | -Split- | 1,562.78 |
| | | | | | | | $ | 167,470.30 |