**Smokecraft Clarendon LLC**
**MOR Exhibit D - Withdrawal Transaction Report**

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount | | |
|---|---|---|---|---|---|---|---|---|
| 12/02/2024 | Bill Payment (Check) | | No | KBS III 3003 Washington LLC | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -18,517.64 |
| 12/02/2024 | Journal Entry | MI14503ME | No | | Vendor: Spiceology | 1021 TD Bank-DIP Checking | -Split- | -104.07 |
| 12/02/2024 | Expense | | No | Toast Inc. | | 1021 TD Bank-DIP Checking | 7190 C. General & Administrative:Other Contracted Services-Admin | -16.24 |
| 12/02/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | -0.40 |
| 12/03/2024 | Bill Payment (Check) | 5093 | No | ALSCO | Invoice Numbers: LALE1123316 | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -205.95 |
| 12/03/2024 | Bill Payment (Check) | 5094 | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1877518 | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -84.06 |
| 12/03/2024 | Journal Entry | MI14536ME | No | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -24.36 |
| 12/05/2024 | Bill Payment (Check) | | No | Parkx Master Merchant, LC | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -200.00 |
| 12/05/2024 | Journal Entry | MI14523ME | No | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | -56.97 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | taxes - GL Report Summary | 1021 TD Bank-DIP Checking | -Split- | -8,120.40 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -4,297.88 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -2,332.26 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -1,757.28 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -1,716.27 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -1,634.09 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -1,540.07 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -1,538.76 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -1,425.65 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -1,388.60 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -1,342.44 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -1,258.47 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -1,136.00 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -990.35 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -986.31 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -939.72 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -933.92 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -835.60 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -785.95 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -721.11 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -711.39 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -625.85 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -555.32 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -497.90 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -456.88 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -447.81 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -437.43 |
| 12/06/2024 | Journal Entry | MI14495ME | No | | Vendor: MarginEdge | 1021 TD Bank-DIP Checking | -Split- | -300.00 |
| 12/06/2024 | Journal Entry | Payroll JE 11.18-12.1 | No | | DD+ payroll fee | 1021 TD Bank-DIP Checking | -Split- | -238.00 |
| 12/06/2024 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -2,862.14 |
| 12/06/2024 | Bill Payment (Check) | 5096 | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1878790 | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -601.91 |
| 12/06/2024 | Bill Payment (Check) | 5095 | No | TriMark Adams-Burch | Invoice Numbers: 6484490-00 | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -560.78 |
| 12/06/2024 | Journal Entry | MI14518ME | No | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | -368.08 |
| 12/06/2024 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -81.81 |
| 12/06/2024 | Journal Entry | MI14515ME | No | | Vendor: Giant | 1021 TD Bank-DIP Checking | -Split- | -26.47 |
