# Smokecraft Clarendon LLC
## Vendor Balance Detail
### All Dates

| | Date | Transaction Type | Num | Due Date | Amount | Open Balance |
|---|---|---|---|---|---|---|
| **Bowie Produce** | | | | | | |
| | 12/18/2024 | Bill | 5432384 | 01/08/2025 | 309.00 | 309.00 |
| | 12/20/2024 | Bill | 5432594 | 01/10/2025 | 934.75 | 934.75 |
| | 12/23/2024 | Bill | 5432723 | 01/13/2025 | 231.50 | 231.50 |
| | 12/30/2024 | Bill | 5433024 | 01/20/2025 | 475.25 | 475.25 |
| **Total for Bowie Produce** | | | | | $ 1,950.50 | $ 1,950.50 |
| **Chill-Craft Company Inc.** | | | | | | |
| | 12/18/2024 | Bill | 56637 | 1/18/2025 | 232.00 | 232.00 |
| | 12/27/2024 | Bill | 56721 | 1/27/2025 | 145.00 | 145.00 |
| **Total for Chill-Craft Company Inc.** | | | | | $ 377.00 | $ 377.00 |
| **Comcast (EFT)** | | | | | | |
| | 12/18/2024 | Bill | | 1/11/2025 | 688.31 | 688.31 |
| **Total for Comcast (EFT)** | | | | | $ 688.31 | $ 688.31 |
| **Dominion Energy Virginia** | | | | | | |
| | 12/29/2024 | Bill | 800870594069 | 1/23/2025 | 3,074.12 | 3,074.12 |
| **Total for Dominion Energy Virginia** | | | | | $ 3,074.12 | $ 3,074.12 |
| **Erie Insurance Group** | | | | | | |
| | 12/26/2024 | Bill | | 1/15/2025 | 1,359.48 | 1,359.48 |
| **Total for Erie Insurance Group** | | | | | $ 1,359.48 | $ 1,359.48 |
| **GWWC, LLC** | | | | | | |
| | 12/26/2024 | Bill | 10601 | 1/26/2025 | 750.00 | 750.00 |
| **Total for GWWC, LLC** | | | | | $ 750.00 | $ 750.00 |
| **Lyon Bakery** | | | | | | |
| | 12/26/2024 | Bill | 1902506 | 01/15/2025 | 48.80 | 48.80 |
| | 12/27/2024 | Bill | 1902966 | 01/15/2025 | 44.66 | 44.66 |
| | 12/28/2024 | Bill | 1903419 | 01/15/2025 | 44.89 | 44.89 |
| | 12/30/2024 | Bill | 1904060 | 01/15/2025 | 57.77 | 57.77 |
| **Total for Lyon Bakery** | | | | | $ 196.12 | $ 196.12 |
| **Magnolia Plumbing** | | | | | | |
| | 12/22/2024 | Bill | 353844 | 1/22/2025 | 255.00 | 255.00 |
| **Total for Magnolia Plumbing** | | | | | $ 255.00 | $ 255.00 |
| **Parkx Master Merchant, LC** | | | | | | |
| | 12/16/2024 | Bill | 125894 | 1/1/2025 | 200.00 | 200.00 |
| **Total for Parkx Master Merchant, LC** | | | | | $ 200.00 | $ 200.00 |
| **Pest Management Services, Inc.** | | | | | | |
| | 12/27/2024 | Bill | 41608382 | 01/26/2025 | 85.00 | 85.00 |
| **Total for Pest Management Services, Inc.** | | | | | $ 85.00 | $ 85.00 |
| **Platform Business Advisors** | | | | | | |
| | 12/31/2024 | Bill | PFL0187 | 12/31/2024 | 2,500.00 | 2,500.00 |
| **Total for Platform Business Advisors** | | | | | $ 2,500.00 | $ 2,500.00 |
| **Reinhart Food Service (PFG)** | | | | | | |
| | 12/18/2024 | Bill | 5108099 | 01/02/2025 | 8,851.72 | 8,851.72 |
| | 12/24/2024 | Bill | 5112825 | 01/08/2025 | 3,393.50 | 3,393.50 |
| | 12/30/2024 | Bill | 5116349 | 01/14/2025 | 6,397.31 | 6,397.31 |
| **Total for Reinhart Food Service (PFG)** | | | | | $ 18,642.53 | $ 18,642.53 |
| **Roberts Oxygen Company, Inc.** | | | | | | |
| | 12/18/2024 | Bill | 307273 | 1/18/2025 | 101.32 | 101.32 |
| | 12/31/2024 | Bill | M57348 | 1/31/2025 | 178.04 | 178.04 |
| **Total for Roberts Oxygen Company, Inc.** | | | | | $ 279.36 | $ 279.36 |
| **Safety First Services** | | | | | | |
| | 12/30/2024 | Bill | 12462521 | 1/30/2025 | 1,050.00 | 1,050.00 |
| **Total for Safety First Services** | | | | | $ 1,050.00 | $ 1,050.00 |
| **TriMark Adams-Burch** | | | | | | |
| | 11/26/2024 | Vendor Credit | 6479759-00 | | -38.56 | -38.56 |
| **Total for TriMark Adams-Burch** | | | | | -$ 38.56 | -$ 38.56 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Washington Gas** | | | | | | | |
| | 12/29/2024 | Bill | | 1/23/2025 | | 1,148.67 | 1,148.67 |
| **Total for Washington Gas** | | | | | $ | 1,148.67 | $ 1,148.67 |
| **Virginia Meals Tax** | | | | | | | |
| | 12/31/2024 | | | 1/21/2025 | | 13,247.25 | 13,247.25 |
| **Total for Virginia Meals Tax** | | | | | $ | 13,247.25 | $ 13,247.25 |
| **Employee Tips** | | | | | | | |
| | 12/29/2024 | | | 1/3/2025 | | 7,616.86 | 7,616.86 |
| | 12/31/2024 | | | 1/17/2025 | | 2,446.23 | 2,446.23 |
| **Total for Employee Tips** | | | | | $ | 10,063.09 | $ 10,063.09 |
| **TOTAL** | | | | | $ | 55,827.87 | $ 55,827.87 |

Wednesday, Jan 01, 2025 09:27:40 AM GMT-8