SMALL BUSINESS MOR – SMOKECRAFT CLARENDON LLC
Dec-24
EXHIBIT F

**Receivables**

| | | |
|---|---|---|
| Grubhub | $ | 341.31 |
| UberEats | $ | 725.11 |
| DoorDash | $ | 1,873.96 |
| ezCater | $ | - |
| Toast CC Transactions | $ | 3,253.90 |
| Daily Cash Deposits | $ | - |
| Eventbrite | $ | 3,040.00 |
| **Total** | **$** | **9,234.28** |