# Smokecraft Clarendon LLC
## Balance Sheet
### As of December 31, 2024

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| 1010 Capital Bank MD | 2.00 |
| 1020 TD Bank Operating | 43.73 |
| 1021 TD Bank-DIP Checking | 23,640.29 |
| 1050 TD Bank CD | 65,206.01 |
| 1060 Petty Cash | 1,000.00 |
| **Total Bank Accounts** | **$ 89,892.03** |
| **Accounts Receivable** | |
| 1200 Accounts Receivable (A/R) | 0.00 |
| **Total Accounts Receivable** | **$ 0.00** |
| **Other Current Assets** | |
| 1201 DoorDash | 612.30 |
| 1202 UberEats | 960.02 |
| 1203 Square | 0.00 |
| 1204 ERC Receivable | 0.00 |
| 1205 Tripleseat (Stripe) | 0.00 |
| 1206 EZCater | 0.00 |
| 1207 Grubhub | -291.03 |
| 1208 Eventbrite | 3,040.00 |
| 1300 Prepaid Other | 9,856.57 |
| 1340 Prepaid Insurance | 1,514.67 |
| 1350 Food Inventory | 0.00 |
| 1352 Liquor Inventory | 0.00 |
| 1354 Wine Inventory | 0.00 |
| 1356 Beer Inventory | 0.00 |
| 1358 NA Bev Inventory | 0.00 |
| 6600 Employee Advance | 0.00 |
| **Total Other Current Assets** | **$ 15,692.53** |
| **Total Current Assets** | **$ 105,584.56** |
| **Fixed Assets** | |
| 1400 Leasehold Improvements | 946,220.03 |
| 1410 Machinery & Equipment | 303,297.90 |
| 1420 Design & Architechtural Fees | 104,783.93 |
| 1430 Furniture & Fixtures | 83,469.68 |
| Accumulated Depreciation | -1,414,894.00 |
| **Total Fixed Assets** | **$ 22,877.54** |
| **Other Assets** | |
| 1360 Prepaid Rent | 0.00 |
| 1500 Security Deposits | 0.00 |

| | | |
|---|---:|---:|
| **1620 Pre-opening costs** | | |
|     **1620.1 Legal Fees** | | 30,512.53 |
|     **1620.2 PR/Advertising/Website** | | 56,444.66 |
|     **1620.3 Bank Fees** | | 64,488.85 |
|     **1620.4 LIcenses and Permits** | | 8,266.39 |
|     **1620.5 Other Costs** | | 39,775.33 |
|     **1620.6 Pre-Opening Payroll** | | 38,218.87 |
|     **1620.7 Lease Payments** | | 12,432.84 |
|     Accumulated Amortization | | -40,300.00 |
| **Total 1620 Pre-opening costs** | $ | **209,839.47** |
| **Total Other Assets** | $ | **209,839.47** |
| **TOTAL ASSETS** | $ | **338,301.57** |
| **LIABILITIES AND EQUITY** | | |
|   **Liabilities** | | |
|     **Current Liabilities** | | |
|       **Accounts Payable** | | |
|         Accounts Payable (A/P) | | 172,176.94 |
|       **Total Accounts Payable** | $ | **172,176.94** |
|       **Credit Cards** | | |
|         2300 SMB TD Bank Credit Card | | 19,232.93 |
|         2350 ACD Personal Credit Card | | 2,650.01 |
|       **Total Credit Cards** | $ | **21,882.94** |
|       **Other Current Liabilities** | | |
|         2000 Sales Tax Payable | | 13,172.78 |
|         2100 Accrued Expenses | | 0.00 |
|         2200 Gift Cards | | 26,482.64 |
|         2240 Due to/from Holdings | | 0.00 |
|         2250 Due to/from A.Darneille | | 0.00 |
|         2255 Due to/from R. Darneille | | 0.00 |
|         2256 Loan from Parents | | 0.00 |
|         2300 Prepaid Sales | | 1,141.37 |
|         2310 Loan Payable-Toast | | 114,147.78 |
|         2312 Stale Checks | | 1,081.42 |
|         2540 Tips Payable | | -313.31 |
|         2541 Catering Tips Payable | | 5,068.71 |
|       **Total Other Current Liabilities** | $ | **160,781.39** |
|     **Total Current Liabilities** | $ | **354,841.27** |
|     **Long-Term Liabilities** | | |
|       2500 Capital Bank SBA Loan | | 899,880.18 |
|     **Total Long-Term Liabilities** | $ | **899,880.18** |
|   **Total Liabilities** | $ | **1,254,721.45** |
|   **Equity** | | |
|     **3110 Contribution - A Darneille** | | 361,044.47 |
|     **3120 Contribution - H. Darneille** | | 253,528.00 |
|     **3130 Contribution - R. Darneille** | | 125,000.00 |
|     **3140 Contribution - J.Smith** | | 50,000.00 |
|     **3150 Contribution- Smoke Holdings** | | 119,592.04 |

|  |  |  |
|---|---:|---:|
| **DIANE DAVENNY DARNEILLE** |  | 40,000.00 |
| **Retained Earnings** |  | -1,695,532.04 |
| **Net Income** |  | -199,290.86 |
| **Total Equity** | -$ | 945,658.39 |
| **TOTAL LIABILITIES AND EQUITY** | $ | 309,063.06 |

Monday, Jan 20, 2025 08:42:49 AM GMT-8 - Accrual Basis