# Smokecraft Clarendon LLC
## Profit and Loss
December 2024

|  | Total Dec 2024 | % of Income |
|---|---:|---:|
| **Income** | | |
| All Sales, Comps and Discounts | | 0.00% |
| 5100 Food Sales | 126,620.34 | 89.66% |
| 5110 Goodwill Comps | -920.27 | -0.65% |
| 5115 Goodwill Bar Comps | -174.00 | -0.12% |
| 5120 Guest Complaint Comps | -349.05 | -0.25% |
| 5131 50% Employee Discounts | -1,106.19 | -0.78% |
| 5150 Discounts Marketing | -1,620.45 | -1.15% |
| 5160 Dining Privileges (mgr/chef) | -1,008.47 | -0.71% |
| 5180 NA Beverage | 1,463.81 | 1.04% |
| 5210 Liquor Sales | 10,915.86 | 7.73% |
| 5220 Wine Sales | 1,712.96 | 1.21% |
| 5230 Bottled Beer Sales | 581.90 | 0.41% |
| 5240 Draft Beer Sales | 4,119.07 | 2.92% |
| **Total All Sales, Comps and Discounts** | **$ 140,235.51** | **99.30%** |
| Other Income and Expense | | 0.00% |
| 5300 Sundry Sales | 33.16 | 0.02% |
| 5910 Service Charge Revenue - Catering | 949.61 | 0.67% |
| **Total Other Income and Expense** | **$ 982.77** | **0.70%** |
| **Total Income** | **$ 141,218.28** | **100.00%** |
| **Cost of Goods Sold** | | |
| Cost of Sales | | 0.00% |
| 6110 Meat Cost | 22,595.23 | 16.00% |
| 6120 Poultry Cost | 3,275.05 | 2.32% |
| 6130 Seafood Cost | 623.63 | 0.44% |
| 6140 Dairy Cost | 4,581.99 | 3.24% |
| 6150 Produce Cost | 4,477.12 | 3.17% |
| 6160 Bakery Cost | 1,809.24 | 1.28% |
| 6170 Grocery Cost | 7,792.15 | 5.52% |
| 6180 NA Beverage | 627.99 | 0.44% |
| 6210 Liquor Cost | 2,337.66 | 1.66% |
| 6220 Wine Cost | 439.68 | 0.31% |
| 6230 Bottled Beer Cost | 237.61 | 0.17% |
| 6240 Draft Beer Cost | 507.00 | 0.36% |
| **Total Cost of Sales** | **$ 49,304.35** | **34.91%** |
| **Total Cost of Goods Sold** | **$ 49,304.35** | **34.91%** |
| **Gross Profit** | **$ 91,913.93** | **65.09%** |
| **Expenses** | | |
| A. Payroll Expenses | | 0.00% |
| 6310 Management Salaries | 11,951.54 | 8.46% |

