## Cash Flow Projection
## Smokecraft Clarendon

Starting date: 12/29/2024

**NO AP payments for any invoicies prior to 4/29**

Main Account Capital One

| | Beginning | 1/5/2025 | 1/12/2025 | 1/19/2025 | 1/26/2025 | 2/2/2025 | 2/9/2025 | 2/16/2025 | 2/23/2025 | 3/2/2025 | 3/9/2025 | 3/16/2025 | 3/23/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bank Balance - DIP Checking** | 23,008 | | | | | | | | | | | | |
| **Bank Balance - Capital Bank** | | | | | | | | | | | | | |
| **Bank Balance -TD Lockbox** | 33 | | | | | | | | | | | | |
| **Cash on hand** | 23,041 | 5,456 | -3,880 | -3,128 | -4,831 | -4,648 | -4,018 | 2,938 | 1,601 | 1,784 | -1,688 | 5,268 | 8,033 |
| | | | | | | | | | | | | | |
| **ANTICIPATED CASH RECEIPTS** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Sales | 12,000 | 30,000 | 30,000 | 35,000 | 35,000 | 40,000 | 40,000 | 35,000 | 35,000 | 35,000 | 40,000 | 40,000 | 40,000 |
| **Deposits/paid ins on Catering Orders** | | | | | | | | | | | | | |
| Tax | 1,200 | 3,000 | 3,000 | 3,500 | 3,500 | 4,000 | 4,000 | 3,500 | 3,500 | 3,500 | 4,000 | 4,000 | 4,000 |
| Gratuity | 1,500 | 3,750 | 3,750 | 4,375 | 4,375 | 5,000 | 5,000 | 4,375 | 4,375 | 4,375 | 5,000 | 5,000 | 5,000 |
| Third Party fees | -540 | -1,620 | -1,620 | -1,890 | -1,890 | -2,160 | -2,160 | -1,890 | -1,890 | -1,890 | -2,160 | -2,160 | -2,160 |
| CC fees | -368 | -919 | -919 | -1,072 | -1,072 | -1,225 | -1,225 | -1,072 | -1,072 | -1,072 | -1,225 | -1,225 | -1,225 |
| **TOTAL CASH RECEIPTS** | 13,793 | 34,211 | 34,211 | 39,913 | 39,913 | 45,615 | 45,615 | 39,913 | 39,913 | 39,913 | 45,615 | 45,615 | 45,615 |
| **Total cash available** | 36,834 | 39,667 | 30,331 | 36,785 | 35,082 | 40,967 | 41,597 | 42,851 | 41,514 | 41,697 | 43,927 | 50,883 | 53,648 |
| | | | | | | | | | | | | | |
| **CASH PAID OUT** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Payroll | **19,351** | 9,650 | 12,500 | 9,000 | 12,500 | 9,000 | 12,500 | 9,000 | 12,500 | 9,000 | 12,500 | 9,000 | 12,500 |
| gratuity | | | 8,000 | | 10,000 | | 10,000 | | 10,000 | | 10,000 | | 10,000 |
| | | | | | | | | | | | | | |
| Sales Tax | | | | 15,416 | | | | 15,050 | | | | 15,050 | |
| | | | | | | | | | | | | | |
| Accounts Payable | | | | | | | | | | | | | |
| Food + Beverage @ 32% | 2,848 | 9,600 | 9,600 | 11,200 | 11,200 | 12,800 | 12,800 | 11,200 | 11,200 | 11,200 | 12,800 | 12,800 | 12,800 |
| PFG | **8,852** | | | | | | | | | | | | |
| **Rent** | | 18,060 | | | | 18,060 | | | | 18,060 | | | |
| OpenTable | 327 | | | | 350 | | | | 350 | | | | |
| Fintech | | | | | | | | | | | | | |
| Toast | | | | | | | | | | | | | |
| Utilities/wood | | 688 | | 4,000 | | | | 4,000 | | | | 4,000 | |
| Hood cleaning | | 1,050 | | | | 625 | | | | 625 | | | |
| Cleaning | | | | | 3,680 | | | | 3,680 | | | | 3,680 |
| Late Night Expenses | | | | | | | | | | | | | |
| Platform Bus Advisors/Cohn Reznick | | 2,500 | | | | 2,500 | | | | 2,500 | | | |
| Insurance | | | 1,359 | | | | 1,359 | | | | 1,359 | | |
| Other/Trimark/Alsco/etc | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Legal | | | | | | | | | | | | | |
| Misc Repairs | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Property Taxes | | | | | | | | | | | | | |
| **Capital Bank Payments (1st)** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **TOTAL CASH PAID OUT** | 31,378 | 43,548 | 33,459 | 41,616 | 39,730 | 44,985 | 38,659 | 41,250 | 39,730 | 43,385 | 38,659 | 42,850 | 40,980 |
| | | | | | | | | | | | | | |
| **Cash on hand (end of week)** | 5,456 | (3,880) | (3,128) | (4,831) | (4,648) | (4,018) | 2,938 | 1,601 | 1,784 | (1,688) | 5,268 | 8,033 | 12,668 |