**2024/5 Budget - Smokecraft**
Start Date: 05/27/2024
End Date: 05/25/2025
LY Start: 05/29/2023
LY End: 05/26/2024

|  |  |  | PERIOD 1 |  | PERIOD 1 |  |
|---|---|---|---|---|---|---|
|  |  |  | 1/1/2024 |  | 12/30/2024 |  |
|  |  |  | 1/28/2024 |  | 1/26/2025 |  |
|  |  |  | 2024 Actual | % of Sales | 2025 Budget | % of Sales |
|  | **Gross Sales** |  |  |  |  |  |
| 5100 | Food Sales | $ | 106,734.93 | 82.91% | $ 127,447.36 | 84.74% |
| 5180 | NA Beverage | $ | 1,584.75 | 1.23% | $ 1,892.28 | 1.26% |
|  | **Total Food Sales** | $ | **108,319.68** | **84.14%** | **$ 129,339.64** | **86.00%** |
|  |  |  |  |  |  |  |
| 5210 | Liquor Sales | $ | 11,004.00 | 8.55% | $ 13,173.10 | 8.76% |
| 5220 | Wine Sales | $ | 2,590.99 | 2.01% | $ 3,101.72 | 2.06% |
| 5230 | Bottled Beer Sales | $ | 1,223.00 | 0.95% | $ 1,464.08 | 0.97% |
| 5240 | Draft Beer Sales | $ | 5,597.00 | 4.35% | $ 6,700.28 | 4.46% |
|  | **Total Beverage Sales** | $ | **20,414.99** | **15.86%** | **$ 24,439.18** | **16.25%** |
|  |  |  |  |  |  |  |
|  | **Gross F&B Sales** | $ | **128,734.67** | **102.72%** | **$ 153,778.82** | **102.25%** |
|  |  |  |  |  |  |  |
|  | **Deductions** |  |  |  |  |  |
| 5110 | Goodwill Comps | $ | 642.83 | 0.51% | $ 827.17 | 0.55% |
| 5120 | Guest Recovery Comps | $ | 347.15 | 0.28% | $ 451.18 | 0.30% |
| 5131 | 50% Employee Discounts | $ | 610.02 | 0.49% | $ 676.78 | 0.45% |
| 5132 | Manager Meal Discounts | $ | 758.66 | 0.61% | $ 526.38 | 0.35% |
| 5150 | Discounts Marketing | $ | 610.11 | 0.49% | $ 526.38 | 0.35% |
| 5250 | Goodwill Bar Comps | $ | 552.25 | 0.44% | $ 375.99 | 0.25% |
|  |  |  |  |  |  |  |
|  | **Total Deductions** | $ | **3,521.02** | **2.81%** | **$ 3,383.89** | **2.25%** |
|  |  |  |  |  |  |  |
|  | **Other Income and Expense** |  |  |  |  |  |
| 5300 | Sundry Sales | $ | - | 0.00% | $ - | 0.00% |
| 5910 | Service Charge Revenue - Catering | $ | 115.46 | 0.09% | $ - | 0.00% |
|  |  |  |  |  |  |  |
|  | **Total Other Income and Expense** | $ | **115.46** | **0.09%** | **$ -** | **0.00%** |
|  |  |  |  |  |  |  |
|  | **Net Sales** | $ | **125,329.11** | **100.00%** | **$ 150,394.93** | **100.00%** |
|  |  |  |  |  |  |  |
|  | **Food Costs** |  |  |  |  |  |
| 6110 | Meat Cost | $ | 14,081.85 | 13.00% | $ 18,883.59 | 14.60% |
| 6120 | Poultry Cost | $ | 1,941.30 | 1.79% | $ 3,362.83 | 2.60% |
| 6130 | Seafood Cost | $ | 510.02 | 0.47% | $ 646.70 | 0.50% |
| 6140 | Dairy Cost | $ | 4,448.95 | 4.11% | $ 5,173.59 | 4.00% |
