# Sales summary

Data as of Jan 4, 2025, 5:08 PM (EST)

**DATE RANGE:**

December 1, 2024 - December 31, 2024

**SELECTED LOCATIONS:**

Smokecraft Modern Barbecue

### SALES TRENDS



| REVENUE SUMMARY | |
|---|---|
| Net sales | $142,774.13 |
| Gratuity | $1,997.79 |
| Tax amount | $14,379.44 |
| Tips | $16,106.20 |
| Deferred (gift cards) | $7,227.50 |
| Paid in total | $1,141.37 |
| **Total amount** | **$183,626.43** |

| NET SALES SUMMARY | |
|---|---|
| Gross sales | $144,331.15 |
| Sales discounts | -$1,480.45 |
| Sales refunds | -$76.57 |
| **Net sales** | **$142,774.13** |

| TIP SUMMARY | |
|---|---|
| Tips collected | $16,106.20 |
| Tips refunded | $0.00 |
| **Total tips** | **$16,106.20** |
| Tips withheld | -$304.78 |
| **Tips after withholding** | **$15,801.42** |

| CASH SUMMARY | |
|---|---|
| Expected closeout cash | $8,566.19 |
| Actual closeout cash | $8,565.43 |
| Cash overage/shortage | -$0.76 |
| Expected deposit | $4,365.43 |
| Actual deposit | — |
| Deposit overage/shortage | — |

| CASH ACTIVITY | |
|---|---|
| Total cash payments | $2,945.25 |
| Cash adjustments | -$36.76 |
| Cash refunds | $0.00 |
| Cash before tipouts | $2,908.49 |
| Tipouts tips withheld | $0.00 |
| **Total cash** | **$2,908.49** |

### PAYMENTS SUMMARY

| Payment type | Amount | Tips | Grat | Refunds | Total |
|---|---|---|---|---|---|
| Credit/debit | $111,261.19 | $16,101.20 | $1,788.92 | -$76.57 | $129,074.74 |
|   Amex | $24,090.90 | $3,538.19 | $1,072.13 | $0.00 | $28,701.22 |
|   Discover | $2,516.49 | $415.19 | $0.00 | $0.00 | $2,931.68 |
|   Mastercard | $19,141.26 | $2,837.66 | $67.65 | -$76.57 | $21,970.00 |
|   Visa | $65,512.54 | $9,310.16 | $649.14 | $0.00 | $75,471.84 |
| Gift Card | $2,375.34 | $0.00 | $0.00 | $0.00 | $2,375.34 |
| Cash | $2,945.25 | $0.00 | $0.00 | $0.00 | $2,945.25 |
| Other | $46,810.49 | $5.00 | $0.00 | $0.00 | $46,815.49 |
|   Doordash | $13,693.29 | $0.00 | $0.00 | $0.00 | $13,693.29 |
|   Eventbrite | $4,000.00 | $0.00 | $0.00 | $0.00 | $4,000.00 |
|   Ezcater | $11,424.70 | $0.00 | $0.00 | $0.00 | $11,424.70 |
|   Grubhub | $1,544.80 | $5.00 | $0.00 | $0.00 | $1,549.80 |
|   Ubereats | $16,147.70 | $0.00 | $0.00 | $0.00 | $16,147.70 |
| **Subtotal** | **$163,392.27** | **$16,106.20** | **$1,788.92** | **-$76.57** | **$181,210.82** |
| Deposit sales collected | | | | | $2,415.61 |
| **Total** | | | | | **$183,626.43** |

### UNPAID ORDERS SUMMARY

| | |
|---|---|
| Unpaid amount | $0.00 |

### SALES CATEGORY SUMMARY

| Sales category | Items | Net sales | Gross sales |
|---|---|---|---|
| Bottled Beer | 104 | $544.00 | $544.00 |
| Custom Amount Refunds | 0 | -$76.57 | $0.00 |
| Draft Beer | 474 | $4,042.73 | $4,069.50 |
| Food | 5,445 | $121,663.73 | $123,032.56 |
| Liquor | 604 | $10,590.91 | $10,668.55 |
| NA Beverage | 433 | $1,454.16 | $1,458.93 |
| No Sales Category Assigned | 25 | $1,882.00 | $1,882.00 |
| Non-Grat Svc Charges | 109 | $949.61 | $949.61 |
| Retail | 2 | $30.00 | $30.00 |
| Wine | 158 | $1,693.56 | $1,696.00 |
| **Total** | **7,354** | **$142,774.13** | **$144,331.15** |

### REVENUE CENTER SUMMARY

| Revenue center | Items | Net sales | Gross sales |
|---|---|---|---|
| Private Events | 492 | $9,792.28 | $9,792.28 |
| Bar | 873 | $12,590.02 | $12,921.91 |
| Dining Room | 2,908 | $47,032.77 | $47,855.86 |
| Carryout/Delivery | 398 | $7,385.91 | $7,547.45 |
| Catering | 1,063 | $37,407.11 | $37,647.61 |
| Grubhub | 72 | $1,404.40 | $1,404.40 |
| DoorDash | 656 | $12,448.38 | $12,448.38 |
| Uber Eats | 892 | $14,713.26 | $14,713.26 |
| **Total** | **7,354** | **$142,774.13** | **$144,331.15** |

