



**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G
3003 WASHINGTON BLVD STE 101
ARLINGTON VA  22201-2194

| | |
|---|---|
| Page: | 1 of 10 |
| Statement Period: | Dec 01 2024-Dec 31 2024 |
| Cust Ref #: | 664-039-T-### |
| Primary Account #: | 444-1471664 |

## Chapter 11 Checking

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Account # 1664

### ACCOUNT SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | 31,524.03 | | Average Collected Balance | 23,421.20 |
| Deposits | 5,397.18 | | Interest Earned This Period | 0.00 |
| Electronic Deposits | 165,288.81 | | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 1,000.00 | | Annual Percentage Yield Earned | 0.00% |
| | | | Days in Period | 31 |
| Checks Paid | 42,253.50 | | | |
| Electronic Payments | 126,703.32 | | | |
| Ending Balance | 34,253.20 | | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02 | DEPOSIT | 105.00 |
| 12/06 | DEPOSIT | 27.00 |
| 12/06 | DEPOSIT | 20.00 |
| 12/09 | DEPOSIT | 1,445.18 |
| 12/09 | DEPOSIT | 1,000.00 |
| 12/09 | DEPOSIT | 334.00 |
| 12/09 | DEPOSIT | 168.00 |
| 12/09 | DEPOSIT | 143.00 |
| 12/13 | DEPOSIT | 134.00 |
| 12/13 | DEPOSIT | 93.00 |
| 12/13 | DEPOSIT | 90.00 |
| 12/13 | DEPOSIT | 5.00 |
| 12/16 | DEPOSIT | 605.00 |
| 12/16 | DEPOSIT | 31.00 |
| 12/16 | DEPOSIT | 16.00 |
| 12/20 | DEPOSIT | 228.00 |
| 12/20 | DEPOSIT | 66.00 |
| 12/20 | DEPOSIT | 33.00 |
| 12/20 | DEPOSIT | 32.00 |
| 12/23 | DEPOSIT | 135.00 |
| 12/23 | DEPOSIT | 75.00 |
| 12/23 | DEPOSIT | 60.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 10

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance  34,253.20

❷ Total Deposits  +

❸ Sub Total

❹ Total Withdrawals  −

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 3 of 10
Statement Period: Dec 01 2024-Dec 31 2024
Cust Ref #: ▮1664-039-T-###
Primary Account #: ▮1664

## DAILY ACCOUNT ACTIVITY

### Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/30 | DEPOSIT | 101.00 |
| 12/30 | DEPOSIT | 93.00 |
| 12/30 | DEPOSIT | 13.00 |
| 12/30 | DEPOSIT | 12.00 |
| 12/31 | DEPOSIT | 205.00 |
| 12/31 | DEPOSIT | 128.00 |
| | Subtotal: | 5,397.18 |

### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02 | CCD DEPOSIT, TOAST DEP NOV 30 ****395300RS5FH | 4,174.63 |
| 12/02 | CCD DEPOSIT, TOAST DEP DEC 01 ****395300RTEDS | 2,626.84 |
| 12/02 | CCD DEPOSIT, TOAST DEP NOV 29 ****395300RRFRA | 24.08 |
| 12/03 | CCD DEPOSIT, TOAST DEP DEC 02 ****395300RUM97 | 3,156.77 |
| 12/03 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT A0AWLI9O4YAYPD8 | 1,990.47 |
| 12/03 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84755903791 | 459.36 |
| 12/04 | CCD DEPOSIT, TOAST DEP DEC 03 ****395300RVQCA | 4,127.18 |
| 12/05 | CCD DEPOSIT, TOAST DEP DEC 04 ****395300RWVAC | 834.79 |
| 12/05 | CCD DEPOSIT, WWW.SMOKECRAFTBB 112311493 ST-N4U9G1Y8S3F8 | 224.00 |
| 12/06 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-A1C9C5G7W8O8 | 2,162.39 |
| 12/06 | CCD DEPOSIT, TOAST DEP DEC 05 ****395300RY3SH | 1,809.64 |
| 12/06 | CCD DEPOSIT, GRUBHUB INC NOV ACTVTY ****0601dKHGk50 | 195.15 |
| 12/09 | CCD DEPOSIT, TOAST DEP DEC 08 ****395300S21C8 | 7,961.30 |
| 12/09 | CCD DEPOSIT, TOAST DEP DEC 07 ****395300S0PIM | 4,341.52 |
| 12/09 | CCD DEPOSIT, TOAST DEP DEC 06 ****395300RZE93 | 2,275.94 |
| 12/09 | ACH DEPOSIT, VENMO CASHOUT ****790582589 | 500.00 |
| 12/10 | CCD DEPOSIT, TOAST DEP DEC 09 ****395300S3ADD | 3,774.74 |
| 12/10 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT MQJY8TIN5SL2WHY | 3,220.58 |
| 12/10 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84765624165 | 780.40 |
| 12/11 | CCD DEPOSIT, TOAST DEP DEC 10 ****395300S4F6E | 2,136.87 |
| 12/12 | CCD DEPOSIT, TOAST DEP DEC 11 ****395300S5KAO | 3,689.91 |
| 12/13 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-O6R0K0W4D6R5 | 3,177.99 |
| 12/13 | CCD DEPOSIT, TOAST DEP DEC 12 ****395300S6SRN | 2,599.27 |
| 12/13 | CCD DEPOSIT, GRUBHUB INC DEC ACTVTY ****1311dKHGk50 | 246.91 |
| 12/16 | CCD DEPOSIT, TOAST DEP DEC 13 ****395300S83OP | 9,985.17 |
| 12/16 | CCD DEPOSIT, TOAST DEP DEC 15 ****395300SAQRX | 7,525.43 |
| 12/16 | CCD DEPOSIT, TOAST DEP DEC 14 ****395300S9EW2 | 5,190.49 |
| 12/16 | CCD DEPOSIT, SQUARE INC SQ241216 T3RM5YJ6BMS38CK | 234.56 |
| 12/17 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84775024090 | 6,620.89 |



**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

| | |
|---|---|
| Page: | 4 of 10 |
| Statement Period: | Dec 01 2024-Dec 31 2024 |
| Cust Ref #: | ▇▇▇▇1664-039-T-### |
| Primary Account #: | ▇▇▇▇1664 |

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 12/17 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT AFBBMNXR65EM6K4 | 3,665.51 |
| 12/17 | CCD DEPOSIT, TOAST DEP DEC 16 ****395300SBZTA | 3,562.41 |
| 12/18 | CCD DEPOSIT, TOAST DEP DEC 17 ****395300SD513 | 2,142.87 |
| 12/19 | CCD DEPOSIT, TOAST DEP DEC 18 ****395300SEAIP | 5,066.58 |
| 12/20 | CCD DEPOSIT, TOAST DEP DEC 20 ****395300SFJGT | 6,264.88 |
| 12/20 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-D6L8H0U4R3L2 | 2,389.10 |
| 12/20 | CCD DEPOSIT, GRUBHUB INC DEC ACTVTY ****2018dKHGk50 | 209.34 |
| 12/23 | CCD DEPOSIT, TOAST DEP DEC 20 ****395300SGU10 | 9,427.48 |
| 12/23 | CCD DEPOSIT, TOAST DEP DEC 21 ****395300SI5F9 | 7,946.18 |
| 12/23 | CCD DEPOSIT, TOAST DEP DEC 22 ****395300SJGRM | 5,601.85 |
| 12/23 | DEBIT CARD CREDIT, *****04036545477, AUT 122224 VISA DDA REF AMAZON RETAIL PARTNERS　　AMZN COM BILL * WA | 20.88 |
| 12/24 | CCD DEPOSIT, TOAST DEP DEC 23 ****395300SKPCJ | 3,482.80 |
| 12/24 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT YRHLGQ69KVXC585 | 2,710.44 |
| 12/24 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84784648186 | 1,166.32 |
| 12/26 | CCD DEPOSIT, TOAST DEP DEC 24 ****395300SLU10 | 5,988.58 |
| 12/26 | CCD DEPOSIT, WWW.SMOKECRAFTBB 114101913 ST-C3T6Y7V1V3L5 | 736.00 |
| 12/26 | CCD DEPOSIT, TOAST DEP DEC 25 ****395300SMWB0 | 136.02 |
| 12/27 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-V1U8F3H9T4P1 | 2,888.17 |
| 12/27 | CCD DEPOSIT, GRUBHUB INC DEC ACTVTY ****2725dKHGk50 | 396.06 |
| 12/27 | CCD DEPOSIT, TOAST DEP DEC 26 ****395300SNOZM | 97.48 |
| 12/30 | CCD DEPOSIT, TOAST DEP DEC 29 ****395300SQWZT | 3,747.42 |
| 12/30 | CCD DEPOSIT, TOAST DEP DEC 28 ****395300SPN4T | 2,423.81 |
| 12/30 | CCD DEPOSIT, TOAST DEP DEC 27 ****395300SOFL5 | 1,652.17 |
| 12/31 | CCD DEPOSIT, TOAST DEP DEC 30 ****395300SS483 | 5,167.71 |
| 12/31 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT X6B4KPNHJ91T707 | 1,583.63 |
| 12/31 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84793915873 | 767.85 |
| | Subtotal: | 165,288.81 |

### Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 12/02 | CREDIT | 1,000.00 |
| | Subtotal: | 1,000.00 |

### Checks Paid　　No. Checks: 51

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---:|---|---|---:|
| 12/09 | 922 | 933.92 | 12/04 | 5093 | 205.95 |
| 12/02 | 5091* | 580.72 | 12/09 | 5094 | 84.06 |
| 12/09 | 5092 | 778.54 | 12/09 | 5095 | 560.78 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 5 of 10
Statement Period: Dec 01 2024-Dec 31 2024
Cust Ref #: ▮▮▮▮▮▮1664-039-T-###
Primary Account #: ▮▮▮▮▮▮1664

## DAILY ACCOUNT ACTIVITY

**Checks Paid (continued)**
†Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 12/10 | 5096 | 601.91 | 12/06 | 10925 | 1,757.28 |
| 12/11 | 5097 | 205.95 | 12/09 | 10926 | 447.81 |
| 12/17 | 5098 | 1,233.40 | 12/09 | 10927 | 785.95 |
| 12/16 | 5099 | 756.69 | 12/10 | 10928 | 986.31 |
| 12/16 | 5100 | 77.43 | 12/09 | 10929 | 1,540.07 |
| 12/18 | 5101 | 205.95 | 12/09 | 10930 | 721.11 |
| 12/24 | 5102 | 831.26 | 12/06 | 10931 | 1,425.65 |
| 12/24 | 5103 | 2,352.26 | 12/09 | 10932 | 939.72 |
| 12/24 | 5104 | 894.42 | 12/09 | 10933 | 497.90 |
| 12/24 | 5105 | 248.53 | 12/10 | 10934 | 835.60 |
| 12/31 | 5106 | 205.95 | 12/10 | 10935 | 711.39 |
| 12/30 | 5107 | 756.55 | 12/12 | 10936 | 1,342.44 |
| 12/31 | 5109* | 205.95 | 12/09 | 10937 | 625.85 |
| 12/16 | 10907* | 168.47 | 12/09 | 10938 | 1,538.76 |
| 12/02 | 10909* | 537.05 | 12/12 | 10939 | 2,332.26 |
| 12/10 | 10916* | 1,716.27 | 12/06 | 10940 | 1,388.60 |
| 12/09 | 10917 | 990.35 | 12/30 | 10942* | 430.07 |
| 12/09 | 10918 | 437.43 | 12/23 | 10943 | 924.48 |
| 12/09 | 10919 | 1,634.09 | 12/23 | 10944 | 701.35 |
| 12/10 | 10920 | 1,136.00 | 12/24 | 10945 | 529.72 |
| 12/06 | 10921 | 1,258.47 | 12/23 | 10946 | 708.72 |
| 12/09 | 10923* | 456.88 | 12/24 | 10947 | 471.91 |
| 12/16 | 10924 | 555.32 | | | |

Subtotal: 42,253.50

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02 | CCD DEBIT, INTUIT 48386820 BILL_PAY VRA CLEANING SE | 3,680.00 |
| 12/02 | CCD DEBIT, INTUIT 48391040 BILL_PAY MAGNOLIA PLUMBI | 2,026.50 |
| 12/02 | CCD DEBIT, INTUIT 41369900 BILL_PAY LYON BAKERY | 1,155.76 |
| 12/02 | CCD DEBIT, INTUIT 47091750 BILL_PAY BOWIE PRODUCE | 449.50 |
| 12/02 | CCD DEBIT, MARGINEDGE CO SALE | 300.00 |
| 12/02 | CCD DEBIT, INTUIT 46786070 BILL_PAY LOGAN FOOD COMP | 127.50 |
| 12/02 | CCD DEBIT, TOAST, INC TOAST, INC ST-E0V2K0O5L6H9 | 16.24 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 6 of 10
Statement Period: Dec 01 2024-Dec 31 2024
Cust Ref #: 1664-039-T-###
Primary Account #: 1664

