

Available Balance

# $206.01

Today's Beginning Balance    **$65,206.01**

Pending

| Date | Type | Description | Credit | Balance |
|---|---|---|---|---|
| PENDING TRANSACTIONS | | | | |
| 8/1/2019 | DEBIT | Pending Verification | -$65,000.00 | Pending |
| ACCOUNT HISTORY | | | | |
| 12/11/2024 | INT | INTEREST CREDIT | $206.01 | $65,206.01 |
| 12/9/2024 | DEBIT | CD EARLY WD PEN | -$11.37 | $65,000.00 |
| 12/9/2024 | DEBIT | CD WITHDRAWAL | -$1,445.18 | $65,011.37 |