Smokecraft Clarendon LLC

1021 TD Bank-DIP Checking, Period Ending 12/08/2024

## RECONCILIATION REPORT

Reconciled on: 12/10/2024

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

### Summary                                                                                               USD

| | |
|---|---:|
| Statement beginning balance | 31,524.03 |
| Checks and payments cleared (25) | -45,443.57 |
| Deposits and other credits cleared (18) | 22,937.70 |
| Statement ending balance | 9,018.16 |
| | |
| Uncleared transactions as of 12/08/2024 | -10,720.00 |
| Register balance as of 12/08/2024 | -1,701.84 |
| Cleared transactions after 12/08/2024 | 0.00 |
| Uncleared transactions after 12/08/2024 | 2,902.76 |
| Register balance as of 12/10/2024 | 1,200.92 |

### Details

Checks and payments cleared (25)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 11/17/2024 | Journal | Payroll JE 11.4-11.17 | | -537.05 |
| 11/27/2024 | Bill Payment | 5091 | TriMark Adams-Burch | -580.72 |
| 11/29/2024 | Bill Payment | | Lyon Bakery | -1,155.76 |
| 11/29/2024 | Bill Payment | | Magnolia Plumbing | -2,026.50 |
| 11/29/2024 | Bill Payment | | Bowie Produce | -449.50 |
| 11/29/2024 | Bill Payment | | Logan Food Company | -127.50 |
| 11/29/2024 | Bill Payment | | VRA Cleaning Services LLC | -3,680.00 |
| 11/30/2024 | Journal | MI14494ME | | -15.34 |
| 12/01/2024 | Journal | MI14495ME | | -300.00 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -238.00 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -1,258.47 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -1,388.60 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -1,425.65 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -1,757.28 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -8,120.40 |
| 12/02/2024 | Journal | MI14503ME | | -104.07 |
| 12/02/2024 | Expense | | | -0.40 |
| 12/02/2024 | Bill Payment | | KBS III 3003 Washington LLC | -18,517.64 |
| 12/02/2024 | Expense | | Toast Inc. | -16.24 |
| 12/03/2024 | Bill Payment | 5093 | ALSCO | -205.95 |
| 12/05/2024 | Bill Payment | | Parkx Master Merchant, LC | -200.00 |
| 12/06/2024 | Bill Payment | | Reinhart Food Service (PFG) | -2,862.14 |
| 12/06/2024 | Journal | MI14518ME | | -368.08 |
| 12/06/2024 | Journal | MI14515ME | | -26.47 |
| 12/06/2024 | Bill Payment | | Reinhart Food Service (PFG) | -81.81 |
| **Total** | | | | **-45,443.57** |

Deposits and other credits cleared (18)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 11/28/2024 | Journal | Sales 11.28 | | 24.08 |
| 11/29/2024 | Journal | Sales 11.29 | | 105.40 |
| 11/29/2024 | Journal | Sales 11.29 | | 4,174.63 |
| 11/30/2024 | Deposit | | | 195.15 |
| 11/30/2024 | Journal | Sales 11.30 | | 2,626.84 |
| 12/01/2024 | Journal | Sales 12.1 | | 3,156.77 |
| 12/01/2024 | Deposit | | UberEats | 1,990.47 |
| 12/01/2024 | Deposit | | | 459.36 |
| 12/01/2024 | Deposit | | DoorDash Inc | 2,162.39 |
| 12/02/2024 | Transfer | | | 1,000.00 |
| 12/02/2024 | Journal | Sales 10.2 | | 4,127.18 |
| 12/03/2024 | Journal | Sales 12.3 | | 19.80 |
| 12/03/2024 | Journal | Sales 12.3 | | 834.79 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/04/2024 | Journal | Sales 12.4 | | 1,809.64 |
| 12/04/2024 | Journal | Sales 12.4 | | 26.80 |
| 12/05/2024 | Deposit | | | 224.00 |
| 12/06/2024 | Deposit | | | 0.20 |
| 12/06/2024 | Deposit | | | 0.20 |

**Total** 22,937.70

## Additional Information

Uncleared checks and payments as of 12/08/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage Contr… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -4,297.88 |
| 11/03/2024 | Journal | Payroll JE 10.21-11.3 | | -168.47 |
| 11/29/2024 | Bill Payment | 5092 | M.A. Stockstill Co. | -778.54 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -721.11 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -1,540.07 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -4,297.88 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -2,332.26 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -1,716.27 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -1,634.09 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -1,538.76 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -1,342.44 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -1,136.00 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -990.35 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -986.31 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -939.72 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -933.92 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -835.60 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -785.95 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -711.39 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -625.85 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -555.32 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -497.90 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -456.88 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -447.81 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -437.43 |
| 12/03/2024 | Bill Payment | 5094 | AM Briggs INC dba Metropolitan … | -84.06 |
| 12/03/2024 | Journal | MI14536ME | | -24.36 |
| 12/05/2024 | Journal | MI14523ME | | -56.97 |
| 12/06/2024 | Bill Payment | 5096 | AM Briggs INC dba Metropolitan … | -601.91 |
| 12/06/2024 | Bill Payment | 5095 | TriMark Adams-Burch | -560.78 |
| 12/07/2024 | Journal | MI14535ME | | -26.36 |

**Total** -33,408.37

Uncleared deposits and other credits as of 12/08/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | 0.00 |
| 10/10/2024 | Journal | Sales 10.10 | | 24.80 |
| 10/11/2024 | Journal | Sales 10.11 | | 20.03 |
| 11/25/2024 | Journal | Sales 11.25 | | 86.20 |
| 12/05/2024 | Journal | Sales 12.5 | | 2,275.94 |
| 12/06/2024 | Journal | Sales 12.6 | | 334.00 |
| 12/06/2024 | Journal | Sales 12.6 | | 4,341.52 |
| 12/07/2024 | Journal | MJ14527ME | | 8,183.77 |
| 12/07/2024 | Journal | MJ14527ME | | 168.05 |
| 12/08/2024 | Deposit | | UberEats | 3,220.58 |
| 12/08/2024 | Journal | MJ14532ME | | 3,890.73 |

Case 24-13609    Doc 86-14    Filed 01/21/25    Page 2 of 3

Case 24-13609    Doc 86-14    Filed 01/21/25    Page 3 of 3

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/08/2024 | Journal | MJ14582ME | | 142.75 |
| **Total** | | | | **22,688.37** |

### Uncleared checks and payments after 12/08/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/09/2024 | Bill Payment | | Roberts Oxygen Company, Inc. | -85.16 |
| 12/09/2024 | Expense | | Toast Inc. | -14.82 |
| 12/09/2024 | Bill Payment | | Bowie Produce | -262.50 |
| 12/09/2024 | Bill Payment | | Safety First Services | -625.00 |
| 12/09/2024 | Bill Payment | | Lyon Bakery | -277.13 |
| **Total** | | | | **-1,264.61** |

### Uncleared deposits and other credits after 12/08/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/09/2024 | Deposit | | Venmo | 500.00 |
| 12/09/2024 | Transfer | | | 1,445.18 |
| 12/09/2024 | Journal | MJ14882ME | | 4.92 |
| 12/09/2024 | Journal | MJ14882ME | | 2,217.27 |
| **Total** | | | | **4,167.37** |