1021 TD Bank-DIP Checking, Period Ending 12/15/2024

## RECONCILIATION CHANGE REPORT

Since this reconciliation on 12/18/2024, changes were made to the reconciled transactions in this report.

| DATE | TYPE | REF NO. | PAYEE | ORIGINAL AMT (USD) | CURRENT AMT (USD) | CHANGE | AMOUNT CHANGE (USD) |
|---|---|---|---|---|---|---|---|
| 12/07/2024 | Journal | MI14535ME | | 26.36 | 0.00 | Deleted | 26.36 |
| | | | | | | **Total** | **26.36** |

## RECONCILIATION REPORT

Reconciled on: 12/18/2024

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

### Summary

| | USD |
|---|---|
| Statement beginning balance | 9,018.16 |
| Checks and payments cleared (48) | -30,498.85 |
| Deposits and other credits cleared (24) | 38,118.08 |
| Statement ending balance | 16,637.39 |
| | |
| Uncleared transactions as of 12/15/2024 | 23,011.18 |
| Register balance as of 12/15/2024 | 39,648.57 |
| Cleared transactions after 12/15/2024 | 0.00 |
| Uncleared transactions after 12/15/2024 | -3,977.19 |
| Register balance as of 12/18/2024 | 35,671.38 |

### Details

Checks and payments cleared (48)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/29/2024 | Bill Payment | 5092 | M.A. Stockstill Co. | -778.54 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -721.11 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -785.95 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -835.60 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -933.92 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -939.72 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -986.31 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -990.35 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -1,136.00 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -1,342.44 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -1,538.76 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -1,540.07 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -1,634.09 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -711.39 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -625.85 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -497.90 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -456.88 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -447.81 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -437.43 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -2,332.26 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -1,716.27 |
| 12/03/2024 | Journal | MI14536ME | | -24.36 |
| 12/03/2024 | Bill Payment | 5094 | AM Briggs INC dba Metropolitan … | -84.06 |
| 12/05/2024 | Journal | MI14523ME | | -56.97 |
| 12/06/2024 | Bill Payment | 5096 | AM Briggs INC dba Metropolitan … | -601.91 |
| 12/06/2024 | Bill Payment | 5095 | TriMark Adams-Burch | -560.78 |
| 12/07/2024 | Journal | MI14535ME | | -26.36 |
| 12/09/2024 | Bill Payment | | Roberts Oxygen Company, Inc. | -85.16 |
| 12/09/2024 | Bill Payment | | Lyon Bakery | -277.13 |
| 12/09/2024 | Bill Payment | | Safety First Services | -625.00 |
| 12/09/2024 | Bill Payment | | Bowie Produce | -262.50 |
| 12/09/2024 | Expense | | | -0.05 |
| 12/09/2024 | Expense | | Toast Inc. | -14.82 |
| 12/09/2024 | Journal | MI14883ME | | -25.00 |
| 12/10/2024 | Journal | MI14900ME | | -187.49 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/10/2024 | Bill Payment | | Reinhart Food Service (PFG) | -3,954.94 |
| 12/10/2024 | Expense | | Arlington Chamber of Commerce | -48.00 |
| 12/10/2024 | Bill Payment | 5097 | ALSCO | -205.95 |
| 12/11/2024 | Bill Payment | | Reinhart Food Service (PFG) | -368.94 |
| 12/11/2024 | Journal | MI14901ME | | -120.18 |
| 12/11/2024 | Journal | MI14902ME | | -241.19 |
| 12/12/2024 | Journal | MI14892ME | | -563.83 |
| 12/12/2024 | Expense | | Amazon | -28.53 |
| 12/12/2024 | Journal | MI14912ME | | -285.00 |
| 12/13/2024 | Bill Payment | | Premium Distributors | -295.11 |
| 12/13/2024 | Journal | MI14911ME | | -149.96 |
| 12/13/2024 | Expense | | Amazon | -16.56 |
| 12/13/2024 | Expense | | | -0.42 |

**Total**    -30,498.85

### Deposits and other credits cleared (24)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/05/2024 | Journal | Sales 12.5 | | 2,275.94 |
| 12/06/2024 | Journal | Sales 12.6 | | 4,341.52 |
| 12/06/2024 | Journal | Sales 12.6 | | 334.00 |
| 12/07/2024 | Journal | Sales 12.7 | | 7,961.30 |
| 12/07/2024 | Journal | Sales 12.7 | | 168.05 |
| 12/08/2024 | Deposit | | | 246.91 |
| 12/08/2024 | Deposit | | | 780.40 |
| 12/08/2024 | Journal | Sales 12.8 | | 142.75 |
| 12/08/2024 | Deposit | | UberEats | 3,220.58 |
| 12/08/2024 | Journal | Sales 12.8 | | 3,774.74 |
| 12/08/2024 | Deposit | | DoorDash Inc | 3,177.99 |
| 12/09/2024 | Transfer | | | 1,445.18 |
| 12/09/2024 | Journal | Sales 12.9 | | 4.92 |
| 12/09/2024 | Journal | Sales 12.9 | | 2,136.87 |
| 12/09/2024 | Deposit | | Venmo | 500.00 |
| 12/09/2024 | Deposit | | | 1,000.00 |
| 12/09/2024 | Deposit | | | 0.25 |
| 12/10/2024 | Journal | Sales 12.10 | | 93.42 |
| 12/10/2024 | Journal | Sales 12.10 | | 3,689.91 |
| 12/11/2024 | Journal | Sales 12.11 | | 2,599.27 |
| 12/11/2024 | Journal | Sales 12.11 | | 90.00 |
| 12/12/2024 | Journal | Sales 12.12 | | 133.68 |
| 12/13/2024 | Deposit | | | 0.08 |
| 12/13/2024 | Deposit | | | 0.32 |

**Total**    38,118.08

### Additional Information

Uncleared checks and payments as of 12/15/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage Contr… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -4,297.88 |
| 11/03/2024 | Journal | Payroll JE 10.21-11.3 | | -168.47 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -555.32 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -4,297.88 |
| 12/11/2024 | Bill Payment | 5098 | AM Briggs INC dba Metropolitan … | -1,233.40 |
| 12/13/2024 | Journal | MI14916ME | | -185.86 |
| 12/13/2024 | Bill Payment | | Erie Insurance Group | -1,359.48 |
| 12/13/2024 | Journal | MI14910ME | | -34.99 |
| 12/13/2024 | Bill Payment | 5099 | TriMark Adams-Burch | -756.69 |
| 12/13/2024 | Bill Payment | 5100 | TriMark Adams-Burch | -77.43 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 12/15/2024 | Journal | MJ14919ME | | -8.06 |
| **Total** | | | | **-14,321.19** |

### Uncleared deposits and other credits as of 12/15/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | 0.00 |
| 10/10/2024 | Journal | Sales 10.10 | | 24.80 |
| 10/11/2024 | Journal | Sales 10.11 | | 20.03 |
| 11/25/2024 | Journal | Sales 11.25 | | 86.20 |
| 12/12/2024 | Journal | Sales 12.12 | | 9,985.17 |
| 12/13/2024 | Journal | Sales 12.13 | | 5,190.49 |
| 12/13/2024 | Journal | Sales 12.13 | | 30.77 |
| 12/14/2024 | Journal | Sales 12.14 | | 605.08 |
| 12/14/2024 | Journal | Sales 12.14 | | 7,525.43 |
| 12/15/2024 | Journal | Sales 12.15 | | 3,562.41 |
| 12/15/2024 | Deposit | | UberEats | 3,665.51 |
| 12/15/2024 | Deposit | | | 6,620.89 |
| 12/15/2024 | Journal | Sales 12.15 | | 15.59 |
| **Total** | | | | **37,332.37** |

### Uncleared checks and payments after 12/15/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 12/16/2024 | Bill Payment | | Lyon Bakery | -316.39 |
| 12/16/2024 | Bill Payment | | Platform Business Advisors | -2,500.00 |
| 12/16/2024 | Bill Payment | | Logan Food Company | -127.50 |
| 12/16/2024 | Bill Payment | | Bowie Produce | -624.25 |
| 12/16/2024 | Bill Payment | | Reinhart Food Service (PFG) | -7,171.27 |
| 12/16/2024 | Bill Payment | | Comcast (EFT) | -688.31 |
| 12/17/2024 | Bill Payment | 5101 | ALSCO | -205.95 |
| 12/17/2024 | Bill Payment | | Reinhart Food Service (PFG) | -78.56 |
| **Total** | | | | **-11,712.23** |

### Uncleared deposits and other credits after 12/15/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 12/16/2024 | Journal | MJ14925ME | | 2,235.71 |
| 12/16/2024 | Deposit | | | 0.41 |
| 12/16/2024 | Deposit | | Square | 234.56 |
| 12/16/2024 | Deposit | | | 0.23 |
| 12/16/2024 | Journal | MJ14925ME | | 32.95 |
| 12/17/2024 | Journal | MJ14931ME | | 5,199.33 |
| 12/17/2024 | Journal | MJ14931ME | | 31.85 |
| **Total** | | | | **7,735.04** |