# Smokecraft Clarendon LLC
## 1021 TD Bank-DIP Checking, Period Ending 12/22/2024
### RECONCILIATION REPORT
Reconciled on: 12/23/2024

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

## Summary

| | USD |
|---|---:|
| Statement beginning balance | 16,663.75 |
| Checks and payments cleared (31) | -41,125.82 |
| Deposits and other credits cleared (23) | 53,869.37 |
| Statement ending balance | 29,407.30 |
| | |
| Uncleared transactions as of 12/22/2024 | 8,905.09 |
| Register balance as of 12/22/2024 | 38,312.39 |
| Cleared transactions after 12/22/2024 | 0.00 |
| Uncleared transactions after 12/22/2024 | -2,490.40 |
| Register balance as of 12/23/2024 | 35,821.99 |

## Details

### Checks and payments cleared (31)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 11/03/2024 | Journal | Payroll JE 10.21-11.3 | | -168.47 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -555.32 |
| 12/09/2024 | Expense | | Amazon | -26.36 |
| 12/11/2024 | Bill Payment | 5098 | AM Briggs INC dba Metropolitan … | -1,233.40 |
| 12/13/2024 | Bill Payment | 5100 | TriMark Adams-Burch | -77.43 |
| 12/13/2024 | Bill Payment | 5099 | TriMark Adams-Burch | -756.69 |
| 12/13/2024 | Journal | MI14910ME | | -34.99 |
| 12/13/2024 | Bill Payment | | Erie Insurance Group | -1,359.48 |
| 12/13/2024 | Journal | MI14916ME | | -185.86 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -16,635.95 |
| 12/15/2024 | Journal | MI14919ME | | -8.06 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -6,220.24 |
| 12/16/2024 | Bill Payment | | Lyon Bakery | -316.39 |
| 12/16/2024 | Expense | | | -0.08 |
| 12/16/2024 | Bill Payment | | Logan Food Company | -127.50 |
| 12/16/2024 | Bill Payment | | Platform Business Advisors | -2,500.00 |
| 12/16/2024 | Expense | | Amazon | -32.29 |
| 12/16/2024 | Bill Payment | | Comcast (EFT) | -688.31 |
| 12/16/2024 | Bill Payment | | Reinhart Food Service (PFG) | -7,171.27 |
| 12/16/2024 | Bill Payment | | Bowie Produce | -624.25 |
| 12/17/2024 | Bill Payment | 5101 | ALSCO | -205.95 |
| 12/17/2024 | Journal | MI14946ME | | -54.00 |
| 12/17/2024 | Bill Payment | | Reinhart Food Service (PFG) | -78.56 |
| 12/18/2024 | Bill Payment | EFT19580725 | Hop & Wine | -227.00 |
| 12/18/2024 | Bill Payment | | Republic National | -439.68 |
| 12/18/2024 | Journal | MI14945ME | | -49.99 |
| 12/19/2024 | Journal | MI14960ME | | -347.37 |
| 12/19/2024 | Journal | MI14947ME | | -714.37 |
| 12/20/2024 | Expense | | | -0.14 |
| 12/20/2024 | Expense | | | -0.92 |
| 12/20/2024 | Bill Payment | | VA Eagle Distributing | -285.50 |
| **Total** | | | | **-41,125.82** |

### Deposits and other credits cleared (23)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 12/12/2024 | Journal | Sales 12.12 | | 9,985.17 |
| 12/13/2024 | Journal | Sales 12.13 | | 30.77 |
| 12/13/2024 | Journal | Sales 12.13 | | 5,190.49 |
| 12/14/2024 | Journal | Sales 12.14 | | 7,525.43 |
| 12/14/2024 | Journal | Sales 12.14 | | 605.08 |
| 12/15/2024 | Deposit | | DoorDash Inc | 2,389.10 |
| 12/15/2024 | Deposit | | UberEats | 3,665.51 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/15/2024 | Journal | Sales 12.15 | | 15.59 |
| 12/15/2024 | Deposit | | | 6,620.89 |
| 12/15/2024 | Deposit | | | 209.34 |
| 12/15/2024 | Journal | Sales 12.15 | | 3,562.41 |
| 12/16/2024 | Journal | Sales 12.16 | | 32.95 |
| 12/16/2024 | Journal | Sales 12.16 | | 2,142.87 |
| 12/16/2024 | Deposit | | Square | 234.56 |
| 12/16/2024 | Deposit | | | 0.23 |
| 12/16/2024 | Deposit | | | 0.41 |
| 12/17/2024 | Journal | Sales 12.17 | | 5,066.58 |
| 12/17/2024 | Journal | Sales 12.17 | | 31.85 |
| 12/18/2024 | Journal | Sales 12.18 | | 66.92 |
| 12/18/2024 | Journal | Sales 12.18 | | 6,264.88 |
| 12/19/2024 | Journal | Sales 12.19 | | 228.14 |
| 12/20/2024 | Deposit | | | 0.15 |
| 12/20/2024 | Deposit | | | 0.05 |

Total: 53,869.37

**Additional Information**

Uncleared checks and payments as of 12/22/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage Contr… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -4,297.88 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -4,297.88 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -430.07 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -471.91 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -529.72 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -701.35 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -708.72 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -924.48 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -4,297.88 |
| 12/20/2024 | Bill Payment | 5102 | TriMark Adams-Burch | -831.26 |
| 12/20/2024 | Bill Payment | 5103 | AM Briggs INC dba Metropolitan … | -2,352.26 |

Total: -21,189.14

Uncleared deposits and other credits as of 12/22/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | 0.00 |
| 10/10/2024 | Journal | Sales 10.10 | | 24.80 |
| 10/11/2024 | Journal | Sales 10.11 | | 20.03 |
| 11/25/2024 | Journal | Sales 11.25 | | 86.20 |
| 12/19/2024 | Journal | Sales 12.19 | | 9,427.48 |
| 12/20/2024 | Journal | Sales 12.20 | | 8,162.77 |
| 12/20/2024 | Journal | Sales 12.20 | | 59.52 |
| 12/21/2024 | Journal | Sales 12.21 | | 5,818.22 |
| 12/21/2024 | Journal | Sales 12.21 | | 135.62 |
| 12/22/2024 | Deposit | | UberEats | 2,710.44 |
| 12/22/2024 | Journal | Sales 12.22 | | 75.00 |
| 12/22/2024 | Journal | Sales 12.22 | | 3,574.15 |

Total: 30,094.23

Uncleared checks and payments after 12/22/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/23/2024 | Bill Payment | | Chill-Craft Company Inc. | -1,236.00 |
| 12/23/2024 | Bill Payment | | Lyon Bakery | -513.90 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/23/2024 | Bill Payment | | Bowie Produce | -625.50 |
| 12/23/2024 | Bill Payment | | Pest Management Services, Inc. | -85.00 |
| 12/23/2024 | Bill Payment | | MtoM Consulting, LLC | -30.00 |
| **Total** | | | | **-2,490.40** |

Case 24-13609    Doc 86-16    Filed 01/21/25    Page 3 of 3