# Smokecraft Clarendon LLC

### 1021 TD Bank-DIP Checking, Period Ending 12/29/2024

## RECONCILIATION REPORT

Reconciled on: 12/30/2024

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

### Summary USD

| | |
|---|---|
| Statement beginning balance | 29,407.30 |
| Checks and payments cleared (46) | -42,351.89 |
| Deposits and other credits cleared (19) | 41,004.90 |
| Statement ending balance | 28,060.31 |
| | |
| Uncleared transactions as of 12/29/2024 | -6,405.77 |
| Register balance as of 12/29/2024 | 21,654.54 |

### Details

Checks and payments cleared (46)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -708.72 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -529.72 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -701.35 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -924.48 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -471.91 |
| 12/19/2024 | Journal | MI14962ME | | -517.87 |
| 12/20/2024 | Bill Payment | 5103 | AM Briggs INC dba Metropolitan … | -2,352.26 |
| 12/20/2024 | Bill Payment | 5102 | TriMark Adams-Burch | -831.26 |
| 12/21/2024 | Journal | MI15022ME | | -7.41 |
| 12/21/2024 | Journal | MI14972ME | | -47.04 |
| 12/21/2024 | Journal | MI14971ME | | -305.84 |
| 12/21/2024 | Bill Payment | 5104 | AM Briggs INC dba Metropolitan … | -894.42 |
| 12/21/2024 | Journal | MI14985ME | | -42.00 |
| 12/21/2024 | Journal | MI15020ME | | -8.78 |
| 12/21/2024 | Journal | MI15021ME | | -39.69 |
| 12/22/2024 | Journal | MI14976ME | | -98.13 |
| 12/22/2024 | Journal | MI14983ME | | -14.99 |
| 12/22/2024 | Journal | MI14979ME | | -57.98 |
| 12/22/2024 | Journal | MI14977ME | | -31.72 |
| 12/23/2024 | Bill Payment | | MtoM Consulting, LLC | -30.00 |
| 12/23/2024 | Bill Payment | 5105 | TriMark Adams-Burch | -248.53 |
| 12/23/2024 | Journal | MI14989ME | | -10.07 |
| 12/23/2024 | Journal | MI15001ME | | -114.00 |
| 12/23/2024 | Journal | MI14982ME | | -346.51 |
| 12/23/2024 | Expense | | | -0.62 |
| 12/23/2024 | Expense | | Arlington County Treasurer | -6,927.96 |
| 12/23/2024 | Bill Payment | | Washington Gas | -944.55 |
| 12/23/2024 | Bill Payment | | Bowie Produce | -625.50 |
| 12/23/2024 | Expense | | Facebook (CC) | -76.00 |
| 12/23/2024 | Expense | | Amazon | -20.88 |
| 12/23/2024 | Journal | MI15019ME | | -27.42 |
| 12/23/2024 | Bill Payment | | Chill-Craft Company Inc. | -1,236.00 |
| 12/23/2024 | Bill Payment | | Pest Management Services, Inc. | -85.00 |
| 12/23/2024 | Bill Payment | | Lyon Bakery | -513.90 |
| 12/24/2024 | Journal | MI14996ME | | -6.11 |
| 12/24/2024 | Bill Payment | | Capital Bank | -1,500.00 |
| 12/24/2024 | Expense | | VA Department of Taxation | -9,318.36 |
| 12/24/2024 | Bill Payment | | Reinhart Food Service (PFG) | -6,914.71 |
| 12/24/2024 | Bill Payment | | Dominion Energy Virginia | -2,482.48 |
| 12/24/2024 | Journal | MI14997ME | | -12.11 |
| 12/26/2024 | Expense | | Facebook (CC) | -137.00 |
| 12/26/2024 | Expense | | State Farm | -182.34 |
| 12/26/2024 | Bill Payment | | Toast Inc. | -787.75 |
| 12/26/2024 | Expense | | | -136.02 |
| 12/27/2024 | Expense | | Facebook (CC) | -21.26 |
| 12/27/2024 | Journal | MI15017ME | | -1,061.24 |

| | | | | |
|---|---|---|---|---:|
| Total | | | | -42,351.89 |

Deposits and other credits cleared (19)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 08/25/2024 | Journal | Payroll JE 8.12-8.25 | | 0.00 |
| 12/19/2024 | Journal | Sales 12.19 | | 9,427.48 |
| 12/20/2024 | Journal | Sales 12.20 | | 59.52 |
| 12/20/2024 | Journal | Sales 12.20 | | 7,946.18 |
| 12/21/2024 | Journal | Sales 12.21 | | 135.62 |
| 12/21/2024 | Journal | Sales 12.21 | | 5,601.85 |
| 12/22/2024 | Journal | Sales 12.22 | | 75.00 |
| 12/22/2024 | Deposit | | | 1,166.32 |
| 12/22/2024 | Deposit | | DoorDash Inc | 2,888.17 |
| 12/22/2024 | Deposit | | UberEats | 2,710.44 |
| 12/22/2024 | Journal | Sales 12.22 | | 3,482.80 |
| 12/23/2024 | Journal | Sales 12.23 | | 2,332.37 |
| 12/23/2024 | Deposit | | | 0.48 |
| 12/23/2024 | Deposit | | | 20.88 |
| 12/24/2024 | Journal | Sales 12.24 | | 3,792.23 |
| 12/25/2024 | Journal | Sales 12.25 | | 97.48 |
| 12/26/2024 | Deposit | | | 136.02 |
| 12/26/2024 | Deposit | | | 736.00 |
| 12/29/2024 | Deposit | | | 396.06 |
| Total | | | | 41,004.90 |

**Additional Information**

Uncleared checks and payments as of 12/29/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage Contr… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -4,297.88 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -4,297.88 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -430.07 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -4,297.88 |
| 12/24/2024 | Bill Payment | 5106 | ALSCO | -205.95 |
| 12/27/2024 | Bill Payment | | Bowie Produce | -1,039.25 |
| 12/27/2024 | Bill Payment | 5107 | AM Briggs INC dba Metropolitan … | -756.55 |
| 12/27/2024 | Bill Payment | | VRA Cleaning Services LLC | -3,680.00 |
| 12/27/2024 | Bill Payment | | Lyon Bakery | -661.09 |
| 12/27/2024 | Bill Payment | | Logan Food Company | -127.50 |
| 12/27/2024 | Bill Payment | | Chill-Craft Company Inc. | -622.07 |
| 12/28/2024 | Journal | MI15025ME | | -69.99 |
| 12/28/2024 | Journal | MI15023ME | | -20.15 |
| Total | | | | -21,851.99 |

Uncleared deposits and other credits as of 12/29/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 10/10/2024 | Journal | Sales 10.10 | | 24.80 |
| 10/11/2024 | Journal | Sales 10.11 | | 20.03 |
| 11/25/2024 | Journal | Sales 11.25 | | 86.20 |
| 12/23/2024 | Journal | Sales 12.23 | | 12.07 |
| 12/24/2024 | Journal | Sales 12.24 | | 92.30 |
| 12/26/2024 | Journal | Sales 12.26 | | 1,652.17 |
| 12/26/2024 | Journal | Sales 12.26 | | 12.32 |
| 12/27/2024 | Journal | Sales 12.27 | | 2,484.55 |
| 12/27/2024 | Journal | Sales 12.27 | | 100.75 |
| 12/28/2024 | Journal | Sales 11.28 | | 98.85 |
| 12/28/2024 | Journal | Sales 11.28 | | 3,857.41 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/29/2024 | Journal | Sales 12.29 | | 127.77 |
| 12/29/2024 | Journal | Sales 12.29 | | 5,293.37 |
| 12/29/2024 | Deposit | | UberEats | 1,583.63 |

**Total** 15,446.22

Case 24-13609    Doc 86-17    Filed 01/21/25    Page 3 of 3