Smokecraft Clarendon LLC

1021 TD Bank-DIP Checking, Period Ending 12/31/2024

## RECONCILIATION REPORT

Reconciled on: 01/06/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

**Summary** | USD
---|---
Statement beginning balance | 28,060.31
Checks and payments cleared (21) | -9,703.10
Deposits and other credits cleared (16) | 15,895.99
Statement ending balance | 34,253.20
| |
Uncleared transactions as of 12/31/2024 | -39,749.83
Register balance as of 12/31/2024 | -5,496.63
Cleared transactions after 12/31/2024 | 0.00
Uncleared transactions after 12/31/2024 | -13,814.23
Register balance as of 01/06/2025 | -19,310.86

**Details**

Checks and payments cleared (21)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -430.07 |
| 12/24/2024 | Bill Payment | 5106 | ALSCO | -205.95 |
| 12/27/2024 | Bill Payment | | Lyon Bakery | -661.09 |
| 12/27/2024 | Bill Payment | | VRA Cleaning Services LLC | -3,680.00 |
| 12/27/2024 | Bill Payment | 5107 | AM Briggs INC dba Metropolitan … | -756.55 |
| 12/27/2024 | Bill Payment | | Bowie Produce | -1,039.25 |
| 12/27/2024 | Bill Payment | | Chill-Craft Company Inc. | -622.07 |
| 12/27/2024 | Bill Payment | | Logan Food Company | -127.50 |
| 12/28/2024 | Journal | MI15025ME | | -69.99 |
| 12/28/2024 | Journal | MI15023ME | | -20.15 |
| 12/30/2024 | Journal | MI15067ME | | -40.00 |
| 12/30/2024 | Expense | | Adobe Inc. | -21.19 |
| 12/30/2024 | Bill Payment | | Open Table Inc. ACH | -327.00 |
| 12/30/2024 | Journal | MI15041ME | | -658.96 |
| 12/30/2024 | Expense | | | -0.07 |
| 12/30/2024 | Journal | MI15050ME | | -200.82 |
| 12/31/2024 | Expense | | | -1.33 |
| 12/31/2024 | Journal | MI15055ME | | -627.11 |
| 12/31/2024 | Bill Payment | 5109 | ALSCO | -205.95 |
| 12/31/2024 | Journal | MI15053ME | | -4.03 |
| 12/31/2024 | Journal | MI15054ME | | -4.02 |
| **Total** | | | | **-9,703.10** |

Deposits and other credits cleared (16)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/23/2024 | Journal | Sales 12.23 | | 12.07 |
| 12/24/2024 | Journal | Sales 12.24 | | 92.30 |
| 12/26/2024 | Journal | Sales 12.26 | | 1,652.17 |
| 12/26/2024 | Journal | Sales 12.26 | | 12.32 |
| 12/27/2024 | Journal | Sales 12.27 | | 100.75 |
| 12/27/2024 | Journal | Sales 12.27 | | 2,423.81 |
| 12/28/2024 | Journal | Sales 12.28 | | 3,747.42 |
| 12/29/2024 | Deposit | | UberEats | 1,583.63 |
| 12/29/2024 | Journal | Sales 12.29 | | 127.77 |
| 12/29/2024 | Journal | Sales 12.29 | | 5,167.71 |
| 12/29/2024 | Deposit | | | 767.85 |
| 12/30/2024 | Deposit | | | 0.25 |
| 12/30/2024 | Deposit | | | 0.70 |
| 12/30/2024 | Deposit | | | 0.68 |
| 12/30/2024 | Journal | Sales 12.30 | | 206.33 |
| 12/31/2024 | Deposit | | | 0.23 |
| **Total** | | | | **15,895.99** |

Uncleared checks and payments as of 12/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage Contr… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage Contr… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -4,297.88 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -4,297.88 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -4,297.88 |
| 12/22/2024 | Journal | MI15080ME | | -76.00 |
| 12/25/2024 | Journal | MI15079ME | | -137.00 |
| 12/26/2024 | Journal | MI15078ME | | -21.26 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -1,242.02 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -4,308.69 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -1,042.46 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -629.51 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -14,145.80 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -616.42 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -306.24 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -322.63 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -577.43 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -604.26 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -5,443.05 |
| 12/30/2024 | Bill Payment | 5108 | TriMark Adams-Burch | -824.64 |
| 12/30/2024 | Journal | MI15052ME | | -278.57 |
| 12/31/2024 | Journal | MI15070ME | | -15.26 |

Total                                                                                                      -44,830.61

Uncleared deposits and other credits as of 12/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/10/2024 | Journal | Sales 10.10 | | 24.80 |
| 10/11/2024 | Journal | Sales 10.11 | | 20.03 |
| 11/25/2024 | Journal | Sales 11.25 | | 86.20 |
| 12/28/2024 | Journal | Sales 12.28 | | 35.85 |
| 12/29/2024 | Deposit | | DoorDash Inc | 1,385.80 |
| 12/30/2024 | Journal | Sales 12.30 | | 1,691.12 |
| 12/31/2024 | Deposit | | | 274.20 |
| 12/31/2024 | Journal | Sales 12.31 | | 1,562.78 |

Total                                                                                                       5,080.78

Uncleared checks and payments after 12/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/01/2025 | Journal | MI15069ME | | -300.00 |
| 01/02/2025 | Expense | | Toast Inc. | -16.24 |
| 01/02/2025 | Bill Payment | | Reinhart Food Service (PFG) | -8,851.72 |
| 01/02/2025 | Journal | MI15075ME | | -48.99 |
| 01/02/2025 | Check | 5111 | Alexander Love | -300.00 |
| 01/02/2025 | Check | 5110 | Artit Sriboonruang | -1,000.00 |
| 01/03/2025 | Bill Payment | 5112 | AM Briggs INC dba Metropolitan … | -678.75 |
| 01/06/2025 | Bill Payment | | Bowie Produce | -1,243.75 |
| 01/06/2025 | Bill Payment | | Lyon Bakery | -265.91 |
| 01/07/2025 | Bill Payment | | KBS III 3003 Washington LLC | -18,059.64 |

Total                                                                                                      -30,765.00

Uncleared deposits and other credits after 12/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/01/2025 | Journal | Sales 1.1 | | 186.16 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/01/2025 | Journal | Sales 1.1 | | 2,202.69 |
| 01/02/2025 | Journal | Sales 1.2 | | 1,467.17 |
| 01/02/2025 | Journal | Sales 1.2 | | 49.40 |
| 01/03/2025 | Journal | Sales 1.3 | | 2,110.14 |
| 01/03/2025 | Journal | Sales 1.3 | | 49.96 |
| 01/04/2025 | Journal | Sales 1.4 | | 198.49 |
| 01/04/2025 | Journal | Sales 1.4 | | 4,923.27 |
| 01/05/2025 | Journal | Sales 1.5 | | 3,093.34 |
| 01/05/2025 | Deposit | | UberEats | 2,623.72 |
| 01/05/2025 | Journal | Sales 1.5 | | 46.43 |

**Total**  16,950.77