Smokecraft Clarendon LLC

**1020 TD Bank Operating, Period Ending 12/31/2024**

**RECONCILIATION REPORT**

Reconciled on: 01/02/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

## Summary

| | USD |
|---|---:|
| Statement beginning balance | 1,033.10 |
| Checks and payments cleared (1) | -1,000.00 |
| Deposits and other credits cleared (2) | 95.63 |
| Statement ending balance | 128.73 |
| Uncleared transactions as of 12/31/2024 | -85.00 |
| Register balance as of 12/31/2024 | 43.73 |

## Details

**Checks and payments cleared (1)**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 12/02/2024 | Transfer | | | -1,000.00 |
| **Total** | | | | **-1,000.00** |

**Deposits and other credits cleared (2)**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 12/28/2024 | Journal | Sales 12.28 | | 63.00 |
| 12/30/2024 | Deposit | | | 32.63 |
| **Total** | | | | **95.63** |

## Additional Information

Uncleared checks and payments as of 12/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 12/20/2024 | Expense | | Intuit Inc. | -85.00 |
| **Total** | | | | **-85.00** |