**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

In re                                                           Case No. 24-13609-MCR

Smokecraft Clarendon, LLC                           Chapter 11

    Debtor.
_____/

**ORDER GRANTING MOTION TO CONDUCT
CONFIRMATION HEARING THROUGH HYBRID MEANS**

Upon consideration of the Motion to Conduct Confirmation Hearing Through Hybrid Means (the "Motion") filed by Smokecraft Clarendon, LLC (the "Debtor"), any opposition thereto, the arguments set forth therein, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the Debtor is authorized to have a single expert witness testify at the confirmation hearing herein, on January 29, 2025, via Zoom.

1

Copies:

All Counsel of Record