| Receipt : 22000005217 | | Page 1 of 1 |
|---|---|---|
| **COURT ADDRESS:**<br>1425 NORTH COURTHOUSE ROAD #6100<br>ARLINGTON, VA 22201<br>PHONE # :703-228-7010 | | |



**OFFICIAL RECEIPT**
**ARLINGTON CIRCUIT COURT**
**CIVIL**

**DATE :** 05/17/2022         **TIME :** 15:21:07                              **CASE # :** 013CL2100184100
**RECEIPT # :** 22000005217   **TRANSACTION # :** 22051700057
**CASHIER :** SJF             **REGISTER # :** C215                            **FILING TYPE :** MECH            **PAYMENT :** FULL PAYMENT
**CASE COMMENTS :** INFINITY BUILDING SERVIC v. SMOKECRAFT CLARENDON LLC
**SUIT AMOUNT :** $0.00
**ACCOUNT OF :** SMOKECRAFT CLARENDON LLC
**PAID BY :** INFINITY BUILDING SERVICES INC
**CHECK :** $64,000.00   **CHECK NUMBER :** 442205717
**DESCRIPTION 1 :** PLAINTIFF: INFINITY BUILDING SERVICES INC
             **2 :** NO HEARING SCHEDULED

| ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|
| 503 | BONDS (CIVIL) | $64,000.00 |

**TENDERED : $**     64,000.00
**AMOUNT PAID : $**  64,000.00

IN THE CIRCUIT COURT OF ARLINGTON COUNTY
FOR THE COMMONWEALTH OF VIRGINIA

| | |
|---|---|
| INFINITY BUILDING SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SMOKECRAFT CLARENDON, LLC, *et al.*, <br><br> Defendants. | Case No.: CL-2021-1841 |

**CONSENT MOTION/PETITION OF SMOKECRAFT CLARENDON, LLC <u>FOR PERMISSION TO DISCHARGE LIEN</u>**

COMES NOW, Defendant Smokecraft Clarendon, LLC (hereinafter "Smokecraft"), with the consent of Plaintiff Infinity Building Services, Inc. (hereinafter "Infinity") (together, the "Parties"), by undersigned counsel, and respectfully moves this Court, pursuant to Virginia Code Ann. § 43-70, to grant Smokecraft permission to discharge the Mechanic's Lien filed by Infinity, and states as follows as support thereof:

1. Smokecraft operates a restaurant business under the name of Smokecraft Modern Barbecue in the Clarendon area of Arlington County, Virginia, and is the Leasehold Owner of the premises where such restaurant is located.

2. Infinity is a Maryland corporation engaged in construction services, including, in this instance, in Arlington County, Virginia.

3. On or about October 29, 2020, Infinity filed a Mechanic's Lien in connection with work performed pursuant to a General Contractor Construction Agreement with Smokecraft (hereinafter, the "Infinity Lien"), recorded in the land records of Arlington County as Instrument No. 20200100030164.

1

4. On April 27, 2021, Infinity filed a Complaint in this Court, including a claim to enforce the Infinity Lien, and served the Complaint on Smokecraft on April 22, 2022.

5. Pursuant to Va. Code Ann. § 43-70, Smokecraft would like to discharge the Infinity Lien by payment of the alleged amount sufficient to discharge such lien, plus court costs, into the Court registry.

6. Infinity consents to the relief sought herein.

7. The Parties agree that Smokecraft provided sufficient notice of intent to petition this Court for permission to discharge the Mechanic's Lien pursuant to Va. Code Ann. § 43-70, and/or the Parties waive any further notice.

8. Accordingly, Smokecraft respectfully requests that this Court grant permission for Smokecraft to discharge the Infinity Lien by paying into the Court the amount of $64,000, which includes court costs and interest, and that upon payment of such amount into the registry of the Court the Infinity Lien shall be discharged as provided by Virginia Code 43-70.

WHEREFORE, Plaintiff Infinity Building Services, Inc. and Defendant Smokecraft Clarendon, LLC respectfully request that this Court grant Defendant Smokecraft Clarendon, LLC permission to discharge the Mechanic's Lien filed by Plaintiff Infinity Building Services, Inc.

Respectfully submitted,

Dated: May 3, 2022

THE PELS LAW FIRM

_____
Jon D. Pels, Esq., VA Bar #39888
jpels@pelslaw.com

4845 Rugby Avenue, Third Floor
Bethesda, MD 20814
(301) 986-5570 (T)

FULLERTON & KNOWLES, P.C.

_____
Paul Schrader, Esq., VA Bar #75394
pschrader@fullertonlaw.com

12642 Chapel Rd.
Clifton, VA 20124
703-818-2600, x209

Document received by the VA Arlington 17th Circuit Court.

Smokecraft0008

(301) 986-5571 (F)  
*Counsel for*  
*Defendant Smokecraft Clarendon, LLC*

Fax 703-818-2602  
*Counsel for Plaintiff*  
*Infinity Building Services, Inc.*

3

Document received by the VA Arlington 17th Circuit Court.

Smokecraft0009



America's Most Convenient Bank® © 2022 TD Bank, N.A. All Rights Reserved

| | |
|---|---|
| Account: | **TD BUSINESS PREMIER CHECKING** |
| Date posted: | **Apr 29, 2022** |
| Amount: | **$56,063.44** |

Front of deposit slip



Back of deposit slip



Front of check



America's Most Convenient Bank® © 2022 TD Bank, N.A. All Rights Reserved

| | |
|---|---|
| Account: | **TD BUSINESS PREMIER CHECKING** |
| Date posted: | **May 4, 2022** |
| Amount: | **$7,936.56** |

**Front of deposit slip**



**Back of deposit slip**



**Front of check**



**Back of check**



**Front of check**

**HOPEWELL H. DARNEILLE III** 07-83
7104 LOCH LOMOND DR.
BETHESDA, MD 20817-4760

65-270/550

3265

Date 5/3/22

Pay to the order of Smokecraft Clarendon, LLC  $3,968.28

Three thousand nine hundred sixty-eight and 28/100 Dollars

**SunTrust**  ACH RT 061000104

Memo Loan Advance supp Discharge

Hopewell H. Darneille III

3265

**Back of check**

573505027042 164619 20220504
TRN_DEBIT ASHAKIB  0.00
Tenleytown 0335 94004 5735 0007 0052

Smokecraft0012

**Check 2212**

SMOKECRAFT CLARENDON LLC
3003 WASHINGTON BLVD. STE 101
ARLINGTON, VA 22201

07-20

15-172/540
595

DATE 8/15/23

PAY TO THE ORDER OF: Hopewell Darneille     $ 32,814.25

Thirty two thousand eight hundred fourteen and 25/100 DOLLARS

TD Bank
America's Most Convenient Bank®

FOR: IBS Va Ct. Lien Loan Return + 2% Interest

[Signature: Andrew ...]

0398

---

**Check 2213**

SMOKECRAFT CLARENDON LLC
3003 WASHINGTON BLVD. STE 101
ARLINGTON, VA 22201

07-20

15-172/540
595

DATE 8/15/23

PAY TO THE ORDER OF: Diane Darneille     $ 32,814.25

Thirty two thousand eight hundred fourteen and 25/100 DOLLARS

TD Bank
America's Most Convenient Bank®

FOR: IBS Va Ct. Lien Loan Return + 2% Interest

[Signature: Andrew ...]

0398

Smokecraft0013



Smokecraft0014

# Smokecraft Clarendon LLC

## Transaction Report
### All Dates

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| **Loan from Parents** | | | | | | | | |
| 12/08/2020 | Deposit | | Robert Darneille | DEPOSIT short term loan from parents | 2256 Loan from Parents | 1020 TD Bank Operating | 15,000.00 | 15,000.00 |
| 12/15/2020 | Deposit | | | DEPOSIT | 2256 Loan from Parents | 1010 Capital Bank MD | 15,000.00 | 30,000.00 |
| 01/19/2021 | Deposit | | | loan from parents | 2256 Loan from Parents | 1020 TD Bank Operating | 20,000.00 | 50,000.00 |
| 04/29/2022 | Deposit | | | DEPOSIT | 2256 Loan from Parents | 1020 TD Bank Operating | 56,063.44 | 106,063.44 |
| 05/04/2022 | Deposit | | | DEPOSIT | 2256 Loan from Parents | 1020 TD Bank Operating | 7,936.56 | 114,000.00 |
| 02/24/2023 | Deposit | | | Hi Marcelena,  My parents have written a check, which I deposited today, for a $15,000.00 loan for us to keep our steady cash flow with legal bills still to come. My Dad has offered this loan at 5%, less than our 10% investor loan agreement per our articles, so please start tracking accordingly. | 2256 Loan from Parents | 1020 TD Bank Operating | 15,000.00 | 129,000.00 |
| 08/08/2023 | Bill | | Hopewell Darneille | | 2256 Loan from Parents | Accounts Payable (A/P) | -32,000.00 | 97,000.00 |
| 08/08/2023 | Bill | | Diane Darneille | | 2256 Loan from Parents | Accounts Payable (A/P) | -32,000.00 | 65,000.00 |
| 08/15/2023 | Transfer | | | New loan from Andrew's parents | 2256 Loan from Parents | 1020 TD Bank Operating | 59,528.00 | 124,528.00 |
| 09/22/2023 | Deposit | | Hopewell Darneille | DEPOSIT | 2256 Loan from Parents | 1020 TD Bank Operating | 30,000.00 | 154,528.00 |
| 01/01/2024 | Journal Entry | re-class loan | | to re-class loan from parents to equity | 2256 Loan from Parents | -Split- | -154,528.00 | 0.00 |
| **Total for Loan from Parents** | | | | | | | **$0.00** | |
| **TOTAL** | | | | | | | **$0.00** | |