| Date | EBITDA | Plan Payments | Cash on Hand | Class 2 Accrued Interest | Class 2 Payment | Remaining Class 2 Claim | Class 3 Payment | Class 4 Payment | Class 5 Payment | Admin Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| January-25 | -$4,405.50 | $0.00 | $4,169.12 | $198.38 | $0.00 | $29,395.90 | $0.00 | $0.00 | $0.00 | $0.00 |
| February-25 | -$2,933.20 | $0.00 | $1,235.92 | $199.73 | $0.00 | $29,595.63 | $0.00 | $0.00 | $0.00 | $0.00 |
| March-25 | $3,060.69 | $0.00 | $4,296.61 | $181.63 | $0.00 | $29,777.26 | $0.00 | $0.00 | $0.00 | $0.00 |
| April-25 | -$5,372.62 | $0.00 | -$1,076.01 | $202.32 | $0.00 | $29,979.58 | $0.00 | $0.00 | $0.00 | $0.00 |
| May-25 | $9,094.22 | $3,500.00 | $4,518.21 | $197.13 | $1,500.00 | $28,676.71 | $0.00 | $0.00 | $0.00 | $2,000.00 |
| June-25 | $19,463.60 | $0.00 | $23,981.81 | $194.84 | $0.00 | $28,871.55 | $0.00 | $0.00 | $0.00 | $0.00 |
| July-25 | -$7,512.33 | $0.00 | $16,469.48 | $189.84 | $0.00 | $29,061.39 | $0.00 | $0.00 | $0.00 | $0.00 |
| August-25 | $6,116.46 | $3,500.00 | $19,085.94 | $197.46 | $1,500.00 | $27,758.85 | $0.00 | $0.00 | $0.00 | $2,000.00 |
| September-25 | $6,533.97 | $0.00 | $25,619.91 | $188.61 | $0.00 | $27,947.46 | $0.00 | $0.00 | $0.00 | $0.00 |
| October-25 | -$3,248.69 | $0.00 | $22,371.22 | $183.76 | $0.00 | $28,131.22 | $0.00 | $0.00 | $0.00 | $0.00 |
| November-25 | -$17,513.18 | $3,500.00 | $1,358.04 | $191.14 | $1,500.00 | $26,822.36 | $0.00 | $0.00 | $0.00 | $2,000.00 |
| December-25 | $16,936.63 | $0.00 | $18,294.67 | $176.37 | $0.00 | $26,998.73 | $0.00 | $0.00 | $0.00 | $0.00 |
| January-26 | -$3,046.25 | $0.00 | $15,248.42 | $183.44 | $0.00 | $27,182.17 | $0.00 | $0.00 | $0.00 | $0.00 |
| February-26 | -$2,564.58 | $4,500.00 | $8,183.84 | $184.69 | $2,500.00 | $24,866.86 | $0.00 | $0.00 | $0.00 | $2,000.00 |
| March-26 | $3,732.43 | $0.00 | $11,916.27 | $152.61 | $0.00 | $25,019.47 | $0.00 | $0.00 | $0.00 | $0.00 |
| April-26 | -$5,017.62 | $0.00 | $6,898.65 | $170.00 | $0.00 | $25,189.46 | $0.00 | $0.00 | $0.00 | $0.00 |
| May-26 | $10,038.09 | $7,500.00 | $9,436.74 | $165.63 | $2,500.00 | $22,855.09 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| June-26 | $20,930.05 | $0.00 | $30,366.79 | $155.29 | $0.00 | $23,010.38 | $0.00 | $0.00 | $0.00 | $0.00 |
| July-26 | -$7,147.99 | $0.00 | $23,218.80 | $151.30 | $0.00 | $23,161.68 | $0.00 | $0.00 | $0.00 | $0.00 |
| August-26 | $7,125.76 | $7,500.00 | $22,844.56 | $157.37 | $2,500.00 | $20,819.06 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| September-26 | $7,571.76 | $0.00 | $30,416.32 | $141.46 | $0.00 | $20,960.51 | $0.00 | $0.00 | $0.00 | $0.00 |
| October-26 | -$2,708.78 | $0.00 | $27,707.54 | $137.82 | $0.00 | $21,098.33 | $0.00 | $0.00 | $0.00 | $0.00 |
| November-26 | -$17,629.40 | $7,500.00 | $2,578.14 | $143.35 | $2,500.00 | $18,741.69 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| December-26 | $18,539.87 | $0.00 | $21,118.01 | $123.23 | $0.00 | $18,864.92 | $0.00 | $0.00 | $0.00 | $0.00 |
| January-27 | -$1,292.87 | $0.00 | $19,825.14 | $128.18 | $0.00 | $18,993.10 | $0.00 | $0.00 | $0.00 | $0.00 |
| February-27 | -$1,992.22 | $10,000.00 | $7,832.92 | $129.05 | $2,500.00 | $16,622.15 | $0.00 | $2,500.00 | $0.00 | $5,000.00 |
| March-27 | $4,664.88 | $0.00 | $12,497.80 | $102.01 | $0.00 | $16,724.16 | $0.00 | $0.00 | $0.00 | $0.00 |
| April-27 | -$4,454.61 | $0.00 | $8,043.19 | $113.63 | $0.00 | $16,837.79 | $0.00 | $0.00 | $0.00 | $0.00 |
| May-27 | $11,240.58 | $10,000.00 | $9,283.77 | $110.71 | $2,500.00 | $14,448.50 | $2,500.00 | $5,000.00 | $0.00 | $0.00 |
| June-27 | $22,632.25 | $0.00 | $31,916.02 | $98.17 | $0.00 | $14,546.67 | $0.00 | $0.00 | $0.00 | $0.00 |
| July-27 | -$6,743.22 | $0.00 | $25,172.80 | $95.65 | $0.00 | $14,642.32 | $0.00 | $0.00 | $0.00 | $0.00 |
| August-27 | $8,206.62 | $10,000.00 | $23,379.42 | $99.49 | $2,500.00 | $12,241.81 | $2,500.00 | $5,000.00 | $0.00 | $0.00 |
| September-27 | $8,682.77 | $0.00 | $32,062.19 | $83.18 | $0.00 | $12,324.99 | $0.00 | $0.00 | $0.00 | $0.00 |
| October-27 | -$2,120.81 | $0.00 | $29,941.38 | $81.04 | $0.00 | $12,406.03 | $0.00 | $0.00 | $0.00 | $0.00 |
| November-27 | -$17,728.66 | $10,000.00 | $2,212.72 | $84.29 | $2,500.00 | $9,990.32 | $2,500.00 | $5,000.00 | $0.00 | $0.00 |
| December-27 | $20,245.97 | $0.00 | $22,458.69 | $65.69 | $0.00 | $10,056.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| January-28 | -$1,871.92 | $0.00 | $20,586.77 | $68.33 | $0.00 | $10,124.34 | $0.00 | $0.00 | $0.00 | $0.00 |
| February-28 | -$1,370.23 | $10,000.00 | $9,216.54 | $68.79 | $2,500.00 | $7,693.13 | $2,500.00 | $5,000.00 | $0.00 | $0.00 |
| March-28 | $5,666.34 | $0.00 | $14,882.88 | $48.90 | $0.00 | $7,742.03 | $0.00 | $0.00 | $0.00 | $0.00 |
| April-28 | -$3,839.04 | $0.00 | $11,043.84 | $52.60 | $0.00 | $7,794.63 | $0.00 | $0.00 | $0.00 | $0.00 |
| May-28 | $12,524.22 | $11,000.00 | $12,568.06 | $51.25 | $2,500.00 | $5,345.88 | $2,500.00 | $6,000.00 | $0.00 | $0.00 |
| June-28 | $24,485.46 | $0.00 | $37,053.52 | $36.32 | $0.00 | $5,382.20 | $0.00 | $0.00 | $0.00 | $0.00 |
| July-28 | -$6,295.35 | $0.00 | $30,758.17 | $35.39 | $0.00 | $5,417.59 | $0.00 | $0.00 | $0.00 | $0.00 |
| August-28 | $9,363.26 | $11,169.20 | $28,952.23 | $36.81 | $2,500.00 | $2,954.40 | $1,169.20 | $7,500.00 | $0.00 | $0.00 |
| September-28 | $9,871.31 | $0.00 | $38,823.54 | $20.07 | $0.00 | $2,974.48 | $0.00 | $0.00 | $0.00 | $0.00 |
| October-28 | -$1,481.74 | $0.00 | $37,341.80 | $19.56 | $0.00 | $2,994.04 | $0.00 | $0.00 | $0.00 | $0.00 |
| November-28 | -$17,809.41 | $12,500.00 | $7,032.39 | $20.34 | $2,500.00 | $514.38 | $0.00 | $10,000.00 | $0.00 | $0.00 |
| December-28 | $22,060.75 | $0.00 | $29,093.14 | $3.38 | $0.00 | $517.76 | $0.00 | $0.00 | $0.00 | $0.00 |
| January-29 | -$1,207.30 | $0.00 | $27,885.84 | $3.52 | $0.00 | $521.28 | $0.00 | $0.00 | $0.00 | $0.00 |
| February-29 | -$695.49 | $11,024.82 | $16,165.53 | $3.54 | $524.82 | $0.00 | $0.00 | $10,500.00 | $0.00 | $0.00 |
| March-29 | $6,740.91 | $0.00 | $22,906.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| April-29 | -$3,167.54 | $0.00 | $19,738.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| May-29 | $13,893.68 | $10,500.00 | $23,132.58 | $0.00 | $0.00 | $0.00 | $0.00 | $10,500.00 | $0.00 | $0.00 |
| June-29 | $26,452.99 | $0.00 | $49,585.57 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Date | EBITDA | Plan Payments | Cash on Hand | Class 2 Accrued Interest | Class 2 Payment | Remaining Class 2 Claim | Class 3 Payment | Class 4 Payment | Class 5 Payment | Admin Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| July-29 | | $0.00 | $49,585.57 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| August-29 | | $10,812.76 | $60,398.33 | $0.00 | $0.00 | $0.00 | $0.00 | $10,812.76 | $0.00 | $0.00 |
| September-29 | | $0.00 | $60,398.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| October-29 | | $0.00 | $60,398.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| November-29 | | $10,812.76 | $71,211.08 | $0.00 | $0.00 | $0.00 | $0.00 | $10,812.76 | $0.00 | $0.00 |
| December-29 | | $0.00 | $71,211.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| January-30 | | $0.00 | $71,211.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| February-30 | | $11,322.57 | $82,533.65 | $0.00 | $0.00 | $0.00 | $0.00 | $11,322.57 | $0.00 | $0.00 |
| Total | $155,597.49 | $165,319.53 | n/a | $6,213.79 | $35,024.82 | n/a | $13,669.20 | $99,948.08 | $0.00 | $28,000.00 |