IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.: **24–13609 – MCR**   Chapter: **11**

**Smokecraft Clarendon, LLC**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 89 – Second Amended Chapter 11 Plan Filed by Smokecraft Clarendon, LLC (related document(s)72 Chapter 11 Plan Small Business Subchapter V filed by Debtor Smokecraft Clarendon, LLC). (Attachments: # 1 Exhibit A – Liquidation Analysis # 2 Exhibit B – Projections # 3 Exhibit C – Schedule of Creditors and Classes # 4 Exhibit D – Payment Schedule # 5 Redline Comparison Copy)(VerStandig, Maurice)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 2/5/25. Missing Certificate of Service**

CURE: A Certificate of Service on the above pleading must be filed. (Local Bankruptcy Rule 9013–4). Include the names and addresses of all parties served or attach a copy of the mailing matrix.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS–COS.pdf.**
**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 1/22/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shannon McKenna
301–344–3390

cc:   Debtor
      Attorney for Debtor – Maurice Belmont VerStandig

defntc (rev. 12/12/2016)