Entered: January 22nd, 2025
Signed: January 22nd, 2025

# DENIED

The assigned courtroom does not have hybrid hearing technology, and even if it did, the movant has not demonstrated good cause and compelling circumstances for remote testimony. Transmission [of testimony from a different location] cannot be justified merely by showing that it is inconvenient for the witness to attend the trial. Fed. R. Civ. P. 43 Advisory Committee Notes (adding that the most pervasive showings of good cause and compelling circumstances arise from a witness being unable to attend a hearing or trial for unexpected reasons such as accident or illness).



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| In re | Case No. 24-13609-MCR |
| Smokecraft Clarendon, LLC | Chapter 11 |
| Debtor. | |

## ORDER GRANTING MOTION TO CONDUCT
## CONFIRMATION HEARING THROUGH HYBRID MEANS

Upon consideration of the Motion to Conduct Confirmation Hearing Through Hybrid Means (the "Motion") filed by Smokecraft Clarendon, LLC (the "Debtor"), any opposition thereto, the arguments set forth therein, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the Debtor is authorized to have a single expert witness testify at the confirmation hearing herein, on January 29, 2025, via Zoom.

2

Copies:

All Counsel of Record



Case 24-13609   Doc 91   Filed 01/22/25   Page 2 of 2

2