IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| Smokecraft Clarendon, LLC | * | Case No: 24-13609 |
| | | (Chapter 11) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**CAPITAL BANK'S WITNESS/EXHIBIT LIST**
**FOR JANUARY 29, 2025, PLAN CONFIRMATION HEARING**

Capital Bank, National Association ("Capital Bank"), by counsel, submits this Witness/Exhibit list for use at the Plan Confirmation hearing, which hearing is scheduled for January 29, 2025 (the "Hearing").

In accordance with the Court's protocols, undersigned counsel met and conferred with counsel for the Debtor on January 24, 2025, and confirmed that Debtor's counsel stipulates as to the authenticity of each of the exhibits listed below. Capital Bank will either submit a stipulation and consent order to this effect or ask Debtor's counsel to confirm the stipulation orally at the Hearing, upon any request to do so by the Court.

**Capital Bank's Witness List**

Capital Bank anticipates calling the following individuals and reserves the right to call any witnesses offered by other parties and any witnesses necessary for rebuttal:

1.      Krystal Broussard, Senior Vice President of Capital Bank

2.      Robert A. Jones, Appraiser

Capital Bank reserves the right to supplement this Witness List, as necessary, prior to the January 29, 2025 hearing.

**Capital Bank's Exhibit List**

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| CB01 | Proof of Claim 7- Capital Bank | | | |
| CB02 | Payoff Statement as of 4.29.24 | | | |
| CB03 | Payoff Statement as of 1.10.25 | | | |

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| CB04 | Equipment Assets Scheduled & Not Scheduled (Summary Chart) | | | |
| CB05 | Capital Bank's Appraisal | | | |
| CB06 | Debtor's Schedules | | | |
| CB07 | Debtor's Summary of Assets | | | |

Capital Bank is not anticipating presenting other exhibits, other than as rebuttal or for impeachment purposes.  Capital Bank reserves the right to supplement this Exhibit List, as necessary.

Dated: January 24, 2025

Respectfully submitted,

*/s/ Catherine K. Hopkin*
Catherine Keller Hopkin, 28257
Corinne D. Adams, 18768
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
(443) 569-0788
chopkin@yvslaw.com; cadams@yvslaw.com

Counsel for Capital Bank N.A.

- 3 -

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of January 2025, notice of filing

Capital Bank's Witness/Exhibit List for January 29, 2025 Plan Confirmation Hearing ("List")

was served by CM/ECF to those parties listed on the docket as being entitled to such electronic

notices, which parties are identified on the attached service list; and a copy of the List was

mailed first class, postage prepaid to the parties identified on the attached service list.

/s/ Catherine Keller Hopkin
Catherine Keller Hopkin

**The following parties received CM/ECF notice of the filing:**

Catherine Keller Hopkin, Esquire
(chopkin@yvslaw.com)
Counsel for Capital Bank N.A.
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Corinne Donohue Adams, Esquire
(cadams@yvslaw.com)
Counsel for Capital Bank N.A.
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Lynn A. Kohen, Esquire
(lynn.a.kohen@usdoj.gov)
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland  20770

L. Jeanette Rice, Esquire
(jeanette.rice@usdoj.gov)
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland  20770

Angela L. Shortall, Subchapter V Trustee
(ashortall@3cubed-as.com)
111 South Calvert Street, Suite 1400
Baltimore, Maryland  21202

U.S. Trustee – Greenbelt
(ustpregion04.gb.ecf@usdoj.gov)
6305 Ivy Lane, Suite 600
Greenbelt, Maryland  20770

Maurice Belmont VerStandig, Esquire
(mac@mbvesq.com)
Counsel for Debtor
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland  20854

**The following parties received notice of the filing by first-class mail:**

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

Smokecraft Clarendon, LLC
7104 Loch Lomond Drive
Bethesda, MD 20817

4906-1538-1518, v. 1