CAPITAL BANK, N.A
2275 RESEARCH BLVD., SUITE 600
ROCKVILLE, MARYLAND 20850

SMOKECRAFT CLARENDON LLC
SMOKECRAFT HOLDINGS LLC
7104 LOCH LOMOND DR
BETHESDA MD 20817-4760

---

## Loan Payoff Statement

---

| | | |
|---|---|---|
| Loan Payoff for: | Loan Number: | 5985 |
| SMOKECRAFT CLARENDON LLC | Date Quoted: | May 28, 2024 |
| SMOKECRAFT HOLDINGS LLC | Payoff Good To: | Apr 29, 2024 |
| 7104 LOCH LOMOND DR | Method: | 1/0 |
| BETHESDA MD 20817-4760 | | |

Collateral: Multiple

| | |
|---|---|
| Principal: | $911,880.18 |
| Interest To Apr 29, 2024: | $5,246.43 |
| **Net Amount Due:** | **$917,126.61** |

---

## Additional Information

---

| | |
|---|---|
| One Day's Interest: | $187.37 |

Capital Bank's Exhibit 2