CAPITAL BANK, N.A  
2275 RESEARCH BLVD., SUITE 600  
ROCKVILLE, MARYLAND 20850

SMOKECRAFT CLARENDON LLC  
SMOKECRAFT HOLDINGS LLC  
7104 LOCH LOMOND DR  
BETHESDA MD 20817-4760

## Loan Payoff Statement

Loan Payoff for:  
SMOKECRAFT CLARENDON LLC  
SMOKECRAFT HOLDINGS LLC  
7104 LOCH LOMOND DR  
BETHESDA MD 20817-4760

| | |
|---|---|
| Loan Number: | 5985 |
| Date Quoted: | Jan 10, 2025 |
| Payoff Good To: | Jan 10, 2025 |
| Method: | 1/0 |

Collateral: Multiple

| | |
|---|---|
| Principal: | $911,880.18 |
| Interest To Jan 10, 2025: | $41,213.79 |
| COLLATERAL RELEASE | $50.00 |
| **Net Amount Due:** | **$953,143.97** |

## Additional Information

One Day's Interest: $187.37

**** Wire Instructions ****  
Capital Bank NA  
Routing : [redacted]  
Account Number: [redacted]  
Attn: Loan Administration/LN 5985

Capital Bank's Exhibit 3