| Item | Scheduled Quantity | Scheduled Value Per Item | Total Scheduled Value | 2019/20 | 2019 Purchase Value Per | 2019/20 Total Purchase Value | Source of Purchase Value | Notes | Appraised Value | Appraisal Item # | Debtor Appraised Value | Notes re Debtor Appraised Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | The appraiser assigns a value of $3,960 to a series of items that largely corresponds to the items found in rows, 2-4, 7-10, 47, and 60-67. |
| Prouve Barstool | 30 | $ 20.00 | $ 600.00 | 30 | $ 33.00 | $ 990.00 | Invoice_2019886_from_GridFarm_Pur chasing_LLC | | $14,250 | #25 | $3,960 | |
| Adobe Var Stool | 15 | $ 15.00 | $ 225.00 | 15 | $ 27.00 | $ 405.00 | Invoice_2019886_from_GridFarm_Pur chasing_LLC | | | #25 | | See 2M |
| Prouve Dining Chairs | 60 | $ 15.00 | $ 900.00 | 60 | $ 151.13 | $ 9,067.80 | Invoice_2019885_from_GridFarm_Pur chasing_LLC | | | #25 | | See 2M |
| Customised Hampton Banquette | 1 | $ 5.00 | $ 5.00 | 1 | $ 3,335.00 | $ 3,335.00 | 2019-12-06 Smokecraft Clarendon FFE Specifications | | | #25 | | |
| Hampton Banquette | 1 | $ 5.00 | $ 5.00 | 1 | $ 2,533.00 | $ 2,533.00 | 2019-12-06 Smokecraft Clarendon FFE Specifications | | | #25 | | |
| Oak Plank Table Top 36"x24" | 4 | $ 30.00 | $ 120.00 | 4 | $ 244.95 | $ 979.80 | Invoice_2019886_from_GridFarm_Pur chasing_LLC | | | #25 | | See 2M |
| Oak Plank Table Top 36"x30" | 8 | $ 50.00 | $ 400.00 | 8 | $ 463.63 | $ 3,709.04 | Invoice_2019886_from_GridFarm_Pur chasing_LLC | | | #25 | | See 2M |
| Oak Plank Table Top 24"x30" | 14 | $ 30.00 | $ 420.00 | 14 | | | Invoice_2019886_from_GridFarm_Pur chasing_LLC | | | #25 | | See 2M |
| Oak Plank Table Top 24" Round | 5 | $ 25.00 | $ 125.00 | 5 | $ 181.71 | $ 908.55 | Invoice_2019886_from_GridFarm_Pur chasing_LLC | | | #25 | | See 2M |
| No Rock Terrace Self Stabilizing Table Base 28" Height | 26 | $ 10.00 | $ 260.00 | 26 | $ 249.00 | $ 6,474.00 | 2019-12-06 Smokecraft Clarendon FFE Specifications | | | #25 | | |
| No Rock Terrace Self Stabilizing Table Base 42" Height | 10 | $ 15.00 | $ 150.00 | 10 | $ 289.99 | $ 2,899.90 | 2019-12-06 Smokecraft Clarendon FFE Specifications | | | #25 | | |
| Feminton Shelving Unit | 1 | $ 10.00 | $ 10.00 | 1 | | $ - | | | | | | #54 and #15 together |
| Florida Seating AL-5602-0 Patio Chair | 64 | $ 15.00 | $ 960.00 | 64 | $ 123.05 | $ 7,875.20 | 2019-12-06 Smokecraft Clarendon FFE Specifications | | 10,200 | #26 | $4,720 | valued at $4,720 |
| Florida Seating TA-PT 24SQ Table Top | 32 | $ 20.00 | $ 640.00 | 32 | $ 112.35 | $ 3,595.20 | 2019-12-06 Smokecraft Clarendon FFE Specifications | | | #26 | | #54 and #15 together valued at $4,720 |
| Florida Seating NOROCK Terrace Nesting Base | 32 | $ 10.00 | $ 320.00 | 32 | $ 249.00 | $ 7,968.00 | 2019-12-06 Smokecraft Clarendon FFE Specifications | | | #26 | | |
| Shelving Kits - Various Sizes | 15 | $ 10.00 | $ 150.00 | 15 | $ 10.00 | $ 150.00 | | | | | | Possibly item 73A on Smokecraft TMAB |
| Madera 12x20 Chafer with Lid | 4 | $ 50.00 | $ 200.00 | 4 | $ 50.00 | $ 200.00 | | | | | | |
| Nemco 7020A Waffle Maker 120v | 2 | $ 5.00 | $ 10.00 | 2 | $ 5.00 | $ 10.00 | | | | | | |
| Hoshizaki KM-1301SAJ Ice Maker | 1 | $ 1,000.00 | $ 1,000.00 | 1 | $ 1,000.00 | $ 1,000.00 | | | $2,995.00 | #1 | $2,800 | |
| Blender Vita-Prep 3 64oz Container | 1 | $ 150.00 | $ 150.00 | 1 | $ 150.00 | $ 150.00 | | | | | | |
| Mixer, Stick Immersion Sho | 1 | $ 25.00 | $ 25.00 | 1 | $ 25.00 | $ 25.00 | | | | | | |
| Food Processor, 3qt, Gray Bowl w/ Add'l s bowl kit | 1 | $ 250.00 | $ 250.00 | 1 | $ 250.00 | $ 250.00 | | | | | | |
| Alto-Shaam Model No. 500-2DN Warming Drawer | 3 | $ 50.00 | $ 150.00 | 3 | $ 1,752.80 | $ 5,258.40 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed | | $2,250.00 | #3 | $450 | |
| Silver King Model No. SKF15-ELUS1 Ice Cream Dipping Cabinet | 1 | $ 100.00 | $ 100.00 | 1 | $ 1,434.48 | $ 1,434.48 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed | | $1,390.00 | #4 | $300 | |
| Dunnage Rack | 2 | $ 5.00 | $ 10.00 | 2 | $ 47.06 | $ 94.12 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed | | | | | |
| Keg Storage Racks | 2 | $ 25.00 | $ 50.00 | 2 | $ 445.47 | $ 890.94 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed | | | | | |
| Alto-Shaam Model No. 500-2S Heated Low Temp Holding Cabinet | 1 | $ 150.00 | $ 150.00 | 1 | $ 1,978.64 | $ 1,978.64 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed | | $3,500 | #5 | $950 | |
| Pitco Frialator Model No. SG14-S Gas Fryer | 3 | $ 50.00 | $ 150.00 | 3 | $ 1,448.00 | $ 4,344.00 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed | Unclear if schedule includes splash guard and | $2,500 | #5 | $3,800 | |
| Blodgett Over Model No. ZEPH-100-G DBL Convection Oven | 1 | $ 1,500.00 | $ 1,500.00 | 1 | $ 7,722.00 | $ 7,722.00 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed | | $5,665 | #5 | $1,400 | |
| Alto-Shaam Model No. 1200-SK/11 Cook Hold Oven Cabinet Smoker | 1 | $ 1,500.00 | $ 1,500.00 | 1 | $ 10,184.00 | $ 10,184.00 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed | | $5,250 | #5 | $800 | |
| Turbo Air Model No. TCBE-96SDR-N Refrigerated Base | 1 | $ 500.00 | $ 500.00 | 1 | $ 6,608.39 | $ 6,608.39 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed | | $3,500 | #5 | $1,200 | |
| Southbend Model No. HDO-36 Hot Plate Countertop | 1 | $ 250.00 | $ 250.00 | 1 | $ 1,636.70 | $ 1,636.70 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed | | 1,500 | #6 | $700 | |
| Southbend Model No. HDG-24 Countertop Griddle | 1 | $ 250.00 | $ 250.00 | 1 | $ 2,229.91 | $ 2,229.91 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed | | $1,150 | #7 | $550 | |
| Food Pan Hold Hot Countertop | 3 | $ 20.00 | $ 60.00 | 3 | | $ - | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | Unclear if item title refers to "FOOD PAN WARMER/RETHERMALIZ | | | | |
| Southbend Model No. HDC-36 Charbroiler | 1 | $ 250.00 | $ 250.00 | 1 | $ 3,026.37 | $ 3,026.37 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed | | $1,095 | #8 | $900 | |
| Amana Commercial Microwave ACP Model HDC12A2 | 1 | $ 50.00 | $ 50.00 | 1 | $ 913.31 | $ 913.31 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed | | | | | |
| Metro Prep Cart | 1 | $ 20.00 | $ 20.00 | 1 | $ 807.91 | $ 807.91 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed | | | | | |
| Avantco Super Shot Steamer | 1 | $ 50.00 | $ 50.00 | 1 | $ 1,286.09 | $ 1,286.09 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed | Manufacturer listed as "Nemco" not "Avantco" | | | $175 | |
| Turbo Air Model MST-60-24-N | 1 | $ 500.00 | $ 500.00 | 1 | $ 3,141.26 | $ 3,141.26 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed | | $3,850 | #9 | $1,400 | |
| Turbo Air Model No. TBB-4SG-N Bar Cabinet Refrigerator | 3 | $ 500.00 | $ 1,500.00 | 3 | $ 3,561.38 | $ 10,684.14 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed | | $10,275 | #14 | $2,700 | |
| Turbo Air Model No. TWF-28SD-N Worktop Freezer | 1 | $ 200.00 | $ 200.00 | 1 | $ 1,984.34 | $ 1,984.34 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed | | $1,450 | #10 | $400 | |
| True T-49-F 2 Dr Freezer | 1 | $ 500.00 | $ 500.00 | 1 | | | | | $3,450 | #12 | $1,200 | |
| Southern Pride MLR-850 | 2 | $ 7,000.00 | $ 14,000.00 | 2 | $ 48,742.20 | $ 97,484.40 | smoker invoice | | $34,000 | #13 | $14,000 | |
| Toast POS Package | 1 | $ 1,000.00 | $ 1,000.00 | 1 | $ 1,000.00 | $ 1,000.00 | | | $1,045.00 | #20 | $3,200 | |
| iPad | 2 | $ 100.00 | $ 200.00 | 2 | $ 100.00 | $ 200.00 | | | | | | |
| TV's | 6 | $ 50.00 | $ 300.00 | 6 | $ 50.00 | $ 300.00 | Invoice_40377_from_Mysentek_LLC 3.23.2020 | Mysentec invoice includes the total price of numerous items but is not individually itemized | | | | See 2M |
| DJ Mixer | 1 | $ 500.00 | $ 500.00 | 1 | $ 500.00 | $ 500.00 | Invoice_40377_from_Mysentek_LLC 3.23.2020 | Mysentec invoice includes the total price of numerous items but is not individually itemized | | | | |
| Bun Racks | 8 | $ 10.00 | $ 80.00 | 8 | $ 10.00 | $ 80.00 | | | | | | |
| Slicer | 1 | $ 250.00 | $ 250.00 | 1 | $ 250.00 | $ 250.00 | | Possibly item #9 at TriMark Adams Burch Operating Supplies Quote L00Q0955595 7.5.2020 | | | $650 | |
| Exterior Fencing | 1 | $ 500.00 | $ 500.00 | 1 | $ 500.00 | $ 500.00 | | | | | | |
| Forks | 150 | $ 0.50 | $ 75.00 | 150 | $ 0.50 | $ 75.00 | | | | | | |
| Knives | 150 | $ 0.50 | $ 75.00 | 150 | $ 0.50 | $ 75.00 | | | | | | |
| B&B Plates | 150 | $ 1.00 | $ 150.00 | 150 | $ 1.00 | $ 150.00 | | | | | | |
| 10" Rounds | 50 | $ 3.00 | $ 150.00 | 50 | $ 3.00 | $ 150.00 | | | | | | |
| 9" Salad Bowl | 25 | $ 2.00 | $ 50.00 | 25 | $ 2.00 | $ 50.00 | | | | | | |
| 6" Side Bowl | 20 | $ 1.00 | $ 20.00 | 20 | $ 1.00 | $ 20.00 | | | | | | |
| 9" Rectangle | 40 | $ 2.00 | $ 80.00 | 40 | $ 2.00 | $ 80.00 | | | | | | |
| 12" Rectangle | 40 | $ 2.00 | $ 80.00 | 40 | $ 2.00 | $ 80.00 | | | | | | See 2M |
| Beer Glass | 50 | $ 0.50 | $ 25.00 | 50 | $ 0.50 | $ 25.00 | | | | | | See 2M |
| Wine Glass | 24 | $ 0.50 | $ 12.00 | 24 | $ 0.50 | $ 12.00 | | | | | | See 2M |
| Champagne Flute | 36 | $ 0.50 | $ 18.00 | 36 | $ 0.50 | $ 18.00 | | | | | | See 2M |
| Rocks Glass | 10 | $ 0.50 | $ 5.00 | 10 | $ 0.50 | $ 5.00 | | | | | | See 2M |
| Highball Glass | 30 | $ 0.50 | $ 15.00 | 30 | $ 0.50 | $ 15.00 | | | | | | See 2M |
| Water Glass | 150 | $ 0.50 | $ 75.00 | 150 | $ 0.50 | $ 75.00 | | | | | | See 2M |
| Collins Glass | 25 | $ 0.50 | $ 12.50 | 25 | $ 0.50 | $ 12.50 | | | | | | See 2M |
| Coffee Mug | 48 | $ 0.50 | $ 24.00 | 48 | $ 0.50 | $ 24.00 | | | | | | See 2M |
| S&P Set | 8 | $ 0.50 | $ 4.00 | 8 | $ 0.50 | $ 4.00 | | | | | | |
| Creamer Set | 8 | $ 0.50 | $ 4.00 | 8 | $ 0.50 | $ 4.00 | | | | | | |
| Bread Wire Basket | 30 | $ 0.50 | $ 15.00 | 30 | $ 0.50 | $ 15.00 | | | | | | |
| Sauce Caddie | 30 | $ 0.50 | $ 15.00 | 30 | $ 0.50 | $ 15.00 | | | | | | |
| Mixing Bowls | 9 | $ 2.00 | $ 18.00 | 9 | $ 2.00 | $ 18.00 | | | | | | |
| Kitchen Knives | 10 | $ 5.00 | $ 50.00 | 10 | $ 5.00 | $ 50.00 | | | | | | |
| Sheet Pans | 48 | $ 0.50 | $ 24.00 | 48 | $ 0.50 | $ 24.00 | | | | | | |
| Pots | 10 | $ 5.00 | $ 50.00 | 10 | $ 5.00 | $ 50.00 | | | | | | |
| Cambro Containers | 40 | $ 2.00 | $ 80.00 | 40 | $ 2.00 | $ 80.00 | | | | | | |
| Hotel Pans | 40 | $ 1.00 | $ 40.00 | 40 | $ 1.00 | $ 40.00 | | | | | | |
| Cast Iron Skillets 9" & 12" | 40 | $ 3.00 | $ 120.00 | 40 | $ 3.00 | $ 120.00 | | | | | | |
| Fry Cups | 20 | $ 3.00 | $ 60.00 | 20 | $ 3.00 | $ 60.00 | | | | | | |
| Kitchen Utensils | 30 | $ 5.00 | $ 150.00 | 30 | $ 5.00 | $ 150.00 | | | | | | |
| Planetary Mixer | 1 | $ 1,000.00 | $ 1,000.00 | 1 | $ 1,000.00 | $ 1,000.00 | | | $3,200.00 | #2 | $1,800 | |
| **TOTALS (Scheduled Assets)** | | | | | | $ 219,441.39 | | | $ 109,515.00 | | $45,455 | |
| **Totals (Unscheduled Assets)** | | | | | | $ 250,589.37 | | | | | | |
| **TOTAL OF ALL ASSETS PURCHASED** | | | | | | $ 470,030.76 | | | | | | |

Scheduled but no corresponding invoice found

| | | |
|---|---|---|
| Total Value of items which appeared on appraisal which did not clearly correspond to scheduled assets | $42,055 | $3,680 |
| Total ancillary items (microwaves, utensils, etc…) | $6,850 | |
| **Total Capital Bank Appraisal** | **$158,420** | **$49,135** |

| Item Description | Purchase Value | Quanity | Total Value per Item | Source | Notes | Appraised Value | Appraisal item # | Debtor Appraised Value |
|---|---|---|---|---|---|---|---|---|
| Dining Banquette | $ 3,335.00 | 1 | $ 3,335.00 | 2019 12-06 Smokecraft Clarendon FFE Specifications | | | | |
| Caressa, Red Pepper (SG-5 Upholstery) | $ 24.95 | 6 | $ 149.70 | 2019 12-06 Smokecraft Clarendon FFE Specifications | | | | |
| Caressa, Red Pepper (SG-7 Upholstery) | $ 24.95 | 5 | $ 124.75 | 2019 12-06 Smokecraft Clarendon FFE Specifications | | | | |
| Bar Table Base for TT-3 | $ 289.99 | 5 | $ 1,449.95 | 2019 12-06 Smokecraft Clarendon FFE Specifications | | | | |
| Table Top Outdoor 24x24 | $ 112.35 | 13 | $ 1,460.55 | 2019 12-06 Smokecraft Clarendon FFE Specifications | | | | |
| Art and Accessories Allowance | $ 5,000.00 | 1 | $ 5,000.00 | 2019 12-06 Smokecraft Clarendon FFE Specifications | | | | |
| Pick Up Order Shelf | $ 600.00 | 1 | $ 600.00 | 2019 12-06 Smokecraft Clarendon FFE Specifications | | | | |
| Barstool @ Bar (Prouve) | $ 220.00 | 27 | $ 5,940.00 | Invoice_2019885_from_GrizForm_Purchasing_LLC | This entry is identical to one that appears in "2019 12-06 Smokecraft Clarendon FFE Specifications" and the debtors schedule. It is unclear if these repreent duplicates or mutlible orders | | | |
| Barstool @ Hightops (Adobe) | $ 225.00 | 15 | $ 3,375.00 | Invoice_2019885_from_GrizForm_Purchasing_LLC | This entry is identical to one that appears in "2019 12-06 Smokecraft Clarendon FFE Specifications" and the debtors schedule. It is unclear if these repreent duplicates or mutlible orders | | | |
| Dining Chair (Prouve) | $ 151.13 | 53 | $ 8,009.89 | Invoice_2019885_from_GrizForm_Purchasing_LLC | This entry is identical to one that appears in "2019 12-06 Smokecraft Clarendon FFE Specifications" and the debtors schedule. It is unclear if these repreent duplicates or mutlible orders | | | |
| Dining Banquette | $ 3,335.00 | 1 | $ 3,335.00 | Invoice_2019886_from_GrizForm_Purchasing_LLC | | | | |
| Caressa, Red Pepper (SG-5 Upholstery) | $ 24.95 | 6 | $ 149.70 | Invoice_2019886_from_GrizForm_Purchasing_LLC | | | | |
| Caressa, Red Pepper (SG-7 Upholstery) | $ 24.95 | 5 | $ 124.75 | Invoice_2019886_from_GrizForm_Purchasing_LLC | | | | |
| Table Top 36x24 (Oak) | $ 244.95 | 12 | $ 2,939.40 | Invoice_2019886_from_GrizForm_Purchasing_LLC | The total quanity that appears on invoices do not | | | |
| Table Top 36X36 (Oak) | $ 463.63 | 8 | $ 3,709.04 | Invoice_2019886_from_GrizForm_Purchasing_LLC | The total quanity that appears on invoices do not | | | |
| Bar Table Top Round 24" (Oak) | $ 181.71 | 5 | $ 908.55 | Invoice_2019886_from_GrizForm_Purchasing_LLC | The total quanity that appears on invoices do not | | | |
| Bar Table Base for TT-4 | $ 249.99 | 4 | $ 999.96 | Invoice_2019886_from_GrizForm_Purchasing_LLC | The total quanity that appears across multiple | | | |
| Art and Accessories Allowance | $ 5,000.00 | 1 | $ 5,000.00 | Invoice_2019886_from_GrizForm_Purchasing_LLC | | | | |
| Pick Up Order Shelf | $ 749.92 | 1 | $ 749.92 | Invoice_2019886_from_GrizForm_Purchasing_LLC | | | | |
| WALL / SPLASH MOUNT FAUCET | $ 106.48 | 1 | $ 106.48 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| WATER FILTRATION SYSTEM, FOR FOUNTAIN / BEVERAGE MACHINES | $ 298.86 | 1 | $ 298.86 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| MOP BROOM HOLDER | $ 74.76 | 1 | $ 74.76 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| MINI PRE-RINSE FAUCET ASSEMBLY | $ 378.89 | 1 | $ 378.89 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| DRAIN, LEVER / TWIST WASTE | $ 51.99 | 1 | $ 51.99 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| T&S Brass Model No. B-0133-01 | $ 407.09 | 1 | $ 407.09 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| WALL / SPLASH MOUNT FAUCET | $ 123.06 | 1 | $ 123.06 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| DRAIN, LEVER / TWIST WASTE | $ 51.99 | 3 | $ 155.97 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| PRE-RINSE FAUCET ASSEMBLY | $ 376.20 | 1 | $ 376.20 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| DRAIN, LEVER / TWIST WASTE | $ 51.99 | 1 | $ 51.99 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| WIRE SHELVING: Metro Model No. 1836NK3 | $ 30.57 | 2 | $ 61.14 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| WIRE SHELVING:33PDFK3 Post & Mounting Brackets, for Super Erecta® wall mount | $ 25.83 | 2 | $ 51.66 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| WIRE SHELVING: 1WS18K3 Super Erecta® Shelf Support, post mount, single | $ 17.99 | 4 | $ 71.96 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| WATER FILTRATION SYSTEM, FOR ICE MACHINES | $ 637.01 | 1 | $ 637.01 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| BLUE HOSE GAS CONNECTOR KIT | $ 1,352.70 | 3 | $ 4,058.10 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| BLUE HOSE GAS CONNECTOR KIT | $ 205.44 | 1 | $ 205.44 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| BLUE HOSE GAS CONNECTOR KIT | $ 274.24 | 1 | $ 274.24 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| BLUE HOSE GAS CONNECTOR KIT | $ 205.44 | 1 | $ 205.44 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| SALAMANDER BROILER, GAS | $ 3,234.16 | 1 | $ 3,234.16 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | $1,100 | #22 | Leasehold Improvement, Cannot be removed |
| SOLID SHELVING:Metro Model No. 1836FG | $ 38.59 | 1 | $ 38.59 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| SOLID SHELVING:1836BR Super Erecta® Shelf, wire | $ 23.71 | 2 | $ 47.42 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| SOLID SHELVING:33P Super Erecta® SiteSelect | $ 7.68 | 4 | $ 30.72 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| BLUE HOSE GAS CONNECTOR KIT | $ 205.44 | 1 | $ 205.44 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| HEAT LAMP | $ 880.72 | 1 | $ 880.72 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |

| Item | | Unit $ | Qty | | Total $ | Description | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| FOOD PAN WARMER, COUNTERTOP | $ | 145.24 | 1 | $ | 145.24 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| FOOD PAN WARMER, COUNTERTOP | $ | 145.24 | 1 | $ | 145.24 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| WALL / SPLASH MOUNT FAUCET | $ | 119.04 | 1 | $ | 119.04 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| DRAFT BEER SYSTEM | $ | 11,680.08 | 1 | $ | 11,680.08 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | $2,800 | #17 | | Leasehold Improvement, Cannot be removed |
| Invoice from Myzentek LLC contains a variety of T.V's, sound systems, other electronic equipment, and installation related services. Invoice does not list the price for any specific item and instead lists only the total cost of all items. | $ | 44,339.00 | N/A | | 44,339.00 | Invoice_40377_from_Myzentek_LLC 3.23.2020 | | | | |
| Dining Banquette | $ | 3,335.00 | 1 | $ | 3,335.00 | Invoice_2019890_from_GrizForm_Purchasing_LLC 3.18.2020 | | | | |
| Caressa, Red Pepper (SG-5 Upholstery) | $ | 24.95 | 6 | $ | 149.70 | Invoice_2019890_from_GrizForm_Purchasing_LLC 3.18.2020 | | | | |
| Caressa, Red Pepper (SG-7 Upholstery) | $ | 24.95 | 5 | $ | 124.75 | Invoice_2019890_from_GrizForm_Purchasing_LLC 3.18.2020 | | | | |
| Bar Table Base for TT-3 | $ | 249.99 | 5 | $ | 1,249.95 | Invoice_2019890_from_GrizForm_Purchasing_LLC 3.18.2020 | | | | |
| Pick Up Order Shelf | $ | 749.92 | 1 | $ | 749.92 | Invoice_2019890_from_GrizForm_Purchasing_LLC 3.18.2020 | | | | |
| WALK IN | $ | 10,808.61 | 1 | $ | 10,808.61 | Smokecraft+Walkin+and+Hood Delivery Invoice 3.23.2020 | | | | Leasehold Improvement, Cannot be removed |
| CONDENSING UNIT | $ | 3,376.86 | 1 | $ | 3,376.86 | Smokecraft+Walkin+and+Hood Delivery Invoice 3.23.2020 | | | | |
| EXHAUST HOOD | $ | 5,047.48 | 1 | $ | 5,047.48 | Smokecraft+Walkin+and+Hood Delivery Invoice 3.23.2020 | | | | Leasehold Improvement, Cannot be removed |
| EXHAUST HOOD | $ | 4,206.15 | 1 | $ | 4,206.15 | Smokecraft+Walkin+and+Hood Delivery Invoice 3.23.2020 | | | | Leasehold Improvement, Cannot be removed |
| FIRE SYSTEM | $ | 2,706.00 | 1 | $ | 2,706.00 | Smokecraft+Walkin+and+Hood Delivery Invoice 3.23.2020 | | | | |
| ANSUL | $ | 5,360.00 | 1 | $ | 5,360.00 | Smokecraft+Walkin+and+Hood Delivery Invoice 3.23.2020 | 12,000 | | | |
| EXHAUST HOOD | $ | 2,469.42 | 1 | $ | 2,469.42 | Smokecraft+Walkin+and+Hood Delivery Invoice 3.23.2020 | | #15 | | |
| EXHAUST HOOD | $ | 5,078.44 | 1 | $ | 5,078.44 | Smokecraft+Walkin+and+Hood Delivery Invoice 3.23.2020 | | #15 | | |
| EXHAUST HOOD | $ | 4,218.74 | 1 | $ | 4,218.74 | Smokecraft+Walkin+and+Hood Delivery Invoice 3.23.2020 | | #15 | | |
| FACTORY SERVICE | $ | 584.40 | 11 | $ | 6,428.40 | Smokecraft+Walkin+and+Hood Delivery Invoice 3.23.2020 | | | | |
| RACK, CUTTING BOARD STORAGE, S/S | $ | 11.15 | 1 | $ | 11.15 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| BOARD, CUTTING , WHITE, 18" X 24 X 1/2", PLASTIC | $ | 62.98 | 2 | $ | 125.96 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| (CULIN) BOARD CUTTING 18X24X1/2" YELLOW | $ | 17.47 | 1 | $ | 17.47 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| CULIN) BOARD CUTTING 18"X24"X1/2" BLUE | $ | 17.47 | 1 | $ | 17.47 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| (CULIN) BOARD CUTTING 18X24X1/2" YELLOW | $ | 34.94 | 2 | $ | 69.88 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| (CULIN) BOARD CUTTING 18X24X1/2" RED | $ | 69.88 | 4 | $ | 279.52 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| KNIFE FILLET ACERO 7" FLEXIBLE POM BLK HANDLE | $ | 31.02 | 2 | $ | 62.04 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| KNIFE FILLET ACERO 7" FLEXIBLE POM BLK HANDLE | $ | 62.04 | 4 | $ | 248.16 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| SLICER ROAST ACERO 10" FORGED POM BLACK HANDLE | $ | 33.60 | 2 | $ | 67.20 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| CLEAVER ACERO 7X4-3/8" FORGED POM BLACK HANDLE | $ | 37.92 | 2 | $ | 75.84 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| KNIFE, MULTI PURPOSE 5 1/2", YELLOW HANDLE | $ | 12.16 | 2 | $ | 24.32 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| KNIFE, OFFSET, 9", V-LO SOFT GRIP HNDL WAVEDGE | $ | 41.68 | 2 | $ | 83.36 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| KNIFE, OYSTER, 3", BOSTON, SS | $ | 26.42 | 2 | $ | 52.84 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| TONG, SPRING, 12", S/S, HEAVY DUTY | $ | 89.50 | 10 | $ | 895.00 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| TONG, SPRING, 16", S/S, HEAVY DUTY | $ | 22.68 | 2 | $ | 45.36 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| CULIN) SCRAPER PLATE 9 1/2 HI HEAT | $ | 28.36 | 4 | $ | 113.44 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| (CULIN) SCRAPER PLATE 13 1/2 HI HEAT | $ | 90.00 | 10 | $ | 900.00 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| TURNER, 8"X3" RED HIGH HEAT HANDLE | $ | 49.14 | 3 | $ | 147.42 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| BRUSH, BROILER KING, 48" DOUBLE WITH HANDLE | $ | 54.15 | 1 | $ | 54.15 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| STONE, GRILL BRICK BLACK 4"X3 1/2"X 8", PUMICE | $ | 20.60 | 1 | $ | 20.60 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| ABC SPOON, SOLID, S/S, 11" | $ | 3.72 | 3 | $ | 11.16 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| ABC SPOON, PERFORATED 13" BLACK PLASTIC HDL | $ | 9.00 | 6 | $ | 54.00 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| (CULIN) SPOON SOLID 13" SS | $ | 3.90 | 3 | $ | 11.70 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| ABC DIPPER, ZEROLL, ICE, CREAM, #12, SCOOP | $ | 8.82 | 2 | $ | 17.64 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| CONSERVEWELL | $ | 381.13 | 1 | $ | 381.13 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| DISHER, 16/QT, BLUE, SS, SCOOP, PORTION, CONTROL | $ | 43.64 | 4 | $ | 174.56 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| (CULIN) SPOODLE 4OZ SOLID GREEN | $ | 1.94 | 1 | $ | 1.94 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| (CULIN) SPOODLE 4OZ PERFORATED GREEN | $ | 1.94 | 1 | $ | 1.94 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| (CULIN) LADLE 2OZ SS STANDARD 1 PIECE | $ | 1.30 | 1 | $ | 1.30 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| (CULIN) BOTTLE, SQUEEZE 16OZ CLEAR, WIDE MOUTH | $ | 10.92 | 12 | $ | 131.04 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| CULIN) BOTTLE SQUEEZE WIDE OPENING CLEAR 24OZ | $ | 10.56 | 12 | $ | 126.72 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| SCOOP, CADDY, SAF-T, BLUE | $ | 36.98 | 1 | $ | 36.98 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| MEASURING SPOON, SET 4PC,, DELUXE SS *09 | $ | 5.58 | 1 | $ | 5.58 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| MEASURING CUP SET, S/S 1 - 1/2 - 1/3- 1/4 CUPS | $ | 17.30 | 1 | $ | 17.30 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| MEASURE 4QT CLEAR POLYCARBONATE NSF | $ | 28.18 | 2 | $ | 56.36 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| MEASURE 1QT CLEAR POLYCARBONATE NSF | $ | 18.84 | 2 | $ | 37.68 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| SPINNER, SALAD 5 GALLON 17.25" X 17.25" X 24" | $ | 190.62 | 1 | $ | 190.62 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| SCOOP, SAF-T, 6-10OZ, COMPLETE W/ HOLDER, BLUE | $ | 115.47 | 3 | $ | 346.41 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| MANDOLINE, LITTLE BENI BENRINER IVORY JAPANESE | $ | 29.75 | 1 | $ | 29.75 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| MANDOLINE BIG BENI BENRINER IVORY JAPANESE | $ | 59.51 | 1 | $ | 59.51 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| EASY CHOPPER III, 3/8" COLOR CODED BLADES/BLOCK | $ | 284.45 | 1 | $ | 284.45 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| SCALE DIGITAL 10 LBS. COMPACT PORTIONING | $ | 204.57 | 3 | $ | 613.71 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| PAN, SHEET, 18"X26" 18 GAUGE | $ | 196.56 | 24 | $ | 4,717.44 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| GRATE, ICING, 16X24, CHROME PLATED, ABC | $ | 136.44 | 12 | $ | 1,637.28 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |

| Description | Price | Qty | Total | Notes | | | |
|---|---|---|---|---|---|---|---|
| RACK Z BUN PAN CASTER 2 BRAKE NON BRAKE | $ 458.70 | 2 | $ 917.40 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| PAN, HALF SHEET, 18"X13" 18 GAUGE | $ 124.08 | 24 | $ 2,977.92 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| GRATE, PAN, WIRE, CHROME PLATED, 12"X16-1/2" *09 | $ 62.52 | 12 | $ 750.24 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| CULIN) SKIMMER, SQUARE 6 1/2" NICKEL PLATED | $ 4.51 | 1 | $ 4.51 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| WHIP, FRENCH, 14", HEAVY DUTY, NYLON HANDLE | $ 28.04 | 2 | $ 56.08 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| WHIP, FRENCH, 24", HEAVY DUTY, NYLON HANDLE | $ 45.82 | 2 | $ 91.64 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| BAG, PASTRY, DISPOSABLE RECYCLABLE 21 5/8" | $ 19.57 | 1 | $ 19.57 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| TIP, STAR,#7, 14MM 9/16" S/S | $ 2.54 | 2 | $ 5.08 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| 22 OZ. DREDGE, S/S | $ 31.62 | 6 | $ 189.72 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| BRUSH, BASTING, SILICONE RED | $ 9.16 | 2 | $ 18.32 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| BRUSH,BASTING, SILICONE WHITE | $ 9.16 | 2 | $ 18.32 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| SHARPENER, HAND HELD | $ 47.00 | 2 | $ 94.00 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| PEELER Y RED HANDLE | $ 2.97 | 1 | $ 2.97 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| PEELER Y BLACK HANDLE | $ 2.97 | 1 | $ 2.97 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| (CULIN) CHINA CAP SS 12" COARSE | $ 50.38 | 2 | $ 100.76 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| RAPIKOOL PLUS, 128 OZ., 3.8 LITER, 15" HIGH | $ 91.44 | 2 | $ 182.88 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| PAN, MUFFIN, 24 CUP, MINI, HEAVY DUTY | $ 253.62 | 6 | $ 1,521.72 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| ABC PAN, STEAM TABLE S/S 24 GA,1/9 SIZE, 4" DEEP | $ 105.60 | 24 | $ 2,534.40 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| ABC PAN, STEAM TABLE S/S 24 GA, 1/6 SIZE, 4" DEEP | $ 74.76 | 12 | $ 897.12 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| ABC PAN, STEAM TABLE S/S 24 GA, 1/6 SIZE, 6" DEEP | $ 101.16 | 12 | $ 1,213.92 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| ABC PAN, STEAM TABLE S/S 24 GA, 1/3 SIZE, 4" DEEP | $ 216.00 | 24 | $ 5,184.00 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| ABC PAN, STEAM TABLE S/S 24 GA, 1/3 SIZE, 6" DEEP | $ 310.08 | 24 | $ 7,441.92 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| ABC PAN, STEAM TABLE S/S 24 GA, 1/2 SIZE, 6" DEEP | $ 176.04 | 12 | $ 2,112.48 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| ABC PAN, STEAM TABLE S/S 24 GA,FULL SIZE, 6" DEEP | $ 138.60 | 6 | $ 831.60 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| ABC COVER, STEAM TABLE 24GA,S/S,1/3 SIZE, SLOT | $ 75.96 | 12 | $ 911.52 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| ABC COVER, STEAM TABLE, 24 GA,S/S,1/6 SIZE,NOTCH | $ 121.92 | 24 | $ 2,926.08 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| PAN FOOD CLEAR 1/6 SIZE 6" DEEP | $ 95.28 | 24 | $ 2,286.72 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| PAN FOOD CLEAR 1/3 SIZE 6" DEEP | $ 75.60 | 12 | $ 907.20 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| 20QT. S/S STEAMER/PASTA COOKER | $ 118.02 | 1 | $ 118.02 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| CULIN) POT STOCK 40QT ALUMINUM, STANDARD | $ 126.96 | 2 | $ 253.92 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| ABC PAN, SAUCE, 7 QT., ALUMINUM | $ 42.24 | 2 | $ 84.48 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| ABC PAN, SAUCE, 4.5 QT., ALUMINUM | $ 32.64 | 2 | $ 65.28 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| KETTLE, SOUP, 10.5 QT BLACK, S/S LID & INSERT | $ 80.51 | 1 | $ 80.51 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| CULIN) PAN FRY 14" NON-STICK, PRO-LINE | $ 155.00 | 4 | $ 620.00 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| (CULIN) PAN FRY 8" NON-STICK, PRO-LINE | $ 116.96 | 8 | $ 935.68 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| ABC BAIN MARIE, 5", 2QT, S/S | $ 20.86 | 2 | $ 41.72 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| BOX STORAGE 12X18X6 CAMWEAR POLYCARB CLEAR | $ 110.80 | 8 | $ 886.40 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| BOX STORAGE 12X18X9 CAMWEAR POLYCARB CLEAR | $ 142.80 | 8 | $ 1,142.40 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| LID 12X18 CONTAINER CAMWEAR POLYCARB CLEAR | $ 106.24 | 16 | $ 1,699.84 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| BOX STORAGE 18X26X15 CAMWEAR POLYCARB CLEAR | $ 195.28 | 4 | $ 781.12 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| BOX STORAGE 18X26X9 CAMWEAR POLYCARB CLEAR | $ 201.00 | 6 | $ 1,206.00 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| LID 18X26 CONTAINER CAMWEAR POLYCARB CLEAR | $ 141.40 | 10 | $ 1,414.00 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| ABC BOWL, MIXING, 3QT, S/S, 9 1/2" | $ 7.89 | 3 | $ 23.67 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| ABC BOWL, MIXING, 5QT, S/S, 11 1/2" | $ 10.26 | 3 | $ 30.78 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| ABC BOWL, MIXING, 8QT, S/S, 13 1/2" | $ 38.24 | 8 | $ 305.92 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| ABC BOWL, MIXING, 13QT, S/S, 16" | $ 13.14 | 2 | $ 26.28 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| CONTAINER, STORAGE, 4QT. CLEAR, SQUARE | $ 134.16 | 24 | $ 3,219.84 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| LID, FOR 2-4 QT, SQUARE CONTAINER, TRANSLUCENT | $ 51.84 | 24 | $ 1,244.16 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| CONTAINER, STORAGE, 8QT SQUARE, POLYCARBONATE | $ 205.20 | 24 | $ 4,924.80 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| LID, FOR 6-8 QT, SQUARE TRANSLUCENT | $ 64.56 | 24 | $ 1,549.44 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| CONTAINER, STORAGE 12QT SQUARE, POLYCARBONATE | $ 138.96 | 12 | $ 1,667.52 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| CONTAINER, STORAGE 22QT SQUARE, POLYCARBONATE | $ 397.98 | 18 | $ 7,163.64 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| LID, FOR 12/18/22 QT SQUARE, TRANSLUCENT | $ 117.30 | 30 | $ 3,519.00 | TriMark Adams Burch Operating Supplies Quote s39Q595S935 7.5.2020 | | | |
| Total | | | $ 250,589.37 | | | 15900 | |