**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| In re | Case No. 24-13609-MCR |
| Smokecraft Clarendon, LLC | Chapter 11 |
| Debtor. | |
| _____/ | |

**SMOKECRAFT CLARENDON, LLC'S WITNESS**
**AND EXHIBIT LIST FOR CONFIRMATION HEARING**

Comes now Smokecraft Clarendon, LLC ("Smokecraft" or the "Debtor"), by and through undersigned counsel, pursuant to the Protocol for In Person Hearings Before the Honorable Maria Ellena Chavez-Ruark, and submits these lists of witnesses to be called, and exhibits to be introduced into evidence, at a confirmation hearing on January 29, 2025:

**I.    Stipulation**

In accord with the foregoing protocol, counsel for Smokecraft and counsel for Capital Bank have conferred concerning exhibits to be introduced at the subject hearing and reached a general stipulation that all exhibits shall be deemed properly authenticated without the need for identification by live witnesses. Each party has preserved its right to object to specific exhibits on any other ground(s).

**II.   Witnesses**

Smokecraft reasonably anticipates calling the following witnesses to testify at the hearing, in addition to any other witnesses who may be called for purposes of impeachment and/or rebuttal:

1. Andrew Darneille
2. William J. Fischer

1

### III.  Exhibits

Smokecraft reasonably anticipates introducing the following exhibits into evidence at the hearing, in addition to those that may be introduced for impeachment and/or rebuttal purposes:

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| Debtor01 | Appraisal Report by Motleys Industrial | | | |
| Debtor02 | Schedule A/B | | | |
| Debtor03 | Statement of Financial Affairs | | | |
| Debtor04 | April 2024 Operating Report | | | |
| Debtor05 | May 2024 Operating Report | | | |
| Debtor06 | June 2024 Operating Report | | | |
| Debtor07 | July 2024 Operating Report | | | |
| Debtor08 | August 2024 Operating Report | | | |
| Debtor09 | September 2024 Operating Report | | | |
| Debtor10 | October 2024 Operating Report | | | |
| Debtor11 | November 2024 Operating Report | | | |
| Debtor12 | December 2024 Operating Report | | | |
| Debtor13 | Revenue Projections | | | |
| Debtor14 | Schedule of Creditors and Classes | | | |
| Debtor15 | Payment Schedule | | | |
| Debtor16 | Trademark Security Agreement | | | |
| Debtor17 | Patent Security Agreement | | | |
| Debtor18 | Subordination of Lien Agreement | | | |

Additionally, Smokecraft has issued various requests for production of documents to Capital Bank, which are returnable on Monday, January 27, 2025. Should any documents received through such requests prove salient to the confirmation hearing, Smokecraft will seasonably supplement this exhibit list.

          Respectfully submitted,

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
THE BELMONT FIRM
1050 Connecticut Avenue NW,
Suite 500
Washington, DC 20036
Phone: (301) 444-4600
E-mail: mac@dcbankruptcy.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of January, 2025, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Corinne Donohue Adams     cadams@yvslaw.com, cadams@yvslaw.com;jbeckman@yvslaw.com;pgomez@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;r39990@notify.bestcase.com
- Catherine Keller Hopkin     chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
- Lynn A. Kohen     lynn.a.kohen@usdoj.gov
- L. Jeanette Rice     Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Angela L. Shortall     ashortall@3cubed-as.com, md70@ecfcbis.com
- US Trustee - Greenbelt     USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig     mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

          /s/ Maurice B. VerStandig
          Maurice B. VerStandig, Esq.