**Fill in this information to identify the case:**

Debtor Name _Smokecraft Clarendon LLC_

United States Bankruptcy Court for the: District of Maryland

Case number: _24-13609_

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _April_

Line of business: _Restaurant_

Date report filed: _05/21/2024_
MM / DD / YYYY

NAISC code: _7225_

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:         _Andrew Darneille_

Original signature of responsible party    _[signature]_

Printed name of responsible party    _Andrew Darneille_

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | Yes | No | N/A |
|---|---|---|---|
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | Yes | No | N/A |
|---|---|---|---|
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Smokecraft Clarendon LLC

Case number  24-13609

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 2,073.70

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 8716.68

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 0

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 8716.68

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 10,790.38

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ 452.23

*(Exhibit E)*

Debtor Name  Smokecraft Clarendon LLC

Case number  24-13609

---

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ 6805.01

  *(Exhibit F)*

---

## 5. Employees

26. What was the number of employees when the case was filed?  25

27. What is the number of employees as of the date of this monthly report?  25

---

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ 0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____

30. How much have you paid this month in other professional fees?  $ _____

31. How much have you paid in total other professional fees since filing the case?  $ 0

---

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | − | Column B | = | Column C |
|---|---|---|---|---|---|
| | **Projected** | | **Actual** | | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ 8716.68 | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ 0 | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ 8716.68 | = | $ _____ |

35. Total projected cash receipts for the next month:  $ 164363.94

36. Total projected cash disbursements for the next month:  − $ 160565.24

37. Total projected net cash flow for the next month:  = $ 3798.70

---

Debtor Name  Smokecraft Clarendon LLC                                    Case number  24-13609

| | 8. Additional Information |
|---|---|

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# RECEIPTS AND DISBURSEMENTS RECAP

**Debtor:** Smokecraft Clarendon LLC     **Case Number:** 24-13609

**Date Case was filed:** 4/29/2024

This form is to be used to record Monthly Operating Reports' Receipts and Disbursements filed to date. It serves as a running total of overall receipts, disbursements and net cash flow for the case.

**Year: 2024**

| | Receipts | Disb | Net |
|---|---|---|---|
| Jan | | | 0 |
| Feb | | | 0 |
| Mar | | | 0 |
| Apr | 2002.00 | 0 | 2002.00 |
| May | | | 0 |
| Jun | | | 0 |
| Jul | | | 0 |
| Aug | | | 0 |
| Sep | | | 0 |
| Oct | | | 0 |
| Nov | | | 0 |
| Dec | | | 0 |
| **TOTAL** | **2002.00** | **0** | **2002.00** |

**Year:**

| | Receipts | Disb | Net |
|---|---|---|---|
| Jan | | | 0 |
| Feb | | | 0 |
| Mar | | | 0 |
| Apr | | | 0 |
| May | | | 0 |
| Jun | | | 0 |
| Jul | | | 0 |
| Aug | | | 0 |
| Sep | | | 0 |
| Oct | | | 0 |
| Nov | | | 0 |
| Dec | | | 0 |
| **TOTAL** | **0** | **0** | **0** |

SMALL BUSINESS MOR – SMOKECRAFT CLARENDON LLC
APRIL 2024
EXHIBIT A

5. DIP account has yet to be set up as of 4/30/24 due to 4/29/24 petition filing. Account has now been set up.

SMALL BUSINESS MOR – SMOKECRAFT CLARENDON LLC
APRIL 2024
EXHIBIT B

10. Initial petition filed on 4/29/24 and no DIP account has been established as of 4/30/24. Accounts as of 4/30/24 include:

1. TD Bank Ending in: 0398
2. Eagle Bank Ending in: 6313
3. Capital Bank MD Ending in: 5611

SMALL BUSINESS MOR – SMOKECRAFT CLARENDON LLC
Apr-24
EXHIBIT C

**Cash Receipts**

| | | |
|---|---|---|
| UberEats | $ | 3,080.15 |
| Toast CC Transactions | $ | 5,636.53 |
| | | |
| **Total** | **$** | **8,716.68** |

SMALL BUSINESS MOR – SMOKECRAFT CLARENDON LLC
Apr-24
EXHIBIT E

**Payables**

| | | |
|---|---|---|
| Meal Tax | $ | 200.58 |
| Tips | $ | 251.65 |
| **Total** | **$** | **452.23** |

SMALL BUSINESS MOR – SMOKECRAFT CLARENDON LLC
Apr-24
EXHIBIT F

**Receivables**

| | | |
|---|---|---|
| ezCater | $ | 744.47 |
| DoorDash | $ | 3,811.92 |
| Toast CC Transactions | $ | 2,248.62 |
| | | |
| **Total** | **$** | **6,805.01** |

# Smokecraft Clarendon LLC

## Balance Sheet

As of April 30, 2024

|  | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| 1000 Main Checking Eagle | 228.52 |
| 1010 Capital Bank MD | 55.00 |
| 1020 TD Bank Operating | 17,467.27 |
| 1050 TD Bank CD | 65,000.00 |
| 1060 Petty Cash | 2,000.00 |
| **Total Bank Accounts** | **$84,750.79** |
| Accounts Receivable | |
| 1200 Accounts Receivable (A/R) | 0.00 |
| **Total Accounts Receivable** | **$0.00** |
| Other Current Assets | |
| 1201 DoorDash | 760.57 |
| 1202 UberEats | 1,037.14 |
| 1203 Square | 0.00 |
| 1204 ERC Receivable | 0.00 |
| 1205 Tripleseat (Stripe) | 0.00 |
| 1206 EZCater | 0.00 |
| 1300 Prepaid Other | 9,650.58 |
| 1340 Prepaid Insurance | 2,165.69 |
| 1350 Food Inventory | 0.00 |
| 1352 Liquor Inventory | 0.00 |
| 1354 Wine Inventory | 0.00 |
| 1356 Beer Inventory | 0.00 |
| 1358 NA Bev Inventory | 0.00 |
| 6600 Employee Advance | 0.00 |
| **Total Other Current Assets** | **$13,613.98** |
| **Total Current Assets** | **$98,364.77** |
| Fixed Assets | |
| 1400 Leasehold Improvements | 943,020.03 |
| 1410 Machinery & Equipment | 303,297.90 |
| 1420 Design & Architechtural Fees | 104,783.93 |
| 1430 Furniture & Fixtures | 83,469.68 |
| Accumulated Depreciation | -1,414,894.00 |
| **Total Fixed Assets** | **$19,677.54** |
| Other Assets | |
| 1360 Prepaid Rent | 0.00 |
| 1500 Security Deposits | 0.00 |

# Smokecraft Clarendon LLC

## Balance Sheet

As of April 30, 2024

|  | TOTAL |
|---|---:|
| 1620 Pre-opening costs |  |
| 1620.1 Legal Fees | 30,512.53 |
| 1620.2 PR/Advertising/Website | 56,444.66 |
| 1620.3 Bank Fees | 64,488.85 |
| 1620.4 LIcenses and Permits | 8,266.39 |
| 1620.5 Other Costs | 39,775.33 |
| 1620.6 Pre-Opening Payroll | 38,218.87 |
| 1620.7 Lease Payments | 12,432.84 |
| Accumulated Amortization | -40,300.00 |
| **Total 1620 Pre-opening costs** | **209,839.47** |
| **Total Other Assets** | **$209,839.47** |
| **TOTAL ASSETS** | **$327,881.78** |
| LIABILITIES AND EQUITY |  |
| Liabilities |  |
| Current Liabilities |  |
| Accounts Payable |  |
| Accounts Payable (A/P) | 160,223.54 |
| **Total Accounts Payable** | **$160,223.54** |
| Credit Cards |  |
| 2300 SMB TD Bank Credit Card | 18,794.11 |
| 2350 ACD Personal Credit Card | 528.55 |
| **Total Credit Cards** | **$19,322.66** |
| Other Current Liabilities |  |
| 2000 Sales Tax Payable | 12,680.53 |
| 2100 Accrued Expenses | 0.00 |
| 2200 Gift Cards | 19,045.89 |
| 2240 Due to/from Holdings | 0.00 |
| 2250 Due to/from A.Darneille | 0.00 |
| 2255 Due to/from R. Darneille | 0.00 |
| 2256 Loan from Parents | 0.00 |
| 2300 Prepaid Sales | 10,635.73 |
| 2310 Loan Payable-Toast | 114,147.78 |
| 2312 Stale Checks | 539.92 |
| 2540 Tips Payable | 5,591.79 |
| 2541 Catering Tips Payable | 1,105.26 |
| **Total Other Current Liabilities** | **$163,746.90** |
| **Total Current Liabilities** | **$343,293.10** |
| Long-Term Liabilities |  |
| 2500 Capital Bank SBA Loan | 911,880.18 |
| **Total Long-Term Liabilities** | **$911,880.18** |
| **Total Liabilities** | **$1,255,173.28** |

# Smokecraft Clarendon LLC

### Balance Sheet

As of April 30, 2024

| | TOTAL |
|---|---|
| Equity | |
| 3110 Contribution - A Darneille | 346,044.47 |
| 3120 Contribution - H. Darneille | 253,528.00 |
| 3130 Contribution - R. Darneille | 125,000.00 |
| 3140 Contribution - J.Smith | 50,000.00 |
| 3150 Contribution- Smoke Holdings | 119,592.04 |
| DIANE DAVENNY DARNEILLE | 40,000.00 |
| Retained Earnings | -1,695,532.04 |
| Net Income | -165,923.97 |
| **Total Equity** | **$ -927,291.50** |
| **TOTAL LIABILITIES AND EQUITY** | **$327,881.78** |

# Smokecraft Clarendon LLC

## Profit and Loss

April 30, 2024

| | TOTAL |
|---|---:|
| Income | |
| All Sales, Comps and Discounts | |
| 5100 Food Sales | 1,737.00 |
| 5180 NA Beverage | 17.00 |
| 5210 Liquor Sales | 52.00 |
| 5220 Wine Sales | 23.00 |
| 5230 Bottled Beer Sales | 37.00 |
| 5240 Draft Beer Sales | 136.00 |
| **Total All Sales, Comps and Discounts** | **2,002.00** |
| **Total Income** | **$2,002.00** |
| Cost of Goods Sold | |
| Cost of Sales | |
| 6160 Bakery Cost | 45.96 |
| 6170 Grocery Cost | 111.88 |
| **Total Cost of Sales** | **157.84** |
| **Total Cost of Goods Sold** | **$157.84** |
| GROSS PROFIT | **$1,844.16** |
| Expenses | |
| B. Controllable Expenses | |
| 6500 3rd Party Delivery Expense | -95.41 |
| 6710 Operating Lease/Rentals | 153.56 |
| 7000 Register Over/Short | 119.51 |
| 7060 Linens | 253.27 |
| **Total B. Controllable Expenses** | **430.93** |
| C. General &  Administrative | |
| 7190 Other Contracted Services-Admin | 18.83 |
| 7250 Credit Card Commissions | 228.59 |
| **Total C. General &  Administrative** | **247.42** |
| E. Repair & Maintenance | |
| 7710 Maint Contract - HVAC & Refrigeration | 625.00 |
| 7720 Maint Contract - Other Equipment | 255.00 |
| **Total E. Repair & Maintenance** | **880.00** |
| Melio Credit card fee | 3.00 |
| **Total Expenses** | **$1,561.35** |
| NET OPERATING INCOME | **$282.81** |
| NET INCOME | **$282.81** |

Cash Flow Projection
Smokecraft Clarendon

Starting date: 4/28/2024
Main Account Capital One

NO AP payments for any invoices prior to 4/29

| | Beginning | 5/5/2024 | 5/12/2024 | 5/19/2024 | 5/26/2024 | 6/2/2024 | 6/9/2024 | 6/16/2024 | 6/23/2024 | 6/30/2024 | 7/7/2024 | 7/14/2024 | 7/21/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank Balance - TD Operating | 17,966 | | | | | | | | | | | | |
| Bank Balance - Capital Bank | 978 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Cash on hand | 18,944 | 11,186 | 6,291 | 31,660 | 8,925 | 23,110 | 18,715 | 44,880 | 19,862 | 54,617 | 31,977 | 66,732 | 61,291 |
| **ANTICIPATED CASH RECEIPTS** | | | | | | | | | | | | | |
| Sales | 7,500 | 35,000 | 35,000 | 35,000 | 38,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 |
| Tax | 750 | 3,500 | 3,500 | 3,500 | 3,800 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Gratuity | 1,350 | 5,250 | 5,250 | 5,250 | 5,700 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 7,200 | 7,200 |
| Less 10.34% Toast loan fees | | | | | | | | | | | | | |
| TOTAL CASH RECEIPTS | 9,600 | 43,750 | 43,750 | 43,750 | 47,500 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 51,200 | 51,200 |
| Total cash available | 28,544 | 54,936 | 50,041 | 75,410 | 56,425 | 73,110 | 68,715 | 94,880 | 69,862 | 104,617 | 81,977 | 117,932 | 112,491 |
| **CASH PAID OUT** | | | | | | | | | | | | | |
| Payroll | | 22,400 | | 22,400 | | 25,600 | | 25,600 | | 25,600 | | 25,600 | |
| gratuity | | 10,000 | | 10,000 | | 10,000 | | 10,000 | | 10,000 | | 10,000 | |
| Sales Tax | | | | 16,340 | | | | 16,340 | | | | | 17,200 |
| Accounts Payable | | | | | | | | | | | | | |
| Food + Beverage @ 35% | | 10,500 | 10,500 | 10,500 | 11,400 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 |
| Sysco | 112 | | | | | | | | | | | | |
| credit card payments | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent | 16,814 | | | | 18,170 | | | | | 18,170 | | | |
| OpenTable | 432 | | | | 500 | | | | | 500 | | | |
| Doordash 22nd | | | | | | | | | | | | | |
| Utilities/wood | | | | | 4,000 | | | | 4,000 | | | | 4,000 |
| Hood cleaning | | | | | | | 1,050 | | | 625 | | | |
| Cleaning | | 995 | 995 | 995 | 995 | 995 | 995 | 995 | 995 | 995 | 995 | 995 | 995 |
| Late Night Expenses | | | | | | | | | | | | | |
| FAC/Cohn Reznick | | 2,500 | | | | 2,500 | 5,250 | | | 2,500 | | | |
| Insurance | | | 1,796 | | | | | 1,796 | | | | 1,796 | |
| Other/Trimark/Alsco/etc | | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Legal | | | | | 2,840 | | 1,360 | | | | | | |
| Misc Repairs | | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 |
| Property Taxes | | | | | | | | | | | | | |
| Business License | | | | | | | 1,980 | 2,037 | | | | | |
| Capital Bank Payments (1st) | | | | | | | | | | | | | |
| TOTAL CASH PAID OUT | 17,358 | 48,645 | 18,381 | 66,485 | 33,315 | 54,395 | 23,835 | 75,018 | 15,245 | 72,640 | 15,245 | 56,641 | 32,445 |
| Cash on hand (end of week) | 11,186 | 6,291 | 31,660 | 8,925 | 23,110 | 18,715 | 44,880 | 19,862 | 54,617 | 31,977 | 66,732 | 61,291 | 80,046 |

**OTHER OPERATING DATA**



**CAPITAL BANK**
PARTNERS in YOUR VISION

*Statement Ending 04/30/2024*

2275 Research Blvd.
Suite 600
Rockville, MD 20850

**RETURN SERVICE REQUESTED**

*SMOKECRAFT CLARENDON LLC*  Page 1 of 4
*Customer Number: XXXXXXXX5611*

SMOKECRAFT CLARENDON LLC
7104 LOCH LOMOND DR
BETHESDA MD 20817-4760

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | Main Branch |
| 📱 | Phone | (301) 468-8848 |
| 💻 | Website | www.capitalbankmd.com |

---

## Our Reston Branch located at 10700 Parkridge Blvd # 180, Reston, VA is moving.



**1900 Campus Commons Dr, Suite 150, Reston, VA 20191** is currently scheduled to open May 6th 2024.

Our Reston Branch located at 10700 Parkridge Blvd # 180, Reston, VA will remain open until 12 p.m. Wednesday, May 2nd.

We are excited for you to come by and see it once opened as we will have a larger facility in order to better address the needs of our growing customer base.

 To see all branch locations, visit **capitalbankmd.com/locations**

---

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | XXXXXXXX5611 | $55.00 |

## BUSINESS CHECKING-XXXXXXXX5611

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/30/2024 | **Beginning Balance** | **$15,338.43** |
| | 0 Credit(s) This Period | $0.00 |
| | 3 Debit(s) This Period | $15,283.43 |
| 04/30/2024 | **Ending Balance** | **$55.00** |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 04/17/2024 | ARLINGTON CHAMBE ACH | $46.95 |
| | 1 item(s) totaling $46.95 | |

---

**WASHINGTON, DC**
1400 W St NW, Suite 170
Washington, DC 20009
202.861.2265
©2017 CAPITAL BANK, N.A. | WWW.CAPITALBANKMD.COM

**RESTON, VA**
10700 Parkridge Blvd., Suite 180
Reston, VA, 20191
540.227.8088

**ROCKVILLE, MD**
One Church Street, Suite 100
Rockville, MD, 20850
240.283.0416

**COLUMBIA, MD**
6711 Columbia Gateway Drive, Suite 170
Columbia, MD 21046
443.221.6866


**Member FDIC**
EQUAL HOUSING LENDER

## BUSINESS CHECKING-XXXXXXXX5611 (continued)

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 04/01/2024 | PAYMENT TO COMM-SBA GUARANTEED LOAN 5985 | $14,313.46 |
| | | 1 item(s) totaling $14,313.46 |

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 1070 | 04/30/2024 | $923.02 |

* Indicates skipped check number        1 item(s) totaling $923.02

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/01/2024 | $1,024.97 | 04/17/2024 | $978.02 | 04/30/2024 | $55.00 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

SMOKECRAFT CLARENDON LLC XXXXXXXX5611 Statement Ending 04/30/2024 Page 3 of 4



#1070          04/30/2024                    $923.02

This page left intentionally blank

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

WITHDRAWLS OUTSTANDING-
NOT CHARGED TO ACCOUNT

| NO. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | |

**BEFORE YOU START-**

PLEASE MAKE SURE YOU HAVE ENTERED IN YOUR REGISTER ALL AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF YOUR STATEMENT.

YOU SHOULD HAVE ADDED IF ANY OCCURRED:
1. Loan advances
2. Credit memos
3. Other automatic deposit

YOU SHOULD HAVE SUB-TRACTED IF ANY OCCURRED:
1. Automatic loan payments
2. Automatic savings transfers
3. Service charges
4. Debit memos
5. Other automatic deductions and payments

BALANCE SHOWN ON THIS STATEMENT     $ _____

ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT *(IF ANY)*     $ _____

_____

_____

_____

TOTAL:     $ _____

SUBTRACT --

WITHDRAWALS OUTSTANDING$     $ _____

BALANCE     $ _____

SHOULD AGREE WITH YOUR REGISTER BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

**THE FOLLOWING DISCLOSURES APPLY TO CONSUMER ACCOUNTS ONLY**
Please examine immediately and report if incorrect. If no reply is received within **30** days the account will be considered correct.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt please call us at the number listed on the front of this statement as soon as possible. You may also contact us on the Web at the website also listed on the reverse side of this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need the following information:
(1) Your name and account number (if any)
(2) A description of the error or the transfer about which you are unsure. Please explain clearly why you believe there is an error or why you need additional information.
(3) The dollar amount of the suspected error

If you inform us by phone, we may require that you send us your complaint or question in writing within 10 business days.

We will determine within 10 business days after we hear from you whether an error occurred and will correct any error promptly. However, if we need more time, we may take up to 45 days to investigate your complaint or question. We may take up to 90 days if this is a point of sale or foreign transaction. If this is a new account (within 30 days of opening), we may take up to 20 business days to determine whether an error has occurred and, if we need more time, we may take up to 90 days. If we decide to extend our investigation, we will credit your account within 10 business days (20 business days if a new account) for the amount you think is in error, so that you have use of this money during the time it takes to complete our investigation. If we ask you to submit your complaint or question in writing and you do not receive it within 10 business days, we may not credit your account.

We will let you know the results within three business days after completing our investigation. If we determine that there was no error, we will send you a written explanation. You may ask for copies of documents that we used in our investigation.

### YOUR LINE OF CREDIT ACCOUNTS SUMMARY OF RIGHTS IS OUTLINED BELOW:

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing notice error.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNTS

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address noted on the reverse side of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:
(1) Your name and account number
(2) The dollar amount of the suspected error
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item about which you are unsure

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take ant action to collect the amount in question.

A daily finance charge will be imposed on all credit advances made under your credit line imposed from the date of each credit advance based upon the "Daily Balance" method. We figure the finance charge on your credit line by applying the daily periodic rate(s) on the "Daily Balance" of your account for the billing cycle. Toget the "Daily Balance" take the beginning balance of your account each day, add new advances, and subtract any payments or credits and unpaid finance charges. This gives us the "Daily Balance".

The minimum periodic payment required is shown on the front of this billing statement. You may pay off your credit line account at any time, or make voluntary additional payments. Payments shall be applied, first to any unpaid finance charges, and second to the principal outstanding balance outstanding on the credit line account. Periodic statements may be sent to you at the end of each billing cycle showing your credit line transactions.

Send payments and inquiries to the address noted on the reverse side of this form. Payments received after the close of business shall be deemed received on the following business day for the purposes of crediting your account.

This page left intentionally blank

# EAGLEBANK

Last statement: March 31, 2024
This statement: April 30, 2024
Total days in statement period: 30

**SMOKECRAFT CLARENDON LLC**
**7104 LOCH LOMOND DR**
**BETHESDA MD 20817-4760**

Page 1 of 1
XXXXXX6313
( 0)

Direct inquiries to:
301-986-1800

EagleBank
PO Box 34311
Bethesda MD 20827-9909

---

*FOR CYBER SAFETY TIPS, VISIT EAGLEBANKCORP.COM/SECURITY.*

---

## Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX6313 | Beginning balance | $228.52 |
| Low balance | $228.52 | Total additions | .00 |
| Average balance | $228.52 | Total subtractions | .00 |
| Avg collected balance | $228 | Ending balance | $228.52 |

**\*\* No activity this statement period \*\***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with EagleBank*

You are expected to examine your account statement, records, or notices within 30 days. We may be relieved of any potential liability for multiple unauthorized signatures or alterations by the same wrongdoer if you do not notify us, in writing, within 30 days after your statement containing the first problem was made available to you. Please refer to your deposit account terms and conditions for additional information.

(For Consumer Accounts Only)

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Telephone or write us at the telephone number or address located on the front of this statement as soon as you can, it you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3)Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  We will tell you the results of our investigation within 10 business days (5 if the transfer involved a point-of-sale transaction and 20 if a new account was involved) after we hear from you and will correct any error promptly. An account is considered a new account for 30 days after the first deposit is made. Otherwise, we will re-credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.



EQUAL HOUSING
LENDER
Member FDIC



**Bank**

America's Most Convenient Bank®

E   **STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
3003 WASHINGTON BLVD
ARLINGTON VA  22201

| | |
|---|---|
| Page: | 1 of 10 |
| Statement Period: | Apr 01 2024-Apr 30 2024 |
| Cust Ref #: | 4365290398-719-E-*** |
| Primary Account #: | ████0398 |

## TD Business Premier Checking

SMOKECRAFT CLARENDON LLC

Account # ████0398

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 9,597.71 | Average Collected Balance | 19,695.48 |
| Deposits | 9,567.56 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 161,296.05 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 15,547.77 | Days in Period | 30 |
| Electronic Payments | 149,943.66 | | |
| Other Withdrawals | 4,000.00 | | |
| Ending Balance | 10,969.89 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $140.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | DEPOSIT | 429.00 |
| 04/01 | DEPOSIT | 309.00 |
| 04/01 | DEPOSIT | 113.00 |
| 04/01 | DEPOSIT | 86.00 |
| 04/02 | DEPOSIT | 148.00 |
| 04/05 | DEPOSIT | 825.67 |
| 04/05 | DEPOSIT | 121.00 |
| 04/05 | DEPOSIT | 24.00 |
| 04/08 | DEPOSIT | 919.73 |
| 04/08 | DEPOSIT | 306.00 |
| 04/08 | DEPOSIT | 140.00 |
| 04/12 | DEPOSIT | 176.00 |
| 04/12 | DEPOSIT | 123.00 |
| 04/12 | DEPOSIT | 23.00 |
| 04/22 | DEPOSIT | 3,711.14 |
| 04/24 | DEPOSIT | 218.00 |
| 04/24 | DEPOSIT | 182.00 |
| 04/24 | DEPOSIT | 106.00 |
| 04/24 | DEPOSIT | 95.00 |
| 04/24 | DEPOSIT | 72.00 |
| 04/24 | DEPOSIT | 55.00 |
| 04/24 | DEPOSIT | 24.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| **❶ Ending Balance** | 10,969.89 |
| **❷ Total Deposits** + | |
| **❸ Sub Total** | |
| **❹ Total Withdrawals** - | |
| **❺ Adjusted Balance** | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC

| | |
|---|---|
| Page: | 3 of 10 |
| Statement Period: | Apr 01 2024-Apr 30 2024 |
| Cust Ref #: | 4365290398-719-E-*** |
| Primary Account #: | 0398 |

## DAILY ACCOUNT ACTIVITY

### Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/24 | DEPOSIT | 8.00 |
| 04/26 | DEPOSIT | 100.00 |
| 04/26 | DEPOSIT | 30.00 |
| 04/29 | DEPOSIT | 923.02 |
| 04/29 | DEPOSIT | 178.00 |
| 04/29 | DEPOSIT | 72.00 |
| 04/29 | DEPOSIT | 50.00 |
| | Subtotal: | 9,567.56 |

### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | CCD DEPOSIT, TOAST DEP MAR 31 0004395300IY4ZP | 7,213.80 |
| 04/01 | CCD DEPOSIT, TOAST DEP MAR 30 0004395300IWTEA | 4,717.41 |
| 04/01 | CCD DEPOSIT, TOAST DEP MAR 29 0004395300IVH82 | 2,780.57 |
| 04/01 | ACH DEPOSIT, VENMO CASHOUT 1033447704278 | 158.10 |
| 04/02 | CCD DEPOSIT, TOAST DEP APR 01 0004395300IZAQH | 4,259.47 |
| 04/02 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT F6X8PHCIO7IG8WM | 3,245.70 |
| 04/03 | CCD DEPOSIT, TOAST DEP APR 02 0004395300J097L | 1,229.18 |
| 04/04 | CCD DEPOSIT, TOAST DEP APR 03 0004395300J1DPP | 1,954.81 |
| 04/05 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-K3O5C3F0H2S0 | 3,958.24 |
| 04/05 | CCD DEPOSIT, TOAST DEP APR 04 0004395300J2M86 | 1,893.86 |
| 04/08 | CCD DEPOSIT, TOAST DEP APR 07 0004395300J6L8C | 8,166.89 |
| 04/08 | CCD DEPOSIT, TOAST DEP APR 06 0004395300J58SR | 6,119.40 |
| 04/08 | CCD DEPOSIT, TOAST DEP APR 05 0004395300J3X03 | 3,406.88 |
| 04/09 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT SQDYGAYV4TGR3I0 | 3,621.93 |
| 04/09 | CCD DEPOSIT, TOAST DEP APR 08 0004395300J7UI5 | 3,531.23 |
| 04/10 | CCD DEPOSIT, TOAST DEP APR 09 0004395300J8YTK | 2,065.68 |
| 04/11 | CCD DEPOSIT, TOAST DEP APR 10 0004395300JABKF | 2,515.04 |
| 04/11 | CCD DEPOSIT, LIQUID DISTRO FINTECHEFT 83-1543479 | 30.00 |
| 04/12 | CCD DEPOSIT, TOAST DEP APR 11 0004395300JBTQ9 | 2,785.39 |
| 04/12 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-Z0F2M6U7X1Y5 | 2,746.23 |
| 04/12 | CCD DEPOSIT, REVERIE DISTRIBU FINTECHEFT 83-1543479 | 200.00 |
| 04/15 | CCD DEPOSIT, TOAST DEP APR 14 0004395300JGQDF | 6,934.63 |
| 04/15 | CCD DEPOSIT, TOAST DEP APR 13 0004395300JF1UW | 5,041.28 |
| 04/15 | CCD DEPOSIT, TOAST DEP APR 12 0004395300JDERD | 3,914.54 |
| 04/16 | CCD DEPOSIT, TOAST DEP APR 15 0004395300JIBDZ | 5,406.63 |
| 04/16 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT 9MF2FUWXR2ABO7L | 3,443.33 |
| 04/16 | CCD DEPOSIT, LIQUID DISTRO FINTECHEFT 83-1543479 | 75.00 |
| 04/17 | CCD DEPOSIT, TOAST DEP APR 16 0004395300JJPD5 | 2,020.83 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



## Bank
### America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC

| | |
|---|---|
| Page: | 4 of 10 |
| Statement Period: | Apr 01 2024-Apr 30 2024 |
| Cust Ref #: | 4365290398-719-E-*** |
| Primary Account #: | ███████0398 |

---

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/18 | CCD DEPOSIT, TOAST DEP APR 17 0004395300JL33W | 3,176.12 |
| 04/19 | CCD DEPOSIT, TOAST DEP APR 18 0004395300JMMF9 | 5,225.77 |
| 04/19 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-M1O0R4C9Y5C0 | 4,055.80 |
| 04/19 | CCD DEPOSIT, I.N.I.S. LLC 11012021 e45039975 | 192.42 |
| 04/22 | CCD DEPOSIT, TOAST DEP APR 20 0004395300JPWEC | 5,617.77 |
| 04/22 | CCD DEPOSIT, TOAST DEP APR 21 0004395300JRKZG | 4,992.00 |
| 04/22 | CCD DEPOSIT, TOAST DEP APR 19 0004395300JO8RU | 3,225.98 |
| 04/23 | CCD DEPOSIT, TOAST DEP APR 22 0004395300JT60X | 3,903.60 |
| 04/23 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT Y4000C3H7NZCYL7 | 3,873.59 |
| 04/24 | ACH DEPOSIT, CITIZENS NET SETLMT 4445034320333 | 1,907.77 |
| 04/24 | CCD DEPOSIT, TOAST DEP APR 23 0004395300JUI1L | 1,408.16 |
| 04/25 | ACH DEPOSIT, CITIZENS NET SETLMT 4445034320333 | 57.30 |
| 04/26 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-Q2F6M9I9Z9B3 | 3,642.35 |
| 04/26 | CCD DEPOSIT, TOAST DEP APR 25 0004395300JW8D8 | 2,074.67 |
| 04/26 | ACH DEPOSIT, VENMO CASHOUT 1033991491858 | 413.26 |
| 04/29 | CCD DEPOSIT, TOAST DEP APR 28 0004395300K13IK | 7,945.20 |
| 04/29 | CCD DEPOSIT, TOAST DEP APR 27 0004395300JZFY3 | 4,688.85 |
| 04/29 | CCD DEPOSIT, TOAST DEP APR 26 0004395300JXT4N | 2,742.71 |
| 04/30 | CCD DEPOSIT, TOAST DEP APR 29 0004395300K2NK1 | 5,636.53 |
| 04/30 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT ZB014MFX3GPIU5I | 3,080.15 |
| | Subtotal: | 161,296.05 |

**Checks Paid**    No. Checks: 15    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 04/05 | 2250 | 300.00 | 04/15 | 10783 | 966.47 |
| 04/04 | 10766* | 768.72 | 04/18 | 10784 | 548.86 |
| 04/01 | 10775* | 1,214.61 | 04/15 | 10785 | 743.96 |
| 04/01 | 10776 | 578.22 | 04/29 | 10786 | 3,907.11 |
| 04/01 | 10778* | 400.25 | 04/29 | 10787 | 1,332.28 |
| 04/01 | 10779 | 1,102.13 | 04/30 | 10788 | 946.35 |
| 04/01 | 10781* | 583.87 | 04/29 | 10790* | 814.65 |
| 04/15 | 10782 | 1,340.29 | | | |
| | | | | Subtotal: | 15,547.77 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC

Page:                          5 of 10
Statement Period:    Apr 01 2024-Apr 30 2024
Cust Ref #:              4365290398-719-E-***
Primary Account #:            0398

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/02 | CCD DEBIT, CHEF'S WAREHOUSE 3 BILLS e43792119 | 3,667.27 |
| 04/02 | CCD DEBIT, REINHART FOOD SE 4882612 e43773260 | 2,367.49 |
| 04/02 | CCD DEBIT, SYSCO CORPORATIO PAYMENT USBL012223313SB | 1,463.38 |
| 04/02 | CCD DEBIT, AM BRIGGS INC DB 2 BILLS e43783195 | 1,391.12 |
| 04/02 | CCD DEBIT, TRIMARK ADAMS-BU 2 BILLS e43783132 | 998.51 |
| 04/02 | CCD DEBIT, CRYSTAL COMMERCI 17850 e43775822 | 995.00 |
| 04/02 | CCD DEBIT, BOWIE PRODUCE 5402747 e43779110 | 544.75 |
| 04/02 | CCD DEBIT, CAPITAL SEABOARD 03320478 e43781827 | 492.40 |
| 04/02 | CCD DEBIT, LYON BAKERY 7 BILLS e43774230 | 441.62 |
| 04/02 | CCD DEBIT, MARGINEDGE CO SALE | 300.00 |
| 04/02 | CCD DEBIT, LOGAN FOOD COMPA 0144262 e43784845 | 127.50 |
| 04/03 | CCD DEBIT, MELIO 4203270 e43916032 | 1.50 |
| 04/04 | eTransfer Debit, Online Xfer<br>Transfer to CC 4847381245915726 | 1,500.00 |
| 04/05 | CCD DEBIT, HOP & WINE BEVER FINTECHEFT 83-1543479 | 182.00 |
| 04/05 | CCD DEBIT, TOAST, INC. 20240331-3 617-682-0225 | 14.34 |
| 04/08 | CCD DEBIT, REINHART FOOD SE 2 BILLS e44237564 | 3,506.15 |
| 04/08 | CCD DEBIT, CHEF'S WAREHOUSE 63054052 e44236512 | 1,945.99 |
| 04/08 | CCD DEBIT, CHEF'S WAREHOUSE 63036158 e44245770 | 1,625.66 |
| 04/08 | CCD DEBIT, AM BRIGGS INC DB 1787744 e44210256 | 997.56 |
| 04/08 | CCD DEBIT, CRYSTAL COMMERCI 17868 e44219083 | 995.00 |
| 04/08 | CCD DEBIT, TRIMARK ADAMS-BU 2 BILLS e44231928 | 936.45 |
| 04/08 | CCD DEBIT, CAPITAL SEABOARD 2 BILLS e44185699 | 585.40 |
| 04/08 | CCD DEBIT, BFPE INTERNATION 3033712 e44227810 | 579.26 |
| 04/08 | CCD DEBIT, LYON BAKERY 7 BILLS e44238487 | 460.52 |
| 04/08 | CCD DEBIT, BOWIE PRODUCE 5403376 e44242792 | 401.25 |
| 04/08 | CCD DEBIT, SPECIALTY BEVERA FINTECHEFT 83-1543479 | 175.00 |
| 04/09 | CCD DEBIT, MELIO 4239494 e44309872 | 1.50 |
| 04/09 | CCD DEBIT, MELIO 4239215 e44312686 | 1.50 |
| 04/10 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR 1161630473 | 23,021.96 |
| 04/10 | eTransfer Debit, Online Xfer<br>Transfer to CC 4847381245915726 | 1,500.00 |
| 04/11 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 6,717.79 |
| 04/11 | CCD DEBIT, SYSCO CORPORATIO PAYMENT USBL012223313SB | 59.50 |
| 04/12 | CCD DEBIT, HOP & WINE BEVER FINTECHEFT 83-1543479 | 385.00 |
| 04/12 | CCD DEBIT, PREMIUM DIST OF FINTECHEFT 83-1543479 | 320.00 |
| 04/15 | CCD DEBIT, REINHART FOOD SE 2 BILLS e44643898 | 3,886.69 |
| 04/15 | CCD DEBIT, CAPITAL SEABOARD 3 BILLS e44649880 | 698.55 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

SMOKECRAFT CLARENDON LLC

| | |
|---|---|
| Page: | 6 of 10 |
| Statement Period: | Apr 01 2024-Apr 30 2024 |
| Cust Ref #: | 4365290398-719-E-*** |
| Primary Account #: | ███████0398 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/15 | ACH DEBIT, COMCAST 8299610 252892194 7724510 | 650.49 |
| 04/15 | CCD DEBIT, LYON BAKERY 7 BILLS e44662549 | 486.73 |
| 04/15 | CCD DEBIT, TOAST, INC TOAST, INC ST-O7K1N9C6J4Y1 | 462.75 |
| 04/16 | CCD DEBIT, CHEF'S WAREHOUSE 2 BILLS e44756427 | 3,500.53 |
| 04/16 | CCD DEBIT, PECKAR & ABRAMSO 460186 e44748608 | 2,736.00 |
| 04/16 | CCD DEBIT, SYSCO CORPORATIO PAYMENT USBL012223313SB | 1,582.25 |
| 04/16 | CCD DEBIT, CRYSTAL COMMERCI 17882 e44761762 | 995.00 |
| 04/16 | CCD DEBIT, AM BRIGGS INC DB 1789368 e44745876 | 615.47 |
| 04/16 | CCD DEBIT, TRIMARK ADAMS-BU 2 BILLS e44744244 | 377.82 |
| 04/16 | CCD DEBIT, ARLINGTON COUNTY ARL-INV-20 e44761957 | 315.00 |
| 04/16 | CCD DEBIT, ALSCO LALE108317 e44760325 | 206.84 |
| 04/16 | CCD DEBIT, ROBERTS OXYGEN C K05543 e44746093 | 153.56 |
| 04/17 | eTransfer Debit, Online Xfer<br>Transfer to CC 4847381245915726 | 1,500.00 |
| 04/18 | CCD DEBIT, MELIO 4293987 e44863738 | 1.50 |
| 04/19 | CCD DEBIT, ARLINGTON COUNTY ARLCO PMT 1410394624 | 6,005.73 |
| 04/19 | CCD DEBIT, CAPITAL SEABOARD 03330020 e45092197 | 526.35 |
| 04/19 | CCD DEBIT, PREMIUM DIST OF FINTECHEFT 83-1543479 | 221.00 |
| 04/19 | CCD DEBIT, HOP & WINE BEVER FINTECHEFT 83-1543479 | 135.00 |
| 04/22 | CCD DEBIT, REINHART FOOD SE 2 BILLS e45111986 | 1,696.00 |
| 04/22 | ELECTRONIC PMT-WEB, WASHINGTON GAS PAYMENT 310003392126 | 1,032.23 |
| 04/22 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 0.03 |
| 04/23 | CCD DEBIT, VA DEPT TAXATION TAX PAYMEN *****3479 | 8,085.17 |
| 04/23 | CCD DEBIT, COHNREZNICK LLP 3453274 e45204844 | 5,250.00 |
| 04/23 | CCD DEBIT, FINANCE A LA CAR 2185 e45203748 | 2,507.98 |
| 04/23 | CCD DEBIT, SPECIALTY BEVERA FINTECHEFT 83-1543479 | 379.00 |
| 04/23 | CCD DEBIT, BROWN DISTRIBUTI FINTECHEFT 83-1543479 | 183.00 |
| 04/24 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR 1161630473 | 19,391.04 |
| 04/24 | CCD DEBIT, REPUBLIC NATIONA FINTECHEFT 83-1543479 | 256.68 |
| 04/25 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 6,970.17 |
| 04/29 | CCD DEBIT, MAGNOLIA PLUMBIN 4 BILLS e45581827 | 4,879.00 |
| 04/29 | CCD DEBIT, PECKAR & ABRAMSO 3 BILLS e45577889 | 4,200.00 |
| 04/29 | ELECTRONIC PMT-WEB, DOMINION ENERGY BILLPAY 002955711631 | 2,791.12 |
| 04/29 | CCD DEBIT, REINHART FOOD SE 2 BILLS e45585024 | 2,732.68 |
| 04/29 | CCD DEBIT, REINHART FOOD SE 4909783 e45562330 | 1,512.95 |
| 04/29 | CCD DEBIT, SAFETY FIRST SER 12460261 e45582038 | 1,050.00 |
| 04/29 | CCD DEBIT, GWWC, LLC 10342 e45583958 | 750.00 |
| 04/29 | CCD DEBIT, CHILL-CRAFT COMP 0000053009 e45585442 | 685.24 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC

| | |
|---|---|
| Page: | 7 of 10 |
| Statement Period: | Apr 01 2024-Apr 30 2024 |
| Cust Ref #: | 4365290398-719-E-*** |
| Primary Account #: | ████0398 |

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/29 | CCD DEBIT, ULINE INC. 3 BILLS e45575993 | 465.75 |
| 04/29 | CCD DEBIT, OPENTABLE PAYMENTS DDD698045 | 432.00 |
| 04/29 | CCD DEBIT, CHILL-CRAFT COMP 0000053123 e45581012 | 327.50 |
| 04/29 | CCD DEBIT, PEST MANAGEMENT 2 BILLS e45584551 | 170.00 |
| 04/29 | CCD DEBIT, ROBERTS OXYGEN C 2 BILLS e45561910 | 150.39 |
| 04/29 | CCD DEBIT, FOURTH ENTERPRIS 10712067 e45563919 | 128.60 |
| 04/29 | CCD DEBIT, LOGAN FOOD COMPA 0145307 e45580256 | 127.50 |
| 04/29 | CCD DEBIT, MTOM CONSULTING, 4505 e45560843 | 30.00 |
| | Subtotal: | 149,943.66 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/15 | DEBIT | 2,000.00 |
| 04/26 | DEBIT | 2,000.00 |
| | Subtotal: | 4,000.00 |

---

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 03/31 | 9,597.71 | 04/16 | 19,387.76 |
| 04/01 | 21,525.51 | 04/17 | 19,908.59 |
| 04/02 | 16,389.64 | 04/18 | 22,534.35 |
| 04/03 | 17,617.32 | 04/19 | 25,120.26 |
| 04/04 | 17,303.41 | 04/22 | 39,938.89 |
| 04/05 | 23,629.84 | 04/23 | 31,310.93 |
| 04/08 | 30,480.50 | 04/24 | 15,739.14 |
| 04/09 | 37,630.66 | 04/25 | 8,826.27 |
| 04/10 | 15,174.38 | 04/26 | 13,086.55 |
| 04/11 | 10,942.13 | 04/29 | 3,199.56 |
| 04/12 | 16,290.75 | 04/30 | 10,969.89 |
| 04/15 | 20,945.27 | | |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**America's Most Convenient Bank®**

SMOKECRAFT CLARENDON LLC

---

## Overdraft Notifications Are Going Digital

Beginning **June 1, 2024, you'll no longer receive** Overdraft Notifications via mail if you have insufficient funds or overdraw your account.  But don't worry, they are available digitally in TD Online Banking.

To access the notifications:

1.  Log into TD Online Banking.
2.  Select Account Options ➡ Bank Account Statement Settings.
3.  Select applicable account from Eligible Accounts dropdown.
4.  Click on Overdraft Notices.

**Want to be notified immediately?** Ensure your push notifications for TD Alerts are turned on.
Here's how to set up alerts:

**Online Banking**:

1.  Log into TD Online Banking.
2.  Select Account Options.
3.  Select TD Alerts.
4.  Turn on Overdraft Threshold and Overdraft Grace Periods.

**Mobile App:**

1.  Log into the TD Mobile Banking app.
2.  Select Menu.
3.  Select TD Alerts.
4.  Select Bank Accounts.
5.  Turn on Overdraft Threshold and Overdraft Grace Periods.

**As a reminder,** you will receive an Overdraft Threshold email if you overdraw your account by more than $50 if you have an email address on file with us. You'll also receive an Overdraft Grace Period email communicating the timeframe in which you can add funds to your account to reverse the overdraft fee. Visit https://www.td.com/overdraftservices to learn more.

Not enrolled in Online Banking? Sign up at **tdbank.com**.

**Questions?**

Visit a TD Bank location or give us a call anytime.

---

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC

Page:                    9 of 10
Statement Period:        Apr 01 2024-Apr 30 2024
Cust Ref #:              4365290398-719-E-***
Primary Account #:       ████0398



#2250        04/05        $300.00



#10766       04/04        $768.72



#10775       04/01        $1,214.61



#10776       04/01        $578.22



#10778       04/01        $400.25



#10779       04/01        $1,102.13



#10781       04/01        $583.87



#10782       04/15        $1,340.29



#10783       04/15        $966.47



#10784       04/18        $548.86



**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC

| | |
|---|---|
| Page: | 10 of 10 |
| Statement Period: | Apr 01 2024-Apr 30 2024 |
| Cust Ref #: | 4365290398-719-E-*** |
| Primary Account #: | 0398 |



| | | |
|---|---|---|
| #10785 | 04/15 | $743.96 |



| | | |
|---|---|---|
| #10786 | 04/29 | $3,907.11 |



| | | |
|---|---|---|
| #10787 | 04/29 | $1,332.28 |



| | | |
|---|---|---|
| #10788 | 04/30 | $946.35 |



| | | |
|---|---|---|
| #10790 | 04/29 | $814.65 |