Entered: February 4th, 2025
Signed: February 3rd, 2025
**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:

SMOKECRAFT CLARENDON, LLC,

    Debtor.

Case Number: 24-13609-MCR
Chapter 11 (Subchapter V)

**ORDER DENYING CONFIRMATION WITH LEAVE TO AMEND AND
SETTING DEADLINES REGARDING MOTION TO VALUE**

    On January 29, 2025, the Court held a hearing to consider confirmation of the Debtor's Second Amended Chapter 11 Plan [Dkt. No. 89] (the "Confirmation Hearing"). For the reasons set forth on the record at the Confirmation Hearing, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

    ORDERED, that confirmation of the Debtor's Second Amended Chapter 11 Plan is denied, with leave to amend; and it is further

    ORDERED, that the deadline by which the Debtor shall file its Third Amended Chapter 11 Plan shall be set by separate order; and it is further

    ORDERED, that the Debtor shall file a motion to determine the extent of Capital Bank, N.A.'s secured claim (the "Motion to Value") by **February 14, 2025**, and it is further

    ORDERED, that Capital Bank, N.A. shall file a response to the Motion to Value by **February 28, 2025**; and it is further

2

ORDERED, that the Debtor and Capital Bank, N.A. shall file a joint status report by **February 28, 2025** to address: (i) whether the parties want to conduct discovery regarding the Motion to Value, (ii) if so, how much time the parties request for discovery, and (iii) how much time the parties think they will need for the hearing on the Motion to Value.

cc:    Debtor
        Debtor's Counsel
        Subchapter V Trustee
        United States Trustee
        All Creditors and Parties in Interest

**END OF ORDER**