**Appendix: Asset Schedule**  **Smokecraft Claredon LLC.**  **Effective Date of Values:**
**Page 1 of 2**  **Fair Market Value Appraisal**  **February 6, 2025**

| Photo # | Quant. | Year | Description | Condition | FMV |
|---|---|---|---|---|---|
| 1509 | 1 | 2020 | Hoshizaki KM-1301SAJ Ice Maker with B800PF Ice Bin | Good | $4,000 |
| 1512 | 1 | 2020 | Globe SP30 Planetary Mixer | Good | $3,000 |
| 1514 | 1 | 2020 | Alto Shaam 500-2D Warming Drawer, 2-Drawer | Good | $700 |
| 1518 | 2 | 2020 | Alto Shaam 500-2DN Narrow Warming Drawer, 2-Drawer | Good | $1,500 |
| 1520 | 1 | 2020 | Silver King SKFL15-ELUS1 14" Ice Cream Dipping Cabinet | Fair | $1,300 |
| 1522 | 1 | 2020 | Alto Shaam 500-S Mobile 6-Pan Holding Cabinet, Seals on door leak | Fair | $900 |
| 1524 | 3 | 2020 | Pitco SG14S Deep Fryer, Gas | Good | $3,750 |
| 1528 | 1 | 2020 | Blodgett ZEPH-100-G DBL Stacked Oven | Good | $5,500 |
| 1529 | 1 | 2020 | Alto-Shaam 1200-SKII Cook & Hold Smoker Oven, Control Panel Cracked and needs replacement | Poor | $5,000 |
| 1531 | 1 | 2020 | Turbo Air TCBE-96SDR-N 96" Chef Base Refrigerated Cabinet, 4-Drawer | Good | $3,000 |
| 1534 | 1 | 2020 | Southbend HDG-24 Griddle, Gas, Manual, Countertop | Good | $1,700 |
| 1537 | 1 | 2020 | Southbend HDC-36 Charbroiler, Gas, Countertop | Good | $2,000 |
| 1539 | 1 | 2020 | Southbend HDO-36 Hot Plate, 6-burner, Countertop | Good | $1,600 |
| 1543 | 1 | 2020 | Turbo air MST-60-24-N Sandwich/Salad Prep Table with Refrigerated Base | Good | $2,800 |
| 1545 | 1 | 2020 | Turbo air TWF-28SD-N Work-top Freezer | Good | $700 |
| 1548 | 1 | UKN | True T-49F 2-Door Reach-in Freezer | Good | $2,000 |
| 1552 | Pair | 2019 | Southern Pride MLR-850 Dual Smoker, Latches need repair | Fair | $2,600 |
| 1559 | 3 | 2020 | Turbo air TBB-4SG-N Back Bar Cooler, Door Hinges Need Repair (9) | Fair | $5,850 |
| 1565 | 1 | 2020 | Globe SG13 Manual Meat Slicer | Good | $3,000 |
| 1576 | Lot | Various | Toast POS System Hardware Including: Monitors, Pay Stations Printers, Handhelds, & Docking Stations | Fair | $5,100 |
| 1589 | 2 | 2020 | Qualite Food Warmer, Cord needs repair | Fair | $90 |
| 1595 | 1 | 2024 | Avanco Quickshot Portion Steamer | Good | $225 |
| 1597 | Lot | 2020 | Kitchen Tools & Support Equipment Including: Ladles, Knives, Pots, Pans, Cutting Boards, Baking Sheets, Utensils, (5) Racks/Grates/Pans, (3) Rolling Carts, Ladder, Lockers, S/S Table, Spices/Rack, Microwave Oven, Bins, Robot Coupe R2 Processor, VitaMix Mixer, (2) S/S Tables, (2) Waffle Makers, KitchenAid MIxer, Waring Immersion Blender | Fair | $5,350 |
| 1657 | Lot | 2020 | Front of House: (31) Café Chairs, (55) Dining Chairs, (15) Bar Stools, (5) 24x30 Café Tables, (9) 24x30 Dining Table, (4) 24x36 Dining Tables, (8) 36x36 Dining Tables, (5) 24" Round Café Tables, (4) TVs, Bar Glasses, (2) Child Seats | Fair | $6,400 |
| 1696 | Lot | 2020 | Patio Seating: (64) Chairs, (32) Tables, (7) Fence Sections | Fair | $7,300 |
| 1541 | 1 | 2020 | Vulcan 36" Salamander Broiler, Gas, Leasehold Improvement, Cannot be removed* | Leasehold Item | $0 |

Case 24-13609   Doc 103-1   Filed 02/14/25   Page 2 of 2

**Appendix: Asset Schedule**  **Smokecraft Claredon LLC.**  **Effective Date of Values:**
**Page 2 of 2**  **Fair Market Value Appraisal**  **February 6, 2025**

| | | | | | |
|---|---|---|---|---|---|
| 1617 | 1 | | Norlake Walkin Cooler, Leasehold Improvement, Cannot be removed* | Leasehold Item | $0 |
| 1632 | 1 | | Beer Line System - 18 Lines, Leasehold Improvement, Cannot be removed* | Leasehold Item | $0 |
| 1694 | 1 | | Norlake Walkin Freezer, Leasehold Improvement, Cannot be removed* | Leasehold Item | $0 |
| N/A | 1 | | Exhaust/Hoods (3) Ansul System, Leasehold Improvement, Cannot be removed* | Leasehold Item | $0 |
| | | | | **Fair Market Value** | **$75,365** |

\*   Per owner, lease terms restrict dismantling to two (2) screws or less

**Motleys Asset Disposition Group**

*[signature: Wm J Fischer]*

**William J, Fischer, CAI GPPA**
**Industrial Asset Consultant, Certified Appraisals**