**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| In re | Case No. 24-13609 |
| Smokecraft Clarendon, LLC | Chapter 11 |
| Debtor. | |
| _____/ | |

**ORDER GRANTING MOTION TO VALUE
SECURED CLAIM OF CAPITAL BANK, NATIONAL ASSOCIATION**

Upon consideration of the Motion to Value Secured Claim of Capital Bank, National Association (the "Motion") filed by Smokecraft Clarendon, LLC (the "Debtor"), any opposition thereto, the arguments set forth therein, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

FOUND, that the assets of the Debtor securing the claim of Capital Bank, National Association ("Capital Bank") have a fair market value of $92,995.00; and it is further

ORDERED, that, pursuant to Section 506 of Title 11 of the United States Code, the secured claim of Capital Bank in this case shall be for the sum certain of $92,995.00 (excluding any

1

2

payments made thereupon pursuant to the various cash collateral orders entered herein), with the remainder of the claim of Capital Bank being unsecured.

Copies:

All Counsel of Record