IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**Greenbelt Division**

In re                                                                 Case No. 24-13609

Smokecraft Clarendon, LLC                                 Chapter 11

       Debtor.
_____/

**APPLICATION TO APPROVE EMPLOYMENT
OF COHNREZNICK AS BUSINESS TAX RETURN
PREPARER FOR SMOKECRAFT CLARENDON, LLC**

Comes now Smokecraft Clarendon, LLC (the "Debtor" or "Applicant"), pursuant to Section 327 of Title 11 of the United States Code (the "Bankruptcy Code"), as well as Federal Rule of Bankruptcy Procedure 2014, and applies to engage CohnReznick ("CohnReznick"), to furnish tax preparation services to the Debtor, and in support thereof states as follows:

1. This case was commenced when the Debtor filed a petition for chapter 11 relief, pursuant to Section 301 of the Bankruptcy Code, on April 29, 2024.

2. The Debtor is, and at all times relevant has been, a debtor-in-possession.

3. Approval is instantly sought of CohnReznick's employment to provide the Debtor with tax preparation services, as more fully set forth in the engagement agreement attached hereto as Exhibit A.

4. CohnReznick does not represent any other person or entity in connection with this case, and CohnReznick is disinterested as that term is used in Section 101(14) of the Bankruptcy Code. CohnReznick is not a creditor, an equity holder, or an insider of the Debtor; was not, within two years before the date of the petition for relief, a director, officer, or employee of the Debtor; and does not have any interest materially adverse to the interests of the estate or any class of creditors or equity holders, by reason of any direct or indirect relationship to, connection with, or

1

interest in, the Debtor (or for any other reason). Further, CohnReznick holds no interest adverse to the interests of the Debtor in connection with any of the matters for which employment is sought.

5. CohnReznick has no legal connection with the Debtor, the creditors herein, or any other parties in interest, nor with their respective counsel, nor with the United States Trustee or any person employed in the office of the United States Trustee, except as expressly disclosed in the affidavit of Stephanie O'Rourk, CPA attached hereto.

6. CohnReznick has agreed to represent the Debtor at a flat rate of Five Thousand Dollars and No Cents ($5,000.00); it is respectfully suggested such fee is reasonable for a firm of the reputation and experience of CohnReznick.

7. Attached hereto as Exhibit B, and incorporated herein by reference, is the declaration of Stephanie O'Rourk, CPA. in support of this application.

WHEREFORE, the Debtor respectfully prays this Honorable Court (i) enter an order approving the employment of CohnReznick; and (ii) afford such other and further relief as may be just and proper.

Respectfully submitted,

Dated: February 14, 2025    By:   /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Debtor*

*[Certificate of Service on Following Page]*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of February, 2025, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Corinne Donohue Adams    cadams@yvslaw.com, cadams@yvslaw.com;jbeckman@yvslaw.com;pgomez@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;r39990@notify.bestcase.com
- Catherine Keller Hopkin    chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
- Lynn A. Kohen    lynn.a.kohen@usdoj.gov
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Angela L. Shortall    ashortall@3cubed-as.com, md70@ecfcbis.com
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.