IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re                                                    Case No. 24-13609

Smokecraft Clarendon, LLC                                Chapter 11

    Debtor.
_____/

**DECLARATION IN SUPPORT OF
APPLICATION TO APPROVE EMPLOYMENT
OF COHNREZNICK AS BUSINESS TAX RETURN
<u>PREPARER FOR SMOKECRAFT CLARENDON, LLC</u>**

1. My name is Stephanie O'Rourk, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I am a certified public accountant and partner on a full-time basis of the firm CohnReznick LLP.

3. I work at the CohnReznick LLP office located at 3560 Lennox Road, NE, Suite 2900, Atlanta, Georgia 30326.

4. Upon reasonable inquiry, I believe CohnReznick LLP represents no other entity in connection with this case and am disinterested as that term is defined in 11 U.S.C. §101(14). CohnReznick LLP (i) is not a creditor, an equity security holder, or an insider of Debtor; (ii) is not and was not, within two years before the date of filing of the petition for relief, a director, officer or employee of the Debtor; and (iii) does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason. Further, CohnReznick LLP holds no interest adverse to the interest of the Debtor.

1

2

5. All facts contained in the application to which this declaration is affixed are true and correct to the best of my knowledge.

I, Stephanie O'Rourk, pursuant to Section 1746 of Title 29 of the United States Code, do hereby declare, under the penalty of perjury, that I have personal knowledge of the matters set forth herein and the foregoing are true and correct.

Dated: February 14, 2025          By: _____
                                       Stephanie O'Rourk, CPA