IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re                                                                    Case No. 24-13609

Smokecraft Clarendon, LLC                                  Chapter 11

    Debtor.
_____/

**ORDER APPROVING APPLICATION TO APPROVE
EMPLOYMENT OF COHNREZNICK AS BUSINESS
TAX RETURN PREPARER FOR SMOKECRAFT CLARENDON, LLC**

Upon consideration of the Application to Approve Employment of CohnReznick as Business Tax Return Preparer for Smokecraft Clarendon, LLC (the "Application," with the debtor herein being known as the "Debtor"), any objections thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

FOUND, that Stephanie O'Rourke and CohnReznick LLP do not hold any interest adverse to the Debtor or the estate; and it is further

FOUND, that Stephanie O'Rourke and CohnReznick LLP are disinterested persons within the meaning set forth in Section 101(14) of Title 11 of the United States Code; and it is further

ORDERED, the Debtor be, and is hereby authorized to, employ Stephanie O'Rourke and CohnReznick LLP to furnish business tax return preparation services to the Debtor; and it is further

1

2

ORDERED, that any compensation paid to Stephanie O'Rourke and CohnReznick LLP is subject to the review of this Honorable Court, in conformity with governing law.

Copies:

All Counsel of Record