**PAYROLL SUMMARY REPORT**
Smokecraft Biweekly (Smokecraft Clarendon LLC)

Period Covered: 1/13/2025 - 1/26/2025
Quarter: 1
Check Date: 1/31/2025
FEIN: 83-1543479

## Earnings

| Earning | Amount | EE count | Hours |
|---|---|---|---|
| Benefits Advance | $282.19 | 2 | 0.00 |
| Commission | $268.45 | 1 | 0.00 |
| Credit Card Tips | $9,366.13 | 12 | 0.00 |
| REGULAR | $14,544.87 | 23 | 1133.66 |
| SALARY | $7,519.23 | 2 | 160.00 |
| TIP Makeup | $7.05 | 1 | 0.00 |
| **Total** | **$31,987.92** | **25** | **1293.66** |

## Deductions

| Deduction | Amount | EE count |
|---|---|---|

## Net Pay

| Type | Amount | Employees Receiving |
|---|---|---|
| Check | $9,837.45 | 9 |
| Direct Deposit | $17,601.03 | 16 |
| **Total** | **$27,438.48** | **25** |
| void: Checks | $0.00 | 0 |
| void: Direct Deposit | $0.00 | 0 |

### Printed Stubs

| Type | Stub Count |
|---|---|
| Check | 9 |
| Direct Deposit | 16 |
| **Total** | **25** |

## Federal Taxes

| Tax | Amount | EE count |
|---|---|---|
| Employer FICA Tax | $1,965.77 | 25 |
| Employer Medicare Tax | $459.72 | 25 |
| Federal Income Tax | $1,356.15 | 25 |
| FICA | $1,965.77 | 25 |
| FUTA - FED | $163.57 | 25 |
| Medicare | $459.72 | 25 |
| **Total** | **$6,370.70** | **25** |

## State Taxes

| Tax | Amount | EE count |
|---|---|---|
| State Withholding - DC | $30.00 | 1 |
| State Withholding - MD | $33.97 | 2 |
| State Withholding - VA | $703.83 | 25 |
| SUTA - VA | $27.28 | 25 |
| **Total** | **$795.08** | **25** |

## Local Taxes

| Tax | Amount | EE count |
|---|---|---|

## EE Taxes

| Tax | Amount | EE count |
|---|---|---|
| Additional Medicare | $0.00 | 25 |
| Federal Income Tax | $1,356.15 | 25 |
| FICA | $1,965.77 | 25 |
| Medicare | $459.72 | 25 |
| State Withholding - DC | $30.00 | 1 |
| State Withholding - MD | $33.97 | 2 |
| State Withholding - PA | $0.00 | 1 |
| State Withholding - VA | $703.83 | 25 |
| **Total** | **$4,549.44** | **25** |

## ER Taxes

| Tax | Amount | EE count |
|---|---|---|
| Employer FICA Tax | $1,965.77 | 25 |
| Employer Medicare Tax | $459.72 | 25 |
| FUTA - FED | $163.57 | 25 |
| SUTA - VA | $27.28 | 25 |
| **Total** | **$2,616.34** | **25** |

## Vendors

| Deduction | Amount | Vendor | Pay Type | EE Count | Check # |
|---|---|---|---|---|---|

## Cash Flow Summary

| | | |
|---|---|---|
| Active | 25 | |
| **Total** | **25** | |
| Direct Deposit | $17,601.03 | |
| Invoices: Smokecraft Clarendon - 1/31/2025 - Shipping Fee | $40.00 | 2 |
| **Net Pay + Invoice Total** | **$17,641.03** | |
| | | |
| **Vendors Direct Deposit** | **$0.00** | |
| payroll Taxes (debited by Toast) | $7,165.78 | 25 |
| **Taxes Total** | **$7,165.78** | |
| **CASH REQUIREMENTS** | **$24,806.81** | |
| | | |
| Checks | $9,837.45 | 9 |
| void: Checks | $0.00 | 0 |
| Vendors Checks | $0.00 | |
| **NON-DEBIT ITEMS** | **$9,837.45** | |