**Smokecraft Clarendon LLC**
**MOR Exhibit C - Deposit Transaction Report**

| Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|
| 01/01/2025 | Journal Entry | Sales 1.1 | No | | Cash | -Split- | 186.16 |
| 01/01/2025 | Journal Entry | Sales 1.1 | No | | Credit Cards | -Split- | 2,202.69 |
| 01/02/2025 | Journal Entry | Sales 1.2 | No | | Cash | -Split- | 49.40 |
| 01/02/2025 | Journal Entry | Sales 1.2 | No | | Credit Cards | -Split- | 1,467.17 |
| 01/03/2025 | Journal Entry | Sales 1.3 | No | | Cash | -Split- | 49.96 |
| 01/03/2025 | Journal Entry | Sales 1.3 | No | | Credit Cards | -Split- | 2,110.14 |
| 01/04/2025 | Journal Entry | Sales 1.4 | No | | Cash | -Split- | 198.49 |
| 01/04/2025 | Journal Entry | Sales 1.4 | No | | Credit Cards | -Split- | 4,793.52 |
| 01/05/2025 | Deposit | | No | | | -Split- | 24.06 |
| 01/05/2025 | Journal Entry | Sales 1.5 | No | | Cash | -Split- | 46.43 |
| 01/05/2025 | Deposit | | No | DoorDash Inc | | -Split- | 2,011.95 |
| 01/05/2025 | Deposit | | No | UberEats | | -Split- | 2,623.72 |
| 01/05/2025 | Journal Entry | Sales 1.5 | No | | Credit Cards | -Split- | 2,969.13 |
| 01/06/2025 | Deposit | | No | VISA DDA REF - 469216   AMAZON MKTPLACE PMTS   AMZN COM BILL * WA | Expenses:Operating Supplies | | 33.32 |
| 01/06/2025 | Journal Entry | Sales 1.6 | No | | Cash | -Split- | 334.83 |
| 01/06/2025 | Journal Entry | Sales 1.6 | No | | Credit Cards | -Split- | 1,377.11 |
| 01/06/2025 | Deposit | | No | WWW.SMOKECRAFTBB 114590403 | 1208 Eventbrite | | 3,040.00 |
| 01/07/2025 | Deposit | | No | | Expenses:Register Over/Short | | 0.04 |
| 01/07/2025 | Deposit | | No | | Expenses:Register Over/Short | | 0.17 |
| 01/07/2025 | Deposit | | No | | Expenses:Register Over/Short | | 0.60 |
| 01/07/2025 | Deposit | | No | | Expenses:Register Over/Short | | 0.84 |
| 01/07/2025 | Deposit | | No | | Expenses:Register Over/Short | | 1.51 |
| 01/07/2025 | Journal Entry | Sales 1.7 | No | | Credit Cards | -Split- | 1,676.04 |
| 01/08/2025 | Journal Entry | Sales 1.8 | No | | Cash | -Split- | 91.03 |
| 01/08/2025 | Journal Entry | Sales 1.8 | No | | Credit Cards | -Split- | 2,651.15 |
| 01/09/2025 | Journal Entry | Sales 1.9 | No | | Credit Cards | -Split- | 1,762.04 |
| 01/10/2025 | Deposit | | No | toast | TOAST, INC.   20241231-3 | Administrative:Credit Card | 1.68 |
| 01/10/2025 | Journal Entry | Sales 1.10 | No | | Cash | -Split- | 121.24 |
| 01/10/2025 | Deposit | | No | | DEPOSIT | Administrative:Licenses & Permits | 1,048.35 |
| 01/10/2025 | Journal Entry | Sales 1.10 | No | | Credit Cards | -Split- | 3,314.73 |
| 01/11/2025 | Journal Entry | Sales 1.11 | No | | Cash | -Split- | 165.95 |
| 01/11/2025 | Deposit | | No | | INTEREST CREDIT | 8101 Interest Income | 209.34 |
| 01/11/2025 | Journal Entry | Sales 1.11 | No | | Credit Cards | -Split- | 10,986.39 |
| 01/12/2025 | Journal Entry | Sales 1.12 | No | | Cash | -Split- | 63.00 |
| 01/12/2025 | Deposit | | No | | | -Split- | 406.06 |
| 01/12/2025 | Deposit | | No | DoorDash Inc | | -Split- | 2,686.83 |
| 01/12/2025 | Deposit | | No | UberEats | | -Split- | 3,224.45 |
| 01/12/2025 | Journal Entry | Sales 1.12 | No | | Credit Cards | -Split- | 3,699.35 |
| 01/13/2025 | Journal Entry | Sales 1.13 | No | | Cash | -Split- | 58.15 |
| 01/13/2025 | Deposit | | No | Square | SQUARE INC   SQ250113 | 6110 Cost of Sales:Meat Cost | 212.20 |
| 01/13/2025 | Journal Entry | Sales 1.13 | No | | Credit Cards | -Split- | 3,168.94 |
| 01/14/2025 | Deposit | | No | | | Expenses:Register Over/Short | 1.05 |
| 01/14/2025 | Deposit | | No | | | Expenses:Register Over/Short | 2.00 |
| 01/14/2025 | Deposit | | No | | | Expenses:Register Over/Short | 20.76 |
| 01/14/2025 | Journal Entry | Sales 1.14 | No | | Cash | -Split- | 70.25 |
| 01/14/2025 | Journal Entry | Sales 1.14 | No | | Credit Cards | -Split- | 4,145.75 |
| 01/15/2025 | Journal Entry | Sales 1.15 | No | | Cash | -Split- | 107.54 |
| 01/15/2025 | Journal Entry | Sales 1.15 | No | | Credit Cards | -Split- | 1,741.16 |
| 01/16/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.46 |
| 01/16/2025 | Journal Entry | Sales 1.16 | No | | Cash | -Split- | 21.00 |
| 01/16/2025 | Deposit | | No | toast | Chargeback | Expenses:Register Over/Short | 91.30 |
| 01/16/2025 | Journal Entry | Sales 1.16 | No | | Credit Cards | -Split- | 995.35 |
| 01/17/2025 | Journal Entry | Sales 1.17 | No | | Cash | -Split- | 72.45 |
| 01/17/2025 | Journal Entry | Sales 1.17 | No | | Credit Cards | -Split- | 6,512.68 |
| 01/18/2025 | Journal Entry | Sales 1.18 | No | | Cash | -Split- | 151.35 |
| 01/18/2025 | Journal Entry | Sales 1.18 | No | | Credit Cards | -Split- | 9,383.95 |
| 01/19/2025 | Journal Entry | Sales 1.19 | No | | Cash | -Split- | 167.95 |
| 01/19/2025 | Deposit | | No | | | -Split- | 2,745.46 |
| 01/19/2025 | Journal Entry | Sales 1.19 | No | | Credit Cards | -Split- | 3,130.19 |
| 01/19/2025 | Deposit | | No | DoorDash Inc | | -Split- | 3,165.10 |
| 01/19/2025 | Deposit | | No | UberEats | | -Split- | 4,217.42 |
| 01/20/2025 | Journal Entry | Sales 1.20 | No | | Cash | -Split- | 79.03 |
| 01/20/2025 | Deposit | | No | | | -Split- | 124.20 |
| 01/20/2025 | Journal Entry | Sales 1.20 | No | | Credit Cards | -Split- | 4,139.44 |
| 01/21/2025 | Deposit | | No | | | Expenses:Register Over/Short | 2.05 |
| 01/21/2025 | Journal Entry | Sales 1.21 | No | | Credit Cards | -Split- | 1,410.60 |
| 01/22/2025 | Journal Entry | Sales 1.22 | No | | Cash | -Split- | 16.44 |
| 01/22/2025 | Deposit | | No | | | 6170 Cost of Sales:Grocery Cost | 27.69 |
| 01/22/2025 | Deposit | | No | | | 6140 Cost of Sales:Dairy Cost | 464.64 |
| 01/22/2025 | Deposit | | No | | | 6170 Cost of Sales:Grocery Cost | 465.55 |
| 01/22/2025 | Deposit | | No | | | 6110 Cost of Sales:Meat Cost | 932.00 |
| 01/22/2025 | Journal Entry | Sales 1.22 | No | | Credit Cards | -Split- | 3,642.60 |
| 01/23/2025 | Deposit | | No | | STRATEGY EXECUTI TAX COL | Taxes | 0.02 |
| 01/23/2025 | Journal Entry | Sales 1.23 | No | | Cash | -Split- | 28.55 |
| 01/23/2025 | Journal Entry | Sales 1.23 | No | | Credit Cards | -Split- | 2,953.24 |
| 01/24/2025 | Journal Entry | Sales 1.24 | No | | Cash | -Split- | 10.00 |
| 01/24/2025 | Journal Entry | Sales 1.24 | No | | Credit Cards | -Split- | 3,727.14 |
| 01/25/2025 | Journal Entry | Sales 1.25 | No | | Cash | -Split- | 205.50 |
| 01/25/2025 | Journal Entry | Sales 1.25 | No | | Credit Cards | -Split- | 7,251.16 |
| 01/26/2025 | Deposit | | No | | | -Split- | 342.62 |
| 01/26/2025 | Journal Entry | Sales 1.26 | No | | Cash | -Split- | 456.71 |
| 01/26/2025 | Journal Entry | Sales 1.26 | No | | Square | -Split- | 1,993.13 |
| 01/26/2025 | Deposit | | No | DoorDash Inc | | -Split- | 2,269.10 |
| 01/26/2025 | Deposit | | No | | | -Split- | 2,454.87 |
| 01/26/2025 | Deposit | | No | UberEats | | -Split- | 3,706.67 |
| 01/26/2025 | Journal Entry | Sales 1.26 | No | | Credit Cards | -Split- | 7,783.61 |
| 01/27/2025 | Deposit | | No | | | Expenses:Register Over/Short | 1.29 |
| 01/27/2025 | Deposit | | No | | Add difference to Grocery PO per MaryEllen | Sales of Product Income | 6.50 |
| 01/27/2025 | Journal Entry | Sales 1.27 | No | | Credit Cards | -Split- | 1,713.17 |
| 01/28/2025 | Journal Entry | Sales 1.28 | No | | Cash | -Split- | 67.23 |
| 01/28/2025 | Journal Entry | Sales 1.28 | No | | Credit Cards | -Split- | 1,778.77 |
| 01/29/2025 | Journal Entry | Sales 1.29 | No | | Cash | -Split- | 12.07 |
| 01/29/2025 | Journal Entry | Sales 1.29 | No | | Credit Cards | -Split- | 2,696.18 |
| 01/30/2025 | Journal Entry | Sales 1.30 | No | | Credit Cards | -Split- | 2,692.33 |
| 01/31/2025 | Journal Entry | Sales 1.31 | No | | Cash | -Split- | 91.62 |
| 01/31/2025 | Deposit | | No | | | -Split- | 161.60 |
| 01/31/2025 | Journal Entry | Sales 1.31 | No | | Credit Cards | -Split- | 6,584.62 |
| | | | | | | $ | 156,103.27 |