**Smokecraft Clarendon LLC**
**MOR Exhibit D - Withdrawal Transaction Report**

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount | |
|---|---|---|---|---|---|---|---|
| 01/01/2025 | Journal Entry | Clr cash dep | No | | | -Split- | -131.03 |
| 01/02/2025 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -8,851.72 |
| 01/02/2025 | Check | 5110 | No | Artit Sriboonruang | CHECK 5110 | Expenses:Other Contracted | -1,000.00 |
| 01/02/2025 | Check | 5111 | No | Alexander Love | DJ, $300 contract bartender). | 2541 Catering Tips Payable | -300.00 |
| 01/02/2025 | Journal Entry | MI15075ME | No | | Vendor: Virginia ABC | -Split- | -48.99 |
| 01/02/2025 | Expense | | No | Toast Inc. | TOAST, INC    TOAST, INC | Administrative:Credit Card | -16.24 |
| 01/02/2025 | Expense | | No | | VISA DDA PUR AP - 401134    EB ADS CAMPAIGN    EVENTBRITE CO * CA | Promotion:Advertising & Marketing | -4.98 |
| 01/03/2025 | Journal Entry | PayrollJE 12.16-12.29 | No | | DD+ payroll fee | -Split- | -14,145.80 |
| 01/03/2025 | Journal Entry | PayrollJE 12.16-12.29 | No | | taxes - GL Report Summary | -Split- | -5,443.05 |
| 01/03/2025 | Journal Entry | PayrollJE 12.16-12.29 | No | | Employee Payroll | -Split- | -4,308.69 |
| 01/03/2025 | Journal Entry | PayrollJE 12.16-12.29 | No | | Employee Payroll | -Split- | -1,242.02 |
| 01/03/2025 | Journal Entry | PayrollJE 12.16-12.29 | No | | Employee Payroll | -Split- | -1,042.46 |
| 01/03/2025 | Journal Entry | PayrollJE 12.16-12.29 | No | | Employee Payroll | -Split- | -629.51 |
| 01/03/2025 | Journal Entry | PayrollJE 12.16-12.29 | No | | Employee Payroll | -Split- | -616.42 |
| 01/03/2025 | Journal Entry | PayrollJE 12.16-12.29 | No | | Employee Payroll | -Split- | -604.26 |
| 01/03/2025 | Journal Entry | PayrollJE 12.16-12.29 | No | | Employee Payroll | -Split- | -577.43 |
| 01/03/2025 | Journal Entry | PayrollJE 12.16-12.29 | No | | Employee Payroll | -Split- | -322.63 |
| 01/03/2025 | Journal Entry | PayrollJE 12.16-12.29 | No | | Employee Payroll | -Split- | -306.24 |
| 01/03/2025 | Bill Payment (Check) | 5112 | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1885782 | Accounts Payable (A/P) | -678.75 |
| 01/06/2025 | Bill Payment (Check) | | No | Bowie Produce | | Accounts Payable (A/P) | -1,243.75 |
| 01/06/2025 | Bill Payment (Check) | | No | Lyon Bakery | | Accounts Payable (A/P) | -265.91 |
| 01/06/2025 | Bill Payment (Check) | | No | Parkx Master Merchant, LC | | Accounts Payable (A/P) | -200.00 |
| 01/06/2025 | Expense | | No | Amazon | VISA DDA PUR AP - 469216    AMAZON MKTPL ZP0VZ78K0    AMZN COM BILL * WA | Expenses:Operating Supplies F&B | -33.32 |
| 01/07/2025 | Bill Payment (Check) | | No | KBS III 3003 Washington LLC | | Accounts Payable (A/P) | -18,059.64 |
| 01/07/2025 | Bill Payment (Check) | 5113 | No | ALSCO | Invoice Numbers: LALE1128477 | Accounts Payable (A/P) | -205.95 |
| 01/07/2025 | Expense | | No | | | Expenses:Register Over/Short | -0.43 |
| 01/10/2025 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -3,393.50 |
| 01/10/2025 | Bill Payment (Check) | 5114 | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1887487 | Accounts Payable (A/P) | -1,073.99 |
| 01/10/2025 | Bill Payment (Check) | 5115 | No | TriMark Adams-Burch | Invoice Numbers: 6492965-00 | Accounts Payable (A/P) | -1,044.20 |
| 01/10/2025 | Expense | | No | | | Expenses:Register Over/Short | -0.03 |
| 01/11/2025 | Journal Entry | MI15109ME | No | | Vendor: Trader Joe's | -Split- | -10.06 |
| 01/12/2025 | Journal Entry | MI15115ME | No | | Vendor: Restaurant Depot / Jetro | -Split- | -815.69 |
| 01/12/2025 | Journal Entry | MI15113ME | No | | Vendor: Mailchimp | -Split- | -285.00 |
| 01/13/2025 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -6,397.31 |
| 01/13/2025 | Bill Payment (Check) | | No | Lyon Bakery | | Accounts Payable (A/P) | -266.36 |
| 01/13/2025 | Bill Payment (Check) | | No | Bowie Produce | | Accounts Payable (A/P) | -231.50 |
| 01/13/2025 | Journal Entry | MI15116ME | No | | Vendor: ULINE | -Split- | -216.31 |
| 01/13/2025 | Expense | | No | Arlington Chamber of Commerce | ARLINGTON CHAMBE ACH | Administrative:Dues & | -48.00 |
| 01/13/2025 | Expense | | No | Amazon | VISA DDA PUR AP - 469216    AMAZON MKTPL ZD10G3T41    AMZN COM BILL * WA | -Split- | -42.53 |
| 01/13/2025 | Expense | | No | Amazon | VISA DDA PUR AP - 469216    AMAZON COM Z52UU6212    AMZN COM BILL * WA | Administrative:Office Supplies & | -16.30 |
| 01/14/2025 | Bill Payment (Check) | 5116 | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1888168 | Accounts Payable (A/P) | -698.02 |
| 01/14/2025 | Bill Payment (Check) | | No | Comcast (EFT) | | Accounts Payable (A/P) | -688.31 |
| 01/14/2025 | Expense | | No | Amazon | VISA DDA PUR AP - 469216    AMAZON MKTPL Z58VQ5390    AMZN COM BILL * WA | -Split- | -81.81 |
| 01/14/2025 | Expense | | No | Amazon | VISA DDA PUR AP - 469216    AMZN MKTP US Z540H3N80    AMZN COM BILL * WA | Expenses:Catering Supplies | -59.35 |
| 01/14/2025 | Expense | | No | | | Expenses:Register Over/Short | -0.15 |
| 01/15/2025 | Bill Payment (Check) | EFT18424972 | No | Specialty Beverage | Invoice Numbers: 406404 | Accounts Payable (A/P) | -219.00 |
| 01/15/2025 | Bill Payment (Check) | 5117 | No | ALSCO | Invoice Numbers: LALE1129522 | Accounts Payable (A/P) | -205.95 |
| 01/16/2025 | Bill Payment (Check) | | No | Erie Insurance Group | | Accounts Payable (A/P) | -1,359.48 |
| 01/16/2025 | Expense | | No | | | Expenses:Register Over/Short | -0.25 |
| 01/17/2025 | Journal Entry | Payroll 12.30-1.12 | No | | DD+ payroll fee | -Split- | -14,915.52 |
| 01/17/2025 | Journal Entry | Payroll 12.30-1.12 | No | | taxes - GL Report Summary | -Split- | -5,609.16 |
| 01/17/2025 | Journal Entry | Payroll 12.30-1.12 | No | | Employee Payroll | -Split- | -4,292.82 |
| 01/17/2025 | Journal Entry | Payroll 12.30-1.12 | No | | Employee Payroll | -Split- | -913.52 |
| 01/17/2025 | Journal Entry | Payroll 12.30-1.12 | No | | Employee Payroll | -Split- | -801.18 |
| 01/17/2025 | Journal Entry | Payroll 12.30-1.12 | No | | Employee Payroll | -Split- | -696.27 |
| 01/17/2025 | Journal Entry | Payroll 12.30-1.12 | No | | Employee Payroll | -Split- | -675.69 |
| 01/17/2025 | Journal Entry | Payroll 12.30-1.12 | No | | Employee Payroll | -Split- | -545.08 |
| 01/17/2025 | Journal Entry | Payroll 12.30-1.12 | No | | Employee Payroll | -Split- | -517.77 |
| 01/17/2025 | Journal Entry | Payroll 12.30-1.12 | No | | Employee Payroll | -Split- | -332.70 |
| 01/17/2025 | Journal Entry | Payroll 12.30-1.12 | No | | Employee Payroll | -Split- | -309.95 |
| 01/17/2025 | Bill Payment (Check) | 5118 | No | TriMark Adams-Burch | Invoice Numbers: 6494887-00 | Accounts Payable (A/P) | -757.59 |
| 01/17/2025 | Bill Payment (Check) | 5119 | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1889269 | Accounts Payable (A/P) | -613.59 |
| 01/17/2025 | Journal Entry | MI15148ME | No | | Vendor: Dropbox | -Split- | -54.00 |
| 01/17/2025 | Expense | | No | Amazon | VISA DDA PUR AP - 469216    AMAZON MKTPL Z51F96200    AMZN COM BILL * WA | 6210 Cost of Sales:Liquor Cost | -30.29 |
| 01/17/2025 | Journal Entry | MI15146ME | No | | Vendor: 7-Eleven | -Split- | -21.18 |
| 01/18/2025 | Journal Entry | MI15150ME | No | | Vendor: Trader Joe's | -Split- | -15.12 |
| 01/19/2025 | Journal Entry | MI15149ME | No | | Vendor: Virginia ABC | -Split- | -577.84 |
| 01/21/2025 | Bill Payment (Check) | | No | Platform Business Advisors | | Accounts Payable (A/P) | -2,500.00 |
| 01/21/2025 | Bill Payment (Check) | | No | Motleys Asset Disposition Group | | Accounts Payable (A/P) | -1,250.00 |
| 01/21/2025 | Bill Payment (Check) | | No | GWWC, LLC | | Accounts Payable (A/P) | -750.00 |
| 01/21/2025 | Bill Payment (Check) | | No | Bowie Produce | | Accounts Payable (A/P) | -475.25 |
| 01/21/2025 | Expense | | No | | SPECIALTY BEVERA FINTECHEFT | Cost | -424.00 |
| 01/21/2025 | Bill Payment (Check) | | No | Lyon Bakery | | Accounts Payable (A/P) | -290.58 |
| 01/21/2025 | Bill Payment (Check) | | No | Chill-Craft Company Inc. | | Accounts Payable (A/P) | -232.00 |
| 01/21/2025 | Bill Payment (Check) | | No | Roberts Oxygen Company, Inc. | | Accounts Payable (A/P) | -101.32 |
| 01/21/2025 | Bill Payment (Check) | | No | MtoM Consulting, LLC | | Accounts Payable (A/P) | -30.00 |
| 01/21/2025 | Expense | | No | | | Expenses:Register Over/Short | -0.45 |
| 01/21/2025 | Expense | | No | | | Expenses:Register Over/Short | -0.35 |
| 01/21/2025 | Expense | | No | | | Expenses:Register Over/Short | -0.03 |
| 01/22/2025 | Expense | | No | VA Department of Taxation | VA DEPT TAXATION TAX PAYMEN | 2000 Sales Tax Payable | -7,474.00 |
| 01/22/2025 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -7,080.12 |
| 01/22/2025 | Expense | | No | Arlington County Treasurer | ARLINGTON COUNTY ARLCO PMT | 2000 Sales Tax Payable | -5,653.68 |
| 01/22/2025 | Bill Payment (Check) | 5120 | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1890263 | Accounts Payable (A/P) | -1,097.99 |
| 01/22/2025 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -78.56 |
| 01/22/2025 | Journal Entry | MI15196ME | No | | Vendor: Canva | -Split- | -14.99 |
| 01/23/2025 | Journal Entry | MI15186ME | No | | Vendor: Virginia ABC | -Split- | -256.93 |
| 01/23/2025 | Expense | | No | Amazon | VISA DDA PUR AP - 469216    AMAZON COM ZG5JJ6QS0    AMZN COM BILL * WA | Administrative:Office Supplies & | -44.40 |
| 01/24/2025 | Bill Payment (Check) | | No | VRA Cleaning Services LLC | | Accounts Payable (A/P) | -3,680.00 |
| 01/24/2025 | Bill Payment (Check) | | No | Washington Gas | | Accounts Payable (A/P) | -1,148.67 |
| 01/24/2025 | Bill Payment (Check) | 5123 | No | TriMark Adams-Burch | Invoice Numbers: 6496529-00 | Accounts Payable (A/P) | -738.12 |
| 01/24/2025 | Expense | | No | State Farm | VISA DDA PUR AP - 494300    STATE FARM  INSURANCE    800 956 6310  * IL | Administrative:Gen. Liab Insur/Key | -182.34 |
| 01/24/2025 | Expense | | No | Intuit Inc. | INTUIT *    QUICKBOOKS | Administrative:Other Contracted | -134.00 |
| 01/26/2025 | Journal Entry | MI15223ME | No | | Vendor: Meta for Business | -Split- | -223.71 |
| 01/27/2025 | Bill Payment (Check) | | No | Bowie Produce | | Accounts Payable (A/P) | -459.00 |
| 01/27/2025 | Bill Payment (Check) | | No | Lyon Bakery | | Accounts Payable (A/P) | -346.00 |
| 01/27/2025 | Bill Payment (Check) | | No | Magnolia Plumbing | | Accounts Payable (A/P) | -255.00 |
| 01/27/2025 | Bill Payment (Check) | | No | Pest Management Services, Inc. | | Accounts Payable (A/P) | -85.00 |

| Date | Type | Num | | Name | Memo/Description | | Account | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/27/2025 | Bill Payment (Check) | | No | Roberts Oxygen Company, Inc. | | | Accounts Payable (A/P) | -24.48 |
| 01/27/2025 | Expense | | No | | | | Expenses:Register Over/Short | -0.55 |
| 01/27/2025 | Expense | | No | | | | Expenses:Register Over/Short | -0.44 |
| 01/28/2025 | Bill Payment (Check) | | No | Dominion Energy Virginia | | | Accounts Payable (A/P) | -3,074.12 |
| 01/28/2025 | Bill Payment (Check) | 5121 | No | ALSCO | Invoice Numbers: LALE1130539 | | Accounts Payable (A/P) | -200.22 |
| 01/28/2025 | Bill Payment (Check) | 5124 | No | ALSCO | Invoice Numbers: LALE1131590 | | Accounts Payable (A/P) | -180.60 |
| 01/28/2025 | Expense | | No | Adobe Inc. | VISA DDA PUR AP - 403629   ADOBE  ADOBE | 408 536 6000  * CA | Administrative:Other Contracted | -21.19 |
| 01/29/2025 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | | Accounts Payable (A/P) | -5,892.45 |
| 01/29/2025 | Bill Payment (Check) | | No | Motleys Asset Disposition Group | | | Accounts Payable (A/P) | -1,250.00 |
| 01/29/2025 | Bill Payment (Check) | 5125 | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1891857 | | Accounts Payable (A/P) | -1,193.39 |
| 01/29/2025 | Bill Payment (Check) | EFT01713861 | No | Hop & Wine | Invoice Numbers: 278523 | | Accounts Payable (A/P) | -362.00 |
| 01/29/2025 | Bill Payment (Check) | | No | Republic National | | | Accounts Payable (A/P) | -324.72 |
| 01/29/2025 | Bill Payment (Check) | | No | Arlington County Treasurer | | | Accounts Payable (A/P) | -130.00 |
| 01/29/2025 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | | Accounts Payable (A/P) | -85.42 |
| 01/29/2025 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | | Accounts Payable (A/P) | -74.53 |
| 01/29/2025 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | | Accounts Payable (A/P) | -68.78 |
| 01/29/2025 | Expense | | No | | | | Expenses:Register Over/Short | -0.23 |
| 01/30/2025 | Bill Payment (Check) | | No | Capital Bank | | | Accounts Payable (A/P) | -1,500.00 |
| 01/30/2025 | Bill Payment (Check) | | No | Open Table Inc. ACH | | | Accounts Payable (A/P) | -355.50 |
| 01/30/2025 | Journal Entry | MI15259ME | No | | Vendor: Amazon.com | | -Split- | -10.17 |
| 01/31/2025 | Journal Entry | Payroll 1.13-1.26 | No | | DD+ payroll fee | | -Split- | -17,641.03 |
| 01/31/2025 | Journal Entry | Payroll 1.13-1.26 | No | | taxes - GL Report Summary | | -Split- | -7,165.78 |
| 01/31/2025 | Journal Entry | Payroll 1.13-1.26 | No | | Employee Payroll | | -Split- | -4,292.82 |
| 01/31/2025 | Journal Entry | Payroll 1.13-1.26 | No | | Employee Payroll | | -Split- | -1,093.28 |
| 01/31/2025 | Journal Entry | Payroll 1.13-1.26 | No | | Employee Payroll | | -Split- | -830.28 |
| 01/31/2025 | Journal Entry | Payroll 1.13-1.26 | No | | Employee Payroll | | -Split- | -824.72 |
| 01/31/2025 | Journal Entry | Payroll 1.13-1.26 | No | | Employee Payroll | | -Split- | -710.85 |
| 01/31/2025 | Journal Entry | Payroll 1.13-1.26 | No | | Employee Payroll | | -Split- | -564.06 |
| 01/31/2025 | Journal Entry | Payroll 1.13-1.26 | No | | Employee Payroll | | -Split- | -557.58 |
| 01/31/2025 | Journal Entry | Payroll 1.13-1.26 | No | | Employee Payroll | | -Split- | -551.01 |
| 01/31/2025 | Journal Entry | Payroll 1.13-1.26 | No | | Employee Payroll | | -Split- | -412.85 |
| 01/31/2025 | Journal Entry | MI15236ME | No | | Vendor: Restaurant Depot / Jetro | | -Split- | -740.83 |
| 01/31/2025 | Journal Entry | MI15237ME | No | | Vendor: Virginia ABC | | -Split- | -727.30 |
| 01/31/2025 | Bill Payment (Check) | 5126 | No | TriMark Adams-Burch | Invoice Numbers: 6498547-00 | | Accounts Payable (A/P) | -437.32 |
| 01/31/2025 | Bill Payment (Check) | | No | Premium Distributors | | | Accounts Payable (A/P) | -285.96 |
| 01/31/2025 | Bill Payment (Check) | | No | VA Eagle Distributing | | | Accounts Payable (A/P) | -121.27 |
| 01/31/2025 | Journal Entry | MI15239ME | No | | Vendor: Trader Joe's | | -Split- | -22.16 |
| 01/31/2025 | Journal Entry | MI15308ME | No | | Vendor: Google LLC | | -Split- | -15.26 |
| | | | | | | | $ | (195,861.23) |