# Smokecraft Clarendon LLC
## Vendor Balance Detail
### As of January 31, 2025

| | Date | Transaction Type | Num | Due Date | Amount | Open Balance |
|---|---|---|---|---|---|---|
| **Bowie Produce** | | | | | | |
| | 01/13/2025 | Bill | 5433874 | 02/03/2025 | 262.25 | 262.25 |
| | 01/15/2025 | Bill | 5434142 | 02/05/2025 | 163.00 | 163.00 |
| | 01/17/2025 | Bill | 5434362 | 02/07/2025 | 505.50 | 505.50 |
| | 01/20/2025 | Bill | 5434504 | 02/10/2025 | 273.00 | 273.00 |
| | 01/22/2025 | Bill | 5434771 | 02/12/2025 | 188.25 | 188.25 |
| | 01/24/2025 | Bill | 5434943 | 02/14/2025 | 159.25 | 159.25 |
| | 01/29/2025 | Bill | 5435336 | 02/19/2025 | 192.25 | 192.25 |
| | 01/31/2025 | Bill | 5435546 | 02/21/2025 | 393.00 | 393.00 |
| **Total for Bowie Produce** | | | | | $ 2,136.50 | $ 2,136.50 |
| **Brant Williams Design** | | | | | | |
| | 01/31/2025 | Bill | 202375 | 01/31/2025 | 801.48 | 801.48 |
| **Total for Brant Williams Design** | | | | | $ 801.48 | $ 801.48 |
| **Comcast (EFT)** | | | | | | |
| | 01/18/2025 | Bill | | 2/12/2025 | 757.88 | 757.88 |
| **Total for Comcast (EFT)** | | | | | $ 757.88 | $ 757.88 |
| **Dominion Energy Virginia** | | | | | | |
| | 01/29/2025 | Bill | 800670601560 | 2/24/2025 | 3,466.02 | 3,466.02 |
| **Total for Dominion Energy Virginia** | | | | | $ 3,466.02 | $ 3,466.02 |
| **Juarez's HVAC LLC** | | | | | | |
| | 01/30/2025 | Bill | 295 | 01/30/2025 | 360.00 | 360.00 |
| **Total for Juarez's HVAC LLC** | | | | | $ 360.00 | $ 360.00 |
| **Logan Food Company** | | | | | | |
| | 01/16/2025 | Bill | 157069 | 2/16/2025 | 127.50 | 127.50 |
| **Total for Logan Food Company** | | | | | $ 127.50 | $ 127.50 |
| **Lyon Bakery** | | | | | | |
| | 01/19/2025 | Bill | 1917345 | 02/15/2025 | 90.73 | 90.73 |
| | 01/29/2025 | Bill | | 02/15/2025 | 46.32 | 46.32 |
| | 01/31/2025 | Bill | | 02/15/2025 | 77.74 | 77.74 |
| **Total for Lyon Bakery** | | | | | $ 214.79 | $ 214.79 |
| **Magnolia Plumbing** | | | | | | |
| | 01/27/2025 | Bill | 356105 | 2/27/2025 | 255.00 | 255.00 |
| **Total for Magnolia Plumbing** | | | | | $ 255.00 | $ 255.00 |
| **Parkx Master Merchant, LC** | | | | | | |
| | 01/16/2025 | Bill | 127246 | 2/1/2025 | 200.00 | 200.00 |
| **Total for Parkx Master Merchant, LC** | | | | | $ 200.00 | $ 200.00 |
| **Pest Management Services, Inc.** | | | | | | |
| | 01/21/2025 | Bill | 41621875 | 02/20/2025 | 85.00 | 85.00 |
| **Total for Pest Management Services, Inc.** | | | | | $ 85.00 | $ 85.00 |
| **Platform Business Advisors** | | | | | | |
| | 01/31/2025 | Bill | PFL0260 | 01/31/2025 | 2,500.00 | 2,500.00 |
| **Total for Platform Business Advisors** | | | | | $ 2,500.00 | $ 2,500.00 |
| **Reinhart Food Service (PFG)** | | | | | | |
| | 01/22/2025 | Bill | 5132463 | 02/06/2025 | 7,569.41 | 7,569.41 |
| | 01/24/2025 | Bill | 5135236 | 02/08/2025 | 2,912.90 | 2,912.90 |
| | 01/31/2025 | Bill | 5140317 | 02/15/2025 | 6,473.13 | 6,473.13 |
| **Total for Reinhart Food Service (PFG)** | | | | | $ 16,955.44 | $ 16,955.44 |
| **Safety First Services** | | | | | | |
| | 01/27/2025 | Bill | 12462716 | 2/27/2025 | 625.00 | 625.00 |
| **Total for Safety First Services** | | | | | $ 625.00 | $ 625.00 |
| **TriMark Adams-Burch** | | | | | | |
| | 12/29/2024 | Bill | 5942121-56 | 01/28/2025 | 274.54 | 274.54 |
| | 12/29/2024 | Bill | 5952957-55 | 01/28/2025 | 115.54 | 115.54 |
| | 01/24/2025 | Bill | 5942121-57 | 02/23/2025 | 274.54 | 274.54 |
| | 01/24/2025 | Bill | 5952957-56 | 02/23/2025 | 115.54 | 115.54 |
| **Total for TriMark Adams-Burch** | | | | | $ 780.16 | $ 780.16 |
| **Washington Gas** | | | | | | |
| | 01/29/2025 | Bill | | 2/20/2025 | 2,216.71 | 2,216.71 |

| | | | | |
|---|---|---|---|---|
| **Total for Washington Gas** | | | $ 2,216.71 | $ 2,216.71 |
| **Virginia Meals Tax** | | | | |
| | 01/31/2025 | 2/20/2025 | 12,081.27 | 12,081.27 |
| **Total for Virginia Meals Tax** | | | $ 12,081.27 | $ 12,081.27 |
| **Employee Tips** | | | | |
| | 01/31/2025 | 2/14/2025 | 2,431.41 | 2,431.41 |
| **Total for Employee Tips** | | | $ 2,431.41 | $ 2,431.41 |
| **TOTAL** | | | $ 45,994.16 | $ 45,994.16 |

Saturday, Feb 01, 2025 10:51:33 AM GMT-8