SMALL BUSINESS MOR – SMOKECRAFT CLARENDON LLC
Jan-25
EXHIBIT F

**Receivables**

| | | |
|---|---|---|
| Grubhub | $ | 161.60 |
| UberEats | $ | 2,248.82 |
| DoorDash | $ | 1,779.30 |
| ezCater | $ | 255.98 |
| Toast CC Transactions | $ | 9,276.95 |
| Daily Cash Deposits | $ | 104.00 |
| **Total** | **$** | **13,826.65** |