# Smokecraft Clarendon LLC
## Balance Sheet
### As of January 31, 2025

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| 1010 Capital Bank MD | 2.00 |
| 1020 TD Bank Operating | 43.73 |
| 1021 TD Bank-DIP Checking | -21,361.47 |
| 1050 TD Bank CD | 65,415.35 |
| 1060 Petty Cash | 1,000.00 |
| **Total Bank Accounts** | **$ 45,099.61** |
| **Accounts Receivable** | |
| 1200 Accounts Receivable (A/R) | 0.00 |
| **Total Accounts Receivable** | **$ 0.00** |
| **Other Current Assets** | |
| 1201 DoorDash | 5,528.67 |
| 1202 UberEats | 4,180.68 |
| 1203 Square | 0.00 |
| 1204 ERC Receivable | 0.00 |
| 1205 Tripleseat (Stripe) | 0.00 |
| 1206 EZCater | 0.00 |
| 1207 Grubhub | 329.48 |
| 1208 Eventbrite | 0.00 |
| 1300 Prepaid Other | 8,116.88 |
| 1340 Prepaid Insurance | 182.09 |
| 1350 Food Inventory | 0.00 |
| 1352 Liquor Inventory | 0.00 |
| 1354 Wine Inventory | 0.00 |
| 1356 Beer Inventory | 0.00 |
| 1358 NA Bev Inventory | 0.00 |
| 6600 Employee Advance | 0.00 |
| **Total Other Current Assets** | **$ 18,337.80** |
| **Total Current Assets** | **$ 63,437.41** |
| **Fixed Assets** | |
| 1400 Leasehold Improvements | 946,220.03 |
| 1410 Machinery & Equipment | 303,297.90 |
| 1420 Design & Architechtural Fees | 104,783.93 |
| 1430 Furniture & Fixtures | 83,469.68 |
| Accumulated Depreciation | -1,414,894.00 |
| **Total Fixed Assets** | **$ 22,877.54** |
| **Other Assets** | |
| 1360 Prepaid Rent | -20.76 |
| 1500 Security Deposits | 0.00 |

| | | |
|---|---:|---:|
| **1620 Pre-opening costs** | | |
|   1620.1 Legal Fees | | 30,512.53 |
|   1620.2 PR/Advertising/Website | | 56,444.66 |
|   1620.3 Bank Fees | | 64,488.85 |
|   1620.4 LIcenses and Permits | | 8,266.39 |
|   1620.5 Other Costs | | 39,775.33 |
|   1620.6 Pre-Opening Payroll | | 38,218.87 |
|   1620.7 Lease Payments | | 12,432.84 |
|   Accumulated Amortization | | -40,300.00 |
| **Total 1620 Pre-opening costs** | $ | **209,839.47** |
| **Total Other Assets** | $ | **209,818.71** |
| **TOTAL ASSETS** | $ | **296,133.66** |
| **LIABILITIES AND EQUITY** | | |
|   Liabilities | | |
|     Current Liabilities | | |
|       Accounts Payable | | |
|         Accounts Payable (A/P) | | 172,775.19 |
|       **Total Accounts Payable** | $ | **172,775.19** |
|       Credit Cards | | |
|         2300 SMB TD Bank Credit Card | | 20,886.30 |
|         2350 ACD Personal Credit Card | | 2,650.01 |
|       **Total Credit Cards** | $ | **23,536.31** |
|       Other Current Liabilities | | |
|         2000 Sales Tax Payable | | 14,494.63 |
|         2100 Accrued Expenses | | 0.00 |
|         2200 Gift Cards | | 25,080.83 |
|         2240 Due to/from Holdings | | 0.00 |
|         2250 Due to/from A.Darneille | | 0.00 |
|         2255 Due to/from R. Darneille | | 0.00 |
|         2256 Loan from Parents | | 0.00 |
|         2300 Prepaid Sales | | 3,178.41 |
|         2310 Loan Payable-Toast | | 114,147.78 |
|         2312 Stale Checks | | 1,081.42 |
|         2540 Tips Payable | | -507.35 |
|         2541 Catering Tips Payable | | 4,768.71 |
|       **Total Other Current Liabilities** | $ | **162,244.43** |
|     **Total Current Liabilities** | $ | **358,555.93** |
|     Long-Term Liabilities | | |
|       2500 Capital Bank SBA Loan | | 898,380.18 |
|     **Total Long-Term Liabilities** | $ | **898,380.18** |
|   **Total Liabilities** | $ | **1,256,936.11** |
|   Equity | | |
|     3110 Contribution - A Darneille | | 361,044.47 |
|     3120 Contribution - H. Darneille | | 253,528.00 |
|     3130 Contribution - R. Darneille | | 125,000.00 |
|     3140 Contribution - J.Smith | | 50,000.00 |
|     3150 Contribution- Smoke Holdings | | 119,592.04 |

|  |  |  |
|---|---:|---:|
| **DIANE DAVENNY DARNEILLE** |  | 40,000.00 |
| **Retained Earnings** |  | -1,868,898.13 |
| **Net Income** |  | -41,068.83 |
| **Total Equity** | -$ | 960,802.45 |
| **TOTAL LIABILITIES AND EQUITY** | $ | 296,133.66 |

Saturday, Feb 01, 2025 11:40:37 AM GMT-8 - Accrual Basis