# Smokecraft Clarendon LLC
## Profit and Loss
### January 2025

|  | Total Jan 2025 | % of Income |
|---|---:|---:|
| **Income** | | |
|   All Sales, Comps and Discounts | | 0.00% |
|     5100 Food Sales | 115,940.58 | 86.23% |
|     5110 Goodwill Comps | -351.41 | -0.26% |
|     5115 Goodwill Bar Comps | -11.00 | -0.01% |
|     5120 Guest Complaint Comps | -144.75 | -0.11% |
|     5131 50% Employee Discounts | -383.01 | -0.28% |
|     5150 Discounts Marketing | -558.63 | -0.42% |
|     5160 Dining Privileges (mgr/chef) | -169.48 | -0.13% |
|     5180 NA Beverage | 1,769.58 | 1.32% |
|     5210 Liquor Sales | 9,169.02 | 6.82% |
|     5220 Wine Sales | 1,300.00 | 0.97% |
|     5230 Bottled Beer Sales | 1,075.30 | 0.80% |
|     5240 Draft Beer Sales | 6,157.65 | 4.58% |
|   **Total All Sales, Comps and Discounts** | **$ 133,793.85** | **99.51%** |
|   Other Income and Expense | | 0.00% |
|     5300 Sundry Sales | 262.50 | 0.20% |
|     5910 Service Charge Revenue - Catering | 394.88 | 0.29% |
|   **Total Other Income and Expense** | **$ 657.38** | **0.49%** |
|   Sales of Product Income | 6.50 | 0.00% |
| **Total Income** | **$ 134,457.73** | **100.00%** |
| **Cost of Goods Sold** | | |
|   Cost of Sales | | 0.00% |
|     6110 Meat Cost | 23,869.40 | 17.75% |
|     6120 Poultry Cost | 3,398.34 | 2.53% |
|     6130 Seafood Cost | 621.85 | 0.46% |
|     6140 Dairy Cost | 6,653.07 | 4.95% |
|     6150 Produce Cost | 5,112.42 | 3.80% |
|     6160 Bakery Cost | 1,862.31 | 1.39% |
|     6170 Grocery Cost | 13,751.93 | 10.23% |
|     6180 NA Beverage | 1,986.66 | 1.48% |
|     6210 Liquor Cost | 6,212.85 | 4.62% |
|     6220 Wine Cost | 1,130.15 | 0.84% |
|     6230 Bottled Beer Cost | 598.42 | 0.45% |
|     6240 Draft Beer Cost | 4,300.60 | 3.20% |
|   **Total Cost of Sales** | **$ 69,498.00** | **51.69%** |
| **Total Cost of Goods Sold** | **$ 69,498.00** | **51.69%** |
| **Gross Profit** | **$ 64,959.73** | **48.31%** |
| **Expenses** | | |
|   A. Payroll Expenses | | 0.00% |

| | | |
|---|---:|---:|
| 6310 Management Salaries | 17,942.25 | 13.34% |
| 6311 Direct Labor - FOH | 4,923.92 | 3.66% |
| 6312 Overtime Labor - FOH | 10.51 | 0.01% |
| 6313 Training Labor | 733.34 | 0.55% |
| 6314 Direct Labor - BOH | 36,914.84 | 27.45% |
| 6315 Overtime Labor - BOH | 97.02 | 0.07% |
| 6510 Payroll Taxes | 7,090.31 | 5.27% |
| 6540 Parking | 200.00 | 0.15% |
| 6570 Group Insurance | 770.59 | 0.57% |
| 6580 Workers Compensation | 862.66 | 0.64% |
| 6615 Payroll Processing Fees | 278.00 | 0.21% |
| **Total A. Payroll Expenses** | **$ 69,823.44** | **51.93%** |
| **B. Controllable Expenses** | | 0.00% |
| 6500 3rd Party Delivery Expense | 6,949.67 | 5.17% |
| 6710 Operating Lease/Rentals | 414.56 | 0.31% |
| 6790 Other Contracted Services | 1,000.00 | 0.74% |
| 7000 Register Over/Short | -119.16 | -0.09% |
| 7040 Cleaning Supplies | 481.99 | 0.36% |
| 7045 Dish Chemicals | 370.11 | 0.28% |
| 7060 Linens | 792.72 | 0.59% |
| 7105 To Go Supplies | 1,629.72 | 1.21% |
| 7106 Catering Supplies | 1,471.40 | 1.09% |
| 7110 Operating Supplies F&B | 1,513.94 | 1.13% |
| **Total B. Controllable Expenses** | **$ 14,504.95** | **10.79%** |
| **C. General &  Administrative** | | 0.00% |
| 7190 Other Contracted Services-Admin | 494.95 | 0.37% |
| 7195 Accounting Services | 2,500.00 | 1.86% |
| 7220 Bank Charges & Fees | 59.25 | 0.04% |
| 7230 Licenses & Permits | 193.13 | 0.14% |
| 7250 Credit Card Commissions | 2,771.10 | 2.06% |
| 7270 Dues & Subscriptions | 48.00 | 0.04% |
| 7285 Gen. Liab Insur/Key Man | 1,083.59 | 0.81% |
| 7290 Legal & Professional Services | 2,500.00 | 1.86% |
| 7320 Office Supplies & Postage | 82.89 | 0.06% |
| 7350 Tele/internet/cable | 757.88 | 0.56% |
| 7360 Travel | 151.55 | 0.11% |
| **Total C. General &  Administrative** | **$ 10,642.34** | **7.92%** |
| **D. Advertising and Promotion** | | 0.00% |
| 7435 Advertising & Marketing | 558.68 | 0.42% |
| **Total D. Advertising and Promotion** | **$ 558.68** | **0.42%** |
| **E. Repair & Maintenance** | | 0.00% |
| 7500 Repairs & Maintenance | 10.17 | 0.01% |
| 7630 R&M - Plumbing | 380.59 | 0.28% |
| 7695 Cleaning Service | 3,680.00 | 2.74% |
| 7710 Maint Contract - HVAC & Refrigeration | 625.00 | 0.46% |
| 7720 Maint Contract - Other Equipment | 510.00 | 0.38% |
| 7750 Pest Control | 85.00 | 0.06% |

| | | | |
|---|---|---:|---:|
| **Total E. Repair & Maintenance** | $ | 5,290.76 | 3.93% |
| **F. Utilities** | | | 0.00% |
|   7810 Electricity | | 3,466.02 | 2.58% |
|   7820 Gas | | 2,216.71 | 1.65% |
|   7830 Water & Sewer | | 527.00 | 0.39% |
|   7840 Firewood | | 143.31 | 0.11% |
| **Total F. Utilities** | $ | 6,353.04 | 4.72% |
|   **G. Facility Expense** | | | 0.00% |
|     8010 Rent & Lease | | 12,730.64 | 9.47% |
|     8015 Common Area Maintenance | | 2,464.00 | 1.83% |
|     8020 Property Insurance | | 111.00 | 0.08% |
|     8030 Property Taxes | | 3,039.57 | 2.26% |
| **Total G. Facility Expense** | $ | 18,345.21 | 13.64% |
| **Total Expenses** | $ | 125,518.42 | 93.35% |
| **Net Operating Income** | -$ | 60,558.69 | -45.04% |
| **Other Expenses** | | | |
|   8101 Interest Income | | -209.34 | -0.16% |
| **Total Other Expenses** | -$ | 209.34 | -0.16% |
| **Net Other Income** | $ | 209.34 | 0.16% |
| **Net Income** | -$ | 60,349.35 | -44.88% |

Wednesday, Feb 19, 2025 07:06:09 PM GMT-8 - Accrual Basis