# Smokecraft Clarendon LLC
## Profit and Loss
### December 30, 2024 - January 26, 2025

|  | Total Dec 30, 2024 - Jan 26, 2025 | % of Income |
|---|---:|---:|
| **Income** | | |
| **All Sales, Comps and Discounts** | | 0.00% |
| 5100 Food Sales | 108,293.83 | 86.03% |
| 5110 Goodwill Comps | -351.41 | -0.28% |
| 5115 Goodwill Bar Comps | -11.00 | -0.01% |
| 5120 Guest Complaint Comps | -144.75 | -0.11% |
| 5131 50% Employee Discounts | -383.01 | -0.30% |
| 5150 Discounts Marketing | -558.63 | -0.44% |
| 5160 Dining Privileges (mgr/chef) | -169.48 | -0.13% |
| 5180 NA Beverage | 1,632.94 | 1.30% |
| 5210 Liquor Sales | 9,189.56 | 7.30% |
| 5220 Wine Sales | 1,284.00 | 1.02% |
| 5230 Bottled Beer Sales | 967.00 | 0.77% |
| 5240 Draft Beer Sales | 5,473.64 | 4.35% |
| **Total All Sales, Comps and Discounts** | **$ 125,222.69** | **99.48%** |
| **Other Income and Expense** | | 0.00% |
| 5300 Sundry Sales | 267.50 | 0.21% |
| 5910 Service Charge Revenue - Catering | 382.50 | 0.30% |
| **Total Other Income and Expense** | **$ 650.00** | **0.52%** |
| **Total Income** | **$ 125,872.69** | **100.00%** |
| **Cost of Goods Sold** | | |
| **Cost of Sales** | | 0.00% |
| 6110 Meat Cost | 17,276.50 | 13.73% |
| 6120 Poultry Cost | 2,416.41 | 1.92% |
| 6130 Seafood Cost | 679.01 | 0.54% |
| 6140 Dairy Cost | 4,085.85 | 3.25% |
| 6150 Produce Cost | 3,652.28 | 2.90% |
| 6160 Bakery Cost | 1,651.68 | 1.31% |
| 6170 Grocery Cost | 6,221.87 | 4.94% |
| 6180 NA Beverage | 614.38 | 0.49% |
| 6210 Liquor Cost | 1,835.08 | 1.46% |
| 6220 Wine Cost | 201.83 | 0.16% |
| 6230 Bottled Beer Cost | 295.57 | 0.23% |
| 6240 Draft Beer Cost | 1,027.80 | 0.82% |
| **Total Cost of Sales** | **$ 39,958.26** | **31.74%** |
| **Total Cost of Goods Sold** | **$ 39,958.26** | **31.74%** |
| **Gross Profit** | **$ 85,914.43** | **68.26%** |
| **Expenses** | | |
| **A. Payroll Expenses** | | 0.00% |
| 6310 Management Salaries | 13,499.94 | 10.73% |

| Account | Amount | % |
|---|---:|---:|
| 6311 Direct Labor - FOH | 3,237.13 | 2.57% |
| 6312 Overtime Labor - FOH | 10.51 | 0.01% |
| 6313 Training Labor | 612.98 | 0.49% |
| 6314 Direct Labor - BOH | 24,310.23 | 19.31% |
| 6315 Overtime Labor - BOH | 0.00 | 0.00% |
| 6510 Payroll Taxes | 4,863.96 | 3.86% |
| 6540 Parking | 200.00 | 0.16% |
| 6570 Group Insurance | 564.38 | 0.45% |
| 6580 Workers Compensation | 431.33 | 0.34% |
| 6615 Payroll Processing Fees | 40.00 | 0.03% |
| **Total A. Payroll Expenses** | **$ 47,770.46** | **37.95%** |
| **B. Controllable Expenses** | | 0.00% |
| 6500 3rd Party Delivery Expense | 7,223.41 | 5.74% |
| 6710 Operating Lease/Rentals | 236.52 | 0.19% |
| 6750 Trash Removal | -32.63 | -0.03% |
| 6790 Other Contracted Services | 1,000.00 | 0.79% |
| 7000 Register Over/Short | -119.55 | -0.09% |
| 7040 Cleaning Supplies | 423.77 | 0.34% |
| 7045 Dish Chemicals | 769.93 | 0.61% |
| 7050 Decorations | 191.65 | 0.15% |
| 7060 Linens | 617.85 | 0.49% |
| 7105 To Go Supplies | 1,626.31 | 1.29% |
| 7106 Catering Supplies | 694.29 | 0.55% |
| 7110 Operating Supplies F&B | 1,304.31 | 1.04% |
| **Total B. Controllable Expenses** | **$ 13,935.86** | **11.07%** |
| **C. General & Administrative** | | 0.00% |
| 7190 Other Contracted Services-Admin | 494.95 | 0.39% |
| 7195 Accounting Services | 2,500.00 | 1.99% |
| 7220 Bank Charges & Fees | 59.25 | 0.05% |
| 7230 Licenses & Permits | 233.13 | 0.19% |
| 7250 Credit Card Commissions | 2,390.10 | 1.90% |
| 7270 Dues & Subscriptions | 48.00 | 0.04% |
| 7285 Gen. Liab Insur/Key Man | 1,083.59 | 0.86% |
| 7290 Legal & Professional Services | 2,500.00 | 1.99% |
| 7320 Office Supplies & Postage | 82.89 | 0.07% |
| 7350 Tele/internet/cable | 757.88 | 0.60% |
| 7360 Travel | 151.55 | 0.12% |
| **Total C. General & Administrative** | **$ 10,301.34** | **8.18%** |
| **D. Advertising and Promotion** | | 0.00% |
| 7435 Advertising & Marketing | 759.50 | 0.60% |
| **Total D. Advertising and Promotion** | **$ 759.50** | **0.60%** |
| **E. Repair & Maintenance** | | 0.00% |
| 7695 Cleaning Service | 3,680.00 | 2.92% |
| 7710 Maint Contract - HVAC & Refrigeration | 1,050.00 | 0.83% |
| 7750 Pest Control | 85.00 | 0.07% |
| **Total E. Repair & Maintenance** | **$ 4,815.00** | **3.83%** |
| **F. Utilities** | | 0.00% |

| | | | |
|---|---|---:|---:|
| | 7810 Electricity | 3,466.02 | 2.75% |
| | 7820 Gas | 2,216.71 | 1.76% |
| | 7830 Water & Sewer | 527.00 | 0.42% |
| | 7840 Firewood | 143.31 | 0.11% |
| **Total F. Utilities** | | **$ 6,353.04** | **5.05%** |
| **G. Facility Expense** | | | 0.00% |
| | 8010 Rent & Lease | 12,730.64 | 10.11% |
| | 8015 Common Area Maintenance | 2,464.00 | 1.96% |
| | 8020 Property Insurance | 111.00 | 0.09% |
| | 8030 Property Taxes | 3,039.57 | 2.41% |
| **Total G. Facility Expense** | | **$ 18,345.21** | **14.57%** |
| **Total Expenses** | | **$ 102,280.41** | **81.26%** |
| **Net Operating Income** | | **-$ 16,365.98** | **-13.00%** |
| **Other Expenses** | | | |
| | 8101 Interest Income | -209.34 | -0.17% |
| **Total Other Expenses** | | **-$ 209.34** | **-0.17%** |
| **Net Other Income** | | **$ 209.34** | **0.17%** |
| **Net Income** | | **-$ 16,156.64** | **-12.84%** |

Wednesday, Feb 19, 2025 07:10:39 PM GMT-8 - Accrual Basis