## Cash Flow Projection
## Smokecraft Clarendon

Starting date: 2/2/2025

**NO AP payments for any invoices prior to 4/29**

Main Account Capital One

| | Beginning | 2/9/2025 | 2/16/2025 | 2/23/2025 | 3/2/2025 | 3/9/2025 | 3/16/2025 | 3/23/2025 | 3/30/2025 | 4/6/2025 | 4/13/2025 | 4/20/2025 | 4/27/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bank Balance - DIP Checking** | 32,179 | | | | | | | | | | | | |
| **Bank Balance - Capital Bank** | 2 | | | | | | | | | | | | |
| **Bank Balance -TD Lockbox** | 129 | | | | | | | | | | | | |
| **Cash on hand** | 32,310 | 4,590 | 11,546 | 14,819 | -8,045 | 6,543 | 13,499 | 17,814 | 22,434 | 24,333 | 29,098 | 44,554 | 33,369 |
| **ANTICIPATED CASH RECEIPTS** | | | | | | | | | | | | | |
| Sales | 12,000 | 40,000 | 35,000 | 35,000 | 35,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 |
| Deposits/paid ins on Catering Orders | | | | | | | | | | | | | |
| Tax | 1,200 | 4,000 | 3,500 | 3,500 | 3,500 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Gratuity | 1,500 | 5,000 | 4,375 | 4,375 | 4,375 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Third Party fees | -540 | -2,160 | -1,890 | -1,890 | -1,890 | -2,160 | -2,160 | -2,160 | -2,160 | -2,160 | -2,160 | -2,160 | -2,160 |
| CC fees | -368 | -1,225 | -1,072 | -1,072 | -1,072 | -1,225 | -1,225 | -1,225 | -1,225 | -1,225 | -1,225 | -1,225 | -1,225 |
| **TOTAL CASH RECEIPTS** | 13,793 | 45,615 | 39,913 | 39,913 | 39,913 | 45,615 | 45,615 | 45,615 | 45,615 | 45,615 | 45,615 | 45,615 | 45,615 |
| **Total cash available** | 46,103 | 50,205 | 51,459 | 54,732 | 31,868 | 52,158 | 59,114 | 63,429 | 68,049 | 69,948 | 74,713 | 90,169 | 78,984 |
| **CASH PAID OUT** | | | | | | | | | | | | | |
| Payroll | 9,837 | 12,500 | 9,000 | 12,500 | 9,000 | 12,500 | 9,000 | 12,500 | 9,000 | 12,500 | 9,000 | 12,500 | 9,000 |
| gratuity | | 10,000 | | 10,000 | | 10,000 | | 10,000 | | 10,000 | | 10,000 | |
| Sales Tax | | | | 12,200 | | | | 13,500 | | | | 15,500 | |
| Accounts Payable | | | | | | | | | | | | | |
| Food + Beverage @ 32% | 828 | 12,800 | 11,200 | 11,200 | 11,200 | 12,800 | 12,800 | 12,800 | 12,800 | 12,800 | 12,800 | 12,800 | 12,800 |
| PFG | 7,671 | | | | | | | | | | | | |
| Rent | 18,052 | | | 18,060 | | | | | 18,060 | | | | 18,060 |
| OpenTable | | | | 356 | | | | | 356 | | | | 500 |
| Fintech | | | | | | | | | | | | | |
| Toast | | | | | | | | | | | | | |
| Utilities/wood | | | 2,240 | 3,466 | | | 4,000 | | | | | 4,000 | |
| Hood cleaning | 625 | | | | 625 | | | | | 1,050 | | | |
| Cleaning | | | | 3,695 | | | | | 3,695 | | | | 3,695 |
| Late Night Expenses | | | | | | | | | | | | | |
| Platform Bus Advisors/Cohn Reznick | 2,500 | | | | 2,500 | | | | | 2,500 | 5,000 | | |
| Insurance | | 1,359 | | | | 1,359 | | | | | 1,359 | | |
| Other/Trimark/Alsco/etc | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Legal | | | | | | | | | | | | | |
| Misc Repairs | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Property Taxes | | | | | | | | | | | | | |
| **Capital Bank Payments (1st)** | | | | 1,500 | | | | | 1,500 | | | | 1,500 |
| **TOTAL CASH PAID OUT** | 41,513 | 38,659 | 36,640 | 62,777 | 25,325 | 38,659 | 41,300 | 40,995 | 43,716 | 40,850 | 30,159 | 56,800 | 47,555 |
| **Cash on hand (end of week)** | 4,590 | 11,546 | 14,819 | (8,045) | 6,543 | 13,499 | 17,814 | 22,434 | 24,333 | 29,098 | 44,554 | 33,369 | 31,429 |