**2024/5 Budget - Smokecraft**
Start Date: 07/01/2024
End Date: 06/29/2025
LY Start: 07/03/2023
LY End: 06/30/2024

| | | | PERIOD 2 | | PERIOD 2 | |
|---|---|---|---|---|---|---|
| | | | 1/29/2024 | | 1/27/2025 | |
| | | | 2/25/2024 | | 2/23/2025 | |
| | | | **23/24 Actual** | **% of Sales** | **24/25 Budget** | **% of Sales** |
| | **Gross Sales** | | | | | |
| 5100 | Food Sales | $ | 118,153.34 | 84.23% | $ 128,451.94 | 84.68% |
| 5180 | NA Beverage | $ | 1,841.25 | 1.31% | $ 2,001.74 | 1.32% |
| | **Total Food Sales** | $ | **119,994.59** | **85.54%** | **$ 130,453.68** | **86.00%** |
| 5210 | Liquor Sales | $ | 11,370.00 | 8.11% | $ 13,819.86 | 9.11% |
| 5220 | Wine Sales | $ | 2,527.00 | 1.80% | $ 3,071.49 | 2.02% |
| 5230 | Bottled Beer Sales | $ | 1,430.00 | 1.02% | $ 1,738.12 | 1.15% |
| 5240 | Draft Beer Sales | $ | 4,953.00 | 3.53% | $ 6,020.21 | 3.97% |
| | **Total Beverage Sales** | $ | **20,280.00** | **14.46%** | **$ 24,649.68** | **16.25%** |
| | **Gross F&B Sales** | $ | **140,274.59** | **101.72%** | **$ 155,103.36** | **102.25%** |
| | **Deductions** | | | | | |
| 5110 | Goodwill Comps | $ | 560.36 | 0.41% | $ 834.30 | 0.55% |
| 5120 | Guest Recovery Comps | $ | 331.25 | 0.24% | $ 455.07 | 0.30% |
| 5131 | 50% Employee Discounts | $ | 625.80 | 0.45% | $ 682.61 | 0.45% |
| 5132 | Manager Meal Discounts | $ | 766.80 | 0.56% | $ 530.92 | 0.35% |
| 5150 | Discounts Marketing | $ | 349.01 | 0.25% | $ 530.92 | 0.35% |
| 5250 | Goodwill Bar Comps | $ | 405.70 | 0.29% | $ 379.23 | 0.25% |
| | **Total Deductions** | $ | **3,038.92** | **2.20%** | **$ 3,413.03** | **2.25%** |
| | **Other Income and Expense** | | | | | |
| 5300 | Sundry Sales | $ | 60.00 | 0.04% | $ - | 0.00% |
| 5910 | Service Charge Revenue - Catering | $ | 604.63 | 0.44% | $ - | 0.00% |
| | **Total Other Income and Expense** | $ | **664.63** | **0.48%** | **$ -** | **0.00%** |
| | **Net Sales** | $ | **137,900.30** | **100.00%** | **$ 151,690.33** | **100.00%** |
| | **Food Costs** | | | | | |
| 6110 | Meat Cost | $ | 16,710.90 | 13.93% | $ 19,046.24 | 14.60% |
| 6120 | Poultry Cost | $ | 2,584.72 | 2.15% | $ 3,391.80 | 2.60% |
| 6130 | Seafood Cost | $ | 1,000.07 | 0.83% | $ 652.27 | 0.50% |
| 6140 | Dairy Cost | $ | 4,899.60 | 4.08% | $ 5,218.15 | 4.00% |
| 6150 | Produce Cost | $ | 3,980.90 | 3.32% | $ 4,174.52 | 3.20% |
| 6160 | Bakery Cost | $ | 1,764.71 | 1.47% | $ 1,826.35 | 1.40% |
| 6170 | Grocery Cost | $ | 8,159.31 | 6.80% | $ 8,088.13 | 6.20% |
| 6180 | NA Beverage | $ | 760.51 | 0.63% | $ 652.27 | 0.50% |
| | **Total Food Cost** | $ | **39,860.72** | **33.22%** | **$ 43,049.72** | **33.00%** |

|      | **Beverage Costs**            |    |            |        |    |            |        |
|------|-------------------------------|----|-----------:|-------:|----|-----------:|-------:|
| 6210 | Liquor Cost                   | $  |   2,133.86 | 10.74% | $  |   2,594.72 | 10.53% |
| 6220 | Wine Cost                     | $  |     722.41 |  3.63% | $  |     878.43 |  3.56% |
| 6230 | Bottled Beer Cost             | $  |     301.91 |  1.52% | $  |     367.12 |  1.49% |
| 6240 | Draft Beer Cost               | $  |     896.12 |  4.51% | $  |   1,089.66 |  4.42% |
|      | **Total Bev Cost**            | $  |   4,054.30 | 20.40% | $  |   4,929.94 | 20.00% |
|      |                               |    |            |        |    |            |        |
|      | **Total F&B Costs**           | $  |  43,915.02 | 31.85% | $  |  47,979.65 | 31.63% |
|      |                               |    |            |        |    |            |        |
|      | **Gross Profit**              | $  |  93,985.28 | 68.15% | $  | 103,710.68 | 68.37% |
|      |                               |    |            |        |    |            |        |
|      | **Payroll Costs**             |    |            |        |    |            |        |
| 6310 | Management Salaries           | $  |  12,230.59 |  8.87% | $  |  14,461.54 |  9.53% |
| 6311 | Direct Labor - FOH            | $  |   5,138.08 |  3.73% | $  |   4,171.48 |  2.75% |
| 6312 | Overtime Labor - FOH          | $  |        -   |  0.00% | $  |        -   |  0.00% |
| 6313 | Training Labor                | $  |        -   |  0.00% | $  |     227.54 |  0.15% |
| 6314 | Direct Labor - BOH            | $  |  25,721.08 | 18.65% | $  |  26,545.81 | 17.50% |
| 6315 | Overtime Labor - BOH          | $  |     222.67 |  0.16% | $  |        -   |  0.00% |
|      | **Total Labor**               | $  |  43,312.42 | 31.41% | $  |  45,406.37 | 29.93% |
|      |                               |    |            |        |    |            |        |
| 6510 | Payroll Taxes                 | $  |   5,155.44 |  3.74% | $  |   5,688.39 |  3.75% |
| 6530 | Vacation Pay                  | $  |     538.40 |  0.39% | $  |        -   |  0.00% |
| 6540 | Parking                       | $  |     294.00 |  0.21% | $  |     200.00 |  0.13% |
| 6550 | Uniform Allowance             | $  |     (30.00)| -0.02% | $  |        -   |  0.00% |
| 6560 | Continuing Education          | $  |        -   |  0.00% | $  |        -   |  0.00% |
| 6570 | Group Insurance               | $  |        -   |  0.00% | $  |     600.00 |  0.40% |
| 6580 | Workers Compensation          | $  |     445.08 |  0.32% | $  |     510.00 |  0.34% |
| 6610 | Other Benefits                | $  |        -   |  0.00% | $  |        -   |  0.00% |
| 6615 | Payroll Processing Fees       | $  |     229.00 |  0.17% | $  |     300.00 |  0.25% |
|      | **Total Payroll Expenses**    | $  |   6,631.92 |  4.81% | $  |   7,298.39 |  4.81% |
|      |                               |    |            |        |    |            |        |
|      | **Total Payroll Costs**       | $  |  49,944.34 | 36.22% | $  |  52,704.75 | 34.74% |
|      |                               |    |            |        |    |            |        |
|      | **Controllable Expenses**     |    |            |        |    |            |        |
| 6500 | 3rd Party Delivery Expense    | $  |   4,588.65 |  3.33% | $  |   4,550.71 |  3.00% |
| 6710 | Operating Lease/Rentals-Kitchen/Bar | $ | 543.64 |  0.39% | $  |     550.00 |  0.36% |
| 6740 | Security                      | $  |        -   |  0.00% | $  |        -   |  0.00% |
| 6750 | Trash Removal                 | $  |     (65.63)| -0.05% | $  |        -   |  0.00% |
| 6790 | Other Contracted Services     | $  |     300.00 |  0.22% | $  |     300.00 |  0.20% |
| 7010 | Register Over/Short           | $  |       9.70 |  0.01% | $  |        -   |  0.00% |
| 7010 | China/Glassware/Silverware    | $  |     477.97 |  0.35% | $  |     606.76 |  0.40% |
| 7040 | Cleaning Supplies             | $  |     265.30 |  0.19% | $  |     303.38 |  0.20% |
| 7045 | Dish Chemicals                | $  |     388.34 |  0.28% | $  |     455.07 |  0.30% |
| 7050 | Decorations                   | $  |        -   |  0.00% | $  |        -   |  0.00% |
| 7060 | Linens                        | $  |     862.65 |  0.63% | $  |   1,137.68 |  0.75% |
| 7080 | New Menus/Printing            | $  |        -   |  0.00% | $  |        -   |  0.00% |
| 7090 | Menu/Guest Check/POS Supplies | $  |      78.61 |  0.06% | $  |        -   |  0.00% |
| 7105 | To Go Supplies                | $  |   2,677.82 |  1.94% | $  |   2,578.74 |  1.70% |
| 7106 | Catering Supplies             | $  |     351.35 |  0.25% | $  |     606.76 |  0.40% |
| 7110 | Operating Supplies F&B        | $  |   1,149.19 |  0.83% | $  |   1,516.90 |  1.00% |

| Code | Description | Amount | % | Amount | % |
|---|---|---:|---:|---:|---:|
| 7120 | Uniforms | $ - | 0.00% | $ - | 0.00% |
| 7470 | Live Entertainment | $ 1,500.00 | 1.09% | $ - | 0.00% |
| | **Total Controllable Expenses** | **$ 13,127.59** | **9.52%** | **$ 12,606.00** | **8.31%** |
| | **General & Administrative** | | | | |
| 7190 | Other Contracted Services-Admin | $ 1,154.61 | 0.84% | $ 1,500.00 | 0.99% |
| 7195 | Accounting Services | $ 2,500.00 | 1.81% | $ 2,500.00 | 1.65% |
| 7220 | Bank Charges & Fees | $ 326.57 | 0.24% | $ 15.00 | 0.01% |
| 7230 | Licenses & Permits | $ 969.23 | 0.70% | $ 600.00 | 0.40% |
| 7250 | Credit Card Commissions | $ 2,608.26 | 1.89% | $ 3,413.03 | 2.25% |
| 7256 | Employment Ads | $ 90.00 | 0.07% | $ 90.00 | 0.06% |
| 7270 | Dues & Subscriptions | $ (3.37) | 0.00% | $ 50.00 | 0.03% |
| 7285 | Key Man/General Liability Insurance | $ 937.25 | 0.68% | $ 1,275.00 | 0.84% |
| 7290 | Legal & Professional Services | $ - | 0.00% | $ - | 0.00% |
| 7320 | Office Supplies & Postage | $ 27.25 | 0.02% | $ 151.69 | 0.10% |
| 7350 | Telephone/Internet/Cable | $ 650.49 | 0.47% | $ 650.00 | 0.43% |
| 7360 | Travel | $ - | 0.00% | $ 125.00 | 0.08% |
| 7370 | Meals & Entertainment | $ - | 0.00% | $ - | 0.00% |
| | **Total General & Administrative** | **$ 9,260.29** | **6.72%** | **$ 10,369.72** | **6.84%** |
| | **Advertising & Promotion** | | | | |
| 7400 | Local Charitable Donations | $ - | 0.00% | $ - | 0.00% |
| 7430 | Local Advertising & Promotion | $ - | 0.00% | $ - | 0.00% |
| 7435 | Advertising & Marketing | $ 1,023.15 | | $ 500.00 | 0.33% |
| 7460 | Special Promotions | $ - | 0.00% | $ - | 0.00% |
| | **Total Advertising & Promotion** | **$ 1,023.15** | **0.74%** | **$ 500.00** | **0.33%** |
| | **Repairs & Maintenance** | | | | |
| 7500 | Repairs & Maintenance | $ - | 0.00% | $ 1,516.90 | 1.00% |
| 7620 | R&M HVAC & Refrigeration | $ - | 0.00% | $ - | 0.00% |
| 7630 | R&M - Plumbing | $ - | 0.00% | $ - | 0.00% |
| 7640 | R&M - Electric | $ - | 0.00% | $ - | 0.00% |
| 7650 | R&M - Exterior/Structure | $ - | 0.00% | $ - | 0.00% |
| 7660 | R&M - POS Systems | $ - | 0.00% | $ - | 0.00% |
| 7695 | Cleaning Service | $ 4,375.00 | 3.17% | $ 3,680.00 | 2.43% |
| 7710 | MC-HVAC & Refrigeration | $ 880.00 | 0.64% | $ 625.00 | 0.41% |
| 7720 | MC-Other Equipment | $ - | 0.00% | $ 255.00 | 0.17% |
| 7750 | Pest Control | $ 85.00 | 0.06% | $ 85.00 | 0.06% |
| 7785 | Carpet/Rug/Floor Cleaning | $ - | 0.00% | $ - | 0.00% |
| | **Total Repairs & Maintenance** | **$ 5,340.00** | **3.87%** | **$ 6,161.90** | **4.06%** |
| | **Utilities** | | | | |
| 7810 | Electricity | $ 2,876.77 | 2.09% | $ 3,033.81 | 2.00% |
| 7820 | Natural Gas | $ 1,190.30 | 0.86% | $ 1,061.83 | 0.70% |
| 7830 | Water & Sewer | $ 583.00 | 0.42% | $ 606.76 | 0.40% |
| 7840 | Firewood | $ 750.00 | 0.54% | $ 750.00 | 0.49% |
| | **Total Utilities** | **$ 5,400.07** | **3.92%** | **$ 5,452.40** | **3.59%** |
| | **Total Operating Expenses** | **$ 34,151.10** | **24.77%** | **$ 35,090.03** | **23.13%** |

|  |  | | | | | |
|---|---|---|---|---|---|---|
|  | **Other Income (Expenses)** | | | | | |
| 5500 | Door Revenue | $ | - | 0.00% | $ - | 0.00% |
| 5800 | Commission Income | | | 0.00% | $ - | 0.00% |
|  | **Total Other Income** | $ | - | **0.00%** | $ - | **0.00%** |
|  |  | | | | | |
|  | **Operating Income Before Bonus** | $ | 9,889.84 | **7.17%** | $ 15,915.90 | **10.49%** |
|  |  | | | | | |
| 6455 | Management Bonuses | $ | - | 0.00% | $ - | 0.00% |
|  |  | | | | | |
|  | **Restaurant Operating Income** | $ | 9,889.84 | **7.17%** | $ 15,915.90 | **10.49%** |
|  |  | | | | | |
|  | **Facility Expenses** | | | | | |
| 8010 | Rents | $ | 12,420.14 | 9.01% | $ 12,730.64 | 8.39% |
| 8015 | Common Area Maintenance | $ | 2,315.00 | 1.68% | $ 2,315.00 | 1.53% |
| 8020 | Property Insurance | $ | 132.00 | 0.10% | $ 132.00 | 0.09% |
| 8030 | Property Taxes | $ | 3,671.46 | 2.66% | $ 3,671.46 | 2.42% |
|  | **Total Facility Expenses** | $ | 18,538.60 | **13.44%** | $ 18,849.10 | **12.43%** |
|  |  | | | | | |
|  | **Restaurant EBDIT** | $ | (8,648.76) | **-6.27%** | $ (2,933.20) | **-1.93%** |