# Sales summary

Data as of Feb 1, 2025, 2:08 PM (EST)

**DATE RANGE:**
January 1, 2025 - January 31, 2025

**SELECTED LOCATIONS:**
Smokecraft Modern Barbecue

### SALES TRENDS



### REVENUE SUMMARY

| | |
|---|---|
| Net sales | $134,482.58 |
| Gratuity | $1,422.44 |
| Tax amount | $13,475.28 |
| Tips | $16,107.62 |
| Paid in total | $1,526.82 |
| **Total amount** | **$167,014.74** |

### NET SALES SUMMARY

| | |
|---|---|
| Gross sales | $136,218.95 |
| Sales discounts | -$1,736.37 |
| Sales refunds | $0.00 |
| **Net sales** | **$134,482.58** |

### TIP SUMMARY

| | |
|---|---|
| Tips collected | $16,107.62 |
| Tips refunded | $0.00 |
| **Total tips** | **$16,107.62** |
| Tips withheld | -$382.01 |
| **Tips after withholding** | **$15,725.61** |

### CASH SUMMARY

| | |
|---|---|
| Expected closeout cash | $8,066.99 |
| Actual closeout cash | $8,070.01 |
| Cash overage/shortage | $3.02 |
| Expected deposit | $3,803.51 |
| Actual deposit | — |
| Deposit overage/shortage | — |

### CASH ACTIVITY

| | |
|---|---|
| Total cash payments | $2,934.88 |
| Cash adjustments | -$9.06 |
| Cash refunds | $0.00 |
| Cash before tipouts | $2,925.82 |
| Tipouts tips withheld | $0.00 |
| **Total cash** | **$2,925.82** |

### PAYMENTS SUMMARY

| Payment type | Amount | Tips | Grat | Refunds | Total |
|---|---|---|---|---|---|
| Credit/debit | $100,186.30 | $15,852.47 | $1,610.09 | $0.00 | $117,648.86 |
| Amex | $11,296.30 | $2,052.31 | $140.50 | $0.00 | $13,489.11 |
| Discover | $2,903.02 | $564.84 | $11.01 | $0.00 | $3,478.87 |
| Mastercard | $22,369.61 | $3,409.02 | $236.20 | $0.00 | $26,014.83 |
| Visa | $63,617.37 | $9,826.30 | $1,222.38 | $0.00 | $74,666.05 |
| Gift Card | $1,525.39 | $0.00 | $0.00 | $0.00 | $1,525.39 |
| Cash | $2,893.83 | $0.00 | $41.05 | $0.00 | $2,934.88 |
| Other | $44,650.46 | $255.15 | $0.00 | $0.00 | $44,905.61 |
| Doordash | $14,456.79 | $0.00 | $0.00 | $0.00 | $14,456.79 |
| Ezcater | $6,647.95 | $0.00 | $0.00 | $0.00 | $6,647.95 |
| Grubhub | $1,429.25 | $5.67 | $0.00 | $0.00 | $1,434.92 |
| Square | $1,802.90 | $249.48 | $0.00 | $0.00 | $2,052.38 |
| Ubereats | $20,313.57 | $0.00 | $0.00 | $0.00 | $20,313.57 |
| **Total** | **$149,255.98** | **$16,107.62** | **$1,651.14** | **$0.00** | **$167,014.74** |

### UNPAID ORDERS SUMMARY

| | |
|---|---:|
| Unpaid amount | $0.00 |

### SALES CATEGORY SUMMARY

| Sales category | Items | Net sales | Gross sales |
|---|---:|---:|---:|
| Bottled Beer | 204 | $1,061.89 | $1,083.00 |
| Draft Beer | 714 | $6,124.90 | $6,157.65 |
| Food | 5,833 | $114,259.11 | $115,800.17 |
| Liquor | 658 | $9,059.70 | $9,182.02 |
| NA Beverage | 524 | $1,762.15 | $1,770.28 |
| Non-Grat Svc Charges | 14 | $663.33 | $663.33 |
| Retail | 18 | $262.50 | $262.50 |
| Wine | 120 | $1,289.00 | $1,300.00 |
| **Total** | **8,085** | **$134,482.58** | **$136,218.95** |

### REVENUE CENTER SUMMARY

| Revenue center | Items | Net sales | Gross sales |
|---|---:|---:|---:|
| Bar | 1,192 | $15,813.01 | $16,350.01 |
| Private Events | 124 | $1,665.00 | $1,665.00 |
| Carryout/Delivery | 484 | $8,792.80 | $8,944.80 |
| DoorDash | 746 | $13,142.51 | $13,142.51 |
| Catering | 673 | $18,047.33 | $18,047.33 |
| Dining Room | 3,670 | $57,186.85 | $58,234.22 |
| Grubhub | 72 | $1,299.31 | $1,299.31 |
| Uber Eats | 1,124 | $18,535.77 | $18,535.77 |
| **Total** | **8,085** | **$134,482.58** | **$136,218.95** |

### DINING OPTION SUMMARY

| Dining option | Orders | Net sales | Gross sales |
|---|---:|---:|---:|
| Take Out | 216 | $16,870.18 | $17,075.95 |
| DoorDash - Delivery | 213 | $12,417.43 | $12,417.43 |
| DoorDash - Takeout | 16 | $725.08 | $725.08 |
| Toast Delivery Services | 11 | $777.75 | $811.25 |
| Grubhub - Takeout | 29 | $1,299.31 | $1,299.31 |
| Dine In | 967 | $73,406.23 | $74,903.33 |
| Delivery | 8 | $10,450.83 | $10,450.83 |
| Uber Eats - Takeout | 13 | $544.79 | $544.79 |
| Uber Eats - Delivery | 329 | $17,990.98 | $17,990.98 |
| **Total** | **1,802** | **$134,482.58** | **$136,218.95** |

### SERVICE / DAYPART SUMMARY

| Service / day part | Orders | Net sales | Gross sales |
|---|---:|---:|---:|
| Dinner | 1,147 | $78,715.80 | $79,486.71 |
| No Service | 1 | $14.95 | $14.95 |
| Lunch | 608 | $51,765.40 | $52,650.44 |
| Late Night | 46 | $3,986.43 | $4,066.85 |
| **Total** | **1,802** | **$134,482.58** | **$136,218.95** |

### SERVICE MODE SUMMARY

| | Quick Service | Table Service | Total |
|---|---:|---:|---:|
| Net sales | $64,350.41 | $70,132.17 | $134,482.58 |
| Total guests | 1,730 | 2,166 | 3,896 |
| Avg/Guest | $37.20 | $32.38 | $34.52 |
| Total payments | 890 | 1,215 | 2,105 |
| Avg/Payment | $79.45 | $63.58 | $70.29 |
| Total orders | 885 | 917 | 1,802 |
| Avg/Order | $72.71 | $76.48 | $74.63 |
| Turn time | 04:21 | 1:06:46 | 36:09 |

### SERVICE CHARGE SUMMARY

| Service charge | Count | Amount |
|---|---:|---:|
| Large Party Service Charge | 53 | $973.64 |
| Delivery Fee | 11 | $82.50 |
| Catering Delivery Fee | 7 | $350.00 |
| Catering Service Charge | 7 | $313.33 |
| Event Admin Fee | 1 | $366.30 |
| **Total service charges** | **79** | **$2,085.77** |

### DISCOUNT SUMMARY

| Discount | Count | Amount |
|---|---:|---:|
| Bar Promo | 1 | $11.00 |
| Birthday Rewards | 1 | $10.00 |
| Employee Discount - Check | 17 | $230.36 |
| Employee Discount - Item | 21 | $202.52 |
| Investor/Family 50% | 7 | $99.45 |
| Manager Comp - Check | 3 | $72.30 |
| Manager Comp - Item | 16 | $262.00 |
| Manager Meal | 4 | $80.75 |
| Marketing | 2 | $256.45 |
| NYE $25 OFF Card | 1 | $25.00 |
| Open % Item | 6 | $22.61 |
| Open $ Item | 1 | $9.00 |
| Recovery | 8 | $144.75 |
| Reward Dollars | 20 | $199.20 |
| Snow Day 25% Off Apps | 27 | $110.98 |
| **Total discounts** | **135** | **$1,736.37** |

### VOID SUMMARY

| | |
|---|---:|
| Void amount | $3,956.63 |
| Void order count | 56 |
| Void item count | 176 |
| Void amount % | 2.9% |

**TAX SUMMARY**

⬇ **Marketplace facilitator tax details**

| Tax rate | Taxable amount | Tax amount |
|---|---|---|
| State Tax | $102,338.53 | $6,150.47 |
| Local Tax | $102,338.53 | $4,099.30 |
| Arlington Retail Tax | $262.50 | $15.75 |
| Marketplace facilitator tax | — | $3,092.08 |
|   Remitted by 3rd Party | $18,535.77 | $1,276.33 |
|   Remitted by Restaurant | $25,676.87 | $1,815.75 |
| Toast marketplace facilitator tax | — | $117.68 |
|   Remitted by Toast | $1,175.10 | $117.68 |
| Non Taxable | $368.11 | — |