

Available Balance

# $415.35

| Today's Beginning Balance | $65,415.35 |

Pending

| Date | Type | Description | Credit | Balance |
|------|------|-------------|--------|---------|
| PENDING TRANSACTIONS | | | | |
| 8/1/2019 | DEBIT | Pending Verification | -$65,000.00 | Pending |
| ACCOUNT HISTORY | | | | |
| 1/11/2025 | INT | INTEREST CREDIT | $209.34 | $65,415.35 |