

America's Most Convenient Bank®




T   **STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G
3003 WASHINGTON BLVD STE 101
ARLINGTON VA 22201-2194

| | |
|---|---|
| Page: | 1 of 8 |
| Statement Period: | Jan 01 2025-Jan 31 2025 |
| Cust Ref #: | ▇▇ 664-039-T-### |
| Primary Account #: | ▇▇ 664 |

## Chapter 11 Checking

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Account # ▇▇ 1664

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 34,253.20 | Average Collected Balance | 14,832.78 |
| Deposits | 3,901.35 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 145,471.45 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 22,261.57 | Days in Period | 31 |
| Electronic Payments | 155,069.21 | | |
| Ending Balance | 6,295.22 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/07 | DEPOSIT | 335.00 |
| 01/07 | DEPOSIT | 200.00 |
| 01/07 | DEPOSIT | 187.00 |
| 01/07 | DEPOSIT | 50.00 |
| 01/07 | DEPOSIT | 50.00 |
| 01/07 | DEPOSIT | 46.00 |
| 01/10 | DEPOSIT | 1,048.35 |
| 01/10 | DEPOSIT | 91.00 |
| 01/14 | DEPOSIT | 167.00 |
| 01/14 | DEPOSIT | 142.00 |
| 01/14 | DEPOSIT | 65.00 |
| 01/14 | DEPOSIT | 58.00 |
| 01/16 | DEPOSIT | 108.00 |
| 01/16 | DEPOSIT | 70.00 |
| 01/17 | DEPOSIT | 21.00 |
| 01/21 | DEPOSIT | 170.00 |
| 01/21 | DEPOSIT | 151.00 |
| 01/21 | DEPOSIT | 79.00 |
| 01/21 | DEPOSIT | 72.00 |
| 01/27 | DEPOSIT | 458.00 |
| 01/27 | DEPOSIT | 212.00 |
| 01/27 | DEPOSIT | 28.00 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ **Ending Balance**        6,295.22

❷ **Total Deposits**    +

❸ **Sub Total**

❹ **Total Withdrawals**    -

❺ **Adjusted Balance**

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

| | |
|---|---|
| Page: | 3 of 8 |
| Statement Period: | Jan 01 2025-Jan 31 2025 |
| Cust Ref #: | ▓1664-039-T-### |
| Primary Account #: | ▓664 |

---

## DAILY ACCOUNT ACTIVITY

### Deposits (continued)

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/27 | DEPOSIT | | 16.00 |
| 01/27 | DEPOSIT | | 10.00 |
| 01/29 | DEPOSIT | | 67.00 |
| | | Subtotal: | 3,901.35 |

### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/02 | CCD DEPOSIT, TOAST DEP DEC 31 ****395300ST7J7 | 1,691.12 |
| 01/02 | CCD DEPOSIT, TOAST DEP JAN 01 ****395300SUAPV | 1,562.78 |
| 01/03 | CCD DEPOSIT, TOAST DEP JAN 02 ****395300SVD64 | 2,202.69 |
| 01/03 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-K2C2J2Y7X0U1 | 1,385.80 |
| 01/03 | CCD DEPOSIT, GRUBHUB INC DEC ACTVTY ****0301dKHGk50 | 274.20 |
| 01/06 | CCD DEPOSIT, TOAST DEP JAN 05 ****395300SYUVG | 4,793.52 |
| 01/06 | CCD DEPOSIT, WWW.SMOKECRAFTBB 114590403 ST-Z4E9L0R7D5E5 | 3,040.00 |
| 01/06 | CCD DEPOSIT, TOAST DEP JAN 04 ****395300SXL45 | 2,110.14 |
| 01/06 | CCD DEPOSIT, TOAST DEP JAN 03 ****395300SWCWZ | 1,467.17 |
| 01/06 | DEBIT CARD CREDIT, *****04036545477, AUT 010425 VISA DDA REF AMAZON MKTPLACE PMTS     AMZN COM BILL * WA | 33.32 |
| 01/07 | CCD DEPOSIT, TOAST DEP JAN 06 ****395300T017N | 4,346.24 |
| 01/07 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT JD1TBWG2WQHF3NS | 2,623.72 |
| 01/09 | CCD DEPOSIT, TOAST DEP JAN 08 ****395300T2450 | 1,676.04 |
| 01/10 | CCD DEPOSIT, TOAST DEP JAN 09 ****395300T3AKE | 2,651.15 |
| 01/10 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-L8H8D1V2O5Q4 | 2,011.95 |
| 01/10 | CCD DEPOSIT, GRUBHUB INC JAN ACTVTY ****1008dKHGk50 | 24.06 |
| 01/10 | CCD DEPOSIT, TOAST, INC. 20241231-3 ***-*82-0225 | 1.68 |
| 01/13 | CCD DEPOSIT, TOAST DEP JAN 12 ****395300T6YZK | 10,986.39 |
| 01/13 | CCD DEPOSIT, TOAST DEP JAN 12 ****395300T5QJ7 | 3,314.73 |
| 01/13 | CCD DEPOSIT, TOAST DEP JAN 10 ****395300T4IN1 | 1,762.04 |
| 01/13 | CCD DEPOSIT, SQUARE INC SQ250113 T3BCY5SFKKKAPVT | 212.20 |
| 01/14 | CCD DEPOSIT, TOAST DEP JAN 13 ****395300T860S | 3,699.35 |
| 01/14 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT KZ4WHCT2X2WSZG1 | 3,224.45 |
| 01/15 | CCD DEPOSIT, TOAST DEP JAN 14 ****395300T98NS | 3,168.94 |
| 01/16 | CCD DEPOSIT, TOAST DEP JAN 15 ****395300TAC9E | 4,145.75 |
| 01/16 | CCD DEPOSIT, TOAST CBW JAN 15 ****395300T9ZNP | 91.30 |
| 01/17 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-C4Q8E7E0N4H9 | 2,686.83 |
| 01/17 | CCD DEPOSIT, TOAST DEP JAN 16 ****395300TBJZ7 | 1,741.16 |
| 01/17 | CCD DEPOSIT, GRUBHUB INC JAN ACTVTY ****1715dKHGk50 | 406.06 |
| 01/21 | CCD DEPOSIT, TOAST DEP JAN 19 ****395300TFDO7 | 9,383.95 |
| 01/21 | CCD DEPOSIT, TOAST DEP JAN 18 ****395300TE30H | 6,512.68 |

 **Bank**

America's Most Convenient Bank®

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

| Page: | 4 of 8 |
|---|---|
| Statement Period: | Jan 01 2025-Jan 31 2025 |
| Cust Ref #: | ████1664-039-T-### |
| Primary Account #: | ████1664 |



## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/21 | CCD DEPOSIT, TOAST DEP JAN 20 ****395300TGKZV | 3,130.19 |
| 01/21 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84830047000 | 2,745.46 |
| 01/21 | CCD DEPOSIT, TOAST DEP JAN 17 ****395300TCTB3 | 995.35 |
| 01/22 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT 50NEVRQVWDRU28J | 4,217.42 |
| 01/22 | CCD DEPOSIT, TOAST DEP JAN 21 ****395300THNKX | 4,139.44 |
| 01/23 | CCD DEPOSIT, TOAST DEP JAN 22 ****395300TIPLM | 1,410.60 |
| 01/23 | CCD DEPOSIT, STRATEGY EXECUTI TAX COL | 0.02 |
| 01/24 | CCD DEPOSIT, TOAST DEP JAN 23 ****395300TJUEG | 3,642.60 |
| 01/24 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-R0J8N7B0Z7B2 | 3,165.10 |
| 01/24 | CCD DEPOSIT, GRUBHUB INC JAN ACTVTY ****2422dKHGk50 | 124.20 |
| 01/27 | CCD DEPOSIT, TOAST DEP JAN 26 ****395300TNMAY | 7,251.16 |
| 01/27 | CCD DEPOSIT, TOAST DEP JAN 25 ****395300TMBLN | 3,727.14 |
| 01/27 | CCD DEPOSIT, TOAST DEP JAN 24 ****395300TL23H | 2,953.24 |
| 01/27 | CCD DEPOSIT, SQUARE INC SQ250127 T3QXSKJN19BE2XD | 1,993.13 |
| 01/28 | CCD DEPOSIT, TOAST DEP JAN 27 ****395300TOU7C | 7,783.61 |
| 01/28 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT 2C3C053RQHYIFVV | 3,706.67 |
| 01/28 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84838829334 | 2,454.87 |
| 01/29 | CCD DEPOSIT, TOAST DEP JAN 28 ****395300TPXFK | 1,713.17 |
| 01/30 | CCD DEPOSIT, TOAST DEP JAN 29 ****395300TR178 | 1,778.77 |
| 01/31 | CCD DEPOSIT, TOAST DEP JAN 30 ****395300TS8LE | 2,696.18 |
| 01/31 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-T6Y8X5K9X4V5 | 2,269.10 |
| 01/31 | CCD DEPOSIT, GRUBHUB INC JAN ACTVTY ****3129dKHGk50 | 342.62 |

Subtotal: 145,471.45

### Checks Paid    No. Checks: 34

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 01/03 | 5108 | 824.64 | 01/24 | 5120 | 1,097.99 |
| 01/02 | 5110* | 1,000.00 | 01/29 | 5121 | 200.22 |
| 01/02 | 5111 | 300.00 | 01/29 | 5122 | 130.00 |
| 01/10 | 5112 | 678.75 | 01/29 | 5124* | 180.60 |
| 01/13 | 5113 | 205.95 | 01/31 | 5125 | 1,193.39 |
| 01/14 | 5114 | 1,073.99 | 01/08 | 10949* | 322.63 |
| 01/13 | 5115 | 1,044.20 | 01/06 | 10950 | 1,242.00 |
| 01/16 | 5116 | 698.02 | 01/03 | 10951 | 1,042.46 |
| 01/22 | 5117 | 205.95 | 01/06 | 10952 | 306.24 |
| 01/21 | 5118 | 757.59 | 01/06 | 10953 | 577.43 |
| 01/24 | 5119 | 613.59 | 01/06 | 10954 | 629.51 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 🏠



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

| | |
|---|---|
| Page: | 5 of 8 |
| Statement Period: | Jan 01 2025-Jan 31 2025 |
| Cust Ref #: | ████ 1664-039-T-### |
| Primary Account #: | ████ 664 |

---

**DAILY ACCOUNT ACTIVITY**

**Checks Paid (continued)**    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|------|-----------|--------|------|-----------|--------|
| 01/14 | 10955 | 616.42 | 01/21 | 10962 | 675.69 |
| 01/06 | 10956 | 604.26 | 01/22 | 10963 | 309.95 |
| 01/22 | 10958* | 517.77 | 01/22 | 10964 | 332.70 |
| 01/21 | 10959 | 913.52 | 01/21 | 10965 | 696.27 |
| 01/21 | 10960 | 801.18 | 01/31 | 10968* | 1,093.28 |
| 01/21 | 10961 | 545.08 | 01/31 | 10969 | 830.28 |
| | | | | Subtotal: | 22,261.57 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|--------------|-------------|--------|
| 01/02 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 8,851.72 |
| 01/02 | CCD DEBIT, MARGINEDGE CO SALE | 300.00 |
| 01/02 | DBCRD PUR AP, *****04036545477, AUT 123024 VISA DDA PUR AP DC PARTY RENTALS    703 9799400   * VA | 278.57 |
| 01/02 | CCD DEBIT, TOAST, INC TOAST, INC ST-B5M1U3S3D1C4 | 16.24 |
| 01/02 | DBCRD PMT AP, *****04036545477, AUT 010125 VISA DDA PUR AP GOOGLE GSUITE SMOKECRAFT   650 2530000   * CA | 15.26 |
| 01/02 | DBCRD PMT AP, *****04036545477, AUT 010125 VISA DDA PUR AP EB ADS CAMPAIGN       EVENTBRITE CO * CA | 4.98 |
| 01/03 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR ****630473 | 14,145.80 |
| 01/03 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 5,443.05 |
| 01/03 | DBCRD PUR AP, *****04036545477, AUT 010225 VISA DDA PUR AP VA ABC STORE 168       ARLINGTON    * VA | 48.99 |
| 01/06 | DBCRD PUR AP, *****04036545477, AUT 010525 VISA DDA PUR AP PARKX 3003 WASHINGTON BL   703 2301285   * VA | 200.00 |
| 01/06 | DBCRD PUR AP, *****04036545477, AUT 010325 VISA DDA PUR AP AMAZON MKTPL ZP0VZ78K0    AMZN COM BILL * WA | 33.32 |
| 01/07 | CCD DEBIT, INTUIT 09321130 BILL_PAY BOWIE PRODUCE | 1,243.75 |
| 01/07 | CCD DEBIT, INTUIT 07610410 BILL_PAY LYON BAKERY | 265.91 |
| 01/08 | CCD DEBIT, INTUIT 11583030 BILL_PAY KBS III 3003 WA | 18,059.64 |
| 01/10 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 3,393.50 |
| 01/13 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 6,397.31 |
| 01/13 | DEBIT POS AP, *****04036545477, AUT 011225 DDA PURCHASE AP RESTAURANT DEPOT       ALEXANDRIA   * VA | 815.69 |
| 01/13 | DBCRD PMT AP, *****04036545477, AUT 011225 VISA DDA PUR AP MAILCHIMP        678 9990141  * GA | 285.00 |
| 01/13 | ACH DEBIT, ARLINGTON CHAMBE ACH | 48.00 |
| 01/13 | DBCRD PUR AP, *****04036545477, AUT 011025 VISA DDA PUR AP AMAZON MKTPL ZD10G3T41    AMZN COM BILL * WA | 42.53 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

| | |
|---|---|
| Page: | 6 of 8 |
| Statement Period: | Jan 01 2025-Jan 31 2025 |
| Cust Ref #: | ████1664-039-T-### |
| Primary Account #: | ████1664 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/13 | DBCRD PUR AP, *****04036545477, AUT 011125 VISA DDA PUR AP AMAZON COM Z52UU6212    AMZN COM BILL * WA | 16.30 |
| 01/13 | DEBIT POS AP, *****04036545477, AUT 011125 DDA PURCHASE AP TRADER JOE S 64 TRADER    ARLINGTON    * VA | 10.06 |
| 01/14 | ACH DEBIT, COMCAST 8299610 252892194 9753625 | 688.31 |
| 01/14 | CCD DEBIT, INTUIT 01964020 BILL_PAY LYON BAKERY | 266.36 |
| 01/14 | CCD DEBIT, INTUIT 28736640 BILL_PAY BOWIE PRODUCE | 231.50 |
| 01/14 | DBCRD PUR AP, *****04036545477, AUT 011125 VISA DDA PUR AP ULINE  SHIP SUPPLIES    800 295 5510 * WI | 216.31 |
| 01/14 | DBCRD PUR AP, *****04036545477, AUT 011225 VISA DDA PUR AP AMAZON MKTPL Z58VQ5390    AMZN COM BILL * WA | 81.81 |
| 01/14 | DBCRD PUR AP, *****04036545477, AUT 011225 VISA DDA PUR AP AMZN MKTP US Z540H3N80    AMZN COM BILL * WA | 59.35 |
| 01/16 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR ****630473 | 14,915.52 |
| 01/16 | CCD DEBIT, ERIEINSURANCEWEB PAYMENT ****20019375855 | 1,359.48 |
| 01/17 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 5,609.16 |
| 01/17 | DBCRD PUR AP, *****04036545477, AUT 011625 VISA DDA PUR AP AMAZON MKTPL Z51F96200    AMZN COM BILL * WA | 30.29 |
| 01/21 | DEBIT POS AP, *****04036545477, AUT 011825 DDA PURCHASE AP VA ABC STORE 168    ARLINGTON    * VA | 577.84 |
| 01/21 | CCD DEBIT, SPECIALTY BEVERA FINTECHEFT **-*43479 | 424.00 |
| 01/21 | DBCRD PMT AP, *****04036545477, AUT 011725 VISA DDA PUR AP DROPBOX R526CZZXPBWK    DROPBOX COM  * CA | 54.00 |
| 01/21 | DEBIT POS AP, *****04036545477, AUT 011725 DDA PURCHASE AP 7 ELEVEN    ARLINGTON    * VA | 21.18 |
| 01/21 | DBCRD PUR AP, *****04036545477, AUT 011825 VISA DDA PUR AP TRADER JOE S 640    ARLINGTON    * VA | 15.12 |
| 01/22 | CCD DEBIT, VA DEPT TAXATION TAX PAYMEN *****3479 | 7,474.00 |
| 01/22 | CCD DEBIT, ARLINGTON COUNTY ARLCO PMT ****473856 | 5,653.68 |
| 01/22 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 5,268.80 |
| 01/22 | CCD DEBIT, INTUIT 98468490 BILL_PAY PLATFORM BUSINE | 2,500.00 |
| 01/22 | CCD DEBIT, INTUIT 37424000 BILL_PAY MOTLEYS ASSET D | 1,250.00 |
| 01/22 | CCD DEBIT, INTUIT 83582520 BILL_PAY GWWC, LLC | 750.00 |
| 01/22 | CCD DEBIT, INTUIT 38956990 BILL_PAY BOWIE PRODUCE | 475.25 |
| 01/22 | CCD DEBIT, INTUIT 89299460 BILL_PAY LYON BAKERY | 290.58 |
| 01/22 | CCD DEBIT, INTUIT 86366230 BILL_PAY CHILL-CRAFT COM | 232.00 |
| 01/22 | CCD DEBIT, INTUIT 98676810 BILL_PAY ROBERTS OXYGEN | 101.32 |
| 01/22 | CCD DEBIT, INTUIT 99556320 BILL_PAY MTOM CONSULTING | 30.00 |
| 01/23 | DEBIT POS AP, *****04036545477, AUT 012325 DDA PURCHASE AP VA ABC STORE 168    ARLINGTON    * VA | 256.93 |





**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

| | |
|---|---|
| Page: | 7 of 8 |
| Statement Period: | Jan 01 2025-Jan 31 2025 |
| Cust Ref #: | ████████664-039-T-### |
| Primary Account #: | █████71664 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/23 | DBCRD PUR AP, *****04036545477, AUT 012225 VISA DDA PUR AP AMAZON COM ZG5JJ6QS0    AMZN COM BILL * WA | 44.40 |
| 01/23 | DBCRD PMT AP, *****04036545477, AUT 012225 VISA DDA PUR AP CANVA I04404 55988735    CANVA COM    * DE | 14.99 |
| 01/24 | CCD DEBIT, WASHINGTON GAS PAYMENT ****07002275 | 1,148.67 |
| 01/24 | DBCRD PMT AP, *****04036545477, AUT 012325 VISA DDA PUR AP STATE FARM INSURANCE    800 956 6310 * IL | 182.10 |
| 01/24 | CCD DEBIT, INTUIT * QUICKBOOKS 3541433 | 134.00 |
| 01/27 | CCD DEBIT, INTUIT 36770710 BILL_PAY VRA CLEANING SE | 3,680.00 |
| 01/27 | DBCRD PUR AP, *****04036545477, AUT 012625 VISA DDA PUR AP FACEBK VLU3DJQRW2    650 5434800  * CA | 223.71 |
| 01/28 | ELECTRONIC PMT-WEB, DOMINION ENERGY BILLPAY ****55711631 | 3,074.12 |
| 01/28 | CCD DEBIT, INTUIT 79792670 BILL_PAY BOWIE PRODUCE | 459.00 |
| 01/28 | CCD DEBIT, INTUIT 73797510 BILL_PAY LYON BAKERY | 346.00 |
| 01/28 | CCD DEBIT, INTUIT 87506020 BILL_PAY MAGNOLIA PLUMBI | 255.00 |
| 01/28 | CCD DEBIT, INTUIT 72988350 BILL_PAY PEST MANAGEMENT | 85.00 |
| 01/28 | CCD DEBIT, INTUIT 84007880 BILL_PAY ROBERTS OXYGEN | 24.48 |
| 01/28 | DBCRD PMT AP, *****04036545477, AUT 012725 VISA DDA PUR AP ADOBE  ADOBE     408 536 6000  * CA | 21.19 |
| 01/29 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR ****630473 | 17,641.03 |
| 01/29 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 6,121.18 |
| 01/29 | CCD DEBIT, REPUBLIC NATIONA FINTECHEFT **-**43479 | 324.72 |
| 01/30 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 7,165.78 |
| 01/30 | CCD DEBIT, INTUIT 89760300 BILL_PAY MOTLEYS ASSET D | 1,250.00 |
| 01/30 | CCD DEBIT, OPENTABLE PAYMENTS DDD875663 | 355.50 |
| 01/31 | CCD DEBIT, INTUIT 25821910 BILL_PAY CAPITAL BANK | 1,500.00 |
| 01/31 | DEBIT POS AP, *****04036545477, AUT 013125 DDA PURCHASE AP RESTAURANT DEPOT    ALEXANDRIA  * VA | 740.83 |
| 01/31 | DEBIT POS AP, *****04036545477, AUT 013125 DDA PURCHASE AP VA ABC STORE 168    ARLINGTON   * VA | 727.30 |
| 01/31 | CCD DEBIT, HOP & WINE BEVER FINTECHEFT **-**43479 | 362.00 |
| 01/31 | CCD DEBIT, PREMIUM DIST OF FINTECHEFT **-**43479 | 285.96 |
| 01/31 | CCD DEBIT, VIRGINIA EAGLE D FINTECHEFT **-**43479 | 121.27 |
| 01/31 | DEBIT POS AP, *****04036545477, AUT 013125 DDA PURCHASE AP TRADER JOE S 64 TRADER    ARLINGTON  * VA | 22.16 |
| 01/31 | DBCRD PUR AP, *****04036545477, AUT 013025 VISA DDA PUR AP AMAZON MKTPL Z760E2S82    AMZN COM BILL * WA | 10.17 |

| | | |
|---|---|---|
| | Subtotal: | 155,069.21 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

| | |
|---|---|
| Page: | 8 of 8 |
| Statement Period: | Jan 01 2025-Jan 31 2025 |
| Cust Ref #: | ████1664-039-T-### |
| Primary Account #: | ████1664 |

---

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 12/31 | 34,253.20 | 01/16 | 10,470.50 |
| 01/02 | 26,740.33 | 01/17 | 9,686.10 |
| 01/03 | 9,098.08 | 01/21 | 27,444.26 |
| 01/06 | 16,949.45 | 01/22 | 10,409.12 |
| 01/07 | 23,277.75 | 01/23 | 11,503.42 |
| 01/08 | 4,895.48 | 01/24 | 15,258.73 |
| 01/09 | 6,571.52 | 01/27 | 28,003.69 |
| 01/10 | 8,327.46 | 01/28 | 37,684.05 |
| 01/13 | 15,737.78 | 01/29 | 14,866.47 |
| 01/14 | 19,859.53 | 01/30 | 7,873.96 |
| 01/15 | 23,028.47 | 01/31 | 6,295.22 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender