Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 01/05/2025**

RECONCILIATION REPORT

Reconciled on: 01/06/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 34,253.20 |
| Checks and payments cleared (13) | -32,271.71 |
| Deposits and other credits cleared (5) | 7,116.59 |
| Statement ending balance | 9,098.08 |
| | |
| Uncleared transactions as of 01/05/2025 | -8,880.47 |
| Register balance as of 01/05/2025 | 217.61 |
| Cleared transactions after 01/05/2025 | 0.00 |
| Uncleared transactions after 01/05/2025 | -19,569.30 |
| Register balance as of 01/06/2025 | -19,351.69 |

**Details**

Checks and payments cleared (13)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -5,443.05 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -14,145.80 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -1,042.46 |
| 12/30/2024 | Bill Payment | 5108 | TriMark Adams-Burch | -824.64 |
| 12/30/2024 | Journal | MI15052ME | | -278.57 |
| 12/31/2024 | Journal | MI15070ME | | -15.26 |
| 01/01/2025 | Journal | MI15069ME | | -300.00 |
| 01/02/2025 | Check | 5111 | Alexander Love | -300.00 |
| 01/02/2025 | Expense | | | -4.98 |
| 01/02/2025 | Bill Payment | | Reinhart Food Service (PFG) | -8,851.72 |
| 01/02/2025 | Expense | | Toast Inc. | -16.24 |
| 01/02/2025 | Journal | MI15075ME | | -48.99 |
| 01/02/2025 | Check | 5110 | Artit Sriboonruang | -1,000.00 |
| Total | | | | -32,271.71 |

Deposits and other credits cleared (5)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/29/2024 | Deposit | | DoorDash Inc | 1,385.80 |
| 12/30/2024 | Journal | Sales 12.30 | | 1,691.12 |
| 12/31/2024 | Deposit | | | 274.20 |
| 12/31/2024 | Journal | Sales 12.31 | | 1,562.78 |
| 01/01/2025 | Journal | Sales 1.1 | | 2,202.69 |
| Total | | | | 7,116.59 |

**Additional Information**

Uncleared checks and payments as of 01/05/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage C… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage C… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -4,297.88 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -4,297.88 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -4,297.88 |
| 12/22/2024 | Journal | MI15080ME | | -76.00 |
| 12/25/2024 | Journal | MI15079ME | | -137.00 |
| 12/26/2024 | Journal | MI15078ME | | -21.26 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -629.51 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -1,242.02 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -4,308.69 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -306.24 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -322.63 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -577.43 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -604.26 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -616.42 |
| 01/03/2025 | Bill Payment | 5112 | AM Briggs INC dba Metropolit… | -678.75 |
| Total | | | | -23,759.58 |

Uncleared deposits and other credits as of 01/05/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/10/2024 | Journal | Sales 10.10 | | 24.80 |
| 10/11/2024 | Journal | Sales 10.11 | | 20.03 |
| 11/25/2024 | Journal | Sales 11.25 | | 86.20 |
| 01/01/2025 | Journal | Sales 1.1 | | 186.16 |
| 01/02/2025 | Journal | Sales 1.2 | | 1,467.17 |
| 01/02/2025 | Journal | Sales 1.2 | | 49.40 |
| 01/03/2025 | Journal | Sales 1.3 | | 2,110.14 |
| 01/03/2025 | Journal | Sales 1.3 | | 49.96 |
| 01/04/2025 | Journal | Sales 1.4 | | 4,923.27 |
| 01/04/2025 | Journal | Sales 1.4 | | 198.49 |
| 01/05/2025 | Deposit | | UberEats | 2,623.72 |
| 01/05/2025 | Journal | Sales 1.5 | | 46.43 |
| 01/05/2025 | Journal | Sales 1.5 | | 3,093.34 |
| Total | | | | 14,879.11 |

Uncleared checks and payments after 01/05/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/06/2025 | Bill Payment | | Bowie Produce | -1,243.75 |
| 01/06/2025 | Bill Payment | | Lyon Bakery | -265.91 |
| 01/07/2025 | Bill Payment | | KBS III 3003 Washington LLC | -18,059.64 |
| Total | | | | -19,569.30 |