Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 01/12/2025**

**RECONCILIATION REPORT**

Reconciled on: 01/13/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

**Summary** | USD
---|---
Statement beginning balance | 9,098.08
Checks and payments cleared (16) | -27,688.45
Deposits and other credits cleared (29) | 26,917.83
Statement ending balance | 8,327.46
 | 
Uncleared transactions as of 01/12/2025 | 2,251.04
Register balance as of 01/12/2025 | 10,578.50
Cleared transactions after 01/12/2025 | 0.00
Uncleared transactions after 01/12/2025 | -714.17
Register balance as of 01/13/2025 | 9,864.33

**Details**

Checks and payments cleared (16)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -577.43 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -1,242.02 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -322.63 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -306.24 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -629.51 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -604.26 |
| 01/01/2025 | Journal | Clr cash dep | | -131.03 |
| 01/03/2025 | Bill Payment | 5112 | AM Briggs INC dba Metropolit… | -678.75 |
| 01/06/2025 | Bill Payment | | Parkx Master Merchant, LC | -200.00 |
| 01/06/2025 | Bill Payment | | Bowie Produce | -1,243.75 |
| 01/06/2025 | Bill Payment | | Lyon Bakery | -265.91 |
| 01/06/2025 | Expense | | Amazon | -33.32 |
| 01/07/2025 | Expense | | | -0.43 |
| 01/07/2025 | Bill Payment | | KBS III 3003 Washington LLC | -18,059.64 |
| 01/10/2025 | Expense | | | -0.03 |
| 01/10/2025 | Bill Payment | | Reinhart Food Service (PFG) | -3,393.50 |
| Total | | | | -27,688.45 |

Deposits and other credits cleared (29)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/10/2024 | Journal | Sales 10.10 | | 24.80 |
| 10/11/2024 | Journal | Sales 10.11 | | 20.03 |
| 11/25/2024 | Journal | Sales 11.25 | | 86.20 |
| 01/01/2025 | Journal | Sales 1.1 | | 186.16 |
| 01/02/2025 | Journal | Sales 1.2 | | 49.40 |
| 01/02/2025 | Journal | Sales 1.2 | | 1,467.17 |
| 01/03/2025 | Journal | Sales 1.3 | | 49.96 |
| 01/03/2025 | Journal | Sales 1.3 | | 2,110.14 |
| 01/04/2025 | Journal | Sales 1.4 | | 198.49 |
| 01/04/2025 | Journal | Sales 1.4 | | 4,793.52 |
| 01/05/2025 | Journal | Sales 1.5 | | 46.43 |
| 01/05/2025 | Deposit | | | 24.06 |
| 01/05/2025 | Deposit | | DoorDash Inc | 2,011.95 |
| 01/05/2025 | Deposit | | UberEats | 2,623.72 |
| 01/05/2025 | Journal | Sales 1.5 | | 2,969.13 |
| 01/06/2025 | Journal | Sales 1.6 | | 1,377.11 |
| 01/06/2025 | Journal | Sales 1.6 | | 334.83 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 01/06/2025 | Deposit | | | 3,040.00 |
| 01/06/2025 | Deposit | | | 33.32 |
| 01/07/2025 | Journal | Sales 1.7 | | 1,676.04 |
| 01/07/2025 | Deposit | | | 0.17 |
| 01/07/2025 | Deposit | | | 0.04 |
| 01/07/2025 | Deposit | | | 1.51 |
| 01/07/2025 | Deposit | | | 0.60 |
| 01/07/2025 | Deposit | | | 0.84 |
| 01/08/2025 | Journal | Sales 1.8 | | 2,651.15 |
| 01/08/2025 | Journal | Sales 1.8 | | 91.03 |
| 01/10/2025 | Deposit | | toast | 1.68 |
| 01/10/2025 | Deposit | | | 1,048.35 |

| Total | | | | 26,917.83 |
|---|---|---|---|---:|

**Additional Information**

Uncleared checks and payments as of 01/12/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage C… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage C… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -4,297.88 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -4,297.88 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -4,297.88 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -4,308.69 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -616.42 |
| 01/07/2025 | Bill Payment | 5113 | ALSCO | -205.95 |
| 01/10/2025 | Bill Payment | 5114 | AM Briggs INC dba Metropolit… | -1,073.99 |
| 01/10/2025 | Bill Payment | 5115 | TriMark Adams-Burch | -1,044.20 |
| 01/11/2025 | Journal | MI15109ME | | -10.06 |

| Total | | | | -21,498.68 |
|---|---|---|---|---:|

Uncleared deposits and other credits as of 01/12/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 01/09/2025 | Journal | Sales 1.9 | | 1,804.68 |
| 01/10/2025 | Journal | Sales 1.10 | | 121.24 |
| 01/10/2025 | Journal | Sales 1.10 | | 3,314.73 |
| 01/11/2025 | Journal | Sales 1.11 | | 11,254.55 |
| 01/11/2025 | Journal | Sales 1.11 | | 165.95 |
| 01/12/2025 | Journal | Sales 1.12 | | 3,801.12 |
| 01/12/2025 | Deposit | | UberEats | 3,224.45 |
| 01/12/2025 | Journal | Sales 1.12 | | 63.00 |

| Total | | | | 23,749.72 |
|---|---|---|---|---:|

Uncleared checks and payments after 01/12/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 01/13/2025 | Bill Payment | | Lyon Bakery | -266.36 |
| 01/13/2025 | Bill Payment | | Bowie Produce | -231.50 |
| 01/13/2025 | Journal | MI15116ME | | -216.31 |

| Total | | | | -714.17 |
|---|---|---|---|---:|