Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 01/19/2025**

**RECONCILIATION REPORT**

Reconciled on: 01/21/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

| **Summary** | **USD** |
|---|---|
| Statement beginning balance | 8,327.46 |
| Checks and payments cleared (24) | -34,711.96 |
| Deposits and other credits cleared (23) | 36,070.60 |
| Statement ending balance | 9,686.10 |
| | |
| Uncleared transactions as of 01/19/2025 | -5,120.08 |
| Register balance as of 01/19/2025 | 4,566.02 |
| Cleared transactions after 01/19/2025 | 0.00 |
| Uncleared transactions after 01/19/2025 | -1,310.79 |
| Register balance as of 01/21/2025 | 3,255.23 |

**Details**

Checks and payments cleared (24)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -616.42 |
| 01/07/2025 | Bill Payment | 5113 | ALSCO | -205.95 |
| 01/10/2025 | Bill Payment | 5114 | AM Briggs INC dba Metropolit… | -1,073.99 |
| 01/10/2025 | Bill Payment | 5115 | TriMark Adams-Burch | -1,044.20 |
| 01/11/2025 | Journal | MI15109ME | | -10.06 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -14,915.52 |
| 01/12/2025 | Journal | MI15115ME | | -815.69 |
| 01/12/2025 | Journal | MI15113ME | | -285.00 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -5,609.16 |
| 01/13/2025 | Bill Payment | | Bowie Produce | -231.50 |
| 01/13/2025 | Bill Payment | | Lyon Bakery | -266.36 |
| 01/13/2025 | Journal | MI15116ME | | -216.31 |
| 01/13/2025 | Bill Payment | | Reinhart Food Service (PFG) | -6,397.31 |
| 01/13/2025 | Expense | | Arlington Chamber of Comme… | -48.00 |
| 01/13/2025 | Expense | | Amazon | -16.30 |
| 01/13/2025 | Expense | | Amazon | -42.53 |
| 01/14/2025 | Bill Payment | 5116 | AM Briggs INC dba Metropolit… | -698.02 |
| 01/14/2025 | Expense | | Amazon | -81.81 |
| 01/14/2025 | Expense | | Amazon | -59.35 |
| 01/14/2025 | Bill Payment | | Comcast (EFT) | -688.31 |
| 01/14/2025 | Expense | | | -0.15 |
| 01/16/2025 | Bill Payment | | Erie Insurance Group | -1,359.48 |
| 01/16/2025 | Expense | | | -0.25 |
| 01/17/2025 | Expense | | Amazon | -30.29 |
| **Total** | | | | **-34,711.96** |

Deposits and other credits cleared (23)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/09/2025 | Journal | Sales 1.9 | | 1,762.04 |
| 01/10/2025 | Journal | Sales 1.10 | | 3,314.73 |
| 01/10/2025 | Journal | Sales 1.10 | | 121.24 |
| 01/11/2025 | Journal | Sales 1.11 | | 165.95 |
| 01/11/2025 | Journal | Sales 1.11 | | 10,986.39 |
| 01/12/2025 | Journal | Sales 1.12 | | 63.00 |
| 01/12/2025 | Deposit | | | 406.06 |
| 01/12/2025 | Deposit | | UberEats | 3,224.45 |
| 01/12/2025 | Journal | Sales 1.12 | | 3,699.35 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/12/2025 | Deposit | | DoorDash Inc | 2,686.83 |
| 01/13/2025 | Journal | Sales 1.13 | | 58.15 |
| 01/13/2025 | Journal | Sales 1.13 | | 3,168.94 |
| 01/13/2025 | Deposit | | Square | 212.20 |
| 01/14/2025 | Deposit | | | 20.76 |
| 01/14/2025 | Deposit | | | 2.00 |
| 01/14/2025 | Deposit | | | 1.05 |
| 01/14/2025 | Journal | Sales 1.14 | | 70.25 |
| 01/14/2025 | Journal | Sales 1.14 | | 4,145.75 |
| 01/15/2025 | Journal | Sales 1.15 | | 1,741.16 |
| 01/15/2025 | Journal | Sales 1.15 | | 107.54 |
| 01/16/2025 | Journal | Sales 1.16 | | 21.00 |
| 01/16/2025 | Deposit | | | 0.46 |
| 01/16/2025 | Deposit | | toast | 91.30 |

| | | | | |
|---|---|---|---|---|
| Total | | | | 36,070.60 |

**Additional Information**

Uncleared checks and payments as of 01/19/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage C… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage C… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -4,297.88 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -4,297.88 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -4,297.88 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -4,308.69 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -913.52 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -4,292.82 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -801.18 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -696.27 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -675.69 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -309.95 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -545.08 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -517.77 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -332.70 |
| 01/15/2025 | Bill Payment | 5117 | ALSCO | -205.95 |
| 01/15/2025 | Bill Payment | EFT18424972 | Specialty Beverage | -219.00 |
| 01/17/2025 | Bill Payment | 5119 | AM Briggs INC dba Metropolit… | -613.59 |
| 01/17/2025 | Bill Payment | 5118 | TriMark Adams-Burch | -757.59 |
| 01/17/2025 | Journal | MI15148ME | | -54.00 |
| 01/17/2025 | Journal | MI15146ME | | -21.18 |
| 01/18/2025 | Journal | MI15150ME | | -15.12 |
| 01/19/2025 | Journal | MI15149ME | | -577.84 |

| | | | | |
|---|---|---|---|---|
| Total | | | | -30,097.31 |

Uncleared deposits and other credits as of 01/19/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/16/2025 | Journal | Sales 1.16 | | 995.35 |
| 01/17/2025 | Journal | Sales 1.17 | | 6,512.68 |
| 01/17/2025 | Journal | Sales 1.17 | | 72.45 |
| 01/18/2025 | Journal | Sales 1.18 | | 151.35 |
| 01/18/2025 | Journal | Sales 1.18 | | 9,648.03 |
| 01/19/2025 | Deposit | | UberEats | 4,217.42 |
| 01/19/2025 | Journal | Sales 1.19 | | 167.95 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/19/2025 | Journal | Sales 1.19 | | 3,212.00 |
| Total | | | | 24,977.23 |

Uncleared checks and payments after 01/19/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/21/2025 | Bill Payment | | Motleys Asset Disposition Group | -1,250.00 |
| 01/21/2025 | Bill Payment | | Bowie Produce | -475.25 |
| 01/21/2025 | Bill Payment | | Chill-Craft Company Inc. | -232.00 |
| 01/21/2025 | Bill Payment | | GWWC, LLC | -750.00 |
| 01/21/2025 | Bill Payment | | Lyon Bakery | -290.58 |
| 01/21/2025 | Bill Payment | | MtoM Consulting, LLC | -30.00 |
| 01/21/2025 | Bill Payment | | Platform Business Advisors | -2,500.00 |
| 01/21/2025 | Bill Payment | | Roberts Oxygen Company, Inc. | -101.32 |
| Total | | | | -5,629.15 |

Uncleared deposits and other credits after 01/19/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/20/2025 | Journal | MJ15170ME | | 79.03 |
| 01/20/2025 | Journal | MJ15170ME | | 4,239.33 |
| Total | | | | 4,318.36 |