## Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 01/26/2025**

### RECONCILIATION REPORT

Reconciled on: 01/28/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 9,686.10 |
| Checks and payments cleared (38) | -36,257.09 |
| Deposits and other credits cleared (21) | 41,829.72 |
| Statement ending balance | 15,258.73 |
| | |
| Uncleared transactions as of 01/26/2025 | -923.30 |
| Register balance as of 01/26/2025 | 14,335.43 |
| Cleared transactions after 01/26/2025 | 0.00 |
| Uncleared transactions after 01/26/2025 | 387.11 |
| Register balance as of 01/28/2025 | 14,722.54 |

### Details

Checks and payments cleared (38)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -675.69 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -545.08 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -332.70 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -309.95 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -517.77 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -913.52 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -801.18 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -696.27 |
| 01/15/2025 | Bill Payment | 5117 | ALSCO | -205.95 |
| 01/17/2025 | Journal | MI15146ME | | -21.18 |
| 01/17/2025 | Journal | MI15148ME | | -54.00 |
| 01/17/2025 | Bill Payment | 5119 | AM Briggs INC dba Metropolit… | -613.59 |
| 01/17/2025 | Bill Payment | 5118 | TriMark Adams-Burch | -757.59 |
| 01/18/2025 | Journal | MI15150ME | | -15.12 |
| 01/19/2025 | Journal | MI15149ME | | -577.84 |
| 01/21/2025 | Expense | | | -0.45 |
| 01/21/2025 | Expense | | | -0.03 |
| 01/21/2025 | Bill Payment | | Chill-Craft Company Inc. | -232.00 |
| 01/21/2025 | Expense | | | -424.00 |
| 01/21/2025 | Bill Payment | | Bowie Produce | -475.25 |
| 01/21/2025 | Bill Payment | | Motleys Asset Disposition Group | -1,250.00 |
| 01/21/2025 | Bill Payment | | Roberts Oxygen Company, Inc. | -101.32 |
| 01/21/2025 | Bill Payment | | Platform Business Advisors | -2,500.00 |
| 01/21/2025 | Bill Payment | | MtoM Consulting, LLC | -30.00 |
| 01/21/2025 | Bill Payment | | Lyon Bakery | -290.58 |
| 01/21/2025 | Bill Payment | | GWWC, LLC | -750.00 |
| 01/21/2025 | Expense | | | -0.35 |
| 01/22/2025 | Bill Payment | | Reinhart Food Service (PFG) | -7,080.12 |
| 01/22/2025 | Journal | MI15196ME | | -14.99 |
| 01/22/2025 | Bill Payment | 5120 | AM Briggs INC dba Metropolit… | -1,097.99 |
| 01/22/2025 | Expense | | VA Department of Taxation | -7,474.00 |
| 01/22/2025 | Expense | | Arlington County Treasurer | -5,653.68 |
| 01/22/2025 | Bill Payment | | Reinhart Food Service (PFG) | -78.56 |
| 01/23/2025 | Journal | MI15186ME | | -256.93 |
| 01/23/2025 | Expense | | Amazon | -44.40 |
| 01/24/2025 | Bill Payment | | Washington Gas | -1,148.67 |
| 01/24/2025 | Expense | | Intuit Inc. | -134.00 |
| 01/24/2025 | Expense | | State Farm | -182.34 |

| Total | | | | -36,257.09 |
|---|---|---|---|---|

Deposits and other credits cleared (21)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/16/2025 | Journal | Sales 1.16 | | 995.35 |
| 01/17/2025 | Journal | Sales 1.17 | | 6,512.68 |
| 01/17/2025 | Journal | Sales 1.17 | | 72.45 |
| 01/18/2025 | Journal | Sales 1.18 | | 9,383.95 |
| 01/18/2025 | Journal | Sales 1.18 | | 151.35 |
| 01/19/2025 | Journal | Sales 1.19 | | 3,130.19 |
| 01/19/2025 | Journal | Sales 1.19 | | 167.95 |
| 01/19/2025 | Deposit | | UberEats | 4,217.42 |
| 01/19/2025 | Deposit | | | 2,745.46 |
| 01/19/2025 | Deposit | | DoorDash Inc | 3,165.10 |
| 01/20/2025 | Deposit | | | 124.20 |
| 01/20/2025 | Journal | Sales 1.20 | | 4,139.44 |
| 01/20/2025 | Journal | Sales 1.20 | | 79.03 |
| 01/21/2025 | Deposit | | | 2.05 |
| 01/21/2025 | Journal | Sales 1.21 | | 1,410.60 |
| 01/22/2025 | Journal | Sales 1.22 | | 3,642.60 |
| 01/22/2025 | Deposit | | | 27.69 |
| 01/22/2025 | Deposit | | | 932.00 |
| 01/22/2025 | Deposit | | | 465.55 |
| 01/22/2025 | Deposit | | | 464.64 |
| 01/23/2025 | Deposit | | | 0.02 |
| Total | | | | 41,829.72 |

**Additional Information**

Uncleared checks and payments as of 01/26/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage C… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage C… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -4,297.88 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -4,297.88 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -4,297.88 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -4,308.69 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -4,292.82 |
| 01/15/2025 | Bill Payment | EFT18424972 | Specialty Beverage | -219.00 |
| 01/24/2025 | Bill Payment | 5123 | TriMark Adams-Burch | -738.12 |
| 01/24/2025 | Bill Payment | | VRA Cleaning Services LLC | -3,680.00 |
| Total | | | | -27,478.00 |

Uncleared deposits and other credits as of 01/26/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/22/2025 | Journal | Sales 1.22 | | 16.44 |
| 01/23/2025 | Journal | Sales 1.23 | | 2,953.24 |
| 01/23/2025 | Journal | Sales 1.23 | | 28.55 |
| 01/24/2025 | Journal | Sales 1.24 | | 22.55 |
| 01/24/2025 | Journal | Sales 1.24 | | 3,727.14 |
| 01/25/2025 | Journal | Sales 1.25 | | 7,431.96 |
| 01/25/2025 | Journal | Sales 1.25 | | 205.50 |
| 01/26/2025 | Deposit | | UberEats | 3,706.67 |
| 01/26/2025 | Journal | Sales 1.26 | | 8,005.94 |
| 01/26/2025 | Journal | Sales 1.26 | | 456.71 |

| | | | | |
|---|---|---|---|---|
| Total | | | | 26,554.70 |

Uncleared checks and payments after 01/26/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/27/2025 | Bill Payment | | Magnolia Plumbing | -255.00 |
| 01/27/2025 | Bill Payment | | Roberts Oxygen Company, Inc. | -24.48 |
| 01/27/2025 | Bill Payment | | Bowie Produce | -459.00 |
| 01/27/2025 | Bill Payment | | Pest Management Services, Inc. | -85.00 |
| 01/27/2025 | Bill Payment | | Lyon Bakery | -346.00 |
| 01/28/2025 | Bill Payment | 5121 | ALSCO | -200.22 |
| Total | | | | -1,369.70 |

Uncleared deposits and other credits after 01/26/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/27/2025 | Journal | MJ15212ME | | 1,756.81 |
| Total | | | | 1,756.81 |