Smokecraft Clarendon LLC

**1020 TD Bank Operating, Period Ending 01/31/2025**

RECONCILIATION REPORT

Reconciled on: 02/02/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

| **Summary** | **USD** |
|---|---|
| Statement beginning balance | 128.73 |
| Checks and payments cleared (1) | -85.00 |
| Deposits and other credits cleared (1) | 85.00 |
| Statement ending balance | 128.73 |
| | |
| Register balance as of 01/31/2025 | 128.73 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/20/2024 | Expense | | Intuit Inc. | -85.00 |
| Total | | | | -85.00 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/01/2025 | Journal | clr intuit | | 85.00 |
| Total | | | | 85.00 |