Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 01/31/2025**

RECONCILIATION REPORT

Reconciled on: 02/04/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 15,258.73 |
| Checks and payments cleared (35) | -48,425.39 |
| Deposits and other credits cleared (20) | 39,461.88 |
| Statement ending balance | 6,295.22 |
| | |
| Uncleared transactions as of 01/31/2025 | -22,631.03 |
| Register balance as of 01/31/2025 | -16,335.81 |
| Cleared transactions after 01/31/2025 | 0.00 |
| Uncleared transactions after 01/31/2025 | -2,010.43 |
| Register balance as of 02/04/2025 | -18,346.24 |

**Details**

Checks and payments cleared (35)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/24/2025 | Bill Payment | | VRA Cleaning Services LLC | -3,680.00 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -17,641.03 |
| 01/26/2025 | Journal | MI15223ME | | -223.71 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -830.28 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -1,093.28 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -7,165.78 |
| 01/27/2025 | Expense | | | -0.55 |
| 01/27/2025 | Expense | | | -0.44 |
| 01/27/2025 | Bill Payment | | Bowie Produce | -459.00 |
| 01/27/2025 | Bill Payment | | Pest Management Services, Inc. | -85.00 |
| 01/27/2025 | Bill Payment | | Magnolia Plumbing | -255.00 |
| 01/27/2025 | Bill Payment | | Lyon Bakery | -346.00 |
| 01/27/2025 | Bill Payment | | Roberts Oxygen Company, Inc. | -24.48 |
| 01/28/2025 | Bill Payment | 5124 | ALSCO | -180.60 |
| 01/28/2025 | Expense | | Adobe Inc. | -21.19 |
| 01/28/2025 | Bill Payment | 5121 | ALSCO | -200.22 |
| 01/28/2025 | Bill Payment | | Dominion Energy Virginia | -3,074.12 |
| 01/29/2025 | Bill Payment | 5125 | AM Briggs INC dba Metropolit… | -1,193.39 |
| 01/29/2025 | Bill Payment | EFT01713861 | Hop & Wine | -362.00 |
| 01/29/2025 | Bill Payment | | Motleys Asset Disposition Group | -1,250.00 |
| 01/29/2025 | Expense | | | -0.23 |
| 01/29/2025 | Bill Payment | | Arlington County Treasurer | -130.00 |
| 01/29/2025 | Bill Payment | | Republic National | -324.72 |
| 01/29/2025 | Bill Payment | | Reinhart Food Service (PFG) | -5,892.45 |
| 01/29/2025 | Bill Payment | | Reinhart Food Service (PFG) | -85.42 |
| 01/29/2025 | Bill Payment | | Reinhart Food Service (PFG) | -68.78 |
| 01/29/2025 | Bill Payment | | Reinhart Food Service (PFG) | -74.53 |
| 01/30/2025 | Journal | MI15259ME | | -10.17 |
| 01/30/2025 | Bill Payment | | Capital Bank | -1,500.00 |
| 01/30/2025 | Bill Payment | | Open Table Inc. ACH | -355.50 |
| 01/31/2025 | Bill Payment | | VA Eagle Distributing | -121.27 |
| 01/31/2025 | Bill Payment | | Premium Distributors | -285.96 |
| 01/31/2025 | Journal | MI15239ME | | -22.16 |
| 01/31/2025 | Journal | MI15237ME | | -727.30 |
| 01/31/2025 | Journal | MI15236ME | | -740.83 |
| Total | | | | -48,425.39 |

Deposits and other credits cleared (20)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 01/22/2025 | Journal | Sales 1.22 | | 16.44 |
| 01/23/2025 | Journal | Sales 1.23 | | 2,953.24 |
| 01/23/2025 | Journal | Sales 1.23 | | 28.55 |
| 01/24/2025 | Journal | Sales 1.24 | | 10.00 |
| 01/24/2025 | Journal | Sales 1.24 | | 3,727.14 |
| 01/25/2025 | Journal | Sales 1.25 | | 205.50 |
| 01/25/2025 | Journal | Sales 1.25 | | 7,251.16 |
| 01/26/2025 | Deposit | | DoorDash Inc | 2,269.10 |
| 01/26/2025 | Deposit | | | 2,454.87 |
| 01/26/2025 | Deposit | | UberEats | 3,706.67 |
| 01/26/2025 | Journal | Sales 1.26 | | 1,993.13 |
| 01/26/2025 | Journal | Sales 1.26 | | 456.71 |
| 01/26/2025 | Journal | Sales 1.26 | | 7,783.61 |
| 01/26/2025 | Deposit | | | 342.62 |
| 01/27/2025 | Deposit | | | 1.29 |
| 01/27/2025 | Deposit | | | 6.50 |
| 01/27/2025 | Journal | Sales 1.27 | | 1,713.17 |
| 01/28/2025 | Journal | Sales 1.28 | | 67.23 |
| 01/28/2025 | Journal | Sales 1.28 | | 1,778.77 |
| 01/29/2025 | Journal | Sales 1.29 | | 2,696.18 |
| Total | | | | 39,461.88 |

**Additional Information**

Uncleared checks and payments as of 01/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage C… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage C… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -4,297.88 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -4,297.88 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -4,297.88 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -4,308.69 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -4,292.82 |
| 01/15/2025 | Bill Payment | EFT18424972 | Specialty Beverage | -219.00 |
| 01/24/2025 | Bill Payment | 5123 | TriMark Adams-Burch | -738.12 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -824.72 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -4,292.82 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -564.06 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -557.58 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -551.01 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -412.85 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -710.85 |
| 01/31/2025 | Bill Payment | 5126 | TriMark Adams-Burch | -437.32 |
| 01/31/2025 | Journal | MI15258ME | | -24.06 |
| Total | | | | -32,173.27 |

Uncleared deposits and other credits as of 01/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 01/29/2025 | Journal | Sales 1.29 | | 12.07 |
| 01/30/2025 | Journal | Sales 1.30 | | 2,692.33 |
| 01/31/2025 | Journal | Sales 1.31 | | 6,584.62 |
| 01/31/2025 | Deposit | | | 161.60 |
| 01/31/2025 | Journal | Sales 1.31 | | 91.62 |
| Total | | | | 9,542.24 |

Uncleared checks and payments after 01/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/01/2025 | Journal | MI15251ME | | -300.00 |
| 02/03/2025 | Journal | MI15265ME | | -301.57 |
| 02/03/2025 | Bill Payment | | Safety First Services | -1,050.00 |
| 02/03/2025 | Bill Payment | | Bowie Produce | -568.75 |
| 02/03/2025 | Bill Payment | | Chill-Craft Company Inc. | -145.00 |
| 02/03/2025 | Bill Payment | | Lyon Bakery | -595.98 |
| 02/04/2025 | Bill Payment | | KBS III 3003 Washington LLC | -18,051.64 |
| 02/06/2025 | Journal | MI15267ME | | -55.00 |
| Total | | | | -21,067.94 |

Uncleared deposits and other credits after 01/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/01/2025 | Journal | Sales 2.1 | | 419.00 |
| 02/01/2025 | Journal | Sales 2.1 | | 7,603.28 |
| 02/02/2025 | Deposit | | UberEats | 4,073.33 |
| 02/02/2025 | Journal | MJ15255ME | | 4,664.53 |
| 02/02/2025 | Journal | MJ15255ME | | 187.38 |
| 02/03/2025 | Journal | MJ15264ME | | 2,109.99 |
| Total | | | | 19,057.51 |