# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Smokecraft Clarendon, LLC** | **Case No. 24-13609** |
| Debtor. | |

## JOINT STATUS REPORT: MOTION TO VALUE CAPITAL BANK CLAIM

Capital Bank, National Association ("Capital Bank") and Smokecraft Clarendon, LLC (the "Debtor"), by undersigned counsel, together file this Joint Status Report in accordance with the Order Denying Confirmation With Leave To Amend And Setting Deadlines Regarding Motion To Value [Dkt. 100] and state:

Capital Bank would like an opportunity to conduct limited discovery regarding the Debtor's Motion to Value Secured Claim of Capital Bank [Dkt. 103], such that any discovery will be propounded/served by March 15, 2025 and any responses thereto or depositions held will be completed by March 25, 2025.

The parties believe they will need one day for the hearing on the Motion to Value and request the hearing be conducted on March 28, 2025 if the date is available on this Honorable Court's calendar.

*[Signatures on Following Page]*

Dated: March 4, 2025

|  | /s/ Catherine Keller Hopkin (signed w/ express permission)<br>Catherine Keller Hopkin (28257)<br>Yumkas, Vidmar, Sweeney & Mulrenin, LLC<br>185 Admiral Cochrane Drive, Suite 130<br>Annapolis, Maryland 21401<br>(443) 569-0788<br>chopkin@yvslaw.com<br>*Counsel for Capital Bank, N.A.*<br><br>/s/ Maurice B. VerStandig<br>Maurice B. VerStandig<br>Bar No. 18071<br>THE BELMONT FIRM<br>1050 Connecticut Avenue NW, Suite 500<br>Washington, DC 20036<br>Phone: (301) 444-4600<br>E-mail: mac@dcbankruptcy.com<br>*Counsel for the Debtor* |
|---|---|

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of March, 2025, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Corinne Donohue Adams  cadams@yvslaw.com, cadams@yvslaw.com;jbeckman@yvslaw.com;pgomez@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;r39990@notify.bestcase.com
- Catherine Keller Hopkin  chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
- Lynn A. Kohen  lynn.a.kohen@usdoj.gov
- L. Jeanette Rice  Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Angela L. Shortall  ashortall@3cubed-as.com, md70@ecfcbis.com
- US Trustee - Greenbelt  USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig  mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig