The applicant is directed to (1) file an amended verified statement by the person to be employed setting forth the persons connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee as required by Bankruptcy Rule 2014(a), (2) serve the United States Trustee with a copy of the amended verified statement, and (3) file a supplemental certificate of service within ten (10) days of the date of this instruction.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| In re | Case No. 24-13609 |
| Smokecraft Clarendon, LLC | Chapter 11 |
| Debtor. | |

**ORDER APPROVING APPLICATION TO APPROVE EMPLOYMENT OF COHNREZNICK AS BUSINESS TAX RETURN PREPARER FOR SMOKECRAFT CLARENDON, LLC**

Upon consideration of the Application to Approve Employment of CohnReznick as Business Tax Return Preparer for Smokecraft Clarendon, LLC (the "Application," with the debtor herein being known as the "Debtor"), any objections thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

FOUND, that Stephanie O'Rourke and CohnReznick LLP do not hold any interest adverse to the Debtor or the estate; and it is further

FOUND, that Stephanie O'Rourke and CohnReznick LLP are disinterested persons within the meaning set forth in Section 101(14) of Title 11 of the United States Code; and it is further

ORDERED, the Debtor be, and is hereby authorized to, employ Stephanie O'Rourke and CohnReznick LLP to furnish business tax return preparation services to the Debtor; and it is further

1

ORDERED, that any compensation paid to Stephanie O'Rourke and CohnReznick LLP is subject to the review of this Honorable Court, in conformity with governing law.

Copies:

All Counsel of Record

