IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re | Case No. 24-13609 |
| Smokecraft Clarendon, LLC | Chapter 11 |
| Debtor. | |

**AMENDED DECLARATION IN SUPPORT OF
APPLICATION TO APPROVE EMPLOYMENT
OF COHNREZNICK AS BUSINESS TAX RETURN
PREPARER FOR SMOKECRAFT CLARENDON, LLC**

1. My name is Stephanie O'Rourk, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I am a certified public accountant employed on a full time basis by the firm of CohnReznick LLP.

3. I work at the CohnReznick LLP office located at 3560 Lennox Road, NE, Suite 2900, Atlanta, Georgia 30326.

4. Upon reasonable inquiry, I believe CohnReznick LLP represents no other entity in connection with this case and am disinterested as that term is defined in 11 U.S.C. §101(14). CohnReznick LLP (i) is not a creditor, an equity security holder, or an insider of Debtor; (ii) is not and was not, within two years before the date of filing of the petition for relief, a director, officer or employee of the Debtor; and (iii) does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason. Further, CohnReznick LLP holds no interest adverse to the interest of the Debtor.

1

5. CohnReznick LLP has represented the debtor in this matter, prior to the filing of a bankruptcy petition, in connection with various matters.

6. Upon reasonable inquiry, I believe CohnReznick LLP does not represent any creditor in this matter, nor does CohenReznick LLP represent YVS Law, LLC or the United States Trustee.

7. I do not have any personal connections to any creditors in this case, nor to the United States Trustee, nor to counsel for the parties.

8. To the extent any parties are represented by counsel in this matter, but said counsel has not entered an appearance herein or otherwise made their appearance known, the identity of said counsel is not readily ascertainable and I accordingly cannot run a conflicts check to ascertain if CohnReznick LLP has a relationship with said counsel.

9. All facts contained in the application to which my original declaration is affixed are true and correct to the best of my knowledge.

I, Stephanie O'Rourk, pursuant to Section 1746 of Title 29 of the United States Code, do hereby declare, under the penalty of perjury, that I have personal knowledge of the matters set forth herein and the foregoing are true and correct.

Dated: March 18, 2025   By: *Stephanie O'Rourk*
E717F757149144D...
Stephanie O'Rourk, CPA

2