IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **In re:** <br><br> **SMOKECRAFT CLARENDON, LLC.** <br><br> Debtor. | Case No. 24-13609-MCR <br> (Chapter 11) |

**UNITED STATES TRUSTEE'S LIMITED OBJECTION
TO APPLICATION TO EMPLOY COHNRESNICK, LLP AS
BUSINESS TAX RETURN PREPARER**

Matthew W. Cheney, Acting United States Trustee for Region 4 ("United States Trustee"), by counsel, files this limited objection to the Application to Employ Stephanie O'Rourke and CohenReznick, LLP as Business Tax Return Preparer ("Application"), Dkt. 104, because the Verified Statement, Dkt. 111, does not comply with Bankruptcy Rule 2014. According to Rule 2014, the Application must be accompanied by a verified statement setting forth the applicant's "connections" with (1) the debtor, (2) creditors, (3) their respective attorneys and accountants, (4) the United States Trustee, and (5) any person employed in the United States Trustee's office.

Despite filing three verified statements, CohnReznick, LLP has failed to comply fully with Bankruptcy Rule 2014. The Verified Statement, Dkt. 111, fails to mention the respective parties' accountants, any person employed in the United States Trustee's office, and other parties in interest (i.e., the owner of the Debtor). Moreover, while CohnReznick states that it has done prior work for the Debtor, it fails to mention if the Debtor owes it any money or whether it received any payments from the Debtor within a year prior to filing bankruptcy. In reviewing the Application for disinterestness, it is important to know whether there is a potential preference action that can be brought against CohnReznick.

1

WHEREFORE, the United States Trustee respectfully requests that the Application be denied until such time as the CohnReznick files a verified statement in compliance with Bankruptcy Rule 2014.

Dated: March 19, 2025                                      Respectfully submitted,

**GERARD R. VETTER**
Acting United States Trustee for Region 4
By Counsel:


*/s/ Lynn A. Kohen*
Lynn A. Kohen, Bar No. 10025
6305 Ivy Lane, Suite 600
Greenbelt, MD  20770
Tel.: (301) 344-6219
Fax: (301) 344-8431
Email: lynn.a.kohen@usdoj.gov

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on March 19, 2025, I caused to be served a true and correct copy of the foregoing United States Trustee's Objection to the Application to Employ CohnReznick as Business Tax Return Preparer by ECF notification upon the following:

- **Corinne Donohue Adams**    cadams@yvslaw.com, cadams@yvslaw.com;jbeckman@yvslaw.com;pgomez@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;r39990@notify.bestcase.com
- **Catherine Keller Hopkin**    chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
- **Lynn A. Kohen**    lynn.a.kohen@usdoj.gov
- **L. Jeanette Rice**    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Angela L. Shortall**    ashortall@3cubed-as.com, md70@ecfcbis.com
- **US Trustee - Greenbelt**    USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

And by first-class mail, postage prepaid, to:

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

Stephanie O'Rourk
CohnReznick, LLP
3560 Lennox Road, NE
Suite 2900
Atlanta, GA 30326

                 */s/ Lynn A. Kohen*
                 Lynn A. Kohen