United States Bankruptcy Court
District of Maryland

In re:     Case No. 24-13609-MCR

Smokecraft Clarendon, LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 17, 2025 | Form ID: pdfall | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Smokecraft Clarendon, LLC, 7104 Loch Lomond Drive, Bethesda, MD 20817-4760 |
| cr | + | Capital Bank, N.A., c/o Catherine Keller Hopkin, Esquire, YVS Law, LLC, 185 Admiral Cochrane Drive, Suite 130, Annapolis, MD 21401-7582 |
| 32549561 | + | Capital Bank NA, Catherine Keller Hopkin, YVS Law, LLC, 185 Admiral Cochrane Drive, Suite 130, Annapolis, Maryland 21401-7582 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela L. Shortall | ashortall@3cubed-as.com md70@ecfcbis.com |
| Catherine Keller Hopkin | chopkin@yvslaw.com pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com |
| Corinne Donohue Adams | cadams@yvslaw.com cadams@yvslaw.com,jbeckman@yvslaw.com,pgomez@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,r39990@notify.bestcase.com |
| L. Jeanette Rice | |

District/off: 0416-0 | User: admin | Page 2 of 2
Date Rcvd: Mar 17, 2025 | Form ID: pdfall | Total Noticed: 3

    Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

Lynn A. Kohen
    lynn.a.kohen@usdoj.gov

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

US Trustee - Greenbelt
    USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 7

Entered: March 17th, 2025
Signed: March 13th, 2025
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## AT GREENBELT

| | |
|---|---|
| In re:<br><br>SMOKECRAFT CLARENDON, LLC,<br><br>Debtor. | Case Number: 24-13609-MCR<br>Chapter 11 (Subchapter V) |
| SMOKECRAFT CLARENDON, LLC,<br><br>Movant,<br><br>v.<br><br>CAPITAL BANK, NATIONAL ASSOCIATION,<br><br>Respondent. | |

### SCHEDULING ORDER REGARDING
### DEBTOR'S MOTION TO VALUE SECURED CLAIM

On February 14, 2025, Smokecraft Clarendon, LLC (the "Debtor") filed a Motion to Value Secured Claim of Capital Bank, National Association (the "Motion to Value") [Dkt. No. 103], and on February 28, 2025, Capital Bank, National Association (the "Lender") filed an opposition to the Motion to Value [Dkt. No. 106]. On March 4, 2025, the parties filed a joint status report [Dkt.

No. 107] advising the Court that discovery is needed and requesting that the Court set an evidentiary hearing on the Motion to Value. The Debtor and the Lender are referred to collectively as the "Parties" and individually as a "Party."

For good cause appearing, IT IS ORDERED:

1. Discovery regarding the Motion to Value shall be completed by **March 25, 2025**. The parties are reminded that: (i) Local Bankruptcy Rule 7026-1(b) requires that discovery requests be made at a sufficiently early date to assure that the time for responses expires and discovery disputes are resolved before the discovery deadline; (ii) Local Bankruptcy Rule 7026-2 requires that a party propounding written discovery, taking a deposition, or providing a discovery response file a notice stating the type of discovery or response served, the date and type of service, and each person served; and (iii) Rule 26(e) requires a party to supplement or correct its discovery responses in a timely manner if the party learns that in some material respect the disclosure or response is incomplete or incorrect.

2. An evidentiary hearing on the Motion to Value will be held on **April 22, 2025 at 10:00 a.m.** at the United States Courthouse, Courtroom 3-C, 6500 Cherrywood Lane, Greenbelt, Maryland.

3. Any counsel and parties in interest who intend only to observe the hearing or make limited, non-substantive statements to the Court may participate in the hearing by videoconference (for hybrid hearing information, go to https://www.mdb.uscourts.gov/judges-info/judge/maria-ellena-chavez-ruark); provided, however, that any persons attending by videoconference will not be permitted to question any witnesses or make substantive arguments to the Court.

4. A party must electronically pre-file its witness list, exhibit list, and all exhibits (except those to be used solely for rebuttal purposes) on the Court's docket by **April 15, 2025** as

- 2 -

set forth herein, in Local Bankruptcy Rule 7016-1(c), and in the Court's Protocol for Hybrid Hearings (https://www.mdb.uscourts.gov/judges-info/judge/maria-ellena-chavez-ruark). To the extent there is a conflict between this Order and either Local Bankruptcy Rule 7016-1(c) or the Court's Protocol for Hybrid Hearings, this Order shall govern.

5. Failure to comply with this Order may result in sanctions being imposed by the Court on the offending party, including but not limited to dismissal of the action.

6. The parties shall read, be familiar with, and comply with Local Bankruptcy Rule 9037-1 concerning their obligations to limit the introduction of private information and to review transcripts to redact private information.

7. The parties shall read, be familiar with, and comply with the Court's Protocol for Hybrid Hearings (https://www.mdb.uscourts.gov/judges-info/judge/maria-ellena-chavez-ruark).

cc:   Debtor – Smokecraft Clarendon, LLC
      Debtor's counsel – Maurice Belmont VerStandig
      Respondent – Capital Bank, National Association
      Respondent's counsel – Catherine K. Hopkin
      SubChapter V Trustee – Angela Shortall
      United States Trustee – Lynn A. Kohen, L. Jeanette Rice

**END OF ORDER**