**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

In re                                          Case No. 24-13609-MCR

Smokecraft Clarendon, LLC                      Chapter 11

      Debtor.

_____/

**LINE ATTACHING SECOND AMENDED**
**DECLARATION OF PROPOSED ACCOUNTANT**

    Comes now Smokecraft Clarendon, LLC ("Smokecraft" or the "Debtor"), by and through

undersigned counsel, pursuant to this Honorable Court's instruction of March 7, 2025, DE #108,

and the objection of the United States Trustee, DE #112, and attaches hereto a subsequent amended

declaration of Stephanie O'Rourk, CPA.

                     Respectfully submitted,

                     /s/ Maurice B. VerStandig
                     Maurice B. VerStandig, Esq.
                     Bar No. 18071
                     THE BELMONT FIRM
                     1050 Connecticut Avenue NW,
                     Suite 500
                     Washington, DC 20036
                     Phone: (301) 444-4600
                     E-mail: mac@dcbankruptcy.com
                     *Counsel for the Debtor*

*[Certificate of Service on Following Page]*

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 21st day of March, 2025, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Corinne Donohue Adams    cadams@yvslaw.com, cadams@yvslaw.com;jbeckman@yvslaw.com;pgomez@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;r39990@notify.bestcase.com
- Catherine Keller Hopkin    chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
- Lynn A. Kohen    lynn.a.kohen@usdoj.gov
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Angela L. Shortall    ashortall@3cubed-as.com, md70@ecfcbis.com
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.