**Smokecraft Clarendon LLC**
**MOR Exhibit C - Deposit Transaction Report**

| Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---:|
| 02/01/2025 | Journal Entry | Sales 2.1 | No | | Cash | -Split- | 419.00 |
| 02/01/2025 | Journal Entry | Sales 2.1 | No | | Credit Cards | -Split- | 7,417.46 |
| 02/02/2025 | Journal Entry | Sales 2.2 | No | | Cash | -Split- | 187.38 |
| 02/02/2025 | Deposit | | No | | | -Split- | 255.98 |
| 02/02/2025 | Deposit | | No | DoorDash Inc | | -Split- | 2,729.00 |
| 02/02/2025 | Deposit | | No | UberEats | | -Split- | 4,073.33 |
| 02/02/2025 | Journal Entry | Sales 2.2 | No | | Credit Cards | -Split- | 4,544.71 |
| 02/03/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.38 |
| 02/03/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.62 |
| 02/03/2025 | Deposit | | No | | | Expenses:Register Over/Short | 1.00 |
| 02/03/2025 | Deposit | | No | | | -Split- | 306.07 |
| 02/03/2025 | Journal Entry | Sales 2.3 | No | | Credit Cards | -Split- | 2,052.65 |
| 02/04/2025 | Journal Entry | Sales 2.4 | No | | Credit Cards | -Split- | 1,587.36 |
| 02/05/2025 | Journal Entry | Sales 2.5 | No | | Cash | -Split- | 86.98 |
| 02/05/2025 | Journal Entry | Sales 2.5 | No | | Credit Cards | -Split- | 1,791.24 |
| 02/06/2025 | Journal Entry | Sales 2.6 | No | | Credit Cards | -Split- | 4,537.69 |
| 02/07/2025 | Journal Entry | Sales 2.7 | No | | Cash | -Split- | 43.95 |
| 02/07/2025 | Journal Entry | Sales 2.7 | No | | Credit Cards | -Split- | 5,465.39 |
| 02/08/2025 | Journal Entry | Sales 2.8 | No | | Credit Cards | -Split- | 5,795.38 |
| 02/09/2025 | Deposit | | No | | | -Split- | 607.08 |
| 02/09/2025 | Journal Entry | Sales 2.9 | No | | Cash | -Split- | 695.83 |
| 02/09/2025 | Deposit | | No | DoorDash Inc | | -Split- | 2,030.45 |
| 02/09/2025 | Deposit | | No | UberEats | | -Split- | 4,926.03 |
| 02/09/2025 | Journal Entry | Sales 2.9 | No | | Credit Cards | -Split- | 8,064.39 |
| 02/10/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.02 |
| 02/10/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.05 |
| 02/10/2025 | Journal Entry | Sales 2.10 | No | | Cash | -Split- | 188.68 |
| 02/10/2025 | Deposit | | No | | | -Split- | 374.51 |
| 02/10/2025 | Journal Entry | Sales 2.10 | No | | Credit Cards | -Split- | 1,195.18 |
| 02/11/2025 | Journal Entry | Sales 2.11 | No | | Cash | -Split- | 29.65 |
| 02/11/2025 | Deposit | | No | | Refunds | Discounts:Food Sales | 202.73 |
| 02/11/2025 | Deposit | | No | | INTEREST CREDIT | 8101 Interest Income | 210.01 |
| 02/11/2025 | Journal Entry | Sales 2.11 | No | | Credit Cards | -Split- | 1,147.98 |
| 02/12/2025 | Journal Entry | Sales 2.12 | No | | Cash | -Split- | 10.42 |
| 02/12/2025 | Journal Entry | Sales 2.12 | No | | Credit Cards | -Split- | 1,947.91 |
| 02/13/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.32 |
| 02/13/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.35 |
| 02/13/2025 | Journal Entry | Sales 2.13 | No | | Cash | -Split- | 50.50 |
| 02/13/2025 | Journal Entry | Sales 2.13 | No | | Credit Cards | -Split- | 2,627.64 |
| 02/14/2025 | Journal Entry | Sales 2.14 | No | | Cash | -Split- | 170.48 |
| 02/14/2025 | Journal Entry | Sales 2.14 | No | | Credit Cards | -Split- | 10,686.80 |
| 02/15/2025 | Journal Entry | Sales 2.15 | No | | Cash | -Split- | 145.23 |
| 02/15/2025 | Journal Entry | Sales 2.15 | No | | Credit Cards | -Split- | 8,403.40 |
| 02/16/2025 | Deposit | | No | | | -Split- | 212.88 |
| 02/16/2025 | Journal Entry | Sales 2.16 | No | | Cash | -Split- | 358.14 |
| 02/16/2025 | Deposit | | No | DoorDash Inc | | -Split- | 1,993.49 |
| 02/16/2025 | Deposit | | No | UberEats | | -Split- | 3,680.66 |
| 02/16/2025 | Journal Entry | Sales 2.16 | No | | Credit Cards | -Split- | 5,275.34 |
| 02/17/2025 | Journal Entry | Sales 2.17 | No | | Cash | -Split- | 60.00 |
| 02/17/2025 | Journal Entry | Sales 2.17 | No | | Cash | -Split- | 147.00 |
| 02/17/2025 | Deposit | | No | | | -Split- | 424.67 |
| 02/17/2025 | Journal Entry | Sales 2.17 | No | | Credit Cards | -Split- | 2,972.68 |
| 02/18/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.50 |
| 02/18/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.52 |
| 02/18/2025 | Deposit | | No | | Overage amount | Expenses:Register Over/Short | 21.86 |
| 02/18/2025 | Journal Entry | Sales 2.18 | No | | Cash | -Split- | 152.38 |
| 02/18/2025 | Journal Entry | Sales 2.18 | No | | Credit Cards | -Split- | 3,506.59 |
| 02/19/2025 | Journal Entry | Sales 2.19 | No | | Cash | -Split- | 12.07 |
| 02/19/2025 | Journal Entry | Sales 2.19 | No | | Credit Cards | -Split- | 2,513.66 |
| 02/20/2025 | Journal Entry | Sales 2.20 | No | | Cash | -Split- | 167.75 |
| 02/20/2025 | Deposit | | No | Stripe | those are OpenTable no show charges on the Stripe account | 8110 Other Income | 177.66 |
| 02/20/2025 | Journal Entry | Sales 2.20 | No | | Credit Cards | -Split- | 1,992.64 |
| 02/21/2025 | Journal Entry | Sales 2.21 | No | | Credit Cards | -Split- | 2,475.80 |
| 02/22/2025 | Journal Entry | Sales 2.22 | No | | Cash | -Split- | 41.14 |
| 02/22/2025 | Journal Entry | Sales 2.22 | No | | Credit Cards | -Split- | 7,293.74 |
| 02/23/2025 | Journal Entry | Sales 2.23 | No | | Cash | -Split- | 23.05 |
| 02/23/2025 | Deposit | | No | | | -Split- | 394.89 |
| 02/23/2025 | Deposit | | No | | | -Split- | 845.18 |
| 02/23/2025 | Deposit | | No | DoorDash Inc | | -Split- | 2,007.14 |
| 02/23/2025 | Deposit | | No | UberEats | | -Split- | 3,170.46 |
| 02/23/2025 | Journal Entry | Sales 2.23 | No | | Credit Cards | -Split- | 4,276.47 |
| 02/24/2025 | Journal Entry | Sales 2.24 | No | | Cash | -Split- | 6.02 |
| 02/24/2025 | Journal Entry | Sales 2.24 | No | | Credit Cards | -Split- | 1,679.44 |
| 02/25/2025 | Journal Entry | Sales 2.25 | No | | Cash | -Split- | 84.50 |
| 02/25/2025 | Journal Entry | Sales 2.25 | No | | Credit Cards | -Split- | 1,942.33 |
| 02/26/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.25 |
| 02/26/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.50 |
| 02/26/2025 | Deposit | | No | | | Expenses:Register Over/Short | 1.95 |
| 02/26/2025 | Journal Entry | Sales 2.26 | No | | Credit Cards | -Split- | 2,311.32 |
| 02/27/2025 | Journal Entry | Sales 2.27 | No | | Credit Cards | -Split- | 3,984.20 |
| 02/28/2025 | Deposit | | No | | | -Split- | 100.89 |
| 02/28/2025 | Journal Entry | Sales 2.28 | No | | Credit Cards | -Split- | 4,985.07 |
| | | | | | | $ | 144,306.04 |