# Smokecraft Clarendon LLC
## MOR Exhibit D - Withdrawal Transaction Report

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount | |
|---|---|---|---|---|---|---|---|
| 02/01/2025 | Journal Entry | MI15251ME | No | | Vendor: MarginEdge | -Split- | -300.00 |
| 02/03/2025 | Bill Payment (Check) | | No | Safety First Services | | Accounts Payable (A/P) | -1,050.00 |
| 02/03/2025 | Bill Payment (Check) | | No | Lyon Bakery | | Accounts Payable (A/P) | -595.98 |
| 02/03/2025 | Bill Payment (Check) | | No | Bowie Produce | | Accounts Payable (A/P) | -568.75 |
| 02/03/2025 | Bill Payment (Check) | | No | Chill-Craft Company Inc. | | Accounts Payable (A/P) | -145.00 |
| 02/03/2025 | Expense | | No | Amazon | VISA DDA PUR AP - 469216   AMAZON MKTPL ZC18D5EA1   AMZN COM BILL * WA | 6170 Cost of Sales:Grocery Cost | -24.06 |
| 02/03/2025 | Expense | | No | Toast Inc. | plan for Invoice INV4562080. | Administrative:Other Contracted | -16.24 |
| 02/03/2025 | Expense | | No | | | Expenses:Register Over/Short | -0.07 |
| 02/04/2025 | Bill Payment (Check) | | No | KBS III 3003 Washington LLC | | Accounts Payable (A/P) | -18,051.64 |
| 02/04/2025 | Check | 5128 | No | | Mileage from 5.24-7.24 | 3110 Contribution - A Darneille | -874.83 |
| 02/04/2025 | Expense | | No | ALSCO | VISA DDA PUR AP - 449216   STICKER MULE   STICKERMULE C * NY | Go Supplies | -301.57 |
| 02/04/2025 | Bill Payment (Check) | 5127 | No | Reinhart Food Service (PFG) | Invoice Numbers: LALE1132615 | Accounts Payable (A/P) | -214.85 |
| 02/05/2025 | Bill Payment (Check) | | No | Juarez's HVAC LLC | | Accounts Payable (A/P) | -101.24 |
| 02/05/2025 | Bill Payment (Check) | | No | Parkx Master Merchant, LC | | Accounts Payable (A/P) | -360.00 |
| 02/06/2025 | Bill Payment (Check) | | No | Toast Inc. | | Accounts Payable (A/P) | -200.00 |
| 02/06/2025 | Journal Entry | MI15267ME | No | | Vendor: Arlington Chamber of Commerce | -Split- | -534.75 |
| 02/07/2025 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -55.00 |
| 02/07/2025 | Bill Payment (Check) | 5130 | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1894667 | Accounts Payable (A/P) | -7,569.41 |
| 02/07/2025 | Bill Payment (Check) | 5129 | No | TriMark Adams-Burch | 20286 | Accounts Payable (A/P) | -1,247.14 |
| 02/07/2025 | Journal Entry | MI15287ME | No | | Vendor: Restaurant Depot / Jetro | -Split- | -686.12 |
| 02/08/2025 | Journal Entry | MI15295ME | No | | Vendor: Virginia ABC | -Split- | -553.77 |
| 02/09/2025 | Bill Payment (Check) | Open CR | No | Logan Food Company | | Accounts Payable (A/P) | -593.46 |
| 02/09/2025 | Journal Entry | MI15297ME | No | | Vendor: Giant | -Split- | -127.50 |
| 02/09/2025 | Journal Entry | MI15299ME | No | | Vendor: Giant | -Split- | -13.99 |
| 02/10/2025 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -13.96 |
| 02/10/2025 | Bill Payment (Check) | | No | Platform Business Advisors | | Accounts Payable (A/P) | -2,912.90 |
| 02/10/2025 | Bill Payment (Check) | | No | Toast Inc. | | Accounts Payable (A/P) | -2,500.00 |
| 02/10/2025 | Bill Payment (Check) | | No | Bowie Produce | | Accounts Payable (A/P) | -787.75 |
| 02/10/2025 | Bill Payment (Check) | | No | Lyon Bakery | | Accounts Payable (A/P) | -425.25 |
| 02/10/2025 | Bill Payment (Check) | | No | TriMark Adams-Burch | | Accounts Payable (A/P) | -404.10 |
| 02/10/2025 | Journal Entry | MI15303ME | No | | Vendor: ULINE | -Split- | -351.52 |
| 02/10/2025 | Bill Payment (Check) | 5131 | No | M.A. Stockstill Co. | Invoice Numbers: 25415 | Accounts Payable (A/P) | -348.93 |
| 02/10/2025 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -220.00 |
| 02/10/2025 | Expense | | No | | Virginia ABC | 6210 Cost of Sales:Liquor Cost | -65.23 |
| 02/10/2025 | Journal Entry | MI15302ME | No | | Vendor: Giant | -Split- | -14.83 |
| 02/10/2025 | Expense | | No | | | Expenses:Register Over/Short | -9.18 |
| 02/11/2025 | Journal Entry | MI15310ME | No | | Vendor: Restaurant Depot / Jetro | -Split- | -1.00 |
| 02/11/2025 | Bill Payment (Check) | 5132 | No | ALSCO | Invoice Numbers: LALE1133685 | Accounts Payable (A/P) | -970.31 |
| 02/11/2025 | Bill Payment (Check) | | No | Lyon Bakery | | Accounts Payable (A/P) | -214.85 |
| 02/12/2025 | Journal Entry | MI15319ME | No | | Vendor: Mailchimp | -Split- | -1.54 |
| 02/12/2025 | Expense | | No | Toast Inc. | Refund | Discounts:Food Sales | -285.00 |
| 02/12/2025 | Expense | | No | Arlington Chamber of Commerce | ARLINGTON CHAMBE ACH | Administrative:Dues & | -202.73 |
| 02/13/2025 | Expense | | No | | | Expenses:Register Over/Short | -48.00 |
| 02/14/2025 | Journal Entry | Payroll 1.27-2.9 | No | | DD+ payroll fee | -Split- | -0.42 |
| 02/14/2025 | Journal Entry | Payroll 1.27-2.9 | No | | taxes - GL Report Summary | -Split- | -16,498.37 |
| 02/14/2025 | Journal Entry | Payroll 1.27-2.9 | No | | Employee Payroll | -Split- | -6,442.60 |
| 02/14/2025 | Journal Entry | Payroll 1.27-2.9 | No | | Employee Payroll | -Split- | -1,046.95 |
| 02/14/2025 | Journal Entry | Payroll 1.27-2.9 | No | | Employee Payroll | -Split- | -710.85 |
| 02/14/2025 | Journal Entry | Payroll 1.27-2.9 | No | | Employee Payroll | -Split- | -707.64 |
| 02/14/2025 | Journal Entry | Payroll 1.27-2.9 | No | | Employee Payroll | -Split- | -556.01 |
| 02/14/2025 | Journal Entry | Payroll 1.27-2.9 | No | | Employee Payroll | -Split- | -547.06 |
| 02/14/2025 | Journal Entry | Payroll 1.27-2.9 | No | | Employee Payroll | -Split- | -457.09 |
| 02/14/2025 | Journal Entry | Payroll 1.27-2.9 | No | | Employee Payroll | -Split- | -456.33 |
| 02/14/2025 | Journal Entry | Payroll 1.27-2.9 | No | | Employee Payroll | -Split- | -420.49 |
| 02/14/2025 | Bill Payment (Check) | | No | Bowie Produce | | Accounts Payable (A/P) | -1,126.00 |
| 02/14/2025 | Bill Payment (Check) | | No | Comcast (EFT) | | Accounts Payable (A/P) | -757.88 |
| 02/14/2025 | Bill Payment (Check) | | No | Motleys Asset Disposition Group | | Accounts Payable (A/P) | -750.00 |
| 02/14/2025 | Bill Payment (Check) | 5135 | No | TriMark Adams-Burch | Invoice Numbers: 6502275-00 | Accounts Payable (A/P) | -727.52 |
| 02/14/2025 | Bill Payment (Check) | 5133 | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | 56070 | Accounts Payable (A/P) | -552.83 |
| 02/14/2025 | Bill Payment (Check) | | No | Lyon Bakery | | Accounts Payable (A/P) | -235.36 |
| 02/14/2025 | Expense | | No | Amazon | VISA DDA PUR AP - 469216   AMAZON MKTPL TC64Z8Q83   AMZN COM BILL * WA | 6170 Cost of Sales:Grocery Cost | -50.82 |
| 02/14/2025 | Journal Entry | MI15321ME | No | | Vendor: Giant | -Split- | -36.02 |
| 02/14/2025 | Journal Entry | MI15322ME | No | | Vendor: Trader Joe's | -Split- | -33.20 |
| 02/14/2025 | Bill Payment (Check) | | No | MtoM Consulting, LLC | | Accounts Payable (A/P) | -30.00 |
| 02/14/2025 | Journal Entry | MI15323ME | No | | Vendor: Trader Joe's | -Split- | -6.03 |
| 02/16/2025 | Journal Entry | MI15332ME | No | | Vendor: Virginia ABC | -Split- | -259.91 |
| 02/17/2025 | Journal Entry | MI15343ME | No | | Vendor: Restaurant Depot / Jetro | -Split- | -699.83 |
| 02/17/2025 | Journal Entry | MI15344ME | No | | Vendor: Dropbox | -Split- | -54.00 |
| 02/18/2025 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -6,473.13 |
| 02/18/2025 | Bill Payment (Check) | | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | | Accounts Payable (A/P) | -2,267.38 |
| 02/18/2025 | Bill Payment (Check) | | No | Erie Insurance Group | | Accounts Payable (A/P) | -1,359.48 |
| 02/18/2025 | Bill Payment (Check) | | No | TriMark Adams-Burch | | Accounts Payable (A/P) | -224.76 |
| 02/18/2025 | Bill Payment (Check) | 5136 | No | ALSCO | Invoice Numbers: LALE1134702 | Accounts Payable (A/P) | -221.29 |
| 02/18/2025 | Bill Payment (Check) | | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | | Accounts Payable (A/P) | -156.54 |
| 02/18/2025 | Expense | | No | Amazon | VISA DDA PUR AP - 469216   AMAZON COM 080ZG6Y33   AMZN COM BILL * WA | Administrative:Office Supplies & | -22.75 |
| 02/18/2025 | Expense | | No | | | Expenses:Register Over/Short | -0.23 |
| 02/19/2025 | Bill Payment (Check) | | No | Premium Distributors | | Accounts Payable (A/P) | -534.80 |
| 02/19/2025 | Bill Payment (Check) | | No | Republic National | | Accounts Payable (A/P) | -240.72 |
| 02/20/2025 | Bill Payment (Check) | 5137 | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1897891 | Accounts Payable (A/P) | -859.45 |
| 02/20/2025 | Expense | | No | | | Expenses:Register Over/Short | -0.38 |
| 02/20/2025 | Expense | | No | | | Expenses:Register Over/Short | -0.07 |
| 02/21/2025 | Expense | | No | Arlington County Treasurer | ARLINGTON COUNTY ARLCO PMT | 2000 Sales Tax Payable | -5,275.30 |
| 02/21/2025 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -5,034.26 |
| 02/21/2025 | Journal Entry | MI15455ME | No | | Vendor: Corporate Filings LLC | -Split- | -49.00 |
| 02/22/2025 | Journal Entry | MI15373ME | No | | Vendor: Canva | -Split- | -14.99 |
| 02/24/2025 | Bill Payment (Check) | | No | Washington Gas | | Accounts Payable (A/P) | -2,216.71 |
| 02/24/2025 | Bill Payment (Check) | 5138 | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1898702 | Accounts Payable (A/P) | -823.66 |
| 02/24/2025 | Bill Payment (Check) | | No | Lyon Bakery | | Accounts Payable (A/P) | -719.06 |
| 02/24/2025 | Bill Payment (Check) | 5139 | No | TriMark Adams-Burch | Invoice Numbers: 6504493-00 | Accounts Payable (A/P) | -603.57 |
| 02/24/2025 | Bill Payment (Check) | | No | Bowie Produce | | Accounts Payable (A/P) | -585.25 |
| 02/24/2025 | Bill Payment (Check) | | No | TriMark Adams-Burch | | Accounts Payable (A/P) | -390.08 |
| 02/24/2025 | Bill Payment (Check) | | No | Magnolia Plumbing | | Accounts Payable (A/P) | -255.00 |
| 02/24/2025 | Bill Payment (Check) | | No | Intuit Inc. | | Accounts Payable (A/P) | -144.00 |
| 02/25/2025 | Bill Payment (Check) | | No | Dominion Energy Virginia | | Accounts Payable (A/P) | -3,466.02 |
| 02/25/2025 | Bill Payment (Check) | | No | Capital Bank | | Accounts Payable (A/P) | -1,500.00 |
| 02/25/2025 | Bill Payment (Check) | 5140 | No | ALSCO | Invoice Numbers: LALE1135760 | Accounts Payable (A/P) | -221.29 |
| 02/26/2025 | Bill Payment (Check) | EFT25496405 | No | Hop & Wine | Invoice Numbers: 280796 | Accounts Payable (A/P) | -512.00 |

| Date | Type | Num | | Name | Memo | Account | Amount |
|---|---|---|---|---|---|---|---|
| 02/26/2025 | Journal Entry | MI15392ME | No | | Vendor: Virginia ABC | -Split- | -437.82 |
| 02/26/2025 | Expense | | No | State Farm | VISA DDA PUR AP - 494300   STATE FARM INSURANCE   800 956 6310  * IL | Administrative:Gen. Liab Insur/Key | -182.34 |
| 02/26/2025 | Journal Entry | MI15391ME | No | | Vendor: Virginia ABC | -Split- | -36.99 |
| 02/26/2025 | Journal Entry | MI15395ME | No | | Vendor: Giant | -Split- | -8.88 |
| 02/26/2025 | Expense | | No | | | Expenses:Register Over/Short | -0.14 |
| 02/26/2025 | Expense | | No | | | Expenses:Register Over/Short | -0.02 |
| 02/27/2025 | Expense | | No | Restaurant Depot | VISA DDA PUR AP - 403629   RESTAURANT DEPOT   718 762 8700  * NY | -Split- | -1,968.09 |
| 02/27/2025 | Bill Payment (Check) | | No | Open Table Inc. ACH | | Accounts Payable (A/P) | -328.50 |
| 02/27/2025 | Journal Entry | MI15400ME | No | | Vendor: ULINE | -Split- | -186.28 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | taxes - GL Report Summary | -Split- | -6,839.21 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Employee Payroll | -Split- | -2,544.70 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Employee Payroll | -Split- | -1,718.60 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Employee Payroll | -Split- | -1,363.60 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Employee Payroll | -Split- | -1,361.91 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Employee Payroll | -Split- | -1,218.79 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Employee Payroll | -Split- | -1,149.85 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Employee Payroll | -Split- | -1,149.83 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Employee Payroll | -Split- | -1,129.68 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Employee Payroll | -Split- | -1,070.23 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Employee Payroll | -Split- | -994.35 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Employee Payroll | -Split- | -937.99 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Employee Payroll | -Split- | -931.25 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Employee Payroll | -Split- | -866.83 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Employee Payroll | -Split- | -781.21 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Employee Payroll | -Split- | -726.39 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Employee Payroll | -Split- | -718.86 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Employee Payroll | -Split- | -661.19 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Employee Payroll | -Split- | -590.61 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Employee Payroll | -Split- | -569.14 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Employee Payroll | -Split- | -409.89 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Employee Payroll | -Split- | -368.53 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Fairfax Cir #11008 | -Split- | -212.26 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Alexandra Gen Dis #11010 | -Split- | -149.15 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Employee Payroll | -Split- | -84.15 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | DD+ payroll fee | -Split- | -60.00 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Employee Payroll | -Split- | -58.91 |
| 02/28/2025 | Journal Entry | Payroll 2.10-2.23 | No | | Fairfax Gen Dis #11009 | -Split- | -44.85 |
| 02/28/2025 | Expense | | No | VA Department of Taxation | VA DEPT TAXATION TAX PAYMEN | 2000 Sales Tax Payable | -6,821.18 |
| 02/28/2025 | Bill Payment (Check) | 5141 | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1900084 | Accounts Payable (A/P) | -759.89 |
| 02/28/2025 | Bill Payment (Check) | | No | Premium Distributors | | Accounts Payable (A/P) | -632.80 |
| 02/28/2025 | Expense | | No | Adobe Inc. | VISA DDA PUR AP - 403629   ADOBE  ADOBE   408 536 6000  * CA | Administrative:Other Contracted | -21.19 |
| 02/28/2025 | Journal Entry | MI15423ME | No | | Vendor: Google LLC | -Split- | -15.26 |
| | | | | | | | -151,408.17 |