## Smokecraft Clarendon LLC
## Vendor Balance Detail
### As of February 28, 2025

| | Date | Transaction Type | Num | Due Date | Amount | Open Balance |
|---|---|---|---|---|---|---|
| **Bowie Produce** | | | | | | |
| | 02/14/2025 | Bill | 5436849 | 03/07/2025 | 463.75 | 463.75 |
| | 02/17/2025 | Bill | 5436941 | 03/10/2025 | 150.50 | 150.50 |
| | 02/19/2025 | Bill | 5437210 | 03/12/2025 | 162.75 | 162.75 |
| | 02/21/2025 | Bill | 5437435 | 03/14/2025 | 452.75 | 452.75 |
| | 02/26/2025 | Bill | 5437769 | 03/19/2025 | 176.75 | 176.75 |
| **Total for Bowie Produce** | | | | | **$ 1,406.50** | **$ 1,406.50** |
| **Brant Williams Design** | | | | | | |
| | 01/31/2025 | Bill | 202375 | 01/31/2025 | 801.48 | 801.48 |
| **Total for Brant Williams Design** | | | | | **$ 801.48** | **$ 801.48** |
| **Chill-Craft Company Inc.** | | | | | | |
| | 02/07/2025 | Bill | 57434 | 02/07/2025 | 451.24 | 451.24 |
| **Total for Chill-Craft Company Inc.** | | | | | **$ 451.24** | **$ 451.24** |
| **Comcast (EFT)** | | | | | | |
| | 02/18/2025 | Bill | | 02/18/2025 | 757.88 | 757.88 |
| **Total for Comcast (EFT)** | | | | | **$ 757.88** | **$ 757.88** |
| **Dominion Energy Virginia** | | | | | | |
| | 02/27/2025 | Bill | 800530661643 | 02/27/2025 | 2,811.03 | 2,811.03 |
| **Total for Dominion Energy Virginia** | | | | | **$ 2,811.03** | **$ 2,811.03** |
| **GWWC, LLC** | | | | | | |
| | 02/18/2025 | Bill | 10645 | 02/18/2025 | 750.00 | 750.00 |
| **Total for GWWC, LLC** | | | | | **$ 750.00** | **$ 750.00** |
| **Lyon Bakery** | | | | | | |
| | 02/11/2025 | Bill Payment (Check) | | 02/11/2025 | -1.54 | -1.54 |
| | 02/24/2025 | Bill | | 03/15/2025 | 95.71 | 95.71 |
| | 02/25/2025 | Bill | | 03/15/2025 | 41.14 | 41.14 |
| | 02/27/2025 | Bill | | 03/15/2025 | 70.36 | 70.36 |
| **Total for Lyon Bakery** | | | | | **$ 205.67** | **$ 205.67** |
| **M.A. Stockstill Co.** | | | | | | |
| | 02/21/2025 | Bill | 25441 | 02/21/2025 | 1,296.97 | 1,296.97 |
| **Total for M.A. Stockstill Co.** | | | | | **$ 1,296.97** | **$ 1,296.97** |
| **Magnolia Plumbing** | | | | | | |
| | 01/31/2025 | Bill | 357593 | 01/31/2025 | 255.00 | 255.00 |
| **Total for Magnolia Plumbing** | | | | | **$ 255.00** | **$ 255.00** |
| **Parkx Master Merchant, LC** | | | | | | |
| | 02/17/2025 | Bill | 128673 | 02/17/2025 | 200.00 | 200.00 |
| **Total for Parkx Master Merchant, LC** | | | | | **$ 200.00** | **$ 200.00** |
| **Pest Management Services, Inc.** | | | | | | |
| | 02/22/2025 | Bill | 41630564 | 03/24/2025 | 85.00 | 85.00 |
| **Total for Pest Management Services, Inc.** | | | | | **$ 85.00** | **$ 85.00** |
| **Platform Business Advisors** | | | | | | |
| | 02/28/2025 | Bill | PFL0330 | 02/28/2025 | 2,500.00 | 2,500.00 |
| **Total for Platform Business Advisors** | | | | | **$ 2,500.00** | **$ 2,500.00** |
| **Reinhart Food Service (PFG)** | | | | | | |
| | 02/13/2025 | Bill | 5149530 | 02/28/2025 | 7,300.50 | 7,300.50 |
| | 02/19/2025 | Bill | 5154314 | 03/06/2025 | 7,314.38 | 7,314.38 |
| **Total for Reinhart Food Service (PFG)** | | | | | **$ 14,614.88** | **$ 14,614.88** |
| **Roberts Oxygen Company, Inc.** | | | | | | |
| | 01/31/2025 | Bill | M85557 | 01/31/2025 | 178.04 | 178.04 |
| **Total for Roberts Oxygen Company, Inc.** | | | | | **$ 178.04** | **$ 178.04** |
| **Safety First Services** | | | | | | |
| | 01/27/2025 | Bill | 12462716 | 01/27/2025 | 625.00 | 625.00 |
| | 02/24/2025 | Bill | 12462955 | 02/24/2025 | 625.00 | 625.00 |
| **Total for Safety First Services** | | | | | **$ 1,250.00** | **$ 1,250.00** |
| **TriMark Adams-Burch** | | | | | | |
| | 01/27/2025 | Vendor Credit | 6479759-00 | | -0.50 | -0.50 |
| | 02/17/2025 | Bill | 6502277-00 | 03/19/2025 | 179.17 | 179.17 |
| | 02/21/2025 | Bill | 5952957-57 | 03/23/2025 | 115.54 | 115.54 |
| | 02/21/2025 | Bill | 5942121-58 | 03/23/2025 | 274.54 | 274.54 |
| **Total for TriMark Adams-Burch** | | | | | **$ 568.75** | **$ 568.75** |
| **Washington Gas** | | | | | | |
| | 04/25/2024 | Bill | | 04/25/2024 | 799.62 | 799.62 |
| **Total for Washington Gas** | | | | | **$ 799.62** | **$ 799.62** |
| **Virginia Meals Tax** | | | | | | |
| | 02/28/2025 | | | 3/20/2025 | 11,409.55 | 11,409.55 |
| **Total for Virginia Meals Tax** | | | | | **$ 11,409.55** | **$ 11,409.55** |
| **Employee Tips** | | | | | | |
| | 02/28/2025 | | | 3/14/2025 | 2,132.91 | 2,132.91 |
| **Total for Employee Tips** | | | | | **$ 2,132.91** | **$ 2,132.91** |
| **TOTAL** | | | | | **$ 42,474.52** | **$ 42,474.52** |

Saturday, Mar 01, 2025 02:41:10 PM GMT-8