SMALL BUSINESS MOR – SMOKECRAFT CLARENDON LLC
Feb-25
EXHIBIT F

**Receivables**

| | | |
|---|---|---:|
| Grubhub | $ | 100.89 |
| UberEats | $ | 2,510.28 |
| DoorDash | $ | 1,583.13 |
| ezCater | $ | 2,159.67 |
| Toast CC Transactions | $ | 8,969.27 |
| Daily Cash Deposits | $ | - |
| **Total** | **$** | **15,323.24** |