# Smokecraft Clarendon LLC
## Balance Sheet
### As of February 28, 2025

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| 1010 Capital Bank MD | 2.00 |
| 1020 TD Bank Operating | 221.39 |
| 1021 TD Bank-DIP Checking | -18,868.67 |
| 1050 TD Bank CD | 65,625.36 |
| 1060 Petty Cash | 1,000.00 |
| **Total Bank Accounts** | **$ 47,980.08** |
| **Accounts Receivable** | |
| 1200 Accounts Receivable (A/R) | 0.00 |
| **Total Accounts Receivable** | **$ 0.00** |
| **Other Current Assets** | |
| 1201 DoorDash | 1,956.56 |
| 1202 UberEats | 3,353.97 |
| 1203 Square | 0.00 |
| 1204 ERC Receivable | 0.00 |
| 1205 Tripleseat (Stripe) | 0.00 |
| 1206 EZCater | 2,642.20 |
| 1207 Grubhub | 181.56 |
| 1208 Eventbrite | 0.00 |
| 1300 Prepaid Other | 6,184.83 |
| 1340 Prepaid Insurance | 208.99 |
| 1350 Food Inventory | 0.00 |
| 1352 Liquor Inventory | 0.00 |
| 1354 Wine Inventory | 0.00 |
| 1356 Beer Inventory | 0.00 |
| 1358 NA Bev Inventory | 0.00 |
| 6600 Employee Advance | 0.00 |
| **Total Other Current Assets** | **$ 14,528.11** |
| **Total Current Assets** | **$ 62,508.19** |
| **Fixed Assets** | |
| 1400 Leasehold Improvements | 946,220.03 |
| 1410 Machinery & Equipment | 303,297.90 |
| 1420 Design & Architechtural Fees | 104,783.93 |
| 1430 Furniture & Fixtures | 83,469.68 |
| Accumulated Depreciation | -1,414,894.00 |
| **Total Fixed Assets** | **$ 22,877.54** |
| **Other Assets** | |
| 1360 Prepaid Rent | 0.00 |
| 1500 Security Deposits | 0.00 |

| | | |
|---|---:|---:|
| **1620 Pre-opening costs** | | |
| 1620.1 Legal Fees | | 30,512.53 |
| 1620.2 PR/Advertising/Website | | 56,444.66 |
| 1620.3 Bank Fees | | 64,488.85 |
| 1620.4 LIcenses and Permits | | 8,266.39 |
| 1620.5 Other Costs | | 39,775.33 |
| 1620.6 Pre-Opening Payroll | | 38,218.87 |
| 1620.7 Lease Payments | | 12,432.84 |
| Accumulated Amortization | | -40,300.00 |
| **Total 1620 Pre-opening costs** | $ | **209,839.47** |
| **Total Other Assets** | $ | **209,839.47** |
| **TOTAL ASSETS** | $ | **295,225.20** |
| **LIABILITIES AND EQUITY** | | |
| Liabilities | | |
| Current Liabilities | | |
| Accounts Payable | | |
| Accounts Payable (A/P) | | 173,031.93 |
| **Total Accounts Payable** | $ | **173,031.93** |
| Credit Cards | | |
| 2300 SMB TD Bank Credit Card | | 20,136.94 |
| 2350 ACD Personal Credit Card | | 0.00 |
| **Total Credit Cards** | $ | **20,136.94** |
| Other Current Liabilities | | |
| 2000 Sales Tax Payable | | 12,803.69 |
| 2100 Accrued Expenses | | 0.00 |
| 2200 Gift Cards | | 22,870.95 |
| 2240 Due to/from Holdings | | 0.00 |
| 2250 Due to/from A.Darneille | | 0.00 |
| 2255 Due to/from R. Darneille | | 0.00 |
| 2256 Loan from Parents | | 0.00 |
| 2300 Prepaid Sales | | 3,871.87 |
| 2310 Loan Payable-Toast | | 114,147.78 |
| 2312 Stale Checks | | 1,081.42 |
| 2540 Tips Payable | | 2,681.37 |
| 2541 Catering Tips Payable | | 3,603.94 |
| **Total Other Current Liabilities** | $ | **161,061.02** |
| **Total Current Liabilities** | $ | **354,229.89** |
| Long-Term Liabilities | | |
| 2500 Capital Bank SBA Loan | | 896,880.18 |
| **Total Long-Term Liabilities** | $ | **896,880.18** |
| **Total Liabilities** | $ | **1,251,110.07** |
| Equity | | |
| 3110 Contribution - A Darneille | | 363,720.56 |
| 3120 Contribution - H. Darneille | | 253,528.00 |
| 3130 Contribution - R. Darneille | | 125,000.00 |
| 3140 Contribution - J.Smith | | 50,000.00 |
| 3150 Contribution- Smoke Holdings | | 119,592.04 |

|  |  |  |
|---|---:|---:|
| **3155 Diane Davenny Darneille** |  | 40,000.00 |
| **Retained Earnings** |  | -1,870,064.01 |
| **Net Income** |  | -46,247.10 |
| **Total Equity** | -$ | 964,470.51 |
| **TOTAL LIABILITIES AND EQUITY** | $ | 286,639.56 |

Saturday, Mar 01, 2025 03:12:27 PM GMT-8 - Accrual Basis