# Smokecraft Clarendon LLC
# Profit and Loss
### February 2025

|  | Total | |
|---|---:|---:|
|  | Feb 2025 | % of Income |
| **Income** | | |
|   All Sales, Comps and Discounts | | 0.00% |
|     5100 Food Sales | 108,578.32 | 85.41% |
|     5110 Goodwill Comps | -339.10 | -0.27% |
|     5115 Goodwill Bar Comps | 0.00 | 0.00% |
|     5120 Guest Complaint Comps | -8.00 | -0.01% |
|     5131 50% Employee Discounts | -521.50 | -0.41% |
|     5150 Discounts Marketing | -247.13 | -0.19% |
|     5160 Dining Privileges (mgr/chef) | -83.99 | -0.07% |
|     5180 NA Beverage | 1,728.97 | 1.36% |
|     5210 Liquor Sales | 10,082.00 | 7.93% |
|     5220 Wine Sales | 1,510.99 | 1.19% |
|     5230 Bottled Beer Sales | 547.70 | 0.43% |
|     5240 Draft Beer Sales | 5,259.98 | 4.14% |
|   **Total All Sales, Comps and Discounts** | **$ 126,508.24** | **99.51%** |
|   Other Income and Expense | | 0.00% |
|     5300 Sundry Sales | 330.00 | 0.26% |
|     5910 Service Charge Revenue - Catering | 291.32 | 0.23% |
|   **Total Other Income and Expense** | **$ 621.32** | **0.49%** |
| **Total Income** | **$ 127,129.56** | **100.00%** |
| **Cost of Goods Sold** | | |
|   Cost of Sales | | 0.00% |
|     6110 Meat Cost | 18,559.90 | 14.60% |
|     6120 Poultry Cost | 2,893.64 | 2.28% |
|     6130 Seafood Cost | 934.80 | 0.74% |
|     6140 Dairy Cost | 5,343.67 | 4.20% |
|     6150 Produce Cost | 3,167.30 | 2.49% |
|     6160 Bakery Cost | 1,664.04 | 1.31% |
|     6170 Grocery Cost | 6,898.66 | 5.43% |
|     6180 NA Beverage | 426.15 | 0.34% |
|     6210 Liquor Cost | 1,416.77 | 1.11% |
|     6220 Wine Cost | 240.72 | 0.19% |
|     6230 Bottled Beer Cost | 194.60 | 0.15% |
|     6240 Draft Beer Cost | 1,485.00 | 1.17% |
|   **Total Cost of Sales** | **$ 43,225.25** | **34.00%** |
| **Total Cost of Goods Sold** | **$ 43,225.25** | **34.00%** |
| **Gross Profit** | **$ 83,904.31** | **66.00%** |
| **Expenses** | | |
|   A. Payroll Expenses | | 0.00% |
|     6310 Management Salaries | 5,773.16 | 4.54% |

| Account | Amount | % |
|---|---:|---:|
| 6311 Direct Labor - FOH | 3,028.57 | 2.38% |
| 6312 Overtime Labor - FOH | 0.00 | 0.00% |
| 6313 Training Labor | 0.00 | 0.00% |
| 6314 Direct Labor - BOH | 24,698.97 | 19.43% |
| 6315 Overtime Labor - BOH | 0.00 | 0.00% |
| 6320 Commission Paid | 195.13 | 0.15% |
| 6510 Payroll Taxes | 4,833.01 | 3.80% |
| 6540 Parking | 200.00 | 0.16% |
| 6570 Group Insurance | 564.38 | 0.44% |
| 6580 Workers Compensation | 431.33 | 0.34% |
| 6615 Payroll Processing Fees | 289.00 | 0.23% |
| **Total A. Payroll Expenses** | **$ 40,013.55** | **31.47%** |
| B. Controllable Expenses | | 0.00% |
| 6500 3rd Party Delivery Expense | 7,145.29 | 5.62% |
| 6710 Operating Lease/Rentals | 568.12 | 0.45% |
| 6790 Other Contracted Services | 300.00 | 0.24% |
| 7000 Register Over/Short | -25.79 | -0.02% |
| 7010 China/Glassware/Silver | 403.93 | 0.32% |
| 7040 Cleaning Supplies | 404.93 | 0.32% |
| 7045 Dish Chemicals | 874.11 | 0.69% |
| 7060 Linens | 872.28 | 0.69% |
| 7105 To Go Supplies | 1,544.05 | 1.21% |
| 7106 Catering Supplies | 758.90 | 0.60% |
| 7110 Operating Supplies F&B | 1,025.44 | 0.81% |
| **Total B. Controllable Expenses** | **$ 13,871.26** | **10.91%** |
| C. General & Administrative | | 0.00% |
| 7190 Other Contracted Services-Admin | 1,901.69 | 1.50% |
| 7195 Accounting Services | 2,500.00 | 1.97% |
| 7230 Licenses & Permits | 690.20 | 0.54% |
| 7250 Credit Card Commissions | 2,743.71 | 2.16% |
| 7270 Dues & Subscriptions | 48.00 | 0.04% |
| 7285 Gen. Liab Insur/Key Man | 1,083.59 | 0.85% |
| 7290 Legal & Professional Services | 799.00 | 0.63% |
| 7320 Office Supplies & Postage | 22.75 | 0.02% |
| 7350 Tele/internet/cable | 757.88 | 0.60% |
| 7360 Travel | 55.93 | 0.04% |
| **Total C. General & Administrative** | **$ 10,602.75** | **8.34%** |
| D. Advertising and Promotion | | 0.00% |
| 7435 Advertising & Marketing | 762.05 | 0.60% |
| **Total D. Advertising and Promotion** | **$ 762.05** | **0.60%** |
| E. Repair & Maintenance | | 0.00% |
| 7500 Repairs & Maintenance | 1,516.97 | 1.19% |
| 7620 R&M HVAC & Refrigeration | 451.24 | 0.35% |
| 7630 R&M - Plumbing | 20.55 | 0.02% |
| 7695 Cleaning Service | 3,680.00 | 2.89% |
| 7710 Maint Contract - HVAC & Refrigeration | 625.00 | 0.49% |
| 7720 Maint Contract - Other Equipment | 255.00 | 0.20% |

| | | | |
|---|---|---:|---:|
| 7750 Pest Control | | 85.00 | 0.07% |
| **Total E. Repair & Maintenance** | **$** | **6,633.76** | **5.22%** |
| **F. Utilities** | | | 0.00% |
| 7810 Electricity | | 2,811.03 | 2.21% |
| 7820 Gas | | 1,440.65 | 1.13% |
| 7830 Water & Sewer | | 560.00 | 0.44% |
| 7840 Firewood | | 750.00 | 0.59% |
| **Total F. Utilities** | **$** | **5,561.68** | **4.37%** |
| **G. Facility Expense** | | | 0.00% |
| 8010 Rent & Lease | | 12,730.64 | 10.01% |
| 8015 Common Area Maintenance | | 2,464.00 | 1.94% |
| 8020 Property Insurance | | 111.00 | 0.09% |
| 8030 Property Taxes | | 3,039.57 | 2.39% |
| **Total G. Facility Expense** | **$** | **18,345.21** | **14.43%** |
| **Total Expenses** | **$** | **95,790.26** | **75.35%** |
| **Net Operating Income** | **-$** | **11,885.95** | **-9.35%** |
| **Other Income** | | | |
| 8110 Other Income | | 177.66 | 0.14% |
| **Total Other Income** | **$** | **177.66** | **0.14%** |
| **Other Expenses** | | | |
| 8101 Interest Income | | -210.01 | -0.17% |
| **Total Other Expenses** | **-$** | **210.01** | **-0.17%** |
| **Net Other Income** | **$** | **387.67** | **0.30%** |
| **Net Income** | **-$** | **11,498.28** | **-9.04%** |

Monday, Mar 17, 2025 05:55:55 PM GMT-7 - Accrual Basis