**2024/5 Budget - Smokecraft**
Start Date: 07/01/2024
End Date: 06/29/2025
LY Start: 07/03/2023
LY End: 06/30/2024

| | | PERIOD 3 | | PERIOD 3 | |
|---|---|---|---|---|---|
| | | 2/26/2024 | | 2/24/2025 | |
| | | 3/31/2024 | | 3/30/2025 | |
| | | 23/24 Actual | % of Sales | 24/25 Budget | % of Sales |
| | **Gross Sales** | | | | |
| 5100 | Food Sales | $ 140,844.75 | 84.16% | $ 160,480.45 | 84.62% |
| 5180 | NA Beverage | $ 2,298.75 | 1.37% | $ 2,619.23 | 1.38% |
| | **Total Food Sales** | $ 143,143.50 | 85.54% | $ 163,099.68 | **86.00%** |
| 5210 | Liquor Sales | $ 12,876.00 | 7.69% | $ 16,395.99 | 8.65% |
| 5220 | Wine Sales | $ 2,296.00 | 1.37% | $ 2,923.67 | 1.54% |
| 5230 | Bottled Beer Sales | $ 1,016.00 | 0.61% | $ 1,293.75 | 0.68% |
| 5240 | Draft Beer Sales | $ 8,014.00 | 4.79% | $ 10,204.84 | 5.38% |
| | **Total Beverage Sales** | $ 24,202.00 | 14.46% | $ 30,818.25 | **16.25%** |
| | **Gross F&B Sales** | $ 167,345.50 | 101.47% | $ 193,917.93 | 102.25% |
| | **Deductions** | | | | |
| 5110 | Goodwill Comps | $ 724.55 | 0.44% | $ 1,043.08 | 0.55% |
| 5120 | Guest Recovery Comps | $ 172.55 | 0.10% | $ 568.95 | 0.30% |
| 5131 | 50% Employee Discounts | $ 641.96 | 0.39% | $ 853.43 | 0.45% |
| 5132 | Manager Meal Discounts | $ 941.75 | 0.57% | $ 663.78 | 0.35% |
| 5150 | Discounts Marketing | $ 463.35 | 0.28% | $ 663.78 | 0.35% |
| 5250 | Goodwill Bar Comps | $ 340.90 | 0.21% | $ 474.13 | 0.25% |
| | **Total Deductions** | $ 3,285.06 | 1.99% | $ 4,267.14 | 2.25% |
| | **Other Income and Expense** | | | | |
| 5300 | Sundry Sales | $ 453.27 | 0.27% | $ - | 0.00% |
| 5910 | Service Charge Revenue - Catering | $ 400.02 | 0.24% | $ - | 0.00% |
| | **Total Other Income and Expense** | $ 853.29 | 0.52% | $ - | 0.00% |
| | **Net Sales** | $ 164,913.73 | 100.00% | $ 189,650.79 | 100.00% |
| | **Food Costs** | | | | |
| 6110 | Meat Cost | $ 20,820.34 | 14.55% | $ 23,812.55 | 14.60% |
| 6120 | Poultry Cost | $ 3,836.83 | 2.68% | $ 4,240.59 | 2.60% |
| 6130 | Seafood Cost | $ 1,049.56 | 0.73% | $ 815.50 | 0.50% |
| 6140 | Dairy Cost | $ 5,522.16 | 3.86% | $ 6,523.99 | 4.00% |
| 6150 | Produce Cost | $ 4,226.19 | 2.95% | $ 5,219.19 | 3.20% |
| 6160 | Bakery Cost | $ 2,351.32 | 1.64% | $ 2,283.40 | 1.40% |
| 6170 | Grocery Cost | $ 9,638.43 | 6.73% | $ 10,112.18 | 6.20% |

| Code | Item | | Amount | % | | Amount | % |
|---|---|---|---:|---:|---|---:|---:|
| 6180 | NA Beverage | $ | 704.15 | 0.49% | $ | 815.50 | 0.50% |
| | **Total Food Cost** | **$** | **48,148.98** | **33.64%** | **$** | **53,822.89** | **33.00%** |
| | **Beverage Costs** | | | | | | |
| 6210 | Liquor Cost | $ | 3,067.12 | 12.85% | $ | 3,570.51 | 11.59% |
| 6220 | Wine Cost | $ | 586.18 | 2.46% | $ | 682.39 | 2.21% |
| 6230 | Bottled Beer Cost | $ | 225.42 | 0.94% | $ | 262.42 | 0.85% |
| 6240 | Draft Beer Cost | $ | 1,415.95 | 5.93% | $ | 1,648.34 | 5.35% |
| | **Total Bev Cost** | **$** | **5,294.67** | **22.19%** | **$** | **6,163.65** | **20.00%** |
| | **Total F&B Costs** | **$** | **53,443.65** | **32.41%** | **$** | **59,986.54** | **31.63%** |
| | **Gross Profit** | **$** | **111,470.08** | **67.59%** | **$** | **129,664.24** | **68.37%** |
| | **Payroll Costs** | | | | | | |
| 6310 | Management Salaries | $ | 15,961.55 | 9.68% | $ | 18,425.48 | 9.72% |
| 6311 | Direct Labor - FOH | $ | 5,827.58 | 3.53% | $ | 5,215.40 | 2.75% |
| 6312 | Overtime Labor - FOH | $ | - | 0.00% | $ | - | 0.00% |
| 6313 | Training Labor | $ | 846.09 | 0.51% | $ | 284.48 | 0.15% |
| 6314 | Direct Labor - BOH | $ | 32,155.85 | 19.50% | $ | 33,188.89 | 17.50% |
| 6315 | Overtime Labor - BOH | $ | 721.21 | 0.44% | $ | - | 0.00% |
| | **Total Labor** | **$** | **55,512.28** | **33.66%** | **$** | **57,114.24** | **30.12%** |
| 6510 | Payroll Taxes | $ | 6,477.64 | 3.93% | $ | 7,111.90 | 3.75% |
| 6530 | Vacation Pay | $ | - | 0.00% | $ | - | 0.00% |
| 6540 | Parking | $ | 300.00 | 0.18% | $ | 200.00 | 0.11% |
| 6550 | Uniform Allowance | $ | (35.00) | -0.02% | $ | - | 0.00% |
| 6560 | Continuing Education | $ | - | 0.00% | $ | - | 0.00% |
| 6570 | Group Insurance | $ | 781.60 | 0.47% | $ | 600.00 | 0.32% |
| 6580 | Workers Compensation | $ | 445.08 | 0.27% | $ | 510.00 | 0.27% |
| 6610 | Other Benefits | $ | - | 0.00% | $ | - | 0.00% |
| 6615 | Payroll Processing Fees | $ | 360.00 | 0.22% | $ | 300.00 | 0.25% |
| | **Total Payroll Expenses** | **$** | **8,329.32** | **5.05%** | **$** | **8,721.90** | **4.60%** |
| | **Total Payroll Costs** | **$** | **63,841.60** | **38.71%** | **$** | **65,836.15** | **34.71%** |
| | **Controllable Expenses** | | | | | | |
| 6500 | 3rd Party Delivery Expense | $ | 4,918.65 | 2.98% | $ | 5,689.52 | 3.00% |
| 6710 | Operating Lease/Rentals-Kitchen/Bar | $ | 543.64 | 0.33% | $ | 550.00 | 0.29% |
| 6740 | Security | $ | - | 0.00% | $ | - | 0.00% |
| 6750 | Trash Removal | $ | (87.56) | -0.05% | $ | - | 0.00% |
| 6790 | Other Contracted Services | $ | 358.24 | 0.22% | $ | 300.00 | 0.16% |
| 7010 | Register Over/Short | $ | 77.58 | 0.05% | $ | - | 0.00% |
| 7010 | China/Glassware/Silverware | $ | 3,534.52 | 2.14% | $ | 758.60 | 0.40% |
| 7040 | Cleaning Supplies | $ | 309.60 | 0.19% | $ | 379.30 | 0.20% |
| 7045 | Dish Chemicals | $ | 416.12 | 0.25% | $ | 568.95 | 0.30% |
| 7050 | Decorations | $ | - | 0.00% | $ | - | 0.00% |

| Code | Description | | Amount | % | | Amount | % |
|---|---|---|---:|---:|---|---:|---:|
| 7060 | Linens | $ | 827.36 | 0.50% | $ | 1,422.38 | 0.75% |
| 7080 | New Menus/Printing | $ | - | 0.00% | $ | - | 0.00% |
| 7090 | Menu/Guest Check/POS Supplies | $ | - | 0.00% | $ | - | 0.00% |
| 7105 | To Go Supplies | $ | 3,158.64 | 1.92% | $ | 3,224.06 | 1.70% |
| 7106 | Catering Supplies | $ | 527.47 | 0.32% | $ | 758.60 | 0.40% |
| 7110 | Operating Supplies F&B | $ | 2,347.25 | 1.42% | $ | 2,465.46 | 1.30% |
| 7120 | Uniforms | $ | - | 0.00% | $ | - | 0.00% |
| 7470 | Live Entertainment | $ | 1,500.00 | 0.91% | $ | - | 0.00% |
| | **Total Controllable Expenses** | **$** | **18,431.51** | **11.18%** | **$** | **16,116.89** | **8.50%** |
| | **General & Administrative** | | | | | | |
| 7190 | Other Contracted Services-Admin | $ | 583.51 | 0.35% | $ | 1,500.00 | 0.79% |
| 7195 | Accounting Services | $ | 2,507.98 | 1.52% | $ | 2,500.00 | 1.32% |
| 7220 | Bank Charges & Fees | $ | 311.23 | 0.19% | $ | 15.00 | 0.01% |
| 7230 | Licenses & Permits | $ | 716.28 | 0.43% | $ | 600.00 | 0.32% |
| 7250 | Credit Card Commissions | $ | 2,972.25 | 1.80% | $ | 4,267.14 | 2.25% |
| 7256 | Employment Ads | $ | 135.00 | 0.08% | $ | 90.00 | 0.05% |
| 7270 | Dues & Subscriptions | $ | 46.95 | 0.03% | $ | 50.00 | 0.03% |
| 7285 | Key Man/General Liability Insurance | $ | 1,301.93 | 0.79% | $ | 1,275.00 | 0.67% |
| 7290 | Legal & Professional Services | $ | - | 0.00% | $ | - | 0.00% |
| 7320 | Office Supplies & Postage | $ | 87.71 | 0.05% | $ | 189.65 | 0.10% |
| 7350 | Telephone/Internet/Cable | $ | 650.49 | 0.39% | $ | 650.00 | 0.34% |
| 7360 | Travel | $ | 126.45 | 0.08% | $ | 125.00 | 0.07% |
| 7370 | Meals & Entertainment | $ | - | 0.00% | $ | - | 0.00% |
| | **Total General & Administrative** | **$** | **9,439.78** | **5.72%** | **$** | **11,261.79** | **5.94%** |
| | **Advertising & Promotion** | | | | | | |
| 7400 | Local Charitable Donations | $ | - | 0.00% | $ | - | 0.00% |
| 7430 | Local Advertising & Promotion | $ | 449.98 | 0.27% | $ | - | 0.00% |
| 7435 | Advertising & Marketing | | | | $ | 500.00 | 0.26% |
| 7460 | Special Promotions | $ | - | 0.00% | $ | - | 0.00% |
| | **Total Advertising & Promotion** | **$** | **449.98** | **0.27%** | **$** | **500.00** | **0.26%** |
| | **Repairs & Maintenance** | | | | | | |
| 7500 | Repairs & Maintenance | $ | 1,673.40 | 1.01% | $ | 1,896.51 | 1.00% |
| 7620 | R&M HVAC & Refrigeration | $ | 2,597.50 | 1.58% | $ | - | 0.00% |
| 7630 | R&M - Plumbing | $ | 1,471.68 | 0.89% | $ | - | 0.00% |
| 7640 | R&M - Electric | $ | - | 0.00% | $ | - | 0.00% |
| 7650 | R&M - Exterior/Structure | $ | - | 0.00% | $ | - | 0.00% |
| 7660 | R&M - POS Systems | $ | - | 0.00% | $ | - | 0.00% |
| 7695 | Cleaning Service | $ | 5,765.00 | 3.50% | $ | 3,680.00 | 1.94% |
| 7710 | MC-HVAC & Refrigeration | $ | 1,675.00 | 1.02% | $ | 2,821.50 | 1.49% |
| 7720 | MC-Other Equipment | $ | 255.00 | 0.15% | $ | 255.00 | 0.13% |
| 7750 | Pest Control | $ | 85.00 | 0.05% | $ | 85.00 | 0.04% |
| 7785 | Carpet/Rug/Floor Cleaning | $ | - | 0.00% | $ | - | 0.00% |
| | **Total Repairs & Maintenance** | **$** | **13,522.58** | **8.20%** | **$** | **8,738.01** | **4.61%** |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | **Utilities** |  |  |  |  |  |
| **7810** | Electricity | $ | 2,791.12 | 1.69% $ | 2,844.76 | 1.50% |
| **7820** | Natural Gas | $ | 1,032.23 | 0.63% $ | 1,137.90 | 0.60% |
| **7830** | Water & Sewer | $ | 690.00 | 0.42% $ | 568.95 | 0.30% |
| **7840** | Firewood | $ | 946.92 | 0.57% $ | 750.00 | 0.40% |
|  | **Total Utilities** | **$** | **5,460.27** | **3.31% $** | **5,301.62** | **2.80%** |
|  |  |  |  |  |  |  |
|  | **Total Operating Expenses** | **$** | **47,304.12** | **28.68% $** | **41,918.31** | **22.10%** |
|  |  |  |  |  |  |  |
|  | **Other Income (Expenses)** |  |  |  |  |  |
| **5500** | Door Revenue | $ | - | 0.00% $ | - | 0.00% |
| **5800** | Commission Income | $ | - | 0.00% $ | - | 0.00% |
|  | **Total Other Income** | **$** | **-** | **0.00% $** | **-** | **0.00%** |
|  |  |  |  |  |  |  |
|  | **Operating Income Before Bonus** | **$** | **324.36** | **0.20% $** | **21,909.79** | **11.55%** |
|  |  |  |  |  |  |  |
| **6455** | Management Bonuses | $ | - | 0.00% $ | - | 0.00% |
|  |  |  |  |  |  |  |
|  | **Restaurant Operating Income** | **$** | **324.36** | **0.20% $** | **21,909.79** | **11.55%** |
|  |  |  |  |  |  |  |
|  | **Facility Expenses** |  |  |  |  |  |
| **8010** | Rents | $ | 12,420.14 | 7.53% $ | 12,730.64 | 6.71% |
| **8015** | Common Area Maintenance | $ | 2,315.00 | 1.40% $ | 2,315.00 | 1.22% |
| **8020** | Property Insurance | $ | 132.00 | 0.08% $ | 132.00 | 0.07% |
| **8030** | Property Taxes | $ | 3,671.46 | 2.23% $ | 3,671.46 | 1.94% |
|  | **Total Facility Expenses** | **$** | **18,538.60** | **11.24% $** | **18,849.10** | **9.94%** |
|  |  |  |  |  |  |  |
|  | **Restaurant EBDIT** | **$** | **(18,214.24)** | **-11.04% $** | **3,060.69** | **1.61%** |