Cash Flow Projection
Smokecraft Clarendon

Starting date: 3/2/2025
Main Account Capital One

**NO AP payments for any invoices prior to 4/29**

| | Beginning | 3/9/2025 | 3/16/2025 | 3/23/2025 | 3/30/2025 | 4/6/2025 | 4/13/2025 | 4/20/2025 | 4/27/2025 | 5/4/2025 | 5/11/2025 | 5/18/2025 | 5/25/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank Balance - DIP Checking | 28,850 | | | | | | | | | | | | |
| Bank Balance - Capital Bank | 2 | | | | | | | | | | | | |
| Bank Balance - TD Lockbox | 221 | | | | | | | | | | | | |
| Cash on hand | 29,073 | 7,447 | 1,616 | -5,271 | 9,064 | -2,506 | 14,759 | 21,215 | 17,030 | 1,230 | 23,022 | 32,580 | 34,297 |

**ANTICIPATED CASH RECEIPTS**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 12,000 | 35,000 | 35,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 45,000 | 45,000 | 45,000 | 45,000 |
| Deposits/paid ins on Catering Orders | | | | | | | | | | | | | |
| Tax | 1,200 | 3,500 | 3,500 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,500 | 4,500 | 4,500 | 4,500 |
| Gratuity | 1,500 | 4,375 | 4,375 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,625 | 5,625 | 5,625 | 5,625 |
| Third Party fees | -648 | -1,890 | -1,890 | -2,160 | -2,160 | -2,160 | -2,160 | -2,160 | -2,160 | -2,430 | -2,430 | -2,430 | -2,430 |
| CC fees | -368 | -1,072 | -1,072 | -1,225 | -1,225 | -1,225 | -1,225 | -1,225 | -1,225 | -1,378 | -1,378 | -1,378 | -1,378 |
| TOTAL CASH RECEIPTS | 13,685 | 39,913 | 39,913 | 45,615 | 45,615 | 45,615 | 45,615 | 45,615 | 45,615 | 51,317 | 51,317 | 51,317 | 51,317 |
| Total cash available | 42,758 | 47,360 | 41,529 | 40,344 | 54,679 | 43,109 | 60,374 | 66,830 | 62,645 | 52,547 | 74,339 | 83,897 | 85,614 |

**CASH PAID OUT**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payroll | 23,000 | 10,000 | 22,400 | 10,000 | 22,400 | 10,000 | 23,000 | 10,000 | 23,000 | 10,000 | 24,000 | 12,000 | 24,000 |
| gratuity | | | | | | | | | | | | | |
| Sales Tax | | | | 11,200 | | | | | 16,000 | | | 17,200 | |
| Accounts Payable | | | | | | | | | | | | | |
|   Food + Beverage @ 32% | 5,011 | 11,200 | 11,200 | 12,800 | 12,800 | 12,800 | 12,800 | 12,800 | 12,800 | 14,400 | 14,400 | 14,400 | 14,400 |
|   PFG | 7,301 | | | | | | | | | | | | |
|   Rent | | | 18,060 | | | 18,060 | | | 18,060 | | | | |
|   OpenTable | | | | | | 425 | | | 375 | | | | |
|   Fintech | | | | | | | | | | | | | |
|   Toast | | | | | | | | | | | | | |
|   Utilities/wood | | | | | 2,800 | | | 4,000 | | | | 4,000 | |
|   Hood cleaning | | 625 | | | | 1,050 | | | 625 | | | | |
|   Cleaning | | | | 3,680 | | | | | 3,680 | | | | 3,680 |
|   Late Night Expenses | | | | | | | | | | | | | |
|   Platform Bus Advisors/Cohn Reznick | | 2,500 | | | | 2,500 | | 5,000 | | 2,500 | | | |
|   Insurance - Erie PAY ONLINE | | 1,359 | | | | | 1,359 | | | | 1,359 | | |
|   Other/Trimark/Alsco/etc | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
|   Legal | | | | | | | | | | | | | |
|   Misc Repairs | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
|   Property Taxes | | | | | | | | | | | | | |
|   BPOL License | | | | | | | | | | | | | |
| Capital Bank Payments (1st) made by Drew | | | | | 1,500 | | | | 1,500 | | | | |
| | | | | | | | | | | | | | |
| TOTAL CASH PAID OUT | 35,311 | 45,744 | 46,800 | 31,280 | 57,185 | 28,350 | 39,159 | 49,800 | 61,415 | 29,525 | 41,759 | 49,600 | 44,080 |
| Cash on hand (end of week) | 7,447 | 1,616 | (5,271) | 9,064 | (2,506) | 14,759 | 21,215 | 17,030 | 1,230 | 23,022 | 32,580 | 34,297 | 41,534 |