

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G
3003 WASHINGTON BLVD STE 101
ARLINGTON VA  22201-2194

| | |
|---|---|
| Page: | 1 of 7 |
| Statement Period: | Feb 01 2025-Feb 28 2025 |
| Cust Ref #: | 664-039-T-### |
| Primary Account #: | 1664 |

## Chapter 11 Checking

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Account # 444-1471664

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 6,295.22 | Average Collected Balance | 13,336.00 |
| Deposits | 3,195.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 141,178.29 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 27,921.48 | Days in Period | 28 |
| Electronic Payments | 113,621.83 | | |
| Ending Balance | 9,125.20 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/03 | DEPOSIT | 420.00 |
| 02/03 | DEPOSIT | 188.00 |
| 02/03 | DEPOSIT | 92.00 |
| 02/03 | DEPOSIT | 12.00 |
| 02/10 | DEPOSIT | 680.00 |
| 02/10 | DEPOSIT | 87.00 |
| 02/10 | DEPOSIT | 44.00 |
| 02/13 | DEPOSIT | 189.00 |
| 02/13 | DEPOSIT | 30.00 |
| 02/13 | DEPOSIT | 10.00 |
| 02/18 | DEPOSIT | 380.00 |
| 02/18 | DEPOSIT | 171.00 |
| 02/18 | DEPOSIT | 145.00 |
| 02/18 | DEPOSIT | 51.00 |
| 02/20 | DEPOSIT | 152.00 |
| 02/20 | DEPOSIT | 60.00 |
| 02/20 | DEPOSIT | 12.00 |
| 02/26 | DEPOSIT | 168.00 |
| 02/26 | DEPOSIT | 147.00 |
| 02/26 | DEPOSIT | 85.00 |

# How to Balance your Account

Page:    2 of 7

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance    9,125.20

❷ Total Deposits    +

❸ Sub Total

❹ Total Withdrawals    -

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 3 of 7 |
| Statement Period: | Feb 01 2025-Feb 28 2025 |
| Cust Ref #: | 664-039-T-### |
| Primary Account #: | 1664 |



## DAILY ACCOUNT ACTIVITY

### Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/26 | DEPOSIT | 41.00 |
| 02/26 | DEPOSIT | 25.00 |
| 02/26 | DEPOSIT | 6.00 |
| | Subtotal: | 3,195.00 |

### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/03 | CCD DEPOSIT, TOAST DEP FEB 02 ****395300TW2ZO | 7,417.46 |
| 02/03 | CCD DEPOSIT, TOAST DEP FEB 01 ****395300TURXF | 6,584.62 |
| 02/03 | CCD DEPOSIT, TOAST DEP JAN 31 ****395300TTHTO | 2,692.33 |
| 02/04 | CCD DEPOSIT, TOAST DEP FEB 03 ****395300TXAOL | 4,544.71 |
| 02/04 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT M10WRCSWZ1E3QD9 | 4,073.33 |
| 02/04 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84856390171 | 255.98 |
| 02/05 | CCD DEPOSIT, TOAST DEP FEB 04 ****395300TYDRJ | 2,052.65 |
| 02/06 | CCD DEPOSIT, TOAST DEP FEB 05 ****395300TZGYO | 1,587.36 |
| 02/07 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-M4P7Z5M2G8B1 | 2,729.00 |
| 02/07 | CCD DEPOSIT, TOAST DEP FEB 06 ****395300U0OK8 | 1,791.24 |
| 02/07 | CCD DEPOSIT, GRUBHUB INC FEB ACTVTY ****0705dKHGk50 | 306.07 |
| 02/07 | CCD DEPOSIT, GRUBHUB INC JAN ACTVTY ****0701dKHGk50 | 161.60 |
| 02/10 | CCD DEPOSIT, TOAST DEP FEB 09 ****395300U4IW4 | 5,795.38 |
| 02/10 | CCD DEPOSIT, TOAST DEP FEB 08 ****395300U385Q | 5,465.39 |
| 02/10 | CCD DEPOSIT, TOAST DEP FEB 07 ****395300U1XYG | 4,537.69 |
| 02/11 | CCD DEPOSIT, TOAST DEP FEB 10 ****395300U5Q8I | 9,462.30 |
| 02/11 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT SS1TIBFUS6ROQ1Q | 4,926.03 |
| 02/11 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84865566885 | 607.08 |
| 02/13 | CCD DEPOSIT, TOAST DEP FEB 12 ****395300U7WB7 | 1,147.98 |
| 02/14 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-A0P6A1S4P0X3 | 2,030.45 |
| 02/14 | CCD DEPOSIT, TOAST DEP FEB 13 ****395300U94M2 | 1,947.91 |
| 02/14 | CCD DEPOSIT, GRUBHUB INC FEB ACTVTY ****1412dKHGk50 | 374.51 |
| 02/18 | CCD DEPOSIT, TOAST DEP FEB 15 ****395300UC7CD | 10,686.80 |
| 02/18 | CCD DEPOSIT, TOAST DEP FEB 16 ****395300UDS5F | 8,403.40 |
| 02/18 | CCD DEPOSIT, TOAST DEP FEB 17 ****395300UF9ZA | 5,275.34 |
| 02/18 | CCD DEPOSIT, TOAST DEP FEB 14 ****395300UANC9 | 2,627.64 |
| 02/18 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84874312235 | 212.88 |
| 02/19 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT HJU6GOCEP76FZON | 3,680.66 |
| 02/19 | CCD DEPOSIT, TOAST DEP FEB 18 ****395300UGM1I | 2,972.68 |
| 02/20 | CCD DEPOSIT, TOAST DEP FEB 19 ****395300UHXAJ | 3,506.59 |
| 02/21 | CCD DEPOSIT, TOAST DEP FEB 20 ****395300UJD27 | 2,513.66 |
| 02/21 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-F6C7U7Q3S4K0 | 1,993.49 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 4 of 7
Statement Period: Feb 01 2025-Feb 28 2025
Cust Ref #: 1664-039-T-###
Primary Account #: 664

## DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/21 | CCD DEPOSIT, GRUBHUB INC FEB ACTVTY ****2119dKHGk50 | 424.67 |
| 02/24 | CCD DEPOSIT, TOAST DEP FEB 23 ****395300UNZQC | 7,293.74 |
| 02/24 | CCD DEPOSIT, TOAST DEP FEB 22 ****395300UMEJR | 2,475.80 |
| 02/24 | CCD DEPOSIT, TOAST DEP FEB 21 ****395300UKUV2 | 1,992.64 |
| 02/25 | CCD DEPOSIT, TOAST DEP FEB 24 ****395300UPHO1 | 4,276.47 |
| 02/25 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT HIRLUO5QAOHLTUY | 3,170.46 |
| 02/25 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84883145038 | 845.18 |
| 02/26 | CCD DEPOSIT, TOAST DEP FEB 25 ****395300UQU1Q | 1,679.44 |
| 02/27 | CCD DEPOSIT, TOAST DEP FEB 26 ****395300US6BJ | 1,942.33 |
| 02/28 | CCD DEPOSIT, TOAST DEP FEB 27 ****395300UTN4F | 2,311.32 |
| 02/28 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-H5S1H2J0F4Z1 | 2,007.14 |
| 02/28 | CCD DEPOSIT, GRUBHUB INC FEB ACTVTY ****2826dKHGk50 | 394.89 |
| | Subtotal: | 141,178.29 |

**Checks Paid**  No. Checks: 34  *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 02/18 | 5123 | 738.12 | 02/03 | 10967* | 412.85 |
| 02/18 | 5126* | 437.32 | 02/04 | 10970* | 551.01 |
| 02/05 | 5127 | 214.85 | 02/03 | 10971 | 710.85 |
| 02/04 | 5128 | 874.83 | 02/04 | 10972 | 557.58 |
| 02/18 | 5129 | 910.88 | 02/04 | 10973 | 824.72 |
| 02/11 | 5130 | 1,247.14 | 02/03 | 10974 | 564.06 |
| 02/11 | 5131 | 220.00 | 02/20 | 10976* | 420.49 |
| 02/20 | 5132 | 214.85 | 02/18 | 10977 | 1,046.95 |
| 02/14 | 5133 | 552.83 | 02/18 | 10978 | 707.64 |
| 02/18 | 5134 | 2,423.92 | 02/18 | 10979 | 547.06 |
| 02/18 | 5135 | 727.52 | 02/18 | 10980 | 710.85 |
| 02/20 | 5136 | 221.29 | 02/18 | 10981 | 457.09 |
| 02/24 | 5137 | 859.45 | 02/19 | 10982 | 456.33 |
| 02/26 | 5138 | 823.66 | 02/18 | 10983 | 556.01 |
| 02/26 | 5139 | 603.57 | 02/28 | 10988* | 1,363.60 |
| 02/26 | 5140 | 221.29 | 02/28 | 10995* | 1,718.60 |
| 02/18 | 10908* | 4,297.88 | 02/28 | 11000* | 726.39 |
| | | | | Subtotal: | 27,921.48 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**TD Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page:                                    5 of 7
Statement Period:    Feb 01 2025-Feb 28 2025
Cust Ref #:                       1664-039-T-###
Primary Account #:                         1664

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/03 | CCD DEBIT, MARGINEDGE CO SALE | 300.00 |
| 02/03 | DBCRD PUR AP, *****04036545477, AUT 013025 VISA DDA PUR AP AMAZON MKTPL ZC18D5EA1    AMZN COM BILL * WA | 24.06 |
| 02/03 | CCD DEBIT, TOAST, INC TOAST, INC ST-I7C8S4S3N3Q3 | 16.24 |
| 02/03 | DBCRD PMT AP, *****04036545477, AUT 020125 VISA DDA PUR AP GOOGLE GSUITE SMOKECR    CC GOOGLE COM * CA | 15.26 |
| 02/04 | CCD DEBIT, INTUIT 42411540 BILL_PAY SAFETY FIRST SE | 1,050.00 |
| 02/04 | CCD DEBIT, INTUIT 49067220 BILL_PAY LYON BAKERY | 595.98 |
| 02/04 | CCD DEBIT, INTUIT 44318980 BILL_PAY BOWIE PRODUCE | 568.75 |
| 02/04 | DBCRD PUR AP, *****04036545477, AUT 020325 VISA DDA PUR AP STICKER MULE    STICKERMULE C * NY | 301.57 |
| 02/04 | CCD DEBIT, INTUIT 42778050 BILL_PAY CHILL-CRAFT COM | 145.00 |
| 02/04 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 101.24 |
| 02/05 | CCD DEBIT, INTUIT 73218720 BILL_PAY KBS III 3003 WA | 18,051.64 |
| 02/05 | CCD DEBIT, WAV*JUAREZS HVAC 5719929141 | 360.00 |
| 02/05 | DBCRD PUR AP, *****04036545477, AUT 020525 VISA DDA PUR AP PARKX 3003 WASHINGTON BL   703 2301285   * VA | 200.00 |
| 02/05 | DBCRD PUR AP, *****04036545477, AUT 020325 VISA DDA PUR AP ARLINGTON CHAMBER OF C    703 525 2400  * VA | 55.00 |
| 02/06 | CCD DEBIT, TOAST, INC TOAST, INC ST-B6K5E8I5T5E7 | 534.75 |
| 02/07 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 7,569.41 |
| 02/07 | DEBIT POS AP, *****04036545477, AUT 020725 DDA PURCHASE AP RESTAURANT DEPOT    ALEXANDRIA   * VA | 553.77 |
| 02/10 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 2,978.13 |
| 02/10 | CCD DEBIT, TOAST, INC TOAST, INC ST-P4R2Q2D4D8S5 | 787.75 |
| 02/10 | DEBIT POS AP, *****04036545477, AUT 020825 DDA PURCHASE AP VA ABC STORE 168    ARLINGTON   * VA | 593.46 |
| 02/10 | DEBIT POS AP, *****04036545477, AUT 020925 DDA PURCHASE AP GIANT 0748 2901 11 S G    ARLINGTON   * VA | 13.99 |
| 02/10 | DEBIT POS AP, *****04036545477, AUT 020925 DDA PURCHASE AP GIANT 0743 3450 WASHIN    ARLINGTON   * VA | 13.96 |
| 02/10 | DEBIT POS AP, *****04036545477, AUT 021025 DDA PURCHASE AP GIANT 0748 2901 11 S G    ARLINGTON   * VA | 9.18 |
| 02/11 | CCD DEBIT, INTUIT 62751080 BILL_PAY PLATFORM BUSINE | 2,500.00 |
| 02/11 | DEBIT POS AP, *****04036545477, AUT 021125 DDA PURCHASE AP RESTAURANT DEPOT    ALEXANDRIA   * VA | 970.31 |
| 02/11 | CCD DEBIT, INTUIT 64672090 BILL_PAY BOWIE PRODUCE | 425.25 |
| 02/11 | CCD DEBIT, INTUIT 66858650 BILL_PAY LYON BAKERY | 404.10 |
| 02/11 | CCD DEBIT, INTUIT 74260250 BILL_PAY TRIMARK ADAMS-B | 351.52 |
| 02/11 | DBCRD PUR AP, *****04036545477, AUT 020825 VISA DDA PUR AP ULINE SHIP SUPPLIES    800 295 5510  * WI | 348.93 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

STATEMENT OF ACCOUNT

Page: 6 of 7
Statement Period: Feb 01 2025-Feb 28 2025
Cust Ref #: ▮1664-039-T-###
Primary Account #: ▮1664

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/12 | CCD DEBIT, TOAST REF FEB 11 ****395300U7K59 | 202.73 |
| 02/12 | ACH DEBIT, ARLINGTON CHAMBE ACH | 48.00 |
| 02/13 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR ****630473 | 16,498.37 |
| 02/13 | DBCRD PMT AP, *****04036545477, AUT 021225 VISA DDA PUR AP MAILCHIMP      678 9990141   * GA | 285.00 |
| 02/14 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 6,442.60 |
| 02/14 | ACH DEBIT, COMCAST 8299610 252892194 0923139 | 757.88 |
| 02/14 | DBCRD PUR AP, *****04036545477, AUT 021225 VISA DDA PUR AP AMAZON MKTPL TC64Z8Q83    AMZN COM BILL * WA | 50.82 |
| 02/14 | DEBIT POS AP, *****04036545477, AUT 021425 DDA PURCHASE AP GIANT 0743 3450 WASHIN     ARLINGTON  * VA | 36.02 |
| 02/14 | DEBIT POS AP, *****04036545477, AUT 021425 DDA PURCHASE AP TRADER JOE S 64 TRADER    ARLINGTON  * VA | 33.20 |
| 02/14 | DEBIT POS AP, *****04036545477, AUT 021425 DDA PURCHASE AP TRADER JOE S 64 TRADER    ARLINGTON  * VA | 6.03 |
| 02/18 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 6,473.13 |
| 02/18 | CCD DEBIT, ERIEINSURANCEWEB PAYMENT ****20019604451 | 1,359.48 |
| 02/18 | CCD DEBIT, INTUIT 73112050 BILL_PAY BOWIE PRODUCE | 1,126.00 |
| 02/18 | CCD DEBIT, INTUIT 76511110 BILL_PAY MOTLEYS ASSET D | 750.00 |
| 02/18 | DEBIT POS AP, *****04036545477, AUT 021525 DDA PURCHASE AP VA ABC STORE 168      ARLINGTON   * VA | 259.91 |
| 02/18 | CCD DEBIT, INTUIT 78012650 BILL_PAY LYON BAKERY | 235.36 |
| 02/18 | DBCRD PMT AP, *****04036545477, AUT 021725 VISA DDA PUR AP DROPBOX 78WFTB1ZVRRZ     DROPBOX COM  * CA | 54.00 |
| 02/18 | CCD DEBIT, INTUIT 75710040 BILL_PAY MTOM CONSULTING | 30.00 |
| 02/18 | DBCRD PUR AP, *****04036545477, AUT 021525 VISA DDA PUR AP AMAZON COM 080ZG6Y33     AMZN COM BILL * WA | 22.75 |
| 02/19 | DBCRD PUR AP, *****04036545477, AUT 021725 VISA DDA PUR AP RESTAURANT DEPOT      ALEXANDRIA  * VA | 699.83 |
| 02/19 | CCD DEBIT, PREMIUM DIST OF FINTECHEFT **-**43479 | 534.80 |
| 02/19 | CCD DEBIT, REPUBLIC NATIONA FINTECHEFT **-**43479 | 240.72 |
| 02/21 | CCD DEBIT, ARLINGTON COUNTY ARLCO PMT ****63680 | 5,275.30 |
| 02/21 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 5,034.26 |
| 02/24 | CCD DEBIT, VA DEPT TAXATION TAX PAYMEN *****3479 | 6,821.18 |
| 02/24 | CCD DEBIT, WASHINGTON GAS PAYMENT ****07002275 | 2,216.71 |
| 02/24 | CCD DEBIT, INTUIT * QUICKBOOKS 5267412 | 144.00 |
| 02/24 | DBCRD PMT AP, *****04036545477, AUT 022225 VISA DDA PUR AP CANVA I04435 37973217     CANVA COM   * DE | 14.99 |
| 02/25 | ELECTRONIC PMT-WEB, DOMINION ENERGY BILLPAY ****55711631 | 3,466.02 |
| 02/25 | CCD DEBIT, INTUIT 53384430 BILL_PAY LYON BAKERY | 719.06 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 7 of 7
Statement Period: Feb 01 2025-Feb 28 2025
Cust Ref #: 1664-039-T-###
Primary Account #: 1664

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/25 | CCD DEBIT, INTUIT 59265680 BILL_PAY BOWIE PRODUCE | 585.25 |
| 02/25 | CCD DEBIT, INTUIT 57576440 BILL_PAY TRIMARK ADAMS-B | 390.08 |
| 02/25 | CCD DEBIT, INTUIT 59483330 BILL_PAY MAGNOLIA PLUMBI | 255.00 |
| 02/26 | CCD DEBIT, INTUIT 44733660 BILL_PAY CAPITAL BANK | 1,500.00 |
| 02/26 | DEBIT POS AP, *****04036545477, AUT 022625 DDA PURCHASE AP VA ABC STORE 168    ARLINGTON   * VA | 437.82 |
| 02/26 | DBCRD PMT AP, *****04036545477, AUT 022525 VISA DDA PUR AP STATE FARM INSURANCE   800 956 6310  * IL | 182.34 |
| 02/26 | DEBIT POS AP, *****04036545477, AUT 022625 DDA PURCHASE AP VA ABC STORE 168    ARLINGTON   * VA | 36.99 |
| 02/26 | DEBIT POS AP, *****04036545477, AUT 022625 DDA PURCHASE AP GIANT 0743 3450 WASHIN    ARLINGTON   * VA | 8.88 |
| 02/27 | DBCRD PUR AP, *****04036545477, AUT 022525 VISA DDA PUR AP RESTAURANT DEPOT      718 762 8700  * NY | 1,968.09 |
| 02/27 | CCD DEBIT, OPENTABLE PAYMENTS DDD897271 | 328.50 |
| 02/27 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR ****630473 | 60.00 |
| 02/28 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 6,839.21 |
| 02/28 | CCD DEBIT, PREMIUM DIST OF FINTECHEFT **-**43479 | 632.80 |
| 02/28 | CCD DEBIT, HOP & WINE BEVER FINTECHEFT **-**43479 | 512.00 |
| 02/28 | DBCRD PUR AP, *****04036545477, AUT 022725 VISA DDA PUR AP ULINE  SHIP SUPPLIES   800 295 5510  * WI | 186.28 |
| 02/28 | DBCRD PMT AP, *****04036545477, AUT 022725 VISA DDA PUR AP ADOBE  ADOBE       408 536 6000  * CA | 21.19 |
| | Subtotal: | 113,621.83 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 6,295.22 | 02/14 | 7,607.67 |
| 02/03 | 21,658.31 | 02/18 | 11,688.86 |
| 02/04 | 24,961.65 | 02/19 | 16,410.52 |
| 02/05 | 8,132.81 | 02/20 | 19,284.48 |
| 02/06 | 9,185.42 | 02/21 | 13,906.74 |
| 02/07 | 6,050.15 | 02/24 | 15,612.59 |
| 02/10 | 18,263.14 | 02/25 | 18,489.29 |
| 02/11 | 26,791.30 | 02/26 | 16,826.18 |
| 02/12 | 26,540.57 | 02/27 | 16,411.92 |
| 02/13 | 11,134.18 | 02/28 | 9,125.20 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender