

Available Balance

# $625.36

Today's Beginning Balance          **$65,625.36**

Pending

| Date | Type | Description | Credit | Balance |
|---|---|---|---|---|
| PENDING TRANSACTIONS | | | | |
| 8/1/2019 | DEBIT | Pending Verification | -$65,000.00 | Pending |
| ACCOUNT HISTORY | | | | |
| 2/11/2025 | INT | INTEREST CREDIT | $210.01 | $65,625.36 |