# Sales summary

Data as of Mar 1, 2025, 5:56 PM (EST)

**DATE RANGE:**
February 1, 2025 - February 28, 2025

**SELECTED LOCATIONS:**
Smokecraft Modern Barbecue

### SALES TRENDS



### REVENUE SUMMARY

| | |
|---|---:|
| Net sales | $127,056.10 |
| Gratuity | $1,381.63 |
| Tax amount | $12,777.83 |
| Tips | $15,646.72 |
| Deferred (gift cards) | $225.00 |
| Paid in total | $1,994.89 |
| **Total amount** | **$159,082.17** |

### NET SALES SUMMARY

| | |
|---|---:|
| Gross sales | $129,556.09 |
| Sales discounts | -$1,226.89 |
| Sales refunds | -$1,273.10 |
| **Net sales** | **$127,056.10** |

### TIP SUMMARY

| | |
|---|---:|
| Tips collected | $15,646.72 |
| Tips refunded | $0.00 |
| **Total tips** | **$15,646.72** |
| Tips withheld | -$392.77 |
| **Tips after withholding** | **$15,253.95** |

### CASH SUMMARY

| | |
|---|---:|
| Expected closeout cash | $7,638.17 |
| Actual closeout cash | $7,638.52 |
| Cash overage/shortage | $0.35 |
| Expected deposit | $4,148.22 |
| Actual deposit | — |
| Deposit overage/shortage | — |

### CASH ACTIVITY

| | |
|---|---:|
| Total cash payments | $3,080.35 |
| Cash adjustments | -$14.48 |
| Cash refunds | $0.00 |
| Cash before tipouts | $3,065.87 |
| Tipouts tips withheld | $0.00 |
| **Total cash** | **$3,065.87** |

### PAYMENTS SUMMARY

| Payment type | Amount | Tips | Grat | Refunds | Total |
|---|---:|---:|---:|---:|---:|
| Credit/debit | $99,855.29 | $15,636.10 | $1,547.30 | -$1,397.91 | $115,640.78 |
|   Amex | $13,885.02 | $2,495.65 | $285.11 | $0.00 | $16,665.78 |
|   Discover | $2,703.38 | $488.97 | $69.71 | $0.00 | $3,262.06 |
|   Mastercard | $16,816.11 | $2,766.05 | $43.57 | $0.00 | $19,625.73 |
|   Visa | $66,450.78 | $9,885.43 | $1,148.91 | -$1,397.91 | $76,087.21 |
| Gift Card | $1,073.45 | $0.00 | $5.35 | $0.00 | $1,078.80 |
| Cash | $3,007.80 | $0.00 | $72.55 | $0.00 | $3,080.35 |
| Other | $39,139.81 | $10.62 | $0.00 | $0.00 | $39,150.43 |
|   Doordash | $10,827.13 | $0.00 | $0.00 | $0.00 | $10,827.13 |
|   Ezcater | $4,686.00 | $0.00 | $0.00 | $0.00 | $4,686.00 |
|   Grubhub | $2,147.77 | $10.62 | $0.00 | $0.00 | $2,158.39 |
|   Toast-takeout-reward | $10.00 | $0.00 | $0.00 | $0.00 | $10.00 |
|   Ubereats | $21,468.91 | $0.00 | $0.00 | $0.00 | $21,468.91 |
| **Subtotal** | **$143,076.35** | **$15,646.72** | **$1,625.20** | **-$1,397.91** | **$158,950.36** |
| Deposit sales collected | | | | | $131.81 |
| **Total** | | | | | **$159,082.17** |

### UNPAID ORDERS SUMMARY

| | |
|---|---:|
| Unpaid amount | $0.00 |

### SALES CATEGORY SUMMARY

| Sales category | Items | Net sales | Gross sales |
|---|---:|---:|---:|
| Bottled Beer | 104 | $533.00 | $540.00 |
| Draft Beer | 616 | $5,231.75 | $5,269.00 |
| Food | 5,160 | $107,677.73 | $109,864.94 |
| Liquor | 703 | $9,959.35 | $10,082.00 |
| NA Beverage | 512 | $1,720.61 | $1,730.34 |
| Non-Grat Svc Charges | 21 | $250.72 | $291.32 |
| Retail | 17 | $205.00 | $267.50 |
| Wine | 145 | $1,477.94 | $1,510.99 |
| **Total** | **7,278** | **$127,056.10** | **$129,556.09** |

### SERVICE MODE SUMMARY

| | Quick Service | Table Service | Total |
|---|---:|---:|---:|
| Net sales | $52,255.14 | $74,800.96 | $127,056.10 |
| Total guests | 1,340 | 2,165 | 3,505 |
| Avg/Guest | $39.00 | $34.55 | $36.25 |
| Total payments | 823 | 1,201 | 2,024 |
| Avg/Payment | $70.04 | $68.63 | $69.20 |
| Total orders | 822 | 933 | 1,755 |
| Avg/Order | $63.57 | $80.17 | $72.40 |
| Turn time | 05:21 | 1:03:13 | 36:31 |

### SERVICE CHARGE SUMMARY

| Service charge | Count | Amount |
|---|---:|---:|
| Large Party Service Charge | 61 | $1,269.13 |
| Delivery Fee | 15 | $112.50 |
| Catering Delivery Fee | 2 | $100.00 |
| Catering Service Charge | 19 | $150.72 |
| **Total service charges** | **97** | **$1,632.35** |

#### REVENUE CENTER SUMMARY

| Revenue center | Items | Net sales | Gross sales |
|---|---|---|---|
| Bar | 1,039 | $14,846.96 | $15,150.71 |
| Carryout/Delivery | 391 | $6,970.21 | $7,124.25 |
| DoorDash | 522 | $9,842.84 | $9,842.84 |
| Catering | 319 | $12,225.22 | $13,498.32 |
| Patio | 1 | $8.00 | $8.00 |
| Dining Room | 3,701 | $61,636.77 | $62,405.87 |
| Grubhub | 90 | $1,952.56 | $1,952.56 |
| Uber Eats | 1,213 | $19,573.54 | $19,573.54 |
| **Total** | **7,276** | **$127,056.10** | **$129,556.09** |

#### DINING OPTION SUMMARY

| Dining option | Orders | Net sales | Gross sales |
|---|---|---|---|
| Take Out | 185 | $14,253.72 | $15,727.46 |
| DoorDash - Delivery | 181 | $9,186.81 | $9,186.81 |
| DoorDash - Takeout | 9 | $656.03 | $656.03 |
| Toast Delivery Services | 15 | $934.45 | $934.45 |
| Grubhub - Takeout | 42 | $1,952.56 | $1,952.56 |
| No Dining Option | 3 | $0.00 | $0.00 |
| Dine In | 951 | $75,084.93 | $76,111.18 |
| Delivery | 6 | $5,414.06 | $5,414.06 |
| Uber Eats - Takeout | 16 | $635.86 | $635.86 |
| Uber Eats - Delivery | 347 | $18,937.68 | $18,937.68 |
| **Total** | **1,755** | **$127,056.10** | **$129,556.09** |

#### SERVICE / DAYPART SUMMARY

| Service / day part | Orders | Net sales | Gross sales |
|---|---|---|---|
| Dinner | 1,171 | $83,942.66 | $86,035.90 |
| No Service | 3 | $0.00 | $0.00 |
| Lunch | 536 | $40,971.80 | $41,258.19 |
| Late Night | 45 | $2,141.64 | $2,262.00 |
| **Total** | **1,755** | **$127,056.10** | **$129,556.09** |

#### TAX SUMMARY

⬇ Marketplace facilitator tax details

| Tax rate | Taxable amount | Tax amount |
|---|---|---|
| State Tax | $98,119.00 | $5,897.01 |
| Local Tax | $98,119.00 | $3,930.27 |
| Arlington Retail Tax | $205.00 | $12.30 |
| Marketplace facilitator tax | — | $2,879.66 |
|    Remitted by 3rd Party | $19,573.54 | $1,368.28 |
|    Remitted by Restaurant | $23,077.29 | $1,511.38 |
| Toast marketplace facilitator tax | — | $58.59 |
|    Remitted by Toast | $584.85 | $58.59 |
| Non Taxable | $0.00 | — |

#### DISCOUNT SUMMARY

| Discount | Count | Amount |
|---|---|---|
| Discover Arlington | 2 | $9.83 |
| Employee Discount - Check | 19 | $436.46 |
| Employee Discount - Item | 12 | $122.73 |
| Investor/Family 50% | 2 | $36.37 |
| Manager Comp - Check | 3 | $59.20 |
| Manager Comp - Item | 18 | $278.40 |
| Manager Meal | 2 | $36.90 |
| NYE $25 OFF Card | 5 | $125.00 |
| Recovery | 1 | $8.00 |
| Reward Dollars | 13 | $114.00 |
| **Total discounts** | **77** | **$1,226.89** |

#### DEFERRED SUMMARY

| Deferred type | Gross amount | Discounts | Refunds | Net amount |
|---|---|---|---|---|
| Deferred (gift cards) | $225.00 | $0.00 | $0.00 | **$225.00** |

#### VOID SUMMARY

| | |
|---|---|
| Void amount | $8,916.83 |
| Void order count | 53 |
| Void item count | 296 |
| Void amount % | 7.0% |