## Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 02/02/2025**

### RECONCILIATION REPORT

Reconciled on: 02/04/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

### Summary                                                                 USD

| | |
|---|---:|
| Statement beginning balance | 6,295.22 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 6,295.22 |
| | |
| Uncleared transactions as of 02/02/2025 | -5,983.51 |
| Register balance as of 02/02/2025 | 311.71 |
| Cleared transactions after 02/02/2025 | 0.00 |
| Uncleared transactions after 02/02/2025 | -18,657.95 |
| Register balance as of 02/04/2025 | -18,346.24 |

### Additional Information

Uncleared checks and payments as of 02/02/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage C… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage C… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -4,297.88 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -4,297.88 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -4,297.88 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -4,308.69 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -4,292.82 |
| 01/15/2025 | Bill Payment | EFT18424972 | Specialty Beverage | -219.00 |
| 01/24/2025 | Bill Payment | 5123 | TriMark Adams-Burch | -738.12 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -564.06 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -4,292.82 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -824.72 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -710.85 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -557.58 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -551.01 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -412.85 |
| 01/31/2025 | Journal | MI15258ME | | -24.06 |
| 01/31/2025 | Bill Payment | 5126 | TriMark Adams-Burch | -437.32 |
| 02/01/2025 | Journal | MI15251ME | | -300.00 |
| **Total** | | | | **-32,473.27** |

Uncleared deposits and other credits as of 02/02/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 01/29/2025 | Journal | Sales 1.29 | | 12.07 |
| 01/30/2025 | Journal | Sales 1.30 | | 2,692.33 |
| 01/31/2025 | Journal | Sales 1.31 | | 6,584.62 |
| 01/31/2025 | Deposit | | | 161.60 |
| 01/31/2025 | Journal | Sales 1.31 | | 91.62 |
| 02/01/2025 | Journal | Sales 2.1 | | 419.00 |
| 02/01/2025 | Journal | Sales 2.1 | | 7,603.28 |
| 02/02/2025 | Journal | MJ15255ME | | 187.38 |
| 02/02/2025 | Deposit | | UberEats | 4,073.33 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/02/2025 | Journal | MJ15255ME | | 4,664.53 |
| Total | | | | 26,489.76 |

Uncleared checks and payments after 02/02/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/03/2025 | Bill Payment | | Chill-Craft Company Inc. | -145.00 |
| 02/03/2025 | Bill Payment | | Bowie Produce | -568.75 |
| 02/03/2025 | Bill Payment | | Lyon Bakery | -595.98 |
| 02/03/2025 | Bill Payment | | Safety First Services | -1,050.00 |
| 02/03/2025 | Journal | MI15265ME | | -301.57 |
| 02/04/2025 | Bill Payment | | KBS III 3003 Washington LLC | -18,051.64 |
| 02/06/2025 | Journal | MI15267ME | | -55.00 |
| Total | | | | -20,767.94 |

Uncleared deposits and other credits after 02/02/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/03/2025 | Journal | MJ15264ME | | 2,109.99 |
| Total | | | | 2,109.99 |