Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 02/09/2025**

RECONCILIATION REPORT

Reconciled on: 02/11/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---:|
| Statement beginning balance | 6,295.22 |
| Checks and payments cleared (26) | -35,153.49 |
| Deposits and other credits cleared (19) | 34,908.42 |
| Statement ending balance | 6,050.15 |
| | |
| Uncleared transactions as of 02/09/2025 | 397.76 |
| Register balance as of 02/09/2025 | 6,447.91 |
| Cleared transactions after 02/09/2025 | 0.00 |
| Uncleared transactions after 02/09/2025 | -6,608.51 |
| Register balance as of 02/11/2025 | -160.60 |

**Details**

Checks and payments cleared (26)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -564.06 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -710.85 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -824.72 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -551.01 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -557.58 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -412.85 |
| 01/31/2025 | Journal | MI15308ME | | -15.26 |
| 02/01/2025 | Journal | MI15251ME | | -300.00 |
| 02/03/2025 | Expense | | | -0.07 |
| 02/03/2025 | Bill Payment | | Bowie Produce | -568.75 |
| 02/03/2025 | Bill Payment | | Chill-Craft Company Inc. | -145.00 |
| 02/03/2025 | Bill Payment | | Lyon Bakery | -595.98 |
| 02/03/2025 | Bill Payment | | Safety First Services | -1,050.00 |
| 02/03/2025 | Expense | | Amazon | -24.06 |
| 02/03/2025 | Expense | | Toast Inc. | -16.24 |
| 02/04/2025 | Bill Payment | | Reinhart Food Service (PFG) | -101.24 |
| 02/04/2025 | Expense | | | -301.57 |
| 02/04/2025 | Check | 5128 | | -874.83 |
| 02/04/2025 | Bill Payment | 5127 | ALSCO | -214.85 |
| 02/04/2025 | Bill Payment | | KBS III 3003 Washington LLC | -18,051.64 |
| 02/05/2025 | Bill Payment | | Parkx Master Merchant, LC | -200.00 |
| 02/05/2025 | Bill Payment | | Juarez's HVAC LLC | -360.00 |
| 02/06/2025 | Journal | MI15267ME | | -55.00 |
| 02/06/2025 | Bill Payment | | Toast Inc. | -534.75 |
| 02/07/2025 | Journal | MI15287ME | | -553.77 |
| 02/07/2025 | Bill Payment | | Reinhart Food Service (PFG) | -7,569.41 |
| **Total** | | | | **-35,153.49** |

Deposits and other credits cleared (19)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 01/29/2025 | Journal | Sales 1.29 | | 12.07 |
| 01/30/2025 | Journal | Sales 1.30 | | 2,692.33 |
| 01/31/2025 | Journal | Sales 1.31 | | 6,584.62 |
| 01/31/2025 | Deposit | | | 161.60 |
| 01/31/2025 | Journal | Sales 1.31 | | 91.62 |
| 02/01/2025 | Journal | Sales 2.1 | | 419.00 |
| 02/01/2025 | Journal | Sales 2.1 | | 7,417.46 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/02/2025 | Deposit | | UberEats | 4,073.33 |
| 02/02/2025 | Journal | Sales 2.2 | | 187.38 |
| 02/02/2025 | Deposit | | DoorDash Inc | 2,729.00 |
| 02/02/2025 | Deposit | | | 255.98 |
| 02/02/2025 | Journal | Sales 2.2 | | 4,544.71 |
| 02/03/2025 | Deposit | | | 0.62 |
| 02/03/2025 | Journal | Sales 2.3 | | 2,052.65 |
| 02/03/2025 | Deposit | | | 306.07 |
| 02/03/2025 | Deposit | | | 0.38 |
| 02/03/2025 | Deposit | | | 1.00 |
| 02/04/2025 | Journal | Sales 2.4 | | 1,587.36 |
| 02/05/2025 | Journal | Sales 2.5 | | 1,791.24 |
| Total | | | | 34,908.42 |

**Additional Information**

Uncleared checks and payments as of 02/09/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage C… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage C… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -4,297.88 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -4,297.88 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -4,297.88 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -4,308.69 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -4,292.82 |
| 01/15/2025 | Bill Payment | EFT18424972 | Specialty Beverage | -219.00 |
| 01/24/2025 | Bill Payment | 5123 | TriMark Adams-Burch | -738.12 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -4,292.82 |
| 01/31/2025 | Bill Payment | 5126 | TriMark Adams-Burch | -437.32 |
| 02/07/2025 | Bill Payment | 5129 | TriMark Adams-Burch | -686.12 |
| 02/07/2025 | Bill Payment | 5130 | AM Briggs INC dba Metropolit… | -1,247.14 |
| 02/08/2025 | Journal | MI15295ME | | -593.46 |
| 02/09/2025 | Journal | MI15299ME | | -13.96 |
| 02/09/2025 | Journal | MI15297ME | | -13.99 |
| Total | | | | -31,082.81 |

Uncleared deposits and other credits as of 02/09/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/05/2025 | Journal | Sales 2.5 | | 86.98 |
| 02/06/2025 | Journal | Sales 2.6 | | 4,537.69 |
| 02/07/2025 | Journal | Sales 2.7 | | 43.95 |
| 02/07/2025 | Journal | Sales 2.7 | | 5,465.39 |
| 02/08/2025 | Journal | Sales 2.8 | | 5,964.14 |
| 02/09/2025 | Journal | Sales 2.9 | | 9,760.56 |
| 02/09/2025 | Journal | Sales 2.9 | | 695.83 |
| 02/09/2025 | Deposit | | UberEats | 4,926.03 |
| Total | | | | 31,480.57 |

Uncleared checks and payments after 02/09/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/10/2025 | Bill Payment | | TriMark Adams-Burch | -351.52 |
| 02/10/2025 | Journal | MI15303ME | | -348.93 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/10/2025 | Bill Payment | 5131 | M.A. Stockstill Co. | -220.00 |
| 02/10/2025 | Journal | MI15302ME | | -9.18 |
| 02/10/2025 | Bill Payment | | Toast Inc. | -787.75 |
| 02/10/2025 | Bill Payment | | Reinhart Food Service (PFG) | -65.23 |
| 02/10/2025 | Bill Payment | | Reinhart Food Service (PFG) | -2,912.90 |
| 02/10/2025 | Bill Payment | | Platform Business Advisors | -2,500.00 |
| 02/10/2025 | Bill Payment | | Lyon Bakery | -404.10 |
| 02/10/2025 | Bill Payment | | Bowie Produce | -425.25 |
| Total | | | | -8,024.86 |

Uncleared deposits and other credits after 02/09/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/10/2025 | Journal | MJ15307ME | | 1,227.67 |
| 02/10/2025 | Journal | MJ15307ME | | 188.68 |
| Total | | | | 1,416.35 |