## Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 02/16/2025**

### RECONCILIATION REPORT

Reconciled on: 02/18/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 6,050.15 |
| Checks and payments cleared (29) | -35,793.45 |
| Deposits and other credits cleared (22) | 37,350.97 |
| Statement ending balance | 7,607.67 |
| | |
| Uncleared transactions as of 02/16/2025 | -9,885.72 |
| Register balance as of 02/16/2025 | -2,278.05 |
| Cleared transactions after 02/16/2025 | 0.00 |
| Uncleared transactions after 02/16/2025 | 938.08 |
| Register balance as of 02/18/2025 | -1,339.97 |

### Details

Checks and payments cleared (29)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/07/2025 | Bill Payment | 5130 | AM Briggs INC dba Metropolit… | -1,247.14 |
| 02/08/2025 | Journal | MI15295ME | | -593.46 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -6,442.60 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -16,498.37 |
| 02/09/2025 | Journal | MI15297ME | | -13.99 |
| 02/09/2025 | Journal | MI15299ME | | -13.96 |
| 02/10/2025 | Bill Payment | | Toast Inc. | -787.75 |
| 02/10/2025 | Journal | MI15302ME | | -9.18 |
| 02/10/2025 | Bill Payment | | Bowie Produce | -425.25 |
| 02/10/2025 | Bill Payment | | Lyon Bakery | -404.10 |
| 02/10/2025 | Bill Payment | | Platform Business Advisors | -2,500.00 |
| 02/10/2025 | Expense | | | -1.00 |
| 02/10/2025 | Bill Payment | | Reinhart Food Service (PFG) | -2,912.90 |
| 02/10/2025 | Bill Payment | | Reinhart Food Service (PFG) | -65.23 |
| 02/10/2025 | Bill Payment | 5131 | M.A. Stockstill Co. | -220.00 |
| 02/10/2025 | Journal | MI15303ME | | -348.93 |
| 02/10/2025 | Expense | | | -14.83 |
| 02/10/2025 | Bill Payment | | TriMark Adams-Burch | -351.52 |
| 02/11/2025 | Journal | MI15310ME | | -970.31 |
| 02/12/2025 | Journal | MI15319ME | | -285.00 |
| 02/12/2025 | Expense | | Arlington Chamber of Comme… | -48.00 |
| 02/12/2025 | Expense | | Toast Inc. | -202.73 |
| 02/13/2025 | Expense | | | -0.42 |
| 02/14/2025 | Bill Payment | | Comcast (EFT) | -757.88 |
| 02/14/2025 | Journal | MI15321ME | | -36.02 |
| 02/14/2025 | Journal | MI15322ME | | -33.20 |
| 02/14/2025 | Bill Payment | 5133 | AM Briggs INC dba Metropolit… | -552.83 |
| 02/14/2025 | Expense | | Amazon | -50.82 |
| 02/14/2025 | Journal | MI15323ME | | -6.03 |
| **Total** | | | | **-35,793.45** |

Deposits and other credits cleared (22)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/05/2025 | Journal | Sales 2.5 | | 86.98 |
| 02/06/2025 | Journal | Sales 2.6 | | 4,537.69 |
| 02/07/2025 | Journal | Sales 2.7 | | 5,465.39 |
| 02/07/2025 | Journal | Sales 2.7 | | 43.95 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/08/2025 | Journal | Sales 2.8 | | 5,795.38 |
| 02/09/2025 | Deposit | | DoorDash Inc | 2,030.45 |
| 02/09/2025 | Journal | Sales 2.9 | | 695.83 |
| 02/09/2025 | Journal | Sales 2.9 | | 8,064.39 |
| 02/09/2025 | Deposit | | UberEats | 4,926.03 |
| 02/09/2025 | Deposit | | | 607.08 |
| 02/10/2025 | Deposit | | | 374.51 |
| 02/10/2025 | Deposit | | | 0.02 |
| 02/10/2025 | Deposit | | | 0.05 |
| 02/10/2025 | Journal | Sales 2.10 | | 188.68 |
| 02/10/2025 | Journal | Sales 2.10 | | 1,195.18 |
| 02/11/2025 | Journal | Sales 2.11 | | 29.65 |
| 02/11/2025 | Deposit | | | 202.73 |
| 02/11/2025 | Journal | Sales 2.11 | | 1,147.98 |
| 02/12/2025 | Journal | Sales 2.12 | | 10.42 |
| 02/12/2025 | Journal | Sales 2.12 | | 1,947.91 |
| 02/13/2025 | Deposit | | | 0.32 |
| 02/13/2025 | Deposit | | | 0.35 |
| Total | | | | 37,350.97 |

**Additional Information**

Uncleared checks and payments as of 02/16/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage C… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage C… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -4,297.88 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -4,297.88 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -4,297.88 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -4,308.69 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -4,292.82 |
| 01/15/2025 | Bill Payment | EFT18424972 | Specialty Beverage | -219.00 |
| 01/24/2025 | Bill Payment | 5123 | TriMark Adams-Burch | -738.12 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -4,292.82 |
| 01/31/2025 | Bill Payment | 5126 | TriMark Adams-Burch | -437.32 |
| 02/07/2025 | Bill Payment | 5129 | TriMark Adams-Burch | -686.12 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -456.33 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -707.64 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -710.85 |
| 02/09/2025 | Bill Payment | Open CR | Logan Food Company | -127.50 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -1,046.95 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -547.06 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -457.09 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -4,292.82 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -420.49 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -556.01 |
| 02/14/2025 | Bill Payment | | Motleys Asset Disposition Group | -750.00 |
| 02/14/2025 | Bill Payment | | Bowie Produce | -1,126.00 |
| 02/14/2025 | Bill Payment | 5135 | TriMark Adams-Burch | -727.52 |
| 02/14/2025 | Bill Payment | | MtoM Consulting, LLC | -30.00 |
| 02/14/2025 | Bill Payment | | Lyon Bakery | -235.36 |
| 02/16/2025 | Journal | MI15332ME | | -259.91 |
| Total | | | | -41,665.79 |

Uncleared deposits and other credits as of 02/16/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/13/2025 | Journal | Sales 2.13 | | 2,627.64 |
| 02/13/2025 | Journal | Sales 2.13 | | 50.50 |
| 02/14/2025 | Journal | Sales 2.14 | | 10,686.80 |
| 02/14/2025 | Journal | Sales 2.14 | | 170.48 |
| 02/15/2025 | Journal | Sales 2.15 | | 145.23 |
| 02/15/2025 | Journal | Sales 2.15 | | 8,639.30 |
| 02/16/2025 | Journal | Sales 2.16 | | 5,421.32 |
| 02/16/2025 | Journal | Sales 2.16 | | 358.14 |
| 02/16/2025 | Deposit | | UberEats | 3,680.66 |
| Total | | | | 31,780.07 |

Uncleared checks and payments after 02/16/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/17/2025 | Journal | MI15344ME | | -54.00 |
| 02/18/2025 | Bill Payment | 5134 | AM Briggs INC dba Metropolit… | -2,267.38 |
| Total | | | | -2,321.38 |

Uncleared deposits and other credits after 02/16/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/17/2025 | Journal | MJ15345ME | | 207.20 |
| 02/17/2025 | Journal | MJ15345ME | | 3,052.26 |
| Total | | | | 3,259.46 |