Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 02/23/2025**

## RECONCILIATION CHANGE REPORT

Since this reconciliation on 02/25/2025, changes were made to the reconciled transactions in this report.

| DATE | TYPE | REF NO. | PAYEE | ORIGINAL AMT (USD) | CURRENT AMT (USD) | CHANGE | AMOUNT CHANGE (USD) |
|---|---|---|---|---|---|---|---|
| 02/18/2025 | Deposit | | | 380.00 | 0.00 | Deleted | -380.00 |
| 02/20/2025 | Deposit | | | 60.00 | 0.00 | Deleted | -60.00 |
| | | | | | | **Total** | **-440.00** |

## RECONCILIATION REPORT

Reconciled on: 02/25/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                USD

| | |
|---|---|
| Statement beginning balance | 7,607.67 |
| Checks and payments cleared (35) | -36,970.42 |
| Deposits and other credits cleared (20) | 43,269.49 |
| Statement ending balance | 13,906.74 |
| | |
| Uncleared transactions as of 02/23/2025 | -8,111.62 |
| Register balance as of 02/23/2025 | 5,795.12 |
| Cleared transactions after 02/23/2025 | 0.00 |
| Uncleared transactions after 02/23/2025 | -1,650.76 |
| Register balance as of 02/25/2025 | 4,144.36 |

**Details**

Checks and payments cleared (35)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/06/2024 | Journal | Payroll JE 9.23-10.6 | | -4,297.88 |
| 01/24/2025 | Bill Payment | 5123 | TriMark Adams-Burch | -738.12 |
| 01/31/2025 | Bill Payment | 5126 | TriMark Adams-Burch | -437.32 |
| 02/07/2025 | Bill Payment | 5129 | TriMark Adams-Burch | -686.12 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -457.09 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -547.06 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -556.01 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -707.64 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -420.49 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -710.85 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -456.33 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -1,046.95 |
| 02/11/2025 | Bill Payment | 5132 | ALSCO | -214.85 |
| 02/14/2025 | Bill Payment | | Bowie Produce | -1,126.00 |
| 02/14/2025 | Bill Payment | 5135 | TriMark Adams-Burch | -727.52 |
| 02/14/2025 | Bill Payment | | MtoM Consulting, LLC | -30.00 |
| 02/14/2025 | Bill Payment | | Motleys Asset Disposition Group | -750.00 |
| 02/14/2025 | Bill Payment | | Lyon Bakery | -235.36 |
| 02/16/2025 | Journal | MI15332ME | | -259.91 |
| 02/17/2025 | Journal | MI15344ME | | -54.00 |
| 02/17/2025 | Journal | MI15343ME | | -699.83 |
| 02/18/2025 | Expense | | Amazon | -22.75 |
| 02/18/2025 | Bill Payment | | Reinhart Food Service (PFG) | -6,473.13 |
| 02/18/2025 | Bill Payment | | TriMark Adams-Burch | -224.76 |
| 02/18/2025 | Expense | | | -0.23 |
| 02/18/2025 | Bill Payment | | AM Briggs INC dba Metropolit… | -2,267.38 |
| 02/18/2025 | Bill Payment | | AM Briggs INC dba Metropolit… | -156.54 |
| 02/18/2025 | Bill Payment | 5136 | ALSCO | -221.29 |
| 02/18/2025 | Bill Payment | | Erie Insurance Group | -1,359.48 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/19/2025 | Bill Payment | | Republic National | -240.72 |
| 02/19/2025 | Bill Payment | | Premium Distributors | -534.80 |
| 02/20/2025 | Expense | | | -0.07 |
| 02/20/2025 | Expense | | | -0.38 |
| 02/21/2025 | Expense | | Arlington County Treasurer | -5,275.30 |
| 02/21/2025 | Bill Payment | | Reinhart Food Service (PFG) | -5,034.26 |
| Total | | | | -36,970.42 |

Deposits and other credits cleared (20)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/13/2025 | Journal | Sales 2.13 | | 2,627.64 |
| 02/13/2025 | Journal | Sales 2.13 | | 50.50 |
| 02/14/2025 | Journal | Sales 2.14 | | 10,686.80 |
| 02/14/2025 | Journal | Sales 2.14 | | 170.48 |
| 02/15/2025 | Journal | Sales 2.15 | | 145.23 |
| 02/15/2025 | Journal | Sales 2.15 | | 8,403.40 |
| 02/16/2025 | Deposit | | | 212.88 |
| 02/16/2025 | Journal | Sales 2.16 | | 5,275.34 |
| 02/16/2025 | Deposit | | UberEats | 3,680.66 |
| 02/16/2025 | Deposit | | DoorDash Inc | 1,993.49 |
| 02/17/2025 | Deposit | | | 424.67 |
| 02/17/2025 | Journal | Sales 2.17 | | 2,972.68 |
| 02/18/2025 | Deposit | | | 380.00 |
| 02/18/2025 | Deposit | | | 0.52 |
| 02/18/2025 | Journal | Sales 2.18 | | 152.38 |
| 02/18/2025 | Deposit | | | 0.50 |
| 02/18/2025 | Journal | Sales 2.18 | | 3,506.59 |
| 02/19/2025 | Journal | Sales 2.19 | | 12.07 |
| 02/19/2025 | Journal | Sales 2.19 | | 2,513.66 |
| 02/20/2025 | Deposit | | | 60.00 |
| Total | | | | 43,269.49 |

Additional Information

Uncleared checks and payments as of 02/23/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage C… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage C… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -4,297.88 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -4,297.88 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -4,308.69 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -4,292.82 |
| 01/15/2025 | Bill Payment | EFT18424972 | Specialty Beverage | -219.00 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -4,292.82 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -4,292.82 |
| 02/09/2025 | Bill Payment | Open CR | Logan Food Company | -127.50 |
| 02/11/2025 | Bill Payment | | Lyon Bakery | -1.54 |
| 02/13/2025 | Journal | MI15384ME | | -50.82 |
| 02/15/2025 | Journal | MI15383ME | | -22.75 |
| 02/20/2025 | Bill Payment | 5137 | AM Briggs INC dba Metropolit… | -859.45 |
| 02/22/2025 | Journal | MI15373ME | | -14.99 |
| Total | | | | -28,424.69 |

Uncleared deposits and other credits as of 02/23/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/16/2025 | Journal | Sales 2.16 | | 358.14 |
| 02/17/2025 | Journal | Sales 2.17 | | 207.20 |
| 02/20/2025 | Journal | Sales 2.20 | | 167.75 |
| 02/20/2025 | Journal | Sales 2.20 | | 1,992.64 |
| 02/21/2025 | Journal | Sales 2.21 | | 2,475.80 |
| 02/22/2025 | Journal | Sales 2.22 | | 7,494.43 |
| 02/22/2025 | Journal | Sales 2.22 | | 41.14 |
| 02/23/2025 | Deposit | | UberEats | 3,170.46 |
| 02/23/2025 | Journal | Sales 2.23 | | 23.05 |
| 02/23/2025 | Journal | Sales 2.23 | | 4,382.46 |
| Total | | | | 20,313.07 |

Uncleared checks and payments after 02/23/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/24/2025 | Bill Payment | | Bowie Produce | -585.25 |
| 02/24/2025 | Bill Payment | 5139 | TriMark Adams-Burch | -603.57 |
| 02/24/2025 | Bill Payment | 5138 | AM Briggs INC dba Metropolit… | -823.66 |
| 02/24/2025 | Bill Payment | | TriMark Adams-Burch | -390.08 |
| 02/24/2025 | Bill Payment | | Lyon Bakery | -719.06 |
| 02/24/2025 | Bill Payment | | Magnolia Plumbing | -255.00 |
| Total | | | | -3,376.62 |

Uncleared deposits and other credits after 02/23/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/24/2025 | Journal | MJ15382ME | | 1,719.84 |
| 02/24/2025 | Journal | MJ15382ME | | 6.02 |
| Total | | | | 1,725.86 |