Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 02/28/2025**

RECONCILIATION REPORT

Reconciled on: 03/04/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 13,466.74 |
| Checks and payments cleared (31) | -33,643.11 |
| Deposits and other credits cleared (23) | 29,301.57 |
| Statement ending balance | 9,125.20 |
| | |
| Uncleared transactions as of 02/28/2025 | -41,478.65 |
| Register balance as of 02/28/2025 | -32,353.45 |
| Cleared transactions after 02/28/2025 | 0.00 |
| Uncleared transactions after 02/28/2025 | 12,790.47 |
| Register balance as of 03/04/2025 | -19,562.98 |

**Details**

Checks and payments cleared (31)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/20/2025 | Bill Payment | 5137 | AM Briggs INC dba Metropolit… | -859.45 |
| 02/22/2025 | Journal | MI15373ME | | -14.99 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -1,363.60 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -60.00 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -726.39 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -6,839.21 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -1,718.60 |
| 02/24/2025 | Bill Payment | 5138 | AM Briggs INC dba Metropolit… | -823.66 |
| 02/24/2025 | Bill Payment | | Washington Gas | -2,216.71 |
| 02/24/2025 | Expense | | VA Department of Taxation | -6,821.18 |
| 02/24/2025 | Bill Payment | | Bowie Produce | -585.25 |
| 02/24/2025 | Bill Payment | | Magnolia Plumbing | -255.00 |
| 02/24/2025 | Bill Payment | | Lyon Bakery | -719.06 |
| 02/24/2025 | Bill Payment | | TriMark Adams-Burch | -390.08 |
| 02/24/2025 | Bill Payment | 5139 | TriMark Adams-Burch | -603.57 |
| 02/24/2025 | Bill Payment | | Intuit Inc. | -144.00 |
| 02/25/2025 | Bill Payment | | Capital Bank | -1,500.00 |
| 02/25/2025 | Bill Payment | | Dominion Energy Virginia | -3,466.02 |
| 02/25/2025 | Bill Payment | 5140 | ALSCO | -221.29 |
| 02/26/2025 | Journal | MI15392ME | | -437.82 |
| 02/26/2025 | Expense | | State Farm | -182.34 |
| 02/26/2025 | Expense | | | -0.02 |
| 02/26/2025 | Journal | MI15391ME | | -36.99 |
| 02/26/2025 | Journal | MI15395ME | | -8.88 |
| 02/26/2025 | Expense | | | -0.14 |
| 02/26/2025 | Bill Payment | EFT25496405 | Hop & Wine | -512.00 |
| 02/27/2025 | Bill Payment | | Open Table Inc. ACH | -328.50 |
| 02/27/2025 | Expense | | Restaurant Depot | -1,968.09 |
| 02/27/2025 | Journal | MI15400ME | | -186.28 |
| 02/28/2025 | Expense | | Adobe Inc. | -21.19 |
| 02/28/2025 | Bill Payment | | Premium Distributors | -632.80 |
| Total | | | | -33,643.11 |

Deposits and other credits cleared (23)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/16/2025 | Journal | Sales 2.16 | | 358.14 |
| 02/17/2025 | Journal | Sales 2.17 | | 60.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/17/2025 | Journal | Sales 2.17 | | 147.00 |
| 02/18/2025 | Deposit | | | 21.86 |
| 02/20/2025 | Journal | Sales 2.20 | | 167.75 |
| 02/20/2025 | Journal | Sales 2.20 | | 1,992.64 |
| 02/21/2025 | Journal | Sales 2.21 | | 2,475.80 |
| 02/22/2025 | Journal | Sales 2.22 | | 7,293.74 |
| 02/22/2025 | Journal | Sales 2.22 | | 41.14 |
| 02/23/2025 | Journal | Sales 2.23 | | 4,276.47 |
| 02/23/2025 | Journal | Sales 2.23 | | 23.05 |
| 02/23/2025 | Deposit | | UberEats | 3,170.46 |
| 02/23/2025 | Deposit | | | 845.18 |
| 02/23/2025 | Deposit | | | 394.89 |
| 02/23/2025 | Deposit | | DoorDash Inc | 2,007.14 |
| 02/24/2025 | Journal | Sales 2.24 | | 6.02 |
| 02/24/2025 | Journal | Sales 2.24 | | 1,679.44 |
| 02/25/2025 | Journal | Sales 2.25 | | 84.50 |
| 02/25/2025 | Journal | Sales 2.25 | | 1,942.33 |
| 02/26/2025 | Deposit | | | 1.95 |
| 02/26/2025 | Journal | Sales 2.26 | | 2,311.32 |
| 02/26/2025 | Deposit | | | 0.50 |
| 02/26/2025 | Deposit | | | 0.25 |
| Total | | | | 29,301.57 |

**Additional Information**

Uncleared checks and payments as of 02/28/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage C… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage C… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -4,297.88 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -4,297.88 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -4,308.69 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -4,292.82 |
| 01/15/2025 | Bill Payment | EFT18424972 | Specialty Beverage | -219.00 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -4,292.82 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -4,292.82 |
| 02/09/2025 | Bill Payment | Open CR | Logan Food Company | -127.50 |
| 02/11/2025 | Bill Payment | | Lyon Bakery | -1.54 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -212.26 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -149.15 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -4,292.82 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -2,544.70 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -1,361.91 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -1,218.79 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -1,149.85 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -1,149.83 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -1,129.68 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -1,070.23 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -994.35 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -937.99 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -931.25 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -866.83 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -781.21 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -718.86 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -661.19 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -590.61 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -569.14 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -409.89 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -368.53 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -84.15 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -58.91 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -44.85 |
| 02/28/2025 | Journal | MI15423ME | | -15.26 |
| 02/28/2025 | Bill Payment | 5141 | AM Briggs INC dba Metropolit… | -759.89 |
| Total | | | | -50,548.81 |

Uncleared deposits and other credits as of 02/28/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/27/2025 | Journal | Sales 2.27 | | 3,984.20 |
| 02/28/2025 | Journal | Sales 2.28 | | 4,985.07 |
| 02/28/2025 | Deposit | | | 100.89 |
| Total | | | | 9,070.16 |

Uncleared checks and payments after 02/28/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/01/2025 | Journal | MI15422ME | | -300.00 |
| 03/01/2025 | Journal | MI15415ME | | -142.29 |
| 03/03/2025 | Bill Payment | | Lyon Bakery | -178.65 |
| 03/03/2025 | Expense | | Arlington County Treasurer | -2,122.18 |
| 03/03/2025 | Bill Payment | | Bowie Produce | -861.50 |
| 03/03/2025 | Bill Payment | | VRA Cleaning Services LLC | -3,680.00 |
| 03/03/2025 | Bill Payment | | Logan Food Company | -127.50 |
| 03/03/2025 | Bill Payment | | Pest Management Services, Inc. | -85.00 |
| Total | | | | -7,497.12 |

Uncleared deposits and other credits after 02/28/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/01/2025 | Journal | Sales 3.1 | | 428.20 |
| 03/01/2025 | Journal | Sales 3.1 | | 6,930.08 |
| 03/02/2025 | Deposit | | UberEats | 3,920.92 |
| 03/02/2025 | Journal | Sales 3.2 | | 2,580.53 |
| 03/02/2025 | Journal | Sales 3.2 | | 130.60 |
| 03/03/2025 | Journal | MJ15427ME | | 6,297.26 |
| Total | | | | 20,287.59 |