IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| In re:<br><br>**SMOKECRAFT CLAREDON, LLC,**<br><br>Debtors. | Case No.: 24-13609-MCR<br>Chapter 7 |
|---|---|

**LINE WITHDRAWING**
**UNITED STATES TRUSTEE'S LIMITED OBJECTION TO APPLICATION TO EMPLOY COHNRESNICK, LLP AS BUSINESS TAX RETURN PREPARER**

Mattew W. Cheney, the Acting United States Trustee for Region 4 ("United States Trustee"), by counsel hereby withdraws the United States Trustee's Limited Objection to Application to Employ CohnResnick, LLP as Business Tax Return Preparer (Dkt. No. 112). The United States Trustee's concerns were addressed by the filing of the Subsequent Amended Declaration of Proposed Accountant (Dkt. 114).

Dated: March 24, 2025

Matthew W. Cheney
Acting United States Trustee for Region 4

By Counsel:

*/s/ Lynn A. Kohen*
Lynn A. Kohen, Bar No. 10025
Trial Attorney
6305 Ivy Lane, Suite 600
Greenbelt, MD   20770
(301) 344-6216
Fax: (301) 344-8431
E-mail: lynn.a.kohen@usdoj.gov

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of March, 2025, a true and correct copy of the Line Withdrawing United States Trustee's Limited Objection to Application to Employ CohnResnick, LLP as Business Tax Return Preparer was served by ECF notification to:

- **Corinne Donohue Adams**    cadams@yvslaw.com, cadams@yvslaw.com;jbeckman@yvslaw.com;pgomez@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;r39990@notify.bestcase.com
- **Catherine Keller Hopkin**    chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
- **Lynn A. Kohen**    lynn.a.kohen@usdoj.gov
- **L. Jeanette Rice**    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Angela L. Shortall**    ashortall@3cubed-as.com, md70@ecfcbis.com
- **US Trustee - Greenbelt**    USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

And by first-class mail, postage prepaid, to:

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

Stephanie O'Rourk
CohnReznick, LLP
3560 Lennox Road, NE
Suite 2900
Atlanta, GA 30326

　　　　　　　　　　　　　　　　　　　　*/s/ Lynn A. Kohen*
　　　　　　　　　　　　　　　　　　　　Lynn A. Kohen