IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re | Case No. 24-13609 |
| Smokecraft Clarendon, LLC | Chapter 11 |
| Debtor. | |

**SUPPLEMENTAL DECLARATION IN SUPPORT OF
APPLICATION TO APPROVE EMPLOYMENT
OF COHNREZNICK AS BUSINESS TAX RETURN
PREPARER FOR SMOKECRAFT CLARENDON, LLC**

1. My name is Stephanie O'Rourk, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. This declaration is intended to supplement my previous declaration (as amended) in this matter.

3. While I have performed work for Andrew Darneille in his personal capacity before, such has always been limited to the preparation and filing of standard state and federal income tax returns.

4. I have neither represented Andrew Darneille nor advised Andrew Darneille in any other personal capacity, at any time, aside from in connection with the tax return preparation and filing referenced in the foregoing sentence.

5. Except as disclosed herein, and as disclosed in the declaration being hereby supplemented, to the best of my knowledge, and based upon the information presented to me, I have no connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

1

I, Stephanie O'Rourk, pursuant to Section 1746 of Title 29 of the United States Code, do hereby declare, under the penalty of perjury, that I have personal knowledge of the matters set forth herein and the foregoing are true and correct.

Dated: 4/2/2025    By:   *Stephanie O'Rourk*
                         Stephanie O'Rourk, CPA