**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| In re | Case No. 24-13609-MCR |
| Smokecraft Clarendon, LLC | Chapter 11 |
| Debtor. | |
| _____/ | |

## LINE CONCERNING DEBTOR-IN-POSSESSION BANK ACCOUNT

Comes now Smokecraft Clarendon, LLC ("Smokecraft" or the "Debtor"), by and through undersigned counsel, and notes that on or about March 31, 2025, Smokecraft's primary debtor-in-possession bank account was compromised, with an as-yet-unidentified third party endeavoring to withdraw various monies therefrom. The fraudulent activity was immediately flagged by the Debtor which, in turn, promptly contacted the depository institution and commenced taking action to ensure the misappropriated funds were repatriated and, equally, that the account was fully secured from further compromise. It appears subsequent efforts at misappropriating funds have ensued (as recently as April 9, 2025), but a freeze on the account has prevented these efforts from being successful.

Smokecraft maintains two separate debtor-in-possession bank accounts at the same institution and, as such, has been able to use the second account without issue. While there have, no doubt, been certain eccentricities attendant to the change of the primary account—including the dishonor of checks drawn from the compromised account—the Debtor has proactively worked with vendors to explain the situation and furnish substitute payment from the second (non-compromised) bank account.

Attached hereto is a letter from TD Bank acknowledging this incident.

1

          Respectfully submitted,

          /s/ Maurice B. VerStandig
          Maurice B. VerStandig, Esq.
          Bar No. 18071
          THE BELMONT FIRM
          1050 Connecticut Avenue NW,
          Suite 500
          Washington, DC 20036
          Phone: (301) 444-4600
          E-mail: mac@dcbankruptcy.com
          *Counsel for the Debtor*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of April, 2025, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Corinne Donohue Adams cadams@yvslaw.com, cadams@yvslaw.com;jbeckman@yvslaw.com;pgomez@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;r39990@notify.bestcase.com
- Catherine Keller Hopkin chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
- Lynn A. Kohen lynn.a.kohen@usdoj.gov
- L. Jeanette Rice Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Angela L. Shortall ashortall@3cubed-as.com, md70@ecfcbis.com
- US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

          /s/ Maurice B. VerStandig
          Maurice B. VerStandig, Esq.