

**TD Bank**
**America's Most Convenient Bank®**
3028 Wilson Boulevard
Arlington, VA 22201
T 703 387 0187
F 703 294 4206

tdbank.com

April 1, 2025

Smokecraft Clarendon LLC
3003 Washington Blvd. #101
Arlington VA 22201

Ref: Deposit Account

To Whom It May Concern,
This is to state that Smokecraft Clarendon LLC, who has a business deposit relationship with TD Bank, fell victim to fraud. The fraudulent transaction was flagged and the account has been frozen, to protect from further incident(s). We continue to monitor the account and are working with the account owner to reinstate banking service(s). Due to the nature of this process, this may take a few days.

| | |
|---|---|
| Account Title: | Smokecraft Clarendon LLC |
| Account Type: | Checking |
| Account Number: | XXXX1664 |
| Customer Since: | 2019 |

Please note that the information published above is accurate as of the time of issuance of this statement, the information is private & confidential, to be used only for the purpose intended by the account owner. Any other use of this information may be considered unlawful. If further clarification is needed regarding the information included above, a written and signed authorization will be required from the account owner/authorized signer.

Thank you,

*[signature]*

Puneet Bhasin
Vice President
TD Bank NA
3028 Wilson Blvd.
Arlington VA 22201
Ph: (703) 387-0187
Email: Puneet.bhasin@td.com