Cleaning Chemicals & Supplies
Disposables & Carry-Out
Tabletop * Banquet * Bar
Kitchen Supplies & Utensils
Equipment * Furniture * Shelving

**TriMark**

1901 Stanford Court, Landover, MD 20785

Sales: 301-341-1600
Toll Free: 800-347-8093
Sales Fax: 301-341-5114
Accounting: 301-276-2140
Accounting Fax: 301-276-2010

# Quote

Printed: July 5, 2020

20286
SMOKECRAFT MODERN BARBECUE
SMOKECRAFT CLARENDON LLC
1051 N. HIGHLAND STREET
ARLINGTON, VA 22201

PO #:
Document No: 5955935-00
Document Date: 7/4/2020
Placed By: SMALLWARES
Expires: 8/3/2020

Salesperson: BOB MCMAHON
bob.mcmahon@trimarkusa.com

| Line # | Product | Quantity | Unit | Price | Extended |
|---|---|---|---|---|---|
| 1 | 01602<br>RACK, CUTTING BOARD STORAGE, S/S<br>CB-6L<br>Packed: EACH<br>Catalog Page 215 | 1 | EACH | 11.15 | 11.15 |
| 2 | 00129<br>BOARD, CUTTING , WHITE, 18" X 24 X 1/2", PLASTIC<br>CB182412WH<br>Packed: EACH<br>Catalog Page 215 | 2 | EACH | 31.49 | 62.98 |
| 3 | 00274<br>(CULIN) BOARD CUTTING 18X24X1/2" YELLOW<br>859060 / TRW1126 / CBP-18-YL<br>Packed: EACH<br>Catalog Page | 1 | EACH | 17.47 | 17.47 |
| 4 | 00276<br>(CULIN) BOARD CUTTING 18"X24"X1/2" BLUE<br>859055/TRW1121 / CBP-18-BL<br>Packed: EACH<br>Catalog Page | 1 | EACH | 17.47 | 17.47 |
| 5 | 00274<br>(CULIN) BOARD CUTTING 18X24X1/2" YELLOW<br>859060 / TRW1126 / CBP-18-YL<br>Packed: EACH<br>Catalog Page | 2 | EACH | 17.47 | 34.94 |
| 6 | 00273<br>(CULIN) BOARD CUTTING 18X24X1/2" RED<br>859058 / TRW1124 / CBP-18-RD<br>Packed: EACH<br>Catalog Page | 4 | EACH | 17.47 | 69.88 |
| 7 | 28086<br>KNIFE FILLET ACERO 7" FLEXIBLE POM BLK HANDLE<br>KFP-74<br>Packed: EACH<br>Catalog Page | 2 | EACH | 15.51 | 31.02 |
| 8 | 28086<br>KNIFE FILLET ACERO 7" FLEXIBLE POM BLK HANDLE<br>KFP-74<br>Packed: EACH<br>Catalog Page | 4 | EACH | 15.51 | 62.04 |

Cleaning Chemicals & Supplies
Disposables & Carry-Out
Tabletop * Banquet * Bar
Kitchen Supplies & Utensils
Equipment * Furniture * Shelving

**TriMark**
1901 Stanford Court, Landover, MD 20785

Sales: 301-341-1600
Toll Free: 800-347-8093
Sales Fax: 301-341-5114
Accounting: 301-276-2140
Accounting Fax: 301-276-2010

# Quote

Printed: July 5, 2020
Quote No: 5955935-00

| Line # | Product | Quantity | Unit | Price | Extended |
|---|---|---|---|---|---|
| 9 | 28070<br>SLICER ROAST ACERO 10" FORGED POM BLACK HANDLE<br>KFP-102<br>Packed: EACH<br>Catalog Page | 2 | EACH | 16.80 | 33.60 |
| 10 | 28073<br>CLEAVER ACERO 7X4-3/8" FORGED POM BLACK HANDLE<br>KFP-72<br>Packed: EACH<br>Catalog Page | 2 | EACH | 18.96 | 37.92 |
| 11 | 27284<br>KNIFE, MULTI PURPOSE 5 1/2", YELLOW HANDLE<br>83000.24266<br>Packed: EACH<br>Catalog Page | 2 | EACH | 6.08 | 12.16 |
| 12 | 64483<br>KNIFE, OFFSET, 9", V-LO SOFT GRIP HNDL WAVEDGE<br>V163-9SC-TRI-PCP/ 39409<br>Packed: EACH<br>Catalog Page 240 | 2 | EACH | 20.84 | 41.68 |
| 13 | 64610<br>KNIFE, OYSTER, 3", BOSTON, SS<br>S134 (10493)<br>Packed: EACH<br>Catalog Page 246 | 2 | EACH | 13.21 | 26.42 |
| 14 | 02291<br>TONG, SPRING, 12", S/S, HEAVY DUTY<br>A453T / 859305 / TRW1683<br>Packed: EACH<br>Catalog Page 235 | 10 | EACH | 8.95 | 89.50 |
| 15 | 00795<br>TONG, SPRING, 16", S/S, HEAVY DUTY<br>A454T/ 859306 / TRW1684<br>Packed: EACH<br>Catalog Page 235 | 2 | EACH | 11.34 | 22.68 |
| 16 | 74418<br>(CULIN) SCRAPER PLATE 9 1/2 HI HEAT<br>859219 / TRW1555 / SCR-10<br>Packed: EACH<br>Catalog Page | 4 | EACH | 7.09 | 28.36 |
| 17 | 74419<br>(CULIN) SCRAPER PLATE 13 1/2 HI HEAT<br>859203 / TRW1525 / SCR-4<br>Packed: EACH<br>Catalog Page | 10 | EACH | 9.00 | 90.00 |

Cleaning Chemicals & Supplies
Disposables & Carry-Out
Tabletop * Banquet * Bar
Kitchen Supplies & Utensils
Equipment * Furniture * Shelving



1901 Stanford Court, Landover, MD 20785

| | Sales: | 301-341-1600 |
|---|---|---|
| | Toll Free: | 800-347-8093 |
| | Sales Fax: | 301-341-5114 |
| | Accounting: | 301-276-2140 |
| | Accounting Fax: | 301-276-2010 |

# Quote

Printed: July 5, 2020
Quote No: 5955935-00

| Line # | Product | Quantity | Unit | Price | Extended |
|---|---|---|---|---|---|
| 18 | 27733<br>TURNER, 8"X3" RED HIGH HEAT HANDLE<br>M18300<br>Packed: EACH<br>Catalog Page 249 | 3 | EACH | 16.38 | 49.14 |
| 19 | 21221<br>BRUSH, BROILER KING, 48" DOUBLE WITH HANDLE<br>4029400<br>Packed: EACH<br>Catalog Page | 1 | EACH | 54.15 | 54.15 |
| 20 | 00418<br>STONE, GRILL BRICK BLACK 4"X3 1/2"X 8", PUMICE<br>GB12<br>Packed: 12 EACH<br>Catalog Page 216 | 1 | CS12 | 20.60 | 20.60 |
| 21 | 04758<br>ABC SPOON, SOLID, S/S, 11"<br>BSH-11-S-P / BSOT-11<br>Packed: EACH<br>Catalog Page 232 | 3 | EACH | 1.24 | 3.72 |
| 22 | 00256<br>ABC SPOON, PERFORATED 13" BLACK PLASTIC HDL<br>BSPH-13P/ BSPB-13/ 131PE<br>Packed: EACH<br>Catalog Page 232 | 6 | EACH | 1.50 | 9.00 |
| 23 | 04766<br>(CULIN) SPOON SOLID 13" SS<br>859003 / TRW1027 / BSH-13-S-P / BSOT-13<br>Packed: EACH<br>Catalog Page 232 | 3 | EACH | 1.30 | 3.90 |
| 24 | 27127<br>ABC DIPPER, ZEROLL, ICE, CREAM, #12, SCOOP<br>IRD-12 / AICD-12<br>Packed: EACH<br>Catalog Page 197 | 2 | EACH | 4.41 | 8.82 |
| 25 | ** SVR-87740<br>CONSERVEWELL<br>Packed: SOLD BY THE EACH | 1 | EACH | 381.13 | 381.13 |
| 26 | 27650<br>DISHER, 16/QT, BLUE, SS, SCOOP, PORTION, CONTROL<br>47143 / 859076 / TRW1144<br>Packed: EACH<br>Catalog Page 196 | 4 | EACH | 10.91 | 43.64 |

| | Cleaning Chemicals & Supplies |  | Sales: | 301-341-1600 |
| | Disposables & Carry-Out | | Toll Free: | 800-347-8093 |
| | Tabletop * Banquet * Bar | | Sales Fax: | 301-341-5114 |
| | Kitchen Supplies & Utensils | 1901 Stanford Court, Landover, MD 20785 | Accounting: | 301-276-2140 |
| | Equipment * Furniture * Shelving | | Accounting Fax: | 301-276-2010 |

# Quote

Printed: July 5, 2020
Quote No: 5955935-00

| Line # | Product | Quantity | Unit | Price | Extended |
|---|---|---|---|---|---|
| 27 | 00022<br>(CULIN) SPOODLE 4OZ SOLID GREEN<br>859179 / TRW1462 / PPG-4-S / FPS-4<br>Packed: EACH<br>Catalog Page 232 | 1 | EACH | 1.94 | 1.94 |
| 28 | 00023<br>(CULIN) SPOODLE 4OZ PERFORATED GREEN<br>859178 / TRW1460 / PPG-4-P / FPP-4<br>Packed: EACH<br>Catalog Page 232 | 1 | EACH | 1.94 | 1.94 |
| 29 | 03913<br>(CULIN) LADLE 2OZ SS STANDARD 1 PIECE<br>859118 / TRW1376 / LL-02-P / LDI-2<br>Packed: EACH<br>Catalog Page 233 | 1 | EACH | 1.30 | 1.30 |
| 30 | 00219<br>(CULIN) BOTTLE, SQUEEZE 16OZ CLEAR, WIDE MOUTH<br>859011 / TRW1039 / CSBW-16-C / PSW-16<br>Packed: EACH<br>Catalog Page 230 | 12 | EACH | 0.91 | 10.92 |
| 31 | 74408<br>(CULIN) BOTTLE SQUEEZE WIDE OPENING CLEAR 24OZ<br>859013 / TRW1041 / CSBW-24-C<br>Packed: EACH<br>Catalog Page | 12 | EACH | 0.88 | 10.56 |
| 32 | 09768<br>SCOOP, CADDY, SAF-T, BLUE<br>SI2000<br>Packed: EACH<br>Catalog Page 198 | 1 | EACH | 36.98 | 36.98 |
| 33 | 02673<br>MEASURING SPOON, SET 4PC,, DELUXE SS     *09<br>47118<br>Packed: EACH<br>Catalog Page 228 | 1 | EACH | 5.58 | 5.58 |
| 34 | 27697<br>MEASURING CUP SET,  S/S 1 - 1/2 - 1/3- 1/4 CUPS<br>47119<br>Packed: EACH<br>Catalog Page 228 | 1 | EACH | 17.30 | 17.30 |
| 35 | 74334<br>MEASURE 4QT CLEAR POLYCARBONATE NSF<br>400MCCW135<br>Packed: EACH<br>Catalog Page | 2 | EACH | 14.09 | 28.18 |

| | Cleaning Chemicals & Supplies |
|---|---|
| | Disposables & Carry-Out |
| | Tabletop * Banquet * Bar |
| | Kitchen Supplies & Utensils |
| | Equipment * Furniture * Shelving |

**TriMark**
1901 Stanford Court, Landover, MD 20785

Sales: 301-341-1600
Toll Free: 800-347-8093
Sales Fax: 301-341-5114
Accounting: 301-276-2140
Accounting Fax: 301-276-2010

# Quote

Printed: July 5, 2020
Quote No: 5955935-00

| Line # | Product | Quantity | Unit | Price | Extended |
|---|---|---|---|---|---|
| 36 | 74332<br>MEASURE 1QT CLEAR POLYCARBONATE NSF<br>100MCCW135<br>Packed: EACH<br>Catalog Page | 2 | EACH | 9.42 | 18.84 |
| 37 | 03327<br>SPINNER, SALAD 5 GALLON 17.25" X 17.25" X 24"<br>90005<br>Packed: EACH<br>Catalog Page 226 | 1 | EACH | 190.62 | 190.62 |
| 38 | 05131<br>SCOOP, SAF-T, 6-10OZ, COMPLETE W/ HOLDER, BLUE<br>SANJ SI5000<br>Packed: EACH<br>Catalog Page 198 | 3 | EACH | 38.49 | 115.47 |
| 39 | 00249<br>MANDOLINE, LITTLE BENI BENRINER IVORY JAPANESE<br>186700MC<br>Packed: EACH<br>Catalog Page | 1 | EACH | 29.75 | 29.75 |
| 40 | 00251<br>MANDOLINE BIG BENI BENRINER IVORY JAPANESE<br>186706MC<br>Packed: EACH<br>Catalog Page | 1 | EACH | 59.51 | 59.51 |
| 41 | 08003<br>EASY CHOPPER III, 3/8" COLOR CODED BLADES/BLOCK<br>57500-2<br>Packed: EACH<br>Catalog Page 224 | 1 | EACH | 284.45 | 284.45 |
| 42 | 08092<br>SCALE DIGITAL 10 LBS. COMPACT PORTIONING<br>TE10FT<br>Packed: EACH<br>Catalog Page | 3 | EACH | 68.19 | 204.57 |
| 43 | 70167<br>PAN, SHEET, 18"X26" 18 GAUGE<br>5326AB/ ALXP-1826<br>Packed: EACH<br>Catalog Page 220 | 24 | EACH | 8.19 | 196.56 |
| 44 | 70162<br>GRATE, ICING, 16X24, CHROME PLATED, ABC<br>PG-16 / PGW-2416<br>Packed: EACH<br>Catalog Page 251 | 12 | EACH | 11.37 | 136.44 |

| | Cleaning Chemicals & Supplies |
|---|---|
| | Disposables & Carry-Out |
| | Tabletop * Banquet * Bar |
| | Kitchen Supplies & Utensils |
| | Equipment * Furniture * Shelving |

**TriMark**
1901 Stanford Court, Landover, MD 20785

| Sales: | 301-341-1600 |
|---|---|
| Toll Free: | 800-347-8093 |
| Sales Fax: | 301-341-5114 |
| Accounting: | 301-276-2140 |
| Accounting Fax: | 301-276-2010 |

# Quote

| Printed: | July 5, 2020 |
|---|---|
| Quote No: | 5955935-00 |

| Line # | Product | Quantity | Unit | Price | Extended |
|---|---|---|---|---|---|
| 45 | 03358<br>RACK Z BUN PAN CASTER 2 BRAKE NON BRAKE<br>AWZK-20<br>Packed: EACH<br>Catalog Page | 2 | EACH | 229.35 | 458.70 |
| 46 | 70168<br>PAN, HALF SHEET, 18"X13" 18 GAUGE<br>5323AB<br>Packed: EACH<br>Catalog Page 220 | 24 | EACH | 5.17 | 124.08 |
| 47 | 70816<br>GRATE, PAN, WIRE, CHROME PLATED, 12"X16-1/2"  *09<br>ADMI PG-12 / PGW-1216<br>Packed: EACH<br>Catalog Page 251 | 12 | EACH | 5.21 | 62.52 |
| 48 | 04472<br>(CULIN)  SKIMMER, SQUARE 6 1/2" NICKEL PLATED<br>859212 / TW1543 / SKR-1 / SCF-6S<br>Packed: EACH<br>Catalog Page 234 | 1 | EACH | 4.51 | 4.51 |
| 49 | 01518<br>WHIP, FRENCH, 14", HEAVY DUTY, NYLON HANDLE<br>47092<br>Packed: EACH<br>Catalog Page 235 | 2 | EACH | 14.02 | 28.04 |
| 50 | 01520<br>WHIP, FRENCH, 24", HEAVY DUTY, NYLON HANDLE<br>VOLL 47097<br>Packed: EACH<br>Catalog Page 235 | 2 | EACH | 22.91 | 45.82 |
| 51 | 00478<br>BAG, PASTRY, DISPOSABLE RECYCLABLE 21 5/8"<br>165018<br>Packed: ROLL<br>Catalog Page | 1 | ROLL | 19.57 | 19.57 |
| 52 | 00172<br>TIP, STAR,#7, 14MM 9/16" S/S<br>30001.62121<br>Packed: EACH<br>Catalog Page 237 | 2 | EACH | 1.27 | 2.54 |
| 53 | ** WIN-DRG-22H<br>22 OZ. DREDGE, S/S<br>Packed: CSPK OF 48 EACH | 6 | EACH | 5.27 | 31.62 |

Cleaning Chemicals & Supplies  
Disposables & Carry-Out  
Tabletop * Banquet * Bar  
Kitchen Supplies & Utensils  
Equipment * Furniture * Shelving  

**TriMark**  
1901 Stanford Court, Landover, MD 20785  

Sales: 301-341-1600  
Toll Free: 800-347-8093  
Sales Fax: 301-341-5114  
Accounting: 301-276-2140  
Accounting Fax: 301-276-2010  

# Quote

Printed: July 5, 2020  
Quote No: 5955935-00

| Line # | Product | Quantity | Unit | Price | Extended |
|---|---|---|---|---|---|
| 54 | 27705<br>BRUSH, BASTING, SILICONE RED<br>B200-40<br>Packed: EACH<br>Catalog Page 239 | 2 | EACH | 4.58 | 9.16 |
| 55 | 27727<br>BRUSH,BASTING, SILICONE WHITE<br>B200-41<br>Packed: EACH<br>Catalog Page 239 | 2 | EACH | 4.58 | 9.16 |
| 56 | 27263<br>SHARPENER, HAND HELD<br>7.8715 / 49002<br>Packed: EACH<br>Catalog Page 244 | 2 | EACH | 23.50 | 47.00 |
| 57 | 66169<br>PEELER Y RED HANDLE<br>M33071RDB<br>Packed: EACH<br>Catalog Page | 1 | EACH | 2.97 | 2.97 |
| 58 | 66170<br>PEELER Y BLACK HANDLE<br>M33071BKB<br>Packed: EACH<br>Catalog Page | 1 | EACH | 2.97 | 2.97 |
| 59 | 04855<br>(CULIN)  CHINA CAP SS 12" COARSE<br>859279 / TRW1651 / CCS-12-C / CCS-12C<br>Packed: EACH<br>Catalog Page 250 | 2 | EACH | 25.19 | 50.38 |
| 60 | 02862<br>RAPIKOOL PLUS, 128 OZ., 3.8 LITER, 15" HIGH<br>RCU128V2<br>Packed: EACH<br>Catalog Page 255 | 2 | EACH | 45.72 | 91.44 |
| 61 | 74438<br>PAN, MUFFIN, 24 CUP, MINI, HEAVY DUTY<br>905245 /45245<br>Packed: EACH<br>Catalog Page 252 | 6 | EACH | 42.27 | 253.62 |
| 62 | 73679<br>ABC PAN, STEAM TABLE S/S 24 GA,1/9 SIZE, 4" DEEP<br>CAST1904AB/88094931/SPN4<br>Packed: EACH<br>Catalog Page 259 | 24 | EACH | 4.40 | 105.60 |



Cleaning Chemicals & Supplies
Disposables & Carry-Out
Tabletop * Banquet * Bar
Kitchen Supplies & Utensils
Equipment * Furniture * Shelving

1901 Stanford Court, Landover, MD 20785

Sales: 301-341-1600
Toll Free: 800-347-8093
Sales Fax: 301-341-5114
Accounting: 301-276-2140
Accounting Fax: 301-276-2010

# Quote

Printed: July 5, 2020
Quote No: 5955935-00

| Line # | Product | Quantity | Unit | Price | Extended |
|---|---|---|---|---|---|
| 63 | 71498<br>ABC PAN, STEAM TABLE S/S 24 GA, 1/6 SIZE, 4" DEEP<br>CAST1604AB/88064931/SPS4<br>Packed: EACH<br>Catalog Page 259 | 12 | EACH | 6.23 | 74.76 |
| 64 | 71501<br>ABC PAN, STEAM TABLE S/S 24 GA, 1/6 SIZE, 6" DEEP<br>CAST1606AB/88066931/SPS6<br>Packed: EACH<br>Catalog Page 259 | 12 | EACH | 8.43 | 101.16 |
| 65 | 71420<br>ABC PAN, STEAM TABLE S/S 24 GA, 1/3 SIZE, 4" DEEP<br>CAST1304AB/88034931/SPT4<br>Packed: EACH<br>Catalog Page 259 | 24 | EACH | 9.00 | 216.00 |
| 66 | 71439<br>ABC PAN, STEAM TABLE S/S 24 GA, 1/3 SIZE, 6" DEEP<br>CAST1306AB/88036931/SPT6<br>Packed: EACH<br>Catalog Page 259 | 24 | EACH | 12.92 | 310.08 |
| 67 | 71404<br>ABC PAN, STEAM TABLE S/S 24 GA, 1/2 SIZE, 6" DEEP<br>CAST1206AB/88026931/SPH6<br>Packed: EACH<br>Catalog Page 259 | 12 | EACH | 14.67 | 176.04 |
| 68 | 71560<br>ABC PAN, STEAM TABLE S/S 24 GA,FULL SIZE, 6" DEEP<br>CAST2006AB/88006931/SPF6<br>Packed: EACH<br>Catalog Page 259 | 6 | EACH | 23.10 | 138.60 |
| 69 | 71687<br>ABC COVER, STEAM TABLE 24GA,S/S,1/3 SIZE, SLOT<br>CSTC1300SAB / 75239/SPCT<br>Packed: EACH<br>Catalog Page 260 | 12 | EACH | 6.33 | 75.96 |
| 70 | 71641<br>ABC COVER, STEAM TABLE, 24 GA,S/S,1/6 SIZE,NOTCH<br>CSTC1600SAB/75269/SPCS<br>Packed: EACH<br>Catalog Page 260 | 24 | EACH | 5.08 | 121.92 |
| 71 | 75004<br>PAN FOOD CLEAR 1/6 SIZE 6" DEEP<br>926391 / 66CWTRI135<br>Packed: EACH<br>Catalog Page | 24 | EACH | 3.97 | 95.28 |

Cleaning Chemicals & Supplies
Disposables & Carry-Out
Tabletop * Banquet * Bar
Kitchen Supplies & Utensils
Equipment * Furniture * Shelving

**TriMark**
1901 Stanford Court, Landover, MD 20785

Sales: 301-341-1600
Toll Free: 800-347-8093
Sales Fax: 301-341-5114
Accounting: 301-276-2140
Accounting Fax: 301-276-2010

# Quote

Printed: July 5, 2020
Quote No: 5955935-00

| Line # | Product | Quantity | Unit | Price | Extended |
|---|---|---|---|---|---|
| 72 | 75005<br>PAN FOOD CLEAR 1/3 SIZE 6" DEEP<br>926392 / 36CWTRI135<br>Packed: EACH<br>Catalog Page | 12 | EACH | 6.30 | 75.60 |
| 73 | ** WIN-SSDB-20S<br>20QT. S/S STEAMER/PASTA COOKER<br>Packed: CSPK OF 4 SET | 1 | SET | 118.02 | 118.02 |
| 74 | 70139<br>(CULIN)  POT STOCK 40QT ALUMINUM, STANDARD<br>859276 / TRW1647 / ACST-40-L / ALST-40<br>Packed: EACH<br>Catalog Page 255 | 2 | EACH | 63.48 | 126.96 |
| 75 | 70160<br>ABC PAN, SAUCE, 7 QT., ALUMINUM<br>ACS-07-T-ABH<br>Packed: EACH<br>Catalog Page 254 | 2 | EACH | 21.12 | 42.24 |
| 76 | 70158<br>ABC PAN, SAUCE, 4.5 QT., ALUMINUM<br>ACS-04-T-ABH<br>Packed: EACH<br>Catalog Page 254 | 2 | EACH | 16.32 | 32.64 |
| 77 | 03343<br>KETTLE, SOUP, 10.5 QT BLACK, S/S LID & INSERT<br>ESW66<br>Packed: EACH<br>Catalog Page | 1 | EACH | 80.51 | 80.51 |
| 78 | 70150<br>(CULIN) PAN FRY 14" NON-STICK, PRO-LINE<br>859095 / TRW1324 / FP14NS-TRI / ACF-14-NS<br>Packed: EACH<br>Catalog Page 257 | 4 | EACH | 38.75 | 155.00 |
| 79 | 70146<br>(CULIN) PAN FRY 8" NON-STICK, PRO-LINE<br>859097 / TRW1326 / FP08NS-TRI / ACF-08-NS<br>Packed: EACH<br>Catalog Page 257 | 8 | EACH | 14.62 | 116.96 |
| 80 | 71048<br>ABC BAIN MARIE, 5", 2QT, S/S<br>BMP-2-P / BAM-2<br>Packed: EACH<br>Catalog Page 262 | 2 | EACH | 10.43 | 20.86 |



| | | Cleaning Chemicals & Supplies | Sales: | 301-341-1600 |
|---|---|---|---|---|

Cleaning Chemicals & Supplies  
Disposables & Carry-Out  
Tabletop * Banquet * Bar  
Kitchen Supplies & Utensils  
Equipment * Furniture * Shelving  

1901 Stanford Court, Landover, MD 20785

Sales: 301-341-1600  
Toll Free: 800-347-8093  
Sales Fax: 301-341-5114  
Accounting: 301-276-2140  
Accounting Fax: 301-276-2010  

# Quote

Printed: July 5, 2020  
Quote No: 5955935-00

| Line # | | Product | Quantity | Unit | Price | Extended |
|---|---|---|---|---|---|---|
| 81 |  | 74992<br>BOX STORAGE 12X18X6 CAMWEAR POLYCARB CLEAR<br>926408 / 12186CWTRI135<br>Packed: EACH<br>Catalog Page | 8 | EACH | 13.85 | 110.80 |
| 82 | | 74990<br>BOX STORAGE 12X18X9 CAMWEAR POLYCARB CLEAR<br>926406 / 12189CWRTI135<br>Packed: EACH<br>Catalog Page | 8 | EACH | 17.85 | 142.80 |
| 83 | | 74996<br>LID 12X18 CONTAINER CAMWEAR POLYCARB CLEAR<br>926413 / 1218CCWTRI135<br>Packed: EACH<br>Catalog Page | 16 | EACH | 6.64 | 106.24 |
| 84 | | 74993<br>BOX STORAGE 18X26X15 CAMWEAR POLYCARB CLEAR<br>926409 / 182615CWTRI135<br>Packed: EACH<br>Catalog Page | 4 | EACH | 48.82 | 195.28 |
| 85 | | 74989<br>BOX STORAGE 18X26X9 CAMWEAR POLYCARB CLEAR<br>926405 / 18269CWTRI135<br>Packed: EACH<br>Catalog Page | 6 | EACH | 33.50 | 201.00 |
| 86 | | 74995<br>LID 18X26 CONTAINER CAMWEAR POLYCARB CLEAR<br>926412 / 1826CCWTRI135<br>Packed: EACH<br>Catalog Page | 10 | EACH | 14.14 | 141.40 |
| 87 | | 73326<br>ABC BOWL, MIXING, 3QT, S/S, 9 1/2"<br>MBR-03 / MXB-300Q<br>Packed: EACH<br>Catalog Page 262 | 3 | EACH | 2.63 | 7.89 |
| 88 | | 73334<br>ABC BOWL, MIXING, 5QT, S/S, 11 1/2"<br>MBR-05 / MXB-500Q<br>Packed: EACH<br>Catalog Page 262<br>OLD # IS 1405 | 3 | EACH | 3.42 | 10.26 |
| 89 | | 73342<br>ABC BOWL, MIXING, 8QT, S/S, 13 1/2"<br>MBR-08 / MXB-800Q<br>Packed: EACH<br>Catalog Page 262 | 8 | EACH | 4.78 | 38.24 |

**TriMark**

1901 Stanford Court, Landover, MD 20785

Cleaning Chemicals & Supplies
Disposables & Carry-Out
Tabletop * Banquet * Bar
Kitchen Supplies & Utensils
Equipment * Furniture * Shelving

| Sales: | 301-341-1600 |
| Toll Free: | 800-347-8093 |
| Sales Fax: | 301-341-5114 |
| Accounting: | 301-276-2140 |
| Accounting Fax: | 301-276-2010 |

# Quote

Printed: July 5, 2020
Quote No: 5955935-00

| Line # | Product | Quantity | Unit | Price | Extended |
|---|---|---|---|---|---|
| 90 | 73350<br>ABC BOWL, MIXING, 13QT, S/S, 16"<br>MBR-13 / MXB-1300Q<br>Packed: EACH<br>Catalog Page 262 | 2 | EACH | 6.57 | 13.14 |
| 91 | 74977<br>CONTAINER, STORAGE, 4QT, CLEAR, SQUARE<br>926414 / 4SFSCWTRI135<br>Packed: EACH<br>Catalog Page 264 | 24 | EACH | 5.59 | 134.16 |
| 92 | 74001<br>LID, FOR 2-4 QT, SQUARE CONTAINER, TRANSLUCENT<br>SFC2SCPP190<br>Packed: EACH<br>Catalog Page 264 | 24 | EACH | 2.16 | 51.84 |
| 93 | 74003<br>CONTAINER, STORAGE, 8QT SQUARE, POLYCARBONATE<br>926415 / 8SFSCWTRI135<br>Packed: EACH<br>Catalog Page 264 | 24 | EACH | 8.55 | 205.20 |
| 94 | 74004<br>LID, FOR 6-8 QT, SQUARE TRANSLUCENT<br>SFC6SCPP190<br>Packed: EACH<br>Catalog Page 264 | 24 | EACH | 2.69 | 64.56 |
| 95 | 74005<br>CONTAINER, STORAGE 12QT SQUARE, POLYCARBONATE<br>926418 / 12SFSCWTRI135<br>Packed: EACH<br>Catalog Page 264 | 12 | EACH | 11.58 | 138.96 |
| 96 | 74008<br>CONTAINER, STORAGE 22QT SQUARE, POLYCARBONATE<br>926417 / 22SFSCWTRI135<br>Packed: EACH<br>Catalog Page 264 | 18 | EACH | 22.11 | 397.98 |
| 97 | 74007<br>LID, FOR 12/18/22 QT SQUARE, TRANSLUCENT<br>SFC12SCPP190<br>Packed: EACH<br>Catalog Page 264 | 30 | EACH | 3.91 | 117.30 |

** Freight charges may apply.

Sub Total: $ 8,119.62
VIRGINIA State Sales Tax: $ 487.17
==================
Quote Total: $ 8,606.79