# TriMark
### Foodservice Equipment, Supplies and Design
## ADAMS-BURCH

# Invoice

03/23/2020

**To:**
Smokecraft
Andrew Darneille
Acct
1051 N Highland Street
Arlington, VA 22201
240-687-1604

**Project:**
Smokecraft - Walkin and Hood

**From:**
TriMark Adams-Burch
Shannon Galle
1901 Stanford Court
Landover, MD 20785-3219
(301)276-2000
301-276-2088 (Contact)
703-708-4595 (Cell)
301-386-0288 (Fax)
shannon.galle@trimarkusa.com

Project Code: 399M2301

**\*\*\* TERMS \*\*\***
**50% deposit to order/40% prior to delivery /10% Net 30 after delivery**

Freight and taxes are estimated.

**Price came down slightly from Captive Aire & Ansul - New total $54,611.56**

50% - $28,164.24  Paid - Jan 28, 2020 Check # 1019
40%  -$20,986.16 - due now
10% - $5461.16 - Net 30 after delivery

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 13 | 1 ea | **WALK IN**<br>Kolpak Model No. PANELS<br>Beer Cooler Item #13<br>Compartments:<br>Beer Cooler<br>Interior Dimensions: 13'-6" x 4'-6" x 8'-10 5/8"<br>Walls: 4" Class 1 - Foamed in place Urethane<br>Exterior: Galvalume - Embossed 26 Ga<br>Interior: Galvalume - Embossed 26 Ga<br>Ceiling: 4" Class 1 - Foamed in place Urethane<br>Type: Standard<br>Attachment: Lock Down<br>Exterior: Galvalume - Embossed 26 Ga<br>Interior: Galvalume - Embossed White 26Ga.<br>Floor Application: 4" Class 1 - Foamed in place Urethane<br>Type: Structural 5000# ERA<br>Finish: Aluminum - Smooth Aluminum .100<br>Overlay: Floor Overlay - Full Compartment, 3/16" Aluminum Diamond Tread<br>Compartment Accessories:<br><br>4 ea Trim Angled 3" x 3" x 8ft Galvalume Embossed 26 ga<br>2 ea Light Fixture - Kason 1809 LED 115V/220V | $10,808.61 | $10,808.61 |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | | Refrigeration Accessories:<br><br>Door: 30" x 78" Right Swing Out<br>Recessed 0" with 0" Leveling Sand and 0" Tile & Grout.<br>Frame: Exterior: Galvalume - Embossed 26 Ga Kickplate, Alum .063 Diamond Tread 36" High<br>Interior: Galvalume - Embossed 26 Ga Kickplate, Alum .063 Diamond Tread 36" High<br>Plug: Exterior: Galvalume - Embossed 26 Ga Kickplate, Alum .063 Diamond Tread 36" High<br>Interior: Galvalume - Embossed 26 Ga Kickplate, Alum .063 Diamond Tread 36" High<br>Door/Opening Accessories:<br>Qty UoM Description<br>1 ea Handle - Kason 28 with Locking Assembly (STD)<br>1 ea Door Closer - Kason 1098 w/Cover & Hook (STD)<br>1 ea Thermometer - 2 inch Dial w/6' Lead (STD)<br>1 ea Switch - Pilot Light Included UL (STD)<br>2 ea Hinge - Kason 1345 Adjustable / Spring Assisted (STD)<br>2.5 lf Threshold, Stainless Steel 10 ga<br>1 ea Light Fixture - Kason 1803 LED w/Bulb, Globe & Nightlight 120V (STD)<br>1 ea Heater Wire, 1 Watt / FT | | |
| | | | ITEM TOTAL: | $10,808.61 |
| 13.1 | 1 ea | **WARRANTY**<br>Kolpak Model No. WARRANTY<br>3/ HP 2-5 YR EXTENDED COMPRESSOR WARRANTY | $129.95 | $129.95 |
| | | | ITEM TOTAL: | $129.95 |
| 13A | 1 ea | **CONDENSING UNIT**<br>Kolpak Model No. CONDENSING UNIT<br>Refrigeration:<br>1 ea KPC68MZOP-2E<br>PC68MZOP-2E, 208-230/60/1, 3/4HP, R448A, Pre-Charged, Air-Cooled, Scroll, Medium Temp Standard Compressor Unit, Amps: 7, Ambient Temperature: 100<br>Includes Fan Cycle Controls, Amps: 7, Ambient Temperature: 100<br>1 ea KAM26-073-1EC-PR-8<br>AM26-073-1EC-PR-8, 115/60/1, R448A, Medium Temp, Air Defrost, Standard Unit Cooler, Amps: 1.6<br>One year parts and labor included | $3,376.86 | $3,376.86 |
| | | | ITEM TOTAL: | $3,376.86 |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 13B | 1 ea | **EVAPORATOR COIL**<br>Kolpak Model No. EVAPORATOR COIL<br>Evaporator coil for cooler; Included as part of ITEM# 13A | | |
| 46 | 1 ea | **EXHAUST HOOD**<br>Captive-Aire Model No. HOOD #1 - LEFT<br>Hood #1 - 51 (LEFT) - Job #4245365<br>5430ND-2-ACPSP-F - 9ft 9" Long Exhaust-Only Wall Canopy Hood with 16" Wide Front Perforated Supply Plenum with Built-in 3" Back Standoff x1<br>- 430 SS Where Exposed x1<br>- FILTER - 20" tall x 16" ( 19.625" by 15.625") wide Stainless Steel Captrate Solo filter with hook, ETL Listed. Particulate capture efficiency: 85% efficient at 9 microns, 76% efficient at 5 microns. Used on hoods shipped AFTER 7/27/17. x7<br>- L55 Series E26 Canopy Light Fixture - High Temp Assembly, Includes Clear Thermal and Shock Resistant Globe (L55 Fixture), Bulbs By Others x3<br>- Extra Fixtures- L55 Series E26 Canopy Light Fixture - High Temp Assembly, Includes Clear Thermal and Shock Resistant Globe (L55 Fixture) x2<br>- EXHAUST RISER - Factory installed 16" Diameter X 4" Height x1<br>- SUPPLY RISER - 12"x 28" Supply Riser with Volume Dampers x3<br>- SUPPLY RISER - 8"x 16" Supply Riser with Volume Dampers x2<br>- 1/2 Pint Grease Cup New Style, Flanged Slotted x2<br>- LEFT END STANDOFF (FINISHED) 3" Wide 54" Long Insulated x1<br>- BALANCE DAMPERS x1<br>- LEFT WIDE VERTICAL END PANEL 42" Top Width, 36" Bottom Width, 80" High Insulated 430 SS x1<br>- Moves the end panel studs to mount onto the end standoff so that the outside skin of the end panel and end standoff will be flush. CLI is required. x1 | $5,047.48 | $5,047.48 |
| | | ITEM TOTAL: | | **$5,047.48** |
| 47 | 1 ea | **EXHAUST HOOD**<br>Captive-Aire Model No. HOOD #2 - RIGHT<br>Hood #2 - 51 (RIGHT) - Job #4245365<br>5430ND-2-ACPSP-F - 9ft 9" Long Exhaust-Only Wall Canopy Hood with 16" Wide Front Perforated Supply Plenum with Built-in 3" Back Standoff x1<br>- 430 SS Where Exposed x1<br>- FILTER - 20" tall x 16" ( 19.625" by 15.625") wide Stainless Steel Captrate Solo filter with hook, ETL Listed. Particulate capture efficiency: 85% efficient at 9 microns, 76% efficient at 5 microns. Used on hoods shipped AFTER 7/27/17. x7<br>- L55 Series E26 Canopy Light Fixture - High Temp Assembly, Includes Clear Thermal and Shock Resistant Globe (L55 Fixture), Bulbs By Others x3<br>- Extra Fixtures- L55 Series E26 Canopy Light Fixture - High Temp | $4,206.15 | $4,206.15 |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | | Assembly, Includes Clear Thermal and Shock Resistant Globe (L55 Fixture) x2<br>- EXHAUST RISER - Factory installed 14" Diameter X 4" Height x1<br>- SUPPLY RISER - 12"x 24" Supply Riser with Volume Dampers x3<br>- SUPPLY RISER - 8"x 16" Supply Riser with Volume Dampers x2<br>- 1/2 Pint Grease Cup New Style, Flanged Slotted x2<br>- BALANCE DAMPERS x1 | | |
| | | **ITEM TOTAL:** | | **$4,206.15** |
| 47.1 | 1 lt | **FIRE SYSTEM**<br>BFPE Internation Model No. ANSUL    Packed lt<br>Fire suppression system installation materials<br>Protection for the the following<br><br>2 - 9'9" hoods with (1) 16" and (1) 14" round ducts<br>1 - 10' hood with (2) 12" round ducts<br>Charbroiler, griddle, 6 burner range, cheese melter, fryers<br><br>System includes<br>All fire system components<br>Test & permit with local jurisdiction - Arlington County<br>All pipe and pipe parts<br>Chrome sleeving of all exposed pipe under hood.<br><br>- Up to a 2" mechanical gas valve supplied - Installed by Others<br><br><br>Note: If mechanical or electric ansul valve in excess of 2" is required, an additional charge would apply. Any charges for permits, detail drawings and/or documentation required by local fire dept. will be in addition to cost. If a system pre-test is required, an additional charge will apply.<br><br>Note: Engineered Stamped Drawings if required will be in addition to above. Final Plumbing and Electrical connections from Fire Suppression System to Building Systems are by others.<br><br>FIRE SUPPRESSION SYSTEM HOOK UP - NON-UNION LABOR DURING NORMAL WORKING HOURS. IF OFF HOUR TESTING REQUIRED PRICE SUBJECT TO CHANGE.<br>ONE FIRE TEST PROVIDED. IF ADDITIONAL TESTING REQUIRED PRICE SUBJECT TO CHANGE.<br>IF OVERLAPPING COVERAGE REQUIRED THERE WILL BE ADDITIONAL CHARGES.<br>IF COMMON DUCT WORK IS USED, ELECTRICAL AUTOMANS WILL BE NEEDED AT AN ADDITIONAL CHARGE. | $2,706.00 | $2,706.00 |

Initial: _____

TriMark Adams-Burch    03/23/2020

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | | | ITEM TOTAL: | $2,706.00 |
| 47.1A | 1 ea | **ANSUL**<br>BFPE Internation Model No. ANSUL<br>Installation of Ansul equipment. | $5,360.00 | $5,360.00 |
| | | | ITEM TOTAL: | $5,360.00 |
| 47.2 | 1 ea | **EXHAUST HOOD**<br>Captive-Aire Model No. BACKSPLASH<br>Backsplash Job #4245365<br>Hood Option Items Only x1<br>- BACKSPLASH 114.00" High X 480.00" Long 430 SS Vertical (Includes End Caps & Divider Bars) x1 | $2,469.42 | $2,469.42 |
| | | | ITEM TOTAL: | $2,469.42 |
| 48 | 1 ea | **EXHAUST HOOD**<br>Captive-Aire Model No. HOOD #3<br>Hood #3 - 47 - Job #4245365<br>4230ND-2-ACPSP-F - 10ft 0" Long Exhaust-Only Wall Canopy Hood with 18" Wide Front Perforated Supply Plenum with Built-in 3" Back Standoff x1<br>- 430 SS Where Exposed x1<br>- FILTER - 20" tall x 16" ( 19.625" by 15.625") wide Stainless Steel Captrate Solo filter with hook, ETL Listed. Particulate capture efficiency: 85% efficient at 9 microns, 76% efficient at 5 microns. Used on hoods shipped AFTER 7/27/17. x7<br>- L55 Series E26 Canopy Light Fixture - High Temp Assembly, Includes Clear Thermal and Shock Resistant Globe (L55 Fixture), Bulbs By Others x3<br>- Extra Fixtures- L55 Series E26 Canopy Light Fixture - High Temp Assembly, Includes Clear Thermal and Shock Resistant Globe (L55 Fixture) x2<br>- Complete ACPSP LED install kit. 120VAC. Can be wired to hood ECP or building lighting controls. Includes light fixture, wire, junction box, hardware and label. x5<br>- EXHAUST RISER - Factory installed 12" Diameter X 4" Height x2<br>- SUPPLY RISER - 12"x 28" Supply Riser with Volume Dampers x3<br>- SUPPLY RISER - 6"x 28" Supply Riser with Volume Dampers x2<br>- 1/2 Pint Grease Cup New Style, Flanged Slotted x2<br>- LEFT END STANDOFF (FINISHED) 1" Wide 42" Long Insulated x1<br>- RIGHT END STANDOFF (FINISHED) 1" Wide 42" Long Insulated x1<br>- FINISHED BACK- ISL/REV INSTALL 120.00" Lon | $5,078.44 | $5,078.44 |
| | | | ITEM TOTAL: | $5,078.44 |
| 49 | 1 ea | **EXHAUST HOOD**<br>Captive-Aire Model No. ELECTRICAL SYSTEM<br>Electrical System #1 - Job #4184309<br>DCV-2111 Demand Control Ventilation, w/ control for 2 Exhaust Fans, 1 Supply Fan, Exhaust on in Fire, Lights out in Fire, Fans modulate based on duct temperature. INVERTER DUTY 3 PHASE MOTOR REQUIRED FOR | $4,218.74 | $4,218.74 |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | | USE WITH VFD. Room temperature sensor shipped loose for field installation.Verify distance between VFD and Motor; additional cost could apply if distance exceeds 50 feet. Includes 4 Duct Thermostat kits. x1<br>- ESV552N04TXB571 - Variable Frequency Drive - 7-1/2 HP Max., 400/480 V, Three Phase, 12.4/11.0 A Max., NEMA 1 Enclosure, with 2RJ-45 FOR MODBUS x1<br>- KDRULA4L - 480V Line/Load reactor. Used with VFD. Use VFD spreadsheet to determine which VFD HP can be associated with reactor.<br>Replacing:<br>PN:RM0012N25 - Fan: 1 x1<br>- ESV222N04TXB571 - Variable Frequency Drive - 3 HP Max., 400/480 V, Three Phase, 5.5/4.8 A Max., NEMA 1 Enclosure, with 2RJ-45 FOR MODBUS x1<br>- KDRULA2L - 480V Line/Load reactor. Used with VFD. Use VFD spreadsheet to determine which VFD HP can be associated with reactor.<br>Replacing:<br>PN:RM0008N50 - Fan: 2 x1<br>- 28 wide X 18 tall X 8.62 deep SS HINGED ELECTRICAL BOX NEMA 1 - VENTED. Includes fan filer assembly.<br>-USED ON CONTROL PANELS WITH VFD(S). x1<br>- VERIZON CELLULAR KIT, WIRED ANTENNA AND VERIZON DATA FOR 1 YEARS. x1<br>- Digital Prewire Lighting Relay Kit. Includes hood lighting relay & terminal blocks. Allows for up to 1400W of lighting each. x2<br>- Thermistor CABLE - 18/2 AWG GREEN WHITE, plenum rated. USED for thermistor duct stat. Per Foot Price. x100<br>- CASLink Monitoring x1 | | |
| | | **ITEM TOTAL:** | | **$4,218.74** |
| 50 | 1 ea | **FACTORY SERVICE**<br>Captive-Aire Model No. CUSTOM<br>Factory Services<br>Service Design Verification for CASLink. x1<br>Service Design Verification for Demand Control Ventilation x1<br>Service Design Verification for Hood x3<br>Service Design Verification Mileage Charge: (42) x 2 = 84 total miles x1 | $584.40 | $584.40 |
| | | **ITEM TOTAL:** | | **$584.40** |
| 51 | 1 ea | **HEATED MAKE UP AIR FAN, GAS FIRED**<br>NIC Model No. BY OWNER<br>NIC- BY OWNER | | |
| 52 | 1 ea | **EXHAUST FAN**<br>NIC Model No. BY OWNER<br>NIC- BY OWNER | | |
| 53 | 1 ea | **EXHAUST FAN**<br>NIC Model No. BY OWNER<br>NIC- BY OWNER | | |

Initial: _____

TriMark Adams-Burch                                                                                              03/23/2020

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 89902 | 1 lt | **REFRIGERATION INSTALLATION**<br>Quick Servant Company Model No. INSTALLATION    Packed lt<br>Walkin Refrigeration installation - install, evaporator coil, receive and install compressor units, install interconnecting piping and insulation up to 50 per system. Leak test, charge with freon & start up. 1 year labor warranty. Non Union and No Prevailing wage. Warranty does not include compressor changes or food loss of any kind<br><br>Proposal does not include: wiring of any kind, supplying or mounting of any controls (solenoid valves,temp control,etc) permits, fees, sleepers, hole coring | $6,000.00 | $6,000.00 |

|  |  |
|---|---|
| **ITEM TOTAL:** | **$6,000.00** |
| Merchandise | $49,986.05 |
| Freight | $2,350.81 |
| Tax 6% | $2,274.70 |
| Total | $54,611.56 |

Prices Good Until: 01/22/2020

**Unless otherwise stated**, this quote does **NOT** include: **FREIGHT**, delivery, un-crating, inspection, assembly, set in place, hook-ups, removal and disposal of packing, removal and disposal of existing equipment, plumbing, electrical work, ventilation work, engineering, construction, repairs, permits, Construction, Health & Fire Department Permits or approvals, or anything else not specifically stated in quote. If needed, we can arrange installation thru one of our subcontractors. The above pricing is good for 30 days from the original date of this quote, unless otherwise stated. **It is the customer's responsibility** to receive all of the above merchandise, inspect all cartons at time of delivery noting any damage on all shipments, and unload from the back of the truck all merchandise, unless otherwise stated. Equipment and Furniture orders are non-returnable and will require partial or full down payments.

Acceptance: _____        Date: _____
Printed Name: _____
Project Grand Total: $54,611.56