## SMOKECRAFT ANALYSIS OF CAPITAL BANK EXHIBIT 3 DUPLICATE FF&E ITEMS

| Line | Duplicates | Item Description | Purchase Value | Qty. | Total Value per Item | Source |
|---|---|---|---|---|---|---|
| 1 |  | Dining Banquette | $3,335.00 | 1 | $3,335.00 | 2019 12-06 Smokecraft Clarendon FFE Specifications |
| 11 | Duplicates Line 1 | Dining Banquette | $3,335.00 | 1 | $3,335.00 | Invoice_2019886_from_GrizForm_Purchasing_LLC |
| 49 | Duplicates Line 1 | Dining Banquette | $3,335.00 | 1 | $3,335.00 | Invoice_2019890_from_GrizForm_Purchasing_LLC 3.18.2020 |
| 2 |  | Caressa, Red Pepper (SG-5 Upholstery) | $24.95 | 6 | $149.70 | 2019 12-06 Smokecraft Clarendon FFE Specifications |
| 12 | Duplicates Line 2 | Caressa, Red Pepper (SG-5 Upholstery) | $24.95 | 6 | $149.70 | Invoice_2019886_from_GrizForm_Purchasing_LLC |
| 50 | Duplicates Line 2 | Caressa, Red Pepper (SG-5 Upholstery) | $24.95 | 6 | $149.70 | Invoice_2019890_from_GrizForm_Purchasing_LLC 3.18.2020 |
| 3 |  | Caressa, Red Pepper (SG-7 Upholstery) | $24.95 | 5 | $124.75 | 2019 12-06 Smokecraft Clarendon FFE Specifications |
| 13 | Duplicates Line 3 | Caressa, Red Pepper (SG-7 Upholstery) | $24.95 | 5 | $124.75 | Invoice_2019886_from_GrizForm_Purchasing_LLC |
| 51 | Duplicates Line 3 | Caressa, Red Pepper (SG-7 Upholstery) | $24.95 | 5 | $124.75 | Invoice_2019890_from_GrizForm_Purchasing_LLC 3.18.2020 |
| 4 |  | Bar Table Base forTT-3 (expected cost) | $289.99 | 5 | $1,449.95 | 2019 12-06 Smokecraft Clarendon FFE Specifications |
| 52 | Duplicates Line 52 | Bar Table Base for TT-3 (actual cost) | $249.99 | 5 | $1,249.95 | Invoice_2019890_from_GrizForm_Purchasing_LLC 3.18.2020 |
| 7 |  | Pick Up Order Shelf [Did NOT Buy, Substituted Wayfair (Line 19) | $600.00 | 1 | $600.00 | 2019 12-06 Smokecraft Clarendon FFE Specifications |
| 19 |  | Pick Up Order Shelf [Wayfair] | $749.92 | 1 | $749.92 | Invoice_2019886_from_GrizForm_Purchasing_LLC |
| 53 | Duplicates Line 19 | Pick Up Order Shelf [Wayfair] | $749.92 | 1 | $749.92 | Invoice_2019890_from_GrizForm_Purchasing_LLC 3.18.2020 |
| 6 |  | Art and Accessories Allowance | $5,000.00 | 1 | $5,000.00 | 2019 12-06 Smokecraft Clarendon FFE Specifications |
| 18 | Duplicates Line 6 | Art and Accessories Allowance | $5,000.00 | 1 | $5,000.00 | Invoice_2019886_from_GrizForm_Purchasing_LLC |

**TOTAL FF&E DUPLICATES:** $15,018.77  (Duplicates are shown in red )