# Mac VerStandig

| | |
|---|---|
| **From:** | AAA Certified Appraisers, LLC <appraisals@aaacertifiedappraisers.com> |
| **Sent:** | Wednesday, October 16, 2024 7:37 AM |
| **To:** | Catherine Hopkin; Krystal Broussard |
| **Cc:** | Corinne Donohue Adams |
| **Subject:** | Re: Appraisal and Invoice |
| **Attachments:** | Invoice - 0882 (2) (1).pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Cate,

Emailing everyone again. I have not received or heard anything about payment for this appraisal. Once again if it was sent out, sometimes my mail has gotten lost. If someone can please follow up and find out where the payment is I would greatly appreciate it.

Thank you,

Tony

---

**From:** Catherine Hopkin <chopkin@yvslaw.com>
**Sent:** Wednesday, October 2, 2024 12:51 PM
**To:** AAA Certified Appraisers, LLC <appraisals@aaacertifiedappraisers.com>; Krystal Broussard <KBroussard@capitalbankmd.com>
**Cc:** Corinne Donohue Adams <cadams@yvslaw.com>
**Subject:** RE: Appraisal and Invoice

Tony,
The hearing has been moved out to 10/29 so please mark your calendar.

Krystal – have you confirmed that AAA's invoice has been paid such that we can let Tony know it is on its way?

Thank you!
Cate

**Catherine K. Hopkin**
**YVS Law, LLC**
11825 W. Market Place, 2nd Floor, Fulton, MD 20759
185 Admiral Cochrane Drive, Suite 130 | Annapolis, MD 21401
Direct 443.569.0788
Fax 410.571.2798
chopkin@yvslaw.com

 

1

(Ranked 2016-Present)          (Ranked 2012 – Present)



**NOTE: Our Fulton office is MOVING, effective Monday, October 28, 2024!**

All YVS Law employees will be located at and all mail/deliveries should be directed to:
185 Admiral Cochrane Drive, Suite 130, Annapolis, Maryland 21401
Our phone numbers, e-mail addresses and website will remain the same.

IMPORTANT: this e-mail and any attached documents may contain privileged, confidential, copyrighted or other legally protected information.  If you are not the intended recipient (even if the e-mail address above is yours), any use, reproduction, disclosure, distribution or retransmission may be a violation of law and is strictly prohibited.  If you have received this in error please notify us by return e-mail or telephone (443-569-0788), then destroy this message and all copies.  Thank you.  Our website is www.yvslaw.com.

---

**From:** AAA Certified Appraisers, LLC <appraisals@aaacertifiedappraisers.com>
**Sent:** Tuesday, October 1, 2024 5:01 PM
**To:** Catherine Hopkin <chopkin@yvslaw.com>; Krystal Broussard <KBroussard@capitalbankmd.com>
**Cc:** Corinne Donohue Adams <cadams@yvslaw.com>
**Subject:** Re: Appraisal and Invoice

Cate,

Just checking in on the conversation from yesterday.  I will free my schedule for the 7th if needed. But I cannot start another invoice/bill without verification of being paid for the appraisal itself.

Tony

---

**From:** Catherine Hopkin <chopkin@yvslaw.com>
**Sent:** Monday, September 30, 2024 10:20 AM
**To:** AAA Certified Appraisers, LLC <appraisals@aaacertifiedappraisers.com>; Krystal Broussard <KBroussard@capitalbankmd.com>
**Cc:** Corinne Donohue Adams <cadams@yvslaw.com>
**Subject:** RE: Appraisal and Invoice

Hello, Tony!

There is a chapter 11 hearing coming up on October 7 at 1 p.m. in Greenbelt, MD.  We are 99% sure this is not going forward, but just in case it does, I wanted to put you in touch with attorney Corinne Adams who will handle the hearing.

Could you let us know if your schedule permits you to attend a hearing on October 7 with Corinne to testify about your appraisal?  Again, this is likely not going to go forward but we wanted to check in with you just in the off chance that it does.

Thanks,
Cate

**Catherine K. Hopkin**
**YVS Law, LLC**
**11825 W. Market Place, 2nd Floor, Fulton, MD 20759**
**185 Admiral Cochrane Drive, Suite 130 | Annapolis, MD 21401**
**Direct 443.569.0788**
**Fax 410.571.2798**
chopkin@yvslaw.com

  

(Ranked 2016-Present)     (Ranked 2012 – Present)



*\*\*NOTE: Our Fulton office is MOVING, effective Monday, October 28, 2024!\*\**

**All YVS Law employees will be located at and all mail/deliveries should be directed to:**
   **185 Admiral Cochrane Drive, Suite 130, Annapolis, Maryland 21401**
*Our phone numbers, e-mail addresses and website will remain the same.*

IMPORTANT: this e-mail and any attached documents may contain privileged, confidential, copyrighted or other legally protected information.  If you are not the intended recipient (even if the e-mail address above is yours), any use, reproduction, disclosure, distribution or retransmission may be a violation of law and is strictly prohibited.  If you have received this in error please notify us by return e-mail or telephone (443-569-0788), then destroy this message and all copies.  Thank you.  Our website is www.yvslaw.com.

**From:** Catherine Hopkin
**Sent:** Sunday, August 18, 2024 2:56 PM
**To:** Treena Clampitt <tclampitt@capitalbankmd.com>; AAA Certified Appraisers, LLC <appraisals@aaacertifiedappraisers.com>; Krystal Broussard <KBroussard@capitalbankmd.com>
**Subject:** FW: Appraisal and Invoice

Thank you, Tony.  I am copying Krystal from the Bank, so that she also has a copy.

Cate

**Catherine K. Hopkin**
**YVS Law, LLC**
**11825 W. Market Place, 2nd Floor, Fulton, MD 20759**
**185 Admiral Cochrane Drive, Suite 130 | Annapolis, MD 21401**
**Direct 443.569.0788**
**Fax 410.571.2798**
chopkin@yvslaw.com

 

(Ranked 2016-Present)    (Ranked 2012 – Present)



IMPORTANT: this e-mail and any attached documents may contain privileged, confidential, copyrighted or other legally protected information.  If you are not the intended recipient (even if the e-mail address above is yours), any use, reproduction, disclosure, distribution or retransmission may be a violation of law and is strictly prohibited.  If you have received this in error please notify us by return e-mail or telephone (443-569-0788), then destroy this message and all copies.  Thank you.  Our website is www.yvslaw.com.

---

**From:** AAA Certified Appraisers, LLC <appraisals@aaacertifiedappraisers.com>
**Sent:** Saturday, August 17, 2024 7:40 AM
**To:** Catherine Hopkin <chopkin@yvslaw.com>; Treena Clampitt <tclampitt@capitalbankmd.com>
**Subject:** Re: Appraisal and Invoice

Cate and Treena,

Updated appraisal with Myzentek invoice equipment items.

Thanks,

Tony

---

**From:** Catherine Hopkin <chopkin@yvslaw.com>
**Sent:** Friday, August 16, 2024 9:48 AM
**To:** AAA Certified Appraisers, LLC <appraisals@aaacertifiedappraisers.com>
**Subject:** RE: Appraisal and Invoice

Perfect, thanks! I don't blame you…

Cate

**Catherine K. Hopkin**
**YVS Law, LLC**
11825 W. Market Place, 2nd Floor, Fulton, MD 20759
185 Admiral Cochrane Drive, Suite 130 | Annapolis, MD 21401
Direct 443.569.0788
Fax 410.571.2798
chopkin@yvslaw.com




**(Ranked 2016-Present)**   **(Ranked 2012 – Present)**



IMPORTANT: this e-mail and any attached documents may contain privileged, confidential, copyrighted or other legally protected information.  If you are not the intended recipient (even if the e-mail address above is yours), any use, reproduction, disclosure, distribution or retransmission may be a violation of law and is strictly prohibited.  If you have received this in error please notify us by return e-mail or telephone (443-569-0788), then destroy this message and all copies.  Thank you.  Our website is www.yvslaw.com.

---

**From:** AAA Certified Appraisers, LLC <appraisals@aaacertifiedappraisers.com>
**Sent:** Friday, August 16, 2024 9:41 AM
**To:** Catherine Hopkin <chopkin@yvslaw.com>
**Subject:** Re: Appraisal and Invoice

Cate,

No.  I can use your invoice for value.  It will not change the value whether I see it or not.  Plus, not that I am intimated by anyone but this guy is not a friendly person.

---

**From:** Catherine Hopkin <chopkin@yvslaw.com>
**Sent:** Friday, August 16, 2024 9:34 AM
**To:** AAA Certified Appraisers, LLC <appraisals@aaacertifiedappraisers.com>; Treena Clampitt <tclampitt@capitalbankmd.com>
**Subject:** RE: Appraisal and Invoice

Tony – okay, do you need to go back to the property to inspect these items?

**Catherine K. Hopkin**
**YVS Law, LLC**
**11825 W. Market Place, 2nd Floor, Fulton, MD 20759**
**185 Admiral Cochrane Drive, Suite 130 | Annapolis, MD 21401**
**Direct 443.569.0788**
**Fax 410.571.2798**
chopkin@yvslaw.com




**(Ranked 2016-Present)**   **(Ranked 2012 – Present)**



IMPORTANT: this e-mail and any attached documents may contain privileged, confidential, copyrighted or other legally protected information.  If you are not the intended recipient (even if the e-mail address above is yours), any use, reproduction, disclosure, distribution or retransmission may be a violation of law and is strictly prohibited.  If you have received this in error please notify us by return e-mail or telephone (443-569-0788), then destroy this message and all copies.  Thank you.  Our website is www.yvslaw.com.

---

**From:** AAA Certified Appraisers, LLC <appraisals@aaacertifiedappraisers.com>
**Sent:** Friday, August 16, 2024 5:11 AM
**To:** Catherine Hopkin <chopkin@yvslaw.com>; Treena Clampitt <tclampitt@capitalbankmd.com>
**Subject:** Re: Appraisal and Invoice

Cate,

To be honest with you Cate, I saw cameras, TV's and POS system.  I don't recall seeing any DJ equipment.  I can add this to the appraisal and reference the invoice.  I assume, they obviously are on the hook for this since it was financed.  However, wiring, setup, programing, etc., are not items I include in the total.  These items are 4 years old, and after deducting the previous installment cost, probably looking at and additional 4-6K on the total.

Tony

---

**From:** Catherine Hopkin <chopkin@yvslaw.com>
**Sent:** Wednesday, August 14, 2024 4:18 PM
**To:** AAA Certified Appraisers, LLC <appraisals@aaacertifiedappraisers.com>; Treena Clampitt <tclampitt@capitalbankmd.com>
**Subject:** RE: Appraisal and Invoice

Tony,
I have a question about the appraisal.  We had purchase orders for approximately $44,000 worth of televisions, stereos and other electronics that were also listed on the chart I gave you prior to your site visit.

Did you not observe those when you were at the restaurant?  I do not see them on the appraisal.  I apologize if I am missing something.

Thanks,
Cate

**Catherine K. Hopkin**
**YVS Law, LLC**
**11825 W. Market Place, 2nd Floor, Fulton, MD 20759**
**185 Admiral Cochrane Drive, Suite 130 | Annapolis, MD 21401**
**Direct 443.569.0788**
**Fax 410.571.2798**
chopkin@yvslaw.com

 

(Ranked 2016-Present)   (Ranked 2012 – Present)



IMPORTANT: this e-mail and any attached documents may contain privileged, confidential, copyrighted or other legally protected information.  If you are not the intended recipient (even if the e-mail address above is yours), any use, reproduction, disclosure, distribution or retransmission may be a violation of law and is strictly prohibited.  If you have received this in error please notify us by return e-mail or telephone (443-569-0788), then destroy this message and all copies.  Thank you.  Our website is www.yvslaw.com.

---

**From:** AAA Certified Appraisers, LLC <appraisals@aaacertifiedappraisers.com>
**Sent:** Wednesday, July 31, 2024 1:49 PM
**To:** Treena Clampitt <tclampitt@capitalbankmd.com>
**Cc:** Catherine Hopkin <chopkin@yvslaw.com>
**Subject:** Appraisal and Invoice

Treena and Cate,

Appraisal and invoice. Few notes since I know how this guy operates.

1. Unit #15 Hoods and Exhaust - the hoods and ansul system can be removed and sold.  The core exhaust system is built into the building and must stay.
2. Unit #17 Tap System - there are components of this that can be disassembled and sold
3. Units #18-19 Walkins - He states they are part of the building. Don't know the lease conditions and not sure if they can be physically removed without structural damage.  Valued them anyway because I am assuming they are lien against them.

Any changes or questions don't hesitate to ask.

Tony