## EXHIBIT B – Smokecraft Clarendon LLC Project Budget

| STARTUP EXPENSES | TOTALS |
|---|---|
| Project Development Expenses | $98,500.00 |
| Pre-Construction Expenses | $144,160.00 |
| Construction Expense | $784,385.00 |
| Capital Equipment List | $300,565.00 |
| Location and Admin Expenses | $76,640.00 |
| Opening Inventory | $38,500.00 |
| Advertising and Promotional Expenses | $22,000.00 |
| Hourly Staff Pre-Opening Training Expense | $35,250.00 |
| Contingency Fund | $50,000.00 |
| Working Capital | $55,000.00 |
| Total | $1,605,000.00 |