IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| Smokecraft Clarendon, LLC | * | Case No: 24-13609 |
| | | (Chapter 11) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### CAPITAL BANK'S WITNESS/EXHIBIT LIST
### FOR APRIL 22, 2025, MOTION TO VALUE HEARING

Capital Bank, National Association ("Capital Bank"), by counsel, submits this Witness/Exhibit list for use at the hearing on the Motion to Value, which hearing is scheduled for April 22, 2025 (the "Hearing").

In accordance with the Court's protocols, undersigned counsel briefly met and conferred with counsel for Smokecraft Clarendon, LLC (the "Debtor") and the Debtor does not have any objections to Capital Bank's exhibits identified below as: CB01, CB02, CB04, CB05, and CB06. While there is no stipulation as to the remaining Debtor exhibits at this time, the parties intend to continue to review and discuss the remaining exhibits prior to the Hearing.

### Capital Bank's Witness List

Capital Bank does not anticipate calling any witnesses at the Hearing, but reserves the right to call any witnesses named by the Debtor and also reserves the right to supplement this Witness List, as necessary, prior to the April 22, 2025 hearing.

### Capital Bank's Exhibit List

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| CB01 | Proof of Claim 7- Capital Bank | | | |
| CB02 | Payoff Statement as of 1.10.25 | | | |
| CB03 | Capital Bank's Appraisal | | | |
| CB04 | Lease between KBSIII 3003 Washington, LLC and Debtor dated May, 2019 | | | |
| CB05 | Security Agreement between Debtor and Capital Bank dated 1/31/20 | | | |

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| CB06 | Subordination Agreement between KBSIII 3003 Washington, LLC, Debtor and Capital Bank dated July, 2019 | | | |
| CB07 | Equipment Assets Not Scheduled (Summary Chart) | | | |
| CB08 | Invoices to Support Equipment Assets Not Scheduled | | | |

Capital Bank is not anticipating presenting other exhibits, other than as rebuttal or for impeachment purposes.  Capital Bank reserves the right to supplement this Exhibit List, as necessary.

Dated:  April 15, 2025

Respectfully submitted,

 */s/ Catherine Keller Hopkin*
Catherine Keller Hopkin, 28257
Corinne D. Adams, 18768
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
(443) 569-0788
chopkin@yvslaw.com; cadams@yvslaw.com

Counsel for Capital Bank N.A.

- 3 -

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 15th day of April 2025, notice of filing Capital Bank's Witness/Exhibit List for April 22, 2025 Motion to Value Hearing ("List") was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list; and a copy of the List was mailed first class, postage prepaid to the parties identified on the attached service list.

*/s/ Catherine Keller Hopkin*
Catherine Keller Hopkin

**The following parties received CM/ECF notice of the filing:**

Catherine Keller Hopkin, Esquire
(chopkin@yvslaw.com)
Counsel for Capital Bank N.A.
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Corinne Donohue Adams, Esquire
(cadams@yvslaw.com)
Counsel for Capital Bank N.A.
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Lynn A. Kohen, Esquire
(lynn.a.kohen@usdoj.gov)
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland  20770

L. Jeanette Rice, Esquire
(jeanette.rice@usdoj.gov)
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland  20770

Angela L. Shortall, Subchapter V Trustee
(ashortall@3cubed-as.com)
111 South Calvert Street, Suite 1400
Baltimore, Maryland  21202

U.S. Trustee – Greenbelt
(ustpregion04.gb.ecf@usdoj.gov)
6305 Ivy Lane, Suite 600
Greenbelt, Maryland  20770

Maurice Belmont VerStandig, Esquire
(mac@mbvesq.com)
Counsel for Debtor
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland  20854

**The following parties received notice of the filing by first-class mail:**

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

4898-6504-8630, v. 1