CAPITAL BANK, N.A
2275 RESEARCH BLVD., SUITE 600
ROCKVILLE, MARYLAND 20850

SMOKECRAFT CLARENDON LLC
SMOKECRAFT HOLDINGS LLC
7104 LOCH LOMOND DR
BETHESDA MD 20817-4760

## Loan Payoff Statement

Loan Payoff for:
SMOKECRAFT CLARENDON LLC
SMOKECRAFT HOLDINGS LLC
7104 LOCH LOMOND DR
BETHESDA MD 20817-4760

| | |
|---|---|
| Loan Number: | 5985 |
| Date Quoted: | Jan 10, 2025 |
| Payoff Good To: | Jan 10, 2025 |
| Method: | 1/0 |

Collateral: Multiple

| | |
|---|---|
| Principal: | $911,880.18 |
| Interest To Jan 10, 2025: | $41,213.79 |
| COLLATERAL RELEASE | $50.00 |
| **Net Amount Due:** | **$953,143.97** |

## Additional Information

One Day's Interest: $187.37

**** Wire Instructions ****
Capital Bank NA
Routing :
Account Number:
Attn: Loan Administration/LN 5985

Capital Bank's Exhibit 2