

FF+E Specifications
12.06.19

Capital Bank's Exhibit 8

grizform design architects

---

grizform design architects

1311 naylor ct nw washington dc 20001  p 202.234.2321 w grizform.com

Checks Received

Total Received:

## FFE Budget 12.06.19

Pending Final Pricing

| Item # | Description | Manufacturer | Quantity | Unit Cost | Ext. Cost | GFD Fees | Shipping (estimated) | Total Cost | Notes |
|---|---|---|---|---|---|---|---|---|---|
| SG-1 | Barstool @ Bar (Prouve) | Industry West | 27 | $ 220.00 | $5,940.00 | $ 891.00 | $ 1,188.00 | $8,019.00 | |
| SG-2 | Barstool @ Hightops (Adobe) | Industry West | 15 | $ 225.00 | $3,375.00 | $ 506.25 | $ 675.00 | $4,556.25 | |
| SG-3 | Dining Chair (Prouve) | Industry West | 53 | $ 151.13 | $8,009.89 | $ 1,201.48 | $ 1,601.98 | $10,813.35 | |
| SG-4 | Dining Banquette | Old Dominion | 1 | $ 3,335.00 | $3,335.00 | $ 500.25 | $ 667.00 | $4,502.25 | |
| FAB-1 | Caressa, Red Pepper (SG-5 Upholstery) | Mayer | 6 | $ 24.95 | $149.70 | $ 22.46 | $ 29.94 | $202.10 | |
| SG-5 | Outdoor Dining Chair | Florida Seating | 26 | $ 123.05 | $3,199.30 | $ 479.90 | $ 639.86 | $4,319.06 | |
| SG-6 | Entry Banquette | Old Dominion | 1 | $ 2,533.00 | $2,533.00 | $ 379.95 | $ 506.60 | $3,419.55 | |
| FAB-1 | Caressa, Red Pepper (SG-7 Upholstery) | Mayer | 5 | $ 24.95 | $124.75 | $ 18.71 | $ 24.95 | $168.41 | |
| TT-1 | Table Top 36x24 | Old Dominion | 12 | $ 288.05 | $3,456.60 | $ 518.49 | $ 457.00 | $4,432.09 | Shipping Quote for OD table tops |
| TB-1 | Dining Table Base for TT-1 (No Rock Terrace) | Tablebases.com | 12 | $ 249.00 | $2,988.00 | $ 448.20 | $ 597.60 | $4,033.80 | |
| TT-2 | Table Top 36X36 | Old Dominion | 8 | $ 324.59 | $2,596.72 | $ 389.51 | $ - | $2,986.23 | |
| TB-2 | Dining Table Base for TT-2 | Tablebases.com | 8 | $ 249.00 | $1,992.00 | $ 298.80 | $ 398.40 | $2,689.20 | |
| TT-3 | Bar Table Top Round 24" | Old Dominion | 5 | $ 178.58 | $892.90 | $ 133.94 | $ - | $1,026.84 | |
| TB-3 | Bar Table Base for TT-3 | Tablebases.com | 5 | $ 289.99 | $1,449.95 | $ 217.49 | $ 289.99 | $1,957.43 | |
| TT-4 | Bar Table Top 24x36 | Old Dominion | 4 | $ 200.13 | $800.52 | $ 120.08 | $ - | $920.60 | |
| TB-4 | Bar Table Base for TT-4 | Tablebases.com | 4 | $ 289.99 | $1,159.96 | $ 173.99 | $ 231.99 | $1,565.95 | |
| TT-5 | Table Top Outdoor 24x24 | Florida Seating | 13 | $ 112.35 | $1,460.55 | $ 219.08 | $ 1,390.00 | $3,069.63 | Shipping Quote for FS |
| TB-5 | Dining Table Base Outdoor (NR Terrace) | Tablebases.com | 13 | $ 249.00 | $3,237.00 | $ 485.55 | $ 647.40 | $4,369.95 | |
| MISC | Art and Accessories Allowance | | 1 | $ 5,000.00 | $5,000.00 | $ 750.00 | $ 1,000.00 | $6,750.00 | |
| MISC | Pick Up Order Shelf | Webstaurant | 1 | $ 600.00 | $600.00 | $ 90.00 | $ 120.00 | $810.00 | |
| **Sample Purchasing Fees** | | | | | | | | | |
| | Freshman Chair | Industry West | 1 | $ 22.20 | $22.20 | | | $22.20 | |
| | Prouve Barstool | Industry West | 1 | $ 33.00 | $33.00 | | | $33.00 | |
| | Prouve Chair | Industry West | 1 | $ 26.33 | $26.33 | | | $26.33 | |
| | Prouve Chair Aluminum | Industry West | 1 | $ 30.38 | $30.38 | | | $30.38 | |
| | Adobe Barstool | Industry West | 1 | $ 27.00 | $27.00 | | | $27.00 | |

| TOTAL: | | | | $52,439.75 | $7,845.13 | $ 10,465.71 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Subtotal | | $70,750.59 | |
| | | | | | Bank Fee | | $0.00 | |
| | | | | | Estimated FF&E Total | | $70,750.59 | |

This surplus has been applied to the "Balance Due Prior to Shipping". Any surplus balance after final shipment will be returned to the client in full. $ (70,750.59)

GFD reserves the right to apply any excess funds in the purchasing account to the final Architectural Services invoice.
All applicable Sales and Use Taxes are the responsibility of the End User.
GrizForm Design LLC is authorized as a Purchasing Agent on the End User's behalf and is not responsible for Sales and Use Taxes.

## FF+E Budget

Banquettes and Table Top pricing pending as of 12.06.19

Current Total: $70,750.59

grizform design architects



(1) SG-6
(13) SG-2
(5) TT-3
(5) TB-3
(23) SG-1
(10) TT-5
(10) TB-5
(8) TT-2
(8) TB-2
(51) SG-3
(12) TT-1
(12) TB-1
(1) SG-4
(26) SG-5
(4) TT-4
(4) TB-4

**TOTALS:**

(27) SG-1
(15) SG-2
(53) SG-3
(1) SG-4
(26) SG-5
(1) SG-6

(12) TT-1
(8) TT-2
(5) TT-3
(4) TT-4
(10) TT-5

(12) TB-1
(8) TB-2
(5) TB-3
(4) TB-4
(10) TB-5

**FURNITURE PLAN**

## grizform design architects

1311 naylor ct nw washington dc 20001  p 202.234.2321  w grizform.com

## Item Spec Sheet

| | | | |
|---|---|---|---|
| **Project Code** | 310 | **Proposal** | |
| **Area** | Bar | **Item #** | SG-1 |
| **Supplier** | TBD | **Ship To** | Smoke Craft |
| | | | 1051 N Highland St |
| | | | Arlington, VA 22201 |



| | | | |
|---|---|---|---|
| **Qty** | 27 | **Supplier Item #** | MS-900-H75-BLK/BLKWOOD |
| **Unit Cost** | $220 | **Lead Time** | 2-4 weeks |
| **Ext. Cost** | $5,060 | | |

Barstool at Bar

**Prouve Barstool**
Seat: Black Wood
Frame: Black Steel
Dims: 18.7"W x 16.4"D x 44"H
Seat: 16.5"W x 16.5"D x 30.5"SH

**Required Submittals for Approval:**  [X] Shop Drawing  [X] Finish Sample(s)  [ ] CFA / Strike-Off  [ ] FR Cert

General GFD Terms and Conditions:

All furnishings to be contract quality, suitable for commercial use.
All quantities to be from the same dye lot and from a single piece of fabric unless otherwise approved by Designer.
Manufacturer/Purchasing Agent to submit finish samples on all itmes for Designer approval prior to manufacturing/shipping.
Manufacturer/Purchasing Agent to submit shop drawings for Designer's approval prior to manufacturing.
Manufacturer/Mill to submit Cutting/Strike Off for approval prior to production/shipping.
Manufacturer to sidemark fabric with project name, item number and purchase order number.
Manufacturer/Purchasing Agent to verify yardage required.  Designer not responsible for yardage quantities or take-offs.  The does not warrant any prior estimates provided for budgetary or estimating purposes.
Re-upholstering: Manufacturer to replace any damaged substrate, foam and springs as required.
Urethane foam cushions should meet California Technical Bulletin TB-117. Cushion density shall be a minmum of 1.8lbs.
Cushions shall be wrapped with multiple layers of poly-dacron.

## grizform design architects
1311 naylor ct nw washington dc 20001  p 202.234.2321  w grizform.com

## Item Spec Sheet

| **Project Code** | 310 | | **Proposal** | |
| **Area** | Floating High Tops | | **Item #** | SG-2 |
| **Supplier** | Industry West | | **Ship To** | Smoke Craft |
| | commercialorder@industrywest.com | | | 1051 N Highland St |
| | | | | Arlington, VA 22201 |



| **Qty** | 15 | **Supplier Item #** | MS-S1244-H75-STP-G-1407 |
| **Unit Cost** | $225.00 | **Lead Time** | 2-4 weeks |
| **Ext. Cost** | $3,375.00 | | |

---

Cocktail Barstools

---

## Adobe Bar Stool
Frame: Gunmetal
Seat: Black Leather
Dims: 15.7"W x 15.7"D x 29.5"H

---

**Required Submittals for Approval:** [X] Shop Drawing  [X] Finish Sample(s)  [ ] CFA / Strike-Off  [ ] FR Cert

General GFD Terms and Conditions:

All furnishings to be contract quality, suitable for commercial use.
All quantities to be from the same dye lot and from a single piece of fabric unless otherwise approved by Designer.
Manufacturer/Purchasing Agent to submit finish samples on all itmes for Designer approval prior to manufacturing/shipping.
Manufacturer/Purchasing Agent to submit shop drawings for Designer's approval prior to manufacturing.
Manufacturer/Mill to submit Cutting/Strike Off for approval prior to production/shipping.
Manufacturer to sidemark fabric with project name, item number and purchase order number.
Manufacturer/Purchasing Agent to verify yardage required.  Designer not responsible for yardage quantities or take-offs.  The does not warrant any prior estimates provided for budgetary or estimating purposes.
Re-upholstering: Manufacturer to replace any damaged substrate, foam and springs as required.
Urethane foam cushions should meet California Technical Bulletin TB-117. Cushion density shall be a minmum of 1.8lbs.
Cushions shall be wrapped with multiple layers of poly-dacron.

# grizform design architects

1311 naylor ct nw washington dc 20001  p 202.234.2321  w grizform.com

## Item Spec Sheet

| | | | |
|---|---|---|---|
| **Project Code** | 310 | **Proposal** | |
| **Area** | Dining Room | **Item #** | SG-3 |
| **Supplier** | Industry West | **Ship To** | Smoke Craft |
| | commercialorder@industrywest.com | | 1051 N Highland St |
| | | | Arlington, VA 22201 |



| | | | |
|---|---|---|---|
| **Qty** | 53 | **Supplier Item #** | MS-900-BLACK/BLACKWOOD |
| **Unit Cost** | $151.13 | **Lead Time** | 2-4 weeks |
| **Ext. Cost** | $8,009.89 | | |

Dining Chair

## Prouve Dining Chair

Seat: Black Wood
Frame: Black
Dims: 16.4"W x 18"D x 31.6"H, 19"SH at tallest point,
sloping back

| Required Submittals for Approval: | [X] Shop Drawing | [X] Finish Sample(s) | [ ] CFA / Strike-Off | [ ] FR Cert |
|---|---|---|---|---|

General GFD Terms and Conditions:

All furnishings to be contract quality, suitable for commercial use.
All quantities to be from the same dye lot and from a single piece of fabric unless otherwise approved by Designer.
Manufacturer/Purchasing Agent to submit finish samples on all items for Designer approval prior to manufacturing/shipping.
Manufacturer/Purchasing Agent to submit shop drawings for Designer's approval prior to manufacturing.
Manufacturer/Mill to submit Cutting/Strike Off for approval prior to production/shipping.
Manufacturer to sidemark fabric with project name, item number and purchase order number.
Manufacturer/Purchasing Agent to verify yardage required.  Designer not responsible for yardage quantities or take-offs.  The does not warrant any prior estimates provided for budgetary or estimating purposes.
Re-upholstering: Manufacturer to replace any damaged substrate, foam and springs as required.
Urethane foam cushions should meet California Technical Bulletin TB-117. Cushion density shall be a minmum of 1.8lbs.
Cushions shall be wrapped with multiple layers of poly-dacron.

## grizform design architects

1311 naylor ct nw washington dc 20001  p 202.234.2321 w grizform.com

## Item Spec Sheet

**Project Code**  310
**Area**  Dining Room
**Supplier**  TBD

**Proposal**
**Item #**  SG-4
**Ship To**  Smoke Craft
1051 N Highland St
Arlington, VA 22201



Mayer - Caressa,
Red Pepper
(seat and back)

Back Cushion Style

Ebony Stain

Base and Seat Style

| | |
|---|---|
| **Qty** | 1 |
| **Unit Cost** | $3,335.00 |
| **Ext. Cost** | $3,335.00 |

**Supplier Item #**
**Lead Time**  6-8 weeks

---

Banquette

---

Customized Hampton Banquette
Seat: COM FAB-1
Back Pad: Wall mounted, Rounded Corners, 10"W x 15'L x 6"D, COM FAB-1
Frame: Ebony Stain
1'-5"D x 15'L x 3'H, 18"SH

---

**Required Submittals for Approval:**   [X] Shop Drawing    [X] Finish Sample(s)    [ ] CFA / Strike-Off    [ ] FR Cert

General GFD Terms and Conditions:

All furnishings to be contract quality, suitable for commercial use.
All quantities to be from the same dye lot and from a single piece of fabric unless otherwise approved by Designer.
Manufacturer/Purchasing Agent to submit finish samples on all itmes for Designer approval prior to manufacturing/shipping.
Manufacturer/Purchasing Agent to submit shop drawings for Designer's approval prior to manufacturing.
Manufacturer/Mill to submit Cutting/Strike Off for approval prior to production/shipping.
Manufacturer to sidemark fabric with project name, item number and purchase order number.
Manufacturer/Purchasing Agent to verify yardage required.  Designer not responsible for yardage quantities or take-offs.  The does not warrant any prior estimates
provided for budgetary or estimating purposes.
Re-upholstering: Manufacturer to replace any damaged substrate, foam and springs as required.
Urethane foam cushions should meet California Technical Bulletin TB-117. Cushion density shall be a minmum of 1.8lbs.
Cushions shall be wrapped with multiple layers of poly-dacron.

grizform design architects

1311 naylor ct nw washington dc 20001  p 202.234.2321 w grizform.com

## Item Spec Sheet

| | |
|---|---|
| **Project Code** | 310 |
| **Area** | Dining |
| **Supplier** | Mayer Fabrics |
| | ashley.hickman@mayerfabrics.com |

| | |
|---|---|
| **Proposal** | |
| **Item #** | FAB-1 |
| **Ship To** | Smoke Craft |
| | 1051 N Highland St |
| | Arlington, VA 22201 |



| | | | |
|---|---|---|---|
| **Qty** | 6 | **Supplier Item #** | CA-021 |
| **Unit Cost** | $24.95 | **Lead Time** | 1-2 weeks |
| **Ext. Cost** | $149.70 | | |

### SG-5 Upholstery

Pattern: Caressa FR
Color: Rep Pepper
Number: CA-021
Content: 100% Vinyl
W: 54"
Backing: 100% Brushed Polyester Knit

Finish: Resilience SR
Abrasion: Exceeds 650,000 Double Rubs
Cleaning: WS - Bleach resistant (diluted 1:10)

**Required Submittals for Approval:** [X] Shop Drawing  [X] Finish Sample(s)  [ ] CFA / Strike-Off  [ ] FR Cert

General GFD Terms and Conditions:

All furnishings to be contract quality, suitable for commercial use.
All quantities to be from the same dye lot and from a single piece of fabric unless otherwise approved by Designer.
Manufacturer/Purchasing Agent to submit finish samples on all itmes for Designer approval prior to manufacturing/shipping.
Manufacturer/Purchasing Agent to submit shop drawings for Designer's approval prior to manufacturing.
Manufacturer/Mill to submit Cutting/Strike Off for approval prior to production/shipping.
Manufacturer to sidemark fabric with project name, item number and purchase order number.
Manufacturer/Purchasing Agent to verify yardage required.  Designer not responsible for yardage quantities or take-offs.  The does not warrant any prior estimates provided for budgetary or estimating purposes.
Re-upholstering: Manufacturer to replace any damaged substrate, foam and springs as required.
Urethane foam cushions should meet California Technical Bulletin TB-117. Cushion density shall be a minmum of 1.8lbs.
Cushions shall be wrapped with multiple layers of poly-dacron.

grizform design architects

1311 naylor ct nw washington dc 20001  p 202.234.2321  w grizform.com

## Item Spec Sheet

| | | | |
|---|---|---|---|
| **Project Code** | 310 | **Proposal** | |
| **Area** | Outdoor | **Item #** | SG-5 |
| **Supplier** | Florida Seating | **Ship To** | Smoke Craft |
| | kal@floridaseating.com | | 1051 N Highland St |
| | (727) 540-9802 | | Arlington, VA 22201 |



| | | | | |
|---|---|---|---|---|
| **Qty** | 26 | **Supplier Item #** | AL-5602-0 |
| **Unit Cost** | $123.05 | **Lead Time** | 2-4 weeks |
| **Ext. Cost** | $3,199.30 | | |

Outdoor Dining Chair

### Prouve Dining Chair Aluminum
Seat: Faux Teak
Frame: Black
Dims: 16.5"W x 16.5"D x 33"H
Stackable

**Required Submittals for Approval:**  [X] Shop Drawing   [X] Finish Sample(s)   [ ] CFA / Strike-Off   [ ] FR Cert

General GFD Terms and Conditions:

All furnishings to be contract quality, suitable for commercial use.
All quantities to be from the same dye lot and from a single piece of fabric unless otherwise approved by Designer.
Manufacturer/Purchasing Agent to submit finish samples on all items for Designer approval prior to manufacturing/shipping.
Manufacturer/Purchasing Agent to submit shop drawings for Designer's approval prior to manufacturing.
Manufacturer/Mill to submit Cutting/Strike Off for approval prior to production/shipping.
Manufacturer to sidemark fabric with project name, item number and purchase order number.
Manufacturer/Purchasing Agent to verify yardage required. Designer not responsible for yardage quantities or take-offs. The does not warrant any prior estimates provided for budgetary or estimating purposes.
Re-upholstering: Manufacturer to replace any damaged substrate, foam and springs as required.
Urethane foam cushions should meet California Technical Bulletin TB-117. Cushion density shall be a minmum of 1.8lbs.
Cushions shall be wrapped with multiple layers of poly-dacron.

grizform design architects

1311 naylor ct nw washington dc 20001  p 202.234.2321 w grizform.com

## Item Spec Sheet

| | | | |
|---|---|---|---|
| **Project Code** | 310 | **Proposal** | |
| **Area** | Entry | **Item #** | SG-6 |
| **Supplier** | TBD | **Ship To** | Smoke Craft |
| | | | 1051 N Highland St |
| | | | Arlington, VA 22201 |



Golden Oak Stain

Mayer - Caressa,
Red Pepper

| | | | |
|---|---|---|---|
| **Qty** | 1 | **Supplier Item #** | |
| **Unit Cost** | $2,533.00 | **Lead Time** | 6-8 weeks |
| **Ext. Cost** | $2,533.00 | | |

---

Host Banquette

---

Hampton Banquette
Seat: COM FAB-1
Frame: Golden Oak Stain
2'D x 12'L x 3'H, 18"SH

---

**Required Submittals for Approval:**   [X] Shop Drawing   [X] Finish Sample(s)   [ ] CFA / Strike-Off   [ ] FR Cert

General GFD Terms and Conditions:

All furnishings to be contract quality, suitable for commercial use.
All quantities to be from the same dye lot and from a single piece of fabric unless otherwise approved by Designer.
Manufacturer/Purchasing Agent to submit finish samples on all itmes for Designer approval prior to manufacturing/shipping.
Manufacturer/Purchasing Agent to submit shop drawings for Designer's approval prior to manufacturing.
Manufacturer/Mill to submit Cutting/Strike Off for approval prior to production/shipping.
Manufacturer to sidemark fabric with project name, item number and purchase order number.
Manufacturer/Purchasing Agent to verify yardage required.  Designer not responsible for yardage quantities or take-offs.  The does not warrant any prior estimates provided for budgetary or estimating purposes.
Re-upholstering: Manufacturer to replace any damaged substrate, foam and springs as required.
Urethane foam cushions should meet California Technical Bulletin TB-117. Cushion density shall be a minmum of 1.8lbs.
Cushions shall be wrapped with multiple layers of poly-dacron.

## grizform design architects

1311 naylor ct nw washington dc 20001  p 202.234.2321  w grizform.com

## Item Spec Sheet

| | | | |
|---|---|---|---|
| **Project Code** | 310 | **Proposal** | |
| **Area** | Entry | **Item #** | FAB-1 |
| **Supplier** | Mayer Fabrics | **Ship To** | Smoke Craft |
| | ashley.hickman@mayerfabrics.com | | 1051 N Highland St |
| | | | Arlington, VA 22201 |



| | | | |
|---|---|---|---|
| **Qty** | 5 | **Supplier Item #** | CA-021 |
| **Unit Cost** | $24.95 | **Lead Time** | 1-2 weeks |
| **Ext. Cost** | $124.75 | | |

### SG-7 Upholstery

Pattern: Caressa FR
Color: Rep Pepper
Number: CA-021
Content: 100% Vinyl
W: 54"
Backing: 100% Brushed Polyester Knit

Finish: Resilience SR
Abrasion: Exceeds 650,000 Double Rubs
Cleaning: WS - Bleach resistant (diluted 1:10)

**Required Submittals for Approval:**  [X] Shop Drawing  [X] Finish Sample(s)  [ ] CFA / Strike-Off  [ ] FR Cert

General GFD Terms and Conditions:

All furnishings to be contract quality, suitable for commercial use.
All quantities to be from the same dye lot and from a single piece of fabric unless otherwise approved by Designer.
Manufacturer/Purchasing Agent to submit finish samples on all itmes for Designer approval prior to manufacturing/shipping.
Manufacturer/Purchasing Agent to submit shop drawings for Designer's approval prior to manufacturing.
Manufacturer/Mill to submit Cutting/Strike Off for approval prior to production/shipping.
Manufacturer to sidemark fabric with project name, item number and purchase order number.
Manufacturer/Purchasing Agent to verify yardage required.  Designer not responsible for yardage quantities or take-offs.  The does not warrant any prior estimates provided for budgetary or estimating purposes.
Re-upholstering: Manufacturer to replace any damaged substrate, foam and springs as required.
Urethane foam cushions should meet California Technical Bulletin TB-117. Cushion density shall be a minmum of 1.8lbs.
Cushions shall be wrapped with multiple layers of poly-dacron.

## grizform design architects

1311 naylor ct nw washington dc 20001  p 202.234.2321 w grizform.com

## Item Spec Sheet

| | | | |
|---|---|---|---|
| **Project Code** | 310 | **Proposal** | |
| **Area** | Dining Room | **Item #** | TT-1 |
| **Supplier** | Old Dominion | **Ship To** | Smoke Craft |
| | whitney@olddominionfurniture.com | | 1051 N Highland St |
| | (434) 845-5511 | | Arlington, VA 22201 |



Maple Plank Top



Golden Oak Stain

| | | | |
|---|---|---|---|
| **Qty** | 12 | **Supplier Item #** | |
| **Unit Cost** | $288.05 | **Lead Time** | 6-8 weeks |
| **Ext. Cost** | $3,465.60 | | |

Dining Table Top 36x24

Maple Plank Top
Stain: Golden Oak
Size: 36" x 24"
Thickness: 1.75"
Eased Corners and Edges
Finish: Conversion Varnish
Base: TB-1

**Required Submittals for Approval:** [X] Shop Drawing   [X] Finish Sample(s)   [ ] CFA / Strike-Off   [ ] FR Cert

General GFD Terms and Conditions:

All furnishings to be contract quality, suitable for commercial use.
All quantities to be from the same dye lot and from a single piece of fabric unless otherwise approved by Designer.
Manufacturer/Purchasing Agent to submit finish samples on all itmes for Designer approval prior to manufacturing/shipping.
Manufacturer/Purchasing Agent to submit shop drawings for Designer's approval prior to manufacturing.
Manufacturer/Mill to submit Cutting/Strike Off for approval prior to production/shipping.
Manufacturer to sidemark fabric with project name, item number and purchase order number.
Manufacturer/Purchasing Agent to verify yardage required.  Designer not responsible for yardage quantities or take-offs.  The does not warrant any prior estimates provided for budgetary or estimating purposes.
Re-upholstering: Manufacturer to replace any damaged substrate, foam and springs as required.
Urethane foam cushions should meet California Technical Bulletin TB-117. Cushion density shall be a minmum of 1.8lbs.
Cushions shall be wrapped with multiple layers of poly-dacron.

grizform design architects

1311 naylor ct nw washington dc 20001  p 202.234.2321  w grizform.com

## Item Spec Sheet

| | | | | |
|---|---|---|---|---|
| **Project Code** | 310 | | **Proposal** | |
| **Area** | Dining Room | | **Item #** | TB-1 |
| **Supplier** | Tablebases.com | | **Ship To** | Smoke Craft |
| | | | | 1051 N Highland St |
| | | | | Arlington, VA 22201 |




| | | | | |
|---|---|---|---|---|
| **Qty** | 12 | | **Supplier Item #** | |
| **Unit Cost** | $249.00 | | **Lead Time** | 4-6 weeks |
| **Ext. Cost** | $2,988.00 | | | |

### TT-1 Table Base

No-Rock Terrace Self Stabilizing Table Base, Nesting and Flip Top
Finish: Black
Size: 19" Spread
Height: 28"
Post Dia: 2.5"
Top: TT-1

**Required Submittals for Approval:**   [X] Shop Drawing   [X] Finish Sample(s)   [ ] CFA / Strike-Off   [ ] FR Cert

General GFD Terms and Conditions:

All furnishings to be contract quality, suitable for commercial use.
All quantities to be from the same dye lot and from a single piece of fabric unless otherwise approved by Designer.
Manufacturer/Purchasing Agent to submit finish samples on all itmes for Designer approval prior to manufacturing/shipping.
Manufacturer/Purchasing Agent to submit shop drawings for Designer's approval prior to manufacturing.
Manufacturer/Mill to submit Cutting/Strike Off for approval prior to production/shipping.
Manufacturer to sidemark fabric with project name, item number and purchase order number.
Manufacturer/Purchasing Agent to verify yardage required.  Designer not responsible for yardage quantities or take-offs.  The does not warrant any prior estimates provided for budgetary or estimating purposes.
Re-upholstering: Manufacturer to replace any damaged substrate, foam and springs as required.
Urethane foam cushions should meet California Technical Bulletin TB-117. Cushion density shall be a minmum of 1.8lbs.
Cushions shall be wrapped with multiple layers of poly-dacron.

**grizform** design **architects**

1311 naylor ct nw washington dc 20001  p 202.234.2321 w grizform.com

## Item Spec Sheet

| | | | |
|---|---|---|---|
| **Project Code** | 310 | **Proposal** | |
| **Area** | Dining Room | **Item #** | TT-2 |
| **Supplier** | Old Dominion | **Ship To** | Smoke Craft |
| | whitney@olddominionfurniture.com | | 1051 N Highland St |
| | (434) 845-5511 | | Arlington, VA 22201 |



Maple Plank Top

Golden Oak Stain

| | | | |
|---|---|---|---|
| **Qty** | 8 | **Supplier Item #** | |
| **Unit Cost** | $324.59 | **Lead Time** | 6-8 weeks |
| **Ext. Cost** | $2,596.72 | | |

---

### Dining Table Top 36x36

---

Maple Plank Top
Stain: Golden Oak
Size: 36˝ x 36˝
Thickness: 1.75˝
Eased Corners and Edges
Finish: Conversion Varnish
Base: TB-2

---

**Required Submittals for Approval:**   [X] Shop Drawing   [X] Finish Sample(s)   [ ] CFA / Strike-Off   [ ] FR Cert

General GFD Terms and Conditions:

All furnishings to be contract quality, suitable for commercial use.
All quantities to be from the same dye lot and from a single piece of fabric unless otherwise approved by Designer.
Manufacturer/Purchasing Agent to submit finish samples on all itmes for Designer approval prior to manufacturing/shipping.
Manufacturer/Purchasing Agent to submit shop drawings for Designer's approval prior to manufacturing.
Manufacturer/Mill to submit Cutting/Strike Off for approval prior to production/shipping.
Manufacturer to sidemark fabric with project name, item number and purchase order number.
Manufacturer/Purchasing Agent to verify yardage required.  Designer not responsible for yardage quantities or take-offs.  The does not warrant any prior estimates
provided for budgetary or estimating purposes.
Re-upholstering: Manufacturer to replace any damaged substrate, foam and springs as required.
Urethane foam cushions should meet California Technical Bulletin TB-117. Cushion density shall be a minmum of 1.8lbs.
Cushions shall be wrapped with multiple layers of poly-dacron.

grizform design architects

1311 naylor ct nw washington dc 20001  p 202.234.2321  w grizform.com

## Item Spec Sheet

| | | | | |
|---|---|---|---|---|
| **Project Code** | 310 | | **Proposal** | |
| **Area** | Dining Room | | **Item #** | TB-2 |
| **Supplier** | Tablebases.com | | **Ship To** | Smoke Craft |
| | | | | 1051 N Highland St |
| | | | | Arlington, VA 22201 |

 

| | |
|---|---|
| **Qty** | 8 |
| **Unit Cost** | $249.00 |
| **Ext. Cost** | $1,992.00 |

| | |
|---|---|
| **Supplier Item #** | |
| **Lead Time** | 4-6 weeks |

### TT-2 Table Base

No-Rock Terrace Self Stabilizing Table Base, Nesting and Flip Top
Finish: Black
Size: 19" Spread
Height: 28"
Post Dia: 2.5"
Top: TT-2

**Required Submittals for Approval:** [X] Shop Drawing  [X] Finish Sample(s)  [ ] CFA / Strike-Off  [ ] FR Cert

General GFD Terms and Conditions:

All furnishings to be contract quality, suitable for commercial use.
All quantities to be from the same dye lot and from a single piece of fabric unless otherwise approved by Designer.
Manufacturer/Purchasing Agent to submit finish samples on all itmes for Designer approval prior to manufacturing/shipping.
Manufacturer/Purchasing Agent to submit shop drawings for Designer's approval prior to manufacturing.
Manufacturer/Mill to submit Cutting/Strike Off for approval prior to production/shipping.
Manufacturer to sidemark fabric with project name, item number and purchase order number.
Manufacturer/Purchasing Agent to verify yardage required. Designer not responsible for yardage quantities or take-offs. The does not warrant any prior estimates provided for budgetary or estimating purposes.
Re-upholstering: Manufacturer to replace any damaged substrate, foam and springs as required.
Urethane foam cushions should meet California Technical Bulletin TB-117. Cushion density shall be a minmum of 1.8lbs.
Cushions shall be wrapped with multiple layers of poly-dacron.

## grizform design architects
1311 naylor ct nw washington dc 20001  p 202.234.2321  w grizform.com

## Item Spec Sheet

| | | | |
|---|---|---|---|
| **Project Code** | 310 | **Proposal** | |
| **Area** | Bar | **Item #** | TT-3 |
| **Supplier** | Old Dominion | **Ship To** | Smoke Craft |
| | whitney@olddominionfurniture.com | | 1051 N Highland St |
| | (434) 845-5511 | | Arlington, VA 22201 |



Golden Oak Stain

Maple Plank Top

| | | | |
|---|---|---|---|
| **Qty** | 5 | **Supplier Item #** | |
| **Unit Cost** | $178.58 | **Lead Time** | 6-8 weeks |
| **Ext. Cost** | $892.90 | | |

Bar Table Top 24" Dia

Maple Plank Top
Stain: Golden Oak
Size: 24" Dia
Thickness: 1.75"
Eased Corners and Edges
Finish: Conversion Varnish
Base: TB-3

**Required Submittals for Approval:** [X] Shop Drawing  [X] Finish Sample(s)  [ ] CFA / Strike-Off  [ ] FR Cert

General GFD Terms and Conditions:

All furnishings to be contract quality, suitable for commercial use.
All quantities to be from the same dye lot and from a single piece of fabric unless otherwise approved by Designer.
Manufacturer/Purchasing Agent to submit finish samples on all itmes for Designer approval prior to manufacturing/shipping.
Manufacturer/Purchasing Agent to submit shop drawings for Designer's approval prior to manufacturing.
Manufacturer/Mill to submit Cutting/Strike Off for approval prior to production/shipping.
Manufacturer to sidemark fabric with project name, item number and purchase order number.
Manufacturer/Purchasing Agent to verify yardage required.  Designer not responsible for yardage quantities or take-offs.  The does not warrant any prior estimates
provided for budgetary or estimating purposes.
Re-upholstering: Manufacturer to replace any damaged substrate, foam and springs as required.
Urethane foam cushions should meet California Technical Bulletin TB-117. Cushion density shall be a minmum of 1.8lbs.
Cushions shall be wrapped with multiple layers of poly-dacron.

**grizform** design **architects**

1311 naylor ct nw washington dc 20001  p 202.234.2321  w grizform.com

## Item Spec Sheet

| | | | |
|---|---|---|---|
| **Project Code** | 310 | **Proposal** | |
| **Area** | Bar | **Item #** | TB-3 |
| **Supplier** | Tablebases.com | **Ship To** | Smoke Craft |
| | | | 1051 N Highland St |
| | | | Arlington, VA 22201 |




| | |
|---|---|
| **Qty** | 5 |
| **Unit Cost** | $289.99 |
| **Ext. Cost** | $1,449.95.00 |

**Supplier Item #**
**Lead Time**    4-6 weeks

---

### TT-3 Table Base

---

No-Rock Terrace Self Stabilizing Table Base, Nesting and Flip Top
Finish: Black
Size: 19" Spread
Height: 42"
Post Dia: 3"
Top: TT-3

---

**Required Submittals for Approval:** [X] Shop Drawing  [X] Finish Sample(s)  [ ] CFA / Strike-Off  [ ] FR Cert

General GFD Terms and Conditions:

All furnishings to be contract quality, suitable for commercial use.
All quantities to be from the same dye lot and from a single piece of fabric unless otherwise approved by Designer.
Manufacturer/Purchasing Agent to submit finish samples on all itmes for Designer approval prior to manufacturing/shipping.
Manufacturer/Purchasing Agent to submit shop drawings for Designer's approval prior to manufacturing.
Manufacturer/Mill to submit Cutting/Strike Off for approval prior to production/shipping.
Manufacturer to sidemark fabric with project name, item number and purchase order number.
Manufacturer/Purchasing Agent to verify yardage required.  Designer not responsible for yardage quantities or take-offs.  The does not warrant any prior estimates
provided for budgetary or estimating purposes.
Re-upholstering: Manufacturer to replace any damaged substrate, foam and springs as required.
Urethane foam cushions should meet California Technical Bulletin TB-117. Cushion density shall be a minmum of 1.8lbs.
Cushions shall be wrapped with multiple layers of poly-dacron.

## grizform design architects

1311 naylor ct nw washington dc 20001  p 202.234.2321  w grizform.com

## Item Spec Sheet

| | | | |
|---|---|---|---|
| **Project Code** | 310 | **Proposal** | |
| **Area** | Bar | **Item #** | TT-4 |
| **Supplier** | Old Dominion | **Ship To** | Smoke Craft |
| | whitney@olddominionfurniture.com | | 1051 N Highland St |
| | (434) 845-5511 | | Arlington, VA 22201 |



Maple Plank Top

Golden Oak Stain

| | | | |
|---|---|---|---|
| **Qty** | 4 | **Supplier Item #** | |
| **Unit Cost** | $200.13 | **Lead Time** | 6-8 weeks |
| **Ext. Cost** | $800.52 | | |

Bar Table Top 24 x 36

Maple Plank Top
Stain: Golden Oak
Size: 24" x 36"
Thickness: 1.75"
Eased Corners and Edges
Finish: Conversion Varnish
Base: TB-4

**Required Submittals for Approval:** [X] Shop Drawing  [X] Finish Sample(s)  [ ] CFA / Strike-Off  [ ] FR Cert

General GFD Terms and Conditions:

All furnishings to be contract quality, suitable for commercial use.
All quantities to be from the same dye lot and from a single piece of fabric unless otherwise approved by Designer.
Manufacturer/Purchasing Agent to submit finish samples on all itmes for Designer approval prior to manufacturing/shipping.
Manufacturer/Purchasing Agent to submit shop drawings for Designer's approval prior to manufacturing.
Manufacturer/Mill to submit Cutting/Strike Off for approval prior to production/shipping.
Manufacturer to sidemark fabric with project name, item number and purchase order number.
Manufacturer/Purchasing Agent to verify yardage required.  Designer not responsible for yardage quantities or take-offs.  The does not warrant any prior estimates provided for budgetary or estimating purposes.
Re-upholstering: Manufacturer to replace any damaged substrate, foam and springs as required.
Urethane foam cushions should meet California Technical Bulletin TB-117. Cushion density shall be a minmum of 1.8lbs.
Cushions shall be wrapped with multiple layers of poly-dacron.

grizform design architects

1311 naylor ct nw washington dc 20001   p 202.234.2321   w grizform.com

## Item Spec Sheet

| | | | | |
|---|---|---|---|---|
| **Project Code** | 310 | | **Proposal** | |
| **Area** | Bar | | **Item #** | TB-4 |
| **Supplier** | Tablebases.com | | **Ship To** | Smoke Craft |
| | | | | 1051 N Highland St |
| | | | | Arlington, VA 22201 |




| | |
|---|---|
| **Qty** | 5 |
| **Unit Cost** | $289.99 |
| **Ext. Cost** | $1,449.95.00 |

| | |
|---|---|
| **Supplier Item #** | |
| **Lead Time** | 4-6 weeks |

### TT-4 Table Base

No-Rock Terrace Self Stabilizing Table Base, Nesting and Flip Top
Finish: Black
Size: 19" Spread
Height: 42"
Post Dia: 3"
Top: TT-4

**Required Submittals for Approval:**   [X] Shop Drawing   [X] Finish Sample(s)   [ ] CFA / Strike-Off   [ ] FR Cert

General GFD Terms and Conditions:

All furnishings to be contract quality, suitable for commercial use.
All quantities to be from the same dye lot and from a single piece of fabric unless otherwise approved by Designer.
Manufacturer/Purchasing Agent to submit finish samples on all itmes for Designer approval prior to manufacturing/shipping.
Manufacturer/Purchasing Agent to submit shop drawings for Designer's approval prior to manufacturing.
Manufacturer/Mill to submit Cutting/Strike Off for approval prior to production/shipping.
Manufacturer to sidemark fabric with project name, item number and purchase order number.
Manufacturer/Purchasing Agent to verify yardage required.  Designer not responsible for yardage quantities or take-offs.  The does not warrant any prior estimates provided for budgetary or estimating purposes.
Re-upholstering: Manufacturer to replace any damaged substrate, foam and springs as required.
Urethane foam cushions should meet California Technical Bulletin TB-117. Cushion density shall be a minmum of 1.8lbs.
Cushions shall be wrapped with multiple layers of poly-dacron.

grizform design architects

1311 naylor ct nw washington dc 20001  p 202.234.2321 w grizform.com

## Item Spec Sheet

| | | | |
|---|---|---|---|
| **Project Code** | 310 | **Proposal** | |
| **Area** | Outdoor | **Item #** | TT-5 |
| **Supplier** | Florida Seating | **Ship To** | Smoke Craft |
| | kal@floridaseating.com | | 1051 N Highland St |
| | (727) 540-9802 | | Arlington, VA 22201 |



| | | | |
|---|---|---|---|
| **Qty** | 13 | **Supplier Item #** | |
| **Unit Cost** | $112.35 | **Lead Time** | 6-8 weeks |
| **Ext. Cost** | $1,460.55 | | |

Outdoor Table Top 24 x 24

TA-PT Top Square
Stain: Faux Teak
Size: 24″ x 24″
Edge: Black Aluminum
Base: TB-5

Required Submittals for Approval:  [X] Shop Drawing  [X] Finish Sample(s)  [ ] CFA / Strike-Off  [ ] FR Cert

General GFD Terms and Conditions:

All furnishings to be contract quality, suitable for commercial use.
All quantities to be from the same dye lot and from a single piece of fabric unless otherwise approved by Designer.
Manufacturer/Purchasing Agent to submit finish samples on all itmes for Designer approval prior to manufacturing/shipping.
Manufacturer/Purchasing Agent to submit shop drawings for Designer's approval prior to manufacturing.
Manufacturer/Mill to submit Cutting/Strike Off for approval prior to production/shipping.
Manufacturer to sidemark fabric with project name, item number and purchase order number.
Manufacturer/Purchasing Agent to verify yardage required.  Designer not responsible for yardage quantities or take-offs.  The does not warrant any prior estimates provided for budgetary or estimating purposes.
Re-upholstering: Manufacturer to replace any damaged substrate, foam and springs as required.
Urethane foam cushions should meet California Technical Bulletin TB-117. Cushion density shall be a minmum of 1.8lbs.
Cushions shall be wrapped with multiple layers of poly-dacron.

grizform design architects

1311 naylor ct nw washington dc 20001  p 202.234.2321  w grizform.com

## Item Spec Sheet

| | | | |
|---|---|---|---|
| **Project Code** | 310 | **Proposal** | |
| **Area** | Outdoor | **Item #** | TB-5 |
| **Supplier** | Tablebases.com | **Ship To** | Smoke Craft |
| | | | 1051 N Highland St |
| | | | Arlington, VA 22201 |

 

| | | | | |
|---|---|---|---|---|
| **Qty** | 13 | | **Supplier Item #** | |
| **Unit Cost** | $249.00 | | **Lead Time** | 4-6 weeks |
| **Ext. Cost** | $3,237.00 | | | |

### Outdoor Table Base

No-Rock Terrace Self Stabilizing Table Base, Nesting and Flip Top
Finish: Black
Size: 19" Spread
Height: 42"
Post Dia: 3"
Top: TT-4

**Required Submittals for Approval:**  [X] Shop Drawing  [X] Finish Sample(s)  [ ] CFA / Strike-Off  [ ] FR Cert

General GFD Terms and Conditions:

All furnishings to be contract quality, suitable for commercial use.
All quantities to be from the same dye lot and from a single piece of fabric unless otherwise approved by Designer.
Manufacturer/Purchasing Agent to submit finish samples on all itmes for Designer approval prior to manufacturing/shipping.
Manufacturer/Purchasing Agent to submit shop drawings for Designer's approval prior to manufacturing.
Manufacturer/Mill to submit Cutting/Strike Off for approval prior to production/shipping.
Manufacturer to sidemark fabric with project name, item number and purchase order number.
Manufacturer/Purchasing Agent to verify yardage required.  Designer not responsible for yardage quantities or take-offs.  The does not warrant any prior estimates provided for budgetary or estimating purposes.
Re-upholstering: Manufacturer to replace any damaged substrate, foam and springs as required.
Urethane foam cushions should meet California Technical Bulletin TB-117. Cushion density shall be a minmum of 1.8lbs.
Cushions shall be wrapped with multiple layers of poly-dacron.

# grizform design architects

1311 naylor ct nw washington dc 20001 p 202.234.2321 w grizform.com

## Item Spec Sheet

| | | | |
|---|---|---|---|
| **Project Code** | 310 | **Proposal** | |
| **Area** | Host | **Item #** | MISC |
| **Supplier** | Webstaraunt.com | **Ship To** | Smoke Craft |
| | | | 1051 N Highland St |
| | | | Arlington, VA 22201 |



| | | | |
|---|---|---|---|
| **Qty** | 1 | **Supplier Item #** | 4615X337PG4 |
| **Unit Cost** | $600.00 | **Lead Time** | 4-6 weeks |
| **Ext. Cost** | $00.00 | | |

Pick Up Order Shelf

MetroMax Cart with Shelves
Finish: Polymer
Size: 18"D x 36"W x 74"H
4 adjustable shelves

**Required Submittals for Approval:**  [X] Shop Drawing   [X] Finish Sample(s)   [ ] CFA / Strike-Off   [ ] FR Cert

General GFD Terms and Conditions:

All furnishings to be contract quality, suitable for commercial use.
All quantities to be from the same dye lot and from a single piece of fabric unless otherwise approved by Designer.
Manufacturer/Purchasing Agent to submit finish samples on all itmes for Designer approval prior to manufacturing/shipping.
Manufacturer/Purchasing Agent to submit shop drawings for Designer's approval prior to manufacturing.
Manufacturer/Mill to submit Cutting/Strike Off for approval prior to production/shipping.
Manufacturer to sidemark fabric with project name, item number and purchase order number.
Manufacturer/Purchasing Agent to verify yardage required.  Designer not responsible for yardage quantities or take-offs.  The does not warrant any prior estimates provided for budgetary or estimating purposes.
Re-upholstering: Manufacturer to replace any damaged substrate, foam and springs as required.
Urethane foam cushions should meet California Technical Bulletin TB-117. Cushion density shall be a minmum of 1.8lbs.
Cushions shall be wrapped with multiple layers of poly-dacron.

**grizform design architects**

1311 naylor ct nw washington dc 20001  p 202.234.2321  w grizform.com

## Item Spec Sheet

| **Project Code** | 310 | **Proposal** | |
| **Area** | Dining Room | **Item #** | D1 |
| **Supplier** | GC TO SELECT | **Ship To** | Smoke Craft |
| | | | 1051 N Highland St |
| | | | Arlington, VA 22201 |



| **Qty** | 2 | **Supplier Item #** | F6046 |
| **Unit Cost** | GC TO PURCHASE | **Lead Time** | 2-4 weeks |
| **Ext. Cost** | | | |

---

Dining Room Chandelier

---

Troy Lighting                                    Bulb:
Itm: Impression Pendant                          Watts: 60W each
Size: 36.25"Dia x 7.25"H x 56.25" Max Length     Socket: E12 Candelabra
Lamps: 14                                        WARM DIM, 2700K, LED
Finish: Graphite and Satin Nickel
***GC TO SUBMIT LED BULBS WITH LIGHTING SUBMITTAL***

---

**Required Submittals for Approval:**   [X] Shop Drawing   [X] Finish Sample(s)   [ ] CFA / Strike-Off   [ ] FR Cert

General GFD Terms and Conditions:

All furnishings to be contract quality, suitable for commercial use.
All quantities to be from the same dye lot and from a single piece of fabric unless otherwise approved by Designer.
Manufacturer/Purchasing Agent to submit finish samples on all itmes for Designer approval prior to manufacturing/shipping.
Manufacturer/Purchasing Agent to submit shop drawings for Designer's approval prior to manufacturing.
Manufacturer/Mill to submit Cutting/Strike Off for approval prior to production/shipping.
Manufacturer to sidemark fabric with project name, item number and purchase order number.
Manufacturer/Purchasing Agent to verify yardage required.  Designer not responsible for yardage quantities or take-offs.  The does not warrant any prior estimates provided for budgetary or estimating purposes.
Re-upholstering: Manufacturer to replace any damaged substrate, foam and springs as required.
Urethane foam cushions should meet California Technical Bulletin TB-117. Cushion density shall be a minmum of 1.8lbs.
Cushions shall be wrapped with multiple layers of poly-dacron.

## grizform design architects

1311 naylor ct nw washington dc 20001  p 202.234.2321  w grizform.com

## Item Spec Sheet

| | | | |
|---|---|---|---|
| **Project Code** | 310 | **Proposal** | |
| **Area** | Bar and Dining Room | **Item #** | D2 |
| **Supplier** | GC TO SELECT | **Ship To** | Smoke Craft |
| | | | 1051 N Highland St |
| | | | Arlington, VA 22201 |



| | | | |
|---|---|---|---|
| **Qty** | | **Supplier Item #** | F5582 |
| **Unit Cost** | GC TO PURCHASE | **Lead Time** | 2-4 weeks |
| **Ext. Cost** | | | |

---

Bar Pendants

---

Troy Lighting
Itm: District Pendant
Size: 10"Dia x 20.75"H x 69.75" Max Length
Lamps: 1
Finish: Satin Black

Bulb:
Watts: 60W each
Socket: E26 Medium Base, T Edison stye
WARM DIM, 2700K, LED

***GC TO SUBMIT LED BULBS WITH LIGHTING SUBMITTAL***

**Required Submittals for Approval:** [X] Shop Drawing  [X] Finish Sample(s)  [ ] CFA / Strike-Off  [ ] FR Cert

General GFD Terms and Conditions:

All furnishings to be contract quality, suitable for commercial use.
All quantities to be from the same dye lot and from a single piece of fabric unless otherwise approved by Designer.
Manufacturer/Purchasing Agent to submit finish samples on all itmes for Designer approval prior to manufacturing/shipping.
Manufacturer/Purchasing Agent to submit shop drawings for Designer's approval prior to manufacturing.
Manufacturer/Mill to submit Cutting/Strike Off for approval prior to production/shipping.
Manufacturer to sidemark fabric with project name, item number and purchase order number.
Manufacturer/Purchasing Agent to verify yardage required.  Designer not responsible for yardage quantities or take-offs.  The does not warrant any prior estimates provided for budgetary or estimating purposes.
Re-upholstering: Manufacturer to replace any damaged substrate, foam and springs as required.
Urethane foam cushions should meet California Technical Bulletin TB-117. Cushion density shall be a minmum of 1.8lbs.
Cushions shall be wrapped with multiple layers of poly-dacron.

**grizform design architects**

1311 naylor ct nw washington dc 20001  p 202.234.2321  w grizform.com

## Item Spec Sheet

| | | | |
|---|---|---|---|
| **Project Code** | 310 | **Proposal** | |
| **Area** | Dining Room Sconce | **Item #** | B1 |
| **Supplier** | GC TO SELECT | **Ship To** | Smoke Craft |
| | | | 1051 N Highland St |
| | | | Arlington, VA 22201 |



| | | | |
|---|---|---|---|
| **Qty** | | **Supplier Item #** | |
| **Unit Cost** | GC TO PURCHASE | **Lead Time** | 2-4 weeks |
| **Ext. Cost** | | | |

Bar Pendants

Restoration Hardware
Itm: Davenport Sconce
Size: 3.75"D x 4.75"W x 16.25"H
Lamps: 2
Finish: Bronze

Bulb:
Watts: 60W each
Socket: G9 bi-pin base
WARM DIM, 2700K, LED

***GC TO SUBMIT LED BULBS WITH LIGHTING SUBMITTAL***

**Required Submittals for Approval:** [X] Shop Drawing  [X] Finish Sample(s)  [ ] CFA / Strike-Off  [ ] FR Cert

General GFD Terms and Conditions:

All furnishings to be contract quality, suitable for commercial use.
All quantities to be from the same dye lot and from a single piece of fabric unless otherwise approved by Designer.
Manufacturer/Purchasing Agent to submit finish samples on all itmes for Designer approval prior to manufacturing/shipping.
Manufacturer/Purchasing Agent to submit shop drawings for Designer's approval prior to manufacturing.
Manufacturer/Mill to submit Cutting/Strike Off for approval prior to production/shipping.
Manufacturer to sidemark fabric with project name, item number and purchase order number.
Manufacturer/Purchasing Agent to verify yardage required.  Designer not responsible for yardage quantities or take-offs.  The does not warrant any prior estimates provided for budgetary or estimating purposes.
Re-upholstering: Manufacturer to replace any damaged substrate, foam and springs as required.
Urethane foam cushions should meet California Technical Bulletin TB-117. Cushion density shall be a minmum of 1.8lbs.
Cushions shall be wrapped with multiple layers of poly-dacron.

# grizform design architects

1311 naylor ct nw washington dc 20001  p 202.234.2321  w grizform.com

## Item Spec Sheet

| | | | |
|---|---|---|---|
| **Project Code** | 310 | **Proposal** | |
| **Area** | Bathroom Sconce | **Item #** | B2 |
| **Supplier** | GC TO SELECT | **Ship To** | Smoke Craft |
| | | | 1051 N Highland St |
| | | | Arlington, VA 22201 |



| | | | |
|---|---|---|---|
| **Qty** | | **Supplier Item #** | 7031-OB |
| **Unit Cost** | GC TO PURCHASE | **Lead Time** | 2-4 weeks |
| **Ext. Cost** | | | |

---

Bar Pendants

---

Hudson Valley Lighting
Itm: Gibbs Sconce
Size: 4.5"Dia x 12.50"H
Lamps: 1
Finish: Oil Rubbed Bronze

Bulb:
Watts: 75W each
Socket: E26 Medium Base, T10 Edision style
WARM DIM, 2700K, LED

**\*\*\*GC TO SUBMIT LED BULBS WITH LIGHTING SUBMITTAL\*\*\***

---

**Required Submittals for Approval:**  [X] Shop Drawing   [X] Finish Sample(s)   [ ] CFA / Strike-Off   [ ] FR Cert

General GFD Terms and Conditions:

All furnishings to be contract quality, suitable for commercial use.
All quantities to be from the same dye lot and from a single piece of fabric unless otherwise approved by Designer.
Manufacturer/Purchasing Agent to submit finish samples on all itmes for Designer approval prior to manufacturing/shipping.
Manufacturer/Purchasing Agent to submit shop drawings for Designer's approval prior to manufacturing.
Manufacturer/Mill to submit Cutting/Strike-Off for approval prior to production/shipping.
Manufacturer to sidemark fabric with project name, item number and purchase order number.
Manufacturer/Purchasing Agent to verify yardage required.  Designer not responsible for yardage quantities or take-offs.  The does not warrant any prior estimates provided for budgetary or estimating purposes.
Re-upholstering: Manufacturer to replace any damaged substrate, foam and springs as required.
Urethane foam cushions should meet California Technical Bulletin TB-117. Cushion density shall be a minmum of 1.8lbs.
Cushions shall be wrapped with multiple layers of poly-dacron.

**GrizForm Purchasing, LLC**

1311 Naylor Ct NW
Washington, DC  20001 US
+1 202-234-2321
accounting@grizform com



## INVOICE

| BILL TO | | | | INVOICE | 2019 885 |
| Andrew Darneille | | | | DATE | 02/07/2020 |
| Smokecraft (55045) | | | | TERMS | Net 30 |
| | | | | DUE DATE | 03/08/2020 |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT | SKU |
|---|---|---|---|---|---|
| 55045 Smokecraft Purchasing | FF&E | 0.50 | 23,388.60 | 11,694.30 | 550 45 |

| | BALANCE DUE | **$11,694.30** |
|---|---|---|

**grizform** design **architects**

1311 naylor ct nw washington dc 20001  p 202.234.2321 w grizform.com

Checks Received

Deposit Paid

Total Received:

$                    11,694.30

# FFE Budget 12.06.19

| Item # | Description | Manufacturer | Quantity | Unit Cost | Ext. Cost | GFD Fees | Shipping estimated | Total Cost | Notes |
|---|---|---|---|---|---|---|---|---|---|
| SG-1 | Barstool @ Bar (Prouve) | Industry West | 27 | $   220.00 | $5,940.00 | $   891.00 | $   1,188.00 | $8,019.00 | |
| SG-2 | Barstool @ Hightops (Adobe) | Industry West | 15 | $   225.00 | $3,375.00 | $   506.25 | $   675.00 | $4,556.25 | |
| SG-3 | Dining Chair (Prouve) | Industry West | 53 | $   151.13 | $8,009.89 | $   1,201.48 | $   1,601.98 | $10,813.35 | |

| TOTAL: | | | | | $17,324.89 | $2,598.73 | $   3,464.98 | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Subtotal | $23,388.60 |
| | | | | | | | Bank Fee | $0.00 |
| | | | | | | | Estimated FF&E Total | $23,388.60 |
| | | | | | | | | $11,694.30 |

This surplus has been applied to the "Balance Due Prior to Shipping".  Any surplus balance after final shipment will be returned to the client in full.

GFD reserves the right to apply any excess funds in the purchasing account to the final Architectural Services invoice.

All applicable Sales and Use Taxes are the responsibility of the End User.

GrizForm Design LLC is authorized as a Purchasing Agent on the End User's behalf and is not responsible for Sales and Use Taxes.

**GrizForm Purchasing, LLC**

1311 Naylor Ct NW
Washington, DC  20001 US
+1 202-234-2321
accounting@grizform com



## INVOICE

| BILL TO | | INVOICE | 2019 886 |
|---|---|---|---|
| Andrew Darneille | | DATE | 02/07/2020 |
| Smokecraft (55045) | | TERMS | Net 30 |
| | | DUE DATE | 03/08/2020 |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT | SKU |
|---|---|---|---|---|---|
| 55045 Smokecraft Purchasing | FF&E | 0.50 | 38,740.97 | 19,370.49 | 550 45 |

| | BALANCE DUE | **$19,370.49** |
|---|---|---|

**grizform design architects**
1311 naylor ct nw washington dc 20001 p 202.234.2321 w grizform.com

Checks Received

Total Received:

Deposit of 50% due

# FFE Budget 02.07.20

| Item # | Description | Manufacturer | Quantity | Unit Cost | Ext. Cost | GFD Fees | Shipping | Total Cost | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | estimated | | |
| SG-4 | Dining Banquette | Old Dominion | 1 | $ 3,335.00 | $3,335.00 | $ 500.25 | $ 1,063.80 | $4,899.05 | Shipping for all OD items |
| FAB-1 | Caressa, Red Pepper (SG-5 Upholstery) | Mayer | 6 | $ 24.95 | $149.70 | $ 22.46 | $ 29.94 | $202.10 | |
| SG-5 | Outdoor Dining Chair | Florida Seating | 30 | $ 123.05 | $3,691.50 | $ 553.73 | $ 738.30 | $4,983.53 | |
| SG-6 | Entry Banquette | Old Dominion | 1 | $ 2,533.00 | $2,533.00 | $ 379.95 | $ - | $2,912.95 | |
| FAB-1 | Caressa, Red Pepper (SG-7 Upholstery) | Mayer | 5 | $ 24.95 | $124.75 | $ 18.71 | $ 24.95 | $168.41 | |
| TT-1 | Table Top 36x24 (Oak) | Old Dominion | 12 | $ 244.95 | $2,939.40 | $ 440.91 | $ - | $3,380.31 | |
| TB-1 | Dining Table Base for TT-1 (No Rock Terrace) | Tablebases.com | 12 | $ 209.99 | $2,519.88 | $ 377.98 | $ 439.16 | $3,337.02 | Shipping for all Tablebases |
| TT-2 | Table Top 36X36 (Oak) | Old Dominion | 8 | $ 463.63 | $3,709.04 | $ 556.36 | $ - | $4,265.40 | |
| TB-2 | Dining Table Base for TT-2 | Tablebases.com | 8 | $ 209.99 | $1,679.92 | $ 251.99 | $ - | $1,931.91 | |
| TT-3 | Bar Table Top Round 24" (Oak) | Old Dominion | 5 | $ 181.71 | $908.55 | $ 136.28 | $ - | $1,044.83 | |
| TB-3 | Bar Table Base for TT-3 | Tablebases.com | 5 | $ 249.99 | $1,249.95 | $ 187.49 | $ - | $1,437.44 | |
| TT-4 | Bar Table Top 24x36 (Oak) | Old Dominion | 4 | $ 244.95 | $979.80 | $ 146.97 | $ - | $1,126.77 | |
| TB-4 | Bar Table Base for TT-4 | Tablebases.com | 4 | $ 249.99 | $999.96 | $ 149.99 | $ - | $1,149.95 | |
| MISC | Art and Accessories Allowance | | 1 | $ 5,000.00 | $5,000.00 | $ 750.00 | $ 1,000.00 | $6,750.00 | |
| MISC | Pick Up Order Shelf | Wayfair | 1 | $ 749.92 | $749.92 | $ 112.49 | $ 149.98 | $1,012.39 | |
| **Sample Purchasing Fees** | | | | | | | | | |
| | Freshman Chair | Industry West | 1 | $ 22.20 | $22.20 | | | $22.20 | |
| | Prouve Barstool | Industry West | 1 | $ 33.00 | $33.00 | | | $33.00 | |
| | Prouve Chair | Industry West | 1 | $ 26.33 | $26.33 | | | $26.33 | |
| | Prouve Chair Aluminum | Industry West | 1 | $ 30.38 | $30.38 | | | $30.38 | |
| | Adobe Barstool | Industry West | 1 | $ 27.00 | $27.00 | | | $27.00 | |
| | | | | | | | | | |
| TOTAL: | | | | $30,709.28 | $4,585.56 | $ 3,446.13 | | | |

| | |
|---|---|
| Subtotal | $38,740.97 |
| Bank Fee | $0.00 |
| **Estimated FF&E Total** | **$38,740.97** |

This surplus has been applied to the "Balance Due Prior to Shipping". Any surplus balance after final shipment will be returned to the client in full.     $ (38,740.97)

GFD reserves the right to apply any excess funds in the purchasing account to the final Architectural Services invoice.
All applicable Sales and Use Taxes are the responsibility of the End User.
GrizForm Design LLC is authorized as a Purchasing Agent on the End User's behalf and is not responsible for Sales and Use Taxes.

# TriMark
### Foodservice Equipment, Supplies and Design
## ADAMS-BURCH

# Quote
02/21/2020

**To:**
Smokecraft
Andrew Darneille
Acct █████████
1051 N Highland Street
Arlington, VA 22201
240-687-1604

**Project:**
Smokecraft - TMAB - 2-20-2020
Final - Bank
Andrews Darneille

**From:**
TriMark Adams-Burch
Shannon Galle/Bob McMahon
1901 Stanford Court
Landover, MD 20785-3219
(301)276-2000
301-276-2088 (Contact)
703-708-4595 (Cell)
301-386-0288 (Fax)
shannon.galle@trimarkusa.com

Project Code: 399M062S

---

**\*\*\* TERMS \*\*\***

50% due at time order is placed. - $55,142.00

40% due - 1 week prior to installation - $44,113.00 - Scheduled for April 6th 2020

5% - Net 30 upon completion of installation. $5,515.00

5% - Net 60 upon completion of installation. $5,513.43

Freight and taxes are estimated.

---

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
| 1A | 1 ea | **WALL / SPLASH MOUNT FAUCET**<br>T&S Brass Model No. B-1146<br>Workboard Faucet, wall mount, 4" centers, 5-3/4" swivel gooseneck nozzle (includes lock washer to convert to rigid), 2.2 GPM aerator, quarter-turn Eterna cartridges with spring checks, lever handles with color coded indexes, 1/2" NPT male inlets, ADA Compliant  | $106.48 | $106.48 |
| | | **ITEM TOTAL:** | | **$106.48** |
| 7 | 1 ea | **WARMING DRAWER, FREE STANDING**<br>Alto-Shaam Model No. 500-2DN<br>Halo Heat® Narrow Warming Drawer, free standing, two drawer, digital controller, (1) 12" x 20" pan, (50) rolls or (34) baked potatoes capacity per drawer, adjustable thermostat, stainless steel exterior, EcoSmart®, cULus, UL EPH ANSI/NSF 4, CE, EAC | $1,752.80 | $1,752.80 |
| | 1 ea | NOTE: Subject to Manufacturer's Terms & Conditions. See Documents | | |

TriMark Adams-Burch

*02/21/2020*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| | | Section | | |
| | 1 ea | 120v/50/60/1-ph, 5.3 amps, .64 kW, NEMA 5-15P, standard | | |
| | 1 ea | Non-vented drawers, standard | | |
| | 1 ea | 5015150 Built-In Trim Kit, for 500-2DN | $88.02 | $88.02 |
| | | **ITEM TOTAL:** | | **$1,840.82** |
| 8 | 1 ea | **ICE CREAM DIPPING CABINET** | $1,434.48 | $1,434.48 |
| | | Silver King Model No. SKFI15-ELUS1 Mobile Ice Cream Freezer, 14"W, dual flip-top lid, adjustable temperature control, manual defrost, stainless steel interior, stainless steel & galvanized exterior, 3" casters (2 with locks), bottom-mounted self-contained refrigeration, R290, 115v/60/1-ph, 2.1 amps, NEMA 5-15P, cETLus, ETL-Sanitation | | |
| | | **ITEM TOTAL:** | | **$1,434.48** |
| 10 | 1 ea | **WATER FILTRATION SYSTEM, FOR FOUNTAIN / BEVERAGE MACHINES** | $298.86 | $298.86 |
| | | Everpure Model No. EV932801 Coldrink 1- MC² System, 9,000 gallon capacity, 1.67 gpm flow rate, 0.2 micron rating (1) MC2 cartridge, EC210 coarse prefilter, water shut-off, inlet & outlet pressure gauges, flushing valve, wall bracket | | |
| | | **ITEM TOTAL:** | | **$298.86** |
| 11.2 | 1 ea | **MOP BROOM HOLDER** | $74.76 | $74.76 |
| | | AllPoints Foodservice Parts & Supplies Model No. 72-1245 Mop Holder, 23-1/2"L, holds (6) mops, stainless steel | | |
| | | **ITEM TOTAL:** | | **$74.76** |
| 14 | 1 ea | **DUNNAGE RACK** | $47.06 | $47.06 |
| | | Channel Manufacturing Model No. ADR2024 Promo Series Dunnage Rack, channel, 24"W x 20"D x 12"H, 2200 lbs. capacity, aluminum construction, ships assembled, NSF, Made in USA | | |
| | 1 ea | 5-year warranty on parts and 90 days labor, standard | | |
| | 1 ea | Lifetime warranty against rust and corrosion | | |
| | | **ITEM TOTAL:** | | **$47.06** |
| 14.1 | 1 ea | **DUNNAGE RACK** | $47.06 | $47.06 |
| | | Channel Manufacturing Model No. ADR2024 Promo Series Dunnage Rack, channel, 24"W x 20"D x 12"H, 2200 lbs. capacity, aluminum construction, ships assembled, NSF, Made in USA | | |
| | 1 ea | 5-year warranty on parts and 90 days labor, standard | | |
| | 1 ea | Lifetime warranty against rust and corrosion | | |
| | | **ITEM TOTAL:** | | **$47.06** |
| 14.2 | 1 ea | **KEG STORAGE RACK** | $445.47 | $445.47 |

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
| | | Channel Manufacturing Model No. KAR80<br>Keg Storage Rack, 80"W x 17"D x 68"H, holds (8) kegs, (2) adjustable 4"<br>E-channel shelves, tubular top shelf, aluminum construction, KD, NSF,<br>Made in USA | | |
| | 1 ea | 5-year warranty on parts and 90 days labor, standard | | |
| | 1 ea | Lifetime warranty against rust and corrosion | | |
| | | **ITEM TOTAL:** | | **$445.47** |
| 14.3 | 1 ea | **KEG STORAGE RACK** | $445.47 | $445.47 |
| | | Channel Manufacturing Model No. KAR80<br>Keg Storage Rack, 80"W x 17"D x 68"H, holds (8) kegs, (2) adjustable 4"<br>E-channel shelves, tubular top shelf, aluminum construction, KD, NSF,<br>Made in USA | | |
| | 1 ea | 5-year warranty on parts and 90 days labor, standard | | |
| | 1 ea | Lifetime warranty against rust and corrosion | | |
| | | **ITEM TOTAL:** | | **$445.47** |
| 18A | 1 ea | **MINI PRE-RINSE FAUCET ASSEMBLY** | $378.89 | $378.89 |
| | | T&S Brass Model No. MPZ-2DLN-08-CRF<br>EasyInstall Mini Pre-Rinse Unit, deck mount mixing faucet with 8"<br>adjustable centers, 8" swing nozzle (B-0107) with 1.15 GPM spray<br>valve, quarter-turn Cerama cartridges with check valves, lever handles<br>with color coded indexes, 8" rigid riser, 18" flexible stainless steel<br>hose, 6" adjustable wall bracket, polished chrome-plated brass faucet<br>body, 1/2" NPSM female swivel couplings, low lead, NSF, CSA | | |
| | | **ITEM TOTAL:** | | **$378.89** |
| 18B | 1 ea | **DRAIN, LEVER / TWIST WASTE** | $51.99 | $51.99 |
| | | T&S Brass Model No. B-3952<br>Waste Valve, twist handle, 3-1/2" sink opening, 2" drain outlet<br>(replaces B-3913, B-3917) | | |
| | | **ITEM TOTAL:** | | **$51.99** |
| 19 | 1 ea | **HEATED LOW TEMP HOLDING CABINET** | $1,978.64 | $1,978.64 |
| | | Alto-Shaam Model No. 500-S<br>Halo Heat® Low Temp Holding Cabinet, on/off simple controller with<br>adjustable thermostat, indicator light, capacity (6) 12" x 20" pans, (2)<br>chrome plated side racks & wire shelves, heavy-duty stainless steel<br>exterior, 2-1/2" casters; 2 rigid, 2 swivel with brakes, EcoSmart®,<br>cULus, UL EPH ANSI/NSF 4, CE, IPX3, TUV NORD, EAC, N11942 | | |
| | 1 ea | NOTE: Subject to Manufacturer's Terms & Conditions. See Documents<br>Section | | |
| | 1 ea | 120v/60/1-ph, 8.4 amps, 1.0kW, 5 ft. cord, NEMA 5-15P | | |
| | 1 ea | Solid door, hinged on right, standard | | |
| | | **ITEM TOTAL:** | | **$1,978.64** |
| 20A | 1 ea | **PRE-RINSE FAUCET ASSEMBLY, WITH ADD ON FAUCET** | $407.09 | $407.09 |

TriMark Adams-Burch

*02/21/2020*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| | | T&S Brass Model No. B-0133-01<br>EasyInstall Pre-Rinse Unit, mixing faucet, 8" wall mount, 14" add-on 063X swing nozzle, 18" riser, overhead spring, lever handles, 56" flex hose, Eterna cartridges, spray valve (B-0107), 9" wall support (B-0109-02), 1/2" male NPT, EPAct2005 Compliant | | |
| | | **ITEM TOTAL:** | | **$407.09** |
| 20B | 1 ea | **WALL / SPLASH MOUNT FAUCET** | $123.06 | $123.06 |
| | | T&S Brass Model No. B-0231<br>Sink Mixing Faucet, 12" swing nozzle, wall mounted, 8" centers on sink faucet with 1/2" IPS eccentric flanged female inlets, lever handles | | |
| | | **ITEM TOTAL:** | | **$123.06** |
| 20C | 3 ea | **DRAIN, LEVER / TWIST WASTE** | $51.99 | $155.97 |
| | | T&S Brass Model No. B-3952<br>Waste Valve, twist handle, 3-1/2" sink opening, 2" drain outlet (replaces B-3913, B-3917) | | |
| | | **ITEM TOTAL:** | | **$155.97** |
| 25A | 1 ea | **PRE-RINSE FAUCET ASSEMBLY** | $300.11 | $300.11 |
| | | T&S Brass Model No. B-0123<br>EasyInstall Pre-Rinse Unit, spring action gooseneck, deck mount base faucet with spring check cartridges & lever handles, 8" center, 2" dia. deck flanges with 1/2" NPT female flanged inlets, 44-13/16"H,17-3/8" clearance, spray valve, 24" riser, flex stainless steel hose | | |
| | 1 ea | B-0156 Add-on Faucet, for Pre-Rinse Units, 12" nozzle, includes 3" nipple | $76.09 | $76.09 |
| | | **ITEM TOTAL:** | | **$376.20** |
| 25B | 1 ea | **DRAIN, LEVER / TWIST WASTE** | $51.99 | $51.99 |
| | | T&S Brass Model No. B-3952<br>Waste Valve, twist handle, 3-1/2" sink opening, 2" drain outlet (replaces B-3913, B-3917) | | |
| | | **ITEM TOTAL:** | | **$51.99** |
| 29 | 2 ea | **WIRE SHELVING** | $30.57 | $61.14 |
| | | Metro Model No. 1836NK3<br>Super Erecta® Shelf, wire, 36"W x 18"D, plastic split sleeves are included in each carton, Metroseal 3™ epoxy-coated corrosion-resistant finish with Microban® antimicrobial protection, NSF | | |
| | 2 ea | 33PDFK3 Post & Mounting Brackets, for Super Erecta® wall mount, consist of (1) double footed post (2) end brackets (BESK3) & (1) intermediate bracket (BCSK3), 33-5/8"H, Metroseal 3™ epoxy-coated corrosion-resistant finish with Microban® antimicrobial protectionxy, NSF | $25.83 | $51.66 |

TriMark Adams-Burch

*02/21/2020*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| | 4 ea | 1WS18K3 Super Erecta® Shelf Support, post mount, single, for 18"D shelf (2) required per shelf, Metroseal 3™ epoxy-coated corrosion-resistant finish with Microban® antimicrobial protection | $17.99 | $71.96 |
| | | **ITEM TOTAL:** | | **$184.76** |
| 32 | 1 ea | **WATER FILTRATION SYSTEM, FOR ICE MACHINES** | $637.01 | $637.01 |
| | | Everpure Model No. EV932523 Insurice®Triple PF-i4000² System, with prefilter, 36,000 gallon capacity, 5 gpm flow rate, 0.5-micron precoat filtration (3) i4000² cartridges, pressure gauge, flushing valve | | |
| | | **ITEM TOTAL:** | | **$637.01** |
| 52 | 3 ea | **GAS FLOOR FRYER** | $1,448.00 | $4,344.00 |
| | | Pitco Frialator Model No. SG14-S Solstice™ Fryer, gas, floor model, full frypot, 40-50 lb. oil capacity, millivolt control ONLY, stainless steel tank, front, door & sides, 110,000 BTU, NSF, CE, CSA Flame, CSA Star, AuGA (free standing, stand alone only fryer - special price) | | |
| | 3 ea | 1 year parts and labor warranty from the date of installation up to a maximum of 15 months from the date of manufacture (with appropriate documentation), standard | | |
| | 1 ea | Natural gas | | |
| | 3 ea | P6072145 Basket, (2) oblong/twin size, 13-1/2" x 6-1/2" x 5-1/2" deep, long handle, regular mesh (shipped std (n/c) with models "T" SG14, SG14R, SSH55, SE14, SE14X, SE14B, SG14T, 35+, 45+, fryer batteries shipped with (1) per fryer | | |
| | 2 ea | A5077706 Splash Guard, 12", reversible (L/R) | $122.08 | $244.16 |
| | 3 st | B3901504 Casters, 9" adjustable swivel (set of 4) non-lock rear & lock front casters, solstice supreme, SG, SE, VF and flat bottom fryers, pasta cookers, rethermalizers, BNB | $195.33 | $585.99 |
| | | **ITEM TOTAL:** | | **$5,174.15** |
| 52A | 3 ea | **BLUE HOSE GAS CONNECTOR KIT** | $450.90 | $1,352.70 |
| | | Dormont Manufacturing Model No. 16125KITS48    Packed 1 kt Dormont Blue Hose™ Moveable Gas Connector Kit, 1-1/4" inside dia., 48" long, covered with stainless steel braid, coated with blue antimicrobial PVC, (1) SnapFast® QD, (1) Swivel MAX®, (1) full port valve, (1) elbow, coiled restraining cable with hardware, 482,000 BTU/hr, limited lifetime warranty | | |
| | | **ITEM TOTAL:** | | **$1,352.70** |
| 53 | 1 ea | **CONVECTION OVEN, GAS** | $7,387.20 | $7,387.20 |
| | | Blodgett Oven Model No. ZEPH-100-G DBL Zephaire Convection Oven, gas, double-deck, standard depth, capacity (5) 18" x 26" pans per compartment, (SSI-D) solid state infinite controls with digital timer, two speed fan, flue connector, dependent glass doors, interior light, stainless steel front, sides & top, 6" stainless steel legs, 100,000 BTU, ETL, NSF | | |
| | 1 ea | 2 year parts, 2 year labor and 1 additional year door warranty (parts only), standard | | |
| | 1 ea | Natural gas | | |

TriMark Adams-Burch

*02/21/2020*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| | 1 ea | (2) 115v/60/1-ph, 6.0 amps, 2-wire with ground, cord & plug, 1/2 hp, standard | | |
| | 1 ea | SSI-D Top Oven: Solid State infinite with digital timer, standard | | |
| | 1 ea | SSI-D Bottom Oven: Solid State infinite with digital timer, standard | | |
| | 1 ea | Draft diverter, stainless steel, standard | | |
| | 1 st | 4" low profile plate casters (set) | $228.96 | $228.96 |
| | 1 ea | NOTE: DO NOT deduct cost of standard legs | | |
| | 1 ea | Gas manifold for double ovens | $105.84 | $105.84 |
| | | **ITEM TOTAL:** | | **$7,722.00** |
| 53A | 1 ea | **BLUE HOSE GAS CONNECTOR KIT** | $205.44 | $205.44 |
| | | Dormont Manufacturing Model No. 1675KITS48     Packed 1 kt | | |
| | | Dormont Blue Hose™ Moveable Gas Connector Kit, 3/4" inside dia., 48" long, covered with stainless steel braid, coated with blue antimicrobial PVC, (1) SnapFast® QD, (1) Swivel MAX®, (1) full port valve, (1) elbow, (1) Snap'N Go, coiled restraining cable with hardware, 167,000 BTU/hr minimum flow capacity, limited lifetime warranty | | |
| | | **ITEM TOTAL:** | | **$205.44** |
| 54 | 1 ea | **COOK HOLD OVEN CABINET SMOKER, ELECTRIC** | $9,975.08 | $9,975.08 |
| | | Alto-Shaam Model No. 1200-SK/III | | |
| | | Halo Heat® Slo Cook and Smoker Oven, electric, low-temperature, double-deck, standard depth, 120 lb. capacity each - (1) rib rack shelf per compartment, (3) full-size pans, deluxe controller, (2) stainless steel wire shelves, (1) exterior drip tray, includes (1) sample bag each of cherry, hickory, apple & maple wood chips, heavy-duty stainless steel, 5" casters; 2 rigid, 2 swivel with brakes, EcoSmart®, cULus, UL EPH ANSI/NSF 4, CE, IPX4, TUV NORD | | |
| | 1 ea | NOTE: Subject to Manufacturer's Terms & Conditions. See Documents Section | | |
| | 1 ea | 208-240v/60/1-ph, 32.0-36.3 amps, 7.7-8.7 kW (NO cord or plug) | | |
| | 1 ea | Solid Door, hinged on right, standard | | |
| | 1 ea | Stainless steel exterior, standard | | |
| | 1 st | 5008017 Casters, 3-1/2" (89mm), stem; 2 rigid, 2 swivel with brakes | $209.46 | $209.46 |
| | | **ITEM TOTAL:** | | **$10,184.54** |
| 55 | 1 ea | **EQUIPMENT STAND, REFRIGERATED BASE** | $6,608.39 | $6,608.39 |
| | | Turbo Air Model No. TCBE-96SDR-N | | |
| | | Super Deluxe Chef Base Refrigerator, 18.6 cu. ft. side mounted self-contained refrigeration system, self-cleaning condenser device, (4) durable drawers with recessed handles, (72) pan capacity (1/6 size), 16 ga. stainless steel one-piece reinforced insulated top, stainless steel front & sides, digital temperature display, R290 Hydrocarbon refrigerant, 3/8 HP, 115v/60/1-ph, 4.9 amps, NEMA 5-15P, cETLus, ETL-Sanitation | | |
| | 1 ea | Note: Contact factory representative for parts & accessories discounts | | |
| | 1 ea | 3 year parts & labor warranty, standard | | |
| | 1 ea | Additional 2 year compressor warranty (5 year total), standard | | |
| | 1 st | Caster Set, 4", swivel, locking front wheels, 5"H (overall), standard | | |
| | | **ITEM TOTAL:** | | **$6,608.39** |

TriMark Adams-Burch

*02/21/2020*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| 56 | 1 ea | **HOTPLATE, COUNTERTOP, GAS** | $1,636.70 | $1,636.70 |
| | | Southbend Model No. HDO-36 | | |
| | | Hotplate, gas, countertop, 36", (6) 33,000 BTU open burners, manual controls, removable cast iron grates & crumb tray, stainless steel front, sides & 4" adjustable legs, 198,000 BTU, CSA, NSF (Note: Qualifies for Southbend's Service First™ Program, see Service First document for details) | | |
| | 1 ea | Standard one year limited warranty | | |
| | 1 ea | Natural Gas | | |
| | | **ITEM TOTAL:** | | **$1,636.70** |
| 56A | 1 ea | **BLUE HOSE GAS CONNECTOR KIT** | $274.24 | $274.24 |
| | | Dormont Manufacturing Model No. 16100KITS48     Packed 1 kt | | |
| | | Dormont Blue Hose™ Moveable Gas Connector Kit, 1" inside dia., 48" long, covered with stainless steel braid, coated with blue antimicrobial PVC, (1) Snap Fast™ QD, (1) Swivel MAX®, (1) full port valve, (1) elbow, coiled restraining cable with hardware, 310,000 BTU/hr minimum flow capacity, limited lifetime warranty | | |
| | | **ITEM TOTAL:** | | **$274.24** |
| 57 | 1 ea | **GAS COUNTERTOP GRIDDLE** | $2,229.91 | $2,229.91 |
| | | Southbend Model No. HDG-24 | | |
| | | Griddle, countertop, gas, 24" W x 24" D cooking surface, 1" thick polished steel plate, thermostatic controls, battery spark ignition, flame failure safety device, stainless steel front, sides & 4" adjustable legs, 60,000 BTU, CSA, NSF (Note: Qualifies for Southbend's Service First™ Program, see Service First document for details) | | |
| | 1 ea | Standard one year limited warranty | | |
| | 1 ea | Natural Gas | | |
| | 1 ea | 600° thermostat control, (2) burners | | |
| | | **ITEM TOTAL:** | | **$2,229.91** |
| 57A | 1 ea | **BLUE HOSE GAS CONNECTOR KIT** | $205.44 | $205.44 |
| | | Dormont Manufacturing Model No. 1675KITS48     Packed 1 kt | | |
| | | Dormont Blue Hose™ Moveable Gas Connector Kit, 3/4" inside dia., 48" long, covered with stainless steel braid, coated with blue antimicrobial PVC, (1) SnapFast® QD, (1) Swivel MAX®, (1) full port valve, (1) elbow, (1) Snap'N Go, coiled restraining cable with hardware, 167,000 BTU/hr minimum flow capacity, limited lifetime warranty | | |
| | | **ITEM TOTAL:** | | **$205.44** |
| 58 | 1 ea | **SALAMANDER BROILER, GAS** | $2,714.04 | $2,714.04 |
| | | Vulcan Model No. 36IRB-N | | |
| | | Salamander Broiler, natural gas, 36" wide, 30,000 BTU heavy duty infrared burner, dual control, (6) grid positions, removable pan, stainless steel front, top and sides, 3/4" gas connection & pressure regulator | | |
| | 1 ea | 1 year limited parts & labor warranty, standard | | |
| | 1 ea | Wall mount | | |
| | 1 ea | WALLMNT-CHRBKR Wall mount brackets, stainless steel (set) (stainless steel bottom panel required) | $205.20 | $205.20 |

TriMark Adams-Burch

*02/21/2020*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| | 1 ea | BOTTOM-SLMNDR Stainless bottom panel (required with wall bracket) | $157.46 | $157.46 |
| | 1 ea | BOTTOM-SLMNDR Stainless bottom panel (required with wall bracket) | $157.46 | $157.46 |
| | | | **ITEM TOTAL:** | **$3,234.16** |
| 60 | 1 ea | **FOOD PAN WARMER/RETHERMALIZER, COUNTERTOP** | $301.32 | $301.32 |
| | | APW Wyott Model No. CW-2AI<br>X*PERT™ Food Pan Warmer/Rethermalizer, electric, countertop, 22 quart capacity, full size, thermostatic control, "W" shaped element, knob guards, stainless steel construction, UL, CSA, CE | | |
| | 1 ea | 1 year parts & labor warranty, standard | | |
| | 1 ea | 120v/60/1-ph, 1500 watts, 12.5 amps, NEMA 5-15P, standard [service class A-2 business day lead time] | | |
| | | | **ITEM TOTAL:** | **$301.32** |
| 61 | 1 ea | **SOLID SHELVING** | $38.59 | $38.59 |
| | | Metro Model No. 1836FG<br>Super Erecta® Shelf, solid, 36"W x 18"D, galvanized, flat, raised "ship's edge" on all (4) sides, aluminum castings lock corners to posts | | |
| | 2 ea | 1836BR Super Erecta® Shelf, wire, 36"W x 18"D, Brite (zinc) finish, plastic split sleeves are included in each carton, NSF | $23.71 | $47.42 |
| | 4 ea | 33P Super Erecta® SiteSelect™ Post, 34-3/8"H, adjustable leveling bolt, posts are grooved at 1" increments & numbered at 2" increments, double grooved every 8", chrome finish | $7.68 | $30.72 |
| | | | **ITEM TOTAL:** | **$116.73** |
| 65 | 1 ea | **CHARBROILER, GAS, COUNTERTOP** | $3,026.37 | $3,026.37 |
| | | Southbend Model No. HDC-36<br>Charbroiler, gas, countertop, 36", cast iron radiants, stainless steel burners, two-position, two sided cooking grid, removable crumb tray, stainless steel front, sides & 4" adjustable legs, 120,000 BTU, CSA Star, CSA Flame, cCSAus, NSF (Note: Qualifies for Southbend's Service First™ Program, see Service First document for details) | | |
| | 1 ea | Standard one year limited warranty | | |
| | 1 ea | Natural Gas | | |
| | | | **ITEM TOTAL:** | **$3,026.37** |
| 65A | 1 ea | **BLUE HOSE GAS CONNECTOR KIT** | $205.44 | $205.44 |
| | | Dormont Manufacturing Model No. 1675KITS48     Packed 1 kt<br>Dormont Blue Hose™ Moveable Gas Connector Kit, 3/4" inside dia., 48" long, covered with stainless steel braid, coated with blue antimicrobial PVC, (1) SnapFast® QD, (1) Swivel MAX®, (1) full port valve, (1) elbow, (1) Snap'N Go, coiled restraining cable with hardware, 167,000 BTU/hr minimum flow capacity, limited lifetime warranty | | |
| | | | **ITEM TOTAL:** | **$205.44** |
| 70 | 1 ea | **MICROWAVE OVEN** | $913.31 | $913.31 |

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|



ACP Model No. HDC12A2
Amana® Commercial Microwave Oven, 0.6 cu. ft. capacity, 1200 watts, heavy volume, 4-stage cooking, (11) power levels, (100) memory settings, 60-minute max cooking time, LED display, touch control, interlock safety switch, ADA compliant Braille touch pads, audible end of cycle signal, side hinged door with tempered glass, sealed ceramic interior shelf, lighted interior, stainless steel exterior & interior, 120v/60/1-ph, 16.8 amps, 20 MCA, 2000 watts (total), NEMA 5-20P, cETLus, ETL-Sanitation

1 ea   3-year full warranty

| | | **ITEM TOTAL:** | | **$913.31** |

---

**71A**   1 ea   **CART, PREP**   $807.91   $807.91

Metro Model No. MSQ1848-FSFS-PK1
PrepMate® qwikSet MultiStation with PrepMate Kit #1, (2) 18" x 48" solid stainless steel shelves, (4) stainless steel posts, removable 16/304 stainless steel rails, accommodates standard 18" cutting boards, 35-1/8" to 39-1/8" qwikSet height adjustment, (4) 5" total lock casters, includes: (1) 18" x 24" x 1/2" white HDPE cutting board & (2) Magic Rings, NSF

1 ea   1 year warranty against manufacturing defects

| | | **ITEM TOTAL:** | | **$807.91** |

---

**72**   1 ea   **WARMING DRAWER, FREE STANDING**   $1,752.80   $1,752.80



Alto-Shaam Model No. 500-2D
Halo Heat® Warming Drawer, free standing, two drawer, digital controller, (1) 12" x 20" pan, (50) rolls or (34) baked potatoes capacity per drawer, drawer can adapt to hold optional oversize pan, adjustable thermostat, stainless steel exterior, EcoSmart®, cULus, UL EPH Classified, CE, EAC

1 ea   NOTE: Subject to Manufacturer's Terms & Conditions. See Documents Section

1 ea   120v/50/60/1-ph, 5.3 amps, .64 kW, NEMA 5-15P, standard

1 ea   Non-vented drawers, standard

| | | **ITEM TOTAL:** | | **$1,752.80** |

---

**73**   1 ea   **WARMING DRAWER, FREE STANDING**   $1,752.80   $1,752.80

Alto-Shaam Model No. 500-2D
Halo Heat® Warming Drawer, free standing, two drawer, digital controller, (1) 12" x 20" pan, (50) rolls or (34) baked potatoes capacity per drawer, drawer can adapt to hold optional oversize pan, adjustable thermostat, stainless steel exterior, EcoSmart®, cULus, UL EPH Classified, CE, EAC

1 ea   NOTE: Subject to Manufacturer's Terms & Conditions. See Documents Section

1 ea   120v/50/60/1-ph, 5.3 amps, .64 kW, NEMA 5-15P, standard

1 ea   Non-vented drawers, standard

| | | **ITEM TOTAL:** | | **$1,752.80** |

---

**74**   1 ea   **COUNTERTOP PORTION STEAMER**   $1,286.09   $1,286.09

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
| | | Nemco Food Equipment Model No. 6600 Super Shot Countertop Steamer, electric, 1/2 size pan, push-button operation, on/off rocker switch, self-contained water reservoir, 30 minute preheat, powder coated top, cast aluminum well, 300-series stainless steel exterior, 120v/60/1-ph, 1800 watts, 15 amps, NEMA 5-15P, ETL | | |
| | | **ITEM TOTAL:** | | **$1,286.09** |
| 76 | 1 ea | **HEAT LAMP** | $855.65 | $855.65 |
| | | Hatco Model No. GRAH-84D3 Glo-Ray® Infrared Foodwarmer, high wattage, tubular metal heater rod, double heater rod housing 3" spacing, aluminum construction, 4100 watts, NSF, cUL, UL | | |
| | 1 ea | NOTE: Includes 24/7 parts & service assistance, call 800-558-0607 | | |
| | 1 ea | One year on-site parts and labor warranty, plus one additional year parts only warranty on all Glo-Ray metal sheathed elements | | |
| | 1 ea | 120v/60/1-ph | | |
| | 1 ea | TANDEM-DUAL Tandem Elements, dual (max. two elements end to end) (Available at time of purchase only) | | |
| | 1 ea | BLT TOG-4 (4) Built-in toggle controls (remote recommended) (Available at time of purchase only) | | |
| | 1 ea | STANDARD Clear Anodized Aluminum, standard (Available at time of purchase only) | | |
| | 1 ea | ADJ ANGLE-D Adjustable angle bracket, (2) pair **Check** | $25.07 | $25.07 |
| | | **ITEM TOTAL:** | | **$880.72** |
| 78 | 1 ea | **FOOD PAN WARMER, COUNTERTOP** | $145.24 | $145.24 |
| | | Vollrath Model No. 71001 Cayenne® Food Warmer, countertop, full size, 13-3/4"W x 21-3/4"D x 9"H, 6" deep well, recessed controls, capillary tube thermostat, dome heating element, low-water indicator light, black interior, stainless steel exterior, non-skid feet, 120v/60/1-ph, 700 watts, 5.8 amps, cord, NEMA 5-15P, cULus, NSF, Made in USA | | |
| | | **ITEM TOTAL:** | | **$145.24** |
| 78.1 | 1 ea | **FOOD PAN WARMER, COUNTERTOP** | $145.24 | $145.24 |
| | | Vollrath Model No. 71001 Cayenne® Food Warmer, countertop, full size, 13-3/4"W x 21-3/4"D x 9"H, 6" deep well, recessed controls, capillary tube thermostat, dome heating element, low-water indicator light, black interior, stainless steel exterior, non-skid feet, 120v/60/1-ph, 700 watts, 5.8 amps, cord, NEMA 5-15P, cULus, NSF, Made in USA | | |
| | | **ITEM TOTAL:** | | **$145.24** |
| 79 | 1 ea | **MEGA TOP SANDWICH / SALAD PREPARATION REFRIGERATOR** | $3,141.26 | $3,141.26 |
| | | Turbo Air Model No. MST-60-24-N M3 Series Sandwich/Salad-Mega Top Unit, two-section, rear mount self-contained compressor, 19.0 cu. ft., 24-pan top opening with (2) hoods, (2) swing doors, (2) PE coated wire shelves, 9-1/2" deep cutting board with side rail, digital temperature control, self-cleaning condenser, cold bunker system, stainless steel top, front & sides | | |



| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|

(galvanized steel back & bottom), aluminum interior, stainless steel floor & ABS door liner, LED interior lighting & fan control, R290 Hydrocarbon refrigerant, 1/4 HP, 115v/60/1-ph, 4.4 amps, NEMA 5-15P, cETLus, ETL-Sanitation

| | 1 ea | Note: Contact factory representative for parts & accessories discounts | | |
| | 1 ea | 3 year parts & labor warranty, standard | | |
| | 1 ea | Additional 2 year compressor warranty (5 year total), standard | | |
| | 1 ea | Self-cleaning condenser device equipped, standard | | |
| | 1 ea | 1/6 size, 4" deep condiment pan & pan dividers included, standard | | |
| | 1 st | Caster Set, 4", swivel, locking front wheels, 5"H (overall), standard | | |

| | | | **ITEM TOTAL:** | **$3,141.26** |

---

| 85A | 1 ea | **WALL / SPLASH MOUNT FAUCET** | $119.04 | $119.04 |



T&S Brass Model No. B-1146-02A
Workboard Faucet, wall mount, 4" centers, 4-3/8" swivel gooseneck (includes lockwasher to convert to rigid), 2.2 GPM aerator, quarter-turn Eterna cartridges with spring checks, lever handles with color coded indexes, 1/2" NPT male inlets, ADA Compliant

| | | | **ITEM TOTAL:** | **$119.04** |

---

| 86 | 1 ea | **WORKTOP FREEZER** | $1,984.34 | $1,984.34 |

Turbo Air Model No. TWF-28SD-N
Super Deluxe Worktop Freezer, one-section, 6.81 cu. ft., self-cleaning condenser equipped, LED interior lighting, (1) stainless steel door with recessed handle, stainless steel interior & exterior, ABS door liner, (1) stainless steel wire shelf, LED interior lighting, self-contained rear mounted refrigeration system, R290 Hydrocarbon refrigerant, 1/3 HP, 115v/60/1-ph, 2.4 amps, NEMA 5-15P, cETLus, ETL-Sanitation

| | 1 ea | Note: Contact factory representative for parts & accessories discounts | | |
| | 1 ea | 3 year parts & labor warranty, standard | | |
| | 1 ea | Additional 2 year compressor warranty (5 year total), standard | | |
| | 1 ea | Self-cleaning condenser device equipped, standard | | |
| | 1 st | Caster Set, 4", swivel, locking front wheels, 5"H (overall), standard | | |

| | | | **ITEM TOTAL:** | **$1,984.34** |

---

| 99 | 1 ea | **DRAFT BEER SYSTEM** | $11,680.08 | $11,680.08 |

Custom Model No. WMD48-12
(2) Custom SS Wall Mount 12 Faucet Air Cooled Dispenser. Integrated Drip Tray with glass Rinser Length 48"L. Shadow Box Length 37"L x 4"H. In and out air flow tubes, 304 Stainless Steel Faucets coated PVD Brass.
*****Powder Coated Tray and Grill.
Prismatic Powder coat color***** Gloss Black USS 2603/Solid Tone"*****
Cold water line with a shut off and 3/8" barbed fitting required within 5' of the beer cooler for rinser water.
*** Verify the wall depth, cooler wall depth and space between the outside cooler wall and the adjacent wall prior to ordering the Dispenser***

(2) AC-Restric/12-Twelve Product Balanced Tower Lead
(20) 350T- 1/2'' ID Clear vinyl Tubing

TriMark Adams-Burch

*02/21/2020*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|

(2) PI451214FS 3/8" WATER INLET CONNECTOR X 1/2" NPT
(2) PI451214FS 3/8" WATER INLET CONNECTOR X 1/2"
(2) WD-025 2 3/8" X 3/8" PLASTIC INLINE SHUTOFF
(1) 09K06-101 Watts 3-50 lbs Water Regulator Equipped with Pressure Gauge
(1) Copper Coil 3/8'' OD X 50' ROLL OF COPPER PIPE
(1) WaterManifold SS Water Manifold with one inlet and two outlets with shut offs
(3) 4 Product fob panel AC Distributing four product cooler panel
(100) 2106 3/8" Braided Gas Line
(200) 580XX 1/4'' ID Bev-Seal Ultra
(2) ES-60-2A 60 CFM BLOWER ASSEMBLY **Two 115v/20 amp outlets required within 4' of the evaporator coil*
(2) BE-1630-2 FLEXIBLE ALUMINUM TUBING 25' X 2" O.D. COILS
(12) S970-666 - 3/8'' I.D. Stainless "Y''
(1) 1371- One Regulator Secondary
(24) 4301-BLACK HANDLE FOR FAUCET
(12) 7485SS AMERICAN SANKEY S/S BODY, PROBE & FORK
Misc Parts Clamps, Fittings, Tapes, Sealants and Related Hardware

****IMPORTANT*****
Beer line length subject to change upon actual length of beer line run.

***GAS SYSTEM IS NOT PART OF THIS QUOTE***PLEASE SEE INSTALLER FOR ADDITIONAL DETAILS.

***POWER WILL BE NEEDED IN THE COOLER TO RUN TWO BLOWERS***

***WATER WILL BE NEEDED WITHIN 5 FEET OF EACH TOWER WITH SHUT OFF VALVE AND 3/8" BARB FITTING

***SUPPLIED BY OTHERS***
**Note: Prismatic Powder Coat to be Gloss Black USS 2603/Solid Tone**

| | | | ITEM TOTAL: | **$11,680.08** |
|---|---|---|---|---|

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| 235 | 1 ea | **BACK BAR CABINET, REFRIGERATED** | $3,501.02 | $3,501.02 |



Turbo Air Model No. TBB-4SG-N
Back Bar Cooler, three-section, glass doors, 90-3/8"W x 27-1/4"D x 37-1/8"H, 36.47 cu.ft., self-cleaning condenser equipped, self-contained, side mount, front breathing, (8) PE coated adjustable shelves, LED interior light, black laminated exterior & stainless steel countertop, stainless steel interior floor, white powder coated galvanized steel interior top & walls, (3) glass doors-double pane with locks, Low-E glass, R290 Hydrocarbon refrigerant, 1/3 HP, 115v/60/1-ph, 3.3 amps, cord, NEMA 5-15P, cETLus, ETL-Sanitation, ENERGY STAR®

| | 1 ea | Note: Contact factory representative for parts & accessories discounts | | |
| | 1 ea | 3 year parts & labor warranty, standard | | |
| | 1 ea | Additional 2 year compressor warranty (5 year total), standard | | |
| | 1 ea | Self-cleaning condenser device equipped, standard | | |
| | 1 ea | Non-Standard mounting options below: | | |
| | 6 ea | S28R813660 Caster, 1", 1/2" diameter & 13 TPI (each) - Overall height | $10.06 | $60.36 |

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
| | | not to exceed 1 1/2" | | |
| | | **ITEM TOTAL:** | | **$3,561.38** |
| 241 | 1 ea | **BACK BAR CABINET, REFRIGERATED** | $3,501.02 | $3,501.02 |

Turbo Air Model No. TBB-4SG-N



Back Bar Cooler, three-section, glass doors, 90-3/8"W x 27-1/4"D x 37-1/8"H, 36.47 cu.ft., self-cleaning condenser equipped, self-contained, side mount, front breathing, (8) PE coated adjustable shelves, LED interior light, black laminated exterior & stainless steel countertop, stainless steel interior floor, white powder coated galvanized steel interior top & walls, (3) glass doors-double pane with locks, Low-E glass, R290 Hydrocarbon refrigerant, 1/3 HP, 115v/60/1-ph, 3.3 amps, cord, NEMA 5-15P, cETLus, ETL-Sanitation, ENERGY STAR®

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
| | 1 ea | 3 year parts & labor warranty, standard | | |
| | 1 ea | Additional 2 year compressor warranty (5 year total), standard | | |
| | 1 ea | Self-cleaning condenser device equipped, standard | | |
| | 1 ea | Non-Standard mounting options below: | | |
| | 6 ea | S28R813660 Caster, 1", 1/2" diameter & 13 TPI (each) - Overall height - 1 1/2" | $10.06 | $60.36 |
| | | **ITEM TOTAL:** | | **$3,561.38** |
| 242 | 1 ea | **BACK BAR CABINET, REFRIGERATED** | $3,501.02 | $3,501.02 |

Turbo Air Model No. TBB-4SG-N



Back Bar Cooler, three-section, glass doors, 90-3/8"W x 27-1/4"D x 37-1/8"H, 36.47 cu.ft., self-cleaning condenser equipped, self-contained, side mount, front breathing, (8) PE coated adjustable shelves, LED interior light, black laminated exterior & stainless steel countertop, stainless steel interior floor, white powder coated galvanized steel interior top & walls, (3) glass doors-double pane with locks, Low-E glass, R290 Hydrocarbon refrigerant, 1/3 HP, 115v/60/1-ph, 3.3 amps, cord, NEMA 5-15P, cETLus, ETL-Sanitation, ENERGY STAR®

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
| | 1 ea | 3 year parts & labor warranty, standard | | |
| | 1 ea | Additional 2 year compressor warranty (5 year total), standard | | |
| | 1 ea | Self-cleaning condenser device equipped, standard | | |
| | 1 ea | Non-Standard mounting options below: | | |
| | 6 ea | S28R813660 Caster, 1", 1/2" diameter & 13 TPI (each) - Overall height 1 1/2" | $10.06 | $60.36 |
| | | **ITEM TOTAL:** | | **$3,561.38** |
| 88801 | 1 lt | **DELIVER & SET** | $12,600.00 | $12,600.00 |

TriMark Adams Burch Model No. DEL/SET      Packed lt
Delivery and set-in-place of above equipment listing includes deliver, uncrate and set in place at NON-UNION RATES AND DURING NORMAL BUSINESS HOURS, 8AM TO 5PM Monday thru Friday This charge is based on an Estimated number of delivery days to job site. Any delays, non related to TriMark, or changes in scope of work, may result in additional delivery and installation charges. These charges will be reflected on a change order to be signed by both parties and will be billed on the final invoice.

Set-in-place and leave ready for any/all required connections by others.

TriMark Adams-Burch

*02/21/2020*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|

Note: The general contractor and/or owner must provide the following:

(1) Proper egress
(2) Elevator or crane service if required
(3) Free on site4 dumpster service
(4) Free temporary electrical service if needed
(5) Purchase order/change order for overtime or holiday work
(6) The above contract is priced as a package. The items priced may not necessarily be purchased individually or in a select group at the above pricing.
(7) All Plumbing, Electrical, Carpentry and HVAC trades are by others unless specifically specified here in.

|  |  |  | **ITEM TOTAL:** | **$12,600.00** |
|------|-----|-------------|------|-----------|
| 89903 | 1 ea | **DRAFT BEER INSTALLATION** | $2,862.00 | $2,862.00 |

TriMark Adams Burch Model No. INSTALLATION
AC Beverage does not perform refrigeration, electrical or plumbing work. Account is responsible to arrange work that will be performed by others, which includes but is not limited to-electric for Glycol unit, coring of concrete/steel/granite countertops/floors and plumbing for water supply lines for water cooled power packs and glass rinsers.

|  |  |  | **ITEM TOTAL:** | **$2,862.00** |
|------|-----|-------------|------|-----------|
|  |  | Merchandise | | $102,318.56 |
|  |  | Freight | | $1,997.48 |
|  |  | Tax 6% | | $5,967.39 |
|  |  | Total | | $110,283.43 |

Prices Good Until: 01/05/2020

**Unless otherwise stated**, this quote does **NOT** include: **FREIGHT**, delivery, un-crating, inspection, assembly, set in place, hook-ups, removal and disposal of packing, removal and disposal of existing equipment, plumbing, electrical work, ventilation work, engineering, construction, repairs, permits, Construction, Health & Fire Department Permits or approvals, or anything else not specifically stated in quote. If needed, we can arrange installation thru one of our subcontractors. The above pricing is good for 30 days from the original date of this quote, unless otherwise stated. **It is the customer's responsibility** to receive all of the above merchandise, inspect all cartons at time of delivery noting any damage on all shipments, and unload from the back of the truck all merchandise, unless otherwise stated. Equipment and Furniture orders are non-returnable and will require partial or full down payments.

Acceptance: _____    Date: 2/21/2020 _____

Printed Name: _____ Andrew Darneille _____

Project Grand Total: $110,283.43



**Myzentek LLC**
46812 Vermont Maple Ter
Sterling, VA  20164
(571) 243-7203
mike@myzentek.com
https://www.myzentek.com

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Smoke Craft BBQ<br>1051 N Highland St<br>Arlington, VA  20164 | Smoke Craft BBQ<br>1051 N Highland St<br>Arlington, VA  20164 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 40377 | 01/09/2020 | $22,884.21 | 01/09/2020 | Due on receipt | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Smoke Craft Buildout**<br>Camera System<br>3 DVR-8 SDI 1080p HD Recorder DVR-8 SDI 1080p HD Recorder, with iOS,<br>Andriod, Windows phone integration. Remote Desktop viewing<br>24 1080P SDI HD Camera<br>24 Camera install + Wiring<br>3 Camera Server Setup<br>3 Camera Power Source<br><br>Sound System Sound System<br>6 QSC K10 Speaker<br>6 QSC K10 Mount QSC K10 Mounting Bracket<br>6 QSC Speaker Install<br>10 HD Audio Wiring<br>1 DBX DriveRack 640<br>1 Sound System Setup<br><br>TV and Matrix Design<br>4 LG Smart LED 55 Inch TV<br>1 Epson HD Projector Home Cinema<br>1 Projector Mount<br>4 TV Mount<br>6 TV Mounting<br>1 Projector Screen 150 inch<br>6 Cat 6 Wiring<br>5 Coax Run<br>5 HDMI Balun<br>1 DJ Wiring Dj booth wiring<br>1 Video DJ Run, Wire run plus splitter<br><br>Rack System Rack<br>1 Server Rack 12U<br>1 Server Rack 9U<br>2 Rack Install Rack Install | 1 | 44,339.00 | 44,339.00T |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 3 24 Port Patch Panel<br>6 Rack Shelf Rack Shelf<br>2 Rackmount Power Strip Rackmount Power Strip<br><br>POS & Phones POS & Phones<br>30 POS Wiring<br>4 Phone Wiring<br><br>Universal Remote Setup Universal Remote Setup<br>1 URC MRX-8<br>1 Site Programing Site Programing for all devices connected to URC Control<br><br>DJ Equipment<br>1 Pioneer DDJ Pioneer DDJ SZ2 | | | |

50% Initial Deposit with Contract
25% Progress Payment upon Equipment Procurement
20% Progress Payment upon Equipment Delivery
5% Progress Payment upon Substantial Completion

| | |
|---|---|
| SUBTOTAL | 44,339.00 |
| TAX (6%) | 1,429.42 |
| TOTAL | 45,768.42 |
| PAYMENT | 22,884.21 |
| BALANCE DUE | **$22,884.21** |

**GrizForm Purchasing, LLC**

1311 Naylor Ct NW
Washington, DC  20001 US
+1 202-234-2321
accounting@grizform com



## INVOICE

| BILL TO | | INVOICE | 2019 890 |
|---|---|---|---|
| Andrew Darneille | | DATE | 03/18/2020 |
| Smokecraft (55045) | | TERMS | Net 30 |
| | | DUE DATE | 04/17/2020 |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT | SKU |
|---|---|---|---|---|---|
| 55045 Smokecraft Purchasing | FF&E | 0.3217958 | 38,740.97 | 12,466.68 | 550 45 |

| | BALANCE DUE | **$12,466.68** |
|---|---|---|

**grizform** design **architects**

1311 naylor ct nw washington dc 20001  p 202.234.2321  w grizform.com

| | | | | | | | | Total Received: | |
|---|---|---|---|---|---|---|---|---|---|
| Checks Received | | | | | | | | | |
| | 50% Deposit  Received | | | | | | | | $19,370.49 |

## FFE Budget 03.20.20

| Item # | Description | Manufacturer | Quantity | Unit Cost | Ext. Cost | GFD Fees | Shipping | Total Cost | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | estimated | | |
| SG-4 | Dining Banquette | Old  Dominion | 1 | $ 3,335.00 | $3,335.00 | $ 500.25 | $ 1,063.80 | $4,899.05 | Shipping for all OD items |
| FAB-1 | Caressa, Red Pepper (SG-5 Upholstery) | Mayer | 6 | $ 24.95 | $149.70 | $ 22.46 | $ 40.00 | $212.16 | |
| SG-5 | Outdoor Dining Chair | Florida Seating | 30 | $ 123.05 | $3,691.50 | $ 553.73 | $ 738.30 | $4,983.53 | |
| SG-6 | Entry Banquette | Old  Dominion | 1 | $ 2,533.00 | $2,533.00 | $ 379.95 | $ - | $2,912.95 | |
| FAB-1 | Caressa, Red Pepper (SG-7 Upholstery) | Mayer | 5 | $ 24.95 | $124.75 | $ 18.71 | | $143.46 | |
| TT-1 | Table Top 36x24 (Oak) | Old  Dominion | 12 | $ 244.95 | $2,939.40 | $ 440.91 | $ - | $3,380.31 | |
| TB-1 | Dining Table Base for TT-1 (No Rock Terrace) | Tablebases.com | 12 | $ 209.99 | $2,519.88 | $ 377.98 | $ 439.16 | $3,337.02 | Shipping for all Tablebases |
| TT-2 | Table Top 36X36 (Oak) | Old  Dominion | 8 | $ 463.63 | $3,709.04 | $ 556.36 | $ - | $4,265.40 | |
| TB-2 | Dining Table Base for TT-2 | Tablebases.com | 8 | $ 209.99 | $1,679.92 | $ 251.99 | $ - | $1,931.91 | |
| TT-3 | Bar Table Top Round 24" (Oak) | Old  Dominion | 5 | $ 181.71 | $908.55 | $ 136.28 | $ - | $1,044.83 | |
| TB-3 | Bar Table Base for TT-3 | Tablebases.com | 5 | $ 249.99 | $1,249.95 | $ 187.49 | $ - | $1,437.44 | |
| TT-4 | Bar Table Top 24x36 (Oak) | Old  Dominion | 4 | $ 244.95 | $979.80 | $ 146.97 | $ - | $1,126.77 | |
| TB-4 | Bar Table Base for TT-4 | Tablebases.com | 4 | $ 249.99 | $999.96 | $ 149.99 | $ - | $1,149.95 | |
| MISC | Pick Up Order Shelf | Wayfair | 1 | $ 749.92 | $749.92 | $ 112.49 | $ 149.98 | $1,012.39 | |
| TOTAL: | | | | $25,570.37 | $3,835.56 | $ 2,431.24 | | | |

| | | |
|---|---|---|
| Subtotal | $31,837.17 | |
| Bank Fee | $0.00 | |
| Estimated FF&E Total | $31,837.17 | |

This surplus has been applied to the "Balance Due Prior to Shipping".  Any surplus balance after final shipment will be returned to the client in full.     $12,466.68

GFD reserves the right to apply any excess funds in the purchasing account to the final Architectural Services invoice.
All applicable Sales and Use Taxes are the responsibility of the End User.
GrizForm Design LLC is authorized as a Purchasing Agent on the End User's behalf and is not responsible for Sales and Use Taxes.

# TriMark
Foodservice Equipment, Supplies and Design

## ADAMS-BURCH

# Invoice

03/23/2020

**To:**
Smokecraft
Andrew Darneille
Acct
1051 N Highland Street
Arlington, VA 22201
240-687-1604

**Project:**
Smokecraft - Walkin and Hood

**From:**
TriMark Adams-Burch
Shannon Galle
1901 Stanford Court
Landover, MD 20785-3219
(301)276-2000
301-276-2088 (Contact)
703-708-4595 (Cell)
301-386-0288 (Fax)
shannon.galle@trimarkusa.com

Project Code: 399M2301

**\*\*\* TERMS \*\*\***
**50% deposit to order/40% prior to delivery /10% Net 30 after delivery**

Freight and taxes are estimated.

**Price came down slightly from Captive Aire & Ansul - New total $54,611.56**

50% - $28,164.24  Paid - Jan 28, 2020 Check # 1019
40%  -$20,986.16 - due now
10% - $5461.16 - Net 30 after delivery

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| 13 | 1 ea | **WALK IN**<br>Kolpak Model No. PANELS<br>Beer Cooler Item #13<br>Compartments:<br>Beer Cooler<br>Interior Dimensions: 13'-6" x 4'-6" x 8'-10 5/8"<br>Walls: 4" Class 1 - Foamed in place Urethane<br>Exterior: Galvalume - Embossed 26 Ga<br>Interior: Galvalume - Embossed 26 Ga<br>Ceiling: 4" Class 1 - Foamed in place Urethane<br>Type: Standard<br>Attachment: Lock Down<br>Exterior: Galvalume - Embossed 26 Ga<br>Interior: Galvalume - Embossed White 26Ga.<br>Floor Application: 4" Class 1 - Foamed in place Urethane<br>Type: Structural 5000# ERA<br>Finish: Aluminum - Smooth Aluminum .100<br>Overlay: Floor Overlay - Full Compartment, 3/16" Aluminum Diamond Tread<br>Compartment Accessories:<br><br>4 ea Trim Angled 3" x 3" x 8ft Galvalume Embossed 26 ga<br>2 ea Light Fixture - Kason 1809 LED 115V/220V | $10,808.61 | $10,808.61 |

Initial: _____

TriMark Adams-Burch

*03/23/2020*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|

Refrigeration Accessories:

Door: 30" x 78" Right Swing Out
Recessed 0" with 0" Leveling Sand and 0" Tile & Grout.
Frame: Exterior: Galvalume - Embossed 26 Ga Kickplate, Alum .063 Diamond Tread 36" High
Interior: Galvalume - Embossed 26 Ga Kickplate, Alum .063 Diamond Tread 36" High
Plug: Exterior: Galvalume - Embossed 26 Ga Kickplate, Alum .063 Diamond Tread 36" High
Interior: Galvalume - Embossed 26 Ga Kickplate, Alum .063 Diamond Tread 36" High
Door/Opening Accessories:
Qty UoM Description
1 ea Handle - Kason 28 with Locking Assembly (STD)
1 ea Door Closer - Kason 1098 w/Cover & Hook (STD)
1 ea Thermometer - 2 inch Dial w/6' Lead (STD)
1 ea Switch - Pilot Light Included UL (STD)
2 ea Hinge - Kason 1345 Adjustable / Spring Assisted (STD)
2.5 lf Threshold, Stainless Steel 10 ga
1 ea Light Fixture - Kason 1803 LED w/Bulb, Globe & Nightlight 120V (STD)
1 ea Heater Wire, 1 Watt / FT

|  |  |  | **ITEM TOTAL:** | **$10,808.61** |
|------|-----|-------------|------|------------|
| 13.1 | 1 ea | **WARRANTY** | $129.95 | $129.95 |
|  |  | Kolpak Model No. WARRANTY 3/ HP 2-5 YR EXTENDED COMPRESSOR WARRANTY |  |  |
|  |  |  | **ITEM TOTAL:** | **$129.95** |
| 13A | 1 ea | **CONDENSING UNIT** | $3,376.86 | $3,376.86 |

Kolpak Model No. CONDENSING UNIT
Refrigeration:
1 ea KPC68MZOP-2E
PC68MZOP-2E, 208-230/60/1, 3/4HP, R448A, Pre-Charged, Air-Cooled, Scroll, Medium Temp Standard Compressor Unit, Amps: 7, Ambient Temperature: 100
Includes Fan Cycle Controls, Amps: 7, Ambient Temperature: 100
1 ea KAM26-073-1EC-PR-8
AM26-073-1EC-PR-8, 115/60/1, R448A, Medium Temp, Air Defrost, Standard Unit Cooler, Amps: 1.6
One year parts and labor included

|  |  |  | **ITEM TOTAL:** | **$3,376.86** |
|------|-----|-------------|------|------------|

Initial: _____

TriMark Adams-Burch

*03/23/2020*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| 13B | 1 ea | **EVAPORATOR COIL** | | |

Kolpak Model No. EVAPORATOR COIL
Evaporator coil for cooler; Included as part of ITEM# 13A

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| 46 | 1 ea | **EXHAUST HOOD** | $5,047.48 | $5,047.48 |

Captive-Aire Model No. HOOD #1 - LEFT
Hood #1 - 51 (LEFT) - Job #4245365
5430ND-2-ACPSP-F - 9ft 9" Long Exhaust-Only Wall Canopy Hood with
16" Wide Front Perforated Supply Plenum with Built-in 3" Back
Standoff x1
- 430 SS Where Exposed x1
- FILTER - 20" tall x 16" ( 19.625" by 15.625") wide Stainless Steel
Captrate Solo filter with hook, ETL Listed. Particulate capture
efficiency: 85% efficient at 9 microns, 76% efficient at 5 microns. Used
on hoods shipped AFTER 7/27/17. x7
- L55 Series E26 Canopy Light Fixture - High Temp Assembly, Includes
Clear Thermal and Shock Resistant Globe (L55 Fixture), Bulbs By Others
x3
- Extra Fixtures- L55 Series E26 Canopy Light Fixture - High Temp
Assembly, Includes Clear Thermal and Shock Resistant Globe (L55
Fixture) x2
- EXHAUST RISER - Factory installed 16" Diameter X 4" Height x1
- SUPPLY RISER - 12"x 28" Supply Riser with Volume Dampers x3
- SUPPLY RISER - 8"x 16" Supply Riser with Volume Dampers x2
- 1/2 Pint Grease Cup New Style, Flanged Slotted x2
- LEFT END STANDOFF (FINISHED) 3" Wide 54" Long Insulated x1
- BALANCE DAMPERS x1
- LEFT WIDE VERTICAL END PANEL 42" Top Width, 36" Bottom Width,
80" High Insulated 430 SS x1
- Moves the end panel studs to mount onto the end standoff so that
the outside skin of the end panel and end standoff will be flush. CLI is
required. x1

| | | **ITEM TOTAL:** | | **$5,047.48** |
|------|-----|-------------|------|------------|
| 47 | 1 ea | **EXHAUST HOOD** | $4,206.15 | $4,206.15 |

Captive-Aire Model No. HOOD #2 - RIGHT
Hood #2 - 51 (RIGHT) - Job #4245365
5430ND-2-ACPSP-F - 9ft 9" Long Exhaust-Only Wall Canopy Hood with
16" Wide Front Perforated Supply Plenum with Built-in 3" Back
Standoff x1
- 430 SS Where Exposed x1
- FILTER - 20" tall x 16" ( 19.625" by 15.625") wide Stainless Steel
Captrate Solo filter with hook, ETL Listed. Particulate capture
efficiency: 85% efficient at 9 microns, 76% efficient at 5 microns. Used
on hoods shipped AFTER 7/27/17. x7
- L55 Series E26 Canopy Light Fixture - High Temp Assembly, Includes
Clear Thermal and Shock Resistant Globe (L55 Fixture), Bulbs By Others
x3
- Extra Fixtures- L55 Series E26 Canopy Light Fixture - High Temp

Initial: _____

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| | | Assembly, Includes Clear Thermal and Shock Resistant Globe (L55 Fixture) x2<br>- EXHAUST RISER - Factory installed 14" Diameter X 4" Height x1<br>- SUPPLY RISER - 12"x 24" Supply Riser with Volume Dampers x3<br>- SUPPLY RISER - 8"x 16" Supply Riser with Volume Dampers x2<br>- 1/2 Pint Grease Cup New Style, Flanged Slotted x2<br>- BALANCE DAMPERS x1 | | |

| | | | ITEM TOTAL: | **$4,206.15** |
|------|-----|-------------|------|------------|
| 47.1 | 1 lt | **FIRE SYSTEM** | $2,706.00 | $2,706.00 |

BFPE Internation Model No. ANSUL     Packed lt
Fire suppression system installation materials
Protection for the the following

2 - 9'9" hoods with (1) 16" and (1) 14" round ducts
1 - 10' hood with (2) 12" round ducts
Charbroiler, griddle, 6 burner range, cheese melter, fryers

System includes
All fire system components
Test & permit with local jurisdiction - Arlington County
All pipe and pipe parts
Chrome sleeving of all exposed pipe under hood.

- Up to a 2" mechanical gas valve supplied - Installed by Others

Note: If mechanical or electric ansul valve in excess of 2" is required, an additional charge would apply. Any charges for permits, detail drawings and/or documentation required by local fire dept. will be in addition to cost. If a system pre-test is required, an additional charge will apply.

Note: Engineered Stamped Drawings if required will be in addition to above. Final Plumbing and Electrical connections from Fire Suppression System to Building Systems are by others.

FIRE SUPPRESSION SYSTEM HOOK UP - NON-UNION LABOR DURING NORMAL WORKING HOURS. IF OFF HOUR TESTING REQUIRED PRICE SUBJECT TO CHANGE.
ONE FIRE TEST PROVIDED. IF ADDITIONAL TESTING REQUIRED PRICE SUBJECT TO CHANGE.
IF OVERLAPPING COVERAGE REQUIRED THERE WILL BE ADDITIONAL CHARGES.
IF COMMON DUCT WORK IS USED, ELECTRICAL AUTOMANS WILL BE NEEDED AT AN ADDITIONAL CHARGE.

TriMark Adams-Burch

*03/23/2020*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|-----------|
| | | | **ITEM TOTAL:** | **$2,706.00** |
| 47.1A | 1 ea | **ANSUL** | $5,360.00 | $5,360.00 |
| | | BFPE Internation Model No. ANSUL | | |
| | | Installation of Ansul equipment. | | |
| | | | **ITEM TOTAL:** | **$5,360.00** |
| 47.2 | 1 ea | **EXHAUST HOOD** | $2,469.42 | $2,469.42 |
| | | Captive-Aire Model No. BACKSPLASH | | |
| | | Backsplash Job #4245365 | | |
| | | Hood Option Items Only x1 | | |
| | | - BACKSPLASH 114.00" High X 480.00" Long 430 SS Vertical (Includes End Caps & Divider Bars) x1 | | |
| | | | **ITEM TOTAL:** | **$2,469.42** |
| 48 | 1 ea | **EXHAUST HOOD** | $5,078.44 | $5,078.44 |
| | | Captive-Aire Model No. HOOD #3 | | |
| | | Hood #3 - 47 - Job #4245365 | | |
| | | 4230ND-2-ACPSP-F - 10ft 0" Long Exhaust-Only Wall Canopy Hood with 18" Wide Front Perforated Supply Plenum with Built-in 3" Back Standoff x1 | | |
| | | - 430 SS Where Exposed x1 | | |
| | | - FILTER - 20" tall x 16" ( 19.625" by 15.625") wide Stainless Steel Captrate Solo filter with hook, ETL Listed. Particulate capture efficiency: 85% efficient at 9 microns, 76% efficient at 5 microns. Used on hoods shipped AFTER 7/27/17. x7 | | |
| | | - L55 Series E26 Canopy Light Fixture - High Temp Assembly, Includes Clear Thermal and Shock Resistant Globe (L55 Fixture), Bulbs By Others x3 | | |
| | | - Extra Fixtures- L55 Series E26 Canopy Light Fixture - High Temp Assembly, Includes Clear Thermal and Shock Resistant Globe (L55 Fixture) x2 | | |
| | | - Complete ACPSP LED install kit. 120VAC. Can be wired to hood ECP or building lighting controls. Includes light fixture, wire, junction box, hardware and label. x5 | | |
| | | - EXHAUST RISER - Factory installed 12" Diameter X 4" Height x2 | | |
| | | - SUPPLY RISER - 12"x 28" Supply Riser with Volume Dampers x3 | | |
| | | - SUPPLY RISER - 6"x 28" Supply Riser with Volume Dampers x2 | | |
| | | - 1/2 Pint Grease Cup New Style, Flanged Slotted x2 | | |
| | | - LEFT END STANDOFF (FINISHED) 1" Wide 42" Long Insulated x1 | | |
| | | - RIGHT END STANDOFF (FINISHED) 1" Wide 42" Long Insulated x1 | | |
| | | - FINISHED BACK- ISL/REV INSTALL 120.00" Lon | | |
| | | | **ITEM TOTAL:** | **$5,078.44** |
| 49 | 1 ea | **EXHAUST HOOD** | $4,218.74 | $4,218.74 |
| | | Captive-Aire Model No. ELECTRICAL SYSTEM | | |
| | | Electrical System #1 - Job #4184309 | | |
| | | DCV-2111 Demand Control Ventilation, w/ control for 2 Exhaust Fans, 1 Supply Fan, Exhaust on in Fire, Lights out in Fire, Fans modulate based on duct temperature. INVERTER DUTY 3 PHASE MOTOR REQUIRED FOR | | |

TriMark Adams-Burch

*03/23/2020*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|

USE WITH VFD. Room temperature sensor shipped loose for field installation.Verify distance between VFD and Motor; additional cost could apply if distance exceeds 50 feet. Includes 4 Duct Thermostat kits. x1

- ESV552N04TXB571 - Variable Frequency Drive - 7-1/2 HP Max., 400/480 V, Three Phase, 12.4/11.0 A Max., NEMA 1 Enclosure, with 2RJ-45 FOR MODBUS x1

- KDRULA4L - 480V Line/Load reactor. Used with VFD.
Use VFD spreadsheet to determine which VFD HP can be associated with reactor.
Replacing:
PN:RM0012N25 - Fan: 1 x1

- ESV222N04TXB571 - Variable Frequency Drive - 3 HP Max., 400/480 V, Three Phase, 5.5/4.8 A Max., NEMA 1 Enclosure, with 2RJ-45 FOR MODBUS x1

- KDRULA2L - 480V Line/Load reactor. Used with VFD.
Use VFD spreadsheet to determine which VFD HP can be associated with reactor.
Replacing:
PN:RM0008N50 - Fan: 2 x1

- 28 wide X 18 tall X 8.62 deep SS HINGED ELECTRICAL BOX NEMA 1 - VENTED. Includes fan filer assembly.
-USED ON CONTROL PANELS WITH VFD(S). x1

- VERIZON CELLULAR KIT, WIRED ANTENNA AND VERIZON DATA FOR 1 YEARS. x1

- Digital Prewire Lighting Relay Kit. Includes hood lighting relay & terminal blocks. Allows for up to 1400W of lighting each. x2

- Thermistor CABLE - 18/2 AWG GREEN WHITE, plenum rated. USED for thermistor duct stat. Per Foot Price. x100

- CASLink Monitoring x1

| | | | **ITEM TOTAL:** | **$4,218.74** |
|---|---|---|---|---|
| 50 | 1 ea | **FACTORY SERVICE** | $584.40 | $584.40 |

Captive-Aire Model No. CUSTOM
Factory Services
Service Design Verification for CASLink. x1
Service Design Verification for Demand Control Ventilation x1
Service Design Verification for Hood x3
Service Design Verification Mileage Charge: (42) x 2 = 84 total miles x1

| | | | **ITEM TOTAL:** | **$584.40** |
|---|---|---|---|---|
| 51 | 1 ea | **HEATED MAKE UP AIR FAN, GAS FIRED** | | |

NIC Model No. BY OWNER
NIC- BY OWNER

| 52 | 1 ea | **EXHAUST FAN** | | |
|---|---|---|---|---|

NIC Model No. BY OWNER
NIC- BY OWNER

| 53 | 1 ea | **EXHAUST FAN** | | |
|---|---|---|---|---|

NIC Model No. BY OWNER
NIC- BY OWNER

TriMark Adams-Burch

*03/23/2020*

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
| 89902 | 1 lt | **REFRIGERATION INSTALLATION** | $6,000.00 | $6,000.00 |

Quick Servant Company Model No. INSTALLATION      Packed lt
Walkin Refrigeration installation - install, evaporator coil, receive and
install compressor units, install interconnecting piping and insulation
up to 50 per system. Leak test, charge with freon & start up. 1 year
labor warranty. Non Union and No Prevailing wage. Warranty does not
include compressor changes or food loss of any kind

Proposal does not include: wiring of any kind, supplying or mounting
of any controls (solenoid valves,temp control,etc) permits, fees,
sleepers, hole coring

| | | | **ITEM TOTAL:** | **$6,000.00** |
|---|---|---|---|---|
| | | | Merchandise | $49,986.05 |
| | | | Freight | $2,350.81 |
| | | | Tax 6% | $2,274.70 |
| | | | Total | $54,611.56 |

Prices Good Until: 01/22/2020

**Unless otherwise stated**, this quote does **NOT** include: **FREIGHT**, delivery, un-crating,
inspection, assembly, set in place, hook-ups, removal and disposal of packing, removal and
disposal of existing equipment, plumbing, electrical work, ventilation work, engineering,
construction, repairs, permits, Construction, Health & Fire Department Permits or approvals,
or anything else not specifically stated in quote. If needed, we can arrange installation thru
one of our subcontractors. The above pricing is good for 30 days from the original date of this
quote, unless otherwise stated. **It is the customer's responsibility** to receive all of the above
merchandise, inspect all cartons at time of delivery noting any damage on all shipments, and
unload from the back of the truck all merchandise, unless otherwise stated. Equipment and
Furniture orders are non-returnable and will require partial or full down payments.

Acceptance: _____   Date: _____

Printed Name: _____

 Project Grand Total: $54,611.56

**TriMark** ®

1901 Stanford Court, Landover, MD 20785

Cleaning Chemicals & Supplies

Disposables & Carry-Out

Tabletop * Banquet * Bar

Kitchen Supplies & Utensils

Equipment * Furniture * Shelving

| Sales: | 301-341-1600 |
|---|---|
| Toll Free: | 800-347-8093 |
| Sales Fax: | 301-341-5114 |
| Accounting: | 301-276-2140 |
| Accounting Fax: | 301-276-2010 |

# Quote

Printed:  July 5, 2020

20286
SMOKECRAFT MODERN BARBECUE
SMOKECRAFT CLARENDON LLC
1051 N. HIGHLAND STREET
ARLINGTON, VA 22201

PO #:
Document No:  5955935-00
Document Date:  7/4/2020
Placed By:  SMALLWARES
Expires:  8/3/2020

Salesperson:BOB MCMAHON
bob.mcmahon@trimarkusa.com

| Line # | Product | Quantity | Unit | Price | Extended |
|---|---|---|---|---|---|
| 1 | 01602 RACK, CUTTING BOARD STORAGE, S/S CB-6L Packed: EACH Catalog Page 215 | 1 | EACH | 11.15 | 11.15 |
| 2 | 00129 BOARD, CUTTING , WHITE, 18" X 24 X 1/2", PLASTIC CB182412WH Packed: EACH Catalog Page 215 | 2 | EACH | 31.49 | 62.98 |
| 3 | 00274 (CULIN) BOARD CUTTING 18X24X1/2" YELLOW 859060 / TRW1126 / CBP-18-YL Packed: EACH Catalog Page | 1 | EACH | 17.47 | 17.47 |
| 4 | 00276 (CULIN) BOARD CUTTING 18"X24"X1/2" BLUE 859055/TRW1121 / CBP-18-BL Packed: EACH Catalog Page | 1 | EACH | 17.47 | 17.47 |
| 5 | 00274 (CULIN) BOARD CUTTING 18X24X1/2" YELLOW 859060 / TRW1126 / CBP-18-YL Packed: EACH Catalog Page | 2 | EACH | 17.47 | 34.94 |
| 6 | 00273 (CULIN) BOARD CUTTING 18X24X1/2" RED 859058 / TRW1124 / CBP-18-RD Packed: EACH Catalog Page | 4 | EACH | 17.47 | 69.88 |
| 7 | 28086 KNIFE FILLET ACERO 7" FLEXIBLE POM BLK HANDLE KFP-74 Packed: EACH Catalog Page | 2 | EACH | 15.51 | 31.02 |
| 8 | 28086 KNIFE FILLET ACERO 7" FLEXIBLE POM BLK HANDLE KFP-74 Packed: EACH Catalog Page | 4 | EACH | 15.51 | 62.04 |



**Cleaning Chemicals & Supplies**
**Disposables & Carry-Out**
**Tabletop * Banquet * Bar**
**Kitchen Supplies & Utensils**
**Equipment * Furniture * Shelving**

Sales: 301-341-1600
Toll Free: 800-347-8093
Sales Fax: 301-341-5114
Accounting: 301-276-2140
Accounting Fax: 301-276-2010

1901 Stanford Court, Landover, MD 20785

# Quote

Printed: July 5, 2020
Quote No: 5955935-00

| Line # | | Product | Quantity | Unit | Price | Extended |
|---|---|---|---|---|---|---|
| 9 |  | 28070<br>SLICER ROAST ACERO 10" FORGED POM BLACK HANDLE<br>KFP-102<br>Packed: EACH<br>Catalog Page | 2 | EACH | 16.80 | 33.60 |
| 10 | | 28073<br>CLEAVER ACERO 7X4-3/8" FORGED POM BLACK HANDLE<br>KFP-72<br>Packed: EACH<br>Catalog Page | 2 | EACH | 18.96 | 37.92 |
| 11 | | 27284<br>KNIFE, MULTI PURPOSE 5 1/2", YELLOW HANDLE<br>83000.24266<br>Packed: EACH<br>Catalog Page | 2 | EACH | 6.08 | 12.16 |
| 12 | | 64483<br>KNIFE, OFFSET, 9", V-LO SOFT GRIP HNDL WAVEDGE<br>V163-9SC-TRI-PCP/ 39409<br>Packed: EACH<br>Catalog Page 240 | 2 | EACH | 20.84 | 41.68 |
| 13 | | 64610<br>KNIFE, OYSTER, 3", BOSTON, SS<br>S134 (10493)<br>Packed: EACH<br>Catalog Page 246 | 2 | EACH | 13.21 | 26.42 |
| 14 | | 02291<br>TONG, SPRING, 12", S/S, HEAVY DUTY<br>A453T / 859305 / TRW1683<br>Packed: EACH<br>Catalog Page 235 | 10 | EACH | 8.95 | 89.50 |
| 15 | | 00795<br>TONG, SPRING, 16", S/S, HEAVY DUTY<br>A454T/ 859306 / TRW1684<br>Packed: EACH<br>Catalog Page 235 | 2 | EACH | 11.34 | 22.68 |
| 16 | | 74418<br>(CULIN) SCRAPER PLATE 9 1/2 HI HEAT<br>859219 / TRW1555 / SCR-10<br>Packed: EACH<br>Catalog Page | 4 | EACH | 7.09 | 28.36 |
| 17 | | 74419<br>(CULIN) SCRAPER PLATE 13 1/2 HI HEAT<br>859203 / TRW1525 / SCR-4<br>Packed: EACH<br>Catalog Page | 10 | EACH | 9.00 | 90.00 |

Cleaning Chemicals & Supplies

Disposables & Carry-Out

Tabletop * Banquet * Bar

Kitchen Supplies & Utensils

Equipment * Furniture * Shelving

| Sales: | 301-341-1600 |
|---|---|
| Toll Free: | 800-347-8093 |
| Sales Fax: | 301-341-5114 |
| Accounting: | 301-276-2140 |
| Accounting Fax: | 301-276-2010 |

**TriMark®**

1901 Stanford Court, Landover, MD 20785

# Quote

Printed: July 5, 2020

Quote No: 5955935-00

| Line # | Product | Quantity | Unit | Price | Extended |
|---|---|---|---|---|---|
| 18 | 27733<br>TURNER, 8"X3" RED HIGH HEAT HANDLE<br>M18300<br>Packed: EACH<br>Catalog Page 249 | 3 | EACH | 16.38 | 49.14 |
| 19 | 21221<br>BRUSH, BROILER KING, 48" DOUBLE WITH HANDLE<br>4029400<br>Packed: EACH<br>Catalog Page | 1 | EACH | 54.15 | 54.15 |
| 20 | 00418<br>STONE, GRILL BRICK BLACK 4"X3 1/2"X 8", PUMICE<br>GB12<br>Packed: 12 EACH<br>Catalog Page 216 | 1 | CS12 | 20.60 | 20.60 |
| 21 | 04758<br>ABC SPOON, SOLID, S/S, 11"<br>BSH-11-S-P / BSOT-11<br>Packed: EACH<br>Catalog Page 232 | 3 | EACH | 1.24 | 3.72 |
| 22 | 00256<br>ABC SPOON, PERFORATED 13" BLACK PLASTIC HDL<br>BSPH-13P/ BSPB-13/ 131PE<br>Packed: EACH<br>Catalog Page 232 | 6 | EACH | 1.50 | 9.00 |
| 23 | 04766<br>(CULIN) SPOON SOLID 13" SS<br>859003 / TRW1027 / BSH-13-S-P / BSOT-13<br>Packed: EACH<br>Catalog Page 232 | 3 | EACH | 1.30 | 3.90 |
| 24 | 27127<br>ABC DIPPER, ZEROLL, ICE, CREAM, #12, SCOOP<br>IRD-12 / AICD-12<br>Packed: EACH<br>Catalog Page 197 | 2 | EACH | 4.41 | 8.82 |
| 25 | ** SVR-87740<br>CONSERVEWELL<br>Packed: SOLD BY THE EACH | 1 | EACH | 381.13 | 381.13 |
| 26 | 27650<br>DISHER, 16/QT, BLUE, SS, SCOOP, PORTION, CONTROL<br>47143 / 859076 / TRW1144<br>Packed: EACH<br>Catalog Page 196 | 4 | EACH | 10.91 | 43.64 |

Cleaning Chemicals & Supplies
Disposables & Carry-Out
Tabletop * Banquet * Bar
Kitchen Supplies & Utensils
Equipment * Furniture * Shelving

 TriMark®

1901 Stanford Court, Landover, MD 20785

**Sales:** 301-341-1600
**Toll Free:** 800-347-8093
Sales Fax: 301-341-5114
Accounting: 301-276-2140
Accounting Fax: 301-276-2010

# Quote

Printed: July 5, 2020
Quote No: 5955935-00

| Line # | | Product | Quantity | Unit | Price | Extended |
|---|---|---|---|---|---|---|
| 27 | | 00022<br>(CULIN) SPOODLE 4OZ SOLID GREEN<br>859179 / TRW1462 / PPG-4-S / FPS-4<br>Packed: EACH<br>Catalog Page 232 | 1 | EACH | 1.94 | 1.94 |
| 28 | | 00023<br>(CULIN) SPOODLE 4OZ PERFORATED GREEN<br>859178 / TRW1460 / PPG-4-P / FPP-4<br>Packed: EACH<br>Catalog Page 232 | 1 | EACH | 1.94 | 1.94 |
| 29 | | 03913<br>(CULIN) LADLE 2OZ SS STANDARD 1 PIECE<br>859118 / TRW1376 / LL-02-P / LDI-2<br>Packed: EACH<br>Catalog Page 233 | 1 | EACH | 1.30 | 1.30 |
| 30 | | 00219<br>(CULIN) BOTTLE, SQUEEZE 16OZ CLEAR, WIDE MOUTH<br>859011 / TRW1039 / CSBW-16-C / PSW-16<br>Packed: EACH<br>Catalog Page 230 | 12 | EACH | 0.91 | 10.92 |
| 31 | | 74408<br>(CULIN) BOTTLE SQUEEZE WIDE OPENING CLEAR 24OZ<br>859013 / TRW1041 / CSBW-24-C<br>Packed: EACH<br>Catalog Page | 12 | EACH | 0.88 | 10.56 |
| 32 | | 09768<br>SCOOP, CADDY, SAF-T, BLUE<br>SI2000<br>Packed: EACH<br>Catalog Page 198 | 1 | EACH | 36.98 | 36.98 |
| 33 | | 02673<br>MEASURING SPOON, SET 4PC,, DELUXE SS    *09<br>47118<br>Packed: EACH<br>Catalog Page 228 | 1 | EACH | 5.58 | 5.58 |
| 34 | | 27697<br>MEASURING CUP SET,  S/S 1 - 1/2 - 1/3- 1/4 CUPS<br>47119<br>Packed: EACH<br>Catalog Page 228 | 1 | EACH | 17.30 | 17.30 |
| 35 | | 74334<br>MEASURE 4QT CLEAR POLYCARBONATE NSF<br>400MCCW135<br>Packed: EACH<br>Catalog Page | 2 | EACH | 14.09 | 28.18 |



Cleaning Chemicals & Supplies

Disposables & Carry-Out

Tabletop * Banquet * Bar

Kitchen Supplies & Utensils

Equipment * Furniture * Shelving

**Sales:** 301-341-1600
**Toll Free:** 800-347-8093
Sales Fax: 301-341-5114
Accounting: 301-276-2140
Accounting Fax: 301-276-2010

1901 Stanford Court, Landover, MD 20785

# Quote

Printed: July 5, 2020
Quote No: 5955935-00

| Line # | | Product | Quantity | Unit | Price | Extended |
|--------|---|---------|----------|------|-------|----------|
| 36 | | 74332<br>MEASURE 1QT CLEAR POLYCARBONATE NSF<br>100MCCW135<br>Packed: EACH<br>Catalog Page | 2 | EACH | 9.42 | 18.84 |
| 37 | | 03327<br>SPINNER, SALAD 5 GALLON 17.25" X 17.25" X 24"<br>90005<br>Packed: EACH<br>Catalog Page 226 | 1 | EACH | 190.62 | 190.62 |
| 38 | | 05131<br>SCOOP, SAF-T, 6-10OZ, COMPLETE W/ HOLDER, BLUE<br>SANJ SI5000<br>Packed: EACH<br>Catalog Page 198 | 3 | EACH | 38.49 | 115.47 |
| 39 | | 00249<br>MANDOLINE, LITTLE BENI BENRINER IVORY JAPANESE<br>186700MC<br>Packed: EACH<br>Catalog Page | 1 | EACH | 29.75 | 29.75 |
| 40 | | 00251<br>MANDOLINE BIG BENI BENRINER IVORY JAPANESE<br>186706MC<br>Packed: EACH<br>Catalog Page | 1 | EACH | 59.51 | 59.51 |
| 41 | | 08003<br>EASY CHOPPER III, 3/8" COLOR CODED BLADES/BLOCK<br>57500-2<br>Packed: EACH<br>Catalog Page 224 | 1 | EACH | 284.45 | 284.45 |
| 42 | | 08092<br>SCALE DIGITAL 10 LBS. COMPACT PORTIONING<br>TE10FT<br>Packed: EACH<br>Catalog Page | 3 | EACH | 68.19 | 204.57 |
| 43 | | 70167<br>PAN, SHEET, 18"X26" 18 GAUGE<br>5326AB/ ALXP-1826<br>Packed: EACH<br>Catalog Page 220 | 24 | EACH | 8.19 | 196.56 |
| 44 | | 70162<br>GRATE, ICING, 16X24, CHROME PLATED, ABC<br>PG-16 / PGW-2416<br>Packed: EACH<br>Catalog Page 251 | 12 | EACH | 11.37 | 136.44 |



**Cleaning Chemicals & Supplies**

**Disposables & Carry-Out**

**Tabletop * Banquet * Bar**

**Kitchen Supplies & Utensils**

**Equipment * Furniture * Shelving**

**Sales:** 301-341-1600
**Toll Free:** 800-347-8093
Sales Fax: 301-341-5114
Accounting: 301-276-2140
Accounting Fax: 301-276-2010

1901 Stanford Court, Landover, MD 20785

## Quote



Printed: July 5, 2020
Quote No: 5955935-00

| Line # | | Product | Quantity | Unit | Price | Extended |
|--------|--|---------|----------|------|-------|----------|
| 45 | | 03358<br>RACK Z BUN PAN CASTER 2 BRAKE NON BRAKE<br>AWZK-20<br>Packed: EACH<br>Catalog Page | 2 | EACH | 229.35 | 458.70 |
| 46 | | 70168<br>PAN, HALF SHEET, 18"X13" 18 GAUGE<br>5323AB<br>Packed: EACH<br>Catalog Page 220 | 24 | EACH | 5.17 | 124.08 |
| 47 | | 70816<br>GRATE, PAN, WIRE, CHROME PLATED, 12"X16-1/2"  *09<br>ADMI PG-12 / PGW-1216<br>Packed: EACH<br>Catalog Page 251 | 12 | EACH | 5.21 | 62.52 |
| 48 | | 04472<br>(CULIN)  SKIMMER, SQUARE 6 1/2" NICKEL PLATED<br>859212 / TW1543 / SKR-1 / SCF-6S<br>Packed: EACH<br>Catalog Page 234 | 1 | EACH | 4.51 | 4.51 |
| 49 | | 01518<br>WHIP, FRENCH, 14", HEAVY DUTY, NYLON HANDLE<br>47092<br>Packed: EACH<br>Catalog Page 235 | 2 | EACH | 14.02 | 28.04 |
| 50 | | 01520<br>WHIP, FRENCH, 24", HEAVY DUTY, NYLON HANDLE<br>VOLL 47097<br>Packed: EACH<br>Catalog Page 235 | 2 | EACH | 22.91 | 45.82 |
| 51 | | 00478<br>BAG, PASTRY, DISPOSABLE RECYCLABLE 21 5/8"<br>165018<br>Packed: ROLL<br>Catalog Page | 1 | ROLL | 19.57 | 19.57 |
| 52 | | 00172<br>TIP, STAR,#7, 14MM 9/16" S/S<br>30001.62121<br>Packed: EACH<br>Catalog Page 237 | 2 | EACH | 1.27 | 2.54 |
| 53 | ** | WIN-DRG-22H<br>22 OZ. DREDGE, S/S<br>Packed: CSPK OF 48 EACH | 6 | EACH | 5.27 | 31.62 |



**Sales:** 301-341-1600
**Toll Free:** 800-347-8093
Sales Fax: 301-341-5114
Accounting: 301-276-2140
Accounting Fax: 301-276-2010

1901 Stanford Court, Landover, MD 20785

# Quote

Printed: July 5, 2020
Quote No: 5955935-00

| Line # | Product | Quantity | Unit | Price | Extended |
|--------|---------|----------|------|-------|----------|
| 54 |  27705<br>BRUSH, BASTING, SILICONE RED<br>B200-40<br>Packed: EACH<br>Catalog Page 239 | 2 | EACH | 4.58 | 9.16 |
| 55 | 27727<br>BRUSH,BASTING, SILICONE WHITE<br>B200-41<br>Packed: EACH<br>Catalog Page 239 | 2 | EACH | 4.58 | 9.16 |
| 56 | 27263<br>SHARPENER, HAND HELD<br>7.8715 / 49002<br>Packed: EACH<br>Catalog Page 244 | 2 | EACH | 23.50 | 47.00 |
| 57 | 66169<br>PEELER Y RED HANDLE<br>M33071RDB<br>Packed: EACH<br>Catalog Page | 1 | EACH | 2.97 | 2.97 |
| 58 | 66170<br>PEELER Y BLACK HANDLE<br>M33071BKB<br>Packed: EACH<br>Catalog Page | 1 | EACH | 2.97 | 2.97 |
| 59 | 04855<br>(CULIN) CHINA CAP SS 12" COARSE<br>859279 / TRW1651 / CCS-12-C / CCS-12C<br>Packed: EACH<br>Catalog Page 250 | 2 | EACH | 25.19 | 50.38 |
| 60 | 02862<br>RAPIKOOL PLUS, 128 OZ., 3.8 LITER, 15" HIGH<br>RCU128V2<br>Packed: EACH<br>Catalog Page 255 | 2 | EACH | 45.72 | 91.44 |
| 61 | 74438<br>PAN, MUFFIN, 24 CUP, MINI, HEAVY DUTY<br>905245 /45245<br>Packed EACH<br>Catalog Page 252 | 6 | EACH | 42.27 | 253.62 |
| 62 | 73679<br>ABC PAN, STEAM TABLE S/S 24 GA,1/9 SIZE, 4" DEEP<br>CAST1904AB/88094931/SPN4<br>Packed: EACH<br>Catalog Page 259 | 24 | EACH | 4.40 | 105.60 |



Cleaning Chemicals & Supplies

Disposables & Carry-Out

Tabletop * Banquet * Bar

Kitchen Supplies & Utensils

Equipment * Furniture * Shelving

**Sales:** 301-341-1600
**Toll Free:** 800-347-8093
Sales Fax: 301-341-5114
Accounting: 301-276-2140
Accounting Fax: 301-276-2010

1901 Stanford Court, Landover, MD 20785

# Quote

Printed: July 5, 2020
Quote No: 5955935-00

| Line # | | Product | Quantity | Unit | Price | Extended |
|---|---|---|---|---|---|---|
| 63 | | 71498<br>ABC PAN, STEAM TABLE S/S 24 GA, 1/6 SIZE, 4" DEEP<br>CAST1604AB/88064931/SPS4<br>Packed: EACH<br>Catalog Page 259 | 12 | EACH | 6.23 | 74.76 |
| 64 | | 71501<br>ABC PAN, STEAM TABLE S/S 24 GA, 1/6 SIZE, 6" DEEP<br>CAST1606AB/88066931/SPS6<br>Packed: EACH<br>Catalog Page 259 | 12 | EACH | 8.43 | 101.16 |
| 65 | | 71420<br>ABC PAN, STEAM TABLE S/S 24 GA, 1/3 SIZE, 4" DEEP<br>CAST1304AB/88034931/SPT4<br>Packed: EACH<br>Catalog Page 259 | 24 | EACH | 9.00 | 216.00 |
| 66 | | 71439<br>ABC PAN, STEAM TABLE S/S 24 GA, 1/3 SIZE, 6" DEEP<br>CAST1306AB/88036931/SPT6<br>Packed: EACH<br>Catalog Page 259 | 24 | EACH | 12.92 | 310.08 |
| 67 | | 71404<br>ABC PAN, STEAM TABLE S/S 24 GA, 1/2 SIZE, 6" DEEP<br>CAST1206AB/88026931/SPH6<br>Packed: EACH<br>Catalog Page 259 | 12 | EACH | 14.67 | 176.04 |
| 68 | | 71560<br>ABC PAN, STEAM TABLE S/S 24 GA,FULL SIZE, 6" DEEP<br>CAST2006AB/88006931/SPF6<br>Packed: EACH<br>Catalog Page 259 | 6 | EACH | 23.10 | 138.60 |
| 69 | | 71687<br>ABC COVER, STEAM TABLE 24GA,S/S,1/3 SIZE, SLOT<br>CSTC1300SAB / 75239/SPCT<br>Packed: EACH<br>Catalog Page 260 | 12 | EACH | 6.33 | 75.96 |
| 70 | | 71641<br>ABC COVER, STEAM TABLE, 24 GA,S/S,1/6 SIZE,NOTCH<br>CSTC1600SAB/75269/SPCS<br>Packed: EACH<br>Catalog Page 260 | 24 | EACH | 5.08 | 121.92 |
| 71 | | 75004<br>PAN FOOD CLEAR 1/6 SIZE 6" DEEP<br>926391 / 66CWTRI135<br>Packed: EACH<br>Catalog Page | 24 | EACH | 3.97 | 95.28 |

Cleaning Chemicals & Supplies
Disposables & Carry-Out
Tabletop * Banquet * Bar
Kitchen Supplies & Utensils
Equipment * Furniture * Shelving

**Sales:** 301-341-1600
**Toll Free:** 800-347-8093
Sales Fax: 301-341-5114
Accounting: 301-276-2140
Accounting Fax: 301-276-2010

# TriMark®

1901 Stanford Court, Landover, MD 20785

## Quote

Printed: July 5, 2020
Quote No: 5955935-00

| Line # | | Product | Quantity | Unit | Price | Extended |
|---|---|---|---|---|---|---|
| 72 | | 75005<br>PAN FOOD CLEAR 1/3 SIZE 6" DEEP<br>926392 / 36CWTRI135<br>Packed: EACH<br>Catalog Page | 12 | EACH | 6.30 | 75.60 |
| 73 | ** | WIN-SSDB-20S<br>20QT. S/S STEAMER/PASTA COOKER<br>Packed: CSPK OF 4 SET | 1 | SET | 118.02 | 118.02 |
| 74 | | 70139<br>(CULIN) POT STOCK 40QT ALUMINUM, STANDARD<br>859276 / TRW1647 / ACST-40-L / ALST-40<br>Packed: EACH<br>Catalog Page 255 | 2 | EACH | 63.48 | 126.96 |
| 75 | | 70160<br>ABC PAN, SAUCE, 7 QT., ALUMINUM<br>ACS-07-T-ABH<br>Packed: EACH<br>Catalog Page 254 | 2 | EACH | 21.12 | 42.24 |
| 76 | | 70158<br>ABC PAN, SAUCE, 4.5 QT., ALUMINUM<br>ACS-04-T-ABH<br>Packed: EACH<br>Catalog Page 254 | 2 | EACH | 16.32 | 32.64 |
| 77 | | 03343<br>KETTLE, SOUP, 10.5 QT BLACK, S/S LID & INSERT<br>ESW66<br>Packed: EACH<br>Catalog Page | 1 | EACH | 80.51 | 80.51 |
| 78 | | 70150<br>(CULIN) PAN FRY 14" NON-STICK, PRO-LINE<br>859095 / TRW1324 / FP14NS-TRI / ACF-14-NS<br>Packed: EACH<br>Catalog Page 257 | 4 | EACH | 38.75 | 155.00 |
| 79 | | 70146<br>(CULIN) PAN FRY 8" NON-STICK, PRO-LINE<br>859097 / TRW1326 / FP08NS-TRI / ACF-08-NS<br>Packed: EACH<br>Catalog Page 257 | 8 | EACH | 14.62 | 116.96 |
| 80 | | 71048<br>ABC BAIN MARIE, 5", 2QT, S/S<br>BMP-2-P / BAM-2<br>Packed: EACH<br>Catalog Page 262 | 2 | EACH | 10.43 | 20.86 |



Cleaning Chemicals & Supplies
Disposables & Carry-Out
Tabletop * Banquet * Bar
Kitchen Supplies & Utensils
Equipment * Furniture * Shelving

Sales: 301-341-1600
Toll Free: 800-347-8093
Sales Fax: 301-341-5114
Accounting: 301-276-2140
Accounting Fax: 301-276-2010



1901 Stanford Court, Landover, MD 20785

# Quote

Printed: July 5, 2020
Quote No: 5955935-00

| Line # | Product | Quantity | Unit | Price | Extended |
|--------|---------|----------|------|-------|----------|
| 81 | **74992**<br>BOX STORAGE 12X18X6 CAMWEAR POLYCARB CLEAR<br>926408 / 12186CWTRI135<br>Packed: EACH<br>Catalog Page | 8 | EACH | 13.85 | 110.80 |
| 82 | **74990**<br>BOX STORAGE 12X18X9 CAMWEAR POLYCARB CLEAR<br>926406 / 12189CWRTI135<br>Packed: EACH<br>Catalog Page | 8 | EACH | 17.85 | 142.80 |
| 83 | **74996**<br>LID 12X18 CONTAINER CAMWEAR POLYCARB CLEAR<br>926413 / 1218CCWTRI135<br>Packed: EACH<br>Catalog Page | 16 | EACH | 6.64 | 106.24 |
| 84 | **74993**<br>BOX STORAGE 18X26X15 CAMWEAR POLYCARB CLEAR<br>926409 / 182615CWTRI135<br>Packed: EACH<br>Catalog Page | 4 | EACH | 48.82 | 195.28 |
| 85 | **74989**<br>BOX STORAGE 18X26X9 CAMWEAR POLYCARB CLEAR<br>926405 / 18269CWTRI135<br>Packed: EACH<br>Catalog Page | 6 | EACH | 33.50 | 201.00 |
| 86 | **74995**<br>LID 18X26 CONTAINER CAMWEAR POLYCARB CLEAR<br>926412 / 1826CCWTRI135<br>Packed: EACH<br>Catalog Page | 10 | EACH | 14.14 | 141.40 |
| 87 | **73326**<br>ABC BOWL, MIXING, 3QT, S/S, 9 1/2"<br>MBR-03 / MXB-300Q<br>Packed: EACH<br>Catalog Page 262 | 3 | EACH | 2.63 | 7.89 |
| 88 | **73334**<br>ABC BOWL, MIXING, 5QT, S/S, 11 1/2"<br>MBR-05 / MXB-500Q<br>Packed: EACH<br>Catalog Page 262<br>OLD # IS 1405 | 3 | EACH | 3.42 | 10.26 |
| 89 | **73342**<br>ABC BOWL, MIXING, 8QT, S/S, 13 1/2"<br>MBR-08 / MXB-800Q<br>Packed: EACH<br>Catalog Page 262 | 8 | EACH | 4.78 | 38.24 |

**Sales:** 301-341-1600
**Toll Free:** 800-347-8093
Sales Fax: 301-341-5114
Accounting: 301-276-2140
Accounting Fax: 301-276-2010

Cleaning Chemicals & Supplies
Disposables & Carry-Out
Tabletop * Banquet * Bar
Kitchen Supplies & Utensils
Equipment * Furniture * Shelving

**TriMark®**

1901 Stanford Court, Landover, MD 20785

# Quote

Printed: July 5, 2020
Quote No: 5955935-00

| Line # | | Product | Quantity | Unit | Price | Extended |
|--------|--|---------|----------|------|-------|----------|
| 90 | | 73350<br>ABC BOWL, MIXING, 13QT, S/S, 16"<br>MBR-13 / MXB-1300Q<br>Packed: EACH<br>Catalog Page 262 | 2 | EACH | 6.57 | 13.14 |
| 91 | | 74977<br>CONTAINER, STORAGE, 4QT, CLEAR, SQUARE<br>926414 / 4SFSCWTRI135<br>Packed: EACH<br>Catalog Page 264 | 24 | EACH | 5.59 | 134.16 |
| 92 | | 74001<br>LID, FOR 2-4 QT, SQUARE CONTAINER, TRANSLUCENT<br>SFC2SCPP190<br>Packed: EACH<br>Catalog Page 264 | 24 | EACH | 2.16 | 51.84 |
| 93 | | 74003<br>CONTAINER, STORAGE, 8QT SQUARE, POLYCARBONATE<br>926415 / 8SFSCWTRI135<br>Packed: EACH<br>Catalog Page 264 | 24 | EACH | 8.55 | 205.20 |
| 94 | | 74004<br>LID, FOR 6-8 QT, SQUARE TRANSLUCENT<br>SFC6SCPP190<br>Packed: EACH<br>Catalog Page 264 | 24 | EACH | 2.69 | 64.56 |
| 95 | | 74005<br>CONTAINER, STORAGE 12QT SQUARE, POLYCARBONATE<br>926418 / 12SFSCWTRI135<br>Packed: EACH<br>Catalog Page 264 | 12 | EACH | 11.58 | 138.96 |
| 96 | | 74008<br>CONTAINER, STORAGE, 22QT SQUARE, POLYCARBONATE<br>926417 / 22SFSCWTRI135<br>Packed: EACH<br>Catalog Page 264 | 18 | EACH | 22.11 | 397.98 |
| 97 | | 74007<br>LID, FOR 12/18/22 QT SQUARE, TRANSLUCENT<br>SFC12SCPP190<br>Packed: EACH<br>Catalog Page 264 | 30 | EACH | 3.91 | 117.30 |

** Freight charges may apply.

**Sub Total:** $ 8,119.62
**VIRGINIA** State Sales Tax: $ 487.17
================
**Quote Total:** $ 8,606.79