**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| In re | Case No. 24-13609-MCR |
| Smokecraft Clarendon, LLC | Chapter 11 |
| Debtor. | |
| _____/ | |

**SMOKECRAFT CLARENDON, LLC'S WITNESS
AND EXHIBIT LIST FOR HEARING ON VALUATION MOTION**

Comes now Smokecraft Clarendon, LLC ("Smokecraft" or the "Debtor"), by and through undersigned counsel, pursuant to the Protocol for In Person Hearings Before the Honorable Maria Ellena Chavez-Ruark, and submits these lists of witnesses to be called, and exhibits to be introduced into evidence, at a hearing on April 22, 2025:

**I.   Stipulation**

In accord with the foregoing protocol, counsel for Smokecraft and counsel for Capital Bank have conferred concerning exhibits to be introduced at the subject hearing and agreed to further confer in the days between the filing of these lists and the hearing itself. There is a good faith belief a stipulation may be reached as to most (if not all) exhibits, but such is not extant as of present.

**II.   Witnesses**

Smokecraft reasonably anticipates calling the following witnesses to testify at the hearing, in addition to any other witnesses who may be called for purposes of impeachment and/or rebuttal:

1. Andrew Darneille

2. A representative of Capital Bank National Association

1

### III. Exhibits

Smokecraft reasonably anticipates introducing the following exhibits into evidence at the hearing, in addition to those that may be introduced for impeachment and/or rebuttal purposes:

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| Debtor01 | Stipulation (DE #118) | | | |
| Debtor02 | Exhibit 3 to Capital Bank's brief in opposition to the motion to value (DE #106-1 at pp. 159-162) (not introduced for the truthfulness of the matters asserted therein) | | | |
| Debtor03 | TriMark Quote | | | |
| Debtor04 | Trimark Invoice | | | |
| Debtor05 | Trimark Quote | | | |
| Debtor06 | GrizForm Invoice 2019-886 | | | |
| Debtor07 | GrizForm Invoice 2019-890 | | | |
| Debtor08 | Myzentek Invoice 40377 | | | |
| Debtor09 | Summary Appraisal Report of Machinery and Equipment for Capital Bank (DE #106-1 at pp. 2-32) (not introduced for the truthfulness of the matters asserted therein) | | | |
| Debtor10 | E-mail Chain Between Capital Bank's Counsel and Appraiser | | | |
| Debtor11 | Petition and Schedules (DE #1) | | | |
| Debtor12 | Deed of Retail Lease by and between KBSIII 2002 Washington, LLC and Smokecraft Clarendon LLC | | | |
| Debtor13 | Subordination Agreement | | | |
| Debtor14 | Breakdown of Errors in Capital Bank Exhibit 3 (demonstrative only) | | | |
| Debtor15 | Project Budget | | | |

| Debtor16 | Building Plans | | | |
|---|---|---|---|---|
| Debtor17 | Annotated Building Plans (demonstrative only) | | | |
| Debtor18 | Photograph | | | |
| Debtor19 | Summary of Duplications on Capital Bank Exhibit 3 (demonstrative only) | | | |

Additionally, Smokecraft issued various requests for production of documents to Capital Bank, returnable on Monday, January 27, 2025, and has recently asked Capital Bank to supplement the subject production. Should any documents received through such supplementation prove salient to the valuation hearing, Smokecraft will seasonably supplement this exhibit list.

    Respectfully submitted,

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
THE BELMONT FIRM
1050 Connecticut Avenue NW,
Suite 500
Washington, DC 20036
Phone: (301) 444-4600
E-mail: mac@dcbankruptcy.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of April, 2025, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Corinne Donohue Adams    cadams@yvslaw.com, cadams@yvslaw.com;jbeckman@yvslaw.com;pgomez@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;r39990@notify.bestcase.com
- Catherine Keller Hopkin    chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
- Lynn A. Kohen    lynn.a.kohen@usdoj.gov

3

- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Angela L. Shortall    ashortall@3cubed-as.com, md70@ecfcbis.com
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.