| Item Description | Purchase Value | Quanity | Total Value per Item | Source | Notes | Appraised Value | Appraisal item # | Debtor Appraised Value |
|---|---|---|---|---|---|---|---|---|
| Dining Banquette | $ 3,335.00 | 1 | $ 3,335.00 | 2019 12-06 Smokecraft Clarendon FFE Specifications | | | | |
| Caressa, Red Pepper (SG-5 Upholstery) | $ 24.95 | 6 | $ 149.70 | 2019 12-06 Smokecraft Clarendon FFE Specifications | | | | |
| Caressa, Red Pepper (SG-7 Upholstery) | $ 24.95 | 5 | $ 124.75 | 2019 12-06 Smokecraft Clarendon FFE Specifications | | | | |
| Bar Table Base for TT-3 | $ 289.99 | 5 | $ 1,449.95 | 2019 12-06 Smokecraft Clarendon FFE Specifications | | | | |
| Table Top Outdoor 24x24 | $ 112.35 | 13 | $ 1,460.55 | 2019 12-06 Smokecraft Clarendon FFE Specifications | | | | |
| Art and Accessories Allowance | $ 5,000.00 | 1 | $ 5,000.00 | 2019 12-06 Smokecraft Clarendon FFE Specifications | | | | |
| Pick Up Order Shelf | $ 600.00 | 1 | $ 600.00 | 2019 12-06 Smokecraft Clarendon FFE Specifications | | | | |
| Barstool @ Bar (Prouve) | $ 220.00 | 27 | $ 5,940.00 | Invoice_2019885_from_GrizForm_Purchasing_LLC | This entry is identical to one that appears in "2019 12-06 Smokecraft Clarendon FFE Specifications" and the debtors schedule. It is unclear if these repreent duplicates or multiple orders | | | |
| Barstool @ Hightops (Adobe) | $ 225.00 | 15 | $ 3,375.00 | Invoice_2019885_from_GrizForm_Purchasing_LLC | This entry is identical to one that appears in "2019 12-06 Smokecraft Clarendon FFE Specifications" and the debtors schedule. It is unclear if these repreent duplicates or multiple orders | | | |
| Dining Chair (Prouve) | $ 151.13 | 53 | $ 8,009.89 | Invoice_2019885_from_GrizForm_Purchasing_LLC | This entry is identical to one that appears in "2019 12-06 Smokecraft Clarendon FFE Specifications" and the debtors schedule. It is unclear if these repreent duplicates or multiple orders | | | |
| Dining Banquette | $ 3,335.00 | 1 | $ 3,335.00 | Invoice_2019886_from_GrizForm_Purchasing_LLC | | | | |
| Caressa, Red Pepper (SG-5 Upholstery) | $ 24.95 | 6 | $ 149.70 | Invoice_2019886_from_GrizForm_Purchasing_LLC | | | | |
| Caressa, Red Pepper (SG-7 Upholstery) | $ 24.95 | 5 | $ 124.75 | Invoice_2019886_from_GrizForm_Purchasing_LLC | | | | |
| Table Top 36x24 (Oak) | $ 244.95 | 12 | $ 2,939.40 | Invoice_2019886_from_GrizForm_Purchasing_LLC | The total quanity that appears on invoices do not | | | |
| Table Top 36X36 (Oak) | $ 463.63 | 8 | $ 3,709.04 | Invoice_2019886_from_GrizForm_Purchasing_LLC | The total quanity that appears on invoices do not | | | |
| Bar Table Top Round 24" (Oak) | $ 181.71 | 5 | $ 908.55 | Invoice_2019886_from_GrizForm_Purchasing_LLC | The total quanity that appears on invoices do not | | | |
| Bar Table Base for TT-4 | $ 249.99 | 4 | $ 999.96 | Invoice_2019886_from_GrizForm_Purchasing_LLC | The total quanity that appears across multiple | | | |
| Art and Accessories Allowance | $ 5,000.00 | 1 | $ 5,000.00 | Invoice_2019886_from_GrizForm_Purchasing_LLC | | | | |
| Pick Up Order Shelf | $ 749.92 | 1 | $ 749.92 | Invoice_2019886_from_GrizForm_Purchasing_LLC | | | | |
| WALL / SPLASH MOUNT FAUCET | $ 106.48 | 1 | $ 106.48 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| WATER FILTRATION SYSTEM, FOR FOUNTAIN / BEVERAGE MACHINES | $ 298.86 | 1 | $ 298.86 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| MOP BROOM HOLDER | $ 74.76 | 1 | $ 74.76 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| MINI PRE-RINSE FAUCET ASSEMBLY | $ 378.89 | 1 | $ 378.89 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| DRAIN, LEVER / TWIST WASTE | $ 51.99 | 1 | $ 51.99 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| T&S Brass Model No. B-0133-01 | $ 407.09 | 1 | $ 407.09 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| WALL / SPLASH MOUNT FAUCET | $ 123.06 | 1 | $ 123.06 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| DRAIN, LEVER / TWIST WASTE | $ 51.99 | 3 | $ 155.97 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| PRE-RINSE FAUCET ASSEMBLY | $ 376.20 | 1 | $ 376.20 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| DRAIN, LEVER / TWIST WASTE | $ 51.99 | 1 | $ 51.99 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| WIRE SHELVING: Metro Model No. 1836NK3 | $ 30.57 | 2 | $ 61.14 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| WIRE SHELVING:33PDFK3 Post & Mounting Brackets, for Super Erecta® wall mount | $ 25.83 | 2 | $ 51.66 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| WIRE SHELVING: 1WS18K3 Super Erecta® Shelf Support, post mount, single | $ 17.99 | 4 | $ 71.96 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| WATER FILTRATION SYSTEM, FOR ICE MACHINES | $ 637.01 | 1 | $ 637.01 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| BLUE HOSE GAS CONNECTOR KIT | $ 1,352.70 | 3 | $ 4,058.10 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| BLUE HOSE GAS CONNECTOR KIT | $ 205.44 | 1 | $ 205.44 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| BLUE HOSE GAS CONNECTOR KIT | $ 274.24 | 1 | $ 274.24 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| BLUE HOSE GAS CONNECTOR KIT | $ 205.44 | 1 | $ 205.44 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| SALAMANDER BROILER, GAS | $ 3,234.16 | 1 | $ 3,234.16 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | $1,100 | #22 | Leasehold Improvement, Cannot be removed |
| SOLID SHELVING:Metro Model No. 1836FG | $ 38.59 | 1 | $ 38.59 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| SOLID SHELVING:1836BR Super Erecta® Shelf, wire | $ 23.71 | 2 | $ 47.42 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| SOLID SHELVING:33P Super Erecta® SiteSelect | $ 7.68 | 4 | $ 30.72 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| BLUE HOSE GAS CONNECTOR KIT | $ 205.44 | 1 | $ 205.44 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| HEAT LAMP | $ 880.72 | 1 | $ 880.72 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |

| Item | Unit Price | Qty | Total | Source | | Extra | Ref | Note |
|---|---|---|---|---|---|---|---|---|
| FOOD PAN WARMER, COUNTERTOP | $ 145.24 | 1 | $ 145.24 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| FOOD PAN WARMER, COUNTERTOP | $ 145.24 | 1 | $ 145.24 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| WALL / SPLASH MOUNT FAUCET | $ 119.04 | 1 | $ 119.04 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | | | |
| DRAFT BEER SYSTEM | $ 11,680.08 | 1 | $ 11,680.08 | Smokecraft TMAB Equipment Purchase 2.20.2020 - Bank Executed 2.21.2020 | | $2,800 | #17 | Leasehold Improvement, Cannot be removed |
| Invoice from Myzentek LLC contains a variety of T.V's, sound systems, other electronic equipment, and instalation related services. Invoice does not list the price for any specific item and instead lists only the total cost of all items. | $ 44,339.00 | N/A | $ 44,339.00 | Invoice_40377_from_Myzentek_LLC 3.23.2020 | | | | |
| Dining Banquette | $ 3,335.00 | 1 | $ 3,335.00 | Invoice_2019890_from_GrizForm_Purchasing_LLC 3.18.2020 | | | | |
| Caressa, Red Pepper (SG-5 Upholstery) | $ 24.95 | 6 | $ 149.70 | Invoice_2019890_from_GrizForm_Purchasing_LLC 3.18.2020 | | | | |
| Caressa, Red Pepper (SG-7 Upholstery) | $ 24.95 | 5 | $ 124.75 | Invoice_2019890_from_GrizForm_Purchasing_LLC 3.18.2020 | | | | |
| Bar Table Base for TT-3 | $ 249.99 | 5 | $ 1,249.95 | Invoice_2019890_from_GrizForm_Purchasing_LLC 3.18.2020 | | | | |
| Pick Up Order Shelf | $ 749.92 | 1 | $ 749.92 | Invoice_2019890_from_GrizForm_Purchasing_LLC 3.18.2020 | | | | |
| WALK IN | $ 10,808.61 | 1 | $ 10,808.61 | Smokecraft+Walkin+and+Hood Delivery Invoice 3.23.2020 | | | | Leasehold Improvement, Cannot be removed |
| CONDENSING UNIT | $ 3,376.86 | 1 | $ 3,376.86 | Smokecraft+Walkin+and+Hood Delivery Invoice 3.23.2020 | | | | |
| EXHAUST HOOD | $ 5,047.48 | 1 | $ 5,047.48 | Smokecraft+Walkin+and+Hood Delivery Invoice 3.23.2020 | | | | Leasehold Improvement, Cannot be removed |
| EXHAUST HOOD | $ 4,206.15 | 1 | $ 4,206.15 | Smokecraft+Walkin+and+Hood Delivery Invoice 3.23.2020 | | | | Leasehold Improvement, Cannot be removed |
| FIRE SYSTEM | $ 2,706.00 | 1 | $ 2,706.00 | Smokecraft+Walkin+and+Hood Delivery Invoice 3.23.2020 | | | | |
| ANSUL | $ 5,360.00 | 1 | $ 5,360.00 | Smokecraft+Walkin+and+Hood Delivery Invoice 3.23.2020 | | 12,000 | #15 | |
| EXHAUST HOOD | $ 2,469.42 | 1 | $ 2,469.42 | Smokecraft+Walkin+and+Hood Delivery Invoice 3.23.2020 | | | #15 | |
| EXHAUST HOOD | $ 5,078.44 | 1 | $ 5,078.44 | Smokecraft+Walkin+and+Hood Delivery Invoice 3.23.2020 | | | #15 | |
| EXHAUST HOOD | $ 4,218.74 | 1 | $ 4,218.74 | Smokecraft+Walkin+and+Hood Delivery Invoice 3.23.2020 | | | #15 | |
| FACTORY SERVICE | $ 584.40 | 11 | $ 6,428.40 | Smokecraft+Walkin+and+Hood Delivery Invoice 3.23.2020 | | | | |
| RACK, CUTTING BOARD STORAGE, S/S | $ 11.15 | 1 | $ 11.15 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| BOARD, CUTTING , WHITE, 18" X 24 X 1/2", PLASTIC | $ 62.98 | 2 | $ 125.96 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| (CULIN) BOARD CUTTING 18X24X1/2" YELLOW | $ 17.47 | 1 | $ 17.47 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| (CULIN) BOARD CUTTING 18"X24"X1/2" BLUE | $ 17.47 | 1 | $ 17.47 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| (CULIN) BOARD CUTTING 18X24X1/2" YELLOW | $ 34.94 | 2 | $ 69.88 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| (CULIN) BOARD CUTTING 18X24X1/2" RED | $ 69.88 | 4 | $ 279.52 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| KNIFE FILLET ACERO 7" FLEXIBLE POM BLK HANDLE | $ 31.02 | 2 | $ 62.04 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| KNIFE FILLET ACERO 7" FLEXIBLE POM BLK HANDLE | $ 62.04 | 4 | $ 248.16 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| SLICER ROAST ACERO 10" FORGED POM BLACK HANDLE | $ 33.60 | 2 | $ 67.20 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| CLEAVER ACERO 7X4-3/8" FORGED POM BLACK HANDLE | $ 37.92 | 2 | $ 75.84 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| KNIFE, MULTI PURPOSE 5 1/2", YELLOW HANDLE | $ 12.16 | 2 | $ 24.32 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| KNIFE, OFFSET, 9", V-LO SOFT GRIP HNDL WAVEDGE | $ 41.68 | 2 | $ 83.36 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| KNIFE, OYSTER, 3", BOSTON, SS | $ 26.42 | 2 | $ 52.84 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| TONG, SPRING, 12", S/S, HEAVY DUTY | $ 89.50 | 10 | $ 895.00 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| TONG, SPRING, 16", S/S, HEAVY DUTY | $ 22.68 | 2 | $ 45.36 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| (CULIN) SCRAPER PLATE 9 1/2 HI HEAT | $ 28.36 | 4 | $ 113.44 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| (CULIN) SCRAPER PLATE 13 1/2 HI HEAT | $ 90.00 | 10 | $ 900.00 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| TURNER, 8"X3" RED HIGH HEAT HANDLE | $ 49.14 | 3 | $ 147.42 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| BRUSH, BROILER KING, 48" DOUBLE WITH HANDLE | $ 54.15 | 1 | $ 54.15 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| STONE, GRILL BRICK BLACK 4"X3 1/2"X 8", PUMICE | $ 20.60 | 1 | $ 20.60 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| ABC SPOON, SOLID, S/S, 11" | $ 3.72 | 3 | $ 11.16 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| ABC SPOON, PERFORATED 13" BLACK PLASTIC HDL | $ 9.00 | 6 | $ 54.00 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| (CULIN) SPOON SOLID 13" SS | $ 3.90 | 3 | $ 11.70 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| ABC DIPPER, ZEROLL, ICE, CREAM, #12, SCOOP | $ 8.82 | 2 | $ 17.64 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| CONSERVEWELL | $ 381.13 | 1 | $ 381.13 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| DISHER, 16/QT, BLUE, SS, SCOOP, PORTION, CONTROL | $ 43.64 | 4 | $ 174.56 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| (CULIN) SPOODLE 4OZ SOLID GREEN | $ 1.94 | 1 | $ 1.94 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| (CULIN) SPOODLE 4OZ PERFORATED GREEN | $ 1.94 | 1 | $ 1.94 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| (CULIN) LADLE 2OZ SS STANDARD 1 PIECE | $ 1.30 | 1 | $ 1.30 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| (CULIN) BOTTLE, SQUEEZE 16OZ CLEAR, WIDE MOUTH | $ 10.92 | 12 | $ 131.04 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| CULIN) BOTTLE SQUEEZE WIDE OPENING CLEAR 24OZ | $ 10.56 | 12 | $ 126.72 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| SCOOP, CADDY, SAF-T, BLUE | $ 36.98 | 1 | $ 36.98 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| MEASURING SPOON, SET 4PC,, DELUXE SS *09 | $ 5.58 | 1 | $ 5.58 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| MEASURING CUP SET, S/S 1 - 1/2 - 1/3- 1/4 CUPS | $ 17.30 | 1 | $ 17.30 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| MEASURE 4QT CLEAR POLYCARBONATE NSF | $ 28.18 | 2 | $ 56.36 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| MEASURE 1QT CLEAR POLYCARBONATE NSF | $ 18.84 | 2 | $ 37.68 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| SPINNER, SALAD 5 GALLON 17.25" X 17.25" X 24" | $ 190.62 | 1 | $ 190.62 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| SCOOP, SAF-T, 6-10OZ, COMPLETE W/ HOLDER, BLUE | $ 115.47 | 3 | $ 346.41 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| MANDOLINE, LITTLE BENI BENRINER IVORY JAPANESE | $ 29.75 | 1 | $ 29.75 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| MANDOLINE BIG BENI BENRINER IVORY JAPANESE | $ 59.51 | 1 | $ 59.51 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| EASY CHOPPER III, 3/8" COLOR CODED BLADES/BLOCK | $ 284.45 | 1 | $ 284.45 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| SCALE DIGITAL 10 LBS. COMPACT PORTIONING | $ 204.57 | 3 | $ 613.71 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| PAN, SHEET, 18"X26" 18 GAUGE | $ 196.56 | 24 | $ 4,717.44 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |
| GRATE, ICING, 16X24, CHROME PLATED, ABC | $ 136.44 | 12 | $ 1,637.28 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 | | | | |

| Item | Unit Price | Qty | Total | Source |
|---|---|---|---|---|
| RACK Z BUN PAN CASTER 2 BRAKE NON BRAKE | $ 458.70 | 2 | $ 917.40 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| PAN, HALF SHEET, 18"X13" 18 GAUGE | $ 124.08 | 24 | $ 2,977.92 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| GRATE, PAN, WIRE, CHROME PLATED, 12"X16-1/2" *09 | $ 62.52 | 12 | $ 750.24 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| CULIN) SKIMMER, SQUARE 6 1/2" NICKEL PLATED | $ 4.51 | 1 | $ 4.51 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| WHIP, FRENCH, 14", HEAVY DUTY, NYLON HANDLE | $ 28.04 | 2 | $ 56.08 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| WHIP, FRENCH, 24", HEAVY DUTY, NYLON HANDLE | $ 45.82 | 2 | $ 91.64 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| BAG, PASTRY, DISPOSABLE RECYCLABLE 21 5/8" | $ 19.57 | 1 | $ 19.57 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| TIP, STAR,#7, 14MM 9/16" S/S | $ 2.54 | 2 | $ 5.08 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| 22 OZ. DREDGE, S/S | $ 31.62 | 6 | $ 189.72 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| BRUSH, BASTING, SILICONE RED | $ 9.16 | 2 | $ 18.32 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| BRUSH,BASTING, SILICONE WHITE | $ 9.16 | 2 | $ 18.32 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| SHARPENER, HAND HELD | $ 47.00 | 2 | $ 94.00 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| PEELER Y RED HANDLE | $ 2.97 | 1 | $ 2.97 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| PEELER Y BLACK HANDLE | $ 2.97 | 1 | $ 2.97 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| (CULIN) CHINA CAP SS 12" COARSE | $ 50.38 | 2 | $ 100.76 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| RAPIKOOL PLUS, 128 OZ., 3.8 LITER, 15" HIGH | $ 91.44 | 2 | $ 182.88 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| PAN, MUFFIN, 24 CUP, MINI, HEAVY DUTY | $ 253.62 | 6 | $ 1,521.72 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| ABC PAN, STEAM TABLE S/S 24 GA, 1/9 SIZE, 4" DEEP | $ 105.60 | 24 | $ 2,534.40 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| ABC PAN, STEAM TABLE S/S 24 GA, 1/6 SIZE, 4" DEEP | $ 74.76 | 12 | $ 897.12 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| ABC PAN, STEAM TABLE S/S 24 GA, 1/6 SIZE, 6" DEEP | $ 101.16 | 12 | $ 1,213.92 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| ABC PAN, STEAM TABLE S/S 24 GA, 1/3 SIZE, 4" DEEP | $ 216.00 | 24 | $ 5,184.00 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| ABC PAN, STEAM TABLE S/S 24 GA, 1/3 SIZE, 6" DEEP | $ 310.08 | 24 | $ 7,441.92 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| ABC PAN, STEAM TABLE S/S 24 GA, 1/2 SIZE, 6" DEEP | $ 176.04 | 12 | $ 2,112.48 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| ABC PAN, STEAM TABLE S/S 24 GA,FULL SIZE, 6" DEEP | $ 138.60 | 6 | $ 831.60 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| ABC COVER, STEAM TABLE 24GA,S/S,1/3 SIZE, SLOT | $ 75.96 | 12 | $ 911.52 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| ABC COVER, STEAM TABLE, 24 GA,S/S,1/6 SIZE,NOTCH | $ 121.92 | 24 | $ 2,926.08 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| PAN FOOD CLEAR 1/6 SIZE 6" DEEP | $ 95.28 | 24 | $ 2,286.72 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| PAN FOOD CLEAR 1/3 SIZE 6" DEEP | $ 75.60 | 12 | $ 907.20 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| 20QT. S/S STEAMER/PASTA COOKER | $ 118.02 | 1 | $ 118.02 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| CULIN) POT STOCK 40QT ALUMINUM, STANDARD | $ 126.96 | 2 | $ 253.92 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| ABC PAN, SAUCE, 7 QT., ALUMINUM | $ 42.24 | 2 | $ 84.48 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| ABC PAN, SAUCE, 4.5 QT., ALUMINUM | $ 32.64 | 2 | $ 65.28 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| KETTLE, SOUP, 10.5 QT BLACK, S/S LID & INSERT | $ 80.51 | 1 | $ 80.51 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| CULIN) PAN FRY 14" NON-STICK, PRO-LINE | $ 155.00 | 4 | $ 620.00 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| (CULIN) PAN FRY 8" NON-STICK, PRO-LINE | $ 116.96 | 8 | $ 935.68 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| ABC BAIN MARIE, 5", 2QT, S/S | $ 20.86 | 2 | $ 41.72 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| BOX STORAGE 12X18X6 CAMWEAR POLYCARB CLEAR | $ 110.80 | 8 | $ 886.40 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| BOX STORAGE 12X18X9 CAMWEAR POLYCARB CLEAR | $ 142.80 | 8 | $ 1,142.40 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| LID 12X18 CONTAINER CAMWEAR POLYCARB CLEAR | $ 106.24 | 16 | $ 1,699.84 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| BOX STORAGE 18X26X15 CAMWEAR POLYCARB CLEAR | $ 195.28 | 4 | $ 781.12 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| BOX STORAGE 18X26X9 CAMWEAR POLYCARB CLEAR | $ 201.00 | 6 | $ 1,206.00 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| LID 18X26 CONTAINER CAMWEAR POLYCARB CLEAR | $ 141.40 | 10 | $ 1,414.00 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| ABC BOWL, MIXING, 3QT, S/S, 9 1/2" | $ 7.89 | 3 | $ 23.67 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| ABC BOWL, MIXING, 5QT, S/S, 11 1/2" | $ 10.26 | 3 | $ 30.78 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| ABC BOWL, MIXING, 8QT, S/S, 13 1/2" | $ 38.24 | 8 | $ 305.92 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| ABC BOWL, MIXING, 13QT, S/S, 16" | $ 13.14 | 2 | $ 26.28 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| CONTAINER, STORAGE, 4QT, CLEAR, SQUARE | $ 134.16 | 24 | $ 3,219.84 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| LID, FOR 2-4 QT, SQUARE CONTAINER, TRANSLUCENT | $ 51.84 | 24 | $ 1,244.16 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| CONTAINER, STORAGE, 8QT SQUARE, POLYCARBONATE | $ 205.20 | 24 | $ 4,924.80 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| LID, FOR 6-8 QT, SQUARE TRANSLUCENT | $ 64.56 | 24 | $ 1,549.44 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| CONTAINER, STORAGE 12QT SQUARE, POLYCARBONATE | $ 138.96 | 12 | $ 1,667.52 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| CONTAINER, STORAGE 22QT SQUARE, POLYCARBONATE | $ 397.98 | 18 | $ 7,163.64 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| LID, FOR 12/18/22 QT SQUARE, TRANSLUCENT | $ 117.30 | 30 | $ 3,519.00 | TriMark Adams Burch Operating Supplies Quote s39Q5955935 7.5.2020 |
| Total | | | $ 250,589.37 | 15900 |