# TriMark
### Foodservice Equipment, Supplies and Design
## ADAMS-BURCH

# Quote
02/21/2020

**To:**
Smokecraft
Andrew Darneille
Acct 85067/20286
1051 N Highland Street
Arlington, VA 22201
240-687-1604

**Project:**
Smokecraft - TMAB - 2-20-2020
Final - Bank
Andrews Darneille

**From:**
TriMark Adams-Burch
Shannon Galle/Bob McMahon
1901 Stanford Court
Landover, MD 20785-3219
(301)276-2000
301-276-2088 (Contact)
703-708-4595 (Cell)
301-386-0288 (Fax)
shannon.galle@trimarkusa.com

Project Code: 399M062S

### *** TERMS ***

 50% due at time order is placed. - $55,142.00

40% due - 1 week prior to installation - $44,113.00  - Scheduled for April 6th 2020

5% - Net 30 upon completion of installation. $5,515.00

5% - Net 60 upon completion of installation. $5,513.43

Freight and taxes are estimated.

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 1A | 1 ea | **WALL / SPLASH MOUNT FAUCET**<br>T&S Brass Model No. B-1146<br>Workboard Faucet, wall mount, 4" centers, 5-3/4" swivel gooseneck nozzle (includes lock washer to convert to rigid), 2.2 GPM aerator, quarter-turn Eterna cartridges with spring checks, lever handles with color coded indexes, 1/2" NPT male inlets, ADA Compliant | $106.48 | $106.48 |
|  |  | **ITEM TOTAL:** |  | **$106.48** |
| 7 | 1 ea | **WARMING DRAWER, FREE STANDING**<br>Alto-Shaam Model No. 500-2DN<br>Halo Heat® Narrow Warming Drawer, free standing, two drawer, digital controller, (1) 12" x 20" pan, (50) rolls or (34) baked potatoes capacity per drawer, adjustable thermostat, stainless steel exterior, EcoSmart®, cULus, UL EPH ANSI/NSF 4, CE, EAC | $1,752.80 | $1,752.80 |
|  | 1 ea | NOTE: Subject to Manufacturer's Terms & Conditions. See Documents |  |  |



TriMark Adams-Burch                                                      *02/21/2020*

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | | Section | | |
| | 1 ea | 120v/50/60/1-ph, 5.3 amps, .64 kW, NEMA 5-15P, standard | | |
| | 1 ea | Non-vented drawers, standard | | |
| | 1 ea | 5015150 Built-In Trim Kit, for 500-2DN | $88.02 | $88.02 |
| | | | ITEM TOTAL: | $1,840.82 |
| 8 | 1 ea | **ICE CREAM DIPPING CABINET** | $1,434.48 | $1,434.48 |
| | | Silver King Model No. SKFI15-ELUS1 | | |
| | | Mobile Ice Cream Freezer, 14"W, dual flip-top lid, adjustable temperature control, manual defrost, stainless steel interior, stainless steel & galvanized exterior, 3" casters (2 with locks), bottom-mounted self-contained refrigeration, R290, 115v/60/1-ph, 2.1 amps, NEMA 5-15P, cETLus, ETL-Sanitation | | |
| | | | ITEM TOTAL: | $1,434.48 |
| 10 | 1 ea | **WATER FILTRATION SYSTEM, FOR FOUNTAIN / BEVERAGE MACHINES** | $298.86 | $298.86 |
| | | Everpure Model No. EV932801 | | |
| | | Coldrink 1- MC² System, 9,000 gallon capacity, 1.67 gpm flow rate, 0.2 micron rating (1) MC2 cartridge, EC210 coarse prefilter, water shut-off, inlet & outlet pressure gauges, flushing valve, wall bracket | | |
| | | | ITEM TOTAL: | $298.86 |
| 11.2 | 1 ea | **MOP BROOM HOLDER** | $74.76 | $74.76 |
| | | AllPoints Foodservice Parts & Supplies Model No. 72-1245 | | |
| | | Mop Holder, 23-1/2"L, holds (6) mops, stainless steel | | |
| | | | ITEM TOTAL: | $74.76 |
| 14 | 1 ea | **DUNNAGE RACK** | $47.06 | $47.06 |
| | | Channel Manufacturing Model No. ADR2024 | | |
| | | Promo Series Dunnage Rack, channel, 24"W x 20"D x 12"H, 2200 lbs. capacity, aluminum construction, ships assembled, NSF, Made in USA | | |
| | 1 ea | 5-year warranty on parts and 90 days labor, standard | | |
| | 1 ea | Lifetime warranty against rust and corrosion | | |
| | | | ITEM TOTAL: | $47.06 |
| 14.1 | 1 ea | **DUNNAGE RACK** | $47.06 | $47.06 |
| | | Channel Manufacturing Model No. ADR2024 | | |
| | | Promo Series Dunnage Rack, channel, 24"W x 20"D x 12"H, 2200 lbs. capacity, aluminum construction, ships assembled, NSF, Made in USA | | |
| | 1 ea | 5-year warranty on parts and 90 days labor, standard | | |
| | 1 ea | Lifetime warranty against rust and corrosion | | |
| | | | ITEM TOTAL: | $47.06 |
| 14.2 | 1 ea | **KEG STORAGE RACK** | $445.47 | $445.47 |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | | Channel Manufacturing Model No. KAR80<br>Keg Storage Rack, 80"W x 17"D x 68"H, holds (8) kegs, (2) adjustable 4"<br>E-channel shelves, tubular top shelf, aluminum construction, KD, NSF, Made in USA | | |
| | 1 ea | 5-year warranty on parts and 90 days labor, standard | | |
| | 1 ea | Lifetime warranty against rust and corrosion | | |
| | | **ITEM TOTAL:** | | **$445.47** |
| 14.3 | 1 ea | **KEG STORAGE RACK** | $445.47 | $445.47 |
| | | Channel Manufacturing Model No. KAR80<br>Keg Storage Rack, 80"W x 17"D x 68"H, holds (8) kegs, (2) adjustable 4"<br>E-channel shelves, tubular top shelf, aluminum construction, KD, NSF, Made in USA | | |
| | 1 ea | 5-year warranty on parts and 90 days labor, standard | | |
| | 1 ea | Lifetime warranty against rust and corrosion | | |
| | | **ITEM TOTAL:** | | **$445.47** |
| 18A | 1 ea | **MINI PRE-RINSE FAUCET ASSEMBLY** | $378.89 | $378.89 |
| | | T&S Brass Model No. MPZ-2DLN-08-CRF<br>EasyInstall Mini Pre-Rinse Unit, deck mount mixing faucet with 8" adjustable centers, 8" swing nozzle (B-0107) with 1.15 GPM spray valve, quarter-turn Cerama cartridges with check valves, lever handles with color coded indexes, 8" rigid riser, 18" flexible stainless steel hose, 6" adjustable wall bracket, polished chrome-plated brass faucet body, 1/2" NPSM female swivel couplings, low lead, NSF, CSA | | |
| | | **ITEM TOTAL:** | | **$378.89** |
| 18B | 1 ea | **DRAIN, LEVER / TWIST WASTE** | $51.99 | $51.99 |
| | | T&S Brass Model No. B-3952<br>Waste Valve, twist handle, 3-1/2" sink opening, 2" drain outlet (replaces B-3913, B-3917) | | |
| | | **ITEM TOTAL:** | | **$51.99** |
| 19 | 1 ea | **HEATED LOW TEMP HOLDING CABINET** | $1,978.64 | $1,978.64 |
| | | Alto-Shaam Model No. 500-S<br>Halo Heat® Low Temp Holding Cabinet, on/off simple controller with adjustable thermostat, indicator light, capacity (6) 12" x 20" pans, (2) chrome plated side racks & wire shelves, heavy-duty stainless steel exterior, 2-1/2" casters; 2 rigid, 2 swivel with brakes, EcoSmart®, cULus, UL EPH ANSI/NSF 4, CE, IPX3, TUV NORD, EAC, N11942 | | |
| | 1 ea | NOTE: Subject to Manufacturer's Terms & Conditions. See Documents Section | | |
| | 1 ea | 120v/60/1-ph, 8.4 amps, 1.0kW, 5 ft. cord, NEMA 5-15P | | |
| | 1 ea | Solid door, hinged on right, standard | | |
| | | **ITEM TOTAL:** | | **$1,978.64** |
| 20A | 1 ea | **PRE-RINSE FAUCET ASSEMBLY, WITH ADD ON FAUCET** | $407.09 | $407.09 |





| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | | T&S Brass Model No. B-0133-01<br>EasyInstall Pre-Rinse Unit, mixing faucet, 8" wall mount, 14" add-on 063X swing nozzle, 18" riser, overhead spring, lever handles, 56" flex hose, Eterna cartridges, spray valve (B-0107), 9" wall support (B-0109-02), 1/2" male NPT, EPAct2005 Compliant | | |
| | | | **ITEM TOTAL:** | **$407.09** |
| 20B | 1 ea | **WALL / SPLASH MOUNT FAUCET** | $123.06 | $123.06 |
| | | T&S Brass Model No. B-0231<br>Sink Mixing Faucet, 12" swing nozzle, wall mounted, 8" centers on sink faucet with 1/2" IPS eccentric flanged female inlets, lever handles | | |
| | | | **ITEM TOTAL:** | **$123.06** |
| 20C | 3 ea | **DRAIN, LEVER / TWIST WASTE** | $51.99 | $155.97 |
| | | T&S Brass Model No. B-3952<br>Waste Valve, twist handle, 3-1/2" sink opening, 2" drain outlet (replaces B-3913, B-3917) | | |
| | | | **ITEM TOTAL:** | **$155.97** |
| 25A | 1 ea | **PRE-RINSE FAUCET ASSEMBLY** | $300.11 | $300.11 |
| | | T&S Brass Model No. B-0123<br>EasyInstall Pre-Rinse Unit, spring action gooseneck, deck mount base faucet with spring check cartridges & lever handles, 8" center, 2" dia. deck flanges with 1/2" NPT female flanged inlets, 44-13/16"H,17-3/8" clearance, spray valve, 24" riser, flex stainless steel hose | | |
| | 1 ea | B-0156 Add-on Faucet, for Pre-Rinse Units, 12" nozzle, includes 3" nipple | $76.09 | $76.09 |
| | | | **ITEM TOTAL:** | **$376.20** |
| 25B | 1 ea | **DRAIN, LEVER / TWIST WASTE** | $51.99 | $51.99 |
| | | T&S Brass Model No. B-3952<br>Waste Valve, twist handle, 3-1/2" sink opening, 2" drain outlet (replaces B-3913, B-3917) | | |
| | | | **ITEM TOTAL:** | **$51.99** |
| 29 | 2 ea | **WIRE SHELVING** | $30.57 | $61.14 |
| | | Metro Model No. 1836NK3<br>Super Erecta® Shelf, wire, 36"W x 18"D, plastic split sleeves are included in each carton, Metroseal 3™ epoxy-coated corrosion-resistant finish with Microban® antimicrobial protection, NSF | | |
| | 2 ea | 33PDFK3 Post & Mounting Brackets, for Super Erecta® wall mount, consist of (1) double footed post (2) end brackets (BESK3) & (1) intermediate bracket (BCSK3), 33-5/8"H, Metroseal 3™ epoxy-coated corrosion-resistant finish with Microban® antimicrobial protectionxy, NSF | $25.83 | $51.66 |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
|  | 4 ea | 1WS18K3 Super Erecta® Shelf Support, post mount, single, for 18"D shelf (2) required per shelf, Metroseal 3™ epoxy-coated corrosion-resistant finish with Microban® antimicrobial protection | $17.99 | $71.96 |
|  |  |  | **ITEM TOTAL:** | **$184.76** |
| 32 | 1 ea | **WATER FILTRATION SYSTEM, FOR ICE MACHINES** | $637.01 | $637.01 |
|  |  | Everpure Model No. EV932523
Insurice®Triple PF-i4000² System, with prefilter, 36,000 gallon capacity, 5 gpm flow rate, 0.5-micron precoat filtration (3) i4000² cartridges, pressure gauge, flushing valve |  |  |
|  |  |  | **ITEM TOTAL:** | **$637.01** |
| 52 | 3 ea | **GAS FLOOR FRYER** | $1,448.00 | $4,344.00 |
|  |  | Pitco Frialator Model No. SG14-S
Solstice™ Fryer, gas, floor model, full frypot, 40-50 lb. oil capacity, millivolt control ONLY, stainless steel tank, front, door & sides, 110,000 BTU, NSF, CE, CSA Flame, CSA Star, AuGA (free standing, stand alone only fryer - special price) |  |  |
|  | 3 ea | 1 year parts and labor warranty from the date of installation up to a maximum of 15 months from the date of manufacture (with appropriate documentation), standard |  |  |
|  | 1 ea | Natural gas |  |  |
|  | 3 ea | P6072145 Basket, (2) oblong/twin size, 13-1/2" x 6-1/2" x 5-1/2" deep, long handle, regular mesh (shipped std (n/c) with models "T" SG14, SG14R, SSH55, SE14, SE14X, SE14B, SG14T, 35+, 45+, fryer batteries shipped with (1) per fryer |  |  |
|  | 2 ea | A5077706 Splash Guard, 12", reversible (L/R) | $122.08 | $244.16 |
|  | 3 st | B3901504 Casters, 9" adjustable swivel (set of 4) non-lock rear & lock front casters, solstice supreme, SG, SE, VF and flat bottom fryers, pasta cookers, rethermalizers, BNB | $195.33 | $585.99 |
|  |  |  | **ITEM TOTAL:** | **$5,174.15** |
| 52A | 3 ea | **BLUE HOSE GAS CONNECTOR KIT** | $450.90 | $1,352.70 |
|  |  | Dormont Manufacturing Model No. 16125KITS48    Packed 1 kt
Dormont Blue Hose™ Moveable Gas Connector Kit, 1-1/4" inside dia., 48" long, covered with stainless steel braid, coated with blue antimicrobial PVC, (1) SnapFast® QD, (1) Swivel MAX®, (1) full port valve, (1) elbow, coiled restraining cable with hardware, 482,000 BTU/hr, limited lifetime warranty |  |  |
|  |  |  | **ITEM TOTAL:** | **$1,352.70** |
| 53 | 1 ea | **CONVECTION OVEN, GAS** | $7,387.20 | $7,387.20 |
|  |  | Blodgett Oven Model No. ZEPH-100-G DBL
Zephaire Convection Oven, gas, double-deck, standard depth, capacity (5) 18" x 26" pans per compartment, (SSI-D) solid state infinite controls with digital timer, two speed fan, flue connector, dependent glass doors, interior light, stainless steel front, sides & top, 6" stainless steel legs, 100,000 BTU, ETL, NSF |  |  |
|  | 1 ea | 2 year parts, 2 year labor and 1 additional year door warranty (parts only), standard |  |  |
|  | 1 ea | Natural gas |  |  |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | 1 ea | (2) 115v/60/1-ph, 6.0 amps, 2-wire with ground, cord & plug, 1/2 hp, standard | | |
| | 1 ea | SSI-D Top Oven: Solid State infinite with digital timer, standard | | |
| | 1 ea | SSI-D Bottom Oven: Solid State infinite with digital timer, standard | | |
| | 1 ea | Draft diverter, stainless steel, standard | | |
| | 1 st | 4" low profile plate casters (set) | $228.96 | $228.96 |
| | 1 ea | NOTE: DO NOT deduct cost of standard legs | | |
| | 1 ea | Gas manifold for double ovens | $105.84 | $105.84 |
| | | | **ITEM TOTAL:** | **$7,722.00** |
| 53A | 1 ea | **BLUE HOSE GAS CONNECTOR KIT** | $205.44 | $205.44 |
| | | Dormont Manufacturing Model No. 1675KITS48    Packed 1 kt<br>Dormont Blue Hose™ Moveable Gas Connector Kit, 3/4" inside dia., 48" long, covered with stainless steel braid, coated with blue antimicrobial PVC, (1) SnapFast® QD, (1) Swivel MAX®, (1) full port valve, (1) elbow, (1) Snap'N Go, coiled restraining cable with hardware, 167,000 BTU/hr minimum flow capacity, limited lifetime warranty | | |
| | | | **ITEM TOTAL:** | **$205.44** |
| 54 | 1 ea | **COOK HOLD OVEN CABINET SMOKER, ELECTRIC** | $9,975.08 | $9,975.08 |
| | | Alto-Shaam Model No. 1200-SK/III<br>Halo Heat® Slo Cook and Smoker Oven, electric, low-temperature, double-deck, standard depth, 120 lb. capacity each - (1) rib rack shelf per compartment, (3) full-size pans, deluxe controller, (2) stainless steel wire shelves, (1) exterior drip tray, includes (1) sample bag each of cherry, hickory, apple & maple wood chips, heavy-duty stainless steel, 5" casters; 2 rigid, 2 swivel with brakes, EcoSmart®, cULus, UL EPH ANSI/NSF 4, CE, IPX4, TUV NORD | | |
| | 1 ea | NOTE: Subject to Manufacturer's Terms & Conditions. See Documents Section | | |
| | 1 ea | 208-240v/60/1-ph, 32.0-36.3 amps, 7.7-8.7 kW (NO cord or plug) | | |
| | 1 ea | Solid Door, hinged on right, standard | | |
| | 1 ea | Stainless steel exterior, standard | | |
| | 1 st | 5008017 Casters, 3-1/2" (89mm), stem; 2 rigid, 2 swivel with brakes | $209.46 | $209.46 |
| | | | **ITEM TOTAL:** | **$10,184.54** |
| 55 | 1 ea | **EQUIPMENT STAND, REFRIGERATED BASE** | $6,608.39 | $6,608.39 |
| | | Turbo Air Model No. TCBE-96SDR-N<br>Super Deluxe Chef Base Refrigerator, 18.6 cu. ft. side mounted self-contained refrigeration system, self-cleaning condenser device, (4) durable drawers with recessed handles, (72) pan capacity (1/6 size), 16 ga. stainless steel one-piece reinforced insulated top, stainless steel front & sides, digital temperature display, R290 Hydrocarbon refrigerant, 3/8 HP, 115v/60/1-ph, 4.9 amps, NEMA 5-15P, cETLus, ETL-Sanitation | | |
| | 1 ea | Note: Contact factory representative for parts & accessories discounts | | |
| | 1 ea | 3 year parts & labor warranty, standard | | |
| | 1 ea | Additional 2 year compressor warranty (5 year total), standard | | |
| | 1 st | Caster Set, 4", swivel, locking front wheels, 5"H (overall), standard | | |
| | | | **ITEM TOTAL:** | **$6,608.39** |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 56 | 1 ea | **HOTPLATE, COUNTERTOP, GAS** | $1,636.70 | $1,636.70 |
|  |  | Southbend Model No. HDO-36 |  |  |
|  |  | Hotplate, gas, countertop, 36", (6) 33,000 BTU open burners, manual controls, removable cast iron grates & crumb tray, stainless steel front, sides & 4" adjustable legs, 198,000 BTU, CSA, NSF (Note: Qualifies for Southbend's Service First™ Program, see Service First document for details) |  |  |
|  | 1 ea | Standard one year limited warranty |  |  |
|  | 1 ea | Natural Gas |  |  |
|  |  | ITEM TOTAL: | | $1,636.70 |
| 56A | 1 ea | **BLUE HOSE GAS CONNECTOR KIT** | $274.24 | $274.24 |
|  |  | Dormont Manufacturing Model No. 16100KITS48     Packed 1 kt |  |  |
|  |  | Dormont Blue Hose™ Moveable Gas Connector Kit, 1" inside dia., 48" long, covered with stainless steel braid, coated with blue antimicrobial PVC, (1) Snap Fast™ QD, (1) Swivel MAX®, (1) full port valve, (1) elbow, coiled restraining cable with hardware, 310,000 BTU/hr minimum flow capacity, limited lifetime warranty |  |  |
|  |  | ITEM TOTAL: | | $274.24 |
| 57 | 1 ea | **GAS COUNTERTOP GRIDDLE** | $2,229.91 | $2,229.91 |
|  |  | Southbend Model No. HDG-24 |  |  |
|  |  | Griddle, countertop, gas, 24" W x 24" D cooking surface, 1" thick polished steel plate, thermostatic controls, battery spark ignition, flame failure safety device, stainless steel front, sides & 4" adjustable legs, 60,000 BTU, CSA, NSF (Note: Qualifies for Southbend's Service First™ Program, see Service First document for details) |  |  |
|  | 1 ea | Standard one year limited warranty |  |  |
|  | 1 ea | Natural Gas |  |  |
|  | 1 ea | 600° thermostat control, (2) burners |  |  |
|  |  | ITEM TOTAL: | | $2,229.91 |
| 57A | 1 ea | **BLUE HOSE GAS CONNECTOR KIT** | $205.44 | $205.44 |
|  |  | Dormont Manufacturing Model No. 1675KITS48     Packed 1 kt |  |  |
|  |  | Dormont Blue Hose™ Moveable Gas Connector Kit, 3/4" inside dia., 48" long, covered with stainless steel braid, coated with blue antimicrobial PVC, (1) SnapFast® QD, (1) Swivel MAX®, (1) full port valve, (1) elbow, (1) Snap'N Go, coiled restraining cable with hardware, 167,000 BTU/hr minimum flow capacity, limited lifetime warranty |  |  |
|  |  | ITEM TOTAL: | | $205.44 |
| 58 | 1 ea | **SALAMANDER BROILER, GAS** | $2,714.04 | $2,714.04 |
|  |  | Vulcan Model No. 36IRB-N |  |  |
|  |  | Salamander Broiler, natural gas, 36" wide, 30,000 BTU heavy duty infrared burner, dual control, (6) grid positions, removable pan, stainless steel front, top and sides, 3/4" gas connection & pressure regulator |  |  |
|  | 1 ea | 1 year limited parts & labor warranty, standard |  |  |
|  | 1 ea | Wall mount |  |  |
|  | 1 ea | WALLMNT-CHRBKR Wall mount brackets, stainless steel (set) (stainless steel bottom panel required) | $205.20 | $205.20 |

| Item | Qty | Description | Sell | Sell Total |
|------|-----|-------------|------|------------|
|      | 1 ea | BOTTOM-SLMNDR Stainless bottom panel (required with wall bracket) | $157.46 | $157.46 |
|      | 1 ea | BOTTOM-SLMNDR Stainless bottom panel (required with wall bracket) | $157.46 | $157.46 |
|      |      | **ITEM TOTAL:** | | **$3,234.16** |
| 60 | 1 ea | **FOOD PAN WARMER/RETHERMALIZER, COUNTERTOP** | $301.32 | $301.32 |
|    |      | APW Wyott Model No. CW-2AI |  |  |
|    |      | X*PERT™ Food Pan Warmer/Rethermalizer, electric, countertop, 22 quart capacity, full size, thermostatic control, "W" shaped element, knob guards, stainless steel construction, UL, CSA, CE |  |  |
|    | 1 ea | 1 year parts & labor warranty, standard |  |  |
|    | 1 ea | 120v/60/1-ph, 1500 watts, 12.5 amps, NEMA 5-15P, standard [service class A-2 business day lead time] |  |  |
|    |      | **ITEM TOTAL:** |  | **$301.32** |
| 61 | 1 ea | **SOLID  SHELVING** | $38.59 | $38.59 |
|    |      | Metro Model No. 1836FG |  |  |
|    |      | Super Erecta® Shelf, solid, 36"W x 18"D, galvanized, flat, raised "ship's edge" on all (4) sides, aluminum castings lock corners to posts |  |  |
|    | 2 ea | 1836BR Super Erecta® Shelf, wire, 36"W x 18"D, Brite (zinc) finish, plastic split sleeves are included in each carton, NSF | $23.71 | $47.42 |
|    | 4 ea | 33P Super Erecta® SiteSelect™ Post, 34-3/8"H, adjustable leveling bolt, posts are grooved at 1" increments & numbered at 2" increments, double grooved every 8", chrome finish | $7.68 | $30.72 |
|    |      | **ITEM TOTAL:** |  | **$116.73** |
| 65 | 1 ea | **CHARBROILER, GAS, COUNTERTOP** | $3,026.37 | $3,026.37 |
|    |      | Southbend Model No. HDC-36 |  |  |
|    |      | Charbroiler, gas, countertop, 36", cast iron radiants, stainless steel burners, two-position, two sided cooking grid, removable crumb tray, stainless steel front, sides & 4" adjustable legs, 120,000 BTU, CSA Star, CSA Flame, cCSAus, NSF (Note: Qualifies for Southbend's Service First™ Program, see Service First document for details) |  |  |
|    | 1 ea | Standard one year limited warranty |  |  |
|    | 1 ea | Natural Gas |  |  |
|    |      | **ITEM TOTAL:** |  | **$3,026.37** |
| 65A | 1 ea | **BLUE HOSE GAS CONNECTOR KIT** | $205.44 | $205.44 |
|     |      | Dormont Manufacturing Model No. 1675KITS48     Packed 1 kt |  |  |
|     |      | Dormont Blue Hose™ Moveable Gas Connector Kit, 3/4" inside dia., 48" long, covered with stainless steel braid, coated with blue antimicrobial PVC, (1) SnapFast® QD, (1) Swivel MAX®, (1) full port valve, (1) elbow, (1) Snap'N Go, coiled restraining cable with hardware, 167,000 BTU/hr minimum flow capacity, limited lifetime warranty |  |  |
|     |      | **ITEM TOTAL:** |  | **$205.44** |
| 70 | 1 ea | **MICROWAVE OVEN** | $913.31 | $913.31 |

TriMark Adams-Burch  *02/21/2020*

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | |  ACP Model No. HDC12A2<br>Amana® Commercial Microwave Oven, 0.6 cu. ft. capacity, 1200 watts, heavy volume, 4-stage cooking, (11) power levels, (100) memory settings, 60-minute max cooking time, LED display, touch control, interlock safety switch, ADA compliant Braille touch pads, audible end of cycle signal, side hinged door with tempered glass, sealed ceramic interior shelf, lighted interior, stainless steel exterior & interior, 120v/60/1-ph, 16.8 amps, 20 MCA, 2000 watts (total), NEMA 5-20P, cETLus, ETL-Sanitation | | |
| | 1 ea | 3-year full warranty | | |
| | | | **ITEM TOTAL:** | **$913.31** |
| 71A | 1 ea | **CART, PREP** | $807.91 | $807.91 |
| | | Metro Model No. MSQ1848-FSFS-PK1<br>PrepMate® qwikSet MultiStation with PrepMate Kit #1, (2) 18" x 48" solid stainless steel shelves, (4) stainless steel posts, removable 16/304 stainless steel rails, accommodates standard 18" cutting boards, 35-1/8" to 39-1/8" qwikSet height adjustment, (4) 5" total lock casters, includes: (1) 18" x 24" x 1/2" white HDPE cutting board & (2) Magic Rings, NSF | | |
| | 1 ea | 1 year warranty against manufacturing defects | | |
| | | | **ITEM TOTAL:** | **$807.91** |
| 72 | 1 ea | **WARMING DRAWER, FREE STANDING** | $1,752.80 | $1,752.80 |
| | |  Alto-Shaam Model No. 500-2D<br>Halo Heat® Warming Drawer, free standing, two drawer, digital controller, (1) 12" x 20" pan, (50) rolls or (34) baked potatoes capacity per drawer, drawer can adapt to hold optional oversize pan, adjustable thermostat, stainless steel exterior, EcoSmart®, cULus, UL EPH Classified, CE, EAC | | |
| | 1 ea | NOTE: Subject to Manufacturer's Terms & Conditions. See Documents Section | | |
| | 1 ea | 120v/50/60/1-ph, 5.3 amps, .64 kW, NEMA 5-15P, standard | | |
| | 1 ea | Non-vented drawers, standard | | |
| | | | **ITEM TOTAL:** | **$1,752.80** |
| 73 | 1 ea | **WARMING DRAWER, FREE STANDING** | $1,752.80 | $1,752.80 |
| | |  Alto-Shaam Model No. 500-2D<br>Halo Heat® Warming Drawer, free standing, two drawer, digital controller, (1) 12" x 20" pan, (50) rolls or (34) baked potatoes capacity per drawer, drawer can adapt to hold optional oversize pan, adjustable thermostat, stainless steel exterior, EcoSmart®, cULus, UL EPH Classified, CE, EAC | | |
| | 1 ea | NOTE: Subject to Manufacturer's Terms & Conditions. See Documents Section | | |
| | 1 ea | 120v/50/60/1-ph, 5.3 amps, .64 kW, NEMA 5-15P, standard | | |
| | 1 ea | Non-vented drawers, standard | | |
| | | | **ITEM TOTAL:** | **$1,752.80** |
| 74 | 1 ea | **COUNTERTOP PORTION STEAMER** | $1,286.09 | $1,286.09 |

TriMark Adams-Burch

02/21/2020

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | | Nemco Food Equipment Model No. 6600<br>Super Shot Countertop Steamer, electric, 1/2 size pan, push-button operation, on/off rocker switch, self-contained water reservoir, 30 minute preheat, powder coated top, cast aluminum well, 300-series stainless steel exterior, 120v/60/1-ph, 1800 watts, 15 amps, NEMA 5-15P, ETL | | |
| | | **ITEM TOTAL:** | | **$1,286.09** |
| 76 | 1 ea | **HEAT LAMP** | $855.65 | $855.65 |
| | | Hatco Model No. GRAH-84D3<br>Glo-Ray® Infrared Foodwarmer, high wattage, tubular metal heater rod, double heater rod housing 3" spacing, aluminum construction, 4100 watts, NSF, cUL, UL | | |
| | 1 ea | NOTE: Includes 24/7 parts & service assistance, call 800-558-0607 | | |
| | 1 ea | One year on-site parts and labor warranty, plus one additional year parts only warranty on all Glo-Ray metal sheathed elements | | |
| | 1 ea | 120v/60/1-ph | | |
| | 1 ea | TANDEM-DUAL Tandem Elements, dual (max. two elements end to end) (Available at time of purchase only) | | |
| | 1 ea | BLT TOG-4 (4) Built-in toggle controls (remote recommended) (Available at time of purchase only) | | |
| | 1 ea | STANDARD Clear Anodized Aluminum, standard (Available at time of purchase only) | | |
| | 1 ea | ADJ ANGLE-D Adjustable angle bracket, (2) pair | $25.07 | $25.07 |
| | | **Check** | | |
| | | **ITEM TOTAL:** | | **$880.72** |
| 78 | 1 ea | **FOOD PAN WARMER, COUNTERTOP** | $145.24 | $145.24 |
| | | Vollrath Model No. 71001<br>Cayenne® Food Warmer, countertop, full size, 13-3/4"W x 21-3/4"D x 9"H, 6" deep well, recessed controls, capillary tube thermostat, dome heating element, low-water indicator light, black interior, stainless steel exterior, non-skid feet, 120v/60/1-ph, 700 watts, 5.8 amps, cord, NEMA 5-15P, cULus, NSF, Made in USA | | |
| | | **ITEM TOTAL:** | | **$145.24** |
| 78.1 | 1 ea | **FOOD PAN WARMER, COUNTERTOP** | $145.24 | $145.24 |
| | | Vollrath Model No. 71001<br>Cayenne® Food Warmer, countertop, full size, 13-3/4"W x 21-3/4"D x 9"H, 6" deep well, recessed controls, capillary tube thermostat, dome heating element, low-water indicator light, black interior, stainless steel exterior, non-skid feet, 120v/60/1-ph, 700 watts, 5.8 amps, cord, NEMA 5-15P, cULus, NSF, Made in USA | | |
| | | **ITEM TOTAL:** | | **$145.24** |
| 79 | 1 ea | **MEGA TOP SANDWICH / SALAD PREPARATION REFRIGERATOR** | $3,141.26 | $3,141.26 |
| | | Turbo Air Model No. MST-60-24-N<br>M3 Series Sandwich/Salad-Mega Top Unit, two-section, rear mount self-contained compressor, 19.0 cu. ft., 24-pan top opening with (2) hoods, (2) swing doors, (2) PE coated wire shelves, 9-1/2" deep cutting board with side rail, digital temperature control, self-cleaning condenser, cold bunker system, stainless steel top, front & sides | | |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | | (galvanized steel back & bottom), aluminum interior, stainless steel floor & ABS door liner, LED interior lighting & fan control, R290 Hydrocarbon refrigerant, 1/4 HP, 115v/60/1-ph, 4.4 amps, NEMA 5-15P, cETLus, ETL-Sanitation | | |
| | 1 ea | Note: Contact factory representative for parts & accessories discounts | | |
| | 1 ea | 3 year parts & labor warranty, standard | | |
| | 1 ea | Additional 2 year compressor warranty (5 year total), standard | | |
| | 1 ea | Self-cleaning condenser device equipped, standard | | |
| | 1 ea | 1/6 size, 4" deep condiment pan & pan dividers included, standard | | |
| | 1 st | Caster Set, 4", swivel, locking front wheels, 5"H (overall), standard | | |
| | | | ITEM TOTAL: | $3,141.26 |
| 85A | 1 ea | **WALL / SPLASH MOUNT FAUCET** | $119.04 | $119.04 |
| | | T&S Brass Model No. B-1146-02A  Workboard Faucet, wall mount, 4" centers, 4-3/8" swivel gooseneck (includes lockwasher to convert to rigid), 2.2 GPM aerator, quarter-turn Eterna cartridges with spring checks, lever handles with color coded indexes, 1/2" NPT male inlets, ADA Compliant | | |
| | | | ITEM TOTAL: | $119.04 |
| 86 | 1 ea | **WORKTOP FREEZER** | $1,984.34 | $1,984.34 |
| | | Turbo Air Model No. TWF-28SD-N  Super Deluxe Worktop Freezer, one-section, 6.81 cu. ft., self-cleaning condenser equipped, LED interior lighting, (1) stainless steel door with recessed handle, stainless steel interior & exterior, ABS door liner, (1) stainless steel wire shelf, LED interior lighting, self-contained rear mounted refrigeration system, R290 Hydrocarbon refrigerant, 1/3 HP, 115v/60/1-ph, 2.4 amps, NEMA 5-15P, cETLus, ETL-Sanitation | | |
| | 1 ea | Note: Contact factory representative for parts & accessories discounts | | |
| | 1 ea | 3 year parts & labor warranty, standard | | |
| | 1 ea | Additional 2 year compressor warranty (5 year total), standard | | |
| | 1 ea | Self-cleaning condenser device equipped, standard | | |
| | 1 st | Caster Set, 4", swivel, locking front wheels, 5"H (overall), standard | | |
| | | | ITEM TOTAL: | $1,984.34 |
| 99 | 1 ea | **DRAFT BEER SYSTEM** | $11,680.08 | $11,680.08 |
| | | Custom Model No. WMD48-12  (2) Custom SS Wall Mount 12 Faucet Air Cooled Dispenser. Integrated Drip Tray with glass Rinser Length 48"L. Shadow Box Length 37"L x 4"H. In and out air flow tubes, 304 Stainless Steel Faucets coated PVD Brass. *****Powder Coated Tray and Grill.  Prismatic Powder coat color***** Gloss Black USS 2603/Solid Tone"*****  Cold water line with a shut off and 3/8" barbed fitting required within 5' of the beer cooler for rinser water.  *** Verify the wall depth, cooler wall depth and space between the outside cooler wall and the adjacent wall prior to ordering the Dispenser***  (2) AC-Restric/12-Twelve Product Balanced Tower Lead  (20) 350T- 1/2'' ID Clear vinyl Tubing | | |



| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | | (2) PI451214FS 3/8" WATER INLET CONNECTOR X 1/2" NPT | | |
| | | (2) PI451214FS 3/8" WATER INLET CONNECTOR X 1/2" | | |
| | | (2) WD-025 2 3/8" X 3/8" PLASTIC INLINE SHUTOFF | | |
| | | (1) 09K06-101 Watts 3-50 lbs Water Regulator Equipped with Pressure Gauge | | |
| | | (1) Copper Coil 3/8'' OD X 50' ROLL OF COPPER PIPE | | |
| | | (1) WaterManifold SS Water Manifold with one inlet and two outlets with shut offs | | |
| | | (3) 4 Product fob panel AC Distributing four product cooler panel | | |
| | | (100) 2106 3/8" Braided Gas Line | | |
| | | (200) 580XX 1/4'' ID Bev-Seal Ultra | | |
| | | (2) ES-60-2A 60 CFM BLOWER ASSEMBLY **Two 115v/20 amp outlets required within 4' of the evaporator coil* | | |
| | | (2) BE-1630-2 FLEXIBLE ALUMINUM TUBING 25' X 2" O.D. COILS | | |
| | | (12) S970-666 - 3/8'' I.D. Stainless "Y" | | |
| | | (1) 1371- One Regulator Secondary | | |
| | | (24) 4301-BLACK HANDLE FOR FAUCET | | |
| | | (12) 7485SS AMERICAN SANKEY S/S BODY, PROBE & FORK | | |
| | | Misc Parts Clamps, Fittings, Tapes, Sealants and Related Hardware | | |
| | | | | |
| | | ****IMPORTANT***** | | |
| | | Beer line length subject to change upon actual length of beer line run. | | |
| | | | | |
| | | ***GAS SYSTEM IS NOT PART OF THIS QUOTE***PLEASE SEE INSTALLER FOR ADDITIONAL DETAILS. | | |
| | | | | |
| | | ***POWER WILL BE NEEDED IN THE COOLER TO RUN TWO BLOWERS*** | | |
| | | | | |
| | | ***WATER WILL BE NEEDED WITHIN 5 FEET OF EACH TOWER WITH SHUT OFF VALVE AND 3/8" BARB FITTING | | |
| | | | | |
| | | ***SUPPLIED BY OTHERS*** | | |
| | | **Note: Prismatic Powder Coat to be Gloss Black USS 2603/Solid Tone** | | |
| | | ITEM TOTAL: | | $11,680.08 |
| 235 | 1 ea | **BACK BAR CABINET, REFRIGERATED** | $3,501.02 | $3,501.02 |
| | | Turbo Air Model No. TBB-4SG-N | | |
| | | Back Bar Cooler, three-section, glass doors, 90-3/8"W x 27-1/4"D x 37-1/8"H, 36.47 cu.ft., self-cleaning condenser equipped, self-contained, side mount, front breathing, (8) PE coated adjustable shelves, LED interior light, black laminated exterior & stainless steel countertop, stainless steel interior floor, white powder coated galvanized steel interior top & walls, (3) glass doors-double pane with locks, Low-E glass, R290 Hydrocarbon refrigerant, 1/3 HP, 115v/60/1-ph, 3.3 amps, cord, NEMA 5-15P, cETLus, ETL-Sanitation, ENERGY STAR® | | |
| | 1 ea | Note: Contact factory representative for parts & accessories discounts | | |
| | 1 ea | 3 year parts & labor warranty, standard | | |
| | 1 ea | Additional 2 year compressor warranty (5 year total), standard | | |
| | 1 ea | Self-cleaning condenser device equipped, standard | | |
| | 1 ea | Non-Standard mounting options below: | | |
| | 6 ea | S28R813660 Caster, 1", 1/2" diameter & 13 TPI (each) - Overall height | $10.06 | $60.36 |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | | not to exceed 1 1/2" | | |
| | | | **ITEM TOTAL:** | **$3,561.38** |
| 241 | 1 ea | **BACK BAR CABINET, REFRIGERATED** | $3,501.02 | $3,501.02 |
| | | Turbo Air Model No. TBB-4SG-N | | |
| | | Back Bar Cooler, three-section, glass doors, 90-3/8"W x 27-1/4"D x 37-1/8"H, 36.47 cu.ft., self-cleaning condenser equipped, self-contained, side mount, front breathing, (8) PE coated adjustable shelves, LED interior light, black laminated exterior & stainless steel countertop, stainless steel interior floor, white powder coated galvanized steel interior top & walls, (3) glass doors-double pane with locks, Low-E glass, R290 Hydrocarbon refrigerant, 1/3 HP, 115v/60/1-ph, 3.3 amps, cord, NEMA 5-15P, cETLus, ETL-Sanitation, ENERGY STAR® | | |
| | 1 ea | 3 year parts & labor warranty, standard | | |
| | 1 ea | Additional 2 year compressor warranty (5 year total), standard | | |
| | 1 ea | Self-cleaning condenser device equipped, standard | | |
| | 1 ea | Non-Standard mounting options below: | | |
| | 6 ea | S28R813660 Caster, 1", 1/2" diameter & 13 TPI (each) - Overall height - 1 1/2" | $10.06 | $60.36 |
| | | | **ITEM TOTAL:** | **$3,561.38** |
| 242 | 1 ea | **BACK BAR CABINET, REFRIGERATED** | $3,501.02 | $3,501.02 |
| | | Turbo Air Model No. TBB-4SG-N | | |
| | | Back Bar Cooler, three-section, glass doors, 90-3/8"W x 27-1/4"D x 37-1/8"H, 36.47 cu.ft., self-cleaning condenser equipped, self-contained, side mount, front breathing, (8) PE coated adjustable shelves, LED interior light, black laminated exterior & stainless steel countertop, stainless steel interior floor, white powder coated galvanized steel interior top & walls, (3) glass doors-double pane with locks, Low-E glass, R290 Hydrocarbon refrigerant, 1/3 HP, 115v/60/1-ph, 3.3 amps, cord, NEMA 5-15P, cETLus, ETL-Sanitation, ENERGY STAR® | | |
| | 1 ea | 3 year parts & labor warranty, standard | | |
| | 1 ea | Additional 2 year compressor warranty (5 year total), standard | | |
| | 1 ea | Self-cleaning condenser device equipped, standard | | |
| | 1 ea | Non-Standard mounting options below: | | |
| | 6 ea | S28R813660 Caster, 1", 1/2" diameter & 13 TPI (each) - Overall height 1 1/2" | $10.06 | $60.36 |
| | | | **ITEM TOTAL:** | **$3,561.38** |
| 88801 | 1 lt | **DELIVER & SET** | $12,600.00 | $12,600.00 |
| | | TriMark Adams Burch Model No. DEL/SET      Packed lt | | |
| | | Delivery and set-in-place of above equipment listing includes deliver, uncrate and set in place at NON-UNION RATES AND DURING NORMAL BUSINESS HOURS, 8AM TO 5PM Monday thru Friday This charge is based on an Estimated number of delivery days to job site. Any delays, non related to TriMark, or changes in scope of work, may result in additional delivery and installation charges. These charges will be reflected on a change order to be signed by both parties and will be billed on the final invoice. | | |
| | | Set-in-place and leave ready for any/all required connections by others. | | |

TriMark Adams-Burch                                                                02/21/2020

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | | Note: The general contractor and/or owner must provide the following: | | |
| | | (1) Proper egress | | |
| | | (2) Elevator or crane service if required | | |
| | | (3) Free on site4 dumpster service | | |
| | | (4) Free temporary electrical service if needed | | |
| | | (5) Purchase order/change order for overtime or holiday work | | |
| | | (6) The above contract is priced as a package. The items priced may not necessarily be purchased individually or in a select group at the above pricing. | | |
| | | (7) All Plumbing, Electrical, Carpentry and HVAC trades are by others unless specifically specified here in. | | |
| | | **ITEM TOTAL:** | | **$12,600.00** |
| 89903 | 1 ea | **DRAFT BEER INSTALLATION** | $2,862.00 | $2,862.00 |
| | | TriMark Adams Burch Model No. INSTALLATION | | |
| | | AC Beverage does not perform refrigeration, electrical or plumbing work. Account is responsible to arrange work that will be performed by others, which includes but is not limited to-electric for Glycol unit, coring of concrete/steel/granite countertops/floors and plumbing for water supply lines for water cooled power packs and glass rinsers. | | |
| | | **ITEM TOTAL:** | | **$2,862.00** |
| | | Merchandise | | $102,318.56 |
| | | Freight | | $1,997.48 |
| | | Tax 6% | | $5,967.39 |
| | | Total | | $110,283.43 |

Prices Good Until: 01/05/2020

**Unless otherwise stated**, this quote does **NOT** include: **FREIGHT**, delivery, un-crating, inspection, assembly, set in place, hook-ups, removal and disposal of packing, removal and disposal of existing equipment, plumbing, electrical work, ventilation work, engineering, construction, repairs, permits, Construction, Health & Fire Department Permits or approvals, or anything else not specifically stated in quote. If needed, we can arrange installation thru one of our subcontractors. The above pricing is good for 30 days from the original date of this quote, unless otherwise stated. **It is the customer's responsibility** to receive all of the above merchandise, inspect all cartons at time of delivery noting any damage on all shipments, and unload from the back of the truck all merchandise, unless otherwise stated. Equipment and Furniture orders are non-returnable and will require partial or full down payments.

Acceptance: *[signature]*                                    Date: 2/21/2020
Printed Name:    Andrew Darneille
Project Grand Total: $110,283.43