**GrizForm Purchasing, LLC**

1311 Naylor Ct NW
Washington, DC  20001 US
+1 202-234-2321
accounting@grizform.com



# INVOICE

**BILL TO**
Andrew Darneille
Smokecraft (55045)

| | | | | |
|---|---|---|---|---|
| INVOICE | | | | 2019-886 |
| DATE | | | | 02/07/2020 |
| TERMS | | | | Net 30 |
| DUE DATE | | | | 03/08/2020 |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT | SKU |
|---|---|---|---|---|---|
| 55045 Smokecraft Purchasing | FF&E | 0.50 | 38,740.97 | 19,370.49 | 55045 |

| | |
|---|---|
| BALANCE DUE | **$19,370.49** |

**grizform design architects**
1311 naylor ct nw washington dc 20001  p 202.234.2321  w grizform.com

Checks Received

Total Received:

Deposit of 50% due

## FFE Budget 02.07.20

| item # | Description | Manufacturer | Quantity | Unit Cost | Ext. Cost | GFD Fees | Shipping (estimated) | Total Cost | Notes |
|---|---|---|---|---|---|---|---|---|---|
| SG-4 | Dining Banquette | Old Dominion | 1 | $ 3,335.00 | $3,335.00 | $ 500.25 | $ 1,063.80 | $4,899.05 | Shipping for all OD items |
| FAB-1 | Caressa, Red Pepper (SG-5 Upholstery) | Mayer | 6 | $ 24.95 | $149.70 | $ 22.46 | $ 29.94 | $202.10 | |
| SG-5 | Outdoor Dining Chair | Florida Seating | 30 | $ 123.05 | $3,691.50 | $ 553.73 | $ 738.30 | $4,983.53 | |
| SG-6 | Entry Banquette | Old Dominion | 1 | $ 2,533.00 | $2,533.00 | $ 379.95 | $ - | $2,912.95 | |
| FAB-1 | Caressa, Red Pepper (SG-7 Upholstery) | Mayer | 5 | $ 24.95 | $124.75 | $ 18.71 | $ 24.95 | $168.41 | |
| TT-1 | Table Top 36x24 (Oak) | Old Dominion | 12 | $ 244.95 | $2,939.40 | $ 440.91 | $ - | $3,380.31 | |
| TB-1 | Dining Table Base for TT-1 (No Rock Terrace) | Tablebases.com | 12 | $ 209.99 | $2,519.88 | $ 377.98 | $ 439.16 | $3,337.02 | Shipping for all Tablebases |
| TT-2 | Table Top 36X36 (Oak) | Old Dominion | 8 | $ 463.63 | $3,709.04 | $ 556.36 | $ - | $4,265.40 | |
| TB-2 | Dining Table Base for TT-2 | Tablebases.com | 8 | $ 209.99 | $1,679.92 | $ 251.99 | $ - | $1,931.91 | |
| TT-3 | Bar Table Top Round 24" (Oak) | Old Dominion | 5 | $ 181.71 | $908.55 | $ 136.28 | $ - | $1,044.83 | |
| TB-3 | Bar Table Base for TT-3 | Tablebases.com | 5 | $ 249.99 | $1,249.95 | $ 187.49 | $ - | $1,437.44 | |
| TT-4 | Bar Table Top 24x36 (Oak) | Old Dominion | 4 | $ 244.95 | $979.80 | $ 146.97 | $ - | $1,126.77 | |
| TB-4 | Bar Table Base for TT-4 | Tablebases.com | 4 | $ 249.99 | $999.96 | $ 149.99 | $ - | $1,149.95 | |
| MISC | Art and Accessories Allowance | | 1 | $ 5,000.00 | $5,000.00 | $ 750.00 | $ 1,000.00 | $6,750.00 | |
| MISC | Pick Up Order Shelf | Wayfair | 1 | $ 749.92 | $749.92 | $ 112.49 | $ 149.98 | $1,012.39 | |
| **Sample Purchasing Fees** | | | | | | | | | |
| | Freshman Chair | Industry West | 1 | $ 22.20 | $22.20 | | | $22.20 | |
| | Prouve Barstool | Industry West | 1 | $ 33.00 | $33.00 | | | $33.00 | |
| | Prouve Chair | Industry West | 1 | $ 26.33 | $26.33 | | | $26.33 | |
| | Prouve Chair Aluminum | Industry West | 1 | $ 30.38 | $30.38 | | | $30.38 | |
| | Adobe Barstool | Industry West | 1 | $ 27.00 | $27.00 | | | $27.00 | |
| **TOTAL:** | | | | | $30,709.28 | $4,585.56 | $ 3,446.13 | | |

| | |
|---|---|
| Subtotal | $38,740.97 |
| Bank Fee | $0.00 |
| **Estimated FF&E Total** | **$38,740.97** |

This surplus has been applied to the "Balance Due Prior to Shipping". Any surplus balance after final shipment will be returned to the client in full.        $ (38,740.97)

GFD reserves the right to apply any excess funds in the purchasing account to the final Architectural Services invoice.
All applicable Sales and Use Taxes are the responsibility of the End User.
GrizForm Design LLC is authorized as a Purchasing Agent on the End User's behalf and is not responsible for Sales and Use Taxes.