

**Myzentek LLC**
46812 Vermont Maple Ter
Sterling, VA  20164
(571) 243-7203
mike@myzentek.com
https://www.myzentek.com

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Smoke Craft BBQ<br>1051 N Highland St<br>Arlington, VA  20164 | Smoke Craft BBQ<br>1051 N Highland St<br>Arlington, VA  20164 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 40377 | 01/09/2020 | $22,884.21 | 01/09/2020 | Due on receipt | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Smoke Craft Buildout**<br>Camera System<br>3 DVR-8 SDI 1080p HD Recorder DVR-8 SDI 1080p HD Recorder, with iOS, Andriod, Windows phone integration. Remote Desktop viewing<br>24 1080P SDI HD Camera<br>24 Camera install + Wiring<br>3 Camera Server Setup<br>3 Camera Power Source<br><br>Sound System Sound System<br>6 QSC K10 Speaker<br>6 QSC K10 Mount QSC K10 Mounting Bracket<br>6 QSC Speaker Install<br>10 HD Audio Wiring<br>1 DBX DriveRack 640<br>1 Sound System Setup<br><br>TV and Matrix Design<br>4 LG Smart LED 55 Inch TV<br>1 Epson HD Projector Home Cinema<br>1 Projector Mount<br>4 TV Mount<br>6 TV Mounting<br>1 Projector Screen 150 inch<br>6 Cat 6 Wiring<br>5 Coax Run<br>5 HDMI Balun<br>1 DJ Wiring Dj booth wiring<br>1 Video DJ Run, Wire run plus splitter<br><br>Rack System Rack<br>1 Server Rack 12U<br>1 Server Rack 9U<br>2 Rack Install Rack Install | 1 | 44,339.00 | 44,339.00T |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 3 24 Port Patch Panel | | | |
| 6 Rack Shelf Rack Shelf | | | |
| 2 Rackmount Power Strip Rackmount Power Strip | | | |
| | | | |
| POS & Phones POS & Phones | | | |
| 30 POS Wiring | | | |
| 4 Phone Wiring | | | |
| | | | |
| Universal Remote Setup Universal Remote Setup | | | |
| 1 URC MRX-8 | | | |
| 1 Site Programing Site Programing for all devices connected to URC Control | | | |
| | | | |
| DJ Equipment | | | |
| 1 Pioneer DDJ Pioneer DDJ SZ2 | | | |

50% Initial Deposit with Contract
25% Progress Payment upon Equipment Procurement
20% Progress Payment upon Equipment Delivery
5% Progress Payment upon Substantial Completion

| | |
|---|---|
| SUBTOTAL | 44,339.00 |
| TAX (6%) | 1,429.42 |
| TOTAL | 45,768.42 |
| PAYMENT | 22,884.21 |
| BALANCE DUE | **$22,884.21** |