# <u>Errors in Capital Bank (CB) Exhibit 3</u>

I.  **CB MATH & DATA ENTRY ERRORS**                                       $95,990.64

    a.  <u>Data Entry/Calculation Errors - $ 80,410.12</u>

        1.  **Smallware**/Kitchen Utensils *[Lines 64-160]*     $ 71,340.60
        2.  **Gas Hose Kits** *[Line 34]*                          2,705.40
        3.  **Factory Service** *[Line 63]*                        5,844.00
        4.  **Salamander Broiler** *[Line 38 less TM 2/21/20 Quote]*   520.12

    b.  <u>Duplicate Line Items - $ 15,580.52</u>

        1.  FF&E/**Furniture** *[Lines 1-7, 49-51 & 53]*           15,580.52

II. **CB WRONGFUL INCLUSION of APPRAISED ITEMS**                        $128,332.91

    a.  Items Acknowledged by CB as Appraised in Exh. 3

        1.  **Exhaust Hoods (3)/Ansul** (Left Hood, Right Hood, Smoker Hood & Ansul components to jive with Appraiser's Item #15, thereby correcting Exh. 3 *[Lines 56, 58, 61 & 62]*   17,038.07
        2.  **Salamander Broiler** *[Line 38]*                      3,234.16
        3.  **Draft Beer System** *[Line 47]*                      11,680.08

    b.  <u>Myzentek</u> *[Line 48]* (Provide & Install 26 Security Cameras, Sound, TV/Projector, POS & Phone Systems)   44,339.00

    c.  **Walk-in Beer Cooler** *[Line 54]*                       10,808.61

    d.  **Furniture (Non-Duplicates)** *[Lines 8-17, 19 & 52]*     31,491.16

    e.  Appraised Lot of "Support & Ancillary" Items

        1.  **Smallwares**/Kitchen Utensils *[Lines 64-160]*         8,119.62
        2.  **Heat Lamp, 2 Food Pan Warmers, Mop Broom Holder, Shelving** *[Lines 22, 43-45, 30-32 & 39-41]*   1,622.21

III. **CB WRONGFUL INCLUSON of INSTALLATION, PARTS & SERVICES ITEMS**    $21,004.26

    a.  **For Hoods & Ansul Fire Suppression System** *[Lines 59, 60, 62 & 63]* (**Ansul Installation**, Wall **Backsplash**, **Hood System Design**, **Hood Electrical**)   12,632.56

    b.  Walk-in Beer Cooler **Condensing Unit** *[Line 55]*       3,376.86

    c.  **Kitchen Faucets, Drains, Water Filtration** *[Lines 20, 21, 23-29, 33-37, 42 & 46]*   2,706.58

    d.  **Parts to Install gas cooking equipment** *[Lines 34-37 & 42]*   2,288.26

IV. **CB WRONGFUL INCLUSION of INTANGIBLE, UNUSED, "ALLOWANCE"**         $ 5,000.00

    a.  Unused **Art Allowance** *[Line 18]*

                                            **TOTAL: $ 250,327.81**