# GENERAL NOTES / KEY

|  | MAINTAIN CLEAR AISLE WIDTH OF 3'-0" MIN THROUGHOUT (AISLE INDICATED BY HATCH) |
|---|---|
|  | MAINTAIN 17" MIN BETWEEN ALL TABLES & CHAIRS |

|  | INDICATES AREAS NOT PART OF THIS PERMIT - SHOWN ONLY FOR EGRESS |
|---|---|

## OCCUPANCY CALCULATIONS

### INTERIOR AREA: 3294 SF

| BAR STOOLS (84 SQUARE FT) | BAR STOOLS (84 SF) (8#SF ÷ 7 NSF/OCC) = 13 (12 OCC) [SEE SEATING DIAGRAM] IBC 1004.1.2 UNCONCENTRATED | 13 |
|---|---|---|
| BAR STANDING ROOM (200 SQUARE FT) | BAR STANDING AREA 200 (200 SF ÷ 5 NSF/OCC) = 44 OCC [SEE SEATING DIAGRAM] IBC 1004.1.2 UNCONCENTRATED | 44 |
| HOST STANDING ROOM (17 SQUARE FT) | HOST STANDING 27 SF (17 SF ÷ 5 NSF/OCC) = 3.4 OCC [SEE SEATING DIAGRAM] IBC 1004.1.2 UNCONCENTRATED | 3 |
| DINING (798 SQUARE FT) | DINING ROOM TABLES (798 SF) (798 SF ÷ 15 NSF/OCC) = 53 OCC [SEE SEATING DIAGRAM] IBC 1004.1.2 UNCONCENTRATED | 53 |
| BAR DINING (205 SQUARE FT) | DINING ROOM TABLE (205 SF) (205 SF ÷ 15 NSF/OCC) = 13.6 OCC [SEE SEATING DIAGRAM] IBC 1004.1.2 UNCONCENTRATED | 13 |
| | TOTAL | 126 |

| KITCHEN (1004 SQUARE FT) | KITCHEN (1004 SF) (1004 SF ÷ 200 NSF/OCC) = 5.4 OCC [SEE SEATING DIAGRAM] IBC 1004.1.2 COMMERCIAL KITCHEN | 5 |
|---|---|---|
| MANAGER OFFICE (33 SQUARE FT) | MANAGER OFFICE (33 SF) (33 SF ÷ 5 NSF/OCC) = 3.4 OCC [SEE SEATING DIAGRAM] IBC 1004.1.2 BUSINESS AREA | 3 |
| BALANCE OF AREA (749 SQUARE FT) | BALANCE OF AREA (3275 SF) (749 SF ÷ 100 GSF/OCC) = 15 OCC [SEE SEATING DIAGRAM] IBC 1004.1.2 BUSINESS AREA | 14 |
| | TOTAL | 22 |

### INTERIOR GRAND TOTAL 148

## ACCESSIBILITY ANALYSIS

LOUNGE AREA:
THE TOTAL FLOOR AREA ALLOTTED FOR SEATING AND TABLES IS ACCESSIBLE

SURFACES:
AT LEAST 5% BUT NOT LESS THAN ONE OF THE SEATING AND STANDING SPACES SHALL BE ACCESSIBLE. THE INTERIOR SEATING IS 48 THEREFORE 8 SEATS NEED TO BE ACCESSIBLE PLEASE SEE THE PLAN BELOW. IF SEATS ARE PROVIDED

TOILET AND BATHING FACILITIES:
FACILITIES FOR BOTH SEXES ARE ACCESSIBLE



INDICATES ACCESSIBLE SEAT (30" X 48") SPACE

R - REQUIRED
P - PROVIDED

## PLUMBING FIXTURE COUNT

OCCUPANT LOAD 148
TOTAL OCCUPANT LOAD 148

| | CODE COUNTS | REQUIRED FIXTURES | PROVIDED FIXTURES |
|---|---|---|---|
| 50% MEN | 74 | 1 WC/URINAL PER 75 MEN | 4 WC/ URINALS |
| 50% WOMEN | 74 | 1 WC/75 WOMEN | 3 WC |
| | | 1 LAVATORY/200 MEN 1 LAVATORY/200 WOMEN | 2 LAV 2 LAV |
| FAMILY/ASSISTED USE | | | |



PUBLIC RIGHT OF WAY
11TH STREET N

PUBLIC RIGHT OF WAY
N HIGHLAND STREET

BAR DINING 4

HOST

POS

DINING 2

BAR 3

MANAGER 7A 33 SF

KITCHEN 7 1004 SF

WOMENS 5

MENS 6

POS/SERVICE

DIAGONAL 79' 11"

① OCCUPANCY PLAN
1/4" = 1'-0"

## PROJECT



SMOKE CRAFT

MODERN BARBECUE

3210 HIGHLAND STREET
ARLINGTON, VIRGINIA 22201

## ARCHITECT

gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER:

FOOD SERVICE CONSULTANT:

STRUCTURAL ENGINEER:

GENERAL CONTRACTOR:

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.15.2019 | 1 | ISSUE FOR PERMIT |
| 09.02.2019 | 2 | PERMIT SUBMISSION REV.#1 |
| 10.20.2019 | 3 | PERMIT SUBMISSION REV.#2 |
| 10.20.2019 | 4 | PERMIT SUBMISSION REV.#3 |
| 12.05.2019 | 5 | CONSTUCTION SET - CLIENT REVIEW |
| 12.11.2019 | 6 | CONSTUCTION SET 100% |

# Egress & Occupancy Plan

| Project Number | 310 |
|---|---|
| Date | |
| Drawn By | Author |
| Checked By | Checker |

## 003

Scale   AS NOTED

## DOOR HARDWARE SCHEDULE

NOTE: REFER TO DOOR SCHEDULE, SHEET CS-4, DOORS TO RECEIVE EACH NOTED HARDWARE

DATE: 09/28/2018

| HARDWARE PACKAGES | TYPE | DESCRIPTION OF ITEMS | SPECIAL NOTE |
|---|---|---|---|
| **PACKAGE HP #1** | | | |
| RESTROOM DOORS | (3) SMOOTH ACTION HINGES | GC to select. Finish: Black | |
| | (1) DOOR PUSH PLATE | Manuf: House of Antique Hardware Item #R-05HVWN80P Finish: Iron w/ Rough Texture Dims: 5⅛"H x 2.5"W x 1/8"Thickness | |
| | (1) DOOR PULL | Manuf: House of Antique Hardware Item #R-05HVWP20P Finish: Iron w/ Rough Texture Dims: 9"H x 2.75"W x 1⅝"8" Projection | |
| | (1) DOOR BOLT | Manuf: Schlage Lock Company Item: B571 Door Bolt, Occupancy Indicator Finish: Black | |
| | (1) DOOR CLOSER | Salvage and reuse existing | |
| | (1) STRIKE PLATE | | |
| | (3) SILENCERS | Manuf: Contractor to select. Item: Rubber/Vinyl Round Silencer Finish: Clear Dmen. 1/4"-1/2" Overall | |
| | (1) DOOR STOP | Manuf: House of Antique Hardware Solid Bronze Baseboard Door Stop Item #: RS-04AN-80-131 Finish: Dark Bronze | |
| **PACKAGE HP #2** | | | |
| KITCHEN EGRESS DOOR | (3) SMOOTH ACTION HINGES | GC to select. Finish: Black | |
| | (1) DOOR PULL - CORRIDOR SIDE | Manuf: Schlage Item # 710 LAT 622 or Equal Finish: 360% | |
| | (1) PER DOOR) PANIC HARDWARE - KITCHEN SIDE | Manuf: Von Duprin or Equal Item # 55NL Rim Exit Device - Night Latch Submit finish options to architect for approval | Lock/latch to be installed with GFD specified pull - do not use manufacturer pull. Lock/latch finish to match rim device finish |
| | (1) DOOR CLOSER | GC to select to coordinate w/weight & size of door. Door closer to be surface-mounted. Finish: Black - submit options to architects for approval | Force req'd to open door so adhere to all ADA regulations. Architects to approve spec. prior to GC placing order |
| | (1) STRIKE PLATE | Finish: Black | |
| | (1) LOCKING MECHANISM | Manuf: By Landlord. GC to Coordinate w/ Owner/ Landlord and existing security system for installation of new card reader. GC to select coordinating Magnetic Lock. | |
| | (3) SILENCERS | Manuf: Contractor to select. Item: Rubber/Vinyl round silencer Finish: Clear Dmen. 1/4" - 1/2" Overall | |
| **PACKAGE HP #3** | | | |
| NOT USED | (3) SMOOTH ACTION HINGES | GC to select. Finish: Black | |
| | (1) DOOR PULL | Manuf: First Impressions Item # Columbia 1 Finish: Walnut, Marble Black Dims: 360% | |
| | (1) PUSH PLATE | Manuf: Re:juvenation Item # C8571 Finish: Oil-Rubbed Bronze Dims: 2.75"W x 9.953"H | |
| | (1) DOOR CLOSER | GC to select to coordinate w/weight & size of door. Door closer to be surface-mounted. Finish: Black - submit options to architect for approval | Force req'd to open door so adhere to all ADA regulations. Architects to approve spec. prior to GC placing order |
| | (1) STRIKE PLATE | Finish: Black | |
| | (3) SILENCERS | Manuf: Contractor to select. Item: Rubber/Vinyl round silencer Finish: Clear Dmen. 1/4" - 1/2" Overall | |
| **PACKAGE HP #4** | | | |
| MANAGERS OFFICE DOOR | (3) SMOOTH ACTION HINGES | GC to select. Finish: Black | |
| | (1) DOOR PULL | Manuf: Schlage Item #710 lat 622 or equal Finish: Black | |
| | (1) LOCKING MECHANISM | GC to coordinate with owner security for preffered locking mechanism. Finish to match door pull as specified. | |
| | (1) DOOR CLOSER | GC to select to coordinate w/weight & size of door. Door closer to be surface-mounted. Finish: Black - submit options to architect for approval | Force req'd to open door so adhere to all ADA regulations. Architects to approve spec. prior to GC placing order |
| | (1) STRIKE PLATE | Finish: Black | |
| | (3) SILENCERS | Manuf: Contractor to select. Item: Rubber/Vinyl round silencer Finish: Clear Dmen. 1/4" - 1/2" Overall | |

## Door Schedule

| Mark | Location | Description | Hardware Package | Threshold | Height | Thickness | Width | Finish | Frame Type | Frame Material | Fire Rating | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D2 | KITCHEN | HOLLOW METAL DOOR - MANUFACTURER BY GC | 2 | 3 | 7'- 0" | 0'- 1-3/8" | 3'- 0" | MT/PT | | MT | 45 MIN | EXISTING DOOR PAINTED TO MATCH BUILDING STANDARD CORRIDOR PAINT |
| D3 | RESTROOM | TRUESTILE #VG1010 BEADED PANEL DOOR | 1 | 3 | 7'- 0" | 0'- 1-3/4" | 3'- 0" | WD/PT | C | WD | N/A | PAINTED PT-02 SEMI GLOSS FINISH |
| D4 | RESTROOM | TRUESTILE #VG1010 BEADED PANEL DOOR | 1 | 3 | 7'- 0" | 0'- 1-3/4" | 3'- 0" | WD/PT | C | WD | N/A | PAINTED PT-02 SEMI GLOSS FINISH |
| D5 | KITCHEN | ELASDAN CORP SCP-3 STAINLESS STEEL TRAFFIC DOOR WITH WINDOW | 3 | 3 | 8'- 0" | 0'- 1-3/4" | 2-8'/ DBL. Dmn. | SPFM/ STANDAR DI SS | B | MT | N/A | STANDARD FINISH |
| D6 | MANAGERS OFFICE | FLAT SLAB PANEL WOOD DOOR | 4 | | 7'- 0" | 0'- 1-3/8" | 2'- 8" | WD/PT | D | WD | N/A | PAINTED PT-02 SEMI GLOSS FINISH |

*GENERAL NOTE: ALL EXTERIOR DOORS ARE EXISTING TO REMAIN

### DOOR TYPES



TYPE A    TYPE B    TYPE C    TYPE D

### HEAD, JAM AND THRESHOLD DETAILS



1. THRESHOLD    2. JAMB

2. THRESHOLD    1. JAMB

3. THRESHOLD    1. HEAD

### FLOORING TRANSITIONS



FLOORING TRANSITION DETAIL - TYP VERTICAL TRANSITION 6" = 1'-0"

FLOORING TRANSITION DETAIL - TILE TO EXISTING AT THRESHOLD 6" = 1'-0"

FLOORING TRANSITION DETAIL - TILE 6" = 1'-0"

NOT USED

FLOORING TRANSITION DETAIL - RESILIENT FLOORING TO TILE 6" = 1'-0"

SMOKE CRAFT

MODERN BARBECUE

100 N HIGHLAND STREET ARLINGTON VIRGINIA 22201

PROJECT:

ARCHITECT:



gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER:

FOOD SERVICE CONSULTANT:

STRUCTURAL ENGINEER:

GENERAL CONTRACTOR:

| DATE | NO | DESCRIPTION |
|---|---|---|
| 07.05.2019 | 1 | ISSUE FOR PERMIT |
| 09.03.2019 | 2 | PERMIT SUBMISSION REV #1 |
| 10.03.2019 | 3 | PERMIT SUBMISSION REV #2 |
| 10.20.2019 | 4 | PERMIT SUBMISSION REV #3 |
| 10.09.2019 | 5 | CONSTUCTION SET - CLIENT REVIEW |
| 12.31.2019 | 6 | CONSTUCTION SET 100% |



## Door Details, Schedule, & Hardware Packages

Project Number: 310

Date:

Drawn By: Author

Checked By: Checker

**004**

Scale: AS NOTED





**1-HR. RATED PARTITION**
DESCRIPTION - (1) LAYERS OF 5/8" GYP. BOARD, APPLIED VERTICALLY (OR HORIZONTALLY), BOTH SIDES, ON 25 GA METAL STUDS @16" O.C.

| ① | STUD | TOTAL WIDTH | INSULATION |
|---|---|---|---|
| A | 3-5/8" | 4-7/8" | NO |

**TYPICAL INTERIOR PARTITION**
DESCRIPTION - (1) LAYERS OF 5/8" GYP. BOARD, APPLIED VERTICALLY (OR HORIZONTALLY), BOTH SIDES, ON METAL STUDS @16" O.C.

| ② | STUD | TOTAL WIDTH | INSULATION |
|---|---|---|---|
| A | 1-5/8" | 2-7/8" | NO |
| B | 2-1/2" | 3-3/4" | NO |
| C | 3-5/8" | 4-7/8" | NO |
| D | 3-5/8" | 4-7/8" | YES- R-13 |
| E | 3-5/8" | 4-7/8" | YES- R-19 |
| F | 6" | 7-1/4" | NO |
| G | 6" | 7-1/4" | YES- R-19 |

**METAL STUD FURRING / CHASE**
DESCRIPTION - (1) LAYERS OF 5/8" GYP. BOARD, APPLIED VERTICALLY, OCCUPIED SIDE, ON METAL STUDS @16" O.C.

| ③ | STUD | TOTAL WIDTH | INSULATION |
|---|---|---|---|
| A | 1-5/8" | 2-1/4" | NO |
| B | 2-1/2" | 3-1/8" | NO |
| C | 3-5/8" | 4-1/4" | NO |
| D | 1-5/8" | 2-1/4" | YES- R-19 |

**PARTITION NOTES**

1. LINE OF STRUCTURE IN DETAILS SHOWN IN DIAGRAMMATIC AND DOES NOT INDICATE EXACT CONSTRUCTION. EXTEND WALL AS NECESSARY TO DECK ABOVE & SEAL.
2. PROVIDE DEFLECTION TRACKS OR CLIPS FOR ALL PARTITION ABUTTING STRUCTURE ABOVE.
3. EXTEND RATED PARTITIONS THROUGH THE INTERIOR FACE OF EXTERNAL WALL GYPSUM BOARD AND SEAL THE INSIDE FACE OF THE EXTERIOR BUILDING WALL SHEATHING.
4. INTERIOR METAL STUD PARTITIONS ARE DIMENSIONED FROM FACE OF GYPSUM BOARD U.N.O.
5. ROOMS RECEIVING SOUND ATTENUATION TO FULL LENGTH AND HEIGHT OF ALL PERIMETER PARTITIONS TO PROVIDE COMPLETE ROOM ENCLOSURE.
6. MAINTAIN FIRE PROTECTION RATINGS FOR ALL OPENINGS IN RATED PARTITIONS.
7. WHERE THERE ARE CHANGES IN PARTITION TYPES IN A WALL PROVIDE CONTINUOUS WALL PLANE, OFFSET STUDS TO ALIGN FACE OF PARTITIONS. REFER TO PARTITION INTERSECTIONS.
8. PROVIDE BLOCKING FOR DETAIL OF ALL WALL MOUNTED ITEMS.
9. WATERPROOF MEMBRANE AT TILE FLOORS TO CONTINUE UP WALL BEHIND WALL FINISH FOR 6", TYP AT ALL TILE FLOOR APPLICATIONS.

**GYPSUM BOARD SCHEDULE**

| TYPE | USE |
|---|---|
| 5/8" GYP. BOARD | TYPICAL |
| 5/8" TYP. "X" | OR FIRE CODE OR SIMILAR RATED WALLS |
| 5/8" ABUSE & FIRE RESISTANT | AS IDENTIFIED ON PLANS |
| 5/8" MOLD, WATER, FIRE, ABUSE RESISTANT | BEHIND "WET WALL" PARTITIONS WITH PLUMBING FIXTURES- TO HEIGHT OF 4' AFF |
| 1/2" FIBER CEMENT | PARTITIONS EXPOSED TO RUNNING WATER, RECEIVING TILE, E.G. BATHTUBS, SHOWERS |
| 5/8" MOISTURE RESISTANT ("GREEN ROCK") | ALL TOILET ROOMS, HOUSE KEEPING, JANITORS CLOSETS- UNLESS RECEIVING MOLD/WATER/FIRE/ABUSE RESISTANT BOARD OR FIBER CEMENT |

**PARTITION INTERSECTION PRIORITIES**

| | | |
|---|---|---|
| HIGHEST | 1 | 3 HOUR FIRE |
| | 2 | 2 HOUR FIRE / SMOKE |
| | 3 | 2 HOUR SHAFT |
| | 4 | 2 HOUR FIRE |
| MEDIUM | 5 | 1 HOUR FIRE / SMOKE |
| | 6 | 1 HOUR SHAFT |
| | 7 | 1 HOUR FIRE |
| | 8 | NON-RATED SMOKE RESISTANT |
| LOWEST | 9 | NON-RATED PARTITION |

PROJECT


SMOKE ✦ CRAFT
MODERN BARBECUE
1051 N HIGHLAND STREET
ARLINGTON VIRGINIA 22201

ARCHITECT

gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.05.2019 | 1 | ISSUE FOR PERMIT |
| 09.12.2019 | 2 | PERMIT SUBMISSION RESV#2 |
| 10.07.2019 | 3 | PERMIT SUBMISSION RESV#2 |
| 10.29.2019 | 4 | PERMIT SUBMISSION RESV#3 |
| 12.05.2019 | 5 | CONSTUCTION SET - CLIENT REVIEW |
| 12.11.2019 | 6 | CONSTUCTION SET 100% |



# Partition Types & Details (Metal Stud)

| | |
|---|---|
| Project Number | 310 |
| Date | |
| Drawn By | Author |
| Checked By | Checker |

**006**

Scale: AS NOTED

## Finish Schedule

| NUMBER | DESCRIPTION | LOCATION | CATEGORY | MANUFACTURER | PRODUCT | SIZE | COLOR | FINISH | COMMENT | CONTACT |
|---|---|---|---|---|---|---|---|---|---|---|
| EXISTING CONCRETE | | | | | | | | | | |
| EXISTING CONCRETE | EXISTING INTERIOR FLOOR | INTERIOR FLOOR | FLOORING | BY GC | | | CLEAN FLOOR TO LIKE NEW CONDITION | | | |
| FIBERGLASS REINFORCED PLASTIC | | | | | | | | | | |
| FRP-01 | FIBERGLASS REINFORCED PLASTIC | BAR AS NOTED | WALL | MARLITE | ITEM #: P807 | | BLACK | SMOOTH | | |
| GROUT | | | | | | | | | | |
| GR-01 | GROUT | ALL WALL TILE | WALL | MAPEI | KERAPOXY | | 47 CHARCOAL | UNSANDED | | |
| GR-02 | GROUT | T-04 | FLOOR | MAPEI | KERAPOXY | | 47 CHARCOAL | SANDED | | |
| METAL | | | | | | | | | | |
| MT-01 | METAL | T-03 AS NOTED | WALL | SCHLUTER | SCHIENE | 10MM | E100EB | SATIN NICKEL ANODIZED ALUMINUM | | |
| MT-02 | METAL | T-01 AND T-02 AS NOTED | WALL | SCHLUTER | SCHIENE | 11MM | E100EB | SATIN NICKEL ANODIZED ALUMINUM | | |
| MT-03 | METAL | AS NOTED | WALL | MCNICHOLS | TECHNA 8169 - 3381690048 | 48" X 96" | COPPER ALLOY | MILL FINISH | | |
| MT-04 | METAL | BAR AS NOTED | WALL AND FLOOR | GC TO SELECT | HOT ROLLED STEEL | | GUNMETAL | SMOOTH | | |
| MT-05 | METAL | T-04 AS NOTED | FLOOR | SCHLUTER | RENO-RAMP | 1/2"H | AE | | | |
| PAINT | | | | | | | | | | |
| PT-01 | PAINT | CEILING AS NOTED | CEILING | HY-TEC | ACOUST-COAT #150 | | BLACK | MATTE | | |
| PT-01A | PAINT | BAR CEILING AS NOTED | CEILING | SHERWIN WILLIAMS | EMERALD LATEX ACRYLIC INTERIOR PAINT | | TRICORN BLACK SW6258 | FLAT | ONE COAT PRIMER, TWO COATS FINISH; CONTRACTOR TO PROVIDE BRUSH DOWN TO ARCHITECT FOR APPROVAL | |
| PT-01B | PAINT | INTERIOR WALLS AS NOTED | WALL | SHERWIN WILLIAMS | EMERALD LATEX ACRYLIC INTERIOR PAINT | | TRICORN BLACK SW6258 | EGGSHELL | ONE COAT PRIMER, TWO COATS FINISH; CONTRACTOR TO PROVIDE BRUSH DOWN TO ARCHITECT FOR APPROVAL | |
| PT-01C | PAINT | INTERIOR WALLS AS NOTED | WALL | SHERWIN WILLIAMS | EMERALD LATEX ACRYLIC INTERIOR PAINT | | TRICORN BLACK SW6258 | SEMIGLOSS | ONE COAT PRIMER, TWO COATS FINISH; CONTRACTOR TO PROVIDE BRUSH DOWN TO ARCHITECT FOR APPROVAL | |
| PT-02A | PAINT | RESTROOM CEILING AS NOTED | CEILING | SHERWIN WILLIAMS | EMERALD LATEX ACRYLIC INTERIOR PAINT | | ALABASTER SW 7008 | FLAT | ONE COAT PRIMER, TWO COATS FINISH; CONTRACTOR TO PROVIDE BRUSH DOWN TO ARCHITECT FOR APPROVAL | |
| PT-02B | PAINT | INTERIOR WALLS AS NOTED | WALL | SHERWIN WILLIAMS | EMERALD LATEX ACRYLIC INTERIOR PAINT | | ALABASTER SW 7008 | EGGSHELL | ONE COAT PRIMER, TWO COATS FINISH; CONTRACTOR TO PROVIDE BRUSH DOWN TO ARCHITECT FOR APPROVAL | |
| PT-02C | PAINT | BASEBOARDS AS NOTED | TRIM | BENJAMIN MOORE | AURA INTERIOR PAINT | | 2121-10 GRAY | SEMIGLOSS | ONE COAT PRIMER, TWO COATS FINISH; CONTRACTOR TO PROVIDE BRUSH DOWN TO ARCHITECT FOR APPROVAL | |
| PT-03 | PAINT | INTERIOR FLOORS AS NOTED | CEILING | GC TO SELECT | CONCRETE SEALER | | CLEAR | | | |
| PT-04 | PAINT | INTERIOR FLOORS AS NOTED | FLOOR | DURABAK | 18 M26 MARINE SAFETY TRAFFIC COATING | | BLACK | SMOOTH | APPLIED IN STENCILED PATTERN. SEE DRAWINGS FOR DETAILS | |
| SPECIALTY FINISH | | | | | | | | | | |
| SP-01 | SPECIALTY FINISH | DINING ROOM - MOVABLE PARTITION | WALL | BY GC | CORTEN STEEL | | NATURAL PATINA | RAW | GC TO PROVIDE FINISH SUBMITTAL FOR ARCHITECT REVIEW | |
| STONE | | | | | | | | | | |
| ST-01 | STONE | BAR TOP | COUNTERTOP | OKITE | QUARTZITE | THICKNESS: 1.25" | ROYAL RED VELVET | POLISHED | CONSULT WITH OWNER FOR EDGE TREATMENT | |
| ST-02 | STONE | HOST STAND AND POS AT NOTED | COUNTERTOP | GC | GRANITE | 2 CM THICK | BLACK | POLISHED | GC TO SELECT | |
| TILE | | | | | | | | | | |
| T-01 | TILE | BAR DIE WALL AND BACK BAR AS NOTED | WALL | ARCHITECTURAL CERAMICS | CHELSEA BRICK | 2.4"W X 9.4"H, 11MM THICKNESS | BLACK | GLOSSY | VERTICAL STACK, GROUT JOINT 1/8" | |
| T-02 | TILE | BACK BAR AS NOTED | WALL AND FLOOR | TILEBAR | BASIC ROADWAY CEMENT MOSAIC TILE | 11.81" X 23.62", 10MM THICK | ASH | UNPOLISHED | HORIZONTAL ORIENTATION | |
| T-03 | TILE | RESTROOM WALLS | WALL | MOSAIC TILE | 03AV3441224U | 12" X 24", 10.5MM THICK | COPPER CORE | UNPOLISHED | HORIZONTAL STACK, GROUT JOINT 1/8" | |
| T-04 | TILE  NOT USED | BACK BAR FLOORING | FLOOR  QUARRY TILE | DALTILE | QUARRY TEXTURES | 6" X 6", 1/2" THICKNESS | ABI | ARID-Q8AY | GROUT JOINT 1/8" | |
| WOOD | | | | | | | | | | |
| WD-01 | WOOD | AS NOTED | WALL | DELTA MILLWORKS | ACCOYA TIGER SMOOTH TEAK | 5.5"W X RANDOM LENGTH | | | SHIPLAP PROFILE, HORIZONTAL ORIENTATION | |
| WD-02 | WOOD | AS NOTED | WALL | DELTA MILLWORKS | ACCOYA GATOR | 5.5"W X RANDOM LENGTH | GATOR BLACK | | SHIPLAP PROFILE, COMMERCIAL FINISH, FIRE RATED FINISH TO MATCH SAMPLE #5897 | |
| WD-03 | WOOD | AS NOTED | WALL | GC TO SELECT | CHARACTER GRADE WHITE OAK | 2" THICK | STAIN AND GRAIN TO MATCH WD-1 | | BASE COAT: GENERAL FINISHES ENDURO SANDING SEALER, TOP COAT: GENERAL FINISHES ENDURO PRE-CAT URETHANE SATIN FINISH | |
| WOOD BASE | | | | | | | | | | |
| WB-01 | WOOD BASE | INTERIOR AS NOTED | WALL | MOULDINGS ONE | #2139 | 3/4" X 5-1/4" | STAINED TO MATCH WD-02 | STAIN GRADE | TYP. FLUSH WALL BASE | |
| WOOD VENEER | | | | | | | | | | |
| WV-01 | WOOD VENEER | HOST STAND | WALL | GC TO SELECT | WOOD STAINED TO MATCH WD-02 | | STAIN AND GRAIN TO MATCH WD-01 | TBD | | |

## Lighting Fixture Schedule

| ITEM NUMBER | TYPE DESCRIPTION | LOCATION | MANUFACTURER | PRODUCT | FINISH | SIZE | LAMP | COMMENT |
|---|---|---|---|---|---|---|---|---|
| A1 | DOWN LIGHT | AS NOTED | WAC LIGHTING | AETHER - OPEN REFLECTOR, R3ASDT | BLACK | 5-1/4" W X 3/34"H | F, 927, 2700K, 90 CRI, 1025 LUMEN | HOUSING: HR-3LED-H17A, GC TO SUMBIT BULBS WITH LIGHTING SUBMITTAL |
| A2 | DOWN LIGHT | AS NOTED | LURALINE LIGHTING | 279 CM, LRP30 | BLACK | 9"H X 6"W | BEAM ANGLE - 40, 35M, 700 LUMENS, 8.5W, 90 CRI | FIXTURE TO BE USED WITH SOLAIS LED LAMP, GC TO SUMBIT BULBS WITH LIGHTING SUBMITTAL |
| B1 | SCONCE | RESTROOMS | HUDSON VALLEY | GIBBS SCONCE, 7032-OB | OIL RUBBED BRONZE | 4.5"W X 22.25"H X 4.5"D | 75W | GC TO SUBMIT BULBS WITH LIGHTING SUBMITTAL |
| B2 | SCONCE | DINING ROOM | RESTORATION HARDWARE | DAVENPORT SCONCE | BRONZE | 3.75"D X 4.75"W X 16.25"H | 60W, WARM DIM LED, 2700K, G9 BI-PIN BASE | GC TO SUBMIT BULBS WITH LIGHTING SUBMITTAL |
| C1 | COVE | | AION LED | 3924-24-WR STANDARD OUTPUT | | FIXTURE: 46"W, OVERALL: 1.12"W | 100.17 LUMENS, 91 CRI, 24V, 2350 K | GC TO SUBMIT BULBS WITH LIGHTING SUBMITTAL |
| C2 | COVE | | 1000BULBS.COM | ROPE LIGHT. SKU: F72-N120CL12150 | | WARM WHITE | 1/2" | INCANDESCENT | GC TO SUBMIT BULBS WITH LIGHTING SUBMITTAL |
| D1 | DECORATIVE | DINING ROOM | TROY LIGHTING | IMPRESSION PENDANT | GRAPHITE AND SATIN NICKEL | 36.75"DIA X 7.25"W, 56.25"MAX LENGTH | 60W, E12 BASE, WARM DIM LED, 2700K | GC TO SUBMIT BULBS WITH LIGHTING SUBMITTAL |
| D2 | DECORATIVE | BAR AND DINING ROOM | TROY LIGHTING | DISTRICT PENDANT | SATIN BLACK | 10"DIA X 20.75"H X 69.75" MAX LENGTH | 60W X E26 BASE, T EDISION STYLE BULB, WARM DIM, 2700K LED | GC TO SUBMIT BULBS WITH LIGHTING SUBMITTAL |
| E1 | TRACK LIGHT | AS NOTED | HORNET HIGH POWER | HORNET-HP-A14 LED | BLACK TEXTURE | 4.24"W X 4-5/8"D X 4-11/16"H | 18W, NH 22 DEGREES, 279-2700K-90CRI | INCLUDES DICHROIC 2460 FILTER, REQUIRES TRACK AND ACCESSORIES - SNAH, GC TO SUBMIT BULBS WITH LIGHTING SUBMITTAL |
| F1 | FLUORESCENT | AS NOTED | COLUMBIA LIGHTING | LCAT24 | | 2' X 4' | 3000K, LED | GC TO SUBMIT BULBS WITH LIGHTING SUBMITTAL |

## Plumbing Fixture & Accessory Schedule

| ITEM NUMBER | TYPE DESCRIPTION | LOCATION | MANUFACTURER | PRODUCT | FINISH | SIZE | COMMENT |
|---|---|---|---|---|---|---|---|
| ACCESSORY | | | | | | | |
| PA-01 | ACCESSORY | RESTROOMS | ASPIRE HOME ACCENTS | MORRIS WALL MIRROR | NUTMEG WOOD | 24"W X 36"H X 1"D | NEED TO BUY TALLER MIRRORS |
| PA-02 | ACCESSORY | RESTROOMS | BRADLEY | TOILET TISSUE DISPENSER, MODEL 5126 | BRIGHT POLISHED STAINLESS STEEL | 6-3/8"H X 12-5/8"L X 2"D | |
| PA-03 | ACCESSORY | RESTROOMS | BRADLEY | HEAVY DUTY BARIATRIC STAINLESS STEEL GRAB BAR | STAINLESS STEEL | AS NOTED | |
| PA-04 | ACCESSORY | RESTROOMS | BOBRICK | SURFACE-MOUNTED SANITARY NAPKIN DISPOSAL, B-254 | SATIN-FINISH STAINLESS STEEL | 15-1/8"H X 10-11/16"W X 4-1/16"D | |
| PA-05 | ACCESSORY | RESTROOMS | DYSON | AIRBLADE V | SPRAYED NICKEL | 15.5"H X 9.21"W X 3.94"D | |
| PA-06 | ACCESSORY | WOMENS RESTROOMS | OVERSTOCK | 84V34TALL TRADITIONAL BLONDE BARNWOOD FLOOR MIRROR | WOOD | 66"H X 32.5"W X 1"D | WALL MOUNTED |
| PA-07 | ACCESSORY | MENS RESTROOM | BOBRICK | STAINLESS STEEL SHELF #B295X16 | STAINLESS STEEL | 16" W X 5" D | WALL MOUNTED |
| FIXTURE | | | | | | | |
| P-01 | FIXTURE | RESTROOMS | NAMEEKS | TEOREMA 2 SCARABEO 5116-49 TWO HOLE | BLACK  WHITE | 55"X 18" | GC TO PROVIDE BLOCKING AS REQUIRED FOR WALL MOUNTED PLUMBING |
| P-02 | FIXTURE | RESTROOMS | DELTA FAUCET | CASSIDY  MODEL # 598LF-RBMPU | VENETIAN BRONZE | 6-13/16"H X 5"L | 1 HOLE INSTALLATION |
| P-03 | FIXTURE | RESTROOMS | BRADLEY | SOAP DISPENSER, MODEL 6A00-11 | STAINLESS STEEL, SATIN FINISH | 4-5/8"W X 10-9/16"H X 4-3/16"D | *REFER TO OWNER'S ATTORNEY FOR ADDITIONAL PLUMBING INFORMATION* |
| P-04 | FIXTURE | RESTROOMS | TOTO | FLUSHOMETER TOILET. CT705ENG | WHITE | 15"H X 25-1/4"L X 14-3/8"W | |
| P-05 | FIXTURE | RESTROOMS | TOTO | ROYAL MANUAL FLUSHOMETER. ROYAL 111 | BRUSHED STAINLESS | | 1.28 GPF |
| P-06 | FIXTURE | RESTROOMS | SLOAN | URINAL UT104E(V) | BRUSHED STAINLESS | | .5G LOW CONSUMPTION WASHOUT URINAL |



PROJECT

SMOKE CRAFT

MODERN BARBECUE

675 N HIGHLAND STREET
ARLINGTON VIRGINIA 22203

ARCHITECT



gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.15.2019 | 1 | ISSUE FOR PERMIT |
| 09.12.2019 | 2 | PERMIT SUBMISSION REV #1 |
| 10.07.2019 | 3 | PERMIT SUBMISSION REV #2 |
| 10.21.2019 | 4 | PERMIT SUBMISSION REV #3 |
| 10.25.2019 | 5 | CONSTUCTION SET - CLIENT REVIEW |
| 12.11.2019 | 6 | CONSTUCTION SET 100% |



Finish, Lighting & Plumbing Schedule

Project Number          310

Date

Drawn By               Author

Checked By             Checker

007

Scale              AS NOTED






## ACCESSIBILITY SIGNAGE NOTES

**CHARACTER PROPORTION:**

LETTERS AND NUMBERS ON SIGNS SHALL HAVE A WIDTH-TO-HEIGHT RATIO BETWEEN 3:5 AND 1:1 AND A STROKE-WIDTH-TO-HEIGHT RATIO BETWEEN 1:5 AND 1:10.

**RAISED AND BRAILLE CHARACTERS AND PICTORIAL SIGNS (PICTOGRAMS)**

LETTERS AND NUMERALS SHALL BE RAISED 1/32 IN., UPPER CASE, SANS SERIF OR SIMPLE SERIF TYPE AND SHALL BE ACCOMPANIED WITH GRADE BRAILLE. RAISED CHARACTERS SHALL BE AT LEAST 5/8 IN. (16 MM) HIGH, BUT NO HIGHER THAN 2 IN. (50 MM). PICTOGRAMS SHALL BE ACCOMPANIED BY THE EQUIVALENT VERBAL DESCRIPTION PLACED DIRECTLY BELOW THE PICTOGRAM. THE BORDER DIMENSION OF THE PICTOGRAM SHALL BE 6 IN. (152 MM) MINIMUM OF HEIGHT.

**FINISH AND CONTRAST:**

THE CHARACTERS AND BACKGROUND OF SIGNS SHALL BE EGGSHELL, MATTE, OR OTHER NON-GLARE FINISH. CHARACTERS AND SYMBOLS SHALL CONTRAST WITH THEIR BACKGROUND WITH EITHER LIGHT CHARACTERS ON A DARK BACKGROUND OR DARK CHARACTERS ON A LIGHT BACKGROUND.

**MOUNTING LOCATION AND HEIGHT:**

WHERE PERMANENT IDENTIFICATION IS PROVIDED FOR ROOMS AND SPACES, SIGNS SHALL BE INSTALLED ON THE WALL ADJACENT TO THE LATCH SIDE OF THE DOOR. WHERE THERE IS NO WALL SPACE TO THE LATCH SIDE OF THE DOOR, INCLUDING AT DOUBLE LEAF DOORS, SIGNS SHALL BE PLACED ON THE NEAREST ADJACENT WALL. MOUNTING LOCATION FOR SUCH SIGNAGE SHALL BE SO THAT A PERSON MAY APPROACH WITHIN 3IN. (76 MM) OF SIGNAGE WITHOUT ENCOUNTERING PROTRUDING OBJECTS OR STANDING WITHIN THE SWING OF THE DOOR. MOUNTING HEIGHT SHALL BE 60 IN. (1525 MM) ABOVE THE FINISH FLOOR TO THE CENTERLINE OF THE SIGN.

## ACCESSIBILITY COMPLIANCE NOTES

A. ALL WALKWAYS, HALLS, CORRIDORS, AISLES, AND OTHERS SPACES THAT ARE PART OF AN ACCESSIBLE ROUTE SHALL COMPLY WITH ARTICLES 42 AND 43.

B. SPACE ALLOWANCES AND REACH RANGES AT ALL ROOMS AND SPACES SHALL COMPLY WITH REFERENCE STANDARD 42 REACH RANGES TO BE: FORWARD REACH HEIGHT 9" MINIMUM, 54" MAXIMUM.

C. GROUND AND FLOOR SURFACES ALONG ACCESSIBLE ROUTES AND IN ROOMS AND SPACES INCLUDING FLOORS, WALKWAYS, RAMPS, CORRIDORS, STAIRS, AND CURB RAMPS SHALL BE STABLE, FIRM AND SLIP RESISTANT AND COMPLY WITH ARTICLE 4.5.

D. ANY PART OF AN ACCESSIBLE ROUTE WITH A SLOPE GREATER THAN 1:20 SHALL BE CONSIDERED A RAMP AND SHALL COMPLY WITH ARTICLE 43.8.

E. ALL THRESHOLDS AT OPENINGS SHALL NOT EXCEED 1/4" HEIGHT AND SHALL COMPLY WITH THE REQUIREMENTS IN ARTICLE 43.6 SEE FLOOR PLAN FOR LOCATIONS.

F. ALL DOORS IN PUBLIC SPACES TO BE ACCESSIBLE 2 I.N.O. AND SHALL COMPLY WITH REQUIREMENTS OF ARTICLE 4.13.

G. ALL HANDLES, PULLS, LATCHES, AND OTHER OPERATING DEVICES AT ENTRANCE SPACES SHALL COMPLY WITH ARTICLE 4.13.9.

H. ALL ACCESSIBLE STORAGE FACILITIES, INCLUDING BUT NOT LIMITED TO CABINETS AND CLOSETS, SHALL COMPLY WITH ARTICLE 4.13.9.

I. ALL CONTROLS AND OPERATING MECHANISMS FOR LIGHT SWITCHES AND ALARMS SHALL BE ACCESSIBLE AND COMPLY WITH ARTICLE 4.27.

J. ALL EMERGENCY WARNING SIGNAGE AND CIRCULATION DIRECTION SIGNAGE SHALL COMPLY WITH ARTICLE 4.28.

K. ALL CONTROLS AND OPERATING MECHANISMS SHALL BE OPERABLE WITH ONE HAND AND SHALL REQUIRE TIGHT GRASPING OF THE WRIST PER ARTICLE 4.29.4.

L. ALL AREAS WILL COMPLY WITH ACCESSIBILITY GUIDELINES FOR BUILDINGS AND FACILITIES AS ENFORCED BY THE A.H.J. SEE APPLICABLE CODES ON SHEET A0.1.




**PROJECT**

SMOKE CRAFT
MODERN BARBECUE

3311 HIGHLAND STREET
ARLINGTON, VIRGINIA 22201

**ARCHITECT**

gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR



| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.15.2019 | 1 | ISSUE FOR PERMIT |
| 09.12.2019 | 2 | PERMIT SUBMISSION REV #1 |
| 10.21.2019 | 3 | PERMIT SUBMISSION REV #2 |
| 10.29.2019 | 4 | PERMIT SUBMISSION REV #3 |
| 10.25.2019 | 5 | CONSTUCTION SET - CLIENT REVIEW |
| 12.13.2019 | 6 | CONSTUCTION SET 100% |



# ADA Requirements

Project Number            310
Date
Drawn By                  Author
Checked By                Checker

008

Scale                     AS NOTED



## GENERAL DEMOLITION NOTES:

1. THIS DRAWING INDICATES THE GENERAL EXTENT OF FLOOR AND WALL ITEMS TO BE DEMOLISHED, ITEMS TO REMAIN IN PLACE AND ITEMS TO BE SALVAGED FOR REUSE. EXACT EXTENT MUST BE DERIVED FROM NEW WORK DRAWINGS & REQUIRES COORDINATION OF TRADES.

2. FOLLOWING DEMOLITION, ALL BASE BUILDING WALLS SHOULD BE CLEANED AND PREP'ROD FOR NEW CONSTRUCTION PER REVIEW OF ARCHITECT. ALL SURFACES SHOULD BE CLEAN, SOUND AND DRY, PRIOR TO INSTALLATION OF ANY FINISH.

3. REMOVE EXIST WIRING BACK TO ELECTRICAL PANEL OR SALVAGE FOR REUSE. ALL REMOVED PLUMBING COMPONENTS SHOULD BE REMOVED FROM RISER, MAIN AND/OR MECHANICAL COMPONENTS TO REMAINED SHOULD BE REMOVED TO HARD PIPE CONNECTION.

A. ALL MATERIAL TO BE REUSED SHALL BE REMOVED CAREFULLY AND STORED SAFELY IN A CLEAN, PROTECTED SPACE UNTIL RE-INSTALLATION.

5. DEMOLITION SHALL GENERALLY BE ARRANGED TO AGREE WITH THE ACCOMPLISHMENT OF WORK UNDER THE VARIOUS PHASES AND IN COORDINATION WITH THE WORK OF ALL TRADES. CONTRACTOR SHALL EXAMINE ALL ARCHITECTURAL PLANS FOR ADDITIONAL REQUIREMENTS.

6. FURNISH ALL REQUIRED EQUIPMENT, MATERIALS, WATER, ELECTRICAL POWER, AND EXPERIENCED WORKMEN NECESSARY TO COMPLETE ALL DEMOLITION AND REMOVAL WORK.

7. REMOVE ALL RUBBISH, TRASH, OR DEBRIS FROM THE SITE AND DISPOSE OF LEGALLY.

8. REMOVE ALL PARTITIONS AND DOORS SHOWN DASHED.

9. ALL BEARING WALLS TO BE REMOVED SHALL BE REPLACED BY TEMPORARY SHORING, BRACING OR OTHER APPROPRIATE MEANS OF SUPPORT, UNTIL NEW STRUCTURAL WORK IS INSTALLED.

10. DO NOT REMOVE WITHOUT APPROVAL FROM OWNER ANY MEP ELEMENTS WHICH EXIST WITHIN THE SPACE BUT SERVES OTHER SPACES.

3. CONTRACTOR TO SEAL ALL VENTS AND OTHER DUCTS ACCESS AND PERFORM WORK IN SUCH A WAY AS TO PREVENT DUST OR DEBRIS IN OR DAMAGE TO SURROUNDING BUILDING SPACES.

13. GC TO NOTIFY ARCHITECT IMMEDIATELY IF ANY UNEXPECTED MECHANICAL, PLUMBING, ELECTRICAL, OR STRUCTURAL ITEMS ARE DISCLOSED.

14. CONTRACTOR TO MAINTAIN BUILDING LOBBY, HALLWAYS & ALL BUILDING SPACES & PROPERTY AS REQUIRED BY BUILDING OWNER & ENGINEER.

15. CONTRACTOR IS RESPONSIBLE FOR LOCATING & ERECTING ANY TEMPORARY LIGHTING, PARTITIONS, FLOOR COVERING OR BARRICADES, MEASURES MUST BE TAKEN TO PROTECT ALL PERSONAL WHETHER ASSOCIATED WITH THE PROJECT OR NOT, FROM POSSIBLE INJURY DUE TO DEMOLITION AND NEW CONSTRUCTION.

## GRAPHIC KEY:

EXISTING PARTITIONS TO BE REMOVED

EXISTING PARTITIONS TO REMAIN

NOT IN CONTRACT

## KEYED DEMOLITION NOTES:

1. REMOVE EXISTING HARDWIRED LIGHTING. RETAIN JUNCTION BOX FOR REINSTALLATION REFER TO NEW WORK PLAN FOR ADDITIONAL INFORMATION.

2. REMOVE EXISTING FIX-FREE INCLUDING TABLES, CHAIRS, BANQUETTES, PATIO FURNITURE, SIGNAGE AND WALL MOUNTED DECOR. COORDINATE DISPOSAL WITH OWNER.

3. REMOVE AND DISPOSE OF EXISTING MILLWORK, TRANSACTION COUNTER DISPLAYS AND EQUIPMENT AT THIS LOCATION, TERMINATE ASSOCIATED PLUMBING AND POWER AS REQUIRED.

4. DEMOLISH EXISTING FLOOR FINISH PREP FLOOR FOR NEW FINISH REFER TO NEW WORK AND FINISH FLOOR PLANS FOR ADDITIONAL INFORMATION.

5. EXISTING EXTERIOR DISPLAY CASE TO REMAIN, PROTECT AREA DURING CONSTRUCTION.

6. REMOVE EXISTING BAR EQUIPMENT AND PLUMBING FIXTURES AT THIS LOCATION TERMINATE PLUMBING AS REQUIRED

7. REMOVE EXISTING PLUMBING FIXTURES AT THIS LOCATION TERMINATE PLUMBING AS REQUIRED

8. REMOVE AND DISPOSE OF HOIST STAND AND PARTIAL HEIGHT WALL AT THIS LOCATION, COORDINATE REMOVAL OF POINT OF SALE EQUIPMENT WITH OWNER.

9. EXISTING STOREFRONT TO REMAIN, PROTECT DURING CONSTRUCTION.

10. DEMOLISH EXISTING STAIR AT THIS LOCATION. EXISTING DOOR TO REMAIN REMOVE DOOR HANDLE HARDWARE AND TURN OVER TO OWNER. REFER TO NEW WORK PLAN FOR NEW HARDWARE INFORMATION.

11. REMOVE AND RELOCATE ALL EXISTING KITCHEN EQUIPMENT AND HOODS AS REQUIRED FOR NEW WORK.

12. EXISTING WALK IN STORAGE TO REMAIN, PROTECT DURING CONSTRUCTION.

13. REFER TO ENGINEERING DRAWINGS FOR ADDITIONAL DEMOLITION INFORMATION.

PROJECT



**SMOKE S CRAFT**

MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VIRGINIA 22201

ARCHITECT



**gfd**

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.15.2019 | 1 | ISSUE FOR PERMIT |
| 09.12.2019 | 2 | PERMIT SUBMISSION REV #1 |
| 10.07.2019 | 3 | PERMIT SUBMISSION REV #2 |
| 10.23.2019 | 4 | PERMIT SUBMISSION SET |
| 12.05.2019 | 5 | CONSTUCTION SET - CLIENT REVIEW |
| 12.11.2019 | 6 | CONSTUCTION SET 100% |



## Demolition Plan

| | |
|---|---|
| Project Number | 310 |
| Date | |
| Drawn By | Author |
| Checked By | Checker |

**A200_0**

| Scale | AS NOTED |

1 DEMOLITION PLAN
1/4" = 1'-0"



FURNITURE PLAN
1/4" = 1'-0"

PROJECT

SMOKE ⬡ CRAFT

MODERN BARBECUE

1001 N HIGHLAND STREET
ARLINGTON VIRGINIA 22201

ARCHITECT



gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.15.2019 | 1 | ISSUE FOR PERMIT |
| 09.12.2019 | 2 | PERMIT SUBMISSION REV #1 |
| 10.01.2019 | 3 | PERMIT SUBMISSION REV #2 |
| 10.29.2019 | 4 | PERMIT SUBMISSION REV #3 |
| 12.03.2019 | 5 | CONSTUCTION SET - CLIENT REVIEW |
| 12.11.2019 | 6 | CONSTUCTION SET 100% |





Furniture Plan

Project Number 310
Date
Drawn By Author
Checked By Checker
Scale AS NOTED

A200_1



## CONSTRUCTION PLAN GENERAL NOTES:

1. ALL STEEL STUD FRAMING TO BE 20 GAUGE, MT MAX ON CENTERS.
2. ALL STEEL STUD FURRING TO BE 25 GAUGE, MT MAX ON CENTERS.
3. ALL GYPSUM WALLBOARD (GWB) SHOWN IS STANDARD 5/8" U.N.O. "SHEETROCK" OR EQUIVALENT. EXCEPT AT WALLS TO BE TILED, WHICH RECEIVE MOISTURE-RESISTANT GWB, ATTACH TO STEEL STUDS WITH SELF-TAPPING SCREWS.
4. GC TO PROVIDE BLOCKING AT ALL WALL-MOUNTED MILLWORK, FURNITURE, LIGHT FIXTURES, SIGNS, PLUMBING FIXTURES, ELECTRICAL COMPONENTS AS REQUIRED. ALL BLOCKING TO BE STEEL OR FIRE-TREATED PLYWOOD.
5. GWB OF NON-FIRE RATED WALLS TO BE EXTENDED 6" ABOVE FINISHED CEILING.
6. GWB OF FIRE RATED WALL TO EXTEND TO SLAB OR ROOF STRUCTURE. FIRE RATED CAULK AS NEEDED FOR UL ASSEMBLY AS NOTED.
7. PATCH AND REPAIR ALL GWB AS REQUIRED. EXTENT OF REPAIR TO BE DETERMINED IN FIELD.

## PARTITION TYPES:

SCALE: 3"=1'-0"
GC TO COORDINATE W/ ALL WALL SECTIONS FOR MEMBS, REVEALS, ETC.
WALL TYPE 3 EXTENDS SLAB TO SLAB. GWB ON ALL OTHER WALLS TO EXTEND 6" ABOVE THE CEILING UNLESS NOTED OTHER WISE.

## GRAPHIC KEY

NEW PARTITION

EXISTING PARTITION

PARTIAL HEIGHT WALL, REFER TO ELEVATION

NOT IN SCOPE (FOR REFERENCE ONLY)

## PLAN NOTES

1. EXISTING STOREFRONT TO REMAIN.
2. NOT USED
3. PARTIAL HEIGHT BASE WALL AT THIS LOCATION WITH MOVABLE MILLWORK ABOVE. COORDINATE SYSTEM REFER TO ELEVATIONS FOR ADDITIONAL INFORMATION.
4. PROVIDE BLOCKING AS REQUIRED FOR MILLWORK AT THIS LOCATION.
5. GC TO COORDINATE AUDIO/VISUAL AND LOW VOLTAGE REQUIREMENTS AT THIS LOCATION REFER TO A/V LOCATION. REFER TO POWER PLANS FOR ADDITIONAL INFORMATION.
6. INSTALL CUSTOM WOOD LOGO WITH ROPE LIGHTING. REFER TO DETAILS AND SPECIFICATIONS FOR ADDITIONAL INFORMATION.
7. GC TO COORDINATE WITH TENANT ON ALL NEW KITCHEN AND BAR EQUIPMENT AS REQUIRED.
8. GC TO COORDINATE NEW WINDOW DISPLAY INSTALLATION AT EXISTING CEILING WINDOW OVER.
9. GC TO COORDINATE WITH FOOD SERVICE EQUIPMENT VENDOR FOR PROCESSED WALL INSIDE TAP SYSTEM.
10. GC TO PROVIDE AND INSTALL NEW HARDWARE AS REQUIRED FOR EXISTING COLD TO USE DOOR AT KITCHEN DOOR TO REMAIN LOCKED.
11. COORDINATE WALL WITH NEW ELECTRICAL PANELS AT THIS LOCATION. REFER TO ELECTRICAL DRAWINGS FOR ADDITIONAL INFORMATION.
12. GC TO PROVIDE HALF PURSE HOOKS AT THIS LOCATION QTY 5 EQUALLY SPACED AT WT 48"
13. GC TO INSTALL HALF PURSE HOOKS AT THIS LOCATION. REFER TO ELEVATIONS AND DETAILS FOR ADDITIONAL INFORMATION.
14. NEW STONE DRINK SHELF AT THIS LOCATION REFER TO ELEVATIONS FOR ADDITIONAL INFORMATION.
15. COORDINATE WITH EXISTING PIPE AT THIS LOCATION AS REQUIRED.

PROJECT



**SMOKE CRAFT**

MODERN BARBECUE

1051 HIGHLAND STREET
ARLINGTON, VIRGINIA 22201

ARCHITECT



**GRIZFORM DESIGN ARCHITECTS**
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.15.2019 | 1 | ISSUE FOR PERMIT |
| 09.12.2019 | 2 | PERMIT SUBMISSION REV#1 |
| 10.02.2019 | 3 | PERMIT SUBMISSION REV#2 |
| 10.28.2019 | 4 | PERMIT SUBMISSION REV#3 |
| 10.25.2019 | 5 | CONSTRUCTION SET - CLIENT REVIEW |
| 12.13.2019 | 6 | CONSTRUCTION SET 100% |



## Construction Plan

| | |
|---|---|
| Project Number | 310 |
| Date | |
| Drawn By | Author |
| Checked By | Checker |
| Scale | AS NOTED |

# A201_1

1 CONSTRUCTION PLAN
1/4" = 1'-0"

NEW MILLWORK AT THIS LOCATION.
REFER TO ELEVATIONS AND DETAILS
FOR ADDITIONAL INFORMATION.

 MW-1 — BAR

 MW-2 — HOST STAND

MW-3 — POS STATION

 MW-4 — WOOD LOG DISPLAY

 MW-5 — MOVABLE WOOD DOORS ON CASTORS

MW-6 — POS STATION - DJ BOOTH

MW-7 — TV WALL AT GLASS DISPLAY



① MILLWORK PLAN
1/4" = 1'-0"




**SMOKE ⊂S⊃ CRAFT**
MODERN BARBECUE

300 HIGHLAND STREET
ARLINGTON, VIRGINIA 22201

ARCHITECT



**gfd**

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.15.2019 | 1 | ISSUE FOR PERMIT |
| 09.12.2019 | 2 | PERMIT SUBMISSION REV#1 |
| 10.17.2019 | 3 | PERMIT SUBMISSION REV#2 |
| 10.29.2019 | 4 | PERMIT SUBMISSION REV#3 |
| 12.03.2019 | 5 | CONSTUCTION SET - CLIENT REVIEW |
| 12.11.2019 | 6 | CONSTUCTION SET 100% |



# Millwork Plan

| | |
|---|---|
| Project Number | 310 |
| Date | |
| Drawn By | Author |
| Checked By | Checker |

## A202_1

Scale — AS NOTED

POWER / DATA GENERAL NOTES:

1. SEE ELECTRICAL DRAWINGS FOR ADDITIONAL POWER REQ'TS.
2. G.C. TO COORDINATE SCHEDULING & WIRING RUNS & ROUGH-IN LOCATIONS.
3. ALL OUTLETS TO BE MOUNTED AT 18" AFF UNLESS OTHERWISE NOTED.

GRAPHIC KEY:

NOT IN SCOPE
(FOR REFERENCE ONLY)

SYMBOL LEGEND:

⊞  DUPLEX OUTLET RECESSED IN FLOOR
⊖  DUPLEX RECEPTACLE OUTLET
►  TELEPHONE JACK. GC TO PROVIDE RING & STRING" TO ACCESSIBLE LOCATION
►  TELE/DATA JACK COMBO GC TO PROVIDE RING & STRING" TO ACCESSIBLE LOCATION
▷  COMPUTER/DATA JACK. GC TO PROVIDE RING & STRING" TO ACCESSIBLE LOCATION.
⊠  QUAD RECEPTACLE OUTLET
⊠  QUAD RECEPTACLE OUTLET IN FLOOR
⊡  BAR PHONE HUB BREAKER AND CUBE MOD 7? AMP SPREAD INSTALLED WITH BLACK COVER PLATE
⊙  STANDARD JUNCTION BOX

FIRE EXTINGUISHER NOTES:

RATING: #2-B
MAX TRAVEL DIST MAX: 30 FT.
-TYPE OF: HAZARD EXTRA
INSTALLATION: TOP MAY 5' 0" BOTTOM OF OF EXTINGUISHER
NOTE: ALL LOCATIONS TO BE REVIEWED BY GC AND FIRE SAFETY. SUB
CONTRACTOR. ALL FIRE EXTINGUISHER RATINGS AND LOCATIONS SUBJECT
TO CHANGE PER FIRE INSPECTION.

FINISHES:

NOTE: ALL OUTLETS, OUTLET COVERS, AND SWITCHES AND SWITCH
PLATES)
FINISH:

PLAN NOTES:

1  TYPICAL POS STATION.
   PROVIDE DEDICATED DUPLEX OUTLET & TEND AND STRING" TO
   ACCESSIBLE LOCATION FOR BOTH PHONE & DATA AS REQUIRED
2  PROVIDE POWER & DATA HUB FOR OWNER PROVIDED STEREO
   EQUIP. AND POS EQUIP. COORDINATE W/ OWNER SUPPLIED
   VENDORS.
3  PROVIDE POWER FOR RESTROOM HAND DRYERS.
4  PROVIDE POWER & DATA OR TVS COORDINATE HEIGHT AND EXACT
   LOCATION WITH ARCHITECT & OWNER IN FIELD
5  PROVIDE LIGHTING CIRCUIT ON TIME CLOCK FOR NEW LIT OUTDOOR
   SIGNAGE
6  COORDINATE POWER REQUIREMENTS FOR NEW KITCHEN EQUIPMENT.
   REFER TO ELECTRICAL DRAWINGS FOR ADDITIONAL INFORMATION.
7  COORDINATE POWER REQUIREMENTS FOR NEW BAR EQUIPMENT. REFER
   TO ELECTRICAL DRAWINGS FOR ADDITIONAL INFORMATION.



① POWER PLAN
  1/4" = 1'-0"

none


SMOKE ⬡ CRAFT

MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VIRGINIA 22201

PROJECT

ARCHITECT


gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.15.2019 | 1 | ISSUE FOR PERMIT |
| 09.12.2019 | 2 | PERMIT SUBMISSION REV #1 |
| 10.01.2019 | 3 | PERMIT SUBMISSION REV #2 |
| 10.29.2019 | 4 | PERMIT SUBMISSION REV #3 |
| 12.03.2019 | 5 | CONSTUCTION SET - CLIENT REVIEW |
| 12.11.2019 | 6 | CONSTUCTION SET 100% |



Power & Data Plan

Project Number                    310
Date
Drawn By                      Author
Checked By                    Checker

A203_1

Scale          AS NOTED

# FLOOR FINISH PLAN GENERAL NOTES:

1. PROVIDE SMOOTH LEVEL (5) FINISH AT PAINTED WALLS.

2. ALL TILE FLOORING AND TILE BASE TO BE INSTALLED WITH 1/8" MIN GROUT JOINT. WALL TILE TO BE INSTALLED WITH 1/16" MAX GROUT JOINT UNLESS OTHERWISE NOTED

3. GC TO SUBMIT ALL FINISHES TO ARCHITECT FOR REVIEW AND APPROVAL PRIOR TO PURCHASE AND INSTALLATION.

4. NOTED FLOOR FINISH TO CONTINUE UNDER MILLWORK AND EQUIPMENT, TYP.

5. REFER TO ELEVATIONS, DETAILS AND REFLECTED CEILING PLANS FOR ADDITIONAL FINISH INFORMATION.

## GRAPHIC KEY

NOT IN SCOPE
(FOR REFERENCE ONLY)

## PLAN NOTES:

1. PAINTED ACCENT FINISH CONTINUES UNDER MILLWORK COUNTER TO MEET TILE BASE OR WALL

2. FLUSH ACCENT TERMINATION WITH DOOR FRAME

---



PROJECT

**SMOKE CRAFT**

M O D E R N   B A R B E C U E

3211 N HIGHLAND STREET
ARLINGTON, VIRGINIA 22201

ARCHITECT



gfd

**GRIZFORM DESIGN ARCHITECTS**
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.15.2019 | 1 | ISSUE FOR PERMIT |
| 09.12.2019 | 2 | PERMIT SUBMISSION RSV#1 |
| 10.01.2019 | 3 | PERMIT SUBMISSION RSV#2 |
| 10.29.2019 | 4 | CONSTRUCTION SET - CLIENT REVIEW |
| 12.03.2019 | 5 | CONSTRUCTION SET - CLIENT REVIEW |
| 12.11.2019 | 6 | CONSTRUCTION SET 100% |



**Floor Finish Plan**

| | |
|---|---|
| Project Number: | 310 |
| Date: | |
| Drawn By: | Author |
| Checked By: | Checker |

# A204_1

Scale:  AS NOTED

---

## Floor Plan Labels

DISPLAY 1B

DISPLAY 1A

BAR DINING 4

MANAGER 7A 33 SF

KITCHEN 7

QUARRY TILE

BAR 3

DINING 2

QUARRY TILE

WOMENS 5

MENS 6

POS/SRV

FINISH FLOOR PLAN
1/4" = 1'-0"

WALL FINISH PLAN GENERAL NOTES:

1. PROVIDE SMOOTH LEVEL 5 FINISH AT PAINTED WALLS.

2. ALL TILE FLOORING AND TILE BASE TO BE INSTALLED WITH 1/8" MAX
GROUT JOINT. WALL TILE TO BE INSTALLED WITH 1/16" MAX GROUT
JOINT UNLESS OTHERWISE NOTED.

3. GC TO SUBMIT ALL FINISHES TO ARCHITECT FOR REVIEW AND
APPROVAL PRIOR TO PURCHASE AND INSTALLATION.

4. NOTED FLOOR FINISH TO CONTINUE UNDER MILLWORK AND EQUIPMENT, TYP.

5. REFER TO ELEVATIONS, DETAILS AND REFLECTED CEILING PLANS FOR
ADDITIONAL FINISH INFORMATION.

GRAPHIC KEY

⌗⌗⌗⌗ NOT IN SCOPE
(FOR REFERENCE ONLY)

PLAN NOTES:

1



DINING
2

BAR DINING
4

MANAGER
7A
33 SF

KITCHEN
7

BAR
3

WOMENS
5

MENS
6

POS/BEV

① FINISH WALL PLAN
1/4" = 1'-0"

---

PROJECT



SMOKE CRAFT

MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VIRGINIA 22201

ARCHITECT



gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.15.2019 | 1 | ISSUE FOR PERMIT |
| 09.02.2019 | 2 | PERMIT SUBMISSION RS#1 |
| 10.09.2019 | 3 | PERMIT SUBMISSION RS#2 |
| 10.29.2019 | 4 | PERMIT SUBMISSION RS#3 |
| 10.29.2019 | 5 | CONSTUCTION SET - CLIENT REVIEW |
| 12.13.2019 | 6 | CONSTUCTION SET 100% |



Wall Finish Plan

Project Number          310

Date

Drawn By               Author

Checked By             Checker

Scale          AS NOTED

A205_1



REFLECTED CEILING PLAN
GENERAL NOTES:

1. ALL LIGHTS LOCATED IN ACOUSTIC CEILING TILES TO BE CENTERED ON TILE AS SHOWN. GC TO NOTIFY DESIGNER OF ANY CONFLICTS.

2. ALL SPRINKLER HEADS IN FINISHED CEILING TO BE FLUSH-MOUNTED CONCEALED W/ METAL CAP, CENTRAL SPRINKLER GB ROYAL FLUSH CONCEALED MODEL '1A' OR EQUAL.

3 ALL SPRINKLER HEADS TO BE LOCATED IN CENTER OR IN ALIGNMENT WITH MAJOR ARCHITECTURAL, MECHANICAL OR ELECTRICAL FEATURES. SUBMIT SPRINKLER LAYOUT PLAN FOR DESIGNER'S REVIEW PRIOR TO INSTALLATION. DESIGNER RESERVES RIGHT S TO ALTER SPRINKLER LOCATIONS IN ORDER TO PRESERVE DESIGN INTENT.

4. COORDINATE LOCATION OF 'WHITE LIGHTS' WITH DESIGNER/OWNER.

5. ALL ACCESS PANELS TO BE MDF/KB CAD OK OR APPROVED ALTERNATE.

GRAPHIC KEY

NOT IN SCOPE
(FOR REFERENCE ONLY)

MATERIAL

CEILING HEIGHT

PLAN NOTES:

KNEE WALL FLUSH W/ COLUMNS & BOTTOM OF WINDOW

EXISTING LIGHTING IN ENTRY OVERHAND TO REMAIN.

REFLECTED CEILING PLAN
1/4" = 1'-0"

PROJECT



SMOKE CRAFT
MODERN BARBECUE

1011 N HIGHLAND STREET
ARLINGTON VIRGINIA 22201

ARCHITECT

gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION | |
|------|-----|-------------|---|
| 07.15.2019 | 1 | ISSUE FOR PERMIT | |
| 09.12.2019 | 2 | PERMIT SUBMISSION REV#1 | |
| 10.01.2019 | 3 | PERMIT SUBMISSION REV#2 | |
| 10.29.2019 | 4 | PERMIT SUBMISSION REV#3 | |
| 12.05.2019 | 5 | CONSTUCTION SET - CLIENT REVIEW | |
| 12.11.2019 | 6 | CONSTUCTION SET 100% | |




## Reflected Ceiling Plan

| | |
|---|---|
| Project Number | 310 |
| Date | |
| Drawn By | Author |
| Checked By | Checker |

**A300_1**

Scale: AS NOTED



PROJECT

SMOKE CRAFT
MODERN BARBECUE

1051 HIGHLAND STREET
ARLINGTON VIRGINIA 22201

ARCHITECT

gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO | DESCRIPTION |
|---|---|---|
| 07.15.2019 | 1 | ISSUE FOR PERMIT |
| 10.11.2019 | 2 | PERMIT SUBMISSION REV #1 |
| 10.21.2019 | 3 | PERMIT SUBMISSION REV #2 |
| 10.29.2019 | 4 | PERMIT SUBMISSION REV #3 |
| 11.05.2019 | 5 | CONSTUCTION SET - CLIENT REVIEW |
| 12.13.2019 | 6 | CONSTUCTION SET 100% |

Elevations

Project Number 310
Drawn By Author
Checked By Checker

A500_1

ELEVATION - ENTRY A
1/2" = 1'-0"

ELEVATION - DINING ROOM AT MOVABLE WALL
1/2" = 1'-0"

ELEVATION - DINING ROOM AT DJ BOOTH
1/2" = 1'-0"

ELEVATION - HOST STAND
1/2" = 1'-0"

ELEVATION - EXTERIOR ENTRY AT VESTIBULE
1/2" = 1'-0"

ELEVATION - EXTERIOR AT KITCHEN
1/2" = 1'-0"

KITCHEN EXTENTS



PROJECT

SMOKE CRAFT
MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VIRGINIA 22201

ARCHITECT

gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.15.2019 | 1 | ISSUE FOR PERMIT |
| 09.12.2019 | 2 | PERMIT SUBMISSION REV#1 |
| 10.17.2019 | 3 | PERMIT SUBMISSION REV#2 |
| 10.23.2019 | 4 | PERMIT SUBMISSION REV#3 |
| 12.03.2019 | 5 | CONSTUCTION SET - CLIENT ISSUE |
| 12.13.2019 | 6 | CONSTUCTION SET 100% |

Elevations

**ELEVATION - KITCHEN INTERIOR AT FACADE** 1/2" = 1'-0"

**ELEVATION - BACK BAR** 1/2" = 1'-0"

**ELEVATION - BAR FACADE 2** 1/2" = 1'-0"

**ELEVATION - BAR FACADE Copy 1** 1/2" = 1'-0"

**ELEVATION - WOOD DISPLAY** 1/2" = 1'-0"

**ELEVATION - DINING ROOM AT BANQUETTE** 1/2" = 1'-0"






DETAIL CEILING - GYP SOFFIT TO EXPOSED — 3" = 1'-0"

DETAIL MILLWORK - BACKBAR LOGO SIGNAGE — 1" = 1'-0"  REDUCED FROM 6' DIA TO 5' DIA

DETAIL MILLWORK - BACK BAR TYPICAL — 1 1/2" = 1'-0"

ELEVATION - BAR AT ADA COUNTER — 1/2" = 1'-0"

DETAIL MILLWORK - BAR SECTION AT ADA — 1 1/2" = 1'-0"

DETAIL - TYPICAL METAL BASE DETAIL — 3" = 1'-0"

DETAIL MILLWORK - BAR SECTION TYP — 1 1/2" = 1'-0"

DETAIL MILLWORK - DJ BOOTH + SERVER STATION — 1 1/2" = 1'-0"

DETAIL MILLWORK - HOST STAND — 1 1/2" = 1'-0"

BACK CABINET DOOR PANEL

ELEVATION - DJ BOOTH — 1/2" = 1'-0"

ELEVATION - HOST STAND A — 1/2" = 1'-0"

ENLARGED PLAN - HOST STAND AND DJ BOOTH — 1/2" = 1'-0"

PROJECT

SMOKE CRAFT
MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VIRGINIA 22201

ARCHITECT

gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.15.2019 | 1 | ISSUE FOR PERMIT |
| 09.12.2019 | 2 | PERMIT SUBMISSION REV #1 |
| 10.01.2019 | 3 | PERMIT SUBMISSION REV #2 |
| 10.29.2019 | 4 | PERMIT SUBMISSION REV #3 |
| 12.03.2019 | 5 | CONSTUCTION SET - CLIENT REVIEW |
| 12.11.2019 | 6 | CONSTUCTION SET 100% |



Details

Project Number: 310
Date:
Drawn By: AAK
Checked By: GD

A601_1

Scale: AS NOTED



# SMOKE CRAFT

MODERN BARBECUE

1001 N HIGHLAND STREET
ARLINGTON, VIRGINIA 22201

ARCHITECT

gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.15.2019 | 1 | ISSUE FOR PERMIT |
| 09.12.2019 | 2 | PERMIT SUBMISSION REV #1 |
| 10.07.2019 | 3 | PERMIT SUBMISSION REV #2 |
| 11.12.2019 | 4 | PERMIT SUBMISSION REV #3 |
| 12.03.2019 | 5 | CONSTUCTION SET - CLIENT REVIEW |
| 12.11.2019 | 6 | CONSTUCTION SET 100% |

## Details

Project Number 310
Date
Drawn By Author
Checked By Checker

## A601_2

Scale AS NOTED

3D VIEW - WOOD DISPLAY

DETAIL MILLWORK - SECTION AT METAL
BACK BAR DISPLAY
1" = 1'-0"

ELEVATION - BACK BAR METAL TROPHY
DISPLAY
1" = 1'-0"

3D VIEW - BACK BAR METAL SHELVING



PROJECT

SMOKE CRAFT

MODERN BARBECUE

1051 HIGHLAND STREET
ARLINGTON, VIRGINIA 22201

ARCHITECT



GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.15.2019 | 1 | ISSUE FOR PERMIT |
| 09.13.2019 | 2 | PERMIT SUBMISSION RSV#1 |
| 10.01.2019 | 3 | PERMIT SUBMISSION RSV#2 |
| 10.28.2019 | 4 | PERMIT SUBMISSION RSV#3 |
| 12.03.2019 | 5 | CONSTUCTION SET - CLIENT REVIEW |
| 12.11.2019 | 6 | CONSTUCTION SET 100% |

## Restroom Plans & Elevations

Project Number        310
Date
Drawn By              Author
Checked By            Checker

# A700_1

Scale        AS NOTED

Elevation keys:
- 9 ELEVATION - WOMENS RESTROOM D 1/2" = 1'-0"
- 8 ELEVATION - WOMENS RESTROOM C 1/2" = 1'-0"
- 7 ELEVATION - WOMENS RESTROOM B 1/2" = 1'-0"
- 6 ELEVATION - WOMENS RESTROOM A 1/2" = 1'-0"
- 5 ELEVATION - MENS RESTROOM D 1/2" = 1'-0"
- 4 ELEVATION - MENS RESTROOM C 1/2" = 1'-0"
- 3 ELEVATION - MENS RESTROOM B 1/2" = 1'-0"
- 2 ELEVATION - MENS RESTROOM A 1/2" = 1'-0"
- 1 ENLARGED PLAN - RESTROOMS

# SYMBOLS LIST

## LIGHTING

- 2 x 4' FLUORESCENT FIXTURE
- 2 x 4' EMERGENCY FLUORESCENT FIXTURE
- 1 x 4' FLUORESCENT FIXTURE
- 1 x 4' EMERGENCY FLUORESCENT FIXTURE
- FLUORESCENT STRIP FIXTURE
- EMERGENCY FLUORESCENT FIXTURE
- SINGLE POLE TOGGLE SWITCH. SUBSCRIPTS AT SWITCH SYMBOL INDICATE THE FOLLOWING:
  - 3 – THREE WAY
  - 4 – FOUR WAY
  - D – DIMMER, 1000W U.O.N.
  - K – KEY
  - O – OCCUPANCY SENSOR
  - P – SINGLE POLE W PILOT LIGHT
  - #P – 2 OR 3 POLE, # INDICATES NUMBER
  - M – MOTOR RATED THERMAL TOGGLE SWITCH
  - MC – MOMENTARY CONTACT
  - T – TIMER
  - V – VACANCY SENSOR
  - t – LOW VOLTAGE LIGHTING SWITCH WITH OVERRIDE TIMER
- WALL OR CEILING MOUNTED COMBINATION PASSIVE INFRARED (PIR) AND ACOUSTICAL TYPE OCCUPANCY SENSOR. 'W - WET LOCATION.
- WALL OR CEILING MOUNTED VACANCY SENSOR. W - WET LOCATION.
- UNIVERSAL VOLTAGE POWER PACK (DC/AC) MANUFACTURER BY WATTSTOPPER, OR APPROVED EQUAL.
- EMERGENCY LIGHTING CONTROL UNIT (UL 924) MANUFACTURER BY WATTSTOPPER MODEL (ELCU-200), OR APPROVED EQUAL.
- DAYLIGHT SENSOR
- WALL OR CEILING MOUNTED EXIT SIGN
- RECESSED DOWNLIGHT
- EMERGENCY RECESSED DOWN LIGHT
- WALL WASHER.
- TRACK LIGHT
- WALL MOUNTED LIGHT FIXTURE
- WALL SCONCE LIGHTING FIXTURE
- CHANDELIER & CEILING FAN
- PENDANT LIGHTING FIXTURE
- SURFACE MOUNTED LIGHTING FIXTURE
- WALL MOUNTED EMERGENCY BATTERY PACK UNIT.
- RECESSED LOW VOLTAGE OVER RIDE SWITCH, +48" AFF.

## POWER

- INDICATES A DRAWING NOTE.
- 100/208V PANELBOARD.
- 277/480V PANELBOARD.
- BRANCH CIRCUIT HOMERUN TO PANELBOARD. ARROWS INDICATE NUMBER OF CIRCUIT HOMERUNS TO PANELBOARD. CROSS MARKS INDICATE NUMBER OF CONDUCTORS WHEN MORE THAN THREE (3). TICK MARK INDICATES GROUND CONDUCTOR, PROVIDE EQUIPMENT GROUND PER N.E.C. WHERE NOT INDICATED.
- BRANCH CIRCUIT WIRING CONCEALED IN CEILING OR WALLS. CROSS MARKS AND NUMERALS INDICATE NUMBER AND SIZE OF CONDUCTORS RESPECTIVELY, 3 #12 & #12. PROVIDE EQUIPMENT GROUND PER N.E.C.
- EXISTING WIRING/CONDUIT TO REMAIN.
- CONDUIT UP.
- CONDUIT DOWN.
- GROUND CONNECTION.
- DUPLEX RECEPTACLE: 20A-125V-2P, 3W. UNLESS OTHERWISE NOTED. SUBSCRIPTS TO RECEPTACLE SYMBOL INDICATE THE FOLLOWING:
  - AFCI - ARC FAULT CIRCUIT INTERRUPTING
  - WP - WEATHERPROOF
  - GFI - GROUND FAULT INTERRUPTING
  - IG - ISOLATED GROUND
  - UC - UNDER COUNTER TOP
  - * - # INCHES ABOVE COUNTER TOP OR SINK
- FLOOR MOUNTED DUPLEX RECEPTACLE. 20A-125V-2P-3W.
- CEILING MOUNTED DUPLEX RECEPTACLE. 20A-125V-2P-3W.
- GROUND FAULT CIRCUIT INTERRUPTING (GFCI) DUPLEX RECEPTACLE. 20A - 125V.
- POWER OUTLET. 20A-125V WITH DUPLEX OUTLET AND TWO USB PORTS.
- DOUBLE DUPLEX RECEPTACLE WITH COMMON COVER PLATE, 20A, 125V.
- WALL MOUNTED SINGLE RECEPTACLE : 20A, 125V.
- SPECIAL RECEPTACLE : (L6-30R) 250V, 30A.
- SPECIAL RECEPTACLE : (L6-60R) 250V, 60A.
- TELEPHONE OUTLET JUNCTION BOX, WALL MOUNTED. PROVIDE SINGLE GANG RING WITH ONE 3/4" CONDUIT & PULL STRING AND EXTEND UP TO ACCESSIBLE CEILING SPACE.
- DATA OUTLET JUNCTION BOX. WALL MOUNTED. PROVIDE SINGLE GANG RING WITH ONE 3/4" CONDUIT & PULL STRING AND EXTEND UP TO ACCESSIBLE CEILING SPACE.
- COMBINATION TELEPHONE/DATA OUTLET JUNCTION BOX. WALL MOUNTED. PROVIDE SINGLE GANG RING WITH ONE 3/4" CONDUIT & PULL STRING AND EXTEND UP TO ACCESSIBLE CEILING SPACE.
- CABLE TV OUTLET JUNCTION BOX. WALL MOUNTED. PROVIDE SINGLE GANG RING WITH ONE 3/4" CONDUIT & PULL STRING AND EXTEND UP TO ACCESSIBLE CEILING SPACE.
- WALL OR CEILING MOUNTED JUNCTION BOX, CM/GM/FR
- CONCEALED IN FLOOR OR CONCRETE JUNCTION BOX.
- ELECTRIC UTILITY METER.
- CIRCUIT BREAKER
- SWITCH
- FUSE
- HEAVY DUTY FUSED SAFETY SWITCH. RATING AS NOTED. 30/#/15 INDICATES 30A SAFETY SWITCH, # INDICATES OF POLE. 15A INDICATES FUSES SIZE. 30HP INDICATES 30A NON-FUSED SWITCH. (3A PROVIDED BY MECHANICAL.)
- HEAVY DUTY COMBINATION FUSIBLE SWITCH AND MOTOR STARTER. RATING AS NOTED. 30/#/15 INDICATES 30A SAFETY SWITCH, # INDICATES OF POLE. 15A INDICATES FUSES SIZE. 30HP INDICATES 30A NON-FUSED SWITCH. (3A PROVIDED BY MECHANICAL.)
- MOTOR
- HALF OF THE TOP PORTION OF THE DUPLEX RECEPTACLE IS CONTROLLED BY WALL MOUNTED SWITCH.
- RANGE HOOD MANUAL PULL STATION.
- VARIABLE FREQUENCY DRIVE STARTER FOR ELECTRIC MOTOR
- FOOD SERVICE EQUIPMENT DESIGNATION. SEE FOOD SERVICE DRAWINGS FOR MORE DETAILS.

## FIRE ALARM

- SMOKE DETECTOR
- HEAT DETECTOR
- DUCT SMOKE DETECTOR
- FIRE ALARM MANUAL PULL STATION, +48" AFF.
- CEILING MOUNTED FIRE ALARM SPEAKER.
- FIRE ALARM VISUAL DEVICE, WALL OR CEILING MOUNTED. NUMBER INDICATES CANDELA RATING
- FIRE ALARM AUDIO/VISUAL DEVICE, WALL OR CEILING MOUNTED. NUMBER INDICATES CANDELA RATING.
- TAMPER SWITCH
- FLOW SWITCH
- FIRE ALARM CONTROL PANEL
- FIRE ALARM ANNUNCIATOR PANEL
- FIRE ALARM EXPANDER PANEL
- MAGNETIC DOOR HOLDER
- FIREMAN'S RESCUE ASSISTANCE TELEPHONE OUTLET
- EXISTING LOCATION TO BE RELOCATED CEILING MOUNTED FIRE ALARM COMBINATION AUDIO/VISUAL DEVICE
- EXISTING LOCATION TO BE RELOCATED FIRE ALARM MANUAL PULL STATION
- RELOCATED LOCATION CEILING MOUNTED FIRE ALARM COMBINATION AUDIO/VISUAL DEVICE
- RELOCATED LOCATION FIRE ALARM MANUAL PULL STATION

# ABBREVIATIONS

| | |
|---|---|
| A | AMPERE |
| AC | ALTERNATING CURRENT OR AIR CONDITIONING |
| ADD | ADDENDUM |
| AFCI | ARC FAULT CIRCUIT INTERRUPTING |
| AFF | ABOVE FINISHED FLOOR |
| AIC | AMPERES INTERRUPTING CAPACITY |
| AL | ALUMINUM |
| AFF. | ABOVE FINISHED FLOOR |
| ANSI | AMERICAN NATIONAL STANDARDS INSTITUTE |
| ATS | AUTOMATIC TRANSFER SWITCH |
| AWG | AMERICAN WIRE GAUGE |
| BLDG | BUILDING |
| C. | CONDUIT |
| CB | CIRCUIT BREAKER |
| CD | CANDELA |
| CF | COMPACT FLUORESCENT |
| CONT. | CONTINUOUS |
| CT | CURRENT TRANSFORMER |
| CU | COPPER |
| dB | DECIBELS |
| DCT | DIRECT CURRENT |
| DET. | DETAIL |
| DWG | DRAWING |
| E | EXISTING TO REMAIN |
| EM | EMERGENCY |
| EMT | ELECTRICAL METALLIC TUBING |
| ER | RELOCATE EXISTING |
| FT | FEET |
| FSS | FUSED SAFETY SWITCH |
| GND | GROUND |
| GFCI | GROUND FAULT CIRCUIT INTERRUPTING |
| HP | HORSEPOWER |
| HZ | HERTZ |
| KCMIL | THOUSAND CIRCULAR MIL |
| KVA | KILOVOLT-AMPERE |
| KW | KILOWATTS |
| MCB | MAIN CIRCUIT BREAKER |
| MLO | MAIN LUGS ONLY |
| MAX. | MAXIMUM |
| MIN. | MINIMUM |
| N.E.C./NEC | NATIONAL ELECTRIC CODE |
| NEMA | NATIONAL ELECTRICAL MANUFACTURERS ASSOCIATION |
| NESC | NATIONAL ELECTRICAL SAFETY CODE |
| NFPA | NATIONAL FIRE PROTECTION ASSOCIATION |
| NFSS | NONE-FUSED SAFETY SWITCH |
| # | NUMBER |
| P | POLE |
| PH/Ø | PHASE |
| PNL | PANEL |
| PVC | POLYVINYL CHLORIDE |
| R | RELOCATE EXISTING DEVICE TO NEW LOCATION |
| RE | REMOVE EXISTING |
| SQFT | SQUARE FEET |
| THRU | THROUGH |
| TVSS | TRANSIENT VOLTAGE SURGE SUPPRESSER |
| TYP | TYPICAL |
| U.O.N. | UNLESS OTHERWISE NOTED |
| UL | UNDERWRITERS LABORATORIES |
| UPS | UNINTERRUPTIBLE POWER SUPPLY |
| V | VOLTAGE |
| VA | VOLT-AMPERE |
| W/ | WATTS |
| W/ | WITH |
| WMIN | TRANSFORMER |
| WP | WEATHERPROOF |

# MOUNTING HEIGHTS

### STANDARD MOUNTING HEIGHTS

| IF BELOW FINISH CEILING | |
|---|---|
| | WALL MOUNTED CLOCKS, PROGRAM BELLS, AND FIRE ALARM GONGS (OR AS SHOWN ON ARCHITECTURAL DETAILS) |
| 10'-0" | BATTERY LIGHTING UNITS AND REMOTE WALL MOUNTED LIGHT HEAD (OR 1'-0" BELOW FINISHED CEILING TO TOP OF UNIT) |
| 8'-6" | PENDANT HUNG INDUSTRIAL AND STRIP LIGHTING FIXTURES |
| 7'-6" | TELEVISION OUTLET AND SERVICE RECEPTACLE - FOR SHELF MOUNTED TELEVISION (TV) IN BEDROOMS. |
| 7'-6" | TOP OF BACK MOUNTED WALL EXIT FIXTURES (NOT MOUNTED ABOVE DOOR) |
| CENTERED ABOVE DOOR OR WINDOW OPENING | WARNING AND SIGNALING FIXTURES/SIGNS |
| 8'-6" | ILLUMINATED FIRE SIGNALS |
| 8'-6" | TOP OF FLUSH AND SURFACE MOUNTED ELECTRICAL LIGHTING OR POWER PANELBOARDS AND TELEPHONE CABINETS |
| 6'-6" | TOP OF HIGHEST ELECTRICAL SAFETY DISCONNECT SWITCHES, MAGNETIC STARTERS, CONTACTORS |
| 4'-6" | WALL MOUNTED TELEPHONES AND PAY STATIONS (3'-6" AT HANDICAP LOCATIONS) |
| 4'-0" | TOP OF WALL MOUNTED ELECTRICAL DEVICE LIGHTING SWITCHES, MANUAL MOTOR STARTERS, THERMOSTATS AND FIRE ALARM PULL STATIONS. |
| 2'-0" | WALL MOUNTED WIREMOLD |
| 2'-0" | ELECTRICAL RECEPTACLES WITH MECHANICAL SPACES, ELECTRICAL & ELEVATOR ROOMS |
| 18" | ELECTRICAL RECEPTACLE TELEPHONE OUTLETS TELEVISION OUTLETS COMPUTER OUTLETS |
| 0'-0" | FINISHED FLOOR |

**NOTES:**
1. MOUNTING HEIGHTS TO CENTER OF OUTLETS UNLESS OTHERWISE NOTED. IN MASONRY CONSTRUCTION THE ABOVE MOUNTING HEIGHTS SHALL BE USED FOR REFERENCE TO NEAREST BLOCK COURSE.
2. THE ABOVE MOUNTING HEIGHTS SHALL BE ADHERED TO UNLESS SPECIFICALLY NOTED OR DETAILED OTHERWISE ON THE DRAWINGS OR SPECIFICATIONS.
3. A "#" SYMBOL BESIDE A DEVICE INDICATES DEVICE MOUNTED # ABOVE COUNTER OR CASEWORK. REFER TO ARCHITECTURAL AND CASEWORK DETAILS FOR ACTUAL ELEVATION.

# DRAWING INDEX

| DWG# | DRAWING TITLE |
|---|---|
| E0001 | ELECTRICAL SYMBOLS AND ABBREVIATIONS |
| E0002 | ELECTRICAL NOTES AND SPECIFICATIONS |
| ED0001 | LIGHTING PLAN DEMOLITION |
| ED0001 | POWER PLAN DEMOLITION |
| ED0001 | FIRE ALARM PLAN DEMOLITION |
| E0101 | LIGHTING PLAN NEW WORK |
| E0101 | POWER PLAN NEW WORK |
| E0101 | ROOF POWER PLAN NEW WORK |
| E0101 | FIRE ALARM PLAN NEW WORK |
| E0401 | EXISTING POWER RISER DIAGRAM |
| E0601 | LUMINAIRE SCHEDULE AND COMCHECK |
| E0602 | EQUIPMENT KITCHEN SCHEDULE |
| E0603 | EQUIPMENT KITCHEN SCHEDULE |
| E0603 | SCHEDULES |
| E0601 | DETAILS |



**PROJECT**

**SMOKE CRAFT**

MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

**ARCHITECT**



gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

**MEP ENGINEER**
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

**FOOD SERVICE CONSULTANT**

**STRUCTURAL ENGINEER**

**GENERAL CONTRACTOR**

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.19.2019 | | FOR PERMIT |



MICHAEL PRASITH XANG
No. 055953

Electrical Symbols
and Abbreviations

| | |
|---|---|
| Project Number | 1909.00 |
| Date | 07.19.2019 |
| Drawn By | Author |
| Checked By | Checker |

**E0001**

Scale | AS NOTED

# ELECTRICAL SPECIFICATIONS

1. SCOPE OF WORK
2. ELECTRICAL DRAWINGS
3. CODES RULES PERMITS FEES
4. IDENTIFICATION
5. AS-BUILT DRAWINGS
6. INSPECTION AND CERTIFICATES
7. SUBMITTALS
8. CONTRACT CLOSEOUT
9. GUARANTEE
10. CUTTING AND PATCHING
11. MATERIALS

# ELECTRICAL SPECIFICATIONS

12. WIRING
13. CONDUIT
14. CONDUCTORS
15. WIRING DEVICES
16. COVER PLATE
17. RACEWAY AND BOXES
18. PANELBOARD
19. CIRCUIT BREAKERS

# ELECTRICAL SPECIFICATIONS

20. VOICE/DATA DEVICES AND WIRING

# FIRE ALARM GENERAL NOTES

# ELECTRICAL GENERAL NOTES

PROJECT

SMOKE CRAFT
MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT

gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave. NW
Washington, D.C. 20016
(202)244-6880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.19.2019 | | FOR PERMIT |

Electrical Notes
and
Specifications

| | |
|---|---|
| Project Number | 1909.00 |
| Date | 07.19.2019 |
| Drawn By | Author |
| Checked By | Checker |

Scale — AS NOTED

## E0002

GENERAL NOTES:

1. VERIFY IN FIELD FOR ALL EXISTING PANELBOARD LOCATIONS. ALL EXISTING PANELS TO REMAIN AND SHALL BE RE-USED FOR NEW WORK.
2. COORDINATE WITH OTHER DISCIPLINES PRIOR TO PERFORM NEW WORK.
3. COORDINATE CEILING AND WALL MOUNTED DEVICE LOCATIONS WITH ARCHITECTURAL DRAWINGS PRIOR TO ROUGH-IN.
4. ALL CONDUITS SHALL BE CONCEALED IN WALL/CEILING. EXPOSED CONDUITS ALONG EXTERIOR WALL ARE NOT ALLOWED.

## KEYED NOTES:

1. CONNECT TO EXISTING EMERGENCY CIRCUIT ABOVE CEILING, 277V. VERIFY IN FIELD PRIOR TO INSTALLATION. IF THE EMERGENCY CIRCUIT 277V IS NOT AVAILABLE, PROVIDE A NEW CIRCUIT FROM EMERGENCY PANEL IN THE ELECTRICAL ROOM AND POWER UP ALL EMERGENCY FIXTURES WITH 277V IN THE SPACE. 3#12AWG + 1#12GND IN 3/4"C.

2. CONNECT TO EXISTING EMERGENCY CIRCUIT ABOVE CEILING, 120V. VERIFY IN FIELD PRIOR TO INSTALLATION. IF THE EMERGENCY CIRCUIT 120V IS NOT AVAILABLE, PROVIDE A NEW CIRCUIT FROM EMERGENCY PANEL IN THE ELECTRICAL ROOM AND POWER UP ALL EMERGENCY FIXTURES WITH 120V IN THE SPACE. 3#12AWG + 1#12GND IN 3/4"C.

3. PROVIDE SHUNT DEVICE UL 924 INSTALLED IN 4X4 STEEL BOX FOR EMERGENCY FIXTURE. IN THE EVENT OF NORMAL FAILURE, THE EMERGENCY LIGHTS SHALL BE AUTOMATICALLY TURNED ON "FULL BRIGHTNESS.

4. PROVIDE CONNECTION TO DIMMER SWITCH "A" IN THE SWITCHES BANK, SEE DETAIL 2 ON THIS DWG. 3#12AWG + 1#12GND IN 3/4"C.

5. PROVIDE CONNECTION TO DIMMER SWITCH "A" IN THE SWITCHES BANK, SEE DETAIL 2 ON THIS DWG. 3#12AWG + 1#12GND IN 3/4"C.

6. PROVIDE CONNECTION TO DIMMER SWITCH "A" IN THE SWITCHES BANK, SEE DETAIL 2 ON THIS DWG. 3#12AWG + 1#12GND IN 3/4"C.

7. PROVIDE CONNECTION TO DIMMER SWITCH "A" IN THE SWITCHES BANK, SEE DETAIL 2 ON THIS DWG. 3#12AWG + 1#12GND IN 3/4"C.

8. PROVIDE CONNECTION TO DIMMER SWITCH "A" IN THE SWITCHES BANK, SEE DETAIL 2 ON THIS DWG. 3#12AWG + 1#12GND IN 3/4"C.

9. PROVIDE A LIMITED FUSED 1.5A IN 4X4 STEEL GANG BOX FOR TRACK LIGHTING FIXTURE. COORDINATE IN FIELD FOR EXACT LOCATION PRIOR TO INSTALLATION. 3#12AWG + 1#12GND IN 3/4"C.

10. PROVIDE A LIMITED FUSED 1.5A IN 4X4 STEEL GANG BOX FOR TRACK LIGHTING FIXTURE. COORDINATE IN FIELD FOR EXACT LOCATION PRIOR TO INSTALLATION. 3#12AWG + 1#12GND IN 3/4"C.

11. PROVIDE CONNECTION TO DIMMER SWITCH "A" IN THE SWITCHES BANK, SEE DETAIL 2 ON THIS DWG. 3#12AWG + 1#12GND IN 3/4"C.

12. PROVIDE CONNECTION TO DIMMER SWITCH "A" IN THE SWITCHES BANK, SEE DETAIL 2 ON THIS DWG. 3#12AWG + 1#12GND IN 3/4"C.

13. PROVIDE CONNECTION TO DIMMER SWITCH "A" IN THE SWITCHES BANK, SEE DETAIL 2 ON THIS DWG. 3#12AWG + 1#12GND IN 3/4"C.

14. PROVIDE CONNECTION TO DIMMER SWITCH "A" IN THE SWITCHES BANK, SEE DETAIL 2 ON THIS DWG. 3#12AWG + 1#12GND IN 3/4"C.

15. PROVIDE CONNECTION TO DIMMER SWITCH "A" IN THE SWITCHES BANK, SEE DETAIL 2 ON THIS DWG. 3#12AWG + 1#12GND IN 3/4"C.

16. PROVIDE CONNECTION TO DIMMER SWITCH "A" IN THE SWITCHES BANK, SEE DETAIL 2 ON THIS DWG. 3#12AWG + 1#12GND IN 3/4"C.

17. PROVIDE CONNECTION TO DIMMER SWITCH "A" IN THE SWITCHES BANK, SEE DETAIL 2 ON THIS DWG. 3#12AWG + 1#12GND IN 3/4"C.

18. PROVIDE POWER SERVICE CONNECTION TO OUTDOOR SIGNAGE. COORDINATE IN FIELD FOR EXACT LOCATION PRIOR TO INSTALLATION.

19. ROUTE HOME RUN THROUGH TIME CLOCK AND PHOTOCELL. 3#12AWG + 1#12GND IN 3/4"C.



**1** LIGHTING PLAN NEW WORK
E0101   SCALE: 1/4" = 1'-0"



**2** SWITCHES BANK
E0101   SCALE: NONE

To Type "A2" Fixtures
To Type "D4" Fixtures
To Type "D-2" Fixtures
To Type "F1" Fixtures
To Type "A2" Fixtures
To Type "B" Fixtures
To Type "A2" Fixtures
To Type "C1 & C" Fixtures
To Type "F1" Fixtures
To Type "E1" Fixtures
To Type "D-4" Fixtures
To Type "D-2" Fixtures

EXISTING LIGHTING IN ENTRY SIDEWALK TO
EXISTING EXTERIOR LIGHT TO EMERGENCY LIGHT TO REMAIN
HATCH AREA INDICATED DAYLIGHT ZONE
EXISTING EXTERIOR LIGHT CONNECTED TO EMERGENCY LIGHT TO REMAIN
HATCH AREA INDICATED DAYLIGHT ZONE
EXISTING EXTERIOR LIGHT CONNECTED TO EMERGENCY LIGHT TO REMAIN

PROJECT



SMOKE ⬢ CRAFT
MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT


gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.19.2019 | | FOR PERMIT |
| 09.13.2019 | 1 | PERMIT REV 1 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



Lighting Plan
New Work

| | |
|---|---|
| Project Number | 1909.00 |
| Date | 07.19.2019 |
| Drawn By | S.N. |
| Checked By | M.K. |

# E0101

| Scale | AS NOTED |





REMOTE EQUIPMENT TO BE LOCATED BY ARCHITECT

BAR DINING

**GENERAL NOTES:**

1. VERIFY IN FIELD FOR ALL EXISTING PANELBOARD LOCATIONS. ALL EXISTING PANELS TO REMAIN AND SHALL BE RE-USED FOR NEW WORK.
2. COORDINATE WITH OTHER DISCIPLINES PRIOR TO DO ANY DEMOLITIONS AND PERFORMANCE ANY NEW WORKS.
3. REMOVE UNUSED OR ABANDONED WIRES, CABLES, CONDUITS ETC. FROM THIS DEMOLISHED AREA.
4. REMOVE ALL WIRES AND CONDUITS FROM FLOORS, WALLS, ABOVE CEILING ETC. FROM DEMOLITION AREA.

**KEYED NOTES:**

1. FOR POWER SERVICE CONNECTION TO KITCHEN EQUIPMENT, SEE FOOD SERVICE EQUIPMENT SCHEDULES ON DWGS E0502 AND E0503.
2. PROVIDE POWER SERVICE CONNECTION TO CIRCULATION PUMP "CP-1". COORDINATE IN FIELD FOR EXACT LOCATION PRIOR TO INSTALLATION. 3P/24VAC + 1#12AWG IN 3/4"C.
3. NEW LOCATION OF RELOCATED PANELBOARD. COORDINATE IN FIELD PRIOR TO INSTALLATION. ALSO, RELOCATE ALL BRANCH WIRING FOR EXISTING POWER CONNECTIONS TO REMAIN.
4. PROVIDE HEAVY DUTY UNISTRUT FRAMES TO MOUNT XFMR ABOVE CEILING. COORDINATE IN FIELD PRIOR TO INSTALLATION.
5. NEW LOCATION OF RELOCATED EXISTING FAN COIL UNIT "FCU-3". COORDINATE IN FIELD FOR EXACT LOCATION PRIOR TO INSTALLATION. RE-CONNECT THIS UNIT TO ITS PREVIOUS BRANCH WIRING CIRCUIT AND EXTEND WIRES AND CONDUIT AS NEEDED.
6. PROVIDE POWER SERVICE CONNECTION TO CEILING MOUNTED FAN COIL UNIT. COORDINATE IN FIELD WITH MECHANICAL INSTALLERS PRIOR TO INSTALLATION.
7. PROVIDE POWER SERVICE CONNECTION TO MAKE UP AIR UNIT. COORDINATE IN FIELD WITH MECHANICAL INSTALLERS PRIOR TO INSTALLATION.
8. PROVIDE POWER SERVICE CONNECTION TO DOMESTIC WATER TANK. COORDINATE IN FIELD WITH PLUMBING INSTALLERS PRIOR TO INSTALLATION.
9. NOT USED.
10. FOR TV MOUNTING EQUIPMENT, COORDINATE IN FIELD FOR EXACT LOCATION AND SEE ARCHITECTURAL DETAILS PRIOR TO INSTALLATION.

CEILING MOUNTED TWISTED LOCK WITH NEMA L5-30R OUTLET FOR WINDOW. COORDINATE IN FIELD FOR EXACT LOCATION PRIOR TO INSTALLATION. 3P/24WG + 1#12AWG IN 3/4"C.

EXISTING XFMR ABOVE CEILING

EXISTING XFMR ABOVE CEILING

WOMENS

MENS

① POWER PLAN NEW WORK
E0201  SCALE: 1/4" = 1'-0"

PROJECT

SMOKE CRAFT
MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT


gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.19.2019 | | FOR PERMIT |
| 09.13.2019 | 1 | PERMIT REV 1 |
| 10.22.2019 | 2 | PERMIT REV 2 |



Power Plan
New Work

| Project Number | 1909.00 |
|---|---|
| Date | 07.19.2019 |
| Drawn By | S.N. |
| Checked By | M.K. |

# E0201

| Scale | AS NOTED |



REMOTE EQUIPMENT TO BE LOCATED BY ARCHITECT



**GENERAL NOTES:**

1. VERIFY IN FIELD FOR ALL EXISTING PANELBOARD LOCATIONS. ALL EXISTING PANELS TO REMAIN AND SHALL BE RE-USED FOR NEW WORK.

2. COORDINATE WITH OTHER DISCIPLINES PRIOR TO DO ANY DEMOLITIONS AND PERFORMANCE ANY NEW WORKS.

3. REMOVE UNUSED OR ABANDONED WIRES, CABLES, CONDUITS ETC. FROM THIS DEMOLISHED AREA.

4. REMOVE ALL WIRES AND CONDUITS FROM FLOORS, WALLS, ABOVE CEILING ETC. FROM DEMOLITION AREA.

**KEYED NOTES:**

1. FOR POWER SERVICE CONNECTION TO KITCHEN EQUIPMENT. SEE FOOD SERVICE EQUIPMENT SCHEDULES ON DWGS E0802 AND E0803.

2. PROVIDE POWER SERVICE CONNECTION TO CIRCULATION PUMP "CP-1". COORDINATE IN FIELD FOR EXACT LOCATION PRIOR TO INSTALLATION. 24V(AHU-1 1P-22(AS IN 24°C)

3. NEW LOCATION OF RELOCATED PANELBOARD. COORDINATE IN FIELD PRIOR TO INSTALLATION. ALSO RELOCATE ALL BRANCH WIRING FOR EXISTING POWER CONNECTIONS TO REMAIN.

4. PROVIDE HEAVY DUTY UNISTRUT FRAMES TO MOUNT XFMR ABOVE CEILING. COORDINATE IN FIELD PRIOR TO INSTALLATION.

5. NEW LOCATION OF RELOCATED EXISTING FAN COIL UNIT "FCU-5". COORDINATE IN FIELD FOR EXACT LOCATION PRIOR TO INSTALLATION. RE-CONNECT THIS UNIT TO ITS PREVIOUS BRANCH WIRING CIRCUIT AND EXTEND WIRES AND CONDUIT AS NEEDED.

6. PROVIDE POWER SERVICE CONNECTION TO CEILING MOUNTED FAN COIL UNIT. COORDINATE IN FIELD WITH MECHANICAL INSTALLERS PRIOR TO INSTALLATION.

7. PROVIDE POWER SERVICE CONNECTION TO MAKE-UP AIR UNIT. COORDINATE IN FIELD WITH MECHANICAL INSTALLERS PRIOR TO INSTALLATION.

8. PROVIDE POWER SERVICE CONNECTION TO DOMESTIC WATER TANK. COORDINATE IN FIELD WITH PLUMBING INSTALLERS PRIOR TO INSTALLATION.

9. NOT USED.

10. FOR TV MOUNTING EQUIPMENT. COORDINATE IN FIELD FOR EXACT LOCATION AND SEE ARCHITECTURAL DETAILS PRIOR TO INSTALLATION.

**PROJECT**



**SMOKE** C **CRAFT**

MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

**ARCHITECT**



GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

**MEP ENGINEER**
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

**FOOD SERVICE CONSULTANT**

**STRUCTURAL ENGINEER**

**GENERAL CONTRACTOR**

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.19.2019 | | FOR PERMIT |
| 09.13.2019 | 1 | PERMIT REV 1 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



**1** POWER PLAN NEW WORK
E0201  SCALE: 1/4" = 1'-0"

## Power Plan
## New Work

| | |
|---|---|
| Project Number | 1909.00 |
| Date | 07.19.2019 |
| Drawn By | S.N. |
| Checked By | M.K. |

# E0201

| Scale | AS NOTED |
|---|---|



SMOKE CRAFT
MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

**GENERAL NOTES:**

1. VERIFY IN FIELD FOR ALL EXISTING PANELBOARD LOCATIONS. ALL EXISTING PANELS TO REMAIN AND SHALL BE RE-USED FOR NEW WORK.
2. COORDINATE WITH OTHER DISCIPLINES PRIOR TO DO ANY DEMOLITIONS AND PERFORMANCE ANY NEW WORKS.
3. REMOVE UNUSED OR ABANDONED WIRES, CABLES, CONDUITS ETC. FROM THIS DEMOLISHED AREA.
4. REMOVE ALL WIRES AND CONDUITS FROM FLOORS, WALLS, ABOVE CEILING ETC. FROM DEMOLITION AREA.

**KEYED NOTES:**

1. FOR POWER SERVICE CONNECTION TO KITCHEN EQUIPMENT, SEE FOOD SERVICE EQUIPMENT SCHEDULES ON SHGS E0002 AND E0003.
2. PROVIDE POWER SERVICE CONNECTION TO CIRCULATION PUMP TOP-1". COORDINATE IN FIELD FOR EXACT LOCATION PRIOR TO INSTALLATION. 3P/1AWG + 1#12AWG IN 3/4"C.
3. NEW LOCATION OF RELOCATED PANELBOARD, COORDINATE IN FIELD PRIOR TO INSTALLATION. ALSO, RELOCATE ALL BRANCH WIRING FOR EXISTING POWER CONNECTIONS TO REMAIN.
4. PROVIDE HEAVY DUTY UNISTRUT FRAMES TO MOUNT XFMR ABOVE CEILING. COORDINATE IN FIELD PRIOR TO INSTALLATION.
5. NEW LOCATION OF RELOCATED EXISTING FAN COIL UNIT "FCU-2". COORDINATE IN FIELD FOR EXACT LOCATION PRIOR TO INSTALLATION. RE-CONNECT THIS UNIT TO ITS PREVIOUS BRANCH WIRING CIRCUIT AND EXTEND WIRES AND CONDUIT AS NEEDED.
6. PROVIDE POWER SERVICE CONNECTION TO CEILING MOUNTED FAN COIL UNIT. COORDINATE IN FIELD WITH MECHANICAL INSTALLERS PRIOR TO INSTALLATION.
7. PROVIDE POWER SERVICE CONNECTION TO MAKE UP AIR UNIT. COORDINATE IN FIELD WITH MECHANICAL INSTALLERS PRIOR TO INSTALLATION.
8. PROVIDE POWER SERVICE CONNECTION TO DOMESTIC WATER TANK. COORDINATE IN FIELD WITH PLUMBING INSTALLERS PRIOR TO INSTALLATION.
9. PROVIDE POWER SERVICE CONNECTION TO CEILING MOUNTED UNIT HEATER. COORDINATE IN FIELD FOR EXACT LOCATION PRIOR TO INSTALLATION.
10. PROVIDE CEILING MOUNTED TV DUPLEX OUTLET AND TV SIGNAL OUTLET. COORDINATE IN FIELD FOR EXACT LOCATION AND SEE ARCHITECTURAL DETAILS PRIOR TO INSTALLATION.

REMOTE EQUIPMENT TO BE LOCATED BY ARCHITECT



 

**PROJECT**

**ARCHITECT**



gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.19.2019 | | FOR PERMIT |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



**Power Plan
New Work**

| | |
|---|---|
| Project Number | 1908.00 |
| Date | 07.19.2019 |
| Drawn By | S.N. |
| Checked By | M.K. |

**E0201**

| Scale | AS NOTED |
|---|---|

**1** POWER PLAN NEW WORK
E0201   SCALE: 1/4" = 1'-0"

KEYED NOTES:

1. PROVIDE POWER SERVICE CONNECTION TO KITCHEN HOOD EXHAUST FAN. COORDINATE IN FIELD FOR EXACT LOCATION WITH MECHANICAL INSTALLERS PRIOR TO INSTALLATION.

2. PROVIDE UNISTRUT FRAMES TO MOUNT DUPLEX OUTLET ON THE ROOF.

3. PROVIDE WEATHERPROOF COVER WHILE-IN-USE AND MANUFACTURED BY COOPER.

4. PROVIDE HEAVY DUTY UNISTRUT FRAMES TO MOUNT WIRE TROUGH.

5. PROVIDE WEATHERPROOF WIRE TROUGH ENCLOSURE FOR SPLICING POWER TO EACH EXHAUST FAN.



**1** ROOF POWER PLAN NEW WORK
E0202  SCALE: 1/4" = 1'-0"

PROJECT



SMOKE CRAFT

MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT



GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.19.2019 | | FOR PERMIT |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



MICHAEL PRAKSTH KANOJ
Lic. No. 035422

Roof Power Plan
New Work

| Project Number | 1909.00 |
|----------------|---------|
| Date | 07.19.2019 |
| Drawn By | S.N. |
| Checked By | M.K. |

# E0202

Scale  AS NOTED



**GENERAL NOTES:**

1. FIRE ALARM WIRES SHALL BE INSTALLED IN CONDUIT.
2. COORDINATE CEILING AND WALL MOUNTED DEVICE LOCATIONS WITH ARCHITECTURAL DRAWINGS PRIOR TO ROUGH-IN.
3. ALL CONDUITS SHALL BE CONCEALED IN WALLS/CEILING.
4. EXPOSED CONDUITS ALONG EXTERIOR WALL ARE NOT ALLOWED.
5. CONNECT NEW FIRE ALARM DEVICES TO BUILDING FIRE ALARM SYSTEM. SEE FIRE ALARM GENERAL NOTES ON SHEET E0002 FOR MORE DETAILS.
6. MODIFY EXISTING FIRE ALARM CONTROL PANEL AND ANNUNCIATION PANEL FOR CONNECTION TO KITCHEN FIRE SUPPRESSION SYSTEM.
7. ENGAGE LANDLORD FIRE ALARM CONTRACTOR TO MODIFY FIRE ALARM SYSTEM.

**KEYED NOTES:**

1. FIRE SUPPRESSION SYSTEM. FOR EXACT LOCATION, SEE CAPTIVE AIR DRAWINGS.
2. CONNECT FIRE ALARM DEVICE TO EXISTING MAIN FIRE ALARM CONTROL PANEL. PROVIDE MODULE CIRCUIT FOR ACCOMMODATING NEW STROBE DEVICES. WIRES AND CONDUIT SHALL MATCH EXISTING.

PROJECT

SMOKE ⎯ CRAFT
MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT



gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.19.2019 | | FOR PERMIT |
| 09.13.2019 | 1 | PERMIT REV 1 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



MICHAEL PRASITH KANG
Lic.No. 039412

**Fire Alarm Plan
New Work**

| | |
|---|---|
| Project Number | 1909.00 |
| Date | 07.19.2019 |
| Drawn By | S.N. |
| Checked By | M.K. |

**E0301**

| Scale | AS NOTED |

**1** FIRE ALARM PLAN NEW WORK
E0301 SCALE: 1/4" = 1'-0"



**EXISTING POWER RISER DIAGRAM - DEMOLITION** (1) E0401
SCALE : NONE



**EXISTING POWER RISER DIAGRAM - NEW WORK** (2) E0401
SCALE : NONE

## KEYED NOTES:

1. REMOVE EXISTING FEEDER AND ASSOCIATED WIRES AND CONDUIT BACK TO SUPPLY SOURCE.
2. REMOVE GROUND WIRES AND CONDUIT BACK TO SUPPLY SOURCE.
3. REMOVE PANEL AND RELOCATE TO NEW LOCATION AS SHOWN ON NEW WORK.
4. 4# 1/0AWG + 1#6GND IN 2"C.
5. 4#3AWG + 1#6GND IN 1 1/2"C.
6. 4#6AWG + 1#10GND IN 1"C.
7. 3#6AWG + 1#6GND IN 1"C.
8. 3#8AWG + 1#10GND IN 3/4"C.
9. 3#12AWG + 1#10GND IN 3/4"C.
10. EXISTING GROUND WIRE.
11. 1#6AWG IN 3/4"C. TO THE MAIN GROUND BAR IN THE ELECTRICAL ROOM.
12. FUSIBLE DISCONNECT SWITCH 100A, 240V, 3P FUSED AT 100A IN NEMA 1 ENCLOSURE.
13. FUSIBLE DISCONNECT SWITCH 200A, 240V, 3P FUSED AT 100A IN NEMA 1 ENCLOSURE.
14. FUSIBLE DISCONNECT SWITCH 100A, 240V, 3P FUSED AT 60A IN NEMA 1 ENCLOSURE.
15. EXISTING EXISTING FEEDER TO NEW PANEL "A" LOCATION. FEEDER SHALL MATCH EXISTING. VERIFY IN FIELD PRIOR TO INSTALLATION.

**PROJECT**



SMOKE CRAFT

MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

**ARCHITECT**

gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

**MEP ENGINEER**
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

**FOOD SERVICE CONSULTANT**

**STRUCTURAL ENGINEER**

**GENERAL CONTRACTOR**

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.19.2019 | | FOR PERMIT |



**Existing Power
Riser Diagram**

| Project Number | 1909.00 |
|----------------|---------|
| Date | 07.19.2019 |
| Drawn By | Author |
| Checked By | Checker |

# E0401

| Scale | AS NOTED |
|-------|----------|







**Panel "H" (Existing)** — Smoke Craft in Arlington, VA. VOLTAGE: 480/277, PHASE & WIRE: 3 PH, 4W, AC RATING: 35,000, NEUTRAL: 100%, Copper Bus. LOCATION: Kitchen. BUSBAR (AMPS): 200A/200A.

**Panel "LA" (Existing)** — Smoke Craft in Arlington, VA. VOLTAGE: 120/208, PHASE & WIRE: 3 PH, 4W, AC RATING: 22,000, NEUTRAL: 100%, Copper Bus. LOCATION: Kitchen. BUSBAR (AMPS): 225A / 100A.

**Panel "LS-TRIP" (Existing)** — Smoke Craft in Arlington, VA. VOLTAGE: 120/208, PHASE & WIRE: 3 PH, 4W, AC RATING: 22,000, NEUTRAL: 100%, Copper Bus. LOCATION: Kitchen. BUSBAR (AMPS): 125A / 60A (Short Trip Breaker).

**Panel "LB" (Existing)** — Smoke Craft in Arlington, VA. VOLTAGE: 120/208, PHASE & WIRE: 3 PH, 4W, AC RATING: 22,000, NEUTRAL: 100%, Copper Bus. LOCATION: Kitchen. BUSBAR (AMPS): 225A / 100A.

PROJECT



SMOKE CRAFT
MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT

gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8860

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO | DESCRIPTION |
|------|----|-------------|
| 07.19.2019 | | FOR PERMIT |
| 08.13.2019 | 1 | PERMIT REV 1 |
| 10.22.2019 | 2 | PERMIT REV 2 |



MICHAEL PRAVEEN ZAMCO
Lic. No. 055922

Schedules

Project Number        1909.00
Date                  07.19.2019
Drawn By              Author
Checked By            Checker

E0504

Scale                 AS NOTED

# FOODSERVICE EQUIPMENT SCHEDULE

| | EQUIPMENT INFORMATION | | | ELECTRICAL INFORMATION | | | | | | | POWER CONNECTION INFORMATION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Item No. | Category | Mfr | Model | Voltage | Phase | Amps | Hp | Kw | Connection Type | NEMA | Electrical Connection Height | Outlets Configuration (Power Connections) | Panel & Circuit No | Branch Wiring & Conduits | Equipment Remarks |
| 1 | Hand Sink | By Owner | PBHS-H-1416SS-R-X | | | | | | | | | | | | |
| 1.1 | Soap Dispenser, Wall-Mount | By Owner | SOAP DISPENSER, WALL MOUNT | | | | | | | | | | | | |
| 1.2 | Paper Towel Dispenser | By Owner | PAPER TOWEL DISPENSER, WALL MOUNT | | | | | | | | | | | | |
| 1a | Wall / Splash Mount Faucet | T&S Brass | B-1146 | | | | | | | | | | | | |
| 2 | Work Table, 48", Stainless Steel Top | John Boos | ST6R5-3060SSK | | | | | | | | | | | | |
| 3 | Soda Ice & Beverage Dispenser, In-Counter | By Owner | VU158BBLL | 115 | 1 | 4.4 | | | Cord & Plug | 5-15P | 12" | Duplex Outlet NEMA 5-20R | LP-2 | 2#12AWG + 1#12GND IN 3/4"C | Carbonated Water From Item #5.1 & 9.2 |
| | | By Owner | VU158BBLL | | | | | | | | | | | | |
| 4 | Iced Tea Brewer | BUNN | 41400.0004 | 120 | 1 | 13.7 | | | Cord & Plug | 5-15P | 18" | Duplex Outlet NEMA 5-20R | LP-4 | 2#12AWG + 1#12GND IN 3/4"C | Filtered Water From Item #10 |
| 5 | Tea Urn | BUNN | 37100.0000 | | | | | | | | | | | | |
| 5.1 | Tea Coffee Dispenser | By Owner | 37100.0000 | | | | | | | | | | | | |
| 6 | Coffee Brewer | BUNN | 10000.0002 | 120 | 1 | 13.3 | | 1.6 | Cord & Plug | 5-15P | 48" | Duplex Outlet NEMA 5-20R | LP-6 | 2#12AWG + 1#12GND IN 3/4"C | Filtered Water From Item #10 |
| 7 | Warming Drawer, Free Standing | Alto-Shaam | 500-1D | 120 | 1 | 5.3 | | 0.64 | Cord & Plug | 5-15P | 24" | Duplex Outlet NEMA 5-20R | LP-8 | 2#12AWG + 1#12GND IN 3/4"C | |
| 8 | Ice Cream Dipping Cabinet | Master-Bilt | DD-26 | 115 | 1 | 5.1 | | | Cord & Plug | 5-15P | 18" | Duplex Outlet NEMA 5-20R | LP-10 | 2#12AWG + 1#12GND IN 3/4"C | |
| 9 | Carbonator | By Owner | A090-20AV | | | | | | | | | | | | |
| 9.1 | Bag-In-Box Rack | By Owner | BIB RACK 3X INCH | | | | | | | | | | | | |
| 9.1 | Carbonator | By Owner | CARBONATOR | 120 | 1 | 3.5 | | | Cord & Plug | 5-15P | 78" | Duplex Outlet NEMA 5-20R | LP-12 | 2#12AWG + 1#12GND IN 3/4"C | Filtered Water From Item #10 |
| 9.2 | Carbonator | By Owner | CARBONATOR | 120 | 1 | 3.5 | | | Cord & Plug | 5-15P | 78" | Duplex Outlet NEMA 5-20R | LP-14 | 2#12AWG + 1#12GND IN 3/4"C | Filtered Water From Item #10 |
| 10 | Water Filtration System, Air Fountain / Beverage Machine | Everpure | EV943691 | | | | | | | | | | | | Filtered Water to Item #4, 5, 9.1 & 9.2 |
| 11 | Mop Sink | By Owner | | | | | | | | | | | | | |
| 11.1 | H2O Ice Chemicals | Custom | H2O H2O | | | | | | | | | | | | |
| 11.2 | Mop Broom Holder | AjiRoute | C3-CAN | | | | | | | | | | | | |
| 11.3 | Shelving | Metro | HQAA49 | | | | | | | | | | | | |
| 11a | Service Faucet | John Boos | PBF-SS-K-X | | | | | | | | | | | | |
| 12 | Work Table, 36", Enclosed Base | John Boos | 4TA-3636S5K | | | | | | | | | | | | |
| 13 | Walk-In Refrigeration | WALKIN | BEER COOLER 50 IN. DOOR | 120 | 1 | 6.0 | | | Direct | Clg. of Box | 30A, 240V, 2P FUSED AT 15A IN NEMA 3R ENC. | | LP-16 | 2#12AWG + 1#12GND IN 3/4"C | |
| 13.1 | Walk-In Refrigeration | WALKIN | BEER COOLER EVAPORATOR | 115 | 1 | 2.9 | | | Direct | Clg. of Box | 30A, 240V, 2P FUSED AT 15A IN NEMA 3R ENC. | | LP-18 | 2#12AWG + 1#12GND IN 3/4"C | |
| 13.2 | Walk-In Refrigeration | WALKIN | BEER COOLER CONDENSER | 208-230 | 1 | 9.8 | 1.5 | | Direct | Location TBD | 30A, 240V, 2P FUSED AT 15A IN NEMA 3R ENC. | | LP-20,22 | 2#12AWG + 1#12GND IN 3/4"C | |
| 14 | Dunnage Rack | Channel | ADR2024 | | | | | | | | | | | | |
| 14.1 | Keg Storage Rack | Channel | KARMB... | | | | | | | | | | | | |
| 14.2 | Keg Storage Rack | Channel | KARMG | | | | | | | | | | | | |
| 15 | Wire Shelving | Metro | 2460BR | | | | | | | | | | | | |
| 16 | Nitrogenator | ACCM | ELITE NITROGENATOR | 120 | 1 | 5.0 | | | Cord & Plug | 5-15P | 18" | Duplex Outlet NEMA 5-20R | LP-24 | 2#12AWG + 1#12GND IN 3/4"C | |
| 17 | Dunnage Rack | Metro | 2448BR | | | | | | | | | | | | |
| 18 | Work Table with Sink | Fabkem | CUSTOM | | | | | | | | | | | | Water From Clg. Via Chase to Sink |
| 18a | Pre-Rinse Faucet Assembly | T&S Brass | B-0113 | | | | | | | | | | | | |
| 18b | Drain, Lever / Twist Waste | John Boos | PB-DWS-10V | | | | | | | | | | | | |
| 18c | Drain, Lever / Twist Waste, Parts | John Boos | PB-LWB | | | | | | | | | | | | |
| 19 | Heated Low Temp Holding Cabinet | Alto-Shaam | 1000-UP | 120 | 1 | 6.4 | | 1.0 | Cord & Plug | 5-15P | 12" | | LP-26 | 2#12AWG + 1#12GND IN 3/4"C | Elect. From Clg. Via Chase to Undershelf |
| 20 | Timer (1) Compartment Sink | Alto-Shaam | SB-182464-2318-X | | | | | | | | | | | | |
| 20a | Pre-Rinse Faucet Assembly, Add / Add On Faucet | T&S Brass | B-0113-01 | | | | | | | | | | | | |
| 20b | Wall / Splash Mount Faucet | T&S Brass | B-0231 | | | | | | | | | | | | |
| 20c | Drain, Lever / Twist Waste | John Boos | PB-LWR-1-X | | | | | | | | | | | | |
| 20d | Drain, Lever / Twist Waste, Parts | John Boos | PB-LWS | | | | | | | | | | | | |
| 21 | H2O Ice Chemicals | Custom | 1/2-H2O | | | | | | | | | | | | |
| 22 | Overshelf | John Boos | BHS12OSPKDX | | | | | | | | | | | | |
| 22.1 | Overshelf | John Boos | 1540C | | | | | | | | | | | | |
| 23 | Wire Shelving | Metro | 1842C | | | | | | | | | | | | |
| 23.1 | Wire Shelving | By Owner | SCM-JIM | | | | | | | | | | | | |
| 24 | Slim Jim Trash Can | By Owner | SCM-JIM | | | | | | | | | | | | |
| 24 | Slim Jim Trash Can | By Owner | SCM-JIM | | | | | | | | | | | | |
| 25 | Tower Dispense w/ Sink | By Owner | JST5-20-60R-X | | | | | | | | | | | | |
| 26 | Pre-Rinse Faucet Assembly | T&S Brass | B-0133-B | | | | | | | | | | | | |
| 26a | Wall / Splash Mount Faucet | T&S Brass | B-0231 | | | | | | | | | | | | |
| 27 | Dishwasher, Door Type | By Owner | DL-2000 | 115 | 1 | 16.0 | 1 | | Cord & Plug | 5-20P | 60" | | LP-28 | 2#12AWG + 1#12GND IN 3/4"C | Owner's Outlet Selection may vary |
| 27.1 | Exhaust Hood (for Dishwasher) | Captive-Aire | CUSTOM | | | | | | | | | | | | |
| 27.2 | Exhaust Fan | Captive-Aire | EXHAUST FAN - UPBLAST CONDENSATE 120V | TBD | TBD | TBD | | | Direct | | | | | | Fan Size & Type TBD by Engineer |
| 28 | Drain Dispenser | John Boos | JDTC-20-48U-X | | | | | | | | | | | | |
| 30 | Ice Cube Maker | Manitowoc | IYT1200A | 208-230 | 1 | 14.2 | | | Direct | | 60" | 30A, 240V, 2P FUSED AT 20A IN NEMA 3R ENC. | LP-30,32 | 2#12AWG + 1#12GND IN 3/4"C | Filtered Water From Item #52 |
| 31 | Ice Bin for Ice Machines | Manitowoc | D970 | | | | | | | | | | | | |
| 31.1 | Salt 6 Ice Tote Bracket | By Owner | ICE TOTE BRACKET #101006 | | | | | | | | | | | | |
| 31.2 | Salt 6 Ice Tote Bracket | By Owner | ICE TOTE BRACKET #101006 | | | | | | | | | | | | |
| 32 | Water Filtration System, Ice Machine | Everpure | EV943742 | | | | | | | | | | | | Filtered Water to Item #31 |
| 33 | Wire Shelving | Metro | | | | | | | | | | | | | |
| 34 | Reach-In Freezer | Turbo Air | TSF-35SD-N | 115 | 1 | 8.1 | | 5/8 | Cord & Plug | 5-15P | 18" | Duplex Outlet NEMA 5-20R | LP-34 | 2#12AWG + 1#12GND IN 3/4"C | |
| 35 | Wire Shelving | Metro | 1848BR | | | | | | | | | | | | |
| 36 | Locker | Choice Equipment | EL-S-12-1-P-T | | | | | | | | | | | | |
| 36.1 | Locker | Choice Equipment | EL-S-12-1-P-T | | | | | | | | | | | | |
| 37 | Hand Sink | By Owner | PBHS-H-1416-SS-R-X | | | | | | | | | | | | |
| 37.1 | Soap Dispenser, Wall Mount | By Owner | SOAP DISPENSER, WALL MOUNT | | | | | | | | | | | | |
| 37.2 | Paper Towel Dispenser | By Owner | PAPER TOWEL DISPENSER, WALL MOUNT | | | | | | | | | | | | |
| 37a | Wall / Splash Mount Faucet | T&S Brass | B-1146 | | | | | | | | | | | | |
| 38 | Slim Jim Trash Can | By Owner | SLM-JIM | | | | | | | | | | | | |
| 39 | Spare Number | | | | | | | | | | | | | | |
| 40 | Walk-In Cooler | WALKIN | EXISTING | | | | | | | | | | | | Electric is Existing |
| 40.1 | Walk-In Refrigeration | WALKIN | EXISTING | | | | | | | | | | | | Electric is Existing |
| 41 | Walk-In Refrigeration | WALKIN | EXISTING | | | | | | | | | | | | Electric is Existing |
| 41 | Walk-In Cooler Floor - Overlay | Fabkem | CUSTOM | | | | | | | | | | | | |
| 42 | Spare Number | | | | | | | | | | | | | | |
| 43 | Wire Shelving | Metro | 2472MG | | | | | | | | | | | | |
| 43.1 | Wire Shelving | Metro | 2496MG | | | | | | | | | | | | |
| 43.2 | Wire Shelving | Metro | 2448MG | | | | | | | | | | | | |
| 43.3 | Wire Shelving | Metro | 2460MG | | | | | | | | | | | | |
| 43.4 | Wire Shelving | Metro | 2436MG | | | | | | | | | | | | |
| 44 | Dunnage Rack | Metro | | | | | | | | | | | | | |
| 45 | Smoker Oven | Southern Pride | MLR-850 | 120 | 1 | 15.0 | | | Cord & Plug | 5-15P | 32" | Duplex Outlet NEMA 5-20R | LS-TRIP-2 | 2#12AWG + 1#12GND IN 3/4"C | |
| 46 | Smoker Oven | Southern Pride | MLR-850 | 120 | 1 | 15.0 | | | Cord & Plug | 5-15P | 32" | Duplex Outlet NEMA 5-20R | LS-TRIP-4 | 2#12AWG + 1#12GND IN 3/4"C | |
| 47 | Exhaust Hood | Captive-Aire | HOOD, TYPE I, 24" | | | | | | | | | | | | |
| 47.1 | Fire Suppression System | Custom | HOOD FIRE SUPPRESSION, BUILT IN | | | | | | | Ceiling | Junction Box | | LB-22 | 2#12AWG + 1#12GND IN 3/4"C | |
| 47a | Energy Management System | Captive-Aire | HOOD CONTROL PACKAGE, BUILT IN | 120 | 1 | 15.0 | | | Direct | | | | | | |
| 48 | Heated Make Up Air Fan, Gas Fired | Captive-Aire | HEATED MAKE UP AIR, GAS | TBD | TBD | TBD | | | Direct | | Location TBD | | | | Unit Size & Type TBD by Engineer |
| 49 | Exhaust Fan | Captive-Aire | EXHAUST FAN - UPBLAST GREASE 208V | TBD | TBD | TBD | | | Direct | | Location TBD | | | | Fan Size & Type TBD by Engineer |
| 50 | Exhaust Fan | Captive-Aire | EXHAUST FAN - UPBLAST GREASE 208V | TBD | TBD | TBD | | | Direct | | Location TBD | | | | Fan Size & Type TBD by Engineer |
| 51 | Exhaust Hood | Vulcan | HOOD, TYPE I, 60" | | | | | | | | | | | | |
| 52 | Gas Fryer, Battery | Pitco | 3TRM5DF | | | | | | | | | | | | |
| 53 | Safety System Wholesale Gas Conceptdic | Gaylord/... | S181FBFCH-K | | | | | | | | | | | | |
| 53 | Connection Oven, Gas | Blodgett Oven | ZEPH-100-G-DBL | 115 | 1 | 6.0 | | | Cord & Plug | 5-15P | 60" | Duplex Outlet NEMA 5-20R | LS-TRIP-10 | 2#12AWG + 1#12GND IN 3/4"C | |
| 53a | Safety System Movable Gas Connector | Gaylord/... | ... | 115 | 1 | 6.0 | | | Cord & Plug | 5-15P | 60" | Duplex Outlet NEMA 5-20R | LS-TRIP-12 | 2#12AWG + 1#12GND IN 3/4"C | |
| 53a | Connection Oven, Gas | Dorfeldt | H738PG94F | | | | | | | | | | | | |
| 54 | Cook Hold Oven Cabinet Smoker, Electric | Dorfeldt | 1000-SK/I | 208-240 | 1 | 24.3-31.4 | | 5,6-6.5 | Cord & Plug by EC | | 36" | Special Outlet NEMA 5-20R | LS-TRIP-12,14 | 2#6AWG + 1#8GND IN 3/4"C | |

## NOTES:
(1) PROVIDE FUSIBLE DISCONNECT SWITCH 30A, 240V, 2P FUSED AT 30A IN NEMA 3R ENCLOSURE.
(2) PROVIDE FUSIBLE DISCONNECT SWITCH 30A, 240V, 2P FUSED AT 20A IN NEMA 3R ENCLOSURE.
(3) PROVIDE FUSIBLE DISCONNECT SWITCH 30A, 240V, 2P FUSED AT 15A IN NEMA 3R ENCLOSURE.
(4) PROVIDE FUSIBLE DISCONNECT SWITCH 30A, 240V, 2P FUSED AT 15A IN NEMA 3R ENCLOSURE.
(5) PROVIDE FUSIBLE DISCONNECT SWITCH 60A, 480V, 3P FUSED AT 40A IN NEMA 3R ENCLOSURE.
(6) PROVIDE FUSIBLE DISCONNECT CIRCUIT 120V FOR KITCHEN HOOD CONTROL BOX. FIELD VERIFY THE CIRCUIT PRIOR TO INSTALLATION.
(7) CONNECT TO A DEDICATED EMERGENCY CIRCUIT 120V IN THE BUILDING. VERIFY IN FIELD FOR EMERGENCY CIRCUIT PRIOR TO INSTALLATION.



**SMOKE CRAFT**
MODERN BARBECUE

**PROJECT**

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

**ARCHITECT**



gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-6660

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.19.2019 | | FOR PERMIT |



MICHAEL PRARITH ISAAC
Lic. No. 050462

## Kitchen Equipment Schedules

| Project Number | 1909.00 |
|---|---|
| Date | 07.19.2019 |
| Drawn By | Author |
| Checked By | Checker |

# E0502

| Scale | AS NOTED |

# FOODSERVICE EQUIPMENT SCHEDULE

| ItemNo | EQUIPMENT INFORMATION | | | ELECTRICAL INFORMATION | | | | | | | POWER CONNECTION INFORMATION | | | Equipment Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Category | Mfr | Model | Voltage | Phase | Amps | Hp | Kw | ConnectionType | NEMA | ElectricalConnectionHeight | Outlets Configuration (Power Connections) | Panel & Circuit No. | Branch Wiring & Conduits | |
| 55 | Equipment Stand, Refrigerated Base | Turbo Air | TCBE-96SDR-N | 115 | 1 | 4.9 | 3/8 | | Cord & Plug | 5-15P | 18" | Duplex Outlet NEMA 5-20R | L5-TRIP 1 | 2#12AWG + 1#12GND IN 3/4"C | |
| 56 | Hotplate, Countertop, Gas | Southbend | HDG-36 | | | | | | | | | | | | |
| 56a | Safety System Microswitch Gas Connector | Dormont | 16100KIT2A45 | | | | | | | | | | | | |
| 57 | Gas Countertop Griddle | Southbend | HDG-24 | | | | | | | | | | | | |
| 57a | Safety System Moveable Gas Connector | Dormont | 16100FQ2A48 | | | | | | | | | | | | |
| 58 | Charbroiler, Gas | Southbend | P60-CM | | | | | | | | | | | | Hard-Piped Gas Connection |
| 58.1 | Shelf for Charbroiler | Fabapac | 60' SHELF, CHEESEMELTERH | | | | | | | | | | | | |
| 59 | Spare Number | | | | | | | | | | | | | | |
| 60 | Food Pan Warmer, Countertop | Vollrath | 71001 | 120 | 1 | 5.8 | | 0.7 | Cord & Plug | 5-15P | 48" | | L5-TRIP 3 | 2#12AWG + 1#12GND IN 3/4"C | |
| 61 | Build, Worksurg | Metro | | | | | | | | | | | | | |
| 61.1 | Shelving, Wall Mounted | Metro | | | | | | | | | | | | | |
| 62 | Spare Number | | | | | | | | | | | | | | |
| 63 | Charbroiler, Gas, Countertop | Southbend | HDC-36 | | | | | | | | | | | | |
| 63a | Safety System Moveable Gas Connector | Dormont | 16100FQ2A48 | | | | | | | | | | | | |
| 64-68 | Spare Numbers | | | | | | | | | | | | | | |
| 69 | Cutting Board | Alan James | JB0100A0A | | | | | | | | | | | | |
| 70 | Microwave Oven | ACP | HDC12A2 | 120 | 1 | 16.6 | 2.0 | | Cord & Plug | 5-20P | 48" | Duplex Outlet NEMA 5-20R | LA 36 | 2#12AWG + 1#12GND IN 3/4"C | |
| 71 | Heat Shelf | Berkel | X13E-PLUS | 120 | 1 | 5.3 | 1/3 | | Cord & Plug | 5-15P | 18" | Duplex Outlet NEMA 5-20R | LA 40 | 2#12AWG + 1#12GND IN 3/4"C | |
| 72 | Warming Drawer, Free Standing | Alto-Shaam | 500-2D | 120 | 1 | 5.3 | | 0.54 | Cord & Plug | 5-15P | 18" | Duplex Outlet NEMA 5-20R | LA 42 | 2#12AWG + 1#12GND IN 3/4"C | |
| 73 | Warming Drawer, Free Standing | Alto-Shaam | 500-2D | 120 | 1 | 5.3 | | 0.54 | Cord & Plug | 5-15P | 18" | Duplex Outlet NEMA 5-20R | LA 42 | 2#12AWG + 1#12GND IN 3/4"C | |
| 74 | Countertop Portion Steamer | Nemco | 6600 | 120 | 1 | 15.0 | | 1.8 | Cord & Plug | 5-15P | 18" | Duplex Outlet NEMA 5-20R | LA 44 | 2#12AWG + 1#12GND IN 3/4"C | |
| 75 | Orderthief | Advance Tabco | DOW-16-60 | | | | | | | | | | | | |
| 76 | Underbar Sink | Advance Tabco | DOW-16-60 | | | | | | | | | | | | |
| 78 | Heat Lamp | Hatco | GRAH-54D3 | 120 (208) | 1 | 34.2 (19.74) | | 4.1 | Direct | | See Remarks | 30A, 240V, 3P FUSED AT 30A IN NEMA 3R ENCL. | LA 1 | 2#12AWG + 1#12GND IN 3/4"C | Electric Down From Clg. |
| 77 | Spare Number | | | | | | | | | | | | | | |
| 78.1 | Food Pan Warmer, Countertop | Vollrath | 71001 | 120 | 1 | 5.8 | | 0.7 | Cord & Plug | 5-15P | 12" | Duplex Outlet NEMA 5-20R | LA 3 | 2#12AWG + 1#12GND IN 3/4"C | |
| 78 | Food Pan Warmer, Countertop | Vollrath | 71001 | 120 | 1 | 5.8 | | 0.7 | Cord & Plug | 5-15P | 12" | Duplex Outlet NEMA 5-20R | LA 3 | 2#12AWG + 1#12GND IN 3/4"C | |
| 79 | Mega Top Sandwich / Salad Preparation Refrigerator | Turbo Air | MST-60-24-N | 115 | 1 | 4.4 | 1/4 | | Cord & Plug | 5-15P | 18" | Duplex Outlet NEMA 5-20R | LA 5 | 2#12AWG + 1#12GND IN 3/4"C | |
| 80-81 | Spare Numbers | | | | | | | | | | | | | | |
| 82 | Ticket Printer | By Owner | POS - TICKET PRINTER | 120 | 1 | 1.5 | | | Cord & Plug | 5-15P | 48" | Duplex Outlet NEMA 5-20R | LA 13 | 2#12AWG + 1#12GND IN 3/4"C | Electric Down From Clg. |
| 83 | Ticket Printer | By Owner | POS - TICKET PRINTER | 120 | 1 | 1.5 | | | Cord & Plug | 5-15P | 48" | Duplex Outlet NEMA 5-20R | LA 13 | 2#12AWG + 1#12GND IN 3/4"C | Electric Down From Clg. |
| 84 | Ticket Printer | By Owner | POS - TICKET PRINTER | 120 | 1 | 1.5 | | | Cord & Plug | 5-15P | 48" | Duplex Outlet NEMA 5-20R | LA 13 | 2#12AWG + 1#12GND IN 3/4"C | Electric Down From Clg. |
| 85 | Hand Sink | By Owner | PBHS-W-0909-SS-R-X | | | | | | | | | | | | |
| 86.1 | Soap Dispenser, Wall Mount | By Owner | SOAP DISPENSER, WALL MOUNT | | | | | | | | | | | | |
| 86.2 | Paper Towel Dispenser | By Owner | PAPER TOWEL DISPENSER, WALL MOUNT | | | | | | | | | | | | |
| 86.5 | Join Jini Foam Cart | By Owner | SLIM JIM | | | | | | | | | | | | |
| 86a | Wall / Splash Mount Faucet | T&S Brass | B-1146-03N | | | | | | | | | | | | |
| 87 | Work Top Freezer | John Boos | TWF-2850-CO-N | 115 | 1 | 2.9 | 3/8 | | Cord & Plug | 5-15P | 12" | Duplex Outlet NEMA 5-20R | LA 15 | 2#12AWG + 1#12GND IN 3/4"C | |
| 88 | Work Table, 84", Stainless Steel Top | John Boos | ST6-8684SSK-X | | | | | | | | | | | | |
| 88-90 | Spare Numbers | | | | | | | | | | | | | | |
| 96 | Planetary Mixer | | SP30 | 115 | 1 | 16.0 | 1 | | Cord & Plug | 5-20P | 36" | Duplex Outlet NEMA 5-20R | LA 17 | 2#12AWG + 1#12GND IN 3/4"C | |
| 97 | Work Table, 108", Stainless Steel Top | John Boos | ST6R13-84108SK | | | | | | | | | | | | |
| 98-99 | Spare Numbers | | | | | | | | | | | | | | |
| 98 | Draft Beer System | AC Bev | BEER SYSTEM | | | | | | | | | | | | |
| 99.1 | Draft Beer System | AC Bev | BEER SYSTEM | | | | | | | | | | | | |
| 100-199 | Spare Numbers | | | | | | | | | | | | | | |
| 200 | Drip Trough | AC Bev | DP-532CLD-10-3-18 | | | | | | | | | | | | |
| 200.1 | Rinser | AC Bev | | | | | | | | | | | | | |
| 201 | Drip Trough | AC Bev | DP-332ELD-10-3-18 | | | | | | | | | | | | |
| 201.1 | Rinser | AC Bev | | | | | | | | | | | | | |
| 202 | Lift Gate | By Owner | BV OWNER | | | | | | | | | | | | |
| 203-208 | Spare Numbers | | | | | | | | | | | | | | |
| 209 | Ice Bin with Bottle Wells | Krowne | KR18-M30 | | | | | | | | | | | | |
| 210 | Underbar Sink Units | Krowne | KR18-M18 | | | | | | | | | | | | |
| 211 | Ice Bin with Bottle Wells | Krowne | KR18-M30 | | | | | | | | | | | | |
| | | Krowne | KR18-M018 | | | | | | | | | | | | |
| 211.1 | Bottle Display | Krowne | KR18-12RD | | | | | | | | | | | | |
| 212 | Bar Gun | John Boos | BAR GUN | | | | | | | | | | | | |
| 212.1 | Storage Cabinet | Krowne | KR18-S12 | | | | | | | | | | | | |
| 213 | Hand Sink | John Boos | PBHS-W-0909-X | | | | | | | | | | | | |
| 213.1 | Soap Dispenser, Wall Mount | By Owner | SOAP DISPENSER, WALL MOUNT | | | | | | | | | | | | |
| 213.2 | Paper Towel Dispenser | By Owner | PAPER TOWEL DISPENSER, WALL MOUNT | | | | | | | | | | | | |
| 213a | Splash Mount Faucet | T&S Brass | B-1146-03N | | | | | | | | | | | | |
| 214 | Join Jini Foam Cart | By Owner | SLIM JIM | | | | | | | | | | | | |
| 215 | Glass Rack | By Owner | KR18-GSW2 | | | | | | | | | | | | |
| 216 | Spare Number | | | | | | | | | | | | | | |
| 217 | Dishmachine, Undercounter High Temp, CH330B or Equal | By Owner | DISHMACHINE, UNDERCOUNTER, HIGH TEMP | 208 | 1 | 32.0 | | | Cord & Plug by EC | 6-50P | 12" | Special Outlet NEMA 6-50R | LA 19,21 | 2#8AWG + 1#10GND IN 3/4"C | Owner's DW Selection may vary |
| 218 | Glass Rack | By Owner | KR18-GSW2 | | | | | | | | | | | | |
| 219 | Underbar Sink Units | Krowne | KR21-D1C | | | | | | | | | | | | |
| | | Krowne | KR18-M30R-10 | | | | | | | | | | | | |
| | | Krowne | KR18-M18 | | | | | | | | | | | | |
| 219.1 | Underbar Sink Units | Krowne | KR18-M30R-10 | | | | | | | | | | | | |
| 220 | Ice Bin with Bottle Wells | Krowne | KR18-M30R-10 | | | | | | | | | | | | |
| | | Krowne | KR18-M18 | | | | | | | | | | | | |
| 220.1 | Bar Gun | John Boos | BAR GUN | | | | | | | | | | | | |
| 220.2 | Underbar Sink Units | Krowne | KR18-M18 | | | | | | | | | | | | |
| 221 | Hand Sink | John Boos | PBHS-W-0909-X | | | | | | | | | | | | |
| 221.1 | Soap Dispenser, Wall Mount | By Owner | SOAP DISPENSER, WALL MOUNT | | | | | | | | | | | | |
| 221.2 | Paper Towel Dispenser | By Owner | PAPER TOWEL DISPENSER, WALL MOUNT | | | | | | | | | | | | |
| 221a | Splash Mount Faucet | T&S Brass | B-1146-03N | | | | | | | | | | | | |
| 222 | Ice Bin with Bottle Wells | Krowne | KR18-M30R-10 | | | | | | | | | | | | |
| | | Krowne | KR18-M30R-10 | | | | | | | | | | | | |
| 222.1 | Bottle Display | Krowne | KR18-12RD | | | | | | | | | | | | |
| 226 | Bar Gun | John Boos | BAR GUN | | | | | | | | | | | | |
| 226.1 | Storage Cabinet | Krowne | KR18-S12 | | | | | | | | | | | | |
| 230 | Join Jini Foam Cart | By Owner | SLIM JIM | | | | | | | | | | | | |
| 236 | POS Station - Countertop | By Owner | POS - COUNTERTOP | 120 | 1 | 1.5 | | | Cord & Plug | 5-15P | 48" | Duplex Outlet NEMA 5-20R | LA 23 | 2#12AWG + 1#12GND IN 3/4"C | Electric Down From Clg. |
| 236.1 | Ticket Printer | By Owner | POS - TICKET PRINTER | 120 | 1 | 1.5 | | | Cord & Plug | 5-15P | 48" | Duplex Outlet NEMA 5-20R | LA 23 | 2#12AWG + 1#12GND IN 3/4"C | Electric Down From Clg. |
| 231-234 | Spare Numbers | | | | | | | | | | | | | | |
| 235 | Back Bar Cabinet, Refrigerated | Turbo Air | TBB-48S-N | 115 | 1 | 2.9 | 3/8 | | Cord & Plug | 5-15P | 48" | Duplex Outlet NEMA 5-20R | LA 25 | 2#12AWG + 1#12GND IN 3/4"C | |
| 236 | Frozen Drink Machine, Non-Carbonated, Cylinder Type | Taylor Company | 432 | 208-230 | 3 | 13.0 | 1/3 1/4 | | Direct | | 48" | 30A, 240V, 3P FUSED AT 30A IN NEMA 3R ENCL. | LA 27,29,31 | 2#12AWG + 1#12GND IN 3/4"C | |
| 237-238 | Spare Numbers | | | | | | | | | | | | | | |
| 239 | Back Bar Cabinet | By Owner | BY OWNER | | | | | | | | | | | | |
| 240 | POS Station - Countertop | By Owner | POS - COUNTERTOP | 120 | 1 | 1.5 | | | Cord & Plug | 5-15P | 48" | Duplex Outlet NEMA 5-20R | LA 35 | 2#12AWG + 1#12GND IN 3/4"C | |
| 240.1 | Ticket Printer | By Owner | POS - TICKET PRINTER | 120 | 1 | 1.5 | | | Cord & Plug | 5-15P | 48" | Duplex Outlet NEMA 5-20R | LA 35 | 2#12AWG + 1#12GND IN 3/4"C | |
| 241 | Back Bar Cabinet, Refrigerated | Turbo Air | TBB-48S-N | 115 | 1 | 2.9 | 3/8 | | Cord & Plug | 5-15P | 48" | Duplex Outlet NEMA 5-20R | LA 35 | 2#12AWG + 1#12GND IN 3/4"C | |
| 242 | Back Bar Cabinet, Refrigerated | Turbo Air | TBB-48S-N | 115 | 1 | 2.9 | 3/8 | | Cord & Plug | 5-15P | 48" | Duplex Outlet NEMA 5-20R | LA 35 | 2#12AWG + 1#12GND IN 3/4"C | |
| 243 | POS Station - Countertop | By Owner | POS - COUNTERTOP | 120 | 1 | 1.5 | | | Cord & Plug | 5-15P | 48" | Duplex Outlet NEMA 5-20R | LA 5 | 2#12AWG + 1#12GND IN 3/4"C | |
| 243.1 | Ticket Printer | By Owner | POS - TICKET PRINTER | 120 | 1 | 1.5 | | | Cord & Plug | 5-15P | 48" | Duplex Outlet NEMA 5-20R | LA 5 | 2#12AWG + 1#12GND IN 3/4"C | |
| 244-249 | Spare Numbers | | | | | | | | | | | | | | |
| 250 | POS Station - Countertop | By Owner | POS - COUNTERTOP | 120 | 1 | 1.5 | | | Cord & Plug | 5-15P | 30" | Duplex Outlet NEMA 5-20R | LB 3 | 2#12AWG + 1#12GND IN 3/4"C | |
| 250.1 | POS Station - Countertop | By Owner | POS - COUNTERTOP | 120 | 1 | 1.5 | | | Cord & Plug | 5-15P | 30" | Duplex Outlet NEMA 5-20R | LB 5 | 2#12AWG + 1#12GND IN 3/4"C | |
| 251 | Ticket Printer | By Owner | POS - TICKET PRINTER | 120 | 1 | 1.5 | | | Cord & Plug | 5-15P | 30" | Duplex Outlet NEMA 5-20R | LB 5 | 2#12AWG + 1#12GND IN 3/4"C | |

## NOTES:

(1) PROVIDE FUSIBLE DISCONNECT SWITCH 30A, 240V, 3P FUSED AT 30A IN NEMA 3R ENCLOSURE.
(2) PROVIDE FUSIBLE DISCONNECT SWITCH 30A, 240V, 3P FUSED AT 15A IN NEMA 3R ENCLOSURE.
(3) PROVIDE FUSIBLE DISCONNECT SWITCH 30A, 240V, 3P FUSED AT 20A IN NEMA 3R ENCLOSURE.
(4) PROVIDE FUSIBLE DISCONNECT SWITCH 30A, 240V, 1P FUSED AT 15A IN NEMA 3R ENCLOSURE.
(5) PROVIDE FUSIBLE DISCONNECT SWITCH 30A, 240V, 1P FUSED AT 20A IN NEMA 3R ENCLOSURE.
(6) PROVIDE FUSIBLE DISCONNECT SWITCH 30A, 240V, 3P FUSED AT 30A IN NEMA 3R ENCLOSURE.
(7) PROVIDE FUSIBLE DISCONNECT SWITCH 30A, 240V, 3P FUSED AT 50A IN NEMA 3R ENCLOSURE.
(8) PROVIDE EMERGENCY CIRCUIT 120V FOR KITCHEN HOOD CONTROL BOX. FIELD VERIFY THE CIRCUIT PRIOR TO INSTALLATION.
(9) CONNECT TO A DEDICATED EMERGENCY CIRCUIT 120V IN THE BUILDING. VERIFY IN FIELD FOR EMERGENCY CIRCUIT PRIOR TO INSTALLATION.



PROJECT

SMOKE CRAFT

MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT



GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.19.2019 | 1 | FOR PERMIT |



MICHAEL MARTIN EAST
Lic. No. 035412

Kitchen Equipment
Schedules

| Project Number | 1909.00 |
|---|---|
| Date | 07.19.2019 |
| Drawn By | Author |
| Checked By | Checker |

E0503

Scale | AS NOTED



Panel "H" (Existing) — Kitchen — Voltage: 480/277 — Phase & Wire: 3 PH, 4W — A/C Rating: 35,000 — Copper Bus

Panel "LA" (Existing) — Kitchen — Voltage: 120/208 — Phase & Wire: 3 PH, 4W — A/C Rating: 22,000 — Copper Bus

Panel "LS-TRIP" — Kitchen — Voltage: 120/208 — Phase & Wire: 3 PH, 4W — A/C Rating: 22,000 — Copper Bus

Panel "LB" (Existing) — Kitchen — Voltage: 120/208 — Phase & Wire: 3 PH, 4W — A/C Rating: 22,000 — Copper Bus

PROJECT



SMOKE CRAFT
MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT

gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.19.2019 | | FOR PERMIT |
| 09.13.2019 | 1 | PERMIT REV 1 |

MICHAEL PRAVEEN DANIEL
Lic. No. 035412

Schedules

Project Number: 1909.00
Date: 07.19.2019
Drawn By: Author
Checked By: Checker

E0504

Scale: AS NOTED



GROUND
NEUTRAL
(HOT)

LIGHTING
LOAD

OVERRIDE SWITCH

POWER PACK
RATED FOR 20A

CEILING MOUNT
OCCUPANCY SENSOR

1. CEILING MOUNT OCCUPANCY SENSORS (auto on / manual off) WIRING DETAIL.
SCALE: NONE



GROUND
NEUTRAL
(HOT)

LIGHTING
LOAD

OVERRIDE SWITCH

POWER PACK
RATED FOR 20A

CEILING MOUNT MULTIPLE
VACANCY SENSORS

FINISHED CEILING

2. CEILING MOUNT VACANCY SENSORS (manual on / auto off) WIRING DETAIL.
SCALE: NONE



CONDUIT OR CABLE (TYPICAL)

CURRENT CARRYING CONDUCTORS
(PHASE AND NEUTRAL)

FITTINGS (TYPICAL)

INSULATED EQUIPMENT
GREEN GROUNDING
CONDUCTOR (TYP.)

WIREOUT (TYPICAL)

DEVICE BACKBOX

BOX GROUNDING SCREW
OR CLIP

WALL

ELECTRICAL
DEVICE

DEVICE
GROUNDING
TERMINAL

NOTE: ELECTRICAL CONTRACTOR
SHALL BOND GROUNDING TERMINAL
OF DEVICE TO GREEN GROUNDING
CONDUCTORS AND BACKBOX.

3. CEILING MOUNT VACANCY SENSORS (manual on / auto off) WIRING DETAIL.
SCALE: NONE



HOT    NEUT
120V

RANGE HOOD
MANUAL PULL
STATION

CIRCUIT BREAKER WITH
SHUNT TRIP DEVICE
IN PANELBOARD (TYPICAL)

PANELBOARD

4. "EPO" PUSH BUTTON WIRING DETAIL
SCALE: NONE



CONDUIT

GROMMETED BUSHING

FIRESTOP MATERIAL AROUND
CABLES/WIRING/CONDUIT
3M FIRESTOP, SEALANT OR TAPE

GROMMETED BUSHING

FIRESTOP MATERIAL
3M FIRESTOP,
SEALANT

FLOOR FIRE RATED
STRUCTURE

FIRESTOP MATERIAL AROUND
CABLES/WIRING/CONDUIT
3M FIRESTOP, SEALANT OR TAPE

5. FIRESTOPPING FOR SLEEVES
SCALE: NONE



PHOTOCELL

120V, 1PH

CONTROL RELAY WITH
ASTRONOMICAL CLOCK

RELAY CONTACTORS
4 POLES WITH 20A

6. TIME CLOCK AND CONTACTOR WITH
PHOTOCELL CONNECTION DETAIL (Astronomical)
SCALE: NONE

PROJECT



SMOKE CRAFT
MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT

gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO | DESCRIPTION |
|------|-----|-------------|
| 07.19.2019 | | FOR PERMIT |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



MICHAEL PRAVESH KANU
Lic. No. 031612

Details

| Project Number | 1909.00 |
|----------------|---------|
| Date | 07.19.2019 |
| Drawn By | Author |
| Checked By | Checker |

E0601

| Scale | AS NOTED |
|-------|----------|

## GENERAL NOTES:

1. VERIFY IN FIELD FOR ALL EXISTING PANELBOARD LOCATIONS. ALL EXISTING PANELS TO REMAIN AND SHALL BE RE-USED FOR NEW WORK.

2. COORDINATE WITH OTHER DISCIPLINES PRIOR TO DO ANY DEMOLITION AND PERFORMANCE ANY NEW WORKS.

3. REMOVE UNUSED OR ABANDONED WIRES, CABLES, CONDUITS ETC. FROM THIS DEMOLISHED AREA

4. REMOVE ALL WIRES AND CONDUITS FROM FLOORS, WALLS, ABOVE CEILING ETC. FROM DEMOLITION AREA.

## KEYED NOTES:

1. REMOVE PANEL "H" AND RELOCATE PANEL "H" AS SHOWN ON NEW WORK. THE ASSOCIATED FEEDER TO REMAIN AND SHALL BE RE-USED FOR NEW WORK.

2. REMOVE PANEL "LH" AND RELOCATE PANEL "LH" AS SHOWN ON NEW WORK. THE ASSOCIATED FEEDER TO REMAIN AND SHALL BE RE-USED FOR NEW WORK.

3. REMOVE PANEL "LB" AND RELOCATE PANEL "LB" AS SHOWN ON NEW WORK. THE ASSOCIATED FEEDER TO REMAIN AND SHALL BE RE-USED FOR NEW WORK.

4. EXISTING 75 KVA ABOVE CEILING TO REMAIN AND SHALL BE RE-USED FOR NEW WORK. REMOVE ASSOCIATED PRIMARY AND SECONDARY FEEDERS BACK TO SUPPLY SOURCE AT THE PANEL.

5. EXISTING 145 KVA ABOVE CEILING TO REMAIN AND SHALL BE RE-USED FOR NEW WORK. REMOVE ASSOCIATED PRIMARY AND SECONDARY FEEDERS BACK TO SUPPLY SOURCE AT PANEL.

6. REMOVE ALL LIGHTING SWITCHES AND ASSOCIATED WIRES/CONDUITS BACK TO SUPPLY SOURCE AT PANEL.

7. REMOVE ALL LIGHTING FIXTURES AND ASSOCIATED WIRES/CONDUIT BACK TO SUPPLY SOURCE AT PANEL.

8. REMOVE ALL WIRES/CONDUITS BACK TO SUPPLY SOURCE AT PANEL.

9. REMOVE ALL ELECTRICAL DEVICES AND ASSOCIATED WIRES/CONDUITS BACK TO SUPPLY SOURCE.

10. EXISTING EXTERIOR LIGHTING FIXTURE ABOVE EGRESS DOOR TO REMAIN AND SHALL NOT BE INTERRUPTED DURING INTERIOR RENOVATION.

11. NOT USED

12. REMOVE EXTERIOR LIGHT AND ASSOCIATED WIRES AND CONDUIT



**1** LIGHTING PLAN DEMOLITION
ED0101 SCALE: 1/4" = 1'-0"

PROJECT



SMOKE CRAFT

MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT



gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINNERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.19.2019 | | FOR PERMIT |
| 09.13.2019 | 1 | PERMIT REV 1 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



MICHAEL PRASITH ZANG
Lic. No. 039452

## Lighting Plan Demolition

| | |
|---|---|
| Project Number | 1909.00 |
| Date | 07.19.2019 |
| Drawn By | S.N. |
| Checked By | M.K. |

# ED0101

| Scale | AS NOTED |
|-------|----------|

## GENERAL NOTES:

1. VERIFY IN FIELD FOR ALL EXISTING PANELBOARD LOCATIONS. ALL EXISTING PANELS TO REMAIN AND SHALL BE RE-USED FOR NEW WORK.

2. COORDINATE WITH OTHER DISCIPLINES PRIOR TO DO ANY DEMOLITIONS AND PERFORMANCE ANY NEW WORK.

3. REMOVE UNUSED OR ABANDONED WIRES, CABLES, CONDUITS ETC. FROM THIS DEMOLISHED AREA.

4. REMOVE ALL WIRES AND CONDUITS FROM FLOORS, WALLS, ABOVE CEILINGS ETC. FROM DEMOLITION AREA.

## KEYED NOTES:

1. REMOVE PANEL "H" AND RELOCATE PANEL "H" AS SHOWN ON NEW WORK. THE ASSOCIATED FEEDER TO REMAIN AND SHALL BE RE-USED FOR NEW WORK.

2. REMOVE PANEL "LA" AND RELOCATE PANEL "LA" AS SHOWN ON NEW WORK. THE ASSOCIATED FEEDER TO REMAIN AND SHALL BE RE-USED FOR NEW WORK.

3. REMOVE PANEL "LB" AND RELOCATE PANEL "LB" AS SHOWN ON NEW WORK. THE ASSOCIATED FEEDER TO REMAIN AND SHALL BE RE-USED FOR NEW WORK.

4. EXISTING T&K KVA ABOVE CEILING TO REMAIN AND SHALL BE RE-USED FOR NEW WORK. REMOVE ASSOCIATED PRIMARY AND SECONDARY FEEDERS BACK TO SUPPLY SOURCE AT THE PANEL.

5. EXISTING T&K KVA ABOVE CEILING TO REMAIN AND SHALL BE RE-USED FOR NEW WORK. REMOVE ASSOCIATED PRIMARY AND SECONDARY FEEDERS BACK TO SUPPLY SOURCE AT THE PANEL.

6. REMOVE ALL DUPLEX OUTLETS AND ASSOCIATED WIRES/CONDUITS BACK TO SUPPLY SOURCE AT PANEL.

7. REMOVE ALL DATA OUTLETS AND ASSOCIATED WIRES/CONDUIT BACK TO SUPPLY SOURCE.

8. REMOVE ALL WIRES/CONDUITS BACK TO SUPPLY SOURCE AT PANEL.

9. REMOVE ALL ELECTRICAL DEVICES AND ASSOCIATED WIRES/CONDUITS BACK TO SUPPLY SOURCE.

10. DISCONNECT POWER SERVICE CONNECTION TO CEILING MOUNTED CABINET HEATER. REMOVE DISC. SWITCH AND ASSOCIATED WIRES AND CONDUIT BACK TO SUPPLY SOURCE AT PANELBOARD.

11. DISCONNECT POWER SERVICE CONNECTION TO DOMESTIC WATER HEATER. REMOVE DISC. SWITCH AND ASSOCIATED WIRES AND CONDUIT BACK TO SUPPLY SOURCE AT PANELBOARD.

12. EXISTING POWER SERVICE CONNECTION TO FAN COIL UNIT TO REMAIN.

13. DISCONNECT POWER SERVICE TO FAN COIL UNIT. YOU IF FOR RELOCATING TO NEW LOCATION. DISC. SWITCH AND WIRES AND CONDUIT SHALL TO REMAIN AND RE-USE FOR NEW WORK.



**1** POWER PLAN DEMOLITION
ED0201  SCALE: 1/4" = 1'-0"

**PROJECT**



SMOKE CRAFT

MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

**ARCHITECT**



gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

**MEP ENGINEER**
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

**FOOD SERVICE CONSULTANT**

**STRUCTURAL ENGINEER**

**GENERAL CONTRACTOR**

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.19.2019 | | FOR PERMIT |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



MICHAEL PRAVITH KANG
Lic. No. 059412

# Power Plan Demolition

| Project Number | 1909.00 |
|---|---|
| Date | 07.19.2019 |
| Drawn By | S.N. |
| Checked By | M.K. |

# ED0201

| Scale | AS NOTED |
|---|---|

**GENERAL NOTES:**

1. VERIFY IN FIELD FOR ALL EXISTING PANELBOARD LOCATIONS. ALL EXISTING PANELS TO REMAIN AND SHALL BE RE-USED FOR NEW WORK.

2. COORDINATE WITH OTHER DISCIPLINES PRIOR TO DO ANY DEMOLITIONS AND PERFORMANCE ANY NEW WORKS.

3. REMOVE UNUSED OR ABANDONED WIRES, CABLES, CONDUITS ETC. FROM THIS DEMOLISHED AREA.

4. REMOVE ALL WIRES AND CONDUITS FROM FLOORS, WALLS, ABOVE CEILING ETC. FROM DEMOLITION AREA.

**KEYED NOTES:**

[1] REMOVE ALL FIRE ALARM DEVICES AND ASSOCIATED WIRES/CONDUITS BACK TO SUPPLY SOURCE AT EXISTING FIRE ALARM CONTROL PANEL "FACP".



1 | FIRE ALARM PLAN DEMOLITION
ED0301 | SCALE: 1/4" = 1'-0"

PROJECT



SMOKE ⟨S⟩ CRAFT

M O D E R N   B A R B E C U E

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT



gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.19.2019 | | FOR PERMIT |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



MICHAEL PRASITH ÉANG
Lic. No. 039422

# Fire Alarm Plan Demolition

| | |
|---|---|
| Project Number | 1909.00 |
| Date | 07.19.2019 |
| Drawn By | S.N. |
| Checked By | M.K. |

# ED0301

Scale    AS NOTED



## HVAC SYMBOLS

- BACKDRAFT DAMPER
- FIRE DAMPER
- FIRE/SMOKE DAMPER
- MANUAL VOLUME DAMPER
- MOTOR OPERATED DAMPER
- SMOKE DETECTOR
- SUPPLY DIFFUSER
- RETURN GRILLE OR REGISTER
- EXHAUST GRILLE OR REGISTER
- LINEAR DIFFUSER OR RETURN
- EXHAUST DUCTWORK/EQUIPMENT
- DEMOLITION: SINGLE LINE
- EXISTING DUCTWORK/EQUIPMENT
- RIGID AIR DUCTWORK
- SINGLE LINE RIGID DUCTWORK
- FLEXIBLE DUCT CONNECTION
- FLEXIBLE ROUND DUCTWORK
- DUCT SIZE TRANSITION (HORIZONTAL)
- DUCT SIDE TRANSITION (VERTICAL)
- EXHAUST/RETURN AIR DUCT DOWN
- EXHAUST/RETURN AIR DUCT UP
- OUTSIDE/SUPPLY AIR DUCT DOWN
- OUTSIDE/SUPPLY AIR DUCT UP
- RADIUS DUCT ELBOW
- DUCT ELBOW W/TURNING VANES
- DUCT TRANSITION RECTANGULAR TO ROUND
- THERMOSTAT
- TEMPERATURE SENSOR
- HUMIDISTAT OR HUMIDITY SENSOR

## HVAC PIPING AND ACCESSORIES

- CHILLED WATER SUPPLY
- CHILLED WATER RETURN
- CONDENSATE DRAIN
- PIPE RISING
- PIPE TURN DOWN
- PITCH PIPE IN DIRECTION OF ARROW
- UNION

## MISCELLANEOUS SYMBOLS

- POINT OF CONNECTION
- POINT OF DEMOLITION
- DIFFUSER/GRILLE DESIGNATION

DIFFUSER
TYPE
CFM

## HVAC ABBREVIATIONS

AC — AIR CONDITIONING
ACU — AIR CONDITIONING UNIT
AD — ACCESS DOOR
AHU — AIR HANDLING UNIT

CFM — CUBIC FEET PER MINUTE
CLG — CEILING
COND — CONDENSATE
CP — CONDENSATE PUMP
CTP — COOLING TOWER PUMP
CU — CONDENSING UNIT
CWR — CHILLED WATER RETURN
CWS — CHILLED WATER SUPPLY

DE — DISHWASHER EXHAUST
DN — DOWN
DW — DOMESTIC WATER

(E) — EXISTING
EA — EXHAUST AIR
EAT — ENTERING AIR TEMPERATURE
EF — EXHAUST FAN
ET — EXPANSION TANK
EH — ELECTRIC UNIT HEATER
EWT — ENTERING WATER TEMPERATURE

FD — FIRE DAMPER
FLA — FULL LOAD AMPS
FPM — FEET PER MINUTE

GPM — GALLONS PER MINUTE

H — HUMIDIFIER
HP — HORSEPOWER
HPU — HEAT PUMP UNIT
HTG — HEATING
HVAC — HEATING, VENTILATION, AND AIR CONDITIONING
HWS — HOT WATER SUPPLY
HWR — HOT WATER RETURN
HX — HEAT EXCHANGER

IN — INCHES

KE — KITCHEN EXHAUST
KW — KILOWATTS

LAT — LEAVING AIR TEMPERATURE
LD — LINEAR DIFFUSER
LRA — LOCKED ROTOR AMPERES
LWT — LEAVING WATER TEMPERATURE

MAU — MAKE UP AIR UNIT
MBH — THOUSAND BTU PER HOUR
MCA — MINIMUM CIRCUIT AMPACITY
MOCP — MAXIMUM OVERCURRENT PROTECTION AMPS
MOD — MOTOR OPERATED DAMPER
MTR — MOTOR

NC — NOISE CRITERIA, NORMALLY CLOSED
NO — NORMALLY OPENED

OA — OUTSIDE AIR

PD — PRESSURE DROP
PF — PROPELLER FAN
PH — PHASE
PHE — PLATE HEAT EXCHANGER
PRF — PRE-FILTER
PSIG — POUNDS PER SQUARE INCH, GAUGE

RA — RETURN AIR
RG — RETURN GRILLE
RH — RELATIVE HUMIDITY
RL — REFRIGERANT LIQUID
RLA — RUNNING LOAD AMPERES
RM — ROOM
RPM — REVOLUTIONS PER MINUTE
RR — RETURN REGISTER
RS — REFRIGERANT SUCTION
RTU — ROOFTOP UNIT

SA — SUPPLY AIR
SF — SUPPLY AIR FAN
SG — SUPPLY GRILLE
SH — SENSIBLE HEAT
SL — SOUND LINING FOR DUCT WORK
SP — STATIC PRESSURE
SR — SUPPLY REGISTER
STR — STARTER

T — THERMOSTAT
TD — TRANSFER DUCT
TG — TRANSFER GRILLE
TA — TOTAL HEAT
TS — TEMPERATURE SENSOR
TSP — TOTAL STATIC PRESSURE
TYP — TYPICAL

UC — UNDERCUT
UH — UNIT HEATER
UV — UNIT VENTILATOR

VAV — VARIABLE AIR VOLUME
VD — VOLUME DAMPER
VRV — VARIABLE REFRIGERANT VOLUME
VVT — VARIABLE VOLUME & TEMPERATURE

W — WATTS

## GENERAL NOTES

1. ALL WORK SHOWN ON THESE DOCUMENTS IS NEW UNLESS SPECIFICALLY IDENTIFIED AS EXISTING OR PROVIDED BY OTHERS.

2. INSTALL ALL WORK ON THIS PROJECT IN ACCORDANCE WITH APPLICABLE CODES LISTED IN HVAC SPECIFICATIONS.

3. SYMBOLS SHOWN ON SCHEDULES INDICATE THE TYPE OF EQUIPMENT ONLY. REVIEW DRAWINGS TO DETERMINE THE EXACT QUANTITIES REQUIRED FOR EACH EQUIPMENT TYPE.

4. THESE DRAWINGS ARE DIAGRAMMATIC AND ARE INTENDED TO DEPICT THE GENERAL LOCATION OF HVAC SYSTEM COMPONENTS. DO NOT SCALE MECHANICAL DRAWINGS. CONSULT ARCHITECTURAL PLANS FOR EXACT LOCATION OF EQUIPMENT AND ACCESS.

5. CONNECT ALL MECHANICAL EQUIPMENT TO DUCTWORK USING RUBBER/IZED CANVAS FLEXIBLE CONNECTIONS. INSTALL ALL MECHANICAL EQUIPMENT ON VIBRATION ISOLATION DEVICES.

6. UNOBSTRUCTED ACCESS IS REQUIRED ON ALL SIDES OF ELECTRIC DUCT HEATERS AND SIMILAR EQUIPMENT. LOCATE ALL SUCH EQUIPMENT WITH ADEQUATE CLEARANCE FOR MAINTENANCE AND TO PROVIDE CLEARANCES REQUIRED BY THE NATIONAL ELECTRICAL CODE.

7. INSTALL DUCTWORK TIGHT TO THE UNDERSIDE OF THE BUILDING STRUCTURE. ADJUST THE DUCT ELEVATION AS REQUIRED TO MAINTAIN DUCT TIGHT TO BOTTOM OF STRUCTURE WHERE STRUCTURE ELEVATIONS CHANGE.

8. PROVIDE ALL NECESSARY TRANSITIONS IN DUCTWORK AND PIPING FOR CONNECTION TO EQUIPMENT AND ACCESSORIES. REDUCE PIPING AND DUCTWORK SIZES ONLY AT THE CONNECTION POINT TO EQUIPMENT.

9. SUSPEND DUCTWORK FROM THE BUILDING STRUCTURE IN ACCORDANCE WITH THE SMACNA DUCT CONSTRUCTION STANDARDS. SECURELY ATTACH DUCTWORK SUPPORTS TO THE BUILDING STRUCTURE.

10. PROVIDE TURNING VANES IN ALL 90 DEGREE RECTANGULAR ELBOWS.

11. ELBOWS CONSTRUCTED USING A SHARP 90 DEGREE ANGLE ON THE INSIDE OF THE ELBOW AND A RADIUS BEND ON THE OUTSIDE OF THE ELBOW (HARD RADIUS HEEL OR "SLED-BOOT" FITTING) WILL NOT BE ACCEPTED.

12. INSTALL 1/2-INCH WIRE MESH SCREENS ON ALL OPEN END DUCTWORK.

13. INSTALL VOLUME DAMPERS AT ALL BRANCH DUCTWORK CONNECTIONS TO MAIN TRUNK DUCT AND PROPER DUCTWORK RUNOUTS.

14. PROVIDE AN OPPOSED BLADE DAMPER AT EACH DUCT TAKE-OFF TO EACH CEILING DIFFUSER.

15. SEE ARCHITECTURAL DRAWINGS FOR EXACT LOCATION OF ALL AIR INLETS, AIR OUTLETS & MECHANICAL DEVICES VISIBLE IN SPACE.

16. THE MECHANICAL CONTRACTOR SHALL MAINTAIN ACCURATE RECORDS OF ALL WORK AS ACTUALLY INSTALLED. ON COMPLETION OF THE PROJECT, FILE (1) COMPLETE SET OF ORIGINAL DRAWINGS SHALL BE PROVIDED TO THE ARCHITECT.

17. PROVIDE OPERATIONS AND MAINTENANCE MANUALS FOR ALL SYSTEMS.

18. THE CONTRACTOR SHALL NOT CORE DRILL CONCRETE SLABS WITHOUT THE KNOWLEDGE AND WRITTEN CONSENT OF A STRUCTURAL ENGINEER (BY CONTRACTOR) AND THE BUILDING OWNER.

19. COORDINATE TO RADIOGRAPH PROBABLE CORE DRILL LOCATION TO PREVENT CUTTING CONCEALED RE-BARS AND/OR CONDUIT IN CONCRETE MASS.

20. MATERIALS EXPOSED WITHIN PLENUMS SHALL BE NON-COMBUSTIBLE OR SHALL HAVE A FLAME SPREAD INDEX OF NOT MORE THAN 25 AND A SMOKE-DEVELOPED INDEX OF NOT MORE THAN 50 WHEN TESTED IN ACCORDANCE WITH ASTM E 84.

## PROJECT

SMOKE CRAFT
MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

## ARCHITECT

gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

## MEP ENGINEER

M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-6000

## FOOD SERVICE CONSULTANT

## STRUCTURAL ENGINEER

## GENERAL CONTRACTOR

## DRAWING INDEX

| M0001 | GENERAL NOTES, SYMBOLS LEGEND AND ABBREVIATIONS |
| M0002 | MECHANICAL SPECIFICATIONS |
| MD101 | MECHANICAL PLAN DEMOLITION |
| M0101 | MECHANICAL PLAN NEW WORK |
| M0102 | ROOF PLAN MECHANICAL NEW WORK |
| M0401 | MECHANICAL SCHEDULES |
| M0501 | MECHANICAL DETAILS |
| M0601 | CAPTIVEAIRE DRAWINGS |
| M0602 | CAPTIVEAIRE DRAWINGS |

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.19.2019 | 1 | FOR PERMIT |

General Notes, Symbols Legend and Abbreviations

| Project Number | 1909.00 |
| Date | 07.19.2019 |
| Drawn By | E.A. |
| Checked By | G.M. |

## M0001

Scale — AS NOTED

# MECHANICAL SPECIFICATIONS

**A. GENERAL:**

1. ALL WORK SHOWN ON THESE DOCUMENTS IS NEW UNLESS SPECIFICALLY IDENTIFIED AS EXISTING OR PROVIDED BY OTHERS.
2. FURNISH ALL LABOR, MATERIALS, SUPPLIES, PERMITS, TOOLS, EQUIPMENT, DEVICES, APPLIANCES, AND PERFORM ALL OPERATIONS NECESSARY FOR THE INSTALLATION OF COMPLETE HVAC AND PLUMBING SYSTEMS AND SATISFACTORY OPERATION OF ALL WORK AS SHOWN ON THE DRAWINGS OR HEREINAFTER SPECIFIED, EXCEPT AS OTHERWISE SPECIFICALLY EXCLUDED. THE SCOPE SHALL INCLUDE, BUT NOT BE LIMITED TO THE WORK SPECIFIED HEREINAFTER.
   1. PIPING AND CERTIFICATES.
   2. HVAC SYSTEMS.
   3. TESTING OF ALL EQUIPMENT, SYSTEMS AND MATERIALS.
   4. GENERAL PROVISIONS FOR HVAC AND PLUMBING WORK.

**B. APPLICABLE CODES AND STANDARDS:** PERFORM ALL WORK IN ACCORDANCE TO THE FOLLOWING CODES AND STANDARDS:
   VIRGINIA CONSTRUCTION CODE 2012
   VIRGINIA MECHANICAL CODE 2012
   VIRGINIA PLUMBING CODE 2012
   VIRGINIA ENERGY CODE 2012
   NATIONAL FIRE PROTECTION AGENCY (NFPA)
   ARLINGTON COUNTY CODES 2012

**C. EXISTING CONDITIONS:**

1. THE SITE, LOCATION AND ROUTING OF SYSTEMS INDICATED TO HAVE NEW CONNECTIONS MADE TO THEM ARE SHOWN ... 
2. CONTRACTORS SHALL VERIFY ALL EXISTING CONDITIONS AND SHALL BRING ALL DISCREPANCIES TO THE ENGINEERS ATTENTION.

**D. GENERAL PROVISIONS FOR MECHANICAL WORK:**

**E. AIR FLOW AND WATER BALANCE TESTING:**

**F. DUCTWORK:**

| DUCTWORK | DUCT PRESSURE | SEAL CLASS |
|---|---|---|
| CONSTANT VOLUME SUPPLY AIR DUCT | 2.0 | C |
| RETURN AIR | 2.0 | C |
| TRANSFER DUCT | 1.0 | C |

**G. AIR HANDLING EQUIPMENT USE DURING CONSTRUCTION WITH OWNER'S APPROVAL:**

**H. DUCTWORK REUSE AND CLEANING:**

I. VOLUME DAMPERS:

J. DIFFUSERS, REGISTERS AND GRILLES:

K. FILTERS:

L. INSULATION:

M. AUTOMATIC CONTROL SYSTEM:

**N. ACCESS DOORS:**

**O. IDENTIFICATION:**

**P. EXECUTION:**

**Q. GUARANTEE:**

**R. AS-BUILTS AND O&M MANUALS:**

**S. DEMONSTRATION AND TRAINING:**



**PROJECT**

SMOKE CRAFT

MODERN BARBEQUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

**ARCHITECT**


gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave. NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO | DESCRIPTION |
|---|---|---|
| 07.19.2019 | | FOR PERMIT |
| 09.13.2019 | 1 | PERMIT REV 1 |



# Mechanical Specifications

| Project Number | 1909.00 |
|---|---|
| Date | 07.19.2019 |
| Drawn By | E.A. |
| Checked By | G.M. |

# M0002

| Scale | AS NOTED |
|---|---|

*[handwritten note at bottom]:* Might be a Controller in the MUA That needs to be furnished

KEYED NOTES:

1. CAP OFF AND SEAL (CPPING CONNECTIONS WATERTIGHT.

2. 12x6 TOILET EXHAUST DUCT. ROUTE DUCT TO DISCHARGE IN EXISTING MECHANICAL SHAFT. ENLARGE EXISTING OPENING AS REQUIRED. PROVIDE FIRE/SMOKE DAMPER IN DUCT.

3. SEE FCU DUCTWORK LAYOUT, THIS SHEET.

4. ROUND DIFFUSER, TYPE TO MATCH EXISTING.

5. 3/4" COND DRAIN LINE, ROUTE TO SPILL OVER NEAREST FS.

6. 12x6 OA DUCT DN WITH MOTORIZED DAMPER AND DUCT TO FCU-4 RA PLENUM.

7. REPLACE EXISTING GRAVITY INTAKE HOOD TO PROVIDE 8000 CFM OF OUTSIDE AIR AT 0.08" OF STATIC PRESSURE.

8. (E)3" CHWS AND CHWR. VERIFY EXISTING PIPING READJUST TO PROVIDE REQUIRED GPM.



FCU 1
• Program stat
• wire to equipment controller
• clean up wiring with 2 pkgs

FCU 2
• program stat
• wire in econimsta overflow

FCU 3
• Load new from control wire (new?) TB2-1/TB2-2 ltg Blk
• Load new stat wires
• Load new humidistat wires
• wire in econimsta overflow
• clean up wiring
• program stat

• tie in BTU meter



**2  FCU DUCT LAYOUT**
M0101  SCALE: 1/4" = 1'-0"

**1  MECHANICAL PLAN NEW WORK**
M0101  SCALE: 1/4" = 1'-0"

PROJECT

SMOKE CRAFT
MODERN BARBECUE
1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT


gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.19.2019 | | FOR PERMIT |
| 09.13.2019 | 1 | PERMIT REV 1 |



Mechanical Plan
New Work

| Project Number | 1909.00 |
|----------------|---------|
| Date | 07.19.2019 |
| Drawn By | E.A. |
| Checked By | G.M. |

M0101

Scale    AS NOTED

KEYED NOTES:

1 | REMOVE AND REPLACE EXISTING EXHAUST FAN KEF-1 WITH NEW FAN. SEE FAN SCHEDULE ON DRAWING M0401.



KEF-2        KEF-1

1
M0102   ROOF PLAN MECHANICAL NEW WORK
SCALE: 1/4" = 1'-0"

PROJECT



SMOKE S CRAFT

MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT



gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.19.2019 | | FOR PERMIT |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



Roof Plan
Mechanical
New Work

| Project Number | 1909.00 |
|---|---|
| Date | 07.19.2019 |
| Drawn By | E.A. |
| Checked By | G.M. |

M0102

| Scale | AS NOTED |

## FAN COIL UNIT SCHEDULE

| UNIT NO. | SERVICE | TYPE | CFM | OA CFM | ESP IN. W.G. | COOLING DATA | | | | | | | | | HEATING DATA | | | | MOTOR | | | | BASIS OF DESIGN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | AIR | | WATER | | # OF ROWS | SENSIBLE CAPACITY (MBH) | TOTAL CAPACITY (MBH) | GPM | P.D. (FT H₂O) | E.A.T. °F | KW | GAS OUTPUT MBH | STAGES | P.D. | VOLTS | WATTS (HP) | VOLTS AT MIN. | PH | | |
| | | | | | | ENT DB/WB (DEG F) | LVG DB/WB (DEG F) | ENT (DEG) | LVG (DEG) | | | | | | | | | | | | | | | |
| (E)FCU-1 | NORTH EXPOSURE | 2 PIPE, BELT DRIVE, FAN COIL UNIT | 1400 | 400 | 0.5 | 79.3/66.6 | 57/56 | 42 | 56 | 6 | 33.8 | 47.6 | 8.1 | 4.18 | 60 | 9.8 | 3 | 480 | (0.5) | 460 | 3 | EXISTING UNIT | NOTE #1 |
| (E)FCU-2 | WEST EXPOSURE | 2 PIPE, BELT DRIVE, FAN COIL UNIT | 2400 | 700 | 0.5 | 79.3/66.6 | 57/56 | 42 | 56 | 6 | 57.9 | 81.6 | 14.3 | 3.88 | 60 | 8 | 3 | 480 | (0.75) | 460 | 3 | EXISTING UNIT | NOTE #1 |
| (E)FCU-3 (RELOCATED) | INTERIOR | 2 PIPE, BELT DRIVE, FAN COIL UNIT | 825 | 225 | 0.5 | 79.3/66.6 | 57/56 | 42 | 56 | 6 | 18.1 | 25.5 | 4.6 | 2.36 | 60 | 6.3 | 2 | 480 | (0.5) | 460 | 3 | EXISTING UNIT | NOTE #1 |
| FCU-4 | KITCHEN | 2 PIPE, BELT DRIVE, FAN COIL UNIT | 2000 | 300 | 0.5 | 79/63 | 55/54 | 42 | 56 | 6 | 57.9 | 82 | | | 70 | 10 | 2 | 480 | (0.75) | 460 | 3 | CARRIER: 39EH07 | - |

**NOTES:**
1. (E)INT. BALANCE AIR FLOW AND WATER FLOW. VERIFY ELECTRIC HEATER OPERATION AND CONTROL.
2. REPLACE ALL FILTERS.
3. PROVIDE MERV 11 AIR FILTER FOR FCU-4.
4. PROVIDE SMOKE DETECTION IN RETURN AIR DUCT OF FCU-4 TO SHUT OFF UNIT UPON SMOKE DETECTION.

---

## MECHANICAL VENTILATION CODE ANALYSIS PER 2013 VMC

| Room Name | FLOOR AREA (SF) | OCCUPANCY | OCCUPANCY DENSITY No./1000 SF | NUMBER OF PEOPLE | PEOPLE OUTDOOR AIRFLOW RATE IN BREATHING ZONE, CFM/PERSON | AREA OUTDOOR AIRFLOW RATE IN BREATHING ZONE, CFM/SF | OCCUPANT OUTDOOR AIR (Ra×Az) | OUTDOOR AIRFLOW RATE (Rp×Pz) | BREATHING ZONE OUTDOOR AIRFLOW (Voz) | Zone distribution effectiveness, Ez | Zone outdoor air flow rate, Voz | System ventilation intake flow, Vot | PROVIDED O/A CFM | SECONDARY RECIRCULA TED AIR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dining Room | 1142 | Dining Room | 70 | 80 | 7.5 | 0.18 | 206 | 600 | 805 | 0.8 | 2006 | 2006 | 1010 | 0 |
| Corridor | 317 | Corridor | 0 | 0 | 0 | 0.06 | 19 | 0 | 19 | 0 | 24 | 24 | 0 | 0 |
| Bar Area | 170 | Bars | 100 | 17 | 7.5 | 0.18 | 31 | 131 | 162 | 0.8 | 202 | 202 | 205 | 0 |
| Bar Sales Area | 285 | Sales | 15 | 4 | 7.5 | 0.12 | 34 | 32 | 66 | 0.8 | 83 | 83 | 110 | 0 |
| Totals | 1918 | | | 102 | | | | | 299 | 762 | | | 1313 | 1325 |

NOTE: 1. FCU-1,2,3 & 4 provide total of 1325 CFM of outside air.

---

## MECHANICAL VENTILATION CODE ANALYSIS PER 2013 VMC

| Room Name | FLOOR AREA (SF) | OCCUPANCY | OCCUPANCY DENSITY No./1000 SF | NUMBER OF PEOPLE | PEOPLE OUTDOOR AIRFLOW RATE IN BREATHING ZONE, CFM/PERSON | AREA OUTDOOR AIRFLOW RATE IN BREATHING ZONE, CFM/SF | OCCUPANT OUTDOOR AIR (Ra×Az) | OUTDOOR AIRFLOW RATE (Rp×Pz) | BREATHING ZONE OUTDOOR AIRFLOW (Voz) | Zone distribution effectiveness, Ez | Zone outdoor air flow rate, Voz | REQUIRED EXHAUST CFM | PROVIDED EXHAUST CFM | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kitchen Mass | 1039 | Kitchen cooking | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.7 | 727 | 7875 |
| Totals | 1039 | | | | | | | | | | | | | |

NOTES:

---

## MAKE-UP AIR UNIT SCHEDULE

| UNIT NO. | FAN DATA | | | | | | HEATING DATA | | | | | ELECTRICAL DATA | | | | BASIS OF DESIGN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TOTAL CFM | OA CFM | TOTAL CFM | FAN BHP | FAN HP | ESP IN. W.G. | TOTAL MBH | GAS INPUT MBH | GAS OUTPUT MBH | | | WIRE | MAX. | VOLTS | PHASE | SONES | |
| MAU-1 | 6300 | 6300 | 1.5 | | 3 | .5 | | 15 | 550 | 440 | | 7" | 14" | 480 | 3 | - | CAPTIVEAIRE: ------------ |  |

**NOTES:**
1. PROVIDE DUCT SMOKE DETECTOR TO SHUT OFF UNIT UPON ACTIVATION.
2. PROVIDE UNIT WITH MOTOR STARTER. #3, 6 ELECTRICAL FLAME MODULATION WITH REMOTE CONTROL PANEL.
3. PROVIDE UNIT WITH THE FOLLOWING:
   a. ANGLED FILTER BOX WITH MERV 10 FILTERS
   b. INLET MOTORIZED AIR DAMPER
   c. INTERNAL & EXTERNAL SPRING VIBRATION ISOLATORS
   d. VARIABLE FREQUENCY DRIVE
   e. EXTENDED GREASE LINE
   f. HIGH AND LOW PRESSURE SWITCHES
   g. PROOF OF VALVE CLOSURE SWITCH

---

## FAN SCHEDULE

| UNIT NO. | LOCATION | TYPE | WHEEL DIA | TOTAL CFM | OA CFM | ESP (IN.WG) | RPM | DRIVE TYPE | | MOTOR | | SONES | MANUFACTURER MODEL NUMBER | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | HP | VOLTS | PH | | | |
| EF-1 | BATHROOM | IN-LINE | | 480 | - | 1.0 | 1499 | BELT | | | 120 | 1 | - | GREENHECK: TCB-12 | |
| KEF-1 | ROOF | UTILITY | 18.25 | 4875 | - | 2.75 | 1820 | BELT | 3.57 | 5 | 480 | 3 | - | GREENHECK: USF-418BI | GALVANIZED CONSTRUCTION |
| KEF-2 | ROOF | UTILITY | 16.5 | 3000 | - | 2.75 | 1860 | BELT | 2.29 | 3 | 480 | 3 | - | GREENHECK: USF-216BI | GALVANIZED CONSTRUCTION |

**NOTES:**
1. PROVIDE GRILLE WITH ALL CEILING IN-LINE FAN.
2. PROVIDE ROOF CURB FOR ALL ROOF FANS.
3. PROVIDE FACTORY INSTALLED INTEGRAL VARIABLE SPEED CONTROLLER FOR ALL DIRECT DRIVE FAN FOR BALANCING.
4. PROVIDE BACK DRAFT DAMPER.
5. UL LISTED.
6. PROVIDE VFD FOR KEF-1 AND KEF-2.

---

## AIR BALANCE SCHEDULE

| SYSTEM | SUPPLY AIR CFM | EXHAUST AIR / RELIEF AIR CFM | REMARKS |
|---|---|---|---|
| OUTSIDE AIR SUPPLY DINING AREA (FCU-1, 2, & 3) | 1325 | | |
| OUTSIDE AIR SUPPLY KITCHEN (FCU-4) | 300 | | |
| HOOD No. 1 & 2 | | 4875 | |
| HOOD No. 3 | | 3000 | |
| BATHROOM EXHAUST AIR | | 480 | |
| MAKE-UP AIR SUPPLY, MAU-1 (HOOD 1,2, & 3) | 6300 | | |
| TOTAL | 7925 | 8355 | |

NOTES:
1. TENANT SPACE IS NEGATIVE BY 440 CFM. THE KITCHEN IS NEGATIVE TO DINING AREA.

---

## AIR DEVICE SCHEDULE

| DEVICE NO. | TYPE | AIR FLOW RANGE | FACE SIZE | NECK SIZE | DAMPER TYPE | P.D. IN WG | NC | REMARKS |
|---|---|---|---|---|---|---|---|---|
| CD | SQUARE PANEL | 0-110 | 24x24 | 6"Ø | OPPOSED BLADE | 0.11 | 20 | TITUS OMNI-A4 W/R-8 INSULATION |
| | SQUARE PANEL | 111-200 | 24x24 | 8"Ø | OPPOSED BLADE | 0.11 | 25 | TITUS OMNI-A4 W/R-8 INSULATION |
| | SQUARE PANEL | 201-325 | 24x24 | 10"Ø | OPPOSED BLADE | 0.11 | 30 | TITUS OMNI-A4 W/R-8 INSULATION |
| | SQUARE PANEL | 326-480 | 24x24 | 12"Ø | OPPOSED BLADE | 0.11 | 30 | TITUS OMNI-A4 W/R-8 INSULATION |
| CD-1 | PERFORATED | | 24x24 | 8x8 | - | | 20 | TITUS, MATCH CEILING DIFFUSER |
| CD-2 | PERFORATED | | 48x24 | 48x22 | - | | 25 | TITUS, MATCH CEILING DIFFUSER |
| ER/RR | AEROBLADE | 0-95 | - | 6x6 | OPPOSED BLADE | 0.06 | 25 | TITUS 3FL |
| | AEROBLADE | 96-205 | - | 12x6 | OPPOSED BLADE | 0.08 | 25 | TITUS 3FL |
| | AEROBLADE | 206-315 | - | 12x12 | OPPOSED BLADE | 0.08 | 25 | TITUS 3FL |
| | AEROBLADE | 316-500 | - | 18x10 | OPPOSED BLADE | 0.06 | 30 | TITUS 3FL |
| FB-1 | FLOWBAR DIFFUSER | 200 - 375 | 1.5' x 4 FT | 12"Ø | JET PATTERN CONTROLLER | 0.08 | 15 | FLOW BAR JET FLOW WITH TITUS LINZ FLOWBAR |
| FB-2 | FLOWBAR DIFFUSER | 350 - 290 | 1.5' x 4 FT | 12"Ø | JET PATTERN CONTROLLER | 0.10 | 15 | FLOW BAR JET FLOW WITH TITUS LINZ FLOWBAR |

**NOTES:**
1. BORDER STYLE SHALL MATCH CEILING TYPE. SEE ARCHITECTURAL DRAWING.
2. FLEXIBLE DUCT SIZE SHALL BE THE SAME AS THE DIFFUSER NECK SIZE.
3. THE LENGTH OF LD IS AS SHOWN ON THE PLAN. PROVIDE INSULATED PLENUM OF 10" HIGH AND 6" WIDE FOR LENGTH OF DIFFUSER, UNLESS OTHERWISE NOTED. 6"Ø INLET UP TO 100 CFM, 8"Ø INLET FOR 101 TO 200 CFM AND 8"Ø INLET FOR 101 TO 200 CFM. 10"Ø INLET FOR 201 TO 450 CFM.
4. ABOVE SCHEDULE SHALL BE USED IF OTHER SIZES ARE NOT INDICATED ON THE FLOOR PLAN.

---

**PROJECT**



SMOKE CRAFT

MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

**ARCHITECT**

gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

**MEP ENGINEER**
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8860

**FOOD SERVICE CONSULTANT**

**STRUCTURAL ENGINEER**

**GENERAL CONTRACTOR**

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.19.2019 | | FOR PERMIT |
| 09.13.2019 | 1 | PERMIT REV 1 |



### Mechanical Schedules

| | |
|---|---|
| Project Number | 1909.00 |
| Date | 07.19.2019 |
| Drawn By | E.A. |
| Checked By | G.M. |
| Scale | AS NOTED |

## M0401



## 9 CHILLED WATER COOLING COIL CONNECTION DETAIL
M0501 NOT TO SCALE




## 5 SINGLE PIPE HANGER AND INSULATION DETAIL
M0501 NOT TO SCALE



## 1 DUCT TAKE-OFFS DETAIL
M0501 NOT TO SCALE



## 6 ROOF MOUNTED UTILITY FAN DETAIL
M0501 NOT TO SCALE



## 2 CEILING HUNG INLINE FAN DETAIL
M0501 NOT TO SCALE



## 7 DUCT (UNINSULATED) SUPPORT ON ROOF DETAIL
M0501 NOT TO SCALE



## 3 TYPICAL DIFFUSER CONNECTION
M0501 NOT TO SCALE




## 8 CEILING MOUNTED FCU DETAIL
M0501 NOT TO SCALE



## 4 DETAIL-TURNING VANES
M0501 NOT TO SCALE

---

PROJECT



SMOKE CRAFT

MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT

gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4045 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.19.2019 | | FOR PERMIT |



## Mechanical Details

| | |
|---|---|
| Project Number | 1909.00 |
| Date | 07.19.2019 |
| Drawn By | E.A. |
| Checked By | G.M. |

## M0501

Scale AS NOTED

# ITEM 51







## HOOD INFORMATION - Job#3742774

| HOOD NO. | TAG | MODEL | LENGTH | MAX. COOKING TEMP. | TOTAL EXH. BTU | EXHAUST PLENUM RISER(S) WIDTH | RISER(S) LENG | HEIGHT | DIA. | CFM | VEL | S.P. | MUA CFM | AC CFM | HOOD CONSTRUCTION | HOOD CONFIG. END TO END | ROW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 51 (LEFT) | 5430 ND-2-ACPSP-F | 9'-9" | 600 Deg | 2681 | | 4" | 14" | 2681 | | 1920 | -1.118" | 1995 | 560 | 430 SS When Exposed | LEFT | ALONE |
| 2 | 51 (RIGHT) | 5430 ND-2-ACPSP-F | 9'-9" | 600 Deg | 2194 | | 4" | 14" | 2194 | | 2032 | -0.990" | 1905 | 560 | 430 SS When Exposed | RIGHT | ALONE |

## HOOD INFORMATION

| HOOD NO. | TAG | FILTER(S) TYPE | QTY | HEIGHT | LENGTH | LIGHTING QTY | TYPE | FIRE WIRE SYSTEM | HANGING WEIGHT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 51 (LEFT) | Captrate Solo Filter | 7 | 20" | 16" | 3 | L55 Series E26 | NO | 690 LBS |
| 2 | 51 (RIGHT) | Captrate Solo Filter | 7 | 20" | 16" | 3 | L55 Series E26 | NO | 869 LBS |

## HOOD OPTIONS

| HOOD NO. | TAG | OPTION |
|---|---|---|
| 1 | 51 (LEFT) | FIELD WRAPPER 18.00" High Front |
| | | BACKSPLASH 60.00" High X 255.00" Long 430 SS Vertical |
| | | LEFT SIDESPLASH 60.00" High X 54.00" Long 430 SS Vertical |
| | | LEFT END STANDOFF (FINISHED) 1" Wide 54" Long Insulated |
| | | BALANCE DAMPERS |
| 2 | 51 (RIGHT) | LEFT WALL AS END PANEL |
| | | FIELD WRAPPER 18.00" High Front, Right |
| | | BALANCE DAMPERS |

## PERFORATED SUPPLY PLENUMS:

| HOOD NO. | TAG | POS. | LENGTH | WIDTH | HEIGHT | TYPE | RISER(S) WIDTH | RISER(S) LENG | DIA. | CFM | S.P. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 51 (LEFT) | Front | 118" | 26" | 6" | MUA | 12" | 28" | | 665 | 0.168" |
| | | | | | | MUA | 12" | 28" | | 665 | 0.168" |
| | | | | | | AC | 8" | 16" | | 560 | 0.073" |
| | | | | | | AC | 8" | 16" | | 280 | 0.073" |
| 2 | 51 (RIGHT) | Front | 117" | 26" | 6" | MUA | 12" | 24" | | 635 | 0.180" |
| | | | | | | MUA | 12" | 24" | | 635 | 0.180" |
| | | | | | | MUA | 12" | 24" | | 635 | 0.180" |
| | | | | | | AC | 8" | 16" | | 280 | 0.073" |
| | | | | | | AC | 8" | 16" | | 280 | 0.073" |

## CASHMI DETAIL

GREASE DUCT & CHIMNEY SPECIFICATIONS:
PROVIDE GREASE DUCT EQUAL TO CAPTIVAIRE SYSTEMS MODEL "DW"
ROUND 20 GAUGE 430 STAINLESS STEEL DUCTWORK. MODEL "DW"
IS LISTED TO UL-1978 AND IS INSTALLED USING "V" CLAMP LOCKING
CONNECTIONS SEALED WITH 3M FIRE BARRIER 2000 PLUS. MODEL "DW"
DOES NOT REQUIRE WELDING PROVIDING IT HAS BEEN INSTALLED PER
THE MANUFACTURERS INSTALLATION GUIDE.
PROVIDE RATED ACCESS DOORS AT EVERY CHANGE IN DIRECTION AND EVERY 12' ON CENTER. PER
MANUFACTURER LISTING MODEL "DW" HORIZONTAL RUNS LESS THAN 75 FT. CAN BE SLOPED 1/16" PER 12",
HORIZONTAL RUNS MORE THAN 75 FT. CAN BE SLOPED 3/16" PER 12".
DUCT SHOULD BE SLOPED AS MUCH AS POSSIBLE TO REDUCE THE CHANCE OF GREASE ACCUMULATION IN
HORIZONTAL RUNS.

IF THE DUCT OR CHIMNEY IS WITHIN 18 INCHES OF COMBUSTIBLE MATERIAL, PROVIDE UL-2221 OR UL-103 HT
LISTED DOUBLE WALL GREASE DUCT OR DOUBLE WALL CHIMNEY EQUAL TO CAPTIVAIRE SYSTEMS MODEL
"DW- 2R, 2R TYPE HT, 3R, OR 3Z" ROUND 20 GAUGE 430 STAINLESS INNER DUCT INSULATED WITH A 24 GAUGE
430 STAINLESS OUTER SHELL.

**SECTION VIEW - MODEL 5430ND-2-ACPSP-F**
**HOOD - #1 & 2 (51)**

**PLAN VIEW - Hood #1 (51 LEFT)**
5430ND-2-ACPSP-F
ACPSP ships loose for field installation

**PLAN VIEW - Hood #2 (51 RIGHT)**
5430ND-2-ACPSP-F
ACPSP ships loose for field installation

U.L. Listed L55 Series E26 Canopy Light Fixture - High
Temp Assembly

FIRE SYSTEM
BY OTHERS

FOR INFORMATION
PURPOSES ONLY

ETL LISTING DESCRIPTION BLOCK
THE CAPTIVE-AIRE MODEL
ND-2 HAS BEEN TESTED, LISTED
AND APPROVED TO EXHAUST
A MINIMUM OF 200 CFM PER
LINEAR FOOT OVER 600
DEGREE EQUIPMENT FOR
COOKING APPLICATIONS

CAPTIVE-AIRE HOODS ARE
BUILT IN COMPLIANCE WITH

NFPA #96
ETL SANITATION LISTED
ETL LISTED #3054804-001

ND-2 HANGING ANGLE DETAIL

NFPA #96     Intertek

REVISIONS
DESCRIPTION    DATE

PROJECT
SMOKE CRAFT
MODERN BARBECUE
1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT
gfd
GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

DATE    NO. DESCRIPTION
07.19.2019    FOR PERMIT

DATE: 3/20/2019
DWG.#  3742774
DRAWN BY  RS-32
MASTER DRAWING
SCALE: 3/4" = 1'-0"

SHEET NO. 1

Captivaire
Drawings

Project Number    1909.00
Date    07.19.2019
Drawn By    E.A.
Checked By    G.M.
Scale    AS NOTED

M0601



Smoke Craft - Arlington, VA
Smoke Craft - Arlington, VA
ARLINGTON, VA 22201

# ITEM 47

**HOOD INFORMATION – Job43742774**

| HOOD NO. | TAG | MODEL | LENGTH | WIDTH | HEIGHT | MAX. COOKING TEMP | TOTAL EXH. CFM | WIDTH | LENG. | HEIGHT | DIA. | VEL. | S.P. | MUA CFM | AC CFM | HOOD CONSTRUCTION | END TO END | ROW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 47 | 4230 ND-2-ACPSP-F | 10'-0" | | | 700 Deg. | 3000 | | | | 4" | 12" | 1500 | 1910 | -0.021" | | | | |
| | | | | | | | | | | | 4" | 12" | 1500 | 1910 | -0.021" | 2400 | 758 | 430 SS Where Exposed | ALONE | ALONE |

**HOOD INFORMATION**

| HOOD NO. | TAG | TYPE | QTY | HEIGHT | LENGTH | QTY | | FIRE SYSTEM | WIRE ID | HANGING WEIGHT |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 47 | Captive Solo Filter | 1 | 20" | 16" | 5 | 1.53 Series E26 | NO | | 712 LBS |

**HOOD OPTIONS**

| HOOD NO. | TAG | OPTION |
|---|---|---|
| 3 | 47 | FIELD WRAPPER: 18.00" High - Front, Left, Right, Back |
| | | LEFT END STANDOFF (FINISHED) 1" Wide 42" Long Insulated |
| | | RIGHT END STANDOFF (FINISHED) 1" Wide 42" Long Insulated |
| | | FINISHED BACK: SS, REV INSTALL 120.00" Long, (Filters in the back) |

**PERFORATED SUPPLY PLENUMS**

| HOOD NO. | TAG | POS. | LENGTH | WIDTH | HEIGHT | TYPE | WIDTH | LENG. | DIA. | CFM | S.P. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 47 | Front | 122" | 20" | 4" | MUA | 12" | 28" | | 800 | 0.238" |
| | | | | | | MUA | 12" | 28" | | 800 | 0.238" |
| | | | | | | MUA | 12" | 28" | | 800 | 0.238" |
| | | | | | | AC | 6" | 28" | | 369 | 0.094" |
| | | | | | | AC | 6" | 28" | | 369 | 0.094" |

**GREASE DUCT & CHIMNEY SPECIFICATIONS:**
PROVIDE GREASE DUCT EQUAL TO CAPTIVEAIRE SYSTEMS MODEL "DW"
ROUND 20 GAUGE 430 STAINLESS STEEL DUCTWORK. MODEL "DW"
IS LISTED TO UL-1978 AND IS INSTALLED USING "V" CLAMP LOCKING
CONNECTIONS SEALED WITH 3M FIRE BARRIER 2000 PLUS. MODEL "DW"
DOES NOT REQUIRE WELDING PROVIDING IT HAS BEEN INSTALLED PER
THE MANUFACTURES INSTALLATION GUIDE.
PROVIDE RATED ACCESS DOORS AT EVERY CHANGE IN DIRECTION AND EVERY 12' ON CENTER. PER
MANUFACTURES LISTING MODEL "DW" HORIZONTAL RUNS LESS THAN 75 FT. CAN BE SLOPED 1/16" PER 12",
HORIZONTAL RUNS MORE THAN 75 FT. CAN BE SLOPED 3/16" PER 12".
DUCT SHOULD BE SLOPED AS MUCH AS POSSIBLE TO REDUCE THE CHANCE OF GREASE ACCUMULATION IN
HORIZONTAL RUNS.

IF THE DUCT OR CHIMNEY IS WITHIN 18 INCHES OF COMBUSTIBLE MATERIAL, PROVIDE UL-2221 OR UL-103 HT
LISTED DOUBLE WALL GREASE DUCT OR DOUBLE WALL CHIMNEY EQUAL TO CAPTIVEAIRE SYSTEMS MODEL
'DW-, 2R, 2R TYPE HT, 3R, OR 32' ROUND 20 GAUGE 430 STAINLESS INNER DUCT INSULATED WITH A 24 GAUGE
430 STAINLESS OUTER SHELL.




**SECTION VIEW – MODEL 4230ND-2-ACPSP-F**
**HOOD - #3 (47)**



**PLAN VIEW - Hood #3 (47)**
**10' 0.00" LONG 4230ND-2-ACPSP-F**

ACPSP ships loose for field installation

FIRE SYSTEM
BY OTHERS

FOR INFORMATION
PURPOSES ONLY

CAPTIVE AIRE

Maryland Office

**PROJECT**

SMOKE CRAFT
MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

**ARCHITECT**

gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

**MEP ENGINEER**
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

**FOOD SERVICE CONSULTANT**

**STRUCTURAL ENGINEER**

**GENERAL CONTRACTOR**

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.19.2019 | | FOR PERMIT |

Smoke Craft - Arlington, VA
ARLINGTON, VA. 22201

**DATE:** 3/20/2019
**DWG.#:** 3742774
**DRAWN BY:** HT-32
**SCALE:** 3/4" = 1'-0"
**MASTER DRAWING**

**SHEET NO.**
4

Captivaire
Drawings

| Project Number | 1909.00 |
|---|---|
| Date | 07.19.2019 |
| Drawn By | E.A. |
| Checked By | G.M. |
| Scale | AS NOTED |

**M0602**





**REVISIONS**

KEYED NOTES:

1. REMOVE (E)EF FAN AND ASSOCIATED DUCTWORK.
2. REMOVE (E)KITCHEN HOOD AND ASSOCIATED DUCTWORK.
3. REMOVE (E)MAU-1 AND ASSOCIATED DUCTWORK BACK TO DA RISER.
4. REMOVE AND RELOCATE (E)FCU.
5. REMOVE (E)DUCTWORK AND ASSOCIATED DIFFUSERS.





PROJECT



SMOKE · S · CRAFT

MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT

gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.19.2019 | | FOR PERMIT |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



Mechanical Plan
Demolition

| | |
|---|---|
| Project Number | 1909.00 |
| Date | 07.19.2019 |
| Drawn By | E.A. |
| Checked By | G.M. |

# MD0101

| | |
|---|---|
| Scale | AS NOTED |

# MECHANICAL SPECIFICATIONS

A. GENERAL:
1. ALL WORK SHOWN ON THESE DOCUMENTS IS NEW UNLESS SPECIFICALLY IDENTIFIED AS EXISTING OR PROVIDED BY OTHERS.
2. FURNISH ALL LABOR, MATERIALS, SUPPLIES, PERMITS, TOOLS, EQUIPMENT, DEVICES, APPLIANCES, AND INCIDENTAL OPERATIONS NECESSARY FOR THE INSTALLATION OF COMPLETE HVAC AND PLUMBING SYSTEMS AND SATISFACTORY OPERATION OF ALL WORK AS SHOWN ON THE DRAWINGS OR HEREINAFTER SPECIFIED, EXCEPT AS OTHERWISE SPECIFICALLY EXCLUDED. THE SCOPE SHALL INCLUDE, BUT NOT BE LIMITED TO THE WORK SPECIFIED HEREINAFTER:
   a. PLUMBING.
   b. HVAC SYSTEMS.
   c. TESTING OF ALL EQUIPMENT, SYSTEMS AND MATERIALS.
   d. GENERAL PROVISIONS FOR HVAC AND PLUMBING WORK.

B. APPLICABLE CODES AND STANDARDS: PERFORM ALL WORK IN ACCORDANCE TO THE FOLLOWING CODES AND STANDARDS:
1. VIRGINIA CONSTRUCTION CODE 2012.
   VIRGINIA MECHANICAL CODE 2012.
   VIRGINIA PLUMBING CODE 2012.
   VIRGINIA ENERGY CODE 2012.
   NATIONAL FIRE PROTECTION AGENCY (NFPA)
   ARLINGTON COUNTY CODES 2012

C. EXISTING CONDITIONS:
1. THE SITE, LOCATION AND ROUTING OF SYSTEMS INDICATED TO HAVE NEW CONNECTIONS MADE TO THEM ARE SHOWN ACCURATELY AS FIELD CONDITIONS WOULD PERMIT. BIDDING CONTRACTORS SHALL VISIT THE SITE AND THOROUGHLY EXAMINE THE CONTRACT DRAWINGS. CONTRACTORS WHO DO NOT VISIT THE SITE MAY BE UNILATERALLY NOT PERMITTED TO SUBMIT A BID IF THE OWNER SO DECIDES. ALL EXISTING CONDITIONS SHALL BE EXAMINED AND THEIR EXACT LOCATIONS VERIFIED. THE CONTRACTOR SHALL REPORT TO THE OWNER, BEFORE SUBMITTING A BID, ANY CONDITIONS WHICH MIGHT MAKE THE INSTALLATION OF THE REQUIRED EQUIPMENT A PROBLEM. NO CONSIDERATION OR ALLOWANCE WILL BE GRANTED FOR FAILURE TO INVESTIGATE EXISTING CONDITIONS OR MISUNDERSTANDING OF THE CONTRACT DOCUMENTS.
2. CONTRACTORS SHALL VERIFY ALL EXISTING CONDITIONS AND SHALL BRING ALL DISCREPANCIES TO THE ENGINEERS ATTENTION.

D. GENERAL PROVISIONS FOR MECHANICAL WORK:
1. DRAWINGS: DRAWINGS ARE CONSIDERED DIAGRAMMATIC AND INDICATE GENERAL ARRANGEMENT OF WORK AND SYSTEMS. REFER TO ARCHITECTURAL DRAWINGS TO VERIFY LOCATION OF EQUIPMENT, ETC. CHECK DRAWINGS OF OTHER TRADES TO VERIFY EXACT SPACE CONDITIONS FOR DUCTWORK, PIPING AND OTHER EQUIPMENT.
2. CONTRACTOR SHALL WORK FROM DIMENSIONS. PROVIDE MEANS OF MECHANICAL WORK.
   QUANTITY OF DRAWINGS SUBMIT SHOP DRAWINGS FOR ALL MATERIAL AND EQUIPMENT BEFORE HEREIN OR LISTED IN THE EQUIPMENT SCHEDULES.
3. SUBMITTALS: CONTRACTOR DRAWING TO A SCALE OF 1/4"=1'-0" OR LARGER DETAILING MAJOR ELEMENTS, COMPONENTS, AND EXISTING AND NEW SYSTEMS OF MECHANICAL EQUIPMENT AND MATERIAL IN RELATION WITH OTHER SYSTEMS. INSTALLATION AND BUILDING COMPONENTS FOR THE FIRST FLOOR AND LOWER LEVEL MECHANICAL ROOM. INDICATE LOCATION OF WORK, DUCTWORK AS IT AFFECTS THE MECHANICAL SPACE IN PLANS AND SECTIONS. COORDINATION OF INSTALLATIONS ARE OF IMPORTANT TO THE EFFICIENT FLOW OF WORK. INDICATE PROPOSED LOCATION OF PIPING, DUCTWORK, EQUIPMENT AND MATERIALS INCLUDING CLEARANCES FOR INSTALLATIONS, SERVICING AND MAINTENANCE OF VARIOUS PIECES OF EQUIPMENT.
4. INDICATE SCHEDULING, SEQUENCING, MOVEMENT AND POSITIONING OF EQUIPMENT INTO THE BUILDING.
5. CONTRACTOR SHALL VISIT THE SITE AND THOROUGHLY EXAMINE ALL CONTRACT DOCUMENTS TO HAVE A COMPLETE UNDERSTANDING OF THE SCOPE OF WORK AND EXISTING CONDITIONS. REPORT ANY ERRORS, CONFLICTS OR DISCREPANCIES OR IRREGULARITIES THAT THE CONTRACTOR MAY HAVE ABOUT THE PROJECT SHALL BE BROUGHT TO THE ATTENTION OF THE ENGINEER IN WRITING AND RESOLVED PRIOR TO THE ORDERING OR MATERIALS OR INSTALLATION OF WORK. FAILURE TO DO SO WILL NOT RELIEVE THE CONTRACTOR OF RESPONSIBILITY TO PROVIDE ALL WORK REQUIRED FOR A COMPLETE AND SATISFACTORY INSTALLATION.
6. DISCONNECTION OF BUILDING SERVICES SHALL BE DURING THE WEEKENDS OR AFTER 7:00 PM WITH PRIOR APPROVAL OF THE OWNER.
7. PROTECT ALL HVAC EQUIPMENT AND DUCTWORK FROM COLLECTING DUST AND ODORS DURING THE CONSTRUCTION PROCESS. COVER AND SEAL ALL EQUIPMENT, REGISTERS AND OPENINGS WITH PLASTIC. SEAL ALL DUCTWORK OPENINGS DURING CONSTRUCTION PROCESS.
8. CLEAN ALL EQUIPMENT AND DUCTWORK PRIOR TO OCCUPANCY.

E. AIR FLOW AND WATER BALANCE TESTING:
1. SCOPE: AFTER COMPLETION OF THE INSTALLATION OF THE AIR CONDITIONING AND HEATING SYSTEM AND INTEGRATED SYSTEM AND PRIOR TO ACCEPTANCE BY THE OWNER, THE SYSTEMS SHALL BE ADJUSTED AND BALANCED TO DELIVER AIR QUANTITIES AND WATER FLOWS AS SPECIFIED ON THE DRAWINGS OR AS DIRECTED BY THE ENGINEER. ADJUST THE EXISTING UNITS TO DELIVER THE ADDITIONAL AIR QUANTITIES INDICATED ON THE DRAWINGS. SUBMIT AN AIR BALANCE AND WATER BALANCE REPORT.
2. TESTING AND BALANCING SHALL BE PERFORMED WITH ASSOCIATED AIR BALANCING COUNCIL (AABC), NATIONAL STANDARDS FOR TOTAL SYSTEM BALANCE, LATEST EDITION.
3. ARTICIFIALLY LOAD THE AIR CONDITIONING UNIT AIR FILTERS TO 50 PERCENT OF FINAL DIRTY PRESSURE DROP PRIOR TO BALANCING AIR CONDITIONING UNIT.
4. PROVIDE FLOW RATE AND PRESSURE READINGS AT THE NEW VAV TERMINALS.
5. CHANGE UNIT FILTERS TO 50 PERCENT AS INDICATED AIR FLOW AND AIR TEMPERATURE READINGS.
6. BALANCE AIR FLOW OF NEW UNITS AND AIR INLET & AIR OUTLETS.
7. SET OUTSIDE AIR AS NOTED.

F. DUCTWORK:
1. ALL DUCTWORK SHALL BE CONSTRUCTED AND INSTALLED IN ACCORDANCE WITH CURRENT SMACNA AND LOCAL CODES. FABRICATE ALL DUCTWORK FROM GALVANIZED STEEL WITH GM COATING, UNLESS OTHERWISE NOTED.
2. FABRICATE DUCTWORK FOR THE FOLLOWING PRESSURE CLASS AND SEAL CLASS:

| DUCTWORK | DUCT PRESSURE | SEAL CLASS |
|---|---|---|
| CONSTANT VOLUME SUPPLY AIR DUCT | 2.0 | C |
| RETURN AIR | 2.0 | C |
| TRANSFER DUCT | 1.0 | C |

3. DUCTWORK SIZES ARE INSIDE CLEAR DIMENSIONS.
4. PROVIDE THE FOLLOWING DUCTWORK WITH APPROVED 2-POUND PER CUBIC FOOT DENSITY FIBERGLASS DUCT LINER WITH ANTI-EROSION COATING EXPOSED TO AIR STREAM UNLESS NOTED OTHERWISE:

| DUCTWORK | THICKNESS | LENGTH |
|---|---|---|
| TRANSFER AIR DUCT | 1" | ENTIRETY |
| AC UNITS | 1" | 10 FT DOWNSTREAM AND UPSTREAM |
| ROOFTOP UNITS | 1" | 10 FT DOWNSTREAM AND UPSTREAM |

5. PROVIDE CONICAL TEE FITTING FOR ALL BRANCH CONNECTIONS.
6. ALL DUCTWORK SHALL BE SEALED AIR TIGHT.
7. ALL DUCTWORK SIZES ARE FREE AREA DIMENSIONS.
8. PROVIDE TURNING VANES IN ALL RECTANGULAR DUCTWORK.
9. TEST DUCTWORK PER SMACNA.
10. FLEXIBLE DUCT SHALL BE EQUAL TO FLEXMASTER TYPE 'OR' 'M'.
11. LONGITUDINAL DUCT SEAMS SHALL BE PITTSBURGH LOCK WITH SEALANT. BUTTON PUNCH SNAP-LOCK SEAMS ARE NOT ACCEPTABLE.
12. TRANSVERSE JOINTS FOR DUCTS WHOSE SMALLEST DIMENSIONS IS 6 INCHES OR GREATER SHALL BE FLANGED AND GASKETED ASSEMBLIES, ON SMALLER DUCTS, DRIVE SLIP JOINTS MAY BE USED, BUT JOINTS MUST BE SEALED WITH APPROVED DUCT SEALANT.
13. PROVIDE ACCESS DOORS FOR ALL DAMPERS AND OTHER ITEMS REQUIRING SERVICE.
14. FIELD FABRICATED KITCHEN GREASE DUCT SHALL BE CONSTRUCTED OF 16 GAGE STEEL WITH CONTINUOUS LIQUID TIGHT WELDING. SLOPE DUCT TOWARDS THE HOOD 0.25 UNITS IN 12 UNITS HORIZONTAL. PROVIDE CLEAN OUTS AT ELBOWS AND BOTTOM OF RISER.
15. HANGERS FOR KITCHEN GREASE DUCT SHALL BE PROTECTED FROM THE INTERIOR OF THE DUCT OR THE WELD CONNECTIONS AND BOTTOM OF RISES.

G. AIR HANDLING EQUIPMENT USE DURING CONSTRUCTION WITH OWNER'S APPROVAL:
1. DO NOT OPERATE AIR CONDITIONING UNITS. PROVIDE FILTRATION MEDIA WITH A MINIMUM EFFICIENCY REPORTING VALUE (MERV) OF 11 OR GREATER AT EACH RETURN AIR GRILL, AS DETERMINED BY ASHRAE 52.2-2017 AND MEET THE FOLLOWING:
   1.1. DO NOT USE PERMANENT DIFFUSERS, REGISTERS & GRILLES.
   1.2. DO NOT USE PLENUM TYPE RETURN AIR SYSTEM.
   1.3. THE HVAC DUCT SYSTEM IS ADEQUATELY SEALED TO PREVENT SPREAD OF AIR-BORN PARTICULATES & OTHER CONTAMINANTS.
   1.4. VACUUM ALL DUCT SYSTEM WITH PORTABLE HIGH EFFICIENCY PARTICULATE ARRESTANCE (HEPA) VACUUMS AND DOCUMENTED CLEANING IN ACCORDANCE WITH NATIONAL AIR DUCT CLEANERS ASSOCIATION (NADCA) SPECIFICATIONS.

H. DUCTWORK REUSE AND CLEANING:
1. ANY DUCTWORK TO BE REUSED AND/OR REMAIN IN PLACE SHALL BE CLEANED, TESTED AND DEMONSTRATED TO BE CLEAN IN ACCORDANCE WITH THE STANDARDS SET FORTH BY THE NATIONAL AIR DUCT CLEANERS ASSOCIATION NADCA SPECIFICATION. THE CLEANING TESTING AND DEMONSTRATION SHALL OCCUR IMMEDIATELY PRIOR TO OWNER OCCUPANCY TO AVOID CONTAMINATION FROM CONSTRUCTION DUST AND OTHER AIRBORNE PARTICULATES.

I. VOLUME DAMPERS:
1. PROVIDE MOTORIZED DAMPER AT ALL OUTSIDE AIR CONNECTION TO HVAC UNITS.
2. DAMPERS SHALL BE OPPOSED BLADE TYPE, PROVIDE 2 DAMPER FOR SIZES 48 INCH.
3. DAMPER MAXIMUM LEAKAGE RATE SHALL BE MAX 10 CFM PER FT AT 1.0" W.G. FOR MOTORIZED DAMPER AND 25 CFM PER FT AT 1.0" W.G. FOR NON-MOTORIZED DAMPER TESTED IN ACCORDANCE WITH AMCA STANDARD 500.

J. DIFFUSERS, REGISTERS AND GRILLES:
1. FURNISH AND INSTALL DIFFUSERS, REGISTERS AND GRILLES AS INDICATED ON THE DRAWINGS.
2. PROVIDE VOLUME DAMPER IN EACH DIFFUSER AND REGISTER.
3. SEE ARCHITECTURAL DRAWINGS FOR EXACT LOCATION OF THE DIFFUSERS, REGISTERS AND GRILLS. ALL FINISHES SHALL BE APPROVED BY THE ARCHITECT.
4. PROVIDE DIFFUSERS, REGISTERS AND GRILLES WITH AN APPROPRIATE MOUNTING FRAME FOR THE MOUNTING SURFACE.

K. FILTERS:
1. PROVIDE TEMPORARY FILTERS AT RETURN AIR DUCTS, EXISTING HVAC UNIT OPENINGS AND RETURN AIR TRANSFER OPENINGS DURING CONSTRUCTION. REPLACE FREQUENTLY TO AVOID DUST MIGRATION INTO THE RETURN AIR SHAFT.
2. REPLACE FILTERS AT THE UNITS PRIOR TO OWNER MOVE-IN.
3. PROVIDE (2) SETS OF SPARE FILTERS.

L. INSULATION:
1. INSULATE CONDENSATE DRAIN WITH 1/2" ELASTOMERIC INSULATION.
2. INSULATE INDOOR SUPPLY AND RETURN AIR DUCTWORK WITH 2" THICK MINIMUM R-6 INSULATION.
3. INSULATE SUPPLY, RETURN AND OUTSIDE AIR DUCTWORK LOCATED OUTDOORS WITH R-8 INSULATION.
4. TAPE AND SEAL ALL INSULATION JOINTS.

M. AUTOMATIC CONTROL SYSTEM:
1. PROVIDE ALL RELAYS, TRANSFORMERS, PANELS, WIRING, ETC. FOR A COMPLETE INSTALLATION.
2. SET PROGRAMMABLE THERMOSTAT CONTROL PROVIDING OCCUPIED, MORNING WARMUP, AND NIGHT SETBACK CONTROL. OUTSIDE AIR DAMPER SHALL OPEN ONLY DURING OCCUPIED MODE OF OPERATION. PROVIDE TIME CLOCK TO OPEN OUTSIDE AIR DURING OCCUPIED HOURS OF OPERATION.
3. PROVIDE THERMOSTAT LOCATED WHERE INDICATED ON THE DRAWINGS AND SET POINT.
4. CONTROL WIRING JUNCTION BOXES SHALL BE MARKED ON THE BOX AND COVER.
5. CONTROL WIRING CABLES WITHIN EACH JUNCTION BOX SHALL BE TAGGED WITH THEIR CIRCUIT FUNCTION.
6. LABELS PROVIDE PROGRAMMABLE CONTROL SYSTEM TO PROVIDE UNIT ENERGIZE FOR OCCUPIED, NIGHT SETBACK AND MORNING MODES OF OPERATION. UNIT FAN SHALL RUN CONTINUOUSLY DURING OCCUPIED HOURS OF OPERATION (8:00AM

TO 10:00PM OR AS DIRECTED BY OWNER) OR MORNING WARM-UP MODE. UNIT COOLING OR HEATING SHALL ENERGIZE TO MAINTAIN SPACE TEMPERATURE SETTINGS. DURING COOLING MODE, MODULATE CHILLED WATER CONTROL VALVE. DURING HEATING MODE, ENERGIZE ELECTRIC HEATER IN STAGES. UNIT FAN SHALL ENERGIZE INTERMITTENTLY DURING NIGHT SET-BACK TO SATISFY THE THERMOSTAT SETTING IN NIGHT SET-BACK MODE OF OPERATION. OPEN OUTSIDE AIR DAMPER DURING OCCUPIED HOURS OF OPERATION. CLOSE OUTSIDE AIR DAMPER, DURING MORNING WARM-UP MODE AND NIGHT SET-BACK MODE. RETURN AIR DAMPER SHALL STAY OPEN FOR UNIT OPERATION.
5. PROVIDE 24/7 TIME-CLOCK FOR EACH UNIT IF REQUIRED TO OPEN OUTSIDE AIR MOTORIZED DAMPER DURING OCCUPIED AND ENERGIZE FANS AS REQUIRED DURING OCCUPIED HOURS OF OPERATION WHEN UNIT FAN IS ENERGIZED. PROVIDE 7 DEGREE F DEAD-BAND BETWEEN HEATING AND COOLING.
7. PROGRAM THERMOSTATS WITH HEATING MAXIMUM SET-POINT OF 70 DEGREES F. AND MINIMUM COOLING SET-POINT OF 72 DEGREES F.
8. PROVIDE OPTIMUM START FUNCTION.
9. PROVIDE AN OUTSIDE SWITCH FOR EACH SYSTEM TO ENERGIZE HVAC SYSTEM TO PLACE UNIT IN OCCUPIED MODE OF OPERATION FOR A 3-HOUR PERIOD.
10. PROVIDE MAKE-UP AIR UNIT CONTROL PANEL AND WIRING. INTERLOCK MAKE-UP AIR UNIT WITH KITCHEN HOOD EXHAUST SYSTEM.
11. COORDINATE SEQUENCE OF OPERATION WITH HOOD FIRE PROTECTION CONTROL SYSTEM.

N. ACCESS DOORS:
1. PROVIDE ACCESS DOORS IN ALL CEILINGS, DUCTS, CHASES, WALLS, ETC., OF COMPATIBLE MATERIAL OR RATING TO ALLOW FOR EASY ACCESS TO ALL CONCEALED OPERATING DEVICES FOR CLEANING, ADJUSTMENT, RESETTING OR REPLACEMENT OF SAME. DEVICES INCLUDE BUT ARE NOT LIMITED TO VALVES, VOLUME DAMPERS, CLEANOUTS, ETC.

O. IDENTIFICATION:
1. ALL EQUIPMENT, DUCTWORK, PIPING AND MECHANICAL DEVICES SHALL BE PROVIDED WITH IDENTIFICATION NAME TAG OR MARKING OF NO LESS THAN 1/4" LETTERS OR IN ACCORDANCE WITH ASME 13.1.

P. EXECUTION:
1. ALL WORK SHALL BE INSTALLED IN STRICT ACCORDANCE WITH APPLICABLE CODES AND ORDINANCES AS SPECIFIED UNDER GENERAL CONDITIONS.
2. UPON COMPLETION OF THE WORK, ALL EQUIPMENT SHALL BE THOROUGHLY CLEANED AND SANITIZED.
3. THE CONTRACTOR SHALL BE RESPONSIBLE FOR THE PROTECTION OF ALL EQUIPMENT UNDER THIS SECTION UNTIL FINAL ACCEPTANCE OF THE JOB.
4. TEST AND INSPECTION:
   a. ALL EQUIPMENT AND SYSTEMS SHALL BE TESTED IN ACCORDANCE WITH LOCAL AND OTHER APPLICABLE CODES.
   b. AT THE TIME OF FINAL INSPECTION AND TEST, ALL CONNECTIONS TO DEVICES AND EQUIPMENT MUST BE COMPLETED AND OPERATING IN A NORMAL MANNER FOR AT LEAST 8 DAYS.
   c. THE CONTRACTOR SHALL FURNISH THE INSTRUMENTS FOR MAKING ALL TESTS. TESTS SHALL BE CONDUCTED IN THE PRESENCE OF OWNER'S REPRESENTATIVE.
   d. CONTRACTOR SHALL CORRECT ANY EQUIPMENT OR SYSTEMS THAT DO NOT TEST SATISFACTORY.
5. LEAK TEST ALL PIPING SYSTEM PRIOR TO INSULATION AND CONNECTION TO EQUIPMENT.
6. CLEAN PIPING SYSTEM AND FLUSH PIPING PRIOR TO PLACING IN SERVICE.

Q. GUARANTEE:
1. CONTRACTOR SHALL GUARANTEE ALL WORK PERFORMED AND ALL MATERIALS INSTALLED BY HIM TO BE IN COMPLIANCE WITH ALL APPLICABLE CODES AND TO BE FREE OF DEFECTS. CONTRACTOR SHALL REPAIR OR REPLACE ANY DEFECTIVE MATERIALS OR WORKMANSHIP AT NO CHARGE TO THE OWNER FOR A PERIOD OF ONE YEAR FROM THE DATE OF ACCEPTANCE.

R. AS-BUILTS AND O&M MANUALS:
1. AFTER COMPLETION OF WORK, PROVIDE AS-BUILT DRAWINGS OF THE MECHANICAL AND PLUMBING DRAWINGS IN PAPER COPY AND AUTOCAD 2013 TO ARCHITECT.
2. PROVIDE O&M MANUALS FOR HVAC SYSTEMS ASSEMBLED IN A BINDER. PROVIDE TYPE WRITTEN INDEX OF ALL EQUIPMENT AND DEVICES. PROVIDE ONE COPY OF THE OPERATING AND MAINTENANCE MANUAL TO THE OWNER FOR APPROVAL 30 DAYS BEFORE DATE OF FINAL APPROVAL. PROVIDE SERVICE MAINTENANCE SCHEDULE CHECK LIST. THE OPERATING AND MAINTENANCE INSTRUCTIONS SHALL CONFORM TO MANUFACTURER'S RECOMMENDATIONS. THE INSTRUCTIONS SHALL CONTAIN THE FOLLOWING: A DESCRIPTION OF EACH SYSTEM AND ITS COMPONENTS. OPERATING AND STOPPING PROCEDURES. A SPECIAL OPERATING INSTRUCTIONS. A ROUTINE MAINTENANCE PROCEDURES. A MANUFACTURER'S PRINTED OPERATING AND MAINTENANCE INSTRUCTIONS PARTS LIST. CUT SHEETS AND DIAGRAMS AS ONE COPY OF EACH WIRING AND CONTROL DIAGRAMS AS ONE APPROVED SET OF ALL SHOP DRAWINGS AND CONTRACTOR'S RECORD DRAWINGS. AS SYSTEM FLOW DIAGRAMS.

S. DEMONSTRATION AND TRAINING:
1. PROVIDE DEMONSTRATION AND TRAINING FOR OWNER'S REPRESENTATIVES FOR MINIMUM OF ONE EIGHT HOUR DAY.
2. DEMONSTRATE OPERATION OF SYSTEMS, SUBSYSTEMS, AND EQUIPMENT.
3. PROVIDE TRAINING IN OPERATION AND MAINTENANCE OF SYSTEMS, SUBSYSTEMS, AND EQUIPMENT.
4. PROVIDE DEMONSTRATION AND TRAINING VIDEO RECORDINGS.

PROJECT



SMOKE CRAFT
MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT

gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON, D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave. NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.19.2019 | | FOR PERMIT |
| 09.13.2019 | 1 | PERMIT REV 1 |



## Mechanical Specifications

| | |
|---|---|
| Project Number | 1909.00 |
| Date | 07.19.2019 |
| Drawn By | E.A. |
| Checked By | G.M. |

# M0002

| Scale | AS NOTED |

## KEYED NOTES:

1. CAP-OFF AND SEAL (EXPIRING CONNECTIONS WATERTIGHT.

2. 12ØR TOILET EXHAUST DUCT. ROUTE DUCT TO DISCHARGE IN EXISTING MECHANICAL SHAFT. ENLARGE EXISTING OPENING AS REQUIRED. PROVIDE FIRE/SMOKE DAMPER IN DUCT.

3. SEE FCU DUCTWORK LAYOUT, THIS SHEET.

4. ROUND DIFFUSER, TYPE TO MATCH EXISTING.

5. 3/4" COND. DRAIN LINE, ROUTE TO SPILL OVER NEAREST FS.

6. 12ØR DA DUCT DN WITH MOTORIZED DAMPER AND CONNECT TO FCU-4 RA PLENUM.

7. REPLACE EXISTING GRAVITY INTAKE HOOD TO PROVIDE 8000 CFM OF OUTSIDE AIR AT 0.05" OF STATIC PRESSURE.

8. (E)2" CHWS AND CHWR.  VERIFY EXISTING PIPING, READJUST TO PROVIDE REQUIRED GPM.



**1** MECHANICAL PLAN NEW WORK
M0101  SCALE: 1/4" = 1'-2"



**2** FCU DUCT LAYOUT
M0101  SCALE: 1/4" = 1'-2"

PROJECT




SMOKE CRAFT
MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT



gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.19.2019 |  | FOR PERMIT |
| 08.13.2019 | 1 | PERMIT REV 1 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |



Mechanical Plan
New Work

| Project Number | 1909.00 |
|----------------|---------|
| Date | 07.19.2019 |
| Drawn By | E.A. |
| Checked By | G.M. |

## M0101

| Scale | AS NOTED |

KEYED NOTES:

1. REMOVE AND REPLACE EXISTING EXHAUST FAN KEF-1 WITH NEW FAN. SEE FAN SCHEDULE ON DRAWING M0401.



<u>1</u>  ROOF PLAN MECHANICAL NEW WORK
M0102   SCALE: 1/4" = 1'-0"

PROJECT

SMOKE S CRAFT

MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT



GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.19.2019 | | FOR PERMIT |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



Roof Plan
Mechanical
New Work

| Project Number | 1909.00 |
|---|---|
| Date | 07.19.2019 |
| Drawn By | E.A. |
| Checked By | G.M. |

## M0102

| Scale | AS NOTED |

## FAN COIL UNIT SCHEDULE

| UNIT NO. | SERVICE | TYPE | CFM | ESP IN. W.G. | COOLING DATA | | | | | | | | | HEATING DATA | | | MOTOR | | | BASIS OF DESIGN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | OA CFM | AIR EAT DB/WB | AIR LVG DB/WB | ENT FLDG | LVG FLDG | # OF ROWS | SENSIBLE CAPACITY (MBH) | TOTAL CAPACITY (MBH) | GPM | EAT F | LAT F | MBH | NO. OF STAGES | KW | VOLTS/PH | VOLTS PH | | |
| (E)FCU-1 | NORTH EXPOSURE | 2 PIPE, BELT DRIVE, FAN COIL UNIT | 1400 | 4.0 | 0.0 | 79.3/66.6 | 57/56 | 42 | 38 | 6 | 33.8 | 47.6 | 8.1 | 4.18 | 60 | 0.5 | 3 | 460 | 3 | EXISTING UNIT | NOTE #1 |
| (E)FCU-2 | WEST EXPOSURE | 2 PIPE, BELT DRIVE, FAN COIL UNIT | 2400 | 7.0 | 0.0 | 79.3/66.6 | 57/56 | 42 | 38 | 6 | 57.0 | 81.6 | 14.3 | 3.85 | 60 | 0.5 | 3 | 460 | (0.75) | EXISTING UNIT | NOTE #1 |
| (E)FCU-3 (INDICATED) | INTERIOR | 2 PIPE, BELT DRIVE, FAN COIL UNIT | 825 | 2.25 | 0.0 | 79.3/66.6 | 57/56 | 42 | 38 | 6 | 19.1 | 25.5 | 4.6 | 2.90 | 60 | 0.5 | 3 | 480 | (0.5) | EXISTING UNIT | NOTE #1 |
| FCU-4 | KITCHEN | 2 PIPE, BELT DRIVE, FAN COIL UNIT | 2050 | 300 | 0.0 | 75/63 | 55/54 | 42 | 38 | 6 | 57.9 | 82 | 6 | 4 | 70 | 10 | 2 | 460 | (0.75) | CARRIER: 39XH? | — |

NOTES:
1. (E)UNIT, BALANCE AIR FLOW AND WATER FLOW. VERIFY ELECTRIC HEATER OPERATION AND CONTROL.
2. REPLACE ALL FILTERS.
3. PROVIDE MERV 11 AIR FILTER FOR FCU-4.
4. PROVIDE SMOKE DETECTOR IN RETURN AIR DUCT OF FCU-4 TO SHUT OFF UNIT UPON SMOKE DETECTION.

---

## MECHANICAL VENTILATION CODE ANALYSIS PER 2013 VMC

| Room Name | FLOOR AREA (SF) | OCCUPANCY | OCCUPANCY DENSITY, No./1000 SF | NUMBER OF PEOPLE | PEOPLE OUTDOOR AIRFLOW RATE IN BREATHING ZONE, CFM/PERSON | AREA OUTDOOR AIRFLOW RATE IN BREATHING ZONE, CFM/SF | AREA OUTDOOR AIR (Ra,CFM) | OCCUPANT OUTDOOR AIR | BREATHING ZONE OUTDOOR AIR, CFM | Zone distribution effectiveness, Ez | Zone outdoor air flow rate, Voz | PROVIDED OUTDOOR AIR | PROVIDED RECIRCULATED AIR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dining Room | 1142 | Dining Room | 70 | 80 | 7.5 | 0.18 | 206 | 600 | 805 | 0.9 | 1096 | 1096 | 1090 | 0 |
| Corridor | 517 | Corridor | 0 | 0 | 0 | 0.06 | 19 | 0 | 19 | 0.8 | 24 | 24 | 25 | 0 |
| Bar Area | 176 | Bars | 100 | 17 | 7.5 | 0.18 | 31 | 131 | 162 | 0.9 | 202 | 202 | 205 | 0 |
| Bar Sales Area | 205 | Sales | 15 | 4 | 7.5 | 0.12 | 54 | 82 | 64 | 0.9 | 80 | 80 | 45 | 0 |
| Totals | 1918 | | | 102 | | | | 290 | 762 | | | 1313 | 1325 | |

Notes:
1. FCU-1,2,3 & 4 provide total of 1325 CFM of outside air.

---

## MECHANICAL VENTILATION CODE ANALYSIS PER 2013 VMC

| Room Name | FLOOR AREA (SF) | OCCUPANCY | OCCUPANCY DENSITY, No./1000 SF | NUMBER OF PEOPLE | PEOPLE OUTDOOR AIRFLOW RATE IN BREATHING ZONE, CFM/PERSON | AREA OUTDOOR AIR (Ra,CFM) | AREA OUTDOOR AIRFLOW RATE IN BREATHING ZONE, CFM/SF | OCCUPANT OUTDOOR AIR | BREATHING ZONE OUTDOOR AIR, CFM | Zone distribution effectiveness, Ez | Zone outdoor air flow rate, Voz | EXHAUST AIRFLOW RATE, CFM/SF | EXHAUST AIRFLOW RATE, CFM | REQUIRED EXHAUST AIRFLOW, CFM | PROVIDED EXHAUST AIRFLOW, CFM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kitchen Make | 1008 | Kitchen cooking | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.8 | 0 | 0.7 | 727 | 7875 | |
| Totals | 1008 | | | 0 | | | | | | | | | | | |

Notes:

---

## MAKE-UP AIR UNIT SCHEDULE

| UNIT NO. | TOTAL CFM | OA CFM | FAN DATA | | | HEATING DATA | | | | ELECTRICAL DATA | | | BASIS OF DESIGN | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | ESP IN. W.G. | FAN HP | DRIVE TYPE | EAT F | GAS INPUT MBH | GAS OUTPUT MBH | GAS PRESSURE | VOLTS | PHASE | SONES | | |
| MAU-1 | 8300 | 8300 | 1.0 | 3 | 6 | 803 | – | 15 | 358 | 440 | 7" | 460 | 3 | – | CAPTIVEAIRE ————— | – |

NOTES:
1. PROVIDE DUCT SMOKE DETECTOR TO SHUT OFF UNIT UPON ACTIVATION.
2. PROVIDE UNIT WITH MOTOR STARTER, VFD & ELECTRICAL FLAME MODULATION WITH REMOTE CONTROL PANEL.
3. PROVIDE UNIT WITH THE FOLLOWING:
   a. ANGLED FILTER BOX WITH MERV 15 FILTERS
   b. INLET MOTORIZED AIR DAMPER
   c. INTERNAL BLOWER/MOTOR SPRING VIBRATION ISOLATORS
   d. VARIABLE FREQUENCY DRIVE
   e. EXTENDED GREASE TROUGH
   f. HIGH AND LOW PRESSURE SWITCHES
   g. PROOF OF VALVE CLOSURE SWITCH

---

## FAN SCHEDULE

| UNIT NO. | LOCATION | TYPE | WHEEL DIA. | TOTAL CFM | OA CFM | ESP IN. WG | FAN BHP | FAN HP | MOTOR | | | SONES | MANUFACTURER MODEL NUMBER | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | DRIVE TYPE | HP | VOLTS/PH | | | |
| EF-1 | BATHROOM | IN-LINE | | 480 | – | 0.8 | 1488 | BELT | | BRK | 120 | 1 | – | GREENHECK: TCB-12 | |
| KEF-1 | ROOF | UTILITY | 16.25 | 4875 | – | 2.75 | 1820 | BELT | 3.37 | 6 | 460 | 3 | – | GREENHECK: USF-418B | GALVANIZED CONSTRUCTION |
| KEF-2 | ROOF | UTILITY | 16.5 | 3000 | – | 2.75 | 1880 | BELT | 2.28 | 5 | 460 | 3 | – | GREENHECK: USF-318B | GALVANIZED CONSTRUCTION |

NOTES:
1. PROVIDE GRILLE WITH ALL CEILING IN-LINE FAN.
2. PROVIDE ROOF CURB FOR ALL ROOF FANS.
3. PROVIDE FACTORY INSTALLED INTEGRAL VARIABLE SPEED CONTROLLER FOR ALL DIRECT DRIVE FANS FOR BALANCING.
4. UL LISTED.
5. PROVIDE BACK DRAFT DAMPER.
6. PROVIDE VFD FOR KEF-1 AND KEF-2.

---

## AIR BALANCE SCHEDULE

| SYSTEM | SUPPLY AIR CFM | EXHAUST AIR RELIEF AIR CFM | REMARKS |
|---|---|---|---|
| OUTSIDE AIR SUPPLY DINING AREA (FCU-1, 2, & 3) | 1325 | | |
| OUTSIDE AIR SUPPLY KITCHEN (FCU-4) | 300 | | |
| HOOD No. 1 & 2 | | 4875 | |
| HOOD No. 3 | | 3000 | |
| BATHROOM EXHAUST AIR | | 490 | |
| MAKE-UP AIR SUPPLY, MAU-1 (HOOD 1, 2, & 3) | 6300 | | |
| TOTAL | 7625 | 8365 | |

NOTES:
1. TENANT SPACE IS NEGATIVE BY 660 CFM. THE KITCHEN IS NEGA TIVE TO DINING AREA.

---

## AIR DEVICE SCHEDULE

| DEVICE NO. | TYPE | AIR FLOW (CFM) | FACE SIZE | NECK SIZE | DAMPER TYPE | P.D. IN. WG | NC | REMARKS |
|---|---|---|---|---|---|---|---|---|
| CD | SQUARE PANEL | 0-110 | 24x24 | 6"Ø | OPPOSED BLADE | 0.11 | 28 | TITUS OMNI-AX W/R4 INSULATION |
| | SQUARE PANEL | 111-200 | 24x24 | 8"Ø | OPPOSED BLADE | 0.11 | 20 | TITUS OMNI-AX W/R4 INSULATION |
| | SQUARE PANEL | 201-325 | 24x24 | 10"Ø | OPPOSED BLADE | 0.11 | 28 | TITUS OMNI-AX W/R4 INSULATION |
| | SQUARE PANEL | 326-480 | 24x24 | 12"Ø | OPPOSED BLADE | 0.11 | 28 | TITUS OMNI-AX W/R4 INSULATION |
| CG-1 | PERFORATED | | 24x24 | 22x22 | | 0.08 | 28 | TITUS MATCH CEILING DIFFUSER |
| CG-2 | PERFORATED | | 48x24 | 46x22 | | 0.08 | 28 | TITUS MATCH CEILING DIFFUSER |
| ERRR | AEROBLADE | 99-205 | | 12x6 | OPPOSED BLADE | 0.08 | 25 | TITUS 3FL |
| | AEROBLADE | 206-310 | | 18x6 | OPPOSED BLADE | 0.08 | 25 | TITUS 3FL |
| | AEROBLADE | 311-400 | | 18x10 | OPPOSED BLADE | 0.08 | 25 | TITUS 3FL |
| FB-1 | PLENUM DIFFUSER | 300 - 375 | 1.0' x 4 FT | 12"Ø | JET PATTERN CONTROLLER | 0.08 | 10 | FLOW BAR JET FLOW WITH TITUS LINED PLENUM |
| FB-2 | PLENUM DIFFUSER | 300 - 375 | 1.0' x 4 FT | 12"Ø | JET PATTERN CONTROLLER | 0.08 | 10 | FLOW BAR JET FLOW WITH TITUS LINED PLENUM |

NOTES:
1. BORDER STYLE SHALL MATCH CEILING TYPE. SEE ARCHITECTURAL DRAWINGS.
2. FLEXIBLE DUCT SIZE SHALL BE THE SAME AS THE DIFFUSER NECK SIZE.
3. THE LENGTH OF LD IS AS SHOWN ON THE PLAN. PROVIDE INSULATED PLENUM OF 10" HIGH AND 8" WIDE FOR LENGTH OF DIFFUSER, UNLESS OTHERWISE NOTED. 6"Ø INLET UP TO 100 CFM, 8"Ø INLET FOR 101 TO 200 CFM AND 10"Ø INLET FOR 201 TO 300 CFM, 12"Ø INLET FOR 301 TO 480 CFM.
4. ABOVE SCHEDULE SHALL BE USED IF OTHER SIZES ARE NOT INDICATED ON THE FLOOR PLAN.

---




**SMOKE CRAFT**
MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

PROJECT

ARCHITECT



gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.19.2019 | | FOR PERMIT |
| 08.13.2019 | 1 | PERMIT REV 1 |



## Mechanical Schedules

| | |
|---|---|
| Project Number | 1909.00 |
| Date | 07.19.2019 |
| Drawn By | E.A. |
| Checked By | G.M. |

# M0401

| Scale | AS NOTED |
|---|---|



NOTES
1. LOCATE PIPE UNIONS AND ARRANGE PIPING TO FACILITATE COIL REMOVAL.
2. PROVIDE SIMILAR PIPING ARRANGEMENT ON EACH SIDE FOR TWO SECTION MODE COIL ASSEMBLY WHERE NEEDED.
3. UNIONS (OR FLANGED BODY) INDICATED TO PERMIT REMOVAL OF CONTROL VALVES.

9 — CHILLED WATER COOLING COIL CONNECTION DETAIL
M0501 NOT TO SCALE



8 — SINGLE PIPE HANGER AND INSULATION DETAIL
M0501 NOT TO SCALE



6 — ROOF MOUNTED UTILITY FAN DETAIL
M0501 NOT TO SCALE



7 — DUCT (UNINSULATED) SUPPORT ON ROOF DETAIL
M0501 NOT TO SCALE



NOTES
1. PROVIDE APPROVED WATER LEVEL DETECTOR IN AUXILIARY DRAIN PAN INTERLOCKED TO SHUT DOWN UNIT UPON DETECTION OF WATER. INTERLOCK WITH BAS FOR ALARM. SIMILAR TO RLE TECHNOLOGIES 'SD' WITH 'WNAP'. PROVIDE TRANSFORMER FOR EACH UNIT.

8 — CEILING MOUNTED FCU DETAIL
M0501 NOT TO SCALE



1 — DUCT TAKE-OFFS DETAIL
M0501 NOT TO SCALE



2 — CEILING HUNG INLINE FAN DETAIL
M0501 NOT TO SCALE



3 — TYPICAL DIFFUSER CONNECTION
M0501 NOT TO SCALE



NOTE
IN GENERAL, ELBOWS TO HAVE FULL TURNING RADIUS (i.e., WHERE "R" IS LESS THAN "W" BUT NOT LESS THAN 1/3 "R", USE ONE VANE SPACED AS SHOWN. WHERE "R" IS LESS THAN 1/3 "R", USE TWO VANES SPACED AS SHOWN. MINIMUM RADIUS (R) = 4 INCHES.

NOTE:
AIRFOIL BLADES TO BE USED WHERE NORMAL RADIUS ELBOW IS IMPRACTICAL & WHERE ELBOW IS WITHIN 6 FT OF A BRANCH TAKE-OFF OR BOOSTER HEATER (TO ASSURE STRAIGHT FLOW).

4 — DETAIL-TURNING VANES
M0501 NOT TO SCALE

PROJECT


SMOKE CRAFT
MODERN BARBECUE
1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT


GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave. NW
Washington, D.C. 20016
(202)244-6880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.19.2019 | | FOR PERMIT |



## Mechanical Details

| | |
|---|---|
| Project Number | 1909.00 |
| Date | 07.19.2019 |
| Drawn By | E.A. |
| Checked By | G.M. |
| Scale | AS NOTED |

# M0501

# ITEM 51



FOR INFORMATION
PURPOSES ONLY

FIRE SYSTEM
BY OTHERS

**HOOD INFORMATION - Job#3742774**

| HOOD NO. | TAG | MODEL | LENGTH | MAX COOKING TEMP | TOTAL EXH. CFM | WIDTH | LENG | DIA | CFM | VEL | MUA CFM | S.P. | AC CFM | HOOD CONSTRUCTION | END TO END | ROW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 51 (LEFT) | 5430ND-2-ACPSP-F | 8'.9" | 600 Deg. | 2881 | | 4" | 14" | 2194 | 2652 | -0.098" | 1905 | 560 | 430 SS Where Exposed | LEFT | ALONE |
| 2 | 51 (RIGHT) | 5430ND-2-ACPSP-F | 8'.9" | 600 Deg. | 2194 | | 4" | 14" | 2194 | 2652 | -0.098" | 1905 | 560 | 430 SS Where Exposed | RIGHT | ALONE |

**HOOD INFORMATION**

| HOOD NO. | TAG | TYPE | QTY | HEIGHT | LENGTH | TYPE | FIRE WIRE GUARD | SYSTEM PIPING | HANGING WGHT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 51 (LEFT) | Captrate Solo Filter | 7 | 20" | 16" | 1.55 Series E26 | NO | NO | 690 LBS |
| 2 | 51 (RIGHT) | Captrate Solo Filter | 7 | 20" | 16" | 1.55 Series E26 | NO | NO | 660 LBS |

**HOOD OPTIONS**

| HOOD NO. | TAG | OPTION |
|---|---|---|
| 1 | 51 (LEFT) | FIELD WRAPPER 18.00" High Front |
| | | BACKSPLASH 80.00" High X 105.00" Long 430 SS Vertical |
| | | LEFT SIDESPLASH 80.00" High X 54.00" Long 430 SS Vertical |
| | | LEFT END STANDOFF (ENDSKIRT) WRAPPER 54" Long Insulated |
| | | BALANCE DAMPERS |
| | | LEFT WALL AS END PANEL |
| 2 | 51 (RIGHT) | FIELD WRAPPER 18.00" High Front, Right |
| | | BALANCE DAMPERS |

**PERFORATED SUPPLY PLENUM(S)**

| HOOD NO. | TAG | POS. | LENGTH | WIDTH | HEIGHT | TYPE | WIDTH | LENG | DIA | CFM | S.P. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 51 (LEFT) | Front | 118" | 26" | 6" | MUA | 12" | 28" | | 665 | 0.168" |
| | | | | | | MUA | 12" | 28" | | 665 | 0.168" |
| | | | | | | MUA | 12" | 28" | | 665 | 0.168" |
| | | | | | | AC | 8" | 16" | | 280 | 0.075" |
| 2 | 51 (RIGHT) | Front | 117" | 26" | 6" | MUA | 12" | 24" | | 635 | 0.180" |
| | | | | | | MUA | 12" | 24" | | 635 | 0.180" |
| | | | | | | MUA | 12" | 24" | | 635 | 0.180" |
| | | | | | | AC | 8" | 16" | | 280 | 0.075" |

**GREASE DUCT & CHIMNEY SPECIFICATIONS:**
PROVIDE GREASE DUCT EQUAL TO CAPTIVEAIRE SYSTEMS MODEL "DW" ROUND 20 GAUGE 430 STAINLESS STEEL DUCTWORK. MODEL "DW" IS LISTED TO UL-1978 AND IS INSTALLED USING "V" CLAMP LOCKING CONNECTIONS SEALED WITH 3M FIRE BARRIER 2000 PLUS. MODEL "DW" DOES NOT REQUIRE WELDING PROVIDING IT HAS BEEN INSTALLED PER THE MANUFACTURERS INSTALLATION GUIDE.
PROVIDE RATED ACCESS DOORS AT EVERY CHANGE IN DIRECTION AND EVERY 12' ON CENTER. PER MANUFACTURERS LISTING MODEL "DW" HORIZONTAL RUNS LESS THAN 75 FT. CAN BE SLOPED 1/16" PER 12", HORIZONTAL RUNS MORE THAN 75 FT. CAN BE SLOPED 3/16" PER 12". DUCT SHOULD BE SLOPED AS MUCH AS POSSIBLE TO REDUCE THE CHANCE OF GREASE ACCUMULATION IN HORIZONTAL RUNS.

IF THE DUCT OR CHIMNEY IS WITHIN 18 INCHES OF COMBUSTIBLE MATERIAL, PROVIDE UL-2221 OR UL-103 HT LISTED DOUBLE WALL GREASE DUCT OR DOUBLE WALL CHIMNEY EQUAL TO CAPTIVAIRE SYSTEMS MODEL "DW- 2R, 2R TYPE HT, 3R, OR 3Z" ROUND 20 GAUGE 430 STAINLESS INNER DUCT INSULATED WITH A 24 GAUGE 430 STAINLESS OUTER SHELL.

**CASHMI DETAIL**

**SECTION VIEW - MODEL 5430ND-2-ACPSP-F**
**HOOD - #1 & 2 (51)**

**PLAN VIEW - Hood #1 (51) (LEFT)**
@ 9.00' LONG 5430ND-2-ACPSP-F
ACPSP ships loose for field installation

**PLAN VIEW - Hood #2 (51) (RIGHT)**
@ 9.00' LONG 5430ND-2-ACPSP-F
ACPSP ships loose for field installation

**ETL LISTING DESCRIPTION BLOCK**
THE CAPTIVE-AIRE MODEL ND-2 HAS BEEN TESTED, LISTED AND APPROVED TO EXHAUST A MINIMUM OF 200 CFM PER LINEAR FOOT OVER 600 DEGREE EQUIPMENT FOR COOKING APPLICATIONS

**CAPTIVE-AIRE HOODS ARE BUILT IN COMPLIANCE WITH**
NFPA #96
ETL SANITATION LISTED
ETL LISTED #3054804-001

ND-2 HANGING ANGLE DETAIL

PROJECT




SMOKE CRAFT
MODERN BARBECUE
1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT



gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave. NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.19.2019 | | FOR PERMIT |

Smoke Craft - Arlington, VA
ARLINGTON, VA, 22201

DATE: 3/20/2019

DWG.#: 3742774

DRAWN BY: WT-32

SCALE: 3/4" = 1'-0"
MASTER DRAWING

SHEET NO. 1



Captivaire
Drawings

Project Number: 1909.00
Date: 07.19.2019
Drawn By: E.A.
Checked By: G.M.

**M0601**

Scale: AS NOTED

REVISIONS

# ITEM 47

**HOOD INFORMATION – Job#3742774**

| HOOD NO. | TAG | MODEL | LENGTH | MAX COOKING TEMP | TOTAL EXH. CFM | EXHAUST PLENUM WIDTH | LENG. | HEIGHT | DIA. | CFM | VEL | S.P. | MUA CFM | AC CFM | HOOD CONSTRUCTION | END TO END | ROW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 47 | 4230 ND-2-ACPSP | 10' 0" | 700 Deg. | 3000 | | 4" | 12" | 1500 | 1910 | -0.922" | | 2400 | 738 | 430 SS Where Exposed | ALONE | ALONE |
| | | | | | | | 4" | 12" | 1500 | 1910 | -0.922" | | | | | | |

**HOOD INFORMATION**

| HOOD NO. | TAG | FILTER(S) TYPE | QTY | HEIGHT | LENGTH | LIGHT(S) TYPE | QTY | FIRE SYSTEM WIRE GUARD | FIRE SYSTEM PIPING | HOOD WGHT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 47 | Captrate Solo Filter | 7 | 20" | 16" | 3 | L55 Series E26 | | NO | NO | 712 LBS. |

**HOOD OPTIONS**

| HOOD NO. | TAG | OPTION |
|---|---|---|
| 1 | 47 | FIELD WRAPPER (8.00" High) Front, Left, Right, Back |
| | | LEFT END STANDOFF (FINISHED) 1" Wide 42" Long Insulated |
| | | RIGHT END STANDOFF (FINISHED) 1" Wide 42" Long Insulated |
| | | FINISHED BACK/ 3S.0/H/V INSTALL (20.00" Long. (Filters to the back) |

**PERFORATED SUPPLY PLENUM(S)**

| HOOD NO. | TAG | POS. | LENGTH | WIDTH | HEIGHT | TYPE | RISER WIDTH | LENG. | DIA. | CFM | S.P. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 47 | Front | 12" | 28" | 8" | MUA | 12" | 28" | | 800 | 0.238" |
| | | | | | | MUA | 12" | 28" | | 800 | 0.238" |
| | | | | | | MUA | 12" | 28" | | 800 | 0.238" |
| | | | | | | AC | 6" | 28" | | 369 | 0.094" |
| | | | | | | AC | 6" | 28" | | 369 | 0.094" |

GREASE DUCT & CHIMNEY SPECIFICATIONS:
PROVIDE GREASE DUCT EQUAL TO CAPTIVEAIRE SYSTEMS MODEL "DW"
ROUND 20 GAUGE 430 STAINLESS STEEL DUCTWORK. MODEL "DW"
IS LISTED TO UL-1978 AND IS INSTALLED USING "V" CLAMP LOCKING
CONNECTIONS SEALED WITH 3M FIRE BARRIER 2000 PLUS. MODEL "DW"
DOES NOT REQUIRE WELDING PROVIDING IT HAS BEEN INSTALLED PER
THE MANUFACTURES INSTALLATION GUIDE.
PROVIDE RATED ACCESS DOORS AT EVERY CHANGE IN DIRECTION AND EVERY 12' ON CENTER. PER
MANUFACTURES LISTING MODEL "DW" HORIZONTAL RUNS LESS THAN 75 FT. CAN BE SLOPED 1/16" PER 12",
HORIZONTAL RUNS MORE THAN 75 FT. CAN BE SLOPED 3/16" PER 12".
DUCT SHOULD BE SLOPED AS MUCH AS POSSIBLE TO REDUCE THE CHANCE OF GREASE ACCUMULATION IN
HORIZONTAL RUNS.

IF THE DUCT OR CHIMNEY IS WITHIN 18 INCHES OF COMBUSTIBLE MATERIAL, PROVIDE UL-2221 OR UL-103 HT
LISTED DOUBLE WALL GREASE DUCT OR DOUBLE WALL CHIMNEY EQUAL TO CAPTIVEAIRE SYSTEMS MODEL
"DW- 2R, 2R TYPE HT, 3R, OR 3C" ROUND 20 GAUGE 430 STAINLESS INNER DUCT INSULATED WITH A 24 GAUGE
430 STAINLESS OUTER SHELL.

FIRE SYSTEM
BY OTHERS



**SECTION VIEW – MODEL 4230ND-2-ACPSP-F**
**HOOD – #3 (47)**

**PLAN VIEW – Hood #3 (47)**
10' 0" LONG 4230ND-2-ACPSP-F

ACPSP ships loose for field installation

FOR INFORMATION
PURPOSES ONLY



PROJECT

SMOKE CRAFT
MODERN BARBECUE
1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT

gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M/2 ENGINEERS
4345 Nebraska Ave. NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.19.2019 | | FOR PERMIT |

Captivaire
Drawings

| Project Number | 1909.00 |
|---|---|
| Date | 07.19.2019 |
| Drawn By | E.A. |
| Checked By | G.M. |
| Scale | AS NOTED |

M0602

Smoke Craft - Arlington, VA
ARLINGTON, VA, 22201

DATE: 3/20/2019
DWG.#: 3742774
DRAWN BY: HT-32
SCALE: 3/4" = 1'-0"
MASTER DRAWING
SHEET NO.: 4

CAPTIVE AIRE
2331 Kansas Ave, Silver Spring, MD, 20910 PHONE: (800) 366-6887 FAX: (919) 227-3651 EMAIL: mp32@captiveaire.com
Maryland Office



KEYED NOTES:
1. REMOVE (E)EF FAN AND ASSOCIATED DUCTWORK.
2. REMOVE (E)KITCHEN HOOD AND ASSOCIATED DUCTWORK.
3. REMOVE (E)MAU-1 AND ASSOCIATED DUCTWORK BACK TO CR RISER.
4. REMOVE AND RELOCATE (E)FCU.
5. REMOVE (E)DUCTWORK AND ASSOCIATED DIFFUSERS.

**PROJECT**



SMOKE CRAFT

MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

**ARCHITECT**



gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M Z ENGINNERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.19.2019 | | FOR PERMIT |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



Mechanical Plan
Demolition

| Project Number | 1909.00 |
|---|---|
| Date | 07.19.2019 |
| Drawn By | E.A. |
| Checked By | G.M. |

# MD0101

| Scale | AS NOTED |
|---|---|

---

**1** MECHANICAL PLAN DEMOLITION
MD0101   SCALE: 1/4" = 1'-0"

## PLUMBING NOTES

1. APPLICABLE CODES AND STANDARDS: PERFORM ALL WORK IN ACCORDANCE TO THE FOLLOWING CODES AND STANDARDS.
   A. INTERNATIONAL BUILDING CODE 2015.
   B. INTERNATIONAL MECHANICAL CODE 2015.
   C. INTERNATIONAL PLUMBING CODE 2015.
   D. INTERNATIONAL ENERGY CODE 2015.
   E. NATIONAL FIRE PROTECTION AGENCY (NFPA)
   F. ARLINGTON COUNTY AMENDMENTS
   G. VIRGINIA STATE BUILDING CODE 2015.

2. EXCEPT WHERE OTHERWISE INDICATED HORIZONTAL DRAINAGE PIPING RUNS BELOW THE FLOOR ON WHICH IT IS DRAWN.

3. HORIZONTAL SANITARY DRAINAGE PIPING 3" AND SMALLER IN DIAMETER SHALL BE INSTALLED WITH A MINIMUM SLOPE OF 1/4" PER FOOT OF RUN. HORIZONTAL SANITARY DRAINAGE PIPING 4" AND LARGER IN DIAMETER SHALL BE INSTALLED WITH A MINIMUM SLOPE OF 1/8" PER FOOT OF RUN.

4. FIELD VERIFY THE SIZES AND LOCATIONS OF EXISTING DOMESTIC WATER, DRAINAGE, AND VENT PIPING PRIOR TO INSTALLATION OR NEW WORK. COORDINATE THE LAYOUT OF THE NEW WORK WITH EXISTING CONDITIONS.

5. PAY FOR AND SECURE ALL PERMITS, PROVIDE THE NECESSARY TEST EQUIPMENT, PERFORM ALL TESTS, AND ARRANGE FOR INSPECTIONS REQUIRED TO OBTAIN AN OCCUPANCY PERMIT.

6. RELOCATE ALL EXISTING PIPING WHICH MUST REMAIN ACTIVE BUT WHICH INTERFERES WITH THE NEW WORK.

7. PROVIDE ALL CUTTING, DRILLING, AND SLEEVING OF EXISTING CONSTRUCTION REQUIRED FOR THE WORK. BEFORE DRILLING HOLES IN THE CONCRETE FLOORS PROVIDE SHOP DRAWINGS INDICATING SIZES AND LOCATIONS OF PROPOSED PENETRATIONS. OBTAIN APPROVAL OF THE PROPOSED PENETRATIONS BEFORE DRILLING AND THE PROPOSED PENETRATIONS BEFORE DRILLING. RESTORE ALL EXISTING FINISH SURFACES WHICH ARE NOT TO RECEIVE NEW FINISHES AND WHICH ARE DISTURBED BY THE WORK. MATCH THE EXISTING FINISH SURFACES. WHERE PIPES AND DRAINS PENETRATE FLOORS PROVIDE FLASHING TO ASSURE A WATER TIGHT CONDITION.

8. FIRESTOP PIPE PENETRATIONS OF FIRE BARRIERS.

9. CONNECT NEW PIPING TO EXISTING PIPING USING APPROPRIATE FITTINGS AND ADAPTORS.

10. IN FINISHED AREAS CONCEAL ALL ROUGH PIPING.

11. REFER TO FOOD SERVICE DRAWINGS                        FOR EXHAUST HOOD FIRE SUPPRESSION SYSTEM PIPING.

12. PROVIDE 24 GAUGE GALVANIZED STEEL DRAIN PANS UNDERNEATH ALL DRAINS AND PIPING LOCATED OUTSIDE THE TENANT'S SPACE. EXTEND DRAINS FROM PANS TO POINTS OF TERMINATION ACCEPTABLE TO THE LANDLORD.

13. REFER TO FOOD SERVICE DRAWINGS                        AND FOOD SERVICE EQUIPMENT SCHEDULES

14. REFER TO FOOD SERVICE DRAWINGS                        FOR BEVERAGE CONDUIT INSTALLATION.

15. ALL PIPES SHALL BE SUPPORTED FROM BEAMS AND/OR JOISTS.

16. ALL SANITARY LINES SHOWN ON PLANS ARE BELOW FLOOR UNLESS NOTED OTHERWISE.

17. ALL DOMESTIC WATER SHOWN ON PLANS IS IN FINISHED SPACE.

18. ALL PIPING SHALL BE INSTALLED IN CONCEALED SPACES OR IN SLAB, WALL OR CHASES.

19. THE CONTRACTOR SHALL NOT CORE DRILL CONCRETE SLABS WITHOUT THE KNOWLEDGE AND WRITTEN CONSENT OF THE STRUCTURAL ENGINEER AND THE BUILDING OWNER.

20. CONTRACTOR TO PROVIDED 24 GAUGE PROTABLE CORE DRILL LOCATION TO LANDLORD'S STRUCTURAL ENGINEER FOR WRITTEN APPROVAL TO PREVENT CUTTING CONCEALED RE-BARS AND/OR CONDUIT IN CONCRETE MASS.

21. PROVIDE STAINLESS STEEL PANS UNDER ALL SANITARY PIPING ABOVE FOOD PREP & COOKING AREAS.

22. ALL FLOOR PENETRATIONS IN RESTROOMS, KITCHENS AND DINING ROOMS NEED TO BE SEALED PROPERLY TO AVOID LEAKS IN SPACE BELOW

## PLUMBING DEMOLITION NOTES

1. WHERE PLUMBING FIXTURES AND APPLIANCES ARE INDICATED TO BE REMOVED, REMOVE THE FIXTURE OR APPLIANCE, TRIM, SUPPORTS AND ALL ASSOCIATED BRANCH DOMESTIC WATER, SANITARY DRAINAGE AND VENT PIPING THAT WILL NOT REMAIN IN SERVICE.

2. WHERE DOMESTIC WATER, DRAINAGE AND VENT PIPING ARE REMOVED, CAP PIPING TO REMAIN GAS AND WATER TIGHT AT THE POINTS OF DISCONNECTION, OR EXTEND PIPING TO SERVE NEW FIXTURES.

3. WHERE DRAINAGE AND VENT PIPING ARE REMOVED DEAD ENDS SHALL NOT EXCEED 2 FEET IN LENGTH.

## GAS PIPING NOTES

1. NATURAL GAS PIPING SHALL CONFORM TO THE 2015 INTERNATIONAL FUEL GAS CODE WITH CURRENT VIRGINIA FUEL GAS SUPPLEMENT

2. NATURAL GAS PIPING SHALL BE INSTALLED AND TESTED IN ACCORDANCE WITH NFPA 54.

3. ALL PIPES SHALL BE SUPPORTED FROM BEAMS AND/OR JOISTS.

## ABBREVIATIONS

| | |
|---|---|
| ABV | ABOVE |
| BEL | BELOW |
| BTUH | BRITISH THERMAL UNITS PER HOUR |
| CLG | CEILING |
| DW | DIRECT WASTE |
| DCVA | DOUBLE CHECK VALVE ASSEMBLY |
| DCDA | DOUBLE CHECK DETECTOR ASSEMBLY |
| EX | EXISTING |
| FLR | FLOOR |
| GPH | GALLONS PER HOUR |
| GPM | GALLONS PER MINUTE |
| IW | INDIRECT WASTE |
| CFH | CUBIC FEET PER HOUR |

## PLUMBING SPECIFICATIONS

GENERAL REQUIREMENTS
...

PRODUCTS
...

EXECUTION
...

## PIPING SYMBOLS

(symbol legend)

## REFERENCE MARKS

REFERS TO NOTE ON SAME SHEET

REFERS TO PLUMBING PIPE CONNECTION SCHEDULES ON FOOD SERVICE DRAWINGS

REFERS TO EQUIPMENT SCHEDULES ON FOOD SERVICE DRAWINGS

## PLUMBING DRAWING INDEX

| | |
|---|---|
| P0001 | NOTES, SYMBOLS AND ABBREVIATIONS PLUMBING |
| P0101 / P0101D | SANITARY DRAINAGE AND VENT PLAN DEMOLITION / DOMESTIC WATER AND GAS PLAN DEMOLITION |
| P0101 | SANITARY DRAINAGE AND VENT PLAN NEW WORK |
| P0102 | DOMESTIC WATER AND GAS PLAN NEW WORK |
| P0301 / P0302 | SANITARY DRAINAGE, VENT AND GAS RISER DIAGRAM / DOMESTIC WATER RISER DIAGRAM |
| P0601 | SCHEDULES PLUMBING |
| P0501 | DETAILS PLUMBING |

PROJECT

SMOKE CRAFT

MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT

gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave. NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.19.2019 | | FOR PERMIT |
| 08.13.2019 | 1 | PERMIT REV 1 |

Notes, Symbols
and Abbreviations
Plumbing

| | |
|---|---|
| Project Number | 1909.00 |
| Date | 07.19.2019 |
| Drawn By | R.D. |
| Checked By | G.M. |

P0001

Scale — AS NOTED



REMOTE EQUIPMENT TO BE LOCATED BY ARCHITECT



BAR DINING

HOST

MANAGER

KITCHEN

DINING

WOMENS

MENS

Elec. Room

1. SANITARY DRAINAGE AND VENT PLAN NEW WORK
P0101 — SCALE: 1/4" = 1'-0"



ARLINGTON
Approved 4/9/2020
Approved for field inspection

PROJECT

SMOKE CRAFT

MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT

gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Petroska Ave, NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.19.2019 | | FOR PERMIT |
| 09.13.2019 | 1 | PERMIT REV 1 |
| 01.10.2020 | | REVISION |
| 05.19.2020 | | REVISION |
| | | |
| | | |
| | | |
| | | |



Sanitary Drainage
and Vent Plan
New Work

| Project Number | 1909.00 |
|---|---|
| Date | 07.19.2019 |
| Drawn By | R.D. |
| Checked By | G.M. |

## P0101

| Scale | AS NOTED |
|---|---|



1. DOMESTIC WATER AND GAS PLAN NEW WORK
   P0201   SCALE: 1/4" = 1'-0"



SMOKE CRAFT

MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT



gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.19.2019 | | FOR PERMIT |
| 09.13.2019 | 1 | PERMIT REV 1 |
| | | |
| | | |
| | | |
| | | |
| | | |



Domestic water
and Gas Plan
New Work

| Project Number | 1909.00 |
| Date | 07.19.2019 |
| Drawn By | R.D. |
| Checked By | G.M. |
| Scale | AS NOTED |

## P0201



PROJECT



SMOKE CRAFT
MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT

gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINNERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.19.2019 | | FOR PERMIT |
| 09.13.2019 | 1 | PERMIT REV 1 |

Sanitary Drainage,
Vent and Gas
Riser Diagrams

| Project Number | 1909.00 |
|---|---|
| Date | 07.19.2019 |
| Drawn By | R.D. |
| Checked By | G.M. |
| Scale | AS NOTED |

P0301

RISER DIAGRAM - GAS
NTS

RISER DIAGRAM - SANITARY DRAINAGE AND VENT
NTS



PROJECT

SMOKE CRAFT

MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT

gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINNERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.19.2019 |  | FOR PERMIT |
| 09.13.2019 | 1 | PERMIT REV 1 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |



## Domestic Water Riser Diagram

| Project Number |  | 1909.00 |
| Date |  | 07.19.2019 |
| Drawn By |  | R.D. |
| Checked By |  | G.M. |

### P0302

| Scale | AS NOTED |

RISER DIAGRAM - DOMESTIC WATER
NTS

## EQUIPMENT CONNECTION SCHEDULE

| ITEM NO. | QTY | DESCRIPTION | CONNECTION SIZES | | | | | | | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | GAS | IW | CW | VENT | HW | HW | CW | FCW |
| 1 | 1 | HAND SINK | - | - | 1.5" | 1.5" | - | 0.5" | 0.5" | - |  |
| 3 | 1 | SODA ICE & BEVERAGE DISPENSER, IN-COUNTER | - | 0.75" / 1" / 0.75" | - | - | - | - | - | - |  |
| 4 | 1 | ICED TEA BREWER | - | - | - | - | - | - | 0.25" | - |  |
| 6 | 1 | COFFEE BREWER | - | - | - | - | - | - | 0.25" | - |  |
| 8 | 1 | DIPPERWELL | - | 1" | - | - | - | - | 0.5" | - |  |
| 9.1 | 1 | CARBONATOR | - | - | - | - | - | - | 0.5" | - |  |
| 9.2 | 1 | CARBONATOR | - | - | - | - | - | - | 0.5" | - |  |
| 10 | 1 | WATER FILTRATION SYSTEM, FOR FOUNTAIN / BEVERAGE MACHINES | - | - | - | - | - | 0.75" | - | - |  |
| 11 | 1 | MOP SINK | - | - | 3" | 1.5" | 0.5" | - | 0.5" | - |  |
| 11.1 | 1 | H2O FOR CHEMICALS | - | - | - | - | - | 0.5" | - | - |  |
| 13.1 | 1 | WALK-IN REFRIGERATION | - | 0.75" | - | - | - | - | - | - |  |
| 18 | 1 | WORK TABLE WITH SINK | - | 2" | - | - | - | 0.5" | 0.5" | - |  |
| 20 | 1 | THREE COMPARTMENT SINK | - | (3) 2" | - | - | (2) 0.5" | - | (2) 0.5" | - |  |
| 21 | 1 | H2O FOR CHEMICALS | - | - | - | - | - | 0.5" | - | - |  |
| 25 | 1 | SOILED DISHTABLE WITH SINK | - | 2" | - | - | 0.5" | - | 0.5" | - |  |
| 27 | 1 | DISHWASHER, DOOR TYPE | - | 2" | - | - | 0.5" | - | - | - |  |
| 30 | 1 | ICE CUBER | - | 0.5" | - | - | - | - | - | 0.375" |  |
| 31 | 1 | ICE BIN FOR ICE MACHINE | - | 0.75" | - | - | - | - | - | - |  |
| 32 | 1 | WATER FILTRATION SYSTEM, FOR ICE MACHINE | - | - | - | - | - | 0.75" | - | - |  |
| 37 | 1 | HAND SINK | - | - | 1.5" | 1.5" | - | 0.5" | 0.5" | - |  |
| 45 | 1 | SMOKER OVEN | 0.5" | - | - | - | - | - | - | - | 125 CFH |
| 46 | 1 | SMOKER OVEN | 0.5" | - | - | - | - | - | - | - | 125 CFH |
| 48 | 1 | HEATED BASE (4 AP AIR FAN, GAS FIRED | - | - | - | - | - | - | - | - |  |
| 52 | 1 | GAS FRYER, BATTERY | 1.25" | - | - | - | - | - | - | - | 210 CFH |
| 53 | 1 | CONVECTION OVEN, GAS | (2) 0.75" | - | - | - | - | - | - | - | 80 CFH |
| 56 | 1 | HOTPLATE, COUNTERTOP, GAS | 0.75" | - | - | - | - | - | - | - | 199 CFH |
| 57 | 1 | GAS COUNTERTOP GRIDDLE | 0.75" | - | - | - | - | - | - | - | 80 CFH |
| 58 | 1 | CHEESEMELTER, GAS | 0.75" | - | - | - | - | - | - | - | 60 CFH |
| 65 | 1 | CHARBROILER, GAS, COUNTERTOP | 0.75" | - | - | - | - | - | - | - | 80 CFH |
| 77 | 1 | HAND SINK | - | - | 1.5" | 1.5" | - | 0.5" | 0.5" | - |  |
| 86 | 1 | HAND SINK | - | - | 1.5" | 1.5" | - | 0.5" | 0.5" | - |  |
| 88 | 1 | DUMP SINK | - | - | 1.5" | 1.5" | - | 0.5" | 0.5" | - |  |
| 200 | 1 | DRIP TROUGH | - | 0.5" | - | - | - | - | - | - |  |
| 200.1 | 1 | RINSER | - | - | - | - | - | 0.5" | - | - |  |
| 201 | 1 | DRIP TROUGH | - | 0.5" | - | - | - | - | - | - |  |
| 201.1 | 1 | RINSER | - | - | - | - | - | 0.5" | - | - |  |
| 210 | 1 | UNDERBAR SINK UNITS | - | (2) 1.5" | - | - | 0.5" | - | (2) 0.5" | - |  |
| 211 | 1 | ICE BIN WITH BOTTLE WELLS | - | 0.5" | - | - | - | - | - | - |  |
| 211.2 | 1 | BAR GUN | - | 0.5" | - | - | - | - | - | - |  |
| 212 | 1 | STORAGE CABINET | - | - | - | - | - | - | - | - |  |
| 213 | 1 | HAND SINK | - | - | 1.5" | - | - | 0.5" | 0.5" | - |  |
| 215 | 1 | GLASS RACK | - | - | - | - | - | - | - | - |  |
| 217 | 1 | DISHMACHINE, UNDERCOUNTER HIGH TEMP | - | 0.625" | - | - | - | 0.5" | - | - |  |
| 218 | 1 | GLASS RACK | - | - | - | - | - | - | - | - |  |
| 219 | 1 | UNDERBAR SINK UNITS | - | (2) 1.5" | - | - | 0.5" | - | 0.5" | - |  |
| 220 | 1 | ICE BIN WITH BOTTLE WELLS | - | 0.5" | - | - | - | - | - | - |  |
| 220.2 | 1 | BAR GUN | - | 0.5" | - | - | - | - | - | - |  |
| 221 | 1 | UNDERBAR SINK UNITS | - | 1" | - | - | - | 0.5" | - | - |  |
| 222 | 1 | STORAGE CABINET | - | 1" | - | - | - | - | - | - |  |
| 225 | 1 | HAND SINK | - | - | 1.5" | - | - | 0.5" | 0.5" | - |  |
| 226 | 1 | ICE BIN WITH BOTTLE WELLS | - | 0.5" | - | - | - | - | - | - |  |
| 226.2 | 1 | BAR GUN | - | 0.5" | - | - | - | - | - | - |  |
| 227 | 1 | UNDERBAR SINK UNITS | - | 1" | - | - | - | 0.5" | - | - |  |
| 228 | 1 | STORAGE CABINET | - | 1" | - | - | - | - | - | - |  |

IW: INDIRECT WASTE PIPE SIZE
DW: DIRECT WASTE PIPE SIZE
FCW: FILTERED WATER PIPE SIZE

NOTES:
1. SEE KITCHEN CONSULTANT DRAWINGS FOR EQUIPMENTS AND CONNECTIONS BEFORE ORDERING MATERIAL.
2. WATER FILTRATION AND TREATMENT BY OWNER.

## DOMESTIC WATER HEATER SCHEDULE (ELECTRIC)

| MARK | SPECIFICATION | STORAGE CAPACITY | RECOVERY CAPACITY | ELECTRICAL | | | | | | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | NO. OF ELEMENT | ELEMENT KILOWATTS | TOTAL KILOWATTS | VOLTS | PHASE | STAND-BY HEAT LOSS | |
| DWH-1 | AO SMITH MODEL "DVE-200A" | 200 GALLONS | 129 GALLONS PER HOUR AT 100°F RISE | 2 | 15 | 30 | 480 | 3 | 400 BTU/H | INSTALL PER MANUFACTURERS RECOMMENDATIONS |

NOTE:
1. BUILT IN ADJUSTABLE TEMPERATURE CONTROL, WITH ADJUSTMENT FROM 90° F. TO 110° F.




## THERMOSTATIC WATER MIXING VALVE

| MARK | DESCRIPTION | SPECIFICATION | INLET SIZE | OUTLET SIZE | NOTES |
|---|---|---|---|---|---|
| TMV-1 | THERMOSTATIC WATER MIXING VALVE WITH CHECK STOP AND WALL MOUNTING BRACKET. | LEONARD TEMPERATURE LIMITING VALVE, MODEL 170 ASSE STANDARD 1070 | 0.375" | 0.375" | 0.25 GPM MINIMUM FLOW RATE. 1.7 GPM FLOW RATE AT 5 PSI PRESSURE DROP |
| TMV-2 | THERMOSTATIC WATER MIXING VALVE WITH CHECK STOP AND WALL MOUNTING BRACKET. | LEONARD TEMPERATURE LIMITING VALVE, MODEL 370 ASSE STANDARD 1017 | 0.75" | 0.75" | 0.5 GPM MINIMUM FLOW RATE. 4 GPM FLOW RATE AT 5 PSI PRESSURE DROP |

## DOMESTIC WATER EXPANSION TANK SCHEDULE

| MARK | SPECIFICATION | TANK VOLUME | ACCEPTANCE VOLUME | INLET/OUTLET SIZE | WEIGHT |
|---|---|---|---|---|---|
| ET-1 | CALEFACTIO MODEL "FTTS-20" | 8 GALLONS | 3 GALLONS | 0.75" | 11.5 LBS |

## DRAIN SCHEDULE

| MARK | DESCRIPTION | SPECIFICATION | LOCATION |
|---|---|---|---|
| FS-1 | STAINLESS STEEL FLOOR SINK WITH 12" SQUARE HEAVY DUTY 1/2 GRATE, BOTTOM DOME STRAINER, AND CAST IRON P-TRAP | ZURN Z-1749-KC-HD-2 | SEE FLOOR PLANS |

## PUMP SCHEDULE

| MARK | DESCRIPTION | SPECIFICATION | CAPACITY | PIPE SIZE | ELECTRICAL | | | CONTROLS | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | HORSEPOWER | VOLTS | PHASE | | |
| CP-1 | DOMESTIC WATER CIRCULATING PUMP | GRUNDFOS UP 15-42B5 | 3 GPM AT 20 FT. | 3/4" | 1/6 | 110 | 1 | CLIP-ON MOUNT AQUASTAT | ALL BRONZE NOTE # 1 |

NOTE:
1. PROVIDE GRUNDFOS UP SERIES ACCESSORY AQUASTAT WITH CLIP-ON MOUNT FOR COPPER TUBE. PROVIDE 7 DAY 24 HR TIMER TO SHUT PUMP OFF DURING UNOCCUPIED HRS.

## GAS PRESSURE REGULATING VALVE SCHEDULE

| MARK | APPLICATION | SPECIFICATION | MINIMUM INLET PRESSURE | CFH RANGE | OUTLET PRESSURE SETTING | NOTES |
|---|---|---|---|---|---|---|
| PRV-1 | PRIMARY | MAXITROL 325-7A255, | 1 PSI | 3290 - 1200 | 11 INCHES WATER COLUMN | PROVIDE PRESSURE VENT LIMITER |

## INTERCEPTOR

| MARK | DESCRIPTION | SPECIFICATION | GPM | INLET/OUTLET | GREASE CAP. LBS | APPROX. WT. LBS | NOTES |
|---|---|---|---|---|---|---|---|
| GS-1 | GREASE INTERCEPTOR | ZURN "Z1171" | 35 | 3" | 70 | - | PROVIDE FLOW CONTROL |
| GS-2 | GREASE INTERCEPTOR | ZURN "Z1170" | 7 | 2" | 14 | - | PROVIDE FLOW CONTROL |

## GREASE INTERCEPTOR SIZING (GS-1)

1. 3 COMPARTMENT SINK: (3) BOWLS @ 18WIDE X 24" LONG X 14" DEEP EACH = 18,144.
2. 18,144 CU.IN X 75% ACTUAL WATER VOLUME = 58.905 GALLONS 231 CU.IN.
3. BASED ON A "2" MINUTE RETENTION TIME = 28.40 GPM.
4. PROPOSED GREASE INTERCEPTOR = 35 GALLON / 70 LBS. CAPACITY

## GREASE INTERCEPTOR SIZING (GS-2)

1. 3 COMPARTMENT SINK: (1) BOWLS @ 20WIDE X 20" LONG X 8" DEEP EACH = 3,200.
2. 3,200 CU.IN. X 75% ACTUAL WATER VOLUME = 10.39 GALLONS 231 CU.IN.
3. BASED ON A "2" MINUTE RETENTION TIME = 5.20 GPM.
4. PROPOSED GREASE INTERCEPTOR = 7 GALLON / 14 LBS. CAPACITY

## PLUMBING FIXTURE SCHEDULE

| MARK | DESCRIPTION | ROUGH PIPE CONNECTION SIZE | | | | | NOTES |
|---|---|---|---|---|---|---|---|
| | | CW | HW | TW | WASTE | VENT | |
| P-1 | WATER CLOSET: FLUSH VALVE, FLOOR MOUNTED, VITREOUS CHINA, ELONGATED FRONT BOWL, TOTO MODEL "CT705ENG7". SEAT: ELONGATED OPEN FRONT, LESS COVER, HEAVY DUTY. SUPPLY: 1/2" ANGLE SUPPLIES WITH 90 DEG TURN HANDWHEEL STOPS (CHROME). | 1" | - | - | 4" | 2" | MAXIMUM 1.28 GALLONS PER FLUSH WATER USE |
| P-1A | WATER CLOSET: FLUSH VALVE, FLOOR MOUNTED, VITREOUS CHINA, ELONGATED FRONT BOWL, SEE ARCHITECTURAL DRAWINGS FOR SPECIFICATION. FLUSH VALVE: MANUAL, FLUSHOMETER, SLOAN MODEL ROYAL "111". SEAT: ELONGATED OPEN FRONT, LESS COVER, HEAVY DUTY. SUPPLY: 1/2" ANGLE SUPPLIES WITH 90 DEG TURN HANDWHEEL STOPS (CHROME). | 1" | - | - | 4" | 2" | MAXIMUM 1.28 GALLONS PER FLUSH WATER USE. ACCESSIBLE PER CABOANSI A117.1, REQUIRED. HEIGHT OF 17"-19" FROM FLOOR TO TOP OF SEAT. PROVIDE CHAIR CARRIER |
| P-2 | URINAL: WALL MOUNTED, VITREOUS CHINA, SEE ARCHITECTURAL DRAWINGS FOR SPECIFICATION. FLUSH VALVE: SEE ARCHITECTURAL DRAWINGS FOR SPECIFICATION. | 0.75" | - | - | 2" | 1.5" | MAXIMUM 0.125 GALLONS PER FLUSH WATER USE. |
| P-2A | URINAL: WALL MOUNTED, VITREOUS CHINA, SEE ARCHITECTURAL DRAWINGS FOR SPECIFICATION. FLUSH VALVE: SEE ARCHITECTURAL DRAWINGS FOR SPECIFICATION. | 0.75" | - | - | 2" | 1.5" | MAXIMUM 0.125 PER FLUSH WATER USE. ACCESSIBLE PER ICCANSI A117.1, REQUIRED FRONT RIM 17" AFF. & NOT LESS THAN 14" FROM WALL. PROVIDE CHAIR CARRIER. |
| P-3 | LAVATORY: VITREOUS CHINA WITH OVERFLOW, WALL MOUNT/CONCEALED ARM CARRIER BATHROOM SINK WITH SINGLE FAUCET HOLE, KOHLER MODEL "K-2084" FAUCET: SINGLE HANDLE DECK MOUNTED, DELTA MODEL "560LF". DRAIN: GRID DRAIN & TAIL PIECE, WITH 1.25"X 0" 17 GAUGE COPPER P-TRAP WITH SLIP JOINT. SUPPLY: 1/2" ANGLE SUPPLIES WITH 90 DEG TURN HANDWHEEL STOPS (CHROME). | 0.5" | 0.5" | - | 2" | 1.5" | PROVIDE 0.5 GPM FLOW CONTROL AERATOR |
| P-3A | LAVATORY: VITREOUS CHINA WITH OVERFLOW, WALL MOUNT/CONCEALED ARM CARRIER BATHROOM SINK WITH SINGLE FAUCET HOLE, KOHLER MODEL "K-2084" FAUCET: SINGLE HANDLE DECK MOUNTED, DELTA MODEL "560LF". DRAIN: GRID DRAIN & TAIL PIECE, WITH 1.25"X 0" 17 GAUGE COPPER P-TRAP WITH SLIP JOINT. SUPPLY: 1/2" ANGLE SUPPLIES WITH 90 DEG TURN HANDWHEEL STOPS (CHROME). POLYBUTYLENE INSULATION KIT FOR TRAP AND SUPPLIES, TRUEBRO TANKLUX GUARD" 102 (GRAY) | 0.5" | 0.5" | - | 1.5" | 2" | ACCESSIBLE PER CABOANSI A117.1. PROVIDE 0.5 GPM FLOW CONTROL AERATOR. |

NOTES
1. SEE ARCHITECTURAL DRAWINGS FOR FIXTURE SPECIFICATIONS AND ADDITIONAL REQUIREMENTS.
2. PROVIDE ALL ACCESSORIES AND REQUIRED SUPPLIES FOR A COMPLETE INSTALLATION, INCLUDING 1/2" ANGLE SUPPLIES WITH 90 DEG TURN-HANDWHEEL STOPS (CHROME).

PROJECT

### SMOKE CRAFT
MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT

### gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINNERS
4345 Nebraska Ave. NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.19.2019 | | FOR PERMIT |
| 09.13.2019 | 1 | PERMIT REV 1 |




Schedules
Plumbing

| Project Number | 1909.00 |
|---|---|
| Date | 07.19.2019 |
| Drawn By | R.D. |
| Checked By | G.M. |

Scale   AS NOTED

# P0401



**7** DOMESTIC WATER HEATER DETAIL
P0501  NOT TO SCALE



**4** GAS PRESSURE REDUCING STATION
P0501  NOT TO SCALE



**1** PIPE PENETRATION DETAIL
P0501  NOT TO SCALE



**6** DOMESTIC HOT WATER RETURN
BALANCING ASSEMBLY DETAIL
P0501  NOT TO SCALE



**5** FLOOR CLEANOUT DETAIL
P0501  NOT TO SCALE



NOTES:
1. ALL FLOOR PENETRATIONS SHALL BE SEALED AND FIREPROOFED.
2. IN PUMP ROOMS, MECHANICAL ROOMS, PENTHOUSES, AND OTHER LOCATIONS WHERE WATER WOULD PERIODICALLY BE ON THE FLOOR, SLEEVES SHALL EXTEND 2" ABOVE THE FLOOR. RISER CLAMPS SHALL NOT REST ON SLEEVES.
3. FOR WATERPROOF INSTALLATIONS A FLANGE SHALL BE WELDED TO THE MIDPOINT OF THE SLEEVE AND THE ENTIRE ASSEMBLY GALVANIZED AFTER FABRICATION.
4. SCHEDULE 40 PIPE SLEEVE 2 PIPE SIZES LARGER THAN SERVICE PIPE, FILLED WITH APPROVED FIRE RATING.

**2** FLOOR PIPING PENETRATION DETAIL
P0501  NOT TO SCALE



**8** THERMOSTATIC WATER MIXING
VALVE MANIFOLD ASSEMBLY DETAIL
P0501  NOT TO SCALE



**3** FLOOR PIPE SUPPORT
P0501  NOT TO SCALE

PROJECT

SMOKE CRAFT
MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT


gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-6880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.19.2019 | | FOR PERMIT |



Details
Plumbing

| Project Number | 1909.00 |
|---|---|
| Date | 07.19.2019 |
| Drawn By | R.D. |
| Checked By | G.M. |

**P0501**

Scale    AS NOTED



PROJECT



SMOKE C CRAFT

MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT



gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.19.2019 | 1 | FOR PERMIT |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



## Sanitary Drainage
## and Vent Plan
## Demolition

| Project Number | 1909.00 |
|----------------|---------|
| Date | 07.19.2019 |
| Drawn By | R.D. |
| Checked By | G.M. |

# PD0101

| Scale | AS NOTED |

### KEYED NOTES:

1. REMOVE (E) FIXTURES & ASSOCIATED PIPING. SANITARY & VENT & CAP-OFF PIPING AT MAIN IN THIS AREA IF NOT USED. SEE NEW WORK.

2. REMOVE (E) WATER HEATER AND ASSOCIATED PIPING OR, HW & HWR.

3. REMOVE ALL (E) PIPING SANITARY & VENT & CAP-OFF PIPING AT MAIN IN THIS AREA IF NOT USED. SEE NEW WORK.



**1** DOMESTIC WATER AND GAS PLAN DEMOLITION
PD0102  SCALE: NTS

KEYED NOTES:

1. REMOVE (E) FIXTURES & ASSOCIATED PIPING OR & HW & CAP-OFF PIPING AT MAIN IN THIS AREA IF NOT USED.
2. REMOVE (E) WATER HEATER AND ASSOCIATED PIPING OW, HW & HWR.
3. REMOVE (E) CIRCULATING PUMP AND ASSOCIATED PIPING.
4. REMOVE ALL (E) PIPING OW, HW & HWR & CAP-OFF PIPING AT MAIN IN THIS AREA IF NOT USED. SEE NEW WORK.
5. REMOVE (E) EMERGENCY SHUT-OFF SOLENOID VALVE AND ASSOCIATED GAS PIPING AT MAIN IF NOT USED.
6. REMOVE (E) EQUIPMENT AND ASSOCIATED GAS PIPING TO MAIN.

PROJECT



SMOKE CRAFT

MODERN BARBECUE

1051 N HIGHLAND STREET
ARLINGTON, VA 22201

ARCHITECT


gfd

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER
M C ENGINEERS
4345 Nebraska Ave, NW
Washington, D.C. 20016
(202)244-8880

FOOD SERVICE CONSULTANT

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.19.2019 | | FOR PERMIT |



**Domestic Water and Gas Plan Demolition**

| | |
|---|---|
| Project Number | 1909.00 |
| Date | 07.19.2019 |
| Drawn By | R.D. |
| Checked By | G.M. |
| Scale | AS NOTED |

**PD0102**

## FOOD SERVICE SHEET INDEX

| | |
|---|---|
| FS000 | FOOD SERVICE EQUIPMENT COVER SHEET |
| FS005 | FOOD SERVICE EQUIPMENT GENERAL NOTES |
| FS006 | FOOD SERVICE EQUIPMENT TYPICAL DETAILS |
| FS011 | FOOD SERVICE EQUIPMENT SCHEDULE |
| FS012 | FOOD SERVICE EQUIPMENT SCHEDULE |
| FS101 | FOOD SERVICE EQUIPMENT PLAN |
| FS201 | FOOD SERVICE EQUIPMENT ELEVATIONS |
| FS202 | FOOD SERVICE EQUIPMENT ELEVATIONS |
| FS301 | FOOD SERVICE EQUIPMENT PLUMBING DRAIN COORDINATION PLAN |
| FS311 | FOOD SERVICE EQUIPMENT PLUMBING WATER & GAS COORDINATION PLAN |
| FS401 | FOOD SERVICE EQUIPMENT ELECTRICAL COORDINATION PLAN |
| H-1 | FOOD SERVICE EQUIPMENT EXHAUST HOODS |
| H-2 | FOOD SERVICE EQUIPMENT EXHAUST HOODS |
| H-3 | FOOD SERVICE EQUIPMENT EXHAUST HOODS |
| H-4 | FOOD SERVICE EQUIPMENT EXHAUST HOODS |
| W-1 | FOOD SERVICE EQUIPMENT WALK-IN BEER COOLER |

REMOTE EQUIPMENT TO BE LOCATED BY ARCHITECT



HOST

CO2

PROJECT

1351 N HIGHLAND
HERNDON, VIRGINIA 22201

ARCHITECT

**GRIZFORM DESIGN ARCHITECTS**
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT
**SINGER EVI, LLC**
3881 TEN OAKS ROAD          443.419.1001
SUITE 2C   GLENELG, MD 21737   www.evifs.net

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.15.2019 | 1 | ISSUE FOR PERMIT |
| 9-5-2019 | ⚠ | Add Hand & Dump Sinks |



# Food Service Equip. Cover Sheet

| | |
|---|---|
| Project Number | 190746 |
| Date | 07/15/2019 |
| Drawn By | MP |
| Checked By | BK |

## FS000

Scale   AS NOTED

KEY PLAN
NOT TO SCALE

C:\Users\Mike Pritchard\Desktop\SmokeCraft\SmokeCraft v4.3 09-5-2019.dwg, 9/5/2019 12:03:34 PM

## FOOD SERVICE A&E NOTES

Architectural and MEP requirements related to food service equipment include the following:

**Architectural**
1. Incorporate Food Service plans into the scope of work by reference.
2. Specify floor slopes to pitch water away from walls - 1/8" per foot - at all areas where equipment is located. No standing water should remain under equipment.
3. Specify a smooth, nonabsorbent, non-porous material that is durable and easily cleanable material for floors, walls and ceilings in areas where food is stored, prepared or washed, customer self-service areas; toilet and janitorial rooms.
4. Specify coved base at all floor-to-wall junctions in kitchens and walk-ins with a minimum 3/8" radius. Cove base shall extend 6" up the wall.
5. Specify all walls in areas where food is prepared or stored, ware washing or kitchen trash is stored shall be nonabsorbent materials as to be easily cleaned.
6. Specify all ceilings in areas where food is prepared or stored to be smooth, non-absorbent and washable. Where suspended ceiling grid is used, specify aluminum capped grid.
7. Specify all doors leading from food preparation areas to the exterior of the building to be self-closing and weatherstripped with no gaps.
8. Splash guards at hand washing sinks which are required to limit cross-contamination will be provided by KEC.
9. Specify all gaps in floor, wall or ceiling surfaces located in food preparation areas be sealed.

**Plumbing**
1. Incorporate Food Service plans into the scope of work by reference.
2. Engineer to provide 1/2 lb gas pressure (14" WC) at point of use for all gas cooking equipment. KEC will provide, for installation by plumbing contractor, point of use regulators for each piece of equipment.
3. Engineer to provide softened water to water heater.
4. Engineer to provide filtered water to all beverage equipment.
5. Specify commercial water heaters (traditional or tankless) that are adequately sized to meet the peak hot water demand.
6. Specify commercial gas or electric booster heaters where necessary to provide 180 degree water to ware washing equipment.
7. Specify area drains adequate as to allow adequate slope for water to drain into the area drain with no standing water left.
8. Specify all water and waste piping in kitchen areas to be concealed within walls unless otherwise noted on food service drawings. If impractical to conceal piping, specify enclosure so as to facilitate cleaning.
9. Each hand washing sink must be provided with hot and cold water with a mixing valve to limit water temperature to 110 degrees F.

**Electrical**
1. Incorporate Food Service plans into the scope of work by reference.
2. Specify Class A GFIC breakers in lieu of GFIC receptacles for all equipment with motor loads or receptacles not accessible or requiring moving of equipment for reset.
3. Specify shatter-resistant or shielded light fixtures to deliver the following light levels measured 30 inches above finished floor:
   - 10 foot candles—walk-in cooler, walk-in freezer, or dry storage area
   - 20 foot candles—inside reach-in equipment, customer self-service area, or behind a bar
   - 50 foot candles—food preparation area, ware washing area, or where employee safety is a factor
4. Specify all conduits in kitchen areas to be concealed within walls unless otherwise noted on food service drawings. If impractical to conceal conduits, specify enclosure so as to facilitate cleaning.

**Mechanical**
1. Incorporate Food Service plans into the scope of work by reference.
2. Coordinate fan selections and requirements with CaptiveAire - Mark Profet 301-825-5476
3. Coordinate with KEC and locate remote condensers on Mechanical Plan.

## FOOD SERVICE GENERAL CONTRACTOR NOTES

1. General Contractor shall include Food Service Plans in contract documents for all trades.
2. General Contractor shall include Food Service Plans and all work indicated thereon to be by General Contractor in his contract.
3. In the event of a conflict between FS and Architectural, Mechanical, Electrical or Plumbing drawings, the more stringent requirement shall prevail except in the event such requirement would be in violation of local codes.
4. All food service equipment will be supplied and installed by the KEC except as noted.
5. All rough-in and final connections shall be by General Contractor.
6. Where equipment curbs are required, General Contractor shall coordinate curb requirements with KEC and equipment cut sheets and shop drawings and provide curbs UNO.
7. General Contractor to install minimum 3/4" fire treated plywood backing for all wall mounted shelving & fixtures. Backing shall be located as indicated on Food Service Special Conditions plan and in accordance with standard backing details.
8. General Contractor to install minimum 3/4" fire treated plywood backing at hand sinks and mop faucets.
9. General Contractor shall coordinate all openings in trades work, including but not limited to millwork and stone, with KEC and shall verify all dimensions using equipment manufactures cut sheets and shop drawings.
10. Floors shall be pitched towards area floor drains. Floors shall be water tested prior to installation of kitchen equipment to ensure positive drainage and no standing water is left on floor. Any area with standing water shall be corrected prior to installation of kitchen equipment. Floors with occupied space below shall be flood tested by General Contractor.
11. General Contractor shall provide chases and/or core drilling required for installation of refrigeration lines, beverage chases, etc.
12. General Contractor shall provide all roofing working, flashing, counter-flashing, fire caulk and waterproofing at roof penetrations, fire rated walls, exterior walls, demising walls, floor assemblies, etc. General Contractor shall coordinate location and number of penetrations required with KEC and shop drawings.
13. General Contractor to coordinate site visits by KEC to field verify rough-ins prior to placing concrete or closing walls.
14. Field connections show on drawings are schematic. Coordinate all field connections with field conditions.
15. KEC will furnish hooks, and hood fans when included, to the General Contractor for installation. General Contractor to inspect hoods upon delivery and notify KEC of any shipping damage. Shipping damage shall be noted on delivery ticket and a legible copy of the delivery ticket provided to the KEC. General Contractor shall assume responsibility for any costs resulting from failure to inspect and note all shipping damage on delivery ticket. General Contractor shall assume responsibility for hoods upon delivery.
16. The following conditions are required for delivery and installation of the kitchen equipment. General Contractor shall provide KEC two weeks notice prior to kitchen equipment installation. Changes required following notice may result in additional costs to Owner.
   - Room completed, including all baseboards;
   - walls completed, including backing and all wall finishes not being installed by KEC;
   - walk-in is empty – free of tools, debris, contractor's materials, etc.
   - all overhead work completed, including ceiling grid, sprinkler lines and heads, light fixtures;
   - lights suitable for safe working conditions; SOA/OSHo electric suitable for working equipment if on site welding is required;
   - water and gas stops serving equipment are installed in designated locations at areas;
   - 'cord and plug' outlets are trimmed and plated; hardware connections to be done as equipment is set;
   - at a minimum ceiling tile installed at borders, sprinklers, etc. (all "cut tile"), preferable all ceiling tile will be installed;
   - area clear of other trades tools and materials; i.e. gang boxes, ladders, etc.;
   - delivery path from unloading site to inside restaurant clear and suitable for rolling dollies and carts;
   - if elevator or loading dock access are required, GC shall be responsible for scheduling the delivery and securing loading dock and elevator access;
   - area scheduled to receive equipment broom cleaned.
   - Gas Hose Restraints to be installed by the General Contractor.

## FOOD SERVICE KEC NOTES

1. All equipment shall meet National Sanitation Foundation (N.S.F.) design and installation requirements, or its equivalent.
2. All equipment shall be installed on casters, legs with minimum 6" clearance for cleaning, or sealed to the floor.
3. All gaps and spaces between fixed equipment and building walls, floors or ceilings are to be sealed with 100% silicone sealant.
4. Equipment containing factory electrical wiring shall be UL or ETL Listed.

## FOOD SERVICE ABBREVIATIONS & SYMBOLS

| | | |
|---|---|---|
| AFF | Above Finished Floor | |
| AMP | Amperage | |
| C&P | Cord & Plug | |
| CBC | Connected by Contractor | |
| CW | Cold Water | |
| DW | Direct Waste | |
| E | Existing | |
| EF | Existing to remain | |
| FLR | Furnished and Installed | |
| FRC | Furnished by Contractor | |
| FO | Furnished by Owner / Others | |
| FUT | Equipment installed at a future date | |
| GC | General Contractor | |
| HGT | Height | |
| H.P. | Horse Power | |
| HW | Hot Water | |
| IBC | Installed by GC | |
| IBO | Installed by Owner | |
| IW | Indirect Waste | |
| KEC | Kitchen Equipment Contractor | |
| NIC | Not in KEC Contract | |
| PH | Phase | |
| R&R | Remove and Reinstall | |
| S/S | Stainless Steel | |
| VA | Volt-Amp | |
| V | Volt | |

Gas Cock
Floor Sink - no grate
Floor Sink - 1/2 grate
Floor Sink - 3/4 grate
Floor Drain
Chase Conduit
Condensate Drain Line
Gas Piping
Condenser / Chilled Water
Refrigerant Line
Domestic Water
Hood Exhaust
MUA
Conditioned Air
J-Box
Duplex
110v Duplex
110v Quad
208/230v
Voice - Data / POS
Time Clock
Equipment Number
Ansul Pull Station
Elevation Page/Detail

## PROJECT

1551 N. HIGHLAND
ARLINGTON, VIRGINIA 22201

## ARCHITECT

**GRIZFORM DESIGN ARCHITECTS**
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

## MEP ENGINEER

## FOOD SERVICE CONSULTANT

**SINGER EVI, LLC**                                443.419.1001
3881 TEN OAKS ROAD
SUITE 2C  GLENELG, MD 21737        www.evits.net

## STRUCTURAL ENGINEER

## GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| | | ISSUE FOR PERMIT |
| 9-5-2019 | 1 | Add Hand & Dump Sinks |

## FOOD SERVICE REFRIGERATION NOTES

1. Walk-in cooler/freezer refrigeration equipment is furnished and installed under contract with KEC.
2. Refrigeration work will be performed by a licensed and insured refrigeration contractor under contract with KEC.
3. Refrigeration contractor shall provide all permits required for walk-in and refrigeration installation.
4. All work shall be performed in accordance with applicable code requirements in a workmanlike manner.
5. The General Contractor shall provide all penetrations in roof, rated walls or exterior walls for refrigeration piping and control wiring.
6. The General Contractor shall provide all curbs, equipment rails, utility curbs/pitch pockets required for refrigeration equipment, piping and control wiring.
7. The General Contractor shall provide all roofing, flashing, counter-flashing and fire caulking and waterproofing for all penetrations.
8. The General Contractor shall provide condensate drains for the walk-ins UNO.
9. The refrigeration contractor will tie the condensing units, hang the evaporators, install refrigerant piping, charge the system with appropriate refrigerant and start up the walk-ins.
10. Piping between the evaporators and the condensing units shall be type "L" hard drawn copper.
11. The refrigeration contractor shall verify line run lengths and exact location of remote refrigeration units prior to bidding.
12. All work shall be performed in accordance with manufacturers specifications.
13. All suction lines to be insulated with 1/2" Armaflex insulation.
14. Refer to manufactures shop drawings for additional requirements.
15. Refer to Sheet 0.2 for typical details.

## FOOD SERVICE PLUMBING NOTES

1. In the event of a conflict between FS and Architectural, Mechanical, Electrical or Plumbing drawings, the more stringent requirement shall prevail except in the event such requirement would be in violation of local codes.
2. All work shall be performed in accordance with applicable code requirements in a workmanlike manner.
3. All rough-ins and final connection of kitchen equipment, including beverage equipment, to water, gas and waste by plumbing contractor UNO on FS drawings.
4. Plumbing contractor to verify location and method of connections to all equipment with equipment cut sheets prior to rough-in.
5. Coordinate mechanical connections with KEC representative prior to rough-in.
6. Refer to plumbing engineering drawings for complete scope of work.
7. KEC will provide all faucets and mixer drains as indicated on drawings for installation by Plumbing contractor. Plumbing contractor to supply all installation kits required to install faucets.
8. Plumbing contractor to provide separate shut-off valves for each piece of equipment.
9. Plumbing contractor to pipe drains from walk-in cooler evaporator units to specified drain. Drains to be located as shown on Food Service drawings. Drains shall be run in hard copper. Drains from freezer shall be wrapped with heat trace inside the walk-in and extend a minimum of 12" after leaving the walk-in. Drains located inside the freezer shall be wrapped with 1/2" AP Armaflex by Armacell. Plumbing contractor shall self arrange and provide enough drain lines that condensate lines cannot be combined.
10. Plumbing contractor to supply and install back-flow preventers for food service and beverage service equipment.
11. Plumbing contractor to install mop sinks and where provided, garbage disposal(s).
12. Plumbing contractor to supply and install vacuum breakers at all faucets with hose thread connections and at all beverage equipment as required by Code.
13. Where required, plumbing contractor to install solenoid valve and vacuum breakers for dish machines.
14. Kitchen equipment will be supplied with regulators for maximum 1/2 lb. (14" WC) gas pressure. Plumbing contractor shall be responsible for gas regulators required to reduce supply pressure to 1/2 lb. at appliances.
15. Plumbing contractor to complete pressure testing of gas lines prior to installation of kitchen equipment.
16. Plumbing contractor to install KEC supplied Ansul gas valve for fire extinguishing system. Valve shall be installed with union to facilitate maintenance or replacement.
17. Plumbing contractor to install KEC supplied flexible quick disconnects for all equipment on casters or otherwise required to be movable.
18. Plumbing contractor to test all field connections to kitchen equipment.
19. Plumbing contractor to insulate drains from all ice bins with 1/2" AP Armaflex by Armacel.
20. All exposed drains to be UNO stopper.

## FOOD SERVICE ELECTRICAL NOTES

1. In the event of a conflict between FS and Architectural, Mechanical, Electrical or Plumbing drawings, the more stringent requirement shall prevail except in the event such requirement would be in violation of local codes.
2. All work shall be performed in accordance with applicable code requirements in a workmanlike manner.
3. All rough-ins and final connection of kitchen equipment to electrical service by electrical contractor unless noted otherwise on FS drawings.
4. Electrical contractor to verify location and method of connections to all equipment with equipment cut sheets prior to rough-in.
5. Coordinate mechanical heights and outlet locations with KEC representative prior to rough-in.
6. Provide and install cord and plug for all equipment supplied without factory cord and plug.
7. Provide matching receptacle for all equipment supplied with factory cord and plug.
8. Refer to electrical engineering plans for complete scope of work and electrical specifications.
9. All receptacles in kitchen shall have stainless steel cover plates.
10. Electrician to provide all necessary fuses, contactors, starters, and disconnects unless otherwise noted.
11. Where utilized, electrician to wire dishwasher with start-stop station and solenoid valves provided by KEC.
12. Refer to hood manufactures cut sheets for connections to hood controls for exhaust fans, fire alarm, etc.
13. Electrician to supply shunt trip breakers for all electrical devices located under cooking hoods.
14. Electrician to supply temps for hoods as indicated on hood manufactures drawings.
15. Electrician to supply field wiring for hood per hood manufacture shop drawings.
16. Electrician to interlock exhaust fan at dishwasher in accordance with Energy Code.
17. All devices to be flush-mount unless noted otherwise on FS drawings.
18. Provide IG receptacles at all POS and KDS locations.

## FOOD SERVICE MECHANICAL NOTES

1. All grease exhaust ductwork shall be constructed and installed in accordance with NFPA 96, including all access doors for cleaning and access doors for fire actuated dampers.
2. The mechanical contractor shall install the KEC supplied dishwasher condensate hood(s), exhaust hood(s) and, where required, hood end panels and ceiling closure panels.
3. Field installation of required exhaust fire protection system which will be by food manufacturer under contract to KEC.
4. The mechanical contractor shall review the hood shop drawings and be responsible for notifying the hood manufacture of any local codes which will affect the hood manufacture or installation.
5. Hood manufacturer will be Captiveaire, Inc. (800) 988-0881 Contact: Mark Profet (301) 825-5476 or Bryan Yates (301)825-5643
6. Direct vent duct manufacture for pizza ovens, if a pizza oven is part of the project, will be CaptiveAire, Inc. (800) 988-0881 Contact: Mark Profet (301) 825-5476 or Bryan Yates (301)825-56

## Food Service Equip. General Notes

| | |
|---|---|
| Project Number | 190746 |
| Date | 07/15/2019 |
| Drawn By | MP |
| Checked By | BK |
| Scale | AS NOTED |

## FS005

EVI
a SINGER company



PROJECT

C:\Users\Mike Pritchard\Desktop\SmokeCraft v4.3 09-5-2019_4Hand78978.feed.api.98708.dwg

1001 N. HIGHLAND
ARLINGTON, VIRGINIA 22201

ARCHITECT

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT

SINGER EVI, LLC                    443.419.1001
3881 TEN OAKS ROAD
SUITE 2C   GLENELG, MD 21737      www.evifs.net

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.15.2019 | 1 | ISSUE FOR PERMIT |
| 9-5-2019 | ⚠ | Add Hand & Dump Sinks |

Food Service Equip.
Typical Details

| | |
|---|---|
| Project Number | 190746 |
| Date | 07/15/2019 |
| Drawn By | MP MP |
| Checked By | BK |

**FS006**

| Scale | AS. NOTED |
|---|---|

### Detail labels

- HOOD HANGING DETAIL — NOT TO SCALE
- SECTION @ HOOD — NOT TO SCALE
- WALL BACKING DETAILS — NOT TO SCALE
- CORNER GUARDS — NOT TO SCALE
- BEVERAGE / BEER LINE DETAIL — NOT TO SCALE
- DUCT ACCESS DOOR — NOT TO SCALE
- QUICK DISCONNECT DETAIL — NOT TO SCALE
- ANSUL STATION PULL DETAIL — NOT TO SCALE
- BEVERAGE / BEER LINE DETAIL — NOT TO SCALE
- SECTION @ ACCESS DOOR — NOT TO SCALE
- TYPICAL ICE MACHINE PIPING SCHEMATIC — NOT TO SCALE
- FLOOR SINK DETAIL — NOT TO SCALE
- TYPICAL WALK-IN PIPING SCHEMATIC — NOT TO SCALE
- TYPICAL COOLER WIRING DIAGRAM — NOT TO SCALE
- HUB DRAIN DETAIL — NOT TO SCALE

### Wall Backing Details notes

A. Overshelves & Cheesewasher   B. Hand / Mop Sinks   C. Pre-Rinse Faucet   D. Pot Rack

1. Backing to be 3/4" fire retardant plywood. Locations requiring backing are indicated on Special Conditions plan.
2. All backing shall be concealed and securely attached to wall framing within walls cavity.
3. Length of backing indicated on plan is minimum requirement. Extend backing to next framing member in each direction where necessary.
4. Conditions on site requiring deviation from indicated locations shall be coordinated with KEC.

### Corner Guards note

A. Outside Corner   B. Wall End Cap

18 Ga. S/S Corner Guards to extend from top of flooring base to ceiling. Secure to wall with adhesive suitable for substrate. See Special Conditions Plans.

NOTE: Access doors to be U.L. listed.

v3 5-25-18

# FOODSERVICE EQUIPMENT SCHEDULE

| ItemNo | Category | Mfr | Model | Voltage | Phase | Amps | Hp | Kw | ConnectionType | NEMA | ElectricalConnectionHeight | Cold Water (in) | Hot Water (in) | Water AFF (in) | Indirect Waste Size | Direct Waste Size 1-1/2" | Direct Waste Conn. Height(in) 14" | Gas Size (in) | Gas MBTU | GasConn.Height(in) | Equipment Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Hand Sink | John Boos | PBHS-W-1410-SSLR-X | | | | | | | | | | | | | | | | | | |
| 1.1 | Soap Dispenser, Wall Mount | By Owner | SOAP DISPENSER, WALL MOUNT | | | | | | | | | | | | | | | | | | |
| 1.2 | Paper Towel Dispenser | By Owner | PAPER TOWEL DISPENSER, WALL MOUNT | | | | | | | | | | | | | | | | | | |
| 1a | Wall / Splash Mount Faucet | T&S Brass | B-1146 | | | | | | | | | 1/2" | 1/2" | 16" | | | | | | | |
| 2 | Work Table, 60", Stainless Steel Top | | ST8R5-3660SSK | | | | | | | | | | | | | | | | | | |
| 3 | Soda Ice & Beverage Dispenser, In-Counter | By Owner | VU1500BILL | 115 | 1 | 4.4 | | | Cord & Plug | 5-15P | 12" | | | | | 3/4" | | | | | Carbonated Water From Items #9.1 & 9.2 |
| | | By Owner | VU1500BILL | | | | | | | | | | | | | 1" | | | | | |
| | | By Owner | VU1500BILL | | | | | | | | | | | | | 3/4" | | | | | |
| 4 | Iced Tea Brewer | | #1400.0004 | 120 | 1 | 14.0 | | 1.7 | Cord & Plug | 5-15P | 48" | | | | | | | | | | Filtered Water From Item #10 |
| 5 | Tea / Coffee Dispenser | BUNN | 37100.0000 | | | | | | | | | | | | | | | | | | |
| 5.1 | Tea / Coffee Dispenser | BUNN | 37100.0000 | | | | | | | | | | | | | | | | | | |
| 6 | Coffee Brewer | BUNN | 13300.0002 | 120 | 1 | 15.3 | | 1.8 | Cord & Plug | 5-15P | 48" | | | | | | | | | | Filtered Water From Item #10 |
| 7 | Warming Drawer, Free Standing | Alto-Shaam | 500-2DN | 120 | 1 | 5.3 | | 0.6 | Cord & Plug | 5-15P | 24" | | | | | | | | | | |
| 8 | Ice Cream Dipping Cabinet | Master-Bilt | DC-2D | 115 | 1 | 5.7 | 1/4 | | Cord & Plug | 5-15P | 18" | | | | | | | | | | |
| | Dipperwell | Master-Bilt | A060-20400 | | | | | | | | | 1/2" | | 24" | 1" | | | | | | "T" off Dump Sink Oft. |
| 9 | Bag in Box Rack | | B/B RACK 36 INCH | | | | | | | | | | | | | | | | | | |
| 9.1 | Carbonator | By Owner | CARBONATOR | 120 | 1 | 3.5 | | | Cord & Plug | 5-15P | 78" | 1/2" | | 78" | | | | | | | Filtered Water From Item #10 |
| 9.2 | Carbonator | By Owner | CARBONATOR | 120 | 1 | 3.5 | | | Cord & Plug | 5-15P | 78" | 1/2" | | 66" | | | | | | | Filtered Water From Item #10 |
| 10 | Water Filtration System, for Fountain / Beverage Machines | Everpure | EV932801 | | | | | | | | | 3/8" | | 84" | | | | | | | Filtered Water to items #4, 6, 9.1 & 9.2 |
| 11 | Mop Sink | John Boos | PBMS2016-8-X | | | | | | | | | 1/2" | | 48" | | | | | | | |
| 11.1 | H2O for Chemicals | Custom | 1/2 H2O | | | | | | | | | 1/2" | | 48" | | | | | | | |
| 11.2 | Mop Broom Holder | AllPoints | 72-1245 | | | | | | | | | | | | | | | | | | |
| 11.3 | Wire Shelving | Metro | 1424NK3 | | | | | | | | | | | | | | | | | | |
| 11a | Service Faucet | John Boos | PBF-SS-6-X | | | | | | | | | 1/2" | 1/2" | 36" | | | | | | | |
| 12 | Work Table, 36", Stainless Steel Top | John Boos | ST4-3636SSK | | | | | | | | | | | | | | | | | | |
| 13 | Walk-In Refrigeration | WALKIN | BEER COOLER 30 IN. DOOR | 120 | 1 | 6.0 | | | Direct | | Clg. of Box | | | | | | | | | | |
| 13.1 | Walk-In Refrigeration | WALKIN | BEER COOLER EVAPORATOR | 115 | 1 | 6.9 | | | Direct | | Clg. of Box | | | | 3/4" | | | | | | |
| 13.2 | Walk-In Refrigeration | WALKIN | BEER COOLER CONDENSER | 208-230 | 1 | 9.8 | 1.5 | | Direct | | Location TBD | | | | | | | | | | |
| 14 | Dunnage Rack | Channel | ADR2024 | | | | | | | | | | | | | | | | | | |
| 14.1 | Dunnage Rack | Channel | ADR2024 | | | | | | | | | | | | | | | | | | |
| 14.3 | Keg Storage Rack | Channel | KAR60 | | | | | | | | | | | | | | | | | | |
| 15 | Wire Shelving | Metro | 2436NK3 | | | | | | | | | | | | | | | | | | |
| 16 | Nitrogenator | ACDev | ELITE NITROGENATOR | 120 | 1 | 5.8 | | | Cord & Plug | 5-15P | | | | | | | | | | | |
| 17 | Wire Shelving | Metro | 2448BR | | | | | | | | | | | | | | | | | | |
| 18 | Work Table with Sink | Fabspec | CUSTOM | | | | | | | | | | | | 2" | | | | | | |
| 18a | Pre-Rinse Faucet Assembly | T&S Brass | B-0123 | | | | | | | | | 1/2" | 1/2" | 32" | | | | | | | Water From Clg. Via Chase to Sink |
| 18b | Drain, Lever / Twist Waste | John Boos | PB-LW9-1OV | | | | | | | | | | | | | | | | | | |
| 18c | Drain, Lever / Twist Waste, Parts | John Boos | PB-LW8 | | | | | | | | | | | | | | | | | | |
| 19 | Heated Low Temp Holding Cabinet | Alto-Shaam | 1000-S | 120 | 1 | 8.4 | | 1.0 | Cord & Plug | 5-15P | 18" | | | | | | | | | | Elect. From Clg. Via Chase to Undershelf |
| 20 | Three (3) Compartment Sink | John Boos | 3B18244-2S18-X | | | | | | | | | | | | 2" (x3) | | | | | | |
| 20a | Pre-Rinse Faucet Assembly, with Add-On Faucet | T&S Brass | B-0133-01 | | | | | | | | | 1/2" | 1/2" | 16" | | | | | | | |
| 20b | Wall / Splash Mount Faucet | T&S Brass | B-0231 | | | | | | | | | 1/2" | 1/2" | 16" | | | | | | | |
| 20c | Drain, Lever / Twist Waste | John Boos | PB-LWR-1-X | | | | | | | | | | | | | | | | | | |
| 20d | Drain, Lever / Twist Waste, Parts | John Boos | PB-LW8 | | | | | | | | | | | | | | | | | | |
| 21 | H2O for Chemicals | Custom | 1/2 H2O | | | | | | | | | 1/2" | | 48" | | | | | | | |
| 22 | Overshelf | Metro | BHS1224PK | | | | | | | | | | | | | | | | | | |
| 22.1 | Overshelf | Metro | BHS1248PR-X | | | | | | | | | | | | | | | | | | |
| 22.2 | Wire Shelving | Metro | 1848C | | | | | | | | | | | | | | | | | | |
| 23 | Wire Shelving | Metro | 1842C | | | | | | | | | | | | | | | | | | |
| 23.1 | Slim Jim Trash Can | By Owner | SLIM JM | | | | | | | | | | | | | | | | | | |
| 24 | Slim Jim Trash Can | By Owner | SLIM JM | | | | | | | | | | | | | | | | | | |
| 25 | Soiled Dishtable w/ Sink | By Owner | JDTS-20-60R-X | | | | | | | | | | | | | | | | | | |
| 25a | Pre-Rinse Faucet Assembly | T&S Brass | B-0133-B | | | | | | | | | | | | | | | | | | |
| 26 | Dishtable Sorting Shelf | By Owner | BHS1842-TS-X | | | | | | | | | | | | | | | | | | |
| 27 | Dishwasher, Door Type | By Owner | DL-2000 | 115 | 1 | 16.0 | 1 | | Cord & Plug by EC | 5-20P | 60" | 1/2" | 1/2" | 60" | 2" | | | | | | Owner's DW Selection Electrician to Verify |
| 28 | Clean Dishtable | By Owner | JDTC-20-60L-X | | | | | | | | | | | | | | | | | | |
| 29 | Wire Shelving | Metro | 1836NK3 | | | | | | | | | | | | | | | | | | |
| 30 | Ice Cuber | Manitowoc | IYT1200A | 208-230 | 1 | 14.2 | | | Direct | | 80" | 3/8" | | 84" | 1/2" | | | | | | Filtered Water From Item #32 |
| | Ice Bin for Ice Machines | Manitowoc | D570 | | | | | | | | | | | | | 3/4" | | | | | |
| 31.1 | Salf-1-ce Tote Bracket | By Owner | ICE TOTE BRACKET #101568 | | | | | | | | | | | | | | | | | | |
| 31.2 | Salf-1-ce Tote Bracket | By Owner | ICE TOTE BRACKET #101568 | | | | | | | | | | | | | | | | | | |
| 32 | Water Filtration System, for Ice Machines | Everpure | EV932523 | | | | | | | | | 3/4" | | 84" | | | | | | | Filtered Water to Item #31 |
| 33 | Spare Number | | | | | | | | | | | | | | | | | | | | |
| 34 | Reach-In Freezer | Turbo Air | TSF-26SD-N | 115 | 1 | 6.1 | 5/8 | | Cord & Plug | 5-15P | 18" | | | | | | | | | | |
| 35 | Wire Shelving | Metro | 1836BR | | | | | | | | | | | | | | | | | | |
| 36 | Locker | Choice Equipment | EL-6-12-1-P-T | | | | | | | | | | | | | | | | | | |
| 36.1 | Locker | Choice Equipment | EL-6-12-1-P-T | | | | | | | | | | | | | | | | | | |
| 37 | Hand Sink | John Boos | PBHS-W-1410-SSLR-X | | | | | | | | | | | | | 1-1/2" | 14" | | | | |
| 37.1 | Soap Dispenser, Wall Mount | By Owner | SOAP DISPENSER, WALL MOUNT | | | | | | | | | | | | | | | | | | |
| 37.2 | Paper Towel Dispenser | By Owner | PAPER TOWEL DISPENSER, WALL MOUNT | | | | | | | | | | | | | | | | | | |
| 37a | Wall / Splash Mount Faucet | T&S Brass | B-1146 | | | | | | | | | 1/2" | 1/2" | 16" | | | | | | | |
| 38 | Slim Jim Trash Can | By Owner | SLIM JM | | | | | | | | | | | | | | | | | | |
| 39 | Spare Number | | | | | | | | | | | | | | | | | | | | |
| 40 | Walk-In Cooler | WALKIN | EXISTING | | | | | | | | | | | | | | | | | | Electric is Existing |
| 40.1 | Walk-In Cooler | WALKIN | EXISTING | | | | | | | | | | | | | | | | | | Elect. & Drain are Existing |
| 40.2 | Walk-In Refrigeration | WALKIN | EXISTING | | | | | | | | | | | | | | | | | | Electric is Existing |
| 41 | Walk-In Cooler Floor - Overlay | Fabspec | CUSTOM | | | | | | | | | | | | | | | | | | |
| 42 | Spare Number | | | | | | | | | | | | | | | | | | | | |
| 43 | Wire Shelving | Metro | 2472NK3 | | | | | | | | | | | | | | | | | | |
| 43.1 | Wire Shelving | Metro | 2460NK3 | | | | | | | | | | | | | | | | | | |
| 43.2 | Wire Shelving | Metro | 2436NK3 | | | | | | | | | | | | | | | | | | |
| 43.3 | Wire Shelving | Metro | 2460NK3 | | | | | | | | | | | | | | | | | | |
| 43.4 | Wire Shelving | Metro | 2472NK3 | | | | | | | | | | | | | | | | | | |
| 44 | Spare Number | | | | | | | | | | | | | | | | | | | | |
| 45 | Smoker Oven | Southern Pride | MLR-850 | 120 | 1 | 15.0 | | | Cord & Plug | 5-15P | 32" | | | | | | | 1/2" | 120.0 | 22" | |
| 46 | Smoker Oven | Southern Pride | MLR-850 | 120 | 1 | 15.0 | | | Cord & Plug | 5-15P | 32" | | | | | | | 1/2" | 120.0 | 22" | |
| 47 | Smoker Oven | Custom | HOOD TYPE I, 60" | | | | | | | | | | | | | | | | | | |
| 47.1 | Fire Suppression System | Custom | HOOD FIRE SUPPRESSION, BUILT-IN | | | | | | | | | | | | | | | | | | |
| 47a | Energy Management System | Captive-Aire | HOOD CONTROL PACKAGE, BUILT-IN | 120 | 1 | 15.0 | | | Direct | | Ceiling | | | | | | | | | | Unit Size & Type TBD by Engineer |
| 48 | Heated Make Up Air Fan, Gas Fired | Captive-Aire | HEATED MAKE UP AIR, GAS | TBD | TBD | TBD | | | Direct | | Location TBD | | | | | | | | | | Fan Size & Type TBD by Engineer |
| 49 | Exhaust Fan | Captive-Aire | EXHAUST FAN - UPBLAST GREASE 208V | TBD | TBD | TBD | | | Direct | | Location TBD | | | | | | | | | | Fan Size & Type TBD by Engineer |
| 50 | Exhaust Fan | Captive-Aire | EXHAUST FAN - UPBLAST GREASE 208V | TBD | TBD | TBD | | | Direct | | Location TBD | | | | | | | | | | Fan Size & Type TBD by Engineer |
| 51 | Exhaust Hood | Captive-Aire | HOOD, TYPE I, 60" | | | | | | | | | | | | | | | | | | |
| 52 | Gas Fryer, Battery | Vulcan | 3TR45DF | 120 | 1 | 6.0 | 1/5 | | Cord & Plug | 5-15P | 36" | | | | | | | 1-1/4" | 210.0 | 10" | |
| 52a | Safety System Movable Gas Connector | Dormont | 16125BPQ2N48 | | | | | | | | | | | | | | | | | | |
| 53 | Convection Oven, Gas | Blodgett Oven | ZEPH-100-G DBL | 115 | 1 | 6.0 | 1/2 | | Cord & Plug | 5-15P | 36" | | | | | | | 3/4" | 50.0 | 10" | |
| | | Blodgett Oven | ZEPH-100-G DBL | | | | | | | | | | | | | | | | 3/4" | 50.0 | 42" | |
| 53a | Safety System Movable Gas Connector | Dormont | 1675BPQR48 | | | | | | | | | | | | | | | | | | |
| 54 | Cook Hold Oven Cabinet Smoker, Electric | Alto-Shaam | 1000-SK/I | 208-240 | 1 | 24.3-31.4 | | 5.8-6.5 | Cord & Plug by EC | 6-30P | 34" | | | | | | | | | | |



PROJECT

7051 N HIGHLAND
ARMINGTON, VIRGINIA 22203

ARCHITECT

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT

SINGER EVI, LLC          443.419.1001
3881 TEN OAKS ROAD
SUITE 2C  GLENELG, MD 21737    www.evifs.net

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.15.2019 | | ISSUE FOR PERMIT |
| 9-5-2019 | | Add Hand & Dump Sinks |

## Food Service Equip. Equipment Schedule

| | |
|---|---|
| Project Number | 190746 |
| Date | 07/15/2019 |
| Drawn By | MP |
| Checked By | BK |

# FS011

Scale          AS NOTED

EVi
a singer company

## FOODSERVICE EQUIPMENT SCHEDULE

| Item No. | Category | Mfr | Model | Voltage | Phase | Amps | Hp | Kw | Connection Type | NEMA | Electrical Connection Height | Cold Water (in) | Hot Water (in) | Water A/F/F | Indirect Waste Size | Direct Waste Size | Direct Waste Conn. Height (in) | Gas Size(in) | Gas MBTU | GasConn. Height (in) | Equipment Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | Equipment Stand, Refrigerated Base | Turbo Air | TCBE-96SDR-N | 115 | 1 | 4.9 | 3/8 | | Cord & Plug | 5-15P | 18" | | | | | | | | | | |
| 56 | Hotplate, Countertop, Gas | Southbend | HDO-36 | | | | | | | | | | | | | | | 3/4" | 198.0 | 28" | |
| 56a | Safety System Moveable Gas Connector | Dormont | 16100BPQ48 | | | | | | | | | | | | | | | | | | |
| 57 | Gas Countertop Griddle | Southbend | HDG-24 | | | | | | | | | | | | | | | 3/4" | 60.0 | 28" | |
| 57a | Safety System Moveable Gas Connector | Dormont | 16750PQ48 | | | | | | | | | | | | | | | | | | |
| 58 | Cheesemelter, Gas | Southbend | P60-CM | | | | | | | | | | | | | | | 3/4" | 60.0 | 56" | Hard-Piped Gas Connection |
| 58.1 | Shelf for Cheesemelter | Fabspec | 40" SHELF, CHEESEMELTER | | | | | | | | | | | | | | | | | | |
| 59 | Spare Number | | | | | | | | | | | | | | | | | | | | |
| 60 | Food Pan Warmer, Countertop | Vollrath | 71001 | 120 | 1 | 5.8 | | 0.7 | Cord & Plug | 5-15P | 48" | | | | | | | | | | |
| 61 | Solid Shelving | Vollrath | 1830FG | | | | | | | | | | | | | | | | | | |
| 62 | Shelving, Wall Mounted | Metro | EWS8-1896-X | | | | | | | | | | | | | | | | | | |
| 63 | Spare Numbers | | | | | | | | | | | | | | | | | | | | |
| 65 | Charbroiler, Gas, Countertop | Southbend | HDC-36 | | | | | | | | | | | | | | | 3/4" | 120.0 | 28" | |
| 65a | Safety System Moveable Gas Connector | Dormont | 16750PQ48 | | | | | | | | | | | | | | | | | | |
| 66-68 | Spare Numbers | | | | | | | | | | | | | | | | | | | | |
| 69 | Cutting Board | | CBG1624124H | | | | | | | | | | | | | | | | | | |
| 70 | Microwave Oven | ACP | HDC12A2 | 120 | 1 | 16.8 | | 2.0 | Cord & Plug | 5-20P | 48" | | | | | | | | | | |
| 71 | Meat Slicer | Berkel | X13E-PLUS | 120 | 1 | 6.0 | 1/2 | | Cord & Plug | 5-15P | 48" | | | | | | | | | | |
| 72 | Warming Drawer, Free Standing | Alto-Sham | 500-2D | 120 | 1 | 5.3 | | 0.64 | Cord & Plug | 5-15P | 18" | | | | | | | | | | |
| 73 | Warming Drawer, Free Standing | Alto-Sham | 500-2D | 120 | 1 | 5.3 | | 0.64 | Cord & Plug | 5-15P | 18" | | | | | | | | | | |
| 74 | Countertop Portion Steamer | Alto-Sham | 5650 | 120 | 1 | 15.0 | | 1.8 | Cord & Plug | 5-15P | 18" | | | | | | | | | | |
| 75 | Overshelf | Advance Tabco | DCM-18-96 | | | | | | | | | | | | | | | | | | |
| 75.1 | Overshelf | Advance Tabco | DCM-18-72 | | | | | | | | | | | | | | | | | | |
| 76 | Heat Lamp | Hatco | GRAH-66D3 | 120 | 1 | 34.2 | | 4.1 | Direct | | See Remarks | | | | | | | | | | Electric Down From Clg. |
| 77 | Hand Sink, Drop-In | John Boos | PB-DISM439065-SSLR-X | | | | | | | | | 1/2" | 1/2" | 16" | | 1-1/2" | 14" | | | | |
| 77a | Faucet, Deck Mount | T&S Brass | B-1141-02A | | | | | | | | | | | | | | | | | | |
| 77.1 | Spare Number | | | | | | | | | | | | | | | | | | | | |
| 78 | Food Pan Warmer, Countertop | Vollrath | 71001 | 120 | 1 | 5.8 | | 0.7 | Cord & Plug | 5-15P | 12" | | | | | | | | | | |
| 78.1 | Food Pan Warmer, Countertop | Vollrath | 71001 | 120 | 1 | 5.8 | | 0.7 | Cord & Plug | 5-15P | 12" | | | | | | | | | | |
| 79 | Mega Top Sandwich / Salad Preparation Refrigerator | Turbo Air | MST-60-24-N | 115 | 1 | 4.6 | 1/4 | | Cord & Plug | 5-15P | 18" | | | | | | | | | | |
| 80-81 | Spare Numbers | | | | | | | | | | | | | | | | | | | | |
| 82 | Ticket Printer | By Owner | POS - TICKET PRINTER | 120 | 1 | 1.5 | | | Cord & Plug | 5-15P | 48" | | | | | | | | | | Electric Down From Clg. |
| 83 | Ticket Printer | By Owner | POS - TICKET PRINTER | 120 | 1 | 1.5 | | | Cord & Plug | 5-15P | 48" | | | | | | | | | | Electric Down From Clg. |
| 84 | Ticket Printer | By Owner | POS - TICKET PRINTER | 120 | 1 | 1.5 | | | Cord & Plug | 5-15P | 48" | | | | | | | | | | Electric Down From Clg. |
| 85 | Hand Sink | John Boos | PBHS-W-0909-SSLR-X | | | | | | | | | | | | | 1-1/2" | | | | | |
| 85.1 | Soap Dispenser, Wall Mount | John Boos | SOAP DISPENSER, WALL MOUNT | | | | | | | | | | | | | | | | | | |
| 85.2 | Paper Towel Dispenser | John Boos | PAPER TOWEL DISPENSER, WALL MOUNT | | | | | | | | | | | | | | | | | | |
| 85.3 | Slim Jim Trash Can | By Owner | SLIM JIM | | | | | | | | | | | | | | | | | | |
| 85a | Wall / Splash Mount Faucet | T&S Brass | B-1146-02A | | | | | | | | | 1/2" | 1/2" | 16" | | | | | | | |
| 86 | Work Top Freezer | Turbo Air | TWF-28SD-02-N | 115 | 1 | 2.6 | 3/8 | | Cord & Plug | 5-15P | 12" | | | | | | | | | | |
| 87 | Work Table, 34", Stainless Steel Top | John Boos | ST6R-3096SSK | | | | | | | | | | | | | | | | | | |
| 88 | Dump Sink, Drop-In | John Boos | PB-DISM101410-SSLR-X | | | | | | | | | 1/2" | 1/2" | 16" | | 1-1/2" | 14" | | | | |
| 88a | Faucet, Deck Mount | T&S Brass | B-1141-02A | | | | | | | | | | | | | | | | | | |
| 89 | Spare Numbers | | | | | | | | | | | | | | | | | | | | |
| 96 | Planetary Mixer | Globe | SP30 | 115 | 1 | 16.0 | 1 | | Cord & Plug | 5-20P | 36" | | | | | | | | | | |
| 97 | Work Table, 108", Stainless Steel Top | John Boos | ST6R1-5-24108SSK | | | | | | | | | | | | | | | | | | |
| 98 | Draft Beer System | By Owner | BEER SYSTEM | | | | | | | | | | | | | | | | | | |
| 99.1 | Draft Beer System | By Owner | BEER SYSTEM | | | | | | | | | | | | | | | | | | |
| 100-199 | Spare Numbers | | | | | | | | | | | | | | | | | | | | |
| 200 | Drip Trough | AC Bev | DP-3320LD-10-3-16 | | | | | | | | | 1/2" | | 44" | | | | | | | |
| 200.1 | Rinser | AC Bev | EVI - RINSER | | | | | | | | | 1/2" | | | 1/2" | | | | | | |
| 201 | Drip Trough | AC Bev | DP-3320LD-10-3-16 | | | | | | | | | 1/2" | | 44" | | | | | | | |
| 201.1 | Rinser | AC Bev | EVI - RINSER | | | | | | | | | 1/2" | | | 1/2" | | | | | | |
| 202 | Lift Gate | By Owner | BY OWNER | | | | | | | | | | | | | | | | | | |
| 203-209 | Spare Numbers | | | | | | | | | | | | | | | | | | | | |
| 210 | Underbar Sink Units | Krowne | KR18-MS18 | | | | | | | | | 1/2" | | 14" | | 1-1/2" | | | | | |
| | | Krowne | KR18-MS18 | | | | | | | | | 1/2" | | 14" | | 1-1/2" | | | | | |
| | | Krowne | KR18-MS18 | | | | | | | | | | | | | 1-1/2" | | | | | |
| 211 | Ice Bin with Bottle Wells | Krowne | KR18-MS48R-10 | | | | | | | | | 1/2" | 1/2" | 14" | | 1-1/2" | | | | | |
| | | Krowne | KR18-MS8R-10 | | | | | | | | | | | | | 1-1/2" | | | | | |
| 211.1 | Bottle Display | Krowne | KR18-12RD | | | | | | | | | | | | | | | | | | |
| 211.2 | Bar Gun | By Owner | BAR GUN | | | | | | | | | 1/2" | | | | | | | | | |
| 212 | Storage Cabinet | Krowne | KR18-S12 | | | | | | | | | | | | | | | | | | |
| 213 | Hand Sink | Krowne | PBHS-W-0909-X | | | | | | | | | 1/2" | 1/2" | 14" | | 1" | | | | | |
| 213.1 | Soap Dispenser, Wall Mount | By Owner | SOAP DISPENSER, WALL MOUNT | | | | | | | | | | | | | | | | | | |
| 213.2 | Paper Towel Dispenser | By Owner | PAPER TOWEL DISPENSER, WALL MOUNT | | | | | | | | | | | | | | | | | | |
| 214 | Wall / Splash Mount Faucet | Krowne | B-1146-02A | | | | | | | | | 1/2" | 1/2" | 14" | | | | | | | |
| 215 | Slim Jim Trash Can | By Owner | SLIM JIM | | | | | | | | | | | | | | | | | | |
| 216 | Glass Rack | Krowne | KR18-GS93 | | | | | | | | | | | | | 1" | | | | | |
| 216.1 | Spare Number | | | | | | | | | | | | | | | | | | | | |
| 217 | Dishmachine, Undercounter, High Temp, CH330B or Equal | By Owner | DISHMACHINE, UNDERCOUNTER, HIGH TEMP | 208 | 1 | 32.0 | | | Cord & Plug by EC | | 48" | 1/2" | 1/2" | | 8" | 5/8" | | | | | Owner's D/M Selection Electrician to Verify |
| 218 | Glass Rack | Krowne | KR18-GS93 | | | | | | | | | | | | | 1" | | | | | |
| 219 | Underbar Sink Units | Krowne | KR21-22C | | | | | | | | | 1/2" | 1/2" | 14" | | 1-1/2" (x2) | | | | | |
| 220 | Ice Bin with Bottle Wells | Krowne | KR18-MS8R-10 | | | | | | | | | 1/2" | | | | 1/2" | | | | | |
| | | Krowne | KR18-MS8R-10 | | | | | | | | | | | | | 1/2" | | | | | |
| 220.1 | Bottle Display | Krowne | KR18-12RD | | | | | | | | | | | | | 1" | | | | | |
| 220.2 | Bar Gun | By Owner | BAR GUN | | | | | | | | | 1/2" | | | | | | | | | |
| 221 | Underbar Sink Units | Krowne | KR18-MS8 | | | | | | | | | | | | | 1-1/2" | | | | | |
| 222 | Storage Cabinet | Krowne | KR18-S12 | | | | | | | | | 1/2" | | | | | | | | | |
| 223 | Storage Cabinet | Krowne | KR18-S12 | | | | | | | | | | | | | | | | | | |
| 224 | Hand Sink | John Boos | PBHS-W-0909-X | | | | | | | | | | | | | 1-1/2" | | | | | |
| 225 | Spare Number | | | | | | | | | | | | | | | | | | | | |
| 226 | Soap Dispenser, Wall Mount | By Owner | SOAP DISPENSER, WALL MOUNT | | | | | | | | | | | | | | | | | | |
| 226a | Paper Towel Dispenser | By Owner | PAPER TOWEL DISPENSER, WALL MOUNT | | | | | | | | | | | | | | | | | | |
| 226b | Wall / Splash Mount Faucet | Krowne | B-1146-02A | | | | | | | | | 1/2" | 1/2" | 14" | | | | | | | |
| 226 | Ice Bin with Bottle Wells | Krowne | KR18-MS8R-10 | | | | | | | | | | | | | 1/2" | | | | | |
| | | Krowne | KR18-MS8R-10 | | | | | | | | | | | | | 1/2" | | | | | |
| 226.1 | Bottle Display | Krowne | KR18-12RD | | | | | | | | | | | | | 1" | | | | | |
| 226.2 | Bar Gun | By Owner | BAR GUN | | | | | | | | | 1/2" | | | | | | | | | |
| 227 | Storage Cabinet | Krowne | KR18-S12 | | | | | | | | | 1/2" | | | | 1" | | | | | |
| 228 | Storage Cabinet | Krowne | KR18-S12 | | | | | | | | | | | | | | | | | | |
| 229 | Slim Jim Trash Can | By Owner | SLIM JIM | | | | | | | | | | | | | | | | | | |
| 230 | POS Station, Countertop | By Owner | POS - COUNTERTOP | 120 | 1 | 1.5 | | | Cord & Plug | 5-15P | 48" | | | | | | | | | | |
| 230.1 | Ticket Printer | By Owner | POS - TICKET PRINTER | 120 | 1 | 1.5 | | | Cord & Plug | 5-15P | 48" | | | | | | | | | | |
| 231-234 | Spare Numbers | | | | | | | | | | | | | | | | | | | | |
| 235 | Back Bar Cabinet, Refrigerated | Turbo Air | TBB-4SB-N | 115 | 1 | 5.4 | | | Cord & Plug | 5-15P | 18" | | | | | | | | | | |
| 236 | Frozen Drink Machine, Non-Carbonated, Cylinder Type | Taylor Company | 432 | 208-230 | 3 | 13.0 | (2) 1/4 | | Direct | | 48" | | | | | | | | | | |
| 237-238 | Spare Numbers | | | | | | | | | | | | | | | | | | | | |
| 239 | Back Bar Cabinet | By Owner | BY OWNER | | | | | | | | | | | | | | | | | | |
| 240 | POS Station, Countertop | By Owner | POS - COUNTERTOP | 120 | 1 | 1.5 | | | Cord & Plug | 5-15P | 48" | | | | | | | | | | |
| 240.1 | Ticket Printer | By Owner | POS - TICKET PRINTER | 120 | 1 | 1.5 | | | Cord & Plug | 5-15P | 48" | | | | | | | | | | |
| 241 | Back Bar Cabinet, Refrigerated | Turbo Air | TBB-4SB-N | 115 | 1 | 2.9 | 1/5 | | Cord & Plug | 5-15P | 18" | | | | | | | | | | |
| 242 | Back Bar Cabinet, Refrigerated | Turbo Air | TBB-4SB-N | 115 | 1 | 2.9 | 1/5 | | Cord & Plug | 5-15P | 18" | | | | | | | | | | |
| 243 | Back Bar Cabinet | By Owner | BY OWNER | | | | | | | | | | | | | | | | | | |
| 243.1 | Back Bar Cabinet | By Owner | BY OWNER | | | | | | | | | | | | | | | | | | |
| 244-249 | Spare Numbers | | | | | | | | | | | | | | | | | | | | |
| 250 | POS Station, Countertop | By Owner | POS - COUNTERTOP | 120 | 1 | 1.5 | | | Cord & Plug | 5-15P | 30" | | | | | | | | | | |
| 250.1 | Ticket Printer | By Owner | POS - TICKET PRINTER | 120 | 1 | 1.5 | | | Cord & Plug | 5-15P | 30" | | | | | | | | | | |
| 251 | POS Station, Countertop | By Owner | POS - COUNTERTOP | 120 | 1 | 1.5 | | | Cord & Plug | 5-15P | 30" | | | | | | | | | | |
| 251.1 | Ticket Printer | By Owner | POS - TICKET PRINTER | 120 | 1 | 1.5 | | | Cord & Plug | 5-15P | 30" | | | | | | | | | | |

PROJECT

1091 N. HIGHLAND
ARLINGTON, VIRGINIA 22201

ARCHITECT

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT
SINGER EVI, LLC
3881 TEN OAKS ROAD        443.419.1001
SUITE 2C   GLENELG, MD 21737
www.evifs.net

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.15.2019 | | ISSUE FOR PERMIT |
| 9-5-2019 | 1 | Add Hand & Dump Sinks |

Food Service Equip.
Equipment
Schedule

| Project Number | 190746 |
| Date | 07/15/2019 |
| Drawn By | MP |
| Checked By | BK |

FS012

Scale    AS NOTED





REMOTE EQUIPMENT TO BE LOCATED BY ARCHITECT

HOST

Elec. Panel

FOOD
SRV



PROJECT

1051 N. HIGHLAND
ARLINGTON, VIRGINIA 22201

ARCHITECT

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT
SINGER EVI, LLC
3881 TEN OAKS ROAD          443.419.1001
SUITE 2C   GLENELG, MD 21737     www.evifs.net

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.15.2019 | 1 | ISSUE FOR PERMIT |
| 9-5-2019 | 1 | Add Hand & Dump Sinks |

# Food Service Equip. Equipment Plan

| | |
|---|---|
| Project Number | 190746 |
| Date | 07/15/2019 |
| Drawn By | MP |
| Checked By | BK |

## FS101

Scale    AS NOTED



FOOD SERVICE EQUIPMENT PLAN
SCALE: 1/4" = 1'-0"

EVi
a SINGER company



1. Elevation @ Beverage Area — FS201 NOT TO SCALE
2. Elevation @ Mop Sink — FS201 NOT TO SCALE
3. Elevation @ Cook Line — FS201 NOT TO SCALE
4. Elevation @ Front Line — FS201 NOT TO SCALE
5. Elevation @ 3 Comp Sink — FS201 NOT TO SCALE
6. Elevation @ Dish Area — FS201 NOT TO SCALE
7. Elevation @ Dish Area — FS201 NOT TO SCALE
8. Elevation @ Ice Maker Area — FS201 NOT TO SCALE
9. Elevation @ Hand Sink — FS201 NOT TO SCALE

PROJECT

\\Desktop\SmokeCraft_kirkland\73KYN-NewLogo-957509.png

5100 N. HIGHLAND
ARLINGTON, VIRGINIA 22201

ARCHITECT

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT
SINGER EVI, LLC
3881 TEN OAKS ROAD          443.419.1001
SUITE 2C  GLENELG, MD 21737    www.evifs.net

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

DATE        NO. DESCRIPTION
07.15.2019  1   ISSUE FOR PERMIT

## Food Service Equip. Elevations Plan

Project Number    190746
Date              07/15/2019
Drawn By          MP
Checked By        BK

## FS201

Scale    AS NOTED







**10** Elevation @ Back Bar
FS202  NOT TO SCALE



**11** Elevation @ Front Bar
FS202  NOT TO SCALE

PROJECT

5251 N. HIGHLAND
ARLINGTON, VIRGINIA 22201

ARCHITECT

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT
SINGER EVI, LLC
3881 TEN OAKS ROAD            443.419.1001
SUITE 2C   GLENELG, MD 21737    www.evifs.net

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.15.2019 | 1 | ISSUE FOR PERMIT |
| 9-5-2019 | ⚠ | Add Hand & Dump Sinks |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Food Service Equip.
# Elevations Plan



| | |
|---|---|
| Project Number | 190746 |
| Date | 07/15/2019 |
| Drawn By | MP |
| Checked By | BK |

# FS202

| Scale | AS NOTED |
|---|---|



REMOTE EQUIPMENT TO BE LOCATED BY ARCHITECT

HOST

POS SRV

CO2



PROJECT

1251 N. HIGHLAND
ARLINGTON, VIRGINIA 22201

ARCHITECT

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT

SINGER EVI, LLC
3881 TEN OAKS ROAD          443.419.1001
SUITE 2C  GLENELG, MD 21737   www.evifs.net

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.15.2019 |  | ISSUE FOR PERMIT |
| 9-5-2019 | ⚠ | Add Hand & Dump Sinks |

# Food Service Equip. Plumbing Drain Coordination Plan

| | |
|---|---|
| Project Number | 190746 |
| Date | 07/15/2019 |
| Drawn By | MP |
| Checked By | BK |

## FS301

Scale     AS NOTED


EVi
a ⬛ company

FOOD SERVICE EQUIPMENT PLUMBING DRAIN COORDINATION PLAN
SCALE: 1/4" = 1'-0"





PROJECT

1051 N. HIGHLAND
ARLINGTON, VIRGINIA 22201

ARCHITECT

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT

SINGER EVI, LLC
3881 TEN OAKS ROAD          443.419.1001
SUITE 2C   GLENELG, MD 21737    www.evifs.net

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.15.2019 | 1 | ISSUE FOR PERMIT |
| 9-5-2019 | ⚠ | Add Hand & Dump Sinks |

# Food Service Equip. Plumb. Water & Gas Coordination Plan

| | |
|---|---|
| Project Number | 190746 |
| Date | 07/15/2019 |
| Drawn By | MP |
| Checked By | BK |
| Scale | AS NOTED |

# FS311



a singer company

FOOD SERVICE EQUIPMENT PLUMBING WATER & GAS COORDINATION PLAN
FS311   SCALE: 1/4" = 1'-0"



REMOTE EQUIPMENT TO BE LOCATED BY ARCHITECT

HOST

POS SERV

CO2

PROJECT

1051 N HIGHLAND
ARLINGTON, VIRGINIA 22201

ARCHITECT

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT
SINGER EVI, LLC
3881 TEN OAKS ROAD          443.419.1001
SUITE 2C   GLENELG, MD 21737    www.evifs.net

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07-15-2019 | 1 | ISSUE FOR PERMIT |
| 9-5-2019 | | Add Hand & Dump Sinks |

Food Service Equip.
Electrical
Coordination Plan

| | |
|---|---|
| Project Number | 190746 |
| Date | 07/15/2019 |
| Drawn By | MP |
| Checked By | BK |

FS401

Scale          AS NOTED


a _____ company

1   FOOD SERVICE EQUIPMENT ELECTRICAL COORDINATION PLAN
FS401   SCALE: 1/4" = 1'-0"



REMOTE EQUIPMENT TO BE LOCATED BY ARCHITECT

Existing

HOST

Existing

CO2

POS
SRV

PROJECT

1051 N HIGHLAND
STREET, VIRGINIA 22201

ARCHITECT

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT

SINGER EVI, LLC
3881 TEN OAKS ROAD          443.419.1001
SUITE 2C  GLENELG, MD 21737          www.evifs.net

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.15.2019 | 1 | ISSUE FOR PERMIT |
| 9-5-2019 | ⚠ | Add Hand & Dump Sinks |

# Food Service Equip. Special Conditions Plan

| | |
|---|---|
| Project Number | 190746 |
| Date | 07/15/2019 |
| Drawn By | MP |
| Checked By | BK |

Scale          AS NOTED

## FS501

EVi
company

1 FOOD SERVICE EQUIPMENT SPECIAL CONDITIONS PLAN
FS501   SCALE: 1/4" = 1'-0"

# ITEM 51

REVISIONS

## HOOD INFORMATION - Job#3742774

| HOOD NO. | TAG | MODEL | LENGTH | | MAX COOKING TEMP | EXHAUST PLENUM | | | | | | | MUA CFM | AC CFM | HOOD CONSTRUCTION | HOOD CONFIG. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | TOTAL EXH CFM | RISER(S) | | | | | S.P. | | | | END TO END | ROW |
| | | | | | | | NO. | LENG. | HEIGHT | DIA. | CFM | VEL. | | | | | |
| 1 | 51 (LEFT) | 5430 ND-2-ACPSP-F | 9'-9" | | 600 Deg. | 2681 | 4" | 18" | 2681 | | | -1.119" | 1895 | 560 | 430 SS Where Exposed | ALONE | |
| 2 | 51 (RIGHT) | 5430 ND-2-ACPSP-F | 9'-9" | | 600 Deg. | 2194 | 4" | 14" | 2194 | 2092 | | -0.995" | 1905 | 560 | 430 SS Where Exposed | RIGHT | ALONE |

## HOOD INFORMATION

| HOOD NO. | TAG | LENGTH | QTY | HEIGHT | LENGTH | QTY | TYPE | FIRE SYSTEM GUARD | FIRE HOOD WRAPPER | HOOD HANGING WEIGHT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | LIGHT(S) | | | | | | |
| 1 | 51 (LEFT) | 7 | 2Q" | 18" | 5 | | LSS Series E26 | NO | NO | 690 LBS |
| 2 | 51 (RIGHT) | 7 | 20" | 18" | 5 | | LSS Series E26 | NO | NO | 689 LBS |

## HOOD OPTIONS

| HOOD NO. | TAG | OPTION |
|---|---|---|
| 1 | 51 (LEFT) | FIELD WRAPPER 18.00" High Front |
| | | BACKSPLASH 80.00" High X 235.00" Long 430 SS Vertical |
| | | LEFT WALL AS END PANEL 9.54.00" Long 430 SS Vertical |
| | | LEFT END STANDOFF (FINISHED) 1" Wide 54" Long Insulated |
| | | BALANCE DAMPERS |
| 2 | 51 (RIGHT) | LEFT WALL AS END PANEL |
| | | FIELD WRAPPER 18.00" High Front, Right |
| | | BALANCE DAMPERS |

## PERFORATED SUPPLY PLENUMS

| HOOD NO. | TAG | POS. | LENGTH | WIDTH | HEIGHT | TYPE | RISER(S) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | WIDTH | LENG. | DIA. | CFM | S.P. |
| 1 | 51 (LEFT) | Front | 118" | 26" | 6" | MUA | 12" | 28" | | 665 | 0.188" |
| | | | | | | MUA | 12" | 28" | | 665 | 0.188" |
| | | | | | | MUA | 12" | 28" | | 665 | 0.188" |
| | | | | | | AC | 8" | 18" | | 280 | 0.073" |
| | | | | | | AC | 8" | 18" | | 280 | 0.073" |
| 2 | 51 (RIGHT) | Front | 117" | 26" | 6" | MUA | 12" | 24" | | 635 | 0.180" |
| | | | | | | MUA | 12" | 24" | | 635 | 0.180" |
| | | | | | | MUA | 12" | 24" | | 635 | 0.180" |
| | | | | | | AC | 8" | 18" | | 280 | 0.073" |
| | | | | | | AC | 8" | 18" | | 280 | 0.073" |

GREASE DUCT & CHIMNEY SPECIFICATIONS:
PROVIDE GREASE DUCT EQUAL TO CAPTIVEAIRE SYSTEMS MODEL "DW" ROUND 20 GAUGE 430 STAINLESS STEEL DUCTWORK. MODEL "DW" IS LISTED TO UL-1978 AND IS INSTALLED USING "V" CLAMP LOCKING CONNECTIONS SEALED WITH 3M FIRE BARRIER 2000 PLUS. MODEL "DW" DOES NOT REQUIRE WELDING PROVIDING IT HAS BEEN INSTALLED PER THE MANUFACTURES INSTALLATION GUIDE.
PROVIDE ACCESS DOORS AT EVERY CHANGE IN DIRECTION AND EVERY 12' ON CENTER. PER MANUFACTURES LISTING MODEL "DW" HORIZONTAL RUNS LESS THAN 75 FT. CAN BE SLOPED 1/16" PER 12", HORIZONTAL RUNS MORE THAN 75 FT. CAN BE SLOPED 3/16" PER 12". DUCT SHOULD BE SLOPED AS MUCH AS POSSIBLE TO REDUCE THE CHANCE OF GREASE ACCUMULATION IN HORIZONTAL RUNS.

IF THE DUCT OR CHIMNEY IS WITHIN 18 INCHES OF COMBUSTIBLE MATERIAL, PROVIDE UL-2221 OR UL-103 HT LISTED DOUBLE WALL GREASE DUCT OR DOUBLE WALL CHIMNEY EQUAL TO CAPTIVEAIRE SYSTEMS MODEL "DW-2R, 2R TYPE HT, 3R, OR S2" ROUND 20 GAUGE 430 STAINLESS INNER DUCT INSULATED WITH A 24 GAUGE 430 STAINLESS OUTER SHELL.

# FIRE SYSTEM
# BY OTHERS

## CASHMI DETAIL



SECTION VIEW - MODEL 5430ND-2-ACPSP-F
HOOD - #1 & 2 (51)

PLAN VIEW - Hood #1 (51 (LEFT))
9'_9.00" LONG 5430ND-2-ACPSP-F
ACPSP ships loose for field installation

PLAN VIEW - Hood #2 (51 (RIGHT))
9'_9.00" LONG 5430ND-2-ACPSP-F
ACPSP ships loose for field installation

## ETL LISTING DESCRIPTION BLOCK
THE CAPTIVE-AIRE MODEL ND-2 HAS BEEN TESTED, LISTED AND APPROVED TO EXHAUST A MINIMUM OF 200 CFM PER LINEAR FOOT OVER 600 DEGREE EQUIPMENT FOR COOKING APPLICATIONS

CAPTIVE-AIRE HOODS ARE BUILT IN COMPLIANCE WITH:

NFPA #96
ETL SANITATION LISTED
ETL LISTED #3054804-001

ND-2 HANGING ANGLE DETAIL



CAPTIVE AIRE
Maryland Office
2211 Kenwood Ave, Silver Spring, MD, 20910 PHONE: (800) 669-9891 FAX: (919) 227-5931 EMAIL: rep32@captiveaire.com

Smoke Craft - Arlington, VA
ARLINGTON, VA, 22201

PROJECT

1551 N. HIGHLAND
ARLINGTON, VIRGINIA 22201

ARCHITECT

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT

SINGER EVI, LLC          443.419.1001
3881 TEN OAKS ROAD
SUITE 2C  GLENELG, MD 21737    www.evifs.net

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.15.2019 | | ISSUE FOR PERMIT |
| 9-5-2019 | ⚠ | Add Hand & Dump Sinks |

DATE: 3/20/2019

DWG.#: 3742774

DRAWN BY: RT-32

SCALE: 3/4" = 1'-0"

MASTER DRAWING

SHEET NO.
1

Food Service Equip.
Exhaust Hoods

| Project Number | 190746 |
|---|---|
| Date | 07/15/2019 |
| Drawn By | MP |
| Checked By | BK |
| Scale | AS NOTED |

H-1


EVI
a _____ company





FIRE SYSTEM
BY OTHERS

REVISIONS

CAPTIVEAIRE

Maryland Office
2217 Kansas Ave, Silver Spring, MD, 20910 PHONE: (800) 888-9091 FAX: (919) 227-8657 EMAIL: mp50@captiveaire.com
www.captiveaire.com

Smoke Craft - Arlington, VA
ARLINGTON, VA, 22201

**DATE:** 3/20/2019
**DWG.#:** 3742774
**DRAWN BY:** BT-32
**SCALE:** 3/4" = 1'-0"
**MASTER DRAWING**

**SHEET NO.**
2

PROJECT

1051 N. HIGHLAND
ARLINGTON, VIRGINIA 22201

ARCHITECT

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT
SINGER EVI, LLC
3881 TEN OAKS ROAD          443.419.1001
SUITE 2C   GLENELG, MD 21737     www.evifs.net

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.15.2019 | 1 | ISSUE FOR PERMIT |
| 9-5-2019 | 1 | Add Hand & Dump Sinks |

Food Service Equip.
Exhaust Hoods

| Project Number | 190746 |
|---|---|
| Date | 07/15/2019 |
| Drawn By | MP |
| Checked By | BK |

**H-2**

Scale          AS NOTED



C:\Users\Mike Pritchard\Desktop\SmokeCraft\SmokeCraft v4.3 09-5-2019.dwg, 9/5/2019 12:09:04 PM

# ITEM 47A

PRELIMINARY SELECTION

**ELECTRICAL PACKAGE - JobID3742774**

| NO. | TAG | PACKAGE # | LOCATION | SWITCHES | | | OPTION | FANS CONTROLLED | | | | |
|-----|-----|-----------|----------|----------|----------|----------|--------|------|-----|-----|------|------|
| | | | | LOCATION | SWITCH | QUANTITY | | TYPE | V. | H.P. | VOLT | FLA |
| 1 | 47A | DCV-2111 | Wall Mount In 30 Box | 90 - 55 Watt Mount Box | 1 Light | | Smart Controls DCV | Exhaust | | | | |
| | | | | | 1 Fan | | | Exhaust | | | | TBD |
| | | | | | | | | Supply | | | | |

## NOTE TO ELECTRICAL CONTRACTOR

CAPTIVEAIRE HOOD CONTROL PACKAGE IS FURNISHED BY KITCHEN EQUIPMENT CONTRACTOR AND SHOWN ON ELECTRICAL DRAWINGS FOR COORDINATION PURPOSES ONLY. ALL FIELD WIRING AND INTERLOCKS TO BE COMPLETED BY ELECTRICAL CONTRACTOR. CONTACT CAPTIVEAIRE WITH QUESTIONS REGARDING SCOPE OF WORK: (800) 988-0881

## SEQUENCE OF OPERATION – HOOD CONTROLS

ELECTRICAL PACKAGE: DCV SERIES

Once all power, light and temperature sensor circuits are properly landed on the control terminal block the LCD interface will be illuminated. All temperature readings are measured by resistive temperature sensors (thermistors) installed in each hood exhaust riser. One room temperature sensor is installed in the space to measure ambient air temperature.

Two methods to activate system:

Manual activation:
1. Operator presses the fan button to engage the exhaust fan(s) and the exhaust fan(s) begin operation in low—CFM Prep Mode. Dedicated make-up air units (if applicable) for the hood remain off in Prep Mode.
2. Operator turns on the cooking appliances. Once the exhaust air temperature reaches 10 degrees (F) above ambient temperature in the space, the exhaust system will ramp up to a preset minimum speed (low—volume cooking conditions). Makeup air fan will power on at this point (also at minimum speed).
3. As the temperature of the exhaust air increases, the exhaust and make-up air fan speeds increase proportionally. The fans will modulate between preset low—speed and high-speed exhaust levels, dependant upon on the exhaust air temperature (cooking load).
4. At any point, operator may engage the 100% override option on the touch screen and run the fans at full speed for a fixed period of time (adjustable). After this period, fan modulation based on temperature will resume.

Automatic activation:
1. If the operator does not manually engage the exhaust system, the SMART EMS will automatically activate Prep Mode when the exhaust air temperature reaches 5 degrees above ambient temperature. When the air temperature of the hood collar increases to 10 degrees above ambient, the exhaust and makeup air fans will ramp up to preset low speeds for low volume conditions.
2. System will continue operating per steps 3 & 4 (above)

At the end of the day, after cooking operations have ceased, the system will enter its Cool Down mode (similar to Prep mode). Once the exhaust air temperature drops to less than five degrees above ambient, the fans will shut off.







JOB NO. 3742774
MODEL NUMBER DCV-2111
JOB NAME Smoke Craft - Arlington, VA

CAPTIVE AIRE
Maryland Office
2201 Kenilworth Ave, Silver Spring, MD, 20910 PHONE: (800) 988-0881 FAX: (919) 227-5931 EMAIL: rep32@captiveaire.com

Smoke Craft - Arlington, VA
ARLINGTON, VA. 22201

**DATE:** 3/20/2019
**DWG.#:** 3742774
**DRAWN BY:** BT-32
**SCALE:** 3/4" = 1'-0"
**MASTER DRAWING**
**SHEET NO.** 3

---

**PROJECT**

1051 N. HIGHLAND
ARLINGTON, VIRGINIA 22201

**ARCHITECT**

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

**MEP ENGINEER**

**FOOD SERVICE CONSULTANT**
SINGER EVI, LLC          443.419.1001
3881 TEN OAKS ROAD
SUITE 2C   GLENELG, MD 21737     www.evifs.com

**STRUCTURAL ENGINEER**

**GENERAL CONTRACTOR**

| DATE | NO. | DESCRIPTION |
|------|-----|-------------|
| 07.15.2019 | | ISSUE FOR PERMIT |
| 9-5-2019 | 1 | Add Hand & Dump Sinks |

## Food Service Equip. Exhaust Hoods

| Project Number | 190746 |
|----------------|--------|
| Date | 07/15/2019 |
| Drawn By | MP |
| Checked By | BK |
| Scale | AS NOTED |

**H-3**

EVI
a singer company

# ITEM 47

REVISIONS
| DESCRIPTION | DATE |

**HOOD INFORMATION - Job#3742774**

| HOOD NO. | TAG | MODEL | LENGTH | MAX. COOKING TEMP | TOTAL EXH. CFM | EXHAUST PLENUM RISERS | | | | | | MUA CFM | AC CFM | HOOD CONSTRUCTION | HOOD CONFIG END TO END | ROW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | WIDTH | LENG. | HEIGHT | DIA. | CFM | VEL. | S.P. | | | | |
| 3 | 47 | 4230 ND-2-ACPSP-F | 12'0" | 750 Deg. | 3000 | 4" | 12" | 1500 | 1910 | -0.931" | 2400 | 738 | 430 SS Where Exposed | ALONE | ALONE |
| | | | | | | 4" | 12" | 1500 | 1910 | 0.04" | | | | | |

**HOOD INFORMATION**

| HOOD NO. | TAG | FILTERS | | | | LIGHTING | | | FIRE SYSTEM/HANGING WEIGHT | HOOD PIPING | HANGING WGHT. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TYPE | QTY | HEIGHT | LENGTH | QTY | TYPE | WIRE GUARD | | | |
| 3 | 47 | Captive Aire Filter | 7 | 20" | 16" | 5 | L55 Series E26 | NO | NO | 712 LBS |

**HOOD OPTIONS**

| HOOD NO. | TAG | OPTION |
|---|---|---|
| 3 | 47 | FIELD WRAPPER 18.00" High Front, Left, Right, Back |
| | | LEFT END STANDOFF (FINISHED) 1" Wide 42" Long Insulated |
| | | RIGHT END STANDOFF (FINISHED) 1" Wide 42" Long Insulated |
| | | FINISHED BACK (BLIND INSTALL) 120.00" Long (Filters to the back) |

**PERFORATED SUPPLY PLENUM(S)**

| HOOD NO. | TAG | POS. | LENGTH | WIDTH | HEIGHT | TYPE | RISERS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | WIDTH | LENG. | DIA. | CFM | S.P. |
| 3 | 47 | Front | 122" | 28" | 8" | MUA | 12" | 28" | | 800 | 0.238" |
| | | | | | | MUA | 12" | 28" | | 800 | 0.238" |
| | | | | | | MUA | 12" | 28" | | 800 | 0.238" |
| | | | | | | AC | 6" | 28" | | 369 | 0.094" |
| | | | | | | AC | 6" | 28" | | 369 | 0.094" |



*SECTION VIEW — MODEL 4230ND-2-ACPSP-F HOOD — #3 (47)*



*PLAN VIEW — Hood #3 (47)*
*10' 0.00" LONG 4230ND-2-ACPSP-F*

ACPSP ships loose for field installation

FIRE SYSTEM
BY OTHERS



GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

MEP ENGINEER

FOOD SERVICE CONSULTANT
SINGER EVI, LLC          443.419.1001
3881 TEN OAKS ROAD
SUITE 2C  GLENELG, MD 21737          www.evifs.net

STRUCTURAL ENGINEER

GENERAL CONTRACTOR

| DATE | NO. | DESCRIPTION |
|---|---|---|
| 07.15.2019 | | ISSUE FOR PERMIT |
| 9-5-2019 | 1 | Add Hand & Dump Sinks |

PROJECT

7081 N. HIGHLAND
ARLINGTON, VIRGINIA 22201

Food Service Equip.
Exhaust Hoods

| Project Number | 190746 |
| Date | 07/15/2019 |
| Drawn By | MP |
| Checked By | BK |
| Scale | AS NOTED |

**H-4**

Smoke Craft - Arlington, VA
ARLINGTON, VA 22201

DATE: 3/20/2019

DWG.#: 3742774

DRAWN BY: BT-32

SCALE: 3/4" = 1'-0"

MASTER DRAWING

SHEET NO. 4

C:\Users\Mike Pritchard\Desktop\SmokeCraft\SmokeCraft v4.3 09-5-2019.dwg, 9/5/2019 12:09:38 PM



*FOR APPROVAL ONLY*

GENERAL NOTES

KEY NOTES

DOOR SCHEDULE

ELECTRICAL INFORMATION

| ITEM DESCRIPTION | QTY. | VOLTAGE (V) (EA) | AMPS (A) (EA) |
|---|---|---|---|
| LIGHT - LED VAPOR-PROOF FIXTURE(4% 36W | 1 | 120 | 0.41 |
| KASON 1806 LED FIXTURE | 1 | 120 | 0.06 |
| KASON 1807-C TEMPERATURE DISPLAY AND SWITCH | 1 | 120 | 33.00 |

REFRIGERATION

WALL PANEL PLAN

ELEVATION

SECTION

GRIZFORM DESIGN ARCHITECTS
1311 NAYLOR COURT NW
WASHINGTON D.C. 20001
202.234.2321
WWW.GRIZFORM.COM

FOOD SERVICE CONSULTANT
SINGER EVI, LLC
3881 TEN OAKS ROAD
SUITE 2C   GLENELG, MD 21737
443.419.1001
www.evifs.net

Food Service Equip.
Beer Walk-in Cooler

ARLINGTON, VA 22001
Create Dwg Date: 7.12.2019

292030-01
Q-01

W-1



EVi
a company



## TENANT FIRE PROTECTION PLAN
SCALE: 1/4" = 1'-0"



HANGER HDI
CONCRETE ANCHOR

① DROP IN ANCHOR
② 1/2"ATR
③ SWIVEL RING
④ SPRINKLER PIPE

NOTE: 8'-0" MAX. SPACING

### #1 HANGER DETAIL
NO SCALE



HANGER HDI-P (SHORT)
CONCRETE ANCHOR

① DROP IN ANCHOR
② 3/8"ATR
③ SWIVEL RING
④ SPRINKLER PIPE

### #2 HANGER DETAIL
NO SCALE



① NEW MECH-TYPE TEE.
② NIPPLE 1"x04"
③ 1" ARM OVER
④ 1" DROP (TYPICAL)
⑤ NEW SPRINKLER HEAD
⑥ MAIN/BRANCH LINE

### TYP. ARM OVER DETAIL
NO SCALE



① NEW SPRINKLER HEAD
② NIPPLE 1"x04"
③ BRANCH LINE

### TYP. UPRIGHT HEAD DETAIL
NO SCALE



SPRINKLER HEAD IN CENTER
POINT OF CEILING TILE
+/- 1/2" TOLERANCE

### SPRINKLER HEAD LOCATION DETAIL
NO SCALE

## DESIGN CRITERIA:

1. THIS BUILDING IS OCCUPIED AS A RESTAURANT, NFPA 13, 2016 EDITION.

2. OCCUPIED OF AREAS:

   LIGHT HAZARD – 0.10/1500 SQ. FT.
   HEAD SPACING = 225 SQ. FT. MAX.

   ORDINARY (GROUP 1) = 0.15/1500 SQ. FT.
   HEAD SPACING = 130 SQ. FT. MAX.

## GENERAL FIRE PROTECTION NOTES:

1. MODIFY EXISTING WET-PIPE SPRINKLER SYSTEM TO FIT NEW STRUCTURAL LAYOUT.
2. NEW SYSTEM SHALL COMPLY WITH NFPA 13, 2013 EDITION, STATE AND LOCAL CODES.
3. THE NEW SPRINKLER SYSTEM PIPING WILL BE SUBJECTED TO A HYDROSTATIC PRESSURE TEST IN ACCORDANCE WITH NFPA 13 AND LOCAL AUTHORITIES REQUIREMENTS.
4. ALL PIPE HANGERS SHALL BE PROVIDED IN ACCORDANCE WITH NFPA 13 AND STRUCTURAL ENGINEER.
5. BRANCHES 2" AND UNDER SHALL BE "SCH. 40" W/THREAD FITTINGS. MAINS 2 1/2" AND LARGER SHALL BE "SCH. 10" BLACK.
6. FITTINGS SHALL BE 175 MINIMUM WORKING PRESSURE.
7. ALL UPRIGHT SPRINKLER DEFLECTORS IN EXPOSED CEILING AREAS SHALL BE 1" TO 12" BELOW DECK, UNLESS NOTED OTHERWISE.
8. APPROVED IDENTIFICATION SIGNS FOR ALL SYSTEM COMPONENTS SHALL BE PROVIDED IN ACCORDANCE WITH NFPA 13.
9. ALL PENETRATIONS THROUGH FIRE RATED WALLS SHALL BE PATCHED WITH APPROVED FIRE STOPPING MATERIAL TO MAINTAIN THE RATING OF THE WALL.
10. ALL ELECTRICAL WORK SHALL BE BY OTHERS.
11. ALL SPRINKLER HEADS SHALL BE PLACED IN THE CENTER OF THE CEILING TILES WHERE CEILING TILES ARE LOCATED.
12. MAINTAIN A MINIMUM TEMPERATURE OF 40 DEGREE WHERE THE WET SYSTEM IS APPLIED AND SHALL BE OWNER RESPONSIBILITY.
13. OCCUPANT IS NOT CHANGING FROM EXISTING HYDRAULICALLY CALCULATED OH2 SYSTEM.
14. SPRINKLERS ARE BEING MOVED TO PROVIDE CODE COMPLIANT COVERAGE AROUND NEW STRUCTURAL BEAMS.

INDICATES NEW SPRINKLER & PIPE RELOCATED

INDICATES NEW SPRINKLER & PIPE RELOCATED WITH NEW MECHANICAL TEE

A  INDICATES SPRINKLER TO BE ADDED (67)

R  INDICATES SPRINKLER TO BE RELOCATED (79)

P  INDICATES SPRINKLER TO BE PLUGGED (10)

■  INDICATES MECHANICAL TEE



### VICINITY MAP

DRAWING No.
FP-1

SHEET No.

