# Locations of Hoods, Walk-in Coolers & Draft Beer Spigots

highlighted on Smokecraft As Builts Combined Plan Set version 10/6/2020, Domestic water and Gas New Plan Work pg. P0201.

