**Smokecraft Clarendon LLC**
**MOR Exhibit C - Deposit Transaction Report**

| Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|
| 03/01/2025 | Journal Entry | JE030125 | No | | Employee Payroll - moved from DIP to stale checks on 3/31/25 | -Split- | 117.08 |
| 03/01/2025 | Journal Entry | JE030126 | No | | Employee Payroll - moved from DIP to stale checks on 3/31/25 | -Split- | 123.52 |
| 03/01/2025 | Journal Entry | Sales 3.1 | No | | Cash | -Split- | 428.20 |
| 03/01/2025 | Journal Entry | Sales 3.1 | No | | Credit Cards | -Split- | 6,743.16 |
| 03/02/2025 | Journal Entry | Sales 3.2 | No | | Cash | -Split- | 130.60 |
| 03/02/2025 | Deposit | | No | DoorDash Inc | | -Split- | 2,074.89 |
| 03/02/2025 | Deposit | | No | | | -Split- | 2,159.67 |
| 03/02/2025 | Journal Entry | Sales 3.2 | No | | Credit Cards | -Split- | 2,517.61 |
| 03/02/2025 | Deposit | | No | UberEats | | -Split- | 3,920.92 |
| 03/03/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.40 |
| 03/03/2025 | Deposit | | No | | | -Split- | 56.47 |
| 03/03/2025 | Journal Entry | Salse 3.3 | No | | Credit Cards | -Split- | 6,104.07 |
| 03/04/2025 | Journal Entry | Sales 3.4 | No | | Cash | -Split- | 81.25 |
| 03/04/2025 | Journal Entry | Sales 3.4 | No | | Credit Cards | -Split- | 2,140.18 |
| 03/05/2025 | Journal Entry | Sales 3.5 | No | | Cash | -Split- | 5.07 |
| 03/05/2025 | Journal Entry | Sales 3.5 | No | | Credit Cards | -Split- | 2,521.01 |
| 03/06/2025 | Journal Entry | Sales 3.6 | No | | Cash | -Split- | 62.00 |
| 03/06/2025 | Deposit | | No | toast | adjstment SFCM0204711 | Administrative:Other Contracted | 129.92 |
| 03/06/2025 | Journal Entry | Sales 3.6 | No | | Credit Cards | -Split- | 3,287.27 |
| 03/07/2025 | Journal Entry | Salse 3.7 | No | | Cash | -Split- | 75.75 |
| 03/07/2025 | Journal Entry | Salse 3.7 | No | | Credit Cards | -Split- | 3,199.49 |
| 03/08/2025 | Journal Entry | Sales 3.8 | No | | Cash | -Split- | 105.45 |
| 03/08/2025 | Journal Entry | Sales 3.8 | No | | Credit Cards | -Split- | 6,966.61 |
| 03/09/2025 | Journal Entry | Sales 3.9 | No | | Cash | -Split- | 70.85 |
| 03/09/2025 | Deposit | | No | | | -Split- | 543.96 |
| 03/09/2025 | Deposit | | No | DoorDash Inc | | -Split- | 1,889.38 |
| 03/09/2025 | Journal Entry | Sales 3.9 | No | | Credit Cards | -Split- | 2,347.61 |
| 03/09/2025 | Deposit | | No | UberEats | | -Split- | 3,651.99 |
| 03/10/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.15 |
| 03/10/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.25 |
| 03/10/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.55 |
| 03/10/2025 | Journal Entry | Sales 3.10 | No | | Cash | -Split- | 284.50 |
| 03/10/2025 | Deposit | | No | | | -Split- | 286.19 |
| 03/10/2025 | Journal Entry | Sales 3.10 | No | | Credit Cards | -Split- | 3,136.81 |
| 03/11/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.50 |
| 03/11/2025 | Deposit | | No | | INTEREST CREDIT | 8101 Interest Income | 190.30 |
| 03/11/2025 | Deposit | | No | Square | Expect deposit tomorrow. Brisket rebates. Please credit against meat costs. | 6110 Cost of Sales:Meat Cost | 299.03 |
| 03/11/2025 | Journal Entry | Sales 3.11 | No | | Credit Cards | -Split- | 6,036.96 |
| 03/12/2025 | Journal Entry | Sales 3.12 | No | | Cash | -Split- | 23.15 |
| 03/12/2025 | Deposit | | No | toast | TOAST, INC.    20250228-3 | Administrative:Credit Card | 24.75 |
| 03/12/2025 | Journal Entry | Sales 3.12 | No | | Credit Cards | -Split- | 2,089.91 |
| 03/13/2025 | Journal Entry | Sales 3.13 | No | | Credit Cards | -Split- | 3,019.64 |
| 03/14/2025 | Journal Entry | Sales 3.14 | No | | Cash | -Split- | 5.50 |
| 03/14/2025 | Journal Entry | Sales 3.14 | No | | Credit Cards | -Split- | 4,030.13 |
| 03/15/2025 | Journal Entry | Sales 3.15 | No | | Cash | -Split- | 812.54 |
| 03/15/2025 | Journal Entry | Sales 3.15 | No | | Credit Cards | -Split- | 10,155.11 |
| 03/16/2025 | Journal Entry | Sales 3.16 | No | | Cash | -Split- | 40.65 |
| 03/16/2025 | Deposit | | No | | | -Split- | 1,728.94 |
| 03/16/2025 | Deposit | | No | DoorDash Inc | | -Split- | 2,539.83 |
| 03/16/2025 | Deposit | | No | UberEats | | -Split- | 3,512.11 |
| 03/16/2025 | Journal Entry | Sales 3.16 | No | | Credit Cards | -Split- | 4,215.06 |
| 03/17/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.35 |
| 03/17/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.46 |
| 03/17/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.50 |
| 03/17/2025 | Journal Entry | Sales 3.17 | No | | Cash | -Split- | 19.75 |
| 03/17/2025 | Deposit | | No | | | -Split- | 82.13 |
| 03/17/2025 | Journal Entry | Sales 3.17 | No | | Credit Cards | -Split- | 3,011.26 |
| 03/18/2025 | Deposit | | No | toast | O/S per Andrew | Expenses:Register Over/Short | 10.00 |
| 03/18/2025 | Journal Entry | Sales 3.18 | No | | Cash | -Split- | 91.85 |
| 03/18/2025 | Journal Entry | Sales 3.18 | No | | Credit Cards | -Split- | 3,119.17 |
| 03/19/2025 | Journal Entry | Sales 3.19 | No | | Cash | -Split- | 32.95 |
| 03/19/2025 | Journal Entry | Sales 3.19 | No | | Credit Cards | -Split- | 2,026.61 |
| 03/20/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.05 |
| 03/20/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.15 |
| 03/20/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.25 |
| 03/20/2025 | Journal Entry | Sales 3.20 | No | | Cash | -Split- | 91.25 |
| 03/20/2025 | Journal Entry | Sales 3.20 | No | | Credit Cards | -Split- | 3,145.44 |
| 03/20/2025 | Journal Entry | Sales 3.20 | No | | Check | -Split- | 5,691.91 |
| 03/21/2025 | Journal Entry | Sales 3.21 | No | | Cash | -Split- | 185.15 |
| 03/21/2025 | Journal Entry | Sales 3.21 | No | | Credit Cards | -Split- | 3,989.49 |
| 03/22/2025 | Journal Entry | Sales 3.22 | No | | Cash | -Split- | 228.00 |
| 03/22/2025 | Journal Entry | Sales 3.22 | No | | Credit Cards | -Split- | 8,359.12 |
| 03/23/2025 | Journal Entry | Sales 3.23 | No | | Cash | -Split- | 58.00 |
| 03/23/2025 | Deposit | | No | DoorDash Inc | | -Split- | 2,844.62 |
| 03/23/2025 | Deposit | | No | UberEats | | -Split- | 3,382.56 |
| 03/23/2025 | Journal Entry | Sales 3.23 | No | | Credit Cards | -Split- | 3,843.75 |
| 03/23/2025 | Deposit | | No | | | -Split- | 3,857.76 |
| 03/24/2025 | Journal Entry | Sales 3.24 | No | | Cash | -Split- | 64.80 |
| 03/24/2025 | Deposit | | No | | | -Split- | 292.86 |
| 03/24/2025 | Journal Entry | Sales 3.24 | No | | Credit Cards | -Split- | 1,110.55 |
| 03/25/2025 | Journal Entry | Sales 3.25 | No | | Cash | -Split- | 9.90 |
| 03/25/2025 | Journal Entry | Sales 3.25 | No | | Credit Cards | -Split- | 6,670.09 |
| 03/26/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.10 |
| 03/26/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.20 |
| 03/26/2025 | Deposit | | No | Darling Ingredients Inc. | DEPOSIT | Expenses:Trash Removal | 33.08 |
| 03/26/2025 | Journal Entry | Sales 3.26 | No | | Cash | -Split- | 60.00 |
| 03/26/2025 | Deposit | | No | Square | SQUARE INC    SQ250326 | 6110 Cost of Sales:Meat Cost | 201.17 |
| 03/26/2025 | Journal Entry | Sales 3.26 | No | | Credit Cards | -Split- | 2,884.20 |
| 03/27/2025 | Deposit | | No | Venmo | VENMO    CASHOUT | 6110 Cost of Sales:Meat Cost | 100.87 |
| 03/27/2025 | Journal Entry | Sales 3.27 | No | | Cash | -Split- | 120.70 |
| 03/27/2025 | Journal Entry | Sales 3.27 | No | | Credit Cards | -Split- | 3,998.35 |
| 03/28/2025 | Deposit | | No | | | Expenses:Register Over/Short | 1.30 |
| 03/28/2025 | Journal Entry | Sales 3.28 | No | | Cash | -Split- | 123.10 |
| 03/28/2025 | Journal Entry | Sales 3.28 | No | | Credit Cards | -Split- | 5,549.31 |
| 03/29/2025 | Journal Entry | Sales 3.29 | No | | Cash | -Split- | 518.78 |
| 03/29/2025 | Journal Entry | Sales 3.29 | No | | Credit Cards | -Split- | 9,677.86 |
| 03/30/2025 | Journal Entry | Sales 3.30 | No | | Cash | -Split- | 224.60 |
| 03/30/2025 | Deposit | | No | | | -Split- | 235.97 |
| 03/30/2025 | Deposit | | No | DoorDash Inc | | -Split- | 3,150.61 |
| 03/30/2025 | Journal Entry | Sales 3.30 | No | | Credit Cards | -Split- | 4,120.58 |
| 03/30/2025 | Deposit | | No | UberEats | | -Split- | 4,818.06 |

| Date | Type | Num | | Name | | Account | Amount |
|---|---|---|---|---|---|---|---|
| 03/30/2025 | Deposit | | No | ez cater | | -Split- | 5,055.12 |
| 03/31/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.22 |
| 03/31/2025 | Deposit | | No | | | Expenses:Register Over/Short | 0.90 |
| 03/31/2025 | Journal Entry | Sales 3.31 | No | | Credit Cards | -Split- | 2,975.44 |
| | | | | | | **$** | **189,958.19** |