# Smokecraft Clarendon LLC
## MOR Exhibit D - Withdrawal Transaction Report

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount |
|---|---|---|---|---|---|---|
| 03/01/2025 | Journal Entry | MI15422ME | No | | Vendor: MarginEdge | -Split- | -300.00 |
| 03/01/2025 | Journal Entry | MI15415ME | No | | Vendor: Restaurant Depot / Jetro | -Split- | -142.29 |
| 03/01/2025 | Expense | 11340559533354649 | No | Amazon | VISA DDA PUR AP - 469216   AMAZON MKTPL 267EL1RK3   AMZN COM BILL * WA | 6170 Cost of Sales:Grocery Cost | -40.27 |
| 03/03/2025 | Bill Payment (Check) | | No | VRA Cleaning Services LLC | | Accounts Payable (A/P) | -3,680.00 |
| 03/03/2025 | Expense | | No | Arlington County Treasurer | ARLINGTON COUNTY ARLCO PMT | 2000 Sales Tax Payable | -2,122.18 |
| 03/03/2025 | Bill Payment (Check) | | No | Bowie Produce | | Accounts Payable (A/P) | -861.50 |
| 03/03/2025 | Bill Payment (Check) | | No | Lyon Bakery | | Accounts Payable (A/P) | -178.65 |
| 03/03/2025 | Bill Payment (Check) | | No | Logan Food Company | | Accounts Payable (A/P) | -127.50 |
| 03/03/2025 | Bill Payment (Check) | | No | Pest Management Services, Inc. | | Accounts Payable (A/P) | -85.00 |
| 03/03/2025 | Expense | | No | Amazon | VISA DDA PUR AP - 443106   AMAZON GROCE YE37B3QQ3   SEATTLE   * WA | 6170 Cost of Sales:Grocery Cost | -35.45 |
| 03/03/2025 | Expense | | No | Toast Inc. | TOAST, INC    TOAST, INC | Administrative:Other Contracted | -16.24 |
| 03/03/2025 | Expense | | No | | | Expenses:Register Over/Short | -0.20 |
| 03/04/2025 | Bill Payment (Check) | 5142 | No | ALSCO | Invoice Numbers: LALE1136781 | Accounts Payable (A/P) | -221.29 |
| 03/05/2025 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -7,300.50 |
| 03/05/2025 | Bill Payment (Check) | 5143 | No | TriMark Adams-Burch | Invoice Numbers: 6507387-00 | Accounts Payable (A/P) | -802.91 |
| 03/05/2025 | Expense | | No | | | Expenses:Register Over/Short | -0.25 |
| 03/06/2025 | Bill Payment (Check) | | No | Parkx Master Merchant, LC | | Accounts Payable (A/P) | -200.00 |
| 03/07/2025 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -7,314.38 |
| 03/07/2025 | Bill Payment (Check) | 5144 | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1902023 | Accounts Payable (A/P) | -1,066.48 |
| 03/07/2025 | Journal Entry | MI15451ME | No | | Vendor: Virginia ABC | -Split- | -198.94 |
| 03/09/2025 | Journal Entry | MI15457ME | No | | Vendor: Trader Joe's | -Split- | -12.09 |
| 03/10/2025 | Bill Payment (Check) | | No | KBS III 3003 Washington LLC | | Accounts Payable (A/P) | -18,084.64 |
| 03/10/2025 | Bill Payment (Check) | | No | Bowie Produce | | Accounts Payable (A/P) | -777.00 |
| 03/10/2025 | Bill Payment (Check) | | No | Safety First Services | | Accounts Payable (A/P) | -625.00 |
| 03/10/2025 | Bill Payment (Check) | | No | Lyon Bakery | | Accounts Payable (A/P) | -306.24 |
| 03/10/2025 | Bill Payment (Check) | | No | Magnolia Plumbing | | Accounts Payable (A/P) | -255.00 |
| 03/10/2025 | Bill Payment (Check) | | No | Corporate Filings LLC | | Accounts Payable (A/P) | -150.00 |
| 03/10/2025 | Bill Payment (Check) | | No | Logan Food Company | | Accounts Payable (A/P) | -127.50 |
| 03/10/2025 | Expense | | No | Toast Inc. | Chargeback | Expenses:Register Over/Short | -127.03 |
| 03/10/2025 | Expense | | No | Amazon | VISA DDA PUR AP - 469216   AMAZON MKTPL IB9982DH3   AMZN COM BILL * WA | -Split- | -33.88 |
| 03/10/2025 | Expense | | No | | | Expenses:Register Over/Short | -0.07 |
| 03/11/2025 | Bill Payment (Check) | 5145 | No | ALSCO | Invoice Numbers: LALE1137837 | Accounts Payable (A/P) | -221.29 |
| 03/12/2025 | Journal Entry | MI15476ME | No | | Vendor: Mailchimp | -Split- | -285.00 |
| 03/12/2025 | Bill Payment (Check) | apply CR | No | TriMark Adams-Burch | 20286 | Accounts Payable (A/P) | -35.26 |
| 03/13/2025 | Expense | | No | Arlington Chamber of Commerce | ARLINGTON CHAMBE ACH | Administrative:Dues & | -48.00 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | taxes - GL Report Summary | -Split- | -6,211.33 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Employee Payroll | -Split- | -2,455.86 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Employee Payroll | -Split- | -1,286.53 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Employee Payroll | -Split- | -1,268.24 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Employee Payroll | -Split- | -1,134.97 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Employee Payroll | -Split- | -1,043.44 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Employee Payroll | -Split- | -1,012.73 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Employee Payroll | -Split- | -1,005.11 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Employee Payroll | -Split- | -998.94 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Employee Payroll | -Split- | -985.09 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Employee Payroll | -Split- | -957.00 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Employee Payroll | -Split- | -914.77 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Employee Payroll | -Split- | -907.09 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Employee Payroll | -Split- | -885.71 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Employee Payroll | -Split- | -746.47 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Employee Payroll | -Split- | -720.59 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Employee Payroll | -Split- | -622.12 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Employee Payroll | -Split- | -547.06 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Employee Payroll | -Split- | -546.08 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Employee Payroll | -Split- | -448.30 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Employee Payroll | -Split- | -442.41 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Employee Payroll | -Split- | -292.28 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Employee Payroll | -Split- | -242.94 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | DD+ payroll fee | -Split- | -229.00 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Fairfax Cir #11035 | -Split- | -220.31 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Employee Payroll | -Split- | -166.53 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Alexandra Gen Dis #11037 | -Split- | -155.64 |
| 03/14/2025 | Journal Entry | Payroll 2.24-3.9 | No | | Fairfax Gen Dis #11036 | -Split- | -46.80 |
| 03/14/2025 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -3,325.15 |
| 03/14/2025 | Bill Payment (Check) | 5146 | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1904021 | Accounts Payable (A/P) | -1,184.10 |
| 03/14/2025 | Journal Entry | MI15481ME | No | | Vendor: Restaurant Depot / Jetro | -Split- | -885.95 |
| 03/14/2025 | Bill Payment (Check) | | No | Comcast (EFT) | | Accounts Payable (A/P) | -757.88 |
| 03/14/2025 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -65.23 |
| 03/14/2025 | Expense | | No | | | Expenses:Register Over/Short | -0.15 |
| 03/15/2025 | Journal Entry | MI15484ME | No | | Vendor: Craigslist | -Split- | -45.00 |
| 03/15/2025 | Journal Entry | MI15478ME | No | | Vendor: Trader Joe's | -Split- | -6.04 |
| 03/16/2025 | Journal Entry | MI15482ME | No | | Vendor: Virginia ABC | -Split- | -674.26 |
| 03/16/2025 | Journal Entry | MI15486ME | No | | Vendor: Trader Joe's | -Split- | -10.57 |
| 03/17/2025 | Bill Payment (Check) | | No | Erie Insurance Group | | Accounts Payable (A/P) | -1,359.48 |
| 03/17/2025 | Bill Payment (Check) | | No | Lyon Bakery | | Accounts Payable (A/P) | -313.57 |
| 03/17/2025 | Journal Entry | MI15510ME | No | | Vendor: Dropbox | -Split- | -54.00 |
| 03/18/2025 | Bill Payment (Check) | 5147 | No | ALSCO | Invoice Numbers: LALE1138870 | Accounts Payable (A/P) | -222.22 |
| 03/19/2025 | Bill Payment (Check) | 5148 | No | TriMark Adams-Burch | Invoice Numbers: 6511493-00 | Accounts Payable (A/P) | -1,491.10 |
| 03/19/2025 | Expense | | No | Toast Inc. | Chargeback see email attachment | Expenses:Register Over/Short | -126.03 |
| 03/20/2025 | Expense | | No | Restaurant Depot | VISA DDA PUR AP - 403629   RESTAURANT DEPOT   718 762 8700 * NY | -Split- | -600.52 |
| 03/20/2025 | Expense | | No | Intuit Inc. | | Administrative:Other Contracted | -85.00 |
| 03/20/2025 | Expense | | No | Amazon | VISA DDA PUR AP - 469216   AMAZON MKTPL 698OK1O43   AMZN COM BILL * WA | 6170 Cost of Sales:Grocery Cost | -35.37 |
| 03/20/2025 | Journal Entry | MI15514ME | No | | Vendor: Trader Joe's | -Split- | -6.04 |
| 03/21/2025 | Expense | | No | Arlington County Treasurer | ARLINGTON COUNTY ARLCO PMT | 2000 Sales Tax Payable | -5,036.94 |
| 03/21/2025 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -3,325.45 |
| 03/21/2025 | Bill Payment (Check) | 5149 | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1905831 | Accounts Payable (A/P) | -906.73 |
| 03/21/2025 | Bill Payment (Check) | | No | VA Eagle Distributing | | Accounts Payable (A/P) | -321.67 |
| 03/21/2025 | Expense | | No | Harland Clarke | HARLAND CLARKE   CHK ORDERS | Administrative:Office Supplies & | -201.12 |
| 03/21/2025 | Expense | | No | Amazon | VISA DDA PUR AP - 469216   AMAZON COM AA5640OT3   AMZN COM BILL * WA | 6170 Cost of Sales:Grocery Cost | -35.12 |
| 03/22/2025 | Journal Entry | MI15532ME | No | | Vendor: Canva | -Split- | -14.99 |
| 03/23/2025 | Journal Entry | MI15524ME | No | | Vendor: Virginia ABC | -Split- | -184.95 |
| 03/23/2025 | Journal Entry | MI15553ME | No | | Vendor: Intuit | -Split- | -124.00 |
| 03/24/2025 | Expense | | No | VA Department of Taxation | VA DEPT TAXATION TAX PAYMEN | 2000 Sales Tax Payable | -6,358.07 |
| 03/24/2025 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -6,338.81 |
| 03/24/2025 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -1,788.57 |
| 03/24/2025 | Bill Payment (Check) | | No | Bowie Produce | | Accounts Payable (A/P) | -629.50 |
| 03/24/2025 | Bill Payment (Check) | | No | Lyon Bakery | | Accounts Payable (A/P) | -475.33 |

| Date | Type | Num | | Name | Memo/Description | Account | Amount |
|---|---|---|---|---|---|---|---|
| 03/24/2025 | Bill Payment (Check) | | No | Chill-Craft Company Inc. | | Accounts Payable (A/P) | -451.24 |
| 03/24/2025 | Bill Payment (Check) | | No | Magnolia Plumbing | | Accounts Payable (A/P) | -255.00 |
| 03/24/2025 | Journal Entry | MI15545ME | No | | Vendor: Craigslist | -Split- | -45.00 |
| 03/24/2025 | Expense | | No | | | Expenses:Register Over/Short | -0.25 |
| 03/24/2025 | Expense | | No | | | Expenses:Register Over/Short | -0.15 |
| 03/25/2025 | Bill Payment (Check) | 5151 | No | ALSCO | Invoice Numbers: LALE1139934 | Accounts Payable (A/P) | -222.22 |
| 03/26/2025 | Bill Payment (Check) | | No | Dominion Energy Virginia (ACH) | | Accounts Payable (A/P) | -2,811.03 |
| 03/26/2025 | Bill Payment (Check) | | No | Capital Bank | | Accounts Payable (A/P) | -1,500.00 |
| 03/26/2025 | Journal Entry | MI15565ME | No | | Vendor: ULINE | -Split- | -344.45 |
| 03/26/2025 | Journal Entry | MI15558ME | No | | Vendor: Virginia ABC | -Split- | -297.90 |
| 03/26/2025 | Expense | | No | State Farm | VISA DDA PUR AP - 494300   STATE FARM INSURANCE   800 956 6310 * IL | Administrative:Gen. Liab Insur/Key | -182.34 |
| 03/26/2025 | Journal Entry | MI15591ME | No | | Vendor: Amazon.com | -Split- | -10.09 |
| 03/26/2025 | Journal Entry | MI15559ME | No | | Vendor: Giant | -Split- | -7.56 |
| 03/27/2025 | Bill Payment (Check) | | No | Restaurant Depot | | Accounts Payable (A/P) | -803.19 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | taxes - GL Report Summary | -Split- | -7,127.80 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Employee Payroll | -Split- | -2,601.87 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Employee Payroll | -Split- | -1,678.49 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Employee Payroll | -Split- | -1,653.39 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Employee Payroll | -Split- | -1,458.96 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Employee Payroll | -Split- | -1,358.75 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Employee Payroll | -Split- | -1,229.88 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Employee Payroll | -Split- | -1,161.01 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Employee Payroll | -Split- | -1,094.76 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Employee Payroll | -Split- | -1,039.25 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Employee Payroll | -Split- | -1,019.63 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Employee Payroll | -Split- | -1,002.52 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Employee Payroll | -Split- | -911.89 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Employee Payroll | -Split- | -899.01 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Employee Payroll | -Split- | -759.08 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Employee Payroll | -Split- | -646.03 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Employee Payroll | -Split- | -594.74 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Employee Payroll | -Split- | -547.84 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Employee Payroll | -Split- | -544.64 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Employee Payroll | -Split- | -471.84 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Employee Payroll | -Split- | -420.71 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Fairfax Cir #11062 | -Split- | -280.90 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Alexandra Gen Dis #11064 | -Split- | -214.20 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Employee Payroll | -Split- | -186.18 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Employee Payroll | -Split- | -140.51 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Fairfax Gen Dis #11063 | -Split- | -64.40 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | DD+ payroll fee | -Split- | -40.00 |
| 03/28/2025 | Journal Entry | Payroll 3.10-3.23 | No | | Employee Payroll | -Split- | -16.62 |
| 03/28/2025 | Bill Payment (Check) | | No | Reinhart Food Service (PFG) | | Accounts Payable (A/P) | -6,958.26 |
| 03/28/2025 | Bill Payment (Check) | | No | VRA Cleaning Services LLC | | Accounts Payable (A/P) | -3,680.00 |
| 03/28/2025 | Bill Payment (Check) | 5150 | No | AM Briggs INC dba Metropolitan Meat, Seafood & Poulty | Invoice Numbers: 1907740 | Accounts Payable (A/P) | -1,200.16 |
| 03/28/2025 | Bill Payment (Check) | | No | Open Table Inc. ACH | | Accounts Payable (A/P) | -474.00 |
| 03/28/2025 | Bill Payment (Check) | EFT18732314 | No | Specialty Beverage | Invoice Numbers: 441370 | Accounts Payable (A/P) | -219.00 |
| 03/28/2025 | Bill Payment (Check) | EFT93300429 | No | Specialty Beverage | Invoice Numbers: 441369 | Accounts Payable (A/P) | -200.00 |
| 03/28/2025 | Journal Entry | MI15587ME | No | | Vendor: Virginia ABC | -Split- | -122.98 |
| 03/28/2025 | Expense | | No | Arlington Chamber of Commerce | VISA DDA PUR AP - 439469   ARLINGTON CHAMBER OF C   703 525 2400 * VA | Promotion:Advertising & Marketing | -25.00 |
| 03/28/2025 | Expense | | No | Adobe Inc. | VISA DDA PUR AP - 403629   ADOBE  ADOBE    408 536 6000 * CA | Administrative:Other Contracted | -21.19 |
| 03/28/2025 | Journal Entry | MI15575ME | No | | Vendor: Trader Joe's | -Split- | -2.01 |
| 03/29/2025 | Journal Entry | MI15590ME | No | | Vendor: Amazon.com | -Split- | -292.03 |
| 03/29/2025 | Journal Entry | MI15580ME | No | | Vendor: Trader Joe's | -Split- | -36.27 |
| 03/31/2025 | Bill Payment (Check) | | No | Platform Business Advisors | | Accounts Payable (A/P) | -2,500.00 |
| 03/31/2025 | Bill Payment (Check) | | No | GWWC, LLC | | Accounts Payable (A/P) | -750.00 |
| 03/31/2025 | Bill Payment (Check) | | No | Safety First Services | | Accounts Payable (A/P) | -625.00 |
| 03/31/2025 | Bill Payment (Check) | | No | Bowie Produce | | Accounts Payable (A/P) | -488.00 |
| 03/31/2025 | Bill Payment (Check) | | No | Lyon Bakery | | Accounts Payable (A/P) | -442.66 |
| 03/31/2025 | Bill Payment (Check) | | No | TriMark Adams-Burch | | Accounts Payable (A/P) | -414.35 |
| 03/31/2025 | Bill Payment (Check) | | No | Roberts Oxygen Company, Inc. | | Accounts Payable (A/P) | -356.08 |
| 03/31/2025 | Bill Payment (Check) | | No | Pest Management Services, Inc. | | Accounts Payable (A/P) | -85.00 |
| 03/31/2025 | Journal Entry | MI15631ME | No | | Vendor: Google LLC | -Split- | -15.26 |
| 03/31/2025 | Expense | | No | | | 6210 Cost of Sales:Liquor Cost | -5.60 |
| | | | | | | $ | (164,272.45) |