# Smokecraft Clarendon LLC
## Vendor Balance Detail
### As of March 31, 2025

| | Date | Transaction Type | Num | Due Date | Amount | Open Balance |
|---|---|---|---|---|---|---|
| **Bowie Produce** | | | | | | |
| | 03/05/2025 | Bill | 5438380 | 03/26/2025 | 144.50 | 144.50 |
| | 03/07/2025 | Bill | 5438648 | 03/28/2025 | 378.50 | 378.50 |
| | 03/10/2025 | Bill | 5438757 | 03/31/2025 | 95.50 | 95.50 |
| | 03/14/2025 | Bill | 5439338 | 04/04/2025 | 495.75 | 495.75 |
| | 03/17/2025 | Bill | 5439428 | 04/07/2025 | 120.00 | 120.00 |
| | 03/19/2025 | Bill | 5439684 | 04/09/2025 | 211.75 | 211.75 |
| | 03/21/2025 | Bill | 5439877 | 04/11/2025 | 340.25 | 340.25 |
| | 03/26/2025 | Bill | 5440259 | 04/16/2025 | 127.00 | 127.00 |
| | 03/28/2025 | Bill | 5440513 | 04/18/2025 | 313.00 | 313.00 |
| **Total for Bowie Produce** | | | | | **$ 2,226.25** | **$ 2,226.25** |
| **Comcast (EFT)** | | | | | | |
| | 03/18/2025 | Bill | | 03/18/2025 | 757.88 | 757.88 |
| **Total for Comcast (EFT)** | | | | | **$ 757.88** | **$ 757.88** |
| **Dominion Energy Virginia (ACH)** | | | | | | |
| | 03/28/2025 | Bill | 800400654542 | 03/28/2025 | 2,385.44 | 2,385.44 |
| **Total for Dominion Energy Virginia (ACH)** | | | | | **$ 2,385.44** | **$ 2,385.44** |
| **Juarez's HVAC LLC** | | | | | | |
| | 03/22/2025 | Bill | 319 | 03/22/2025 | 375.00 | 375.00 |
| | 03/22/2025 | Bill | 324 | 03/22/2025 | 225.40 | 225.40 |
| **Total for Juarez's HVAC LLC - COD** | | | | | **$ 600.40** | **$ 600.40** |
| **Logan Food Company** | | | | | | |
| | 03/13/2025 | Bill | 159368 | 04/13/2025 | 127.50 | 127.50 |
| | 03/21/2025 | Bill | 159758 | 04/21/2025 | 127.50 | 127.50 |
| **Total for Logan Food Company** | | | | | **$ 255.00** | **$ 255.00** |
| **Lyon Bakery** | | | | | | |
| | 02/11/2025 | Bill Payment (Check) | | 02/11/2025 | -1.54 | -1.54 |
| | 03/21/2025 | Bill | 1944602 | 03/31/2025 | 129.53 | 129.53 |
| | 03/23/2025 | Bill | 1945460 | 03/30/2025 | 51.01 | 51.01 |
| | 03/24/2025 | Bill | 1945997 | 04/03/2025 | 40.91 | 40.91 |
| | 03/26/2025 | Bill | 1946970 | 04/05/2025 | 45.68 | 45.68 |
| | 03/27/2025 | Bill | 1947467 | 04/06/2025 | 48.17 | 48.17 |
| | 03/28/2025 | Bill | 1947850 | 04/07/2025 | 66.12 | 66.12 |
| | 03/29/2025 | Bill | 1948503 | 04/08/2025 | 133.16 | 133.16 |
| | 03/30/2025 | Bill | 1948828 | 04/09/2025 | 100.23 | 100.23 |
| **Total for Lyon Bakery** | | | | | **$ 613.27** | **$ 613.27** |
| **M.A. Stockstill Co. - COD** | | | | | | |
| | 03/19/2025 | Bill | 25500 | 03/19/2025 | 330.64 | 330.64 |
| **Total for M.A. Stockstill Co. - COD** | | | | | **$ 330.64** | **$ 330.64** |
| **MtoM Consulting, LLC** | | | | | | |
| | 03/04/2025 | Bill | 4814 | 03/19/2025 | 30.00 | 30.00 |
| **Total for MtoM Consulting, LLC** | | | | | **$ 30.00** | **$ 30.00** |
| **Parkx Master Merchant, LC** | | | | | | |
| | 03/17/2025 | Bill | 130178 | 03/17/2025 | 200.00 | 200.00 |
| **Total for Parkx Master Merchant, LC** | | | | | **$ 200.00** | **$ 200.00** |
| **Pest Management Services, Inc.** | | | | | | |
| | 03/28/2025 | Bill | 41635168 | 04/27/2025 | 85.00 | 85.00 |
| **Total for Pest Management Services, Inc.** | | | | | **$ 85.00** | **$ 85.00** |
| **Platform Business Advisors** | | | | | | |
| | 03/31/2025 | Bill | PFL0416 | 03/31/2025 | 2,500.00 | 2,500.00 |
| **Total for Platform Business Advisors** | | | | | **$ 2,500.00** | **$ 2,500.00** |
| **Reinhart Food Service (PFG)** | | | | | | |
| | 03/18/2025 | Bill | 5175324 | 04/02/2025 | 445.03 | 445.03 |
| | 03/21/2025 | Bill | 5179316 | 04/05/2025 | 65.23 | 65.23 |
| | 03/21/2025 | Bill | 5179315 | 04/05/2025 | 6,511.31 | 6,511.31 |
| | 03/28/2025 | Bill | 5184921 | 04/12/2025 | 6,503.85 | 6,503.85 |
| **Total for Reinhart Food Service (PFG)** | | | | | **$ 13,525.42** | **$ 13,525.42** |
| **Roberts Oxygen Company, Inc.** | | | | | | |

|  | Date | Type | Num | Due Date | Open Balance | Amount |
|---|---|---|---|---|---:|---:|
|  | 03/24/2025 | Bill | 496396 | 03/24/2025 | 102.90 | 102.90 |
| **Total for Roberts Oxygen Company, Inc.** |  |  |  |  | **$ 102.90** | **$ 102.90** |
| **Safety First Services** |  |  |  |  |  |  |
|  | 03/24/2025 | Bill | 12463198 | 03/24/2025 | 1,050.00 | 1,050.00 |
| **Total for Safety First Services** |  |  |  |  | **$ 1,050.00** | **$ 1,050.00** |
| **TriMark Adams-Burch** |  |  |  |  |  |  |
|  | 03/28/2025 | Bill | 5952957-58 | 04/27/2025 | 115.54 | 115.54 |
|  | 03/28/2025 | Bill | 5942121-59 | 04/27/2025 | 274.54 | 274.54 |
| **Total for TriMark Adams-Burch** |  |  |  |  | **$ 390.08** | **$ 390.08** |
| **Washington Gas** |  |  |  |  |  |  |
|  | 02/23/2025 | Bill |  | 02/23/2025 | 1,440.65 | 1,440.65 |
| **Total for Washington Gas** |  |  |  |  | **$ 1,440.65** | **$ 1,440.65** |
| **Virginia Meals Tax** |  |  |  |  |  |  |
|  | 3/31/2025 |  |  | 3/20/2025 | 14,124.92 | 14,124.92 |
| **Total for Virginia Meals Tax** |  |  |  |  | **$ 14,124.92** | **$ 14,124.92** |
| **Employee Tips** |  |  |  |  |  |  |
|  | 3/30/2025 |  |  | 4/11/2025 | 4,541.07 | 4,541.07 |
|  | 3/31/2025 |  |  | 4/11/2025 | 458.36 | 458.36 |
| **Total for Employee Tips** |  |  |  |  | **$ 4,999.43** | **$ 4,999.43** |
| **TOTAL** |  |  |  |  | **$ 45,617.28** | **$ 45,617.28** |

Tuesday, Apr 01, 2025 05:15:04 PM GMT-7