SMALL BUSINESS MOR – SMOKECRAFT CLARENDON LLC
Mar-25
EXHIBIT F

**Receivables**

| | | |
|---|---|---:|
| Grubhub | $ | 290.55 |
| UberEats | $ | 5,183.12 |
| DoorDash | $ | 3,351.55 |
| ezCater | $ | 6,652.85 |
| Toast CC Transactions | $ | 7,096.02 |
| Daily Cash Deposits | $ | - |
| **Total** | **$** | **22,574.09** |