# Smokecraft Clarendon LLC
## Balance Sheet
### As of March 31, 2025

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| 1010 Capital Bank MD | 2.00 |
| 1020 TD Bank Operating | 11,330.02 |
| 1021 TD Bank-DIP Checking | -8,310.34 |
| 1050 TD Bank CD | 65,000.00 |
| 1060 Petty Cash | 1,000.00 |
| **Total Bank Accounts** | **$ 69,021.68** |
| **Other Current Assets** | |
| 1201 DoorDash | 260.06 |
| 1202 UberEats | 484.33 |
| 1206 EZCater | 1,954.70 |
| 1207 Grubhub | 0.77 |
| 1300 Prepaid Other | 5,095.34 |
| 1340 Prepaid Insurance | 1,461.15 |
| 1350 Food Inventory | 15,684.18 |
| 1352 Liquor Inventory | 4,213.68 |
| 1354 Wine Inventory | 375.42 |
| 1356 Beer Inventory | 3,135.07 |
| 1358 NA Bev Inventory | 1,113.53 |
| **Total Other Current Assets** | **$ 33,778.23** |
| **Total Current Assets** | **$ 102,799.91** |
| **Fixed Assets** | |
| 1400 Leasehold Improvements | 946,220.03 |
| 1410 Machinery & Equipment | 303,297.90 |
| 1420 Design & Architechtural Fees | 104,783.93 |
| 1430 Furniture & Fixtures | 83,469.68 |
| Accumulated Depreciation | -1,414,894.00 |
| **Total Fixed Assets** | **$ 22,877.54** |
| **Other Assets** | |
| 1620 Pre-opening costs | |
| 1620.1 Legal Fees | 30,512.53 |
| 1620.2 PR/Advertising/Website | 56,444.66 |
| 1620.3 Bank Fees | 64,488.85 |
| 1620.4 LIcenses and Permits | 8,266.39 |
| 1620.5 Other Costs | 39,775.33 |
| 1620.6 Pre-Opening Payroll | 38,218.87 |
| 1620.7 Lease Payments | 12,432.84 |

| | | |
|---|---|---:|
| Accumulated Amortization | | -40,300.00 |
| **Total 1620 Pre-opening costs** | **$** | **209,839.47** |
| **Total Other Assets** | **$** | **209,839.47** |
| **TOTAL ASSETS** | **$** | **335,516.92** |
| **LIABILITIES AND EQUITY** | | |
| Liabilities | | |
| Current Liabilities | | |
| Accounts Payable | | |
| Accounts Payable (A/P) | | 174,971.83 |
| **Total Accounts Payable** | **$** | **174,971.83** |
| Credit Cards | | |
| 2300 SMB TD Bank Credit Card | | 20,871.84 |
| **Total Credit Cards** | **$** | **20,871.84** |
| Other Current Liabilities | | |
| 2000 Sales Tax Payable | | 12,344.71 |
| 2100 Accrued Expenses | | 13,162.22 |
| 2200 Gift Cards | | 22,990.68 |
| 2300 Prepaid Sales | | 12,927.80 |
| 2310 Loan Payable-Toast | | 114,147.78 |
| 2312 Stale Checks | | 1,322.02 |
| 2540 Tips Payable | | 4,831.16 |
| 2541 Catering Tips Payable | | 4,990.48 |
| **Total Other Current Liabilities** | **$** | **186,716.85** |
| **Total Current Liabilities** | **$** | **382,560.52** |
| Long-Term Liabilities | | |
| 2500 Capital Bank SBA Loan | | 895,380.18 |
| **Total Long-Term Liabilities** | **$** | **895,380.18** |
| **Total Liabilities** | **$** | **1,277,940.70** |
| Equity | | |
| 3110 Contribution - A Darneille | | 363,838.16 |
| 3120 Contribution - H. Darneille | | 253,528.00 |
| 3130 Contribution - R. Darneille | | 125,000.00 |
| 3140 Contribution - J.Smith | | 50,000.00 |
| 3150 Contribution- Smoke Holdings | | 119,592.04 |
| 3155 Diane Davenny Darneille | | 40,000.00 |
| Retained Earnings | | -1,870,064.01 |
| Net Income | | -41,489.25 |
| **Total Equity** | **-$** | **959,595.06** |
| **TOTAL LIABILITIES AND EQUITY** | **$** | **318,345.64** |

Friday, Apr 11, 2025 10:42:17 AM GMT-7 - Accrual Basis