## Cash Flow Projection
## Smokecraft Clarendon

Starting date: 3/30/2025

Main Account Capital One

**NO AP payments for any invoices prior to 4/29**

| | Beginning | 4/6/2025 | 4/13/2025 | 4/20/2025 | 4/27/2025 | 5/4/2025 | 5/11/2025 | 5/18/2025 | 5/25/2025 | 6/1/2025 | 6/8/2025 | 6/15/2025 | 6/22/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bank Balance - DIP Checking** | 31,155 | | | | | | | | | | | | |
| **Bank Balance - Capital Bank** | 2 | | | | | | | | | | | | |
| **Bank Balance -TD Lockbox** | 306 | | | | | | | | | | | | |
| **Cash on hand** | 31,463 | 19,675 | 16,238 | 22,094 | 9,413 | 6,423 | 14,415 | 36,564 | 30,583 | 50,707 | 36,187 | 60,319 | 39,092 |

| **ANTICIPATED CASH RECEIPTS** | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 12,000 | 40,000 | 40,000 | 40,000 | 40,000 | 45,000 | 50,000 | 50,000 | 50,000 | 40,000 | 45,000 | 45,000 | 40,000 |
| **Deposits/paid ins on Catering Orders** | -2,944 | -4,638 | | -1,771 | | | -4,726 | | | | | | |
| Tax | 1,200 | 4,000 | 4,000 | 4,000 | 4,000 | 4,500 | 5,000 | 5,000 | 5,000 | 4,000 | 4,500 | 4,500 | 4,000 |
| Gratuity | 1,500 | 5,000 | 5,000 | 5,000 | 5,000 | 5,625 | 6,250 | 6,250 | 6,250 | 5,000 | 5,625 | 5,625 | 5,000 |
| Third Party fees | -648 | -2,160 | -2,160 | -2,160 | -2,160 | -2,430 | -2,700 | -2,700 | -2,700 | -2,160 | -2,430 | -2,430 | -2,160 |
| CC fees | -368 | -1,225 | -1,225 | -1,225 | -1,225 | -1,378 | -1,531 | -1,531 | -1,531 | -1,225 | -1,378 | -1,378 | -1,225 |
| **TOTAL CASH RECEIPTS** | 10,741 | 40,977 | 45,615 | 43,844 | 45,615 | 51,317 | 52,293 | 57,019 | 57,019 | 45,615 | 51,317 | 51,317 | 45,615 |
| **Total cash available** | 42,204 | 60,652 | 61,853 | 65,938 | 55,028 | 57,740 | 66,708 | 93,583 | 87,602 | 96,322 | 87,504 | 111,636 | 84,707 |

| **CASH PAID OUT** | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payroll | 17,317 | 10,000 | 23,600 | 23,600 | 10,000 | 23,600 | 10,000 | 23,600 | 10,000 | 23,600 | 10,000 | 23,600 | 10,000 |
| gratuity | | | | | | | | | | | | | |
| Sales Tax | | | | 14,125 | | | | 17,200 | | | | 21,500 | |
| Accounts Payable | | | | | | | | | | | | | |
|   Food + Beverage @ 32% | 2,267 | 12,800 | 12,800 | 12,800 | 12,800 | 14,400 | 16,000 | 16,000 | 16,000 | 12,800 | 14,400 | 14,400 | 12,800 |
|   PFG | 445 | | | | | | | | | | | | |
|   **Rent** | | 17,979 | | | 18,060 | | | | | 18,060 | | | |
|   OpenTable | | | | | 350 | | | | | 350 | | | |
|   Fintech | | | | | | | | | | | | | |
|   Toast | | 585 | | | | | 585 | | | | 585 | | |
|   Utilities/wood | | | | 4,000 | | | | 4,000 | | | | 4,000 | |
|   Hood cleaning | | 1,050 | | | | 625 | | | 625 | | | | |
|   Cleaning | | | | | 3,695 | | | | 3,695 | | | | |
|   Late Night Expenses | | | | | | | | | | | | | |
|   Platform Bus Advisors/Cohn Reznick | 2,500 | | | | | 2,500 | | | 5,000 | 2,500 | | | |
|   Insurance - Erie PAY ONLINE | | | 1,359 | | | | 1,359 | | | | | 1,359 | |
|   Other/Trimark/Alsco/etc | | 1,000 | 1,000 | 1,000 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,000 |
|   Legal | | | | | | | | | | | | | |
|   Misc Repairs | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
|   Property Taxes | | | | | | | | | | | | | |
|   BPOL License | | | | | | | | | | | | 5,485 | |
| **Capital Bank Payments (1st) made by Drew** | | | | | 1,500 | | | | | | | | |
| **TOTAL CASH PAID OUT** | 22,529 | 44,414 | 39,759 | 56,525 | 48,605 | 43,325 | 30,144 | 63,000 | 36,895 | 60,135 | 27,185 | 72,544 | 24,800 |
| **Cash on hand (end of week)** | 19,675 | 16,238 | 22,094 | 9,413 | 6,423 | 14,415 | 36,564 | 30,583 | 50,707 | 36,187 | 60,319 | 39,092 | 59,907 |