# Smokecraft Clarendon LLC
## Profit and Loss
### March 2025

|  | Total | |
|---|---:|---:|
|  | **Mar 2025** | **% of Income** |
| **Income** | | |
|   All Sales, Comps and Discounts | | 0.00% |
|     5100 Food Sales | 136,916.59 | 87.44% |
|     5110 Goodwill Comps | -754.16 | -0.48% |
|     5115 Goodwill Bar Comps | 0.00 | 0.00% |
|     5120 Guest Complaint Comps | -112.20 | -0.07% |
|     5131 50% Employee Discounts | -193.85 | -0.12% |
|     5150 Discounts Marketing | -239.59 | -0.15% |
|     5160 Dining Privileges (mgr/chef) | -119.65 | -0.08% |
|     5180 NA Beverage | 2,710.83 | 1.73% |
|     5210 Liquor Sales | 9,354.28 | 5.97% |
|     5220 Wine Sales | 1,810.00 | 1.16% |
|     5230 Bottled Beer Sales | 611.50 | 0.39% |
|     5240 Draft Beer Sales | 5,874.73 | 3.75% |
|   **Total All Sales, Comps and Discounts** | **$ 155,858.48** | **99.53%** |
|   Other Income and Expense | | 0.00% |
|     5300 Sundry Sales | 541.50 | 0.35% |
|     5910 Service Charge Revenue - Catering | 189.29 | 0.12% |
|   **Total Other Income and Expense** | **$ 730.79** | **0.47%** |
| **Total Income** | **$ 156,589.27** | **100.00%** |
| **Cost of Goods Sold** | | |
|   Cost of Sales | | 0.00% |
|     6110 Meat Cost | 12,515.73 | 7.99% |
|     6120 Poultry Cost | 2,614.55 | 1.67% |
|     6130 Seafood Cost | 77.11 | 0.05% |
|     6140 Dairy Cost | 3,344.77 | 2.14% |
|     6150 Produce Cost | 2,814.98 | 1.80% |
|     6160 Bakery Cost | 1,869.61 | 1.19% |
|     6170 Grocery Cost | 1,628.17 | 1.04% |
|     6180 NA Beverage | -427.02 | -0.27% |
|     6210 Liquor Cost | -2,688.21 | -1.72% |
|     6220 Wine Cost | -375.42 | -0.24% |
|     6230 Bottled Beer Cost | -214.65 | -0.14% |
|     6240 Draft Beer Cost | -2,298.35 | -1.47% |
|   **Total Cost of Sales** | **$ 18,861.27** | **12.05%** |
| **Total Cost of Goods Sold** | **$ 18,861.27** | **12.05%** |
| **Gross Profit** | **$ 137,728.00** | **87.95%** |
| **Expenses** | | |
|   A. Payroll Expenses | | 0.00% |
|     6310 Management Salaries | 10,212.44 | 6.52% |
|     6311 Direct Labor - FOH | 4,071.26 | 2.60% |

| Account | Amount | % |
|---|---:|---:|
| 6312 Overtime Labor - FOH | 4.50 | 0.00% |
| 6313 Training Labor | 297.77 | 0.19% |
| 6314 Direct Labor - BOH | 30,089.79 | 19.22% |
| 6315 Overtime Labor - BOH | 0.00 | 0.00% |
| 6320 Commission Paid | 297.29 | 0.19% |
| 6510 Payroll Taxes | 5,855.75 | 3.74% |
| 6540 Parking | 200.00 | 0.13% |
| 6570 Group Insurance | 564.38 | 0.36% |
| 6580 Workers Compensation | 431.33 | 0.28% |
| 6615 Payroll Processing Fees | 269.00 | 0.17% |
| **Total A. Payroll Expenses** | **$ 52,293.51** | **33.40%** |
| **B. Controllable Expenses** | | 0.00% |
| 6500 3rd Party Delivery Expense | 11,312.60 | 7.22% |
| 6710 Operating Lease/Rentals | 568.12 | 0.36% |
| 6750 Trash Removal | -33.08 | -0.02% |
| 6790 Other Contracted Services | 300.00 | 0.19% |
| 7000 Register Over/Short | 231.35 | 0.15% |
| 7010 China/Glassware/Silver | 212.42 | 0.14% |
| 7040 Cleaning Supplies | 237.48 | 0.15% |
| 7045 Dish Chemicals | 454.91 | 0.29% |
| 7060 Linens | 887.02 | 0.57% |
| 7105 To Go Supplies | 2,441.91 | 1.56% |
| 7106 Catering Supplies | 1,376.24 | 0.88% |
| 7110 Operating Supplies F&B | 1,588.73 | 1.01% |
| **Total B. Controllable Expenses** | **$ 19,577.70** | **12.50%** |
| **C. General & Administrative** | | 0.00% |
| 7190 Other Contracted Services-Admin | 659.77 | 0.42% |
| 7195 Accounting Services | 2,500.00 | 1.60% |
| 7230 Licenses & Permits | 840.20 | 0.54% |
| 7250 Credit Card Commissions | 3,088.48 | 1.97% |
| 7256 Employment Ads | 90.00 | 0.06% |
| 7270 Dues & Subscriptions | 48.00 | 0.03% |
| 7285 Gen. Liab Insur/Key Man | 1,083.59 | 0.69% |
| 7320 Office Supplies & Postage | 373.52 | 0.24% |
| 7350 Tele/internet/cable | 757.88 | 0.48% |
| 7360 Travel | 61.67 | 0.04% |
| **Total C. General & Administrative** | **$ 9,503.11** | **6.07%** |
| **D. Advertising and Promotion** | | 0.00% |
| 7435 Advertising & Marketing | 384.99 | 0.25% |
| **Total D. Advertising and Promotion** | **$ 384.99** | **0.25%** |
| **E. Repair & Maintenance** | | 0.00% |
| 7500 Repairs & Maintenance | 1,517.37 | 0.97% |
| 7630 R&M - Plumbing | 995.63 | 0.64% |
| 7695 Cleaning Service | 3,680.00 | 2.35% |
| 7710 Maint Contract - HVAC & Refrigeration | 1,050.00 | 0.67% |
| 7750 Pest Control | 85.00 | 0.05% |
| **Total E. Repair & Maintenance** | **$ 7,328.00** | **4.68%** |

|  |  |  |  |
|---|---:|---:|---:|
| **F. Utilities** |  |  | 0.00% |
|    7810 Electricity |  | 2,385.44 | 1.52% |
|    7820 Gas |  | 1,190.00 | 0.76% |
|    7830 Water & Sewer |  | 454.00 | 0.29% |
| **Total F. Utilities** | $ | **4,029.44** | **2.57%** |
|   **G. Facility Expense** |  |  | 0.00% |
|    8010 Rent & Lease |  | 12,730.64 | 8.13% |
|    8015 Common Area Maintenance |  | 2,464.00 | 1.57% |
|    8020 Property Insurance |  | 111.00 | 0.07% |
|    8030 Property Taxes |  | 3,039.57 | 1.94% |
| **Total G. Facility Expense** | $ | **18,345.21** | **11.72%** |
| **Total Expenses** | $ | **111,461.96** | **71.18%** |
| **Net Operating Income** | $ | **26,266.04** | **16.77%** |
| **Other Expenses** |  |  |  |
|   8101 Interest Income |  | -190.30 | -0.12% |
| **Total Other Expenses** | -$ | **190.30** | **-0.12%** |
| **Net Other Income** | $ | **190.30** | **0.12%** |
| **Net Income** | $ | **26,456.34** | **16.90%** |

Saturday, Apr 12, 2025 10:04:41 AM GMT-7 - Accrual Basis