**2024/5 Budget - Smokecraft**
Start Date: 05/27/2024
End Date: 05/25/2025
LY Start: 05/29/2023
LY End: 05/26/2024

| | | PERIOD 4 | | PERIOD 4 | |
|---|---|---|---|---|---|
| | | 4/1/2024 | | 3/31/2025 | |
| | | 4/28/2024 | | 4/27/2025 | |
| | | **2024 Actual** | **% of Sales** | **2025 Budget** | **% of Sales** |
| | **Gross Sales** | | | | |
| 5100 | Food Sales | $ 115,655.59 | 84.57% | $ 131,174.26 | 84.46% |
| 5180 | NA Beverage | $ 2,111.25 | 1.54% | $ 2,394.54 | 1.54% |
| | **Total Food Sales** | $ 117,766.84 | 86.11% | $ 133,568.80 | **86.00%** |
| 5210 | Liquor Sales | $ 10,211.00 | 7.47% | $ 13,569.50 | 8.74% |
| 5220 | Wine Sales | $ 1,775.98 | 1.30% | $ 2,360.12 | 1.52% |
| 5230 | Bottled Beer Sales | $ 769.75 | 0.56% | $ 1,022.93 | 0.66% |
| 5240 | Draft Beer Sales | $ 6,235.00 | 4.56% | $ 8,285.75 | 5.33% |
| | **Total Beverage Sales** | $ 18,991.73 | 13.89% | $ 25,238.29 | **16.25%** |
| | **Gross F&B Sales** | $ 136,758.57 | 101.26% | $ 158,807.09 | 102.25% |
| | **Deductions** | | | | |
| 5110 | Goodwill Comps | $ 1,474.03 | 1.09% | $ 854.22 | 0.55% |
| 5120 | Guest Recovery Comps | $ 215.60 | 0.16% | $ 465.94 | 0.30% |
| 5131 | 50% Employee Discounts | $ 503.20 | 0.37% | $ 698.91 | 0.45% |
| 5132 | Manager Meal Discounts | $ 500.90 | 0.37% | $ 543.59 | 0.35% |
| 5150 | Discounts Marketing | $ 102.75 | 0.08% | $ 543.59 | 0.35% |
| 5250 | Goodwill Bar Comps | $ 193.00 | 0.14% | $ 388.28 | 0.25% |
| | **Total Deductions** | $ 2,989.48 | 2.21% | $ 3,494.53 | 2.25% |
| | **Other Income and Expense** | | | | |
| 5300 | Sundry Sales | $ 125.00 | 0.09% | $ - | 0.00% |
| 5910 | Service Charge Revenue - Catering | $ 1,160.31 | 0.86% | $ - | 0.00% |
| | **Total Other Income and Expense** | $ 1,285.31 | 0.95% | $ - | 0.00% |
| | **Net Sales** | $ 135,054.40 | 100.00% | $ 155,312.56 | 100.00% |
| | **Food Costs** | | | | |
| 6110 | Meat Cost | $ 16,531.58 | 14.04% | $ 19,501.05 | 14.60% |
| 6120 | Poultry Cost | $ 3,394.20 | 2.88% | $ 3,472.79 | 2.60% |
| 6130 | Seafood Cost | $ 461.93 | 0.39% | $ 667.84 | 0.50% |
| 6140 | Dairy Cost | $ 5,010.34 | 4.25% | $ 5,342.75 | 4.00% |
| 6150 | Produce Cost | $ 3,740.16 | 3.18% | $ 4,274.20 | 3.20% |
| 6160 | Bakery Cost | $ 1,793.38 | 1.52% | $ 1,869.96 | 1.40% |
| 6170 | Grocery Cost | $ 7,721.13 | 6.56% | $ 8,281.27 | 6.20% |
| 6180 | NA Beverage | $ 732.83 | 0.62% | $ 667.84 | 0.50% |
| | **Total Food Cost** | $ 39,385.55 | 33.44% | $ 44,077.70 | 33.00% |

| | **Beverage Costs** | | | | | |
|---|---|---|---|---|---|---|
| 6210 | Liquor Cost | $ | 2,087.83 | 11.11% $ | 2,641.74 | 10.47% |
| 6220 | Wine Cost | $ | 374.07 | 1.99% $ | 473.31 | 1.88% |
| 6230 | Bottled Beer Cost | $ | 200.48 | 1.07% $ | 253.67 | 1.01% |
| 6240 | Draft Beer Cost | $ | 1,326.90 | 7.06% $ | 1,678.93 | 6.65% |
| | **Total Bev Cost** | $ | **3,989.28** | **21.22% $** | **5,047.66** | **20.00%** |
| | | | | | | |
| | **Total F&B Costs** | $ | **43,374.83** | **32.12% $** | **49,125.36** | **31.63%** |
| | | | | | | |
| | **Gross Profit** | $ | **91,679.57** | **67.88% $** | **106,187.20** | **68.37%** |
| | | | | | | |
| | **Payroll Costs** | | | | | |
| 6310 | Management Salaries | $ | 14,624.97 | 10.83% $ | 14,740.38 | 9.49% |
| 6311 | Direct Labor - FOH | $ | 3,781.25 | 2.80% $ | 3,882.81 | 2.50% |
| 6312 | Overtime Labor - FOH | $ | - | 0.00% $ | - | 0.00% |
| 6313 | Training Labor | $ | 456.72 | 0.34% $ | 232.97 | 0.15% |
| 6314 | Direct Labor - BOH | $ | 23,535.74 | 17.43% $ | 26,403.14 | 17.00% |
| 6315 | Overtime Labor - BOH | $ | 112.59 | 0.08% $ | - | 0.00% |
| | **Total Labor** | $ | **42,511.27** | **31.48% $** | **45,259.30** | **29.14%** |
| | | | | | | |
| 6510 | Payroll Taxes | $ | 4,764.06 | 3.53% $ | 5,824.22 | 3.75% |
| 6530 | Vacation Pay | $ | - | 0.00% $ | - | 0.00% |
| 6540 | Parking | $ | 100.00 | 0.07% $ | 200.00 | 0.13% |
| 6550 | Uniform Allowance | $ | - | 0.00% $ | - | 0.00% |
| 6560 | Continuing Education | $ | - | 0.00% $ | - | 0.00% |
| 6570 | Group Insurance | $ | 390.80 | 0.29% $ | 600.00 | 0.39% |
| 6580 | Workers Compensation | $ | 445.08 | 0.33% $ | 510.00 | 0.33% |
| 6610 | Other Benefits | $ | - | 0.00% $ | - | 0.00% |
| 6615 | Payroll Processing Fees | $ | 251.00 | 0.19% $ | 300.00 | 0.25% |
| | **Total Payroll Expenses** | $ | **5,950.94** | **4.41% $** | **7,434.22** | **4.79%** |
| | | | | | | |
| | **Total Payroll Costs** | $ | **48,462.21** | **35.88% $** | **52,693.52** | **33.93%** |
| | | | | | | |
| | **Controllable Expenses** | | | | | |
| 6500 | 3rd Party Delivery Expense | $ | 5,003.48 | 3.70% $ | 4,659.38 | 3.00% |
| 6710 | Operating Lease/Rentals-Kitchen/Bar | $ | 428.10 | 0.32% $ | 550.00 | 0.35% |
| 6740 | Security | $ | - | 0.00% $ | - | 0.00% |
| 6750 | Trash Removal | $ | 150.00 | 0.11% $ | - | 0.00% |
| 6790 | Other Contracted Services | $ | 300.00 | 0.22% $ | 300.00 | 0.19% |
| 7010 | Register Over/Short | $ | 2,523.58 | 1.87% $ | - | 0.00% |
| 7010 | China/Glassware/Silverware | $ | 668.10 | 0.49% $ | 621.25 | 0.40% |
| 7040 | Cleaning Supplies | $ | 317.49 | 0.24% $ | 310.63 | 0.20% |
| 7045 | Dish Chemicals | $ | 146.08 | 0.11% $ | 465.94 | 0.30% |
| 7050 | Decorations | $ | - | 0.00% $ | - | 0.00% |
| 7060 | Linens | $ | 1,217.28 | 0.90% $ | 1,164.84 | 0.75% |
| 7080 | New Menus/Printing | $ | - | 0.00% $ | - | 0.00% |
| 7090 | Menu/Guest Check/POS Supplies | $ | - | 0.00% $ | - | 0.00% |
| 7105 | To Go Supplies | $ | 2,438.30 | 1.81% $ | 2,640.31 | 1.70% |
| 7106 | Catering Supplies | $ | 526.56 | 0.39% $ | 621.25 | 0.40% |
| 7110 | Operating Supplies F&B | $ | 1,121.94 | 0.83% $ | 1,553.13 | 1.00% |

| Code | Description | Amount | % | Amount | % |
|---|---|---:|---:|---:|---:|
| 7120 | Uniforms | $ - | 0.00% | $ - | 0.00% |
| 7470 | Live Entertainment | $ - | 0.00% | $ - | 0.00% |
| | **Total Controllable Expenses** | **$ 14,840.91** | **10.99%** | **$ 12,886.72** | **8.30%** |
| | **General & Administrative** | | | | |
| 7190 | Other Contracted Services-Admin | $ 1,046.79 | 0.78% | $ 1,500.00 | 0.97% |
| 7195 | Accounting Services | $ 7,750.00 | 5.74% | $ 8,000.00 | 5.15% |
| 7220 | Bank Charges & Fees | $ 273.02 | 0.20% | $ 15.00 | 0.01% |
| 7230 | Licenses & Permits | $ 1,260.65 | 0.93% | $ 600.00 | 0.39% |
| 7250 | Credit Card Commissions | $ 3,805.36 | 2.82% | $ 3,494.53 | 2.25% |
| 7256 | Employment Ads | $ 45.00 | 0.03% | $ 90.00 | 0.06% |
| 7270 | Dues & Subscriptions | $ 46.95 | 0.03% | $ 50.00 | 0.03% |
| 7285 | Key Man/General Liability Insurance | $ 1,119.59 | 0.83% | $ 1,275.00 | 0.82% |
| 7290 | Legal & Professional Services | $ 15,000.00 | 11.11% | $ - | 0.00% |
| 7320 | Office Supplies & Postage | $ 67.18 | 0.05% | $ 155.31 | 0.10% |
| 7350 | Telephone/Internet/Cable | $ 650.05 | 0.48% | $ 650.00 | 0.42% |
| 7360 | Travel | $ 137.75 | 0.10% | $ 125.00 | 0.08% |
| 7370 | Meals & Entertainment | $ - | 0.00% | $ - | 0.00% |
| | **Total General & Administrative** | **$ 31,202.34** | **23.10%** | **$ 15,954.85** | **10.27%** |
| | **Advertising & Promotion** | | | | |
| 7400 | Local Charitable Donations | $ - | 0.00% | $ - | 0.00% |
| 7430 | Local Advertising & Promotion | $ - | 0.00% | $ - | 0.00% |
| 7435 | Advertising & Marketing | $ 214.20 | | $ 500.00 | 0.32% |
| 7460 | Special Promotions | $ - | 0.00% | $ - | 0.00% |
| | **Total Advertising & Promotion** | **$ 214.20** | **0.16%** | **$ 500.00** | **0.32%** |
| | **Repairs & Maintenance** | | | | |
| 7500 | Repairs & Maintenance | $ 29.65 | 0.02% | $ 1,553.13 | 1.00% |
| 7620 | R&M HVAC & Refrigeration | $ 1,012.74 | 0.75% | $ - | 0.00% |
| 7630 | R&M - Plumbing | $ 41.27 | 0.03% | $ - | 0.00% |
| 7640 | R&M - Electric | $ - | 0.00% | $ - | 0.00% |
| 7650 | R&M - Exterior/Structure | $ 65.69 | 0.05% | $ - | 0.00% |
| 7660 | R&M - POS Systems | $ - | 0.00% | $ - | 0.00% |
| 7695 | Cleaning Service | $ 4,375.00 | 3.24% | $ 3,680.00 | 2.37% |
| 7710 | MC-HVAC & Refrigeration | $ - | 0.00% | $ 625.00 | 0.40% |
| 7720 | MC-Other Equipment | $ 2,026.50 | 1.50% | $ 255.00 | 0.16% |
| 7750 | Pest Control | $ 107.39 | 0.08% | $ 85.00 | 0.05% |
| 7785 | Carpet/Rug/Floor Cleaning | $ - | 0.00% | $ - | 0.00% |
| | **Total Repairs & Maintenance** | **$ 7,658.24** | **5.67%** | **$ 6,198.13** | **3.99%** |
| | **Utilities** | | | | |
| 7810 | Electricity | $ 2,438.67 | 1.81% | $ 2,329.69 | 1.50% |
| 7820 | Natural Gas | $ 799.62 | 0.59% | $ 931.88 | 0.60% |
| 7830 | Water & Sewer | $ 473.00 | 0.35% | $ 465.94 | 0.30% |
| 7840 | Firewood | $ - | 0.00% | $ 750.00 | 0.48% |
| | **Total Utilities** | **$ 3,711.29** | **2.75%** | **$ 4,477.50** | **2.88%** |
| | **Total Operating Expenses** | **$ 57,626.98** | **42.67%** | **$ 40,017.20** | **25.77%** |

|  |  | | | | | | |
|---|---|---|---|---|---|---|---|
|  | **Other Income (Expenses)** | | | | | | |
| 5500 | Door Revenue | $ | - | 0.00% | $ | - | 0.00% |
| 5800 | Commission Income | $ | - | 0.00% | $ | - | 0.00% |
|  | **Total Other Income** | $ | - | 0.00% | $ | - | 0.00% |
|  |  | | | | | | |
|  | **Operating Income Before Bonus** | $ | (14,409.62) | -10.67% | $ | 13,476.48 | 8.68% |
|  |  | | | | | | |
| 6455 | Management Bonuses | $ | - | 0.00% | $ | - | 0.00% |
|  |  | | | | | | |
|  | **Restaurant Operating Income** | $ | (14,409.62) | -10.67% | $ | 13,476.48 | 8.68% |
|  |  | | | | | | |
|  | **Facility Expenses** | | | | | | |
| 8010 | Rents | $ | 28,412.47 | 21.04% | $ | 12,730.64 | 8.20% |
| 8015 | Common Area Maintenance | $ | 2,203.99 | 1.63% | $ | 2,315.00 | 1.49% |
| 8020 | Property Insurance | $ | 132.65 | 0.10% | $ | 132.00 | 0.08% |
| 8030 | Property Taxes | $ | 2,535.83 | 1.88% | $ | 3,671.46 | 2.36% |
|  | **Total Facility Expenses** | $ | 33,284.94 | 24.65% | $ | 18,849.10 | 12.14% |
|  |  | | | | | | |
|  | **Restaurant EBDIT** | $ | (47,694.56) | -35.32% | $ | (5,372.62) | -3.46% |