# Sales summary

Data as of Apr 1, 2025, 12:27 PM (EDT)

**DATE RANGE:**
March 1, 2025 - March 31, 2025

**SELECTED LOCATIONS:**
Smokecraft Modern Barbecue

### SALES TRENDS



| REVENUE SUMMARY | |
|---|---:|
| Net sales | $154,727.61 |
| Gratuity | $3,374.99 |
| Tax amount | $15,619.29 |
| Tips | $16,703.58 |
| Deferred (gift cards) | $50.00 |
| Paid in total | $14,638.00 |
| **Total amount** | **$205,113.47** |

| NET SALES SUMMARY | |
|---|---:|
| Gross sales | $156,370.09 |
| Sales discounts | -$1,642.48 |
| Sales refunds | $0.00 |
| **Net sales** | **$154,727.61** |

| TIP SUMMARY | |
|---|---:|
| Tips collected | $16,703.58 |
| Tips refunded | $0.00 |
| **Total tips** | **$16,703.58** |
| Tips withheld | -$414.33 |
| **Tips after withholding** | **$16,289.25** |

| CASH SUMMARY | |
|---|---:|
| Expected closeout cash | $11,250.14 |
| Actual closeout cash | $11,317.04 |
| Cash overage/shortage | $66.90 |
| Expected deposit | $5,545.24 |
| Actual deposit | — |
| Deposit overage/shortage | — |

| CASH ACTIVITY | |
|---|---:|
| Total cash payments | $3,970.99 |
| Cash adjustments | $43.85 |
| Cash refunds | $0.00 |
| Cash before tipouts | $4,014.84 |
| Tipouts tips withheld | $0.00 |
| **Total cash** | **$4,014.84** |

### PAYMENTS SUMMARY

| Payment type | Amount | Tips | Grat | Refunds | Total |
|---|---:|---:|---:|---:|---:|
| Credit/debit | $115,549.07 | $17,670.44 | $3,459.53 | $0.00 | $136,679.04 |
| Amex | $17,707.22 | $2,358.28 | $405.37 | $0.00 | $20,470.87 |
| Discover | $2,299.74 | $432.97 | $24.65 | $0.00 | $2,757.36 |
| Mastercard | $22,064.09 | $3,164.73 | $815.08 | $0.00 | $26,043.90 |
| Visa | $73,478.02 | $11,714.46 | $2,214.43 | $0.00 | $87,406.91 |
| Gift Card | $1,162.77 | $0.00 | $0.00 | $0.00 | $1,162.77 |
| Cash | $3,962.51 | $0.00 | $8.48 | $0.00 | $3,970.99 |
| Other | $58,778.38 | $0.00 | $933.10 | $0.00 | $59,711.48 |
| Check | $4,758.81 | $0.00 | $933.10 | $0.00 | $5,691.91 |
| Doordash | $14,272.61 | $0.00 | $0.00 | $0.00 | $14,272.61 |
| Ezcater | $15,649.82 | $0.00 | $0.00 | $0.00 | $15,649.82 |
| Grubhub | $1,294.56 | $0.00 | $0.00 | $0.00 | $1,294.56 |
| Ubereats | $22,802.58 | $0.00 | $0.00 | $0.00 | $22,802.58 |
| **Subtotal** | **$179,452.73** | **$17,670.44** | **$4,401.11** | **$0.00** | **$201,524.28** |
| Deposit sales collected | | | | | $3,589.19 |
| **Total** | | | | | **$205,113.47** |

### UNPAID ORDERS SUMMARY

| | |
|---|---:|
| Unpaid amount | $0.00 |

### SALES CATEGORY SUMMARY

| Sales category | Items | Net sales | Gross sales |
|---|---:|---:|---:|
| Bottled Beer | 117 | $605.75 | $611.50 |
| Draft Beer | 673 | $5,841.54 | $5,869.00 |
| Food | 6,461.5 | $133,845.19 | $135,294.04 |
| Liquor | 672 | $9,206.20 | $9,344.00 |
| NA Beverage | 781 | $2,705.86 | $2,708.76 |
| Non-Grat Svc Charges | 10 | $189.29 | $189.29 |
| Retail | 63 | $541.50 | $541.50 |
| Wine | 154 | $1,792.28 | $1,812.00 |
| **Total** | **8,931.5** | **$154,727.61** | **$156,370.09** |

### REVENUE CENTER SUMMARY

| Revenue center | Items | Net sales | Gross sales |
|---|---:|---:|---:|
| Bar | 1,155 | $16,812.73 | $17,222.27 |
| Private Events | 508 | $4,692.80 | $4,692.80 |
| Roof Terrace | 428.5 | $4,545.00 | $4,545.00 |
| Carryout/Delivery | 400 | $7,256.47 | $7,357.95 |
| DoorDash | 694 | $12,975.23 | $12,975.23 |
| Catering | 488 | $18,876.19 | $18,908.19 |
| Patio | 275 | $4,625.74 | $4,669.11 |
| Dining Room | 3,712 | $62,976.95 | $64,033.04 |
| Grubhub | 61 | $1,176.89 | $1,176.89 |
| Uber Eats | 1,210 | $20,789.61 | $20,789.61 |
| **Total** | **8,931.5** | **$154,727.61** | **$156,370.09** |

### DINING OPTION SUMMARY

| Dining option | Orders | Net sales | Gross sales |
|---|---:|---:|---:|
| Take Out | 238 | $25,029.43 | $25,212.74 |
| DoorDash - Delivery | 241 | $12,531.56 | $12,531.56 |
| DoorDash - Takeout | 11 | $443.67 | $443.67 |
| Toast Delivery Services | 16 | $1,038.25 | $1,050.25 |
| Grubhub - Takeout | 19 | $1,176.89 | $1,176.89 |
| Dine In | 1,133 | $87,765.50 | $89,180.67 |
| Delivery | 4 | $5,952.70 | $5,984.70 |
| Uber Eats - Takeout | 9 | $357.64 | $357.64 |
| Uber Eats - Delivery | 387 | $20,431.97 | $20,431.97 |
| **Total** | **2,058** | **$154,727.61** | **$156,370.09** |

### SERVICE / DAYPART SUMMARY

| Service / day part | Orders | Net sales | Gross sales |
|---|---:|---:|---:|
| Dinner | 1,366 | $96,530.74 | $97,478.68 |
| Lunch | 645 | $56,143.70 | $56,764.46 |
| Late Night | 46 | $2,053.17 | $2,126.95 |
| **Total** | **2,057** | **$154,727.61** | **$156,370.09** |

### SERVICE MODE SUMMARY

| | Quick Service | Table Service | Total |
|---|---:|---:|---:|
| Net sales | $73,428.93 | $81,298.68 | $154,727.61 |
| Total guests | 1,918 | 2,381 | 4,299 |
| Avg/Guest | $38.28 | $34.14 | $35.99 |
| Total payments | 1,032 | 1,273 | 2,305 |
| Avg/Payment | $78.35 | $70.34 | $73.92 |
| Total orders | 1,017 | 1,040 | 2,057 |
| Avg/Order | $72.20 | $78.17 | $75.22 |
| Turn time | 08:29 | 58:57 | 34:08 |

### SERVICE CHARGE SUMMARY

| Service charge | Count | Amount |
|---|---:|---:|
| Large Party Service Charge | 41 | $1,225.67 |
| Delivery Fee | 16 | $120.00 |
| Catering Delivery Fee | 2 | $100.00 |
| Catering Service Charge | 8 | $89.29 |
| Event Admin Fee | 6 | $2,029.32 |
| **Total service charges** | **73** | **$3,564.28** |

### DISCOUNT SUMMARY

| Discount | Count | Amount |
|---|---:|---:|
| Birthday Rewards | 2 | $20.00 |
| Comp % Item | 2 | $28.90 |
| Discover Arlington | 1 | $4.79 |
| Employee Discount - Check | 18 | $273.92 |
| Employee Discount - Item | 18 | $180.01 |
| Investor/Family 50% | 1 | $16.95 |
| Manager Comp - Check | 6 | $214.45 |
| Manager Comp - Item | 18 | $358.35 |
| Manager Meal | 6 | $102.70 |
| Open % Check | 1 | $13.50 |
| Open % Item | 2 | $65.96 |
| Open $ Check | 1 | $56.00 |
| Open $ Item | 1 | $4.00 |
| Recovery | 8 | $122.15 |
| Reward Dollars | 20 | $155.80 |
| Spin Wheel Promo Card | 1 | $25.00 |
| **Total discounts** | **106** | **$1,642.48** |

### DEFERRED SUMMARY

| Deferred type | Gross amount | Discounts | Refunds | Net amount |
|---|---:|---:|---:|---:|
| Deferred (gift cards) | $50.00 | $0.00 | $0.00 | **$50.00** |

### VOID SUMMARY

| | |
|---|---:|
| Void amount | $8,132.47 |
| Void order count | 42 |
| Void item count | 558 |
| Void amount % | 5.3% |

**TAX SUMMARY**

⬇ **Marketplace facilitator tax details**

| Tax rate | Taxable amount | Tax amount |
|---|---|---|
| Arlington Retail Tax | $481.50 | $28.89 |
| Local Tax | $122,128.63 | $4,891.37 |
| State Tax | $122,128.63 | $7,336.83 |
| Marketplace facilitator tax | — | $3,310.35 |
|    Remitted by 3rd Party | $20,789.61 | $1,442.52 |
|    Remitted by Restaurant | $27,238.52 | $1,867.83 |
| Toast marketplace facilitator tax | — | $51.85 |
|    Remitted by Toast | $521.40 | $51.85 |
| Non Taxable | $1,093.73 | — |