



**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G
3003 WASHINGTON BLVD STE 101
ARLINGTON VA  22201-2194

| | |
|---|---|
| Page: | 1 of 10 |
| Statement Period: | Mar 01 2025-Mar 31 2025 |
| Cust Ref #: | 1664-039-T-### |
| Primary Account #: | 1664 |

## Chapter 11 Checking

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Account # 1664

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 9,125.20 | Average Collected Balance | 11,431.13 |
| Deposits | 9,632.65 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 168,556.01 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 53,262.13 | Days in Period | 31 |
| Electronic Payments | 104,845.82 | | |
| Ending Balance | 29,205.91 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/03 | DEPOSIT | 428.00 |
| 03/03 | DEPOSIT | 131.00 |
| 03/05 | DEPOSIT | 81.00 |
| 03/10 | DEPOSIT | 106.00 |
| 03/10 | DEPOSIT | 76.00 |
| 03/10 | DEPOSIT | 71.00 |
| 03/10 | DEPOSIT | 62.00 |
| 03/10 | DEPOSIT | 5.00 |
| 03/11 | DEPOSIT | 285.00 |
| 03/14 | DEPOSIT | 815.66 |
| 03/14 | DEPOSIT | 23.00 |
| 03/17 | DEPOSIT | 813.00 |
| 03/17 | DEPOSIT | 41.00 |
| 03/17 | DEPOSIT | 6.00 |
| 03/20 | DEPOSIT | 5,691.91 |
| 03/20 | DEPOSIT | 92.00 |
| 03/20 | DEPOSIT | 33.00 |
| 03/20 | DEPOSIT | 20.00 |
| 03/24 | DEPOSIT | 185.00 |
| 03/24 | DEPOSIT | 91.00 |
| 03/26 | DEPOSIT | 228.00 |
| 03/26 | DEPOSIT | 65.00 |

# How to Balance your Account

Page: 2 of 10

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance  29,205.91
❷ Total Deposits  +
❸ Sub Total
❹ Total Withdrawals  -
❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 3 of 10
Statement Period: Mar 01 2025-Mar 31 2025
Cust Ref #: 664-039-T-###
Primary Account #: 664

## DAILY ACCOUNT ACTIVITY

### Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/26 | DEPOSIT | 58.00 |
| 03/26 | DEPOSIT | 33.08 |
| 03/26 | DEPOSIT | 10.00 |
| 03/28 | DEPOSIT | 122.00 |
| 03/28 | DEPOSIT | 60.00 |
| | Subtotal: | 9,632.65 |

### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/03 | CCD DEPOSIT, TOAST DEP MAR 02 ****395300UYBS7 | 6,743.16 |
| 03/03 | CCD DEPOSIT, TOAST DEP MAR 01 ****395300UWQQI | 4,985.07 |
| 03/03 | CCD DEPOSIT, TOAST DEP FEB 28 ****395300UV6O9 | 3,984.20 |
| 03/04 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT URXAE4YZGRRGJ9L | 3,920.92 |
| 03/04 | CCD DEPOSIT, TOAST DEP MAR 03 ****395300UZTJZ | 2,517.61 |
| 03/04 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84901941826 | 2,159.67 |
| 03/05 | CCD DEPOSIT, TOAST DEP MAR 04 ****395300V15TN | 6,104.07 |
| 03/06 | CCD DEPOSIT, TOAST DEP MAR 05 ****395300V2HVI | 2,140.18 |
| 03/06 | CCD DEPOSIT, TOAST INC ACH ***-*82-0225 | 129.92 |
| 03/07 | CCD DEPOSIT, TOAST DEP MAR 06 ****395300V3Y54 | 2,521.01 |
| 03/07 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-Q3L8T1X8O8B1 | 2,074.89 |
| 03/07 | CCD DEPOSIT, GRUBHUB INC FEB ACTVTY ****0701dKHGk50 | 100.89 |
| 03/07 | CCD DEPOSIT, GRUBHUB INC MAR ACTVTY ****0705dKHGk50 | 56.47 |
| 03/10 | CCD DEPOSIT, TOAST DEP MAR 09 ****395300V8MAG | 6,966.61 |
| 03/10 | CCD DEPOSIT, TOAST DEP MAR 07 ****395300V5H3X | 3,287.27 |
| 03/10 | CCD DEPOSIT, TOAST DEP MAR 08 ****395300V71JQ | 3,199.49 |
| 03/11 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT 1VA1QUJAW36PSOH | 3,651.99 |
| 03/11 | CCD DEPOSIT, TOAST DEP MAR 10 ****395300VA3T0 | 2,347.61 |
| 03/11 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84911229968 | 543.96 |
| 03/11 | CCD DEPOSIT, SQUARE INC SQ250311 T3CEQMD3CTHVG09 | 299.03 |
| 03/12 | CCD DEPOSIT, TOAST DEP MAR 11 ****395300VBFX5 | 3,136.81 |
| 03/12 | CCD DEPOSIT, TOAST, INC. 20250228-3 ***-*82-0225 | 24.75 |
| 03/13 | CCD DEPOSIT, TOAST DEP MAR 12 ****395300VCRU0 | 6,036.96 |
| 03/14 | CCD DEPOSIT, TOAST DEP MAR 13 ****395300VE8BC | 2,089.91 |
| 03/14 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-O5J4N1K3K2R2 | 1,889.38 |
| 03/14 | CCD DEPOSIT, GRUBHUB INC MAR ACTVTY ****1412dKHGk50 | 286.19 |
| 03/17 | CCD DEPOSIT, TOAST DEP MAR 16 ****395300VIQ2F | 10,155.11 |
| 03/17 | CCD DEPOSIT, TOAST DEP MAR 15 ****395300VH850 | 4,030.13 |
| 03/17 | CCD DEPOSIT, TOAST DEP MAR 14 ****395300VFQZR | 3,019.64 |
| 03/18 | CCD DEPOSIT, TOAST DEP MAR 17 ****395300VK64N | 4,215.06 |



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 4 of 10
Statement Period: Mar 01 2025-Mar 31 2025
Cust Ref #: 664-039-T-###
Primary Account #: 1664

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/18 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT KR4ML1053X3WMBS | 3,512.11 |
| 03/18 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84920322427 | 1,728.94 |
| 03/18 | CCD DEPOSIT, TOAST INC ACH ***-*82-0225 | 10.00 |
| 03/19 | CCD DEPOSIT, TOAST DEP MAR 18 ****395300VLI03 | 3,011.26 |
| 03/20 | CCD DEPOSIT, TOAST DEP MAR 19 ****395300VMRY8 | 3,119.17 |
| 03/21 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-P3Z0K8L9N6Z7 | 2,539.83 |
| 03/21 | CCD DEPOSIT, TOAST DEP MAR 20 ****395300VO6VH | 2,026.61 |
| 03/21 | CCD DEPOSIT, GRUBHUB INC MAR ACTVTY ****2119dKHGk50 | 82.13 |
| 03/24 | CCD DEPOSIT, TOAST DEP MAR 23 ****395300VSS06 | 8,359.12 |
| 03/24 | CCD DEPOSIT, TOAST DEP MAR 22 ****395300VR7PL | 3,989.49 |
| 03/24 | CCD DEPOSIT, TOAST DEP MAR 21 ****395300VPNS3 | 3,145.44 |
| 03/25 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT ****84929030338 | 3,857.76 |
| 03/25 | CCD DEPOSIT, TOAST DEP MAR 24 ****395300VUAWR | 3,843.75 |
| 03/25 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT WNT7493XND9N195 | 3,382.56 |
| 03/26 | CCD DEPOSIT, TOAST DEP MAR 25 ****395300VVNGT | 1,110.55 |
| 03/26 | CCD DEPOSIT, SQUARE INC SQ250326 T3S6HXBFPNBBMJQ | 201.17 |
| 03/27 | CCD DEPOSIT, TOAST DEP MAR 26 ****395300VWZHL | 6,670.09 |
| 03/27 | ACH DEPOSIT, VENMO CASHOUT ****142645786 | 100.87 |
| 03/28 | CCD DEPOSIT, TOAST DEP MAR 27 ****395300VYG1C | 2,884.20 |
| 03/28 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-I8P1L6X2N5N2 | 2,844.62 |
| 03/28 | CCD DEPOSIT, GRUBHUB INC MAR ACTVTY ****2826dKHGk50 | 292.86 |
| 03/31 | CCD DEPOSIT, TOAST DEP MAR 30 ****395300W321B | 9,677.86 |
| 03/31 | CCD DEPOSIT, TOAST DEP MAR 29 ****395300W1J8X | 5,549.31 |
| 03/31 | CCD DEPOSIT, TOAST DEP MAR 28 ****395300VZZIH | 3,998.35 |
| | Subtotal: | 168,556.01 |

### Checks Paid

No. Checks: 62    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 03/14 | 1008 | 212.26 | 03/21 | 5148 | 1,491.10 |
| 03/07 | 1009 | 44.85 | 03/25 | 5149 | 906.73 |
| 03/04 | 5141* | 759.89 | 03/26 | 5151* | 222.22 |
| 03/05 | 5142 | 221.29 | 03/20 | 10915* | 4,297.88 |
| 03/06 | 5143 | 802.91 | 03/03 | 10985* | 1,149.85 |
| 03/11 | 5144 | 1,066.48 | 03/03 | 10986 | 1,129.68 |
| 03/12 | 5145 | 221.29 | 03/07 | 10987 | 1,070.23 |
| 03/18 | 5146 | 1,184.10 | 03/03 | 10989* | 866.83 |
| 03/19 | 5147 | 222.22 | 03/10 | 10990 | 84.15 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 5 of 10
Statement Period: Mar 01 2025-Mar 31 2025
Cust Ref #: ████1664-039-T-###
Primary Account #: ████664

## DAILY ACCOUNT ACTIVITY

### Checks Paid (continued)
†Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 03/10 | 10991 | 368.53 | 03/18 | 11020 | 1,005.11 |
| 03/03 | 10992 | 994.35 | 03/14 | 11021 | 1,012.73 |
| 03/03 | 10993 | 58.91 | 03/18 | 11022 | 448.30 |
| 03/03 | 10994 | 1,149.83 | 03/17 | 11023 | 746.47 |
| 03/03 | 10996* | 718.86 | 03/17 | 11024 | 907.09 |
| 03/03 | 10997 | 781.21 | 03/17 | 11025 | 546.08 |
| 03/03 | 10998 | 937.99 | 03/17 | 11026 | 720.59 |
| 03/03 | 10999 | 569.14 | 03/17 | 11027 | 885.71 |
| 03/03 | 11001* | 661.19 | 03/17 | 11028 | 442.41 |
| 03/03 | 11002 | 409.89 | 03/18 | 11029 | 1,268.24 |
| 03/04 | 11003 | 1,218.79 | 03/17 | 11030 | 2,455.86 |
| 03/03 | 11004 | 2,544.70 | 03/14 | 11031 | 998.94 |
| 03/03 | 11005 | 1,361.91 | 03/18 | 11032 | 914.77 |
| 03/03 | 11006 | 931.25 | 03/17 | 11033 | 547.06 |
| 03/03 | 11007 | 590.61 | 03/24 | 11034 | 166.53 |
| 03/25 | 11010* | 149.15 | 03/21 | 11035 | 220.31 |
| 03/20 | 11012* | 1,134.97 | 03/21 | 11036 | 46.80 |
| 03/24 | 11014* | 1,043.44 | 03/25 | 11037 | 155.64 |
| 03/14 | 11015 | 1,286.53 | 03/28 | 11042* | 1,358.75 |
| 03/25 | 11016 | 622.12 | 03/28 | 11056* | 2,601.87 |
| 03/17 | 11017 | 242.94 | 03/28 | 11057 | 140.51 |
| 03/17 | 11019* | 957.00 | 03/17 | 11713* | 985.09 |
| | | | | Subtotal: | 53,262.13 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/03 | CCD DEBIT, ARLINGTON COUNTY ARLCO PMT ****648256 | 2,122.18 |
| 03/03 | CCD DEBIT, MARGINEDGE CO SALE | 300.00 |
| 03/03 | DEBIT POS AP, *****04036545477, AUT 030125 DDA PURCHASE AP RESTAURANT DEPOT     ALEXANDRIA  * VA | 142.29 |
| 03/03 | DBCRD PUR AP, *****04036545477, AUT 030125 VISA DDA PUR AP AMAZON MKTPL 267EL1RK3    AMZN COM BILL * WA | 40.27 |
| 03/03 | DBCRD PUR AP, *****04036545477, AUT 030225 VISA DDA PUR AP AMAZON GROCE YE37B3QQ3   SEATTLE   * WA | 35.45 |
| 03/03 | CCD DEBIT, TOAST, INC TOAST, INC ST-Y3N7F9O5N8O8 | 16.24 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 6 of 10
Statement Period: Mar 01 2025-Mar 31 2025
Cust Ref #: 1664-039-T-###
Primary Account #: 1664

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/03 | DBCRD PMT AP, *****04036545477, AUT 030125 VISA DDA PUR AP GOOGLE GSUITE SMOKECRAFT   650 2530000  * CA | 15.26 |
| 03/04 | CCD DEBIT, INTUIT 36169250 BILL_PAY VRA CLEANING SE | 3,680.00 |
| 03/04 | CCD DEBIT, INTUIT 32190340 BILL_PAY BOWIE PRODUCE | 861.50 |
| 03/04 | CCD DEBIT, INTUIT 33089350 BILL_PAY LYON BAKERY | 178.65 |
| 03/04 | CCD DEBIT, INTUIT 35588040 BILL_PAY LOGAN FOOD COMP | 127.50 |
| 03/04 | CCD DEBIT, INTUIT 36374930 BILL_PAY PEST MANAGEMENT | 85.00 |
| 03/05 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 7,300.50 |
| 03/06 | DBCRD PUR AP, *****04036545477, AUT 030525 VISA DDA PUR AP PARKX 3003 WASHINGTON BL   703 2301285   * VA | 200.00 |
| 03/07 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 7,314.38 |
| 03/10 | DEBIT POS AP, *****04036545477, AUT 030825 DDA PURCHASE AP VA ABC STORE 168        ARLINGTON    * VA | 198.94 |
| 03/10 | DBCRD PUR AP, *****04036545477, AUT 030825 VISA DDA PUR AP CORPORATE FILINGS LLC    888 7898466   * WY | 150.00 |
| 03/10 | CCD DEBIT, TOAST CHB MAR 09 ****395300V8958 | 127.03 |
| 03/10 | DBCRD PUR AP, *****04036545477, AUT 030825 VISA DDA PUR AP CORPORATE FILINGS LLC    888 7898466   * WY | 49.00 |
| 03/10 | DBCRD PUR AP, *****04036545477, AUT 030625 VISA DDA PUR AP AMAZON MKTPL IB9982DH3     AMZN COM BILL * WA | 33.88 |
| 03/10 | DEBIT POS AP, *****04036545477, AUT 030925 DDA PURCHASE AP TRADER JOE S 64 TRADER     ARLINGTON    * VA | 12.09 |
| 03/11 | CCD DEBIT, INTUIT 26676220 BILL_PAY KBS III 3003 WA | 18,084.64 |
| 03/11 | CCD DEBIT, INTUIT 29274200 BILL_PAY BOWIE PRODUCE | 777.00 |
| 03/11 | CCD DEBIT, INTUIT 27180940 BILL_PAY SAFETY FIRST SE | 625.00 |
| 03/11 | CCD DEBIT, INTUIT 29926320 BILL_PAY LYON BAKERY | 306.24 |
| 03/11 | CCD DEBIT, INTUIT 28467850 BILL_PAY MAGNOLIA PLUMBI | 255.00 |
| 03/11 | CCD DEBIT, INTUIT 20943590 BILL_PAY LOGAN FOOD COMP | 127.50 |
| 03/12 | DBCRD PMT AP, *****04036545477, AUT 031225 VISA DDA PUR AP MAILCHIMP         678 9990141   * GA | 285.00 |
| 03/13 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR ****630473 | 229.00 |
| 03/13 | ACH DEBIT, ARLINGTON CHAMBE ACH | 48.00 |
| 03/14 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 6,211.33 |
| 03/14 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 3,325.15 |
| 03/14 | DEBIT POS AP, *****04036545477, AUT 031425 DDA PURCHASE AP RESTAURANT DEPOT        ALEXANDRIA    * VA | 885.95 |
| 03/14 | ACH DEBIT, COMCAST 8299610 252892194 2209763 | 757.88 |
| 03/14 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 65.23 |
| 03/17 | CCD DEBIT, ERIEINSURANCEWEB PAYMENT ****20019842823 | 1,359.48 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

| | |
|---|---|
| Page: | 7 of 10 |
| Statement Period: | Mar 01 2025-Mar 31 2025 |
| Cust Ref #: | 1664-039-T-### |
| Primary Account #: | 1664 |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | DEBIT POS AP, *****04036545477, AUT 031525 DDA PURCHASE AP<br>VA ABC STORE 168    ARLINGTON    * VA | 674.26 |
| 03/17 | DBCRD PUR AP, *****04036545477, AUT 031525 VISA DDA PUR AP<br>CRAIGSLIST ORG      415 399 5200  * CA | 45.00 |
| 03/17 | DEBIT POS AP, *****04036545477, AUT 031625 DDA PURCHASE AP<br>TRADER JOE S  64 TRADER   ARLINGTON    * VA | 10.57 |
| 03/17 | DEBIT POS AP, *****04036545477, AUT 031525 DDA PURCHASE AP<br>TRADER JOE S  64 TRADER   ARLINGTON    * VA | 6.04 |
| 03/18 | CCD DEBIT, INTUIT 32401830 BILL_PAY LYON BAKERY | 313.57 |
| 03/18 | DBCRD PMT AP, *****04036545477, AUT 031725 VISA DDA PUR AP<br>DROPBOX 4FVHCRL12R4V    DROPBOX COM  * CA | 54.00 |
| 03/19 | CCD DEBIT, TOAST CHB MAR 18 ****395300VL700 | 126.03 |
| 03/20 | DBCRD PUR AP, *****04036545477, AUT 031825 VISA DDA PUR AP<br>RESTAURANT DEPOT     718 762 8700  * NY | 600.52 |
| 03/20 | DBCRD PUR AP, *****04036545477, AUT 031925 VISA DDA PUR AP<br>AMAZON MKTPL 69O0K1O43    AMZN COM BILL * WA | 35.37 |
| 03/20 | DEBIT POS AP, *****04036545477, AUT 032025 DDA PURCHASE AP<br>TRADER JOE S  64 TRADER   ARLINGTON    * VA | 6.04 |
| 03/21 | CCD DEBIT, ARLINGTON COUNTY ARLCO PMT ****165184 | 5,036.94 |
| 03/21 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 3,325.45 |
| 03/21 | CCD DEBIT, VIRGINIA EAGLE D FINTECHEFT **-**43479 | 321.67 |
| 03/21 | ACH DEBIT, HARLAND CLARKE CHK ORDERS *C*M**770505600 | 201.12 |
| 03/21 | DBCRD PUR AP, *****04036545477, AUT 032025 VISA DDA PUR AP<br>AMAZON COM AA5640OT3    AMZN COM BILL * WA | 35.12 |
| 03/24 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 8,127.38 |
| 03/24 | CCD DEBIT, VA DEPT TAXATION TAX PAYMEN *****3479 | 6,358.07 |
| 03/24 | DEBIT POS AP, *****04036545477, AUT 032225 DDA PURCHASE AP<br>VA ABC STORE 168    ARLINGTON    * VA | 184.95 |
| 03/24 | CCD DEBIT, INTUIT * QUICKBOOKS 5827628 | 124.00 |
| 03/24 | DBCRD PMT AP, *****04036545477, AUT 032225 VISA DDA PUR AP<br>CANVA I04463 35313409    CANVA COM    * DE | 14.99 |
| 03/25 | CCD DEBIT, INTUIT 83083320 BILL_PAY BOWIE PRODUCE | 629.50 |
| 03/25 | CCD DEBIT, INTUIT 95127360 BILL_PAY LYON BAKERY | 475.33 |
| 03/25 | CCD DEBIT, INTUIT 91017220 BILL_PAY CHILL-CRAFT COM | 451.24 |
| 03/25 | CCD DEBIT, INTUIT 90672020 BILL_PAY MAGNOLIA PLUMBI | 255.00 |
| 03/26 | ELECTRONIC PMT-WEB, DOMINION ENERGY BILLPAY ****55711631 | 2,811.03 |
| 03/26 | DEBIT POS AP, *****04036545477, AUT 032625 DDA PURCHASE AP<br>VA ABC STORE 168    ARLINGTON    * VA | 297.90 |
| 03/26 | DBCRD PMT AP, *****04036545477, AUT 032525 VISA DDA PUR AP<br>STATE FARM INSURANCE    800 956 6310  * IL | 182.34 |



America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

| | |
|---|---|
| Page: | 8 of 10 |
| Statement Period: | Mar 01 2025-Mar 31 2025 |
| Cust Ref #: | 1664-039-T-### |
| Primary Account #: | 1664 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/26 | DBCRD PUR AP, *****04036545477, AUT 032425 VISA DDA PUR AP<br>CRAIGSLIST ORG        415 399 5200  * CA | 45.00 |
| 03/26 | DEBIT POS AP, *****04036545477, AUT 032625 DDA PURCHASE AP<br>GIANT 0743 3450 WASHIN    ARLINGTON    * VA | 7.56 |
| 03/27 | CCD DEBIT, INTUIT 35270900 BILL_PAY CAPITAL BANK | 1,500.00 |
| 03/27 | DBCRD PUR AP, *****04036545477, AUT 032525 VISA DDA PUR AP<br>RESTAURANT DEPOT      718 762 8700  * NY | 803.19 |
| 03/27 | DBCRD PUR AP, *****04036545477, AUT 032625 VISA DDA PUR AP<br>ULINE   SHIP SUPPLIES    800 295 5510  * WI | 344.45 |
| 03/27 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR ****630473 | 40.00 |
| 03/27 | DBCRD PUR AP, *****04036545477, AUT 032625 VISA DDA PUR AP<br>AMAZON MKTPL VX4SM9TD3    AMZN COM BILL * WA | 10.09 |
| 03/28 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 7,127.80 |
| 03/28 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 6,958.26 |
| 03/28 | CCD DEBIT, OPENTABLE PAYMENTS DDD917193 | 474.00 |
| 03/28 | DEBIT POS AP, *****04036545477, AUT 032825 DDA PURCHASE AP<br>VA ABC STORE 168        ARLINGTON    * VA | 122.98 |
| 03/28 | DBCRD PUR AP, *****04036545477, AUT 032625 VISA DDA PUR AP<br>ARLINGTON CHAMBER OF C    703 525 2400  * VA | 25.00 |
| 03/28 | DBCRD PMT AP, *****04036545477, AUT 032725 VISA DDA PUR AP<br>ADOBE   ADOBE          408 536 6000  * CA | 21.19 |
| 03/28 | DEBIT POS AP, *****04036545477, AUT 032825 DDA PURCHASE AP<br>TRADER JOE S  64 TRADER    ARLINGTON   * VA | 2.01 |
| 03/31 | DBCRD PUR AP, *****04036545477, AUT 032825 VISA DDA PUR AP<br>AMAZON MKTPL 7Y46B8X03    AMZN COM BILL * WA | 292.03 |
| 03/31 | DEBIT POS AP, *****04036545477, AUT 032925 DDA PURCHASE AP<br>TRADER JOE S  64 TRADER    ARLINGTON   * VA | 36.27 |
| | Subtotal: | 104,845.82 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/28 | 9,125.20 | 03/17 | 9,741.96 |
| 03/03 | 7,868.74 | 03/18 | 14,019.98 |
| 03/04 | 9,555.61 | 03/19 | 16,682.99 |
| 03/05 | 8,218.89 | 03/20 | 19,564.29 |
| 03/06 | 9,486.08 | 03/21 | 13,534.35 |
| 03/07 | 5,809.88 | 03/24 | 13,285.04 |
| 03/10 | 18,559.63 | 03/25 | 20,724.40 |
| 03/11 | 4,445.36 | 03/26 | 18,864.15 |



**TD Bank**
America's Most Convenient Bank®

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

STATEMENT OF ACCOUNT

Page:                9 of 10
Statement Period:    Mar 01 2025-Mar 31 2025
Cust Ref #:          ▇▇▇▇1664-039-T-###
Primary Account #:   ▇▇▇▇664

## DAILY BALANCE SUMMARY

| DATE  | BALANCE   | DATE  | BALANCE   |
|-------|-----------|-------|-----------|
| 03/12 | 7,100.63  | 03/27 | 22,937.38 |
| 03/13 | 12,860.59 | 03/28 | 10,308.69 |
| 03/14 | 3,208.73  | 03/31 | 29,205.91 |

Please see important information on the back page

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

**TD Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MD-G

Page: 10 of 10
Statement Period: Mar 01 2025-Mar 31 2025
Cust Ref #: ▮664-039-T-###
Primary Account #: ▮1664

---

We're committed to keeping you informed when it comes to your banking and want you to know about upcoming changes to your TD Bank Business Deposit Account Agreement.

**TD Bank's Funds Availability Policy will be changing by July 1, 2025.**

When you deposit a check, we'll continue to make $100 available immediately and, typically, make the remaining funds available by the end of the first business day after we receive your deposit. **However, if a hold is placed on a check deposit, by July 1, you'll have access to more funds as follows:**

- **Today:** If a hold is applied, an additional $125 is available by the end of the first business day after we receive your deposit.
- **By July 1:** We'll increase the amount available to $175. This means, the first $275 of your deposit will be available by the end of the first business day after we receive your deposit.

**We'll also make more of your funds available for larger deposits:**

- **Today:** Typically, we make the first $5,525 of a day's total deposits available by the end of the first business day after we receive your deposit. Please see the TD Bank Business Deposit Account Agreement for details.
- **By July 1:** We'll increase that amount to $6,725.

**Questions?**
Visit any TD Bank or call us at **1-888-751-9000**. We're glad to help.

---

