

Available Balance

# $0.00

Today's Beginning Balance     **$65,000.00**

Pending

| Date | Type | Description | Credit | Balance |
|---|---|---|---|---|
| PENDING TRANSACTIONS | | | | |
| 8/1/2019 | DEBIT | Pending Verification | -$65,000.00 | Pending |
| ACCOUNT HISTORY | | | | |
| 3/14/2025 | DEBIT | CD WITHDRAWAL | -$815.66 | $65,000.00 |
| 3/11/2025 | INT | INTEREST CREDIT | $190.30 | $65,815.66 |