## Smokecraft Clarendon LLC

**1020 TD Bank Operating, Period Ending 03/31/2025**

### RECONCILIATION REPORT

Reconciled on: 04/07/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                            USD

| | |
|---|---:|
| Statement beginning balance | 306.39 |
| Checks and payments cleared (1) | -5.60 |
| Deposits and other credits cleared (5) | 867.60 |
| Statement ending balance | 1,168.39 |
| | |
| Uncleared transactions as of 03/31/2025 | 10,161.63 |
| Register balance as of 03/31/2025 | 11,330.02 |
| Cleared transactions after 03/31/2025 | 0.00 |
| Uncleared transactions after 03/31/2025 | 9,020.97 |
| Register balance as of 04/07/2025 | 20,350.99 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/31/2025 | Expense | | | -5.60 |
| Total | | | | -5.60 |

Deposits and other credits cleared (5)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/28/2025 | Journal | Sales 3.28 | | 123.10 |
| 03/29/2025 | Journal | Sales 3.29 | | 518.78 |
| 03/30/2025 | Journal | Sales 3.30 | | 224.60 |
| 03/31/2025 | Deposit | | | 0.22 |
| 03/31/2025 | Deposit | | | 0.90 |
| Total | | | | 867.60 |

**Additional Information**

Uncleared checks and payments as of 03/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/20/2025 | Expense | | Intuit Inc. | -85.00 |
| Total | | | | -85.00 |

Uncleared deposits and other credits as of 03/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/30/2025 | Deposit | | DoorDash Inc | 3,150.61 |
| 03/30/2025 | Journal | Sales 3.30 | | 4,120.58 |
| 03/31/2025 | Journal | Sales 3.31 | | 2,975.44 |
| Total | | | | 10,246.63 |

Uncleared checks and payments after 03/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 04/02/2025 | Expense | | Toast Inc. | -16.24 |
| 04/02/2025 | Bill Payment | EFT42997122 | Hop & Wine | -302.00 |
| 04/02/2025 | Bill Payment | EFT42997123 | AM Briggs INC dba Metropolit… | -1,424.62 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/02/2025 | Bill Payment | | ALSCO | -223.31 |
| 04/07/2025 | Bill Payment | 2270 | KBS III 3003 Washington LLC | -17,978.64 |
| Total | | | | -19,944.81 |

Uncleared deposits and other credits after 03/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/01/2025 | Journal | Sales 4.1 | | 1,426.77 |
| 04/02/2025 | Deposit | | Square | 179.37 |
| 04/02/2025 | Journal | Sales 4.2 | | 3,110.29 |
| 04/03/2025 | Journal | Sales 4.3 | | 2,331.54 |
| 04/04/2025 | Journal | Sales 4.4 | | 219.62 |
| 04/04/2025 | Journal | Sales 4.4 | | 6,696.86 |
| 04/05/2025 | Journal | Sales 4.5 | | 97.15 |
| 04/05/2025 | Journal | Sales 4.5 | | 5,861.02 |
| 04/06/2025 | Journal | Sales 4.6 | | 9,043.16 |
| Total | | | | 28,965.78 |