## Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 03/02/2025**

### RECONCILIATION REPORT

Reconciled on: 03/04/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 9,125.20 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 9,125.20 |
| | |
| Uncleared transactions as of 03/02/2025 | -27,930.61 |
| Register balance as of 03/02/2025 | -18,805.41 |
| Cleared transactions after 03/02/2025 | 0.00 |
| Uncleared transactions after 03/02/2025 | -757.57 |
| Register balance as of 03/04/2025 | -19,562.98 |

### Additional Information

Uncleared checks and payments as of 03/02/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage C… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage C… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -4,297.88 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -4,297.88 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -4,308.69 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -4,292.82 |
| 01/15/2025 | Bill Payment | EFT18424972 | Specialty Beverage | -219.00 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -4,292.82 |
| 02/09/2025 | Bill Payment | Open CR | Logan Food Company | -127.50 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -4,292.82 |
| 02/11/2025 | Bill Payment | | Lyon Bakery | -1.54 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -1,070.23 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -994.35 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -937.99 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -931.25 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -866.83 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -781.21 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -718.86 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -661.19 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -1,361.91 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -590.61 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -569.14 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -409.89 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -368.53 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -212.26 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -149.15 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -84.15 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -58.91 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -44.85 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -4,292.82 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -2,544.70 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -1,218.79 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -1,149.85 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -1,149.83 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -1,129.68 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/28/2025 | Journal | MI15423ME | | -15.26 |
| 02/28/2025 | Bill Payment | 5141 | AM Briggs INC dba Metropolit… | -759.89 |
| 03/01/2025 | Journal | MI15415ME | | -142.29 |
| 03/01/2025 | Journal | MI15422ME | | -300.00 |
| Total | | | | -50,991.10 |

Uncleared deposits and other credits as of 03/02/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/27/2025 | Journal | Sales 2.27 | | 3,984.20 |
| 02/28/2025 | Deposit | | | 100.89 |
| 02/28/2025 | Journal | Sales 2.28 | | 4,985.07 |
| 03/01/2025 | Journal | Sales 3.1 | | 428.20 |
| 03/01/2025 | Journal | Sales 3.1 | | 6,930.08 |
| 03/02/2025 | Journal | Sales 3.2 | | 2,580.53 |
| 03/02/2025 | Deposit | | UberEats | 3,920.92 |
| 03/02/2025 | Journal | Sales 3.2 | | 130.60 |
| Total | | | | 23,060.49 |

Uncleared checks and payments after 03/02/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/03/2025 | Expense | | Arlington County Treasurer | -2,122.18 |
| 03/03/2025 | Bill Payment | | Lyon Bakery | -178.65 |
| 03/03/2025 | Bill Payment | | Logan Food Company | -127.50 |
| 03/03/2025 | Bill Payment | | Bowie Produce | -861.50 |
| 03/03/2025 | Bill Payment | | VRA Cleaning Services LLC | -3,680.00 |
| 03/03/2025 | Bill Payment | | Pest Management Services, Inc. | -85.00 |
| Total | | | | -7,054.83 |

Uncleared deposits and other credits after 03/02/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/03/2025 | Journal | MJ15427ME | | 6,297.26 |
| Total | | | | 6,297.26 |