## Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 03/09/2025**

### RECONCILIATION REPORT

Reconciled on: 03/11/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 9,125.20 |
| Checks and payments cleared (39) | -41,393.83 |
| Deposits and other credits cleared (17) | 38,078.51 |
| Statement ending balance | 5,809.88 |
| | |
| Uncleared transactions as of 03/09/2025 | -13,787.92 |
| Register balance as of 03/09/2025 | -7,978.04 |
| Cleared transactions after 03/09/2025 | 0.00 |
| Uncleared transactions after 03/09/2025 | -16,675.89 |
| Register balance as of 03/11/2025 | -24,653.93 |

### Details

Checks and payments cleared (39)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -1,361.91 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -44.85 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -1,149.85 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -1,218.79 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -2,544.70 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -569.14 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -590.61 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -661.19 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -718.86 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -781.21 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -866.83 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -931.25 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -937.99 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -994.35 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -1,070.23 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -1,129.68 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -1,149.83 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -409.89 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -58.91 |
| 02/28/2025 | Journal | MI15423ME | | -15.26 |
| 02/28/2025 | Bill Payment | 5141 | AM Briggs INC dba Metropolit… | -759.89 |
| 03/01/2025 | Journal | MI15422ME | | -300.00 |
| 03/01/2025 | Journal | MI15415ME | | -142.29 |
| 03/03/2025 | Bill Payment | | Bowie Produce | -861.50 |
| 03/03/2025 | Expense | | Arlington County Treasurer | -2,122.18 |
| 03/03/2025 | Expense | | Toast Inc. | -16.24 |
| 03/03/2025 | Expense | | | -0.20 |
| 03/03/2025 | Expense | | Amazon | -35.45 |
| 03/03/2025 | Expense | | Amazon | -40.27 |
| 03/03/2025 | Bill Payment | | Logan Food Company | -127.50 |
| 03/03/2025 | Bill Payment | | Lyon Bakery | -178.65 |
| 03/03/2025 | Bill Payment | | Pest Management Services, Inc. | -85.00 |
| 03/03/2025 | Bill Payment | | VRA Cleaning Services LLC | -3,680.00 |
| 03/04/2025 | Bill Payment | 5142 | ALSCO | -221.29 |
| 03/05/2025 | Expense | | | -0.25 |
| 03/05/2025 | Bill Payment | | Reinhart Food Service (PFG) | -7,300.50 |
| 03/05/2025 | Bill Payment | 5143 | TriMark Adams-Burch | -802.91 |
| 03/06/2025 | Bill Payment | | Parkx Master Merchant, LC | -200.00 |
| 03/07/2025 | Bill Payment | | Reinhart Food Service (PFG) | -7,314.38 |

| | | | | |
|---|---|---|---|---|
| Total | | | | -41,393.83 |

Deposits and other credits cleared (17)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/27/2025 | Journal | Sales 2.27 | | 3,984.20 |
| 02/28/2025 | Deposit | | | 100.89 |
| 02/28/2025 | Journal | Sales 2.28 | | 4,985.07 |
| 03/01/2025 | Journal | Sales 3.1 | | 428.20 |
| 03/01/2025 | Journal | Sales 3.1 | | 6,743.16 |
| 03/02/2025 | Journal | Sales 3.2 | | 130.60 |
| 03/02/2025 | Journal | Sales 3.2 | | 2,517.61 |
| 03/02/2025 | Deposit | | UberEats | 3,920.92 |
| 03/02/2025 | Deposit | | | 2,159.67 |
| 03/02/2025 | Deposit | | DoorDash Inc | 2,074.89 |
| 03/03/2025 | Deposit | | | 0.40 |
| 03/03/2025 | Deposit | | | 56.47 |
| 03/03/2025 | Journal | Salse 3.3 | | 6,104.07 |
| 03/04/2025 | Journal | Sales 3.4 | | 81.25 |
| 03/04/2025 | Journal | Sales 3.4 | | 2,140.18 |
| 03/05/2025 | Journal | Sales 3.5 | | 2,521.01 |
| 03/06/2025 | Deposit | | toast | 129.92 |
| Total | | | | 38,078.51 |

**Additional Information**

Uncleared checks and payments as of 03/09/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage C… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage C… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -4,297.88 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -4,297.88 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -4,308.69 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -4,292.82 |
| 01/15/2025 | Bill Payment | EFT18424972 | Specialty Beverage | -219.00 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -4,292.82 |
| 02/09/2025 | Bill Payment | Open CR | Logan Food Company | -127.50 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -4,292.82 |
| 02/11/2025 | Bill Payment | | Lyon Bakery | -1.54 |
| 02/21/2025 | Journal | MI15455ME | | -49.00 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -4,292.82 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -84.15 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -149.15 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -212.26 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -368.53 |
| 03/07/2025 | Bill Payment | 5144 | AM Briggs INC dba Metropolit… | -1,066.48 |
| 03/07/2025 | Journal | MI15451ME | | -198.94 |
| 03/09/2025 | Journal | MI15457ME | | -12.09 |
| Total | | | | -33,910.10 |

Uncleared deposits and other credits as of 03/09/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/05/2025 | Journal | Sales 3.5 | | 5.07 |
| 03/06/2025 | Journal | Sales 3.6 | | 3,287.27 |
| 03/06/2025 | Journal | Sales 3.6 | | 62.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/07/2025 | Journal | Salse 3.7 | | 3,282.07 |
| 03/07/2025 | Journal | Salse 3.7 | | 75.75 |
| 03/08/2025 | Journal | Sales 3.8 | | 105.45 |
| 03/08/2025 | Journal | Sales 3.8 | | 7,157.99 |
| 03/09/2025 | Journal | Sales 3.9 | | 70.85 |
| 03/09/2025 | Journal | Sales 3.9 | | 2,423.74 |
| 03/09/2025 | Deposit | | UberEats | 3,651.99 |
| **Total** | | | | **20,122.18** |

Uncleared checks and payments after 03/09/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/10/2025 | Bill Payment | | Logan Food Company | -127.50 |
| 03/10/2025 | Bill Payment | | Bowie Produce | -777.00 |
| 03/10/2025 | Bill Payment | | Safety First Services | -625.00 |
| 03/10/2025 | Bill Payment | | KBS III 3003 Washington LLC | -18,084.64 |
| 03/10/2025 | Bill Payment | | Magnolia Plumbing | -255.00 |
| 03/10/2025 | Bill Payment | | Lyon Bakery | -306.24 |
| **Total** | | | | **-20,175.38** |

Uncleared deposits and other credits after 03/09/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/10/2025 | Journal | MJ15462ME | | 3,214.99 |
| 03/10/2025 | Journal | MJ15462ME | | 284.50 |
| **Total** | | | | **3,499.49** |