Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 03/16/2025**

**RECONCILIATION REPORT**

Reconciled on: 03/18/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 5,809.88 |
| Checks and payments cleared (30) | -37,804.99 |
| Deposits and other credits cleared (25) | 35,203.84 |
| Statement ending balance | 3,208.73 |
| | |
| Uncleared transactions as of 03/16/2025 | -28,745.83 |
| Register balance as of 03/16/2025 | -25,537.10 |
| Cleared transactions after 03/16/2025 | 0.00 |
| Uncleared transactions after 03/16/2025 | -313.57 |
| Register balance as of 03/18/2025 | -25,850.67 |

**Details**

Checks and payments cleared (30)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/21/2025 | Journal | MI15455ME | | -49.00 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -212.26 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -368.53 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -84.15 |
| 03/07/2025 | Journal | MI15451ME | | -198.94 |
| 03/07/2025 | Bill Payment | 5144 | AM Briggs INC dba Metropolit… | -1,066.48 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -1,286.53 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -6,211.33 |
| 03/09/2025 | Journal | MI15457ME | | -12.09 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -229.00 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -998.94 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -1,012.73 |
| 03/10/2025 | Expense | | | -0.07 |
| 03/10/2025 | Bill Payment | | Logan Food Company | -127.50 |
| 03/10/2025 | Bill Payment | | Lyon Bakery | -306.24 |
| 03/10/2025 | Bill Payment | | Magnolia Plumbing | -255.00 |
| 03/10/2025 | Bill Payment | | KBS III 3003 Washington LLC | -18,084.64 |
| 03/10/2025 | Bill Payment | | Bowie Produce | -777.00 |
| 03/10/2025 | Expense | | Amazon | -33.88 |
| 03/10/2025 | Expense | | Toast Inc. | -127.03 |
| 03/10/2025 | Bill Payment | | Corporate Filings LLC | -150.00 |
| 03/10/2025 | Bill Payment | | Safety First Services | -625.00 |
| 03/11/2025 | Bill Payment | 5145 | ALSCO | -221.29 |
| 03/12/2025 | Journal | MI15476ME | | -285.00 |
| 03/13/2025 | Expense | | Arlington Chamber of Comme… | -48.00 |
| 03/14/2025 | Journal | MI15481ME | | -885.95 |
| 03/14/2025 | Expense | | | -0.15 |
| 03/14/2025 | Bill Payment | | Reinhart Food Service (PFG) | -3,325.15 |
| 03/14/2025 | Bill Payment | | Reinhart Food Service (PFG) | -65.23 |
| 03/14/2025 | Bill Payment | | Comcast (EFT) | -757.88 |

| Total | | | | -37,804.99 |
|---|---|---|---|---|

Deposits and other credits cleared (25)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/05/2025 | Journal | Sales 3.5 | | 5.07 |
| 03/06/2025 | Journal | Sales 3.6 | | 3,287.27 |
| 03/06/2025 | Journal | Sales 3.6 | | 62.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/07/2025 | Journal | Salse 3.7 | | 3,199.49 |
| 03/07/2025 | Journal | Salse 3.7 | | 75.75 |
| 03/08/2025 | Journal | Sales 3.8 | | 6,966.61 |
| 03/08/2025 | Journal | Sales 3.8 | | 105.45 |
| 03/09/2025 | Deposit | | | 543.96 |
| 03/09/2025 | Deposit | | UberEats | 3,651.99 |
| 03/09/2025 | Journal | Sales 3.9 | | 70.85 |
| 03/09/2025 | Journal | Sales 3.9 | | 2,347.61 |
| 03/09/2025 | Deposit | | DoorDash Inc | 1,889.38 |
| 03/10/2025 | Journal | Sales 3.10 | | 3,136.81 |
| 03/10/2025 | Deposit | | | 286.19 |
| 03/10/2025 | Deposit | | | 0.15 |
| 03/10/2025 | Deposit | | | 0.55 |
| 03/10/2025 | Deposit | | | 0.25 |
| 03/10/2025 | Journal | Sales 3.10 | | 284.50 |
| 03/11/2025 | Deposit | | Square | 299.03 |
| 03/11/2025 | Journal | Sales 3.11 | | 6,036.96 |
| 03/11/2025 | Deposit | | | 0.50 |
| 03/12/2025 | Journal | Sales 3.12 | | 2,089.91 |
| 03/12/2025 | Deposit | | toast | 24.75 |
| 03/12/2025 | Journal | Sales 3.12 | | 23.15 |
| 03/14/2025 | Transfer | | | 815.66 |

| Total | | | | 35,203.84 |

**Additional Information**

Uncleared checks and payments as of 03/16/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage C… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage C… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -4,297.88 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -4,297.88 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -4,308.69 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -4,292.82 |
| 01/15/2025 | Bill Payment | EFT18424972 | Specialty Beverage | -219.00 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -4,292.82 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -4,292.82 |
| 02/09/2025 | Bill Payment | Open CR | Logan Food Company | -127.50 |
| 02/11/2025 | Bill Payment | | Lyon Bakery | -1.54 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -149.15 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -4,292.82 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -985.09 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -1,005.11 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -1,043.44 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -1,134.97 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -1,268.24 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -2,455.86 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -4,292.82 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -907.09 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -442.41 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -292.28 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -242.94 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -220.31 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -166.53 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -155.64 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -46.80 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -885.71 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -546.08 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -547.06 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -622.12 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -720.59 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -746.47 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -448.30 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -914.77 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -957.00 |
| 03/12/2025 | Bill Payment | apply CR | TriMark Adams-Burch | -35.26 |
| 03/14/2025 | Bill Payment | 5146 | AM Briggs INC dba Metropolit… | -1,184.10 |
| 03/15/2025 | Journal | MI15478ME | | -6.04 |
| 03/15/2025 | Journal | MI15484ME | | -45.00 |
| 03/16/2025 | Journal | MI15482ME | | -674.26 |
| 03/16/2025 | Journal | MI15486ME | | -10.57 |

| Total | | | | -54,921.51 |
|---|---|---|---|---|

Uncleared deposits and other credits as of 03/16/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/12/2025 | Journal | Sales 3.12 | | 11.00 |
| 03/13/2025 | Journal | Sales 3.13 | | 3,019.64 |
| 03/14/2025 | Journal | Sales 3.14 | | 5.50 |
| 03/14/2025 | Journal | Sales 3.14 | | 4,030.13 |
| 03/15/2025 | Journal | Sales 3.15 | | 10,424.11 |
| 03/15/2025 | Journal | Sales 3.15 | | 812.54 |
| 03/16/2025 | Journal | Sales 3.16 | | 40.65 |
| 03/16/2025 | Deposit | | UberEats | 3,512.11 |
| 03/16/2025 | Journal | Sales 3.16 | | 4,320.00 |

| Total | | | | 26,175.68 |
|---|---|---|---|---|

Uncleared checks and payments after 03/16/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/17/2025 | Bill Payment | | Lyon Bakery | -313.57 |

| Total | | | | -313.57 |
|---|---|---|---|---|