Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 03/23/2025**

**RECONCILIATION REPORT**

Reconciled on: 03/24/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 3,208.73 |
| Checks and payments cleared (38) | -33,821.28 |
| Deposits and other credits cleared (25) | 44,146.90 |
| Statement ending balance | 13,534.35 |
| | |
| Uncleared transactions as of 03/23/2025 | -12,269.94 |
| Register balance as of 03/23/2025 | 1,264.41 |
| Cleared transactions after 03/23/2025 | 0.00 |
| Uncleared transactions after 03/23/2025 | -1,811.07 |
| Register balance as of 03/24/2025 | -546.66 |

**Details**

Checks and payments cleared (38)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/01/2024 | Journal | Payroll JE 11.18-12.1 | | -4,297.88 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -985.09 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -1,134.97 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -746.47 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -46.80 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -885.71 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -907.09 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -914.77 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -957.00 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -2,455.86 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -1,268.24 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -1,005.11 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -220.31 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -242.94 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -442.41 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -448.30 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -546.08 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -547.06 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -720.59 |
| 03/14/2025 | Bill Payment | 5146 | AM Briggs INC dba Metropolit… | -1,184.10 |
| 03/15/2025 | Journal | MI15484ME | | -45.00 |
| 03/15/2025 | Journal | MI15478ME | | -6.04 |
| 03/16/2025 | Journal | MI15486ME | | -10.57 |
| 03/16/2025 | Journal | MI15482ME | | -674.26 |
| 03/17/2025 | Journal | MI15510ME | | -54.00 |
| 03/17/2025 | Bill Payment | | Lyon Bakery | -313.57 |
| 03/17/2025 | Bill Payment | | Erie Insurance Group | -1,359.48 |
| 03/18/2025 | Bill Payment | 5147 | ALSCO | -222.22 |
| 03/19/2025 | Expense | | Toast Inc. | -126.03 |
| 03/19/2025 | Bill Payment | 5148 | TriMark Adams-Burch | -1,491.10 |
| 03/20/2025 | Journal | MI15514ME | | -6.04 |
| 03/20/2025 | Expense | | Amazon | -35.37 |
| 03/20/2025 | Expense | | Restaurant Depot | -600.52 |
| 03/21/2025 | Expense | | Amazon | -35.12 |
| 03/21/2025 | Expense | | Arlington County Treasurer | -5,036.94 |
| 03/21/2025 | Expense | | Harland Clarke | -201.12 |
| 03/21/2025 | Bill Payment | | Reinhart Food Service (PFG) | -3,325.45 |
| 03/21/2025 | Bill Payment | | VA Eagle Distributing | -321.67 |

| Total | | | | -33,821.28 |
|---|---|---|---|---|

Deposits and other credits cleared (25)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/13/2025 | Journal | Sales 3.13 | | 3,019.64 |
| 03/14/2025 | Journal | Sales 3.14 | | 5.50 |
| 03/14/2025 | Journal | Sales 3.14 | | 4,030.13 |
| 03/15/2025 | Journal | Sales 3.15 | | 10,155.11 |
| 03/15/2025 | Journal | Sales 3.15 | | 812.54 |
| 03/16/2025 | Journal | Sales 3.16 | | 4,215.06 |
| 03/16/2025 | Deposit | | UberEats | 3,512.11 |
| 03/16/2025 | Deposit | | | 1,728.94 |
| 03/16/2025 | Deposit | | DoorDash Inc | 2,539.83 |
| 03/16/2025 | Journal | Sales 3.16 | | 40.65 |
| 03/17/2025 | Deposit | | | 82.13 |
| 03/17/2025 | Journal | Sales 3.17 | | 3,011.26 |
| 03/17/2025 | Deposit | | | 0.46 |
| 03/17/2025 | Deposit | | | 0.50 |
| 03/17/2025 | Deposit | | | 0.35 |
| 03/17/2025 | Journal | Sales 3.17 | | 19.75 |
| 03/18/2025 | Journal | Sales 3.18 | | 3,119.17 |
| 03/18/2025 | Journal | Sales 3.18 | | 91.85 |
| 03/18/2025 | Deposit | | toast | 10.00 |
| 03/19/2025 | Journal | Sales 3.19 | | 2,026.61 |
| 03/19/2025 | Journal | Sales 3.19 | | 32.95 |
| 03/20/2025 | Deposit | | | 0.05 |
| 03/20/2025 | Deposit | | | 0.15 |
| 03/20/2025 | Deposit | | | 0.25 |
| 03/20/2025 | Journal | Sales 3.20 | | 5,691.91 |
| Total | | | | 44,146.90 |

**Additional Information**

Uncleared checks and payments as of 03/23/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage C… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage C… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -4,297.88 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -4,308.69 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -4,292.82 |
| 01/15/2025 | Bill Payment | EFT18424972 | Specialty Beverage | -219.00 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -4,292.82 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -4,292.82 |
| 02/09/2025 | Bill Payment | Open CR | Logan Food Company | -127.50 |
| 02/11/2025 | Bill Payment | | Lyon Bakery | -1.54 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -149.15 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -4,292.82 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -155.64 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -4,292.82 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -622.12 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -292.28 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -166.53 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -1,043.44 |
| 03/12/2025 | Bill Payment | apply CR | TriMark Adams-Burch | -35.26 |
| 03/19/2025 | Journal | MI15534ME | | -572.45 |
| 03/21/2025 | Bill Payment | 5149 | AM Briggs INC dba Metropolit… | -906.73 |
| 03/22/2025 | Journal | MI15532ME | | -14.99 |
| 03/23/2025 | Journal | MI15524ME | | -184.95 |

| | | | | |
|---|---|---|---|---:|
| Total | | | | -35,907.98 |

Uncleared deposits and other credits as of 03/23/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/20/2025 | Journal | Sales 3.20 | | 3,145.44 |
| 03/20/2025 | Journal | Sales 3.20 | | 91.25 |
| 03/21/2025 | Journal | Sales 3.21 | | 3,989.49 |
| 03/21/2025 | Journal | Sales 3.21 | | 185.15 |
| 03/22/2025 | Journal | Sales 3.22 | | 8,607.89 |
| 03/22/2025 | Journal | Sales 3.22 | | 228.00 |
| 03/23/2025 | Journal | Sales 3.23 | | 3,944.61 |
| 03/23/2025 | Journal | Sales 3.23 | | 63.65 |
| 03/23/2025 | Deposit | | UberEats | 3,382.56 |
| Total | | | | 23,638.04 |

Uncleared checks and payments after 03/23/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/24/2025 | Bill Payment | | Magnolia Plumbing | -255.00 |
| 03/24/2025 | Bill Payment | | Chill-Craft Company Inc. | -451.24 |
| 03/24/2025 | Bill Payment | | Lyon Bakery | -475.33 |
| 03/24/2025 | Bill Payment | | Bowie Produce | -629.50 |
| Total | | | | -1,811.07 |