## Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 03/30/2025**

### RECONCILIATION REPORT

Reconciled on: 03/31/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 13,534.35 |
| Checks and payments cleared (41) | -45,001.22 |
| Deposits and other credits cleared (27) | 41,775.56 |
| Statement ending balance | 10,308.69 |
| | |
| Uncleared transactions as of 03/30/2025 | -30,037.71 |
| Register balance as of 03/30/2025 | -19,729.02 |
| Cleared transactions after 03/30/2025 | 0.00 |
| Uncleared transactions after 03/30/2025 | -5,661.09 |
| Register balance as of 03/31/2025 | -25,390.11 |

### Details

Checks and payments cleared (41)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/16/2024 | Journal | Payroll JE 06.3-06.16 | | -123.52 |
| 07/14/2024 | Journal | Payroll JE 7.01-7.14 | | -117.08 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -149.15 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -155.64 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -166.53 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -622.12 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -1,043.44 |
| 03/21/2025 | Bill Payment | 5149 | AM Briggs INC dba Metropolit… | -906.73 |
| 03/22/2025 | Journal | MI15532ME | | -14.99 |
| 03/23/2025 | Journal | MI15524ME | | -184.95 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -40.00 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -140.51 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -1,358.75 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -2,601.87 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -7,127.80 |
| 03/23/2025 | Journal | MI15553ME | | -124.00 |
| 03/24/2025 | Bill Payment | | Lyon Bakery | -475.33 |
| 03/24/2025 | Expense | | VA Department of Taxation | -6,358.07 |
| 03/24/2025 | Bill Payment | | Reinhart Food Service (PFG) | -6,338.81 |
| 03/24/2025 | Bill Payment | | Reinhart Food Service (PFG) | -1,788.57 |
| 03/24/2025 | Expense | | | -0.15 |
| 03/24/2025 | Expense | | | -0.25 |
| 03/24/2025 | Journal | MI15545ME | | -45.00 |
| 03/24/2025 | Bill Payment | | Magnolia Plumbing | -255.00 |
| 03/24/2025 | Bill Payment | | Bowie Produce | -629.50 |
| 03/24/2025 | Bill Payment | | Chill-Craft Company Inc. | -451.24 |
| 03/25/2025 | Bill Payment | 5151 | ALSCO | -222.22 |
| 03/26/2025 | Journal | MI15558ME | | -297.90 |
| 03/26/2025 | Bill Payment | | Dominion Energy Virginia | -2,811.03 |
| 03/26/2025 | Expense | | State Farm | -182.34 |
| 03/26/2025 | Journal | MI15559ME | | -7.56 |
| 03/26/2025 | Bill Payment | | Capital Bank | -1,500.00 |
| 03/26/2025 | Journal | MI15565ME | | -344.45 |
| 03/26/2025 | Journal | MI15591ME | | -10.09 |
| 03/27/2025 | Bill Payment | | Restaurant Depot | -803.19 |
| 03/28/2025 | Expense | | Arlington Chamber of Comme… | -25.00 |
| 03/28/2025 | Journal | MI15575ME | | -2.01 |
| 03/28/2025 | Bill Payment | | Open Table Inc. ACH | -474.00 |
| 03/28/2025 | Expense | | Adobe Inc. | -21.19 |
| 03/28/2025 | Bill Payment | | Reinhart Food Service (PFG) | -6,958.26 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/28/2025 | Journal | MI15587ME | | -122.98 |
| Total | | | | -45,001.22 |

Deposits and other credits cleared (27)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/01/2025 | Journal | JE030126 | | 123.52 |
| 03/01/2025 | Journal | JE030125 | | 117.08 |
| 03/20/2025 | Journal | Sales 3.20 | | 3,145.44 |
| 03/20/2025 | Journal | Sales 3.20 | | 91.25 |
| 03/21/2025 | Journal | Sales 3.21 | | 185.15 |
| 03/21/2025 | Journal | Sales 3.21 | | 3,989.49 |
| 03/22/2025 | Journal | Sales 3.22 | | 228.00 |
| 03/22/2025 | Journal | Sales 3.22 | | 8,359.12 |
| 03/23/2025 | Deposit | | | 3,857.76 |
| 03/23/2025 | Journal | Sales 3.23 | | 58.00 |
| 03/23/2025 | Deposit | | DoorDash Inc | 2,844.62 |
| 03/23/2025 | Deposit | | UberEats | 3,382.56 |
| 03/23/2025 | Journal | Sales 3.23 | | 3,843.75 |
| 03/24/2025 | Deposit | | | 292.86 |
| 03/24/2025 | Journal | Sales 3.24 | | 1,110.55 |
| 03/24/2025 | Journal | Sales 3.24 | | 64.80 |
| 03/25/2025 | Journal | Sales 3.25 | | 6,670.09 |
| 03/25/2025 | Journal | Sales 3.25 | | 9.90 |
| 03/26/2025 | Deposit | | | 0.10 |
| 03/26/2025 | Deposit | | | 0.20 |
| 03/26/2025 | Journal | Sales 3.26 | | 60.00 |
| 03/26/2025 | Deposit | | Darling Ingredients Inc. | 33.08 |
| 03/26/2025 | Journal | Sales 3.26 | | 2,884.20 |
| 03/26/2025 | Deposit | | Square | 201.17 |
| 03/27/2025 | Deposit | | Venmo | 100.87 |
| 03/27/2025 | Journal | Sales 3.27 | | 120.70 |
| 03/28/2025 | Deposit | | | 1.30 |
| Total | | | | 41,775.56 |

Additional Information

Uncleared checks and payments as of 03/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage C… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage C… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -4,297.88 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -4,308.69 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -4,292.82 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -4,292.82 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -4,292.82 |
| 02/09/2025 | Bill Payment | Open CR | Logan Food Company | -127.50 |
| 02/11/2025 | Bill Payment | | Lyon Bakery | -1.54 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -4,292.82 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -4,292.82 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -292.28 |
| 03/12/2025 | Bill Payment | apply CR | TriMark Adams-Burch | -35.26 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -594.74 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -1,229.88 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -1,161.01 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -1,094.76 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -1,039.25 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -1,019.63 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -911.89 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -899.01 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -759.08 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -646.03 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -1,458.96 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -547.84 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -544.64 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -471.84 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -420.71 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -280.90 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -214.20 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -186.18 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -64.40 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -16.62 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -1,002.52 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -4,292.82 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -1,678.49 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -1,653.39 |
| 03/28/2025 | Bill Payment | | VRA Cleaning Services LLC | -3,680.00 |
| 03/28/2025 | Bill Payment | 5150 | AM Briggs INC dba Metropolit… | -1,200.16 |
| 03/28/2025 | Bill Payment | EFT93300429 | Specialty Beverage | -200.00 |
| 03/28/2025 | Bill Payment | EFT18732314 | Specialty Beverage | -219.00 |
| 03/29/2025 | Journal | MI15580ME | | -36.27 |
| 03/29/2025 | Journal | MI15590ME | | -292.03 |

| Total | | | | -59,448.63 |
|---|---|---|---|---|

Uncleared deposits and other credits as of 03/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/27/2025 | Journal | Sales 3.27 | | 3,998.35 |
| 03/28/2025 | Journal | Sales 3.28 | | 123.10 |
| 03/28/2025 | Journal | Sales 3.28 | | 5,549.31 |
| 03/29/2025 | Journal | Sales 3.29 | | 518.78 |
| 03/29/2025 | Journal | Sales 3.29 | | 9,951.93 |
| 03/30/2025 | Deposit | | UberEats | 4,818.06 |
| 03/30/2025 | Journal | Sales 3.30 | | 224.60 |
| 03/30/2025 | Journal | Sales 3.30 | | 4,226.79 |

| Total | | | | 29,410.92 |
|---|---|---|---|---|

Uncleared checks and payments after 03/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/31/2025 | Bill Payment | | Pest Management Services, Inc. | -85.00 |
| 03/31/2025 | Bill Payment | | Safety First Services | -625.00 |
| 03/31/2025 | Bill Payment | | Bowie Produce | -488.00 |
| 03/31/2025 | Bill Payment | | GWWC, LLC | -750.00 |
| 03/31/2025 | Bill Payment | | Lyon Bakery | -442.66 |
| 03/31/2025 | Bill Payment | | TriMark Adams-Burch | -414.35 |
| 03/31/2025 | Bill Payment | | Platform Business Advisors | -2,500.00 |
| 03/31/2025 | Bill Payment | | Roberts Oxygen Company, Inc. | -356.08 |

| Total | | | | -5,661.09 |
|---|---|---|---|---|