## Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 03/31/2025**

### RECONCILIATION REPORT

Reconciled on: 04/02/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

### Summary                                                                          USD

| | |
|---|---:|
| Statement beginning balance | 19,528.05 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (1) | 9,677.86 |
| Statement ending balance | 29,205.91 |
| | |
| Uncleared transactions as of 03/31/2025 | -51,620.03 |
| Register balance as of 03/31/2025 | -22,414.12 |
| Cleared transactions after 03/31/2025 | 0.00 |
| Uncleared transactions after 03/31/2025 | 660.59 |
| Register balance as of 04/02/2025 | -21,753.53 |

### Details

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/29/2025 | Journal | Sales 3.29 | | 9,677.86 |
| **Total** | | | | **9,677.86** |

### Additional Information

Uncleared checks and payments as of 03/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage C… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage C… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -4,297.88 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -4,308.69 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -4,292.82 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -4,292.82 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -4,292.82 |
| 02/09/2025 | Bill Payment | Open CR | Logan Food Company | -127.50 |
| 02/11/2025 | Bill Payment | | Lyon Bakery | -1.54 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -4,292.82 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -292.28 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -4,292.82 |
| 03/12/2025 | Bill Payment | apply CR | TriMark Adams-Burch | -35.26 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -1,039.25 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -1,019.63 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -1,002.52 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -911.89 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -759.08 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -646.03 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -594.74 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -899.01 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -547.84 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -544.64 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -471.84 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -420.71 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -280.90 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -186.18 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -64.40 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -16.62 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -214.20 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -4,292.82 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -1,678.49 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -1,653.39 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -1,458.96 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -1,229.88 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -1,161.01 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -1,094.76 |
| 03/28/2025 | Bill Payment | EFT93300429 | Specialty Beverage | -200.00 |
| 03/28/2025 | Bill Payment | 5150 | AM Briggs INC dba Metropolit… | -1,200.16 |
| 03/28/2025 | Bill Payment | | VRA Cleaning Services LLC | -3,680.00 |
| 03/28/2025 | Bill Payment | EFT18732314 | Specialty Beverage | -219.00 |
| 03/31/2025 | Bill Payment | | Platform Business Advisors | -2,500.00 |
| 03/31/2025 | Bill Payment | | Roberts Oxygen Company, Inc. | -356.08 |
| 03/31/2025 | Bill Payment | | Lyon Bakery | -442.66 |
| 03/31/2025 | Bill Payment | | Pest Management Services, Inc. | -85.00 |
| 03/31/2025 | Bill Payment | | Safety First Services | -625.00 |
| 03/31/2025 | Bill Payment | | Bowie Produce | -488.00 |
| 03/31/2025 | Bill Payment | | GWWC, LLC | -750.00 |
| 03/31/2025 | Bill Payment | | TriMark Adams-Burch | -414.35 |
| **Total** | | | | **-64,781.42** |

Uncleared deposits and other credits as of 03/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/30/2025 | Deposit | | | 235.97 |
| 03/30/2025 | Deposit | | | 5,055.12 |
| 03/30/2025 | Deposit | | UberEats | 4,818.06 |
| 03/31/2025 | Journal | MJ15592ME | | 3,052.24 |
| **Total** | | | | **13,161.39** |

Uncleared checks and payments after 03/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/01/2025 | Bill Payment | | Brant Williams Design | -801.48 |
| **Total** | | | | **-801.48** |

Uncleared deposits and other credits after 03/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/01/2025 | Journal | MJ15607ME | | 1,462.07 |
| **Total** | | | | **1,462.07** |