Smokecraft Clarendon LLC

**1050 TD Bank CD, Period Ending 03/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 04/02/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

| **Summary** | **USD** |
|---|---|
| Statement beginning balance | 65,625.36 |
| Checks and payments cleared (1) | -815.66 |
| Deposits and other credits cleared (1) | 190.30 |
| Statement ending balance | 65,000.00 |
| | |
| Register balance as of 03/31/2025 | 65,000.00 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/14/2025 | Transfer | | | -815.66 |
| Total | | | | -815.66 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/11/2025 | Deposit | | | 190.30 |
| Total | | | | 190.30 |