Entered: May 1st, 2025
Signed: April 30th, 2025

**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:

SMOKECRAFT CLARENDON, LLC,

    Debtor.

Case Number: 24-13609-MCR
Chapter 11 (Subchapter V)

### <u>FOURTH SCHEDULING ORDER</u>

The above-captioned debtor and debtor-in-possession (the "<u>Debtor</u>") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"). On May 2, 2024, the Court entered an Initial Scheduling Order [Dkt. No. 15] setting forth certain deadlines and requirements, and on June 27, 2024, the Court held a preliminary status conference under Section 1188 of the Bankruptcy Code. On August 8, 2024, the Debtor filed its Subchapter V Plan of Reorganization [Dkt. No. 49] (the "<u>Plan</u>"), and on August 15, 2024, the Court entered a Second Scheduling Order [Dkt. No. 52] setting forth certain deadlines and requirements related to the Plan [Dkt. No. 49].

On November 19, 2024, the Debtor filed an Amended Subchapter V Plan of Reorganization [Dkt. No. 72], and on November 21, 2024 the Court entered a Third Scheduling Order [Dkt. No. 76]. On January 22, 2025, the Debtor filed a Second Amended Subchapter V Plan of Reorganization [Dkt. No. 89] (the "<u>Second Amended Plan</u>"). On January 29, 2025, the Court held a confirmation hearing on the Debtor's Second Amended Plan. On February 4, 2025, the Court entered an Order Denying Confirmation with Leave to Amend and Setting Deadlines Regarding Motion to Value [Dkt. No. 100] stating that the deadline by which the Debtor shall file its Third Amended Subchapter V Plan of Reorganization shall be set by a separate order.

Based on the record and for good cause appearing, IT IS ORDERED:

1.      <u>Filing of Third Amended Plan</u>.  On or before **May 2, 2025**, the Debtor shall file its Third Amended Chapter 11, Subchapter V Plan of Reorganization (the "<u>Third Amended Plan</u>").

2.      <u>Service of Amended Plan Documents</u>.  On or before **May 7, 2025** the Debtor shall (a) serve a copy of this Scheduling Order, the Third Amended Plan and a ballot conforming to Official Form 314 on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d), and (b) file a certificate of service with the Court.

3.      <u>Objections to Confirmation</u>.  **May 30, 2025** is the deadline for filing and serving written objections to confirmation of the Third Amended Plan pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1).  Any party in interest objecting to the Amended Plan, including the proposed treatment of any claim or interest under the Amended Plan, must file and serve a timely objection in accordance with this Scheduling Order and the applicable rules.

4.      <u>Voting on Third Amended Plan</u>.  **May 30, 2025** is the deadline for submitting written acceptances or rejections of the Third Amended Plan.  Acceptances and rejections must be submitted to the Debtor's attorney at the following address:

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854

5.      <u>Tally of Ballots</u>.  The Debtor shall file a tally of ballots pursuant to Local Bankruptcy Rule 3018-1 no later than **June 3, 2025.**

6.      <u>Confirmation Hearing</u>.  The Court shall hold a hearing on confirmation of the Third Amended Plan on **<u>June 9, 2025 at 10:00 a.m.</u>** at the United States Courthouse, Courtroom 3-C, 6500 Cherrywood Lane, Greenbelt, Maryland 20770 (for in person hearing information, go to https://www.mdb.uscourts.gov/judges-info/judge/maria-ellena-chavez-ruark).

cc:     Debtor
        Debtor's Counsel
        Subchapter V Trustee
        Office of the United States Trustee
        All Creditors and Parties in Interest

**END OF ORDER**
