| Date | EBITDA | Plan Payments | Cash on Hand | Class 2 Accrued Interest | Class 2 Payment | Remaining Class 2 Claim | Class 3 Payment | Class 4 Payment | Admin Payment |
|---|---|---|---|---|---|---|---|---|---|
| July-25 | $0.00 | $4,000.00 | $45,000.00 | $0.00 | $3,000.00 | $92,814.30 | $0.00 | $0.00 | $1,000.00 |
| August-25 | $1,800.00 | $0.00 | $42,800.00 | $591.21 | $0.00 | $93,405.51 | $0.00 | $0.00 | $0.00 |
| September-25 | $5,436.67 | $0.00 | $48,236.67 | $634.65 | $0.00 | $94,040.16 | $0.00 | $0.00 | $0.00 |
| October-25 | -$5,500.27 | $4,500.00 | $38,236.40 | $618.35 | $2,500.00 | $92,158.51 | $0.00 | $0.00 | $2,000.00 |
| November-25 | $582.12 | $0.00 | $38,818.52 | $626.17 | $0.00 | $92,784.68 | $0.00 | $0.00 | $0.00 |
| December-25 | -$3,969.36 | $0.00 | $34,849.16 | $610.09 | $0.00 | $93,394.77 | $0.00 | $0.00 | $0.00 |
| January-26 | -$10,769.89 | $4,500.00 | $19,579.27 | $634.57 | $2,500.00 | $91,529.34 | $0.00 | $0.00 | $2,000.00 |
| February-26 | -$7,597.78 | $0.00 | $11,981.49 | $621.90 | $0.00 | $92,151.24 | $0.00 | $0.00 | $0.00 |
| March-26 | $2,323.72 | $0.00 | $14,305.21 | $565.53 | $0.00 | $92,716.77 | $0.00 | $0.00 | $0.00 |
| April-26 | -$11,365.75 | $4,500.00 | -$1,560.54 | $629.97 | $2,500.00 | $90,846.74 | $0.00 | $0.00 | $2,000.00 |
| May-26 | $10,104.14 | $0.00 | $8,543.60 | $597.35 | $0.00 | $91,444.09 | $0.00 | $0.00 | $0.00 |
| June-26 | $17,810.92 | $0.00 | $26,354.52 | $621.32 | $0.00 | $92,065.41 | $0.00 | $0.00 | $0.00 |
| July-26 | $902.04 | $7,500.00 | $19,756.56 | $605.36 | $2,500.00 | $90,170.77 | $0.00 | $0.00 | $5,000.00 |
| August-26 | $1,843.38 | $0.00 | $21,599.94 | $612.67 | $0.00 | $90,783.43 | $0.00 | $0.00 | $0.00 |
| September-26 | $14,392.45 | $0.00 | $35,992.39 | $616.83 | $0.00 | $91,400.26 | $0.00 | $0.00 | $0.00 |
| October-26 | -$5,182.88 | $7,500.00 | $23,309.51 | $600.99 | $2,500.00 | $89,501.25 | $0.00 | $0.00 | $5,000.00 |
| November-26 | $10,860.72 | $0.00 | $34,170.23 | $608.12 | $0.00 | $90,109.37 | $0.00 | $0.00 | $0.00 |
| December-26 | -$7,812.65 | $0.00 | $26,357.58 | $592.50 | $0.00 | $90,701.87 | $0.00 | $0.00 | $0.00 |
| January-27 | -$5,544.15 | $7,500.00 | $13,313.43 | $616.28 | $2,500.00 | $88,818.15 | $0.00 | $0.00 | $5,000.00 |
| February-27 | -$3,642.94 | $0.00 | $9,670.49 | $603.48 | $0.00 | $89,421.62 | $0.00 | $0.00 | $0.00 |
| March-27 | $9,363.06 | $0.00 | $19,033.55 | $548.78 | $0.00 | $89,970.40 | $0.00 | $0.00 | $0.00 |
| April-27 | -$11,134.72 | $12,500.00 | -$4,601.17 | $611.31 | $7,500.00 | $83,081.71 | $0.00 | $0.00 | $5,000.00 |
| May-27 | $11,287.50 | $0.00 | $6,686.33 | $546.29 | $0.00 | $83,628.00 | $0.00 | $0.00 | $0.00 |
| June-27 | $19,379.62 | $0.00 | $26,065.95 | $568.21 | $0.00 | $84,196.21 | $0.00 | $0.00 | $0.00 |
| July-27 | $1,664.67 | $12,500.00 | $15,230.62 | $553.62 | $11,500.00 | $73,249.83 | $0.00 | $0.00 | $1,000.00 |
| August-27 | $2,693.47 | $0.00 | $17,924.09 | $497.70 | $0.00 | $73,747.53 | $0.00 | $0.00 | $0.00 |
| September-27 | $15,808.60 | $0.00 | $33,732.69 | $501.08 | $0.00 | $74,248.61 | $0.00 | $0.00 | $0.00 |
| October-27 | -$4,754.25 | $12,500.00 | $16,478.44 | $488.21 | $12,500.00 | $62,236.82 | $0.00 | $0.00 | $0.00 |
| November-27 | $12,148.62 | $0.00 | $28,627.06 | $422.87 | $0.00 | $62,659.68 | $0.00 | $0.00 | $0.00 |
| December-27 | -$7,461.43 | $0.00 | $21,165.63 | $412.01 | $0.00 | $63,071.69 | $0.00 | $0.00 | $0.00 |
| January-28 | -$5,120.50 | $12,500.00 | $3,545.13 | $428.54 | $12,500.00 | $51,000.24 | $0.00 | $0.00 | $0.00 |
| February-28 | -$3,138.34 | $0.00 | $406.79 | $346.52 | $0.00 | $51,346.76 | $0.00 | $0.00 | $0.00 |
| March-28 | $10,593.05 | $0.00 | $10,999.84 | $326.37 | $0.00 | $51,673.13 | $0.00 | $0.00 | $0.00 |
| April-28 | -$10,868.15 | $12,500.00 | -$12,368.31 | $351.09 | $12,500.00 | $39,524.22 | $0.00 | $0.00 | $0.00 |
| May-28 | $12,550.37 | $0.00 | $182.06 | $259.89 | $0.00 | $39,784.11 | $0.00 | $0.00 | $0.00 |
| June-28 | $21,047.10 | $0.00 | $21,229.16 | $270.31 | $0.00 | $40,054.42 | $0.00 | $0.00 | $0.00 |
| July-28 | $2,486.97 | $12,500.00 | $11,216.13 | $263.37 | $12,500.00 | $27,817.79 | $0.00 | $0.00 | $0.00 |
| August-28 | $3,608.80 | $0.00 | $14,824.93 | $189.01 | $0.00 | $28,006.80 | $0.00 | $0.00 | $0.00 |
| September-28 | $17,316.46 | $0.00 | $32,141.39 | $190.29 | $0.00 | $28,197.09 | $0.00 | $0.00 | $0.00 |
| October-28 | -$4,283.55 | $12,500.00 | $15,357.84 | $185.41 | $12,500.00 | $15,882.50 | $0.00 | $0.00 | $0.00 |
| November-28 | $13,523.27 | $0.00 | $28,881.11 | $107.91 | $0.00 | $15,990.41 | $0.00 | $0.00 | $0.00 |
| December-28 | -$7,070.40 | $0.00 | $21,810.71 | $105.14 | $0.00 | $16,095.55 | $0.00 | $0.00 | $0.00 |
| January-29 | -$4,654.64 | $12,500.00 | $4,656.07 | $109.36 | $12,500.00 | $3,704.92 | $0.00 | $0.00 | $0.00 |
| February-29 | -$2,587.91 | $0.00 | $2,068.16 | $25.17 | $0.00 | $3,730.09 | $0.00 | $0.00 | $0.00 |
| March-29 | $11,876.66 | $0.00 | $13,944.82 | $22.89 | $0.00 | $3,752.98 | $0.00 | $0.00 | $0.00 |
| April-29 | -$10,563.55 | $12,500.00 | -$9,118.73 | $25.50 | $3,778.48 | $0.00 | $8,721.52 | $0.00 | $0.00 |
| May-29 | $13,897.35 | $0.00 | $4,778.62 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| June-29 | $22,818.91 | $0.00 | $27,597.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Date | EBITDA | Plan Payments | Cash on Hand | Class 2 Accrued Interest | Class 2 Payment | Remaining Class 2 Claim | Class 3 Payment | Class 4 Payment | Admin Payment |
|---|---|---|---|---|---|---|---|---|---|
| July-29 | $3,372.54 | $12,500.00 | $18,470.07 | $0.00 | $0.00 | $0.00 | $12,500.00 | $0.00 | $0.00 |
| August-29 | $4,593.31 | $0.00 | $23,063.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| September-29 | $18,921.23 | $0.00 | $41,984.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| October-29 | -$3,768.07 | $12,500.00 | $25,716.54 | $0.00 | $0.00 | $0.00 | $11,814.64 | $685.36 | $0.00 |
| November-29 | $14,989.66 | $0.00 | $40,706.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| December-29 | -$6,636.89 | $0.00 | $34,069.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| January-30 | -$4,143.84 | $6,250.00 | $23,675.47 | $0.00 | $0.00 | $0.00 | $0.00 | $6,250.00 | $0.00 |
| February-30 | -$1,988.74 | $0.00 | $21,686.73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| March-30 | $13,247.06 | $0.00 | $34,933.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| April-30 | -$7,994.16 | $6,250.00 | $33,189.63 | $0.00 | $0.00 | $0.00 | $0.00 | $6,250.00 | $0.00 |
| Total | $173,683.79 | $190,000.00 | n/a | $19,964.18 | $115,778.48 | n/a | $33,036.16 | $13,185.36 | $28,000.00 |