| Date | Accrued Interest | Payment | Total Secured Debt |
|---|---:|---:|---:|
| 4/29/2024 | $0.00 | $0.00 | $104,500.00 |
| 7/29/2024 | $2,084.27 | $4,500.00 | $102,084.27 |
| 8/26/2024 | $626.49 | $1,500.00 | $101,210.76 |
| 9/27/2024 | $709.86 | $1,500.00 | $100,420.63 |
| 10/30/2024 | $726.33 | $1,500.00 | $99,646.96 |
| 11/26/2024 | $589.69 | $1,500.00 | $98,736.65 |
| 12/24/2024 | $605.95 | $1,500.00 | $97,842.59 |
| 1/30/2025 | $793.46 | $1,500.00 | $97,136.06 |
| 2/25/2025 | $553.54 | $1,500.00 | $96,189.60 |
| 3/26/2025 | $611.40 | $1,500.00 | $95,301.00 |
| 4/25/2025 | $626.64 | $1,500.00 | $94,427.63 |
| 7/1/2025 | $1,386.66 | $0.00 | $95,814.30 |