**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

In re                                                                         Case No. 24-13609-MCR

Smokecraft Clarendon, LLC                                      Chapter 11

      Debtor.
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 5, 2025, I transmitted to a third party mailing vendor a copy the Fourth Scheduling Order (DE #129) and Smokecraft Clarendon, LLC's Third Amended Subchapter V Plan of Reorganization (DE #130) together with the various exhibits thereto, excepting Exhibit A which was replaced with an insert providing a link for viewing, to be sent via First Class Mail, postage prepaid, to all parties on the attached mailing matrix (excepting undersigned counsel), with those parties denoted as classified under the foregoing plan, and entitled to vote thereupon, also being sent a correlative ballot.

    Respectfully submitted,

    /s/ Maurice B. VerStandig
    Maurice B. VerStandig, Esq.
    Bar No. 18071
    THE BELMONT FIRM
    1050 Connecticut Avenue NW,
    Suite 500
    Washington, DC 20036
    Phone: (301) 444-4600
    E-mail: mac@dcbankruptcy.com
    *Counsel for the Debtor*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of May, 2025, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Corinne Donohue Adams    cadams@yvslaw.com, cadams@yvslaw.com;jbeckman@yvslaw.com;pgomez@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;r39990@notify.bestcase.com
- Catherine Keller Hopkin    chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
- Lynn A. Kohen    lynn.a.kohen@usdoj.gov
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Angela L. Shortall    ashortall@3cubed-as.com, md70@ecfcbis.com
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.