# Profit and Loss

## Smokecraft Clarendon LLC

### April 2025

| DISTRIBUTION ACCOUNT | TOTAL | |
|---|---:|---:|
| | APR 1 - APR 30 2025 | % OF INCOME |
| Income | | |
|   All Sales, Comps and Discounts | 0 | 0.0 % |
|     5100 Food Sales | 138,827.90 | 89.91 % |
|     5110 Goodwill Comps | -774.95 | -0.5 % |
|     5115 Goodwill Bar Comps | -167.90 | -0.11 % |
|     5120 Guest Complaint Comps | -54.85 | -0.04 % |
|     5131 50% Employee Discounts | -405.42 | -0.26 % |
|     5150 Discounts Marketing | -494.25 | -0.32 % |
|     5160 Dining Privileges (mgr/chef) | -128.48 | -0.08 % |
|     5180 NA Beverage | 2,485.34 | 1.61 % |
|     5210 Liquor Sales | 7,539.72 | 4.88 % |
|     5220 Wine Sales | 1,536.00 | 0.99 % |
|     5230 Bottled Beer Sales | 572.50 | 0.37 % |
|     5240 Draft Beer Sales | 4,482.79 | 2.9 % |
| **Total for All Sales, Comps and Discounts** | **$153,418.40** | **99.36 %** |
|   Other Income and Expense | 0 | 0.0 % |
|     5300 Sundry Sales | 135.00 | 0.09 % |
|     5910 Service Charge Revenue - Catering | 856.71 | 0.55 % |
| **Total for Other Income and Expense** | **$991.71** | **0.64 %** |
| **Total for Income** | **$154,410.11** | **100.0 %** |
| Cost of Goods Sold | | |
|   Cost of Sales | 0 | 0.0 % |
|     6110 Meat Cost | 18,820.73 | 12.19 % |
|     6120 Poultry Cost | 4,189.95 | 2.71 % |
|     6130 Seafood Cost | 579.99 | 0.38 % |
|     6140 Dairy Cost | 4,972.48 | 3.22 % |
|     6150 Produce Cost | 3,720.44 | 2.41 % |
|     6160 Bakery Cost | 1,835.17 | 1.19 % |
|     6170 Grocery Cost | 7,731.99 | 5.01 % |
|     6180 NA Beverage | 895.22 | 0.58 % |
|     6210 Liquor Cost | 1,606.84 | 1.04 % |
|     6220 Wine Cost | 255.85 | 0.17 % |
|     6230 Bottled Beer Cost | 96.69 | 0.06 % |
|     6240 Draft Beer Cost | 1,304.40 | 0.84 % |
| **Total for Cost of Sales** | **$46,009.75** | **29.8 %** |
| **Total for Cost of Goods Sold** | **$46,009.75** | **29.8 %** |
| **Gross Profit** | **$108,400.36** | **70.2 %** |

# Profit and Loss

## Smokecraft Clarendon LLC

April 2025

| DISTRIBUTION ACCOUNT | TOTAL | |
|---|---:|---:|
| | APR 1 - APR 30 2025 | % OF INCOME |
| Expenses | | |
|   A. Payroll Expenses | 0 | 0.0 % |
|     6310 Management Salaries | 11,278.84 | 7.3 % |
|     6311 Direct Labor - FOH | 2,390.60 | 1.55 % |
|     6312 Overtime Labor - FOH | 16.35 | 0.01 % |
|     6313 Training Labor | 863.74 | 0.56 % |
|     6314 Direct Labor - BOH | 18,153.19 | 11.76 % |
|     6315 Overtime Labor - BOH | 12.90 | 0.01 % |
|     6320 Commission Paid | 266.24 | 0.17 % |
|     6510 Payroll Taxes | 3,528.61 | 2.29 % |
|     6540 Parking | 200.00 | 0.13 % |
|     6570 Group Insurance | 564.38 | 0.37 % |
|     6580 Workers Compensation | 431.33 | 0.28 % |
|     6615 Payroll Processing Fees | 220.00 | 0.14 % |
| **Total for A. Payroll Expenses** | **$37,926.18** | **24.56 %** |
|   B. Controllable Expenses | 0 | 0.0 % |
|     6500 3rd Party Delivery Expense | 10,367.99 | 6.71 % |
|     6710 Operating Lease/Rentals | 568.12 | 0.37 % |
|     6790 Other Contracted Services | 300.00 | 0.19 % |
|     7000 Register Over/Short | -4.99 | -0.0 % |
|     7010 China/Glassware/Silver | 511.36 | 0.33 % |
|     7040 Cleaning Supplies | 290.09 | 0.19 % |
|     7045 Dish Chemicals | 713.58 | 0.46 % |
|     7060 Linens | 1,116.55 | 0.72 % |
|     7105 To Go Supplies | 1,144.13 | 0.74 % |
|     7106 Catering Supplies | 1,959.62 | 1.27 % |
|     7110 Operating Supplies F&B | 1,841.38 | 1.19 % |
| **Total for B. Controllable Expenses** | **$18,807.83** | **12.18 %** |
|   C. General & Administrative | 0 | 0.0 % |
|     7190 Other Contracted Services-Admin | 487.69 | 0.32 % |
|     7195 Accounting Services | 2,500.00 | 1.62 % |
|     7230 Licenses & Permits | 855.20 | 0.55 % |
|     7250 Credit Card Commissions | 2,975.97 | 1.93 % |
|     7256 Employment Ads | 45.00 | 0.03 % |
|     7270 Dues & Subscriptions | 102.00 | 0.07 % |
|     7285 Gen. Liab Insur/Key Man | 1,083.59 | 0.7 % |
|     7320 Office Supplies & Postage | 25.19 | 0.02 % |
|     7350 Tele/internet/cable | 381.81 | 0.25 % |
| **Total for C. General & Administrative** | **$8,456.45** | **5.48 %** |

# Profit and Loss

## Smokecraft Clarendon LLC

April 2025

| DISTRIBUTION ACCOUNT | TOTAL | |
|---|---|---|
| | APR 1 - APR 30 2025 | % OF INCOME |
| D. Advertising and Promotion | 0 | 0.0 % |
| 7435 Advertising & Marketing | 222.99 | 0.14 % |
| **Total for D. Advertising and Promotion** | **$222.99** | **0.14 %** |
| E. Repair & Maintenance | 0 | 0.0 % |
| 7500 Repairs & Maintenance | 342.39 | 0.22 % |
| 7620 R&M HVAC & Refrigeration | 546.94 | 0.35 % |
| 7695 Cleaning Service | 3,680.00 | 2.38 % |
| 7720 Maint Contract - Other Equipment | 255.00 | 0.17 % |
| 7750 Pest Control | 95.00 | 0.06 % |
| **Total for E. Repair & Maintenance** | **$4,919.33** | **3.19 %** |
| F. Utilities | 0 | 0.0 % |
| 7810 Electricity | 2,520.76 | 1.63 % |
| 7820 Gas | 1,000.00 | 0.65 % |
| 7830 Water & Sewer | 504.00 | 0.33 % |
| 7840 Firewood | 750.00 | 0.49 % |
| **Total for F. Utilities** | **$4,774.76** | **3.09 %** |
| G. Facility Expense | 0 | 0.0 % |
| 8010 Rent & Lease | 12,730.64 | 8.24 % |
| 8015 Common Area Maintenance | 2,464.00 | 1.6 % |
| 8020 Property Insurance | -160.73 | -0.1 % |
| 8030 Property Taxes | -2,312.78 | -1.5 % |
| **Total for G. Facility Expense** | **$12,721.13** | **8.24 %** |
| **Total for Expenses** | **$87,828.67** | **56.88 %** |
| **Net Operating Income** | **$20,571.69** | **13.32 %** |
| Other Income | | 0.0 % |
| Other Expenses | | |
| 8101 Interest Income | -208.84 | -0.14 % |
| **Total for Other Expenses** | **-$208.84** | **-0.14 %** |
| **Net Other Income** | **$208.84** | **0.14 %** |
| **Net Income** | **$20,780.53** | **13.46 %** |