**2025/6 Budget - Smokecraft**
Start Date: 03/31/2025
End Date: 03/29/2026
LY Start: 04/01/2024
LY End: 03/30/2025

| | | PERIOD 5 | | PERIOD 5 | |
|---|---|---|---|---|---|
| | | 4/29/2024 | | 4/28/2025 | |
| | | 5/26/2024 | | 5/25/2025 | |
| | | **2024 Actual** | **% of Sales** | **2025 Budget** | **% of Sales** |
| | **Gross Sales** | | | | |
| 5100 | Food Sales | $ 139,888.93 | 86.42% | $ 159,272.93 | 84.78% |
| 5180 | NA Beverage | $ 2,014.24 | 1.24% | $ 2,293.35 | 1.22% |
| | **Total Food Sales** | **$ 141,903.17** | **87.66%** | **$ 161,566.27** | **86.00%** |
| 5210 | Liquor Sales | $ 10,911.00 | 6.74% | $ 16,681.30 | 8.88% |
| 5220 | Wine Sales | $ 2,382.01 | 1.47% | $ 3,641.74 | 1.94% |
| 5230 | Bottled Beer Sales | $ 557.25 | 0.34% | $ 851.95 | 0.45% |
| 5240 | Draft Beer Sales | $ 6,118.00 | 3.78% | $ 9,353.52 | 4.98% |
| | **Total Beverage Sales** | **$ 19,968.26** | **12.34%** | **$ 30,528.51** | **16.25%** |
| | **Gross F&B Sales** | **$ 161,871.43** | **99.09%** | **$ 192,094.79** | **102.25%** |
| | **Deductions** | | | | |
| 5110 | Goodwill Comps | $ 424.83 | 0.26% | $ 657.54 | 0.35% |
| 5120 | Guest Recovery Comps | $ 471.25 | 0.29% | $ 375.74 | 0.20% |
| 5131 | 50% Employee Discounts | $ 606.56 | 0.37% | $ 563.60 | 0.30% |
| 5132 | Manager Meal Discounts | $ 507.75 | 0.31% | $ 469.67 | 0.25% |
| 5150 | Discounts Marketing | $ 536.80 | 0.33% | $ 469.67 | 0.25% |
| 5250 | Goodwill Bar Comps | $ 188.00 | 0.12% | $ 281.80 | 0.15% |
| | **Total Deductions** | **$ 2,735.19** | **1.67%** | **$ 2,818.02** | **2.50%** |
| | **Other Income and Expense** | | | | |
| 5300 | Sundry Sales | $ 1,121.00 | 0.69% | $ - | 0.00% |
| 5910 | Service Charge Revenue - Catering | $ 3,106.03 | 1.90% | $ - | 0.00% |
| | **Total Other Income and Expense** | **$ 4,227.03** | **2.59%** | **$ -** | **0.00%** |
| | **Net Sales** | **$ 163,363.27** | **100.00%** | **$ 187,867.76** | **100.75%** |
| | **Food Costs** | | | | |
| 6110 | Meat Cost | $ 19,794.09 | 13.95% | $ 23,588.68 | 14.60% |
| 6120 | Poultry Cost | $ 3,475.10 | 2.45% | $ 4,200.72 | 2.60% |
| 6130 | Seafood Cost | $ 635.67 | 0.45% | $ 807.83 | 0.50% |
| 6140 | Dairy Cost | $ 5,493.32 | 3.87% | $ 6,462.65 | 4.00% |
| 6150 | Produce Cost | $ 5,108.52 | 3.60% | $ 5,170.12 | 3.20% |
| 6160 | Bakery Cost | $ 2,079.93 | 1.47% | $ 2,261.93 | 1.40% |
| 6170 | Grocery Cost | $ 8,305.37 | 5.85% | $ 10,017.11 | 6.20% |

| Code | Item | | Amount | % | | Amount | % |
|---|---|---|---:|---:|---|---:|---:|
| 6180 | NA Beverage | $ | 598.61 | 0.42% | $ | 807.83 | 0.50% |
| | **Total Food Cost** | $ | **45,490.61** | **32.06%** | $ | **53,316.87** | **33.00%** |
| | **Beverage Costs** | | | | | | |
| 6210 | Liquor Cost | $ | 2,131.84 | 10.78% | $ | 3,235.50 | 10.60% |
| 6220 | Wine Cost | $ | 512.90 | 2.59% | $ | 778.43 | 2.55% |
| 6230 | Bottled Beer Cost | $ | 180.34 | 0.91% | $ | 273.70 | 0.90% |
| 6240 | Draft Beer Cost | $ | 1,236.15 | 6.25% | $ | 1,876.11 | 6.15% |
| | **Total Bev Cost** | $ | **4,061.23** | **20.34%** | $ | **6,163.73** | **20.00%** |
| | **Total F&B Costs** | $ | **49,551.84** | **30.33%** | $ | **59,480.60** | **31.66%** |
| | **Gross Profit** | $ | **113,811.43** | **69.67%** | $ | **128,387.16** | **68.34%** |
| | **Payroll Costs** | | | | | | |
| 6310 | Management Salaries | $ | 11,922.89 | 7.30% | $ | 15,038.46 | 8.00% |
| 6311 | Direct Labor - FOH | $ | 4,720.67 | 2.89% | $ | 5,166.36 | 2.75% |
| 6312 | Overtime Labor - FOH | $ | 47.24 | 0.03% | $ | - | 0.00% |
| 6313 | Training Labor | $ | 639.36 | 0.39% | $ | 281.80 | 0.15% |
| 6314 | Direct Labor - BOH | $ | 28,578.07 | 17.49% | $ | 30,998.18 | 16.50% |
| 6315 | Overtime Labor - BOH | $ | 719.77 | 0.44% | $ | - | 0.00% |
| 6320 | Commission Paid | $ | - | 0.00% | $ | - | 0.00% |
| | **Total Labor** | $ | **46,628.00** | **28.54%** | $ | **51,484.81** | **27.40%** |
| 6510 | Payroll Taxes | $ | 5,491.68 | 3.36% | $ | 6,575.37 | 3.50% |
| 6530 | Vacation Pay | $ | - | 0.00% | $ | - | 0.00% |
| 6540 | Parking | $ | - | 0.00% | $ | 200.00 | 0.11% |
| 6550 | Uniform Allowance | $ | (70.00) | -0.04% | $ | - | 0.00% |
| 6560 | Continuing Education | $ | - | 0.00% | $ | - | 0.00% |
| 6570 | Group Insurance | $ | 390.80 | 0.24% | $ | 565.00 | 0.30% |
| 6580 | Workers Compensation | $ | 445.08 | 0.27% | $ | 510.00 | 0.27% |
| 6610 | Other Benefits | $ | - | 0.00% | $ | - | 0.00% |
| 6615 | Payroll Processing Fees | $ | 269.00 | 0.16% | $ | 300.00 | 0.25% |
| | **Total Payroll Expenses** | $ | **6,526.56** | **4.00%** | $ | **8,150.37** | **4.34%** |
| | **Total Payroll Costs** | $ | **53,154.56** | **32.54%** | $ | **59,635.18** | **31.74%** |
| | **Controllable Expenses** | | | | | | |
| 6500 | 3rd Party Delivery Expense | $ | 5,470.30 | 3.35% | $ | 8,923.72 | 4.75% |
| 6710 | Operating Lease/Rentals-Kitchen/Bar | $ | 543.64 | 0.33% | $ | 550.00 | 0.29% |
| 6740 | Security | $ | - | 0.00% | $ | - | 0.00% |
| 6750 | Trash Removal | $ | - | 0.00% | $ | - | 0.00% |
| 6790 | Other Contracted Services | $ | 300.00 | 0.18% | $ | 300.00 | 0.16% |
| 7010 | Register Over/Short | $ | 45.41 | 0.03% | $ | - | 0.00% |
| 7010 | China/Glassware/Silverware | $ | 64.31 | 0.04% | $ | 281.80 | 0.15% |
| 7040 | Cleaning Supplies | $ | 1,402.72 | 0.86% | $ | 375.74 | 0.20% |
| 7045 | Dish Chemicals | $ | 59.81 | 0.04% | $ | 563.60 | 0.30% |

| | | | | | | |
|---|---|---:|---:|---:|---:|---:|
| 7050 | Decorations | $ | - | 0.00% | $ - | 0.00% |
| 7060 | Linens | $ | 914.28 | 0.56% | $ 1,221.14 | 0.65% |
| 7080 | New Menus/Printing | $ | - | 0.00% | $ - | 0.00% |
| 7090 | Menu/Guest Check/POS Supplies | $ | - | 0.00% | $ - | 0.00% |
| 7105 | To Go Supplies | $ | 3,313.48 | 2.03% | $ 2,630.15 | 1.40% |
| 7106 | Catering Supplies | $ | 1,737.03 | 1.06% | $ 1,878.68 | 1.00% |
| 7110 | Operating Supplies F&B | $ | 853.57 | 0.52% | $ 1,878.68 | 1.00% |
| 7120 | Uniforms | $ | - | 0.00% | $ - | 0.00% |
| 7470 | Live Entertainment | $ | - | 0.00% | $ - | 0.00% |
| | **Total Controllable Expenses** | **$** | **14,704.55** | **9.00%** | **$ 18,603.50** | **9.90%** |
| | **General & Administrative** | | | | | |
| 7190 | Other Contracted Services-Admin | $ | 1,087.18 | 0.67% | $ 1,200.00 | 0.64% |
| 7195 | Accounting Services | $ | 2,500.00 | 1.53% | $ 2,500.00 | 1.33% |
| 7220 | Bank Charges & Fees | $ | 285.20 | 0.17% | $ 15.00 | 0.01% |
| 7230 | Licenses & Permits | $ | 2,335.81 | 1.43% | $ 600.00 | 0.32% |
| 7250 | Credit Card Commissions | $ | 4,023.90 | 2.46% | $ 4,133.09 | 2.20% |
| 7256 | Employment Ads | $ | 45.00 | 0.03% | $ 90.00 | 0.05% |
| 7270 | Dues & Subscriptions | $ | 46.95 | 0.03% | $ 50.00 | 0.03% |
| 7285 | Key Man/General Liability Insurance | $ | 937.25 | 0.57% | $ 1,275.00 | 0.68% |
| 7290 | Legal & Professional Services | $ | - | 0.00% | $ - | 0.00% |
| 7320 | Office Supplies & Postage | $ | 155.37 | 0.10% | $ 187.87 | 0.10% |
| 7350 | Telephone/Internet/Cable | $ | 617.73 | 0.38% | $ 650.00 | 0.35% |
| 7360 | Travel | $ | 153.26 | 0.09% | $ 125.00 | 0.07% |
| 7370 | Meals & Entertainment | $ | - | 0.00% | $ - | 0.00% |
| | **Total General & Administrative** | **$** | **12,187.65** | **7.46%** | **$ 10,825.96** | **5.76%** |
| | **Advertising & Promotion** | | | | | |
| 7400 | Local Charitable Donations | $ | - | 0.00% | $ - | 0.00% |
| 7430 | Local Advertising & Promotion | $ | 578.89 | 0.35% | $ - | 0.00% |
| 7435 | Advertising & Marketing | $ | - | 0.00% | $ 500.00 | 0.27% |
| 7460 | Special Promotions | $ | - | 0.00% | $ - | 0.00% |
| | **Total  Advertising & Promotion** | **$** | **578.89** | **0.35%** | **$ 500.00** | **0.27%** |
| | **Repairs & Maintenance** | | | | | |
| 7500 | Repairs & Maintenance | $ | 220.00 | 0.13% | $ 1,878.68 | 1.00% |
| 7620 | R&M HVAC & Refrigeration | $ | 1,580.07 | 0.97% | $ - | 0.00% |
| 7630 | R&M - Plumbing | $ | - | 0.00% | $ - | 0.00% |
| 7640 | R&M - Electric | $ | - | 0.00% | $ - | 0.00% |
| 7650 | R&M - Exterior/Structure | $ | - | 0.00% | $ - | 0.00% |
| 7660 | R&M - POS Systems | $ | - | 0.00% | $ - | 0.00% |
| 7695 | Cleaning Service | $ | - | 0.00% | $ 3,680.00 | 1.96% |
| 7710 | MC-HVAC & Refrigeration | $ | 1,250.00 | 0.77% | $ 625.00 | 0.33% |
| 7720 | MC-Other Equipment | $ | 255.00 | 0.16% | $ 255.00 | 0.14% |
| 7750 | Pest Control | $ | 85.00 | 0.05% | $ 85.00 | 0.05% |
| 7785 | Carpet/Rug/Floor Cleaning | $ | - | 0.00% | $ - | 0.00% |
| | **Total Repairs & Maintenance** | **$** | **3,390.07** | **2.08%** | **$ 6,523.68** | **3.47%** |

| | | | | | | | |
|---|---|---|---:|---:|---:|---:|---:|
| | **Utilities** | | | | | | |
| 7810 | Electricity | $ | 2,234.62 | 1.37% | $ | 2,442.28 | 1.30% |
| 7820 | Natural Gas | $ | 841.68 | 0.52% | $ | 1,127.21 | 0.60% |
| 7830 | Water & Sewer | $ | 364.00 | 0.22% | $ | 563.60 | 0.30% |
| 7840 | Firewood | $ | - | 0.00% | $ | 500.00 | 0.27% |
| | **Total Utilities** | $ | **3,440.30** | **2.11%** | $ | **4,633.09** | **2.47%** |
| | | | | | | | |
| | **Total Operating Expenses** | $ | **34,301.46** | **21.00%** | $ | **41,086.23** | **21.87%** |
| | | | | | | | |
| | **Other Income (Expenses)** | | | | | | |
| 5500 | Door Revenue | $ | - | 0.00% | $ | - | 0.00% |
| 5800 | Commission Income | $ | - | 0.00% | $ | - | 0.00% |
| | **Total Other Income** | $ | **-** | **0.00%** | $ | **-** | **0.00%** |
| | | | | | | | |
| | **Operating Income Before Bonus** | $ | **26,355.41** | **16.13%** | $ | **27,665.75** | **14.73%** |
| | | | | | | | |
| 6455 | Management Bonuses | $ | - | 0.00% | $ | - | 0.00% |
| | | | | | | | |
| | **Restaurant Operating Income** | $ | **26,355.41** | **16.13%** | $ | **27,665.75** | **14.73%** |
| | | | | | | | |
| | **Facility Expenses** | | | | | | |
| 8010 | Rents | $ | 12,420.14 | 7.60% | $ | 12,730.64 | 6.78% |
| 8015 | Common Area Maintenance | $ | 2,315.00 | 1.42% | $ | 2,464.00 | 1.31% |
| 8020 | Property Insurance | $ | 132.00 | 0.08% | $ | 111.00 | 0.06% |
| 8030 | Property Taxes | $ | 3,671.46 | 2.25% | $ | 3,039.57 | 1.62% |
| | **Total Facility Expenses** | $ | **18,538.60** | **11.35%** | $ | **18,345.21** | **9.76%** |
| | | | | | | | |
| | **Restaurant EBDIT** | $ | **7,816.81** | **4.78%** | $ | **9,320.54** | **4.96%** |