## Cash Flow Projection
## Smokecraft Clarendon

Starting date: 4/27/2025

Main Account Capital Bank

**NO AP payments for any invoicies prior to 4/29**

| | Beginning | 5/4/2025 | 5/11/2025 | 5/18/2025 | 5/25/2025 | 6/1/2025 | 6/8/2025 | 6/15/2025 | 6/22/2025 | 6/29/2025 | 7/6/2025 | 7/13/2025 | 7/20/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank Balance - DIP Checking | 0 | | | | | | | | | | | | |
| Bank Balance - Old Operating Account | 13,229 | | | | | | | | | | | | |
| Bank Balance -TD Lockbox | 306 | | | | | | | | | | | | |
| **Cash on hand** | 13,535 | 6,730 | 14,377 | 19,650 | 13,366 | 38,074 | 22,758 | 47,474 | 35,750 | 48,421 | 37,585 | 54,298 | 52,652 |
| | | | | | | | | | | | | | |
| **ANTICIPATED CASH RECEIPTS** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Sales | 25,000 | 45,000 | 50,000 | 45,000 | 50,000 | 40,000 | 45,000 | 50,000 | 40,000 | 50,000 | 35,000 | 35,000 | 35,000 |
| **Deposits/paid ins on Catering Orders** | -1,140 | -1,115 | -8,187 | | -417 | | | | -2,944 | | | | |
| Tax | 2,500 | 4,500 | 5,000 | 4,500 | 5,000 | 4,000 | 4,500 | 5,000 | 4,000 | 5,000 | 3,500 | 3,500 | 3,500 |
| Gratuity | 3,125 | 5,625 | 6,250 | 5,625 | 6,250 | 5,000 | 5,625 | 6,250 | 5,000 | 6,250 | 4,375 | 4,375 | 4,375 |
| Third Party fees | -1,350 | -2,430 | -2,700 | -2,430 | -2,700 | -2,160 | -2,430 | -2,700 | -2,160 | -2,700 | -1,890 | -1,890 | -1,890 |
| **CC fees** | -766 | -1,378 | -1,531 | -1,378 | -1,531 | -1,225 | -1,378 | -1,531 | -1,225 | -1,531 | -1,072 | -1,072 | -1,072 |
| **TOTAL CASH RECEIPTS** | 27,369 | 50,202 | 48,832 | 51,317 | 56,602 | 45,615 | 51,317 | 57,019 | 42,671 | 57,019 | 39,913 | 39,913 | 39,913 |
| **Total cash available** | 40,903 | 56,932 | 63,209 | 70,966 | 69,969 | 83,689 | 74,074 | 104,493 | 78,421 | 105,440 | 77,498 | 94,211 | 92,565 |
| | | | | | | | | | | | | | |
| **CASH PAID OUT** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Payroll | 26,265 | 10,000 | 24,000 | 24,000 | 10,000 | 24,000 | 10,000 | 22,000 | 10,000 | 24,000 | 10,000 | 23,000 | 10,000 |
| gratuity | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Sales Tax | | | | 13,000 | | | | 17,500 | | | | | 17,500 |
| | | | | | | | | | | | | | |
| Accounts Payable | | | | | | | | | | | | | |
| Food + Beverage @ 32% | **2,137** | 14,400 | 16,000 | 14,400 | 16,000 | 12,800 | 14,400 | 16,000 | 12,800 | 16,000 | 11,200 | 11,200 | 11,200 |
| PFG | **4,199** | | | | | | | | | | | | |
| Rent | | 12,405 | | | | 18,060 | | | 18,060 | | | | |
| OpenTable | 321 | | | | | 321 | | | | 350 | | | |
| Fintech | **677** | | | | | | | | | | | | |
| Toast | | | | | | | | | | | | | |
| Utilities/wood | | | | 4,000 | | | | 4,000 | | | | 4,000 | |
| Hood cleaning | | 1,050 | | | | 1,050 | | | | 1,050 | | | |
| Cleaning | | | | | 3,695 | | | | | 3,695 | | | |
| Late Night Expenses | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Platform Bus Advisors/Cohn Reznick | | 2,500 | | | | 2,500 | | | 5,000 | 2,500 | | | |
| | | | | | | | | | | | | | |
| Insurance - Erie PAY ONLINE | | | 1,359 | | | | | 1,359 | | | | 1,359 | |
| | | | | | | | | | | | | | |
| Other/Trimark/Alsco/etc | 155 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,000 | 1,000 | 1,000 |
| Legal | | | | | | | | | | | | | |
| Misc Repairs | 420 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Property Taxes | | | | | | | | | | | | | |
| **BPOL License** | | | | | | | | 1,885 | | | | | |
| **VABC License** | | | | | | | | 3,800 | | | | | |
| Capital Bank Payments (1st) made by Drew | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **TOTAL CASH PAID OUT** | 34,174 | 42,555 | 43,559 | 57,600 | 31,895 | 60,931 | 26,600 | 68,744 | 30,000 | 67,855 | 23,200 | 41,559 | 40,700 |
| | | | | | | | | | | | | | |
| **Cash on hand (end of week)** | | 6,730 | 14,377 | 19,650 | 13,366 | 38,074 | 22,758 | 47,474 | 35,750 | 48,421 | 37,585 | 54,298 | 52,652 | 51,865 |