# Balance Sheet

## Smokecraft Clarendon LLC

As of April 30, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| **Assets** | |
|   Current Assets | |
|     Bank Accounts | |
|       1010 Capital Bank MD | 2.00 |
|       1020 TD Bank Operating | 7,778.08 |
|       1021 TD Bank-DIP Checking | -27,106.61 |
|       1050 TD Bank CD | 65,208.84 |
|       1060 Petty Cash | 1,000.00 |
|     **Total for Bank Accounts** | **$46,882.31** |
|     Accounts Receivable | |
|       1200 Accounts Receivable (A/R) | |
|     **Total for Accounts Receivable** | **0** |
|     Other Current Assets | |
|       1201 DoorDash | 1,310.45 |
|       1202 UberEats | 2,239.72 |
|       1203 Square | |
|       1204 ERC Receivable | |
|       1205 Tripleseat (Stripe) | |
|       1206 EZCater | 8,196.10 |
|       1207 Grubhub | 83.05 |
|       1208 Eventbrite | |
|       1300 Prepaid Other | 3,584.57 |
|       1340 Prepaid Insurance | 1,353.83 |
|       1350 Food Inventory | 16,940.30 |
|       1352 Liquor Inventory | 3,999.37 |
|       1354 Wine Inventory | 693.17 |
|       1356 Beer Inventory | 3,198.68 |
|       1358 NA Bev Inventory | 1,188.77 |
|       6600 Employee Advance | |
|     **Total for Other Current Assets** | **$42,788.01** |
|   **Total for Current Assets** | **$89,670.32** |
|   Fixed Assets | |
|     1400 Leasehold Improvements | 946,220.03 |
|     1410 Machinery & Equipment | 303,297.90 |
|     1420 Design & Architechtural Fees | 104,783.93 |
|     1430 Furniture & Fixtures | 83,469.68 |
|     Accumulated Depreciation | -1,414,894.00 |
|   **Total for Fixed Assets** | **$22,877.54** |

# Balance Sheet

## Smokecraft Clarendon LLC
### As of April 30, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Other Assets | |
|   1360 Prepaid Rent | |
|   1500 Security Deposits | |
|   1620 Pre-opening costs | 0 |
|     1620.1 Legal Fees | 30,512.53 |
|     1620.2 PR/Advertising/Website | 56,444.66 |
|     1620.3 Bank Fees | 64,488.85 |
|     1620.4 LIcenses and Permits | 8,266.39 |
|     1620.5 Other Costs | 39,775.33 |
|     1620.6 Pre-Opening Payroll | 38,218.87 |
|     1620.7 Lease Payments | 12,432.84 |
|     Accumulated Amortization | -40,300.00 |
| **Total for 1620 Pre-opening costs** | **$209,839.47** |
| **Total for Other Assets** | **$209,839.47** |
| **Total for Assets** | **$322,387.33** |
| Liabilities and Equity | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         Accounts Payable (A/P) | 169,015.08 |
| **Total for Accounts Payable** | **$169,015.08** |
|       Credit Cards | |
|         2300 SMB TD Bank Credit Card | 20,136.94 |
|         2350 ACD Personal Credit Card | |
| **Total for Credit Cards** | **$20,136.94** |
|       Other Current Liabilities | |
|         2000 Sales Tax Payable | 11,878.30 |
|         2100 Accrued Expenses | 1,000.00 |
|         2200 Gift Cards | 22,487.99 |
|         2240 Due to/from Holdings | |
|         2250 Due to/from A.Darneille | |
|         2255 Due to/from R. Darneille | |
|         2256 Loan from Parents | |
|         2300 Prepaid Sales | 17,536.93 |
|         2310 Loan Payable-Toast | 114,147.78 |
|         2312 Stale Checks | 1,322.02 |
|         2540 Tips Payable | 5,035.78 |
|         2541 Catering Tips Payable | 5,438.20 |
| **Total for Other Current Liabilities** | **$178,847.00** |
| **Total for Current Liabilities** | **$367,999.02** |

# Balance Sheet

## Smokecraft Clarendon LLC
As of April 30, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Long-term Liabilities | |
|   2500 Capital Bank SBA Loan | 893,880.18 |
| **Total for Long-term Liabilities** | **$893,880.18** |
| **Total for Liabilities** | **$1,261,879.20** |
| Equity | |
|   Retained Earnings | -1,870,064.01 |
|   Net Income | -21,386.06 |
|   3110 Contribution - A Darneille | 363,838.16 |
|   3120 Contribution - H. Darneille | 253,528.00 |
|   3130 Contribution - R. Darneille | 125,000.00 |
|   3140 Contribution - J.Smith | 50,000.00 |
|   3150 Contribution- Smoke Holdings | 119,592.04 |
|   3155 Diane Davenny Darneille | 40,000.00 |
| **Total for Equity** | **-$939,491.87** |
| **Total for Liabilities and Equity** | **$322,387.33** |