# Sales summary

Data as of May 1, 2025, 11:45 AM (EDT)

| | |
|---|---|
| Date range | April 1, 2025 - April 30, 2025 |
| Location(s) | Smokecraft Modern Barbecue |

### SALES TRENDS



| REVENUE SUMMARY | |
|---|---:|
| Net sales | $154,640.94 |
| Gratuity | $2,161.95 |
| Tax amount | $14,958.46 |
| Tips | $15,801.95 |
| Deferred (gift cards) | $0.00 |
| Paid in total | $11,803.64 |
| **Total amount** | **$199,366.94** |

| NET SALES SUMMARY | |
|---|---:|
| Gross sales | $156,624.99 |
| Sales discounts | -$1,776.05 |
| Sales refunds | -$208.00 |
| **Net sales** | **$154,640.94** |

| TIP SUMMARY | |
|---|---:|
| Tips collected | $15,801.95 |
| Tips refunded | $0.00 |
| **Total tips** | **$15,801.95** |
| Tips withheld | -$361.07 |
| **Tips after withholding** | **$15,440.88** |

| CASH SUMMARY | |
|---|---:|
| Expected closeout cash | $9,613.82 |
| Actual closeout cash | $9,609.03 |
| Cash overage/shortage | -$4.79 |
| Expected deposit | $4,588.58 |
| Actual deposit | — |
| Deposit overage/shortage | — |

| CASH ACTIVITY | |
|---|---:|
| Total cash payments | $3,521.46 |
| Cash adjustments | -$53.36 |
| Cash refunds | $0.00 |
| Cash before tipouts | $3,468.10 |
| Tipouts tips withheld | $0.00 |
| **Total cash** | **$3,468.10** |

### PAYMENTS SUMMARY

| Payment type | Amount | Tips | Grat | Refunds | Total |
|---|---:|---:|---:|---:|---:|
| Credit/debit | $106,572.01 | $14,994.40 | $2,809.00 | -$228.80 | $124,146.61 |
| Amex | $12,285.90 | $1,839.21 | $344.24 | $0.00 | $14,469.35 |
| Diners | $118.55 | $21.34 | $0.00 | $0.00 | $139.89 |
| Discover | $3,131.62 | $518.99 | $38.16 | -$228.80 | $3,459.97 |
| Mastercard | $23,295.55 | $3,323.63 | $250.19 | $0.00 | $26,869.37 |
| Visa | $67,740.39 | $9,291.23 | $2,176.41 | $0.00 | $79,208.03 |
| Gift Card | $702.69 | $0.00 | $0.00 | $0.00 | $702.69 |
| Cash | $3,427.82 | $0.00 | $93.64 | $0.00 | $3,521.46 |
| Other | $63,085.46 | $0.00 | $0.00 | $0.00 | $63,085.46 |
| Doordash | $15,886.47 | $0.00 | $0.00 | $0.00 | $15,886.47 |
| Ezcater | $23,093.65 | $0.00 | $0.00 | $0.00 | $23,093.65 |
| Grubhub | $1,465.37 | $0.00 | $0.00 | $0.00 | $1,465.37 |
| Ubereats | $22,639.97 | $0.00 | $0.00 | $0.00 | $22,639.97 |
| **Subtotal** | **$173,787.98** | **$14,994.40** | **$2,902.64** | **-$228.80** | **$191,456.22** |
| Deposit sales collected | | | | | $7,910.72 |
| **Total** | | | | | **$199,366.94** |

### UNPAID ORDERS SUMMARY

| | |
|---|---|
| Unpaid amount | $0.00 |

### SALES CATEGORY SUMMARY

| Sales category | Items | Net sales | Gross sales |
|---|---|---|---|
| Bottled Beer | 109 | $552.50 | $572.50 |
| Draft Beer | 532 | $4,445.64 | $4,479.50 |
| Food | 6,322 | $137,506.19 | $139,333.37 |
| Liquor | 526 | $7,454.69 | $7,537.00 |
| NA Beverage | 702 | $2,466.72 | $2,485.34 |
| Non-Grat Svc Charges | 18 | $548.28 | $548.28 |
| Retail | 9 | $135.00 | $135.00 |
| Wine | 143 | $1,531.92 | $1,534.00 |
| **Total** | **8,361** | **$154,640.94** | **$156,624.99** |

### REVENUE CENTER SUMMARY

| Revenue center | Items | Net sales | Gross sales |
|---|---|---|---|
| Bar | 887 | $13,040.25 | $13,620.46 |
| Private Events | 456 | $4,104.00 | $4,104.00 |
| Carryout/Delivery | 422 | $7,696.36 | $7,781.00 |
| DoorDash | 765 | $14,442.30 | $14,442.30 |
| Catering | 944 | $32,653.78 | $32,861.78 |
| Grubhub | 64 | $1,332.12 | $1,332.12 |
| Dining Room | 3,257 | $54,460.32 | $55,464.57 |
| Patio | 375 | $6,265.87 | $6,372.82 |
| Uber Eats | 1,191 | $20,645.94 | $20,645.94 |
| **Total** | **8,361** | **$154,640.94** | **$156,624.99** |

### DINING OPTION SUMMARY

| Dining option | Orders | Net sales | Gross sales |
|---|---|---|---|
| Take Out | 234 | $33,221.11 | $33,346.76 |
| DoorDash - Delivery | 254 | $13,695.92 | $13,695.92 |
| DoorDash - Takeout | 13 | $746.38 | $746.38 |
| Toast Delivery Services | 12 | $612.35 | $633.25 |
| Grubhub - Takeout | 26 | $1,332.12 | $1,332.12 |
| Dine In | 940 | $76,757.95 | $78,387.45 |
| Delivery | 4 | $7,629.17 | $7,837.17 |
| Uber Eats - Takeout | 20 | $990.06 | $990.06 |
| Uber Eats - Delivery | 377 | $19,655.88 | $19,655.88 |
| **Total** | **1,880** | **$154,640.94** | **$156,624.99** |

### SERVICE / DAYPART SUMMARY

| Service / day part | Orders | Net sales | Gross sales |
|---|---|---|---|
| Dinner | 1,226 | $89,214.82 | $90,457.90 |
| Lunch | 606 | $62,976.39 | $63,651.48 |
| Late Night | 48 | $2,449.73 | $2,515.61 |
| **Total** | **1,880** | **$154,640.94** | **$156,624.99** |

### TAX SUMMARY

| Tax rate | Taxable amount | Tax amount |
|---|---|---|
| Arlington Retail Tax | $75.00 | $4.50 |
| Local Tax | $114,432.96 | $4,583.17 |
| State Tax | $114,432.96 | $6,874.36 |
| Marketplace facilitator tax | — | $3,438.20 |
|    Remitted by 3rd Party | $20,645.94 | $1,450.27 |
|    Remitted by Restaurant | $28,036.32 | $1,987.93 |
| Toast marketplace facilitator tax | — | $58.23 |
|    Remitted by Toast | $582.00 | $58.23 |
| Non Taxable | $6,384.01 | — |

### SERVICE MODE SUMMARY

| | Quick Service | Table Service | Total |
|---|---|---|---|
| Net sales | $82,981.94 | $71,659.00 | $154,640.94 |
| Total guests | 2,330 | 2,172 | 4,502 |
| Avg/Guest | $35.61 | $32.99 | $34.35 |
| Total payments | 982 | 1,160 | 2,142 |
| Avg/Payment | $92.31 | $68.06 | $79.18 |
| Total orders | 976 | 904 | 1,880 |
| Avg/Order | $85.02 | $79.27 | $82.26 |
| Turn time | 2:04:26 | 54:52 | 1:30:43 |

### SERVICE CHARGE SUMMARY

| Service charge | Count | Amount |
|---|---|---|
| Large Party Service Charge | 75 | $1,163.58 |
| Delivery Fee | 12 | $90.00 |
| Catering Delivery Fee | 4 | $200.00 |
| Catering Service Charge | 14 | $348.28 |
| Event Admin Fee | 5 | $908.37 |
| **Total service charges** | **110** | **$2,710.23** |

### DISCOUNT SUMMARY

| Discount | Count | Amount |
|---|---|---|
| Comp % Check | 1 | $35.95 |
| Comp % Item | 2 | $22.95 |
| Delivery Promo | 1 | $20.90 |
| Employee Discount - Check | 13 | $183.43 |
| Employee Discount - Item | 18 | $198.14 |
| Investor/Family 50% | 2 | $91.58 |
| Manager Comp - Check | 7 | $329.30 |
| Manager Comp - Item | 19 | $380.25 |
| Manager Meal | 2 | $36.90 |
| Marketing | 2 | $494.25 |
| Open $ Check | 2 | $6.50 |
| Recovery | 3 | $44.90 |
| Reward Dollars | 16 | $121.00 |
| Spin Wheel Promo Card | 1 | $10.00 |
| **Total discounts** | **89** | **$1,976.05** |

### DEFERRED SUMMARY

| Deferred type | Gross amount | Discounts | Refunds | Net amount |
|---|---|---|---|---|
| Deferred (gift cards) | $200.00 | $200.00 | $0.00 | **$0.00** |

### VOID SUMMARY

| | |
|---|---|
| Void amount | $7,083.45 |
| Void order count | 52 |
| Void item count | 210 |
| Void amount % | 4.6% |