---





**TD Bank**
America's Most Convenient Bank®

E    **STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC
DIP CASE 24-13609 MG-D
3003 WASHINGTON BLVD
ARLINGTON VA  22201

Page: 1 of 16
Statement Period: Apr 01 2025-Apr 30 2025
Cust Ref #: ████0398████
Primary Account #: ████████0398

## Chapter 11 Checking

SMOKECRAFT CLARENDON LLC    Account # ████████0398

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,168.39 | Average Collected Balance | 14,071.82 |
| Deposits | 22,297.35 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 155,644.63 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 83,007.38 | Days in Period | 30 |
| Electronic Payments | 77,880.08 | | |
| Other Withdrawals | 973.28 | | |
| Ending Balance | 17,249.63 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/08 | DEPOSIT | 220.00 |
| 04/08 | DEPOSIT | 98.00 |
| 04/08 | DEPOSIT | 15.00 |
| 04/11 | DEPOSIT | 13,000.00 |
| 04/11 | DEPOSIT | 45.00 |
| 04/11 | DEPOSIT | 33.00 |
| 04/14 | DEPOSIT | 486.00 |
| 04/14 | DEPOSIT | 406.00 |
| 04/14 | DEPOSIT | 81.00 |
| 04/15 | DEPOSIT | 3,792.14 |
| 04/18 | DEPOSIT | 2,133.21 |
| 04/18 | DEPOSIT | 152.00 |
| 04/18 | DEPOSIT | 127.00 |
| 04/18 | DEPOSIT | 37.00 |
| 04/18 | DEPOSIT | 9.00 |
| 04/21 | DEPOSIT | 450.00 |
| 04/21 | DEPOSIT | 200.00 |
| 04/21 | DEPOSIT | 188.00 |
| 04/25 | DEPOSIT | 77.00 |
| 04/25 | DEPOSIT | 37.00 |
| 04/25 | DEPOSIT | 22.00 |
| 04/29 | DEPOSIT | 516.00 |



# How to Balance your Account

Page: 2 of 16

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance    17,249.63
❷ Total Deposits    +
❸ Sub Total
❹ Total Withdrawals    -
❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Deposits |  | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Withdrawals |  | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**



STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC

Page: 3 of 16
Statement Period: Apr 01 2025-Apr 30 2025
Cust Ref #: 0398-
Primary Account #: 0398

## DAILY ACCOUNT ACTIVITY

### Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/29 | DEPOSIT | 97.00 |
| 04/29 | DEPOSIT | 36.00 |
| 04/30 | DEPOSIT | 40.00 |
| | Subtotal: | 22,297.35 |

### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | CCD DEPOSIT, TOAST DEP MAR 31 0004395300W4HZ7 | 4,120.58 |
| 04/02 | CCD DEPOSIT, TOAST DEP APR 01 0004395300W5SRA | 2,975.44 |
| 04/02 | ACH DEPOSIT, SQUARE INC SQ250402 T3ZW347R3K5YC4X | 179.37 |
| 04/03 | CCD DEPOSIT, TOAST DEP APR 02 0004395300W72PC | 1,426.77 |
| 04/04 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-J4L4W4R1E0H3 | 3,150.61 |
| 04/04 | CCD DEPOSIT, TOAST DEP APR 03 0004395300W8HN0 | 3,110.29 |
| 04/07 | CCD DEPOSIT, TOAST DEP APR 05 0004395300WBI0M | 6,696.86 |
| 04/07 | CCD DEPOSIT, TOAST DEP APR 06 0004395300WD26Z | 5,694.13 |
| 04/07 | CCD DEPOSIT, TOAST DEP APR 04 0004395300W9YUI | 2,331.54 |
| 04/08 | CCD DEPOSIT, TOAST DEP APR 07 0004395300WENPX | 8,827.27 |
| 04/08 | CCD DEPOSIT, PAYONEER 7362 EDI PAYMNT 366184956918645 | 3,841.93 |
| 04/09 | CCD DEPOSIT, TOAST DEP APR 08 0004395300WFYW9 | 2,578.26 |
| 04/10 | CCD DEPOSIT, TOAST DEP APR 09 0004395300WH9H0 | 1,831.22 |
| 04/11 | CCD DEPOSIT, TOAST DEP APR 10 0004395300WIOKT | 3,039.47 |
| 04/11 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-E9E3M1V6N3A0 | 1,983.18 |
| 04/14 | CCD DEPOSIT, TOAST DEP APR 13 0004395300WND84 | 6,512.17 |
| 04/14 | CCD DEPOSIT, TOAST DEP APR 12 0004395300WLRR8 | 3,423.18 |
| 04/14 | CCD DEPOSIT, TOAST DEP APR 11 0004395300WK7X3 | 2,065.40 |
| 04/15 | CCD DEPOSIT, TOAST DEP APR 14 0004395300WOVAO | 4,634.28 |
| 04/16 | CCD DEPOSIT, TOAST DEP APR 15 0004395300WQ7NW | 5,352.90 |
| 04/16 | CCD DEPOSIT, EZCATER PAYMENT EZCATER PAYMENT | 4,386.81 |
| 04/17 | CCD DEPOSIT, TOAST DEP APR 16 0004395300WRJ0G | 2,715.62 |
| 04/18 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-Z8S8B2O0F0U4 | 2,978.43 |
| 04/18 | CCD DEPOSIT, TOAST DEP APR 17 0004395300WSZGI | 2,637.69 |
| 04/18 | CCD DEPOSIT, GRUBHUB INC APR ACTVTY 25041816dKHGk50 | 201.35 |
| 04/21 | CCD DEPOSIT, TOAST DEP APR 20 0004395300WXNSR | 5,868.02 |
| 04/21 | CCD DEPOSIT, TOAST DEP APR 18 0004395300WUIQT | 4,134.34 |
| 04/21 | CCD DEPOSIT, TOAST DEP APR 19 0004395300WW3AC | 3,968.55 |
| 04/21 | DEBIT CARD CREDIT, AUT 041825 VISA DDA REF AMAZON MKTPLACE PMTS     AMZN COM BILL * WA 4085404038383208 | 5.05 |
| 04/22 | CCD DEPOSIT, TOAST DEP APR 21 0004395300WZ2VL | 4,046.68 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

SMOKECRAFT CLARENDON LLC

**STATEMENT OF ACCOUNT**

Page: 4 of 16
Statement Period: Apr 01 2025-Apr 30 2025
Cust Ref #: 0398-
Primary Account #: 0398

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/22 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT SWMFK10T5B1SSYT | 3,730.27 |
| 04/22 | CCD DEPOSIT, STRATEGY EXECUTI TAX COL | 2.88 |
| 04/23 | CCD DEPOSIT, TOAST DEP APR 22 0004395300X08GH | 3,082.65 |
| 04/23 | CCD DEPOSIT, EZCATER PAYMENT EZCATER PAYMENT | 2,525.79 |
| 04/24 | CCD DEPOSIT, TOAST DEP APR 23 0004395300X1K68 | 2,820.50 |
| 04/25 | CCD DEPOSIT, DOORDASH, INC. 1051 NORTH ST-V9Z0U2L7Z6R7 | 3,405.01 |
| 04/25 | CCD DEPOSIT, TOAST DEP APR 24 0004395300X30VB | 3,154.56 |
| 04/25 | CCD DEPOSIT, GRUBHUB INC APR ACTVTY 25042523dKHGk50 | 149.34 |
| 04/28 | CCD DEPOSIT, TOAST DEP APR 27 0004395300X7QN8 | 7,769.62 |
| 04/28 | CCD DEPOSIT, TOAST DEP APR 26 0004395300X64UM | 4,582.18 |
| 04/28 | CCD DEPOSIT, TOAST DEP APR 25 0004395300X4KDO | 2,999.09 |
| 04/29 | CCD DEPOSIT, TOAST DEP APR 28 0004395300X99EV | 5,552.09 |
| 04/29 | CCD DEPOSIT, UBER USA 6787 EDI PAYMNT 4LMY8EF14WO21BV | 3,942.58 |
| 04/30 | CCD DEPOSIT, TOAST DEP APR 29 0004395300XAMN7 | 3,933.93 |
| 04/30 | CCD DEPOSIT, EZCATER PAYMENT EZCATER PAYMENT | 3,276.75 |
| | Subtotal: | 155,644.63 |

### Checks Paid     No. Checks: 70

†Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 04/02 | 2266 | 223.31 | 04/21 | 2283 | 1,113.86 |
| 04/04 | 2267 | 1,424.62 | 04/22 | 2284 | 595.39 |
| 04/07 | 2268 | 476.99 | 04/23 | 2285 | 223.31 |
| 04/10 | 2269 | 883.58 | 04/24 | 2286 | 1,242.11 |
| 04/09 | 2270 | 17,978.64 | 04/23 | 2287 | 328.60 |
| 04/07 | 2271 | 1,047.56 | 04/25 | 2288 | 897.40 |
| 04/07 | 2272 | 1,019.63 | 04/28 | 2289 | 220.00 |
| 04/07 | 2273 | 2,350.67 | 04/30 | 2291* | 1,093.69 |
| 04/09 | 2274 | 223.31 | 04/30 | 2292 | 223.31 |
| 04/14 | 2275 | 789.70 | 04/14 | 11065* | 1,173.19 |
| 04/15 | 2276 | 954.29 | 04/14 | 11066 | 1,066.69 |
| 04/11 | 2277 | 4,297.88 | 04/11 | 11067 | 1,361.34 |
| 04/14 | 2278 | 292.28 | 04/11 | 11068 | 768.45 |
| 04/21 | 2279 | 1,296.97 | 04/14 | 11069 | 144.33 |
| 04/21 | 2280 | 330.64 | 04/14 | 11070 | 1,145.60 |
| 04/16 | 2281 | 223.31 | 04/15 | 11071 | 1,155.05 |
| 04/16 | 2282 | 4,308.69 | 04/14 | 11072 | 1,499.78 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC

Page: 5 of 16
Statement Period: Apr 01 2025-Apr 30 2025
Cust Ref #: ▮▮▮▮0398-039-E-***
Primary Account #: ▮▮▮▮0398

## DAILY ACCOUNT ACTIVITY

**Checks Paid (continued)**   †Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 04/15 | 11073 | 1,020.29 | 04/28 | 11093 | 950.75 |
| 04/14 | 11074 | 763.76 | 04/25 | 11094 | 1,265.05 |
| 04/14 | 11075 | 709.72 | 04/28 | 11095 | 726.94 |
| 04/29 | 11076 | 566.38 | 04/28 | 11096 | 919.82 |
| 04/14 | 11077 | 451.81 | 04/28 | 11097 | 1,061.36 |
| 04/14 | 11078 | 1,476.28 | 04/28 | 11098 | 1,368.50 |
| 04/11 | 11079 | 2,447.99 | 04/28 | 11099 | 593.63 |
| 04/14 | 11080 | 1,004.09 | 04/28 | 11100 | 879.48 |
| 04/14 | 11081 | 592.89 | 04/28 | 11101 | 922.25 |
| 04/15 | 11082 | 467.96 | 04/29 | 11102 | 728.48 |
| 04/14 | 11083 | 493.36 | 04/28 | 11103 | 536.00 |
| 04/16 | 11084 | 277.12 | 04/29 | 11104 | 1,382.50 |
| 04/14 | 11085 | 602.93 | 04/29 | 11105 | 2,589.67 |
| 04/21 | 11086 | 253.39 | 04/29 | 11106 | 779.96 |
| 04/21 | 11087 | 55.18 | 04/28 | 11107 | 717.43 |
| 04/22 | 11088 | 183.52 | 04/28 | 11109* | 440.74 |
| 04/28 | 11091* | 348.30 | 04/25 | 11110 | 1,420.52 |
| 04/28 | 11092 | 1,280.97 | 04/28 | 11112* | 354.19 |
| | | | | Subtotal: | 83,007.38 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/02 | CCD DEBIT, TOAST, INC TOAST, INC ST-Q5Z8H8W5Q9X7 | 16.24 |
| 04/04 | DEBIT POS AP, AUT 040425 DDA PURCHASE AP<br>VA ABC STORE 168      ARLINGTON    * VA<br>4085404038383208 | 461.36 |
| 04/04 | CCD DEBIT, HOP & WINE BEVER FINTECHEFT 83-1543479 | 302.00 |
| 04/07 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 6,576.54 |
| 04/07 | CCD DEBIT, TOAST, INC TOAST, INC ST-F8M5C2M3L4K6 | 534.75 |
| 04/07 | CCD DEBIT, SPECIALTY BEVERA FINTECHEFT 83-1543479 | 394.00 |
| 04/08 | CCD DEBIT, PREMIUM DIST OF FINTECHEFT 83-1543479 | 200.70 |
| 04/08 | DBCRD PUR AP, AUT 040725 VISA DDA PUR AP<br>PARKX 3003 WASHINGTON BL   ARLINGTON    * VA<br>4085404038383208 | 200.00 |
| 04/08 | CCD DEBIT, TOAST, INC. 20250331-3 617-682-0225 | 29.84 |
| 04/09 | CCD DEBIT, INTUIT 13874830 BILL_PAY BOWIE PRODUCE | 1,114.25 |
| 04/09 | CCD DEBIT, INTUIT 10762900 BILL_PAY LYON BAKERY | 315.30 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

SMOKECRAFT CLARENDON LLC

STATEMENT OF ACCOUNT

Page: 6 of 16
Statement Period: Apr 01 2025-Apr 30 2025
Cust Ref #: 0398-
Primary Account #: 0398

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/11 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 6,737.39 |
| 04/11 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 6,006.38 |
| 04/11 | CCD DEBIT, SMOKECRAFT CLARE TOAST PAYR 1161630473 | 220.00 |
| 04/14 | ACH DEBIT, COMCAST 8299610 252892194 3309296 | 747.88 |
| 04/14 | CCD DEBIT, INTUIT 53485730 BILL_PAY JUAREZ'S HVAC L | 725.60 |
| 04/14 | DEBIT POS AP, AUT 041225 DDA PURCHASE AP<br>  VA ABC STORE 168      ARLINGTON    * VA<br>  4085404038383208 | 53.98 |
| 04/14 | DBCRD PUR AP, AUT 041125 VISA DDA PUR AP<br>  AMAZON MKTPL BO23028T3   AMZN COM BILL * WA<br>  4085404038383208 | 28.31 |
| 04/14 | DBCRD PUR AP, AUT 041125 VISA DDA PUR AP<br>  AMAZON COM N08OP1CR2    AMZN COM BILL * WA<br>  4085404038383208 | 10.59 |
| 04/15 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 3,783.78 |
| 04/15 | DEBIT POS AP, AUT 041525 DDA PURCHASE AP<br>  RESTAURANT DEPOT       ALEXANDRIA   * VA<br>  4085404038383208 | 392.72 |
| 04/16 | CCD DEBIT, ERIEINSURANCEWEB PAYMENT 017520020087086 | 1,225.26 |
| 04/16 | CCD DEBIT, INTUIT 75335070 BILL_PAY JUAREZ'S HVAC L | 600.40 |
| 04/17 | DBCRD PUR AP, AUT 041625 VISA DDA PUR AP<br>  SP SPICEOLOGY          SPICEOLOGY CO * WA<br>  4085404038383208 | 127.92 |
| 04/17 | DEBIT POS AP, AUT 041625 DDA PURCHASE AP<br>  TRADER JOE S 64 TRADER    ARLINGTON    * VA<br>  4085404038383208 | 7.05 |
| 04/18 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 6,799.78 |
| 04/18 | DBCRD PMT AP, AUT 041725 VISA DDA PUR AP<br>  DROPBOX SGXZG1Y2JX32     DROPBOX COM  * CA<br>  4085404038383208 | 54.00 |
| 04/18 | DBCRD PUR AP, AUT 041725 VISA DDA PUR AP<br>  AMAZON GROCE Q18829O73    SEATTLE      * WA<br>  4085404038383208 | 36.83 |
| 04/21 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 3,541.64 |
| 04/21 | CCD DEBIT, INTUIT 70034360 BILL_PAY PLATFORM BUSINE | 2,500.00 |
| 04/21 | CCD DEBIT, INTUIT 78434130 BILL_PAY BOWIE PRODUCE | 1,112.00 |
| 04/21 | CCD DEBIT, INTUIT 73431430 BILL_PAY LYON BAKERY | 810.86 |
| 04/21 | DEBIT POS AP, AUT 041925 DDA PURCHASE AP<br>  VA ABC STORE 168      ARLINGTON    * VA<br>  4085404038383208 | 517.30 |
| 04/21 | CCD DEBIT, INTUIT 76331980 BILL_PAY LOGAN FOOD COMP | 255.00 |
| 04/21 | CCD DEBIT, INTUIT 72035570 BILL_PAY ROBERTS OXYGEN | 102.90 |



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SMOKECRAFT CLARENDON LLC

Page: 7 of 16
Statement Period: Apr 01 2025-Apr 30 2025
Cust Ref #: ▆▆▆▆0398-▆▆▆▆
Primary Account #: ▆▆▆▆0398

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/21 | DBCRD PUR AP, AUT 042025 VISA DDA PUR AP<br>AMAZON MKTPL 1Q1FO9YC3  AMZN COM BILL * WA<br>4085404038383208 | 88.11 |
| 04/21 | CCD DEBIT, INTUIT 77536120 BILL_PAY MTOM CONSULTING | 60.00 |
| 04/21 | DBCRD PUR AP, AUT 042025 VISA DDA PUR AP<br>CRAIGSLIST ORG  415 399 5200 * CA<br>4085404038383208 | 45.00 |
| 04/22 | DBCRD PUR AP, AUT 042125 VISA DDA PUR AP<br>ARS HOT HONEY FAIRE  FAIRE COM * CA<br>4085404038383208 | 76.80 |
| 04/22 | DBCRD PUR AP, AUT 042025 VISA DDA PUR AP<br>AMAZON MKTPL 1N7XI9R73  AMZN COM BILL * WA<br>4085404038383208 | 21.19 |
| 04/23 | CCD DEBIT, ARLINGTON COUNTY ARLCO PMT 1859520000 | 6,155.22 |
| 04/23 | CCD DEBIT, REPUBLIC NATIONA FINTECHEFT 83-1543479 | 355.68 |
| 04/23 | DBCRD PMT AP, AUT 042225 VISA DDA PUR AP<br>CANVA I04494 69900584  CANVA COM * DE<br>4085404038383208 | 14.99 |
| 04/24 | DBCRD PUR AP, AUT 042325 VISA DDA PUR AP<br>THERMOWORKS INC  801 756 7705 * UT<br>4085404038383208 | 562.48 |
| 04/24 | CCD DEBIT, INTUIT * QUICKBOOKS 6890410 | 114.00 |
| 04/24 | DEBIT POS AP, AUT 042425 DDA PURCHASE AP<br>TRADER JOE S 64 TRADER  ARLINGTON * VA<br>4085404038383208 | 3.52 |
| 04/25 | CCD DEBIT, STRATEGY EXECUTI TAX COL | 6,811.74 |
| 04/25 | CCD DEBIT, PERFORMANCEMD CASH CONC Cust #56279171 | 4,199.17 |
| 04/25 | DBCRD PUR AP, AUT 042425 VISA DDA PUR AP<br>ULINE SHIP SUPPLIES  800 295 5510 * WI<br>4085404038383208 | 344.45 |
| 04/25 | DEBIT POS AP, AUT 042525 DDA PURCHASE AP<br>USPS PO 5 3118 WASHING  ARLINGTON * VA<br>4085404038383208 | 14.60 |
| 04/28 | ELECTRONIC PMT-WEB, DOMINION ENERGY BILLPAY 002955711631 | 2,385.44 |
| 04/28 | CCD DEBIT, INTUIT 36979170 BILL_PAY CAPITAL BANK | 1,500.00 |
| 04/28 | DBCRD PUR AP, AUT 042425 VISA DDA PUR AP<br>STATE FARM INSURANCE  800 956 6310 * IL<br>4085404038383208 | 182.34 |
| 04/28 | DEBIT POS AP, AUT 042825 DDA PURCHASE AP<br>RESTAURANT DEPOT  ALEXANDRIA * VA<br>4085404038383208 | 48.20 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

SMOKECRAFT CLARENDON LLC

STATEMENT OF ACCOUNT

Page: 8 of 16
Statement Period: Apr 01 2025-Apr 30 2025
Cust Ref #: ▮▮▮▮0398-▮▮▮▮
Primary Account #: ▮▮▮▮▮▮▮▮0398

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 04/28 | DBCRD PUR AP, AUT 042625 VISA DDA PUR AP<br>VA ABC STORE 168       ARLINGTON   * VA<br>4085404038383208 | 31.99 |
| 04/28 | DBCRD PMT AP, AUT 042725 VISA DDA PUR AP<br>ADOBE INC        408 536 6000  * CA<br>4085404038383208 | 21.19 |
| 04/28 | DEBIT POS AP, AUT 042625 DDA PURCHASE AP<br>GIANT 0743 3450 WASHIN    ARLINGTON   * VA<br>4085404038383208 | 12.31 |
| 04/29 | CCD DEBIT, INTUIT 84107490 BILL_PAY VRA CLEANING SE | 3,680.00 |
| 04/29 | DBCRD PUR AP, AUT 042725 VISA DDA PUR AP<br>RESTAURANT DEPOT       718 762 8700  * NY<br>4085404038383208 | 1,226.81 |
| 04/29 | CCD DEBIT, INTUIT 89806480 BILL_PAY SAFETY FIRST SE | 1,050.00 |
| 04/29 | CCD DEBIT, INTUIT 74595940 BILL_PAY BOWIE PRODUCE | 716.75 |
| 04/29 | CCD DEBIT, INTUIT 71898890 BILL_PAY TRIMARK ADAMS-B | 390.08 |
| 04/29 | CCD DEBIT, INTUIT 81902130 BILL_PAY LYON BAKERY | 364.00 |
| 04/29 | DEBIT POS AP, AUT 042925 DDA PURCHASE AP<br>VA ABC STORE 168       ARLINGTON   * VA<br>4085404038383208 | 234.93 |
| 04/29 | CCD DEBIT, INTUIT 88904340 BILL_PAY ROBERTS OXYGEN | 178.04 |
| 04/29 | CCD DEBIT, INTUIT 73793880 BILL_PAY LOGAN FOOD COMP | 127.50 |
| 04/30 | CCD DEBIT, OPENTABLE PAYMENTS DDD937583 | 321.00 |
| | Subtotal: | 77,880.08 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 04/14 | DEBIT | 759.08 |
| 04/16 | DEBIT | 214.20 |
| | Subtotal: | 973.28 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---:|---|---:|
| 03/31 | 1,168.39 | 04/16 | 10,738.55 |
| 04/01 | 5,288.97 | 04/17 | 13,319.20 |
| 04/02 | 8,204.23 | 04/18 | 14,704.27 |
| 04/03 | 9,631.00 | 04/21 | 17,435.38 |
| 04/04 | 13,703.92 | 04/22 | 24,338.31 |
| 04/07 | 16,026.31 | 04/23 | 22,868.95 |
| 04/08 | 28,597.97 | 04/24 | 23,767.34 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**STATEMENT OF ACCOUNT**

SMOKECRAFT CLARENDON LLC

Page: 9 of 16
Statement Period: Apr 01 2025-Apr 30 2025
Cust Ref #: ▮▮▮▮▮0398-▮▮▮▮▮
Primary Account #: ▮▮▮▮▮0398

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/09 | 11,544.73 | 04/25 | 15,659.32 |
| 04/10 | 12,492.37 | 04/28 | 15,508.38 |
| 04/11 | 8,753.59 | 04/29 | 11,636.95 |
| 04/14 | 7,195.49 | 04/30 | 17,249.63 |
| 04/15 | 7,847.82 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender