

Available Balance

# $208.84

Today's Beginning Balance         **$65,208.84**

Pending

| Date | Type | Description | Credit | Balance |
|---|---|---|---|---|
| PENDING TRANSACTIONS | | | | |
| 8/1/2019 | DEBIT | Pending Verification | -$65,000.00 | Pending |
| ACCOUNT HISTORY | | | | |
| 4/11/2025 | INT | INTEREST CREDIT | $208.84 | $65,208.84 |