## Smokecraft Clarendon LLC

**1020 TD Bank Operating, Period Ending 04/13/2025**

**RECONCILIATION REPORT**

Reconciled on: 04/15/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---:|
| Statement beginning balance | 13,703.92 |
| Checks and payments cleared (23) | -55,185.19 |
| Deposits and other credits cleared (18) | 50,234.86 |
| Statement ending balance | 8,753.59 |
| | |
| Uncleared transactions as of 04/13/2025 | 960.86 |
| Register balance as of 04/13/2025 | 9,714.45 |
| Cleared transactions after 04/13/2025 | 0.00 |
| Uncleared transactions after 04/13/2025 | 5,013.69 |
| Register balance as of 04/15/2025 | 14,728.14 |

**Details**

Checks and payments cleared (23)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -1,019.63 |
| 04/04/2025 | Bill Payment | 2268 | TriMark Adams-Burch | -476.99 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -2,447.99 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -6,737.39 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -220.00 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -768.45 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -1,047.56 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -883.58 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -1,361.34 |
| 04/07/2025 | Expense | | | -394.00 |
| 04/07/2025 | Bill Payment | | Reinhart Food Service (PFG) | -65.23 |
| 04/07/2025 | Bill Payment | | Reinhart Food Service (PFG) | -6,511.31 |
| 04/07/2025 | Bill Payment | | Andrew Darneille | -2,350.67 |
| 04/07/2025 | Expense | | Toast Inc. | -534.75 |
| 04/07/2025 | Bill Payment | 2270 | KBS III 3003 Washington LLC | -17,978.64 |
| 04/08/2025 | Bill Payment | | Bowie Produce | -1,114.25 |
| 04/08/2025 | Bill Payment | | Lyon Bakery | -315.30 |
| 04/08/2025 | Expense | | Toast Inc. | -29.84 |
| 04/08/2025 | Bill Payment | 2274 | ALSCO | -223.31 |
| 04/08/2025 | Bill Payment | | Parkx Master Merchant, LC | -200.00 |
| 04/08/2025 | Bill Payment | | Premium Distributors | -200.70 |
| 04/11/2025 | Bill Payment | | Reinhart Food Service (PFG) | -6,006.38 |
| 04/11/2025 | Check | 2277 | | -4,297.88 |
| **Total** | | | | **-55,185.19** |

Deposits and other credits cleared (18)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 04/03/2025 | Journal | Sales 4.3 | | 2,331.54 |
| 04/04/2025 | Journal | Sales 4.4 | | 6,696.86 |
| 04/04/2025 | Journal | Sales 4.4 | | 219.62 |
| 04/05/2025 | Journal | Sales 4.5 | | 5,694.13 |
| 04/05/2025 | Journal | Sales 4.5 | | 97.15 |
| 04/06/2025 | Deposit | | | 3,841.93 |
| 04/06/2025 | Deposit | | DoorDash Inc | 1,983.18 |
| 04/06/2025 | Journal | Sales 4.6 | | 8,827.27 |
| 04/07/2025 | Journal | Sales 4.7 | | 14.30 |
| 04/07/2025 | Journal | Sales 4.7 | | 2,578.26 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/08/2025 | Journal | Sales 4.8 | | 45.00 |
| 04/08/2025 | Deposit | | | 0.85 |
| 04/08/2025 | Deposit | | | 0.38 |
| 04/08/2025 | Deposit | | | 0.70 |
| 04/08/2025 | Journal | Sales 4.8 | | 1,831.22 |
| 04/09/2025 | Journal | Sales 4.9 | | 3,039.47 |
| 04/10/2025 | Journal | Sales 4.10 | | 33.00 |
| 04/11/2025 | Transfer | | | 13,000.00 |
| Total | | | | 50,234.86 |

**Additional Information**

Uncleared checks and payments as of 04/13/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -292.28 |
| 03/20/2025 | Expense | | Intuit Inc. | -85.00 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -1,499.78 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -4,292.82 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -253.39 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -55.18 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -144.33 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -183.52 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -277.12 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -451.81 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -467.96 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -493.36 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -566.38 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -592.89 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -602.93 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -709.72 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -763.76 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -1,004.09 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -1,020.29 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -1,066.69 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -1,145.60 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -1,476.28 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -1,155.05 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -1,173.19 |
| 04/11/2025 | Bill Payment | | Juarez's HVAC LLC | -725.60 |
| 04/12/2025 | Journal | MI15662ME | | -53.98 |
| Total | | | | -20,553.00 |

Uncleared deposits and other credits as of 04/13/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/10/2025 | Journal | Sales 4.10 | | 2,065.40 |
| 04/11/2025 | Journal | Sales 4.11 | | 3,423.18 |
| 04/11/2025 | Journal | Sales 4.11 | | 405.85 |
| 04/12/2025 | Journal | Sales 4.12 | | 6,512.17 |
| 04/12/2025 | Journal | Sales 4.12 | | 485.52 |
| 04/13/2025 | Journal | Sales 4.13 | | 4,748.75 |
| 04/13/2025 | Journal | Sales 4.13 | | 80.85 |
| 04/13/2025 | Deposit | | UberEats | 3,792.14 |
| Total | | | | 21,513.86 |

Uncleared checks and payments after 04/13/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/15/2025 | Bill Payment | | Juarez's HVAC LLC | -600.40 |

| | | | | |
|---|---|---|---|---:|
| Total | | | | -600.40 |

Uncleared deposits and other credits after 04/13/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 04/14/2025 | Journal | MJ15669ME | | 5,485.91 |
| 04/14/2025 | Deposit | | | 0.15 |
| 04/14/2025 | Deposit | | | 0.15 |
| 04/14/2025 | Journal | MJ15669ME | | 127.40 |
| 04/14/2025 | Deposit | | | 0.48 |
| Total | | | | 5,614.09 |