## Smokecraft Clarendon LLC

### 1020 TD Bank Operating, Period Ending 04/20/2025

### RECONCILIATION REPORT

Reconciled on: 04/21/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---:|
| Statement beginning balance | 8,753.59 |
| Checks and payments cleared (40) | -36,181.20 |
| Deposits and other credits cleared (24) | 42,131.88 |
| Statement ending balance | 14,704.27 |
| | |
| Uncleared transactions as of 04/20/2025 | 9,816.68 |
| Register balance as of 04/20/2025 | 24,520.95 |

### Details

Checks and payments cleared (40)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -292.28 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -759.08 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -214.20 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -1,173.19 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -1,155.05 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -1,145.60 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -1,066.69 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -1,020.29 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -1,004.09 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -763.76 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -709.72 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -602.93 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -592.89 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -493.36 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -467.96 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -451.81 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -144.33 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -277.12 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -1,499.78 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -1,476.28 |
| 04/11/2025 | Bill Payment | | TriMark Adams-Burch | -789.70 |
| 04/11/2025 | Bill Payment | 2276 | AM Briggs INC dba Metropolit… | -954.29 |
| 04/11/2025 | Bill Payment | | Juarez's HVAC LLC | -725.60 |
| 04/12/2025 | Journal | MI15662ME | | -53.98 |
| 04/14/2025 | Bill Payment | | Comcast (EFT) | -747.88 |
| 04/14/2025 | Expense | | Amazon | -28.31 |
| 04/14/2025 | Expense | | Amazon | -10.59 |
| 04/15/2025 | Bill Payment | 2281 | ALSCO | -223.31 |
| 04/15/2025 | Journal | MI15673ME | | -392.72 |
| 04/15/2025 | Bill Payment | | Juarez's HVAC LLC | -600.40 |
| 04/15/2025 | Bill Payment | | Reinhart Food Service (PFG) | -3,783.78 |
| 04/16/2025 | Bill Payment | | Erie Insurance Group | -1,225.26 |
| 04/16/2025 | Check | 2282 | | -4,308.69 |
| 04/16/2025 | Journal | MI15681ME | | -7.05 |
| 04/17/2025 | Journal | MI15683ME | | -127.92 |
| 04/18/2025 | Expense | | | -0.40 |
| 04/18/2025 | Expense | | | -0.30 |
| 04/18/2025 | Expense | | Dropbox | -54.00 |
| 04/18/2025 | Expense | | Amazon | -36.83 |
| 04/18/2025 | Bill Payment | | Reinhart Food Service (PFG) | -6,799.78 |
| Total | | | | -36,181.20 |

Deposits and other credits cleared (24)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/10/2025 | Journal | Sales 4.10 | | 2,065.40 |
| 04/11/2025 | Journal | Sales 4.11 | | 3,423.18 |
| 04/11/2025 | Journal | Sales 4.11 | | 405.85 |
| 04/12/2025 | Journal | Sales 4.12 | | 6,512.17 |
| 04/12/2025 | Journal | Sales 4.12 | | 485.52 |
| 04/13/2025 | Journal | Sales 4.13 | | 4,634.28 |
| 04/13/2025 | Deposit | | DoorDash Inc | 2,978.43 |
| 04/13/2025 | Deposit | | | 4,386.81 |
| 04/13/2025 | Journal | Sales 4.13 | | 80.85 |
| 04/14/2025 | Deposit | | | 0.15 |
| 04/14/2025 | Journal | Sales 4.14 | | 127.40 |
| 04/14/2025 | Deposit | | | 201.35 |
| 04/14/2025 | Deposit | | | 0.48 |
| 04/14/2025 | Deposit | | | 0.15 |
| 04/14/2025 | Journal | Sales 4.14 | | 5,352.90 |
| 04/15/2025 | Journal | Sales 4.15 | | 8.80 |
| 04/15/2025 | Journal | Sales 4.15 | | 2,715.62 |
| 04/15/2025 | Transfer | | | 3,792.14 |
| 04/16/2025 | Journal | Sales 4.16 | | 37.30 |
| 04/16/2025 | Journal | Sales 4.16 | | 2,637.69 |
| 04/17/2025 | Journal | Sales 4.17 | | 151.99 |
| 04/18/2025 | Deposit | | | 0.01 |
| 04/18/2025 | Deposit | | | 0.20 |
| 04/18/2025 | Transfer | | | 2,133.21 |
| Total | | | | 42,131.88 |

**Additional Information**

Uncleared checks and payments as of 04/20/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/20/2025 | Expense | | Intuit Inc. | -85.00 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -566.38 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -55.18 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -183.52 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -253.39 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -4,292.82 |
| 04/13/2025 | Bill Payment | 2280 | M.A. Stockstill Co. | -330.64 |
| 04/13/2025 | Bill Payment | 2279 | M.A. Stockstill Co. | -1,296.97 |
| 04/18/2025 | Bill Payment | | Logan Food Company | -255.00 |
| 04/18/2025 | Bill Payment | 2283 | AM Briggs INC dba Metropolit… | -1,113.86 |
| 04/18/2025 | Bill Payment | | Roberts Oxygen Company, Inc. | -102.90 |
| 04/18/2025 | Bill Payment | | Bowie Produce | -1,112.00 |
| 04/18/2025 | Bill Payment | | Lyon Bakery | -810.86 |
| 04/18/2025 | Bill Payment | | Platform Business Advisors | -2,500.00 |
| 04/18/2025 | Bill Payment | | MtoM Consulting, LLC | -60.00 |
| Total | | | | -13,018.52 |

Uncleared deposits and other credits as of 04/20/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/17/2025 | Journal | Sales 4.17 | | 4,134.34 |
| 04/18/2025 | Journal | Sales 4.18 | | 187.90 |
| 04/18/2025 | Journal | Sales 4.18 | | 3,968.55 |
| 04/19/2025 | Journal | Sales 4.19 | | 449.55 |
| 04/19/2025 | Journal | Sales 4.19 | | 6,013.27 |
| 04/20/2025 | Journal | Sales 4.20 | | 4,152.07 |
| 04/20/2025 | Deposit | | UberEats | 3,730.27 |
| 04/20/2025 | Journal | Sales 4.20 | | 199.25 |

| | |
|---|---|
| Total | 22,835.20 |