## Smokecraft Clarendon LLC

**1020 TD Bank Operating, Period Ending 04/27/2025**

### RECONCILIATION REPORT

Reconciled on: 04/29/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---:|
| Statement beginning balance | 14,704.27 |
| Checks and payments cleared (36) | -36,912.59 |
| Deposits and other credits cleared (24) | 37,867.64 |
| Statement ending balance | 15,659.32 |
| | |
| Uncleared transactions as of 04/27/2025 | -4,100.99 |
| Register balance as of 04/27/2025 | 11,558.33 |
| Cleared transactions after 04/27/2025 | 0.00 |
| Uncleared transactions after 04/27/2025 | -2,430.80 |
| Register balance as of 04/29/2025 | 9,127.53 |

**Details**

Checks and payments cleared (36)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -55.18 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -253.39 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -183.52 |
| 04/13/2025 | Bill Payment | 2279 | M.A. Stockstill Co. | -1,296.97 |
| 04/13/2025 | Bill Payment | 2280 | M.A. Stockstill Co. | -330.64 |
| 04/18/2025 | Journal | MI15694ME | | -517.30 |
| 04/18/2025 | Bill Payment | | Bowie Produce | -1,112.00 |
| 04/18/2025 | Bill Payment | | Platform Business Advisors | -2,500.00 |
| 04/18/2025 | Bill Payment | | Lyon Bakery | -810.86 |
| 04/18/2025 | Bill Payment | | Roberts Oxygen Company, Inc. | -102.90 |
| 04/18/2025 | Bill Payment | | Logan Food Company | -255.00 |
| 04/18/2025 | Bill Payment | | MtoM Consulting, LLC | -60.00 |
| 04/18/2025 | Bill Payment | 2283 | AM Briggs INC dba Metropolit… | -1,113.86 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -6,811.74 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -1,420.52 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -1,265.05 |
| 04/21/2025 | Expense | | Amazon | -88.11 |
| 04/21/2025 | Bill Payment | 2284 | TriMark Adams-Burch | -595.39 |
| 04/21/2025 | Expense | | Craigslist | -45.00 |
| 04/21/2025 | Bill Payment | | Reinhart Food Service (PFG) | -3,541.64 |
| 04/22/2025 | Bill Payment | 2286 | AM Briggs INC dba Metropolit… | -1,242.11 |
| 04/22/2025 | Journal | MI15719ME | | -14.99 |
| 04/22/2025 | Bill Payment | 2288 | ALSCO | -223.31 |
| 04/22/2025 | Expense | | Amazon | -21.19 |
| 04/22/2025 | Expense | | | -76.80 |
| 04/22/2025 | Bill Payment | 2287 | TriMark Adams-Burch | -328.60 |
| 04/23/2025 | Bill Payment | | Republic National | -355.68 |
| 04/23/2025 | Journal | MI15730ME | | -562.48 |
| 04/23/2025 | Expense | | Arlington County Treasurer | -6,155.22 |
| 04/24/2025 | Expense | | | -114.00 |
| 04/24/2025 | Journal | MI15727ME | | -3.52 |
| 04/24/2025 | Bill Payment | 2288 | TriMark Adams-Burch | -897.40 |
| 04/25/2025 | Bill Payment | | Reinhart Food Service (PFG) | -178.45 |
| 04/25/2025 | Expense | | | -344.45 |
| 04/25/2025 | Journal | MI15731ME | | -14.60 |
| 04/25/2025 | Bill Payment | | Reinhart Food Service (PFG) | -4,020.72 |

| | |
|---|---:|
| **Total** | **-36,912.59** |

Deposits and other credits cleared (24)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/17/2025 | Journal | Sales 4.17 | | 4,134.34 |
| 04/18/2025 | Journal | Sales 4.18 | | 187.90 |
| 04/18/2025 | Journal | Sales 4.18 | | 3,968.55 |
| 04/19/2025 | Journal | Sales 4.19 | | 449.55 |
| 04/19/2025 | Journal | Sales 4.19 | | 5,868.02 |
| 04/20/2025 | Deposit | | | 2,525.79 |
| 04/20/2025 | Journal | Sales 4.20 | | 4,046.68 |
| 04/20/2025 | Deposit | | UberEats | 3,730.27 |
| 04/20/2025 | Journal | Sales 4.20 | | 199.25 |
| 04/20/2025 | Deposit | | DoorDash Inc | 3,405.01 |
| 04/21/2025 | Deposit | | | 0.75 |
| 04/21/2025 | Journal | Sales 4.21 | | 76.30 |
| 04/21/2025 | Journal | Sales 4.21 | | 3,082.65 |
| 04/21/2025 | Deposit | | | 149.34 |
| 04/21/2025 | Deposit | | Amazon | 5.05 |
| 04/21/2025 | Deposit | | | 0.10 |
| 04/21/2025 | Deposit | | | 0.45 |
| 04/22/2025 | Journal | Sales 4.22 | | 2,820.50 |
| 04/22/2025 | Deposit | | Strategy Executi | 2.88 |
| 04/23/2025 | Journal | Sales 4.23 | | 36.80 |
| 04/23/2025 | Journal | Sales 4.23 | | 3,154.56 |
| 04/24/2025 | Journal | Sales 4.24 | | 22.00 |
| 04/25/2025 | Deposit | | | 0.70 |
| 04/25/2025 | Deposit | | | 0.20 |
| Total | | | | 37,867.64 |

Additional Information

Uncleared checks and payments as of 04/27/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/20/2025 | Expense | | Intuit Inc. | -85.00 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -4,292.82 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -566.38 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -354.19 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -348.30 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -170.65 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -51.31 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -238.87 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -4,292.82 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -2,589.67 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -1,382.50 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -1,368.50 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -1,280.97 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -1,061.36 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -1,009.95 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -950.75 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -922.25 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -919.82 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -879.48 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -799.12 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -779.96 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -728.48 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -726.94 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -717.43 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -593.63 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -536.00 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -440.74 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -435.45 |
| 04/25/2025 | Bill Payment | | Capital Bank | -1,500.00 |

Case 24-13609    Doc 133-14    Filed 05/26/25    Page 3 of 3

| | | | | |
|---|---|---|---|---:|
| Total | | | | -30,023.34 |

Uncleared deposits and other credits as of 04/27/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | 0.00 |
| 04/24/2025 | Journal | Sales 4.24 | | 2,999.09 |
| 04/25/2025 | Journal | Sales 4.25 | | 4,695.24 |
| 04/26/2025 | Journal | Sales 4.26 | | 7,967.99 |
| 04/26/2025 | Journal | Sales 4.26 | | 97.10 |
| 04/27/2025 | Journal | Salse 4.27 | | 515.33 |
| 04/27/2025 | Journal | Salse 4.27 | | 5,705.02 |
| 04/27/2025 | Deposit | | UberEats | 3,942.58 |
| Total | | | | 25,922.35 |

Uncleared checks and payments after 04/27/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 04/28/2025 | Bill Payment | | TriMark Adams-Burch | -390.08 |
| 04/28/2025 | Bill Payment | | Roberts Oxygen Company, Inc. | -178.04 |
| 04/28/2025 | Bill Payment | | Logan Food Company | -127.50 |
| 04/28/2025 | Bill Payment | | Bowie Produce | -716.75 |
| 04/28/2025 | Bill Payment | | Safety First Services | -1,050.00 |
| 04/28/2025 | Bill Payment | | VRA Cleaning Services LLC | -3,680.00 |
| 04/28/2025 | Bill Payment | | Lyon Bakery | -364.00 |
| Total | | | | -6,506.37 |

Uncleared deposits and other credits after 04/27/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 04/28/2025 | Journal | MJ15767ME | | 4,039.57 |
| 04/28/2025 | Journal | MJ15767ME | | 36.00 |
| Total | | | | 4,075.57 |