## Smokecraft Clarendon LLC

**1020 TD Bank Operating, Period Ending 04/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 05/01/2025

Reconciled by: Jill Johnson

Any changes made to transactions after this date aren't included in this report.

### Summary USD

| | |
|---|---:|
| Statement beginning balance | 15,659.32 |
| Checks and payments cleared (40) | -31,155.03 |
| Deposits and other credits cleared (13) | 32,745.34 |
| Statement ending balance | 17,249.63 |
| | |
| Uncleared transactions as of 04/30/2025 | -1,462.96 |
| Register balance as of 04/30/2025 | 15,786.67 |
| Cleared transactions after 04/30/2025 | 0.00 |
| Uncleared transactions after 04/30/2025 | -12,404.56 |
| Register balance as of 05/01/2025 | 3,382.11 |

### Details

Checks and payments cleared (40)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -566.38 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -2,589.67 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -1,382.50 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -593.63 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -1,368.50 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -1,280.97 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -1,061.36 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -950.75 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -922.25 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -919.82 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -879.48 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -779.96 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -728.48 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -726.94 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -717.43 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -536.00 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -440.74 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -354.19 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -348.30 |
| 04/25/2025 | Bill Payment | | Capital Bank | -1,500.00 |
| 04/25/2025 | Bill Payment | 2289 | M.A. Stockstill Co. | -220.00 |
| 04/26/2025 | Journal | MI15741ME | | -12.31 |
| 04/26/2025 | Journal | MI15740ME | | -31.99 |
| 04/28/2025 | Bill Payment | | Logan Food Company | -127.50 |
| 04/28/2025 | Bill Payment | | Bowie Produce | -716.75 |
| 04/28/2025 | Bill Payment | | Safety First Services | -1,050.00 |
| 04/28/2025 | Bill Payment | | VRA Cleaning Services LLC | -3,680.00 |
| 04/28/2025 | Bill Payment | | Lyon Bakery | -364.00 |
| 04/28/2025 | Bill Payment | | Roberts Oxygen Company, Inc. | -178.04 |
| 04/28/2025 | Bill Payment | | TriMark Adams-Burch | -390.08 |
| 04/28/2025 | Journal | MI15762ME | | -48.20 |
| 04/28/2025 | Journal | MI15772ME | | -1,226.81 |
| 04/28/2025 | Bill Payment | | Dominion Energy Virginia (ACH) | -2,385.44 |
| 04/28/2025 | Expense | | | -21.19 |
| 04/28/2025 | Expense | | | -182.34 |
| 04/29/2025 | Bill Payment | 2290 | AM Briggs INC dba Metropolit… | -1,093.69 |
| 04/29/2025 | Expense | | | -0.10 |
| 04/29/2025 | Bill Payment | 2292 | ALSCO | -223.31 |
| 04/30/2025 | Journal | MI15773ME | | -234.93 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/30/2025 | Bill Payment | | Open Table Inc. ACH | -321.00 |
| Total | | | | -31,155.03 |

Deposits and other credits cleared (13)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | 0.00 |
| 04/24/2025 | Journal | Sales 4.24 | | 2,999.09 |
| 04/25/2025 | Journal | Sales 4.25 | | 4,582.18 |
| 04/26/2025 | Journal | Sales 4.26 | | 7,769.62 |
| 04/26/2025 | Journal | Sales 4.26 | | 97.10 |
| 04/27/2025 | Journal | Salse 4.27 | | 5,552.09 |
| 04/27/2025 | Journal | Salse 4.27 | | 515.33 |
| 04/27/2025 | Deposit | | | 3,276.75 |
| 04/27/2025 | Deposit | | UberEats | 3,942.58 |
| 04/28/2025 | Journal | MJ15767ME | | 36.00 |
| 04/28/2025 | Journal | MJ15767ME | | 3,933.93 |
| 04/29/2025 | Journal | MJ15774ME | | 40.00 |
| 04/29/2025 | Deposit | | | 0.67 |
| Total | | | | 32,745.34 |

**Additional Information**

Uncleared checks and payments as of 04/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/20/2025 | Expense | | Intuit Inc. | -85.00 |
| 04/06/2025 | Journal | Payroll 3.24-4.6 | | -4,292.82 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -799.12 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -1,009.95 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -51.31 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -170.65 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -238.87 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -435.45 |
| 04/20/2025 | Journal | Payroll 4.7-4.20 | | -4,292.82 |
| 04/27/2025 | Journal | MI15760ME | | -58.44 |
| Total | | | | -11,434.43 |

Uncleared deposits and other credits as of 04/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/27/2025 | Deposit | | | 348.27 |
| 04/27/2025 | Deposit | | DoorDash Inc | 3,267.12 |
| 04/29/2025 | Journal | MJ15774ME | | 3,271.97 |
| 04/30/2025 | Journal | MJ15787ME | | 2,959.93 |
| 04/30/2025 | Deposit | | | 18.18 |
| 04/30/2025 | Journal | MJ15787ME | | 106.00 |
| Total | | | | 9,971.47 |

Uncleared checks and payments after 04/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/02/2025 | Bill Payment | | KBS III 3003 Washington LLC | -12,404.56 |
| Total | | | | -12,404.56 |