# Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 04/13/2025**

**RECONCILIATION REPORT**

Reconciled on: 04/15/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

## Summary USD

| | |
|---|---:|
| Statement beginning balance | 17,491.25 |
| Checks and payments cleared (15) | -19,851.93 |
| Deposits and other credits cleared (2) | 4,493.89 |
| Statement ending balance | 2,133.21 |
| | |
| Uncleared transactions as of 04/13/2025 | -38,054.75 |
| Register balance as of 04/13/2025 | -35,921.54 |

## Details

Checks and payments cleared (15)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -16.62 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -64.40 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -186.18 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -280.90 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -594.74 |
| 03/31/2025 | Bill Payment | | Bowie Produce | -488.00 |
| 03/31/2025 | Bill Payment | | Lyon Bakery | -442.66 |
| 03/31/2025 | Bill Payment | | Roberts Oxygen Company, Inc. | -356.08 |
| 03/31/2025 | Bill Payment | | Platform Business Advisors | -2,500.00 |
| 03/31/2025 | Bill Payment | | TriMark Adams-Burch | -414.35 |
| 03/31/2025 | Bill Payment | | GWWC, LLC | -750.00 |
| 03/31/2025 | Bill Payment | | Safety First Services | -625.00 |
| 04/07/2025 | Bill Payment | | Pest Management Services, Inc. | -85.00 |
| 04/08/2025 | Expense | | Arlington Chamber of Comme… | -48.00 |
| 04/11/2025 | Transfer | | | -13,000.00 |
| **Total** | | | | **-19,851.93** |

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 04/06/2025 | Deposit | | UberEats | 4,172.62 |
| 04/07/2025 | Deposit | | | 321.27 |
| **Total** | | | | **4,493.89** |

## Additional Information

Uncleared checks and payments as of 04/13/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage C… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage C… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -4,297.88 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -4,308.69 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -4,292.82 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -4,292.82 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -4,292.82 |
| 02/09/2025 | Bill Payment | Open CR | Logan Food Company | -127.50 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/11/2025 | Bill Payment | | Lyon Bakery | -1.54 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -4,292.82 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -4,292.82 |
| 03/12/2025 | Bill Payment | apply CR | TriMark Adams-Burch | -35.26 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -4,292.82 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -214.20 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -759.08 |
| 03/31/2025 | Journal | MI15631ME | | -15.26 |
| 03/31/2025 | Bill Payment | | Pest Management Services, Inc. | -85.00 |
| 04/02/2025 | Bill Payment | EFT49111038 | Specialty Beverage | -394.00 |
| 04/11/2025 | Bill Payment | 2276 | AM Briggs INC dba Metropolit… | -954.29 |
| Total | | | | -38,054.75 |