Smokecraft Clarendon LLC

**1021 TD Bank-DIP Checking, Period Ending 04/20/2025**

**RECONCILIATION REPORT**

Reconciled on: 04/21/2025

Reconciled by: Nathaly Reyes

Any changes made to transactions after this date aren't included in this report.

**Summary** | USD
---|---
Statement beginning balance | 2,133.21
Checks and payments cleared (2) | -5,925.35
Deposits and other credits cleared (1) | 3,792.14
Statement ending balance | 0.00
| |
Uncleared transactions as of 04/20/2025 | -35,733.18
Register balance as of 04/20/2025 | -35,733.18

**Details**

Checks and payments cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/15/2025 | Transfer | | | -3,792.14 |
| 04/18/2025 | Transfer | | | -2,133.21 |
| Total | | | | **-5,925.35** |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/13/2025 | Deposit | | UberEats | 3,792.14 |
| Total | | | | **3,792.14** |

**Additional Information**

Uncleared checks and payments as of 04/20/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/17/2024 | Bill Payment | EFT13985085 | ALSCO | -253.27 |
| 06/03/2024 | Bill Payment | To print | Virginia Alcoholic Beverage C… | -83.97 |
| 06/13/2024 | Bill Payment | | ULINE INC. | -516.27 |
| 08/12/2024 | Bill Payment | EFT | Virginia Alcoholic Beverage C… | -226.22 |
| 08/17/2024 | Journal | MI13678ME | | -25.40 |
| 12/15/2024 | Journal | Payroll JE 12.2-12.15 | | -4,297.88 |
| 12/29/2024 | Journal | PayrollJE 12.16-12.29 | | -4,308.69 |
| 01/12/2025 | Journal | Payroll 12.30-1.12 | | -4,292.82 |
| 01/26/2025 | Journal | Payroll 1.13-1.26 | | -4,292.82 |
| 02/09/2025 | Bill Payment | Open CR | Logan Food Company | -127.50 |
| 02/09/2025 | Journal | Payroll 1.27-2.9 | | -4,292.82 |
| 02/11/2025 | Bill Payment | | Lyon Bakery | -1.54 |
| 02/23/2025 | Journal | Payroll 2.10-2.23 | | -4,292.82 |
| 03/09/2025 | Journal | Payroll 2.24-3.9 | | -4,292.82 |
| 03/12/2025 | Bill Payment | apply CR | TriMark Adams-Burch | -35.26 |
| 03/23/2025 | Journal | Payroll 3.10-3.23 | | -4,292.82 |
| 03/31/2025 | Journal | MI15631ME | | -15.26 |
| 03/31/2025 | Bill Payment | | Pest Management Services, Inc. | -85.00 |
| Total | | | | **-35,733.18** |