Entered: June 4th, 2025
Signed: June 3rd, 2025

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

In re                                    Case No. 24-13609

Smokecraft Clarendon, LLC                Chapter 11

     Debtor.

_____/

### ORDER GRANTING MOTION TO VALUE
### SECURED CLAIM OF CAPITAL BANK, NATIONAL ASSOCIATION

Upon consideration of the Motion to Value Secured Claim of Capital Bank, National Association (the "Motion") filed by Smokecraft Clarendon, LLC (the "Debtor"), the opposition of Capital Bank National Association ("Capital Bank") thereto, the arguments set forth therein, the record herein, the stipulation of the parties, evidence and arguments adduced at a hearing thereupon on April 22, 2025, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

FOUND, that the assets of the Debtor securing the claim of Capital Bank, National Association ("Capital Bank") have a fair market value of $104,500.00; and it is further

1

ORDERED, that, pursuant to Section 506 of Title 11 of the United States Code, the secured claim of Capital Bank in this case shall be for the sum certain of $104,500.00, with the remainder of the claim of Capital Bank being unsecured.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
THE BELMONT FIRM
1050 Connecticut Avenue NW, Suite 500
Washington, DC 20036
Phone: (301) 444-4600
E-mail: mac@dcbankruptcy.com
*Counsel for the Debtor*

Seen and Agreed:

/s/ Catherin Keller Hopkin (signed w/ express permission)
Catherine Keller Hopkin, Esq.
Bar No. 28257
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
(443) 569-0788
chopkin@yvslaw.com
*Counsel for Capital Bank N.A.*

Copies:

All Counsel of Record