IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**Greenbelt Division**

| | |
|---|---|
| In re | Case No. 24-13609-MCR |
| Smokecraft Clarendon, LLC | Chapter 11 |
| Debtor. | |
| _____/ | |

**SMOKECRAFT CLARENDON, LLC'S WITNESS
AND EXHIBIT LIST FOR HEARING ON PLAN CONFIRMATION**

Comes now Smokecraft Clarendon, LLC ("Smokecraft" or the "Debtor"), by and through undersigned counsel, pursuant to the Protocol for In Person Hearings Before the Honorable Maria Ellena Chavez-Ruark, and submits these lists of witnesses to be called, and exhibits to be introduced into evidence, at a hearing on June 9, 2025:

I. **Witnesses**

Smokecraft reasonably anticipates calling the following witness to testify at the hearing, in addition to any other witnesses who may be called for purposes of impeachment and/or rebuttal:

1. Andrew Darneille

II. **Exhibits**

Smokecraft reasonably anticipates introducing the following exhibits into evidence at the hearing, in addition to those that may be introduced for impeachment and/or rebuttal purposes:

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| Debtor01 | Declaration of Andrew Darneille (DE #139) | | | |
| Debtor02 | Projections (DE #130-1) | | | |
| Debtor03 | Payment Schedule (DE #130-3) | | | |

1

      Respectfully submitted,

      /s/ Maurice B. VerStandig
      Maurice B. VerStandig, Esq.
      Bar No. 18071
      THE BELMONT FIRM
      1050 Connecticut Avenue NW,
      Suite 500
      Washington, DC 20036
      Phone: (301) 444-4600
      E-mail: mac@dcbankruptcy.com
      *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June, 2025, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Corinne Donohue Adams    cadams@yvslaw.com, cadams@yvslaw.com;jbeckman@yvslaw.com;pgomez@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;r39990@notify.bestcase.com
- Catherine Keller Hopkin    chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
- Lynn A. Kohen    lynn.a.kohen@usdoj.gov
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Angela L. Shortall    ashortall@3cubed-as.com, md70@ecfcbis.com
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

      /s/ Maurice B. VerStandig
      Maurice B. VerStandig, Esq.