Entered: June 23rd, 2025
Signed: June 20th, 2025

**SO ORDERED**

Copies to Debtor, Debtor's Counsel, Subchapter V Trustee, U.S. Trustee, and all creditors and parties in interest



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| In re | Case No. 24-13609 |
| Smokecraft Clarendon, LLC | Chapter 11 |
| Debtor. | |

_____/

### ORDER NON-CONSENSUALLY CONFIRMING THIRD
### AMENDED PLAN OF REORGANIZATION UNDER 11 U.S.C. § 1191(b)

Upon consideration of Smokecraft Clarendon, LLC's Third Amended Subchapter V Plan of Reorganization (the "Plan," as found at DE #130), the lack of objection to confirmation thereof, evidence adduced at a hearing thereupon on June 9, 2025, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the second sentence of Section 3.02 of the Plan be, and hereby is, STRICKEN and replaced with the following language: "All professionals, including the Debtor's counsel and the Subchapter V Trustee, will need to file applications with the Court to seek approval of their fees and expenses as allowed administrative expense claims within 30 days of the date of substantial consummation."; and it is further

ORDERED, that, subject to the foregoing amendment, the Plan be, and hereby is, CONFIRMED pursuant to the allowances of Section 1191(b) of Title 11 of the United States Code, with said confirmation being non-consensual in nature; and it is further

ORDERED, that pursuant to the provisions of Section 1192 of Title 11 of the United States Code, Smokecraft Clarendon, LLC (the "Debtor") shall receive a discharge upon the making of the final payment called for in the Plan; and it is further

ORDERED, that pursuant to the provisions of Local Rule 3022-1(a)(1), the Debtor shall file a notice of substantial consummation within fourteen (14) days of such occurrence; and it is further

ORDERED, that pursuant to the provisions of Local Rule 3022-1(a)(2), the Debtor shall file post-confirmation progress reports not later than six months after the date of entry of this order and every six months thereafter until such a time as a final decree is filed; and it is further

ORDERED, that the Debtor shall file and serve a notice of the effective date of the Plan, with such service to be on all parties in interest.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
THE BELMONT FIRM
1050 Connecticut Avenue NW, Suite 500
Washington, DC 20036
Phone: (301) 444-4600
E-mail: mac@dcbankruptcy.com
*Counsel for the Debtor*


Seen and Agreed:

/s/ Angela L. Shortall
Angela L. Shortall
348 Thompson Creek Mall
Suite 339
Stevensville, MD 21666
Phone: (410) 200-3465
E-mail: ashortall@3cubed-as.com
*Subchapter V Trustee*


Copies:

All Counsel of Record