| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 24-13609<br>District of Maryland<br>Greenbelt<br>Wed Jun 25 12:19:55 EDT 2025 | Capital Bank, N.A.<br>c/o Catherine Keller Hopkin, Esquire<br>YVS Law, LLC<br>185 Admiral Cochrane Drive, Suite 130<br>Annapolis, MD 21401-7582 | Smokecraft Clarendon, LLC<br>7104 Loch Lomond Drive<br>Bethesda, MD 20817-4760 |
| Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 | ADAMS BURCH LLC DBA TRIMARK ADAMS BURCH<br>ATTN: KRIS RICH<br>2901 STANFORD CT.<br>LANDOVER, MD 20785 | Adams-Burch, LLC<br>d/b/a Trimark Adams-Burch<br>1901 Stanford Court<br>Hyattsville, MD 20785-3219 |
| Alsco, Inc.<br>505 E. 200 S<br>Salt Lake City, UT 84102-2007 | Andrew Darneille<br>7104 Loch Lomond Drive<br>Bethesda, MD 20817-4760 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 |
| Bryan J. Pelino<br>Rosenberg Pelino LLC<br>6031 University Boulevard Suite 300<br>Ellicott City, MD 21043-6151 | Buckhead Meat & Seafood Mid-Atlantic, In<br>d/b/a Metropolitan Meat, Seafood & Poult<br>1920 Stanford Ct.<br>Hyattsville, MD 20785-3219 | CGC Holdings, Inc.<br>d/b/a Capital Seaboard<br>7540 Assateague Drive<br>Jessup, MD 20794-3271 |
| Capital Bank NA<br>Catherine Keller Hopkin<br>YVS Law, LLC<br>185 Admiral Cochrane Drive, Suite 130<br>Annapolis, Maryland 21401-7582 | Chill-Craft Company<br>2600 Cabover Drive Suite K<br>Hanover, MD 21076-1734 | Christopher L. Camarra, Esquire<br>Holland & Knight LLP<br>800 17th Street N.W. Suite 1100<br>Washington, DC 20006-3962 |
| Comcast Business<br>1701 John F. Kennedy Blvd.<br>Philadelphia, PA 19103-2838 | Commonwealth of Virginia<br>1957 Westmoreland Street<br>Richmond, VA 23230-3225 | Comptroller of Maryland<br>Revenue Administration Division<br>PO Box 549<br>Annapolis, MD 21404-0549 |
| Crystal Commercial Cleaning Services, LL<br>9403 Grant Ave Ste. 300<br>Manassas, VA 20110-2568 | Crystal Commercial Cleaning Services, LLC<br>PO Box 41147<br>Arlington, VA 22204-8147 | Daisy & Collins LLP<br>20130 Lakeview Center Plaza Suite 400<br>Ashburn, VA 20147-5905 |
| DoorDash, Inc.<br>303 2nd St. Suite 800<br>San Francisco, CA 94107-1366 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Jack Lundstedt<br>655 Buttercup Trce<br>Alpharetta, GA 30022-5199 | KBSIII 3003 Washington, LLC<br>c/o KBS<br>3003 Washington Boulevard Suite #95<br>Arlington, VA 22201-2194 | Lyon Bakery, Inc.<br>1900 Clarkson Way<br>Hyattsville, MD 20785-3221 |
| Magnolia Plumbing, Inc.<br>600 Gallatin St NE<br>Washington, DC 20017-2359 | Myzentek LLC<br>46812 Vermont Maple Ter.<br>Sterling, VA 20164-2236 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 |

| | | |
|---|---|---|
| Opentable, Inc.<br>1 Montgomery Street Suite 500<br>San Francisco, CA 94104-4535 | Pepsi-Cola Company<br>8550 Terminal Road<br>Lorton, VA 22079-1428 | Pest Management Services, Inc.<br>19980 Highland Vista Drive Suite 180<br>Ashburn, VA 20147-5998 |
| Roberts Oxygen Company, Inc.<br>15830 Redland Road<br>Derwood, MD 20855-2292 | Safety First Services, Inc.<br>6722B Industrial Drive<br>Beltsville, MD 20705-1237 | Sean T. Morris, Esquire<br>The Morris Law Firm LLC<br>4845 Rugby Avenue Suite 302<br>Bethesda, MD 20814-3018 |
| Secretary of the Treasury<br>15th and Pennsylvania Ave., N.W.<br>Washington, DC 20220-0001 | Smokecraft Holdings LLC<br>7104 Loch Lomond Drive<br>Bethesda, MD 20817-4760 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 |
| StratEx HoldCo, LLC<br>1521 Concord Pike Suite 201<br>Wilmington, DE 19803-3645 | TD Bank, N.A.<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | TD Bank, National Association<br>1701 Marlton Pike E<br>Cherry Hill, NJ 08003-2335 |
| TD Bank, National Association<br>Legal Department Two Portland Square<br>Portland, ME 04101 | Taxing Authority of Montgomery County<br>Division of Treasury<br>255 Rockville Pike, Ste.  L-15<br>Rockville, MD 20850-4188 | The Chefs Warehouse Mid-Atlantic, LLC<br>Reed Smith LLP c/o Alexis A. Leventhal<br>225 Fifth Avenue<br>Pittsburgh, PA 15222-2724 |
| The Pels Law Firm<br>4845 Rugby Ave. 3rd Floor<br>Bethesda, MD 20814-3018 | Toast Capital LLC<br>401 Park Drive<br>Boston, MA 02215-3325 | Toast Tab of Delaware Inc.<br>d/b/a Toast Inc. 401 Park Dr. Suite 801<br>Boston, MA 02215-3372 |
| Toast, Inc.<br>401 Park Drive<br>Boston, MA 02215-3372 | (p)US ATTORNEY'S OFFICE FOR THE DISTRICT OF M<br>36 S CHARLES STREET FOURTH FLOOR<br>BALTIMORE MD 21201-3020 | US Trustee - Greenbelt<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770-6305 |
| Vend Lease Company, Inc.<br>8100 Sandpiper Cir. Suite 300<br>Nottingham, MD 21236-4992 | Washington Gas Light Company<br>d/b/a Washington Gas 1000 Maine Ave, SW<br>Washington, DC 20024-3496 | Washington Gas: BKNY<br>6810 Industrial Rd 117B<br>Springfield, VA 22151 |
| WebBank<br>215 South State Street Suite 1000<br>Salt Lake City, UT 84111-2336 | Angela L. Shortall<br>348 Thompson Creek Mall<br>Suite 339<br>Stevensville, MD 21666-2500 | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854-3976 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Branch of Reorganization<br>Sec. & Exch. Commission<br>3475 Lenox Road NE (Suite 1000)<br>Atlanta, GA 30327-1232 | Internal Revenue Service<br>Centralized Insolvency Section<br>PO Box 21126 (DP-N-781)<br>Philadelphia, PA 19114 | Office of the Comptroller of Maryland<br>Bankruptcy Unit<br>7 St. Paul Street, 2nd Floor<br>Baltimore, MD 21202 |
| U.S. Attorney-District of MD<br>4th floor<br>36 S. Charles St.<br>Baltimore, MD 21201 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Capital Bank, National Association<br>INVALID ADDRESS PROVIDED | (u)Finance A La Carte<br>INVALID ADDRESS PROVIDED | (u)Sysco Baltimore, LLC<br>INVALID ADDRESS PROVIDED |
| (u)The Chefs' Warehouse Mid-Atlantic, LLC<br>INVALID ADDRESS PROVIDED | (d)Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 | (u)Various Customers |
| (u)Stephanie ORourke<br>CohnReznick | End of Label Matrix<br>Mailable recipients    56<br>Bypassed recipients     7<br>Total                  63 | |