**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **Smokecraft Clarendon, LLC,** | * | **Case No: 24-13609** |
| | * | **(Chapter 11-Subchapter V)** |
| **Debtor** | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**FIRST INTERIM APPLICATION FOR COMPENSATION IN A CASE UNDER**
**<u>SUBCHAPTER V OF CHAPTER 11</u>**

Angela L. Shortall, Subchapter V Trustee, (the "Applicant" or "Trustee"), hereby requests entry of an order approving compensation and reimbursement of expenses incurred on behalf of the Debtor in this case under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). By this Application, Applicant requests that the Court allow an administrative claim for fees of $11,130.00. Applicant will incur expenses associated with the noticing of this application in the amount of $60.27 and is requesting reimbursement for these out-of-pocket expenses, for a total allowance of $11,190.27. Applicant submits this application pursuant to § 330 and § 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016, and states as follows:

1.    A voluntary petition to proceed under Chapter 11 was filed on April 29, 2024.

2.    A Plan Confirmation hearing was held on June 9, 2025 at which the Debtor's Plan of Reorganization [Docket No. 130] was Confirmed as a non-consensual plan. An Order confirming the Plan was entered on June 23, 2025 [Docket No. 476].

3.    The Applicant was appointed by the U.S. Trustee to serve as the Subchapter V Trustee in this case on April 30, 2025 [Docket No. 9].

4.    Amount of fees and expenses previously approved:

    a.    Fees: $<u>0.00</u>

    b.    Expenses: $<u>0.00</u>

5.    Amounts of fees and expenses received to date:

    c.    Fees:  $0.00

    d.    Expenses:  $0.00

6.    Time period covered by this Application:    <u>4/30/2024 – 7/28/2025</u>

7. Fees requested in this Application:               $11,287.50

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Angela L. Shortall, Trustee Services | 20.2 | $525.00 | $10,605.00 |
| Angela L. Shortall, Travel (50% rate) | 2.0 | $262.50 | 525.00 |
| Total Fee Request | 22.2 | | $11,130.00 |

8.    Total hours in this Application:          22.2

9.    Total expenses requested in this Application:     $30.27

10.   Total fees and expenses requested:          $11,190.27

11.   A brief billing statement is attached as Exhibit A.

12.   Brief description of services:

Applicant reviewed the Debtor's First Day Motions and attended the associated expedited hearing. Applicant met via telephone with the Debtor and Debtor's counsel to understand the Debtor's assets, prior course of business and anticipated strategy for construction of a successful plan. Trustee reviewed documents provided in advance of the Initial Debtor Interview ("IDI") and the 341 Meeting of Creditors. Applicant attended the IDI and the 341 Meeting of Creditors. Applicant reviewed Debtor's status report and attended the related status conference as required. Applicant reviewed Cash Collateral Motion and attended the related hearing. Applicant reviewed consent orders continuing the use of Cash Collateral through the life of the case. Applicant reviewed Debtor's Motion to Value Collateral and the Debtor's and Bank's Appraisals. Applicant attended the initial valuation hearing. Applicant remained in regular contact with Debtor's counsel, discussing comments and questions arising from the review of the plan among other matters. Applicant provided comments to the plan, the amended plan and other filings and requested additional information as necessary. Trustee analyzed claims in light of proposed treatment under the plan. Applicant reviewed the filed Monthly Operating Reports. Applicant communicated directly with Bank's counsel in an effort to facilitate a resolution to the Bank's objection to the Plan. Applicant attended the confirmation hearing virtually and reviewed the proposed confirmation order prior to entry. Post-confirmation, Applicant prepared this interim fee application. Pursuant to the terms of the Plan, the Debtor will make all distributions under the Plan. However, the Plan was confirmed as non-consensual. As a result, the Trustee will continue to serve a role, though ideally that role will be a small one. Trustee will, at minimum, review the semi-annual reporting until a Final Decree is entered to make certain that payments are being made as contemplated in the Plan.

13.     Applicant hereby affirms to the Court that the fees and expenses requested by this Application are (i) for actual, reasonable, and necessary services rendered by the Applicant, (ii) based upon customary fees charged and generally approved by this Court for services of this nature provided by comparably skilled professionals, and (iii) consistent with Part C (Reimbursement of Disbursements and Expenses) of Appendix D to the Local Bankruptcy Rules.

14.     Applicant submits that this Application satisfies the lodestar formula and factors set forth in § 330(a) of the Bankruptcy Code and in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974) (as adopted by the Fourth Circuit in *Barber v. Kimbrells, Inc.*, 577 F.2d 216, 226 (4th Cir. 1978)).

15.     No agreement or understanding exists between the Applicant and any other person for the division or sharing of the compensation or expenses that are the subject of this Application.

16.     Use of this short form fee application was authorized for this case by the Court's Initial Scheduling Order in this case entered on May 2, 2024 [Docket No. 15].

WHEREFORE, the Applicant prays that the Court enter an Order approving the compensation and reimbursement of expenses as sought in this Application as an allowed administrative expense priority claim.

Date: <u>July 28, 2025</u>     By: <u>/S/ Angela L. Shortall</u>
                                    Angela L. Shortall, Trustee
                                    3Cubed Advisory Services, LLC
                                    348 Thompson Creek Mall, Suite 339
                                    Stevensville, MD 21666
                                    Phone: (410) 200-3465
                                    Email:  ashortall@3cubed-as.com

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 30th of July 2025, the foregoing Application was served by CM/ECF upon the US Trustee and upon:

- Corinne Donohue Adams    cadams@yvslaw.com, cadams@yvslaw.com;jbeckman@yvslaw.com;pgomez@yvslaw.com;vmichaelides@yvslaw.com;r39990@notify.bestcase.com
- Catherine Keller Hopkin    chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
- Courtney L. Morgan    courtney.l.morgan@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV

- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/S/ Angela L. Shortall
Angela L. Shortall, Trustee