Smokecraft

PROFESSIONAL SERVICES

| Date | Employee | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 4/30/2024 | Angela Shortall | 0.30 | $525.00 | $157.50 | Review first day motions |
| 4/30/2024 | Angela Shortall | 0.30 | $525.00 | $157.50 | Intro phone call with Debtor counsel |
| 5/1/2024 | Angela Shortall | 0.30 | $525.00 | $157.50 | Attend virtual first day hearings |
| 5/1/2024 | Angela Shortall | 0.80 | $525.00 | $420.00 | Meet with Debtor counsel and rep |
| 5/1/2024 | Angela Shortall | 0.10 | $525.00 | $52.50 | Call with counsel re: vendor demand for CV terms |
| 5/1/2024 | Angela Shortall | 0.30 | $525.00 | $157.50 | Review first day motions |
| 5/6/2024 | Angela Shortall | 0.10 | $525.00 | $52.50 | Review proposed orders on first day motions |
| 5/10/2024 | Angela Shortall | 0.80 | $525.00 | $420.00 | review IDI documents; UCC Search |
| 5/10/2024 | Angela Shortall | 1.00 | $525.00 | $525.00 | Attend IDI |
| 5/20/2024 | Angela Shortall | 0.20 | $525.00 | $105.00 | Review payroll reporting and additional docs provided in advance of 341 |
| 5/22/2024 | Angela Shortall | 1.00 | $525.00 | $525.00 | Attend 341 MOC |
| 6/20/2024 | Angela Shortall | 0.20 | $525.00 | $105.00 | Review status report |
| 6/20/2024 | Angela Shortall | 0.40 | $525.00 | $210.00 | Review April MOR and supplement |
| 6/20/2024 | Angela Shortall | 0.50 | $525.00 | $262.50 | Review POCs prepare schedule of creditors |
| 6/27/2024 | Angela Shortall | 0.40 | $525.00 | $210.00 | Attend status conference |
| 7/5/2024 | Angela Shortall | 0.30 | $525.00 | $157.50 | Review cash collateral motion and proposed order; provide comments |
| 7/15/2024 | Angela Shortall | 0.20 | $525.00 | $105.00 | Review CC redline |
| 7/22/2024 | Angela Shortall | 0.30 | $525.00 | $157.50 | Attend CC Hearing |
| 8/12/2024 | Angela Shortall | 0.80 | $525.00 | $420.00 | Review plan, prior MORs and OUST objection |
| 8/28/2024 | Angela Shortall | 0.10 | $525.00 | $52.50 | Review new CC order |
| 9/30/2024 | Angela Shortall | 0.30 | $525.00 | $157.50 | Review objection to plan and most recent MOR |
| 10/31/2024 | Angela Shortall | 0.10 | $525.00 | $52.50 | Review most recent CC Consent order |
| 11/4/2024 | Angela Shortall | 0.20 | $525.00 | $105.00 | Review sept MOR |
| 11/7/2024 | Angela Shortall | 0.50 | $525.00 | $262.50 | Call with Debtors counsel |
| 11/18/2024 | Angela Shortall | 0.60 | $525.00 | $315.00 | Review plan, projections, OUST objection and claims in prep for status hearing |
| 11/20/2024 | Angela Shortall | 0.60 | $525.00 | $315.00 | Attend status conference |
| 12/11/2024 | Angela Shortall | 0.20 | $525.00 | $105.00 | Call with oust |
| 1/24/2025 | Angela Shortall | 0.20 | $525.00 | $105.00 | Calls with Debtor's counsel re: plan changes and status of creditors |
| 1/28/2025 | Angela Shortall | 0.20 | $525.00 | $105.00 | Review second amended plan and filed objections to prior version |
| 1/28/2025 | Angela Shortall | 0.30 | $525.00 | $157.50 | Review filed MORs |
| 1/28/2025 | Angela Shortall | 0.30 | $525.00 | $157.50 | Review appraisals and related docs in anticipation of hearing |
| 1/29/2025 | Angela Shortall | 4.00 | $525.00 | $2,100.00 | Attend confirmation/valuation hearing |
| 1/29/2025 | Angela Shortall | 0.30 | $525.00 | $157.50 | Call with Debtor counsel in advance of hearing |

Smokecraft

PROFESSIONAL SERVICES

| Date | Employee | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 2/18/2025 | Angela Shortall | 0.20 | $525.00 | $105.00 | Call with bank counsel |
| 2/19/2025 | Angela Shortall | 0.20 | $525.00 | $105.00 | Call with Debtor counsel re: bank claim |
| 3/4/2025 | Angela Shortall | 0.10 | $525.00 | $52.50 | Review status report |
| 3/25/2025 | Angela Shortall | 0.10 | $525.00 | $52.50 | Email to counsel re: status of bank objection |
| 3/25/2025 | Angela Shortall | 0.20 | $525.00 | $105.00 | Review Jan and Feb MOR; email to counsel |
| 3/26/2025 | Angela Shortall | 0.30 | $525.00 | $157.50 | Review amended plan and most recent MOR |
| 3/27/2025 | Angela Shortall | 0.10 | $525.00 | $52.50 | Update call with counsel |
| 6/4/2025 | Angela Shortall | 0.10 | $525.00 | $52.50 | Begin review of April MOR |
| 6/4/2025 | Angela Shortall | 0.10 | $525.00 | $52.50 | Review tally of ballots filed. |
| 6/9/2025 | Angela Shortall | 1.30 | $525.00 | $682.50 | Prepare for and attend confirmation hearing |
| 6/9/2025 | Angela Shortall | 0.10 | $525.00 | $52.50 | Follow up call with counsel after confirmation hearing |
| 6/11/2025 | Angela Shortall | 0.10 | $525.00 | $52.50 | Review and suggest modifications for confirmation order |
| 6/20/2025 | Angela Shortall | 0.10 | $525.00 | $52.50 | Review final form of order |
| 7/7/2025 | Angela Shortall | 0.40 | $525.00 | $210.00 | Begin fee app prep |
| 7/28/2025 | Angela Shortall | 0.60 | $525.00 | $315.00 | finalize fee app |

Subtotal Trustee Time    20.2    $10,605.00

Travel Time (50% billing rate)

| Date | Employee | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 1/29/2025 | Angela Shortall | 2.0 | $262.50 | $525.00 | Drive to/from hearing |

Subtotal Travel Time    2.0    $525.00

Total Time    22.2    $11,130.00

| Expenses | No Items | $/each | Total |
|---|---|---|---|
| Mailing Notice Fee App | 49 | $0.78 | $38.22 |
| Copy Notice of Fee App | 147 | $0.15 | $22.05 |
| | | | $60.27 |

Total Award    $11,190.27