IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| **Smokecraft Clarendon, LLC,** | * | Case No: 24-13609 |
| | * | (Chapter 11-Subchapter V) |
| **Debtor** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING AN INTERIM APPLICATION FOR COMPENSATION OF ANGELA SHORTALL, SUBCHAPTER V TRUSTEE, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 30, 2024 THROUGH JULY 28, 2025**

NOTICE IS HEREBY GIVEN that Angela Shortall, Subchapter V Trustee (the "Applicant') for Smokecraft Clarendon, LLC ("Smokecraft" or the "Debtor") has filed an Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period April 30, 2024 through July 28, 2025 (the "Application"). The Debtor's Plan of Reorganization was confirmed as a non-consensual plan, as a result the Trustee will not be immediately discharged of her duties. The Trustee will continue to be available to creditors and will monitor plan payments, incurring fees, hopefully minimal, until the Plan is complete. The Trustee will request Court approval for any fees incurred prior to the entry of a Final Decree.

The Application seeks an order awarding compensation of **$11,130.00** for fees incurred and **$60.27** for out-of-pocket expenses, for a total award of **$11,190.27**. The Application may be inspected by any interested party at the Office of the Clerk, United States Bankruptcy Court, 101 West Lombard Street, Baltimore, Maryland, 21201.

**Creditors and other parties in interest objecting to the Application are required to file such objections, with specific reasons therefore, with the Clerk of the United States Bankruptcy Court, 101 West Lombard Street, Baltimore, Maryland, 21201 within twenty-one (21) days from the date of this Notice. A copy of any objection should be served on the undersigned, and upon the Assistant United States Trustee, 101 West Lombard Street, Suite 2625, Baltimore, Maryland 21201. If an objection is filed, the Court may act on any such objection with or without a hearing, at its discretion. If no objections are filed, the Court may approve the Application without further notice.**

Date: July 28, 2025         By: /S/ Angela L. Shortall_____
                            Angela L. Shortall, Trustee
                            3Cubed Advisory Services, LLC
                            348 Thompson Creek Mall, Suite 339
                            Stevensville, MD 21666
                            Phone: (410) 200-3465
                            Email:    ashortall@3cubed-as.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of July 2025, the above Notice of Subchapter V Trustee's Application for Compensation was served by CM/ECF upon the US Trustee and upon

- Corinne Donohue Adams    cadams@yvslaw.com, cadams@yvslaw.com;jbeckman@yvslaw.com;pgomez@yvslaw.com;vmichaelides@yvslaw.com;r39990@notify.bestcase.com
- Catherine Keller Hopkin    chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
- Courtney L. Morgan    courtney.l.morgan@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

And was served via US Mail, first-class postage pre-paid, upon the parties on the attached service list on July 29, 2025:

                                                       /S/ Angela L. Shortall
                                                     Angela L. Shortall, Trustee

**Smokecraft Creditors**

| Creditor | address1 | address2 | City/State/Zip |
|---|---|---|---|
| Adams Burch LLC dba Trimark Adams Burch | ATTN: Kris Rich | 2901 Stanford Ct. | Landover, MD 20785 |
| Adams-Burch, LLC | d/b/a Trimark Adams-Burch | 1901 Stanford Court | Hyattsville, MD 20785-3219 |
| Alsco, Inc. | 505 E. 200 S | | Salt Lake City, UT 84102-2007 |
| Andrew Darneille | 7104 Loch Lomond Drive | | Bethesda, MD 20817-4760 |
| Bryan J. Pelino | Rosenberg Pelino LLC | 6031 University Boulevard Suite 300 | Ellicott City, MD 21043-6151 |
| Buckhead Meat & Seafood Mid-Atlantic, Inc | d/b/a Metropolitan Meat, Seafood & Poult | 1920 Stanford Ct. | Hyattsville, MD 20785-3219 |
| CGC Holdings, Inc. | d/b/a Capital Seaboard | 7540 Assateague Drive | Jessup, MD 20794-3271 |
| Chill-Craft Company | 2600 Cabover Drive Suite K | | Hanover, MD 21076-1734 |
| Christopher L. Camarra, Esquire | Holland & Knight LLP | 800 17th Street N.W. Suite 1100 | Washington, DC 20006-3962 |
| Comcast Business | 1701 John F. Kennedy Blvd. | | Philadelphia, PA 19103-2838 |
| Commonwealth of Virginia | 1957 Westmoreland Street | | Richmond, VA 23230-3225 |
| Comptroller Of Maryland | Bankruptcy Unit | 7 St Paul Street Suite 230 | Baltimore MD 21202-1626 |
| Comptroller of Maryland | Revenue Administration Division | PO Box 549 | Annapolis, MD 21404-0549 |
| Crystal Commercial Cleaning Services, LLC | 9403 Grant Ave Ste. 300 | | Manassas, VA 20110-2568 |
| Crystal Commercial Cleaning Services, LLC | PO Box 41147 | | Arlington, VA 22204-8147 |
| Daisy & Collins LLP | 20130 Lakeview Center Plaza Suite 400 | | Ashburn, VA 20147-5905 |
| DoorDash, Inc. | 303 2nd St. Suite 800 | | San Francisco, CA 94107-1366 |
| Internal Revenue Service | Centralized Insolvency Operations | Po Box 7346 | Philadelphia PA 19101-7346 |
| Jack Lundstedt | 655 Buttercup Trce | | Alpharetta, GA 30022-5199 |
| KBSIII 3003 Washington, LLC | c/o KBS | 3003 Washington Boulevard Suite #95 | Arlington, VA 22201-2194 |
| Lyon Bakery, Inc. | 1900 Clarkson Way | | Hyattsville, MD 20785-3221 |
| Magnolia Plumbing, Inc. | 600 Gallatin St NE | | Washington, DC 20017-2359 |
| Myzentek LLC | 46812 Vermont Maple Ter. | | Sterling, VA 20164-2236 |
| Opentable, Inc. | 1 Montgomery Street Suite 500 | | San Francisco, CA 94104-4535 |
| Pepsi-Cola Company | 8550 Terminal Road | | Lorton, VA 22079-1428 |
| Pest Management Services, Inc. | 19980 Highland Vista Drive Suite 180 | | Ashburn, VA 20147-5998 |
| Roberts Oxygen Company, Inc. | 15830 Redland Road | | Derwood, MD 20855-2292 |
| Safety First Services, Inc. | 6722B Industrial Drive | | Beltsville, MD 20705-1237 |
| Sean T. Morris, Esquire | The Morris Law Firm LLC | 4845 Rugby Avenue Suite 302 | Bethesda, MD 20814-3018 |
| Secretary of the Treasury | 15th and Pennsylvania Ave., N.W. | | Washington, DC 20220-0001 |
| Smokecraft Clarendon, LLC | 7104 Loch Lomond Drive | | Bethesda, MD 20817-4760 |
| Smokecraft Holdings LLC | 7104 Loch Lomond Drive | | Bethesda, MD 20817-4760 |
| State of Maryland DLLR | Division of Unemployment Ins. | 1100 N. Eutaw Street, Room 401 | Baltimore, MD 21201-2226 |
| StratEx HoldCo, LLC | 1521 Concord Pike Suite 201 | | Wilmington, DE 19803-3645 |
| Taxing Authority of Montgomery County | Division of Treasury | 255 Rockville Pike, Ste. L-15 | Rockville, MD 20850-4188 |
| TD Bank, N.A. | PO BOX 1931 | | Burlingame, CA 94011-1931 |
| TD Bank, National Association | 1701 Marlton Pike E | | Cherry Hill, NJ 08003-2335 |
| TD Bank, National Association | Legal Department Two Portland Square | | Portland, ME 04101 |
| The Chefs Warehouse Mid-Atlantic, LLC | Reed Smith LLP c/o Alexis A. Leventhal | 225 Fifth Avenue | Pittsburgh, PA 15222-2724 |
| The Pels Law Firm | 4845 Rugby Ave. 3rd Floor | | Bethesda, MD 20814-3018 |
| Toast Capital LLC | 401 Park Drive | | Boston, MA 02215-3325 |
| Toast Tab of Delaware Inc. | d/b/a Toast Inc. 401 Park Dr. Suite 801 | | Boston, MA 02215-3372 |
| U S Securities And Exchange Commission | Atlanta Reg Office And Reorg | 950 E Paces Ferry Rd Ne Ste 900 | Atlanta Ga 30326-1382 |
| Uline | 12575 Uline Drive | | Pleasant Prairie, WI 53158-3686 |
| Us Attorney's Office For The District Of MD | 36 S Charles Street Fourth Floor | | Baltimore MD 21201-3020 |
| Vend Lease Company, Inc. | 8100 Sandpiper Cir. Suite 300 | | Nottingham, MD 21236-4992 |
| Washington Gas Light Company | d/b/a Washington Gas 1000 Maine Ave, SW | | Washington, DC 20024-3496 |
| Washington Gas: BKNY | 6810 Industrial Rd 117B | | Springfield, VA 22151 |
| WebBank | 215 South State Street Suite 1000 | | Salt Lake City, UT 84111-2336 |