# The VerStandig Law Firm, LLC  **INVOICE**

9812 Falls Road, #114-160  
Potomac, MD 20854

Invoice # 11051  
Date: 08/09/2025  
Due On: 09/08/2025

Smokecraft Clarendon, LLC  
3003 Washington Boulevard  
Suite 101  
Arlington, VA 22201

## 00419-Smokecraft Clarendon, LLC

## Case Administration

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 04/29/2024 | 0.30 | $495.00 | $148.50 |
| Review and revise first day motions (drafting mostly undertaken pre-petition) | | | | | |
| Maurice VerStandig | Service | 04/30/2024 | 0.20 | $495.00 | $99.00 |
| Exchange e-mails with A. Darneille re cleaning vendor refusing to work in light of bankruptcy and potential for ▮▮▮▮▮ | | | | | |
| Maurice VerStandig | Service | 05/01/2024 | 0.50 | $495.00 | $247.50 |
| Meet with client and Subchapter V trustee (via Zoom) to discuss business and case generally | | | | | |
| Maurice VerStandig | Service | 05/01/2024 | 0.10 | $495.00 | $49.50 |
| Call with client in advance of hearing on first day motions | | | | | |
| Maurice VerStandig | Service | 05/01/2024 | 0.50 | $495.00 | $247.50 |
| Attend hearing on first day motions and argue same | | | | | |
| Maurice VerStandig | Service | 05/01/2024 | 0.70 | $495.00 | $346.50 |
| Call with counsel for Chef's Warehouse re threatened cessation of services (16 minutes); Calls with client re same and potential to source product elsewhere (10 minutes, 10 minutes and 2 minutes); Call with A. Shortall re creditor's demands vis a vis critical vendor treatment (3 minutes) | | | | | |
| Maurice VerStandig | Service | 05/10/2024 | 1.50 | $495.00 | $742.50 |
| Attend initial debtor interview | | | | | |
| Maurice VerStandig | Service | 05/13/2024 | 0.40 | $495.00 | $198.00 |
| Call with A. Darneille re issues with food vendors, issue with cleaning vendor, impact of ▮▮▮▮▮ and debtor's sales trajectory | | | | | |
| Maurice VerStandig | Expense | 05/15/2024 | 1.00 | $63.07 | $63.07 |

| | | | | | |
|---|---|---|---|---|---|
| Mailing: Mailing of initial scheduling order | | | | | |
| Maurice VerStandig | Service | 05/20/2024 | 0.10 | $495.00 | $49.50 |
| Call with client re DIP account, payment of utilities, and upcoming meeting of creditors | | | | | |
| Maurice VerStandig | Service | 05/20/2024 | 0.10 | $495.00 | $49.50 |
| Review e-mail from client re DIP account and forward completed opening form to US Trustee's office | | | | | |
| Maurice VerStandig | Service | 05/21/2024 | 0.30 | $495.00 | $148.50 |
| Call with C. Hopkin re case overview, Capital Bank debt, and cash collateral | | | | | |
| Maurice VerStandig | Service | 05/21/2024 | 0.50 | $495.00 | $247.50 |
| Call with A. Darneille to prepare for meeting of creditors, review filed claims, discuss initial conversation with counsel for Capital Bank, go over draft MOR, and assess next steps | | | | | |
| Maurice VerStandig | Service | 05/21/2024 | 0.80 | $495.00 | $396.00 |
| Review monthly operating report draft, and various supporting exhibits, from client (.5); Call with client re same, while making light edits and filing (.3) | | | | | |
| Maurice VerStandig | Service | 05/21/2024 | 0.10 | $495.00 | $49.50 |
| Review e-mail from C. Hopkin re cash collateral and payroll; Respond to same | | | | | |
| Maurice VerStandig | Service | 05/22/2024 | 0.80 | $495.00 | $396.00 |
| Attend meeting of creditors | | | | | |
| Maurice VerStandig | Service | 05/23/2024 | 0.60 | $495.00 | $297.00 |
| Research perfection of lien on a deposit account under Maryland law, in furtherance of upcoming negotiations with Capital Bank re cash collateral issues | | | | | |
| Maurice VerStandig | Service | 05/23/2024 | 0.10 | $495.00 | $49.50 |
| E-mail C. Hopkin re time to speak about cash collateral; E-mail A. Darnielle re documents being requested by C. Hopkin | | | | | |
| Maurice VerStandig | Service | 05/24/2024 | 0.40 | $495.00 | $198.00 |
| Call with C. Hopkin and C. Adams re cash collateral and case overview | | | | | |
| Maurice VerStandig | Service | 05/24/2024 | 0.40 | $495.00 | $198.00 |
| Call with A. Darneille re cash collateral negotiations | | | | | |
| Maurice VerStandig | Service | 05/31/2024 | 0.10 | $495.00 | $49.50 |
| Review e-mails re Sysco and send e-mail to indicated person at Sysco to ensure entity has notice and to inquire about what is needed to keep client operating as a Sysco vendee | | | | | |
| Maurice VerStandig | Service | 06/03/2024 | 0.40 | $495.00 | $198.00 |
| Draft line supplementing April operating report, collate exhibits thereto, review and file same | | | | | |
| Maurice VerStandig | Service | 06/03/2024 | 0.20 | $495.00 | $99.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Detailed e-mail to C. Hopkin re cash collateral and site visit; E-mail to client re same |
| Maurice VerStandig | Service | 06/03/2024 | 0.40 | $495.00 | $198.00 |

Review documents from client and e-mails from Office of US Trustee; Draft line supplementing operating report and file same (Billed together because review and drafting were undertaken in unison)

| Maurice VerStandig | Service | 06/03/2024 | 0.70 | $495.00 | $346.50 |
|---|---|---|---|---|---|

Call with client re cash collateral negotiations, amount to keep in "lockbox" to ensure cash collateral is not being used, financial projections, data needed to begin assembling plan of reorganization, potential lease negotiation with landlord, withdrawal of Uline proof of claim, and status of business operations and sales

| Maurice VerStandig | Service | 06/12/2024 | 0.30 | $495.00 | $148.50 |
|---|---|---|---|---|---|

Call with client rep re cash collateral agreement, issue with Sysco, and budgeting

| Maurice VerStandig | Service | 06/12/2024 | 0.30 | $495.00 | $148.50 |
|---|---|---|---|---|---|

Call with C. Hopkin re cash collateral, walk-through of premises, concerns about unscheduled assets, and case status

| Maurice VerStandig | Service | 06/18/2024 | 0.40 | $495.00 | $198.00 |
|---|---|---|---|---|---|

Call with A. Darneille re cash collateral negotiations, progress on May operating report, issue with utility company, and potential negotiations with landlord

| Maurice VerStandig | Service | 06/19/2024 | 0.10 | $495.00 | $49.50 |
|---|---|---|---|---|---|

Exchange e-mails with C. Hopkin re cash collateral negotiations

| Maurice VerStandig | Service | 06/20/2024 | 0.30 | $495.00 | $148.50 |
|---|---|---|---|---|---|

Call with C. Hopkin re cash collateral, negotiating provisions of consent order

| Maurice VerStandig | Service | 06/20/2024 | 1.20 | $495.00 | $594.00 |
|---|---|---|---|---|---|

Review client draft of monthly operating report and various exhibits thereto (.8); Detailed e-mail to client re MOR, communications from UST, status of cash collateral negotiations, need to add UST as notice party on insurance policies, and upcoming status conference (.4)

| Maurice VerStandig | Service | 06/21/2024 | 0.60 | $495.00 | $297.00 |
|---|---|---|---|---|---|

Further review of - and revisions to - proposed cash collateral order, reconciling redline edits with notes from call with C. Hopkin and re-reading to ensure client rights are appropriately protected

| Maurice VerStandig | Service | 06/21/2024 | 0.70 | $495.00 | $346.50 |
|---|---|---|---|---|---|

Review loan documents provided by Capital Bank (.7); E-mail to C. Hopkin re missing "Exhibit A" on IP security agreements (de minimis time)

| Maurice VerStandig | Service | 06/23/2024 | 0.80 | $495.00 | $396.00 |
|---|---|---|---|---|---|

Review cash collateral motion and order, once again, to ensure edits have all been appropriately made, to ensure nothing is being missed, and to make sure they can be filed without issue; E-mail C. Hopkin re permission to sign name and file

| Maurice VerStandig | Service | 06/26/2024 | 0.40 | $495.00 | $198.00 |
|---|---|---|---|---|---|

Call with A. Darnielle re inspection by Capital Bank, issue with utility provider, issue with Sysco, plan progress,

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

UST concerns about operating reports, upcoming status conference, and timeline for next steps in case

| Maurice VerStandig | Service | 06/27/2024 | 0.30 | $495.00 | $148.50 |
|---|---|---|---|---|---|

Call with A. Shortall in advance of status conference re: business sales, potential avenues of expanding clientele, cash collateral, value of bank's collateral, and security for Sub V trustee fees

| Maurice VerStandig | Service | 07/18/2024 | 0.20 | $495.00 | $99.00 |

Review e-mail from client re Washington Gas shut off notice; Research who represents Washington Gas in local bankruptcy cases; Call John Tsikerdanos (leave voicemail) and send e-mail to John Tsikerdanos re same

| Maurice VerStandig | Service | 07/18/2024 | 0.10 | $495.00 | $49.50 |

E-mail to P. Evans re potential lease modification

| Maurice VerStandig | Service | 08/08/2024 | 0.10 | $495.00 | $49.50 |

Call with A. Darneille re Washington Gas deposit request

| Maurice VerStandig | Service | 08/14/2024 | 0.30 | $495.00 | $148.50 |

Call with C. Hopkin re appraisal from Capital Bank, plan provisions, and need to extend cash collateral

| Maurice VerStandig | Service | 08/15/2024 | 0.30 | $495.00 | $148.50 |

Detailed e-mail to client re UST objection to plan, Capital Bank appraisal, need to continue use of cash collateral, scheduling order, and next steps in case

| Maurice VerStandig | Service | 09/03/2024 | 0.10 | $495.00 | $49.50 |

Call with client re appraisal approach to fixtures

| Maurice VerStandig | Service | 09/08/2024 | 0.10 | $495.00 | $49.50 |

E-mail to C. Hopkin re appraisal, plan, and potential amendment

| Maurice VerStandig | Service | 09/30/2024 | 0.20 | $495.00 | $99.00 |

Draft and file motion to continue confirmation hearing

| Maurice VerStandig | Service | 11/07/2024 | 0.60 | $495.00 | $297.00 |

Call with A. Shortall re progress on negotiations with secured creditor, potential plan amendments, treatment of unsecured creditors, valuation methodologies, and case trajectory

| Maurice VerStandig | Service | 11/18/2024 | 1.30 | $495.00 | $643.50 |

Call with client and family re case status, discovery received from Capital Bank, plan amendment, strategy for proceeding toward confirmation, and next steps

| Maurice VerStandig | Service | 11/20/2024 | 0.60 | $495.00 | $297.00 |

Attend status conference (video conference)

| Maurice VerStandig | Service | 11/20/2024 | 0.60 | $495.00 | $297.00 |

Call with client following status conference re concerns raised about critical vendors, testimony needed for confirmation hearing, and next steps

| Name | Type | Date | Hours | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 11/20/2024 | 0.30 | $495.00 | $148.50 |
| Call with A. Shortall re amended plan and topics of focus heading toward confirmation (no charge for portions of call unrelated to case) | | | | | |
| Maurice VerStandig | Service | 12/07/2024 | 0.20 | $495.00 | $99.00 |
| Call with A. Darneille re (i) Capital Bank subpoena response; and (ii) debtor's financial condition and cash flow | | | | | |
| Maurice VerStandig | Service | 12/15/2024 | 0.30 | $495.00 | $148.50 |
| Review proposed cash collateral extension order from creditor's counsel; E-mail counsel re same | | | | | |
| Maurice VerStandig | Service | 12/16/2024 | 0.70 | $495.00 | $346.50 |
| Call with A. Darneille re UST objection to confirmation, Capital Bank subpoena, timing for confirmation process, need to have appraiser and critical vendor witnesses at confirmation, nature of malpractice claim, documentation of IP marks, and next steps | | | | | |
| Maurice VerStandig | Service | 12/27/2024 | 0.20 | $495.00 | $99.00 |
| Call with A. Darneille re issuing discovery to Capital Bank on objection to confirmation and points of emphasis in opposing objection; No charge for portion of call addressing ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | |
| Maurice VerStandig | Service | 01/21/2025 | 1.40 | $495.00 | $693.00 |
| Calls with client (67 minutes, 18 minutes, 44 minutes) re plan amendment, reply to objections, exhibit list, timing of Capital Bank discovery responses, likelihood expert will need to testify in person, tardy docketing of November MOR, cash flow, and convenience class details (no charge for portion of calls spent discussing ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ which comprised approximately 45 minutes) | | | | | |
| Maurice VerStandig | Service | 02/04/2025 | 0.50 | $495.00 | $247.50 |
| Call with client re timing on new appraisal, potential settlement offers to be made, January sales, refutation of missing item allegations, and strategy for next steps | | | | | |
| Maurice VerStandig | Service | 02/10/2025 | 0.80 | $495.00 | $396.00 |
| Call with client re appraisal figures received, document production from opposing counsel, impact of weather on sales, list of allegedly "missing" items, process for motion to value, potential negotiations with Capital Bank, and next steps | | | | | |
| Maurice VerStandig | Service | 02/10/2025 | 0.50 | $495.00 | $247.50 |
| Call with A. Shortall re new appraisal, potential for settlement, contours of desirable agreement with bank, fixtures legal issue, and condition of equipment | | | | | |
| Maurice VerStandig | Service | 02/12/2025 | 2.70 | $495.00 | $1,336.50 |
| Research and draft motion to value | | | | | |
| Maurice VerStandig | Service | 02/13/2025 | 0.40 | $495.00 | $198.00 |
| Call with A. Darneille re motion to value, edits desired by client, and strategy for proceeding | | | | | |
| Maurice VerStandig | Service | 02/14/2025 | 0.30 | $495.00 | $148.50 |
| Revise motion to value per client comments | | | | | |

| Timekeeper | Type | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 02/15/2025 | 0.10 | $495.00 | $49.50 |
| E-mail copies of motion to value and employment application for accountant, to client | | | | | |
| Maurice VerStandig | Service | 02/17/2025 | 0.10 | $495.00 | $49.50 |
| Call with client re numbers for January operating report | | | | | |
| Maurice VerStandig | Service | 03/03/2025 | 0.70 | $495.00 | $346.50 |
| Calls with A. Darneille (42 mins and 1 min) re status report being filed, bank's desire to take discovery, potential scope of discovery and timing for responding, client's desire to move expeditiously, client's ███████████████████████████████████████████████, client's efforts to assemble document refuting assertions re "missing" property, and next steps | | | | | |
| Maurice VerStandig | Service | 03/04/2025 | 0.30 | $495.00 | $148.50 |
| Review e-mail from client re status report and send detailed response thereto | | | | | |
| Maurice VerStandig | Service | 03/11/2025 | 0.40 | $495.00 | $198.00 |
| Call with A. Darneille re hearing date, restaurant economic performance, call with expert, status of documents to rebut "missing" item allegations, and concerns about ████████████████████████ | | | | | |
| Maurice VerStandig | Service | 03/11/2025 | 0.10 | $495.00 | $49.50 |
| Call with W. Fischer re appraisal report and hearing date | | | | | |
| Maurice VerStandig | Service | 03/12/2025 | 0.10 | $495.00 | $49.50 |
| E-mail to counsel for Capital Bank re extending cash collateral | | | | | |
| Maurice VerStandig | Service | 03/22/2025 | 1.00 | $495.00 | $495.00 |
| Review lengthy e-mail from client and Word document from client; Review record and e-mails per inquiries set forth in client e-mail; Draft detailed response to client and send same | | | | | |
| Maurice VerStandig | Service | 03/24/2025 | 0.20 | $495.00 | $99.00 |
| Review e-mail from client re missing items | | | | | |
| Maurice VerStandig | Service | 03/24/2025 | 0.50 | $495.00 | $247.50 |
| Call with client re "missing items" ████████████████████████ cash collateral, court date, and next steps | | | | | |
| Maurice VerStandig | Service | 03/25/2025 | 0.30 | $495.00 | $148.50 |
| Call with client re Capital Bank e-mail proposed on asset valuation | | | | | |
| Maurice VerStandig | Service | 03/25/2025 | 0.30 | $495.00 | $148.50 |
| Call with C. Hopkin re cash collateral use, terms for such going forward, potential global resolution, feasibility concerns of creditor, and asset valuations | | | | | |
| Maurice VerStandig | Service | 03/25/2025 | 0.20 | $495.00 | $99.00 |
| Detailed e-mail to client re cash collateral proposal from Capital Bank and proposal to agree on value of assets that are not either fixtures or subject to a dispute over putatively missing property | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 04/02/2025 | 2.30 | $495.00 | $1,138.50 |
| Detailed review of invoices and other source documents in furtherance of drafting reply to motion to value, focusing on alleged "missing" items and beginning to outline and compose brief | | | | | |
| Maurice VerStandig | Service | 04/06/2025 | 0.60 | $495.00 | $297.00 |
| Call with A. Darneille and equity holders re form of stipulation, comments on "missing" items and fixtures issue, case strategy, and next steps | | | | | |
| Maurice VerStandig | Service | 04/07/2025 | 0.20 | $495.00 | $99.00 |
| Review e-mail from C. Hopkin attaching redline stipulation; Forward same to client with comments; Call client to discuss same; Respond to e-mail accepting edits and discussing means for filing executed stipulation | | | | | |
| Maurice VerStandig | Service | 04/11/2025 | 0.20 | $495.00 | $99.00 |
| Draft and file line concerning compromise of debtor-in-possession bank account, including review of letter from TD Bank and review of e-mails from client re same | | | | | |
| Maurice VerStandig | Service | 04/11/2025 | 0.20 | $495.00 | $99.00 |
| Detailed e-mail update to client re filing of line concerning bank account compromise, sending of good faith discovery letter to Capital Bank, timing of filing for exhibit list and reply brief, and need to prepare minimal testimony for valuation hearing to cover manner in which fixtures are attached to premises | | | | | |
| Maurice VerStandig | Service | 04/13/2025 | 0.40 | $495.00 | $198.00 |
| Draft witness and exhibit list for hearing on motion to value | | | | | |
| Maurice VerStandig | Service | 04/13/2025 | 1.10 | $495.00 | $544.50 |
| Review and revise brief in reply to opposition to motion to value, making minor edits and proofing for readability and consistency; Send draft to client for review and comment | | | | | |
| Maurice VerStandig | Service | 04/19/2025 | 0.90 | $495.00 | $445.50 |
| Testimony prep with client for hearing on motion to value (via telephone) | | | | | |
| Maurice VerStandig | Service | 04/20/2025 | 6.50 | $495.00 | $3,217.50 |
| Continue work on reply to opposition to motion to value, including review of exhibits and case law | | | | | |
| Maurice VerStandig | Service | 05/28/2025 | 0.20 | $495.00 | $99.00 |
| Call with client re balloting deadline, restaurant's financial performance, strategy for approaching forthcoming confirmation hearing and next steps | | | | | |
| Maurice VerStandig | Service | 06/25/2025 | 1.20 | $495.00 | $594.00 |
| Detailed e-mail to client attaching confirmation order, plan, and list of creditors alongside their respective addresses and percentage interests in classes 3 and 4, laying out means for computing payments, critical obligations under plan, forward-looking reporting requirements, professional fee approval process, changes occurring post-confirmation, and next steps | | | | | |
| Maurice VerStandig | Expense | 06/25/2025 | 1.00 | $61.05 | $61.05 |
| Mailing: Service of notice of effective date (via third party mailing vendor) | | | | | |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 46.5 | $495.00 | $23,017.50 |
| | | Subtotal | $23,141.62 |

## 00420-Smokecraft Clarendon, LLC

## Plan and Disclosure Statement

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 07/20/2024 | 3.80 | $495.00 | $1,881.00 |

Begin drafting plan of reorganization and various exhibits thereto, including review of claims register and schedules and call with client re contents of plan and payment rigors thereunder (call with client is 40 minutes and is part of this time entry, not being separately billed)

| Maurice VerStandig | Service | 07/27/2024 | 3.40 | $495.00 | $1,683.00 |

Review and revise plan of reorganization, with focus on (i) drafting new payment projection schedule to match client's revenue projections and resulting cash on hand; (ii) computing interest on Capital Bank claim with projected payments coming in irregular sums and not being in accord with previously-drafted amortization schedule; and (iii) updating the draft for readability, consistency, and cogency.

| Maurice VerStandig | Service | 07/28/2024 | 0.60 | $495.00 | $297.00 |

Call with A. Darneille to discuss plan and ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Discussion of potential means for ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ and strategy for approaching potential objections from Capital Bank, including potential attack on value of collateral

| Maurice VerStandig | Service | 07/28/2024 | 0.30 | $495.00 | $148.50 |

Review ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ and make edits to plan accordingly, e-mailing revised draft to A. Darneille

| Maurice VerStandig | Expense | 08/08/2024 | 1.00 | $253.12 | $253.12 |

Mailing

| Maurice VerStandig | Service | 08/13/2024 | 0.30 | $495.00 | $148.50 |

Review objection to plan confirmation filed by US Trustee

| Maurice VerStandig | Service | 08/15/2024 | 0.20 | $495.00 | $99.00 |

Call with client re objection to plan by US Trustee, appraisal from Capital Bank, efforts to secure independent appraisal, progress at current festival, upcoming competition, forthcoming operating report, July financials, and accrual anomaly

| Maurice VerStandig | Expense | 08/22/2024 | 1.00 | $372.06 | $372.06 |

Mailing: Mailing of plan

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 11/01/2024 | 0.60 | $495.00 | $297.00 |
| Call with C. Hopkin re appraisal differences, intellectual property, litigation rights on professional liability claim, concerns about missing equipment, numbers that might invite a consensual confirmation, timeline moving forward, and next steps | | | | | |
| Maurice VerStandig | Service | 11/01/2024 | 0.30 | $495.00 | $148.50 |
| Call with A. Darneille re Capital Bank negotiations, appraisal differences, bank's concerns about missing equipment, and timing for confirmation | | | | | |
| Maurice VerStandig | Service | 11/17/2024 | 0.40 | $495.00 | $198.00 |
| Review emails and text message from client re Capital Bank subpoena and forthcoming status conference; Detailed response to same | | | | | |
| Maurice VerStandig | Service | 11/19/2024 | 0.50 | $495.00 | $247.50 |
| Call with client to review amended plan and various exhibits thereto | | | | | |
| Maurice VerStandig | Service | 11/19/2024 | 2.10 | $495.00 | $1,039.50 |
| Review and revise plan of reorganization, making amendments per discussions with client, input from UST in objection to prior plan, and updated data sets | | | | | |
| Maurice VerStandig | Service | 11/22/2024 | 0.10 | $495.00 | $49.50 |
| Draft ballots and insert for Exhibit B; Coordinate service of amended plan | | | | | |
| Maurice VerStandig | Service | 12/07/2024 | 0.20 | $495.00 | $99.00 |
| Review Capital Bank subpoena and e-mail client re added documents to be located for production | | | | | |
| Maurice VerStandig | Service | 12/09/2024 | 0.60 | $495.00 | $297.00 |
| Draft response to subpoena from Capital Bank while reviewing applicability of contested motion rules to a since-amended plan; | | | | | |
| Maurice VerStandig | Service | 12/15/2024 | 0.10 | $495.00 | $49.50 |
| Review e-mail from C. Hopkin re subpoena response and reply to same | | | | | |
| Maurice VerStandig | Service | 12/25/2024 | 0.10 | $495.00 | $49.50 |
| E-mail Capital Bank objection to client with discussion of timing for response | | | | | |
| Maurice VerStandig | Service | 12/27/2024 | 0.50 | $495.00 | $247.50 |
| Draft document requests to Capital Bank, cross-referencing client e-mail delineating desired topics of inquiry, and e-mail draft to client for review and comment | | | | | |
| Maurice VerStandig | Service | 12/28/2024 | 0.20 | $495.00 | $99.00 |
| Proofread document requests and e-mail same to counsel for Capital Bank | | | | | |
| Maurice VerStandig | Service | 01/10/2025 | 0.70 | $495.00 | $346.50 |
| Review docket and notes from client re responding to plan objections; Review critical vendor case law in furtherance of same; Begin outlining response | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/12/2025 | 4.10 | $495.00 | $2,029.50 |
| Continue work on brief in response to Capital Bank and UST objections | | | | | |
| Maurice VerStandig | Service | 01/13/2025 | 2.20 | $495.00 | $1,089.00 |
| Continue drafting brief in reply to two objections to plan confirmation | | | | | |
| Christianna Cathcart | Service | 01/13/2025 | 3.70 | $200.00 | $740.00 |
| Conducted legal research on the requirements for establishing convenience class in bankruptcy proceedings. Reviewed case law and statutory provisions to determine eligibility and strategic advantages for classification. | | | | | |
| Maurice VerStandig | Service | 01/21/2025 | 1.60 | $495.00 | $792.00 |
| Amend plan to provide for convenience class, review claims register and Schedule E/F to ensure all creditors are appropriately reclassified, and amend exhibits to plan classifying creditors and furnishing payment schedule (time spent discussing same with client billed separately) | | | | | |
| Maurice VerStandig | Service | 01/21/2025 | 0.70 | $495.00 | $346.50 |
| Draft and file motion to conduct confirmation hearing via hybrid means, including research of applicable authorities in support of motion | | | | | |
| Maurice VerStandig | Service | 01/22/2025 | 1.40 | $495.00 | $693.00 |
| Revise response to objections, including review of notes from comment and adaptation of brief to reflect amended plan and new provisions thereof | | | | | |
| Maurice VerStandig | Service | 01/24/2025 | 1.00 | $495.00 | $495.00 |
| Call with C. Hopkin to review exhibits for confirmation hearing and work toward reaching stipulations as to admissibility, with brief discussion of potential consensual resolution of case (25 mins); Call with client re terms of potential settlement (9 mins); Follow up call with C. Hopkin re settlement offer from debtor (5 mins); Draft detailed e-mail to C. Hopkin setting forth settlement offer and send same to client for review and approval (14 mins); Call with client to review e-mail before sending to opposing counsel (9 mins); Follow up call with client re same (2 mins) | | | | | |
| Maurice VerStandig | Service | 01/24/2025 | 2.40 | $495.00 | $1,188.00 |
| Call with client to prepare testimony for confirmation hearing, including review of exhibits, mock examination, discussion of points upon which focus is merited, and provision of advice on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | | | |
| Maurice VerStandig | Service | 01/28/2025 | 4.50 | $495.00 | $2,227.50 |
| Prepare for confirmation hearing, including review of briefing, review of evidence, review of Capital Bank document production, review of pertinent case law, formation of examination outlines for witnesses, and outline for opening | | | | | |
| Maurice VerStandig | Service | 01/29/2025 | 5.50 | $495.00 | $2,722.50 |
| Attend confirmation hearing and present case (no charge for lunch break or travel to/from courthouse) | | | | | |
| Maurice VerStandig | Service | 01/29/2025 | 0.40 | $495.00 | $198.00 |
| Meet with client and expert in advance of hearing | | | | | |
| Maurice VerStandig | Service | 01/30/2025 | 0.40 | $495.00 | $198.00 |
| Call with client re confirmation hearing results and next steps | | | | | |

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 05/02/2025 | 1.20 | $495.00 | $594.00 |
| Review and revise plan per client comments, update claim and class numbers based on administrative claim period, collate exhibits, produce redline, and file amended plan; Call with client re same (call made while collating and filing) | | | | | |
| Maurice VerStandig | Expense | 05/05/2025 | 1.00 | $261.36 | $261.36 |
| Mailing: Mailing of plan per court order | | | | | |
| Maurice VerStandig | Service | 06/04/2025 | 1.00 | $495.00 | $495.00 |
| Call with client to prepare for confirmation hearing and review declaration in support of confirmation | | | | | |
| Maurice VerStandig | Service | 06/25/2025 | 0.10 | $495.00 | $49.50 |
| Draft and file notice of plan effective date; Coordinate service of same | | | | | |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Christianna Cathcart | 3.7 | $200.00 | $740.00 |
| Maurice VerStandig | 41.5 | $495.00 | $20,542.50 |
| | | Subtotal | $22,169.04 |

# 00421-Smokecraft Clarendon, LLC

## Employment and Compensation Applications

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 04/29/2024 | 0.40 | $495.00 | $198.00 |
| Draft and file employment application | | | | | |
| Maurice VerStandig | Service | 02/03/2025 | 1.10 | $495.00 | $544.50 |
| Review engagement agreement with CohnReznick and draft employment application, alongside supporting declaration, for same; E-mail drafts to client and S. O'Rourke for review and comment | | | | | |
| Maurice VerStandig | Service | 02/14/2025 | 0.10 | $495.00 | $49.50 |
| Draft proposed employment order for accountant; Collate application to employ (previously drafted), newly-signed declaration in support, and proposed order for filing; File same | | | | | |
| Maurice VerStandig | Service | 03/10/2025 | 0.30 | $495.00 | $148.50 |
| Review court order re employment of CPA and send e-mail to client and CPA re same | | | | | |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 1.9 | $495.00 | $940.50 |

|  |  |  | Subtotal | $940.50 |
|---|---|---|---|---|

## 00422-Smokecraft Clarendon, LLC

## Claims Administration and Objections

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 04/04/2025 | 0.10 | $495.00 | $49.50 |

Call with C. Hopkin re compromise on value of debtor assets; E-mail to A. Darneille re same following call

| Maurice VerStandig | Service | 04/22/2025 | 6.00 | $495.00 | $2,970.00 |
|---|---|---|---|---|---|

Attend hearing on motion to value, adduce testimony and evidence, and argue same (no charge for break time spent addressing unrelated matters but time does include break time committed to reviewing notes, assembling outline for closing, and meeting with equity interests of client)

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 6.1 | $495.00 | $3,019.50 |
|  |  | Subtotal | $3,019.50 |

|  | Total | $49,270.66 |
|---|---|---|

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 11051 | 09/08/2025 | $49,270.66 | $0.00 | $49,270.66 |
|  |  |  | Outstanding Balance | $49,270.66 |
|  |  |  | Total Amount Outstanding | $49,270.66 |

Please make all amounts payable to: The VerStandig Law Firm, LLC

Please pay within 30 days.