**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| In re | Case No. 24-13609-MCR |
| Smokecraft Clarendon, LLC | Chapter 11 |
| Debtor. | |
| _____/ | |

**NOTICE OF FIRST AND FINAL APPLICATION OF THE
VERSTANDIG LAW FIRM, LLC D/B/A THE BELMONT
<u>FIRM FOR PAYMENT OF LEGAL FEES AND REIMBURSEMENT OF EXPENSES</u>**

NOTICE IS HEREBY GIVEN that The VerStandig Law Firm, LLC d/b/a The Belmont Firm (the "Applicant'), counsel for Smokecraft Clarendon, LLC ("Smokecraft" or the "Debtor"), has filed a first and final application for compensation and reimbursement of expenses (the "Application").

The Application seeks an order approving compensation of $48,260.00 in legal fees, and approving expenses of $1,010.66, with said compensation and expenses to be discounted, upon approval, to a total of $26,071.73. The Applicant asks that sum ($26,071.63) be paid under the Debtor's confirmed plan of reorganization.

The Application may be inspected by any interested party at the Office of the Clerk, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

Creditors and other parties in interest objecting to the Application are required to file such objections, with specific reasons therefore, with the Clerk of the United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770 within twenty-one (21) days from the date of mailing of this Notice. A copy of any objection should be served on the undersigned. If an objection is filed, the Court may act on any such objection with or without a hearing, at its discretion. If no objections are filed, the Court may approve the Application without further notice.

        Respectfully submitted,

        <u>/s/ Maurice B. VerStandig</u>
        Maurice B. VerStandig, Esq.
        Bar No. 18071
        THE BELMONT FIRM
        1050 Connecticut Avenue NW,
        Suite 500
        Washington, DC 20036
        Phone: (301) 444-4600
        E-mail: mac@dcbankruptcy.com
        *Counsel for The VerStandig Law*
        *Firm, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of August, 2025, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Corinne Donohue Adams    cadams@yvslaw.com, cadams@yvslaw.com;jbeckman@yvslaw.com;pgomez@yvslaw.com;vmichaelides@yvslaw.com;r39990@notify.bestcase.com
- Catherine Keller Hopkin    chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
- Courtney L. Morgan    courtney.l.morgan@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Angela L. Shortall    ashortall@3cubed-as.com, md70@ecfcbis.com
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

I FURTHER CERTIFY that on the 11th day of August, 2025, a copy of this notice is being sent via First Class Mail, postage prepaid, to all parties on the mailing matrix in this case, *except* that no copy is being mailed to undersigned counsel.

        <u>/s/ Maurice B. VerStandig</u>
        Maurice B. VerStandig, Esq.