IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re | Case No. 24-13609 |
| Smokecraft Clarendon, LLC | Chapter 11 |
| Debtor. | |
| _____/ | |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF THE
VERSTANDIG LAW FIRM, LLC D/B/A THE BELMONT
<u>FIRM FOR PAYMENT OF LEGAL FEES AND REIMBURSEMENT OF EXPENSES</u>**

Upon consideration of the First and Final Application of The VerStandig Law Firm, LLC d/b/a The Belmont Firm for Payment of Legal Fees and Reimbursement of Expenses (the "Application") filed by The VerStandig Law Firm, LLC ("VLF"), any opposition thereto, the arguments set forth therein, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

FOUND, that the fees sought by VLF have been appropriately earned by the firm and its attorneys during the pendency of this case; and it is further

FOUND, that the expenses for which VLF seeks reimbursement represent costs validly incurred by VLF during the pendency of this case; and it is further

1

ORDERED, that the Application be, and hereby is, GRANTED; and it is further

ORDERED, that the total fees of $48,260.00, charged by VLF in connection with its representation of Smokecraft Clarendon, LLC (the "Debtor") in this matter be, and hereby are, APPROVED; and it is further

ORDERED, that total reimbursements of $1,010.66, for out-of-pocket expenses actually and necessarily incurred by VLF in connection with its representation of the Debtor in this matter be, and hereby are, APPROVED; and it is further

ORDERED, that pursuant to the request of VLF in the Application, the cumulative compensation to be awarded to VLF in connection with this matter is $26,071.73, with remaining fees and expenses being approved but discounted; and it is further

ORDERED, that VLF is authorized to transfer the whole of the $9,262.00 being held in VLF's attorney trust account, to the Subchapter V trustee in this case, as and for the payment of the Subchapter V trustee's fees and expenses; and it is further

ORDERED, that VLF is granted an allowed administrative claim in the amount of $26,071.73.

Copies:

All Counsel of Record