Entered: September 3rd, 2025
Signed: September 2nd, 2025

**SO ORDERED**

No opposition filed.



_____
**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| **Smokecraft Clarendon, LLC,** | * | Case No: 24-13609 |
| | * | (Chapter 11-Subchapter V) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER APPROVING SUBCHAPTER V TRUSTEE'S
## FIRST INERIM APPLICATION FOR COMPENSATION

Upon consideration of the Application of Angela L. Shortall, Subchapter V Trustee, for interim allowance of compensation and expenses for services performed, and any objections thereto, and for good cause shown, it is by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that Angela L. Shortall is awarded an administrative expense priority claim for professional services rendered as Subchapter V Trustee in the amount of $11,130.00 for the period April 30, 2024 to July 28, 2025 and $60.27 in reimbursement of out-of-pocket expenses, for a total administrative expense priority claim of $11,190.27.

cc:
Office of the US Trustee
Debtor
Debtor's Counsel
Angela L. Shortall, Subchapter V Trustee

[END OF ORDER]