United States Bankruptcy Court
District of Maryland

In re:     Case No. 24-13609-MCR

Smokecraft Clarendon, LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 03, 2025 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Smokecraft Clarendon, LLC, 7104 Loch Lomond Drive, Bethesda, MD 20817-4760 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.gb.ecf@usdoj.gov | Sep 03 2025 19:19:00 | U.s. Trustee, 6305 Ivy Lane Ste. 600, Greenbelt, MD 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 05, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela L. Shortall | ashortall@3cubed-as.com md70@ecfcbis.com |
| Catherine Keller Hopkin | chopkin@yvslaw.com pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com |
| Corinne Donohue Adams | cadams@yvslaw.com |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 03, 2025 | Form ID: pdfparty | Total Noticed: 2 |

cadams@yvslaw.com,jbeckman@yvslaw.com,pgomez@yvslaw.com,vmichaelides@yvslaw.com,r39990@notify.bestcase.com

Courtney L. Morgan

courtney.l.morgan@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

L. Jeanette Rice

Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

Maurice Belmont VerStandig

mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

US Trustee - Greenbelt

USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 7



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| **Smokecraft Clarendon, LLC,** | * | Case No: 24-13609 |
| | * | (Chapter 11-Subchapter V) |
| **Debtor** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER APPROVING SUBCHAPTER V TRUSTEE'S
<u>FIRST INERIM APPLICATION FOR COMPENSATION</u>**

Upon consideration of the Application of Angela L. Shortall, Subchapter V Trustee, for interim allowance of compensation and expenses for services performed, and any objections thereto, and for good cause shown, it is by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that Angela L. Shortall is awarded an administrative expense priority claim for professional services rendered as Subchapter V Trustee in the amount of $11,130.00 for the period April 30, 2024 to July 28, 2025 and $60.27 in reimbursement of out-of-pocket expenses, for a total administrative expense priority claim of $11,190.27.

cc:
Office of the US Trustee
Debtor
Debtor's Counsel
Angela L. Shortall, Subchapter V Trustee

[END OF ORDER]