**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

In re                                                    Case No. 24-13609-MCR

Smokecraft Clarendon, LLC                               Chapter 11

    Reorganized Debtor.

_____/

## PROGRESS REPORT

Comes now Smokecraft Clarendon, LLC ("Smokecraft"), by and through undersigned counsel, pursuant to Local Rule 3022-1(a)(2) and this Honorable Court's Order Non-Consensually Confirming Third Amended Plan of Reorganization Under 11 U.S.C. § 1191(b), DE #143, and reports as follows:

Smokecraft is current on all payments due under the confirmed plan of reorganization in this case, is continuing to service the Clarendon market (alongside barbecue fans from all around), and looks forward to continuing to perform under its plan obligations. While the restaurant business is notoriously finicky, Smokecraft is proud of its ongoing performance and remains optimistic about the months and years to come.

                  Respectfully submitted,

                  /s/ Maurice B. VerStandig
                  Maurice B. VerStandig, Esq.
                  Bar No. 18071
                  THE BELMONT FIRM
                  1050 Connecticut Avenue NW,
                  Suite 500
                  Washington, DC 20036
                  Phone: (301) 444-4600
                  E-mail: mac@dcbankruptcy.com
                  *Counsel for the Reorganized Debtor*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of March, 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Corinne Donohue Adams    cadams@yvslaw.com, cadams@yvslaw.com;jbeckman@yvslaw.com;pgomez@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;r39990@notify.bestcase.com
- Catherine Keller Hopkin    chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
- Lynn A. Kohen    lynn.a.kohen@usdoj.gov
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Angela L. Shortall    ashortall@3cubed-as.com, md70@ecfcbis.com
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.