**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

In re | Case No. 24-13609-MCR

Smokecraft Clarendon, LLC | Chapter 11

Reorganized Debtor.
_______________________________________/

**PROGRESS REPORT**

Comes now Smokecraft Clarendon, LLC ("Smokecraft"), by and through undersigned counsel, pursuant to Local Rule 3022-1(a)(2) and this Honorable Court's Order Non-Consensually Confirming Third Amended Plan of Reorganization Under 11 U.S.C. § 1191(b), DE #143, and reports as follows:

Smokecraft's third party sales (i.e., catering and online orders) have grown in a healthy manner. However, dine-in sales are down and the Debtor is looking to address this decline in a prudent and responsible fashion.

The Debtor is current on all plan payments.

Respectfully submitted,

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
THE BELMONT FIRM
1050 Connecticut Avenue NW,
Suite 500
Washington, DC 20036
Phone: (301) 444-4600
E-mail: mac@dcbankruptcy.com
*Counsel for the Reorganized Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of October, 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Corinne Donohue Adams cadams@yvslaw.com, cadams@yvslaw.com;jbeckman@yvslaw.com;pgomez@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;r39990@notify.bestcase.com
- Catherine Keller Hopkin chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
- Lynn A. Kohen lynn.a.kohen@usdoj.gov
- L. Jeanette Rice Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Angela L. Shortall ashortall@3cubed-as.com, md70@ecfcbis.com
- US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.