Entered: November 20th, 2026
Signed: November 19th, 2026

The Debtor is directed to file an amended report describing what distributions have been made under the plan to date and projecting the date of the final payment(s) under the plan.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| In re | Case No. 24-13609-MCR |
| Smokecraft Clarendon, LLC | Chapter 11 |
| Reorganized Debtor. | |

______________________________________/

**PROGRESS REPORT**

Comes now Smokecraft Clarendon, LLC ("Smokecraft"), by and through undersigned counsel, pursuant to Local Rule 3022-1(a)(2) and this Honorable Court's Order Non-Consensually Confirming Third Amended Plan of Reorganization Under 11 U.S.C. § 1191(b), DE #143, and reports as follows:

Smokecraft's third party sales (i.e., catering and online orders) have grown in a healthy manner. However, dine-in sales are down and the Debtor is looking to address this decline in a prudent and responsible fashion.

The Debtor is current on all plan payments.

NOT AN ORDER

Respectfully submitted,

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The Belmont Firm
1050 Connecticut Avenue NW,
Suite 500
Washington, DC 20036
Phone: (301) 444-4600
E-mail: mac@dcbankruptcy.com
*Counsel for the Reorganized Debtor*

NOT AN ORDER

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of October, 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Corinne Donohue Adams cadams@yvslaw.com, cadams@yvslaw.com;jbeckman@yvslaw.com;pgomez@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;r39990@notify.bestcase.com
- Catherine Keller Hopkin chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
- Lynn A. Kohen lynn.a.kohen@usdoj.gov
- L. Jeanette Rice Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Angela L. Shortall ashortall@3cubed-as.com, md70@ecfcbis.com
- US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.