| 12/09/2024 | Bill Payment (Check) | | No | Safety First Services | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -625.00 |
| 12/09/2024 | Bill Payment (Check) | | No | Lyon Bakery | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -277.13 |
| 12/09/2024 | Bill Payment (Check) | | No | Bowie Produce | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -262.50 |
| 12/09/2024 | Bill Payment (Check) | | No | Roberts Oxygen Company, Inc. | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -85.16 |
| 12/09/2024 | Expense | | No | Amazon | VISA DDA PUR AP - 443106  AMAZON GROCE ZR86006H2  SEATTLE  * WA | 1021 TD Bank-DIP Checking | 6170 Cost of Sales:Grocery Cost | -26.36 |
| 12/09/2024 | Journal Entry | MI14883ME | No | | Vendor: Arlington Chamber of Commerce | 1021 TD Bank-DIP Checking | -Split- | -25.00 |
| 12/09/2024 | Expense | | No | Toast Inc. | TOAST, INC.   20241130-3 | 1021 TD Bank-DIP Checking | 7250 C. General & Administrative:Credit Card Commissions | -14.82 |
| 12/09/2024 | Expense | | No | TD Bank | CD EARLY WD PEN | 1050 TD Bank CD | 7220 C. General & Administrative:Bank Charges & Fees | -11.37 |
| 12/09/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | -0.05 |
| 12/10/2024 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -3,954.94 |
| 12/10/2024 | Bill Payment (Check) | 5097 | No | ALSCO | Invoice Numbers: LALE1124351 | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -205.95 |
| 12/10/2024 | Journal Entry | MI14900ME | No | | Vendor: ULINE | 1021 TD Bank-DIP Checking | -Split- | -187.49 |
| 12/10/2024 | Expense | | No | Arlington Chamber of Commerce | ARLINGTON CHAMBE ACH | 1021 TD Bank-DIP Checking | 7270 C. General & Administrative:Dues & Subscriptions | -48.00 |
| 12/11/2024 | Bill Payment (Check) | 5098 | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1880010 | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -1,233.40 |
| 12/11/2024 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -368.94 |
| 12/11/2024 | Journal Entry | MI14902ME | No | | Vendor: Restaurant Depot | 1021 TD Bank-DIP Checking | -Split- | -241.19 |
| 12/11/2024 | Journal Entry | MI14901ME | No | | Vendor: VistaPrint | 1021 TD Bank-DIP Checking | -Split- | -120.18 |
| 12/12/2024 | Journal Entry | MI14892ME | No | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | -563.83 |
| 12/12/2024 | Journal Entry | MI14912ME | No | | Vendor: Mailchimp | 1021 TD Bank-DIP Checking | -Split- | -285.00 |
| 12/12/2024 | Expense | | No | Amazon | VISA DDA PUR AP - 469216  AMAZON MKTPL ZR3W76QX1   AMZN COM BILL * WA | 1021 TD Bank-DIP Checking | 6170 Cost of Sales:Grocery Cost | -28.53 |
| 12/13/2024 | Bill Payment (Check) | | No | Erie Insurance Group | 3251278 | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -1,359.48 |
| 12/13/2024 | Bill Payment (Check) | 5099 | No | TriMark Adams-Burch | Invoice Numbers: 6486653-00 | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -756.69 |
| 12/13/2024 | Bill Payment (Check) | | No | Premium Distributors | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -295.11 |
| 12/13/2024 | Journal Entry | MI14916ME | No | | Vendor: ULINE | 1021 TD Bank-DIP Checking | -Split- | -185.86 |
| 12/13/2024 | Journal Entry | MI14911ME | No | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | -149.96 |
| 12/13/2024 | Bill Payment (Check) | 5100 | No | TriMark Adams-Burch | Invoice Numbers: 6486661-00 | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -77.43 |
| 12/13/2024 | Journal Entry | MI14910ME | No | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | -34.99 |
| 12/13/2024 | Expense | | No | Amazon | VISA DDA PUR AP - 469216  AMAZON RETAI Z107X9O52   AMZN COM BILL * WA | 1021 TD Bank-DIP Checking | 7750 E. Repair & Maintenance:Pest Control | -16.56 |
| 12/13/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | -0.42 |
| 12/15/2024 | Journal Entry | MI14919ME | No | | Vendor: Trader Joe's | 1021 TD Bank-DIP Checking | -Split- | -8.06 |
| 12/16/2024 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -7,171.27 |
| 12/16/2024 | Bill Payment (Check) | | No | Platform Business Advisors | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -2,500.00 |
| 12/16/2024 | Bill Payment (Check) | | No | Comcast (EFT) | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -688.31 |
| 12/16/2024 | Bill Payment (Check) | | No | Bowie Produce | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -624.25 |
| 12/16/2024 | Bill Payment (Check) | | No | Lyon Bakery | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -316.39 |
| 12/16/2024 | Bill Payment (Check) | | No | Logan Food Company | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -127.50 |
| 12/16/2024 | Expense | | No | Amazon | VISA DDA PUR AP - 469216  AMAZON MKTPL ZX3W09KA0  AMZN COM BILL * WA | 1021 TD Bank-DIP Checking | 6170 Cost of Sales:Grocery Cost | -32.29 |
| 12/16/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | -0.08 |
| 12/17/2024 | Bill Payment (Check) | 5101 | No | ALSCO | Invoice Numbers: LALE1125410 | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -205.95 |
| 12/17/2024 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -78.56 |
| 12/17/2024 | Journal Entry | MI14946ME | No | | Vendor: Dropbox | 1021 TD Bank-DIP Checking | -Split- | -54.00 |
| 12/18/2024 | Bill Payment (Check) | | No | Republic National | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -439.68 |
| 12/18/2024 | Bill Payment (Check) | EFT19580725 | No | Hop & Wine | Invoice Numbers: 275828 | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -227.00 |
| 12/18/2024 | Journal Entry | MI14945ME | No | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | -49.99 |
| 12/19/2024 | Journal Entry | MI14947ME | No | | Vendor: Restaurant Depot / Jetro | 1021 TD Bank-DIP Checking | -Split- | -714.37 |
| 12/19/2024 | Journal Entry | MI14962ME | No | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | -517.87 |
| 12/19/2024 | Journal Entry | MI14960ME | No | | Vendor: ULINE | 1021 TD Bank-DIP Checking | -Split- | -347.37 |
| 12/20/2024 | Journal Entry | Payroll JE 12.2-12.15 | No | | DD+ payroll fee | 1021 TD Bank-DIP Checking | -Split- | -16,635.95 |
| 12/20/2024 | Journal Entry | Payroll JE 12.2-12.15 | No | | taxes - GL Report Summary | 1021 TD Bank-DIP Checking | -Split- | -6,220.24 |
| 12/20/2024 | Journal Entry | Payroll JE 12.2-12.15 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -4,297.88 |
| 12/20/2024 | Journal Entry | Payroll JE 12.2-12.15 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -924.48 |
| 12/20/2024 | Journal Entry | Payroll JE 12.2-12.15 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -708.72 |
| 12/20/2024 | Journal Entry | Payroll JE 12.2-12.15 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -701.35 |
| 12/20/2024 | Journal Entry | Payroll JE 12.2-12.15 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -529.72 |
| 12/20/2024 | Journal Entry | Payroll JE 12.2-12.15 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -471.91 |
| 12/20/2024 | Journal Entry | Payroll JE 12.2-12.15 | No | | Employee Payroll | 1021 TD Bank-DIP Checking | -Split- | -430.07 |
| 12/20/2024 | Bill Payment (Check) | 5103 | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1882955 | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -2,352.26 |
| 12/20/2024 | Bill Payment (Check) | 5102 | No | TriMark Adams-Burch | Invoice Numbers: 6488598-00 | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -831.26 |
| 12/20/2024 | Bill Payment (Check) | | No | VA Eagle Distributing | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -285.50 |
| 12/20/2024 | Expense | | No | Intuit Inc. | | 1020 TD Bank Operating | 7190 C. General & Administrative:Other Contracted Services-Admin | -85.00 |
| 12/20/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | -0.92 |
| 12/20/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | -0.14 |
| 12/21/2024 | Bill Payment (Check) | 5104 | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1883203 | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -894.42 |
| 12/21/2024 | Journal Entry | MI14971ME | No | | Vendor: Restaurant Depot / Jetro | 1021 TD Bank-DIP Checking | -Split- | -305.84 |
| 12/21/2024 | Journal Entry | MI14972ME | No | | Vendor: Giant | 1021 TD Bank-DIP Checking | -Split- | -47.04 |
| 12/21/2024 | Journal Entry | MI14985ME | No | | Vendor: Meta for Business | 1021 TD Bank-DIP Checking | -Split- | -42.00 |
| 12/21/2024 | Journal Entry | MI15021ME | No | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -39.69 |
| 12/21/2024 | Journal Entry | MI15020ME | No | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -8.78 |
| 12/21/2024 | Journal Entry | MI15022ME | No | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -7.41 |
| 12/22/2024 | Journal Entry | MI14976ME | No | | Vendor: Giant | 1021 TD Bank-DIP Checking | -Split- | -98.13 |
| 12/22/2024 | Journal Entry | MI14979ME | No | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | -57.98 |
| 12/22/2024 | Journal Entry | MI14977ME | No | | Vendor: Trader Joe's | 1021 TD Bank-DIP Checking | -Split- | -31.72 |
| 12/22/2024 | Journal Entry | MI14983ME | No | | Vendor: Canva | 1021 TD Bank-DIP Checking | -Split- | -14.99 |
| 12/23/2024 | Expense | | No | Arlington County Treasurer | ARLINGTON COUNTY ARLCO PMT | 1021 TD Bank-DIP Checking | 2000 Sales Tax Payable | -6,927.96 |
| 12/23/2024 | Bill Payment (Check) | | No | Chili-Craft Company Inc. | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -1,236.00 |
| 12/23/2024 | Bill Payment (Check) | | No | Washington Gas | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -944.55 |
| 12/23/2024 | Bill Payment (Check) | | No | Bowie Produce | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -625.50 |
| 12/23/2024 | Bill Payment (Check) | | No | Lyon Bakery | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -513.90 |
| 12/23/2024 | Journal Entry | MI14982ME | No | | Vendor: ULINE | 1021 TD Bank-DIP Checking | -Split- | -346.51 |
| 12/23/2024 | Bill Payment (Check) | 5105 | No | TriMark Adams-Burch | Invoice Numbers: 6488998-00 | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -248.53 |

| Date | Type | Num | Posted | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/23/2024 | Journal Entry | MI15001ME | No | | Vendor: Intuit | 1021 TD Bank-DIP Checking | -Split- | -114.00 |
| 12/23/2024 | Bill Payment (Check) | | No | Pest Management Services, Inc. | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -85.00 |
| 12/23/2024 | Expense | | No | Facebook (CC) | VISA DDA PUR AP - 403629   FACEBK 6522VHCRW2    XXXXXX4800  * CA | 1021 TD Bank-DIP Checking | 7435 D. Advertising and Promotion:Advertising & Marketing | -76.00 |
| 12/23/2024 | Bill Payment (Check) | | No | MtoM Consulting, LLC | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -30.00 |
| 12/23/2024 | Journal Entry | MI15019ME | No | | Vendor: Amazon.com | 1021 TD Bank-DIP Checking | -Split- | -27.42 |
| 12/23/2024 | Expense | | No | Amazon | VISA DDA PUR AP - 469216   AMAZON RETAI Z922Q3TV1    AMZN COM BILL * WA | 1021 TD Bank-DIP Checking | 7110 B. Controllable Expenses:Operating Supplies F&B | -20.88 |
| 12/23/2024 | Journal Entry | MI14989ME | No | | Vendor: Trader Joe's | 1021 TD Bank-DIP Checking | -Split- | -10.07 |
| 12/23/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | -0.62 |
| 12/24/2024 | Expense | | No | VA Department of Taxation | VA DEPT TAXATION TAX PAYMEN | 1021 TD Bank-DIP Checking | 2000 Sales Tax Payable | -9,318.36 |
| 12/24/2024 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -6,914.71 |
| 12/24/2024 | Bill Payment (Check) | | No | Dominion Energy Virginia | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -2,482.48 |
| 12/24/2024 | Bill Payment (Check) | | No | Capital Bank | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -1,500.00 |
| 12/24/2024 | Bill Payment (Check) | 5106 | No | ALSCO | Invoice Numbers: LALE1126430 | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -205.95 |
| 12/24/2024 | Journal Entry | MI14997ME | No | | Vendor: Giant | 1021 TD Bank-DIP Checking | -Split- | -12.11 |
| 12/24/2024 | Journal Entry | MI14996ME | No | | Vendor: Giant | 1021 TD Bank-DIP Checking | -Split- | -6.11 |
| 12/26/2024 | Bill Payment (Check) | | No | Toast Inc. | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -787.75 |
| 12/26/2024 | Expense | | No | State Farm | VISA DDA PUR AP - 494300   STATE FARM INSURANCE    800 956 6310 * IL | 1021 TD Bank-DIP Checking | 7285 C. General & Administrative:Gen. Liab Insur/Key Man | -182.34 |
| 12/26/2024 | Expense | | No | Facebook (CC) | VISA DDA PUR AP - 479338   FACEBK XS6ADPURW2    650 5434800  * CA | 1021 TD Bank-DIP Checking | 7435 D. Advertising and Promotion:Advertising & Marketing | -137.00 |
| 12/26/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | -136.02 |
| 12/27/2024 | Bill Payment (Check) | | No | VRA Cleaning Services LLC | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -3,680.00 |
| 12/27/2024 | Journal Entry | MI15017ME | No | | Vendor: Restaurant Depot / Jetro | 1021 TD Bank-DIP Checking | -Split- | -1,061.24 |
| 12/27/2024 | Bill Payment (Check) | | No | Bowie Produce | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -1,039.25 |
| 12/27/2024 | Bill Payment (Check) | 5107 | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1884437 | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -756.55 |
| 12/27/2024 | Bill Payment (Check) | | No | Lyon Bakery | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -661.09 |
| 12/27/2024 | Bill Payment (Check) | | No | Chill-Craft Company Inc. | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -622.07 |
| 12/27/2024 | Bill Payment (Check) | | No | Logan Food Company | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -127.50 |
| 12/27/2024 | Expense | | No | Facebook (CC) | VISA DDA PUR AP - 479338   FACEBK 9VYF2JCRW2    650 5434800  * CA | 1021 TD Bank-DIP Checking | 7435 D. Advertising and Promotion:Advertising & Marketing | -21.26 |
| 12/28/2024 | Journal Entry | MI15025ME | No | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | -69.99 |
| 12/28/2024 | Journal Entry | MI15023ME | No | | Vendor: Trader Joe's | 1021 TD Bank-DIP Checking | -Split- | -20.15 |
| 12/29/2024 | Journal Entry | MI15069ME | No | | Vendor: MarginEdge | 1021 TD Bank-DIP Checking | -Split- | -300.00 |
| 12/30/2024 | Bill Payment (Check) | 5108 | No | TriMark Adams-Burch | Invoice Numbers: 6490211-00 | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -824.64 |
| 12/30/2024 | Journal Entry | MI15041ME | No | | Vendor: Restaurant Depot / Jetro | 1021 TD Bank-DIP Checking | -Split- | -658.96 |
| 12/30/2024 | Bill Payment (Check) | | No | Open Table Inc. ACH | | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -327.00 |
| 12/30/2024 | Journal Entry | MI15052ME | No | | Vendor: DC Rental | 1021 TD Bank-DIP Checking | -Split- | -278.57 |
| 12/30/2024 | Journal Entry | MI15050ME | No | | Vendor: Eventbrite | 1021 TD Bank-DIP Checking | -Split- | -200.82 |
| 12/30/2024 | Journal Entry | MI15067ME | No | | Vendor: Environment Health Program | 1021 TD Bank-DIP Checking | -Split- | -40.00 |
| 12/30/2024 | Expense | | No | Adobe Inc. | VISA DDA PUR AP - 403629   ADOBE  ADOBE    408 536 6000 * CA | 1021 TD Bank-DIP Checking | 7190 C. General & Administrative:Other Contracted Services-Admin | -21.19 |
| 12/30/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | -0.07 |
| 12/31/2024 | Journal Entry | MI15055ME | No | | Vendor: Virginia ABC | 1021 TD Bank-DIP Checking | -Split- | -627.11 |
| 12/31/2024 | Bill Payment (Check) | 5109 | No | ALSCO | Invoice Numbers: LALE1127461 | 1021 TD Bank-DIP Checking | Accounts Payable (A/P) | -205.95 |
| 12/31/2024 | Journal Entry | MI15070ME | No | | Vendor: Google LLC | 1021 TD Bank-DIP Checking | -Split- | -15.26 |
| 12/31/2024 | Journal Entry | MI15053ME | No | | Vendor: Trader Joe's | 1021 TD Bank-DIP Checking | -Split- | -4.03 |
| 12/31/2024 | Journal Entry | MI15054ME | No | | Vendor: Giant | 1021 TD Bank-DIP Checking | -Split- | -4.02 |
| 12/31/2024 | Expense | | No | | | 1021 TD Bank-DIP Checking | 7000 B. Controllable Expenses:Register Over/Short | -1.33 |

$ (169,688.09)