| Account | Amount | % |
|---|---:|---:|
| 6311 Direct Labor - FOH | 2,925.91 | 2.07% |
| 6312 Overtime Labor - FOH | 21.30 | 0.02% |
| 6313 Training Labor | 120.36 | 0.09% |
| 6314 Direct Labor - BOH | 24,465.91 | 17.32% |
| 6315 Overtime Labor - BOH | 97.02 | 0.07% |
| 6510 Payroll Taxes | 4,443.73 | 3.15% |
| 6540 Parking | 200.00 | 0.14% |
| 6550 Uniform Allowance |  | 0.00% |
| 6570 Group Insurance | 401.51 | 0.28% |
| 6580 Workers Compensation | 459.59 | 0.33% |
| 6615 Payroll Processing Fees | 278.00 | 0.20% |
| **Total A. Payroll Expenses** | **$ 45,364.87** | **32.12%** |
| B. Controllable Expenses |  | 0.00% |
| 6500 3rd Party Delivery Expense | 5,825.58 | 4.13% |
| 6710 Operating Lease/Rentals | 568.12 | 0.40% |
| 6750 Trash Removal | -32.63 | -0.02% |
| 6790 Other Contracted Services | 600.00 | 0.42% |
| 7000 Register Over/Short | -0.20 | 0.00% |
| 7010 China/Glassware/Silver | 128.21 | 0.09% |
| 7040 Cleaning Supplies | 264.97 | 0.19% |
| 7045 Dish Chemicals | 1,083.03 | 0.77% |
| 7050 Decorations | 191.65 | 0.14% |
| 7060 Linens | 1,029.75 | 0.73% |
| 7090 Menu/Guest Check/POS Supplies | 36.50 | 0.03% |
| 7105 To Go Supplies | 1,677.84 | 1.19% |
| 7106 Catering Supplies | 1,580.43 | 1.12% |
| 7110 Operating Supplies F&B | 1,194.92 | 0.85% |
| **Total B. Controllable Expenses** | **$ 14,148.17** | **10.02%** |
| C. General & Administrative |  | 0.00% |
| 7190 Other Contracted Services-Admin | 1,420.44 | 1.01% |
| 7195 Accounting Services | 2,500.00 | 1.77% |
| 7220 Bank Charges & Fees | 11.37 | 0.01% |
| 7230 Licenses & Permits | 2,262.96 | 1.60% |
| 7250 Credit Card Commissions | 2,862.62 | 2.03% |
| 7270 Dues & Subscriptions | 48.00 | 0.03% |
| 7285 Gen. Liab Insur/Key Man | 1,984.84 | 1.41% |
| 7320 Office Supplies & Postage | 24.65 | 0.02% |
| 7350 Tele/internet/cable | 688.31 | 0.49% |
| 7360 Travel | 202.54 | 0.14% |
| **Total C. General & Administrative** | **$ 12,005.73** | **8.50%** |
| D. Advertising and Promotion |  | 0.00% |
| 7435 Advertising & Marketing | 4,592.25 | 3.25% |
| **Total D. Advertising and Promotion** | **$ 4,592.25** | **3.25%** |
| E. Repair & Maintenance |  | 0.00% |
| 7620 R&M HVAC & Refrigeration | 999.07 | 0.71% |
| 7630 R&M - Plumbing | 44.96 | 0.03% |
| 7695 Cleaning Service | 3,680.00 | 2.61% |

| | | | |
|---|---|---:|---:|
| 7710 Maint Contract - HVAC & Refrigeration | | 2,911.00 | 2.06% |
| 7720 Maint Contract - Other Equipment | | 255.00 | 0.18% |
| 7750 Pest Control | | 110.02 | 0.08% |
| **Total E. Repair & Maintenance** | **$** | **8,000.05** | **5.67%** |
| **F. Utilities** | | | 0.00% |
| 7810 Electricity | | 3,074.12 | 2.18% |
| 7820 Gas | | 1,148.67 | 0.81% |
| 7830 Water & Sewer | | 535.00 | 0.38% |
| 7840 Firewood | | 828.56 | 0.59% |
| **Total F. Utilities** | **$** | **5,586.35** | **3.96%** |
| **G. Facility Expense** | | | 0.00% |
| 8010 Rent & Lease | | 12,730.64 | 9.01% |
| 8015 Common Area Maintenance | | 2,464.00 | 1.74% |
| 8020 Property Insurance | | 111.00 | 0.08% |
| 8030 Property Taxes | | 3,860.14 | 2.73% |
| **Total G. Facility Expense** | **$** | **19,165.78** | **13.57%** |
| **Total Expenses** | **$** | **108,863.20** | **77.09%** |
| **Net Operating Income** | **-$** | **16,949.27** | **-12.00%** |
| **Other Expenses** | | | |
| 8101 Interest Income | | -206.01 | -0.15% |
| **Total Other Expenses** | **-$** | **206.01** | **-0.15%** |
| **Net Other Income** | **$** | **206.01** | **0.15%** |
| **Net Income** | **-$** | **16,743.26** | **-11.86%** |

Monday, Jan 20, 2025 06:56:13 AM GMT-8 - Accrual Basis