| 6150 | Produce Cost | $ | 3,427.32 | 3.16% | $ 4,138.87 | 3.20% |
| 6160 | Bakery Cost | $ | 1,619.10 | 1.49% | $ 1,810.75 | 1.40% |
| 6170 | Grocery Cost | $ | 6,754.93 | 6.24% | $ 8,019.06 | 6.20% |
| 6180 | NA Beverage | $ | 507.02 | 0.47% | $ 646.70 | 0.50% |
|  | **Total Food Cost** | $ | **33,290.49** | **30.73%** | **$ 42,682.08** | **33.00%** |

| | **Beverage Costs** | | | | | |
|---|---|---|---|---|---|---|
| 6210 | Liquor Cost | $ | 2,736.28 | 13.78% $ | 3,139.08 | 12.84% |
| 6220 | Wine Cost | $ | 551.94 | 2.78% $ | 633.19 | 2.59% |
| 6230 | Bottled Beer Cost | $ | 101.42 | 0.51% $ | 116.35 | 0.48% |
| 6240 | Draft Beer Cost | $ | 871.00 | 4.39% $ | 999.22 | 4.09% |
| | **Total Bev Cost** | $ | 4,260.64 | 21.45% $ | 4,887.84 | 20.00% |
| | | | | | | |
| | **Total F&B Costs** | $ | 37,551.13 | 29.96% $ | 47,569.92 | 31.63% |
| | | | | | | |
| | **Gross Profit** | $ | 87,777.98 | 70.04% $ | 102,825.02 | 68.37% |
| | | | | | | |
| | **Payroll Costs** | | | | | |
| 6310 | Management Salaries | $ | 12,769.24 | 10.19% $ | 14,461.54 | 9.62% |
| 6311 | Direct Labor - FOH | $ | 3,856.69 | 3.08% $ | 3,910.27 | 2.60% |
| 6312 | Overtime Labor - FOH | $ | - | 0.00% $ | - | 0.00% |
| 6313 | Training Labor | $ | 666.96 | 0.53% $ | 225.59 | 0.15% |
| 6314 | Direct Labor - BOH | $ | 25,387.58 | 20.26% $ | 26,319.11 | 17.50% |
| 6315 | Overtime Labor - BOH | $ | - | 0.00% $ | - | 0.00% |
| | **Total Labor** | $ | 42,680.47 | 34.05% $ | 44,916.51 | 29.87% |
| | | | | | | |
| 6510 | Payroll Taxes | $ | 5,043.81 | 4.02% $ | 5,639.81 | 3.75% |
| 6530 | Vacation Pay | $ | - | 0.00% $ | - | 0.00% |
| 6540 | Parking | $ | 300.00 | 0.24% $ | 200.00 | 0.13% |
| 6550 | Uniform Allowance | $ | (35.00) | -0.03% $ | - | 0.00% |
| 6560 | Continuing Education | $ | - | 0.00% $ | - | 0.00% |
| 6570 | Group Insurance | $ | 390.80 | 0.31% $ | 600.00 | 0.40% |
| 6580 | Workers Compensation | $ | 445.08 | 0.36% $ | 510.00 | 0.34% |
| 6610 | Other Benefits | $ | - | 0.00% $ | - | 0.00% |
| 6615 | Payroll Processing Fees | $ | 278.00 | 0.22% $ | 300.00 | 0.25% |
| | **Total Payroll Expenses** | $ | 6,422.69 | 5.12% $ | 7,249.81 | 4.82% |
| | | | | | | |
| | **Total Payroll Costs** | $ | 49,103.16 | 39.18% $ | 52,166.32 | 34.69% |
| | | | | | | |
| | **Controllable Expenses** | | | | | |
| 6500 | 3rd Party Delivery Expense | $ | 3,211.66 | 2.56% $ | 4,511.85 | 3.00% |
| 6710 | Operating Lease/Rentals-Kitchen/Bar | $ | 933.72 | 0.75% $ | 550.00 | 0.37% |
| 6740 | Security | $ | - | 0.00% $ | 600.00 | 0.40% |
| 6750 | Trash Removal | $ | - | 0.00% $ | - | 0.00% |
| 6790 | Other Contracted Services | $ | 300.00 | 0.24% $ | 300.00 | 0.20% |
| 7010 | Register Over/Short | $ | 21.30 | 0.02% $ | - | 0.00% |
| 7010 | China/Glassware/Silverware | $ | 291.94 | 0.23% $ | 300.79 | 0.20% |
| 7040 | Cleaning Supplies | $ | 297.16 | 0.24% $ | 300.79 | 0.20% |
| 7045 | Dish Chemicals | $ | 544.08 | 0.43% $ | 451.18 | 0.30% |
| 7050 | Decorations | $ | 37.08 | 0.03% $ | - | 0.00% |
| 7060 | Linens | $ | 986.08 | 0.79% $ | 1,127.96 | 0.75% |
| 7080 | New Menus/Printing | $ | - | 0.00% $ | - | 0.00% |
| 7090 | Menu/Guest Check/POS Supplies | $ | - | 0.00% $ | - | 0.00% |
| 7105 | To Go Supplies | $ | 1,903.43 | 1.52% $ | 2,105.53 | 1.40% |
| 7106 | Catering Supplies | $ | - | 0.00% $ | 601.58 | 0.40% |
| 7110 | Operating Supplies F&B | $ | 1,643.66 | 1.31% $ | 1,654.34 | 1.10% |

| Code | Description | Amount | % | Amount | % |
|---|---|---:|---:|---:|---:|
| 7120 | Uniforms | $ - | 0.00% | $ - | 0.00% |
| 7470 | Live Entertainment | $ 2,100.00 | 1.68% | $ 1,000.00 | 0.66% |
| | **Total Controllable Expenses** | **$ 12,270.11** | **9.79%** | **$ 13,504.03** | **8.98%** |
| | **General & Administrative** | | | | |
| 7190 | Other Contracted Services-Admin | $ 1,378.35 | 1.10% | $ 1,500.00 | 1.00% |
| 7195 | Accounting Services | $ 2,500.00 | 1.99% | $ 2,500.00 | 1.66% |
| 7220 | Bank Charges & Fees | $ 304.21 | 0.24% | $ 100.00 | 0.07% |
| 7230 | Licenses & Permits | $ 547.95 | 0.44% | $ 600.00 | 0.40% |
| 7250 | Credit Card Commissions | $ 2,796.40 | 2.23% | $ 3,383.89 | 2.25% |
| 7256 | Employment Ads | $ 90.00 | 0.07% | $ 90.00 | 0.06% |
| 7270 | Dues & Subscriptions | $ 46.95 | 0.04% | $ 50.00 | 0.03% |
| 7285 | Key Man/General Liability Insurance | $ 3,546.59 | 2.83% | $ 1,275.00 | 0.85% |
| 7290 | Legal & Professional Services | $ 1,360.00 | 1.09% | $ - | 0.00% |
| 7320 | Office Supplies & Postage | $ 50.50 | 0.04% | $ 150.39 | 0.10% |
| 7350 | Telephone/Internet/Cable | $ 650.49 | 0.52% | $ 650.00 | 0.43% |
| 7360 | Travel | $ 163.90 | 0.13% | $ 125.00 | 0.08% |
| 7370 | Meals & Entertainment | $ 134.30 | 0.11% | $ - | 0.00% |
| | **Total General & Administrative** | **$ 13,569.64** | **10.83%** | **$ 10,424.28** | **6.93%** |
| | **Advertising & Promotion** | | | | |
| 7400 | Local Charitable Donations | $ - | 0.00% | $ - | 0.00% |
| 7430 | Local Advertising & Promotion | $ 1,512.92 | 1.21% | $ - | 0.00% |
| 7435 | Advertising & Marketing | $ - | | $ 500.00 | 0.33% |
| 7460 | Special Promotions | $ - | 0.00% | $ - | 0.00% |
| | **Total Advertising & Promotion** | **$ 1,512.92** | **1.21%** | **$ 500.00** | **0.33%** |
| | **Repairs & Maintenance** | | | | |
| 7500 | Repairs & Maintenance | $ (392.20) | -0.31% | $ 1,503.95 | 1.00% |
| 7620 | R&M HVAC & Refrigeration | $ 3,030.50 | 2.42% | $ - | 0.00% |
| 7630 | R&M - Plumbing | $ 41.24 | 0.03% | $ - | 0.00% |
| 7640 | R&M - Electric | $ 1,331.95 | 1.06% | $ - | 0.00% |
| 7650 | R&M - Exterior/Structure | $ - | 0.00% | $ - | 0.00% |
| 7660 | R&M - POS Systems | $ - | 0.00% | $ - | 0.00% |
| 7695 | Cleaning Service | $ 3,980.00 | 3.18% | $ 3,680.00 | 2.45% |
| 7710 | MC-HVAC & Refrigeration | $ - | 0.00% | $ 625.00 | 0.42% |
| 7720 | MC-Other Equipment | $ - | 0.00% | $ 255.00 | 0.17% |
| 7750 | Pest Control | $ 85.00 | 0.07% | $ 85.00 | 0.06% |
| 7785 | Carpet/Rug/Floor Cleaning | $ - | 0.00% | $ - | 0.00% |
| | **Total Repairs & Maintenance** | **$ 8,076.49** | **6.44%** | **$ 6,148.95** | **4.09%** |
| | **Utilities** | | | | |
| 7810 | Electricity | $ 3,376.10 | 2.69% | $ 3,383.89 | 2.25% |
| 7820 | Natural Gas | $ 1,062.49 | 0.85% | $ 1,052.76 | 0.70% |
| 7830 | Water & Sewer | $ 427.00 | 0.34% | $ 451.18 | 0.30% |
| 7840 | Firewood | $ 500.00 | 0.40% | $ 750.00 | 0.50% |
| | **Total Utilities** | **$ 5,365.59** | **4.28%** | **$ 5,637.84** | **3.75%** |
| | **Total Operating Expenses** | **$ 40,794.75** | **32.55%** | **$ 36,215.09** | **24.08%** |

| | **Other Income (Expenses)** | | | | | |
|---|---|---|---|---|---|---|
| 5500 | Door Revenue | $ | - | 0.00% | $ - | 0.00% |
| 5800 | Commission Income | $ | - | 0.00% | $ - | 0.00% |
| | **Total Other Income** | $ | - | 0.00% | $ - | 0.00% |
| | | | | | | |
| | **Operating Income Before Bonus** | $ | (2,119.93) | -1.69% | $ 14,443.60 | 9.60% |
| | | | | | | |
| 6455 | Management Bonuses | $ | - | 0.00% | $ - | 0.00% |
| | | | | | | |
| | **Restaurant Operating Income** | $ | (2,119.93) | -1.69% | $ 14,443.60 | 9.60% |
| | | | | | | |
| | **Facility Expenses** | | | | | |
| 8010 | Rents | $ | 12,420.14 | 9.91% | $ 12,730.64 | 8.46% |
| 8015 | Common Area Maintenance | $ | 2,315.00 | 1.85% | $ 2,315.00 | 1.54% |
| 8020 | Property Insurance | $ | 132.00 | 0.11% | $ 132.00 | 0.09% |
| 8030 | Property Taxes | $ | 3,671.46 | 2.93% | $ 3,671.46 | 2.44% |
| | **Total Facility Expenses** | $ | 18,538.60 | 14.79% | $ 18,849.10 | 12.53% |
| | | | | | | |
| | **Restaurant EBDIT** | $ | (20,658.53) | -16.48% | $ (4,405.50) | -2.93% |