### DINING OPTION SUMMARY

| Dining option | Orders | Net sales | Gross sales |
|---|---|---|---|
| Uber Eats - Delivery | 279 | $13,735.67 | $13,735.67 |
| Toast Delivery Services | 17 | $902.85 | $910.35 |
| Grubhub - Takeout | 24 | $1,404.40 | $1,404.40 |
| No Dining Option | 83 | $0.00 | $0.00 |
| DoorDash - Delivery | 210 | $11,840.65 | $11,840.65 |
| DoorDash - Takeout | 14 | $607.73 | $607.73 |
| Dine In | 840 | $68,310.83 | $69,445.85 |
| Uber Eats - Takeout | 17 | $977.59 | $977.59 |
| Take Out | 300 | $42,163.35 | $42,542.85 |
| Delivery | 4 | $2,831.06 | $2,866.06 |
| **Total** | **1,788** | **$142,774.13** | **$144,331.15** |

### SERVICE / DAYPART SUMMARY

| Service / day part | Orders | Net sales | Gross sales |
|---|---|---|---|
| Lunch | 649 | $63,371.54 | $64,000.67 |
| Dinner | 1,015 | $71,513.33 | $72,424.29 |
| No Service | 86 | $2,637.37 | $2,637.37 |
| Late Night | 38 | $5,251.89 | $5,268.82 |
| **Total** | **1,788** | **$142,774.13** | **$144,331.15** |

### SERVICE MODE SUMMARY

| | Quick Service | Table Service | Total |
|---|---|---|---|
| Net sales | $81,600.81 | $61,173.32 | $142,774.13 |
| Total guests | 1,780 | 1,872 | 3,652 |
| Avg/Guest | $45.84 | $32.68 | $39.09 |
| Total payments | 998 | 1,033 | 2,031 |
| Avg/Payment | $97.23 | $65.20 | $80.94 |
| Total orders | 978 | 810 | 1,788 |
| Avg/Order | $83.44 | $75.52 | $79.85 |
| Turn time | 05:05 | 58:22 | 32:04 |

### SERVICE CHARGE SUMMARY

| Service charge | Count | Amount |
|---|---|---|
| Large Party Service Charge | 16 | $515.98 |
| Delivery Fee | 17 | $127.50 |
| Catering Delivery Fee | 3 | $150.00 |
| Catering Service Charge | 106 | $799.61 |
| Event Admin Fee | 1 | $1,354.31 |
| **Total service charges** | **143** | **$2,947.40** |

### DISCOUNT SUMMARY

| Discount | Count | Amount |
|---|---|---|
| Black Friday GC 30% Off | 9 | $337.50 |
| Comp % Item | 1 | $14.95 |
| Cyber Monday GC 50% Off | 62 | $3,600.00 |
| Employee Discount - Check | 13 | $184.89 |
| Employee Discount - Item | 23 | $225.51 |
| Investor | 3 | $80.80 |
| Investor/Family 50% | 6 | $296.10 |
| Last Minute Holiday GC 20% Off | 2 | $30.00 |
| Make The Switch 1st Order Free Delivery | 1 | $7.50 |
| Manager Comp - Item | 8 | $101.80 |
| Manager Meal | 4 | $61.80 |
| Marketing | 1 | $111.70 |
| Open % Check | 2 | $155.68 |
| Open % Item | 8 | $143.92 |
| Open $ Check | 2 | $50.95 |
| Recovery | 11 | $142.50 |
| Reward Dollars | 17 | $162.35 |
| Spin Wheel Promo Card | 1 | $10.00 |
| **Total discounts** | **174** | **$5,717.95** |

### DEFERRED SUMMARY

| Deferred type | Gross amount | Discounts | Refunds | Net amount |
|---|---|---|---|---|
| Deferred (gift cards) | $11,465.00 | $4,237.50 | $0.00 | **$7,227.50** |

### VOID SUMMARY

| | |
|---|---|
| Void amount | $1,191.53 |
| Void order count | 30 |
| Void item count | 56 |
| Void amount % | 0.8% |

**TAX SUMMARY**

### Marketplace facilitator tax details

| Tax rate | Taxable amount | Tax amount |
|---|---:|---:|
| State Tax | $115,540.67 | $6,940.66 |
| Local Tax | $115,540.67 | $4,626.24 |
| Arlington Retail Tax | $30.00 | $1.80 |
| Marketplace facilitator tax | — | $2,679.35 |
|    Remitted by 3rd Party | $14,713.26 | $1,000.80 |
|    Remitted by Restaurant | $23,287.58 | $1,678.55 |
| Toast marketplace facilitator tax | — | $131.39 |
|    Remitted by Toast | $1,311.85 | $131.39 |
| Non Taxable | $676.83 | — |