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02 | DBCRD PMT AP, *****04036545477, AUT 120124 VISA DDA PUR AP GOOGLE GSUITE SMOKECRAFT   650 2530000  * CA | 15.34 |
| 12/03 | CCD DEBIT, INTUIT 29820410 BILL_PAY KBS III 3003 WA | 18,517.64 |
| 12/03 | DBCRD PUR AP, *****04036545477, AUT 120224 VISA DDA PUR AP SP SPICEOLOGY         SPICEOLOGY CO * WA | 104.07 |
| 12/05 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR ****630473 | 238.00 |
| 12/05 | DBCRD PUR AP, *****04036545477, AUT 120524 VISA DDA PUR AP PARKX 3003 WASHINGTON BL   703 2301285  * VA | 200.00 |
| 12/06 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 8,120.40 |
| 12/06 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 2,943.95 |
| 12/06 | DEBIT POS AP, *****04036545477, AUT 120624 DDA PURCHASE AP RESTAURANT DEPOT       ALEXANDRIA   * VA | 368.08 |
| 12/06 | DEBIT POS AP, *****04036545477, AUT 120624 DDA PURCHASE AP GIANT 0748 2901 11 S G   ARLINGTON   * VA | 26.47 |
| 12/09 | DEBIT POS AP, *****04036545477, AUT 120724 DDA PURCHASE AP VA ABC STORE 168       ARLINGTON   * VA | 56.97 |
| 12/09 | DBCRD PUR AP, *****04036545477, AUT 120724 VISA DDA PUR AP AMAZON GROCE ZR86006H2    SEATTLE      * WA | 26.36 |
| 12/09 | CCD DEBIT, TOAST, INC. 20241130-3 ***-*82-0225 | 14.82 |
| 12/10 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 3,954.94 |
| 12/10 | CCD DEBIT, INTUIT 43838190 BILL_PAY SAFETY FIRST SE | 625.00 |
| 12/10 | CCD DEBIT, INTUIT 48990620 BILL_PAY LYON BAKERY | 277.13 |
| 12/10 | CCD DEBIT, INTUIT 47828300 BILL_PAY BOWIE PRODUCE | 262.50 |
| 12/10 | CCD DEBIT, INTUIT 41578450 BILL_PAY ROBERTS OXYGEN | 85.16 |
| 12/10 | ACH DEBIT, ARLINGTON CHAMBE ACH | 48.00 |
| 12/10 | DBCRD PUR AP, *****04036545477, AUT 120924 VISA DDA PUR AP AMAZON COM ZR5XE61C1     AMZN COM BILL * WA | 24.36 |
| 12/11 | DEBIT POS AP, *****04036545477, AUT 121124 DDA PURCHASE AP VA ABC STORE 168       ARLINGTON   * VA | 563.83 |
| 12/11 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 368.94 |
| 12/11 | DBCRD PUR AP, *****04036545477, AUT 120924 VISA DDA PUR AP ARLINGTON CHAMBER OF C    703 525 2400  * VA | 25.00 |
| 12/12 | DBCRD PMT AP, *****04036545477, AUT 121224 VISA DDA PUR AP MAILCHIMP             678 9990141   * GA | 285.00 |
| 12/12 | DBCRD PUR AP, *****04036545477, AUT 121024 VISA DDA PUR AP ULINE  SHIP SUPPLIES    800 295 5510  * WI | 187.49 |
| 12/12 | DBCRD PUR AP, *****04036545477, AUT 121124 VISA DDA PUR AP VISTAPRINT            866 207 4955  * MA | 120.18 |
| 12/12 | DBCRD PUR AP, *****04036545477, AUT 121024 VISA DDA PUR AP AMAZON MKTPL ZR3W76QX1    AMZN COM BILL * WA | 28.53 |
| 12/13 | CCD DEBIT, PREMIUM DIST OF FINTECHEFT **-**43479 | 295.11 |



**TD Bank**
America's Most Convenient Bank®

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

**STATEMENT OF ACCOUNT**

Page:                              7 of 10
Statement Period:   Dec 01 2024-Dec 31 2024
Cust Ref #:                    ▇▇▇1664-039-T-###
Primary Account #:                  ▇▇▇1664

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/13 | DBCRD PUR AP, *****04036545477, AUT 121124 VISA DDA PUR AP RESTAURANT DEPOT ALEXANDRIA * VA | 241.19 |
| 12/13 | DEBIT POS AP, *****04036545477, AUT 121324 DDA PURCHASE AP VA ABC STORE 168 ARLINGTON * VA | 149.96 |
| 12/13 | DBCRD PUR AP, *****04036545477, AUT 121224 VISA DDA PUR AP AMAZON RETA I Z107X9O52 AMZN COM BILL * WA | 16.56 |
| 12/16 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 7,171.27 |
| 12/16 | CCD DEBIT, ERIEINSURANCEWEB PAYMENT ****20019138694 | 1,359.48 |
| 12/16 | ACH DEBIT, COMCAST 8299610 252892194 8615102 | 688.31 |
| 12/16 | DBCRD PUR AP, *****04036545477, AUT 121324 VISA DDA PUR AP ULINE SHIP SUPPLIES 800 295 5510 * WI | 185.86 |
| 12/16 | DBCRD PUR AP, *****04036545477, AUT 121324 VISA DDA PUR AP VA ABC STORE 093 ALEXANDRIA * VA | 34.99 |
| 12/16 | DBCRD PUR AP, *****04036545477, AUT 121324 VISA DDA PUR AP AMAZON MKTPL ZX3WO9KA0 AMZN COM BILL * WA | 32.29 |
| 12/17 | CCD DEBIT, INTUIT 32220290 BILL_PAY PLATFORM BUSINE | 2,500.00 |
| 12/17 | CCD DEBIT, INTUIT 39916350 BILL_PAY BOWIE PRODUCE | 624.25 |
| 12/17 | CCD DEBIT, INTUIT 21494590 BILL_PAY LYON BAKERY | 316.39 |
| 12/17 | CCD DEBIT, INTUIT 33511880 BILL_PAY LOGAN FOOD COMP | 127.50 |
| 12/17 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 78.56 |
| 12/17 | DBCRD PUR AP, *****04036545477, AUT 121524 VISA DDA PUR AP TRADER JOE S 640 ARLINGTON * VA | 8.06 |
| 12/18 | CCD DEBIT, REPUBLIC NATIONA FINTECHEFT **-**43479 | 439.68 |
| 12/18 | DBCRD PMT AP, *****04036545477, AUT 121724 VISA DDA PUR AP DROPBOX BYMCVRSYK8Y7 DROPBOX COM * CA | 54.00 |
| 12/19 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR ****630473 | 16,635.95 |
| 12/19 | DEBIT POS AP, *****04036545477, AUT 121924 DDA PURCHASE AP RESTAURANT DEPOT ALEXANDRIA * VA | 714.37 |
| 12/19 | DBCRD PUR AP, *****04036545477, AUT 121824 VISA DDA PUR AP VA ABC STORE 168 ARLINGTON * VA | 49.99 |
| 12/20 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 6,220.24 |
| 12/20 | DBCRD PUR AP, *****04036545477, AUT 121924 VISA DDA PUR AP ULINE SHIP SUPPLIES 800 295 5510 * WI | 347.37 |
| 12/20 | CCD DEBIT, VIRGINIA EAGLE D FINTECHEFT **-**43479 | 285.50 |
| 12/20 | CCD DEBIT, HOP & WINE BEVER FINTECHEFT **-**43479 | 227.00 |
| 12/23 | CCD DEBIT, ARLINGTON COUNTY ARLCO PMT ****02720 | 6,927.96 |
| 12/23 | CCD DEBIT, WASHINGTON GAS PAYMENT ****07002275 | 944.55 |
| 12/23 | DEBIT POS AP, *****04036545477, AUT 122024 DDA PURCHASE AP VA ABC STORE 168 ARLINGTON * VA | 517.87 |
| 12/23 | DEBIT POS AP, *****04036545477, AUT 122124 DDA PURCHASE AP RESTAURANT DEPOT ALEXANDRIA * VA | 305.84 |



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 8 of 10
Statement Period: Dec 01 2024-Dec 31 2024
Cust Ref #: 1664-039-T-###
Primary Account #: 1664

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/23 | DEBIT POS AP, *****04036545477, AUT 122224 DDA PURCHASE AP GIANT 0743 3450 WASHIN    ARLINGTON   * VA | 98.13 |
| 12/23 | DBCRD PUR AP, *****04036545477, AUT 122224 VISA DDA PUR AP FACEBK 6522VHCRW2     6505434800   * CA | 76.00 |
| 12/23 | DEBIT POS AP, *****04036545477, AUT 122224 DDA PURCHASE AP VA ABC STORE 168        ARLINGTON   * VA | 57.98 |
| 12/23 | DEBIT POS AP, *****04036545477, AUT 122124 DDA PURCHASE AP GIANT 0748 2901 11 S G    ARLINGTON   * VA | 47.04 |
| 12/23 | DBCRD PUR AP, *****04036545477, AUT 122124 VISA DDA PUR AP FACEBK 3TV8JG4SW2     650 5434800   * CA | 42.00 |
| 12/23 | DBCRD PUR AP, *****04036545477, AUT 122024 VISA DDA PUR AP AMAZON MKTPL Z984D2MM0    AMZN COM BILL * WA | 39.69 |
| 12/23 | DEBIT POS AP, *****04036545477, AUT 122224 DDA PURCHASE AP TRADER JOE S 64 TRADER    ARLINGTON   * VA | 31.72 |
| 12/23 | DBCRD PUR AP, *****04036545477, AUT 122224 VISA DDA PUR AP AMAZON RETAI Z922Q3TV1    AMZN COM BILL * WA | 20.88 |
| 12/23 | DBCRD PMT AP, *****04036545477, AUT 122224 VISA DDA PUR AP CANVA I04373 37984365    HTTPSCANVA CO * DE | 14.99 |
| 12/23 | DEBIT POS AP, *****04036545477, AUT 122324 DDA PURCHASE AP TRADER JOE S 64 TRADER    ARLINGTON   * VA | 10.07 |
| 12/23 | DBCRD PUR AP, *****04036545477, AUT 122024 VISA DDA PUR AP AMAZON COM Z95UK8VD0    AMZN COM BILL * WA | 8.78 |
| 12/23 | DBCRD PUR AP, *****04036545477, AUT 122124 VISA DDA PUR AP AMAZON COM Z963M44X1    AMZN COM BILL * WA | 7.41 |
| 12/24 | CCD DEBIT, VA DEPT TAXATION TAX PAYMEN *****3479 | 9,318.36 |
| 12/24 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 6,914.71 |
| 12/24 | ELECTRONIC PMT-WEB, DOMINION ENERGY BILLPAY ****55711631 | 2,482.48 |
| 12/24 | CCD DEBIT, INTUIT 13328820 BILL_PAY CHILL-CRAFT COM | 1,236.00 |
| 12/24 | CCD DEBIT, INTUIT 15967600 BILL_PAY BOWIE PRODUCE | 625.50 |
| 12/24 | CCD DEBIT, INTUIT 17861680 BILL_PAY LYON BAKERY | 513.90 |
| 12/24 | DBCRD PUR AP, *****04036545477, AUT 122224 VISA DDA PUR AP ULINE   SHIP SUPPLIES    800 295 5510  * WI | 346.51 |
| 12/24 | CCD DEBIT, INTUIT * QUICKBOOKS 2423041 | 114.00 |
| 12/24 | CCD DEBIT, INTUIT 14567780 BILL_PAY PEST MANAGEMENT | 85.00 |
| 12/24 | CCD DEBIT, INTUIT 10069200 BILL_PAY MTOM CONSULTING | 30.00 |
| 12/24 | DBCRD PUR AP, *****04036545477, AUT 122224 VISA DDA PUR AP AMAZON MKTPL ZE2D57GO2    AMZN COM BILL * WA | 27.42 |
| 12/24 | DEBIT POS AP, *****04036545477, AUT 122424 DDA PURCHASE AP GIANT 0743 3450 WASHIN    ARLINGTON   * VA | 6.11 |
| 12/26 | CCD DEBIT, INTUIT 11235780 BILL_PAY CAPITAL BANK | 1,500.00 |
| 12/26 | CCD DEBIT, TOAST, INC TOAST, INC ST-U1K8G1E7O7D0 | 787.75 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page:                                  9 of 10
Statement Period:    Dec 01 2024-Dec 31 2024
Cust Ref #:                   664-039-T-###
Primary Account #:                       1664

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 12/26 | DBCRD PMT AP, *****04036545477, AUT 122424 VISA DDA PUR AP<br>STATE FARM INSURANCE    800 956 6310  * IL | 182.34 |
| 12/26 | DBCRD PUR AP, *****04036545477, AUT 122524 VISA DDA PUR AP<br>FACEBK XS6ADPURW2    650 5434800  * CA | 137.00 |
| 12/26 | DBCRD PUR AP, *****04036545477, AUT 122424 VISA DDA PUR AP<br>GIANT 0743        ARLINGTON   * VA | 12.11 |
| 12/27 | DEBIT POS AP, *****04036545477, AUT 122724 DDA PURCHASE AP<br>RESTAURANT DEPOT    ALEXANDRIA  * VA | 1,061.24 |
| 12/27 | DBCRD PUR AP, *****04036545477, AUT 122624 VISA DDA PUR AP<br>FACEBK 9VYF2JCRW2    650 5434800  * CA | 21.26 |
| 12/30 | CCD DEBIT, INTUIT 22383030 BILL_PAY VRA CLEANING SE | 3,680.00 |
| 12/30 | CCD DEBIT, INTUIT 61661590 BILL_PAY BOWIE PRODUCE | 1,039.25 |
| 12/30 | CCD DEBIT, INTUIT 28256980 BILL_PAY LYON BAKERY | 661.09 |
| 12/30 | DEBIT POS AP, *****04036545477, AUT 123024 DDA PURCHASE AP<br>RESTAURANT DEPOT    ALEXANDRIA  * VA | 658.96 |
| 12/30 | CCD DEBIT, INTUIT 74036020 BILL_PAY CHILL-CRAFT COM | 622.07 |
| 12/30 | CCD DEBIT, OPENTABLE PAYMENTS DDD856230 | 327.00 |
| 12/30 | CCD DEBIT, INTUIT 15684420 BILL_PAY LOGAN FOOD COMP | 127.50 |
| 12/30 | DEBIT POS AP, *****04036545477, AUT 122824 DDA PURCHASE AP<br>VA ABC STORE 168     ARLINGTON  * VA | 69.99 |
| 12/30 | DBCRD PMT AP, *****04036545477, AUT 122724 VISA DDA PUR AP<br>ADOBE  ADOBE     408 536 6000  * CA | 21.19 |
| 12/30 | DEBIT POS AP, *****04036545477, AUT 122824 DDA PURCHASE AP<br>TRADER JOE S 64 TRADER  ARLINGTON  * VA | 20.15 |
| 12/31 | DEBIT POS AP, *****04036545477, AUT 123124 DDA PURCHASE AP<br>VA ABC STORE 168     ARLINGTON  * VA | 627.11 |
| 12/31 | DBCRD PMT AP, *****04036545477, AUT 123024 VISA DDA PUR AP<br>EB ADS CAMPAIGN     HTTPSWWW EVEN * CA | 200.82 |
| 12/31 | DBCRD PUR AP, *****04036545477, AUT 123024 VISA DDA PUR AP<br>ARLINGTON COUNTY DHS   703 2281600  * VA | 40.00 |
| 12/31 | DEBIT POS AP, *****04036545477, AUT 123124 DDA PURCHASE AP<br>TRADER JOE S 64 TRADER  ARLINGTON  * VA | 4.03 |
| 12/31 | DEBIT POS AP, *****04036545477, AUT 123124 DDA PURCHASE AP<br>GIANT 0743 3450 WASHIN  ARLINGTON  * VA | 4.02 |
|  | Subtotal: | 126,703.32 |





**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 10 of 10
Statement Period: Dec 01 2024-Dec 31 2024
Cust Ref #: ▮1664-039-T-###
Primary Account #: ▮1664

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 31,524.03 | 12/16 | 29,194.93 |
| 12/02 | 30,565.97 | 12/17 | 38,155.58 |
| 12/03 | 17,550.86 | 12/18 | 39,598.82 |
| 12/04 | 21,472.09 | 12/19 | 27,265.09 |
| 12/05 | 22,092.88 | 12/20 | 29,407.30 |
| 12/06 | 9,018.16 | 12/23 | 41,188.23 |
| 12/09 | 14,115.73 | 12/24 | 21,519.70 |
| 12/10 | 10,626.88 | 12/26 | 25,761.10 |
| 12/11 | 11,600.03 | 12/27 | 28,060.31 |
| 12/12 | 10,994.04 | 12/30 | 27,688.89 |
| 12/13 | 16,637.39 | 12/31 | 34,253.20 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender